**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Robert<br>First name<br><br>Louis<br>Middle name<br><br>Laping<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8096 | |

Debtor 1    **Robert Louis Laping**                                          Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.   Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.   Where you live**

**2902 Magnolia Trace**
**Tarpon Springs, FL 34688**
Number, Street, City, State & ZIP Code

**Pinellas**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Robert Louis Laping**

Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

-  ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **Middle District of Florida, Tampa Division** | | **8/05/15** | | **8:15-bk-08052-RCT** | |
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Robert Louis Laping**

Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Robert Louis Laping**                                                                    Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Robert Louis Laping**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☑ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Robert Louis Laping**

| **Robert Louis Laping** | Signature of Debtor 2 |
|---|---|
| Signature of Debtor 1 | |

Executed on    **June 28, 2016**          Executed on

MM / DD / YYYY                MM / DD / YYYY

Debtor 1     **Robert Louis Laping**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Timothy Perenich**                              Date     **June 28, 2016**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Timothy Perenich**
Printed name

**Perenich Law, PL**
Firm name

**25749 US 19 N Ste 200**
**Clearwater, FL 33763**
Number, Street, City, State & ZIP Code

Contact phone    **(727) 614-4307**            Email address     **bankruptcy@perenichlaw.com**

**909490**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $    185,752.50 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................... | $    10,960.29 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $    196,712.79 |

### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    105,348.49 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $    0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    6,493,820.75 |
| | **Your total liabilities** | $    6,599,169.24 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $    6,184.70 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $    6,072.45 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Robert Louis Laping**                                            Case number *(if known)*

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
      122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                        $ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

**1.1**

**2902 Magnolia Trace**
Street address, if available, or other description

**Tarpon Springs     FL     34688-8503**
City                State        ZIP Code

**Pinellas**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$371,505.00** | **$185,752.50** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Undivided 1/2 Interest**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| |
|---|
| **$185,752.50** |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1     **Robert Louis Laping**                                   Case number *(if known)*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | | | |
|---|---|---|---|
| Make: | **Jeep** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Liberty** | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | | ■ At least one of the debtors and another | |

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| ☐ Check if this is community property (see instructions) | $15,294.00 | $7,647.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>

| |
|---|
| $7,647.00 |

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Undivided 1/2 Interest in Household Furnishings | $1,177.50 |
|---|---|

| Undivided 1/2 Interest in Storage Unit: Personal Items such as family memorabilia, personal paperwork, miscellaneous items | $50.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| TV, Cell Phone, Radio and Laptop | $150.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| Books and Train Collection | $482.00 |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert Louis Laping**                                    Case number *(if known)*

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe.....

   | Sports and Hobby Equipment | $380.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes.  Describe.....

    | Pistol | $25.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

    | Men's Clothing | $50.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

    | Men's Jewelry | $100.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..........................................................................

    | $2,414.50 |
    |---|

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☑ No
    ☐ Yes...................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes.......................                        Institution name:

| Debtor 1 | **Robert Louis Laping** | Case number *(if known)* | |

| | 17.1. | **GTE Federal Credit Union Checking Account 3983** | **$9.26** |
| | 17.2. | **GTE Federal Credit Union Savings Account 3644** | **$8.73** |
| | 17.3. | **Unidivided 1/2 Interest in Navy Federal Credit Union Checking Account 3332** | **$1.14** |
| | 17.4. | **Navy Federal Credit Union Checking Account 6705** | **$2.57** |
| | 17.5. | **Navy Federal Credit Union Savings Account 3575** | **$17.17** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................    Institution or issuer name:

| **Undivided 1/2 Interest in TD Ameritrade Stock Account 3932** | **$9.62** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
        Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
        Type of account:                    Institution name:

| **Undivided 1/2 Interest in GTE Federal Credit Union IRA 3826** | **$7.03** |
| **Navy Federal Credit Union IRA 0001** | **$61.27** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Robert Louis Laping** | Case number *(if known)* |
|---|---|---|

- ■ No
- ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
|  | **Prudential Whole Life Insurance Policy** |  | $782.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.......

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Robert Louis Laping** | Case number *(if known)* | |
|---|---|---|---|

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

| | $898.79 |
|---|---|

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | $0.00 |
|---|---|

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | | $185,752.50 |
| 56. | **Part 2: Total vehicles, line 5** | $7,647.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $2,414.50 | |
| 58. | **Part 4: Total financial assets, line 36** | $898.79 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**     + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $10,960.29 | Copy personal property total          $10,960.29 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $196,712.79 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Undivided 1/2 Interest in 2902 Magnolia Trace Tarpon Springs, FL 34688  Pinellas County**<br>Line from *Schedule A/B*: **1.1** | $185,752.50 | ■  $371,505.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| **Undivided 1/2 Interest in 2012 Jeep Liberty**<br>Line from *Schedule A/B*: **3.1** | $7,647.00 | ■  $15,294.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Undivided 1/2 Interest in Household Furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,177.50 | ■  $2,355.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Undivided 1/2 Interest in Storage Unit: Personal Items such as family memorabilia, personal paperwork, miscellaneous items**<br>Line from *Schedule A/B*: **6.2** | $50.00 | ■  $100.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **TV, Cell Phone, Radio and Laptop**<br>Line from *Schedule A/B*: **7.1** | $150.00 | ■  $21.50<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert Louis Laping**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Books and Train Collection**<br>Line from *Schedule A/B*: **8.1** | $482.00 | ■ | $337.57<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Sports and Hobby Equipment**<br>Line from *Schedule A/B*: **9.1** | $380.00 | ■ | $380.00<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Pistol**<br>Line from *Schedule A/B*: **10.1** | $25.00 | ■ | $25.00<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Men's Clothing**<br>Line from *Schedule A/B*: **11.1** | $50.00 | ■ | $50.00<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Men's Jewelry**<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ | $100.00<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **GTE Federal Credit Union Checking Account 3983**<br>Line from *Schedule A/B*: **17.1** | $9.26 | ■ | $9.26<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **GTE Federal Credit Union Savings Account 3644**<br>Line from *Schedule A/B*: **17.2** | $8.73 | ■ | $8.73<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Unidivided 1/2 Interest in Navy Federal Credit Union Checking Account 3332**<br>Line from *Schedule A/B*: **17.3** | $1.14 | ■ | $2.27<br><br>□ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Navy Federal Credit Union Checking Account 6705**<br>Line from *Schedule A/B*: **17.4** | $2.57 | ■ | $2.57<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Navy Federal Credit Union Savings Account 3575**<br>Line from *Schedule A/B*: **17.5** | $17.17 | ■ | $17.17<br><br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Undivided 1/2 Interest in TD Ameritrade Stock Account 3932**<br>Line from *Schedule A/B*: **18.1** | $9.62 | ■ | $19.23<br><br>□ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Undivided 1/2 Interest in GTE Federal Credit Union IRA 3826**<br>Line from *Schedule A/B*: **21.1** | $7.03 | ■ | $14.05<br><br>□ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Robert Louis Laping** | | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Navy Federal Credit Union IRA 0001**<br>Line from *Schedule A/B*: **21.2** | $61.27 | ■ | $61.27 | **Fla. Stat. Ann. § 222.21(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Prudential Whole Life Insurance Policy**<br>Line from *Schedule A/B*: **31.1** | $782.00 | ■ | $782.00 | **Fla. Stat. Ann. § 222.14** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Navy Federal Credit Union**<br>Creditor's Name | Describe the property that secures the claim:<br>**First Mortgage for Undivided 1/2 Interest in Homestead Real Property located at 2902 Magnolia Trace Tarpon Springs, FL 34688-8530** | $94,010.39 | $371,505.00 | $0.00 |

**PO Box 3700**
**Merrifield, VA 22116-3700**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**First Mortgage for Homestead Real Property Located at 2902 Magnolia Trace, Tar**

Date debt was incurred                    Last 4 digits of account number    **6732**

| **2.2** **Navy Federal Credit Union**<br>Creditor's Name | Describe the property that secures the claim:<br>**Undivided 1/2 Interest in 2012 Jeep Liberty** | $11,338.10 | $15,294.00 | $0.00 |
|---|---|---|---|---|

**PO Box 3700**
**Merrifield, VA 22116-3700**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

Debtor 1  **Robert Louis Laping**                                    Case number (if know) _____

First Name        Middle Name        Last Name

☐ Disputed

**Who owes the debt?** Check one.                    **Nature of lien.** Check all that apply.

☐ Debtor 1 only                                      ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                         car loan)
☐ Debtor 1 and Debtor 2 only                         ☐ Statutory lien (such as tax lien, mechanic's lien)
■ At least one of the debtors and another            ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**               ■ Other (including a right to offset)  _____
   **community debt**

| | | |
|---|---|---|
| **Secured Loan: 2012 Jeep Liberty** | | |
| Date debt was incurred | Last 4 digits of account number | **3803** |

| 2.3 | **Pinellas County Tax** | Describe the property that secures the claim: | $0.00 | $371,505.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

| | |
|---|---|
| | **Property Taxes for Undivided 1/2 Interest in 2902 Magnolia Trace Tarpon Springs, FL 34688** |

**PO Box 4006**
**Seminole, FL 33775-4006**

As of the date you file, the claim is: Check all that
apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated

**Who owes the debt?** Check one.                    ☐ Disputed

☐ Debtor 1 only                                      **Nature of lien.** Check all that apply.
☐ Debtor 2 only                                      ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only                            car loan)
■ At least one of the debtors and another            ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**               ☐ Judgment lien from a lawsuit
   **community debt**                                ■ Other (including a right to offset)  **pon Springs, FL 34688**

| | | |
|---|---|---|
| **Property Taxes for Homestead Real Property Located at 2902 Magnolia Trace, Tar** | | |
| Date debt was incurred | Last 4 digits of account number | **0410** |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$105,348.49** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$105,348.49** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code              On which line in Part 1 did you enter the creditor?  **2.1**

**Navy Federal**
**Attention: Bankruptcy**                                 Last 4 digits of account number  ___
**PO Box 3000**
**Merrifield, VA 22119-3000**

**Fill in this information to identify your case:**

Debtor 1     **Robert Louis Laping**

           First Name             Middle Name            Last Name

Debtor 2

(Spouse if, filing)    First Name             Middle Name            Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number

(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                               **Total claim**

# See attached spreadsheet

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| [CHRIS] MARIA WALSH | 18 LARKSPUR CT | | FARMINGDALE | NY | 11735-2125 | K38478 | 66.90 | * |
| 3333 US 19, LLC | 2324 Lilac Dr | | Palm Harbor | FL | 34683-5890 | | Unknown | ** |
| A DANIEL HAMILTON | 7391 PINE FOREST RD | | PENSACOLA | FL | 32526-3909 | K42422 | 66.90 | * |
| A DAVID GERHART | 352 EDGEHILL DR | | AKRON | PA | 17501-1225 | K57785 | 66.90 | * |
| A DUANE STRUNK | 2974 W STATE ROAD 44 | | CONNERSVILLE | IN | 47331-7814 | K28746 | 66.90 | * |
| A GARY KASTMAN | 1684 N 2175 EAST RD | | FINDLAY | IL | 62534-4150 | K54480 | 66.90 | * |
| A GUY SIMMONS | 101 W RIVER RD UNIT 184 | | TUCSON | AZ | 85704-5110 | K56737 | 66.90 | * |
| A JAY GROSS | 3 BAYARD RD APT 58 | | PITTSBURGH | PA | 15213-1926 | K44397 | 66.90 | * |
| A JOANNE TELLMAN | 106 DORMAN DR | | ELIZABETH | PA | 15037-2427 | K61202 | 66.90 | * |
| A JOSEPH BITONTE | 2052 HONEYTREE LOOP N | | COLUMBUS | OH | 43229-4629 | K50944 | 66.90 | * |
| A LANDON BAKER | 501 TIDEPOINTE WAY APT 5316 | | HILTON HEAD I | SC | 29928-3054 | K36765 | 66.90 | * |
| A LARENE FILIATRAULT | 137 GERRISH AVE | | DRACUT | MA | 01826-4515 | K11629 | 66.90 | * |
| A PATRICIA ROSZKOWSKI | 2507 W 17TH ST | | WILMINGTON | DE | 19806-1101 | K36995 | 66.90 | * |
| A RAYMOND CHALLIS | 10 THE FAIRWAY | | WOODSTOCK | GA | 30188-2200 | K22666 | 66.90 | * |
| A W [AARON] HAMLETT | 707 UNION AVE | | GRANTS PASS | OR | 97527-5547 | K35897 | 66.90 | * |
| A WILLIAM [BILL] BRYAN | 529 CROSSLANDS DR | | KENNETT SQUAR | PA | 19348-2028 | K34864 | 66.90 | * |
| A. MURRAY CORLISS | 360 SOUTH ST | | FOXBORO | MA | 02035-2793 | K15257 | 66.90 | * |
| AARON FLEISCHER | 6 VILLAGE RD | | WESTON | MA | 02493-1338 | K11887 | 66.90 | * |
| AARON GIRBACH JR | 926 WATSON DR | | SALINE | MI | 48176-1030 | K12614 | 66.90 | * |
| AARON JONES | 20203 MEADOW LN | | BEND | OR | 97701-8905 | K36850 | 66.90 | * |
| AARON R SMALL | 33 LEAWOOD CT | | COLUMBIA | SC | 29206-1364 | K51049 | 66.90 | * |
| AARON S SWEIGART | 58 WEAVER AVE | | EPHRATA | PA | 17522-1370 | K57931 | 66.90 | * |
| AARON VINCENT LEATHERS SR | 5644 GARY AVE | | ALEXANDRIA | VA | 22311-1536 | K12809 | 66.90 | * |
| AARONE CORWIN | 9217 NAWASSA DR | | MIDWEST CITY | OK | 73130-4327 | K52190 | 66.90 | * |
| ABBE ANOLIK | 125 S LEXINGTON AVE | | PITTSBURGH | PA | 15208-2719 | K41456 | 66.90 | * |
| ABE STEVENSON | 3102 HILAND AVE | | GLENN DALE | MD | 20769-2100 | K53904 | 66.90 | * |
| ABIGAIL CLEGHORN | 18 LAKE MARION DR | | NORTH AUGUSTA | SC | 29841-8666 | K25974 | 66.90 | * |
| Accurint/Lexis Nexis | PO Box 7247-6157 | | Philadelphia | PA | 19170-0001 | 1245254 | 1,205.79 | ** |
| ACE KEITH HALL | PO BOX 2141 | | DURANGO | CO | 81302-2141 | K16948 | 66.90 | * |
| ADA ANN HEALEY | 13780 BLENHEIM TRAIL RD | | FORT MYERS | FL | 33908-1719 | K23665 | 66.90 | * |
| ADA ANNETTE SPRULL | 705 BOLD ST | | PORTSMOUTH | VA | 23701-3901 | K13276 | 66.90 | * |
| ADA DAVIS | 5000 5TH AVE APT 103 | | PITTSBURGH | PA | 15232-2150 | K44076 | 66.90 | * |
| ADA E KOTH | 500 W 10TH ST SPC 140 | | GILROY | CA | 95020-6530 | K13704 | 66.90 | * |
| ADA LOUISE PACE | 7630 CARLETON AVE | | UNIVERSITY CI | MO | 63130-1620 | K38449 | 66.90 | * |
| ADA MARIE SMITH | 1517 JUDSON DR | | LONGMONT | CO | 80501-2538 | K23158 | 66.90 | * |
| ADA SOYEZ | 9110 NE PARALLEL ST | | EL DORADO | KS | 67042-8574 | K51838 | 66.90 | * |
| ADAIRE HOYT | 4406 BIRCHWOOD LN | | ALLISON PARK | PA | 15101-1306 | K18668 | 66.90 | * |
| ADAM RICHTER | 2265 S BASCOM AVE APT 45 | | CAMPBELL | CA | 95008-4311 | K46405 | 66.90 | * |
| ADELA HOKE | 511 PARK BLVD | | VERSAILLES | OH | 45380-1422 | K32389 | 66.90 | * |
| ADELAIDE JACKSON | 180 NE 209TH AVE | | OLD TOWN | FL | 32680-4408 | K37024 | 66.90 | * |
| ADELAIDE MARY QUILLEN | 65 STONEYFORD RD | | HOLLAND | PA | 18966-2501 | K23582 | 66.90 | * |
| ADELAIDE SANDERS | 1448 PEA RIDGE HWY | | JONESVILLE | SC | 29353-3106 | K31467 | 66.90 | * |
| ADELE G PARKER | 1 CROFT CT | | PORTSMOUTH | VA | 23703-3647 | K13504 | 66.90 | * |
| ADELE HALPIN | 200 HAYPATH RD | | OLD BETHPAGE | NY | 11804-1434 | K37148 | 66.90 | * |
| ADELE JUZI | 867 JEFFERSON WAY | | WEST CHESTER | PA | 19380-6908 | K38081 | 66.90 | * |
| ADELE MCCONNELL | 107 HUNTINGTON RD | | GARDEN CITY | NY | 11530-3121 | K37446 | 66.90 | * |
| ADELE POLISE | 172 ROLLING MEADOW DR | | HOLLISTON | MA | 01746-2632 | K39622 | 66.90 | * |
| ADELE STONE | 120 CROWN POINT RD | | LONGVIEW | WA | 98632-5918 | K18519 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ADELINE KAPINUS | 1416 CATHERINE ST | | JOLIET | IL | 60435-4034 | K55796 | 66.90 | * |
| ADELINE KRUSE | 515 S LOUIS ST | | MOUNT PROSPEC | IL | 60056-3936 | K60090 | 66.90 | * |
| ADOLPH MUELLER JR | 2701 W 32ND ST | | JOPLIN | MO | 64804-1319 | K32587 | 66.90 | * |
| ADOLPHUS L NELUM | 5773 NORTHTON CT | | WOODBRIDGE | VA | 22193-3908 | K58498 | 66.90 | * |
| ADORE' FARMER | 52063 SE 3RD PL | | SCAPPOOSE | OR | 97056-3801 | K30910 | 66.90 | * |
| ADRIAN AMBLER JR | 1740 ROLFE RD | | MASON | MI | 48854-9249 | K40604 | 66.90 | * |
| ADRIAN KUCZYNSKI | 4 WHITE PINE LN | | SAINT PAUL | MN | 55110-1826 | K18763 | 66.90 | * |
| ADRIAN L HANSEN | 8154 E PALM LN | | SCOTTSDALE | AZ | 85257-3040 | K55779 | 66.90 | * |
| ADRIAN T TAPIA | 4595 AVENIDA DE LA LUZ | | YORBA LINDA | CA | 92886-3148 | K32418 | 66.90 | * |
| ADRIENNE ARENSON | 1402 MEADOWLARK DR | | PITTSBURGH | PA | 15243-1220 | K43136 | 66.90 | * |
| ADRIENNE BARTELL | 3026 YORK RD | | SAINT JAMES C | FL | 33956-2377 | K23895 | 66.90 | * |
| ADRIENNE CHILDRESS | 4117 N MARMORA AVE | | CHICAGO | IL | 60634-1730 | K51827 | 66.90 | * |
| ADRIENNE M WILSON | 1085 DAVERIC DR | | PASADENA | CA | 91107-1739 | K61924 | 66.90 | * |
| ADRIENNE MARTIN | 617 ROBINSON LN | | HAVERFORD | PA | 19041-1921 | K46850 | 66.90 | * |
| ADRIENNE MULLER | 1206 PEAR TREE LN | | HOUSTON | TX | 77073-1237 | K54188 | 66.90 | * |
| Advanced Payroll Consultants | 965 E. MLK Jr. Dr | | Tarpon Springs | FL | 34689-4802 | | 2,654.56 | ** |
| Advanta Credit Card | PO Box 660676 | | Dallas | TX | 75266-0676 | 558489703 | 3,909.64 | ** |
| Aetna Life Insurance Company | PO Box 7247-0213 | | Philadelphia | PA | 19170-0001 | 11287109 | 636.00 | ** |
| AGNES (NAN) OSKIN | 700 LARIMER AVE | | NORTH VERSAIL | PA | 15137-1244 | K61517 | 66.90 | * |
| AGNES [TUDIE] MCENEANEY | 5364 SE LOST LAKE WAY | | HOBE SOUND | FL | 33455-8121 | K49834 | 66.90 | * |
| AGNES BULLEN | 2192 MCCONNELL HWY | | CHARLOTTE | MI | 48813-9721 | K39950 | 66.90 | * |
| AGNES EPPERSON | 596 FOSTER AVE | | BARTLETT | IL | 60103-7519 | K58597 | 66.90 | * |
| AGNES GOLSON | 1626 LEXINGTON AVE | | MONROE | LA | 71201-3432 | K63014 | 66.90 | * |
| AGNES HOYT | 3300 S COLUMBINE CIR | | ENGLEWOOD | CO | 80113-7605 | K24359 | 66.90 | * |
| AGNES J [AGGIE] DALY | 4514 ELLENITA AVE | | TARZANA | CA | 91356-4930 | K51633 | 66.90 | * |
| AGNES KIRKLAND | 12106 NORTHWOOD DR | | UPPER MARLBOR | MD | 20772-5023 | K14657 | 66.90 | * |
| AGNES SCHATZ | 1711 SUMMER ST | | BURLINGTON | IA | 52601-3268 | K15498 | 66.90 | * |
| AGNES T LESLIE | 25 BROWER DR | | BRICK | NJ | 08723-5801 | K29589 | 66.90 | * |
| AGNES V BROWN | 3707 N RILEY AVE | | INDIANAPOLIS | IN | 46218-1656 | K33095 | 66.90 | * |
| AILEEN COCHRANE | PO BOX 83 | | OAKLAND | AR | 72661-0083 | K42152 | 66.90 | * |
| AILENE GRAY | 2408 25TH ST LOT 47 | | SPIRIT LAKE | IA | 51360-7038 | K54669 | 66.90 | * |
| AIMEE ACKELL | 83 THE CIR | | GLEN HEAD | NY | 11545-2247 | K44587 | 66.90 | * |
| AIMO HILL JR | 109 SPA VIEW AVE | | ANNAPOLIS | MD | 21401-3542 | K62400 | 66.90 | * |
| AINSLEE M FREEH | 1992 JAMES AVE | | ST PAUL | MN | 55105-1718 | K48702 | 66.90 | * |
| AJ ECONOMIDES | 13853 S TAMARACK DR | | PLAINFIELD | IL | 60544-6358 | K54860 | 66.90 | * |
| AL [DENNY] DENTINO | 7518 W REDWING DR | | PEORIA | IL | 61604-4224 | K45266 | 66.90 | * |
| AL AMARAL | 1904 KENSINGTON DR | | CARROLLTON | TX | 75007-2417 | K28096 | 66.90 | * |
| AL DODSON | 811 SUSAN DR | | MORGAN CITY | LA | 70380-1682 | K53344 | 66.90 | * |
| AL F [BINK] WITTMANN JR | 13406 CUMING ST | | OMAHA | NE | 68154-5274 | K30139 | 66.90 | * |
| AL GORT | 1647 LACAVA RD | | MERCED | CA | 95348-9202 | K28316 | 66.90 | * |
| AL HERBERGER | 47375 SUNRISE TER | | STERLING | VA | 20165-2443 | K27829 | 66.90 | * |
| AL R TROIANELLO | 2222 VALLEY VIEW RD | | MONTROSE | PA | 18801-6787 | K38639 | 66.90 | * |
| AL ROHMEYER | 6610 80TH ST S | | WISCONSIN RAP | WI | 54494-9066 | K49511 | 66.90 | * |
| AL SINNER | 4401 TABOR RD | | RACINE | WI | 53402-9733 | K55307 | 66.90 | * |
| AL TADAY | 283 N BRIDE BROOK RD | | EAST LYME | CT | 06333-1447 | K55941 | 66.90 | * |
| AL VELICA | 1388 N CENTERVILLE RD | | CENTERVILLE | IN | 47330-9679 | K32553 | 66.90 | * |
| ALAN B WAYNE | 80351 OAKTREE | | LA QUINTA | CA | 92253-4606 | K11323 | 66.90 | * |
| ALAN BULLERDIEK | 844 MARTIN DR | | EAST AURORA | NY | 14052-1934 | K47741 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ALAN BUNCHER | 2405 ANTIGUA CIR APT B3 | | COCONUT CREEK | FL | 33066-1013 | K46277 | 66.90 | * |
| ALAN CHIPURNOI | 91 WESTBURY AVE | | PLAINVIEW | NY | 11803-3627 | K48382 | 66.90 | * |
| ALAN D BODE | 1443 BLUE LAKE CIR | | PUNTA GORDA | FL | 33983-5904 | K27366 | 66.90 | * |
| ALAN D LOURIE | 700 NEW HAMPSHIRE AVE NW | | WASHINGTON | DC | 20037-2407 | K24109 | 66.90 | * |
| ALAN D NEIBERG M.D. | 1200 E MICHIGAN AVE STE 500 | | LANSING | MI | 48912-1899 | K44078 | 66.90 | * |
| ALAN E BRANDT | 108 COLBURN PT | | CHAPEL HILL | NC | 27516-8073 | K35918 | 66.90 | * |
| ALAN E RUBIN | PO BOX 105 | | UNIVERSAL CIT | TX | 78148-0105 | K45481 | 66.90 | * |
| ALAN FRANKEL | 2161 HUNTINGTON CT S | | WEXFORD | PA | 15090-7590 | K44945 | 66.90 | * |
| ALAN G HEDGES | 6741 WEATHERED DR | | MILTON | FL | 32570-2211 | K56147 | 66.90 | * |
| ALAN G THOLE | 13930 XANTHUS AVE | | ROGERS | MN | 55374-9187 | K20057 | 66.90 | * |
| ALAN H GOODMAN | 4401 SPICEWOOD SPRINGS RD AP | | AUSTIN | TX | 78759-8589 | K39723 | 66.90 | * |
| ALAN H SCOTT | 16444 N 56TH PL | | SCOTTSDALE | AZ | 85254-1288 | K57191 | 66.90 | * |
| ALAN HERZOG | 969 SPRING RIDGE DR | | IOWA CITY | IA | 52246-5822 | K15499 | 66.90 | * |
| ALAN HUTCHINS | 9891 W PEMBRIDGE DR | | STAR | ID | 83669-5661 | K35709 | 66.90 | * |
| ALAN I ALFORD | 323 BOSTON POST RD STE 3 | | SUDBURY | MA | 01776-3022 | K12694 | 66.90 | * |
| ALAN ISAACS | 1250 CAMPANELLI DR | | PLANTATION | FL | 33322-4533 | K53389 | 66.90 | * |
| ALAN J CHARTKOFF | 35 WHITE SISTERS WAY | | CANTON | MA | 02021-2048 | K12147 | 66.90 | * |
| ALAN J HARTNICK | 168 E 74TH ST APT 3A | | NEW YORK | NY | 10021-3561 | K51392 | 66.90 | * |
| ALAN J KAZLAUCKAS | 250 E OVERLOOK DR | | EASTLAKE | OH | 44095-1109 | K43585 | 66.90 | * |
| ALAN J KOCHER | 2455 E COUNTY ROAD 67 LOT 5 | | ANDERSON | IN | 46017-1920 | K31972 | 66.90 | * |
| ALAN J STRAUSS | 67 FREEMONT ST | | LEXINGTON | MA | 02421-6528 | K38248 | 66.90 | * |
| ALAN J SWINDLER | 2136 COPELARE DR | | MILTON | FL | 32583-3318 | K53346 | 66.90 | * |
| ALAN K BUTTERFIELD | 507 CARLA DR | | SHOREWOOD | IL | 60404-9708 | K52127 | 66.90 | * |
| ALAN K VERJINSKY | 4882 2ND ST | | VESPER | WI | 54489-9410 | K53489 | 66.90 | * |
| ALAN L BRYANT | 5750 HIGHWAY 127 N | | NEW LIBERTY | KY | 40355-9301 | K40312 | 66.90 | * |
| ALAN L MATHENY | 5271 WYNDEMERE COMMON SQ | | SWARTZ CREEK | MI | 48473-8913 | K58745 | 66.90 | * |
| ALAN L SKVIRSKY | 1606 19TH ST NW | | WASHINGTON | DC | 20009-1602 | K14123 | 66.90 | * |
| ALAN L WAID | 301 S EAGLE DR | | MERRILL | WI | 54452-3714 | K50879 | 66.90 | * |
| ALAN LEE KONCZ | 1910 EAGLE CT | | OWOSSO | MI | 48867-9052 | K30267 | 66.90 | * |
| ALAN LOSS | 62 DEER FORD DR | | LANCASTER | PA | 17601-5673 | K30658 | 66.90 | * |
| ALAN MINTZ | 6307 KINGS GATE CIR | | DELRAY BEACH | FL | 33484-2417 | K55896 | 66.90 | * |
| ALAN MURPHY | 323 POST RD | | IOWA CITY | IA | 52245-3629 | K59353 | 66.90 | * |
| ALAN PATTERSON | 116 COUNTRY LN | | CANTON | MS | 39046-9450 | K34871 | 66.90 | * |
| ALAN R NATHAN | 81 PORTER ST | | CAMBRIDGE | MA | 02141-1005 | K11502 | 66.90 | * |
| ALAN S GOLDSTEIN | 100 ELK VALLEY WAY | | EVERGREEN | CO | 80439-4951 | K49484 | 66.90 | * |
| ALAN S MCCONNELL | 1902 HAVERHILL RD | | BALTIMORE | MD | 21234-2718 | K35862 | 66.90 | * |
| ALAN SHAPIRO | 3039 POE DR | | MONTGOMERY | TX | 77356-5543 | K58089 | 66.90 | * |
| ALAN SHUCARD | 4848 N LYDELL AVE APT 119 | | MILWAUKEE | WI | 53217-5851 | K54055 | 66.90 | * |
| ALAN SPETNER | 40 STONEYSIDE LN | | SAINT LOUIS | MO | 63132-4122 | K41536 | 66.90 | * |
| ALAN T DAFFERNER | PO BOX 1097 | | ALCOA | TN | 37701-1097 | K15309 | 66.90 | * |
| ALAN V ABRAMS MD | 300 E 77TH ST APT 10D | | NEW YORK | NY | 10075-2484 | K13528 | 66.90 | * |
| ALAN YAKUBOFF | 30 LONGACRE DR | | HUNTINGTON | NY | 11743-3966 | K46604 | 66.90 | * |
| ALANA BRADY | 223 BOMBAY AVE | | LAUD BY SEA | FL | 33308-4402 | K60634 | 66.90 | * |
| ALANA ROZIER | 1201 BLACK ROAD EXT SE | | DARIEN | GA | 31305-3225 | K18540 | 66.90 | * |
| ALANNA NEWTON | PO BOX 10149 | | SEDONA | AZ | 86339-8149 | K40826 | 66.90 | * |
| ALBERT [AL] GULDEN JR | 1303 E JETER RD | | BARTONVILLE | TX | 76226-9407 | K37263 | 66.90 | * |
| ALBERT [AL] RULLMAN | 3317 QUAIL RIDGE LN | | MATTHEWS | NC | 28104-5404 | K39688 | 66.90 | * |
| ALBERT [BABE] PALMER | PO BOX 622 | | PERRYOPOLIS | PA | 15473-0622 | K46069 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.           No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ALBERT [BERT] OEHLER JR | 2248 SPRINGDALE RD | | CINCINNATI | OH | 45231-1806 | K39533 | 66.90 | * |
| ALBERT A MERRANKO | 4461 ROUTE 908 | | NATRONA HEIGH | PA | 15065-3018 | K46585 | 66.90 | * |
| ALBERT ARDELLINI | N96W15986 COUNTY LINE RD | | GERMANTOWN | WI | 53022-5115 | K36867 | 66.90 | * |
| ALBERT B LYONS | 54 PARKER AVE | | NEWPORT | RI | 02840-6942 | K26849 | 66.90 | * |
| ALBERT BLAKE | 5811 W 35TH ST S | | WICHITA | KS | 67215-1789 | K48090 | 66.90 | * |
| ALBERT BLOUGH | 571 E 28TH DIVISION HWY | | LITITZ | PA | 17543-9766 | K57932 | 66.90 | * |
| ALBERT C [ACE] MCMANUS | 2285 HOBSON RD | | LANCASTER | PA | 17602-1105 | K48671 | 66.90 | * |
| ALBERT C ADAM JR | 1051 BARROW CT | | WESTLAKE VILL | CA | 91361-1802 | K34269 | 66.90 | * |
| ALBERT C CLAUS | 15928 W WOODBINE CIR | | VERNON HILLS | IL | 60061-4116 | K59952 | 66.90 | * |
| ALBERT C EASTERLAY JR | 1113 NEYREY DR | | METAIRIE | LA | 70001-3830 | K50882 | 66.90 | * |
| ALBERT DENOVELLIS | 606 W STATE ST | | NORTH AURORA | IL | 60542-1539 | K55379 | 66.90 | * |
| ALBERT E BRIEDE III | 103 BORDEAUX ST | | METAIRIE | LA | 70005-4230 | K58449 | 66.90 | * |
| ALBERT E CRANDALL | 8135 SYCAMORE RD | | INDIANAPOLIS | IN | 46240-2577 | K44425 | 66.90 | * |
| ALBERT E FRIEND | 6000 GREAT OAK RD | | MURRYSVILLE | PA | 15632-9257 | K60656 | 66.90 | * |
| ALBERT ENG | 20 TIMBERPOINT RD | | EAST ISLIP | NY | 11730-2415 | K62028 | 66.90 | * |
| ALBERT F HARMON JR | 30 SCOTT DR APT B | | DRAVOSBURG | PA | 15034-1125 | K61494 | 66.90 | * |
| ALBERT F KLAVORA | 7655 PUDDINGSTONE DR | | CHESTERLAND | OH | 44026-1339 | K49039 | 66.90 | * |
| ALBERT FELDKAMP | 11600 W MICHIGAN AVE | | SALINE | MI | 48176-9626 | V99104 | 66.90 | * |
| ALBERT G [GREG] VOLLENDORF | 888 WALKER LOOP | | THE VILLAGES | FL | 32162-7486 | K61022 | 66.90 | * |
| ALBERT GARRETT WICHTERICH JR | 9327 TRANQUIL PARK DR | | SPRING | TX | 77379-6637 | K51294 | 66.90 | * |
| ALBERT GATHMAN | 12797 35TH ST | | OELWEIN | IA | 50662-9692 | K59949 | 66.90 | * |
| ALBERT H [BUD] KRAPF | PO BOX 666 | | CARLISLE | MA | 01741-0666 | K10677 | 66.90 | * |
| ALBERT H GRAZIANO | 3100 SW 31ST PL | | DES MOINES | IA | 50321-1954 | K20676 | 66.90 | * |
| ALBERT H HOLLYFIELD | 12429 135TH STREET CT E | | PUYALLUP | WA | 98374-4662 | K18619 | 66.90 | * |
| ALBERT H MAYSLES | 343 MALCOLM X BLVD FL 1 | | NEW YORK | NY | 10027-3933 | K13235 | 66.90 | * |
| ALBERT H PUTMAN | 115 CYNISCA ST | | WAXAHACHIE | TX | 75165-2303 | K28447 | 66.90 | * |
| ALBERT HOGOBOOM | 1701 COUNTRY CLUB RD | | EL DORADO | KS | 67042-4111 | K49282 | 66.90 | * |
| ALBERT J [BARNEY] MCMULLEN | 1014 HUNTERS LAKE DR | | JOHNSON CITY | TN | 37604-8324 | K43057 | 66.90 | * |
| ALBERT J LONG | 2569 TOWN ROAD 282 | | INTERNATIONAL | MN | 56649-8919 | K18353 | 66.90 | * |
| ALBERT J MC ALOON | 7416 HIGHLAND ST | | SPRINGFIELD | VA | 22150-3606 | K25829 | 66.90 | * |
| ALBERT JONES | 143 EADE AVE | | GLENSHAW | PA | 15116-1438 | K45777 | 66.90 | * |
| ALBERT L DELTONDO | 2229 ROCKWELL LN | | MANTECA | CA | 95336-5139 | K18956 | 66.90 | * |
| ALBERT MACKEY | 245 OAK AVE APT 319 | | SEBRING | FL | 33870-3631 | K47046 | 66.90 | * |
| ALBERT MARKEL | 448 BEAUMONT ST | | HAMPTON | VA | 23669-1609 | K49183 | 66.90 | * |
| ALBERT MELVIN MILLER | 3928 COLONEL ELLIS AVE | | ALEXANDRIA | VA | 22304-1704 | K45192 | 66.90 | * |
| ALBERT NIETERS | 135 ROSELAWN AVE E | | SAINT PAUL | MN | 55117-1923 | K27190 | 66.90 | * |
| ALBERT R STOSS | 687 N VINEYARD CIR | | PORT CLINTON | OH | 43452-4124 | K44254 | 66.90 | * |
| ALBERT ROENSCH | 27 JOYA DR | | PALM DESERT | CA | 92260-0328 | K53694 | 66.90 | * |
| ALBERT SANTORO | 24 ELTON DR | | EAST NORTHPOR | NY | 11731-6008 | K53990 | 66.90 | * |
| ALBERT SELL | 7517 W CARMEN AVE | | HARWOOD HEIGH | IL | 60706-3405 | K57636 | 66.90 | * |
| ALBERT SHELTON TAYLOR III | 1809 S COLLEGE ST | | TRENTON | TN | 38382-3940 | K30304 | 66.90 | * |
| ALBERT SMOCHKO | 107 IOLA ST | | GLENSHAW | PA | 15116-2026 | K60922 | 66.90 | * |
| ALBERT W GRANZOW III | 6015 W QUAIL AVE | | LAS VEGAS | NV | 89118-2756 | K33560 | 66.90 | * |
| ALBERT WEINNIG | 1762 GLENDALE RD | | DERIDDER | LA | 70634-3065 | K43869 | 66.90 | * |
| ALBERT WRIGHT | 12418 S LA SALLE ST | | CHICAGO | IL | 60628-7317 | K52544 | 66.90 | * |
| ALBERTA BURDICK | 248 PALATINE RD | | PITTSGROVE | NJ | 08318-3518 | K43917 | 66.90 | * |
| ALBERTA DANIELSON | 2219 PLEASANT DR | | WHITE OAK | PA | 15131-1923 | K61561 | 66.90 | * |
| ALBERTA ELLIOTT | 1633 WESLEYAN DR OFC | | MACON | GA | 31210-0849 | K20060 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ALBERTA J HORMANN | 3614 KNOLL RD | | FORT WAYNE | IN | 46809-1942 | K38453 | 66.90 | * |
| ALBERTA LEFEBER | PO BOX 1162 | | BERTHOUD | CO | 80513-2162 | K47778 | 66.90 | * |
| ALBERTA MARY RYDER | 1511 DEBORAH DR APT 311 | | LOWELL | MI | 49331-1268 | K42903 | 66.90 | * |
| ALBERTHA DREXLER | 619 SAINT PETER ST | | JEANERETTE | LA | 70544-5436 | V99769 | 66.90 | * |
| ALBIN L VAREHA | 113 ATTERBURY RD | | MONROEVILLE | PA | 15146-4801 | K60487 | 66.90 | * |
| ALCENA DAWSON | 520 DES MOINES ST | | KEOKUK | IA | 52632-5424 | K15167 | 66.90 | * |
| ALDEN FIERTZ | PO BOX 385 | | SOUTH WOODSTO | VT | 05071-0385 | K54029 | 66.90 | * |
| ALEAN FORD | 8190 NW 12TH CT | | CORAL SPRINGS | FL | 33071-6710 | K39425 | 66.90 | * |
| ALESA CASE | 2096 TIMBER LN | | CORALVILLE | IA | 52241-9720 | K15321 | 66.90 | * |
| ALETHA VRADENBURG | 823 HIGH ST | | KEOKUK | IA | 52632-4926 | K21096 | 66.90 | * |
| ALETTA HARDIN | 3618 JOHNSON STREET RD | | KEOKUK | IA | 52632-9746 | K14734 | 66.90 | * |
| ALEX HARPER SR | 1521 PROVIDENCE RD | | LAKELAND | FL | 33805-3429 | K41494 | 66.90 | * |
| ALEX J BANES | 503 AVENIDA DEL VERDOR | | SAN CLEMENTE | CA | 92672-2451 | K61227 | 66.90 | * |
| ALEX LEE | 8345 HEBRON CHURCH RD | | GARNER | NC | 27529-9172 | K50226 | 66.90 | * |
| ALEX ROBINSON | 4415 MILLER CREEK CT | | STOCKTON | CA | 95219-4967 | K50197 | 66.90 | * |
| ALEX S CARPENTER | 8059 DANIEL PL NW | | SILVERDALE | WA | 98383-9238 | K36315 | 66.90 | * |
| ALEX TYREE | 13506 ABERCROMBIE DR | | ENGLEWOOD | FL | 34223-4087 | K15420 | 66.90 | * |
| ALEXANDER A BONNYMAN | 20 OAKFIELD DR SE | | ROME | GA | 30161-5991 | K13131 | 66.90 | * |
| ALEXANDER C DEMETER | 4 INTERVALE AVE | | MEDFORD | MA | 02155-3117 | K12728 | 66.90 | * |
| ALEXANDER HILLIARD | 214 DEVOE ST APT 1 | | BROOKLYN | NY | 11211 | K34795 | 66.90 | * |
| ALEXANDER JAFTOK | 152 FISHER AVE | | STATEN ISLAND | NY | 10307-1310 | K51681 | 66.90 | * |
| ALEXANDER LAWRENCE | 3201 ELMREEB DR | | COLUMBUS | OH | 43219-3217 | K40597 | 66.90 | * |
| ALEXANDER MORTON III | 18829 SE WINDWARD ISLAND LN | | JUPITER | FL | 33458-1117 | K43973 | 66.90 | * |
| ALEXANDER S MURRAY JR | 1009 PRAIRIE ST | | SAINT CHARLES | IL | 60174-3638 | K60104 | 66.90 | * |
| ALEXANDER SMITH | 7224 CHATELAIN DR | | NEW ORLEANS | LA | 70126-2513 | K54125 | 66.90 | * |
| ALEXANDER W [BILL] GERZ | 635 APPLE RD | | LANCASTER | PA | 17601-3401 | K27765 | 66.90 | * |
| ALEXANDRA SILBER | 2741 GALICIA WAY | | CARLSBAD | CA | 92009-8142 | K12153 | 66.90 | * |
| ALEXANDRA THOMAS | 41 ENCAMPMENT DR | | BEDMINSTER | NJ | 07921-1828 | K33418 | 66.90 | * |
| ALEXANDRIA DUNNE | 3638 211TH ST | | BAYSIDE | NY | 11361-1954 | K37405 | 66.90 | * |
| ALFONSO FAMOSO | 3819 BAKER RD | | WESTMINSTER | MD | 21157-7810 | K58114 | 66.90 | * |
| ALFRED [TERRY] PEZZOLA | 2600 PALMER AVE | | BRISTOL | PA | 19007-5803 | K24566 | 66.90 | * |
| ALFRED A MIXON | 964 CAMPBELLTON DR | | NORTH AUGUSTA | SC | 29841-3203 | K48512 | 66.90 | * |
| ALFRED A SCARBERRY | 1586 HOLCOMB HOLLOW RD | | THURMAN | OH | 45685-9316 | K53211 | 66.90 | * |
| ALFRED B CAMBRE | 2301 IDAHO AVE APT 216 | | KENNER | LA | 70062-5761 | K51338 | 66.90 | * |
| ALFRED BANISTER | 1610 28TH ST | | PORTSMOUTH | OH | 45662-2641 | K50818 | 66.90 | * |
| ALFRED C HASSENBOEHLER | 532 BELLANGER ST | | HARVEY | LA | 70058-2746 | K55227 | 66.90 | * |
| ALFRED CAMPBELL WALTERS | 4 LAKE COMO LT | | GREENVILLE | SC | 29609-3063 | K49556 | 66.90 | * |
| ALFRED E SMITH | 251 NAVARRE RD | | ROCHESTER | NY | 14621-1041 | K20380 | 66.90 | * |
| ALFRED G WILLIAMS | 11224 SHALIMAR DR | | FORT WAYNE | IN | 46845-1227 | K41441 | 66.90 | * |
| ALFRED GARRASI JR | 19241 WEDGEWOOD | | RIVERVIEW | MI | 48193-8438 | K60508 | 66.90 | * |
| ALFRED HENRY | 9540 STONEROCK RD | | VERSAILLES | OH | 45380-9718 | K34893 | 66.90 | * |
| ALFRED J FUCHS | 710 S FITCH MOUNTAIN RD APT | | HEALDSBURG | CA | 95448-4655 | K37555 | 66.90 | * |
| ALFRED J THERIOT JR | 103 MARLIN DR | | SLIDELL | LA | 70461-1130 | K50428 | 66.90 | * |
| ALFRED P SMITH | 5 REED RD | | MORRISTOWN | NJ | 07960-4815 | K37820 | 66.90 | * |
| ALFRED PAPESH | 813 CASSIE DR | | JOLIET | IL | 60435-2935 | K54022 | 66.90 | * |
| ALFRED R RAPOSA | 45 LOCUST AVE | | PORTSMOUTH | RI | 02871-1122 | K28011 | 66.90 | * |
| ALFRED RUSTON | 121 N DAVID AVE | | JACKSON | OH | 45640-1112 | K53348 | 66.90 | * |
| ALFRED S KOFFLER | 11865 DUNBAR CT | | WEST PALM BEA | FL | 33412-1620 | K13003 | 66.90 | * |

Legend:

\* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

\*\* = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ALFRED SEKSCIENSKI | 45 OAK HILLS DR | | HANOVER | PA | 17331-9738 | K15285 | 66.90 | * |
| ALFRED TOBORG | PO BOX 272 | | LYNDONVILLE | VT | 05851-0272 | K51317 | 66.90 | * |
| ALFRED W MURRAY | 2190 BETHANY RD | | MADISON | GA | 30650-4703 | K59731 | 66.90 | * |
| ALFRED WEST | 242 NW 86TH TER | | CORAL SPRINGS | FL | 33071-7446 | K62387 | 66.90 | * |
| ALFREDA TAYLOR | 15241 SW 46TH CT | | MIRAMAR | FL | 33027-3637 | K44656 | 66.90 | * |
| ALFREDO [FRED] SOLORIO | 2165 PICO CT | | EL DORADO | KS | 67042-4082 | K49177 | 66.90 | * |
| ALFRIEDA ANDERSON | 222 GRANADA DR | | UNIVERSAL CIT | TX | 78148-3137 | K33531 | 66.90 | * |
| ALGONA HIGH SCHOOL | ALGONA COMMUNITY SCHOOL FOUN | 600 SOUTH HALE ST | ALGONA | IA | 50511-2900 | | 0.00 | ** |
| ALGONA HIGH SCHOOL | c/o BARBARA TEETER | 600 SOUTH HALE ST | ALGONA | IA | 50511-2900 | | 0.00 | ** |
| ALICE [KIT] PORTER | 101 N UPPER BROADWAY ST APT | | CORPUS CHRIST | TX | 78401-2750 | K33323 | 66.90 | * |
| ALICE ANN GESSNER | 8 JO ANN LN | | MILTON | PA | 17847-2113 | K15695 | 66.90 | * |
| ALICE BAUER | 2522 DOGWOOD RIDGE RD | | WHEELERSBURG | OH | 45694-9070 | K50850 | 66.90 | * |
| ALICE BRICK | 14 FORSYTHIA CT | | MARLTON | NJ | 08053-4402 | K50431 | 66.90 | * |
| ALICE C SIEVERSON | 149 RAYMOND AVE | | BARRINGTON | IL | 60010-3016 | K59451 | 66.90 | * |
| ALICE CHRENKO | 39840 SUNBURY RD | | NORTHVILLE | MI | 48167-9503 | K59604 | 66.90 | * |
| ALICE CHRISTIAN | 3 BETHANY AVE | | TITUSVILLE | NJ | 08560-1817 | K40723 | 66.90 | * |
| ALICE CISCO | PO BOX 384 | | CALEDONIA | OH | 43314-0384 | K44852 | 66.90 | * |
| ALICE CORKERY ESQ | 515 WOODLAND AVE | | WESTFIELD | NJ | 07090-2300 | K36969 | 66.90 | * |
| ALICE DIXSON | 918 10TH ST | | INTERNATIONAL | MN | 56649-2844 | K19296 | 66.90 | * |
| ALICE E [BETTY] KENDRICK | 814 EL DORADO PKWY W | | CAPE CORAL | FL | 33914-7233 | K15298 | 66.90 | * |
| ALICE E BRAASCH | 7509 NEWTON DR | | LOUISVILLE | KY | 40228-1746 | K34675 | 66.90 | * |
| ALICE E RUSSELL | PO BOX 234 | | MATTHEWS | NC | 28106-0234 | K26694 | 66.90 | * |
| ALICE EDWARDS | 10116 274TH ST E | | GRAHAM | WA | 98338-9115 | K32970 | 66.90 | * |
| ALICE ERDMAN | 1240 MERRILL AVE APT 301 | | WAUSAU | WI | 54401-2641 | K48439 | 66.90 | * |
| ALICE FAYE GLOVER-NORRIS | PO BOX 2696 | | JOLIET | IL | 60434-2696 | K51076 | 66.90 | * |
| ALICE HAGEMEYER | 667 SNYDER RD | | HIGHLAND | MI | 48357-2862 | V99153 | 66.90 | * |
| ALICE HEINEN | 1124 RAINBOW CT | | MUKWONAGO | WI | 53149-1020 | K42964 | 66.90 | * |
| ALICE HUFFMAN | 154 EUCLID ST | | VERSAILLES | OH | 45380-1152 | K33687 | 66.90 | * |
| ALICE IRIZARRY | 239 RIDGE RD | | BROWNS MILLS | NJ | 08015-4512 | K47413 | 66.90 | * |
| ALICE J HURLEY | 250 SHERWOOD DR | | CRANBERRY TOW | PA | 16066-4364 | K60896 | 66.90 | * |
| ALICE J MOEBUS | 16951 MADOLINE ST | | BEVERLY HILLS | MI | 48025-5405 | K61790 | 66.90 | * |
| ALICE J SMITH | 6217 E EVANS CREEK RD | | ROGUE RIVER | OR | 97537-9605 | K31079 | 66.90 | * |
| ALICE JERNIGAN | 2945 CHESTNUT ST | | SHREVEPORT | LA | 71109-2215 | V99837 | 66.90 | * |
| ALICE JURIST | 5 GARRISON LN | | MENDHAM | NJ | 07945-2701 | K16826 | 66.90 | * |
| ALICE K [TRINA] LOSINNO | 244 SYLVANIA AVE | | GLENSIDE | PA | 19038-4113 | K24405 | 66.90 | * |
| ALICE K CUNNINGHAM | 4911 W PARK DR | | AUSTIN | TX | 78731-5535 | K55359 | 66.90 | * |
| ALICE L DOWNEY | 5607 TEAGARDEN PL | | HOPE MILLS | NC | 28348-5215 | K59288 | 66.90 | * |
| ALICE L PERKINS | 21752 COLUMBUS AVE | | CUPERTINO | CA | 95014-4713 | K61316 | 66.90 | * |
| ALICE LIVERMAN | 15710 RIVERSIDE DR W APT LV | | NEW YORK | NY | 10032-7033 | K14219 | 66.90 | * |
| ALICE LOHR | 11444 SE 90TH AVE APT 1318 | | HAPPY VALLEY | OR | 97086-4608 | K32225 | 66.90 | * |
| ALICE LUCIA | 1236 VIRGINIA AVE | | DES MOINES | IA | 50315-2252 | K22073 | 66.90 | * |
| ALICE M HARRINGTON | 5244 KAYWOOD CT | | FAIRFAX | VA | 22032-2618 | K25923 | 66.90 | * |
| ALICE M HAWKS | PO BOX 325 | | MONTROSE | CO | 81402-0325 | K17049 | 66.90 | * |
| ALICE MARTHALLER | 520 JOANN DR | | CONNEAUT | OH | 44030-3042 | K18201 | 66.90 | * |
| ALICE MC NEAL | 3407 9 IRON CT | | FORT MYERS | FL | 33917-7214 | K50933 | 66.90 | * |
| ALICE MCGOWAN | 1948 WALNUT ST | | HOLT | MI | 48842-6613 | K44406 | 66.90 | * |
| ALICE MILLER-HICKEY | 263 RIVER AVE APT 65 | | PATCHOGUE | NY | 11772-3388 | K38126 | 66.90 | * |
| ALICE MORALES | 15300 PALM DR SPC 190 | | DESERT HOT SP | CA | 92240-6958 | K33579 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ALICE NIELSEN | PO BOX 212 | | WESTSIDE | IA | 51467-0212 | K14091 | 66.90 | * |
| ALICE NIVENS BOYD LVN | 2200 SW 7TH AVE APT 710 | | AMARILLO | TX | 79106-6791 | K35323 | 66.90 | * |
| ALICE PROCTOR | 245 S ELM ST APT 303 | | WACONIA | MN | 55387-1433 | K48193 | 66.90 | * |
| ALICE R TRAPP | 39 ERICKSON RD | | ESKO | MN | 55733-9556 | K20225 | 66.90 | * |
| ALICE RIDDELL | 1470 NW 80TH AVE APT 401 | | MARGATE | FL | 33063-2918 | K39148 | 66.90 | * |
| ALICE ROHRET | 206 IOWA ST | | WATERLOO | IA | 50703-3850 | K57888 | 66.90 | * |
| ALICE S CLEARY | 958 LOCUST GROVE TER | | BRYN MAWR | PA | 19010-1362 | K38473 | 66.90 | * |
| ALICE SAKOWSKI | 711 WINTERTHUR WAY | | EASTON | PA | 18040-7445 | K30295 | 66.90 | * |
| ALICE SALERNO | 20 HOLDEN LN | | BAYVILLE | NY | 11709-3003 | K53452 | 66.90 | * |
| ALICE SAVIDGE | 632 SLIFER AVE | | LEWISBURG | PA | 17837-6856 | K15586 | 66.90 | * |
| ALICE SHAPIRO | 159 LEBEAU PIKE | | PITTSBURGH | PA | 15221-4253 | K43261 | 66.90 | * |
| ALICE SHEARER | 717 FAIRVIEW DR | | AURORA | OH | 44202-9531 | K45561 | 66.90 | * |
| ALICE SHUPE | 4799 LOCKER RD SE | | PORT ORCHARD | WA | 98366-8736 | K34319 | 66.90 | * |
| ALICE SIMMONS | 332 STONEWALL CIR | | WOODSTOCK | VA | 22664-1404 | K27739 | 66.90 | * |
| ALICE SLOAN | 716 S FAIRVIEW CIR | | ALVIN | TX | 77511-2640 | K34485 | 66.90 | * |
| ALICE SOSNOWSKI | 7047 EMERSON ST | | MORTON GROVE | IL | 60053-1207 | K53700 | 66.90 | * |
| ALICE SPRAFKA | 1131 14TH ST N | | WISCONSIN RAP | WI | 54494-3018 | K49128 | 66.90 | * |
| ALICE STERN BERKMAN | 49 BRIAR HOLLOW LN UNIT 803 | | HOUSTON | TX | 77027-9308 | K13486 | 66.90 | * |
| ALICE SYKES | 2914 WINCHESTER AVE | | LONGPORT | NJ | 08403-1337 | K39103 | 66.90 | * |
| ALICE UTSEY | 346 CURTIS TIGNOR RD | | NEWPORT NEWS | VA | 23608-2714 | K61978 | 66.90 | * |
| ALICE WALKER | 614 W 12TH ST | | LAKELAND | FL | 33805-3616 | K44754 | 66.90 | * |
| ALICE WALSH | 5011 LAKE TOSCANA DR | | WIMAUMA | FL | 33598-4429 | K41711 | 66.90 | * |
| ALICE WASHINGTON | 7702 BETHANY DR | | FORESTVILLE | MD | 20747-1834 | K12753 | 66.90 | * |
| ALICE WOOD | 114 BALL PARK RD | | COSBY | TN | 37722-2800 | K27799 | 66.90 | * |
| ALICIA ALWYN | 523 E COTTONWOOD DR | | KALISPELL | MT | 59901-2942 | K52404 | 66.90 | * |
| ALICIA DAY | 382 BIRCHFIELD DR | | MARIETTA | GA | 30068-3808 | K14689 | 66.90 | * |
| ALICIA MULLIKEN | PO BOX 91 | | EPHRAIM | WI | 54211-0091 | K41621 | 66.90 | * |
| ALICIA P DARDEN | 2809 PINEWELL ST | | PORTSMOUTH | VA | 23704-6038 | K12667 | 66.90 | * |
| ALICIA RUTHERFORD | 8 RIDGEWOOD AVE | | MOUNT VERNON | OH | 43050-3142 | K31540 | 66.90 | * |
| ALINA PAULA MACNEAL | 3711 HAMILTON ST | | PHILADELPHIA | PA | 19104-2313 | K40628 | 66.90 | * |
| ALINE THOMPSON | 305 OIL HILL RD | | EL DORADO | KS | 67042-3353 | K48683 | 66.90 | * |
| ALISAN MAGINNIS | PO BOX 348 | | SANTEE | SC | 29142-0348 | K17649 | 66.90 | * |
| ALISON C SWIMLEY | 7808 NE 51ST ST APT 335 | | VANCOUVER | WA | 98662-6212 | K32329 | 66.90 | * |
| ALISON CRAIG | PO BOX 860 | | HAGUE | NY | 12836-0860 | K53744 | 66.90 | * |
| ALISON J BAKER | 15330 MCKEE LN SE | | YELM | WA | 98597-9197 | K28635 | 66.90 | * |
| ALISON L WELTY | 7715 MANDERSON CIR | | OMAHA | NE | 68134-4471 | K59146 | 66.90 | * |
| ALITA L BEACH | 3627 EVERSHOLT ST | | CLERMONT | FL | 34711-5213 | K51363 | 66.90 | * |
| ALJOY HENKE | 6640 WAZEECHA AVE | | WISCONSIN RAP | WI | 54494-2305 | K46246 | 66.90 | * |
| ALLAMAE LINDSEY | 816 MABRY HOOD RD | | KNOXVILLE | TN | 37932-2619 | K12660 | 66.90 | * |
| ALLAN ARMENTROUT SR | 13 PARK DR | | NORTH PEKIN | IL | 61554-1067 | K44828 | 66.90 | * |
| ALLAN B GORDON | 112 MIDDLEFIELD RD | | PERU | MA | 01235-9341 | K47041 | 66.90 | * |
| ALLAN B WENDLER | 2414 WALDEN CT | | IOWA CITY | IA | 52246-4118 | K58606 | 66.90 | * |
| ALLAN D HEUERMAN | 2515 HOMEWOOD DR | | FREDERICK | MD | 21702-3383 | K20868 | 66.90 | * |
| ALLAN FINE | 4621 MAPLE RD | | WEST BEND | WI | 53095-9710 | K48956 | 66.90 | * |
| ALLAN G KETZELL II | 3 POPLAR ST | | BRIDGEPORT | OH | 43912-1418 | K50811 | 66.90 | * |
| ALLAN H DEGNAN | 27137 LOST LAKE LN | | BONITA SPRING | FL | 34134-2635 | K58454 | 66.90 | * |
| ALLAN H MELTZER | 537 N NEVILLE ST APT 6B | | PITTSBURGH | PA | 15213-2772 | K10597 | 66.90 | * |
| ALLAN HROVAT | 36923 STEVENS BLVD | | WILLOUGHBY | OH | 44094-6360 | K55362 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ALLAN JAY GARFINKLE | 2901 W 127TH ST | | LEAWOOD | KS | 66209-2417 | K32634 | 66.90 | * |
| ALLAN P EILERS | 11508 77TH ST | | CLEAR LAKE | MN | 55319-9441 | K21429 | 66.90 | * |
| ALLAN R SCHMID | 1401 PLUM CT APT A | | MOUNT PROSPEC | IL | 60056-1048 | K21167 | 66.90 | * |
| ALLAN RUDICK | 303 6TH ST | | CORONADO | CA | 92118-1607 | K51307 | 66.90 | * |
| ALLAN RUSSELL | 2765 171ST AVE NW | | ANDOVER | MN | 55304-2006 | K18974 | 66.90 | * |
| ALLAN SUTHERLAND | 101425 OVERSEAS HWY PMB 208 | | KEY LARGO | FL | 33037 | K11500 | 66.90 | * |
| ALLAN XAVIER QUINN | 1002 1/2 CHESTNUT ST | | SUNBURY | PA | 17801-2928 | K15886 | 66.90 | * |
| ALLAN YEAGER | 612 FAIRLANE ST | | IDA GROVE | IA | 51445-1629 | K55476 | 66.90 | * |
| ALLANA SCHAEFER | 20 BLACKBOURN RD | | ATTLEBORO | MA | 02703-1607 | K24880 | 66.90 | * |
| ALLEEN WICKTOR | 125 HICKORY CT | | FARMINGTON | MN | 55024-1564 | K21063 | 66.90 | * |
| ALLEN [AL] MILLER | 18939 COUNTY ROAD 44 | | CLEARWATER | MN | 55320-1535 | K20662 | 66.90 | * |
| ALLEN A THIEME | 18151 MAPLE ST | | LANSING | IL | 60438-2461 | K38312 | 66.90 | * |
| ALLEN AYERS | 1594 KNOX HIGHWAY 15 | | DAHINDA | IL | 61428-9330 | K44645 | 66.90 | * |
| ALLEN BERT ANGY | 400 1ST AVE | | SATELLITE BEA | FL | 32937-2202 | K28240 | 66.90 | * |
| ALLEN BETHEL | 1400 OAKLAND ACRES DR | | MADISON | TN | 37115-5324 | K41582 | 66.90 | * |
| ALLEN BRANDT | W4361 COUNTY ROAD U | | PLYMOUTH | WI | 53073-4322 | K46515 | 66.90 | * |
| ALLEN BROADY | 1401 N PIEDMONT RD | | YUKON | OK | 73099-1433 | K62465 | 66.90 | * |
| ALLEN C DUMKE | 300 N MAIN ST | | HENDRICKS | MN | 56136-9502 | K54625 | 66.90 | * |
| ALLEN C HOFFMAN | 2481 MCNEILLY RD | | PITTSBURGH | PA | 15226-2407 | K61437 | 66.90 | * |
| ALLEN CARLETON FIRESTINE | 44 CLARK RD APT 112 | | BATTLE CREEK | MI | 49037-7352 | K51194 | 66.90 | * |
| ALLEN COATNEY | 908 MILLS AVE | | DUMAS | TX | 79029-5316 | K30638 | 66.90 | * |
| ALLEN DERSHEM | 10165 RIVER RD | | NEW COLUMBIA | PA | 17856-9161 | K15756 | 66.90 | * |
| ALLEN E BADGETT | 7120 FILLMORE ST | | HOLLYWOOD | FL | 33024-7346 | K44067 | 66.90 | * |
| ALLEN E DILLARD | C18 WOODSIDE GDNS | | ROSELLE PARK | NJ | 07204-1004 | K19633 | 66.90 | * |
| ALLEN E FREITAG | 20 S LOUIS ST | | MOUNT PROSPEC | IL | 60056-3456 | K61304 | 66.90 | * |
| ALLEN HELLMER | 2014 DOUGLAS DR | | PLYMOUTH | WI | 53073-4389 | K47813 | 66.90 | * |
| ALLEN J THOMPSON PE | 2333 BRICKELL AVE APT 1716 | | MIAMI | FL | 33129-2414 | K48399 | 66.90 | * |
| ALLEN L STONE | 11 RIVER VIEW LN | | WOODBURY | CT | 06798-2700 | K39779 | 66.90 | * |
| ALLEN LEADERS | 4713 LAKE FOREST DR | | PAPILLION | NE | 68133-4751 | K53302 | 66.90 | * |
| ALLEN M SIMPSON | PO BOX 7265 | | ROANOKE | VA | 24019-0265 | K49926 | 66.90 | * |
| ALLEN MARAH | 3012 SUNBURST DR | | GRANTS PASS | OR | 97527-6335 | K35237 | 66.90 | * |
| ALLEN RAY | 302 WESTBRIDGE DR | | BEREA | OH | 44017-1546 | K19253 | 66.90 | * |
| ALLEN ROSENTHAL | 9345 NEIL RD # B | | PHILADELPHIA | PA | 19115-4275 | K50904 | 66.90 | * |
| ALLEN S [AL] POSEY | 17086 W CHADWICK RD | | FIBRE | MI | 49780-9206 | K41313 | 66.90 | * |
| ALLEN SPECE | 410 SHIRKTOWN RD | | NARVON | PA | 17555-9708 | K58172 | 66.90 | * |
| ALLEN SWEIGART | 805 STRATFORD MANOR TER | | SILVER SPRING | MD | 20905-5981 | K59363 | 66.90 | * |
| ALLEN THOMAS DISTEL | 6800 5600 RD | | OLATHE | CO | 81425-9618 | K17723 | 66.90 | * |
| ALLEN ZOLLINGER | 5551 DONATELLO DR-92 | | FORT WAYNE | IN | 46818-9220 | K47915 | 66.90 | * |
| ALLENE BLACKBURN | 1553 WILLOW LN | | GRANTS PASS | OR | 97527-9237 | K32885 | 66.90 | * |
| ALLENE CHARLES | 728 SE EVERGREEN TER | | PORT SAINT LU | FL | 34983-2729 | K59289 | 66.90 | * |
| ALLENE DURDEN-FIELDS | 7847 MONCRIEF LN | | GREENWOOD | LA | 71033-3042 | K19516 | 66.90 | * |
| ALLENE STEPHENS | 1501 SAN ANDRES DR | | LAS CRUCES | NM | 88007-5044 | V99609 | 66.90 | * |
| Alliance Fire & Safety, Inc. | 3691 State Road 580 W | | Oldsmar | FL | 34677-5635 | Alumni Res | 148.20 | ** |
| ALLISON HUDGENS | 1409 HOLLY CREEK DR | | TYLER | TX | 75703-0909 | K31685 | 66.90 | * |
| ALLISON M CUNNINGHAM | 875 GROVE ST | | FLORENCE | NJ | 08518-2212 | K47384 | 66.90 | * |
| ALLISON MULLER | 130 WILDERNESS LN | | GREENVILLE | SC | 29607-1747 | K53464 | 66.90 | * |
| ALLYSON WOOLF | 76 HUNTING LN | | SHERBORN | MA | 01770-1307 | K11174 | 66.90 | * |
| ALMA ANN GREENE | 133 BROADMOOR LN | | IOWA CITY | IA | 52245-9313 | K56791 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ALMA BELLE KENNEDY | 2822 W VERNON AVE | | LOS ANGELES | CA | 90008-4713 | K10521 | 66.90 | * |
| ALMA KOLKMAN | 1974 WEDGEWOOD DR | | SANFORD | NC | 27332-8018 | K42071 | 66.90 | * |
| ALMA L CLEARY | 8613 FERNDALE RD | | LOUISVILLE | KY | 40291-2625 | K33072 | 66.90 | * |
| ALMA L NIETFELD | 34801 317TH ST | | MELROSE | MN | 56352-8545 | K20087 | 66.90 | * |
| ALMA MILLER | 430 W WARD ST | | VERSAILLES | OH | 45380-1136 | K37171 | 66.90 | * |
| ALMA MILLER | 3927 LONGWOOD DR SW | | CONCORD | NC | 28027-9203 | K42221 | 66.90 | * |
| ALMA ROSE HUDNELL | 416 RIVERVIEW DR | | HEATHSVILLE | VA | 22473-4051 | K13549 | 66.90 | * |
| ALMA SONSINI | 1700 KELLENBECK AVE APT 227 | | GRANTS PASS | OR | 97527-4255 | K31997 | 66.90 | * |
| ALMAREDA BRUNS | 162 MOORE PKWY | | VERSAILLES | OH | 45380-1409 | K32071 | 66.90 | * |
| ALONA KRAMER | 515 WASHINGTON ST | | CLATONIA | NE | 68328-5004 | K18360 | 66.90 | * |
| ALONZA RUFUS HAYMANS | 4581 HEBBARD WAY | | EVANS | GA | 30809-3811 | K48610 | 66.90 | * |
| ALOYS RINDLER | 703 FOX DEN CT | | HENDERSONVLLE | NC | 28792-7421 | K34063 | 66.90 | * |
| ALPHONSO WHITE | 250 S BROADWAY ST | | TROTWOOD | OH | 45426-3323 | K33567 | 66.90 | * |
| ALROY I ROBINSON JR | 101 W CRESTWOOD AVE | | WASILLA | AK | 99654-5531 | K47858 | 66.90 | * |
| ALTA CRAWFORD | 2019 W 83RD ST | | LOS ANGELES | CA | 90047-2935 | K10335 | 66.90 | * |
| ALTA JEPPESEN | 88897 SHERRILL LN | | BANDON | OR | 97411-7387 | K61714 | 66.90 | * |
| ALTHEA B TURNER | 1828 DUNCAN RD | | KNOXVILLE | TN | 37919-8502 | K12479 | 66.90 | * |
| ALTON J FARMER | 5924 CENTENNIAL RD | | SYLVANIA | OH | 43560-9643 | K50669 | 66.90 | * |
| ALVA WALKER | 9 HIGH POINT WAY | | PISCATAWAY | NJ | 08854-5002 | K54962 | 66.90 | * |
| ALVENIA DECHTER | 1663 WESTMONT DR | | SAN PEDRO | CA | 90732-1394 | K26338 | 66.90 | * |
| ALVERTA LOWE | 202 DEPTFORD RD | | GLASSBORO | NJ | 08028-2409 | K43397 | 66.90 | * |
| ALVIE A NELSON | 9209 W 99TH TER | | OVERLAND PARK | KS | 66212-4104 | K36120 | 66.90 | * |
| ALVIN [GERALD] ALSTATT | 36 LOGO CT | | FORT MYERS | FL | 33912-2152 | K42901 | 66.90 | * |
| ALVIN C HORN | 135 E LYNN ST | | SOUTH ELGIN | IL | 60177-1872 | K50528 | 66.90 | * |
| ALVIN CAPLINGER | 1505 BRYAN ST | | OLD HICKORY | TN | 37138-3052 | K35551 | 66.90 | * |
| ALVIN ELINOW PHD | 24 WESTWOOD PL | | HOLLAND | PA | 18966-2638 | K42993 | 66.90 | * |
| ALVIN HAROLD BANKER | 8025 NW 10TH ST | | OKLAHOMA CITY | OK | 73127-2901 | K62671 | 66.90 | * |
| ALVIN HARROLD | 10312 HALIARD ST | | CHELTENHAM | MD | 20623-1347 | K44309 | 66.90 | * |
| ALVIN JOHNSON | 712 S 10TH ST | | RICHMOND | IN | 47374-6246 | K26943 | 66.90 | * |
| ALVIN JONES | 875 DEERFIELD RD | | ANDERSON | IN | 46012-9375 | K45722 | 66.90 | * |
| ALVIN L RICKETSON JR | 305 WARD ST W | | DOUGLAS | GA | 31533-3503 | K50356 | 66.90 | * |
| ALVIN L STOCK | 1578 VASSAR CT | | WEST CHESTER | PA | 19380-5752 | K59097 | 66.90 | * |
| ALVIN PEARSALL | 2315 HAMILTON ST | | BARTOW | FL | 33830-6122 | K42252 | 66.90 | * |
| ALVIN REGINALD FISTER JR | 1763 TEDDINGTON DR | | GERMANTOWN | TN | 38138-2923 | K30254 | 66.90 | * |
| ALVIN STEINKE | 110 ORCHARD LN | | PLYMOUTH | WI | 53073-1233 | K49514 | 66.90 | * |
| ALVIN THOMAS | 1441 NW 19TH ST APT 113 | | MIAMI | FL | 33125-1502 | K61246 | 66.90 | * |
| ALVIN THOMPSON | 1501 WETHERSFIELD DR | | ALLENTOWN | PA | 18104-1947 | K50617 | 66.90 | * |
| ALVIN W GOODMAN | 2 PORTSIDE CT | | THIRD LAKE | IL | 60030-2636 | K34794 | 66.90 | * |
| ALVIN W POKEL | N7409 COUNTRY CLUB DR | | ELKHORN | WI | 53121-2755 | K57062 | 66.90 | * |
| ALVIN WOODROW ASHCRAFT | 120 ESTATES AT THE LAKE DR | | CANTON | GA | 30114-8837 | K53801 | 66.90 | * |
| ALVINA HUNSTIGER | 30638 COUNTY HIGHWAY 130 | | VERGAS | MN | 56587-9463 | K30111 | 66.90 | * |
| ALWILDA B KARNES | 3429 HAMILTON AVE | | FORT WORTH | TX | 76107-1852 | K25496 | 66.90 | * |
| ALWIN G [BIG AL] STEINMAYER | 558 LEOPARD RD | | BERWYN | PA | 19312-1927 | K37128 | 66.90 | * |
| ALYCE MELINDA WILSON | 6981 CLINTON RD | | UPPER DARBY | PA | 19082-5208 | K17777 | 66.90 | * |
| ALYCE ROBERTA [GAY] GOFF | 954 FOXBORO LN | | DALLAS | TX | 75241-1921 | V99403 | 66.90 | * |
| ALYCE SWANSON | 1506 DADEYVILLE RD | | AUSTINBURG | OH | 44010-9722 | K16576 | 66.90 | * |
| ALYEEN R KRUGEL | 4758 SEAGULL WAY | | WEST BLOOMFIE | MI | 48323-2065 | K42608 | 66.90 | * |
| AMAND DANGELSER | 805 13TH AVE APT 201 | | MANSON | IA | 50563-5105 | K54923 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| AMANDA BELLUM | 5365 WACO CT | | MOBILE | AL | 36619-1384 | K36945 | 66.90 | * |
| AMANDA CRISALLI | 11221 N 55TH ST | | SCOTTSDALE | AZ | 85254-4770 | K28340 | 66.90 | * |
| AMANDA E MCCOY | 840 HICKORY ST | | BIRMINGHAM | AL | 35206-1630 | K29391 | 66.90 | * |
| AMANDA ELIZABETH MURRAY | 862 WEDGEFIELD CT | | NORFOLK | VA | 23502-4337 | K14495 | 66.90 | * |
| AMANDA HOMANN | 6164 GLEBE CIR | | INDIANAPOLIS | IN | 46237-9044 | K32458 | 66.90 | * |
| AMANDA TATUM | 6500 2ND AVE | | LOS ANGELES | CA | 90043-4548 | K10297 | 66.90 | * |
| AMARILLO HIGH SCHOOL | c/o SOAPY SUDBURY | 4225 DANBURY ST | AMARILLO | TX | 79109 | | 0.00 | ** |
| AMBER COLLEEN ZIMMERMAN | 13 SYCAMORE LN | | MILTON | PA | 17847-2129 | K17068 | 66.90 | * |
| AMELIA [AMY] MEDEIROS | 290 FOREST AVE | | MIDDLETOWN | RI | 02842-4685 | K24804 | 66.90 | * |
| AMELIA A SIMERMAN | 6627 PARSONS CT | | FORT WAYNE | IN | 46815-8350 | K39415 | 66.90 | * |
| AMELIA DECHICCHIS | 3584 BEECHWOOD BLVD | | PITTSBURGH | PA | 15217-2767 | K24512 | 66.90 | * |
| AMELIA GAIL NOEL | 2508 COLORADO DR | | MARRERO | LA | 70072-6127 | K60760 | 66.90 | * |
| AMELIA GREEN | PO BOX 834 | | DEWEY | AZ | 86327-0834 | K28217 | 66.90 | * |
| AMELIA HARRIS | 7321 MONTCLAIR DR | | FORT WAYNE | IN | 46804-5554 | K31830 | 66.90 | * |
| AMELIA HENDERSON | 397 EDISTO LAKE RD | | WAGENER | SC | 29164-9505 | K31337 | 66.90 | * |
| AMELIA MACERELLI | 25796 PHAR LAP CT | | CHANTILLY | VA | 20152-6322 | K61153 | 66.90 | * |
| American Express | PO Box 650448 | | Dallas | TX | 75265-0448 | 3715-4582 | 13,710.59 | ** |
| AMES WHITMORE PUTNAM | 41906 N CROOKED STICK RD | | ANTHEM | AZ | 85086-1058 | K21646 | 66.90 | * |
| AMIE STARR | 824 N BANCROFT ST | | INDIANAPOLIS | IN | 46201-2939 | K27625 | 66.90 | * |
| AMIEL WOHL | 3 BROOKWOOD RD | | NEW ROCHELLE | NY | 10804-1841 | K49204 | 66.90 | * |
| AMINTA RIVADENEYRA | 1228 MELONTREE CT | | GOTHA | FL | 34734-5070 | K23466 | 66.90 | * |
| AMMI POTTER | 23717 HOLLYWOOD RD | | LEONARDTOWN | MD | 20650-5822 | K57031 | 66.90 | * |
| AMOS H RAWLS JR | 5213 ALBRIGHT DR | | VIRGINIA BEAC | VA | 23464-8101 | K20611 | 66.90 | * |
| AMOS HAWKINS | 441 WESTWIND DR | | NORTH PALM BE | FL | 33408-5123 | K51409 | 66.90 | * |
| Amtrust North America | 800 Superior Ave E | | Cleveland | OH | 44114-2613 | 6191039 | 2,813.27 | ** |
| AMY ALTERMATT | 324 DAWNLEE AVE | | PORTAGE | MI | 49002-1429 | K18012 | 66.90 | * |
| AMY C ENGELHARDT | PO BOX 102675 | | DENVER | CO | 80250-2675 | K40022 | 66.90 | * |
| AMY DEMPSEY | 19492 WALNUT CIR | | OMAHA | NE | 68130-3759 | K52836 | 66.90 | * |
| AMY FINKBEINER | 7180 100TH ST SE | | CALEDONIA | MI | 49316-9550 | K36403 | 66.90 | * |
| AMY FLANIGAN | 3497 PASOFINO LOOP | | SPRINGDALE | AR | 72764-1766 | K55349 | 66.90 | * |
| AMY FRANTTI | 210 W GRANT ST APT 103 | | MINNEAPOLIS | MN | 55403-2242 | K24821 | 66.90 | * |
| AMY HOUTS | 5303 71ST CIR N | | BROOKLYN CENT | MN | 55429-1239 | K16258 | 66.90 | * |
| AMY J FARLEY | 46525 HAMPSHIRE STATION DR | | STERLING | VA | 20165-7332 | K49251 | 66.90 | * |
| AMY JO SMITH | 105 OOHLEENO WAY | | LOUDON | TN | 37774-2574 | K36646 | 66.90 | * |
| AMY KAMSTRA | 201 WASHINGTON AVE | | HADDONFIELD | NJ | 08033-3322 | K32704 | 66.90 | * |
| AMY L MILLER | 5180 CURTICE RD | | MASON | MI | 48854-9771 | K42388 | 66.90 | * |
| AMY L YANTORNO | 20 BROOKSIDE DR | | MIDDLEBURY | CT | 06762-3356 | K45843 | 66.90 | * |
| AMY LUECHAUER | 1997 HARROWGATE HILL LN | | FAIRFIELD | OH | 45014-3715 | K40634 | 66.90 | * |
| AMY MASON | 1820 MARY LN # 16 | | BOULDER | CO | 80304-3816 | K57977 | 66.90 | * |
| AMY NIWA | 8513 OUTLAND VIEW DR | | SUN VALLEY | CA | 91352-3622 | K51817 | 66.90 | * |
| AMY PRENGER-STAMMEN | PO BOX 53 | | BURKETTSVILLE | OH | 45310-0053 | K37113 | 66.90 | * |
| AMY REIS | 6444 US ROUTE 36 | | GREENVILLE | OH | 45331-9286 | K40521 | 66.90 | * |
| AMY SABRIN | 5414 GALENA PL NW | | WASHINGTON | DC | 20016-2534 | K58547 | 66.90 | * |
| AMY URBAN | 16706 MARCY CIR | | OMAHA | NE | 68118-2722 | K22565 | 66.90 | * |
| AMY WILLIAMS | 2569 HEATHROW LN | | MANASQUAN | NJ | 08736-2229 | K46742 | 66.90 | * |
| ANDERSON [ANDY] TURNER | 2610 W 84TH ST | | CHICAGO | IL | 60652-3908 | K54043 | 66.90 | * |
| ANDRE L PRENTICE | 4740 VALLA RD APT 226 | | LOUISVILLE | KY | 40213-2954 | K38890 | 66.90 | * |
| ANDREA ARONNE | 15 WINTER ST | | MEDFIELD | MA | 02052-1305 | K52925 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ANDREA BARKSDALE | 3042 PLAYERS DR | | JONESBORO | GA | 30236-4170 | K40307 | 66.90 | * |
| ANDREA BUEHMAN | 1272 N MCKEMY AVE | | CHANDLER | AZ | 85226-1126 | K19102 | 66.90 | * |
| ANDREA CAMPBELL | 15813 W WATERSIDE CIR APT 20 | | SUNRISE | FL | 33326-2213 | K53710 | 66.90 | * |
| ANDREA DAHL | 3994 S 4000 W | | WEST VALLEY C | UT | 84120-4053 | K47295 | 66.90 | * |
| ANDREA HARRISS | 437 GRAND CYPRESS WAY | | MURRELLS INLE | SC | 29576-7949 | K12480 | 66.90 | * |
| ANDREA HARTMAN | 500 DEAUVILLE DR | | DAYTON | OH | 45429-5935 | K50673 | 66.90 | * |
| ANDREA J ANDRESEN | 103 E NORTH ST | | RUSHFORD | MN | 55971-9131 | K41841 | 66.90 | * |
| ANDREA J BATTERN | 360 DUTCH HILL RD | | CANADENSIS | PA | 18325-7747 | K36892 | 66.90 | * |
| ANDREA L STAHL | 2238 CROSSROADS DR | | LEWISBURG | PA | 17837-7421 | K15040 | 66.90 | * |
| ANDREA M BAILEY | 1932 WOODMOOR CT | | CONCORD | CA | 94518-3438 | K16517 | 66.90 | * |
| ANDREA MALETTA-BUSSELL | 3 TIGER DR | | CALIFON | NJ | 07830-3341 | K37103 | 66.90 | * |
| ANDREA MOSEY | 1099 BOSTON TOWNSHIP LINE RD | | RICHMOND | IN | 47374-7367 | K25766 | 66.90 | * |
| ANDREA MUNSON | 1635 MILL CREEK RD | | CHEROKEE | IA | 51012-7200 | K13863 | 66.90 | * |
| ANDREA MURAIDA | 98 LEDGEWOOD RD | | DEDHAM | MA | 02026-6323 | K18497 | 66.90 | * |
| ANDREA PRESTON | 1357 TIOGA TER | | OCEAN CITY | NJ | 08226-3259 | K39434 | 66.90 | * |
| ANDREA RIVERA | 3660 PARK AVE | | DES MOINES | IA | 50321-1342 | K21935 | 66.90 | * |
| ANDREA RUSSO | 5569 BRAMBLE CT APT C | | WILLOUGHBY | OH | 44094-3234 | K54836 | 66.90 | * |
| ANDREA SUTTON | 13371 COUNTY ROAD 334 | | SAVANNAH | MO | 64485-1792 | K33953 | 66.90 | * |
| ANDREW [PETE] RANK | 2567 2ND AVE UNIT 313 | | SAN DIEGO | CA | 92103-6579 | K21133 | 66.90 | * |
| ANDREW B GRANT | 10 HENDRICKS ISLE | | FORT LAUDERDA | FL | 33301-5720 | K45670 | 66.90 | * |
| ANDREW B MANDELL | 315 E 68TH ST APT 8F | | NEW YORK | NY | 10065-5603 | K42560 | 66.90 | * |
| ANDREW BIAGLOW | 56 MOUNTAIN RD | | CORNWALL ON H | NY | 12520-1803 | K43551 | 66.90 | * |
| ANDREW BORYSCHUK | 27 W HOLLY ST | | CRANFORD | NJ | 07016-2152 | K22637 | 66.90 | * |
| ANDREW BUTLER JR | 5612 PARKAIRE DR | | METAIRIE | LA | 70003-2320 | K58144 | 66.90 | * |
| ANDREW C EMORY JR | 23 N LINDEN LN | | MENDHAM | NJ | 07945-1104 | K38134 | 66.90 | * |
| ANDREW C SCRUGGS | 9201 FRIARS WAY | | KNOXVILLE | TN | 37922-5981 | K20958 | 66.90 | * |
| ANDREW DANIK | 17721 WOODTHRUSH LN | | SOUTH BEND | IN | 46635-1329 | K13851 | 66.90 | * |
| ANDREW F TURK | 11897 STORYBOOK LN | | CHESTERLAND | OH | 44026-1839 | K44511 | 66.90 | * |
| ANDREW FLOREZ | 115 S 5TH AVE | | MOUNT VERNON | NY | 10550-3110 | K50823 | 66.90 | * |
| ANDREW GEORGE CALDER | 33 ABERNATHY DR | | CHAPEL HILL | NC | 27517-6214 | K48367 | 66.90 | * |
| ANDREW H VOGEL III | 1392 HOLLYWOOD DR | | LANCASTER | PA | 17601-5226 | K26355 | 66.90 | * |
| ANDREW HUDDLESTON | 3736 STONEWALL MANOR DR | | TRIANGLE | VA | 22172-1400 | K34320 | 66.90 | * |
| ANDREW HUGHES | PO BOX 36 | | GENOA | NV | 89411-0036 | K32794 | 66.90 | * |
| ANDREW ILLIDGE | 805 N PORTER AVE | | WICHITA | KS | 67203-3145 | K29195 | 66.90 | * |
| ANDREW INGERSOLL | 1263 S EL MOLINO AVE | | PASADENA | CA | 91106-4307 | K58876 | 66.90 | * |
| ANDREW J MARTINA | 607 JENNIFER DR | | DRESHER | PA | 19025-1060 | K36590 | 66.90 | * |
| ANDREW J OLOVIANY | 486 S MARKET ST | | ELYSBURG | PA | 17824-9751 | K23280 | 66.90 | * |
| ANDREW J OSTROSKI JR | 2113 PENN RD | | LEWES | DE | 19958-1539 | K34103 | 66.90 | * |
| ANDREW JOHN STRASZEWICZ | PO BOX 170604 | | BIRMINGHAM | AL | 35217-0604 | K53119 | 66.90 | * |
| ANDREW JOSEPH BLY | 33 ABERDEEN ST # 2 | | BROOKLYN | NY | 11207-1701 | K15698 | 66.90 | * |
| ANDREW JOSEPH LOHAN | 891 DARLINGTON AVE | | MAHWAH | NJ | 07430-2528 | K62686 | 66.90 | * |
| ANDREW L EISENBERG | 28 YARMOUTH ST # 4 | | BOSTON | MA | 02116-5810 | K13889 | 66.90 | * |
| ANDREW L RIES | 700 FRONT ST UNIT 1301 | | SAN DIEGO | CA | 92101-6080 | K34459 | 66.90 | * |
| ANDREW LIVERMAN | 15710 RIVERSIDE DR W APT LV | | NEW YORK | NY | 10032-7033 | K15310 | 66.90 | * |
| ANDREW LIYANA | 102 LOCH LEVEN WAY | | HENDERSONVILL | TN | 37075-7702 | K31761 | 66.90 | * |
| ANDREW M STONE | 3130 N HUMBOLDT BLVD | | MILWAUKEE | WI | 53212-2228 | K40166 | 66.90 | * |
| ANDREW MADDOCK | 1910 MILKEY RD | | SALINE | MI | 48176-9221 | K10288 | 66.90 | * |
| ANDREW MARLOWE MD | 5432 BEE RIDGE RD STE 150 | | SARASOTA | FL | 34233-1515 | K40583 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANDREW MOBLEY | PO BOX 11454 | | TAMPA | FL | 33680-1454 | K16820 | 66.90 | * |
| ANDREW MOLKENTHINE | W6202 HANCOL RD | | PLYMOUTH | WI | 53073-3922 | K51327 | 66.90 | * |
| ANDREW ORTH | 1116 ARIS AVE | | METAIRIE | LA | 70005-2212 | K52251 | 66.90 | * |
| ANDREW P SEDLOCK | 29865 ANN CIR | | MECHANICSVILL | MD | 20659-2322 | K60594 | 66.90 | * |
| ANDREW P WATSON JR | 1810 TAYLOR CREEK DR | | FRESNO | TX | 77545-9540 | V99461 | 66.90 | * |
| ANDREW PAUL GOLDNER | 191 PRESIDENTIAL BLVD UNIT 4 | | BALA CYNWYD | PA | 19004-1222 | K34531 | 66.90 | * |
| ANDREW RICHARDSON | 3515 DAVIESHIRE DR | | BARTLETT | TN | 38133-0902 | K34632 | 66.90 | * |
| ANDREW S [STEVE] BERES JR | PO BOX 20 | | HUTCHINSON | TN | 15640-0020 | K60985 | 66.90 | * |
| ANDY F SCHNEIDER | 233 KEMP AVE SE APT 7 | | DEVILS LAKE | ND | 58301-3985 | K39182 | 66.90 | * |
| ANDY GALIARDO | 5049 N RUTHERFORD AVE | | CHICAGO | IL | 60656-3743 | K53743 | 66.90 | * |
| ANDY LAWSON | 75 PARKSIDE AVE | | GREENDALE | IN | 47025-1318 | K29553 | 66.90 | * |
| ANETTE COMROE | 2401 PENNSYLVANIA AVE APT 12 | | PHILADELPHIA | PA | 19130-3044 | K49447 | 66.90 | * |
| ANETTE YOUNG | PO BOX 24 | | MEDFORD | OR | 97501-0002 | K33383 | 66.90 | * |
| ANGEL M COLON | 25151 VIA PLAYA | | DANA POINT | CA | 92629-2050 | K50945 | 66.90 | * |
| ANGELA [AN-G] RAYFIELD | 1152 KINGSBURY DR | | CHESAPEAKE | VA | 23322-4264 | K14801 | 66.90 | * |
| ANGELA [ANGEL] KETONEN | 814 WALNUT PKWY | | GARLAND | TX | 75042-6050 | K20026 | 66.90 | * |
| ANGELA GOINS | 3027 EARHART RD | | HERMITAGE | TN | 37076-3706 | K36688 | 66.90 | * |
| ANGELA K HUMAN | 8417 DRESDEN DR | | KNOXVILLE | TN | 37923-1715 | K16292 | 66.90 | * |
| ANGELA KUHN | 1800 SUMMER PL | | TALENT | OR | 97540-8706 | K30444 | 66.90 | * |
| ANGELA KURLICH | 7364 W LAKE BLVD | | KENT | OH | 44240-6337 | K61379 | 66.90 | * |
| ANGELA L PHILLIPPE | 119 STUART AVE | | EMERALD ISLE | NC | 28594-3034 | K27243 | 66.90 | * |
| ANGELA MASTERSON | 3024 BLACKSWIFT RD | | NORRISTOWN | PA | 19403-3828 | K49440 | 66.90 | * |
| ANGELA MCGALEY JOHNSON | 152 ELIZABETH DR | | ATOKA | TN | 38004-7196 | K38834 | 66.90 | * |
| ANGELA WEISER | 1320 E CONNELL AVE | | STILLWATER | OK | 74075-7803 | K40550 | 66.90 | * |
| ANGELA Y BURKS | 100 LOCHLYN PL APT 504 | | BONAIRE | GA | 31005-3275 | K12269 | 66.90 | * |
| ANGELINE (ANN) TROWBRIDGE | 4459 STOW RD | | STOW | OH | 44224-1844 | K61566 | 66.90 | * |
| ANGELINE MOTIER | 101 N BORDER ST | | PRAIRIE GROVE | AR | 72753-3008 | K51765 | 66.90 | * |
| ANGELLE TRAHAN | 1404 ELISE AVE | | METAIRIE | LA | 70003-3756 | K53493 | 66.90 | * |
| ANGELO GALLO | 40 HARTMAN LN | | DILLSBURG | PA | 17019-9355 | K22104 | 66.90 | * |
| ANGELO GUIDI | 43 HERNANDEZ AVE | | SAN FRANCISCO | CA | 94127-1042 | K58062 | 66.90 | * |
| ANGELO T VIROLA | 14791 SYLVIA DR | | BROOK PARK | OH | 44142-3054 | K52212 | 66.90 | * |
| ANGELYNE P TOWNSEND | 4 PIERSON AVE | | JEKYLL ISLAND | GA | 31527-0603 | K30562 | 66.90 | * |
| ANGIE D'ALBORA | 485 RED CHIMNEY DR | | WARWICK | RI | 02886-9523 | K55956 | 66.90 | * |
| ANGIE ROSA | 1162 ALTA VISTA DR | | SPARKS | NV | 89434-4017 | K33770 | 66.90 | * |
| ANGIE RUBALCABA | 323 ZUNI DR | | GRAND JUNCTIO | CO | 81503-2890 | K18469 | 66.90 | * |
| ANGIE RUHENKAMP | PO BOX 68 | | NORTH STAR | OH | 45350-0068 | K36412 | 66.90 | * |
| ANGIE SCHIPPERS | 5749 STADIUM DR APT 123 | | KALAMAZOO | MI | 49009-1960 | K21777 | 66.90 | * |
| ANGIE SLOVER | 115 VILLAGE CT | | WOODSTOCK | GA | 30188-1946 | K37112 | 66.90 | * |
| ANGIE WALK | 50 RANDALL RD | | STAFFORD | VA | 22554-6573 | K37104 | 66.90 | * |
| ANICE NELSON | 2555 PENNSYLVANIA AVE NW APT | | WASHINGTON | DC | 20037-1638 | K35042 | 66.90 | * |
| ANITA A REINHOLZ | 9827 MONROE BLVD | | TAYLOR | MI | 48180-3618 | K60238 | 66.90 | * |
| ANITA BOYLE | 1142 QUAIL XING | | GRANTS PASS | OR | 97526-3500 | K32742 | 66.90 | * |
| ANITA CONNELLY | 1727 JANCEY ST | | PITTSBURGH | PA | 15206-1145 | K40709 | 66.90 | * |
| ANITA DARIOS | 6118 CANOPY OAKS CT | | NEW PORT RICH | FL | 34653-3970 | K42356 | 66.90 | * |
| ANITA DEVINE | 1622 ATLANTIC AVE | | WILLIAMSTOWN | NJ | 08094-3406 | K26091 | 66.90 | * |
| ANITA DOYLE | 4731 NOELINE AVE | | ENCINO | CA | 91436-2105 | K58028 | 66.90 | * |
| ANITA DUNHAM | 1903 WINSTED CT | | CHARLOTTE | NC | 28262-9126 | K36310 | 66.90 | * |
| ANITA ERVIN | 356 SYCAMORE AVE | | EATON | CO | 80615-9068 | K55373 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANITA FAYE JOHNSON | 5160 N SABINO FOOTHILLS DR | | TUCSON | AZ | 85750-9619 | K14912 | 66.90 | * |
| ANITA FENNER | 1344 ROSE GARDEN DR | | METAIRIE | LA | 70005-1049 | K50927 | 66.90 | * |
| ANITA GATICA | 1222 EL SONORO DR | | SIERRA VISTA | AZ | 85635-4404 | K47310 | 66.90 | * |
| ANITA HEGWOOD | PO BOX 332 | | RAY BROOK | NY | 12977-0332 | K54530 | 66.90 | * |
| ANITA HEMLINE | 904 W SHEPHERD ST | | CHARLOTTE | MI | 48813-2004 | K51196 | 66.90 | * |
| ANITA IHRIG | 1123 W BENTON ST | | IOWA CITY | IA | 52246-5125 | K57140 | 66.90 | * |
| ANITA JO NECESSARY | 1615 TOYON WAY | | KENAI | AK | 99611-7928 | K28326 | 66.90 | * |
| ANITA K HANSON | 126 GLENBROOK DR | | HENDERSONVILL | NC | 28739-4070 | K36868 | 66.90 | * |
| ANITA K STEVENS | 1801 MICHAEL CT | | HENDERSON | NV | 89014-4052 | K10729 | 66.90 | * |
| ANITA KAUFMAN | 1126 BRYN TYDDYN DR | | GLADWYNE | PA | 19035-1039 | K33779 | 66.90 | * |
| ANITA KING | 425 S LAKOTA CIR | | BRANDON | SD | 57005-1930 | K19141 | 66.90 | * |
| ANITA KISON | 7230 MOURNING DOVE CT | | TITUSVILLE | FL | 32780-7539 | K50248 | 66.90 | * |
| ANITA LANCE | 1130 LEON LN NE | | TOWNSEND | GA | 31331-5212 | K37184 | 66.90 | * |
| ANITA LANG-LEIBOWITZ | 3499 BAHIA BLANCA W UNIT 1H | | LAGUNA WOODS | CA | 92637-2989 | K16189 | 66.90 | * |
| ANITA LOPATIN SMOLOVER | 307 S DITHRIDGE ST APT 603 | | PITTSBURGH | PA | 15213-3518 | K43096 | 66.90 | * |
| ANITA M COLEY | 5600 BUTTERFIELD DR | | CLINTON | MD | 20735-2283 | K38975 | 66.90 | * |
| ANITA MINOR | 174 SPRING DR | | EAST MEADOW | NY | 11554-2269 | K51785 | 66.90 | * |
| ANITA ROSE MITCHELL | 718 CENTER AVE | | GLENDORA | CA | 91740-6339 | K32692 | 66.90 | * |
| ANITA S HEGENER | 60 BIEHL ST | | NEWPORT | KY | 41071-2350 | K40029 | 66.90 | * |
| ANITA SACHS | 11451 SW PEMBROKE DR | | PORT SAINT LU | FL | 34987-1956 | K52842 | 66.90 | * |
| ANITA TERPENING | 1257 SALTBUSH LN | | EL CAJON | CA | 92019-2842 | K15533 | 66.90 | * |
| ANITA THEISEN | PO BOX 14 | | FENTON | IA | 50539-0014 | K56087 | 66.90 | * |
| ANITA WAGERS | 3907 S CENTERVILLE RD | | CENTERVILLE | IN | 47330-9743 | K30870 | 66.90 | * |
| ANITA WAITE | 1515 BLUEBERRY WAY | | THE VILLAGES | FL | 32162-2029 | K31028 | 66.90 | * |
| ANITA WILLIAMS | 253 FOX TRCE | | AUGUSTA | GA | 30909-4725 | K59631 | 66.90 | * |
| ANITA YEATS | 565 NEWARK POMPTON TPKE APT | | POMPTON PLAIN | NJ | 07444-1708 | K29065 | 66.90 | * |
| ANN [CELESTE] MUSICK | 258 NEWLAND CIR | | EVANS | GA | 30809-6686 | K21799 | 66.90 | * |
| ANN [DANEEN] MARSH | 6829 KITTERY AVE | | CITRUS HEIGHT | CA | 95621-4117 | K29863 | 66.90 | * |
| ANN [MARY ANN] TURNER | 10979 7TH AVE | | HESPERIA | CA | 92345-2315 | K31856 | 66.90 | * |
| ANN AMOS | 1314 MANOR BLVD | | CHARLESTON | SC | 29407-3909 | K33901 | 66.90 | * |
| ANN ANDERSEN | 5007 HAROLD AVE | | SCHILLER PARK | IL | 60176-1007 | K54408 | 66.90 | * |
| ANN ANDERSON | 15658 9TH ST NE | | MAYVILLE | ND | 58257-9057 | K32287 | 66.90 | * |
| ANN ANDRE | PO BOX 66 | | BRISTOL | IN | 46507-0066 | K21845 | 66.90 | * |
| ANN B BAUM | 4118 WATERFORD DR | | CHARLOTTE | NC | 28226-7826 | K58872 | 66.90 | * |
| ANN BANGEN | 7456 MELODY DR NE | | MINNEAPOLIS | MN | 55432-3263 | K20316 | 66.90 | * |
| ANN BARCUS | 4 TALA SHORE DR | | PORT LUDLOW | WA | 98365-9781 | K20871 | 66.90 | * |
| ANN BEASLEY | 807 E BUENA VISTA AVE | | NORTH AUGUSTA | SC | 29841-4115 | K21701 | 66.90 | * |
| ANN BISHOP | 962 ATHOL AVE | | AIKEN | SC | 29803-6202 | K20335 | 66.90 | * |
| ANN BITLER | 2915 LEAFWOOD DR SE | | MARIETTA | GA | 30067-5710 | K42490 | 66.90 | * |
| ANN BLACK WAGNER | 150 KELLY LN | | VALPARAISO | FL | 32580-1517 | K56192 | 66.90 | * |
| ANN BLACKSTOCK | 265 COUNTY ROAD 693 | | BUFFALO GAP | TX | 79508-2121 | K28787 | 66.90 | * |
| ANN BRAEFF | 2840 HONOLULU AVE #129 | | VERDUGO CITY | CA | 91046-1002 | K19548 | 66.90 | * |
| ANN BRINKER | 925 OAKGROVE PARK CT | | ELLISVILLE | MO | 63021-6029 | K31721 | 66.90 | * |
| ANN BROWN | 2206 LANSING AVE | | PORTSMOUTH | VA | 23704-5440 | K14320 | 66.90 | * |
| ANN BUKOVCHIK | 695 SUNSET DR | | VISTA | CA | 92081-6821 | K37402 | 66.90 | * |
| ANN BUNCH | 168 WEST BYP | | TRENTON | TN | 38382-7932 | K30856 | 66.90 | * |
| ANN C RUSTEBAKKE | PO BOX 685 | | PLACITAS | NM | 87043-0685 | K56473 | 66.90 | * |
| ANN CHRISTINE | 9319 NESBITT RD | | BLOOMINGTON | MN | 55437-1916 | K54542 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANN COCHRAN | 104 LOST BRIDGE DR | | PALM BEACH GA | FL | 33410-4468 | K30347 | 66.90 | * |
| ANN COFFEE | 6 LORRE CT | | ROCKVILLE | MD | 20852-4103 | K42462 | 66.90 | * |
| ANN COFFIN | 7707 PARADISE TRL | | CARP LAKE | MI | 49718-9605 | K27874 | 66.90 | * |
| ANN CONDON | 2214 W 9TH ST | | WATERLOO | IA | 50702-4035 | K56598 | 66.90 | * |
| ANN CONRAD | 324 MAYLAWN AVE | | WADSWORTH | OH | 44281-1264 | K38659 | 66.90 | * |
| ANN COTTONGIM | 5678 BROWNSTONE DR | | INDIANAPOLIS | IN | 46220-5850 | K32016 | 66.90 | * |
| ANN DAU | 329 PINE ST | | WYCKOFF | NJ | 07481-2824 | K52210 | 66.90 | * |
| ANN DE CAPUA | 488 E ERIE ST | | PAINESVILLE | OH | 44077-3944 | K52214 | 66.90 | * |
| ANN DILLON | 4908 BURLING ST | | FLUSHING | NY | 11355-3529 | K37615 | 66.90 | * |
| ANN DODSON | PO BOX 1090 | | RUIDOSO | NM | 88355-1090 | K47988 | 66.90 | * |
| ANN DURHAM | 5 ACORN DR | | HARRISBURG | IL | 62946-3790 | K39243 | 66.90 | * |
| ANN EICHHORN | 36 CLUB RD | | SEA CLIFF | NY | 11579-2119 | K37286 | 66.90 | * |
| ANN ELDREDGE-MATEER | PO BOX 333 | | RECTORTOWN | VA | 20140-0333 | K34679 | 66.90 | * |
| ANN F MONAHAN | 8 EVERGREEN LN | | WALPOLE | MA | 02081-2142 | K18603 | 66.90 | * |
| ANN FISHER | 12 HARRISON LN | | TRENTON | TN | 38382-9305 | K30818 | 66.90 | * |
| ANN GALANTI | 2657 RIDGE VALLEY RD NW | | ATLANTA | GA | 30327-1823 | K45580 | 66.90 | * |
| ANN GALVIN | 240 SHERWOOD CT | | ZIONSVILLE | IN | 46077-1043 | K24869 | 66.90 | * |
| ANN GIBBONS | 12345 SPACE DR | | FLORISSANT | MO | 63033-4912 | K36728 | 66.90 | * |
| ANN GREER | 208 W DUE WEST AVE APT 305 | | MADISON | TN | 37115-4562 | K35351 | 66.90 | * |
| ANN GRILLIOT | 4050 STATE ROUTE 47 | | FORT LORAMIE | OH | 45845-8749 | K31791 | 66.90 | * |
| ANN HALE MILLS | 4149 CALLAWAY DR | | NICEVILLE | FL | 32578-1780 | K24537 | 66.90 | * |
| ANN HALL | 2727 SYNOTT RD APT 408 | | HOUSTON | TX | 77082-3541 | K55534 | 66.90 | * |
| ANN HARTY | 820 COLLEGE AVE | | PITTSBURGH | PA | 15232-2512 | K59099 | 66.90 | * |
| ANN HATFIELD-ELLIOTT | 9200 LINN STATION RD APT 209 | | LOUISVILLE | KY | 40222-5772 | K37757 | 66.90 | * |
| ANN HEIMBERGER | 1276 CREAMERY RD | | DEXTER | IA | 50070-8503 | K53201 | 66.90 | * |
| ANN HICKMAN | 6 CHESAPEAKE LNDG | | ANNAPOLIS | MD | 21403-2603 | K63195 | 66.90 | * |
| ANN HIRSCH | 257 E 151ST ST | | CLEVELAND | OH | 44110-1214 | K43751 | 66.90 | * |
| ANN HORSTMYER | 5244 CURTICE RD | | MASON | MI | 48854-9771 | K43077 | 66.90 | * |
| ANN HUTTO | 340 SUNSET COTTAGE LN | | DARLINGTON | SC | 29532-7679 | K31380 | 66.90 | * |
| ANN K BROMLEY | 3825 VALLEY PL NE | | CEDAR RAPIDS | IA | 52402-2741 | K47439 | 66.90 | * |
| ANN KELLEHER | 814 AVALON DR | | HULL | MA | 02045-3422 | K14792 | 66.90 | * |
| ANN KELLER | 10 HOLLY CIR | | NORTH AUGUSTA | SC | 29860-9792 | K31622 | 66.90 | * |
| ANN KELLIHER | 13 SAND DOLLAR LN | | MASHPEE | MA | 02649-3841 | K36782 | 66.90 | * |
| ANN KOWALSKI | 24 COVINGTON ST | | HUNTINGTON ST | NY | 11746-8406 | K36839 | 66.90 | * |
| ANN KRUMWIEDE | 1233 E DELTA PINE AVE | | CASA GRANDE | AZ | 85122-1316 | K21747 | 66.90 | * |
| ANN L LIPSHUTZ | 2401 PENNSYLVANIA AVE APT 4A | | PHILADELPHIA | PA | 19130-3018 | K35568 | 66.90 | * |
| ANN LESH | 3402 AMBASSADOR DR | | COLUMBUS | GA | 31907-2303 | K59768 | 66.90 | * |
| ANN LUCE | 3310 AUSTINBURG RD | | ASHTABULA | OH | 44004-8845 | K15889 | 66.90 | * |
| ANN M HEALY | 2 DOUGLAS AVE | | MADISON | NJ | 07940-2428 | K37866 | 66.90 | * |
| ANN M PETROZIELLO | 294 EMERALD DR | | YARDLEY | PA | 19067-5770 | K24410 | 66.90 | * |
| ANN M RANDOLPH | 1 FILMORE DR | | ENFIELD | CT | 06082-5311 | K27992 | 66.90 | * |
| ANN MARIE ARMSTRONG | 4565 3 MILE RD NW | | GRAND RAPIDS | MI | 49534-1140 | K36061 | 66.90 | * |
| ANN MARIE CHAMBERLIN | 3 BUSH ST | | NEWPORT | RI | 02840-2703 | K32409 | 66.90 | * |
| ANN MARIE HINES | 3660 ANDREA LEE CT | | SNELLVILLE | GA | 30039-4939 | K57645 | 66.90 | * |
| ANN MARIE LAPIERRE | 2 WOODS EDGE DR | | SUCCASUNNA | NJ | 07876-1281 | K37631 | 66.90 | * |
| ANN MARIE LIBERATORE | 2008 WILCOX DR | | MURRYSVILLE | PA | 15668-2603 | K60930 | 66.90 | * |
| ANN MARIE MARENTETTE | 9089 88TH ST | | HOWARD CITY | MI | 49329-9065 | K35114 | 66.90 | * |
| ANN MARIE MYATT | 298 PRINCETON RD | | ROCKVILLE CEN | NY | 11570-2234 | K37055 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANN MARIE PETRACCO | 147 BRENT CIR | | OLDSMAR | FL | 34677-3342 | K41768 | 66.90 | * |
| ANN MARIE TIMOSZYK | 3834 GLORIA ST | | WAYNE | MI | 48184-1955 | K58680 | 66.90 | * |
| ANN MARIE VONA | 521 HINCKLE AVE | | EWING | NJ | 08628-2810 | K36422 | 66.90 | * |
| ANN MARIE WEBB | 5 TENNYSON CIR | | READING | MA | 01867-1649 | K13778 | 66.90 | * |
| ANN MARTUCCI | 37 13TH ST | | MONROE TOWNSH | NJ | 08831-2132 | K47620 | 66.90 | * |
| ANN MASCOLA | 95 ROOSEVELT CT | | CARLE PLACE | NY | 11514-2114 | K36925 | 66.90 | * |
| ANN MCCLUNG | 119 RINER CT | | OLD HICKORY | TN | 37138-2327 | K36384 | 66.90 | * |
| ANN MCCOLLUM | 2455 OAKDALE AVE | | EASTON | PA | 18045-2723 | K25594 | 66.90 | * |
| ANN MELTON | 203 LOVE LN | | WAYNESVILLE | NC | 28786-3676 | K50459 | 66.90 | * |
| ANN MESSINA | 8600 MONTPELIER DR | | LAUREL | MD | 20708-2340 | K38661 | 66.90 | * |
| ANN MILLAN | 6632 SAN HUGO WAY | | BUENA PARK | CA | 90620-3722 | K30930 | 66.90 | * |
| ANN MISEL | 7235 FOUR RIVERS RD | | BOULDER | CO | 80301-3737 | K29132 | 66.90 | * |
| ANN NOLAN | 807 HARRINGTON RD | | ROCKVILLE | MD | 20852-1030 | K59157 | 66.90 | * |
| ANN O'CONNOR | 4225 STRATFORD DR | | IRWIN | PA | 15642-7501 | K61283 | 66.90 | * |
| ANN OMOHUNDRO | 7644 HARRINGTON LN | | BRADENTON | FL | 34202-4085 | K59230 | 66.90 | * |
| ANN OUTCELT | 6144 S JERICHO WAY | | CENTENNIAL | CO | 80016-1275 | K55400 | 66.90 | * |
| ANN PEARSON | 3950 OLD WILLIAM PENN HWY AP | | PITTSBURGH | PA | 15235-4835 | K44755 | 66.90 | * |
| ANN PHILLIPS | 11287 S CHOUTEAU ST | | OLATHE | KS | 66061-7134 | K21480 | 66.90 | * |
| ANN REAMER | 1801 E UPRIVER DR APT 253 | | SPOKANE | WA | 99207-5161 | K27986 | 66.90 | * |
| ANN REHN | 2710 25TH AVE | | MARION | IA | 52302-1309 | K44620 | 66.90 | * |
| ANN REID STEVENS | 771 MOUNT ZION RD | | TRENTON | SC | 29847-2501 | K59588 | 66.90 | * |
| ANN REILLY | 606 SPRING LINE DR | | WEST CHESTER | PA | 19382-7155 | K43554 | 66.90 | * |
| ANN RETZ | 2932 MAZE DR | | RICHMOND | IN | 47374-1120 | K24295 | 66.90 | * |
| ANN RICH | 9905 INDEPENDENCE SCHOOL RD | | FERN CREEK | KY | 40291-3315 | K37429 | 66.90 | * |
| ANN ROME | 6027 METCALF LN APT 1A | | SHAWNEE MISSI | KS | 66202-2305 | K27852 | 66.90 | * |
| ANN RUD | 3684 COUNTY ROAD 121 | | INTERNATIONAL | MN | 56649-8844 | K18690 | 66.90 | * |
| ANN SHERSHIN | 15 WHITEHALL RD | | POUGHKEEPSIE | NY | 12603-4717 | K46445 | 66.90 | * |
| ANN SHRAKE | 1615 PATTON ST | | GREEN BAY | WI | 54301-2456 | K53739 | 66.90 | * |
| ANN STARKE | 491 N DAVIS RD | | ELMA | NY | 14059-9517 | K54302 | 66.90 | * |
| ANN STARK-KIMBROUGH | 403 E HEFFERMAN ST | | BEEVILLE | TX | 78102-4935 | K26654 | 66.90 | * |
| ANN STEBEN | 2491 WILDBROOK RUN | | BLOOMFIELD HI | MI | 48304-1445 | K14039 | 66.90 | * |
| ANN STEELE | 1207 STRATFORD RD | | KANSAS CITY | MO | 64113-1325 | K32925 | 66.90 | * |
| ANN SWANEY | 1916 RIDGEWAY DR SE | | CEDAR RAPIDS | IA | 52403-2729 | K57141 | 66.90 | * |
| ANN SWEET | 1047 KINGS WAY | | NAPLES | FL | 34104-4989 | K25202 | 66.90 | * |
| ANN T KAUBER | 5646 208TH ST | | OAKLAND GARDE | NY | 11364-1733 | K62133 | 66.90 | * |
| ANN THOLL | 92 WALNUT AVE | | FLORAL PARK | NY | 11001-2415 | K36730 | 66.90 | * |
| ANN TIDWELL | 2125 MARSHA DR | | MADISON | TN | 37115-2217 | K37033 | 66.90 | * |
| ANN TILLINGHAST | 3546 COMPASS ROSE DR E | | JACKSONVILLE | FL | 32216-6342 | K36551 | 66.90 | * |
| ANN TODD | 1441 MAPLE DR APT 61 | | FAIRVIEW | MI | 48621-8708 | K57857 | 66.90 | * |
| ANN TONER | 228 FEDERAL WAY | | LANCASTER | PA | 17601-7019 | K28438 | 66.90 | * |
| ANN TRANKLE | 3717 N NEWLAND AVE | | CHICAGO | IL | 60634-2357 | K56470 | 66.90 | * |
| ANN U'HALIE | 214 DOUGHERTY AVE | | SHARON | PA | 16146-3805 | K37491 | 66.90 | * |
| ANN VRABEL | 24427 85TH RD | | BELLEROSE | NY | 11426-1617 | K45497 | 66.90 | * |
| ANN WALKER | 3103 RICHMOND HILL RD | | AUGUSTA | GA | 30906-4742 | K20700 | 66.90 | * |
| ANN WARSHAW | 6 TOWN CREEK DR | | CHARLESTON | SC | 29407-6020 | K13881 | 66.90 | * |
| ANN WAXHAM | 4402 126TH PL NE | | MARYSVILLE | WA | 98271-8748 | K31382 | 66.90 | * |
| ANN WHARTON | 1432 PERKINS RD | | WEVER | IA | 52658-9512 | K15581 | 66.90 | * |
| ANN WHITE | 1929 CRYSTAL DOWNS CT | | OVIEDO | FL | 32765-5836 | K35588 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANN WILLIAMS | 1825 N RED BRUSH ST | | WICHITA | KS | 67206-4410 | K28915 | 66.90 | * |
| ANN WOOD | 249 VICTORIA CIR | | YORK | SC | 29745-6300 | K30059 | 66.90 | * |
| ANN WRIGHT | 90 CALDWELL FARM RD | | BYFIELD | MA | 01922-2823 | K40902 | 66.90 | * |
| ANNA BETH BEARD | PO BOX 625 | | LEAVENWORTH | KS | 66048-1097 | K35585 | 66.90 | * |
| ANNA BROWN | 1002 FRANKLIN ST | | LEAVENWORTH | KS | 66048-2917 | K33023 | 66.90 | * |
| ANNA CAROL DUDLEY | 1745 CAPISTRANO AVE | | BERKELEY | CA | 94707-1805 | K47692 | 66.90 | * |
| ANNA CHIODO | 1131 PAYTON AVE | | DES MOINES | IA | 50315-5048 | K21559 | 66.90 | * |
| ANNA FAYE BERTORELLO-BELLGARDT | 67250 LOCUST RD TRLR 25 | | MONTROSE | CO | 81401-7547 | K18276 | 66.90 | * |
| ANNA GOODE JONES | 4215 REGENCY DR | | HOUSTON | TX | 77045-3234 | K14267 | 66.90 | * |
| ANNA HEDRICK | 131 THUNDERBIRD DR UNIT B | | SMITHVILLE | TX | 78957-6204 | K17522 | 66.90 | * |
| ANNA JANE BANKS | 9 DRIFTWOOD DR | | GLEN COVE | NY | 11542-1607 | K53617 | 66.90 | * |
| ANNA JOHNSON | 132 WILKINS AVE | | COLONIE | NY | 12205-1715 | K22491 | 66.90 | * |
| ANNA JONES | 14751 SHENANDOAH DR BLDG 17 | | RIVERVIEW | MI | 48193-7730 | K58758 | 66.90 | * |
| ANNA L REACH | 31108 HARVEST RIDGE LN | | JOHNS CREEK | GA | 30022-8635 | K22237 | 66.90 | * |
| ANNA L WEIDNER | 101 CENTENNIAL AVE | | NORMAL | IL | 61761-3121 | K59392 | 66.90 | * |
| ANNA LAFFERTY | 198 MECCA AVE | | EUGENE | OR | 97404-1709 | K17455 | 66.90 | * |
| ANNA LOUISE VAN STRIEN | 37723 SWEETBRUSH ST | | PALMDALE | CA | 93552-3838 | K29363 | 66.90 | * |
| ANNA LYNN BURNS | 3056 W LYNROSE DR | | ANAHEIM | CA | 92804-3825 | K49344 | 66.90 | * |
| ANNA M STEELE | 486 BRIGHT ST | | SAN FRANCISCO | CA | 94132-2802 | V99311 | 66.90 | * |
| ANNA MAE PFEIFFER | 9023 SAXTON DR | | WEST CHESTER | OH | 45069-3639 | K38689 | 66.90 | * |
| ANNA MARIE DAVIDSON | 7221 MINUTEMAN DR NE | | ALBUQUERQUE | NM | 87109-5080 | K24839 | 66.90 | * |
| ANNA MARIE LASCHANZKY | 108 MAPLE ST | | STOUTLAND | MO | 65567-9603 | K56905 | 66.90 | * |
| ANNA MARIE WHEELER | 1416 DUNCAN DR | | THE VILLAGES | FL | 32162-3722 | K61628 | 66.90 | * |
| ANNA MAY MARTIN | 1605A N CEDAR ST | | LUMBERTON | NC | 28358-4033 | K10074 | 66.90 | * |
| ANNA R HOFFMASTER | 48 CLARK AVE | | BINGHAMTON | NY | 13901-1243 | K17546 | 66.90 | * |
| ANNA ROSCHE PHD | 325 SARA AVE | | SUNNYVALE | CA | 94086-5940 | K61782 | 66.90 | * |
| ANNA SCHMITZ | 136 EUCLID ST | | VERSAILLES | OH | 45380-1152 | K33845 | 66.90 | * |
| ANNA TREDWAY | 438 W 58TH TER | | KANSAS CITY | MO | 64113-1270 | K29077 | 66.90 | * |
| ANNA V FRY | 2001 HARRISBURG PIKE | | LANCASTER | PA | 17601-2641 | K29064 | 66.90 | * |
| ANNA WALKER | 903 WEXFORD WAY | | ATCO | NJ | 08004-1338 | K44947 | 66.90 | * |
| ANNA WILTSHIRE | 3911 REDSTONE DR | | RICHMOND | VA | 23294-6105 | K36776 | 66.90 | * |
| ANNABEL LEE MOHR | 5100 JOHN D RYAN BLVD APT 21 | | SAN ANTONIO | TX | 78245-3512 | K38772 | 66.90 | * |
| ANNABEL MEYER | 2120 FLOYD AVE | | IOWA FALLS | IA | 50126-1623 | K53191 | 66.90 | * |
| ANNABELLE F VANDERLEEDEN | 43 FLORENTINE GDNS | | SPRINGFIELD | MA | 01108-2507 | K37821 | 66.90 | * |
| ANNABELLE JONES | 2305 ADELINE DR | | BURLINGAME | CA | 94010-5539 | K46350 | 66.90 | * |
| ANNABELLE JUCHTER | 4062 ZIMMERMAN RD | | ERIE | PA | 16510-3673 | K62196 | 66.90 | * |
| ANNABELLE MOSELEY-RUFINO | 70 MELROSE RD | | DIX HILLS | NY | 11746-5624 | K37208 | 66.90 | * |
| ANNALEE SCHERR | 807 HAMMOND DR | | NORTH AUGUSTA | SC | 29841-3229 | K20938 | 66.90 | * |
| ANNAMARIE COCKREHAM | 4231 SW 54TH AVE | | DAVIE | FL | 33314-3826 | K49479 | 66.90 | * |
| ANNE [NANCY] LEHMAN | 15 S VILLAGE DR | | SOMERS POINT | NJ | 08244-1222 | K42794 | 66.90 | * |
| ANNE ALLEN | 125 BLOOMINGDALE AVE | | CRANFORD | NJ | 07016-2470 | K14051 | 66.90 | * |
| ANNE B DICKERSON | 2343 KING PL NW | | WASHINGTON | DC | 20007-1030 | K15491 | 66.90 | * |
| ANNE B LANDERS | 7419 HIELO DR | | JACKSONVILLE | FL | 32211-4219 | K30047 | 66.90 | * |
| ANNE BARRETT | 4657 BARCELONA WAY | | OCEANSIDE | CA | 92056-5107 | K44385 | 66.90 | * |
| ANNE BOWBEER | 4917 RAVENSWOOD DR APT 811 | | SAN ANTONIO | TX | 78227-4341 | K22852 | 66.90 | * |
| ANNE BOYD | 219 OXFORD AVE | | FAIR HAVEN | NJ | 07704-3133 | K22339 | 66.90 | * |
| ANNE BRODBECK | 7 ACORN DR | | LOUDONVILLE | NY | 12211-1505 | K20581 | 66.90 | * |
| ANNE BULAN | 5 CRAIG DR | | MONROE | CT | 06468-2454 | K10766 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANNE CHICCINO | 244 SWEDESFORD RD | | MALVERN | PA | 19355-1728 | K15718 | 66.90 | * |
| ANNE COATES | 19550 AVONDALE DR | | BROOKFIELD | WI | 53045-3723 | K15314 | 66.90 | * |
| ANNE COLLEEN HORMANN | 5050 E BAKER ST | | TUCSON | AZ | 85711-2123 | K49408 | 66.90 | * |
| ANNE COOK | 208 N EDMONDS AVE | | HAVERTOWN | PA | 19083-5022 | K49537 | 66.90 | * |
| ANNE COTTMAN | 1792 AMARONE WAY | | HENDERSON | NV | 89012-7220 | K10099 | 66.90 | * |
| ANNE D ELLIOT | 1382 SW EAGLE NEST WAY | | PALM CITY | FL | 34990-4224 | K33966 | 66.90 | * |
| ANNE E HOLDERBAUM | 9701 JUSTICE DR | | FREDERICKSBUR | VA | 22407-8317 | K26567 | 66.90 | * |
| ANNE EPPLEY | 755 N 153RD AVE | | OMAHA | NE | 68154-1807 | K58894 | 66.90 | * |
| ANNE F HENDERSON | 1540 VARIETY MILLS RD | | ARRINGTON | VA | 22922-2711 | K30003 | 66.90 | * |
| ANNE FISCHER | 1139 2ND AVE | | GALLIPOLIS | OH | 45631-1705 | K54547 | 66.90 | * |
| ANNE GARNETT | 1914 ALBANY AVE | | LUBBOCK | TX | 79407-2100 | K44216 | 66.90 | * |
| ANNE GIARDINO | 239 WOODLAND WAY | | CANTON | GA | 30114-4062 | K36746 | 66.90 | * |
| ANNE GROETSCH | 2104 KILLEEN CT | | SAINT CLOUD | MN | 56301-4794 | K28178 | 66.90 | * |
| ANNE HARDTMANN | 34 HATTERAS WAY | | BARNEGAT | NJ | 08005-3367 | K36966 | 66.90 | * |
| ANNE HATCH | 12110 ARIEL CT | | STAFFORD | TX | 77477-2263 | K45556 | 66.90 | * |
| ANNE HENNELLY | 1 BAY CLUB DR APT 16V | | BAYSIDE | NY | 11360-2911 | K48776 | 66.90 | * |
| ANNE HOLUB | 13793 KENWOOD CT | | BAXTER | MN | 56425-8508 | K23710 | 66.90 | * |
| ANNE I DEAN | 506 BIRCH ST | | ELLETTSVILLE | IN | 47429-1035 | K39784 | 66.90 | * |
| ANNE J OWENS | 5226 W CAROL AVE | | GLENDALE | AZ | 85302-3449 | K11122 | 66.90 | * |
| ANNE JACOBS | PO BOX 37 | | BARNARD | VT | 05031-0037 | K34715 | 66.90 | * |
| ANNE KATHLEEN K BUSCHMANN | 1008 CROOKED SPRINGS RD | | KNOXVILLE | TN | 37932-3107 | V98466 | 66.90 | * |
| ANNE KONDERSON | 2860 TIMBERWOOD DR | | BROADVIEW HEI | OH | 44147-3477 | K46668 | 66.90 | * |
| ANNE KORBOBO | 5 SARATOGA CT | | EASTON | PA | 18040-1046 | K23336 | 66.90 | * |
| ANNE KOSTRO | 635 RIDEN ST | | ODENTON | MD | 21113-1733 | K53637 | 66.90 | * |
| ANNE LANEY | 11840 W 66TH PL APT C | | ARVADA | CO | 80004-2478 | K35100 | 66.90 | * |
| ANNE LEHMAN | PO BOX 3672 | | DOUGLAS | AZ | 85608-3672 | K38167 | 66.90 | * |
| ANNE LEONHARDT | 64 LEONHARDT RD | | BECKET | MA | 01223-9518 | K55468 | 66.90 | * |
| ANNE LONG | 449 TATUM RD | | SHELBYVILLE | KY | 40065-8242 | K33969 | 66.90 | * |
| ANNE LONG | 2318 VINCENT AVE N | | MINNEAPOLIS | MN | 55411-2325 | K34703 | 66.90 | * |
| ANNE M [MAGGIE] NELSON | 109 AARONS CRESS BLVD | | HERMITAGE | TN | 37076-2615 | K37466 | 66.90 | * |
| ANNE M LAGRIPPE | 130 E OAK ST APT 12C | | CHICAGO | IL | 60611-1411 | K14024 | 66.90 | * |
| ANNE MAGNUSON | 1040 SPRING BANK LN | | COLDWATER | MI | 49036-8023 | K38786 | 66.90 | * |
| ANNE MARIE ESPLEY | 1931 CLEMENS DR | | PLACENTIA | CA | 92870-2737 | K33004 | 66.90 | * |
| ANNE MARIE G DIROLL | 2212 SW 85TH ST | | OKLAHOMA CITY | OK | 73159-6106 | K40416 | 66.90 | * |
| ANNE MARIE KOVAC | 4735 195TH ST | | FLUSHING | NY | 11358-3932 | K49320 | 66.90 | * |
| ANNE MELIORI | 1199 GLENSIDE RD | | DOWNINGTOWN | PA | 19335-3657 | K37327 | 66.90 | * |
| ANNE MELSON | 109 FEATHERBED LN | | PILESGROVE | NJ | 08098-2622 | K40901 | 66.90 | * |
| ANNE MENARD | 404 TRINITY CT | | EVANSTON | IL | 60201-1907 | K45826 | 66.90 | * |
| ANNE MORGAN BIGNALL | 4201 CROSBY DR APT 407 | | KNOXVILLE | TN | 37909-3309 | K13156 | 66.90 | * |
| ANNE MUELLER | 8500 W 64TH TER | | MERRIAM | KS | 66202-3737 | K43911 | 66.90 | * |
| ANNE NORDSTROM | 1401 HOME LN | | INTERNATIONAL | MN | 56649-2142 | K24298 | 66.90 | * |
| ANNE NOYES | 8216 N GREEN BAY RD | | RIVER HILLS | WI | 53217-2063 | K43771 | 66.90 | * |
| ANNE O'BRIEN | 7 FOREST HILLS BLVD | | RENSSELAER | NY | 12144-5831 | K27991 | 66.90 | * |
| ANNE O'BRIEN | 270 VILLAGE GREEN DR | | PORT JEFF STA | NY | 11776-4537 | K41801 | 66.90 | * |
| ANNE PACE | 14624 KALMIA AVE | | FLUSHING | NY | 11355-2250 | K48779 | 66.90 | * |
| ANNE PAHL | 12405 7TH AVE | | COLLEGE POINT | NY | 11356-1129 | K38844 | 66.90 | * |
| ANNE PELTON | 736 WAGNER CT | | DEARBORN | MI | 48124-2223 | K34438 | 66.90 | * |
| ANNE PENNOCK | 8 CHARLES BLVD | | DELMAR | NY | 12054-2402 | K22613 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANNE PURPLE | 690 MASON HEADLEY RD APT 410 | | LEXINGTON | KY | 40504-2386 | K23307 | 66.90 | * |
| ANNE R BALDERSON | 919 OSCEOLA RD APT 207 | | BELLEAIR | FL | 33756-7723 | K46786 | 66.90 | * |
| ANNE R SIMS | 143 MORNINGSIDE DR | | ELKVIEW | WV | 25071-9367 | K37714 | 66.90 | * |
| ANNE REARDON | 391 MOUNTAIN ST | | ALBANY | NY | 12209-1801 | K20374 | 66.90 | * |
| ANNE ROSS | 3076 MARSHGATE DR | | JOHNS ISLAND | SC | 29455-6204 | K62777 | 66.90 | * |
| ANNE ROWMAN | 1702 ANDROS ISLE APT O3 | | COCONUT CREEK | FL | 33066-2860 | K51784 | 66.90 | * |
| ANNE SCHREINER | 893 DEVILLE DR E | | LARGO | FL | 33771-1120 | K22458 | 66.90 | * |
| ANNE STEVENSON | 2251 MONMOUTH RD | | MOUNT HOLLY | NJ | 08060-6705 | K23507 | 66.90 | * |
| ANNE SUTTON | 12082 TEMPLE BLVD | | WEST PALM BEA | FL | 33412-2921 | K41267 | 66.90 | * |
| ANNE TEICHMILLER | 3519 TRIPOLI BLVD | | PUNTA GORDA | FL | 33950-7843 | K43373 | 66.90 | * |
| ANNE WADE | 513 FAIRWAY OAKS DR | | EUREKA | MO | 63025-2084 | K30101 | 66.90 | * |
| ANNE WARNER | 1490 FREYSVILLE RD | | YORK | PA | 17406-7733 | K28846 | 66.90 | * |
| ANNE WEBBER | 1275 16TH ST | | WEST DES MOIN | IA | 50265-2312 | K57740 | 66.90 | * |
| ANNE WILLIAMS | 900 DOUGLAS AVE | | PORTSMOUTH | VA | 23707-1912 | K12989 | 66.90 | * |
| ANNE WINSLOW | 303 KINGS CHAPEL RD | | AUGUSTA | GA | 30907-3731 | K34853 | 66.90 | * |
| ANNE YOUNG | 735 BRAMERTON ST | | ANDOVER | KS | 67002-9240 | K52392 | 66.90 | * |
| ANNE ZISKA | 3800 BAL HARBOR BLVD APT 215 | | PUNTA GORDA | FL | 33950-8236 | K51091 | 66.90 | * |
| ANNETTA JEWEL PURDY | 3480 GILA DR | | SAN JOSE | CA | 95148-1726 | V99613 | 66.90 | * |
| ANNETTE BELL | 9230 FERN CREEK RD | | LOUISVILLE | KY | 40291-1964 | K36855 | 66.90 | * |
| ANNETTE BIAS | 3065 SARAH ST | | BEAUMONT | TX | 77705-3143 | K11118 | 66.90 | * |
| ANNETTE BROWN | PO BOX 753 | | LAKEHEAD | CA | 96051-0753 | K48332 | 66.90 | * |
| ANNETTE CAGLE | 318 RISING SUN LN | | OLD HICKORY | TN | 37138-2127 | K35219 | 66.90 | * |
| ANNETTE FENNELL | PO BOX 264 | | PALATKA | FL | 32178-0264 | K41673 | 66.90 | * |
| ANNETTE FLETCHER | 800 CALLAWAY DR | | ALVIN | TX | 77511-3700 | K42018 | 66.90 | * |
| ANNETTE FREDRICKSON | 1128 PLEASANT SITE RD | | SELMER | TN | 38375-6304 | K21135 | 66.90 | * |
| ANNETTE FRIEND | 1027 AVENUE D ST | | GREENCASTLE | IN | 46135-1837 | K45966 | 66.90 | * |
| ANNETTE HELSABECK | PO BOX 39 | | RURAL HALL | NC | 27045-0039 | K30253 | 66.90 | * |
| ANNETTE HOPE | 8625 N HETZLER RD | | PIQUA | OH | 45356-9561 | K32067 | 66.90 | * |
| ANNETTE HUNT | 400 W 43RD ST APT 29N | | NEW YORK | NY | 10036-6313 | K22914 | 66.90 | * |
| ANNETTE JOHANSSON | 9205 GOLDEN LEAF WAY | | INDIANAPOLIS | IN | 46260-5071 | K56148 | 66.90 | * |
| ANNETTE KASSON | 10641 HERITAGE HILLS DR | | LAS VEGAS | NV | 89134-5214 | K51305 | 66.90 | * |
| ANNETTE KEY | 5214 RAVENS CREST DR | | PLAINSBORO | NJ | 08536-2471 | K30782 | 66.90 | * |
| ANNETTE L MITCHELL | 401 DUNBAR AVE | | PORT ARTHUR | TX | 77640-4926 | V99911 | 66.90 | * |
| ANNETTE LEYDEN | 1203 KENDAL WAY | | SLEEPY HOLLOW | NY | 10591-1059 | K55932 | 66.90 | * |
| ANNETTE LUCAS | PO BOX 123 | | PELION | SC | 29123-0123 | K30671 | 66.90 | * |
| ANNETTE M GALLAGHER | 142 BROOKSHIRE PLZ | | PHILADELPHIA | PA | 19116-1227 | K34484 | 66.90 | * |
| ANNETTE M MORIARTY | 1178 BROOK DR E | | DUNEDIN | FL | 34698-4721 | K29732 | 66.90 | * |
| ANNETTE M TURNO | 142 DALMATIAN DR | | AIKEN | SC | 29803-5024 | K21363 | 66.90 | * |
| ANNETTE MARIE BROWN SCANNELL | 32725 PEACH TREE LN | | PEARBLOSSOM | CA | 93553-3118 | K61857 | 66.90 | * |
| ANNETTE MCDONALD | 6964 MESA BND | | ABILENE | TX | 79606-8400 | K42474 | 66.90 | * |
| ANNETTE MERCURI | 146 EASTBOURNE CT UNIT B | | RIDGE | NY | 11961-1207 | K62366 | 66.90 | * |
| ANNETTE MILCH | 3163 DEWEY DR | | LEXINGTON | KY | 40515-5408 | K38985 | 66.90 | * |
| ANNETTE MILLER | 1100 MIDWAY ST NW | | UNIONTOWN | OH | 44685-9492 | K61865 | 66.90 | * |
| ANNETTE OXLEY | 6376 LAKEVIEW DR | | FALLS CHURCH | VA | 22041-1334 | K54513 | 66.90 | * |
| ANNETTE ROSS | 14313 POTOMAC AVE | | EAST CLEVELAN | OH | 44112-2727 | K47597 | 66.90 | * |
| ANNETTE SLEE | 326 W BAKER RD | | HOPE | MI | 48628-9746 | K58334 | 66.90 | * |
| ANNETTE TEETERS | 3302 N 63RD PL | | SCOTTSDALE | AZ | 85251-5434 | K56580 | 66.90 | * |
| ANNIE BASHAY | 900 CLAY ST | | PORTSMOUTH | VA | 23701-3243 | K13167 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANNIE C RITTHALER | 534 PEAR LN | | DELTA | CO | 81416-3070 | K17430 | 66.90 | * |
| ANNIE CODY | 120 LORETHA ST | | STATESBORO | GA | 30458-1392 | K60050 | 66.90 | * |
| ANNIE DORIS HALL | 18711 NW 24TH AVE | | MIAMI GARDENS | FL | 33056-3248 | K44263 | 66.90 | * |
| ANNIE G TURPIN | 1818 US HIGHWAY 319 S | | THOMASVILLE | GA | 31792-0442 | K59750 | 66.90 | * |
| ANNIE H BROWN | 220 S 6TH ST | | NEWARK | NJ | 07103-2446 | K16559 | 66.90 | * |
| ANNIE HERSCHELL HILL | 2044 W GORE ST | | ORLANDO | FL | 32805-3508 | K39422 | 66.90 | * |
| ANNIE JACKSON | PO BOX 1691 | | PALATKA | FL | 32178-1691 | K41855 | 66.90 | * |
| ANNIE LAURIE [KITTY] WORSHAM | 3106 SHADY RIDGE TRL | | SUGAR LAND | TX | 77498-4877 | K43525 | 66.90 | * |
| ANNIE LEE KEYES | 686 ALLEN LN | | ORANGE PARK | FL | 32073-3986 | K39358 | 66.90 | * |
| ANNIE M MASON | 2216 EVERGREEN PL | | PORTSMOUTH | VA | 23704-5332 | K12929 | 66.90 | * |
| ANNIE MARIE YOUNG | 621 LOCKWOOD DR | | VALLEJO | CA | 94591-6703 | K12981 | 66.90 | * |
| ANNIE PEARL WILLIAMS | 6917 WINCHESTER PL | | FORT WORTH | TX | 76133-6124 | V99764 | 66.90 | * |
| ANNIE ROSE ROGERS | 1930 DRIFTWOOD DR | | AUGUSTA | GA | 30909-4113 | K62430 | 66.90 | * |
| ANNIE RUTH THOMPSON | PO BOX 7504 | | TYLER | TX | 75711-7504 | V99819 | 66.90 | * |
| ANNIE SMITH | 3501 SW 143RD AVE | | MIRAMAR | FL | 33027-3760 | K41349 | 66.90 | * |
| ANNIE STEWART | 128 DEL RIO CT APT 4 | | VACAVILLE | CA | 95687-4815 | K40109 | 66.90 | * |
| ANNIS WORKMAN | 3030 SCOTT RD | | MARIETTA | GA | 30066-3702 | K61878 | 66.90 | * |
| ANNMARIE EYERS | 2767 ESTELLA DR | | SANTA CLARA | CA | 95051-7002 | K32793 | 66.90 | * |
| ANNMARIE WILLIAMS | 1130 SCOTT AVE | | WATERLOO | IA | 50701-3251 | K60455 | 66.90 | * |
| ANOLA PELOT | 4989 HEMLOCK RD | | VESPER | WI | 54489-9797 | K46248 | 66.90 | * |
| ANTHONY [TONY] MATEYKO | 5441 GOLDEN CURRANT WAY | | PARKER | CO | 80134-2708 | K48163 | 66.90 | * |
| ANTHONY [TONY] RUVO | 1440 WHETSTONE RD | | SWANSEA | SC | 29160-8958 | K28343 | 66.90 | * |
| ANTHONY A LUZAR | 17515 SCHENELY AVE | | CLEVELAND | OH | 44119-1937 | K50381 | 66.90 | * |
| ANTHONY CABRAL | 68 WILBUR AVE | | NORTH DARTMOU | MA | 02747-2729 | K32017 | 66.90 | * |
| ANTHONY CAMPANELLA | 309 SAGEWOOD DR | | PORT ORANGE | FL | 32127-6718 | K61951 | 66.90 | * |
| ANTHONY D ROBBINS | 6030 FOUTS RD | | RICHMOND | IN | 47374-9472 | K32769 | 66.90 | * |
| ANTHONY E BROWN | 349 BUTTONWOOD DR | | KISSIMMEE | FL | 34743-9008 | K14377 | 66.90 | * |
| ANTHONY F LUPARDI | 77 BLANCH AVE | | CLOSTER | NJ | 07624-1303 | K39869 | 66.90 | * |
| ANTHONY GUTIERREZ | 3132 JEFFREY DR | | JOLIET | IL | 60435-4925 | K60425 | 66.90 | * |
| ANTHONY H HAGSTETTE | 1801 GIUFFRIAS AVE | | METAIRIE | LA | 70001-2523 | K50137 | 66.90 | * |
| ANTHONY H JACKSON MD | 163 TWIN HILLS DR | | LONGMEADOW | MA | 01106-2951 | K62065 | 66.90 | * |
| ANTHONY HARRISON MD | 146 N BELLEFIELD AVE APT 301 | | PITTSBURGH | PA | 15213-2621 | K42013 | 66.90 | * |
| ANTHONY HOWARD WHITE | 817 FAIRVIEW AVE | | LIMA | OH | 45804-1721 | K45752 | 66.90 | * |
| ANTHONY INTEGLIA | 37558 S HILL SIDE DR | | TUCSON | AZ | 85739-2225 | K31976 | 66.90 | * |
| ANTHONY J BARRUZZA | 700 BEAVER ST | | BRISTOL | PA | 19007-3823 | K22551 | 66.90 | * |
| ANTHONY J MOSKAL | 166 LUKE ST | | SOUTH AMBOY | NJ | 08879-2231 | K29594 | 66.90 | * |
| ANTHONY J PEZANT | 501 S DILTON ST | | RIVER RIDGE | LA | 70123-1232 | K55502 | 66.90 | * |
| ANTHONY J RIGGIO | 7530 W OAKTON ST | | NILES | IL | 60714-2806 | K57719 | 66.90 | * |
| ANTHONY J SCUTTI | 2711 BALDEAGLE CIR | | NORRISTOWN | PA | 19403-1886 | K33505 | 66.90 | * |
| ANTHONY JEROME BENNETT | 112 RHONE ST APT 107 | | JACKSON | TN | 38301-4899 | K31105 | 66.90 | * |
| ANTHONY KIRCHNER | 601 17 1/2 ST SE | | ROCHESTER | MN | 55904-5447 | K19235 | 66.90 | * |
| ANTHONY L DIFABIO | 202 CHAMBERS RD | | TOUGHKENAMON | PA | 19374-1025 | K42736 | 66.90 | * |
| ANTHONY L PINNAVAIA | 1978 HARING ST | | BROOKLYN | NY | 11229-3714 | K47848 | 66.90 | * |
| ANTHONY L SHARKOSKI | 836 MOUNTAIN TOP DR | | COLLEGEVILLE | PA | 19426-4139 | K26890 | 66.90 | * |
| ANTHONY MEEUWSE | 8883 S 10TH ST | | KALAMAZOO | MI | 49009-8944 | K17083 | 66.90 | * |
| ANTHONY P GARDNER | 3207 SE 20TH ST | | DES MOINES | IA | 50320-1909 | K22824 | 66.90 | * |
| ANTHONY PEET | 15813 ROCKSIDE RD | | MAPLE HEIGHTS | OH | 44137-3954 | K17002 | 66.90 | * |
| ANTHONY QUINN MD | 55 BITTERSWEET DR | | GALES FERRY | CT | 06335-1002 | K58147 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ANTHONY RICCIARDI | 37 NOLAN RD | | RAVENA | NY | 12143-2838 | K20378 | 66.90 | * |
| ANTHONY RUETER | 3201 3RD ST N | | SAINT CLOUD | MN | 56303-4121 | K20171 | 66.90 | * |
| ANTHONY RUSSO | 2009 FELIZ RD | | NOVATO | CA | 94945-1702 | K55499 | 66.90 | * |
| ANTHONY SAPONATE | 62893 INDIAN VALLEY RD | | SAN MIGUEL | CA | 93451-9740 | K51857 | 66.90 | * |
| ANTHONY SHAWN BATES | 3324 JEANNETTE AVE | | TOLEDO | OH | 43608-1621 | K44297 | 66.90 | * |
| ANTHONY T KOSOGLOV MD | 31950 WOODSDALE LN | | SOLON | OH | 44139-1329 | K46978 | 66.90 | * |
| ANTHONY T MIRABELLA | 123 RONKONKOMA BLVD | | CENTEREACH | NY | 11720-3315 | K62093 | 66.90 | * |
| ANTHONY V DIGIOVANNI | 1092 BADGER CT | | SANTA ROSA | CA | 95409-2795 | K51808 | 66.90 | * |
| ANTHONY WZOREK | 3330 W PENN ST | | PHILADELPHIA | PA | 19129-1408 | K15064 | 66.90 | * |
| ANTOINETTE [TONI] OLIVERA | 6102 SIERRA SIENA RD | | IRVINE | CA | 92603-3913 | K29270 | 66.90 | * |
| ANTOINETTE LEONARD | 104 CARDINAL DR | | TOMS RIVER | NJ | 08755-4177 | K23896 | 66.90 | * |
| ANTOINETTE P CALIMAG | 2135 S 11TH ST | | PHILADELPHIA | PA | 19148-3049 | K18203 | 66.90 | * |
| ANTOINETTE R HARVEY | 120 DARROW PL APT 3B | | BRONX | NY | 10475-1844 | V98205 | 66.90 | * |
| ANTON J BUNDY | 7519 EAGLEFIELD DR | | ARLINGTON | WA | 98223-5987 | K32397 | 66.90 | * |
| ANTONE [TONY] ESCOBAR | 1514 DIAMOND ST | | SPRINGFIELD | OR | 97477-3594 | K24589 | 66.90 | * |
| ANTONETTE [TONI] BATTISTELLA | 17 STEMMER DR | | CLARK | NJ | 07066-2927 | K53308 | 66.90 | * |
| ANTONIA [TONI] MEAGHER | 453 WALKER RD | | GREAT FALLS | VA | 22066-3617 | K37934 | 66.90 | * |
| ANTONIO R BOLOGNA FAIA | 785 HARBOR ISLE CIR W | | MEMPHIS | TN | 38103-0826 | K54504 | 66.90 | * |
| ANTONIO SGARAGLINO | 2101 N KENMORE AVE | | CHICAGO | IL | 60614-4111 | K55980 | 66.90 | * |
| APRIL CLARK | 702 CHESTNUT ST | | VERSAILLES | OH | 45380-1309 | K42051 | 66.90 | * |
| APRIL EMERSON | 16305 42ND AVE N | | MINNEAPOLIS | MN | 55446-2616 | K29729 | 66.90 | * |
| ARALENE [BARRIE] CALLAHAN | 2830 SKY TOP TRL | | DOVER | PA | 17315-2540 | K38085 | 66.90 | * |
| ARCH WESTMORELAND | 6861 E AR 58 HWY | | SIDNEY | AR | 72577-9181 | K37928 | 66.90 | * |
| ARCHBISHOP JOHN CARROLL HIGH SCHOOL | c/o MIKE DUFFY | 211 MATSON FORD RD | RADNOR | PA | 19087-4590 | | 0.00 | ** |
| ARCHBISHOP RIORDAN HIGH SCHOOL | c/o MARC ROVETTI | 175 PHELAN AVE | SAN FRANCISCO | CA | 94112 | | 0.00 | ** |
| ARCHBISHOP RIORDAN HIGH SCHOOL | ARCHBISHOP RIORDAN HIGH SCHO | 175 PHELAN AVE | SAN FRANCISCO | CA | 94112 | | 0.00 | ** |
| ARCHBISHOP RIORDAN HIGH SCHOOL | c/o MARC ROVETTI | 175 PHELAN AVE | SAN FRANCISCO | CA | 94112 | | 0.00 | ** |
| ARCHBISHOP RUMMEL HIGH SCHOOL | c/o DARRYL ROULE '87 | 1901 SEVERN AVE | METAIRIE | LA | 70001 | | 0.00 | ** |
| ARCHIE YOUNG | 14800 WESTLAKE ST | | TAYLOR | MI | 48180-7969 | K39499 | 66.90 | * |
| ARDEEN MARLETT | 421 BOULEVARD RD | | KEOKUK | IA | 52632-2338 | K16193 | 66.90 | * |
| ARDELL PINGLETON | 894 S COUNTY ROAD 550 W | | GREENCASTLE | IN | 46135-8365 | K44529 | 66.90 | * |
| ARDELLE TRAYLOR | PO BOX 289 | | DAINGERFIELD | TX | 75638-0289 | K14999 | 66.90 | * |
| ARDEN MCKNIGHT | 105 SANBORN AVE | | WEST ROXBURY | MA | 02132-3834 | K20351 | 66.90 | * |
| ARDENE AMMERMAN | 618 MONTOUR ST | | MILTON | PA | 17847-2353 | K17454 | 66.90 | * |
| ARDETH KOSANKE | 7484 UNIVERSITY AVE STE 100 | | LA MESA | CA | 91942-6030 | K55245 | 66.90 | * |
| ARDETH MASON | 1701 NE WOODLAND RD | | PONCA CITY | OK | 74604-3824 | K59104 | 66.90 | * |
| ARDICE SCHUETTE | 1413 HILLTOP LN | | PLYMOUTH | WI | 53073-2005 | K47404 | 66.90 | * |
| ARDIS REITER | 22235 13TH AVE | | SAINT AUGUSTA | MN | 55320-1213 | K21788 | 66.90 | * |
| ARDITH BOBST-HILL | 1318 SUNSET DR | | HAMPTON | IA | 50441-1824 | K54010 | 66.90 | * |
| ARDITH E WIKE | 1603 ELGIN AVE | | JOLIET | IL | 60432-2157 | K51368 | 66.90 | * |
| ARDITH KUBISIAK | 721 WILLIAMS ST | | WISCONSIN RAP | WI | 54494-1873 | K46474 | 66.90 | * |
| ARDYS HAWKINS | 10625 SW CITATION DR | | BEAVERTON | OR | 97008-0404 | K34454 | 66.90 | * |
| ARDYTHE RAE BARNETT | 107 MONTIETH ST | | JOLIET | IL | 60433-1731 | K56857 | 66.90 | * |
| ARI B ZORN | 30 UNDERMOUNTAIN RD | | GREAT BARRING | MA | 01230-9083 | K13243 | 66.90 | * |
| ARILLIS M SEE | 5701 W TUMBLING F ST | | TUCSON | AZ | 85713-4458 | K24670 | 66.90 | * |
| ARLAN GUNNERSON | 3756 TOWN ROAD 243 | | INTERNATIONAL | MN | 56649-8930 | K22839 | 66.90 | * |
| ARLAN PHILLIPS | 5746 CRYSTAL SHORES DR APT 4 | | BOYNTON BEACH | FL | 33437-5660 | K52627 | 66.90 | * |
| ARLAN YOUNGBLOOD | 2500 E HIGHWAY 180 | | LAMESA | TX | 79331-7932 | K45193 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ARLAND FREDERICK | 4201 BLACKWOOD CT | | LOUISVILLE | KY | 40299-4001 | K32440 | 66.90 | * |
| ARLEEN BATES | 117 W INDIANA AVE | | LONG BEACH TO | NJ | 08008-2808 | K49243 | 66.90 | * |
| ARLEEN E TAYLOR | 5349 CANTERBURY RD | | WALKERTON | VA | 23177-4083 | K36826 | 66.90 | * |
| ARLEEN IRVIN | 4890 N QUAIL CREST DR SE | | GRAND RAPIDS | MI | 49546-7538 | K36176 | 66.90 | * |
| ARLEEN ROONEY | PO BOX 464 | | LOMITA | CA | 90717-0464 | K31701 | 66.90 | * |
| ARLEN C SCHROEDER | 5211 TIMBER CREEK RD | | GREAT BEND | KS | 67530-6613 | K33447 | 66.90 | * |
| ARLENE [SIS] MACY | 1100 50TH ST UNIT 1206 | | WEST DES MOIN | IA | 50266-4977 | K22222 | 66.90 | * |
| ARLENE A NICOSIA | 305 W HACKBERRY DR | | ARLINGTON HEI | IL | 60004-1936 | K54456 | 66.90 | * |
| ARLENE BERKOWITZ | 922 HEMINGWAY CIR | | TAMPA | FL | 33602-5980 | K62495 | 66.90 | * |
| ARLENE BINGAMAN | 5801 AUTRY AVE | | LAKEWOOD | CA | 90712-1331 | K29222 | 66.90 | * |
| ARLENE BRESLIN | 8 EDWARD TER | | ALBANY | NY | 12208-1909 | K20697 | 66.90 | * |
| ARLENE CHASE | 213 S 5TH ST # 1 | | READING | PA | 19602-1835 | K57621 | 66.90 | * |
| ARLENE CHEROVSKY | 3708 VICTOIRE WAY | | REDDING | CA | 96002-3101 | K48852 | 66.90 | * |
| ARLENE CLAPP | 4819 5TH AVE | | KENOSHA | WI | 53140-2924 | K18595 | 66.90 | * |
| ARLENE COOPER | 5320 WEST RIVER DR NE | | COMSTOCK PARK | MI | 49321-8524 | K17155 | 66.90 | * |
| ARLENE E SMITH | 11 CONWAY RD | | MILLIS | MA | 02054-1760 | K14590 | 66.90 | * |
| ARLENE EINHORN | 13724 COLUMBINE AVE | | WELLINGTON | FL | 33414-8148 | K48704 | 66.90 | * |
| ARLENE FRITSCHE | W2139 E RIVER RD | | CAMPBELLSPORT | WI | 53010-2918 | K47727 | 66.90 | * |
| ARLENE GRAU | 3420 S MI STATE ROAD 52 | | CHELSEA | MI | 48118-9602 | V99591 | 66.90 | * |
| ARLENE GUBERMAN | 147 WASHINGTON ST APT 213 | | LYNN | MA | 01902-4767 | K13669 | 66.90 | * |
| ARLENE H MANNOS | 180 BEACON ST APT 1G | | BOSTON | MA | 2116 | K16233 | 66.90 | * |
| ARLENE HAYES | 32938 BELLINGER SCALE RD | | LEBANON | OR | 97355-9412 | K35580 | 66.90 | * |
| ARLENE HENKEL | 120 CARMEL AVE APT 4 | | GALION | OH | 44833-1439 | K51702 | 66.90 | * |
| ARLENE HOEFT | 2117 DONALD AVE | | HUNTINGTON | WV | 25701-4903 | V98991 | 66.90 | * |
| ARLENE J SHEA | 10 TOPPA BLVD | | NEWPORT | RI | 02840-2330 | K24437 | 66.90 | * |
| ARLENE LASCH | 5631 TYSHIRE PKWY | | PROVIDENCE FO | VA | 23140-4431 | K30551 | 66.90 | * |
| ARLENE LOVENVIRTH | 465 W 23RD ST APT 6G | | NEW YORK | NY | 10011-2105 | K12830 | 66.90 | * |
| ARLENE LOWY | 6545 BEACON ST | | PITTSBURGH | PA | 15217-1842 | K45397 | 66.90 | * |
| ARLENE M STATZ | 25454 LAKE RD | | SAINT CLOUD | MN | 56301-9714 | K21427 | 66.90 | * |
| ARLENE MANN | 303 E HENRY CLAY ST UNIT 202 | | WHITEFISH BAY | WI | 53217-5552 | K40538 | 66.90 | * |
| ARLENE MARANS | 2 INDIANHEAD DR | | ORMOND BEACH | FL | 32174-3059 | K61388 | 66.90 | * |
| ARLENE MARIE ANDERSON MORRISON | 94694 RUDAT RD | | ASTORIA | OR | 97103-8414 | K13858 | 66.90 | * |
| ARLENE MARTIN | 1218 KRAMER MILL RD | | DENVER | PA | 17517-8991 | K57860 | 66.90 | * |
| ARLENE MEARS | 1008 OHIO ST | | LEAVENWORTH | KS | 66048-3051 | K35906 | 66.90 | * |
| ARLENE MESSNER | 2034 SPRING BROOK AVE | | ROCKFORD | IL | 61107-1546 | K59493 | 66.90 | * |
| ARLENE MOSEMANN | 257 HEATHERSTONE WAY | | LANCASTER | PA | 17601-4980 | K27473 | 66.90 | * |
| ARLENE MURRAY | 166 FRANKLIN AVE | | MILTON | PA | 17847-7628 | K16511 | 66.90 | * |
| ARLENE MUSHALKO | 2205 PLEASANT DR | | WHITE OAK | PA | 15131-1923 | K61443 | 66.90 | * |
| ARLENE PRIDDY | 3075 FREYER RD | | LIMA | OH | 45807-2004 | K50515 | 66.90 | * |
| ARLENE R COOPERIDER | 5934 N 92ND AVE | | OMAHA | NE | 68134-1863 | K54759 | 66.90 | * |
| ARLENE RAY | 90 SCHENCK AVE APT 2A | | GREAT NECK | NY | 11021-3626 | K62421 | 66.90 | * |
| ARLENE READING-BELCHER | 16250 W BOULDER DR | | SURPRISE | AZ | 85374-6325 | K30413 | 66.90 | * |
| ARLENE ROUSCH | 7978 JOHNNYCAKE RIDGE RD | | MENTOR | OH | 44060-5512 | K61593 | 66.90 | * |
| ARLENE SCASE | 707 ROBIN GLN APT 311 | | INDIANOLA | IA | 50125-1085 | K53880 | 66.90 | * |
| ARLENE SCHELL | 2600 HOUGHTON LEAN | | MACUNGIE | PA | 18062-8634 | K23415 | 66.90 | * |
| ARLENE SCHERTZER | PO BOX 1448 | | WEST DOVER | VT | 05356-1448 | K61948 | 66.90 | * |
| ARLENE SCHOOLEY | 5460 SUSQUEHANNA TRL | | TURBOTVILLE | PA | 17772-8682 | K15921 | 66.90 | * |
| ARLENE SCHUPBACH | 65 PAGE LN | | WESTBURY | NY | 11590-6237 | K37525 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ARLENE SILVERMAN | 716 WELLMAN AVE | | NORTH CHELMSF | MA | 01863-1366 | K13292 | 66.90 | * |
| ARLENE SMITH | PO BOX 102 | | MARIANNA | FL | 32447-0102 | K40971 | 66.90 | * |
| ARLENE SWEENEY | 69 HIGHLAND AVE | | ELIZAVILLE | NY | 12523-1333 | K37084 | 66.90 | * |
| ARLENE TANNER-GLYNN | PO BOX 3034 | | ASTORIA | NY | 11103-0034 | K62240 | 66.90 | * |
| ARLENE TAYLOR-WORTHY | 2801 ROCKY RIDGE DR | | EL PASO | TX | 79904-2418 | K45430 | 66.90 | * |
| ARLETTA PADDOCK | 204 HARVEY DR | | MANHATTAN | KS | 66502-4950 | K17938 | 66.90 | * |
| ARLETTA WELSCH BALDE | 320 S HIGHLAND AVE | | PLYMOUTH | WI | 53073-2501 | K55204 | 66.90 | * |
| ARLEY WILLIAM ALLEN JR | 197 CRATOR DR | | LOUISVILLE | KY | 40229-6121 | K48359 | 66.90 | * |
| ARLEYNE WEBSTER | PO BOX 746 | | MARSHALL | TX | 75671-0746 | V99812 | 66.90 | * |
| ARLINE BIEMILLER | 190 KIRKWOOD RD | | GIBBSBORO | NJ | 08026-1435 | K46357 | 66.90 | * |
| ARLINE ROSSI | 21 COOPER LN | | CHESTER | NJ | 07930-2637 | K62171 | 66.90 | * |
| ARLINGTON HIGH SCHOOL | | | ARLINGTON HTS | IL | 60005 | | 0.00 | ** |
| ARLO SAMUELSON | 318 S 3RD ST | | LAURENS | IA | 50554-1339 | K13750 | 66.90 | * |
| ARLUS ANN BLACKWELL | 6600 BUCKINGHAM PALACE DR | | IMPERIAL | MO | 63052-3884 | K40198 | 66.90 | * |
| ARLYN P JOHNSON | 5625 SANDPIPER DR APT 617 | | STEVENS POINT | WI | 54482-8102 | K50290 | 66.90 | * |
| ARLYNE N BLACK | 93 SANTA BARBARA DR | | SCOTTSBORO | AL | 35769-8473 | K60961 | 66.90 | * |
| ARMEAL GEORGE JR | 3229 PINES RD | | SHREVEPORT | LA | 71119-3507 | V99319 | 66.90 | * |
| ARMENTA SHAW | 2425 SHATTUCK AVE APT 402 | | BERKELEY | CA | 94704-2073 | K35482 | 66.90 | * |
| ARNE G SANDBERG | 25 POST CREEK RD | | CODY | WY | 82414-7103 | K50050 | 66.90 | * |
| ARNE GUNNERSON | 800 19TH ST E | | INTERNATIONAL | MN | 56649-3050 | K27781 | 66.90 | * |
| ARNE J BERG | 305 DICKINSON DR SE | | DEVILS LAKE | ND | 58301-3457 | K35517 | 66.90 | * |
| ARNOLD [ARNIE] ROBBINS MD | 116 HANCOCK ST | | CAMBRIDGE | MA | 02139-2206 | K47167 | 66.90 | * |
| ARNOLD [GAIL] SIMS | 6068 HICKORY HILL PL | | COLUMBUS | OH | 43228-9714 | K51033 | 66.90 | * |
| ARNOLD AUBOL | 61 SE IRIS PL | | SHELTON | WA | 98584-9215 | K20457 | 66.90 | * |
| ARNOLD B ZETCHER | 10263 CENTURY WOODS DR | | LOS ANGELES | CA | 90067-6312 | K46891 | 66.90 | * |
| ARNOLD DESANDRE | 201 E SHADY LN | | MURCHISON | TX | 75778-4569 | K49327 | 66.90 | * |
| ARNOLD ERICKSON | 7456 WETHERSFIELD DR | | WEST CHESTER | OH | 45069-5508 | K51399 | 66.90 | * |
| ARNOLD FELDMAN | 25 RIVER BEND PARK | | LANCASTER | PA | 17602-1265 | K43965 | 66.90 | * |
| ARNOLD H LAZARUS | 5469 CEDAR VILLAGE DR APT 22 | | MASON | OH | 45040-8979 | K40885 | 66.90 | * |
| ARNOLD HOROVITZ | 316 S PACIFIC AVE | | PITTSBURGH | PA | 15224-2319 | K41259 | 66.90 | * |
| ARNOLD I [ARNIE] OAKMAN JR | 142 GARDEN AVE | | BROWNS MILLS | NJ | 08015-1957 | K47343 | 66.90 | * |
| ARNOLD MAILE | 906 CHELSEA PL | | WASHINGTON | IL | 61571-1202 | K26179 | 66.90 | * |
| ARNOLD S ORANGE | 8806 POINT WEST DR | | AUSTIN | TX | 78759-7351 | K62170 | 66.90 | * |
| ARNOLD SCHEINERT | 1025 5TH AVE | | NEW YORK | NY | 10028-0134 | K51773 | 66.90 | * |
| ARNOLD SCHULBERG | 39 CEDAR DR | | HURRICANE | WV | 25526-9221 | K40430 | 66.90 | * |
| ARNOLD SHARP | 1913 PIERCE AVE | | CAMDEN | NJ | 08105-3649 | K47974 | 66.90 | * |
| ARNOLD SHERTZ | 1317 GLEN EDEN DR | | RALEIGH | NC | 27612-4750 | K50202 | 66.90 | * |
| ARNOLD SILVER | 225 W GARDENIA DR | | PHOENIX | AZ | 85021-8717 | K46217 | 66.90 | * |
| ARNOLD W LEACH | 3411 HARRIS DR | | AMARILLO | TX | 79103-6909 | K33799 | 66.90 | * |
| ART BULGER | 235 PENWOOD CT | | CHESTERFIELD | MO | 63017-2310 | K38059 | 66.90 | * |
| ART LETT | 1117 PORTER AVE | | DES MOINES | IA | 50315-7239 | K29513 | 66.90 | * |
| ARTHAMAE [ARTIE] SADLEMYER | 3125 CHANNEL DR | | STEVENS POINT | WI | 54481-4925 | K47290 | 66.90 | * |
| ARTHETTA BROWN | 9 LILAC CT | | MARLTON | NJ | 08053-4404 | K44996 | 66.90 | * |
| ARTHUR [ARCHIE] SCHWARTZ | 420 MERRICK RD | | ROCKVILLE CEN | NY | 11570-5427 | K46682 | 66.90 | * |
| ARTHUR [ART] GUST | 12851 COUNTY ROAD 5 NW | | PINE ISLAND | MN | 55963-9500 | K18363 | 66.90 | * |
| ARTHUR [PETE] NIBERT | 1 HORIZON POINTE LN | | SALEM | SC | 29676-4332 | K51803 | 66.90 | * |
| ARTHUR A SILVERSTEIN | 11 BIRCHWOOD AVE | | WEST ORANGE | NJ | 07052-3101 | K50205 | 66.90 | * |
| ARTHUR ADLER | 232 PALM LN | | PALMETTO | FL | 34221-5275 | K38740 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ARTHUR B JACOBS | PO BOX 2600 | | MONTEREY | CA | 93942-2600 | K62480 | 66.90 | * |
| ARTHUR BRUTZER | 2970 N COLE ST | | LIMA | OH | 45801-1732 | K45147 | 66.90 | * |
| ARTHUR C KNUTH | 125 WILDE BROOK DR | | ASHEVILLE | NC | 28806-1052 | K45366 | 66.90 | * |
| ARTHUR C MEIER II | 776 CORNELIA DR SE | | HUNTSVILLE | AL | 35802-3758 | K34987 | 66.90 | * |
| ARTHUR CAMERON [CAM] GILLAM III | 107 BISHOPGATE RD | | COLUMBIA | SC | 29212-1955 | K49866 | 66.90 | * |
| ARTHUR DIAMOND PE | 1948 TIARA DR | | OJAI | CA | 93023-4125 | K48755 | 66.90 | * |
| ARTHUR DIEDRICH | 10426 ABBEVILLE ST | | SPRING HILL | FL | 34608-4801 | K53737 | 66.90 | * |
| ARTHUR E [ART] ALLEN | 85 ARBORWAY | | JAMAICA PLAIN | MA | 02130-2753 | K11963 | 66.90 | * |
| ARTHUR E SCHEFFERS | 5847 W N AVE | | KALAMAZOO | MI | 49009-8123 | K17084 | 66.90 | * |
| ARTHUR F HAGY JR | 990 HOOSICK RD | | TROY | NY | 12180-6636 | K23271 | 66.90 | * |
| ARTHUR FEITH | 5 1/2 SUNSET DR | | DOVER | NH | 03820-4348 | K14035 | 66.90 | * |
| ARTHUR G GEORGAKLIS | 11 GEORGE LN | | BROOKLINE | MA | 02445-7402 | K19097 | 66.90 | * |
| ARTHUR G HARRIS JR | 104 NIMS SPRING DR | | FORT MILL | SC | 29715-6461 | K30563 | 66.90 | * |
| ARTHUR G JONES | 409 ELDEN DR | | CARY | IL | 60013-2107 | K53220 | 66.90 | * |
| ARTHUR GREENBERG PHD | 8 YOUNG LN | | RYE | NH | 03870-2253 | K49256 | 66.90 | * |
| ARTHUR HANDLER | 5207 GREAT MEADOW RD | | DEDHAM | MA | 02026-4083 | K16730 | 66.90 | * |
| ARTHUR HEFT | 550 SAINT CLAIR AVE | | LIMA | OH | 45801-1936 | K32390 | 66.90 | * |
| ARTHUR HOTOP | 10639 CANTERBERRY RD | | FAIRFAX STATI | VA | 22039-1927 | K44532 | 66.90 | * |
| ARTHUR I GOLDBERG MD | 955 PARK AVE # 5E | | NEW YORK | NY | 10028-0321 | K46984 | 66.90 | * |
| ARTHUR J DUDLEY | 2801 1ST AVE APT 413 | | SEATTLE | WA | 98121-1146 | K49736 | 66.90 | * |
| ARTHUR J HIRTH | 26649 W CATALPA RD | | ANTIOCH | IL | 60002-9268 | K51598 | 66.49 | * |
| ARTHUR L DICKERMAN | 124 DEBORAH RD | | NEWTON | MA | 02459-2867 | K12701 | 66.90 | * |
| ARTHUR L GREEN | 2555 QUEEN ST S | | SAINT PETERSB | FL | 33712-3658 | K34352 | 66.90 | * |
| ARTHUR L WILLIAMS JR | 3190 WESTWIND RD | | LAS VEGAS | NV | 89146-6749 | K14491 | 66.90 | * |
| ARTHUR LEE SHERMAN | 6145 QUAIL AVE TRLR 825 | | EL PASO | TX | 79924-4342 | K27510 | 66.90 | * |
| ARTHUR LINDH JR | 850 NW 5TH ST | | GRANTS PASS | OR | 97526-1531 | K32822 | 66.90 | * |
| ARTHUR PASQUALE | 2016 E BUENA VISTA AVE | | VISALIA | CA | 93292-2365 | K54085 | 66.90 | * |
| ARTHUR R OTT JR | 10520 MISSION LAKES AVE | | LAS VEGAS | NV | 89134-5221 | K26923 | 66.90 | * |
| ARTHUR S CLARKE | 48 SOUTHWEST AVE | | JAMESTOWN | RI | 02835-1120 | K28375 | 66.90 | * |
| ARTHUR S DAVIS | 78 WACHUSETTS AVE | | LAWRENCE | MA | 01841-4424 | K11094 | 66.90 | * |
| ARTHUR S WELLBAUM | 1004 CHAMA ST NE | | ALBUQUERQUE | NM | 87110-7114 | K25486 | 66.90 | * |
| ARTHUR SCHMIDT | 10903 LOS OLAS DR | | RIVERVIEW | FL | 33569-7232 | K62429 | 66.90 | * |
| ARTHUR SEIDENBERG | 3300 PATTERSON AVE | | RICHMOND | VA | 23221-2308 | K48164 | 66.90 | * |
| ARTHUR SLOCUM JR | PO BOX 1386 | | WOLFEBORO | NH | 03894-1386 | K16967 | 66.90 | * |
| ARTHUR W [ART] GAULKE | 10200 W BLUEMOUND RD APT 700 | | WAUWATOSA | WI | 53226-4374 | K35456 | 66.90 | * |
| ARTHUR W ROHE | 260 N BLUEBIRD DR | | GREEN VALLEY | AZ | 85614-5950 | K53472 | 66.90 | * |
| ARTHUR W STONE | 314 HILLSIDE LN | | HADDONFIELD | NJ | 08033-1032 | K39772 | 66.90 | * |
| ARTHUR WATTS | 406 OLD MILL DR | | FLUSHING | MI | 48433-2178 | K56827 | 66.90 | * |
| ARTIE H JOHNSA | 155 PRICE DR W | | LOCUST GROVE | GA | 30248-2544 | K49411 | 66.90 | * |
| ARVA STAUFFER | 1365 MONTCALM AVE SE | | LOWELL | MI | 49331-9314 | K37512 | 66.90 | * |
| ARVENE (BUD) KREUTZER | 1715 LIMIT ST | | LEAVENWORTH | KS | 66048-4000 | K38930 | 66.90 | * |
| ARVILLA GREGOR | 2825 JERRY ST | | PRESCOTT | AZ | 86301-7608 | K48087 | 66.90 | * |
| ARVILLA LEBLANC BANKS | 1120 NECHES DR | | TYLER | TX | 75702-8720 | K10663 | 66.90 | * |
| ASHER HELTON | 173 ARDMORE HWY | | FAYETTEVILLE | TN | 37334-3756 | K12230 | 66.90 | * |
| ASHLEY WARREN O'QUINN | 675 BEAVER PARK DR | | ELGIN | SC | 29045-8292 | K30042 | 66.90 | * |
| ASHTABULA/ HARBOR/ LAKESIDE HIGH SCHOOL | AHS/HHS/LHS ALUMNI ASSOCIATI | 6600 SANBORN ROAD | ASHTABULA | OH | 44004 | | 0.00 | ** |
| ASHTABULA/ HARBOR/ LAKESIDE HIGH SCHOOL | c/o RICK COBLITZ | 6600 SANBORN ROAD | ASHTABULA | OH | 44004 | | 0.00 | ** |
| ASONJA CORBETT | 619 DRUID ST | | LAKELAND | FL | 33805-3712 | K41294 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ASTRID DICKERSON | 540 S BREVARD AVE APT 425 | | COCOA BEACH | FL | 32931-4408 | K25538 | 66.90 | * |
| ASTRID M CAIATI | PO BOX 876 | | HANCOCK | NY | 13783-0876 | K48908 | 66.90 | * |
| ATHELIA KNIGHT | 4200 CATHEDRAL AVE NW APT 71 | | WASHINGTON | DC | 20016-4934 | K13173 | 66.90 | * |
| ATLENE BRITT | 3716 TOMLIN DR | | COCOA | FL | 32926-4074 | K40940 | 66.90 | * |
| ATTIL [BUD] PASQUINI | 965 POWERS RD | | PADUCAH | KY | 42003-8930 | K25506 | 66.90 | * |
| ATWARD EUGENE CONE | 122 TAR BOX TRL | | LEXINGTON | SC | 29073-7163 | K48685 | 66.90 | * |
| AUBREY RENE FRANCIS | PO BOX 870275 | | NEW ORLEANS | LA | 70187-0275 | K57045 | 66.90 | * |
| AUDREE BATES | 24658 VAN HORN RD | | FLAT ROCK | MI | 48134-9506 | K59984 | 66.90 | * |
| AUDREY ALEXANDER ESQ | 215 HILLCREST ST | | KEOKUK | IA | 52632-2515 | K14883 | 66.90 | * |
| AUDREY ANN SEIBEL | 111 ROYER RD | | EPHRATA | PA | 17522-9573 | K57751 | 66.90 | * |
| AUDREY BALAWAJDER | 425 SPRING VALLEY RD | | WEST MIFFLIN | PA | 15122-2540 | K60476 | 66.90 | * |
| AUDREY BROWNSTEIN | 1145 COLLEGE AVE APT 601 | | COLUMBUS | OH | 43209-2849 | K46458 | 66.90 | * |
| AUDREY BUCHER | 673 JACKSON AVE | | STATE COLLEGE | PA | 16803-2956 | K58286 | 66.90 | * |
| AUDREY CONRAD | 109 MOUNT VERNON DR | | MCKEESPORT | PA | 15135-3015 | K61438 | 66.90 | * |
| AUDREY DAHLEEN | 593 CYPRESS LN | | GALESBURG | IL | 61401-8691 | K54031 | 66.90 | * |
| AUDREY EILEN | 5141 COLUMBO CT | | DELRAY BEACH | FL | 33484-6659 | K55793 | 66.90 | * |
| AUDREY FRANKFORT | 1527 LINCOLN HEIGHTS AVE | | EPHRATA | PA | 17522-1204 | K57461 | 66.90 | * |
| AUDREY GUNTER | 5604 BON AIRE DR | | MONROE | LA | 71203-3122 | K63058 | 66.90 | * |
| AUDREY H CUSACK | 17623 1ST AVE S APT 112 | | NORMANDY PARK | WA | 98148-2712 | K34173 | 66.90 | * |
| AUDREY HAMPTON | PO BOX 245 | | ELCHO | WI | 54428-0245 | K54032 | 66.90 | * |
| AUDREY L FERNER | 987 SUMAC WAY | | FREMONT | CA | 94539-7206 | K21558 | 66.90 | * |
| AUDREY L YACKEL | 714 OAK LN | | GRAPEVINE | TX | 76051-2973 | K54187 | 66.90 | * |
| AUDREY LEUNG | 200 W 79TH ST APT 12D | | NEW YORK | NY | 10024-6216 | K13027 | 66.90 | * |
| AUDREY LOAN | 7600 MACON DR | | CEDAR RAPIDS | IA | 52411-8127 | K58609 | 66.90 | * |
| AUDREY MADER | 5108 JEANNETTE DR | | METAIRIE | LA | 70003-2510 | K56018 | 66.90 | * |
| AUDREY MCCLARY | 825 N 29TH ST APT 4B | | PHILADELPHIA | PA | 19130-1148 | K37175 | 66.90 | * |
| AUDREY MILLS | 487 BAXTER RD | | BALLWIN | MO | 63011-2569 | K48017 | 66.90 | * |
| AUDREY REITER | 615 CAMPBELL ST | | JOLIET | IL | 60435-7029 | K54701 | 66.90 | * |
| AUDREY RICE | 211 N 26TH AVE | | YAKIMA | WA | 98902-2316 | K55193 | 66.90 | * |
| AUDREY SACCARDI | 2655 PIEDMONT CT | | WESTLAKE | OH | 44145-2976 | K37205 | 66.90 | * |
| AUDREY TILMANS | 525 CHELSEA WAY | | RICHMOND | IN | 47374-6602 | K25575 | 66.90 | * |
| AUDREY TREDINNICK | 8513 DOMINICAN CT | | FORT MYERS | FL | 33907-4033 | K46791 | 66.90 | * |
| AUDREY TUCKERSON | 2421 E SUNNY MEADE DR | | HARVEY | LA | 70058-2140 | K54155 | 66.90 | * |
| AUDREY URBAN | 2896 COUNTY ROAD 69 | | INTERNATIONAL | MN | 56649-9150 | K18357 | 66.90 | * |
| AUDREY WALSH | PO BOX 96 | | HINESBURG | VT | 05461-0096 | K61992 | 66.90 | * |
| AUDREY WEAVER | 3200 RIVA RIDGE CT | | BOWIE | MD | 20721-1282 | K60608 | 66.90 | * |
| AUDREY WOOLHOUSE | 9 AZTEC CIR | | FORT MYERS BE | FL | 33931-2501 | K28481 | 66.90 | * |
| AUDREY ZINS | 1604 CALVARY CT | | SAINT CLOUD | MN | 56301-5117 | K23929 | 66.90 | * |
| AUDRIE B ROSS | 4 FRIENDSHIP CIR | | DAYTON | OH | 45426-1828 | K25088 | 66.90 | * |
| AUGUST COMELLA | 3 BIRCH CT | | GALENA | IL | 61036-8621 | K51905 | 66.90 | * |
| AUGUST R GALLO JR | 19 GULL ST | | NEW ORLEANS | LA | 70124-4302 | K56843 | 66.90 | * |
| AUGUSTA HALL JR | 1078 CHERRY LAUREL DR | | LITHONIA | GA | 30058-3102 | K60164 | 66.90 | * |
| AUGUSTUS [GUS] POWELL | 607 W 44TH ST | | ASHTABULA | OH | 44004-6811 | K19062 | 66.90 | * |
| AUREL ANTHONY D'ALLURA | 2346 LARCH ST | | SIMI VALLEY | CA | 93065-2536 | K62397 | 66.90 | * |
| AURELIE PEREIRA | 34 HUNTINGTON RD | | EDISON | NJ | 08820-3108 | K15784 | 66.90 | * |
| AUSTIN C STERN | 20 WESTOVER | | SOUTH DENNIS | MA | 02660-2709 | K14174 | 66.90 | * |
| AVA [JENNETTE] ARRINGTON | 2926 BAGARRY ST | | AMARILLO | TX | 79103-7117 | K35035 | 66.90 | * |
| AVA DOPPELT | 851 MAYFIELD AVE | | WINTER PARK | FL | 32789-2610 | K44608 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| AVA TUNE | 1616 FM 685 # 105-174 | | PFLUGERVILLE | TX | 78660-7536 | K43006 | 66.90 | * |
| AVALYN REISSIG | 10315 GARNETT ST | | OVERLAND PARK | KS | 66214-2656 | K53198 | 66.90 | * |
| AVANAID MCTEAR | 57 INDIGO RD | | HACKETTSTOWN | NJ | 07840-4540 | K54076 | 66.90 | * |
| AVIS ADAMS | 1716 E GALVESTON ST | | GILBERT | AZ | 85295-5027 | K56408 | 66.90 | * |
| AVIS THRASH | 1372 ALEXANDRIA PKWY SE | | NORTH CANTON | OH | 44709-4845 | K53379 | 66.90 | * |
| AVRUM ASHERY | 515 MEADOW HALL DR | | ROCKVILLE | MD | 20851-1557 | K44122 | 66.90 | * |
| AYLMER M GIFFORD | 3627 N FRANCISCO AVE | | CHICAGO | IL | 60618-4608 | K51814 | 66.90 | * |
| B JENE HORNBECK | 1818 BROADWAY | | MILTON | PA | 17847-8944 | K16651 | 66.90 | * |
| B P SIMPSON | PO BOX 98 | | CHECK | VA | 24072-0098 | K50177 | 66.90 | * |
| B SUE HOLLIN | 4604 N CEDAR ST | | N LITTLE ROCK | AR | 72116-7202 | K30509 | 66.90 | * |
| B VICTOR PFEIFFER | 14580 DORY LN | | FORT MYERS | FL | 33908-4944 | K37329 | 66.90 | * |
| BACON ASSOCIATES | 750 N EASTOWN RD | | ELIDA | OH | 45807-2269 | K48296 | 66.90 | * |
| Bank Of America | PO Box 15796 | | Wilmington | DE | 19850-5796 | 4339-9300 | 16,853.99 | ** |
| BANNISTER EADS | 203 BROOKVIEW CIR | | EASLEY | SC | 29642-1715 | K51936 | 66.90 | * |
| BARB CUSTER | 516 5TH AVE APT 3 | | INTERNATIONAL | MN | 56649-2435 | K19821 | 66.90 | * |
| BARB JOHNSON | 2113 COUNTY ROAD 137 | | INTERNATIONAL | MN | 56649-8830 | K22167 | 66.90 | * |
| BARB SEMMENS | 1109 ELGIN DR | | COLUMBIA | MO | 65203-6221 | K39941 | 66.90 | * |
| BARB SMITH | 1415 CROOKED CREEK TRL | | CROWN POINT | IN | 46307-5338 | K52277 | 66.90 | * |
| BARB THOBE | 3743 W MILLCREEK RD | | SIDNEY | OH | 45365-8808 | K32394 | 66.90 | * |
| BARBARA [BABS] ABRAMOWITZ | 7832 16TH ST NW | | WASHINGTON | DC | 20012-1204 | K14121 | 66.90 | * |
| BARBARA [BABS] WEINBERG | 12023 DOUGLAS CIR | | OMAHA | NE | 68154-2236 | K55871 | 66.90 | * |
| BARBARA [BARB] HARRIS | 38024 N BONKAY DR | | CLINTON TOWNS | MI | 48036-2103 | K48227 | 66.90 | * |
| BARBARA [BARB] LONGWELL | 59759 HIGHWAY 90 | | MONTROSE | CO | 81403-9669 | K17051 | 66.90 | * |
| BARBARA [BARB] MCCUNE | 151 RECTOR DR | | HARROGATE | TN | 37752-3146 | K18390 | 66.90 | * |
| BARBARA [BARB] WOODMAN | 35 HARBORVIEW DR | | RYE | NH | 03870-6119 | K53554 | 66.90 | * |
| BARBARA [BOBBI ANN] JAMES | 609 VENADA CIR | | FARMINGTON | NM | 87401-3951 | K50261 | 66.90 | * |
| BARBARA [BOBBI] LEVY-JACOBS | 7775 SOUTHAMPTON TER APT 401 | | TAMARAC | FL | 33321-9152 | K51187 | 66.90 | * |
| BARBARA [BOBBY] ANDERSON | 103 CEDAR DR | | WAVERLY | IA | 50677-9605 | K22250 | 66.90 | * |
| BARBARA A [BARB] KAROLCIK | PO BOX 311 | | PERRYOPOLIS | PA | 15473-0311 | K40707 | 66.90 | * |
| BARBARA A BRUNK | 1126 HIGHLAND TER | | BOLIVAR | MO | 65613-3319 | K35777 | 66.90 | * |
| BARBARA A BURNS | 1695 ROCKCRESS DR | | JAMISON | PA | 18929-1646 | K26511 | 66.90 | * |
| BARBARA A CRAEMER | 7152 MEADOW VIEW ST | | SHAWNEE | KS | 66227-5504 | K33260 | 66.90 | * |
| BARBARA A DICKS | 243 W MOUNTAIN RD | | WEST SIMSBURY | CT | 06092-2705 | K25569 | 66.90 | * |
| BARBARA A FISCHER | 8311 STATE HIGHWAY 13 S TRLR | | WISCONSIN RAP | WI | 54494-9500 | K47328 | 66.90 | * |
| BARBARA A GREENSPAN | 5208 E BLUEFIELD AVE | | SCOTTSDALE | AZ | 85254-7639 | K22449 | 66.90 | * |
| BARBARA A HARK | 12 OAKLEIGH RD | | NORWOOD | MA | 02062-1111 | K10973 | 66.90 | * |
| BARBARA A HARRIS | 506 MALDEN AVE | | LA GRANGE PAR | IL | 60526-5515 | K26439 | 66.90 | * |
| BARBARA A HITE | 7405 W LINE RD | | COLLINSVILLE | TX | 76233-2736 | K28056 | 66.90 | * |
| BARBARA A KIBLER | 1000 COGLIANDRO DR | | CHESAPEAKE | VA | 23320-2906 | K24186 | 66.90 | * |
| BARBARA A KIST-WALKER | 104 SCOTT LN | | OAK RIDGE | TN | 37830-4609 | K33930 | 66.90 | * |
| BARBARA A MITCHELL | 24550 E ARKANSAS PL | | AURORA | CO | 80018-6048 | K21296 | 66.90 | * |
| BARBARA A O'BRIEN | 123 TOM WHEELER RD | | NORTH STONING | CT | 06359-1121 | K14451 | 66.90 | * |
| BARBARA A ORRE | 5106 W BERENICE AVE | | CHICAGO | IL | 60641-2632 | K51902 | 66.90 | * |
| BARBARA A ROAN | 311 HUNTINGTON DR | | BRYAN | OH | 43506-9477 | K39413 | 66.90 | * |
| BARBARA A ROLLINS | 38577 UPLAND RD | | ALBANY | MN | 56307-9617 | K22120 | 66.90 | * |
| BARBARA A ROSKIEWICZ | 9388 SYLVESTER ST | | TAYLOR | MI | 48180-3523 | K59220 | 66.90 | * |
| BARBARA A SCHAEFER | 56 DENTON AVE | | EAST ROCKAWAY | NY | 11518-1524 | K62415 | 66.90 | * |
| BARBARA A SEARLE | 10505 FREMONT AVE | | LUBBOCK | TX | 79423-6075 | K31820 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA A UPCHURCH | 123 UPCHURCH LN | | ELMWOOD | TN | 38560-4135 | K22999 | 66.90 * | |
| BARBARA A WORKMAN | 13022 STEARNS ST | | OVERLAND PARK | KS | 66213-3621 | K23216 | 66.90 * | |
| BARBARA A ZIMMERMAN | 25418 CHAMPAIGN ST | | TAYLOR | MI | 48180-2051 | K58589 | 66.90 * | |
| Barbara A. Patterson | 4661 Sentry Way Apt 6 | | New Port Richey | FL | 34653-0000 | | 92.90 | ARI: Wages |
| BARBARA ABATE | 545 SOM CENTER RD | | CLEVELAND | OH | 44143-1564 | K46406 | 66.90 * | |
| BARBARA ALISON CHURCH | 105 MOHICAN WAY | | MELBOURNE BEA | FL | 32951-3547 | K24932 | 66.90 * | |
| BARBARA ANN BUFFIN | 7414 KAYWOOD DR | | DALLAS | TX | 75209-3912 | K10100 | 66.90 * | |
| BARBARA ANN BURKE | PO BOX 733 | | HAMPTON | NH | 03843-0733 | K30709 | 66.90 * | |
| BARBARA ANN DOUGLAS | 1215 TOWNSHIP LINE RD | | PHOENIXVILLE | PA | 19460-4802 | K57483 | 66.90 * | |
| BARBARA ANN HAMBURGER | 32887 170TH ST | | SENECA | SD | 57473-8903 | K55175 | 66.90 * | |
| BARBARA ANN KEFFER | 72 W LEXINGTON RD | | LITITZ | PA | 17543-9509 | K58056 | 66.90 * | |
| BARBARA ANN KNUDSEN | N5279 TREGANZA DR | | NEW LISBON | WI | 53950-9443 | K56404 | 66.90 * | |
| BARBARA ANN LEACY | 217 S 17TH AVE | | BEECH GROVE | IN | 46107-1754 | K25027 | 66.90 * | |
| BARBARA ANN PORTER | 404 RIVERSIDE DR | | LOWELL | MI | 49331-1058 | K35069 | 66.90 * | |
| BARBARA ANN SEUGLING | 1762 WINDSONG CIR | | FLAGLER BEACH | FL | 32136-2900 | K37642 | 66.90 * | |
| BARBARA ANNE DONOVAN | 97 WINDWARD DR | | PORTSMOUTH | RI | 02871-2903 | K28378 | 66.90 * | |
| BARBARA ARTSCHWAGER | 302 ROSE ST | | LA CROSSE | WI | 54603-3049 | K47329 | 66.90 * | |
| BARBARA ASHENFELDER | 154 CREEK RD | | NEW COLUMBIA | PA | 17856-9051 | K15180 | 66.90 * | |
| BARBARA ASHWORTH | 330 FAWN VIEW LN | | GREENCASTLE | IN | 46135-1484 | K45470 | 66.90 * | |
| BARBARA AUSTIN | 15320 FULTON ST | | BRIGHTON | CO | 80602-5639 | K17263 | 66.90 * | |
| BARBARA B [BOBBI] WILSON | 22231 SHANNONDELL DR | | AUDUBON | PA | 19403-5658 | K36712 | 66.90 * | |
| BARBARA BAGGETT | 2250 HIGHWAY 13 | | CUNNINGHAM | TN | 37052-5069 | K37032 | 66.90 * | |
| BARBARA BAIR | 210 FREDERICK ST | | MOUNT JOY | PA | 17552-1504 | K58282 | 66.90 * | |
| BARBARA BAKER | 34 FARROW LN | | MILAN | TN | 38358-5344 | K29950 | 66.90 * | |
| BARBARA BAKER | 304 LYNN ST | | PALESTINE | OH | 45352-5032 | K31725 | 66.90 * | |
| BARBARA BALOWITZ | 3232 SAN AMADEO UNIT B | | LAGUNA HILLS | CA | 92637-0659 | K54698 | 66.90 * | |
| BARBARA BARROWS | 15 BIRCHCREST ST APT 310 | | BURLINGTON | MA | 01803-3754 | K13914 | 66.90 * | |
| BARBARA BARTLETT | 4243 SWEDEN DR | | HERMITAGE | TN | 37076-1217 | K39276 | 66.90 * | |
| BARBARA BAUMER | 3 WASHINGTON CT | | RICHMOND | IN | 47374-3480 | K25436 | 66.90 * | |
| BARBARA BELCHER | 23515 NEWCASTLE ST | | TAYLOR | MI | 48180-1776 | K58914 | 66.90 * | |
| BARBARA BEVERICK | 3473 CANEY CREEK RD | | CANEYVILLE | KY | 42721-9707 | K43629 | 66.90 * | |
| BARBARA BLACKBURN | 1138 S HIGH ST | | TRENTON | TN | 38382-3036 | K29506 | 66.90 * | |
| BARBARA BLODGETT | 5283 FLINTROCK DR | | CLIMAX | MI | 49034-9700 | K17203 | 66.90 * | |
| BARBARA BLOMMERS | 359 RIDGEFIELD DR | | WETUMPKA | AL | 36093-1909 | K54939 | 66.90 * | |
| BARBARA BOCCALEONI | 2220 KENRY WAY | | SOUTH SAN FRA | CA | 94080-5508 | K36488 | 66.90 * | |
| BARBARA BOKOR | 1113 COOGLER RD | | IRMO | SC | 29063-8889 | K53570 | 66.90 * | |
| BARBARA BOLEY | 23716 J PL | | OCEAN PARK | WA | 98640-3619 | K60915 | 66.90 * | |
| BARBARA BORDEAUX | 7614 N PATTON LN | | PEORIA | IL | 61614-1828 | K53532 | 66.90 * | |
| BARBARA BOVEN | 8450 E H AVE | | KALAMAZOO | MI | 49048-5804 | K17255 | 66.90 * | |
| BARBARA BOWEN | 504 ELM LEAF DR | | GREENCASTLE | IN | 46135-7203 | K45954 | 66.90 * | |
| BARBARA BOYLE | 63 HERITAGE HLS # B | | SOMERS | NY | 10589-1518 | K36794 | 66.90 * | |
| BARBARA BRANDT | 2004 BRIERHILL RD | | FORT WASHINGT | MD | 20744-2725 | K53453 | 66.90 * | |
| BARBARA BRENNAN | 8 RUTH DR | | FRAMINGHAM | MA | 01701-7816 | K49021 | 66.90 * | |
| BARBARA BREUHAUS | 3321 W CAPITOL DR | | PEORIA | IL | 61614-2310 | K47845 | 66.90 * | |
| BARBARA BRIDGEMAN-JANNEY | 676 SABRINA TER | | RAMONA | CA | 92065-2345 | K57886 | 66.90 * | |
| BARBARA BRUETSCH-COCKRELL | 8212 MADISON AVE | | KANSAS CITY | MO | 64114-2234 | K37195 | 66.90 * | |
| BARBARA BURDEN | 395 BUTTON RD | | OKEMOS | MI | 48864-4301 | K42430 | 66.90 * | |
| BARBARA BURKE | 400 BERKSHIRE LN | | COPPELL | TX | 75019-3777 | K25609 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 26 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA BURKHEAD | 618 S EASTSIDE DR | | BLOOMINGTON | IN | 47401-5257 | K42891 | 66.90 | * |
| BARBARA BURTON | 6898 S 2300 E APT 316 | | SALT LAKE CIT | UT | 84121-3176 | K31947 | 66.90 | * |
| BARBARA CALDERARO | 401 EXPLORER | | LAKEWAY | TX | 78734-3822 | K37858 | 66.90 | * |
| BARBARA CARMICHAEL | 371 MCDONALD DR | | IRWIN | PA | 15642-4255 | K61181 | 66.90 | * |
| BARBARA CARPENTER | 2110 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8963 | K19074 | 66.90 | * |
| BARBARA CARPINELLO | 20 FAIRVIEW ST | | ANSONIA | CT | 06401-2707 | K20430 | 66.90 | * |
| BARBARA CARTER ACP | 922 CLEAR FORK DR | | DALLAS | TX | 75232-2006 | K10304 | 66.90 | * |
| BARBARA CHANEY | PO BOX 665 | | HIGHLAND | CA | 92346-0665 | K29698 | 66.90 | * |
| BARBARA CHARIS | 11582 MOORPARK ST UNIT 205 | | NORTH HOLLYWO | CA | 91606-4218 | K40512 | 66.90 | * |
| BARBARA CHASE | 457 JERUSALEM RD | | COHASSET | MA | 02025-1145 | K14210 | 66.90 | * |
| BARBARA CLINTON | 211 DUBOIS RD | | NEW PALTZ | NY | 12561-3821 | K24992 | 66.90 | * |
| BARBARA COFFIN JESSEN | 353 FLORENTINE LN | | CENTERVILLE | UT | 84014-2829 | K55338 | 66.90 | * |
| BARBARA COLE | 1 HOLLY LN | | PINEHURST | NC | 28374-9348 | K43420 | 66.90 | * |
| BARBARA COLELLA | 82 WYNN SCHOOL RD | | ELYSBURG | PA | 17824-9107 | K24449 | 66.90 | * |
| BARBARA COLETTI | 15166 19TH AVE | | WHITESTONE | NY | 11357-3104 | K37690 | 66.90 | * |
| BARBARA COLLINS | 2181 AMBLESIDE DR APT 301 | | CLEVELAND | OH | 44106-7601 | K51130 | 66.90 | * |
| BARBARA COLLINS | 1226 TURNBERRY AVE | | LE MARS | IA | 51031-6208 | K53726 | 66.90 | * |
| BARBARA CONKLIN | 2095 ALMOND RD | | WILLIAMSTON | MI | 48895-9753 | K41045 | 66.90 | * |
| BARBARA CONLON | 832 BLUE RIDGE DR | | MEDFORD | NY | 11763-1204 | K37250 | 66.90 | * |
| BARBARA CONNICK | 401 METAIRIE RD APT 205 | | METAIRIE | LA | 70005-4335 | K51644 | 66.90 | * |
| BARBARA COULTER | 2079 RAMSEY RD | | MONROEVILLE | PA | 15146-4913 | K41964 | 66.90 | * |
| BARBARA CUPPLES | 15913 PICARDY CREST CT | | CHESTERFIELD | MO | 63017-7131 | K39471 | 66.90 | * |
| BARBARA CURRY | 12135 WEGNER RD | | RIGA | MI | 49276-9701 | K16036 | 66.90 | * |
| BARBARA D SUBECK | 13095 CLAREMONT AVE | | VICTORVILLE | CA | 92392-7224 | K35593 | 66.90 | * |
| BARBARA D WAGNER | 83 HERITAGE HILL RD APT A | | NEW CANAAN | CT | 06840-4618 | K50351 | 66.90 | * |
| BARBARA DAUTERMAN | 14750 SW 141ST AVE | | TIGARD | OR | 97224-1453 | K33752 | 66.90 | * |
| BARBARA DAVIES | 31605 N 43RD ST | | CAVE CREEK | AZ | 85331-5472 | K47796 | 66.90 | * |
| BARBARA DAVIS | 120 SEAVER ST | | BROOKLINE | MA | 02445-5719 | K11891 | 66.90 | * |
| BARBARA DE STEFANO | 53 RONDOUT HBR | | PORT EWEN | NY | 12466-5003 | K38341 | 66.90 | * |
| BARBARA DELONG | 6195 RUTHERFORD AVE | | EAST LANSING | MI | 48823-1551 | K42179 | 66.90 | * |
| BARBARA DESSIN | 4663 HERITAGE HILLS CIR | | BLOOMINGTON | MN | 55437-2855 | K17950 | 66.90 | * |
| BARBARA DEXTER | 245 ROSE CT | | RIDGEWOOD | NJ | 07450-2725 | K39715 | 66.90 | * |
| BARBARA DILLARD | 12 EXTON LN | | WILLINGBORO | NJ | 08046-2217 | K60968 | 66.90 | * |
| BARBARA DOREY | 17115 BEELINE AVE | | JORDAN | MN | 55352-8332 | K24779 | 66.90 | * |
| BARBARA DOWNEY | 5723 TIDIOUTE ENTERPRISE RD | | GRAND VALLEY | PA | 16420-2741 | K61074 | 66.90 | * |
| BARBARA DUHAMEL | PO BOX 728 | | SAUK RAPIDS | MN | 56379-0728 | K18843 | 66.90 | * |
| BARBARA DWORZNIK | 1412 RUSTIC TRL | | PARMA | OH | 44134-4875 | K51234 | 66.90 | * |
| BARBARA E CALLIS | 3705 KESWICK PL | | WILLIAMSBURG | VA | 23188-2457 | K22695 | 66.90 | * |
| BARBARA E SIEBOLD | PO BOX 464 | | NEDERLAND | CO | 80466-0464 | K28054 | 66.90 | * |
| BARBARA EAST | 935 S SUNDERLAND RD | | SPENCERVILLE | OH | 45887-9737 | K44853 | 66.90 | * |
| BARBARA EASTERBROOKS | 20 CONCORD DR | | MIDDLETOWN | RI | 02842-5251 | K24377 | 66.90 | * |
| BARBARA EDWARDS | 900 PEACOCK RD | | RICHMOND | IN | 47374-2835 | K24361 | 66.90 | * |
| BARBARA EICHENLAUB CORNELL | 18 CARDINAL DR | | BELLEVILLE | IL | 62221-4309 | K34909 | 66.90 | * |
| BARBARA EIDSNESS | 2765 COUNTY ROAD 21 | | FORT LUPTON | CO | 80621-8438 | K35945 | 66.90 | * |
| BARBARA ELAINE JACKSON | 9115 HAVERFORD LN | | PORT RICHEY | FL | 34668-5013 | K24146 | 66.90 | * |
| BARBARA ELLIOTT | 179 ATLANTIC AVE | | COHASSET | MA | 02025-1431 | K12631 | 66.90 | * |
| BARBARA EVERS | 324 MANOR DR | | ANN ARBOR | MI | 48105-1127 | K45653 | 66.90 | * |
| BARBARA F COOPER | 18277 MULLFIELD VILLAGE TER | | LEESBURG | VA | 20176-7466 | K25972 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA FACILE | 6504 LEANDER CIR | | EDEN PRAIRIE | MN | 55346-1114 | K24860 | 66.90 | * |
| BARBARA FELDMAN | 4364 SHASTA PL | | CARLSBAD | CA | 92010-7914 | K40246 | 66.90 | * |
| BARBARA FIELDING | 207 PORTSMOUTH ST | | JACKSON | OH | 45640-1625 | K57496 | 66.90 | * |
| BARBARA FIERCE | 501 PONDS CT | | METAMORA | IL | 61548-8379 | K46723 | 66.90 | * |
| BARBARA FINK | 3515 TWIN BRANCHES CT | | SILVER SPRING | MD | 20906-1467 | K54805 | 66.90 | * |
| BARBARA FLEISCHER | 215 GLEN EDDY DR | | SCHENECTADY | NY | 12309-4967 | K13623 | 66.90 | * |
| BARBARA FLEISCHER PHD | 4286 HIGHWAY 516 | | MATAWAN | NJ | 07747-7032 | K44120 | 66.90 | * |
| BARBARA FLETCHER | 155 GREENWICH ST APT WL2 | | HEMPSTEAD | NY | 11550-5925 | K56037 | 66.90 | * |
| BARBARA FORD | 9740 S TYLER RD | | CLEARWATER | KS | 67026-8956 | K14092 | 66.90 | * |
| BARBARA FOX | 4 TOWNSEND CT | | FRANKLIN PARK | NJ | 08823-1516 | K43089 | 66.90 | * |
| BARBARA FRIEDRICH | 48 KEW AVE | | EAST NORTHPOR | NY | 11731-1923 | K49460 | 66.90 | * |
| BARBARA FRITCHER | PO BOX 1238 | | FORSYTH | MO | 65653-1238 | K53041 | 66.90 | * |
| BARBARA FULLERTON | 107 CHAMBERLAIN DR | | GEORGETOWN | KY | 40324-1670 | K41714 | 66.90 | * |
| BARBARA G BRIGHT | 2312 MCKINLEY AVE | | WEST LAWN | PA | 19609-2231 | K31692 | 66.90 | * |
| BARBARA GAIL TREVINO | 1406 E INEZ ST | | BEEVILLE | TX | 78102-2913 | K32332 | 66.90 | * |
| BARBARA GARKE | 11213 STATE ROUTE 185 | | VERSAILLES | OH | 45380-8415 | K33433 | 66.90 | * |
| BARBARA GEIGER | 30052 PERSIMMON DR | | WESTLAKE | OH | 44145-5149 | K62938 | 66.90 | * |
| BARBARA GELB-STEINER | 25419 ANNS CHOICE WAY | | WARMINSTER | PA | 18974-3365 | K43175 | 66.90 | * |
| BARBARA GILCHRIST | 8 EMERICK LN | | ALBANY | NY | 12211-1260 | K23084 | 66.90 | * |
| BARBARA GINSBERG | 7606 DORCAS ST | | PHILADELPHIA | PA | 19111-3324 | K13969 | 66.90 | * |
| BARBARA GLASER | 9512 KINGSLEY AVE | | BETHESDA | MD | 20814-1637 | K11032 | 66.90 | * |
| BARBARA GLASGOW | PO BOX 234 | | MONTROSE | IA | 52639-0234 | K15442 | 66.90 | * |
| BARBARA GONZALEZ | 4260 LINDEN AVE | | LONG BEACH | CA | 90807-2723 | K30234 | 66.90 | * |
| BARBARA GOODING | 1959 ORCHARD DR NW | | OLYMPIA | WA | 98502-4268 | K18567 | 66.90 | * |
| BARBARA GORDON | 6135 DANBURY LN | | DALLAS | TX | 75214-2149 | K37849 | 66.90 | * |
| BARBARA GRACE | 3850 RIO RD APT 27 | | CARMEL | CA | 93923-8628 | K54739 | 66.90 | * |
| BARBARA GRADY | 1125 BRYAN ST | | DREXEL HILL | PA | 19026-1811 | K36312 | 66.90 | * |
| BARBARA GROSBIER | 9449 S WASHINGTON AVE | | MARSHFIELD | WI | 54449-9617 | K50028 | 66.90 | * |
| BARBARA GROVER | PO BOX 1725 | | COSTA MESA | CA | 92628-1725 | K33902 | 66.90 | * |
| BARBARA GRUBEN | PO BOX 75 | | FOREST HILL | LA | 71430-0075 | K17873 | 66.90 | * |
| BARBARA H SEIPLE | 326 MONROE ST | | PHILADELPHIA | PA | 19147-3212 | K26412 | 66.90 | * |
| BARBARA H YEAKLE | 1310 SCOTTSDALE DR UNIT G | | BEL AIR | MD | 21015-4970 | K23315 | 66.90 | * |
| BARBARA HADLEY | 500 5TH ST | | MARIETTA | OH | 45750-1978 | K58074 | 66.90 | * |
| BARBARA HAGGART | 12404 ROSE LN | | OMAHA | NE | 68154-1469 | K59184 | 66.90 | * |
| BARBARA HAMMON | PO BOX 188 | | RIVERSIDE | PA | 17868-0188 | K57513 | 66.90 | * |
| BARBARA HANEY | RR 2 BOX 2956 | | BIRCH TREE | MO | 65438-9276 | K34833 | 66.90 | * |
| BARBARA HASS | 212 CRITTENDEN LN | | NEWPORT NEWS | VA | 23606-2142 | K52948 | 66.90 | * |
| BARBARA HATHWAY | 7 KNOLLCREST CT | | NORMAL | IL | 61761-2444 | K48299 | 66.90 | * |
| BARBARA HAYES | 3157 MAJESTIC OAK CIR | | COTTONWOOD | CA | 96022-9567 | K33052 | 66.90 | * |
| BARBARA HELMKE | 8300 FAIRMOUNT DR UNIT II101 | | DENVER | CO | 80247-6533 | K58257 | 66.90 | * |
| BARBARA HENLEY | 18287 WEWER AVE | | SANDY | OR | 97055-5324 | K19028 | 66.90 | * |
| BARBARA HERMANN | 2408 N 29TH ST | | SHEBOYGAN | WI | 53083-4405 | K49090 | 66.90 | * |
| BARBARA HETCKO | 3200 W BUCKTHORN RD | | LINCOLN | NE | 68523-9242 | K62556 | 66.90 | * |
| BARBARA HICKEY | 173 PINEHURST RD | | MUNROE FALLS | OH | 44262-1136 | K61428 | 66.90 | * |
| BARBARA HIGGS | 6 JONATHAN AVE | | SOUTH BURLING | VT | 05403-7330 | K21651 | 66.90 | * |
| BARBARA HILL | 1688 N OLD OAK TRL | | SANFORD | MI | 48657-9235 | K40455 | 66.90 | * |
| BARBARA HINES | 400 LONGCASTLE DR APT 2 | | GREENCASTLE | IN | 46135-2454 | K45526 | 66.90 | * |
| BARBARA HODGES | 5490 WALNUT GROVE RD | | MEMPHIS | TN | 38120-1956 | K35275 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| BARBARA HODGKINS | 1 POND ST APT 5D | | WINTHROP | MA | 02152-1065 | K12149 | 66.90 | * |
| BARBARA HOFFMAN | 250 SHEPARD WAY | | BURNSVILLE | NC | 28714-2848 | K50353 | 66.90 | * |
| BARBARA HOMAN | 400 HIGH ST | | MILTON | PA | 17847-2306 | K16350 | 66.90 | * |
| BARBARA HOOPER | 2202 FELLOWSHIP RD | | BASKING RIDGE | NJ | 07920-3903 | K52800 | 66.90 | * |
| BARBARA HUGHES | 362 CHURCH RD | | ELKINS PARK | PA | 19027-2736 | K28844 | 66.90 | * |
| BARBARA HUNTER | 115 LIBERTY PL | | KEANSBURG | NJ | 07734-3159 | K29885 | 66.90 | * |
| BARBARA IGOE | 308 MCCAULEY WAY APT 201 | | WEST NEWTON | PA | 15089-1707 | K60520 | 66.90 | * |
| BARBARA J [BARB] RENTSCHLER | 17806 THUNDER RDG | | SPENCERVILLE | IN | 46788-9274 | K39121 | 66.90 | * |
| BARBARA J ALPER M.D. | 236 CLAYTON RD | | SCARSDALE | NY | 10583-1518 | K41245 | 66.90 | * |
| BARBARA J ANDERSON | 35623 NORTHVIEW HARBOR DR | | PEQUOT LAKES | MN | 56472-3633 | K22818 | 66.90 | * |
| BARBARA J BOTTKA | 12 CRESCENT AVE | | SOUTH AMBOY | NJ | 08879-1405 | K29238 | 66.90 | * |
| BARBARA J BROOKS | 9920 CHASE HILL CT | | VIENNA | VA | 22182-1426 | K30794 | 66.90 | * |
| BARBARA J FRUEAUFF RN | 6210 BERKINSHAW DR | | CINCINNATI | OH | 45230-3664 | K32865 | 66.90 | * |
| BARBARA J GWINN | 8020 ELLISVILLE LN | | KNOXVILLE | TN | 37909-2380 | K13047 | 66.90 | * |
| BARBARA J JACKSON | 1343 ESSEX DR | | LIMA | OH | 45804-2623 | K45950 | 66.90 | * |
| BARBARA J LEIB | 504 WOODLYN AVE | | NORRISTOWN | PA | 19401-1717 | K44084 | 66.90 | * |
| BARBARA J LUCAS | 99 NORUMBEGA RD APT 227 | | WESTON | MA | 02493-2484 | K26933 | 66.90 | * |
| BARBARA J MILLION | PO BOX 1004 | | LAKE PLACID | FL | 33862-1004 | K37574 | 66.90 | * |
| BARBARA J PAULSON | 924 SUWANNEE RD | | KNOXVILLE | TN | 37923-2037 | K38398 | 66.90 | * |
| Barbara J. Bricken | 4406 Sunstate Dr | | New Port Richey | FL | 34652-5225 | | 379.98 | ARI: Wages |
| BARBARA J. KATZ | 38 HILLCROFT RD | | JAMAICA PLAIN | MA | 02130-3047 | K14127 | 66.90 | * |
| Barbara J. Tibbits | 11033 Salt Tree Dr | | Port Richey | FL | 34668-2430 | | 354.85 | ARI: Wages |
| BARBARA JACKSON | 310 STATE ST | | DAINGERFIELD | TX | 75638-2032 | K16256 | 66.90 | * |
| BARBARA JAMES | 428 E RANDOLPH ST | | HAVANA | IL | 62644-1458 | K53901 | 66.90 | * |
| BARBARA JANE [JANE] BISPALA | 2686 BUCHANAN LN S | | CAMBRIDGE | MN | 55008-7114 | K34760 | 66.90 | * |
| BARBARA JANE JUNK | 28614 KENDALWOOD DR | | WRIGHT CITY | MO | 63390-3667 | K39926 | 66.90 | * |
| BARBARA JEAN CLARK | 5316 TRAILWAY DR | | ROCKVILLE | MD | 20853-1573 | K12525 | 66.90 | * |
| BARBARA JEAN DITCH | 19122 JANET AVE | | LOCKPORT | IL | 60446-3551 | K50915 | 66.90 | * |
| BARBARA JEAN HOWARD | 27 CHALMERS LN | | CINCINNATI | OH | 45218-1008 | K51129 | 66.90 | * |
| BARBARA JEAN RAWLINGS | 1016 RIM ROCK RD | | EL DORADO | KS | 67042-4165 | K56184 | 66.90 | * |
| BARBARA JENKNER | 740 ROBBINS STATION RD APT 3 | | NORTH HUNTING | PA | 15642-2241 | K61417 | 66.90 | * |
| BARBARA JENSEN | 226 S ASHLEY PARK | | WICHITA | KS | 67209-2080 | K28731 | 66.90 | * |
| BARBARA JO CARTER | 9863 W MARCO POLO RD | | PEORIA | AZ | 85382-4146 | K21762 | 66.90 | * |
| BARBARA JO KREISER | 1085 SCHOOL HOUSE RD | | ANNVILLE | PA | 17003-8523 | K57394 | 66.90 | * |
| BARBARA JOHNSON | 3061 COUNTY ROAD 125 | | INTERNATIONAL | MN | 56649-8720 | K20656 | 66.90 | * |
| BARBARA JOHNSON | 2207 SYLVAN LN | | MIDLAND | MI | 48640-2555 | K40780 | 66.90 | * |
| BARBARA JOHNSON | 3656 KINGSTON BLVD | | SARASOTA | FL | 34238-2640 | K59263 | 66.90 | * |
| BARBARA JUHASZ | 10 MAGYAR ST | | TOLEDO | OH | 43605-1418 | K53165 | 66.90 | * |
| BARBARA JUSTIZ | 10 TERRACE CT | | OLD WESTBURY | NY | 11568-1302 | K37522 | 66.90 | * |
| BARBARA K DICK | 1055 CENTRAL AVE APT 553 | | NEEDHAM | MA | 02492-1843 | K17446 | 66.90 | * |
| BARBARA KAIFESH | 20841 N 110TH DR | | SUN CITY | AZ | 85373-2356 | K58537 | 66.90 | * |
| BARBARA KARMELIN | 244 GLEN MEADOW RD | | FRANKLIN | MA | 02038-1345 | K14791 | 66.90 | * |
| BARBARA KATS | 3452 HAWTHORNE AVE | | EUGENE | OR | 97402-1946 | K44637 | 66.90 | * |
| BARBARA KEITH | 400 ELDERBERRY CT | | MOUNT LAUREL | NJ | 08054-4941 | K28709 | 66.90 | * |
| BARBARA KELLENBECK | 2034 SW OTIS LN | | GRANTS PASS | OR | 97527-1806 | K32224 | 66.90 | * |
| BARBARA KENT | 1648 COLD RIVER DR | | SAINT GEORGE | UT | 84790-4411 | K30245 | 66.90 | * |
| BARBARA KERCHNER | 6148 PEGGOTTY AVE | | LAS VEGAS | NV | 89130-1374 | K58200 | 66.90 | * |
| BARBARA KLEIN | 30108 PALOS VERDES DR W | | RANCHO PALOS | CA | 90275-4477 | V99254 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA KNAPP | 1900 OLD HICKORY LN | | LENOIR CITY | TN | 37772-7050 | K50936 | 66.90 | * |
| BARBARA KOCH | 115 BLUE CREEK DR | | WINTER SPRING | FL | 32708-5501 | K56456 | 66.90 | * |
| BARBARA KOHUT | 101 N OAK PARK AVE | | OAKPARK | IL | 660301 | K32954 | 66.90 | * |
| BARBARA KOOKEN | 13830 E CIENEGA CREEK DR | | VAIL | AZ | 85641-9069 | K57305 | 66.90 | * |
| BARBARA KOSTUCH | 5332 W NOKOMIS RD | | MILWAUKEE | WI | 53223-3551 | K47467 | 66.90 | * |
| BARBARA KRAEGER | 1809 NW 80TH AVE | | MARGATE | FL | 33063-6811 | K41217 | 66.90 | * |
| BARBARA KRANTZ | 21 REPUBLIC ROW | | SOMERSET | NJ | 08873-7442 | K45977 | 66.90 | * |
| BARBARA KUHR | PO BOX 492 | | SCRIBNER | NE | 68057-0492 | K53511 | 66.90 | * |
| BARBARA KUPFERBERG | 11314 72ND RD | | FOREST HILLS | NY | 11375-4657 | K57122 | 66.90 | * |
| BARBARA L [BOBBY] MONNETT | 133 WOODHAVEN DR | | GREENCASTLE | IN | 46135-2287 | K45574 | 66.90 | * |
| BARBARA L ERBES | 11 TOWER RD | | WESTFORD | MA | 01886-1748 | K40794 | 66.90 | * |
| BARBARA L FAULKNER | 1706 HAVER ST | | HOUSTON | TX | 77006-2412 | K26608 | 66.90 | * |
| BARBARA L LANDERS | 29009 SW BURKHALTER RD | | HILLSBORO | OR | 97123-9292 | K35188 | 66.90 | * |
| BARBARA L WALL | 1221 BURNHAM AVE | | DES MOINES | IA | 50315-6130 | K21180 | 66.90 | * |
| BARBARA L WATTS | 5411 LIME RD | | GALION | OH | 44833-9537 | K51402 | 66.90 | * |
| BARBARA LA FLEUR | 10801 KEELER RD | | CONCORD | MI | 49237-9785 | K60064 | 66.90 | * |
| BARBARA LADD | 200 N GORDY ST APT 3-3 | | EL DORADO | KS | 67042-1943 | K47500 | 66.90 | * |
| BARBARA LADEN | 20342 PINTAIL LN | | ONANCOCK | VA | 23417-2508 | K62655 | 66.90 | * |
| BARBARA LADRICK | 7244 HEIM RD | | CHANDLER | IN | 47610-9310 | K55170 | 66.90 | * |
| BARBARA LAHEY | 604 GRANBY HILL PL | | ALPHARETTA | GA | 30022-5338 | K49109 | 66.90 | * |
| BARBARA LAST | 1342 ELDER LN | | DES MOINES | IA | 50315-3476 | K21712 | 66.90 | * |
| BARBARA LATINI | 1738 BEACONWOOD AVE | | SOUTH EUCLID | OH | 44121-3728 | K50556 | 66.90 | * |
| BARBARA LATTERMAN | 510 PARKVIEW DR | | PITTSBURGH | PA | 15236-4592 | K41547 | 66.90 | * |
| BARBARA LAVALLEE | 704 SUNSET DR | | ANCHORAGE | AK | 99501-1280 | K46919 | 66.90 | * |
| BARBARA LEBLANC III | 7728 FAIRWAY AVE SE UNIT 902 | | SNOQUALMIE | WA | 98065-9044 | K50275 | 66.90 | * |
| BARBARA LEE | 4057 ODEMA DR | | LIMA | OH | 45806-1250 | K45212 | 66.90 | * |
| BARBARA LENGELE | 2523 NW 35TH ST | | REDMOND | OR | 97756-9759 | K35660 | 66.90 | * |
| BARBARA LEONARD | 602 E WASHINGTON ST | | KENTLAND | IN | 47951-1150 | K45262 | 66.90 | * |
| BARBARA LEVINE | 8431 LINDEN WAY | | LAKE WORTH | FL | 33467-6252 | K46502 | 66.90 | * |
| BARBARA LEWIS | 6755 LAKE WILLOW DR | | NEW ORLEANS | LA | 70126-2118 | K54665 | 66.90 | * |
| BARBARA LIBSCH | 1523 MONTE GROSSO DR | | MERCED | CA | 95340-3274 | K60519 | 66.90 | * |
| BARBARA LINDLER | PO BOX 266 | | LITTLE MOUNTA | SC | 29075-0266 | K32037 | 66.90 | * |
| BARBARA LOUISE NEIFORD | 911 OAK DR | | LEESBURG | FL | 34748-4324 | K51236 | 66.90 | * |
| BARBARA LOUISE RADER | 1579 MCCULLEN AVE | | EUREKA | CA | 95503-3820 | K54092 | 66.90 | * |
| BARBARA LUCAS | 3612 SEGWUN AVE SE | | LOWELL | MI | 49331-8843 | K35828 | 66.90 | * |
| BARBARA LUTZ | 7701 78TH LOOP NW | | OLYMPIA | WA | 98502-9679 | K41182 | 66.90 | * |
| BARBARA LYNCH | 420 CHESTER AVE | | BELLMAWR | NJ | 08031-1452 | K42223 | 66.90 | * |
| BARBARA LYNN SULKIN | 750 RUNYAN AVE | | LIMA | OH | 45801-3543 | K44002 | 66.90 | * |
| BARBARA M GARN | 2947 WINTERS CHASE WAY | | ANNAPOLIS | MD | 21401-7291 | K32953 | 66.90 | * |
| BARBARA M JOHN | 1509 WHITEWOOD DR | | PITTSBURGH | PA | 15220-4732 | K43481 | 66.90 | * |
| BARBARA M MCDOWELL | 3023 GLASGOW DR | | ARLINGTON | TX | 76015-2228 | K22023 | 66.90 | * |
| BARBARA M RYAN | 117 LAKEBRIDGE DR | | DEPTFORD | NJ | 08096-6722 | K25530 | 66.90 | * |
| BARBARA MACPHERSON | 185 PHOEBE ST | | ENCINITAS | CA | 92024-1460 | K38084 | 66.90 | * |
| BARBARA MALOUTAS | 7502 MIDFIELD AVE | | LOS ANGELES | CA | 90045-3232 | K57306 | 66.90 | * |
| BARBARA MANCINI | 26 DORCHESTER RD | | COLLEGEVILLE | PA | 19426-3413 | K55556 | 66.90 | * |
| BARBARA MATHEWSON | PO BOX 188 | | GREENBACK | TN | 37742-0188 | K26647 | 66.90 | * |
| BARBARA MCCLAIN | 530 MONTCLAIR ST | | PITTSBURGH | PA | 15217-2835 | K41730 | 66.90 | * |
| BARBARA MCCORMICK | 1203 4TH AVE NE | | DEVILS LAKE | ND | 58301-1843 | K33168 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA MCCUE | 21 LEWIS CT | | HUNTINGTON ST | NY | 11746-1112 | K36937 | 66.90 | * |
| BARBARA MCFADDEN | 33 WAGNER RD | | MEDFORD | NY | 11763-1003 | K39567 | 66.90 | * |
| BARBARA MCINTYRE | 3309 S 9TH ST | | LAFAYETTE | IN | 47909-2905 | K28685 | 66.90 | * |
| BARBARA MCMANUS | 28 WALNUT DR | | SPRING LAKE | NJ | 07762-2119 | K38345 | 66.90 | * |
| BARBARA MENICHINI | 8701 24TH AVE | | BROOKLYN | NY | 11214-5305 | K45978 | 66.90 | * |
| BARBARA MERROW | 11434 GRAFTON RD | | CARLETON | MI | 48117-9027 | K60123 | 66.90 | * |
| BARBARA MILLER | 1300 9TH ST | | INTERNATIONAL | MN | 56649-2540 | K18237 | 66.90 | * |
| BARBARA MILLER | 8101 WENDAMOOR DR APT 21 | | LOUISVILLE | KY | 40228-2470 | K35488 | 66.90 | * |
| BARBARA MIRTH BARKOWSKY | 803 N 12TH ST | | LAMESA | TX | 79331-3101 | K41948 | 66.90 | * |
| BARBARA MONSON | PO BOX 98 | | TRIPOLI | WI | 54564-0098 | K14159 | 66.90 | * |
| BARBARA MORGAN | 10929 MAYAN DR | | RIVERVIEW | FL | 33569-7245 | K51602 | 66.90 | * |
| BARBARA MOSSBARGER | 3831 S ASHLEAF LN | | BEAVERCREEK | OH | 45440-3472 | K23949 | 66.90 | * |
| BARBARA MOXEY | 3439 NW 29TH ST | | LAUDERDALE LA | FL | 33311-1842 | K39846 | 66.90 | * |
| BAILEYS MUELLER | 8475 W RIDGEVIEW DR | | BAILEYS HARBO | WI | 54202-9614 | K48913 | 66.90 | * |
| BARBARA MURRAY PHD | 6113 N TROPICAL TRL | | MERRITT ISLAN | FL | 32953-7214 | K29412 | 66.90 | * |
| BARBARA MYERS | 4186 HIGH ST | | RICHMOND | IN | 47374-4500 | K25757 | 66.90 | * |
| BARBARA N JUNKIN | 10 HIGH PT E | | HUNTINGDON VA | PA | 19006-4317 | K39507 | 66.90 | * |
| BARBARA NAGY | 6373 MANZANITA DR | | MACUNGIE | PA | 18062-9349 | K26451 | 66.90 | * |
| BARBARA NANKIVELL | 13427 WASHBURN AVE S | | BURNSVILLE | MN | 55337-2187 | K18361 | 66.90 | * |
| BARBARA NASS | PO BOX 1168 | | INTERNATIONAL | MN | 56649-1168 | K22608 | 66.90 | * |
| BARBARA NELL O'BRYANT | 3728 RUTSON DR | | AMARILLO | TX | 79109-3934 | K28505 | 66.90 | * |
| BARBARA NERI | 1705 LINE AVE | | ROLLA | MO | 65401-9620 | K46316 | 66.90 | * |
| BARBARA NESS | 1516 PRAIRIE DU CHIEN RD | | IOWA CITY | IA | 52245-5616 | K56907 | 66.90 | * |
| BARBARA NEUSE | 140 VALLEY VIS | | NEW BRAUNFELS | TX | 78130-8921 | K25677 | 66.90 | * |
| BARBARA NORRIS | 2710 NW B ST | | RICHMOND | IN | 47374-3820 | K25528 | 66.90 | * |
| BARBARA NORTH | 80 FERNWOOD DR | | GUILFORD | CT | 06437-2349 | K22341 | 66.90 | * |
| BARBARA NUGENT | 6254 SW 103RD STREET RD | | OCALA | FL | 34476-9303 | K24150 | 66.90 | * |
| BARBARA O'BOYLE | 75 JEWEL LN | | LEVITTOWN | PA | 19055-2303 | K26274 | 66.90 | * |
| BARBARA O'BRIEN | 18 BLUEBERRY LN | | STONY BROOK | NY | 11790-2516 | K37938 | 66.90 | * |
| BARBARA OLDS | 5382 PAVILION GRN S | | MEMPHIS | TN | 38119-4904 | K29761 | 66.90 | * |
| BARBARA ORVIS | 218 14TH AVE S | | SAINT CLOUD | MN | 56301-4108 | K24557 | 66.90 | * |
| BARBARA OSBORNE | 4483 RAMSEUR DR | | WINSTON SALEM | NC | 27101-6400 | K57134 | 66.90 | * |
| BARBARA OSTERLOH | 140 OSTERLOH RD | | MINSTER | OH | 45865-9750 | K31712 | 66.90 | * |
| BARBARA OVERSTREET | 517 HARBOR VILLAGE DR | | MADISON | TN | 37115-2297 | K36387 | 66.90 | * |
| BARBARA PACKER | 11 EUCLID AVE APT 3B | | SUMMIT | NJ | 07901-2166 | K55367 | 66.90 | * |
| BARBARA PAGANELLI | 715 RENAISSANCE DR APT B206 | | BUFFALO | NY | 14221-8032 | K54410 | 66.90 | * |
| BARBARA PAGE | 2903 1/2 SANDRA AVE APT A | | GRAND JUNCTIO | CO | 81504-5492 | K49220 | 66.90 | * |
| BARBARA PALAKOW | 620 WHITE ASH DR | | LANGHORNE | PA | 19047-8017 | K26092 | 66.90 | * |
| BARBARA PALIN | 2119 HOPKINS DR W | | BRADENTON | FL | 34207-4738 | K46809 | 66.90 | * |
| BARBARA PALMER | 1342 STAGECOACH RD | | OCEAN VIEW | NJ | 08230-1334 | K28580 | 66.90 | * |
| BARBARA PARILLO | 434 BOULDER DR | | MORGANVILLE | NJ | 07751-4269 | K37269 | 66.90 | * |
| BARBARA PARROTT | 7789 DRAKE CT | | CLIVE | IA | 50325-1259 | K20738 | 66.90 | * |
| BARBARA PATTERSON | 1050 MCNEILLY RD APT 542 | | PITTSBURGH | PA | 15226-2558 | K42334 | 66.90 | * |
| BARBARA PATTERSON | 16120 3RD AVENUE CT E | | TACOMA | WA | 98445-1072 | K61230 | 66.90 | * |
| BARBARA PAVEY | 2030 MORGAN HILL DR | | LOS ANGELES | CA | 90068-3619 | K52589 | 66.90 | * |
| BARBARA PEABODY | 9008 DE BOUPRE ST | | EAST SAINT LO | IL | 62203-2204 | K18810 | 66.90 | * |
| BARBARA PECK | 1639 BIVAR CT | | PLEASANTON | CA | 94566-5605 | K49499 | 66.90 | * |
| BARBARA PIERSON | 3448 CUTLER DR | | WATERFORD | MI | 48329-3225 | K40097 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA PIZZI | 90 GLENVIEW DR | | AURORA | OH | 44202-8219 | K19966 | 66.90 * | |
| BARBARA PLEASANT | 527 LAVERNE AVE | | BELVEDERE | SC | 29841-2344 | K22407 | 66.90 * | |
| BARBARA PORTERFIELD | 2207 S 4TH ST | | LAMESA | TX | 79331-6505 | K43103 | 66.90 * | |
| BARBARA PORTZLINE | 2751 S E ST | | RICHMOND | IN | 47374-6782 | K26236 | 66.90 * | |
| BARBARA POVERMAN | 210 ALLANDALE RD APT 2A | | CHESTNUT HILL | MA | 02467-3284 | K12613 | 66.90 * | |
| BARBARA PRESTON MD | 2685 WADSWORTH RD | | SHAKER HEIGHT | OH | 44122-2009 | K15628 | 66.90 * | |
| BARBARA PUTTLITZ | 116 HORACE HARDING BLVD | | GREAT NECK | NY | 11020-1107 | K41710 | 66.90 * | |
| BARBARA QUINN | 221 WEST AVE | | SPRINGFIELD | PA | 19064-3626 | K55801 | 66.90 * | |
| BARBARA R CAMPBELL | 27226 COUNTY ROAD 375 | | PAW PAW | MI | 49079-9425 | K18225 | 66.90 * | |
| BARBARA R MARCUM | 4308 MANNINGTON DR | | KNOXVILLE | TN | 37917-2060 | K12128 | 66.90 * | |
| BARBARA RACE | 29 FARMER RD | | HOOKSETT | NH | 03106-2124 | K57923 | 66.90 * | |
| BARBARA RASKO | 1301 TAWNYA TER | | INDIANOLA | IA | 50125-1050 | K26223 | 66.90 * | |
| BARBARA RAUPP | 7817 N US HIGHWAY 14 | | HARVARD | IL | 60033-9038 | K59917 | 66.90 * | |
| BARBARA REALMUTO | 2651 N MILDRED AVE # 2 | | CHICAGO | IL | 60614-2318 | K54458 | 66.90 * | |
| BARBARA REED | 3417 COLLINGWOOD RD | | HOOVER | AL | 35226-2605 | K49143 | 66.90 * | |
| BARBARA REIMENSNYDER | PO BOX 304 | | DAMARISCOTTA | ME | 4543 | K17977 | 66.90 * | |
| BARBARA REINHOLZ | 18911 HYDE PARK DR | | WOODHAVEN | MI | 48183-4315 | K59192 | 66.90 * | |
| BARBARA RESNIK | 210 W 101ST ST APT 15B | | NEW YORK | NY | 10025-5040 | K39744 | 66.90 * | |
| BARBARA ROBERTS | 845 EVEREST DR | | ROTHSCHILD | WI | 54474-1020 | K34536 | 66.90 * | |
| BARBARA ROBERTS | 302 HUNTER BLVD | | BROWNS MILLS | NJ | 08015-2222 | K47154 | 66.90 * | |
| BARBARA ROBINSON | 750 NALLY DR | | MORGANFIELD | KY | 42437-1802 | K15393 | 66.90 * | |
| BARBARA RODRIGUEZ | 11117 FARNAM ST | | OMAHA | NE | 68154-3208 | K58362 | 66.90 * | |
| BARBARA ROHMER | 18 GREGORY DR | | GOSHEN | NY | 10924-1017 | K46108 | 66.90 * | |
| BARBARA ROMERO | 8354 ORCHARD AVE | | SAINT LOUIS | MO | 63132-2820 | K43728 | 66.90 * | |
| BARBARA ROSENBERG | 116A LOWENS STRASSE | | FREEHOLD | NJ | 07728-3451 | K47055 | 66.90 * | |
| BARBARA RUESCHER | 55 ALSUN DR | | HOLLIS | NH | 03049-6212 | K37730 | 66.90 * | |
| BARBARA RUTTER | 2641 STAGECOACH LN | | LANCASTER | PA | 17601-3700 | K57580 | 66.90 * | |
| BARBARA RYAN | 117 S EAGLE RD APT 102 | | HAVERTOWN | PA | 19083-3329 | K37279 | 66.90 * | |
| BARBARA RYBA | 2208 CLOVER LEAF SCHOOL RD | | BELLEVILLE | IL | 62223-7704 | K39304 | 66.90 * | |
| BARBARA S ZERBY | 305 QUARRY RIDGE CIR | | SUGAR GROVE | IL | 60554-6449 | K37179 | 66.90 * | |
| BARBARA SAN MARCO RN | 7642 SUDAN CT | | LAS VEGAS | NV | 89149-6496 | K46412 | 66.90 * | |
| BARBARA SANDERS | 6487 AUTUMN CREST LN | | HOSCHTON | GA | 30548-8249 | K48438 | 66.90 * | |
| BARBARA SANTINE | 2400 GREENFIELD PL | | MOUNDS VIEW | MN | 55112-6012 | K18192 | 66.90 * | |
| Barbara Schafer | 4123 Tonga Ln Apt 1A | | New Port Richey | FL | 34653-6169 | | 611.59 | ARI: Wages |
| BARBARA SCHAUF | 8708 W 90TH ST | | OVERLAND PARK | KS | 66212-3845 | K47543 | 66.90 * | |
| BARBARA SCHENK | 3411 WASHINGTON ST UNIT 202 | | WISCONSIN RAP | WI | 54494-6885 | K48730 | 66.90 * | |
| BARBARA SCHMIDT | 36425 SANDY KNOLL DR | | EASTLAKE | OH | 44095-5408 | K55687 | 66.90 * | |
| BARBARA SCHREIBER | 14343 HEATHER DR | | BRISTOL | VA | 24202-4737 | K44080 | 66.90 * | |
| BARBARA SCHULTZ | 22869 COACHLIGHT CIR | | TAYLOR | MI | 48180-6382 | K58520 | 66.90 * | |
| BARBARA SCHWARTZ | 3915 DECLARATION AVE | | CALABASAS | CA | 91302-5740 | K41497 | 66.90 * | |
| BARBARA SCOTT | 55 S BIRCH ST | | DENVER | CO | 80246-1014 | K27041 | 66.90 * | |
| BARBARA SEIDL | 4010 RAMBLEWOOD DR | | ELKHORN | NE | 68022-1004 | K56349 | 66.90 * | |
| BARBARA SELLERS | 704 LOVEVILLE RD | | WARRIORS MARK | PA | 16877-6713 | K34195 | 66.90 * | |
| BARBARA SEMON | 353 FOX ST SW | | GRAND RAPIDS | MI | 49507-1548 | K37235 | 66.90 * | |
| BARBARA SHAFFER | 5750 TIMPSON AVE SE | | ALTO | MI | 49302-9139 | K37146 | 66.90 * | |
| BARBARA SHAPIRO | 746 WASHBURN ST | | TEANECK | NJ | 07666-2242 | K42576 | 66.90 * | |
| BARBARA SHEAFFER | 235 WEIDMANSVILLE RD | | EPHRATA | PA | 17522-9742 | K58010 | 66.90 * | |
| BARBARA SIANSKY | 7265 NW 8TH ST | | MARGATE | FL | 33063-4026 | K57086 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA SIDOK | 215 RIO VILLA DR LOT 3194 | | PUNTA GORDA | FL | 33950-7427 | K32085 | 66.90 * | |
| BARBARA SIERADZKI | 3261 MCCORMICK RD | | LAPEER | MI | 48446-8764 | K53997 | 66.90 * | |
| BARBARA SLATE | 2375 ADDISON BLVD | | HIGH POINT | NC | 27262-4077 | K43289 | 66.90 * | |
| BARBARA SMITH | 124 DAMON RD | | NEEDHAM | MA | 02494-1044 | K12902 | 66.90 * | |
| BARBARA SMITH | 1389 GREENVISTA LN | | GULF BREEZE | FL | 32563-3497 | K51676 | 66.90 * | |
| BARBARA SNODDY | 1169 SNIPE CT | | BENBROOK | TX | 76126-4285 | K46154 | 66.90 * | |
| BARBARA SOBIECK | 906 15TH AVE SE | | SAINT CLOUD | MN | 56304-1545 | K19188 | 66.90 * | |
| BARBARA SPRAGUE | 210 STONE MONUMENT DR | | WAKE FOREST | NC | 27587-4100 | K47307 | 66.90 * | |
| BARBARA STEADMAN | 884 STRATFORD RD | | AVONDALE ESTA | GA | 30002-1432 | K31247 | 66.90 * | |
| BARBARA STEPHENS | 112 SOUTH ST | | CHARDON | OH | 44024-1337 | K46118 | 66.90 * | |
| BARBARA STOKES | 31 SAINT PAUL PL | | MANCHESTER | NJ | 08759-6814 | K30249 | 66.90 * | |
| BARBARA SUE DAVENPORT | 3211 JOYCE AVE | | KNOXVILLE | TN | 37921-6613 | K21535 | 66.90 * | |
| BARBARA SULLIVAN | 11 HEARTH CT | | HOWELL | NJ | 07731-1658 | K44054 | 66.90 * | |
| BARBARA SULLIVAN | 4117 N GREENVIEW AVE | | CHICAGO | IL | 60613-1916 | K56547 | 66.90 * | |
| BARBARA SUMMERVILL | 24 MEADOWLARK LN | | HUTCHINSON | KS | 67502-5635 | K48507 | 66.90 * | |
| BARBARA SWEIGART | 432 S 9TH ST | | AKRON | PA | 17501-1459 | K57753 | 66.90 * | |
| BARBARA SYKES | 14 VERTIE LN | | MILTON | PA | 17847-9586 | K15715 | 66.90 * | |
| BARBARA T WILLIAMS | 8956 CHALLIS HILL LN | | CHARLOTTE | NC | 28226-2686 | K46452 | 66.90 * | |
| BARBARA TAMM | 502 RABBIT HILL RD | | SUMMERVILLE | SC | 29483-5356 | K29701 | 66.90 * | |
| BARBARA TANSEY | 400 FERN BROOK LN # 128 | | MOUNT LAUREL | NJ | 08054-9542 | K43570 | 66.90 * | |
| BARBARA TAVEL | 404 MEADOWOODS DR | | EAST MEADOW | NY | 11554-5603 | K58229 | 66.90 * | |
| BARBARA TAYLOR | PO BOX 686 | | LONG LAKE | NY | 12847-0686 | K14462 | 66.90 * | |
| BARBARA TAYLOR | 1705 SUMMER SPRING BLVD | | KNOXVILLE | TN | 37931-4550 | K39843 | 66.90 * | |
| BARBARA THOMASON | 131 ROCK DOVE LN UNIT 2B | | CAMDENTON | MO | 65020-5655 | K38857 | 66.90 * | |
| BARBARA TINCHER | 1115 S FULLHART DR | | MUNCIE | IN | 47302-2768 | K24430 | 66.90 * | |
| BARBARA TOKARZ | 1766 RUNNING DEER DR | | AUBURN | PA | 17922-9333 | K14666 | 66.90 * | |
| BARBARA TOURTELLOTTE | 6 LANE OF ACRES | | HADDONFIELD | NJ | 08033-3505 | K41500 | 66.90 * | |
| BARBARA TRACY | 618 GENERAL SCOTT RD | | KING OF PRUSS | PA | 19406-1577 | K52136 | 66.90 * | |
| BARBARA TRAVIS | 37 STILLMEADOW CIR | | MONROE | CT | 06468-2616 | K55366 | 66.90 * | |
| BARBARA TRUITT | 15615 S 2700 RD | | EL DORADO SPR | MO | 64744-7142 | K45248 | 66.90 * | |
| BARBARA TUFTON | 302 FOX CHAPEL RD APT 502 | | PITTSBURGH | PA | 15238-2337 | K44991 | 66.90 * | |
| BARBARA TURLICH | 104 LEAMINGTON SPA | | WHITEHOUSE | TX | 75791-5059 | K58656 | 66.90 * | |
| BARBARA TURNER | 329 MANCHESTER CT | | RICHMOND HEIG | OH | 44143-1469 | K43833 | 66.90 * | |
| BARBARA TYLER | 4205 N COLUMBUS AVE | | PEORIA | IL | 61614-7819 | K48111 | 66.90 * | |
| BARBARA VAUTRIN | 37 BROOKWOOD DR | | LITITZ | PA | 17543-9461 | K60975 | 66.90 * | |
| BARBARA VIANA | 124 CROSSCREEK DR | | COLUMBIA | SC | 29212-1420 | K38609 | 66.90 * | |
| BARBARA VILLEPONTEAUX | 281 W MAIN ST | | HARLEYVILLE | SC | 29448-3722 | K30756 | 66.90 * | |
| BARBARA VIRGINIA HULL | 37 HOWARD ST APT 1 | | NEWPORT | RI | 02840-3451 | K24971 | 66.90 * | |
| BARBARA W MILLER | 20 HIGH CT | | CHAGRIN FALLS | OH | 44022-2863 | K37762 | 66.90 * | |
| BARBARA WACKER | PO BOX 2126 | | FAIRPLAY | CO | 80440-2126 | K35333 | 66.90 * | |
| BARBARA WALLNER | 11852 CLOUDY CREEK CT | | COLORADO SPRI | CO | 80921-4004 | K38163 | 66.90 * | |
| BARBARA WALTERS | 29 PRIMROSE LN | | NORTH BABYLON | NY | 11703-3244 | K62248 | 66.90 * | |
| BARBARA WARD | 8 STOCKTON DR | | MIDDLETOWN | RI | 02842-4823 | K31542 | 66.90 * | |
| BARBARA WATERS-ARNEMAN | 337 GULL PATH | | MANKATO | MN | 56001-2098 | K14812 | 66.90 * | |
| BARBARA WATSON | 309 MACK CT | | KINGSPORT | TN | 37663-2417 | K37707 | 66.90 * | |
| BARBARA WEIGEL | 1420 48TH ST N | | WISCONSIN RAP | WI | 54494-6840 | K47821 | 66.90 * | |
| BARBARA WEINBERG | 157 PITKIN ST | | MANCHESTER | CT | 06040-4459 | K12209 | 66.90 * | |
| BARBARA WEINSTOCK | 2908 CRAWFORD ST | | COLUMBIA | MO | 65203-2918 | K38143 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 33 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARBARA WHEELER | 302 SOMERSET RD | | BALTIMORE | MD | 21210-2822 | K61349 | 66.90 | * |
| BARBARA WHITE-SMITH | 9616 N 93RD DR | | PEORIA | AZ | 85345-4300 | K27042 | 66.90 | * |
| BARBARA WICHNER | 9773 GAPPA RD | | KABETOGAMA | MN | 56669-8015 | K21355 | 66.90 | * |
| BARBARA WIGINGTON | 172 WIGINGTON RD | | CLAYSVILLE | PA | 15323-1331 | K43916 | 66.90 | * |
| BARBARA WILEY | PO BOX 128 | | MIAMI | TX | 79059-0128 | K48396 | 66.90 | * |
| BARBARA WILL | 461 N MAPLE ST | | EPHRATA | PA | 17522-2123 | K62006 | 66.90 | * |
| BARBARA WILLADSEN | 1082 UNION ST APT 4 | | SAN FRANCISCO | CA | 94133-2537 | K46836 | 66.90 | * |
| BARBARA WILLIAMS | 136 HORTON DR | | AUGUSTA | GA | 30901-3834 | K59592 | 66.90 | * |
| BARBARA WILLIS | 3682 APPIAN WAY | | LEXINGTON | KY | 40517-5919 | K39893 | 66.90 | * |
| BARBARA WILSON | 103 CAWLEY CT | | CHESTER SPRIN | PA | 19425-3689 | K36472 | 66.90 | * |
| BARBARA WINTER | 716 N ELMWOOD AVE | | WICKLIFFE | OH | 44092-2130 | K46279 | 66.90 | * |
| BARBARA WITZEL | 745 MONTFORD DR | | CHARLOTTE | NC | 28209-4917 | K53210 | 66.90 | * |
| BARBARA WOODDELL | 517 GREENRIDGE RD | | BEL AIR | MD | 21015-4747 | K51126 | 66.90 | * |
| BARBARA WYMAN | 131 RIVER RD | | NEWCASTLE | ME | 04553-3804 | K43192 | 66.90 | * |
| BARBARA Y DAVIS-STALEY | 4315 SUEL DR | | TYLER | TX | 75702-7668 | K11748 | 66.90 | * |
| BARBARA YOUNG | 1565 WILDCAT WAY | | OAKLEY | CA | 94561-1963 | K32757 | 66.90 | * |
| BARBARA ZALENSKI | 4035 SAN MASSIMO DR | | PUNTA GORDA | FL | 33950-8046 | K37969 | 66.90 | * |
| BARBARALEE RUNYON | 900 HOLLINSHEAD SPRING RD AP | | SKILLMAN | NJ | 08558-2075 | K50705 | 66.90 | * |
| BARBIE GOSS | 2922 N CHERRY LN | | MEARS | MI | 49436-8678 | K42686 | 66.90 | * |
| BARCLAY A FLEMING | 219 WILLIAMSBURG RD | | ARDMORE | PA | 19003-3103 | K33391 | 66.90 | * |
| BARNEY S HAMPTON | 683 BLOWING ROCK RD | | BOONE | NC | 28607-4829 | K49884 | 66.90 | * |
| BARNEY S KLIMECK | 379 BAIRD RD | | FARMERSVILLE | NY | 14060-9707 | K48566 | 66.90 | * |
| BARRETT L MCKIBBEN | 3909 S ORILLA RD | | WEST DES MOIN | IA | 50061-5661 | K21808 | 66.90 | * |
| BARRIE BRIGGS | 4112 GLENN DALE RD | | BOWIE | MD | 20720-3577 | K14659 | 66.90 | * |
| BARRY A ARCHER | 10810 CLUM RD | | HARROD | OH | 45850-7413 | K50899 | 66.90 | * |
| BARRY A HUFF | 5000 143RD ST | | BASEHOR | KS | 66007-5284 | K56266 | 66.90 | * |
| BARRY A OLSON | 513 10TH AVE NE | | DEVILS LAKE | ND | 58301-2626 | K35195 | 66.90 | * |
| BARRY A WINGERT | 287 PURDUE RD | | VENICE | FL | 34293-6542 | K44432 | 66.90 | * |
| BARRY ANTHONY | 606 MICKELSON WAY | | EVANS | GA | 30809-5188 | K24299 | 66.90 | * |
| BARRY B HOLZENTHAL | 4405 RUE SAINT PETER | | KENNER | LA | 70065-1140 | K57264 | 66.90 | * |
| BARRY BALLARD | 2201 LAUREL FOREST DR | | FORT WORTH | TX | 76177-3510 | K43172 | 66.90 | * |
| BARRY BONEY | 502 W BONEY ST | | WALLACE | NC | 28466-1831 | K51935 | 66.90 | * |
| BARRY BRAUCH | 13792 HIGHWAY F48 W | | MITCHELLVILLE | IA | 50169-8527 | K24383 | 66.90 | * |
| BARRY BUSH ANDERTON | 10505 COMANCHE LN | | GLEN ALLEN | VA | 23059-1923 | K38138 | 66.90 | * |
| BARRY CLAYCOMB MD | 75 DENNISON ST | | GLOUCESTER | MA | 01930-1315 | K32260 | 66.90 | * |
| BARRY DUFFY | 3176 E FLAMINGO RD APT 103 | | LAS VEGAS | NV | 89121-4379 | K20792 | 66.90 | * |
| BARRY E HUMBERSON | 8161 COOLEY RD | | RAVENNA | OH | 44266-9760 | K61402 | 66.90 | * |
| BARRY GRUETZMACHER | 1441 ROUNDS ROUND | | WISCONSIN RAP | WI | 54494-5458 | K47971 | 66.90 | * |
| BARRY H MATTESON | 1658 CATTAIL DR | | LOVELAND | CO | 80537-6889 | K56848 | 66.90 | * |
| BARRY K SHAFER | 708 PERIWINKLE LN | | MARYVILLE | TN | 37804-3667 | K31262 | 66.90 | * |
| BARRY K SZABO | 11599 FOREST RD | | CHARDON | OH | 44024-9412 | K47010 | 66.90 | * |
| BARRY KLINE | 912 E 63RD ST | | TACOMA | WA | 98404-2417 | K16697 | 66.90 | * |
| BARRY KREIDER | 17 BEECH CT | | EPHRATA | PA | 17522-8978 | K57620 | 66.90 | * |
| BARRY L TARMY | 21 WATER LN | | BERKELEY HEIG | NJ | 07922-2319 | K46354 | 66.90 | * |
| BARRY LEED | 48 MANOR OAKS DR | | MILLERSVILLE | PA | 17551-9506 | K30183 | 66.90 | * |
| BARRY M GROSS | 364 E SURF RD | | OCEAN CITY | NJ | 08226-4553 | K46896 | 66.90 | * |
| BARRY MCCULLOUGH | 121 MCKAIN XING | | HENDERSONVILL | TN | 37075-6734 | K36297 | 66.90 | * |
| BARRY MUNIZ | 727 HELIOS AVE | | METAIRIE | LA | 70005-2619 | K50996 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BARRY R SUDE | 7129 WESTMORELAND RD | | FALLS CHURCH | VA | 22042-2566 | K53835 | 66.90 | * |
| BARRY REZNICK | 118 GLENFIELD DR | | BEAVER | PA | 15009-9628 | K42994 | 66.90 | * |
| BARRY S ZIMMERMAN | 112 FARM CREST DR | | EPHRATA | PA | 17522-8551 | K57521 | 66.90 | * |
| BARRY SCHUSCHKE | 600 18TH ST E | | INTERNATIONAL | MN | 56649-3145 | K18025 | 66.90 | * |
| BARRY W HAUF | 4709 OAKRIDGE PARK DR | | SAINT LOUIS | MO | 63129-1788 | K31420 | 66.90 | * |
| BARRY W SCHNEIDER | 349 WALKER AVE | | PENNDEL | PA | 19047-5121 | K24188 | 66.90 | * |
| BARRY WRYNN | 2840 N KINGS RD | | VIRGINIA BEAC | VA | 23452-7717 | K36608 | 66.90 | * |
| BART T FOSTER | 1926 HIGH ST | | PORTSMOUTH | VA | 23704-3010 | K50152 | 66.90 | * |
| BARTHINA SMART | 4512 CHERRYWOOD DR | | MIDLAND | TX | 79707-2623 | K42652 | 66.90 | * |
| BARTLEY WILLIM | 601 E MAIN ST | | RICHMOND | MO | 64085-1861 | K50550 | 66.90 | * |
| BASIL BAKER | 6068 GETTYSBURG ESTATES DR | | SAINT LOUIS | MO | 63129-4020 | K43903 | 66.90 | * |
| BASIL O BOOTON | 365 SERENA DR | | CHICAGO HEIGH | IL | 60411-1057 | K53129 | 66.90 | * |
| BAYSIDE HIGH SCHOOL | | 3224 CORPORAL KENNEDY ST | BAYSIDE | NY | 11361-1061 | | 0.00 | ** |
| BAYTON PRESTON | 10 PINKHAM AVE | | SOMERSWORTH | NH | 03878-1912 | K37844 | 66.90 | * |
| BE ENGLER | 7611 TANIA LN | | NORTH FORT MY | FL | 33917-3334 | K35205 | 66.90 | * |
| BEA KNUDTSON | 407 E MADISON ST APT 6 | | DODGEVILLE | WI | 53533-1297 | K38804 | 66.90 | * |
| BEARDEN HIGH SCHOOL | BEARDEN HIGH SCHOOL FOUNDATI | 8352 KINGSTON PIKE | KNOXVILLE | TN | 37919-5489 | | 0.00 | ** |
| BEARDEN HIGH SCHOOL | c/o GEORGE [BUDDY] HEINS | 8352 KINGSTON PIKE | KNOXVILLE | TN | 37919-5489 | | 0.00 | ** |
| BEATRICE [BEA] SHELTON | 266 THORNE ST APT B | | LOS ANGELES | CA | 90042-5601 | K62880 | 66.90 | * |
| BEATRICE ANN WHITNEY | 1427 ANTOINETTE CIR | | HAMPTON | VA | 23663-2005 | K13797 | 66.90 | * |
| BEATRICE CLEWELL | 1769 CREEK RD | | DANVILLE | PA | 17821-9700 | K16176 | 66.90 | * |
| BEATRICE DIERKING | PO BOX 1543 | | EAGLE RIVER | WI | 54521-1543 | K31840 | 66.90 | * |
| BEATRICE DORRIAN | 197 8TH ST APT 401 | | CHARLESTOWN | MA | 02129-4230 | V98380 | 66.90 | * |
| BEATRICE E MITCHELL | 8630 S KENWOOD AVE | | CHICAGO | IL | 60619-6416 | K10373 | 66.90 | * |
| BEATRICE FLATO | 903 CYPRESS TER APT 102 | | POMPANO BEACH | FL | 33069-4004 | K18816 | 66.90 | * |
| BEATRICE GOODMAN | 2222 AVENUE OF THE STARS UNI | | LOS ANGELES | CA | 90067-5648 | K43021 | 66.90 | * |
| BEATRICE M SMITH | 1187 KESTER RD | | WISCONSIN RAP | WI | 54494-9552 | K47889 | 66.90 | * |
| BEATRICE MAJKA | 56 HIGHLAND AVE | | BELMONT HILLS | PA | 19004-1839 | K43467 | 66.90 | * |
| BEATRICE SCHINDEL | 4 SOLURI LN | | TOMKINS COVE | NY | 10986-1308 | K17015 | 66.90 | * |
| BEATRICE SWARTZ | 7927 STATE ROAD 52 APT MB120 | | HUDSON | FL | 34667-6783 | K43617 | 66.90 | * |
| BEATRICE WINTERSTEIN | 22843 W LORRAINE AVE | | PLAINFIELD | IL | 60586-9035 | K56730 | 66.90 | * |
| BEAU ELIZABETH FERRY | 6 PILTON DR | | MEDFORD | NJ | 08055-9538 | K49235 | 66.90 | * |
| BEBE WARREN GOLDMAN | 1797 LIMETREE LN | | SAINT LOUIS | MO | 63146-4722 | K42606 | 66.90 | * |
| BECKA G GRAEFEN | 2800 S SCHOOLHOUSE RD | | NEW LENOX | IL | 60451-3717 | K49008 | 66.90 | * |
| BECKI A LAHRMAN | 31 CIRCLE DR | | RICHMOND | IN | 47374-2072 | K24681 | 66.90 | * |
| BECKI D JAEGER | 114 STONY RIDGE CT | | HILLSDALE | MI | 49242-1154 | K59096 | 66.90 | * |
| BECKI ZYLSTRA | 2329 SUNCREST DR | | AMES | IA | 50014-8223 | K15230 | 66.90 | * |
| BECKY DINGLE | 604 SW 18TH ST | | RICHMOND | IN | 47374-5149 | K24514 | 66.90 | * |
| BECKY EHRMANN | 1215 ASPEN ST | | LONGMONT | CO | 80501-3805 | K42634 | 66.90 | * |
| BECKY F HAJ-HHASAN | 3515 PLUMWOOD DR | | KNOXVILLE | TN | 37921-1432 | K19713 | 66.90 | * |
| BECKY LYNN VEHEC | 14324 OVERHOLT DR | | NORTH HUNTING | PA | 15642-1230 | K60988 | 66.90 | * |
| BECKY M DARBY | 326 RIVER BLUFF DR | | ORMOND BEACH | FL | 32174-3837 | K14190 | 66.90 | * |
| BECKY MARTIN | 1331 GLENDALE RD | | RICHMOND | IN | 47374-1115 | K29411 | 66.90 | * |
| BECKY RAASCH | 1124 225TH ST | | BRIDGEWATER | IA | 50837-8045 | K55549 | 66.90 | * |
| BECKY REEVES | 133 SUNHAVEN RD | | DANVILLE | CA | 94506-1903 | K15262 | 66.90 | * |
| BECKY SIEFERING | 4 PARK PL | | OSKALOOSA | IA | 52577-4200 | K24315 | 66.90 | * |
| BECKY SVATOS | 510 2ND AVE | | IOWA CITY | IA | 52245-4500 | K57344 | 66.90 | * |
| BECKY TIMMERMAN | 3642 E 8TH ST | | DES MOINES | IA | 50316-1006 | K55016 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BEE MILLER | PO BOX 1326 | | WINCHESTER BA | OR | 97467-0815 | K38971 | 66.90 | * |
| BEEJAY LIEZEN | 331 9TH ST N | | WISCONSIN RAP | WI | 54494-4409 | K47453 | 66.90 | * |
| BELINDA EDMONDS | 1806 OLIVE ST | | LEAVENWORTH | KS | 66048-2153 | K33790 | 66.90 | * |
| BELINDA L STRIBLING | 4615 MARTHAS WAY | | GROVETOWN | GA | 30813-2205 | K23704 | 66.90 | * |
| BELINDA R LONG | 81 BEECHNUT CT | | LUMBERTON | NJ | 08048-3412 | K47773 | 66.90 | * |
| BELLFLOWER HIGH SCHOOL | BELLFLOWER H.S. ALUMNI COMMI | 15301 MCNAB AVE | BELLFLOWER | CA | 90706-4199 | | 0.00 | ** |
| BELLFLOWER HIGH SCHOOL | c/o BILL STE MARIE | 15301 MCNAB AVE | BELLFLOWER | CA | 90706-4199 | | 0.00 | ** |
| BEN ARMSTRONG | 7000 N CAMINO DE FOSFORO | | TUCSON | AZ | 85718-1014 | K39063 | 66.90 | * |
| BEN BOLUSKY | 3306 KING GEORGE DR | | ORLANDO | FL | 32835-5902 | K27303 | 66.90 | * |
| BEN BYE | 3341 CONGRESS ST | | MONTROSE | CO | 81401-7358 | K56671 | 66.90 | * |
| BEN ETIENNE | 11572 65TH PL N | | MAPLE GROVE | MN | 55369-6166 | K22984 | 66.90 | * |
| BEN F RAMSEY | 11588 VIA RANCHO SAN DIEGO A | | EL CAHON | CA | 92019-5277 | K18463 | 66.90 | * |
| BEN KOVACH | 900 MENDLESON DR | | RICHMOND | IN | 47374-1232 | K24148 | 66.90 | * |
| BEN LEVIN | 1518 MISTYWOOD LN | | DENTON | TX | 76209-2219 | K49658 | 66.90 | * |
| BEN LEWIS | 2822 ALLISON LN | | HIGHLAND | MI | 48357-3161 | K58274 | 66.90 | * |
| BEN T GOODE | 7450 COUNTY ROAD 237 | | BROWNWOOD | TX | 76801-0310 | K35225 | 66.90 | * |
| BEN THIGPEN | 13914 KIMBERLEY LN | | HOUSTON | TX | 77079-5804 | K47961 | 66.90 | * |
| BEN THOMAS | 16 OAK DR | | FAYETTEVILLE | TN | 37334-6647 | K37072 | 66.90 | * |
| BENITA J LIND | 10886 ARCARO LN | | UNION | KY | 41091-9201 | K34510 | 66.90 | * |
| BENITA LINDEN | 229 SABINE DR | | TRINITY | TX | 75862-5221 | K47289 | 66.90 | * |
| BENITA TALBOT | 3112 GRACEFIELD RD APT 221 | | SILVER SPRING | MD | 20904-1862 | K29510 | 66.90 | * |
| BENJAMIN B BARKER III | 41 WARD AVE | | MIDDLETOWN | RI | 02842-5511 | K28978 | 66.90 | * |
| BENJAMIN BARKER | 872 JUDSON ST | | RAYNHAM | MA | 02767-1103 | K25958 | 66.90 | * |
| BENJAMIN DANIEL | 211 CALLE CAMPANA | | WALNUT | CA | 91789-1619 | K59651 | 66.90 | * |
| BENJAMIN HICKEY | 25 MYRTLE ST | | CRANFORD | NJ | 07016-3437 | K14938 | 66.90 | * |
| BENJAMIN ISENBERG | 430 SW 13TH AVE APT 2101 | | PORTLAND | OR | 97205-2375 | K18597 | 66.90 | * |
| BENJAMIN M KAPLAN | 2115 S LA ROSA DR | | TEMPE | AZ | 85282-2237 | K44801 | 66.90 | * |
| BENJAMIN NOBLE | 603 GREAT SPRINGS RD | | BRYN MAWR | PA | 19010-1701 | K43789 | 66.90 | * |
| BENJAMIN PISHA | 2311 CIRCLE ST | | CREST HILL | IL | 60403-1717 | K49712 | 66.90 | * |
| BENJAMIN ROUSH | 1552 SW VILLAGE DR | | TOPEKA | KS | 66604-2201 | K38577 | 66.90 | * |
| BENJAMIN WESTON | 1030 BASIE CRES | | PORTSMOUTH | VA | 23701-3920 | K13794 | 66.90 | * |
| BENJAMIN WILKE | 2305 MACBRIDE DR | | IOWA CITY | IA | 52246-1725 | K58254 | 66.90 | * |
| BENNETT ALAN BURSTIN | 1039 LINDSAY RD | | CARNEGIE | PA | 15106-3825 | K40708 | 66.90 | * |
| BENNETT COOK | 110 MARVIN CT | | GERMANTOWN HI | IL | 61548-8607 | K46328 | 66.90 | * |
| BENNIE E GRAHAM | 1515 BOCA CHICA DR | | DALLAS | TX | 75232-2823 | K16146 | 66.90 | * |
| BENNIE J ELLIS | 7811 MANASSAS DR | | AUSTIN | TX | 78745-6917 | K32636 | 66.90 | * |
| BENNIE JONES | 4901 RUSSET HILL DR | | AUSTIN | TX | 78723-6227 | V99370 | 66.90 | * |
| BENNIE LOUISE WHITE | PO BOX 292932 | | FORT LAUDERDA | FL | 33329-2932 | K39489 | 66.90 | * |
| BENNIE STEPHENS | 1101 GLENWOOD DR | | AUGUSTA | GA | 30904-3338 | K60169 | 66.90 | * |
| BENNY BAILEY | 1151 POEHILL RD | | ELKTON | KY | 42220-8665 | K28127 | 66.90 | * |
| BENNY C ARGO | 862 COUNTY ROAD 4481 | | DECATUR | TX | 76234-7717 | K25683 | 66.90 | * |
| BENNY DORSEY | 7546 FOREST AVE | | GARY | IN | 46403-2133 | K12727 | 66.90 | * |
| BENNY R WHITE | 2112 COUNTY ROAD 20 | | LAMESA | TX | 79331-1842 | K48485 | 66.90 | * |
| BENNY SNYDER | 180 PHILLIPS RD | | MILTON | PA | 17847-7900 | K17493 | 66.90 | * |
| BENNYE JONES | PO BOX 764133 | | DALLAS | TX | 75376-4133 | K18155 | 66.90 | * |
| BERDENA T RUST | 1027 JENKS BLVD | | KALAMAZOO | MI | 49006-2195 | K17507 | 66.90 | * |
| BEREA HIGH SCHOOL | c/o PAM SIMON | 390 FAIR ST | BEREA | OH | 44017 | | 0.00 | ** |
| BERNADEAN WALTMAN | 314 BEAGLE RD | | LEWISBURG | PA | 17837-7560 | K23880 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| BERNADETTE CHORTOS | 3831 HERITAGE PKWY | | DEARBORN | MI | 48124-4400 | K60099 | 66.90 | * |
| BERNADETTE KOCH | 9030 PATRICKS GLEN LN | | CINCINNATI | OH | 45242-7558 | K41492 | 66.90 | * |
| BERNADETTE M GORDON | W246N6601 PEWAUKEE RD | | SUSSEX | WI | 53089-2646 | K10865 | 66.90 | * |
| BERNADETTE PONGE | 474 CALVERTON PL | | BRUNSWICK | OH | 44212-1820 | K44133 | 66.90 | * |
| BERNADETTE SHARKEY | 172 ELDERBERRY RD | | MINEOLA | NY | 11501-1801 | K36932 | 66.90 | * |
| BERNADETTE STANDOWSKI | 54 FOX GLOVE RUN | | TOMS RIVER | NJ | 08755-3219 | K36899 | 66.90 | * |
| BERNADETTE TRZECIESKI | 141 PENHURST RD | | ROCHESTER | NY | 14610-2748 | K37100 | 66.90 | * |
| BERNADETTE VANMIDDLESWORTH | 8163 UPPER BAY LN | | INDIANAPOLIS | IN | 46236-9787 | K51052 | 66.90 | * |
| BERNADETTE WASSERMAN | 8240 DEEPWOOD BLVD UNIT 8 | | MENTOR | OH | 44060-7746 | K44172 | 66.90 | * |
| BERNADINE FIEBER | 5412 W OVERLOOK CIR | | WEST BEND | WI | 53095-8324 | K47763 | 66.90 | * |
| BERNARD [BERNE] POMORSKI | 10832 N 41ST DR | | PHOENIX | AZ | 85029-3906 | K60551 | 66.90 | * |
| BERNARD [BERNIE] FINE | 6895 WILLOW WOOD DR APT 1063 | | BOCA RATON | FL | 33434-3555 | K57988 | 66.90 | * |
| BERNARD [BERNIE] GOLEMBE | 20865 SUGARLOAF LN | | BOCA RATON | FL | 33428-1125 | K52675 | 66.90 | * |
| BERNARD [BUD] TOWNSEND | 101 CHADWICK FARMS DR | | FAYETTEVILLE | TN | 37334-6081 | K10249 | 66.90 | * |
| BERNARD A [BOB] GELMAN | 8319 116TH ST | | RICHMOND HILL | NY | 11418-3417 | K45935 | 66.90 | * |
| BERNARD A CARROZZA | 2428 PARK MANOR DR | | MCKEESPORT | PA | 15132-1872 | K60886 | 66.90 | * |
| BERNARD BERGMAN | 252 PARKVIEW ST | | SAINT HENRY | OH | 45883-9594 | K31522 | 66.90 | * |
| BERNARD C D'ANDREA | 174 WALNUT ST | | LIVINGSTON | NJ | 07039-5003 | K61869 | 66.90 | * |
| BERNARD CEDAR | 3005 CHAPEL AVE W APT 6N | | CHERRY HILL | NJ | 08002-3815 | K51391 | 66.90 | * |
| BERNARD DEMCOVITZ | 5 PRINCETON DR | | JACKSON | NJ | 08527-2317 | K17450 | 66.90 | * |
| BERNARD G ENKRO | 2320 CARRIAGE CT | | WISCONSIN RAP | WI | 54494-0727 | K47451 | 66.90 | * |
| BERNARD H CARAHER | PO BOX 23 | | LAKE VILLA | IL | 60046-0023 | K56434 | 66.90 | * |
| BERNARD H DREES | 8109 STATE ROUTE 66 | | FORT LORAMIE | OH | 45845-9726 | K38332 | 66.90 | * |
| BERNARD HIRSCH | 1539 TIFFANY CT | | COLUMBUS | OH | 43209-3134 | K46155 | 66.90 | * |
| BERNARD HYMAN | 2001 MARINA DR APT 706 | | QUINCY | MA | 02171-1542 | K19955 | 66.90 | * |
| BERNARD J JUREK | 17174 TOWER DR | | MACOMB | MI | 48044-5597 | K21460 | 66.90 | * |
| BERNARD M FETZER | 77 PIROGUE ST | | TOMS RIVER | NJ | 08757-4136 | K37825 | 66.90 | * |
| BERNARD P [BEN] PETERSON | 46 CAMELLIA DR | | ORMOND BEACH | FL | 32176-2402 | K53296 | 66.90 | * |
| BERNARD PINSKER | 1052 LYNDHURST DR | | PITTSBURGH | PA | 15206-4536 | K46893 | 66.90 | * |
| BERNARD POLLOCK | 6539 TEALWOOD DR | | LISLE | IL | 60532-3277 | K49069 | 66.90 | * |
| BERNARD ROURKE | 176 WOODY DR | | RICHMOND | IN | 47374-4557 | K25985 | 66.90 | * |
| BERNARD RUNGE | 407 CARNEGIE ST | | WEST MIFFLIN | PA | 15122-4101 | K61200 | 66.90 | * |
| BERNARD STAHL | 1270 NORTH AVE | | NEW ROCHELLE | NY | 10804-2601 | K10730 | 66.90 | * |
| BERNARD STEPHENS | 1914 PORTER AVE | | SUITLAND | MD | 20746-1040 | K43722 | 66.90 | * |
| BERNARD WHALEN | 791 ARTHUR ST | | WEST HEMPSTEA | NY | 11552-3211 | K53942 | 66.90 | * |
| BERNARD WILLIAMS | PO BOX 3225 | | FALL RIVER | MA | 02722-3225 | K24979 | 66.90 | * |
| BERNEACE CARNAHAN | 4617 SWEET BERRY LN | | OOLTEWAH | TN | 37363-4926 | K35400 | 66.90 | * |
| BERNHARD [BERNIE] KAROLY JR | 175 N LAKEWOOD CIR | | MAITLAND | FL | 32751-3421 | K40712 | 66.90 | * |
| BERNHARD G MCKAY | 5 CARPENTER LN | | ROCHESTER | NH | 03867-3709 | K58918 | 66.90 | * |
| BERNICE [BEA] CONKLIN | 1087 ASPEN WAY | | GRANTS PASS | OR | 97527-5781 | K30620 | 66.90 | * |
| BERNICE BATTLE | 2602 ELVA PL | | LEHIGH ACRES | FL | 33971-1426 | K41428 | 66.90 | * |
| BERNICE BERGER | 8826 STATE ROUTE 185 | | BRADFORD | OH | 45308-9788 | K33630 | 66.90 | * |
| BERNICE CASPERT | 606 FIR CT | | NORWOOD | NJ | 07648-2010 | K46865 | 66.90 | * |
| BERNICE DRISCOLL | 22320 CLASSIC CT APT 348 | | LAKE BARRINGT | IL | 60010-5919 | K60763 | 66.90 | * |
| BERNICE DURKOVIC | 221 N CHESTNUT ST | | JEFFERSON | OH | 44047-1127 | K16875 | 66.90 | * |
| BERNICE F CHITWOOD | 107 OVERHILL DR | | PAOLA | KS | 66071-1131 | K33633 | 66.90 | * |
| BERNICE FLUNKER | 985 PIKE FOREST DR | | LAWRENCEVILLE | GA | 30045-9795 | K55129 | 66.90 | * |
| BERNICE FRIEDLANDER | 17969 SE 85TH CAUSTON CT | | THE VILLAGES | FL | 32162-4809 | K40329 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BERNICE HENDRESON | 724 CHASE AVE | | JOLIET | IL | 60432-1624 | K51061 | 66.90 | * |
| BERNICE ISAAK | 848 W CARPENTER AVE | | REEDLEY | CA | 93654-3904 | K57781 | 66.90 | * |
| BERNICE J HARPER | 2600 DAHLIA ST | | PORTSMOUTH | VA | 23704-6013 | K13798 | 66.90 | * |
| BERNICE M BOGAN | 3026 EAGLE DR | | AUGUSTA | GA | 30906-3326 | K60313 | 66.90 | * |
| BERNICE M TAYLOR | 3342 GLADWYN AVE | | PENNSAUKEN | NJ | 08109-3518 | K37506 | 66.90 | * |
| BERNICE M YANDURA | 2750 CRESTWOOD DR | | MONUMENT | CO | 80132-9703 | K52772 | 66.90 | * |
| BERNICE RAEDER | W4083 COUNTY ROAD PP | | PLYMOUTH | WI | 53073-4337 | K50836 | 66.90 | * |
| BERNICE RUFF | PO BOX 347 | | MOUNT SIDNEY | VA | 24467-0347 | K59017 | 66.90 | * |
| BERNICE SCHNEIDER | 452 HILLER DR | | OAKLAND | CA | 94618-2318 | K53063 | 66.90 | * |
| BERNICE SNYDER | 5921 WINWOOD DR APT 254 | | JOHNSTON | IA | 50131-1678 | K21289 | 66.90 | * |
| BERNICE SPORLEDER | 26447 295TH LN | | MARSHALL | MO | 65340-4232 | K20237 | 66.90 | * |
| BERNICE TWIFORD | 1031 DICK AVE | | WARMINSTER | PA | 18974-2456 | K50841 | 66.90 | * |
| BERNICE V JOHNSON | 1051 KNOLLWOOD DR | | BEDFORD | VA | 24523-3232 | K23090 | 66.90 | * |
| BERNICE VAUGHN | 3403 STOCKHOLM ST | | MCKEESPORT | PA | 15132-5839 | K61004 | 66.90 | * |
| BERNICE WARD | 2566 PICKETT ST | | PLYMOUTH | WI | 53073-5007 | K50295 | 66.90 | * |
| BERNICE WRIGHT | 5402 83RD AVE SE | | SNOHOMISH | WA | 98290-5119 | K28321 | 66.90 | * |
| BERNICE ZIEBELL | 653 HAMBURG ST | | RIPON | WI | 54971-1023 | K36059 | 66.90 | * |
| BERNIE BAUER | 5 BAYARD RD APT 303 | | PITTSBURGH | PA | 15213-1903 | K40889 | 66.90 | * |
| BERNIE SCHNEIDER | 2324 FUNSTON AVE | | SAN FRANCISCO | CA | 94116-1947 | K52064 | 66.90 | * |
| BERNIECE EUBANK | 6170 SKIPPERTON RD | | MACON | GA | 31216-6136 | K45409 | 66.90 | * |
| BERNILDA WILLE | 10501 EMILIE LN UNIT 1304 | | ORLAND PARK | IL | 60467-8809 | K51046 | 66.90 | * |
| BERNITA MARQUARDT-WILDE | 3533 SWAN CIR S | | ARNOLD | MO | 63010-3997 | K47482 | 66.90 | * |
| BERT J JOLING | 5418 NATURE RD | | RHINELANDER | WI | 54501-9301 | K47192 | 66.90 | * |
| BERT L FLAMM | PO BOX 85 | | SAINT ANTHONY | ID | 83445-0085 | K51405 | 66.90 | * |
| BERT R TOMON | 4772 PEARL RD | | CLEVELAND | OH | 44109-5152 | K50773 | 66.90 | * |
| BERT VAN ESSEN | 202 E DIVISION ST | | GETTYSBURG | SD | 57442-1713 | K60178 | 66.90 | * |
| BERTA D WALKER | 1153 S CENTRAL AVE | | LIMA | OH | 45804-2029 | K44290 | 66.90 | * |
| BERTHA ANN MANNING | 1133 HORNE AVE | | PORTSMOUTH | VA | 23701-3753 | K14795 | 66.90 | * |
| BERTHA BOOKER | 330 OSAGE RD | | PETERSBURG | VA | 23803-6218 | K13352 | 66.90 | * |
| BERTHA DEAN | 6225 DELLA CT | | JACKSONVILLE | FL | 32209-1503 | K41652 | 66.90 | * |
| BERTHA DIETRICH | 1392 MILTON GROVE RD | | MOUNT JOY | PA | 17552-8563 | K57589 | 66.90 | * |
| BERTHA FIEDLER | 717 1ST ST NE | | SAINT CLOUD | MN | 56304-0501 | K26464 | 66.90 | * |
| BERTHA JASIENSKI | 305 W GARFIELD ST UNIT 103 | | OSCEOLA | IA | 50213-1092 | K49305 | 66.90 | * |
| BERTHA KELLEY | 715 1ST ST N | | COLD SPRING | MN | 56320-1401 | K19434 | 66.90 | * |
| BERTHA LASSITER | 200 SWARTMORE DR | | HAMPTON | VA | 23666-1635 | K42337 | 66.90 | * |
| BERTHA M BOLDEN | 1239 TURTLE CREEK DR N | | JACKSONVILLE | FL | 32218-3658 | K43904 | 66.90 | * |
| BERTHA STUART | 2485 SW HIDEAWAY LN | | STUART | FL | 34994-4810 | K27679 | 66.90 | * |
| BERTHA V BENNETT | 4240 DARROW RD | | STOW | OH | 44224-2630 | K61456 | 66.90 | * |
| BERTHE KEITH | 30 SEA VISTA DR | | PALM COAST | FL | 32137-2502 | K57154 | 66.90 | * |
| BERTIE HURT | 2600 STEWARTS FERRY PIKE | | HERMITAGE | TN | 37076-3855 | K35691 | 66.90 | * |
| BERTRAM T BALLARD | 9316 NAVAHO DR | | BRENTWOOD | TN | 37027-7467 | K18982 | 66.90 | * |
| BERTRAND ROBINSON | 3771 NANSEMOND CIR | | NORFOLK | VA | 23513-5313 | K12810 | 66.90 | * |
| BERWIN BERGMAN | 409 SABIN ST | | KALAMAZOO | MI | 49006-4256 | K17257 | 66.90 | * |
| BERYL RAFF | 6422 ABERDEEN AVE | | DALLAS | TX | 75230-5106 | K38086 | 66.90 | * |
| BERYL ROBERTS | 812 E 16TH ST N | | NEWTON | IA | 50208-2422 | K17976 | 66.90 | * |
| BESS MILLER | 1205 MEADOW RIDGE DR | | DENTON | TX | 76201-0759 | K25261 | 66.90 | * |
| BESSIE GREENE | 5520 WAINWRIGHT DR | | FORT WORTH | TX | 76112-7658 | V99372 | 66.90 | * |
| BESSIE JEAN TILLEY | 2737 YOUNGDALE DR | | LAS VEGAS | NV | 89134-7864 | K18560 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BESSIE M HOMMER | 3551 DAY AVE | | MIAMI | FL | 33133-4944 | K44838 | 66.90 | * |
| BESSIE SHIROMA | 24410 CRENSHAW BLVD | | TORRANCE | CA | 90505-5332 | K55365 | 66.90 | * |
| BESSIE VAUGHN | 9869 E WHEATON CIR | | NEW ORLEANS | LA | 70127-2237 | K54847 | 66.90 | * |
| BETH A ALLEN | 1680 HOLT RD | | WILLIAMSTON | MI | 48895-9786 | K40100 | 66.90 | * |
| BETH ALMON LUSCH | 2709 GOLDEN RAIN RD APT 16 | | WALNUT CREEK | CA | 94595-1963 | K57446 | 66.90 | * |
| BETH BELCHER | 3804 PINESTONE CT | | CONNEAUT | OH | 44030-3180 | K16403 | 66.90 | * |
| BETH BORDEN | 2112 38TH ST | | DES MOINES | IA | 50310-4521 | K21165 | 66.90 | * |
| BETH BREEDING | 1704 TEALWOOD LN | | CORINTH | TX | 76210-3068 | K28722 | 66.90 | * |
| BETH DAVIS | PO BOX 128 | | DANSVILLE | MI | 48819-0128 | K40323 | 66.90 | * |
| BETH DAVIS | 8007 LANGDON LN | | HOUSTON | TX | 77036-6817 | K55162 | 66.90 | * |
| BETH DAWSON PMP | 9772 W 101ST TER | | OVERLAND PARK | KS | 66212-5428 | K30545 | 66.90 | * |
| BETH DORFMAN | 8 FRANKLIN PL | | ACTON | MA | 01720-3954 | K14948 | 66.90 | * |
| BETH ELOE-REEP | 1970 BELMONT AVE | | IDAHO FALLS | ID | 83404-6452 | K16522 | 66.90 | * |
| BETH HATHY | 1300 N RIVER RD | | VENICE | FL | 34293-4700 | K16204 | 66.90 | * |
| BETH IMHOFF | 16 ISLAND POND RD | | GROTON | MA | 01450-1527 | K12409 | 66.90 | * |
| BETH JONES | 1546 STEVENS CREEK DR | | NORTH AUGUSTA | SC | 29860-7628 | K25320 | 66.90 | * |
| BETH KULESZA | 7 STEM BROOK RD | | MONTVALE | NJ | 07645-1231 | K30715 | 66.90 | * |
| BETH LLOYD | 737 ASCOT CT | | HOFFMAN ESTAT | IL | 60169-2769 | K56297 | 66.90 | * |
| BETH MBUKA | 1009 CORNERSTONE PL | | NORTH LAS VEG | NV | 89031-1826 | K54949 | 66.90 | * |
| BETH MCCOY | 14 ARNOLD RD | | FRAMINGHAM | MA | 01701-2502 | K25462 | 66.90 | * |
| BETH SCHMIED | 320 DOWINGTON LN | | CARY | NC | 27519-6384 | K53884 | 66.90 | * |
| BETH SUFFIELD | 376 COPLEY DR | | LANCASTER | PA | 17601-2976 | K28261 | 66.90 | * |
| BETH TREMPER | 5601 ROLLING RD | | SPRINGFIELD | VA | 22151-1112 | K18405 | 66.90 | * |
| BETH WALDRIP | PO BOX 751 | | CALDWELL | TX | 77836-0751 | K41910 | 66.90 | * |
| BETH WILSON | 2720 DALE ST N APT 104 | | ROSEVILLE | MN | 55113-2385 | K34874 | 66.90 | * |
| BETH WINSEMANN | 1228 POWERS ST | | NEW HAVEN | IN | 46774-1222 | K53067 | 66.90 | * |
| BETHA JACKS | 12822 SE 245TH ST | | KENT | WA | 98030-5054 | K32524 | 66.90 | * |
| BETHANY BADER | 4414 COOK RD | | SWARTZ CREEK | MI | 48473-9105 | K56639 | 66.90 | * |
| BETHANY HILL | 374 EDGELAKE DR | | KINGSTON | TN | 37763-6527 | K49046 | 66.90 | * |
| BETSY AMADOR | 1010 E AVENUE G | | LAMPASAS | TX | 76550-2005 | K19820 | 66.90 | * |
| BETSY BERNHARD | 4092 STAGECOACH RD | | MORRISVILLE | VT | 05661-8888 | K38892 | 66.90 | * |
| BETSY DARRAH | 826 37TH AVE | | SEATTLE | WA | 98122-5225 | K48675 | 66.90 | * |
| BETSY HORN | 2905 SHADOW RD | | GRAND FORKS | ND | 58201-8229 | K33314 | 66.90 | * |
| BETSY MILLER-WELCH | 1215 RICE AVE | | LIMA | OH | 45805-1944 | K45408 | 66.90 | * |
| BETSY NEWBURG | 7744 E SORREL WOOD CT | | SCOTTSDALE | AZ | 85258-3483 | K32193 | 66.90 | * |
| BETSY PEARSON | 4621 S 47TH ST | | LINCOLN | NE | 68516-1137 | K16971 | 66.90 | * |
| BETSY POHLE | 2841 LA MANCHA CT | | PUNTA GORDA | FL | 33950-6361 | K21231 | 66.90 | * |
| BETSY RUDDY PHD | 35 HARRIET DR | | PRINCETON | NJ | 08540-3934 | K38811 | 66.90 | * |
| BETSY TRAIN | 344 CLUB VIEW DR | | GREAT FALLS | VA | 22066-3806 | K37676 | 66.90 | * |
| BETSY ZAGLIN | 112 MONROE DR | | PIEDMONT | SC | 29673-9700 | K60365 | 66.90 | * |
| BETTE BELL | 34675 195TH ST | | EASTON | KS | 66020-7314 | K35890 | 66.90 | * |
| BETTE BROWN | 8009 W SHAW BUTTE DR | | PEORIA | AZ | 85345-4202 | K58168 | 66.90 | * |
| BETTE GALLEGLY | 9835 COLONY GROVE LN | | VILLA PARK | CA | 92861-1225 | K29483 | 66.90 | * |
| BETTE JONES | 621 N MAIN ST | | UTICA | OH | 43080-9449 | K50947 | 66.90 | * |
| BETTE KNAPP | 301 OAK ST | | LOHRVILLE | IA | 51453-1048 | K22363 | 66.90 | * |
| BETTE KUNKLE | 2432 BLUE RIDGE TER | | INDEPENDENCE | MO | 64052-1548 | K56306 | 66.90 | * |
| BETTIE CURTIS | 12405 CALHOUN RD | | OMAHA | NE | 68152-1119 | K52382 | 66.90 | * |
| BETTIE LAMB | 3 ELEANOR CT S | | PORTSMOUTH | VA | 23701-3631 | K13452 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BETTIE LOU POWELL | 107 E 10TH ST | | TRENTON | TN | 38382-3117 | K30600 | 66.90 | * |
| BETTIE WHALEY | 7100 S CURTICE ST | | LITTLETON | CO | 80120-3524 | K55780 | 66.90 | * |
| BETTIJANE ROBINSON | 306 ELM ST | | WALPOLE | MA | 02081-1936 | K13967 | 66.90 | * |
| BETTY [CASEY] LYTLE | 833 1/2 G ST | | SALIDA | CO | 81201-2427 | K17208 | 66.90 | * |
| BETTY [DEAN] ANDERSON | 1665 MAGNOLIA AVE | | SAN BERNARDIN | CA | 92411-1674 | K10298 | 66.90 | * |
| BETTY [ELIZABETH] PUTNAM-HENNES | 2537 15TH ST N | | SAINT CLOUD | MN | 56303-1615 | K29905 | 66.90 | * |
| BETTY A CARTER | PO BOX 308 | | CHATSWORTH | NJ | 08019-0308 | K49407 | 66.90 | * |
| BETTY A OLESEN | 3111 N 100 E | | NORTH OGDEN | UT | 84414-1507 | K51669 | 66.90 | * |
| BETTY A SOPER | PO BOX 791 | | DEVILS LAKE | ND | 58301-0791 | K31652 | 66.90 | * |
| BETTY ADAMS | 4608 SW 3RD ST | | DES MOINES | IA | 50315-4042 | K23425 | 66.90 | * |
| BETTY ADEN | 851 S 24TH ST | | FORT DODGE | IA | 50501-5423 | K56233 | 66.90 | * |
| BETTY ALEXANDER | 25850 S 652 LOOP | | GROVE | OK | 74344-6166 | K18288 | 66.90 | * |
| BETTY ANN ARSENEAU | 11814 UNDERCLIFF ST NW | | COON RAPIDS | MN | 55433-2659 | K25935 | 66.90 | * |
| BETTY ANN WALKER | 3514 LANGTRY DR | | AMARILLO | TX | 79109-3924 | K28816 | 66.90 | * |
| BETTY ARCAND | 77 PENDELTON DR | | EAST HARTFORD | CT | 06118-2826 | K53137 | 66.90 | * |
| BETTY BAHLKE | 671 LAKESIDE CIR APT 506 | | POMPANO BEACH | FL | 33060-3715 | K62281 | 66.90 | * |
| BETTY BAKER | 505 RAILROAD ST | | BROOKINGS | OR | 97415-9043 | K34339 | 66.90 | * |
| BETTY BAKER | 3438 HARVEST AVE | | INDIANAPOLIS | IN | 46226-6457 | K38257 | 66.90 | * |
| BETTY BAUMER | 40 MAPLEWOOD DR APT 3 | | LEWISBURG | PA | 17837-6206 | K15790 | 66.90 | * |
| BETTY BECK | W9935 ROSE ELD RD | | ROSENDALE | WI | 54974-9603 | K55410 | 66.90 | * |
| BETTY BELL | 8515 CARMIL DR | | FERN CREEK | KY | 40291-2956 | K33279 | 66.90 | * |
| BETTY BELLOWS | 1438 CAMBRIA DR | | DEKALB | IL | 60115-1000 | K47854 | 66.90 | * |
| BETTY BISHOP | 3176 SC HIGHWAY 395 | | NEWBERRY | SC | 29108-6958 | K31108 | 66.90 | * |
| BETTY BLAKELY | PO BOX 120 | | NASHVILLE | MI | 49073-0120 | K43479 | 66.90 | * |
| BETTY BOLSENGA | 1811 SENECA ST | | LEAVENWORTH | KS | 66048-1619 | K32981 | 66.90 | * |
| BETTY BOYD | 4208 DUNBAR PL | | ROCKFORD | IL | 61114-6117 | K44330 | 66.90 | * |
| BETTY BROOKING | 2213 W DRIFTWOOD AVE | | FLORENCE | SC | 29501-4005 | K20897 | 66.90 | * |
| BETTY BROWN | 2309 HARDWICK RD | | AUGUSTA | GA | 30906-3123 | K60937 | 66.90 | * |
| BETTY BRUCE TICKLE | 38 SEDGEWICK AVE | | BLUFFTON | SC | 29910-7836 | K27242 | 66.90 | * |
| BETTY BYRD | 119 RILEY AVE | | LOCKPORT | IL | 60441-5110 | K50690 | 66.90 | * |
| BETTY C HENDRIX | 140 PINE RIDGE DR | | WHISPERING PI | NC | 28327-9484 | K28413 | 66.90 | * |
| BETTY C JACKSON | 424 CLAY ST | | KENNER | LA | 70062-7608 | K57607 | 66.90 | * |
| BETTY CAMMET | 317 E MICHIGAN AVE | | SALINE | MI | 48176-1545 | V98821 | 66.90 | * |
| BETTY CARLSON | 2375 KILLIAN RD | | AKRON | OH | 44312-4969 | K55822 | 66.90 | * |
| BETTY CAROL BARLYN | 2163 ORCHARD PARK DR | | SCHENECTADY | NY | 12309-2218 | K41945 | 66.90 | * |
| BETTY CARR | 4170 HANCOCK DR | | HOLT | MI | 48842-1740 | K42035 | 66.90 | * |
| BETTY CHIDISTER | 16867 LANDING LN | | SPRING LAKE | MI | 49456-1367 | K38041 | 66.90 | * |
| BETTY CLANCY | 25 NEW CASTLE RD | | ASHLAND | MA | 01721-2248 | K14644 | 66.90 | * |
| BETTY COPLEY | 60 AZALEA DR | | DEBARY | FL | 32713-2864 | K51170 | 66.90 | * |
| BETTY CORDT | 1000 S 17TH TER | | LEAVENWORTH | KS | 66048-5441 | K33129 | 66.90 | * |
| BETTY COX | 9613 ASBURY CT | | HENRICO | VA | 23229-5304 | K23330 | 66.90 | * |
| BETTY CROCKER | 1917 DILWORTH RD E | | CHARLOTTE | NC | 28203-5723 | K30314 | 66.90 | * |
| BETTY CRUZE | 3129 BELFAST RD | | ARGYLE | IA | 52619-9633 | K16048 | 66.90 | * |
| BETTY E SNYDER | PO BOX 474 | | MERCER | WI | 54547-0474 | K56360 | 66.90 | * |
| BETTY ELAINE SMITH | 2865 LILLEY COVE DR | | CHESAPEAKE | VA | 23321-4136 | K12801 | 66.90 | * |
| BETTY ENGEL | 3703 SW 313TH ST | | FEDERAL WAY | WA | 98023-4010 | K36163 | 66.90 | * |
| BETTY FAYE MCMILLION | PO BOX 855 | | STRATFORD | TX | 79084-0855 | K31755 | 66.90 | * |
| BETTY FERG | 66 LINDSEY DR | | CHARLES TOWN | WV | 25414-5176 | K61013 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BETTY FLACK | 415 S HARRISON ST | | OLATHE | KS | 66061-4412 | K36709 | 66.90 | * |
| BETTY FOXX | 726 E SEMINARY ST | | GREENCASTLE | IN | 46135-1820 | K46938 | 66.90 | * |
| BETTY FREDERICK | 4343 WOODSTOCK DR APT D | | WEST PALM BEA | FL | 33409-2601 | K40090 | 66.90 | * |
| BETTY FROVARP | 28 JUNIPER AVE | | LOS LUNAS | NM | 87031-7018 | K32815 | 66.90 | * |
| BETTY FRY | 10 KOENIG CT | | FAIR LAWN | NJ | 07410-2742 | K17342 | 66.90 | * |
| BETTY G ARMBRUSTER | 300 S CLINTON ST APT 11C | | DENVER | CO | 80247-1272 | K56709 | 66.90 | * |
| BETTY G CHRISTIAN | 449805 E 952 RD | | VIAN | OK | 74962-5099 | K34117 | 66.90 | * |
| BETTY GERLACH | 700 7TH ST W | | HASTINGS | MN | 55033-1720 | K18414 | 66.90 | * |
| BETTY GIAMARESE | 900 MICOLE DR | | BELVIDERE | IL | 61008-8231 | K54452 | 66.90 | * |
| BETTY GOODWIN | 526 W BOILING SPRINGS RD | | PORTLAND | TN | 37148-5358 | K36449 | 66.90 | * |
| BETTY GRAVES | 461 ELLIS WAY | | GALLATIN | TN | 37066-4696 | K29546 | 66.90 | * |
| BETTY GREIWE | 8342 BUDDIE DR | | HAZELWOOD | MO | 63042-3006 | K38144 | 66.90 | * |
| BETTY HALLE | 20827 N DESERT GLEN DR | | SUN CITY WEST | AZ | 85375-5563 | K58860 | 66.90 | * |
| BETTY HALVERSON | PO BOX 70506 | | SPRINGFIELD | OR | 97475-0126 | K21371 | 66.90 | * |
| BETTY HAMILTON | 1405 HADLEIGH PL | | LOUISVILLE | KY | 40222-5652 | K29843 | 66.90 | * |
| BETTY HAMMOND | 212 JOHNSON DR | | WILLIAMSPORT | PA | 17702-8604 | K15705 | 66.90 | * |
| BETTY HARMLESS | 2016 FAIRWAY DR | | GREENCASTLE | IN | 46135-9211 | K45411 | 66.90 | * |
| BETTY HARTLEY | 4233 SHEFFIELD MONROE RD | | KINGSVILLE | OH | 44048-7725 | K16135 | 66.90 | * |
| BETTY HAZLEWOOD | 510 HEROD DR | | WINONA | MS | 38967-1510 | K38076 | 66.90 | * |
| BETTY HODGE | 6730 SMITHFIELD ST | | MCKEESPORT | PA | 15135-1014 | K61625 | 66.90 | * |
| BETTY HOESLY | 5490 STATE HIGHWAY 13/34 | | RUDOLPH | WI | 54475-9598 | K53263 | 66.90 | * |
| BETTY HOOD | 201 S GREENFIELD RD LOT 203 | | MESA | AZ | 85206-1228 | K20707 | 66.90 | * |
| BETTY HOWARD | 2230 COLLEGE CIR S | | JACKSONVILLE | FL | 32209-5924 | K42254 | 66.90 | * |
| BETTY HUNERYAGER | 6751 OSBORNE AVE | | HAMMOND | IN | 46323-1404 | K27204 | 66.90 | * |
| BETTY I DARLINGTON | 4210 DALLAS AVE | | HOLT | MI | 48842-1738 | K40283 | 66.90 | * |
| BETTY I GALLOWAY | 1404 W 15TH AVE | | HUTCHINSON | KS | 67501-1265 | K49057 | 66.90 | * |
| BETTY IRVIN | 6110 QUINLIN CT | | AMARILLO | TX | 79118-8322 | K29868 | 66.90 | * |
| BETTY J BECKERS | 909 CREEKVIEW DR | | MESQUITE | TX | 75181-2337 | K59422 | 66.90 | * |
| BETTY J BOWERS | 8505 WOODFIELD CROSSING BLVD | | INDIANAPOLIS | IN | 46240-7325 | K44420 | 66.90 | * |
| BETTY J BYRD | 1926 SPRINGDALE LN | | ENCINITAS | CA | 92024-4244 | K53735 | 66.90 | * |
| BETTY J COLLOTON | 9055 N GOLDENDALE DR | | MILWAUKEE | WI | 53223-2249 | K43468 | 66.90 | * |
| BETTY J ESTES | 1146 AVOCET LN | | KNOXVILLE | TN | 37922-9304 | K13014 | 66.90 | * |
| BETTY J HOLE | 111 HIAWATHA CT | | VERSAILLES | OH | 45380-9405 | K32281 | 66.90 | * |
| BETTY J MARQUEZ | 200 OTSEGO ST. | | STORM LAKE | IA | 50588-7506 | K20796 | 66.90 | * |
| BETTY J MURPHY | 1312 S T ST | | RICHMOND | IN | 47374-7357 | K23991 | 66.90 | * |
| BETTY J PFLEGER | W5815 WOODLAND RD | | PLYMOUTH | WI | 53073-3345 | K48734 | 66.90 | * |
| BETTY J SMITH | 8653 E 97TH TER | | KANSAS CITY | MO | 64134-1835 | K44471 | 66.90 | * |
| BETTY J TUTT | 2504 LARCHMONT CT | | AUGUSTA | GA | 30909-6567 | K59725 | 66.90 | * |
| BETTY J WEST | 1205 SOUTHWOOD DR | | HUNTSVILLE | TX | 77340-2475 | K18607 | 66.90 | * |
| BETTY JANE KEIL | 4421 GLADDING CT | | MIDLAND | MI | 48640-3383 | K29844 | 66.90 | * |
| BETTY JANE MAHONEY | 5200 N KNOXVILLE AVE APT 205 | | PEORIA | IL | 61614-5055 | K47050 | 66.90 | * |
| BETTY JANE MERTZ | 895 LIBERTY VALLEY RD | | DANVILLE | PA | 17821-6910 | K18608 | 66.90 | * |
| BETTY JANE MRAZ | 6923 SEDAN AVE | | WEST HILLS | CA | 91307-2508 | K60477 | 66.90 | * |
| BETTY JANE NIKIAS | 7969 CHERRYWOOD CT | | CINCINNATI | OH | 45224-1113 | K43843 | 66.90 | * |
| BETTY JANE O'DONNELL | 343 LINDSEY ST | | ATTLEBORO | MA | 02703-1119 | K28009 | 66.90 | * |
| BETTY JANE ZIEGELMAN | 196 ANNADALE RD | | STATEN ISLAND | NY | 10312-1506 | K50344 | 66.90 | * |
| BETTY JASON | 3301 DEXTER TRL | | STOCKBRIDGE | MI | 49285-9706 | K49575 | 66.90 | * |
| BETTY JAYNE WHITE | 16633 GOLDEN ROD LN | | MORRISON | CO | 80465-2164 | K18229 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| BETTY JEAN BROCKMAN | 1520 WOODBINE ST | | WISCONSIN RAP | WI | 54495-4072 | K51492 | 66.90 | * |
| BETTY JEAN DRAWDY | 2221 CENTRAL AVE | | AUGUSTA | GA | 30904-4437 | K26429 | 66.90 | * |
| BETTY JEAN DREW | 23116 N 145TH LN | | SUN CITY WEST | AZ | 85375-2769 | K53679 | 66.90 | * |
| BETTY JEAN HANEY | 2455 N WOODLAWN BLVD APT 304 | | WICHITA | KS | 67220-3953 | K53952 | 66.90 | * |
| BETTY JEAN SHELLEY | 5971 NE 22ND WAY | | FORT LAUDERDA | FL | 33308-2622 | K34019 | 66.90 | * |
| BETTY JEANNE CALLENBERGER | 270 RIDGECREST CIR APT 301 | | LEWISBURG | PA | 17837-6349 | K15945 | 66.90 | * |
| BETTY JEANNE HEALEY | 201 E WASHINGTON ST | | LODA | IL | 60948-8105 | K58116 | 66.90 | * |
| BETTY JO DOEBLER | 4815 NOTTINGHAMSHIRE DR | | LOUISVILLE | KY | 40299-1055 | K35336 | 66.90 | * |
| BETTY JO SHAFFER | 3950 ZONETON RD | | SHEPHERDSVILL | KY | 40165-9684 | K34094 | 66.90 | * |
| BETTY JO TAYLOR | 531 BRIARHILL RD | | LEBANON | TN | 37087-8201 | K37889 | 66.90 | * |
| BETTY JOHNSON | 1111 JAMAICA RD E | | JACKSONVILLE | FL | 32216-3258 | K36916 | 66.90 | * |
| BETTY JONES | 100 PURPLE SAGE DR | | GEORGETOWN | TX | 78633-4853 | K32286 | 66.90 | * |
| BETTY KAVANAGH | 12196 WENDY DR | | PARMA | OH | 44130-5830 | K60337 | 66.90 | * |
| BETTY KINNEY | 1401 W HOLMES RD APT 318 | | LANSING | MI | 48910-0303 | K42633 | 66.90 | * |
| BETTY KLEIN | 1816 RED FOX RD | | SAINT CLOUD | MN | 56301-4900 | K25419 | 66.90 | * |
| BETTY KOCH | 413 GREENBRIER DR | | SILVER SPRING | MD | 20910-4227 | K21878 | 66.90 | * |
| BETTY KOSKI | 109 FERSON DR NE | | STEWARTVILLE | MN | 55976-1669 | K18997 | 66.90 | * |
| BETTY L CALL | 2217 OLD BLACKTOP RD | | MC EWEN | TN | 37101-5538 | K58182 | 66.90 | * |
| BETTY L DAVIS | 17905 WENDY SUE AVE | | HUDSON | FL | 34667-5918 | K25796 | 66.90 | * |
| BETTY L FREY-SINGLETON | 70 SNYDER LN TRLR 7 | | EPHRATA | PA | 17522-9124 | K35702 | 66.90 | * |
| BETTY L GREEN | 3330 E 25TH ST APT L05 | | DES MOINES | IA | 50317-3660 | K30048 | 66.90 | * |
| BETTY L JOHNSON | 2101 OSCEOLA ST | | DENVER | CO | 80212-1148 | K17672 | 66.90 | * |
| BETTY L LEE | 1290 SEATON LN | | COLUMBUS | OH | 43229-2651 | K42514 | 66.90 | * |
| BETTY L ROGERS | 2055 BLACKSTONE DR | | WALNUT CREEK | CA | 94598-3718 | K46578 | 66.90 | * |
| BETTY L SHARPE | 212 MAYPOP DR | | GOOSE CREEK | SC | 29445-7757 | K32681 | 66.90 | * |
| BETTY LAMBERT | 349 THIRD ST E | | FORT FRANCES | ON | P9A 1R1 | K21458 | 66.90 | * |
| BETTY LEE CARDEN | 108 TWIN LAKE LN | | RICHMOND | VA | 23229-8013 | K22376 | 66.90 | * |
| BETTY LEE DANNER | 195 RED MAPLE DR | | HAMPTON | GA | 30228-2892 | K39246 | 66.90 | * |
| BETTY LEE SALM | 200 THRUSH CT N | | LANCASTER | PA | 17603-2152 | K31015 | 66.90 | * |
| BETTY LEMCOOL MORSE | 1699 MONTGOMERY DR | | HARTLAND | MI | 48353-7300 | K56784 | 66.90 | * |
| BETTY LEWIS | 3022 BRISTOL CT | | KALAMAZOO | MI | 49008-2321 | K17756 | 66.90 | * |
| BETTY LINSTEAD | 13066 SYCAMORE VILLAGE DR | | NORWALK | CA | 90650-8336 | K29426 | 66.90 | * |
| BETTY LOU CARLTON | 1445 MEADOW DR | | UNION CITY | TN | 38261-8221 | K30982 | 66.90 | * |
| BETTY LOU JUTTE | 1938 PHILOTHEA RD | | FORT RECOVERY | OH | 45846-9521 | K34206 | 66.90 | * |
| BETTY LOU MCQUEEN | 1650 W GLENDALE AVE APT 3103 | | PHOENIX | AZ | 85021-5761 | K25751 | 66.90 | * |
| BETTY LOU MELANDER | 9153 YARROW ST APT 1508 | | BROOMFIELD | CO | 80021-4587 | K55405 | 66.90 | * |
| BETTY LOU MYERS | 1612 S MILAM ST | | AMARILLO | TX | 79102-2417 | K28504 | 66.90 | * |
| BETTY LOU NAKATA | 250 HOLIDAY TER APT A | | LANSING | KS | 66043-1284 | K37116 | 66.90 | * |
| BETTY LOU STRINE | 1 WILDWOOD RD | | LACONIA | NH | 03246-2972 | K29174 | 66.90 | * |
| BETTY LUDTKE | PO BOX 916 | | BENNETTSVILLE | SC | 29512-0916 | K51329 | 66.90 | * |
| BETTY M BROWN | PO BOX 76 | | MC EWENSVILLE | PA | 17749-0076 | K23370 | 66.90 | * |
| BETTY M PHILLIPS | PO BOX 96 | | LESLIE | MI | 49251-0096 | K42483 | 66.90 | * |
| BETTY M SINGLETON | 1112 N 9TH ST | | LAMESA | TX | 79331-3556 | K44085 | 66.90 | * |
| BETTY MAE KESSLER | 1636 PRAIRIE ST | | EMPORIA | KS | 66801-5887 | K29939 | 66.90 | * |
| BETTY MALINOWSKI | 540 OLD HICKORY RD | | NEW LENOX | IL | 60451-1651 | K51330 | 66.90 | * |
| BETTY MARGARET EYMANN | 1080 NEEDMORE RD | | SIDNEY | AR | 72577-9100 | K14909 | 66.90 | * |
| BETTY MARSHALL | 8137 N SUMMERFIELD LOOP | | HAYDEN | ID | 83835-8243 | K21059 | 66.90 | * |
| BETTY MASSONI | 1411 NE GRANGER AVE | | CORVALLIS | OR | 97330-9673 | K35578 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BETTY MAXWELL | 1101 HILLSIDE DR | | NEW LENOX | IL | 60451-1387 | K56594 | 66.90 | * |
| BETTY MC CLURE | 328 COUNTY ROAD 8 | | KITTS HILL | OH | 45645-8854 | K52442 | 66.90 | * |
| BETTY MCCUMBER | 5420 N HEDGEROW LN | | PEORIA | IL | 61614-4256 | K46004 | 66.90 | * |
| BETTY MCELROY | 1814 PINEWIND DR | | ALBURTIS | PA | 18011-2710 | K18873 | 66.90 | * |
| BETTY MCLEAN | 785 E CHURCH ST | | ALAMO | TN | 38001-1407 | K22911 | 66.90 | * |
| BETTY MILLER | 128 CATALPA ST | | LAKE JACKSON | TX | 77566-6004 | K61344 | 66.90 | * |
| BETTY MUNTIFERING | 1221 KILIAN BLVD SE | | SAINT CLOUD | MN | 56304-1646 | K25371 | 66.90 | * |
| BETTY MURPHY | 2110 MILLER DR | | TYLER | TX | 75701-5854 | K41792 | 66.90 | * |
| BETTY MURPHY | 515 AUTUMN LN APT B | | CEDAR FALLS | IA | 50613-8923 | K56236 | 66.90 | * |
| BETTY NELSON | 2495 S QUEBEC ST APT 20 | | DENVER | CO | 80231-6067 | K45265 | 66.90 | * |
| BETTY NEWBERRY | 2575 STORM KING AVE | | MONTROSE | CO | 81401-5491 | K17828 | 66.90 | * |
| BETTY NEWSOME | 1041 SW BLUFF DR | | FORT WHITE | FL | 32038-5081 | K50511 | 66.90 | * |
| BETTY NIEKAMP | 107 N HANOVER ST | | MINSTER | OH | 45865-1010 | K33689 | 66.90 | * |
| BETTY NOFFSINGER | 129 ORCHARD DR | | ELIDA | OH | 45807-1084 | K57242 | 66.90 | * |
| BETTY NOWALK | 600 COPPERLINE DR UNIT 208 | | CHAPEL HILL | NC | 27516-4067 | K40964 | 66.90 | * |
| BETTY P MCKENZIE | 9000 S PHILLIPS AVE | | CHICAGO | IL | 60617-3823 | K51069 | 66.90 | * |
| BETTY PANZER | 220 10TH AVE N APT 210 | | WISCONSIN RAP | WI | 54495-2574 | K48025 | 66.90 | * |
| BETTY PESI | 17838 DRY MILL RD | | LEESBURG | VA | 20175-7013 | K61333 | 66.90 | * |
| BETTY PETERSON | 2450 GARFIELD AVE | | KEOKUK | IA | 52632-2619 | K14819 | 66.90 | * |
| BETTY PFEIFER | 250 CAROLYN DR | | NEW ORLEANS | LA | 70123-3902 | K35368 | 66.90 | * |
| BETTY POOL RN | 1386 MEADOWBROOK ST | | KISSIMMEE | FL | 34744-2635 | K25129 | 66.90 | * |
| BETTY POPPY | 601 N MAIN ST LOT 31 | | FALL RIVER | WI | 53932-9568 | K49165 | 66.90 | * |
| BETTY PROFFITT | 1721 OREGON ST | | THE DALLES | OR | 97058-3382 | K44528 | 66.90 | * |
| BETTY PUCKETT | 10616 MERCER AUGLAIZE CO LIN | | SAINT MARYS | OH | 45885-9546 | K33119 | 66.90 | * |
| BETTY R KLINE | 152 ROYAL OAK DR PH 1 | | WHITE OAK | PA | 15131-2015 | K61796 | 66.90 | * |
| BETTY R ZYWCZAK | PO BOX 91 | | CASSEL | CA | 96016-0091 | K39581 | 66.90 | * |
| BETTY REED-MARTIN | 4603 DAYVIEW AVE | | DAYTON | OH | 45417-1334 | K28743 | 66.90 | * |
| BETTY REMOVCHIK | 1036 WAINWRIGHT DR | | IRWIN | PA | 15642-2228 | K61143 | 66.90 | * |
| BETTY RICHARDS | 44770 BENDING AVE | | HARRIS | MN | 55032-3833 | K21987 | 66.90 | * |
| BETTY RIEMER | 887 KAREN LN | | NEW LENOX | IL | 60451-3260 | K53024 | 66.90 | * |
| BETTY RIPBERGER | 2927 OVERLOOK DR | | FORT WAYNE | IN | 46808-1864 | K41848 | 66.90 | * |
| BETTY ROGERS | 819 HILLSIDE DR | | NORTH AUGUSTA | SC | 29841-4039 | K22124 | 66.90 | * |
| BETTY ROLFE | 2273 BASCOM WAY | | CLEARWATER | FL | 33764-4913 | K22342 | 66.90 | * |
| BETTY ROMANE | 58 ASH ST | | LEAVENWORTH | KS | 66048-5106 | K34648 | 66.90 | * |
| BETTY ROSE DORMIHAL | 1212 POCONO ST | | PITTSBURGH | PA | 15218-1112 | K46274 | 66.90 | * |
| BETTY RUSSELL | 399 THORNRIDGE DR | | LEVITTOWN | PA | 19054-2228 | K44985 | 66.90 | * |
| BETTY S ORTEZ | 620 NORTHRIDGE ST | | DENTON | TX | 76201-0829 | K26008 | 66.90 | * |
| BETTY SALISBURY | 12364 HERMOSURA ST | | NORWALK | CA | 90650-6754 | K30743 | 66.90 | * |
| BETTY SCHECKELHOFF | 203 S PEARS AVE | | LIMA | OH | 45805-2662 | K56817 | 66.90 | * |
| BETTY SCHROHE | 234 LAUREL GROVE AVE | | KENTFIELD | CA | 94904-1519 | K39854 | 66.90 | * |
| BETTY SCIANNAMBLO | 3754 HYDE PARK AVE | | CINCINNATI | OH | 45209-2322 | K31969 | 66.90 | * |
| BETTY SCOTT | 732 4TH ST | | CLARKSTON | WA | 99403-2626 | K14921 | 66.90 | * |
| BETTY SCOTT | 3201 ORCHARD DR | | SAN ANGELO | TX | 76903-2119 | K41570 | 66.90 | * |
| BETTY SHORB | 4040 DRY CREEK RD | | MEDFORD | OR | 97504-9716 | K34891 | 66.90 | * |
| BETTY SHOWELL | 4404 CENTRAL TER | | WILMINGTON | DE | 19802-1762 | K36632 | 66.90 | * |
| BETTY SIEGLIN | 18628 ERWIN ST | | TARZANA | CA | 91335-6823 | K48153 | 66.90 | * |
| BETTY STOUT | 10 TALLAPOOSA RD | | JOHNSON CITY | TN | 37604-7119 | K22049 | 66.90 | * |
| BETTY STOVER | 100 LINDELL ST | | EL DORADO | AR | 71730-5209 | K15194 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BETTY STRAND | 8800 NORWOOD DR | | LEAWOOD | KS | 66206-1626 | K33853 | 66.90 | * |
| BETTY SUE GIBBS | 2540 SW M ST | | RICHMOND | IN | 47374-7610 | K24144 | 66.90 | * |
| BETTY SUPPES | 171 E 7TH ST | | DELTA | CO | 81416-1949 | K17939 | 66.90 | * |
| BETTY SWARTZ | 1036 GREENFIELD CT | | FORT COLLINS | CO | 80524-8415 | K38506 | 66.90 | * |
| BETTY THOMAS | 8605 GENTRY LN | | LOUISVILLE | KY | 40291-3149 | K36951 | 66.90 | * |
| BETTY THOMAS | 4017 WOODLAND RD | | ANNANDALE | VA | 22003-2606 | K42473 | 66.90 | * |
| BETTY TROTTER | 5435 KENWOOD RD UNIT 1109 | | CINCINNATI | OH | 45227-1335 | K52604 | 66.90 | * |
| BETTY TUINIER | 642 SLEEPER ST | | KALAMAZOO | MI | 49048-3468 | K18676 | 66.90 | * |
| BETTY WATT | 86 CALHOUN RD | | ELIZABETH | PA | 15037-3027 | K61412 | 66.90 | * |
| BETTY WELDON | 2510 DECATUR ST | | KEOKUK | IA | 52632-2411 | K14979 | 66.90 | * |
| BETTY WHITE | 930 MONTEVIDEO DR UNIT F | | LANSING | MI | 48917-3945 | K43674 | 66.90 | * |
| BETTY WHITESIDES | 1066 N SHILOH RD | | YORK | SC | 29745-8382 | K16310 | 66.90 | * |
| BETTY WILES | 2022 S WEBB RD STE 219 | | WICHITA | KS | 67207-5620 | K48220 | 66.90 | * |
| BETTY ZIMMERMAN | PO BOX 45 | | MOUNT VERNON | OR | 97865-0045 | K20018 | 66.90 | * |
| BETTYANN BIRINGER-REHM | PO BOX 2308 | | MCKINLEYVILLE | CA | 95519-2308 | K38188 | 66.90 | * |
| BETTYE L DAVIS | PO BOX 5208 | | PORT ARTHUR | TX | 77640-0208 | K10215 | 66.90 | * |
| BETTYE SMITH | 2207 9TH LN NE | | WINTER HAVEN | FL | 33881-1718 | V99714 | 66.90 | * |
| BETTYMAE KRIENKE | 307 KIRSTI PL | | FORT FRANCES | ON | P9A 3V9 | K20541 | 66.90 | * |
| BEULAH ANN ANDERSON | 3379 MILL VISTA RD UNIT 4227 | | HIGHLANDS RAN | CO | 80129-2411 | K19348 | 66.90 | * |
| BEULAH D KLIMENT | 1735 E DEVLIN AVE | | KINGMAN | AZ | 86409-1973 | K61896 | 66.90 | * |
| BEULAH YORK | 26119 ALDINE WESTFIELD RD | | SPRING | TX | 77373-5912 | K44421 | 66.90 | * |
| BEVANNE ARNHEIN BEAN-MAYBERRY | 14745 VALLEYHEART DR | | SHERMAN OAKS | CA | 91403-1601 | K39204 | 66.90 | * |
| BEVERLEE D TABER | 2 HARRISON AVE | | NEWPORT | RI | 02840-3844 | K26155 | 66.90 | * |
| BEVERLEE EVERETT | 18 FOSTER LN | | DOWNINGTOWN | PA | 19335-3381 | K15206 | 66.90 | * |
| BEVERLEY DRAKE | 39 RECLAMO CIR | | HOT SPRINGS | AR | 71909-7315 | K24011 | 66.90 | * |
| BEVERLEY JENKINS | 1609 TATTINGER TRL | | CHESAPEAKE | VA | 23321-1884 | K18159 | 66.90 | * |
| BEVERLEY S THOMAS | 12216 ALLSPICE CT | | WOODBRIDGE | VA | 22192-1731 | K24661 | 66.90 | * |
| BEVERLEY WEIR | 101 S THISTLE LN | | MAITLAND | FL | 32751-4962 | K25642 | 66.90 | * |
| BEVERLY [BEV] COUSENS | 1815 N 20TH ST LOT A18 | | MOREHEAD CITY | NC | 28557-9238 | K38931 | 66.90 | * |
| BEVERLY A [BEV] DAVISON | 605 N 56TH AVE | | YAKIMA | WA | 98908-2311 | K19972 | 66.90 | * |
| BEVERLY A CHAMPLIN | 94 FOREST AVE | | MIDDLETOWN | RI | 02842-4622 | K25309 | 66.90 | * |
| BEVERLY A DOEHRMAN | 2424 LINCROFT DR | | FORT WAYNE | IN | 46845-1914 | K38498 | 66.90 | * |
| BEVERLY A JENKINS | 8221 TAMARACK RD | | KNOXVILLE | TN | 37919-8707 | K13926 | 66.90 | * |
| BEVERLY A LEINWEBER | 6315 E PHELPS RD | | SCOTTSDALE | AZ | 85254-1371 | K53513 | 66.90 | * |
| BEVERLY A LINDERMAN | 934 DIERKES ST | | DECATUR | IN | 46733-1180 | K35029 | 66.90 | * |
| BEVERLY A THOMPSON | 1114 CREST LN | | LANCASTER | PA | 17601-4468 | K29215 | 66.90 | * |
| BEVERLY A THOMPSON CVA | 3101 E BROAD ST | | COLUMBUS | OH | 43209-2061 | K45658 | 66.90 | * |
| BEVERLY ALTENA | 409 CENTER ST | | HULL | IA | 51239-7318 | K56889 | 66.90 | * |
| BEVERLY ANN BEBAR | 4311 BAYOU BLVD APT B21 | | PENSACOLA | FL | 32503-2625 | K54702 | 66.90 | * |
| BEVERLY AUGHEY | 911 CENTER ST | | WISCONSIN RAP | WI | 54494-8207 | K46393 | 66.90 | * |
| BEVERLY AVEY | PO BOX 126 | | GLEN HAVEN | CO | 80532-0126 | K52643 | 66.90 | * |
| BEVERLY BANDOMER | 3 TRAVIS CT | | MEDFORD | NJ | 08055-2644 | K21802 | 66.90 | * |
| BEVERLY BARNETT | 7527 NAYLOR LN | | ZEPHYRHILLS | FL | 33540-1944 | K48978 | 66.90 | * |
| BEVERLY BEAUCHAMP | 14685 BAILEY ST | | TAYLOR | MI | 48180-4552 | K59608 | 66.90 | * |
| BEVERLY BEMIS | 3361 JOSEPHINE DR | | QUINCY | IL | 62305-7618 | K45867 | 66.90 | * |
| BEVERLY BERNSTEIN | 3410 ASSOCIATED WAY BLDG IV | | OWINGS MILLS | MD | 21117-6023 | K27055 | 66.90 | * |
| BEVERLY BILLOTTI | 15 OCEAN AVE | | MASSAPEQUA | NY | 11758-7924 | K36894 | 66.90 | * |
| BEVERLY BROUGHTON | 9572 N ADAMS CHURCH RD | | BATESVILLE | IN | 47006-8608 | K39036 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BEVERLY BROWN | 717 SOUTH ST APT B | | PORTSMOUTH | VA | 23704-3447 | K13847 | 66.90 | * |
| BEVERLY BROWN | 8581 BURNS RD | | VERSAILLES | OH | 45380-9765 | K33165 | 66.90 | * |
| BEVERLY BRUNS | 545 350TH ST | | HANLONTOWN | IA | 50444-7505 | K30933 | 66.90 | * |
| BEVERLY BURNETTE | 401 HIGH ST APT 245 | | NORTHVILLE | MI | 48167-1297 | V99441 | 66.90 | * |
| BEVERLY CAWTHORNE | 317 RIO TERRA | | VENICE | FL | 34285-2952 | K57587 | 66.90 | * |
| BEVERLY CHURCHILL | 1431 GROVE AVE | | WISCONSIN RAP | WI | 54494-6467 | K48027 | 66.90 | * |
| BEVERLY CLARK | 4613 WINTER OAK WAY | | ANTELOPE | CA | 95843-5816 | K46573 | 66.90 | * |
| BEVERLY CLINGLER | 3185 N COUNTY ROAD 775 E | | COATESVILLE | IN | 46121-8823 | K44904 | 66.90 | * |
| BEVERLY COOPER CARTER | 2477 COUNTY ROAD WW | | GLENN | CA | 95943-9664 | K57443 | 66.90 | * |
| BEVERLY CULBERTSON | 4462 CEDAR ISLAND DR | | EVELETH | MN | 55734-4034 | K18516 | 66.90 | * |
| BEVERLY DAW | 4720 MAINLAND DR | | TAMARAC | FL | 33319-5850 | K47742 | 66.90 | * |
| BEVERLY DAY | W366S4346 STATE ROAD 67 | | DOUSMAN | WI | 53118-8907 | K46756 | 66.90 | * |
| BEVERLY DEMILLE | 843 STERLING DR | | FOND DU LAC | WI | 54935-6244 | K46784 | 66.90 | * |
| BEVERLY DIANNE CROSBY | 5243 SOUTHWICK CT | | MATTESON | IL | 60443-2283 | K58016 | 66.90 | * |
| BEVERLY DILLENBURG | 49 CARPENTER ST | | FOLEY | MN | 56329-8417 | K20324 | 66.90 | * |
| BEVERLY DOCKHORN | 8101 MISSION RD APT 409 | | PRAIRIE VILLA | KS | 66208-5248 | K48092 | 66.90 | * |
| BEVERLY DOLEZAL | 313 NIGHTINGALE DR | | TIFFIN | IA | 52340-9437 | K56711 | 66.90 | * |
| BEVERLY DOWNIE | 23A SHAKER RUN RD | | LEBANON | OH | 45036-2856 | K53496 | 66.90 | * |
| BEVERLY DUCIOAME | PO BOX 479 | | NORTHWOOD | ND | 58267-0479 | K19463 | 66.90 | * |
| BEVERLY DUYSEN | 402 PARK CT | | KEARNEY | MO | 64060-8933 | K21478 | 66.90 | * |
| BEVERLY EDMAN | 1216 HOSMER ST | | JOLIET | IL | 60435-4008 | K49569 | 66.90 | * |
| BEVERLY FETIG | 1546 41ST AVENUE CT | | GREELEY | CO | 80634-2758 | K19697 | 66.90 | * |
| BEVERLY FREEDLAND | 1401 NOTRE DAME DR | | DAVIS | CA | 95616-0847 | K35005 | 66.90 | * |
| BEVERLY GAHRING | PO BOX 38 | | REAMSTOWN | PA | 17567-0038 | K58157 | 66.90 | * |
| BEVERLY GEISENFELD | 7290 MINTWOOD AVE | | DAYTON | OH | 45415-1221 | K34588 | 66.90 | * |
| BEVERLY GLADWIN | 707 W 6TH ST | | PAPILLION | NE | 68046-3079 | K53467 | 66.90 | * |
| BEVERLY GRAVES | 1926 N RIDGE DR | | CORALVILLE | IA | 52241-1099 | K57150 | 66.90 | * |
| BEVERLY HAGWOOD-COY | 1600 MARHSALL CIR UNIT 346 | | DUPONT | WA | 98327-7719 | K54738 | 66.90 | * |
| BEVERLY HAND | 2815 RICHMOND RD APT 147 | | TEXARKANA | TX | 75503-2176 | K62037 | 66.90 | * |
| BEVERLY HARRINGTON | 1430 LAWNDALE ST | | OSHKOSH | WI | 54901-3110 | K60861 | 66.90 | * |
| BEVERLY HASSELL | 1913 S COLLEGE ST | | TRENTON | TN | 38382-3918 | K31151 | 66.90 | * |
| BEVERLY HAUCK | 4699 COUNTY ROAD 306 | | FULTON | MO | 65251-5431 | K54221 | 66.90 | * |
| BEVERLY HEINEMAN | 23 LA GRANGE RD | | DELMAR | NY | 12054-3712 | K52863 | 66.90 | * |
| BEVERLY HIGLEY | 2616 W PARK BLVD | | CLEVELAND | OH | 44120-1678 | K41063 | 66.90 | * |
| BEVERLY HODGE | 281 BAYVIEW DR | | CADIZ | KY | 42211-7214 | K60030 | 66.90 | * |
| BEVERLY HUDSON | 6819 PLYMOUTH AVE | | SAINT LOUIS | MO | 63130-2417 | K38302 | 66.90 | * |
| BEVERLY HUSTON | 3160 MILLVILLE SHANDON RD | | HAMILTON | OH | 45013-9221 | K39002 | 66.90 | * |
| BEVERLY J AMBROSE | 18 CEDAR ST | | MINOOKA | IL | 60447-9512 | K50658 | 66.90 | * |
| BEVERLY J BRIDGE | PO BOX 285 | | WOODBURN | IN | 46797-0285 | K38746 | 66.90 | * |
| BEVERLY J GERSON | 30 BICENTENNIAL DR | | NASHUA | NH | 03062-2471 | K10915 | 66.90 | * |
| BEVERLY J JOHNSON | PO BOX 121 | | MANSFIELD | AR | 72944-0121 | K31928 | 66.90 | * |
| BEVERLY J SENESE | 12861 ELBE ST | | FISHERS | IN | 46037-6239 | K27409 | 66.90 | * |
| BEVERLY J WRIGHT GLEITER | 3443 RILEY ST | | EAU CLAIRE | WI | 54701-2309 | K53290 | 66.90 | * |
| BEVERLY JACOBSON | PO BOX 943 | | BROOKINGS | OR | 97415-0020 | K33364 | 66.90 | * |
| BEVERLY JEAN HALL | 7461 ABINGTON WAY | | WEEKI WACHEE | FL | 34613-5124 | K51884 | 66.90 | * |
| BEVERLY JEAN SAUNDERS | 6491 HAMLET DR UNIT B | | ENGLEWOOD | FL | 34224-7539 | K45413 | 66.90 | * |
| BEVERLY JOHNSON | 8905 ERINSBROOK DR | | RALEIGH | NC | 27617-8345 | K45352 | 66.90 | * |
| BEVERLY KOHN | 1698 US HIGHWAY 63 | | TURTLE LAKE | WI | 54889-8831 | K54492 | 66.90 | * |

Legend:

\* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

\*\* = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| BEVERLY L ADKINS | 292 BAYSHORE DR | | AUBURNDALE | FL | 33823-5815 | K41430 | 66.90 | * |
| BEVERLY LALICKER | 105 OTTAWA CT | | EAST PEORIA | IL | 61611-1858 | K45363 | 66.90 | * |
| BEVERLY LAMBDIN | 1442 N 1750 W | | CLINTON | UT | 84015-8282 | K58111 | 66.90 | * |
| BEVERLY LANCE | 10891 SW 86TH AVE | | OCALA | FL | 34481-9725 | K53268 | 66.90 | * |
| BEVERLY LANGDON | 3818 E ALLINGTON ST | | LONG BEACH | CA | 90805-3906 | K29531 | 66.90 | * |
| BEVERLY LARSEN | 12806 CATALPA ST | | SOUTHGATE | MI | 48195-1208 | K58622 | 66.90 | * |
| BEVERLY LAU | 720 17TH AVE S | | WISCONSIN RAP | WI | 54495-3907 | K49985 | 66.90 | * |
| BEVERLY LEE | 11474 E INDIAN LAKE DR | | VICKSBURG | MI | 49097-9103 | K27547 | 66.90 | * |
| BEVERLY LICHTENBERG | 4860 E MAIN ST | | MESA | AZ | 85205-8014 | K15736 | 66.90 | * |
| BEVERLY LITMAN | 76 NOANETT RD | | NEEDHAM | MA | 02494-2442 | K15247 | 66.90 | * |
| BEVERLY LONG | 4266 COUNTY ROAD 111 | | RAY | MN | 56669-8044 | K19662 | 66.90 | * |
| BEVERLY LYNCH | 9730 W BENT TREE DR | | PEORIA | AZ | 85383-8736 | K32563 | 66.90 | * |
| BEVERLY M HAUG-SCHAFFTER | 3996 ZAPOTEC WAY | | LAS VEGAS | NV | 89103-2232 | K30891 | 66.90 | * |
| BEVERLY M SIEVERT | 1230 N CEDAR RD UNIT B | | NEW LENOX | IL | 60451-1272 | K49103 | 66.90 | * |
| BEVERLY MAIZLAND | 629 MATLACK AVE | | LEWISBURG | PA | 17837-1016 | K61697 | 66.90 | * |
| BEVERLY MARSHALL | 6530 ASHLAWN CT | | SPRINGFIELD | VA | 22150-1321 | K61262 | 66.90 | * |
| BEVERLY MARTIN | 32982 LAMTARRA LOOP | | MENIFEE | CA | 92584-7866 | K50970 | 66.90 | * |
| BEVERLY MILLER | 2540 ELM AVE | | MORRO BAY | CA | 93442-1531 | K61810 | 66.90 | * |
| BEVERLY MORRIS | 916 N BELGRADE RD | | SILVER SPRING | MD | 20902-3248 | K44119 | 66.90 | * |
| BEVERLY MULLEN-KIMBLE | 732 CENTER AVE | | EPHRATA | PA | 17522-2363 | K57292 | 66.90 | * |
| BEVERLY NAGURSKI | 410 5TH ST | | INTERNATIONAL | MN | 56649-2402 | K18476 | 66.90 | * |
| BEVERLY NIEDZIALKOWSKI | 4366 S 47TH ST | | GREENFIELD | WI | 53220-3613 | K47300 | 66.90 | * |
| BEVERLY ORCHARD | 303 65TH ST | | HOLMES BEACH | FL | 34217-1306 | K49999 | 66.90 | * |
| BEVERLY PEARCE | 2596 BAINBRIDGE LN | | THE VILLAGES | FL | 32162-5017 | K35639 | 66.90 | * |
| BEVERLY PERNICIARO | 3503 E LOUISIANA STATE DR | | KENNER | LA | 70065-2501 | K56803 | 66.90 | * |
| BEVERLY POET | 10389 BURMEISTER RD | | MANCHESTER | MI | 48158-9575 | V99156 | 66.90 | * |
| BEVERLY PRATT | 3511 BALSAM BLVD SE | | PORT ORCHARD | WA | 98366-1724 | K20496 | 66.90 | * |
| BEVERLY PUGH | 3320 BUNKER HILL DR | | FOREST HILL | TX | 76140-1904 | K10145 | 66.90 | * |
| BEVERLY R LANERS | 18291 SW 27TH ST | | MIRAMAR | FL | 33029-5190 | K56264 | 66.90 | * |
| BEVERLY RAUMAN | 126 WYNDSTONE DR | | ELWOOD | IL | 60421-6047 | K52893 | 66.90 | * |
| BEVERLY RHATIGAN | 9436 E BENT TREE CIR | | WICHITA | KS | 67226-1531 | K57448 | 66.90 | * |
| BEVERLY RICHARDSON | 501 E FOREST HOME ST | | ROACHDALE | IN | 46172-9168 | K44382 | 66.90 | * |
| BEVERLY ROBERTSON | 145 STONE HEDGE LN | | TRYON | NC | 28782-7679 | K22996 | 66.90 | * |
| BEVERLY S REEDER | 801 LIME ROCK DR | | ROUND ROCK | TX | 78681-5726 | K37535 | 66.90 | * |
| BEVERLY S ZAMBECK | 9054 LINCOLN ST | | TAYLOR | MI | 48180-2750 | K59022 | 66.90 | * |
| BEVERLY SARGENT | 9316 VILLA RIDGE DR | | LAS VEGAS | NV | 89134-8994 | K33586 | 66.90 | * |
| BEVERLY SHELTON | 1310 FAIRVIEW AVE | | SPENCER | IA | 51301-4838 | K13754 | 66.90 | * |
| BEVERLY SKELTON | 101 MADISON AVE | | CASCADE | WI | 53011-1355 | K47244 | 66.90 | * |
| BEVERLY SMITH | 1203 HENRY ST | | ANN ARBOR | MI | 48104-4340 | V99445 | 66.90 | * |
| BEVERLY STEVESON | PO BOX 41629 | | AUSTIN | TX | 78704-0028 | K30619 | 66.90 | * |
| BEVERLY STOERMER | 3388 BELL RD | | AUBURN | CA | 95603-9242 | K21837 | 66.90 | * |
| BEVERLY SUE BROWN | 8405 TITKOS DR APT 402 | | KISSIMMEE | FL | 34747-3309 | K29871 | 66.90 | * |
| BEVERLY SULLIVAN | 9331 3RD AVE S | | BLOOMINGTON | MN | 55420-3743 | K29906 | 66.90 | * |
| BEVERLY SWEETON | 305 WALKER LN | | LEBANON | TN | 37087-9475 | K22656 | 66.90 | * |
| BEVERLY TIFFANY | 1418 N COUNTRY CLUB DR APT 2 | | MESA | AZ | 85201-2586 | K55539 | 66.90 | * |
| BEVERLY TURNER | 5805 S COREY RD | | PERRY | MI | 48872-9342 | K42760 | 66.90 | * |
| BEVERLY VON WINCKLER | 1018 LEE ST | | EVANSTON | IL | 60202-1716 | K50055 | 66.90 | * |
| BEVERLY W [BEVWAEX] HANSON | 68105 SZNAIDER RD | | BRULE | WI | 54820-8103 | K21254 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BEVERLY WASKOM | 1238 HUNT ST | | RICHMOND | IN | 47374-2134 | K24842 | 66.90 * | |
| BEVERLY WEST | 7202 N CHARLES WAY | | PEORIA | IL | 61614-2166 | K50437 | 66.90 * | |
| BEVERLY WILLIAMS | 3808 AURORA AVE | | DES MOINES | IA | 50310-2844 | K20831 | 66.90 * | |
| BEVERLY WINGET | 233 BRYN MAWR AVE | | LIMA | OH | 45804-3205 | K45257 | 66.90 * | |
| BEVERLY WOLFF | 1508 5 1/2 AVE NE | | JAMESTOWN | ND | 58401-2632 | K52923 | 66.90 * | |
| BEVERLY WOODS | 297 COMMONWEALTH AVE APT 1 | | BOSTON | MA | 02115-2019 | K37732 | 66.90 * | |
| BEVERLY WORKMAN | 3320 EXECUTIVE DR APT 107 | | JOLIET | IL | 60431-8449 | K56450 | 66.90 * | |
| BEVERLY YVONNE SUDDITH | PO BOX 545 | | MELCHER DALLA | IA | 50163-0545 | K23221 | 66.90 * | |
| BEVERLY ZEILMAN | 954 PAINT ROCK FERRY RD | | KINGSTON | TN | 37763-5031 | K39989 | 66.90 * | |
| BILL [BILLY] TEMPLE | 2117 OAKWOOD LN | | ABILENE | TX | 79605-5753 | K41866 | 66.90 * | |
| BILL [ERVIN] RUSSELL | 9209 W 47TH ST | | SHAWNEE MISSI | KS | 66203-1201 | K34088 | 66.90 * | |
| BILL BAILEY | 814 N PARKWOOD LN | | WICHITA | KS | 67208-3638 | K47586 | 66.90 * | |
| BILL BENNER | 213 W SUMNER AVE | | PEOTONE | IL | 60468-9003 | K49444 | 66.90 * | |
| BILL BEVARD | 6631 STATE ROAD Z | | FULTON | MO | 65251-3968 | K15747 | 66.90 * | |
| BILL BISHOP | 317 LONE MAN CREEK DR | | WIMBERLEY | TX | 78676-5516 | K27219 | 66.90 * | |
| BILL BLANCHARD | 1849 SHATTUCK AVE APT 302 | | BERKELEY | CA | 94709-1865 | K57103 | 66.90 * | |
| BILL BOLDRY | 3718 W GOLF CREEK DR | | PEORIA | IL | 61615-7816 | K49948 | 66.90 * | |
| BILL BOMGAARS | 1260 CENTRAL AVE SE | | LE MARS | IA | 51031-2721 | K55720 | 66.90 * | |
| BILL BOWMAN | 410 N 13TH ST | | LAMESA | TX | 79331-3210 | K41699 | 66.90 * | |
| BILL BRANNON | 802 BEECH ST | | ATLANTA | TX | 75551-2316 | K34507 | 66.90 * | |
| BILL BREETON | PO BOX 23 | | LITTLEFORK | MN | 56653-0023 | K25110 | 66.90 * | |
| BILL BROWN | 504 ROSS ST | | FOUNTAIN CITY | IN | 47341-9422 | K29052 | 66.90 * | |
| BILL BRUINS | 17812 REGENTVIEW AVE | | BELLFLOWER | CA | 90706-7017 | K29018 | 66.90 * | |
| BILL CAUGHEY | 6121 SW HAINES ST | | PORTLAND | OR | 97219-7047 | K38434 | 66.90 * | |
| BILL CHVALA SR | 7015 S 174TH ST | | OMAHA | NE | 68136-1141 | K52706 | 66.90 * | |
| BILL CRANNICK | 1345 HARDY AVE | | ORLANDO | FL | 32803-2724 | K49668 | 66.90 * | |
| BILL CROW | 2920 PRAIRIE DU CHIEN RD NE | | IOWA CITY | IA | 52240-7818 | K60069 | 66.90 * | |
| BILL D CUPERY | W318S3830 DEPOT HILL RD | | WAUKESHA | WI | 53189-9468 | K42828 | 66.90 * | |
| BILL D LOPER | 784 POTATO PATCH DR UNIT WES | | VAIL | CO | 81657-5045 | K19334 | 66.90 * | |
| BILL D PATTERSON | 1339 WESTMONT DR APT D3 | | SPRINGFIELD | OH | 45503-5872 | K45508 | 66.90 * | |
| BILL DATSON | 11134 SYRACUSE ST | | TAYLOR | MI | 48180-4033 | K59993 | 66.90 * | |
| BILL DODSON | 622 HOLLIS ST | | KINGSPORT | TN | 37660-2332 | K50616 | 66.90 * | |
| BILL ELLERKAMP | 92 CURRIER AVE | | PETERBOROUGH | NH | 03458-1136 | K52164 | 66.90 * | |
| BILL EUTSLER | 3211 S 126TH EAST AVE | | TULSA | OK | 74146-2332 | K52768 | 66.90 * | |
| BILL EVERSON | 3737 E HOPI AVE | | MESA | AZ | 85206-3211 | K59939 | 66.90 * | |
| BILL FERRIS | 17 LINCOLN LN | | NEW PROVIDNCE | NJ | 07974-1710 | K49731 | 66.90 * | |
| BILL FLINT | 2001 DELVIN LN | | AUSTIN | TX | 78728-6809 | K45415 | 66.90 * | |
| BILL FRAKES | 1012 BELLEVUE BLVD N | | BELLEVUE | NE | 68005-4007 | K56479 | 66.90 * | |
| BILL FULTON | 7106 NW 108TH AVE | | TAMARAC | FL | 33321-1032 | K33388 | 66.90 * | |
| BILL G BLYTHE | 1123 KIOWA DR E | | GAINESVILLE | TX | 76240-9252 | K29120 | 66.90 * | |
| BILL G CARTER | 2507 BELAIRE WAY | | GRANITE SHOAL | TX | 78654-3103 | K36194 | 66.90 * | |
| BILL GARDINER | 2144 NE 22ND AVE | | PORTLAND | OR | 97212-4709 | K22812 | 66.90 * | |
| BILL GOULD | 7827 DUTCH CT | | AVON | IN | 46123-4686 | K46463 | 66.90 * | |
| BILL GRIFFIN | 3718 BUCKSKIN TRL E | | JACKSONVILLE | FL | 32277-2230 | K42386 | 66.90 * | |
| BILL H MESENBRINK | 489 PEPPER BREEZE AVE | | CALABASH | NC | 28467-2509 | K43597 | 66.90 * | |
| BILL HAINES | 1322 HACKLEY AVE | | DES MOINES | IA | 50315-4548 | K22044 | 66.90 * | |
| BILL HAISLETT | 1515 CATALINA AVE | | SEAL BEACH | CA | 90740-5706 | K31599 | 66.90 * | |
| BILL HART | 718 E 2ND ST | | DALLAS CITY | IL | 62330-1021 | K16740 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| BILL HASH | 2970 NOLAN ST | | LONGVIEW | TX | 75602-7426 | K52122 | 66.90 | * |
| BILL HICKMAN | 3828 KNOLL DR | | AMARILLO | TX | 79110-4402 | K28672 | 66.90 | * |
| BILL HOLDER | 3811 BERRYLEAF CT | | DAYTON | OH | 45424-4903 | K27299 | 66.90 | * |
| BILL HOLM | 147 SHAKER RD | | LONGMEADOW | MA | 01106-2410 | K59998 | 66.90 | * |
| BILL I BOHNETT | 451 RED CEDAR BLVD | | WILLIAMSTON | MI | 48895-9585 | K40281 | 66.90 | * |
| BILL ISGRIG | 591 MOUNTAIN LINKS DR | | HENDERSON | NV | 89012-6146 | K53240 | 66.90 | * |
| BILL JAMES | PO BOX 36 | | ROGUE RIVER | OR | 97537-0036 | K31038 | 66.90 | * |
| BILL KING | 1010 MASON DR NW | | HARTSELLE | AL | 35640-1755 | K41272 | 66.90 | * |
| BILL KIRBY | 321 OAK LN | | RICHMOND | VA | 23226-1638 | K12703 | 66.90 | * |
| BILL KNOBLAUCH | 1043 94TH LN NW | | COON RAPIDS | MN | 55433-5505 | K18716 | 66.90 | * |
| BILL L EWALD | 3975 HIGHWAY 332 | | INTERNATIONAL | MN | 56649-8908 | K17957 | 66.90 | * |
| BILL LEMASTERS | 2036 SW 220TH ST | | DOUGLASS | KS | 67039-8471 | K47546 | 66.90 | * |
| BILL LINDBLOM | 200 S 52ND ST | | WEST DES MOIN | IA | 50265-2888 | K57418 | 66.90 | * |
| BILL LINK | 1020 ARIZONA AVE | | SAINT CLOUD | FL | 34769-4043 | K29094 | 66.90 | * |
| BILL M MULLENHOUR | 1210 HICKORYWOOD LN | | LIMA | OH | 45805-3691 | K45494 | 66.90 | * |
| BILL MAKYNEN | 27164 HIGHWAY 74 | | EVERGREEN | CO | 80439-9211 | K19158 | 66.90 | * |
| BILL MARSHAL | 10888 VERSAILLES YORKSHIRE R | | VERSAILLES | OH | 45380-9443 | K33565 | 66.90 | * |
| BILL MARSHALL | 3628 GUILFORD LN | | NORMAN | OK | 73072-3033 | K33854 | 66.90 | * |
| BILL MASON | 18110 TURNBERRY DR | | ROUND HILL | VA | 20141-2556 | K39249 | 66.90 | * |
| BILL MCCULLOCH | 9008 LONA LN NE | | ALBUQUERQUE | NM | 87111-1660 | K41742 | 66.90 | * |
| BILL MILBOURN | 18838 KICKAPOO RIDGE RD | | LEAVENWORTH | KS | 66048-8470 | K34817 | 66.90 | * |
| BILL MILLER | 239 BAYSHORE DR | | CORPUS CHRIST | TX | 78412-2605 | K60905 | 66.90 | * |
| BILL MOHS | 16224 COUNTY ROAD 25 | | BRAINERD | MN | 56401-5448 | K29134 | 66.90 | * |
| BILL MORGAN SR | 7453 MILL RUN | | GERMANTOWN | TN | 38138-2006 | K50780 | 66.90 | * |
| BILL MORRISON | 11641 DORCHESTER ST APT 156 | | SOUTHGATE | MI | 48195-2853 | K60262 | 66.90 | * |
| BILL NEELSEN | 25081 RICHARD ST | | TAYLOR | MI | 48180-4520 | K58631 | 66.90 | * |
| BILL NELSON | 2739 SIX MILE RD | | MAGAZINE | AR | 72943-8655 | K48246 | 66.90 | * |
| BILL NICHOLSON | 444 MARTIN BRANCH RD | | LEICESTER | NC | 28748-6304 | K25247 | 66.90 | * |
| BILL PAIGE | 408 W 13TH AVE | | WINFIELD | KS | 67156-4205 | K57121 | 66.90 | * |
| BILL PETERS | PO BOX 264 | | BEAUMONT | CA | 92223-0264 | K28444 | 66.90 | * |
| BILL PITT | 1603 LCR 822 | | GROESBECK | TX | 76642-2290 | K27850 | 66.90 | * |
| BILL PRINTY | 21909 MARION ST | | KEOSAUQUA | IA | 52565-8290 | K16960 | 66.90 | * |
| BILL PROBUS | 120 CHARLOTTE DR | | CYNTHIANA | KY | 41031-1343 | K32648 | 66.90 | * |
| BILL R GAKING | 15415 U ST | | OMAHA | NE | 68137-2485 | K32398 | 66.90 | * |
| BILL SCANLAN | 14213 GOODMAN ST | | OVERLAND PARK | KS | 66223-3328 | K29555 | 66.90 | * |
| BILL SCHOELLER | 800 MAIN ST LOT 324 | | DUNEDIN | FL | 34698-5104 | K61531 | 66.90 | * |
| BILL SHAUL | 4541 145TH AVE SE | | BELLEVUE | WA | 98006-2477 | K17847 | 66.90 | * |
| BILL SINGER | 6012 WHITEWOOD AVE | | LAKEWOOD | CA | 90712-1241 | K29580 | 66.90 | * |
| BILL SMITH | 70 OSBORNE HILL RD | | SANDY HOOK | CT | 06482-1555 | K43400 | 66.90 | * |
| BILL STEARNS | PO BOX 416 | | PINEY POINT | MD | 20674-0416 | K19667 | 66.90 | * |
| BILL STEIGER | 16 DERBY CT | | MEDFORD | NJ | 08055-4008 | K44314 | 66.90 | * |
| BILL SUTER | 1304 TRACY LN | | IOWA CITY | IA | 52240-5830 | K59945 | 66.90 | * |
| BILL SWITTER | 23353 POWERS AVE | | DEARBORN HEIG | MI | 48125-2236 | K60248 | 66.90 | * |
| BILL TODD | 7204 N 112TH PLZ # 443 | | OMAHA | NE | 68142-1006 | K53371 | 66.90 | * |
| BILL TURNER | 39 NW 15TH ST | | RICHMOND | IN | 47374-3917 | K30007 | 66.90 | * |
| BILL WILKS | 479 COBBLESTONE DR | | INMAN | SC | 29349-7186 | K53136 | 66.90 | * |
| BILL WILSON JR | 2322 BIENVILLE DR | | MONROE | LA | 71201-2945 | K63064 | 66.90 | * |
| BILLIE ANN TURNER | 1921 SW D ST | | RICHMOND | IN | 47374-5023 | K27369 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BILLIE BALDWIN | PO BOX 475 | | CLOVERDALE | IN | 46120-0475 | K44377 | 66.90 | * |
| BILLIE CHAPYAK | 199 TATE AVE | | BUCHANAN | NY | 10511-1119 | K50917 | 66.90 | * |
| BILLIE EKDAHL | 1435 FRUITDALE DR | | GRANTS PASS | OR | 97527-4905 | K31738 | 66.90 | * |
| BILLIE FARRIS | 1 7TH ST APT 603 | | AUGUSTA | GA | 30901-1305 | K20699 | 66.90 | * |
| BILLIE J BROWN | 1405 TWICHELL AVE | | DUMAS | TX | 79029-5407 | K28405 | 66.90 | * |
| BILLIE J HESS | 9055 FAIRWAY DR | | FOLEY | AL | 36535-9301 | K22021 | 66.90 | * |
| BILLIE JEAN ARRINGTON | 123 BAILEY AVE | | DUMAS | TX | 79029-3513 | K28402 | 66.90 | * |
| BILLIE JEAN FLEMINS | 2401 VIA MARIPOSA W UNIT 2H | | LAGUNA WOODS | CA | 92637-2028 | K48052 | 66.90 | * |
| BILLIE JEAN SHAHAYDA | 106 BLUEGRASS DR | | HODGENVILLE | KY | 42748-8793 | K34821 | 66.90 | * |
| BILLIE JEAN WILLIAMS | 2510 W HIGHWAY 82 | | GAINESVILLE | TX | 76240-2056 | K32262 | 66.90 | * |
| BILLIE JO HARPER | 1542 QUAIL RUN | | SANTA ANA | CA | 92705-7508 | K47139 | 66.90 | * |
| BILLIE JO MUCHA | 1115 N WHITMAN ST | | TACOMA | WA | 98406-2146 | K37421 | 66.90 | * |
| BILLIE JO VANDIVER | 5320 PANTHER CT | | TOLAR | TX | 76476-6654 | K41571 | 66.90 | * |
| BILLIE KAY JR | 1718 MISSOURI AVE | | KEOKUK | IA | 52632-3114 | K23484 | 66.90 | * |
| BILLIE LOIS STONE | 14745 MERRILTOWN RD APT 1411 | | AUSTIN | TX | 78728-4131 | K31352 | 66.90 | * |
| BILLIE OVERHOLSER | 30591 COTTAGE GROVE LORANE R | | COTTAGE GROVE | OR | 97424-9731 | K17711 | 66.90 | * |
| BILLIE SUE LOCKE | 224 HURST DR | | OLD HICKORY | TN | 37138-2802 | K35925 | 66.90 | * |
| BILLY C TAYLOR | 1434 AUXBURY PL | | MURFREESBORO | TN | 37129-1772 | K35462 | 66.90 | * |
| BILLY CHARLES | 1460 CORYDALE DR APT 121 | | FAIRFIELD | OH | 45014-3368 | K29570 | 66.90 | * |
| BILLY DUFF | 127 HUMBOLDT GIBSON WELLS RD | | HUMBOLDT | TN | 38343-5405 | K31333 | 66.90 | * |
| BILLY DURDEN WRIGHT | PO BOX 182 | | COBBTOWN | GA | 30420-0182 | K57775 | 66.90 | * |
| BILLY F USSERY | 102 GRAYCROFT CT | | MADISON | TN | 37115-2507 | K35313 | 66.90 | * |
| BILLY G CALVERT | 3004 N TRINITY RD | | DENTON | TX | 76208-1812 | K25414 | 66.90 | * |
| BILLY G THOMPSON | 364 GRANT AVE | | JOLIET | IL | 60433-1924 | K51333 | 66.90 | * |
| BILLY HAIGLER | 13030 WARWICK BLVD APT 22 | | NEWPORT NEWS | VA | 23602-8377 | K36229 | 66.90 | * |
| BILLY HOLCOMBE | 1205 DELMAR ST | | MIDLAND | TX | 79703-4829 | K47718 | 66.90 | * |
| BILLY JOE ARNOLD | 159 S 47TH ST | | RICHMOND | IN | 47374-6008 | K27918 | 66.90 | * |
| BILLY JOE WILLIS | 801 CANTON PASS | | MADISON | TN | 37115-5413 | K35599 | 66.90 | * |
| BILLY KILBORN | 400 PLUMTREE LN | | GRANTS PASS | OR | 97526-7247 | K35714 | 66.90 | * |
| BILLY MCCREIGHT THORNTON | PO BOX 8085 | | COLUMBIA | SC | 29202-8085 | K50806 | 66.90 | * |
| BILLY NELSON | 17700 HIGHWAY 77 | | HUNTINGDON | TN | 38344-5732 | K30433 | 66.90 | * |
| BILLY O MOODY | 2529 EATON RD | | WILMINGTON | DE | 19810-3556 | K36564 | 66.90 | * |
| BILLY R GROSS | 1406 DONELSON AVE | | OLD HICKORY | TN | 37138-3222 | K36185 | 66.90 | * |
| BILLY R MAYO | 1956 BURBANK DR | | DAYTON | OH | 45406-4410 | K45214 | 66.90 | * |
| BILLY RAY BEASLEY | 108 BILMONT DR | | IRMO | SC | 29063-8364 | K32571 | 66.90 | * |
| BILLY RAY BROWN | 41 CARLISLE ST | | NEWNAN | GA | 30263-2290 | V99618 | 66.90 | * |
| BILLY W DAVIS | 21105 CARDINAL POND TER APT | | ASHBURN | VA | 20147-6154 | K56575 | 66.90 | * |
| BILLY W WARNER | 126 RAY AVE | | OLD HICKORY | TN | 37138-2631 | K35355 | 66.90 | * |
| BIRDIE BAKER | 5820 DENISE DR | | HALTOM CITY | TX | 76148-3717 | K51112 | 66.90 | * |
| BIRDIE BRAZIL | 4564 WALKER LN | | SHASTA LAKE | CA | 96019-9617 | K29700 | 66.90 | * |
| BIRDIE CROSS | 2548 WINDBREAK LN | | LANSING | MI | 48910-1926 | K40053 | 66.90 | * |
| BIRDIE V MITCHELL | 42341 RIDGE VIEW DR | | LANCASTER | CA | 93536-7383 | K40803 | 66.90 | * |
| BIRKET ANDERSON | 9705 PLEASANT AVE S APT 1J | | BLOOMINGTON | MN | 55420-4339 | K18291 | 66.90 | * |
| BIRNIE S WALLACE | 13031 GRANT ST | | YUCAIPA | CA | 92399-4968 | K48769 | 66.90 | * |
| BISHOP AHR/ST THOMAS AQUINAS HIGH SCHOOL | c/o BARBARA LUNGER | 1 TINGLEY LN | EDISON | NJ | 08820-1490 | | 0.00 | ** |
| BISHOP MAGINN HIGH SCHOOL | BISHOP MAGINN HIGH SCHOOL | 99 SLINGERLAND ST | ALBANY | NY | 12202 | | 0.00 | ** |
| BISHOP MAGINN HIGH SCHOOL | c/o RALPH PROVENZA | 99 SLINGERLAND ST | ALBANY | NY | 12202 | | 0.00 | ** |
| BISHOP MARSHALL GILMORE | 683 BEACONTREE CT NW | | CONCORD | NC | 28027-7804 | K59668 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BITSY OLIVER | 214 MONTCHANIN DR | | OLD HICKORY | TN | 37138-2121 | K36386 | 66.90 | * |
| BLAINE JOSEPH TURNER | 12 LAKEVIEW DR | | RAYMOND | MS | 39154-7614 | K57835 | 66.90 | * |
| BLAINE KEMPENAAR | W2077 STATE ROAD 33 | | CAMBRIA | WI | 53923-9608 | K52410 | 66.90 | * |
| BLAINE LYTLE | 590 BAYBERRY DR | | ELYRIA | OH | 44035-8860 | K61799 | 66.90 | * |
| BLAINE WEINEL | 3215 LIBERTY WAY | | MCKEESPORT | PA | 15133-2105 | K61501 | 66.90 | * |
| BLAKE E MUNSON | 676 BOSTON POST RD | | WESTON | MA | 02493-1522 | K14306 | 66.90 | * |
| BLAKE LYNN [LYNN] FERGUSON | 8409 BROADVIEW RD | | CLEVELAND | OH | 44147-1903 | K33659 | 66.90 | * |
| BLANCHE B RILEY | 139 ECCLES DR, PO BOX 303 | | HAGAMAN | NY | 12086-0303 | K27993 | 66.90 | * |
| BLANCHE CARROL FAVERO KOPLINSKI | 135 S MCGINTY ST | | COAL CITY | IL | 60416-9783 | K49998 | 66.90 | * |
| BLANCHE D SCHLUTER | 2521 10TH ST S APT 133 | | WISCONSIN RAP | WI | 54494-0311 | K50345 | 66.90 | * |
| BLANCHE FORSBURG | 132 V MATT WILLIAMS BLVD | | POLK CITY | FL | 33868-9273 | K15333 | 66.90 | * |
| BLANCHE HARMON | 221 11TH ST NW | | DEVILS LAKE | ND | 58301-1716 | K33810 | 66.90 | * |
| BLANCHE L INGRAM | 211 RUSSELL AVE APT 73 | | GAITHERSBURG | MD | 20877-2886 | K10045 | 66.90 | * |
| BLANCHE SCHWARTZ | 157 WILSHIRE DR | | SHARON | MA | 02067-1559 | K13379 | 66.90 | * |
| BLANCHE TYRKKO | 33 CODY AVE | | GLEN HEAD | NY | 11545-1210 | K37613 | 66.90 | * |
| BLANE PHILLIPS SR | 2758 J ST SW | | CEDAR RAPIDS | IA | 52404-4174 | K54491 | 66.90 | * |
| BLOSSOM DOROSIN | 1800 VIA PACIFICA | | APTOS | CA | 95003-5868 | K57236 | 66.90 | * |
| BOB [THUMPER] ORR | 645 DEER TRAIL DR | | JOURDANTON | TX | 78026-4601 | K45398 | 66.90 | * |
| BOB BARTHOLOMEW | 625 W MAIN ST | | EPHRATA | PA | 17522-1718 | K58402 | 66.90 | * |
| BOB BIBLE | 3907 COATS RD | | ZEPHYRHILLS | FL | 33541-4521 | K45073 | 66.90 | * |
| BOB BOSTICK | 159 ROOSEVELT ST | | HARROGATE | TN | 37752-3711 | K24240 | 66.90 | * |
| BOB BOWMAN | 3885 BURTON RD | | TROY | OH | 45373-9745 | K50946 | 66.90 | * |
| BOB BRAUN | 1613 CHESTER MILL RD | | SILVER SPRING | MD | 20906-1121 | K40661 | 66.90 | * |
| BOB BREST | 180 BEACON ST | | BOSTON | MA | 02116-1401 | K12630 | 66.90 | * |
| BOB COATES | 5460 EASTNOL BLVD | | GREENVILLE | OH | 45331-9249 | K31161 | 66.90 | * |
| BOB COOVERT | 17687 RIDGE VIEW DR | | WARSAW | MO | 65355-6092 | K14924 | 66.90 | * |
| BOB COWELL | 4595 BROADWAY RD | | ARLINGTON | TN | 38002-4738 | K58278 | 66.90 | * |
| BOB D JACKSON | 62613 HIGHWAY 90 | | MONTROSE | CO | 81403-7802 | K17758 | 66.90 | * |
| BOB DUCHARME | 305 E 3RD ST | | VINTON | IA | 52349-1854 | K55953 | 66.90 | * |
| BOB ESTLINBAUM | 7509 NW 32ND ST | | BETHANY | OK | 73008-3604 | K62780 | 66.90 | * |
| BOB FALATO | 34 NORMAN AVE | | DELRAN | NJ | 08075-1010 | K41532 | 66.90 | * |
| BOB G HURLEY | 5901 N 11 RD | | MESICK | MI | 49668-9395 | K38805 | 66.90 | * |
| BOB GAVEL | 674 FRAYNE ST | | PITTSBURG | PA | 15207-1224 | K40710 | 66.90 | * |
| BOB GRIFFITHS | 2801 BONIFACE PKWY | | ANCHORAGE | AK | 99504-3130 | K26505 | 66.90 | * |
| BOB GUGGENBERGER | 13705 FAWNVIEW LN | | COLD SPRING | MN | 56320-9511 | K25373 | 66.90 | * |
| BOB H ALTMAN | 7840 WOODMAN AVE APT 281 | | PANORAMA CITY | CA | 91402-6295 | K62023 | 66.90 | * |
| BOB HEINEN | 1337 GRAND ST | | WEBSTER CITY | IA | 50595-2646 | K55138 | 66.90 | * |
| BOB J MILLS | 3201 CLAIBORNE CIR | | MONROE | LA | 71201-2007 | K25013 | 66.90 | * |
| BOB JACKSON | 2412 COUNTY ROAD 35 | | OMAHA | NE | 68142-5119 | K52703 | 66.90 | * |
| BOB JOHNS | 1942 W MARKET ST | | LIMA | OH | 45805-2377 | K44234 | 66.90 | * |
| BOB KRUCKEBERG | 11918 STATE ROUTE 47 | | VERSAILLES | OH | 45380-8510 | K36583 | 66.90 | * |
| BOB LICCIARDO | 2303 WALDEN VIEW LN | | LINCOLN | CA | 95648-8793 | K54360 | 66.90 | * |
| BOB LIPPS | 2768 SW M ST | | RICHMOND | IN | 47374-7609 | K25956 | 66.90 | * |
| BOB MARBACH | 5212 HERON RD | | CAMBRIDGE | MD | 21613-3572 | K47070 | 66.90 | * |
| BOB MARKHAM | 608 NORTHERN OAKS DR | | GROVELAND | IL | 61535-9607 | K49900 | 66.90 | * |
| BOB MASKE | 4360 TREEFARM LN NE | | IOWA CITY | IA | 52240-7828 | K58909 | 66.90 | * |
| BOB MCCOMBS | 1013 N ELM ST | | DENTON | TX | 76201-2938 | K25876 | 66.90 | * |
| BOB MCMILLAN | 7261 ELLINGTON CT | | DARDENNE PRAI | MO | 63368-8637 | K43253 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BOB MEISTER | 6717 QUAIL LK | | MASON | OH | 45040-7005 | K39531 | 66.90 | * |
| BOB NUNAN | 20 MONTROSE AVE | | UPPER DARBY | PA | 19082-2614 | K51697 | 66.90 | * |
| BOB PALMER | 412 ARMSTRONG RD | | BALTIMORE | MD | 21220-2903 | K54395 | 66.90 | * |
| BOB PENNEYS | PO BOX 807 | | HOCKESSIN | DE | 19707-0807 | K36953 | 66.90 | * |
| BOB PRIVETT | 1910 GARTSIDE ST | | MURPHYSBORO | IL | 62966-1510 | K36444 | 66.90 | * |
| BOB RICHARDSON | 87 GIRARD AVE APT 104 | | NEWPORT | RI | 02840-1166 | K26313 | 66.90 | * |
| BOB SCHMALTZ | 108 ABACO DR | | PALM SPRINGS | FL | 33461-2002 | K28136 | 66.90 | * |
| BOB SEGAL | 34 NATURE LN | | SEWELL | NJ | 08080-2146 | K38037 | 66.90 | * |
| BOB STEIGER | 7470 NORMANDY LN | | DAYTON | OH | 45459-4140 | K45608 | 66.90 | * |
| BOB SWINLAND | 219 13TH AVE SE | | DEVILS LAKE | ND | 58301-3207 | K35370 | 66.90 | * |
| BOB TREGANOWEN | 2112 SANDY BRANCH PL | | SAINT AUGUSTI | FL | 32092-4749 | K38400 | 66.90 | * |
| BOB UNGER | 104 HEIN AVE | | PLYMOUTH | WI | 53073-2505 | K46996 | 66.90 | * |
| BOB VOLK | 419 W MAPLE ST | | CHILLICOTHE | IL | 61523-2007 | K47599 | 66.90 | * |
| BOB WASNICK | 12504 AVENUE 232 | | TULARE | CA | 93274-3304 | K28670 | 66.90 | * |
| BOB WHITE | 10224 KNOLL CIR | | HIGHLANDS RAN | CO | 80130-8058 | K39532 | 66.90 | * |
| BOBBIE BENKOWSKI | 3 ALTA VITA DR APT 805 | | GREENSBURG | PA | 15601-7940 | K42469 | 66.90 | * |
| BOBBIE COX | 2205 BONFOY AVE | | COLORADO SPRI | CO | 80909-1803 | K33173 | 66.90 | * |
| BOBBIE DUREN | 5101 WOODMOOR DR | | AUSTIN | TX | 78721-1616 | K18034 | 66.90 | * |
| BOBBIE EMERSON | 212 ALTA VISTA AVE | | WATERLOO | IA | 50703-4222 | K56776 | 66.90 | * |
| BOBBIE JEANNE WASHINGTON | 22544 BRIGHTON CT | | MORENO VALLEY | CA | 92557-6825 | K33700 | 66.90 | * |
| BOBBIE M MILES | 9 LEE LN | | WILBRAHAM | MA | 01095-2552 | K54963 | 66.90 | * |
| BOBBY [RASHAD] RANDLE-RASHEED | 3126 MCDERMOTT AVE | | DALLAS | TX | 75215-3921 | V99913 | 66.90 | * |
| BOBBY BARNES | 237 SLAYTON DR | | MADISON | TN | 37115-2352 | K36133 | 66.90 | * |
| BOBBY BLAYLOCK | 203 N FRONT ST | | WARRENTON | NC | 27589-1813 | K50015 | 66.90 | * |
| BOBBY C GRIFFIN | 213 HOLLY AVE | | JARRATT | VA | 23867-9053 | K32455 | 66.90 | * |
| BOBBY DODD KILZER | PO BOX 130 | | SPRINGVILLE | TN | 38256-0130 | K35561 | 66.90 | * |
| BOBBY E METTS | 2005 CHARLES ST | | NEWBERRY | SC | 29108-3107 | K31944 | 66.90 | * |
| BOBBY FREVERT | 427 GEARY GULCH RD | | ANACONDA | MT | 59711-3119 | K46189 | 66.90 | * |
| BOBBY HILL | 125 SUMMIT RUN PL | | HERMITAGE | TN | 37076-4300 | K40061 | 66.90 | * |
| BOBBY HUDDLESTON | 2103 S TYLER ST | | AMARILLO | TX | 79109-2632 | K28724 | 66.90 | * |
| BOBBY J SCOTT | 2030 GRACELAND DR | | GOODLETTSVILL | TN | 37072-4251 | K35841 | 66.90 | * |
| BOBBY K RUFF | 1849 DENNY HWY | | SALUDA | SC | 29138-8541 | K32730 | 66.90 | * |
| BOBBY L BRISBON | PO BOX 3300 | | SUMTER | SC | 29151-3300 | K13638 | 66.90 | * |
| BOBBY MULLINAX | 1097 PINEHURST DR | | GALLATIN | TN | 37066-6626 | K35692 | 66.90 | * |
| BOBBY R HENRY SR | 5140 SW 21ST CT | | PLANTATION | FL | 33317-6052 | K41299 | 66.90 | * |
| BOBBY WILLIAMS | PO BOX 104 | | YEMASSEE | SC | 29945-0104 | K33900 | 66.90 | * |
| BOBBYE CREECH | 906 LAKEWOOD DR | | JEFFERSON CIT | TN | 37760-5128 | K54246 | 66.90 | * |
| BOBETTE HORTON DOERRIE | 13925 COUNTY ROAD B | | BOOKER | TX | 79005-4125 | K41696 | 66.90 | * |
| BONETA SCHNURE | 4320 BROADWAY RD | | MILTON | PA | 17847-8108 | K15920 | 66.90 | * |
| BONITA [BONNIE] CORBIN | 921 BRUCE AVE | | DUMAS | TX | 79029-5210 | K30707 | 66.90 | * |
| BONITA [BONNIE] KLAPEC | 19636 BRANDYWINE ST | | RIVERVIEW | MI | 48193-7804 | K58373 | 66.90 | * |
| BONITA B MATESI | 107 NATIONAL CT | | SHOREWOOD | IL | 60404-9552 | K50610 | 66.90 | * |
| BONITA JEAN [BONNIE] GAUDIO | 214 COUNTRY DR | | BELLE VERNON | PA | 15012-3606 | K61584 | 66.90 | * |
| BONITA R ZAUCHA | PO BOX 454 | | IRWIN | PA | 15642-0454 | K62101 | 66.90 | * |
| BONITA VIOLA GILCHRIST | 3246 REDGROVE CT | | VIRGINIA BEAC | VA | 23453-3035 | K16086 | 66.90 | * |
| BONITA WILHELM | 8406 COUNTY ROAD HH | | ARPIN | WI | 54410-9743 | K51987 | 66.90 | * |
| BONITA ZAUCHA | PO BOX 454 | | IRWIN | PA | 15642-0454 | K62717 | 66.90 | * |
| BONNELLE YARBOROUGH | 1648 LIVINGSTON RD | | POMARIA | SC | 29126-8791 | K31735 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 51 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| BONNIA HAMILTON | 461 SAILOR RD | | VINTON | OH | 45686-9244 | K50950 | 66.90 | * |
| BONNIE BADGETT | 4209 WINTER PARK DR | | LOUISVILLE | KY | 40218-3738 | K46268 | 66.90 | * |
| BONNIE BENDER | 2415 WALDEN CT | | IOWA CITY | IA | 52246-4118 | K57338 | 66.90 | * |
| BONNIE BISHOP | 109 VIRGINIA DR | | STATE ROAD | NC | 28676-8985 | K35751 | 66.90 | * |
| BONNIE BRUTSCH | 817 KINGS WAY | | GRANTS PASS | OR | 97526-5963 | K35088 | 66.90 | * |
| BONNIE BRYANT | 518 FENTON AVE | | ROMEOVILLE | IL | 60446-1204 | K36320 | 66.90 | * |
| BONNIE CATHERMAN | 513 HILLTOP LN | | MIFFLINBURG | PA | 17844-9106 | K15954 | 66.90 | * |
| BONNIE CECH | 1554 ROAD 4 | | CLARKSON | NE | 68629-3923 | K57270 | 66.90 | * |
| BONNIE CRAIG | 3262 W QUIMBY RD | | HASTINGS | MI | 49058-8692 | K36522 | 66.90 | * |
| BONNIE CUNNINGHAM | 200 BRADFORD HWY | | TRENTON | TN | 38382-8431 | K31376 | 66.90 | * |
| BONNIE D MADRE | 107 POWHATAN DR | | POQUOSON | VA | 23662-1415 | K61011 | 66.90 | * |
| BONNIE DOROSHOW | 250 ROSERY RD NW APT 324 | | LARGO | FL | 33770-1226 | K41401 | 66.90 | * |
| BONNIE DYER | 232 HEPBURN ST | | MILTON | PA | 17847-1712 | K16968 | 66.90 | * |
| BONNIE E KAUFMAN LCSW | 145 E 15TH ST APT 10K | | NEW YORK | NY | 10003-3539 | K54915 | 66.90 | * |
| BONNIE FINK | 346 WHEATLEY AVE | | BEVERLY | NJ | 08010-1042 | K47342 | 66.90 | * |
| BONNIE FINNEY | 1615 W GAYLORD AVE | | PEORIA | IL | 61614-5702 | K47015 | 66.90 | * |
| BONNIE FLUCK | 19 PEREGRINE DR | | VOORHEES | NJ | 08043-1619 | K40815 | 66.90 | * |
| BONNIE FUGATE | 113 PARK CIRCLE DR | | JONESVILLE | NC | 28642-2325 | K34361 | 66.90 | * |
| BONNIE FUNK | BOX 15 - 15 SISKIN BAY | | LANDMARK | MB | R0A 0X0 | K20484 | 66.90 | * |
| BONNIE GARDNER | 5300 OAKCREEK LN | | LOUISVILLE | KY | 40291-1005 | K47387 | 66.90 | * |
| BONNIE GRANT | PO BOX 722 | | MEDFORD | OR | 97501-0053 | K31567 | 66.90 | * |
| BONNIE HERZIG | 3900 S TERRY AVE APT 120 | | SIOUX FALLS | SD | 57106-5001 | K54801 | 66.90 | * |
| BONNIE J ADAMS | PO BOX 91038 | | WHITE MOUNTAI | AZ | 85912-1038 | K59719 | 66.90 | * |
| BONNIE J COFFMAN | 931 JOSELA CT | | LEAVENWORTH | KS | 66048-4752 | K32439 | 66.90 | * |
| BONNIE JEAN DICK | 1641 KENNEDY ST | | BUENA VISTA | PA | 15018-9650 | K62215 | 66.90 | * |
| BONNIE JEAN MITCHELL | 802 SW MUNJACK CIR | | PORT SAINT LU | FL | 34986-3459 | K31785 | 66.90 | * |
| BONNIE JEANNE SIEBERT | 1138 E WELLSGATE DR | | OXFORD | MS | 38655-5951 | K60615 | 66.90 | * |
| BONNIE JENKINS | 1030 ISAAC FRANKLIN DR | | GALLATIN | TN | 37066-7421 | K37607 | 66.90 | * |
| BONNIE JOBE | 2090 KEOKUK ST LOT 64 | | HAMILTON | IL | 62341-1200 | K14739 | 66.90 | * |
| BONNIE JOHNSON | 2401 S 17TH TER | | LEAVENWORTH | KS | 66048-4058 | K36908 | 66.90 | * |
| BONNIE KARFELD | 2252 E ROSS AVE | | PHOENIX | AZ | 85024-4429 | K38445 | 66.90 | * |
| BONNIE KNOX | 1018 RUSTIC DR | | LAWRENCEBURG | IN | 47025-8962 | K41618 | 66.90 | * |
| BONNIE KNUTSON | 1921 SKYLINE DR S | | BURNSVILLE | MN | 55337-2963 | K25177 | 66.90 | * |
| BONNIE L CLAYCOMB | 22887 N CRANES MILL RD | | CANYON LAKE | TX | 78133-2355 | K47954 | 66.90 | * |
| BONNIE L HUMKE | 90 GEORGE WILLIAM LANE | | LEXINGTON | VA | 24450 | K49385 | 66.90 | * |
| BONNIE L KELLER | 6209 SPRING VALLEY DR | | BAKERSFIELD | CA | 93308-6563 | K33691 | 66.90 | * |
| BONNIE LANE | 4009 N GRAND BLVD | | PEORIA | IL | 61614-7843 | K46496 | 66.90 | * |
| BONNIE LAY | 911 HARVEST LN APT 4 | | LANSING | MI | 48917-4236 | K42636 | 66.90 | * |
| BONNIE LEAVITT | 1909 GIFFORD ST | | NORTH LAS VEG | NV | 89030-7340 | K62540 | 66.90 | * |
| BONNIE LEEP | 8445 GUY RD | | NASHVILLE | MI | 49073-8512 | K17817 | 66.90 | * |
| BONNIE LILJEQUIST | 5770 PINE TREE DR | | SANIBEL | FL | 33957-2304 | K59500 | 66.90 | * |
| BONNIE LINGERFELT | 4265 COLLINSVILLE RD | | COLUMBUS | NC | 28722-4471 | K58018 | 66.90 | * |
| BONNIE LONG | 1610 HIGHWAY 418 W | | SILSBEE | TX | 77656-3212 | K34344 | 66.90 | * |
| BONNIE M STANKE | 405 E 28TH DIVISION HWY | | LITITZ | PA | 17543-9778 | K57431 | 66.90 | * |
| BONNIE M WICKSTROM-MILLER | 3113 ALDEN POND LN | | EAGAN | MN | 55121-1898 | K19496 | 66.90 | * |
| BONNIE MARINCEK | 7292 US ROUTE 6 | | PIERPONT | OH | 44082-9725 | K52265 | 66.90 | * |
| BONNIE MCCLAIN | 3030 WAVERLY DR | | RICHMOND | IN | 47374-7101 | K23806 | 66.90 | * |
| BONNIE MEADOR | 10203 NW 20TH AVE | | VANCOUVER | WA | 98685-4938 | K33949 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BONNIE NAFF | 932 HERMITAGE RDG | | HERMITAGE | TN | 37076-1023 | K35315 | 66.90 | * |
| BONNIE PAULSEN | 30005 163RD ST | | PIERZ | MN | 56364-1328 | K28084 | 66.90 | * |
| BONNIE PORTER RN | 6740 MATTHEW LN | | CAMBRIDGE | OH | 43725-9210 | K61661 | 66.90 | * |
| BONNIE RAUWORTH | 16143 W KATHRYN AVE | | MANHATTAN | IL | 60442-9777 | K55882 | 66.90 | * |
| BONNIE RICHARDSON | 317 DECLARATION AVE | | EPHRATA | PA | 17522-7004 | K58937 | 66.90 | * |
| BONNIE RIMMER | 5803 S PITTSBURG ST | | SPOKANE | WA | 99223-8366 | K14552 | 66.90 | * |
| BONNIE SCHILLINGS | 10088 QUAIL HILL DR | | OZAWKIE | KS | 66070-4032 | K33818 | 66.90 | * |
| BONNIE SCHULDT | 101 12TH AVE S APT 307 | | SARTELL | MN | 56377-4678 | K19190 | 66.90 | * |
| BONNIE SHULKIN | 1003 WISTERIA WAY | | WAYLAND | MA | 01778-2842 | K34623 | 66.90 | * |
| BONNIE SKILLING | 15620 W VISTA GRANDE LN | | SURPRISE | AZ | 85374-4539 | K56409 | 66.90 | * |
| BONNIE SQUIRES | 11 ARTHURS ROUND TABLE | | WYNNEWOOD | PA | 19096-1202 | K36370 | 66.90 | * |
| BONNIE STUDANSKI | 1211 4TH AVE N APT 310 | | SAUK RAPIDS | MN | 56379-2668 | K19615 | 66.90 | * |
| BONNIE SUE ANDERSON | 13580 60TH ST SE | | ALTO | MI | 49302-9690 | K35395 | 66.90 | * |
| BONNIE TERPSTRA | 750 LANS WAY | | ANN ARBOR | MI | 48103-6118 | K36560 | 66.90 | * |
| BONNIE THOMAS | 2375 CROSSROADS DR | | LEWISBURG | PA | 17837-7424 | K22979 | 66.90 | * |
| BONNIE THOMAS | 125 CLARK DR | | MOUNT JULIET | TN | 37122-4104 | K37076 | 66.90 | * |
| BONNIE VEZINO | 1344 JANE ELLEN | | LOWELL | MI | 49331-1234 | K35357 | 66.90 | * |
| BONNIE WHITEHEAD | 932 GROVENBURG RD | | HOLT | MI | 48842-8627 | K42229 | 66.90 | * |
| BONNIE WILLIAMS | 1053 STATE ROUTE 131 | | MILFORD | OH | 45150-2708 | K41702 | 66.90 | * |
| BONNY AVERY | 440 OTTAWA DR | | TROY | MI | 48085-1535 | K43248 | 66.90 | * |
| BORIS ROBERT VASILIEFF | PO BOX 75 | | GLASSBORO | NJ | 08028-0075 | K46560 | 66.90 | * |
| BOYAN W ENCHEFF | 555 GRACELAND AVE APT 501 | | DES PLAINES | IL | 60016-7812 | K53132 | 66.90 | * |
| BOYD A KESSINGER | 5057 NORTHLAWN CIR | | MURRYSVILLE | PA | 15668-9423 | K44888 | 66.90 | * |
| BOYD CLELL BLACKBURN | 70380 BUCKHORN RD | | MONTROSE | CO | 81403-8703 | K18794 | 66.90 | * |
| BOYD WILSON | 9905 NW 72ND TER | | WEATHERBY LAK | MO | 64152-1817 | K27125 | 66.90 | * |
| BOYKIN MARVIN MCCASKILL | 799 BAKER MILL LAKE LN | | GASTON | SC | 29053-8327 | K50256 | 66.90 | * |
| BR GARY MORRIS SM | 3140 WAIALAE AVE | | HONOLULU | HI | 96816-1510 | K51476 | 66.90 | * |
| BRAD FRIEDMAN | 360 1ST AVE APT 2G | | NEW YORK | NY | 10010-4918 | K57956 | 66.90 | * |
| BRAD GIESKING | 1020 NE BENNINGTON WAY | | BEND | OR | 97701-7574 | K58369 | 66.90 | * |
| BRAD HALLDORSON | PO BOX 452 | | DEVILS LAKE | ND | 58301-0452 | K32803 | 66.90 | * |
| BRAD J BRADLEY | 29754 154TH ST NW | | ZIMMERMAN | MN | 55398-8863 | K33406 | 66.90 | * |
| BRAD LONG | 4180 GRAND AVE | | WEST DES MOIN | IA | 50265-5735 | K25145 | 66.90 | * |
| BRAD OBERG | 6218 STONE TRAIL LN | | SPRING | TX | 77379-2445 | K56513 | 66.90 | * |
| BRADFORD HARRIS ESQ | 109 ROUNDTOP DR | | LANCASTER | PA | 17601-2445 | K27086 | 66.90 | * |
| BRADLEY [BRAD] WESTFALL | 7145 3RD AVE | | RUDOLPH | WI | 54475-9702 | K49127 | 66.90 | * |
| BRADLEY A WYLIE | 19 LINCOLN BLVD | | CHESTER | IL | 62233-1109 | K34313 | 66.90 | * |
| BRADLEY BRUNS | 11865 MANGEN RD | | VERSAILLES | OH | 45380-9434 | K33755 | 66.90 | * |
| BRADLEY D NADIG | 33 SNELL RD | | LEE | NH | 03861-6717 | K13072 | 66.90 | * |
| BRADLEY E PERRIN | PO BOX 73 | | WHITE DEER | PA | 17887-0073 | K19331 | 66.90 | * |
| BRADLEY MONGRAIN | 11319 NE 33RD AVE | | VANCOUVER | WA | 98686-4375 | K18486 | 66.90 | * |
| BRADLEY SMITH | 2110 236TH AVE NE | | SAMMAMISH | WA | 98074-3532 | K43346 | 66.90 | * |
| BRADLLEY E BETTS | 4905 RAVINE PARK LN | | SIOUX CITY | IA | 51106-4513 | K20801 | 66.90 | * |
| BRANDON C BREATH | 4001 JAMES DR | | METAIRIE | LA | 70003-1317 | K56293 | 66.90 | * |
| BRANDON LAWSON | 4150 CONSTITUTION DR | | FRISCO | TX | 75034-6317 | K29952 | 66.90 | * |
| BRANDON SKOLNIK | 372 CENTRAL PARK AVE APT 1H | | SCARSDALE | NY | 10583-1303 | K48021 | 66.90 | * |
| BRENDA ALSTON | 704 NOTTOWAY RIVER CT APT I | | CHESAPEAKE | VA | 23320-6831 | K12427 | 66.90 | * |
| BRENDA ASHENFELTER | 1682 SW 39TH ST | | RICHMOND | IN | 47374-4909 | K25491 | 66.90 | * |
| BRENDA B HANKLA | PO BOX 196 | | CHILHOWIE | VA | 24319-0196 | K24894 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| BRENDA BAINE | 5222 COLONIAL WAY | | OCEANSIDE | CA | 92057-1812 | K47951 | 66.90 | * |
| BRENDA BEAL | 12559 STAGE COACH LN | | JACKSONVILLE | FL | 32223-3515 | K48899 | 66.90 | * |
| BRENDA BUCHER | 2660 N LAYTON CIR | | MESA | AZ | 85207-1436 | K18485 | 66.90 | * |
| BRENDA C NEWSAM | 14779 W LUCAS LN | | SURPRISE | AZ | 85374-9619 | K40682 | 66.90 | * |
| BRENDA CASTLEFORTE | 2164 HANSTON CT | | HENDERSON | NV | 89044-0177 | K42766 | 66.90 | * |
| BRENDA CHEESEWRIGHT | 8580 WARNER RD | | SALINE | MI | 48176-9085 | K11116 | 66.90 | * |
| BRENDA CLARKE | 43591 ARBORVIEW LN | | BELLEVILLE | MI | 48111-3348 | K58722 | 66.90 | * |
| BRENDA COLLINS | 3217 OLD KAWKAWLIN RD | | BAY CITY | MI | 48706-1615 | K48225 | 66.90 | * |
| BRENDA COUNTS | 208 LAVENDER LN | | LEXINGTON | SC | 29072-7903 | K32733 | 66.90 | * |
| BRENDA D DEBONS | PO BOX 1642 | | DUMAS | TX | 79029-1642 | K31022 | 66.90 | * |
| BRENDA DAVIS | PO BOX 371 | | ABBEVILLE | GA | 31001-0371 | K59908 | 66.90 | * |
| BRENDA DELORES NEELY | 806 E BOUNDARY | | AUGUSTA | GA | 30901-2573 | K59724 | 66.90 | * |
| BRENDA DICKSON | HC 6 BOX 323 | | DONIPHAN | MO | 63935-9015 | K34363 | 66.90 | * |
| BRENDA DUNCAN | 8 BEL AIRE CT | | BURR RIDGE | IL | 60527-8382 | K42521 | 66.90 | * |
| BRENDA DYE | 5006 ENGLISH WOODS | | MOUNT JULIET | TN | 37122-8222 | K41873 | 66.90 | * |
| BRENDA EMMERT | 1404 COTTONWOOD AVE | | MINOT | ND | 58701-5692 | K34722 | 66.90 | * |
| BRENDA G DOWNS | 101 WESTHILL LN | | HOT SPRINGS | AR | 71913-9015 | K45891 | 66.90 | * |
| BRENDA G FISHKIN | 21 KINGS CT | | NANUET | NY | 10954-3830 | K51621 | 66.90 | * |
| BRENDA HAAS | 272 CROCKER HILL RD | | BINGHAMTON | NY | 13904-2512 | K22239 | 66.90 | * |
| BRENDA HAWKINS PORTER | 7135 W COUNTY ROAD 875 S | | FRENCH LICK | IN | 47432-9374 | K45525 | 66.90 | * |
| BRENDA HAYES | 299 POPLAR CORNER RD | | TRENTON | TN | 38382-9755 | K32914 | 66.90 | * |
| BRENDA HUDSON | PO BOX 154 | | PINE MOUNTAIN | GA | 31822-0154 | K59901 | 66.90 | * |
| BRENDA HUFF | 571A KINGSTON RD | | NATCHEZ | MS | 39120-9774 | K26315 | 66.90 | * |
| BRENDA J BRANNAN | 3194 STRAND RD | | DULUTH | MN | 55803-9795 | K37323 | 66.90 | * |
| BRENDA J WHITE | 562 ASHWOOD RD | | COLUMBUS | OH | 43207-4105 | K52175 | 66.90 | * |
| BRENDA JAHN | 1339 PADONIA AVE | | WHITTIER | CA | 90603-1744 | K61949 | 66.90 | * |
| BRENDA JEAN REEVES | 4905 92ND ST NE | | MARYSVILLE | WA | 98270-2550 | K34207 | 66.90 | * |
| BRENDA JOHNSON | 307 W WALNUT ST | | CENTERVILLE | IN | 47330-1140 | K25590 | 66.90 | * |
| BRENDA JONES | 223 S MINERVA AVE | | GLENWOOD | IL | 60425-1917 | K10302 | 66.90 | * |
| BRENDA JONES | PO BOX 88417 | | LOS ANGELES | CA | 90009-8417 | K18783 | 66.90 | * |
| BRENDA JULIAN | 280 HILL RD | | DENVER | PA | 17517-9137 | K57350 | 66.90 | * |
| BRENDA K HUNTLEY | 1711 WELLS STATION RD | | MEMPHIS | TN | 38108-2964 | K35683 | 66.90 | * |
| BRENDA K NOHOVIG | 41185 JUDD RD | | BELLEVILLE | MI | 48111-9194 | K58769 | 66.90 | * |
| BRENDA KAY WILLIAMS | 705 THOMAS CIR | | PORTSMOUTH | VA | 23704-4126 | K12881 | 66.90 | * |
| BRENDA L KANTOR | 3725 DAFFODIL LN | | MCKINNEY | TX | 75070-7642 | K13790 | 66.90 | * |
| BRENDA LEAH BOWLDING | 1206 DEVONSHIRE DR | | OXON HILL | MD | 20745-2203 | K20912 | 66.90 | * |
| BRENDA LEE [BREE] TESTA | 70 NAGYS HILL RD | | BANGOR | PA | 18013-9110 | K19637 | 66.90 | * |
| BRENDA LEE STREET | 578 MICHIGAN AVE | | PONTIAC | MI | 48342-2539 | K57646 | 66.90 | * |
| BRENDA LOLLAR | 7559 OLIVIA HILL DR | | MEMPHIS | TN | 38133-2652 | K59354 | 66.90 | * |
| BRENDA M FRENCH | 401 N LUPINE ST | | LOMPOC | CA | 93436-6230 | K20428 | 66.90 | * |
| BRENDA M ZANDI | 28981 STATE ROAD 2 | | NEW CARLISLE | IN | 46552-9742 | K27109 | 66.90 | * |
| BRENDA MACMILLAN | 6 FOX TRL | | BYRAM TOWNSHI | NJ | 07821-3010 | K46890 | 66.90 | * |
| BRENDA MADDUX | 272 SOUTHBURN DR | | HENDERSONVILL | TN | 37075-2550 | K36568 | 66.90 | * |
| BRENDA MERRITT | 1813 CHADSWORTH DR | | CAYCE | SC | 29033-2209 | K37989 | 66.90 | * |
| BRENDA MILLER | 4211 W 1ST ST SPC 187 | | SANTA ANA | CA | 92703-4032 | K29579 | 66.90 | * |
| BRENDA NEWSOM | 52 RC MATHEWS RD | | HUMBOLDT | TN | 38343-5531 | K33048 | 66.90 | * |
| BRENDA OSBORNE | 3486 LULLWATER LN | | ORANGE PARK | FL | 32073-6937 | K33473 | 66.90 | * |
| BRENDA PERZEE | PO BOX 58 | | MAGNOLIA | IL | 61336-0058 | K57266 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BRENDA POWELL | PO BOX 2854 | | COVINGTON | LA | 70434-2854 | K54212 | 66.90 | * |
| BRENDA ROWE | 1141 LYNN AVE | | FORT WAYNE | IN | 46805-3549 | K41343 | 66.90 | * |
| BRENDA S CRAWFORD | 1302 MAIN ST S | | MINOT | ND | 58701-5961 | K32179 | 66.90 | * |
| BRENDA SANDRA HUNTER | 1221 LAKEVIEW DR | | PORTSMOUTH | VA | 23701-3612 | K18927 | 66.90 | * |
| BRENDA SHERMAN | 1202 WALNUT ST | | EL DORADO | KS | 67042-4356 | K51266 | 66.90 | * |
| BRENDA SLAUGHTER | 112 E 10TH ST | | TRENTON | TN | 38382-3118 | K31277 | 66.90 | * |
| BRENDA SULLIVAN | PO BOX 762 | | INTERNATIONAL | MN | 56649-0762 | K24742 | 66.90 | * |
| BRENDA TESTON | 925 BRIERLY HILL CT | | LOUISVILLE | KY | 40299-4660 | K22998 | 66.90 | * |
| BRENDA WASHINGTON | 8521 S ELIZABETH ST | | CHICAGO | IL | 60620-4038 | K54509 | 66.90 | * |
| BRENDA WATTS WIGGINS | 7201 WALKER ST APT 100 | | MINNEAPOLIS | MN | 55426-4260 | K13215 | 66.90 | * |
| BRENDA WHITE DALLAS | 6590 WHIRLAWAY CIR | | ORLANDO | FL | 32818-1743 | K14232 | 66.90 | * |
| BRENDA WILEY | 3127 PINE TRACE CT | | LOUISVILLE | KY | 40272-4253 | K34423 | 66.90 | * |
| BRENDA WILLIAMS | 1805 NW MANOR DR | | BLUE SPRINGS | MO | 64014-1754 | K48642 | 66.90 | * |
| BRENDA ZIMMERLY | 1869 275TH ST | | INDEPENDENCE | IA | 50644-9841 | K55773 | 66.90 | * |
| BRENT GREGERSEN | 3751 E SUNNYDALE DR | | QUEEN CREEK | AZ | 85142-7371 | K19054 | 66.90 | * |
| BRENT LARSON | 2214 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8922 | K23213 | 66.90 | * |
| BRENT TUTTLE | 440 STATE HIGHWAY M94 | | SKANDIA | MI | 49885-9545 | K19488 | 66.90 | * |
| BRET LEE ANDREWS | 930 CAULDER AVE | | DES MOINES | IA | 50315-7538 | K22333 | 66.90 | * |
| BRET REUTER | 3106 GREENOCK RD | | SAINT CLOUD | MN | 56301-9608 | K25450 | 66.90 | * |
| BRETT YEAGLEY | 202 KELSO CIR | | TRAPPE | PA | 19426-2146 | K29290 | 66.90 | * |
| BRIAN [BUGS] MCBRIDE | 2311 2ND AVE E | | INTERNATIONAL | MN | 56649-4049 | K20769 | 66.90 | * |
| BRIAN A BERENBACH | 7 COLONIAL CT | | EDISON | NJ | 08820-2906 | K48493 | 66.90 | * |
| BRIAN A JACKSON | 1860 RACQUET CLUB CIR | | LAWRENCEVILLE | GA | 30043-5653 | K34753 | 66.90 | * |
| BRIAN BEAR | 260 W NOKOMIS CT | | FOX POINT | WI | 53217-2609 | K43893 | 66.90 | * |
| BRIAN BOURLIER | 2090 LERYL AVE | | NORTH PORT | FL | 34286-9112 | K60227 | 66.90 | * |
| BRIAN BRADY | 155 ROBLES SERANO CT | | SONOMA | CA | 95476-3145 | K57823 | 66.90 | * |
| BRIAN BROWN | PO BOX 1194 | | FRIDAY HARBOR | WA | 98250-1194 | K31908 | 66.90 | * |
| BRIAN COSGROVE | 368 DIAMOND BRIDGE AVE | | HAWTHORNE | NJ | 07506-1322 | K49267 | 66.90 | * |
| BRIAN COUGHLIN | 10605 CRYSTAL DR | | MORRISON | CO | 80465-2310 | K62180 | 66.90 | * |
| BRIAN D EDWARDS | 762 HILLCREST WAY | | EMERALD HILLS | CA | 94062-3428 | K59543 | 66.90 | * |
| BRIAN DONALD MACKYNEN | 711 OHIO AVE | | ASHTABULA | OH | 44004-2864 | K16141 | 66.90 | * |
| BRIAN E SCHAYOT | 1604 N ATLANTA ST | | METAIRIE | LA | 70003-5722 | K55233 | 66.90 | * |
| BRIAN GENTRY | 1076 44TH ST | | DES MOINES | IA | 50311-3404 | K23200 | 66.90 | * |
| BRIAN GLENNIE | 1015 15TH ST W | | HASTINGS | MN | 55033-2652 | K25274 | 66.90 | * |
| BRIAN I SPECK | 233 BENT TREE LN | | GASTON | SC | 29053-9546 | K16859 | 66.90 | * |
| BRIAN J BLENKUSH | 30253 SUNNY BEACH RD | | GRAND RAPIDS | MN | 55744-4895 | K18976 | 66.90 | * |
| BRIAN J FELDMAN | 12110 LITTLE CREEK DR | | POTOMAC | MD | 20854-3430 | K43850 | 66.90 | * |
| BRIAN J WURTZ | 17 HICKORY LN | | LEVITTOWN | PA | 19055-1309 | K25853 | 66.90 | * |
| BRIAN JOHN BZDAK | 219 APPLE BLOSSOM LN | | CATAWISSA | PA | 17820-8250 | K20104 | 66.90 | * |
| BRIAN K FLICK | 330 PERSHING AVE | | HAMILTON | OH | 45011-3252 | K49892 | 66.90 | * |
| BRIAN KNAUER | 365 SCARLET TANAGER CT | | ARDEN | NC | 28704-9107 | K46697 | 66.90 | * |
| BRIAN KOSKOVICH | 657 2ND AVE SW | | DICKINSON | ND | 58601-5918 | K17270 | 66.90 | * |
| BRIAN MAREK | 3691 ORLEANS WAY | | HOLT | MI | 48842-9721 | K43491 | 66.90 | * |
| BRIAN MCCARTHY | 347 GLENWOOD AVE | | DALY CITY | CA | 94015-3051 | K55737 | 66.90 | * |
| BRIAN MCDONOUGH | 12521 MARET DR | | SAINT LOUIS | MO | 63127-1331 | K34016 | 66.90 | * |
| BRIAN OHM | 249 S SEGOE RD | | MADISON | WI | 53705-4957 | K41746 | 66.90 | * |
| BRIAN PATTERSON | 6303 STANMORE CT | | JOHNSTON | IA | 50131-2842 | K30315 | 66.90 | * |
| BRIAN PAUL RICHIE | 998 FURNACE RD | | NEW COLUMBIA | PA | 17856-9563 | K16456 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BRIAN PETTY | 10488 JAYNE VALLEY LN | | FENTON | MI | 48430-2553 | K56330 | 66.90 | * |
| BRIAN PHILIP JONES | 12303 VANDERHEATH DR | | HOUSTON | TX | 77031-3506 | V99383 | 66.90 | * |
| BRIAN POTRATZ | 106 WINCHESTER DR | | DRIPPING SPRI | TX | 78620-2701 | K57539 | 66.90 | * |
| BRIAN PROCTOR | 1212 CASS ST | | LA CROSSE | WI | 54601-4855 | K54910 | 66.90 | * |
| BRIAN R PRICE | 16312 NW 120TH PL | | ALACHUA | FL | 32615-6673 | K59093 | 66.90 | * |
| BRIAN ROBERT ARNOLD | 56 POPLAR ST | | NEWPORT | RI | 02840-2432 | K28013 | 66.90 | * |
| BRIAN SCHREIBER | 123 WOODLAND RD | | PITTSBURGH | PA | 15232-2815 | K41589 | 66.90 | * |
| BRIAN T JOHNSON | 80 HERITAGE HILL RD | | WINDHAM | NH | 03087-1816 | K10841 | 66.90 | * |
| BRIAN TENPASS | N10718 COUNTY ROAD I | | WAUPUN | WI | 53963-9663 | K22108 | 66.90 | * |
| BRIAN V HOWE | 8253 NEW HAVEN WAY | | CANTON | MI | 48187-8210 | K57881 | 66.90 | * |
| BRIAN W AHERN | 7777 GROGER RD | | ONSTED | MI | 49265-9453 | K40271 | 66.90 | * |
| BRIAN W FERGUSON | 48 VAIL RD | | COLUMBIA | NJ | 07832-2749 | K38402 | 66.90 | * |
| BRIAN WILKERSON | 8150 VEGAS CIR | | WEST CHESTER | OH | 45069-8694 | K39271 | 66.90 | * |
| BRIANNE GOLDSTEIN | 37 MILTON CT | | PORT CHESTER | NY | 10573-3154 | K51983 | 66.90 | * |
| BRICE A HENDRICK | 3566 BURNTLEAF LN | | HOOVER | AL | 35226-2024 | K56924 | 66.90 | * |
| BRICE HOWARD [CROW] MOSELEY | 364 OLD SANDY RUN RD | | GASTON | SC | 29053-8364 | K32158 | 66.90 | * |
| BRIDGET MCGUIRE | PO BOX 1153 | | NORWICH | CT | 06360-1153 | K15044 | 66.90 | * |
| BRIGETTA JARNOT | 316 33RD AVE N APT 4 | | SAINT CLOUD | MN | 56303-1934 | K25420 | 66.90 | * |
| BRIGETTE COHN | 401 RUE SAINT PETER APT 331 | | METAIRIE | LA | 70005-4623 | K63019 | 66.90 | * |
| BRIGHT M GRIFFIN | 1493 GRIFFIN RD | | POMARIA | SC | 29126-9480 | K32035 | 66.90 | * |
| Brighthouse | PO Box 31710 | | Tampa | FL | 33631-3710 | 005052392 | 690.79 | ** |
| Brighthouse | PO Box 31710 | | Tampa | FL | 33631-3710 | 050523870 | 2,534.92 | ** |
| Brighthouse | PO Box 31710 | | Tampa | FL | 33631-3710 | 005052411 | 4,453.52 | ** |
| BRITT C FARRAR | 2556 LIBERTY RD | | TALBOTT | TN | 37877-3004 | K60444 | 66.90 | * |
| BRONWYN [BRONIE] TOWNSEND | 1011 W HIAWATHA CT | | DUNLAP | IL | 61525-9543 | K47843 | 66.90 | * |
| BROOKLINE HIGH SCHOOL | BROOKLINE HIGH SCHOOL ALUMNI | 115 GREENOUGH ST | BROOKLINE | MA | 2445 | | 0.00 | ** |
| BROOKLINE HIGH SCHOOL | c/o LYNDA RITTER KIRBY | 115 GREENOUGH ST | BROOKLINE | MA | 2445 | | 0.00 | ** |
| BROOKS HOLBORN | 112 ALTA VISTA DR | | MOSSYROCK | WA | 98564-9424 | K26539 | 66.90 | * |
| BROTHER MARTIN HIGH SCHOOL | BROTHERS OF THE SACRED HEART | 4401 ELYSIAN FIELDS AVE | NEW ORLEANS | LA | 70122-3898 | | 0.00 | ** |
| BROTHER MARTIN HIGH SCHOOL | c/o KENNY SPELLMAN | 4401 ELYSIAN FIELDS AVE | NEW ORLEANS | LA | 70122-3898 | | 0.00 | ** |
| BRUCE [KENNETH] WEST | 8453 WOODED POINT CIR NW | | MASSILLON | OH | 44646-9103 | K44673 | 66.90 | * |
| BRUCE A MOHS | 1554 8TH AVE SE | | SAINT CLOUD | MN | 56304-2100 | K19614 | 66.90 | * |
| BRUCE A WILSON | 1831 10TH AVE E | | INTERNATIONAL | MN | 56649-3062 | K20421 | 66.90 | * |
| BRUCE ANDERSON | 231 4TH AVE | | INTERNATIONAL | MN | 56649-2314 | K18419 | 66.90 | * |
| BRUCE ANTHONY BAWDEN | 426 S 18TH ST | | KEOKUK | IA | 52632-3334 | K14522 | 66.90 | * |
| BRUCE ARCHER | 409 E MAPLE ST | | MASON | MI | 48854-1751 | K43979 | 66.90 | * |
| BRUCE BAIN | 1739 SUMMIT LOOP | | GRANTS PASS | OR | 97527-8975 | K35582 | 66.90 | * |
| BRUCE BLANCHARD | 80 OBSERVATORY CIR NW | | WASHINGTON | DC | 20008-3611 | K32633 | 66.90 | * |
| BRUCE BULLER | 1420 CITY VIEW CT NE | | ROCHESTER | MN | 55906-4361 | K54011 | 66.90 | * |
| BRUCE CARBREY | 2009 TORRINGTON ST | | RALEIGH | NC | 27615-2557 | K40021 | 66.90 | * |
| BRUCE CARL MUNROE | 725 BOWES RD APT C7 | | LOWELL | MI | 49331-1650 | K34840 | 66.90 | * |
| BRUCE CARPENTER | 3913 FOXGLOVE CT N | | BROOKLYN PARK | MN | 55443-1528 | K20864 | 66.90 | * |
| BRUCE E DORLAND | 900 BRIARWOOD LN | | FENTON | MI | 48430-1865 | K58233 | 66.90 | * |
| BRUCE E HUNTER | 1419 GRAHAM FARM CIR | | SEVERN | MD | 21144-1086 | K39013 | 66.90 | * |
| BRUCE E LASKO | 7302 ARBORWOOD DR | | HUDSON | OH | 44236-2311 | K43719 | 66.90 | * |
| BRUCE E WHITHAM | 5654 WASHINGTON BLVD | | INDIANAPOLIS | IN | 46220-3032 | K27367 | 66.90 | * |
| BRUCE EBERT | 21770 STATE ROUTE 56 | | SOUTH BLOOMIN | OH | 43152-9768 | K52634 | 66.90 | * |
| BRUCE EDWARD SLASKI | 2200 BRESSLER DR | | WYOMISSING | PA | 19610-1506 | K29283 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| BRUCE EICHER | 202 CINDER RD | | TIMONIUM | MD | 21093-4327 | K13813 | 66.90 | * |
| BRUCE F THOMPSON | 1600 GRANADA DR | | BURLINGAME | CA | 94010-5826 | K58095 | 66.90 | * |
| BRUCE FIELDS | 9810 REDBUD DR | | CORPUS CHRIST | TX | 78410-1706 | K43854 | 66.90 | * |
| BRUCE FOWLER | 614 S EAST ST | | FENTON | MI | 48430-2903 | K59253 | 66.90 | * |
| BRUCE G BUCKMASTER | 14095 E EVANS CREEK RD | | ROGUE RIVER | OR | 97537-9781 | K36011 | 66.90 | * |
| BRUCE GOLDMAN | 1412 21ST AVE | | SAN FRANCISCO | CA | 94122-3330 | K34763 | 66.90 | * |
| BRUCE GOLDMAN | 1705 FOXCREEK CIR | | RICHMOND | VA | 23238-4209 | K55681 | 66.90 | * |
| BRUCE GROSSHEIM | 3215 MISHICOT RD APT 306 | | TWO RIVERS | WI | 54241-1568 | K48476 | 66.90 | * |
| BRUCE H CAHAN | 412 S 18TH ST | | PHILADELPHIA | PA | 19146-1442 | K32992 | 66.90 | * |
| BRUCE HAGEN | 108 RIVERSIDE PARK RD | | BISMARCK | ND | 58504-5331 | K32828 | 66.90 | * |
| BRUCE HANCOCK | 6963 DORMANY LOOP | | PLANT CITY | FL | 33565-3330 | K42977 | 66.90 | * |
| BRUCE HANSON | 1306 7TH AVE | | INTERNATIONAL | MN | 56649-2720 | K21688 | 66.90 | * |
| BRUCE HAROLD FAALAND | 216 WARD ST | | SEATTLE | WA | 98109-3735 | K31412 | 66.90 | * |
| BRUCE HARTMAN | 3033 SMYRNA RD | | RICHMOND | IN | 47374-1737 | K23712 | 66.90 | * |
| BRUCE HERMAN | 6618 SUTTON DR | | URBANDALE | IA | 50322-8061 | K21806 | 66.90 | * |
| BRUCE JOHNSONBAUGH | 3303 WALNUT LN | | LAFAYETTE | CA | 94549-5309 | K32373 | 66.90 | * |
| BRUCE KENNETH WESTON | 1127 DOVE WAY | | FAIRFIELD | CA | 94533-2542 | K12926 | 66.90 | * |
| BRUCE KILLIAN | 54 KNOLLWOOD TER | | SAINT JOHNSBU | VT | 05819-1036 | K13368 | 66.90 | * |
| BRUCE KJELDEN | 624 10TH ST W | | WEST FARGO | ND | 58078-1411 | K33228 | 66.90 | * |
| BRUCE L BARNES | 220 E MAIN ST | | EATON | OH | 45320-1804 | K49925 | 66.90 | * |
| BRUCE LASSITER | 134 NORMANDY DR | | VACAVILLE | CA | 95687-5905 | K55982 | 66.90 | * |
| BRUCE MACDUFFIE | PO BOX 928 | | WESTMINSTER | VT | 05158-0928 | K16329 | 66.90 | * |
| BRUCE MALCOLM JACKSON | 125 SENTINEL CT | | SIMPSONVILLE | SC | 29681-3606 | K21572 | 66.90 | * |
| BRUCE MARANO | 875 SPOTTED PONY LN | | ROCKLIN | CA | 95765-5467 | K33677 | 66.90 | * |
| BRUCE MAYBURY | 2064 JOHN ST | | MONONGAHELA | PA | 15063-4531 | K44798 | 66.90 | * |
| BRUCE N MORRISON | 3488 ELMENDORF WAY | | LEXINGTON | KY | 40517-2767 | K49654 | 66.90 | * |
| BRUCE NELSON | 1016 N 26TH AVE | | ST CLOUD | MN | 56303 | K25887 | 66.90 | * |
| BRUCE NEWMAN | 214 OXFORD STREET | | FREDERICTON | NB | E3B 2W5 | K11441 | 66.90 | * |
| BRUCE O TOONE | 9862 E 500 RD | | CLAREMORE | OK | 74019-1362 | K28128 | 66.90 | * |
| BRUCE OGLE | 3902 BROCKDELL RD | | PIKEVILLE | TN | 37367-6077 | K13048 | 66.90 | * |
| BRUCE R HERBERTSON | 1439 ROUTE 30 | | LIGONIER | PA | 15658-8534 | K62515 | 66.90 | * |
| BRUCE RICHARDSON | 5882 140TH AVE | | STORM LAKE | IA | 50588-7581 | K16857 | 66.90 | * |
| BRUCE ROTH | 2760 N NINE MOUND RD | | VERONA | WI | 53593-9717 | K54152 | 66.90 | * |
| BRUCE RUDOLPH | 24536 E FROST DR | | AURORA | CO | 80016-3195 | K56122 | 66.90 | * |
| BRUCE STAPERT | 21933 WISE RD | | GOBLES | MI | 49055-9673 | K17201 | 66.90 | * |
| BRUCE STAVSETH | 9323 E SANDY VISTA DR | | SCOTTSDALE | AZ | 85262-1140 | K26613 | 66.90 | * |
| BRUCE TAYLOR | 3800 CARUTH BLVD | | DALLAS | TX | 75225-5215 | K57417 | 66.90 | * |
| BRUCE TIMMERMAN | 528 MEADOWBROOK DR | | CENTRAL POINT | OR | 97502-3200 | K35620 | 66.90 | * |
| BRUCE VEACH | 10627 W ANGELS LN | | PEORIA | AZ | 85383-1722 | K62813 | 66.90 | * |
| BRUCE W COLEGROVE | 471 EXETER PL | | LAKE FOREST | IL | 60045-1518 | K61971 | 66.90 | * |
| BRUCE W FALL | 3933 MESA CIRCLE DR | | LOMPOC | CA | 93436-1432 | K32971 | 66.90 | * |
| BRUCE W STINE | 2974 PORTER CT SW | | GRANDVILLE | MI | 49418-1177 | K61382 | 66.90 | * |
| BRUCE W SULLIVAN | 21 KELLY LN | | GRANBY | CT | 06035-2009 | K52601 | 66.90 | * |
| BRUCE WIPPER | 5898 60TH ST SE | | SAINT CLOUD | MN | 56304-9406 | K24606 | 66.90 | * |
| BRUCE WOLF | PO BOX 447 | | EPHRATA | PA | 17522-0447 | K57296 | 66.90 | * |
| BRUCE ZIECH | 1006 WILLOW LN | | SHOREWOOD | IL | 60404-2541 | K49612 | 66.90 | * |
| BRUCEANN SINGLETON | 171 PALOMINO LN | | VALPARAISO | IN | 46383-8006 | K14888 | 66.90 | * |
| BRYAN DAVID BOYD | 305 CEDAR AVE | | DUMAS | TX | 79029-2801 | K34983 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| BRYAN GOULD | 13274 N HORRELL RD | | FENTON | MI | 48430-1009 | K56603 | 66.90 | * |
| BRYAN KINGSTON | 6495 S CODY ST | | LITTLETON | CO | 80123-3367 | K10923 | 66.90 | * |
| BRYAN NEIL GEHMAN | 1140 E PIEFFER HILL RD | | STEVENS | PA | 17578-9432 | K57429 | 66.90 | * |
| BRYAN TRAVIS YOUNG | 9413 BIG HORN RDG | | BRENTWOOD | TN | 37027-1409 | K27195 | 66.90 | * |
| BRYONY CRANE | 85 TAUNTON RD | | MEDFORD | NJ | 08055-9364 | K41070 | 66.90 | * |
| BUD [ FRED] CURWIN | 7222 BARRET RD | | WEST CHESTER | OH | 45069-3069 | K38565 | 66.90 | * |
| BUD ARCENEAUX | 1821 TAFT PARK | | METAIRIE | LA | 70001-2656 | K51752 | 66.90 | * |
| BUD HALE | PO BOX 1753 | | ORLEANS | MA | 02653-1753 | K42472 | 66.90 | * |
| BUD HIRE | W4636 GROUSE DR | | MONTELLO | WI | 53949-8831 | K44866 | 66.90 | * |
| BUD MAYS | 223 W CROY ST | | HAILEY | ID | 83333-5184 | K24101 | 66.90 | * |
| BUD REMINGTON | 2406 W BOGEY DR | | MISSION | TX | 78572-8786 | K31288 | 66.90 | * |
| BUD WALKER | 8018 DAKOTA AVE | | CHANHASSEN | MN | 55317-9636 | K34954 | 66.90 | * |
| BUDDY DIAMOND | 12330 TEMPO DR | | SAINT LOUIS | MO | 63146-5042 | K42157 | 66.90 | * |
| BUDDY JONES | 8855 SAN VICENTE DR | | YUCCA VALLEY | CA | 92284-4448 | K33306 | 66.90 | * |
| BUDDY L TIPPLE | 1001 BEACON LN | | ENGLEWOOD | OH | 45322-1551 | K34414 | 66.90 | * |
| BUDDY SHADID DDS | 6913 NW GRAND BLVD | | OKLAHOMA CITY | OK | 73116-5001 | K62735 | 66.90 | * |
| BUELL V MOORE | 502 CARNOUSTIE | | SHOAL CREEK | AL | 35242-5956 | K30435 | 66.90 | * |
| BUFORD LITTLE | 3571 MILLIE DR | | MEMPHIS | TN | 38135-2354 | K31454 | 66.90 | * |
| BUNNY DELNERO | 2028 CRESTLAKE AVE | | SOUTH PASADEN | CA | 91030-4503 | K58046 | 66.90 | * |
| BUNNY JAQUILLARD | 11328 CRESTBROOK ST | | NORWALK | CA | 90650-3705 | K31367 | 66.90 | * |
| BURGESS CHASTEEN | 5247 SIOUX DR | | FAIRFIELD | OH | 45014-3344 | K25393 | 66.90 | * |
| BURL HICKEY | 1508 BAYWOOD CIR | | HARTSVILLE | SC | 29550-6817 | K13093 | 66.90 | * |
| BURT SMITH | 807 MARY JANE AVE | | PATTERSON | CA | 95363-2142 | K53274 | 66.90 | * |
| BURTIS C WOOTEN | 1182 COUNTY ROAD 4200 | | LOVELADY | TX | 75851-4014 | K10299 | 66.90 | * |
| BURTON RUBIN | 6720 STONECUTTER DR | | BURKE | VA | 22015-4152 | K47930 | 66.90 | * |
| BURTON STENSBERG | 925 S WEST CT APT C | | APPLETON | WI | 54915-2318 | K56261 | 66.90 | * |
| BURTON W BENDER | 9003 LENOX AVE SW | | LAKEWOOD | WA | 98498-4644 | K34718 | 66.90 | * |
| Business Tax-Pasco | PO Box 276 | | Dade City | FL | 33526-0276 | 14551 | 95.00 | ** |
| BUSTER HAMMILL | 5279 CYNTHIA CT | | SPRINGFIELD | OR | 97478-7932 | K30237 | 66.90 | * |
| BUTCH LAUDERDALE | 1414 W 3RD ST | | CLIFTON | TX | 76634-1306 | K41575 | 66.90 | * |
| BUZZ BELLE | 5 ANDREWS FARM RD | | BOXFORD | MA | 01921-2652 | K40996 | 66.90 | * |
| BUZZ DOLSBERRY | 14156 N BILTMORE DR | | ORO VALLEY | AZ | 85755-5861 | K32804 | 66.90 | * |
| BUZZ KUYKENDALL | 244 S PEARL ST | | VERSAILLES | OH | 45380-1107 | K40245 | 66.90 | * |
| BYRON CARLSON | 111 10TH AVE NE | | DEVILS LAKE | ND | 58301-3152 | K35716 | 66.90 | * |
| BYRON CHURCH | 11815 83RD AVE | | BLUE GRASS | IA | 52726-9586 | K59084 | 66.90 | * |
| BYRON F CRABILL | 10831 TRAILWOOD CT | | CINCINNATI | OH | 45240-3435 | K39155 | 66.90 | * |
| BYRON L ULRICK | 2903 HOMEDALE DR | | FORT WAYNE | IN | 46816-1425 | K45455 | 66.90 | * |
| BYRON O'NEILL | 2815 21ST ST | | BAKERSFIELD | CA | 93301-3232 | K62601 | 66.90 | * |
| C A WENDLETON | 6253 APPOMATTOX DR | | PENSACOLA | FL | 32503-7505 | K34595 | 66.90 | * |
| C CHARLOTTE HUBBELL | 2180 SALISBURY RD S | | RICHMOND | IN | 47374-9382 | K31264 | 66.90 | * |
| C DENNIS ZIMMERMAN | 830 N CHURCH RD | | READING | PA | 19608-9791 | K59311 | 66.90 | * |
| C DONALD AHRENS | 917 DOUGLAS AVE | | MODESTO | CA | 95350-5256 | K42380 | 66.90 | * |
| C ELAINE TIERNAN | 225 S 31ST ST | | RICHMOND | IN | 47374-5901 | K24253 | 66.90 | * |
| C ELIZABETH [LIZZIE] LEACH | 4 PINEKNOLL DR | | LAWRENCEVILLE | NJ | 08648-3138 | K31089 | 66.90 | * |
| C ELLEN RIGGS-MILMAN | 120 LISA DR | | NORTHPORT | NY | 11768-2872 | K53505 | 66.90 | * |
| C FRED WAGNER IV | 526 CRAFTON AVE | | PITMAN | NJ | 08071-1708 | K34039 | 66.90 | * |
| C GORDON MCADAMS MD | 10481 S FM 1187 | | FORT WORTH | TX | 76126-6011 | K26477 | 66.90 | * |
| C IRVING STAATS | 3354 LYLEWOOD RD | | WOODLAWN | TN | 37191-9215 | K24638 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| C J [JIM] SULLIVAN JR | 1331 THORNTON AVE | | DES MOINES | IA | 50315-7503 | K20978 | 66.90 | * |
| C J CAMPBELL | 304 W MICHIGAN AVE | | METAMORA | IL | 61548-9633 | K51509 | 66.90 | * |
| C JANE BOECK | 605 SW US HIGHWAY 40 # 288 | | BLUE SPRINGS | MO | 64014-3232 | K61512 | 66.90 | * |
| C JEANNIE GRECO | 9142 DALE | | REDFORD | MI | 48239-1206 | K59268 | 66.90 | * |
| C KENNETH [KEN] MURRAY | 1000 VILLAGE DR | | MORGANTOWN | WV | 26505-2816 | K57643 | 66.90 | * |
| C KENNETH YOUNG | 10565 SUNSHINE HILL RD | | SONORA | CA | 95370-8007 | K52448 | 66.90 | * |
| C LINCOLN JEWETT | 537 MIDDLESEX RD | | DARIEN | CT | 06820-2521 | K12067 | 66.90 | * |
| C LLOYD JOHNSON JR | 917 CARDINAL RD | | VIRGINIA BEAC | VA | 23451-4910 | K52903 | 66.90 | * |
| C MARIE [OEDING] KUSTERMANN | 2505 N BROOKFIELD RD | | BROOKFIELD | WI | 53045-4114 | K29123 | 66.90 | * |
| C MARVEL POKORNY | 128 CONCORDIA DR | | BELLA VISTA | AR | 72715-8425 | K52552 | 66.90 | * |
| C MONA LAPALMER | 126 HARRIS AVE | | FREEPORT | NY | 11520-2315 | K51624 | 66.90 | * |
| C NAT NETSCHER | 140 GREENVIEW DR | | LANCASTER | PA | 17601-1010 | K28777 | 66.90 | * |
| C O SCOTT MCPHERSON JR | 340 TELFAIR ST | | AUGUSTA | GA | 30901-2450 | K20100 | 66.90 | * |
| C ROBERT WIKEL | 1017 E 4TH ST | | CRETE | NE | 68333-3216 | K56990 | 66.90 | * |
| C RONALD RAEZER | 230 MILLER RD | | AKRON | PA | 17501-1152 | K57844 | 66.90 | * |
| C STEVE CLARDY | 7310 SARDIS RD | | CHARLOTTE | NC | 28270-6078 | K32111 | 66.90 | * |
| C THOMAS LINDENFELSER | 407 BOB WHITE LN | | METAMORA | IL | 61548-8363 | K46775 | 66.90 | * |
| C WAYNE HOLLINGSHEAD | 20699 ARCADIA AVE | | WARRENS | WI | 54666-8590 | K23492 | 66.90 | * |
| CALVIN A LIEBER | 103 FAIRVIEW LN | | NEKOOSA | WI | 54457-1415 | K46910 | 66.90 | * |
| CALVIN BACON | 3027 COUNTY ROAD 20 | | INTERNATIONAL | MN | 56649-8702 | K22211 | 66.90 | * |
| CALVIN C ENGLEHART | PO BOX 727 | | LEBANON | GA | 30146-0727 | V98819 | 66.90 | * |
| CALVIN DAVIS | PO BOX 353 | | JEFFERSONVILL | GA | 31044-0353 | V99696 | 66.90 | * |
| CALVIN G ANDRE PHD | 1995 BROOKTREE WAY | | PLEASANTON | CA | 94566-5507 | K47097 | 66.90 | * |
| CALVIN HARTMAN | 174 HIGHWAY 40 | | LECOMPTON | KS | 66050-4073 | K53190 | 66.90 | * |
| CALVIN HEWITT CHANDLER | 22008 N TOURNAMENT DR | | SUN CITY WEST | AZ | 85375-2413 | K43047 | 66.90 | * |
| CALVIN K [JERRY] FLURY JR | 1510 CLEARVIEW AVE | | LANCASTER | PA | 17601-4306 | K27381 | 66.90 | * |
| CALVIN O SCHEPMAN | 9227 ARBA PIKE | | FOUNTAIN CITY | IN | 47341-9718 | K25986 | 66.90 | * |
| CAM FERGUSON | 221 AMBERJACK CT | | TAYLORS | SC | 29687-4853 | K21557 | 66.90 | * |
| CAMDEN-CARLISLE MILITARY ACADEMY | CAMDEN-CARLISLE ALUMNI ASSOC | 520 HIGHWAY 1 NORTH | CAMDEN | SC | 29020 | | 0.00 | ** |
| CAMDEN-CARLISLE MILITARY ACADEMY | c/o DIANE ROBINSON | 520 HIGHWAY 1 NORTH | CAMDEN | SC | 29020 | | 0.00 | ** |
| CAMELIA JANE [JANIE] JOHNSON | 508 CUMBERLAND AVE | | MADISON | TN | 37115-3335 | K35881 | 66.90 | * |
| CAMERON [CAM] MIKKELSEN | 312 18TH AVE SE | | DEVILS LAKE | ND | 58301-3443 | K35282 | 66.90 | * |
| CAMILLA E CLANCY | 39621 OTIS ALLEN RD | | ZEPHYRHILLS | FL | 33540-6801 | K10838 | 66.90 | * |
| CAMILLA J LATIMER | 612 PINE AVE | | DUMAS | TX | 79029-2610 | K29644 | 66.90 | * |
| CAMILLA K CHAPPELL | 31 BELMONT DR | | PORTSMOUTH | RI | 02871-2142 | K30013 | 66.90 | * |
| CAMILLA RINEHART | 50 DOWNFIELD DR | | WELDON SPRING | MO | 63304-7588 | K39254 | 66.90 | * |
| CAMILLE BENI | 2109 MEADOWOODS DR | | EAST MEADOW | NY | 11554-5618 | K61884 | 66.90 | * |
| CANDACE DAVIS | 439 LARAMIE TRL | | LINCOLN | NE | 68521-3230 | K53634 | 66.90 | * |
| CANDACE DUDDEN | 8725 DEW WOOD | | FAIR OAKS RAN | TX | 78015-4426 | K37507 | 66.90 | * |
| CANDACE ELLISON | 410 E MIDDLE ST | | WILLIAMSTON | MI | 48895-1436 | K40506 | 66.90 | * |
| CANDACE HAUGTVEDT | 215 SASSAFRAS WAY | | WESTERVILLE | OH | 43081-1791 | K25217 | 66.90 | * |
| CANDICE PHILLIPS | PO BOX 403 | | MCVILLE | ND | 58254-0403 | K31617 | 66.90 | * |
| CANDIDA CUCHARO | 88 GRISTMILL LN | | MANHASSET | NY | 11030-1108 | K44586 | 66.90 | * |
| CAP EVANS | 4625 KNIGHTSBRIDGE BLVD APT | | COLUMBUS | OH | 43214-4349 | K51210 | 66.90 | * |
| Capital One Bank Usa N.A. | 15000 Capital One Dr | | Richmond | VA | 23238-1119 | 4802-1390 | 7,874.00 | **: Rev Acct |
| Capital One Bank Usa N.A. | 15000 Capital One Dr | | Richmond | VA | 23238-1119 | 4802-1371 | 6,791.00 | **: Rev Acct |
| Capital One Bank Usa N.A. | 15000 Capital One Dr | | Richmond | VA | 23238-1119 | 4802-1371 | 6,924.00 | **: Rev Acct |
| CAPT ARMAND F MICHEL | 849 ELMEER AVE | | METAIRIE | LA | 70005-2055 | K55235 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| CAPT M EUGENE SOPER USN | 2659 REGENT RD | | CARLSBAD | CA | 92010-6413 | K24787 | 66.90 | * |
| CAPT MARSHALL STOVER | 1014 BELL LN | | NAPA | CA | 94558-2138 | K43199 | 66.90 | * |
| CARA CHANDLER | 15543 ENGLISH RD | | MANCHESTER | MI | 48158-9656 | K10287 | 66.90 | * |
| CARDINAL MCCARRICK / ST. MARY'S H. S. | CARDINAL MCCARRICK HIGH SCHO | 310 AUGUSTA ST | SOUTH AMBOY | NJ | 08879-1728 | | 0.00 | ** |
| CARDINAL MCCARRICK / ST. MARY'S H. S. | c/o BRIAN GINTY | 310 AUGUSTA ST | SOUTH AMBOY | NJ | 08879-1728 | | 0.00 | ** |
| CAREN COX | 144 SHRADER RD | | IOWA CITY | IA | 52245-4920 | K58125 | 66.90 | * |
| CAREN R EPSTEIN | 4893 SAN PABLO CT | | NAPLES | FL | 34109-3384 | K19710 | 66.90 | * |
| CAREY TRIPP JR | 607 BIZERTE AVE | | DALLAS | TX | 75224-1443 | K19841 | 66.90 | * |
| CARILEE COOPER | 597 OLD WALNUT BR | | NORTH AUGUSTA | SC | 29860-8646 | K26269 | 66.90 | * |
| CARITA M EGGER | 1111 S 70TH ST APT 117 | | LINCOLN | NE | 68510 | K55852 | 66.90 | * |
| CARL [DUTCH] FOXX | 5024 STONE AVE | | PORTAGE | IN | 46368-2726 | K52625 | 66.90 | * |
| CARL A ANNINO JR | 44 PEPPERIDGE LN | | GROTON | CT | 06340-6023 | V98510 | 66.90 | * |
| CARL BARNETT JR | 67 PARKVIEW AVE | | JACKSON | OH | 45640-1525 | K51384 | 66.90 | * |
| CARL BIEMILLER III | 5028 WOODFALL DR SW | | LILBURN | GA | 30047-7000 | K41944 | 66.90 | * |
| CARL BOWEN COX | 8317 JONQUIL | | WACO | TX | 76708-5700 | K42384 | 66.90 | * |
| CARL BRABOY | 318 RIO VERDE ST | | DALY CITY | CA | 94014-1551 | K51970 | 66.90 | * |
| CARL BRINSON | 2415 N 16TH AVE | | PENSACOLA | FL | 32503-4631 | K25376 | 66.90 | * |
| CARL BUHR | PO BOX 449 | | LOCUST VALLEY | NY | 11560-0449 | K53455 | 66.90 | * |
| CARL C POLSTER | 211 SUGAR CREEK RIDGE DR | | SAINT LOUIS | MO | 63122-3645 | K41382 | 66.90 | * |
| CARL CAMERON NEAL JR | 131 YACHTING CIR | | LEXINGTON | SC | 29072-9124 | K36747 | 66.90 | * |
| CARL CLEMENT CRAFT | 5274 LONSDALE DR | | SPRINGFIELD | VA | 22151-1713 | K25674 | 66.90 | * |
| CARL CURTISS | 300 E MICHIGAN AVE | | SALINE | MI | 48176-1546 | V98994 | 66.90 | * |
| CARL D BRESKE | 212 2ND AVE SW APT 214 | | BAUDETTE | MN | 56623-8804 | K19529 | 66.90 | * |
| CARL D FRY | 141 PARKVIEW HEIGHTS RD | | EPHRATA | PA | 17522-2614 | K57426 | 66.90 | * |
| CARL DITTON | 7321 GENTLE VALLEY ST | | LAS VEGAS | NV | 89149-1616 | K58665 | 66.90 | * |
| CARL E BAYLIS | 4205 GREAT MEADOW RD | | DEDHAM | MA | 02026-4079 | K45762 | 66.90 | * |
| CARL E CHRISTENSON | 5721 36TH AVE NE | | SEATTLE | WA | 98105-2333 | K17293 | 66.90 | * |
| CARL E HARVISON | 2740 SHAMROCK DR | | ALLISON PARK | PA | 15101-3147 | K25571 | 66.90 | * |
| CARL E HEIDEMANN | 5621 CELLO WAY | | FREMONT | CA | 94538-3212 | K61302 | 66.90 | * |
| CARL E MALM | 7725 LOGAN DR SW | | HUNTSVILLE | AL | 35802-2986 | K54243 | 66.90 | * |
| CARL E NITTINGER | 47 MARKET ST | | SALEM | NJ | 08079-1909 | K41414 | 66.90 | * |
| CARL E STRAIN SR | 9301 FOLIAGE LN | | MUNSTER | IN | 46321-3405 | K44900 | 66.90 | * |
| CARL E SWINEHART | 81 BUCH AVE | | LANCASTER | PA | 17601-3738 | K30185 | 66.90 | * |
| CARL HARMSEN | W8243 FAWN LN | | MERRILLAN | WI | 54754-7910 | K46245 | 66.90 | * |
| CARL HOLLAND | 16371 BIG OAK BAY RD | | TYLER | TX | 75707-7727 | K34568 | 66.90 | * |
| CARL HUSTON | 239 CRESTVIEW LOOP | | GRANTS PASS | OR | 97527-5039 | K33480 | 66.90 | * |
| CARL J ADAMS JR | 3312 BRITT ST NE | | ALBUQUERQUE | NM | 87111-4959 | V98330 | 66.90 | * |
| CARL J BRUNNETT | 38725 DODDS LNDG | | WILLOUGHBY HI | OH | 44094-6944 | K43110 | 66.90 | * |
| CARL J KOMOROWSKI | 555 W STREET RD | | KENNETT SQUAR | PA | 19348-1111 | K36978 | 66.90 | * |
| CARL K STEHMAN | 250 CHATHAM WAY APT 645 | | CLEVELAND | OH | 44124-2070 | K59845 | 66.90 | * |
| CARL KAGEBEIN | 1S610 MONTEREY AVE | | OAKBROOK TERR | IL | 60181-4518 | K51816 | 66.90 | * |
| CARL KULSCHBACH | 1107 E HOFFORD CT | | PEORIA | IL | 61614-2246 | K49852 | 66.90 | * |
| CARL L PARDOE | PO BOX 267 | | MONTANDON | PA | 17850-0267 | K19413 | 66.90 | * |
| CARL M PENNINGTON | 306 W HOME AVE | | HARTSVILLE | SC | 29550-4128 | K49677 | 66.90 | * |
| CARL M PETERSON II | PO BOX 1547 | | ORANGE BEACH | AL | 36561-1547 | K47549 | 66.90 | * |
| CARL MARVIN | 4065 E UNIVERSITY DR LOT 212 | | MESA | AZ | 85205-9342 | K15176 | 66.90 | * |
| CARL MOSHER | 5380 S 980 E | | WOLCOTTVILLE | IN | 46795-8720 | K39478 | 66.90 | * |
| CARL OLSON | 360 E RANDOLPH ST APT 2708 | | CHICAGO | IL | 60601-7337 | K54506 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 60 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CARL OSCAR MCDONNELL SR | 686 W MAIN ST | | HARLEYVILLE | SC | 29448-3706 | K48690 | 66.90 | * |
| CARL P STONE | 10338 LITTLE SUGAR CRK | | CONVERSE | TX | 78109-2410 | K21810 | 66.90 | * |
| CARL PLATTER | 111 PORTER STREET EXT | | BROCKTON | MA | 02301-2336 | K10908 | 66.90 | * |
| CARL R HANSEN | 126 RIDGEWOOD AVE | | BERLIN | NJ | 08009-1127 | K42810 | 66.90 | * |
| CARL RAINEY | 2414 S NORMAN ST | | SEATTLE | WA | 98144-2976 | K33701 | 66.90 | * |
| CARL SAXTON | 971 SALISBURY CT | | LANCASTER | PA | 17601-5163 | K28221 | 66.90 | * |
| CARL SCHWITTERS | 450 CHARLES SPRING DR | | POWELL | OH | 43065-8218 | K47731 | 66.90 | * |
| CARL STEMM | 9036 IDAHO AVE N | | MINNEAPOLIS | MN | 55445-3215 | K31398 | 66.90 | * |
| CARL T FROEHLICH | 13529 W WHITE WOOD DR | | SUN CITY WEST | AZ | 85375-5842 | K38485 | 66.90 | * |
| CARL W REISH | 632 MAHONING ST | | MILTON | PA | 17847-2216 | K15585 | 66.90 | * |
| CARL WEAVER | PO BOX 80233 | | CANTON | OH | 44708-0233 | K49890 | 66.90 | * |
| CARL WENK | 8536 WATERS RD | | ANN ARBOR | MI | 48103-9655 | V98878 | 66.90 | * |
| CARL WIEGAND | 3623 PARDEE AVE | | DEARBORN | MI | 48124-3568 | V99103 | 66.90 | * |
| CARL WILK JR | 930 JOSELA CT | | LEAVENWORTH | KS | 66048-4752 | K39919 | 66.90 | * |
| CARLA A SIEFKES | 6153 N MILWAUKEE RIVER PKWY | | GLENDALE | WI | 53209-3818 | K42756 | 66.90 | * |
| CARLA BRUMBELOE | 1908 LONNON RD | | GRANTS PASS | OR | 97527-9183 | K35887 | 66.90 | * |
| CARLA HARRITOS | 930 MACMILLAN AVE N APT B | | WILMINGTON | NC | 28403-6490 | K52745 | 66.90 | * |
| CARLA I BERG | 6901 N GALENA RD SPC 310 | | PEORIA | IL | 61614-3178 | K45162 | 66.90 | * |
| CARLA JENNESS | 10696 HIGHWAY 75 | | LE MARS | IA | 51031-8724 | K53788 | 66.90 | * |
| CARLA M VAN MALDEGHEM | 15 CHEROKEE RIDGE CT | | JOHNSON CITY | TN | 37604-3767 | K21016 | 66.90 | * |
| CARLA OLSON | 2404 CRESCENT DR | | INTERNATIONAL | MN | 56649-3963 | K20228 | 66.90 | * |
| CARLA ROBENALT | 318 SOUTH AVE | | VAN WERT | OH | 45891-2302 | K52039 | 66.90 | * |
| CARLA ROBERTS | 2811 N ROCKWOOD DR | | PEORIA | IL | 61604-2221 | K45728 | 66.90 | * |
| CARLA ROBERTSON | 350 ARDATH DR | | GRANTS PASS | OR | 97526-6804 | K35661 | 66.90 | * |
| CARLA SCHALLER | 5630 CHISWELL RUN | | FORT WAYNE | IN | 46835-8883 | K41420 | 66.90 | * |
| CARLA SCOPELETIS | 1336 TIMBERLY LN | | MC LEAN | VA | 22102-2504 | K25300 | 66.90 | * |
| CARLA STUCKI-AMERAU | 3006 CUNNINGHAM DR | | ALEXANDRIA | VA | 22309-2207 | K58367 | 66.90 | * |
| CARLEEN M NAEGELE | 404 N OAKLAND AVE | | OAKLAND | NE | 68045-1135 | K54245 | 66.90 | * |
| CARLEEN VOGEN | 65 FLECK DR | | MOUNTAIN HOME | AR | 72653-6654 | K56041 | 66.90 | * |
| CARLENA HAGLER | 612 ROBIN HILL RD | | EDMOND | OK | 73003-5178 | K62626 | 66.90 | * |
| CARLENE GISCHEL | 966 STRICKLAND BLVD | | VIRGINIA BEAC | VA | 23464-3948 | K35294 | 66.90 | * |
| CARLENE RENAE HAYES | 1075 ADMIRAL XING | | ALPHARETTA | GA | 30005-3891 | K26988 | 66.90 | * |
| CARLENE W COLE | 2149 STATE AVE | | HARVEY | LA | 70058-3262 | K54269 | 66.90 | * |
| CARLETTE ELIZABETH WHITE | 409 CABOT ST | | PORTSMOUTH | VA | 23702-1903 | K16190 | 66.90 | * |
| CARLOS J [CJ] SAVONA | PO BOX 939 | | MANDEVILLE | LA | 70470-0939 | K51206 | 66.90 | * |
| CARLOS OROZCO | 25 WOODS END DR | | DOYLESTOWN | PA | 18902-9461 | K20720 | 66.90 | * |
| CARLTON I JESSUP | PO BOX 142 | | BARRYVILLE | NY | 12719-0142 | K39973 | 66.90 | * |
| CARLY M AMBRISCO | 90 ARBOR HILL CIR | | IOWA CITY | IA | 52245-3800 | K59072 | 66.90 | * |
| CARLY NETOLICKY | 809 RONALDS ST | | IOWA CITY | IA | 52245-6038 | K56908 | 66.90 | * |
| CARMELA [CHICK] HUMMER | 20 PARKWOOD DR | | GALES FERRY | CT | 06335-1633 | V98283 | 66.90 | * |
| CARMELA COLEMAN | 8703 S 46TH AVE | | OMAHA | NE | 68157-2633 | K24685 | 66.90 | * |
| CARMELA D TRIBUNE | 15 CHATEAU THIERRY AVE APT 4 | | MADISON | NJ | 07940-1168 | K40542 | 66.90 | * |
| CARMELLA M BOCCHINO | 20 LOVELAND ST | | MADISON | NJ | 07940-1537 | K38669 | 66.90 | * |
| CARMELLA PIGNERI | 416 KELSAY AVE | | OAKLAND | IA | 51560-4128 | K21136 | 66.90 | * |
| CARMELO S [MELLO] SANFILIPPO | 1209 LEE ANN ST | | CROWLEY | TX | 76036-2919 | K25767 | 66.90 | * |
| CARMEN A VACCHIANO | 131 GREENWOOD AVE | | MADISON | NJ | 07940-1731 | K43046 | 66.90 | * |
| CARMEN FLORES-RANCE | 1431 N CALIFORNIA AVE APT 2 | | CHICAGO | IL | 60622-8310 | K54568 | 66.90 | * |
| CARMEN HUGHES | 3700 S WESTPORT AVE # 381 | | SIOUX FALLS | SD | 57106-6360 | K55515 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CARMEN M PICCOLO JR | 67 DEAN ST | | MADISON | NJ | 07940-2250 | K42208 | 66.90 | * |
| CARMEN MAURER | PO BOX 385 | | NEW BERLIN | PA | 17855-0385 | K17023 | 66.90 | * |
| CARMEN SKYLES | 3517 INVERNESS RD | | WATERLOO | IA | 50701-4633 | K56523 | 66.90 | * |
| CAROL [CARLEE] WEISS | 4173 EL CAMINO REAL APT 22 | | PALO ALTO | CA | 94306-4030 | K12301 | 66.90 | * |
| CAROL A ANDERSON | PO BOX 941243 | | MAITLAND | FL | 32794-1243 | K40086 | 66.90 | * |
| CAROL A ARNETT | 485 ELKINS ROGERS RD | | KINGS MOUNTAI | KY | 40442-8811 | K58838 | 66.90 | * |
| CAROL A BAKER | 2200 E 800 N | | OSSIAN | IN | 46777-9363 | K39020 | 66.90 | * |
| CAROL A BEANE | 601 HARRISON ST | | FRENCHTOWN | NJ | 08825-1118 | K38479 | 66.90 | * |
| CAROL A BIRIKI | 169 WESTCOTT AVE | | TRENTON | NJ | 08610-5726 | K24827 | 66.90 | * |
| CAROL A BRUTLAG | 36865 OAK POINT DR | | NEW YORK MILL | MN | 56567-9134 | K38820 | 66.90 | * |
| CAROL A DEATON | PO BOX 786 | | HENDERSONVILL | NC | 28793-0786 | K22293 | 66.90 | * |
| CAROL A GARSEE | 1833 W NELSON ST FL 2 | | CHICAGO | IL | 60657-2009 | K52898 | 66.90 | * |
| CAROL A GIEMZA-HUFF | 502 ATWOOD CT | | NEWTOWN | PA | 18940-1755 | K23470 | 66.90 | * |
| CAROL A GULLETTE | 332 NORTHWOOD BLVD | | CORSICANA | TX | 75110-2232 | K49943 | 66.90 | * |
| CAROL A KEIFER | PO BOX 42610 | | FLINTON | PA | 16640-2610 | K42336 | 66.90 | * |
| CAROL A LONG MD | 6 LORNELLE PL | | ASHEVILLE | NC | 28804-2200 | K27975 | 66.90 | * |
| CAROL A MCCLELLAN | 1050 SELDOM SEEN DR | | LAWRENCEBURG | IN | 47025-8478 | K40034 | 66.90 | * |
| CAROL A MCCLENDON | 7444 VANESSA DR | | FORT WORTH | TX | 76112-4413 | K25919 | 66.90 | * |
| CAROL A MOTTA | 4112 BRIAR PATCH CT | | MYRTLE BEACH | SC | 29579-4324 | K20330 | 66.90 | * |
| CAROL A MUIR | 6181 THISTLE LN | | CENTRAL POINT | OR | 97502-9463 | K36045 | 66.90 | * |
| CAROL A MUSSMAN | 132 NORTH ST APT 65 | | GROTON | CT | 06340-3798 | V99750 | 66.90 | * |
| CAROL A RIEKEN | 2252 HOG BARN RD | | ASHLAND | IL | 62612-8004 | K61793 | 66.90 | * |
| CAROL A SMITH | W164N9527 WATER ST | | MENOMONEE FAL | WI | 53051-1470 | K40044 | 66.90 | * |
| CAROL A SOUZA | 5137 GREENWAY DR | | NORTH LITTLE | AR | 72116-6817 | K24545 | 66.90 | * |
| CAROL A THOMAS | 5880 TAYLOR RIDGE DR | | WEST CHESTER | OH | 45069-5913 | K28568 | 66.90 | * |
| CAROL ADAMS | 208 SABRINA CT | | WOODSTOCK | GA | 30188-4229 | K13538 | 66.90 | * |
| CAROL ALLISON | 201 S 17TH AVE | | MARSHALLTOWN | IA | 50158-3119 | K56636 | 66.90 | * |
| CAROL ANDERSON | 2328 620TH ST | | AURELIA | IA | 51005-7085 | K14943 | 66.90 | * |
| CAROL ANDERSON | 414 SHOREWOOD DR | | INTERNATIONAL | MN | 56649-2110 | K17952 | 66.90 | * |
| CAROL ANN BISHOP | 1811 ZEITS AVE | | LIMA | OH | 45804-2769 | K47924 | 66.90 | * |
| CAROL ANN CLARK | 15495 MIDDLEBELT RD APT 120 | | LIVONIA | MI | 48154-3898 | K42629 | 66.90 | * |
| CAROL ANN DECKER | 1605 RNSSNC COMMONS BLVD APT | | BOYNTON BEACH | FL | 33426-8287 | K37351 | 66.90 | * |
| CAROL ANN HINTZE | 4125 STRATFORD DR | | NEW PORT RICH | FL | 34652-5231 | K36934 | 66.90 | * |
| CAROL ANN JOHNSON | 11155 W OHIO DR | | LAKEWOOD | CO | 80226-3834 | K49560 | 66.90 | * |
| CAROL ANN MILLER | 1028 MCKINLEY AVE | | DES MOINES | IA | 50315-3825 | K23973 | 66.90 | * |
| CAROL ANN NORTLEY | 6564 E MICHIGAN AVE TRLR 46 | | SALINE | MI | 48176-9595 | K11958 | 66.90 | * |
| CAROL ANN O'BERG | 7061 MOONLIGHT CIR | | HUNTINGTON BE | CA | 92647-3531 | K30189 | 66.90 | * |
| CAROL ANN PARISI | 26 PARKVIEW DR | | HAZLET | NJ | 07730-1016 | K29882 | 66.90 | * |
| CAROL ANN RUDDICK | 5236 ASHFORD CT SW | | LILBURN | GA | 30047-5349 | K62341 | 66.90 | * |
| CAROL ANN WORDEN | 10792 BENNETT ST SE | | LOWELL | MI | 49331-9444 | K34876 | 66.90 | * |
| CAROL ANNE DAUERBACH | 126A S ELM AVE | | NEWTOWN | PA | 18940-2150 | K29139 | 66.90 | * |
| CAROL ATHING | 833 PELICAN DR | | NEW BERN | NC | 28560-9034 | K46292 | 66.90 | * |
| CAROL BARANOWSKI | 3752 COLUMBIA RD | | NORTH OLMSTED | OH | 44070-2003 | K49744 | 66.90 | * |
| CAROL BARTMAN | 195 REGENCY DR | | COLUMBIA | SC | 29212-8279 | K15483 | 66.90 | * |
| CAROL BASCH | 3109 ELIZABETH LN | | MACUNGIE | PA | 18062-8969 | K35722 | 66.90 | * |
| CAROL BERGIN | 401 N MILWAUKEE ST | | PLYMOUTH | WI | 53073-1129 | K46555 | 66.90 | * |
| CAROL BETH SHULTZ | 10055 WOODLAND VILLAGE DR | | AUSTIN | TX | 78750-2233 | K43840 | 66.90 | * |
| CAROL BIBIGHAUS | 16 PLYMOUTH RD | | CHERRY HILL | NJ | 08034-2631 | K44083 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| CAROL BRADSHAW | 9124 MONUMENT DR | | GRANTS PASS | OR | 97526-8701 | K35239 | 66.90 | * |
| CAROL BRAINARD | 4360 MANCHESTER RD | | PERRY | OH | 44081-9413 | K16839 | 66.90 | * |
| CAROL BRANDSMA | 6910 34TH AVE SE | | LACEY | WA | 98503-3926 | K55286 | 66.90 | * |
| CAROL BRAUN | 1393 W ISLAND CLUB SQ | | VERO BEACH | FL | 32963-5518 | K22513 | 66.90 | * |
| CAROL BUSTRUM | 115 MALLET DR | | WALKER LAKE | NV | 89415-9610 | K28169 | 66.90 | * |
| CAROL CALHOUN | 551 WINE CLUSTER CT | | GRAYSON | GA | 30017-4026 | K58506 | 66.90 | * |
| CAROL CAPLINGER RN | 3080 E 150 S | | ANDERSON | IN | 46017-9582 | K27320 | 66.90 | * |
| CAROL CARLSON | 868 NORTHRIDGE RD | | FARMINGTON | UT | 84025-4118 | K31812 | 66.90 | * |
| CAROL CARTWRIGHT RN | 6551 GRANTS WALK LN | | DAYTON | OH | 45459-3261 | K23641 | 66.90 | * |
| CAROL CHERNEY | 9340 52ND ST S | | WISCONSIN RAP | WI | 54494-9137 | K51323 | 66.90 | * |
| CAROL CLIFTON | 15054 ENTERPRISE RD | | ABINGDON | VA | 24211-7568 | K22190 | 66.90 | * |
| CAROL COLASANTE | 8336 WILSON MILLS RD | | CHESTERLAND | OH | 44026-1858 | K44319 | 66.90 | * |
| CAROL COLE | 17 BREWSTER DR | | NEEDHAM | MA | 02492-1105 | K19239 | 66.90 | * |
| CAROL CUDDEBACK | 1962 MILLDALE RD | | FRONT ROYAL | VA | 22630-7331 | K52376 | 66.90 | * |
| CAROL CUSHMAN | PO BOX 29 | | HARTLAND CORS | VT | 05049-0029 | K43541 | 66.90 | * |
| CAROL DE MOSS | 2801 HIGHWAY 6 E LOT 49 | | IOWA CITY | IA | 52240-2617 | K56915 | 66.90 | * |
| CAROL DE PAUL | 11103 MATINAL CIR | | SAN DIEGO | CA | 92127-1271 | K61828 | 66.90 | * |
| CAROL DEJULIO | 44 PARK LN UNIT 130 | | PARK RIDGE | IL | 60068-2859 | K53959 | 66.90 | * |
| CAROL DESIMONE | 1313 N FRANKLIN PL APT 1706 | | MILWAUKEE | WI | 53202-2989 | K41731 | 66.90 | * |
| CAROL DESIPIO | 1035 PARK AVE | | NEW YORK | NY | 10028-0912 | K47866 | 66.90 | * |
| CAROL DIXON | 382 SOUND BEACH AVE | | OLD GREENWICH | CT | 06870-2223 | K46866 | 66.90 | * |
| CAROL DUNCAN | 3887 250TH AVE | | KEOKUK | IA | 52632-9769 | K15400 | 66.90 | * |
| CAROL DYKES | 20981 STAYYARD RD | | TONGANOXIE | KS | 66086-5007 | K34993 | 66.90 | * |
| CAROL E FETHERSTON | 10770 N CAMBRIDGE CT | | THIENSVILLE | WI | 53092-8552 | K39947 | 66.90 | * |
| CAROL E STEEN | 1698 FAIRFIELD CIR | | GREENFIELD | IN | 46140-8097 | K23989 | 66.90 | * |
| CAROL E WAGNER | 1 VALLEY VIEW LN | | NEWTOWN SQUAR | PA | 19073-4609 | K39172 | 66.90 | * |
| CAROL EATON | 234 MASTERS DR S | | PEACHTREE CIT | GA | 30269-2790 | K44121 | 66.90 | * |
| CAROL EAVES | 2138 1/2 BANNER DR SW | | WYOMING | MI | 49509-1924 | K28026 | 66.90 | * |
| CAROL EELLS | 1456 PINECREST DR | | GRANTS PASS | OR | 97526-7238 | K32745 | 66.90 | * |
| CAROL ELAINE SCHNEEBELI | 75-217 NANI KAILUA DR APT 18 | | KAILUA KONA | HI | 96740-2071 | K26123 | 66.90 | * |
| CAROL ELEANOR OLIVER | 1552 HIGHWAY 14 W | | PRATTVILLE | AL | 36067-6913 | K27265 | 66.90 | * |
| CAROL ELLEN NARRIN | 340 DONNA DR | | LOWELL | MI | 49331-1218 | K36321 | 66.90 | * |
| CAROL ELLIOTT | 58 GLEN SPEY DR | | PISGAH FOREST | NC | 28768-8623 | K30464 | 66.90 | * |
| CAROL FEDERIGHI | 4 QUAIL RUN | | LAFAYETTE | CA | 94549-3148 | K35123 | 66.90 | * |
| CAROL FERRAMOSCA | 6519 OAK MASTERS DR | | SPRING | TX | 77379-4222 | K45699 | 66.90 | * |
| CAROL FICHTNER | 2637 STROSCHEIN RD | | MONROEVILLE | PA | 15146-3010 | K61111 | 66.90 | * |
| CAROL FLAMMER | 3801 PIERMONT DR NE | | ALBUQUERQUE | NM | 87111-3415 | K46319 | 66.90 | * |
| CAROL FREEMAN | 5501 MEADOWGREEN CT | | SAINT CHARLES | MO | 63304-1098 | K39472 | 66.90 | * |
| CAROL FREEMAN | 420 W SANTA INEZ AVE | | HILLSBOROUGH | CA | 94010-6866 | K51835 | 66.90 | * |
| CAROL FREI | 671 LAKESIDE CIR APT 913 | | POMPANO BEACH | FL | 33060-3718 | K52787 | 66.90 | * |
| CAROL GARRISON | 2801 RANCH ROAD 12 | | SAN MARCOS | TX | 78666-2433 | K38700 | 66.90 | * |
| CAROL GRIESEMER | 1060 WESTWOOD DR | | WEST CHESTER | PA | 19382-7457 | K35001 | 66.90 | * |
| CAROL GROTE | 1001 S GRANT AVE | | MARSHALL | MO | 65340-2420 | K54804 | 66.90 | * |
| CAROL GUETZKE | 123 GRAND AVE | | THIENSVILLE | WI | 53092-1202 | K34146 | 66.90 | * |
| CAROL H CASE | 30 MARSHALL TER | | WAYLAND | MA | 01778-1104 | K37496 | 66.90 | * |
| CAROL HACK | 3534 GREEN LAKE RD | | WEST BLOOMFIE | MI | 48324-2754 | K58829 | 66.90 | * |
| CAROL HAGEN | 7050 FAIRVIEW LN | | WISCONSIN RAP | WI | 54494-9435 | K46687 | 66.90 | * |
| CAROL HAILS | 17233 CLARK AVE | | BELLFLOWER | CA | 90706-6535 | K31818 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CAROL HALEY-BOHRER | 5495 LAKE MICHIGAN DR | | FAIRFIELD | OH | 45014-3267 | K55094 | 66.90 | * |
| CAROL HALL | 7864 SE LEXINGTON AVE | | HOBE SOUND | FL | 33455-5824 | K37614 | 66.90 | * |
| CAROL HALLABRIN | 16018 LANESBORO CT | | CLERMONT | FL | 34711-5972 | K61000 | 66.90 | * |
| CAROL HANSEN | 4601 MILL WOOD DR | | COLLEYVILLE | TX | 76034-3693 | K54556 | 66.90 | * |
| CAROL HARKINS | 561 W CRYSTAL LAKE AVE | | HADDONFIELD | NJ | 08033-2748 | K43488 | 66.90 | * |
| CAROL HASHAGEN | 8940 W OLIVE AVE UNIT 106 | | PEORIA | AZ | 85345-7017 | K32857 | 66.90 | * |
| CAROL HAVEMAN | 4155 12TH ST | | WAYLAND | MI | 49348-9749 | K17199 | 66.90 | * |
| CAROL HICKMAN | 1802 SAINT ALBANS BLVD | | AUSTIN | TX | 78745-2897 | K31501 | 66.90 | * |
| CAROL HILLEGAS | 67 FOREST LAKE DR | | ASHEVILLE | NC | 28803-9000 | K37604 | 66.90 | * |
| CAROL HILTON-MCKIERNAN | 209 WESTMINSTER DR | | NOBLESVILLE | IN | 46060-4243 | K25152 | 66.90 | * |
| CAROL HIPPE | 4824 SKYLINE RIDGE CT NE | | ALBUQUERQUE | NM | 87111-2867 | K23748 | 66.90 | * |
| CAROL HOGAN | 1210 CAMELOT ST | | CONWAY | SC | 29526-2917 | K52973 | 66.90 | * |
| CAROL HOLT | 2900 64TH AVE N | | BROOKLYN CENT | MN | 55430-2013 | K21182 | 66.90 | * |
| CAROL HOPPE | 9 FOREST LAKE DR | | WRIGHT CITY | MO | 63390-2441 | K35682 | 66.90 | * |
| CAROL HORNER | 810 PINE ST | | SANTA CRUZ | CA | 95062-2445 | K16602 | 66.90 | * |
| CAROL HUGHES RN | 5218 HARDY ST | | OVERLAND PARK | KS | 66202-1140 | K33310 | 66.90 | * |
| CAROL HUTZELL | 2 PECAN DR | | RICHMOND | IN | 47374-4647 | K27626 | 66.90 | * |
| CAROL HYUN | 2626 EAGLE NEST LN | | HUMBLE | TX | 77396-1884 | K37432 | 66.90 | * |
| CAROL I CRANE | 1500 SKOKIE BLVD STE 580 | | NORTHBROOK | IL | 60062-4116 | K48881 | 66.90 | * |
| CAROL INKS | 1105 IVY ST | | MCKEESPORT | PA | 15132-1621 | K61481 | 66.90 | * |
| CAROL J BENNETT | 189 BERKSHIRE RD | | AVON LAKE | OH | 44012-1523 | K22187 | 66.90 | * |
| CAROL J CARTER | 471 RAQUEL LN | | LOS ALTOS | CA | 94022-2139 | K38531 | 66.90 | * |
| CAROL J DAVIES | 3 BEECHWOOD DR | | WATERFORD | CT | 06385-1211 | V98206 | 66.90 | * |
| CAROL J HAUGE | 215 SHOREWOOD DR | | INTERNATIONAL | MN | 56649-2145 | K18536 | 66.90 | * |
| CAROL J KERRIGAN | 510 S ATLANTIC AVE | | NEW SMYRNA BE | FL | 32169-2700 | K38714 | 66.90 | * |
| CAROL J NELSON | 2715 LANCASTER DR | | JOLIET | IL | 60433-1723 | K50454 | 66.90 | * |
| CAROL J STEDGE | 4784 BLUM DR | | FORT WAYNE | IN | 46835-3416 | K39985 | 66.90 | * |
| CAROL JACKSON | 2520 S POPE LICK RD | | LOUISVILLE | KY | 40299-4706 | K33456 | 66.90 | * |
| CAROL JAGGI | 422 E ELLEN ST | | FENTON | MI | 48430-2121 | K59070 | 66.90 | * |
| CAROL JEAN FORTUNE | 7566 2075 RD | | DELTA | CO | 81416-9364 | K17438 | 66.90 | * |
| CAROL JEAN GOODWIN | 1501 N MARBLE RD | | TRUFANT | MI | 49347-9709 | K35969 | 66.90 | * |
| CAROL JENKINS | 501 SKILES BLVD | | WEST CHESTER | PA | 19382-7397 | K38190 | 66.90 | * |
| CAROL JOHNSON KUCKER | 152 INDIGO DR | | MOUNT LAUREL | NJ | 08054-4973 | K42273 | 66.90 | * |
| CAROL JONES | 9625 WINCHESTER ST | | MASCOUTAH | IL | 62258-2888 | K30916 | 66.90 | * |
| CAROL JONES | 1971 BRIARWOOD DR | | CAPE GIRARDEA | MO | 63701-2503 | K47218 | 66.90 | * |
| CAROL JOYCE | 14780 HUBBARD RD | | BURTON | OH | 44021-9538 | K44957 | 66.90 | * |
| CAROL JOYCE MOORE | 2906 OTRANTO RD | | NORTH CHARLES | SC | 29406-9615 | K28350 | 66.90 | * |
| CAROL K [LUCY] SIMERMAN | 22 TRUMAN BLVD | | BEVERLY HILLS | FL | 34465-4035 | K38306 | 66.90 | * |
| CAROL KASLE | 1869 CHIPPING WAY | | BLOOMFIELD HI | MI | 48302-1711 | K42616 | 66.90 | * |
| CAROL KASSEL | 3875 WALDO AVE APT 3C | | BRONX | NY | 10463-2158 | K11042 | 66.90 | * |
| CAROL KEEFER | 620 MAHONING ST | | MILTON | PA | 17847-2216 | K23073 | 66.90 | * |
| CAROL KEFALAS | 39 BIRKDALE LOOP | | PAWLEYS ISLAN | SC | 29585-6725 | K59708 | 66.90 | * |
| CAROL KEY | PO BOX 1067 | | CEDAREDGE | CO | 81413-1067 | K31365 | 66.90 | * |
| CAROL KOHL | 1806 MILL POND DR | | SOUTH WINDSOR | CT | 06074-3554 | K60623 | 66.90 | * |
| CAROL KOMLOSY | 34 PRINCETON ST | | WILLISTON PAR | NY | 11596-1325 | K37352 | 66.90 | * |
| CAROL KORBAR | 2140 NE 41ST ST | | LIGHTHOUSE PO | FL | 33064-7330 | K60945 | 66.90 | * |
| CAROL KRAUS | 2480 DEL RIO WAY | | DUNEDIN | FL | 34698-2016 | K55847 | 66.90 | * |
| CAROL KROKSH | 20933 FAWN AVE | | AKRON | IA | 51001-8869 | K59062 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CAROL L CARSTENS | 12611 GLENWOOD AVE SW | | TACOMA | WA | 98499-1159 | K30352 | 66.90 | * |
| CAROL L HARELD | 105 LAVIDIA BLVD | | JOLIET | IL | 60435-1435 | K49461 | 66.90 | * |
| CAROL L HARMON | 191 JACKSONIAN DR | | HERMITAGE | TN | 37076-1814 | K43258 | 66.90 | * |
| CAROL L MUELLER | 300 W INNISFREE CIR APT B12 | | ROGERS | AR | 72758-1125 | K60870 | 66.90 | * |
| CAROL L NASH | 4418 WICKHAM CT | | ADRIAN | MI | 49221-9320 | K60661 | 66.90 | * |
| CAROL L TIGHE | 50 CEDAR ST | | EAST HANOVER | NJ | 07936-3029 | K40300 | 66.90 | * |
| CAROL LANDIS | 6072 VERA CRUZ RD | | EMMAUS | PA | 18049-9565 | K43610 | 66.90 | * |
| CAROL LARSEN | 11028 GRIFFITH PARK DR NE | | ALBUQUERQUE | NM | 87123-5410 | K52901 | 66.90 | * |
| CAROL LAUERMANN | 1338 DUNMORE CIR | | CLEARWATER | MN | 55320-9769 | K20139 | 66.90 | * |
| CAROL LAYTON | 1168 GAINARD ST | | CRESCENT CITY | CA | 95531-3536 | K18468 | 66.90 | * |
| CAROL LEE LYNN | 138 CARNAHAN LN | | LIGONIER | PA | 15658-3567 | K61046 | 66.90 | * |
| CAROL LEIBOWITZ | 10709 BALANTREE LN | | POTOMAC | MD | 20854-1318 | K50868 | 66.90 | * |
| CAROL LILIENTHAL | 49 TOP GALLANT RD UNIT 21 | | STAMFORD | CT | 06902-7754 | K52671 | 66.90 | * |
| CAROL LIPITZ PHD | 824 ADDISON ST | | WOODMERE | NY | 11598-2517 | K51107 | 66.90 | * |
| CAROL LOPEZ | 5736 RIO PINOS DR NE | | RIO RANCHO | NM | 87144-6013 | K41822 | 66.90 | * |
| CAROL LOWMAN | 3185 AYERSHIRE DR | | BLOOMFIELD HI | MI | 48302-0812 | K56271 | 66.90 | * |
| CAROL LUNDQUIST | PO BOX 57 | | LAMONT | MI | 49430-0057 | K35145 | 66.90 | * |
| CAROL M KOLSON | 4110 NE TILLAMOOK ST APT 408 | | PORTLAND | OR | 97212-5330 | K39506 | 66.90 | * |
| CAROL MAGNESS | 2001 E US HIGHWAY 40 | | GREENCASTLE | IN | 46135-8724 | K45223 | 66.90 | * |
| CAROL MARCOVICH | 49 E CEDAR ST APT 2 | | CHICAGO | IL | 60611-1175 | K40875 | 66.90 | * |
| CAROL MARK | 559 GRAMATAN AVE STE 209 | | MOUNT VERNON | NY | 10552-2157 | K22626 | 66.90 | * |
| CAROL MARSE | 1011 SEAGULL LN | | PROSPERITY | SC | 29127-9352 | K31340 | 66.90 | * |
| CAROL MAY | 2659 PINE TREE RD | | HOLT | MI | 48842-9716 | K42432 | 66.90 | * |
| CAROL MCCLEARY | 9 PARKWAY LN | | RICHMOND | IN | 47374-5832 | K25131 | 66.90 | * |
| CAROL MCCOLLUM | 3609 NW 60TH TER | | KANSAS CITY | MO | 64151-2869 | K15183 | 66.90 | * |
| CAROL MCGRATH | 2319 BRANNING RD | | LOUISVILLE | KY | 40222 | K36563 | 66.90 | * |
| CAROL MCSHERRY | 4 SPRUCE RD | | NEWTOWN SQUAR | PA | 19073-2914 | K37435 | 66.90 | * |
| CAROL MEDSKER | 902 E F ST | | HASTINGS | NE | 68901-6654 | K53050 | 66.90 | * |
| CAROL MERRILL | 2114 LYNWOOD PL | | BURLINGTON | KY | 41005-8121 | K44365 | 66.90 | * |
| CAROL MEYER | 1014 SHORT CUT RD | | PLYMOUTH | WI | 53073-4112 | K48537 | 66.90 | * |
| CAROL MILLER | 4014 WENONAH LN | | FORT WAYNE | IN | 46809-1152 | K39206 | 66.90 | * |
| CAROL MILLS | 1205 CONNECTICUT AVE | | JOLIET | IL | 60435-3708 | K50724 | 66.90 | * |
| CAROL MOORE | 1501 E CROOKED LAKE DR | | EUSTIS | FL | 32726-5717 | K56009 | 66.90 | * |
| CAROL MORIN | 2201 S HIGHWAY 169 APT 110 | | GRAND RAPIDS | MN | 55744-4259 | K19087 | 66.90 | * |
| CAROL MORRIS | 1061 THOMPSON DR | | BAY SHORE | NY | 11706-6209 | K52639 | 66.90 | * |
| CAROL MOURNIGHAN | 7204 CHURCHILL RD | | MCLEAN | VA | 22101-2003 | K37091 | 66.90 | * |
| CAROL MUROWCHICK | 2601 CHESTNUT AVE UNIT 1314 | | GLENVIEW | IL | 60026-8315 | K46464 | 66.90 | * |
| CAROL MURRAY | 5211 PAR PL | | ROCKLIN | CA | 95677-4205 | K29237 | 66.90 | * |
| CAROL NEUER | W61N469 WASHINGTON AVE | | CEDARBURG | WI | 53012-2400 | K34223 | 66.90 | * |
| CAROL NOFFZ | 320 SYLVAN RETREAT RD | | COLUMBIA | PA | 17512-9035 | K30535 | 66.90 | * |
| CAROL NYBERG | 135 SPRING VALLEY DR | | ANDERSON | IN | 46011-1926 | K40195 | 66.90 | * |
| CAROL OLDENGARM | 7731 E KEYES RD | | HUGHSON | CA | 95326-9710 | K30322 | 66.90 | * |
| CAROL OLZER | 1026 BROWNING RD | | GREENSBORO | NC | 27410-4751 | K61445 | 66.90 | * |
| CAROL ONORATO | 4338 BREAM RD | | NORTH CHARLES | SC | 29418-5428 | K30958 | 66.90 | * |
| CAROL PAULI | 6780 RYAN CREST DR | | FLORISSANT | MO | 63033-5129 | K39880 | 66.90 | * |
| CAROL PERKINSON | 2 IRIS LN | | ALBANY | NY | 12205-2947 | K26088 | 66.90 | * |
| CAROL PLASKON | 6605 SMITH MOUNTAIN RD | | PENHOOK | VA | 24137-2710 | K60624 | 66.90 | * |
| CAROL PORCH | PO BOX 186 | | BINFORD | ND | 58416-0186 | K39099 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 65 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CAROL POWELL | 31990 COUNTY ROAD K | | PRAIRIE DU CH | WI | 53821-8089 | K54720 | 66.90 | * |
| CAROL PRESAR | 11937 COUNTY ROAD 33A | | WAPAKONETA | OH | 45895-9502 | K55673 | 66.90 | * |
| CAROL PULLAR | 2203 11TH AVE | | INTERNATIONAL | MN | 56649-3801 | K27780 | 66.90 | * |
| CAROL PYLE | 52 NEWMAN DR | | GLEN DALE | WV | 26038-1078 | K60078 | 66.90 | * |
| CAROL R BRIGHT | 2821 SAINT MARYS RD | | ARDMORE | PA | 19003-2006 | K37177 | 66.90 | * |
| CAROL R CLARKE | 49 6TH ST N | | NAPLES | FL | 34102-6012 | K36124 | 66.90 | * |
| CAROL RAFF | 6888 NW 110TH WAY | | PARKLAND | FL | 33076-3829 | K46500 | 66.90 | * |
| CAROL REED | 9131 ROSEDALE HWY SPC 60 | | BAKERSFIELD | CA | 93312-2106 | K33697 | 66.90 | * |
| CAROL RESSLER | 1068 DORCHESTER RD | | TROY | OH | 45373-1145 | K31575 | 66.90 | * |
| CAROL RHEN | 26333 290TH AVE | | BADGER | MN | 56714-9177 | K33734 | 66.90 | * |
| CAROL RHOADES | 22156 E TERN CT | | FORT MILL | SC | 29707-5803 | K32232 | 66.90 | * |
| CAROL RISHEL | 1845 PLEASANT GROVE RD | | MIFFLINBURG | PA | 17844-7918 | K15763 | 66.90 | * |
| CAROL ROBBINS | 3307 N BROOKS LN | | PEORIA | IL | 61604-1711 | K45618 | 66.90 | * |
| CAROL ROBINSON | 2368 BALL DR | | RICHFIELD | WI | 53076-9513 | K43690 | 66.90 | * |
| CAROL ROGERS | 12680 4TH ST SPC 34 | | YUCAIPA | CA | 92399-4519 | K46168 | 66.90 | * |
| CAROL ROGERS | 10608 GOSHAWK PL | | RIVERVIEW | FL | 33578-6161 | K60746 | 66.90 | * |
| CAROL RUDE | 1200 HUNTINGTON AVE APT 212 | | WISCONSIN RAP | WI | 54494-6491 | K55384 | 66.90 | * |
| CAROL S BITTNER | 8550 NW WINCHESTER RD | | DECATUR | IN | 46733-8831 | K38551 | 66.90 | * |
| CAROL SALZER | 1109 7TH ST S APT 211 | | WAITE PARK | MN | 56387-1782 | K24777 | 66.90 | * |
| CAROL SCHEMBECK | 6000 RUNNING VILLAGE RD RM P | | STROUDSBURG | PA | 18360-1682 | K37729 | 66.90 | * |
| CAROL SCHOEN | 11605 N HILLSIDE LN | | MEQUON | WI | 53092-2919 | K36514 | 66.90 | * |
| CAROL SCHOPPERT | 474 E MONTEREY RD | | PALATINE | IL | 60074-3722 | K55620 | 66.90 | * |
| CAROL SCHRAUFF | 7007 LEAMEADOW DR | | DALLAS | TX | 75248-5501 | K54644 | 66.90 | * |
| CAROL SCHROEDER | PO BOX 162 | | CLEVELAND | WI | 53015-0162 | K50251 | 66.90 | * |
| CAROL SCHUMACHER | 2848 E 1200 N | | YODER | IN | 46798-9607 | K38945 | 66.90 | * |
| CAROL SEIVLEY | 1215 RANCHERO CT | | LAWRENCE | KS | 66049-3534 | K47602 | 66.90 | * |
| CAROL SHOEMAKER-SAIF | 616 DARCY AVE | | JOLIET | IL | 60436-1673 | K54813 | 66.90 | * |
| CAROL SINGSAAS | 157 DAKOTA SHORES PL | | HENDRICKS | MN | 56136-1201 | K30216 | 66.90 | * |
| CAROL SMILES | PO BOX 2122 | | SACRAMENTO | CA | 95812-2122 | K46570 | 66.90 | * |
| CAROL SMITH | 17640 CORKILL RD SPC 80 | | DESERT HOT SP | CA | 92241-9484 | K32628 | 66.90 | * |
| CAROL SMITH | 225 BLUEBELL LN | | CAMDEN | TN | 38320-7157 | K32817 | 66.90 | * |
| CAROL SMITH | 164 BRISTLECONE PINES RD | | SEDONA | AZ | 86336-4928 | K37697 | 66.90 | * |
| CAROL SMITH | 180 TAYLOR LOOP RD | | SELAH | WA | 98942-8715 | K37789 | 66.90 | * |
| CAROL STOCKWELL | 3693 ENGLE RD | | MIDDLEVILLE | MI | 49333-9149 | V98871 | 66.90 | * |
| CAROL STUMP | 3970 BROCKTON MANOR NORTH DR | | GREENWOOD | IN | 46143-8414 | K30155 | 66.90 | * |
| CAROL SUE VANDERFEEN | 25 GILMAN TER | | SIOUX CITY | IA | 51104-4105 | K55294 | 66.90 | * |
| CAROL SUTTON | 7470 E PEWTER PL | | TUCSON | AZ | 85715-3555 | K28364 | 66.90 | * |
| CAROL SWARTZ | 4005 BAMBOROUGH DR | | FORT MILL | SC | 29715-7316 | K43461 | 66.90 | * |
| CAROL SWIGGETT | PO BOX 4046 | | TUBAC | AZ | 85646-4046 | K52417 | 66.90 | * |
| CAROL TAYLOR | PO BOX 34 | | BUENA VISTA | PA | 15018-0034 | K61009 | 66.90 | * |
| CAROL THARP | 1111 GLASS ST | | WHITE OAK | PA | 15131-1519 | K60584 | 66.90 | * |
| CAROL TOMASKA | 12801 W SMITH RD | | MANHATTAN | IL | 60442-9434 | K49913 | 66.90 | * |
| CAROL TROMBA | 5601 HIGHWAY A1A APT S203 | | VERO BEACH | FL | 32963-1072 | K37194 | 66.90 | * |
| CAROL VOLD | 2515 148TH AVE NE | | HAM LAKE | MN | 55304-6312 | K20810 | 66.90 | * |
| CAROL WALDEN | 622 BETHEL DR | | JOLIET | IL | 60435-5102 | K52220 | 66.90 | * |
| CAROL WARMBIER | 1307 170TH AVE | | LU VERNE | IA | 50560-8548 | K53891 | 66.90 | * |
| CAROL WATKIN | 34 CHERRY DR E | | PLAINVIEW | NY | 11803-2017 | K53205 | 66.90 | * |
| CAROL WENZEL | 293 STONY LANE RD | | STEVENS | PA | 17578-9628 | K58198 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CAROL WILEY-WOOTEN | 214 BEECH DR | | DELAWARE | OH | 43015-3236 | K52349 | 66.90 | * |
| CAROL WILSEY | 305 MORGAN ST | | KEOKUK | IA | 52632-5944 | K15645 | 66.90 | * |
| CAROL WITTIG | 655 MARKHAM WOODS RD | | LONGWOOD | FL | 32779-2819 | K47932 | 66.90 | * |
| CAROL WOLK | 7160 OLD SAND LAKE RD | | BRITT | MN | 55710-8128 | K18126 | 66.90 | * |
| CAROL YVONNE FORD | 1320 LAKESIDE AVE | | BALTIMORE | MD | 21218-3003 | K13681 | 66.90 | * |
| CAROL YVONNE LEHNERD | 272 BULLCREEK RD | | BUTLER | PA | 16002-7774 | K58055 | 66.90 | * |
| CAROLAN PICKERING | 17 IKE WILLIAMS RD | | NEWTON | NJ | 07860-6457 | K17384 | 66.90 | * |
| CAROLE A KRAMER | 18816 PALO ALTO AVE | | HOLLIS | NY | 11423-1922 | K61870 | 66.90 | * |
| CAROLE A MITCHELL | 7805 AVENUE X APT B | | LUBBOCK | TX | 79423-2372 | K57868 | 66.90 | * |
| CAROLE A NOSSEK | 43 DAWLEY DR | | STONINGTON | CT | 06378-2020 | K11384 | 66.90 | * |
| CAROLE A PLENGE | 631 HAZEL ST APT 305 | | OSHKOSH | WI | 54901-4995 | K47101 | 66.90 | * |
| CAROLE AGEE | 9006 WOODLAND TRCE | | BOERNE | TX | 78006-6542 | K35609 | 66.90 | * |
| CAROLE BONNER | 211 SKYVIEW DR | | IRWIN | PA | 15642-7028 | K60699 | 66.90 | * |
| CAROLE BRINKLEY | 4387 EASTGATE DR | | ANN ARBOR | MI | 48103-9487 | V99862 | 66.90 | * |
| CAROLE BUCKNER | 25646 HASKELL ST | | TAYLOR | MI | 48180-2074 | K58771 | 66.90 | * |
| CAROLE BUERKLIN | 123 PLEASANTVIEW DR | | HAMILTON | IL | 62341-1108 | K15471 | 66.90 | * |
| CAROLE CHVILICEK | 705 SW NYE AVE | | PENDLETON | OR | 97801-4151 | K32481 | 66.90 | * |
| CAROLE COOPER | 675 S HOLLAND LAKE DR | | SHERIDAN | MI | 48884-8368 | K47212 | 66.90 | * |
| CAROLE CRESSY | 3242 200TH ST | | BAYSIDE | NY | 11361-1014 | K62294 | 66.90 | * |
| CAROLE CROUTHAMEL | 301 CHARLES RD | | MUNCY | PA | 17756-1741 | K15693 | 66.90 | * |
| CAROLE DOLLARD | 12 SCENICVIEW CRES | | MANORVILLE | NY | 11949-2978 | K49645 | 66.90 | * |
| CAROLE EASTMAN | 5055 E UNIVERSITY DR | | MESA | AZ | 85205-7299 | K14686 | 66.90 | * |
| CAROLE EHLE | 2312 S 160TH ST | | OMAHA | NE | 68130-1752 | K55925 | 66.90 | * |
| CAROLE FERSTER | 125 RAMONA CT | | NEW ROCHELLE | NY | 10804-1826 | K43695 | 66.90 | * |
| CAROLE FREED | 300 S NIXON AVE | | LIMA | OH | 45805-3128 | K45906 | 66.90 | * |
| CAROLE GOLDSMITH | 2649 NE 12TH TER | | POMPANO BEACH | FL | 33064-6909 | K50982 | 66.90 | * |
| CAROLE GOTTLIEB | 5400 ALBEMARLE AVE | | PITTSBURGH | PA | 15217-1133 | K43482 | 66.90 | * |
| CAROLE GREENE | 331 HAMPTON ST | | ELLOREE | SC | 29047-9376 | K36623 | 66.90 | * |
| CAROLE HENDERSON | 7741 FOREST TRL APT 1 | | PORT RICHEY | FL | 34668-5817 | K61357 | 66.90 | * |
| CAROLE HOWARD | 1 RENFREW LN | | BELLA VISTA | AR | 72715-5529 | K20526 | 66.90 | * |
| CAROLE J BRYDE | 310 W NORTHRUP ST | | LANSING | MI | 48911-3705 | K43820 | 66.90 | * |
| CAROLE J GARBE | 65 MALCOLM DR | | PASADENA | CA | 91105-1307 | K60462 | 66.90 | * |
| CAROLE J SCHMITT | 114 PEACH ST | | PARK FOREST | IL | 60466-2020 | K51366 | 66.90 | * |
| CAROLE J ZASLAV | 317 TEAROSE LN | | CHERRY HILL | NJ | 08003-3523 | K11090 | 66.90 | * |
| CAROLE KACENA | 2112 HOLLYWOOD BLVD | | IOWA CITY | IA | 52240-2313 | K56745 | 66.90 | * |
| CAROLE KENNEDY | 3610 NONAVILLE RD | | MOUNT JULIET | TN | 37122-2179 | K35884 | 66.90 | * |
| CAROLE KEUTE | 10151 KARSTON CV NE | | ALBERTVILLE | MN | 55301-8729 | K19180 | 66.90 | * |
| CAROLE KIRCHNER | C2212 STATE HIGHWAY 153 | | STRATFORD | WI | 54484-9417 | K15068 | 66.90 | * |
| CAROLE KORNMILLER | 4241 BAYWOOD DR | | TRAVERSE CITY | MI | 49686-3801 | K42123 | 66.90 | * |
| CAROLE L BECIC | 1016 K ST | | TEKAMAH | NE | 68061-1418 | K56396 | 66.90 | * |
| CAROLE L DEBUSE | 520 S 67TH ST | | OMAHA | NE | 68106-1102 | K61303 | 66.90 | * |
| CAROLE LAWTON | 7 FOREST LN NE | | ROME | GA | 30161-5810 | K20068 | 66.90 | * |
| CAROLE LOCKARD | 200 STEVENS AVE | | JOLIET | IL | 60432-2522 | K51290 | 66.90 | * |
| CAROLE M KLAWANSKY | 10595 STATE ROUTE 108 | | COLUMBIA | MD | 21044-1335 | K35534 | 66.90 | * |
| CAROLE MANN | 39952 OLD STERLING HWY | | ANCHOR POINT | AK | 99556-9454 | K22265 | 66.90 | * |
| CAROLE PACKER | 1603 12TH AVE N | | PRINCETON | MN | 55371-6155 | K21617 | 66.90 | * |
| CAROLE PARKER | 2334 DOROTHY AVE | | WHITE BEAR LA | MN | 55110-4811 | K21425 | 66.90 | * |
| CAROLE PIERCE | 913 WILLOW ST APT 21 | | IOWA CITY | IA | 52245-5444 | K56647 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CAROLE SCAGGS | 535 N ARLINGTON ST | | GREENCASTLE | IN | 46135-1112 | K44973 | 66.90 | * |
| CAROLE WALSH | 195 SCENIC HILL DR | | PARIS | TN | 38242-7937 | K48176 | 66.90 | * |
| CAROLE WANTZ | 8330 DELCREST DR APT 1D | | SAINT LOUIS | MO | 63124-2128 | K28140 | 66.90 | * |
| CAROLE WEISE | 4273 COLONIAL PARK DR | | PITTSBURGH | PA | 15227-2640 | K41258 | 66.90 | * |
| CAROLE WELSH | 25422 213TH PL SE UNIT 11 | | MAPLE VALLEY | WA | 98038-7583 | K20456 | 66.90 | * |
| CAROLE WOOLSEY | PO BOX 2356 | | FRIDAY HARBOR | WA | 98250-2356 | K30194 | 66.90 | * |
| CAROLE WRIGHT | 13307 SE 151ST ST | | RENTON | WA | 98058-2896 | K33975 | 66.90 | * |
| CAROLE ZATLIN | 8031 KINGSBURY BLVD | | CLAYTON | MO | 63105-3715 | K40872 | 66.90 | * |
| CAROLEE BRANDT | 802 BAFFIN BAY RD | | COLUMBIA | SC | 29212-3388 | K43573 | 66.90 | * |
| CAROLEE BROWN | 2387 HALSTED LN | | AURORA | IL | 60503-5786 | K41134 | 66.90 | * |
| CAROLEE BUCCALO | 126 LOWER HILLSIDE DR | | BELLBROOK | OH | 45305-2112 | K57840 | 66.90 | * |
| CAROLIN J BOCZAR | 423 34TH ST | | MCKEESPORT | PA | 15132-7220 | K61309 | 66.90 | * |
| CAROLINA (KAY) MOLES | 228 WILLOWHAVEN DR | | PITTSBURGH | PA | 15227-2308 | K58308 | 66.90 | * |
| CAROLINE [CARRIE] BITTERWOLF PHD | 1423 RIDGEVIEW DR | | MOSCOW | ID | 83843-4513 | K56995 | 66.90 | * |
| CAROLINE ANN THARP | 221 N HACKETT RD | | WATERLOO | IA | 50701-1128 | K54924 | 66.90 | * |
| CAROLINE BRIDGERS | 311 KENSINGTON DR | | SAVANNAH | GA | 31405-5424 | K30386 | 66.90 | * |
| CAROLINE CASE | 2821 S 106TH ST APT 102 | | MILWAUKEE | WI | 53227-3251 | K35304 | 66.90 | * |
| CAROLINE COGDILL | 9900 GREEN GABLES | | WILLIS | MI | 48191-9694 | K58378 | 66.90 | * |
| CAROLINE CUPPY-ZIMMERMAN | 10844 VINCENT AVE S | | MINNEAPOLIS | MN | 55431-3755 | K14055 | 66.90 | * |
| CAROLINE DAVIDSON | 13542 CATALINA VILLAGE DR | | HOUSTON | TX | 77083-4845 | K31239 | 66.90 | * |
| CAROLINE GUINN-BAILEY | 29 KNOLL TER | | WEST CALDWELL | NJ | 07006-7307 | K15949 | 66.90 | * |
| CAROLINE K ERISMAN | 90 GROVE ST | | WELLESLEY | MA | 02482-7801 | K41886 | 66.90 | * |
| CAROLINE KEARNS | 3481 ROCKWELL CIR | | MUNDELEIN | IL | 60060-6042 | K53577 | 66.90 | * |
| CAROLINE KELLY | 104 PINECREST ESTATES DR | | FLAT ROCK | NC | 28731-4734 | K56895 | 66.90 | * |
| CAROLINE KENLON | 105 DARTMOUTH RD | | MANHASSET | NY | 11030-2003 | K53819 | 66.90 | * |
| CAROLINE MCCOLLUM | 3136 BLOUNT ST | | FORT MYERS | FL | 33916-4121 | K44073 | 66.90 | * |
| CAROLINE P JUPP | 1037 S SPRING ST APT 155 | | PORT WASHINGT | WI | 53074-2473 | K49249 | 66.90 | * |
| CAROLINE P POLLARD | 227 CONGRESS AVE | | LANSDOWNE | PA | 19050-1438 | K44593 | 66.90 | * |
| CAROLINE PERRI DESIMONE | 370 E 2ND ST | | BROOKLYN | NY | 11218-3906 | K54858 | 66.90 | * |
| CAROLINE TATE | 124 S MARTINWOOD RD | | KNOXVILLE | TN | 37923-5538 | K22748 | 66.90 | * |
| CAROLINE THOMPSON | 5904 LEGEND CT | | HOSCHTON | GA | 30548-4015 | K23173 | 66.90 | * |
| CAROLYN [CAROL] REED | 8639 W BEHREND DR | | PEORIA | AZ | 85382-8750 | K33522 | 66.90 | * |
| CAROLYN [LYNN] NERZIG | 1032 ARBOR CT | | MOUNT PROSPEC | IL | 60056-4476 | K44919 | 66.90 | * |
| CAROLYN [MIDGE] BARKER | 6013 N ARDEN DR | | MENTOR | OH | 44060-2176 | K36503 | 66.90 | * |
| CAROLYN [SUSIE] STECKEL | PO BOX 216 | | CRAWFORD | CO | 81415-0216 | K17262 | 66.90 | * |
| CAROLYN A BOBAY | 1826 CHOCHTIMAR TRL | | FORT WAYNE | IN | 46808-1823 | K39208 | 66.90 | * |
| CAROLYN A HARRIS | 201 TRAMMELL RD | | BRISTOL | TN | 37620-5307 | K23228 | 66.90 | * |
| CAROLYN A PURYEAR | 5813 S VAN GORDON LN | | LITTLETON | CO | 80127-3121 | K32513 | 66.90 | * |
| CAROLYN A WOOD | 335 SKYVIEW DR | | MONROEVILLE | PA | 15146-1239 | K60978 | 66.90 | * |
| CAROLYN AMORUSO | 4 OAKVIEW TER | | MIDDLETOWN | RI | 02842-4634 | K24725 | 66.90 | * |
| CAROLYN ANDERSON | 230 CRESTWOOD DR | | SOUTH ORANGE | NJ | 07079-1115 | K13361 | 66.90 | * |
| CAROLYN ANNE KENT | 1329 LEGACY GREENE AVE | | WAKE FOREST | NC | 27587-4344 | K27302 | 66.90 | * |
| CAROLYN B. MAY | 2540 BENT GREEN ST | | RALEIGH | NC | 27614-6927 | K25011 | 66.90 | * |
| CAROLYN BADER | 2615 W MAIN ST | | RICHMOND | IN | 47374-4605 | K33890 | 66.90 | * |
| CAROLYN BARRY | 6 WETHERHILL WAY | | DAYTON | NJ | 08810-1606 | K46067 | 66.90 | * |
| CAROLYN BATTERSON | 12345 KING RD | | ROSWELL | GA | 30075-1435 | K35839 | 66.90 | * |
| CAROLYN BELL | 209 RIDLEY ST | | SMYRNA | TN | 37167-2931 | K22020 | 66.90 | * |
| CAROLYN BILLMAN | 4171 N HILLSDALE RD | | HILLSDALE | MI | 49242-9155 | V99753 | 66.90 | * |

Legend:

\* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

\*\* = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| CAROLYN BLAGG | 2323 S 10TH ST | | IRONTON | OH | 45638-2569 | K53636 | 66.90 | * |
| CAROLYN BLAKE | 3 CAROB CT | | LUMBERTON | NJ | 08048-4201 | K47944 | 66.90 | * |
| CAROLYN BLANKENCHIP | PO BOX 1863 | | ELMA | WA | 98541-1863 | K35038 | 66.90 | * |
| CAROLYN BOERNER | 1 OAKNOLL CT | | IOWA CITY | IA | 52246-5250 | K56790 | 66.90 | * |
| CAROLYN BRADFORD | 10767 RAVENNA WAY | | FORT MYERS | FL | 33913-7013 | K47793 | 66.90 | * |
| CAROLYN BRIGHAM | 11201 CHATTERLY LOOP APT 101 | | MANASSAS | VA | 20109-7852 | K12557 | 66.90 | * |
| CAROLYN BULLION | 104 WOODS CT | | FRANKLIN | TN | 37064-5707 | K24045 | 66.90 | * |
| CAROLYN BURVEE | 18 LEAWOOD LN | | BELLA VISTA | AR | 72715-4715 | K55949 | 66.90 | * |
| CAROLYN BUTLER | 201 N GOWER ST | | LOS ANGELES | CA | 90004-3829 | K12477 | 66.90 | * |
| CAROLYN CAHILL | PO BOX 73 | | LUSBY | MD | 20657-0073 | K23900 | 66.90 | * |
| CAROLYN CHRISTMON | 10608 SEALORD CT | | INDIANAPOLIS | IN | 46236-9007 | K26524 | 66.90 | * |
| CAROLYN CLENDENNING | 87 BIRCH LN | | PAOLI | PA | 19301-1202 | K37801 | 66.90 | * |
| CAROLYN COLLINS | 9933 DICKENS DR | | BENBROOK | TX | 76126-4109 | K48426 | 66.90 | * |
| CAROLYN CONWAY | 777 OSAGE ST | | LEAVENWORTH | KS | 66048-1877 | K35244 | 66.90 | * |
| CAROLYN CROWTHER | 2317 POPLAR ST | | NARVON | PA | 17555-9324 | K24216 | 66.90 | * |
| CAROLYN DEMENT | 23830 W OTTAWA ST | | PLAINFIELD | IL | 60544-3003 | K51335 | 66.90 | * |
| CAROLYN DESMIDT | 38 CHERRY LN | | PLYMOUTH | WI | 53073-3450 | K46875 | 66.90 | * |
| CAROLYN E [CATHY] FISHER | 6613 ROCK LAWN DR | | CLIFTON | VA | 20124-2527 | K42524 | 66.90 | * |
| CAROLYN E BERRO | 22131 CHAMPAIGN ST | | TAYLOR | MI | 48180-2429 | K58305 | 66.90 | * |
| CAROLYN E DWIRE | 700 N WASHINGTON ST | | EL DORADO | KS | 67042-3940 | K47659 | 66.90 | * |
| CAROLYN EARLS | 2504 SIMAS AVE | | PINOLE | CA | 94564-1234 | K51372 | 66.90 | * |
| CAROLYN EVANS | 342 W 15TH ST | | PORT ARTHUR | TX | 77640-3252 | V99763 | 66.90 | * |
| CAROLYN F WALSH | 1887 GRAHAM LN | | SANTA CLARA | CA | 95050-3352 | K32939 | 66.90 | * |
| CAROLYN FARR | 516 W CALHOUN CROSSING CT | | SPARTANBURG | SC | 29307-3157 | K31030 | 66.90 | * |
| CAROLYN FAYE BARNES-TAYLOR | 517 ROBIN LN | | PORTAGEVILLE | MO | 63873-1023 | K35207 | 66.90 | * |
| CAROLYN FAYE GIBSON | 4915 TRESCOTT DR | | KNOXVILLE | TN | 37921-5435 | K12425 | 66.90 | * |
| CAROLYN FINNEY | 6765 HIGHWAY 177 S | | JORDAN | AR | 72519-8802 | K60653 | 66.90 | * |
| CAROLYN FISHER | 22075 SIEGAL CT | | NOVI | MI | 48375-4956 | K23879 | 66.90 | * |
| CAROLYN FIXSEN | 2249 WILLIAMS HWY | | GRANTS PASS | OR | 97527-5687 | K32316 | 66.90 | * |
| CAROLYN FORESTER | 28 N WESTGATE RD | | LIVINGSTON | NJ | 07039-3531 | K52524 | 66.90 | * |
| CAROLYN FORRESTER | 5670 HERSHINGER CLOSE | | DULUTH | GA | 30097-6430 | K14314 | 66.90 | * |
| CAROLYN G ROBINSON | 707 GINGER CT | | MOUNT LAUREL | NJ | 08054-4905 | K37430 | 66.90 | * |
| CAROLYN GARTSIDE | 1245 E 30TH PL | | TULSA | OK | 74114-5212 | K33614 | 66.90 | * |
| CAROLYN GREEN | 1527 LINCOLN RD | | IUKA | IL | 62849-2936 | K51403 | 66.90 | * |
| CAROLYN HART | 4150 WELCOME ALL TER | | COLLEGE PARK | GA | 30349-1926 | K48907 | 66.90 | * |
| CAROLYN HEADDEN | 8002 MAGNOLIA RIDGE CT UNIT | | LOUISVILLE | KY | 40291-6764 | K38519 | 66.90 | * |
| CAROLYN HESS | 825 E NEWPORT RD | | LITITZ | PA | 17543-8811 | K57970 | 66.90 | * |
| CAROLYN HINDY | 2126 N ROCKY TOP RD | | BROOKLINE | MO | 65619-8101 | K29012 | 66.90 | * |
| CAROLYN HUTSELL | 4725 KIDD ST | | MARYVILLE | TN | 37804-4520 | K14954 | 66.90 | * |
| CAROLYN INGLE | 18863 NE 115TH ST | | FORESTON | MN | 56330-9623 | K20580 | 66.90 | * |
| CAROLYN IVASKA | 255 CASTLE DR | | WEST MIFFLIN | PA | 15122-2958 | K61846 | 66.90 | * |
| CAROLYN J CHRZAN | 490 S THIRD ST | | ROGERS CITY | MI | 49779-1811 | K44183 | 66.90 | * |
| CAROLYN J COGGINS | 994 LISBON RD | | LAURENS | SC | 29360-8250 | K54735 | 66.90 | * |
| CAROLYN J GIBERSON | 2333 DUBLIN MILLS RD | | HUSTONTOWN | PA | 17229-9164 | K47488 | 66.90 | * |
| CAROLYN J MAZE | 430 S TERRACE DR | | WICHITA | KS | 67218-1406 | K33010 | 66.90 | * |
| CAROLYN J SMITH TOMASIAN | 9 FRANK ST | | WORCESTER | MA | 01604-1015 | K51932 | 66.90 | * |
| CAROLYN J TURNER | 1669 US HIGHWAY 96 N | | SILSBEE | TX | 77656-7613 | K20911 | 66.90 | * |
| CAROLYN JANE BLOUGH | 623 N JEFFERSON ST | | LOWELL | MI | 49331-1118 | K37133 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CAROLYN JANE CORNWALL | 10 CENTURY CT | | OSWEGO | IL | 60543-8925 | K49768 | 66.90 | * |
| CAROLYN JAY | 2215 OAK PARK DR | | RICHMOND | IN | 47374-1672 | K27735 | 66.90 | * |
| CAROLYN JEAN CASSIN | 217 LAKE SHORE RD | | GROSSE POINTE | MI | 48236-3759 | K49007 | 66.90 | * |
| CAROLYN JEFFERSON | 1860 BIGHORN AVE | | ARKDALE | WI | 54613-9635 | K57053 | 66.90 | * |
| CAROLYN JONES | 429 HERSHNER DR | | LOS GATOS | CA | 95032-4002 | K29707 | 66.90 | * |
| CAROLYN JORN | 1630 N MAIN ST APT D-3 | | EL DORADO | KS | 67042-5107 | K54696 | 66.90 | * |
| CAROLYN KACENA | 1217 HILLER LN | | BURLINGTON | IA | 52601-8208 | K56611 | 66.90 | * |
| CAROLYN KING | 633 OREGON TRL | | LINCOLNTON | NC | 28092-8267 | K23000 | 66.90 | * |
| CAROLYN KLOSTER | PO BOX 369 | | GLADBROOK | IA | 50635-0369 | K58999 | 66.90 | * |
| CAROLYN KRAUSE | 1808 NW WASHINGTON BLVD | | HAMILTON | OH | 45013-1784 | K26645 | 66.90 | * |
| CAROLYN KUCINIC | 23109 W MCCLINTOCK RD | | CHANNAHON | IL | 60410-3005 | K53196 | 66.90 | * |
| CAROLYN L LATHROP | 3224 CRESTWOOD DR NW | | CEDAR RAPIDS | IA | 52405-1340 | K47548 | 66.90 | * |
| CAROLYN L TURNER | 87 GIRARD AVE APT 313 | | NEWPORT | RI | 02840-1160 | K25138 | 66.90 | * |
| CAROLYN LAROSA | 4 REGINA AVE | | NORTH BELLMOR | NY | 11710-2846 | K36843 | 66.90 | * |
| CAROLYN LARSON | 16611 CALIFORNIA AVE | | BELLFLOWER | CA | 90706-5009 | K30419 | 66.90 | * |
| CAROLYN LATIMER | 11111 HERRING CT | | LOUISVILLE | KY | 40291-3683 | K33918 | 66.90 | * |
| CAROLYN LOUISE COTTOM-WHITE | 2212 SUMMER RAYE CT | | SAINT CLOUD | FL | 34772-8587 | K26761 | 66.90 | * |
| CAROLYN LUBINSKY | 5499 PARKSHIRE DR | | COLUMBUS | OH | 43229-9346 | K51132 | 66.90 | * |
| CAROLYN M KUENSTNER | 516 NEWARK AVE | | PISCATAWAY | NJ | 08854-4544 | K37628 | 66.90 | * |
| CAROLYN M MCGUIRE | 25 MCKEON AVE | | VALLEY STREAM | NY | 11580-3903 | K39513 | 66.90 | * |
| CAROLYN M TREXLER | 233 DOGWOOD DR | | LEVITTOWN | PA | 19055-1724 | K24049 | 66.90 | * |
| CAROLYN MANNING | 315 TURLEY DR | | TEMPLE | TX | 76502-4054 | K32748 | 66.90 | * |
| CAROLYN MARCRUM | 17 DYER HWY | | TRENTON | TN | 38382-9455 | K32913 | 66.90 | * |
| CAROLYN MASON | 200 WILLOW ST | | MILTON | PA | 17847-1618 | K15712 | 66.90 | * |
| CAROLYN MICHIELS | 2656 LATIGO CIR | | MINDEN | NV | 89423-8873 | K57799 | 66.90 | * |
| CAROLYN MILLS | 127 ARMSTRONG AVE | | DUMAS | TX | 79029-3511 | K28819 | 66.90 | * |
| CAROLYN MOCHTY | 6109 CRABTREE LN | | BURTON | MI | 48519-1303 | K56741 | 66.90 | * |
| CAROLYN MOORE | 1403 SOUTH ST | | MARSHALL | TX | 75670-5072 | K20561 | 66.90 | * |
| CAROLYN MOORE | 202 RYBURN DR | | OLD HICKORY | TN | 37138-2817 | K36527 | 66.90 | * |
| CAROLYN NICHOLS | 1216 S BLOOMINGTON ST TRLR 7 | | GREENCASTLE | IN | 46135-2267 | K44861 | 66.90 | * |
| CAROLYN NOE | 55 PRAIRIE VILLAGE PL | | MORTON | IL | 61550-4504 | K50749 | 66.90 | * |
| CAROLYN P CRAWFORD | 234 CENTRAL AVE | | GREENVILLE | OH | 45331-1525 | K34029 | 66.90 | * |
| CAROLYN P WILLIAMS | 897 WATERFORD DR | | DELRAN | NJ | 08075-2327 | K22669 | 66.90 | * |
| CAROLYN PAPE | 11230 STATE ROUTE 364 | | SAINT MARYS | OH | 45885-9534 | K32825 | 66.90 | * |
| CAROLYN PEABODY | 1070 W JEFFERSON ST | | FRANKLIN | IN | 46131-2179 | K41311 | 66.90 | * |
| CAROLYN PEAK | 7611 GLASER LN | | LOUISVILLE | KY | 40228-1523 | K34035 | 66.90 | * |
| CAROLYN PHELAN | PO BOX 1 | | VERSAILLES | OH | 45380-0001 | K31878 | 66.90 | * |
| CAROLYN RADER | 4118 CARAVELLE DR | | ANCHORAGE | AK | 99502-2716 | K32836 | 66.90 | * |
| CAROLYN ROBINS | 9731 SILVER DEW ST | | LAS VEGAS | NV | 89183-6822 | K34432 | 66.90 | * |
| CAROLYN RUTH ROBINSON | 2250 ROCKWOOD DR | | SACRAMENTO | CA | 95864-1680 | K31726 | 66.90 | * |
| CAROLYN S JONES | 390 AVIARY LN | | BOLINGBROOK | IL | 60490-2046 | K32660 | 66.90 | * |
| CAROLYN S WINTERS | 5100 STREAMWOOD LN | | PLANO | TX | 75093-5034 | K35757 | 66.90 | * |
| CAROLYN SEATON | 1309 TIGER EYE CIR | | HORSESHOE BEN | AR | 72512-3838 | K22011 | 66.90 | * |
| CAROLYN SMITH | 2831 NE 21ST AVE | | PORTLAND | OR | 97212-3408 | K33807 | 66.90 | * |
| CAROLYN SPIKES | 2017 NE 16TH TER | | GAINESVILLE | FL | 32609-3957 | K41493 | 66.90 | * |
| CAROLYN STEINER | 1003 EDWARD DR | | PITTSBURGH | PA | 15227-3917 | K42808 | 66.90 | * |
| CAROLYN STONE | 926 BIRCHWOOD DR | | GARLAND | TX | 75043-5007 | K40464 | 66.90 | * |
| CAROLYN TAYLOR | 706 THIRD ST W | | FORT FRANCES | ON | P9A 3B6 | K18251 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CAROLYN TESAR | 28256 SORREL LN | | WAUZEKA | WI | 53826-8748 | K52945 | 66.90 | * |
| CAROLYN TIMMERMAN | 2778 HAZELTON CT | | CINCINNATI | OH | 45251-1629 | K42750 | 66.90 | * |
| CAROLYN TOBEN | 1501 ROCK CREEK DAIRY RD | | WHITSETT | NC | 27377-9759 | K38486 | 66.90 | * |
| CAROLYN UNDERWOOD | 3229 242ND AVE | | KEOKUK | IA | 52632-9811 | K15649 | 66.90 | * |
| CAROLYN V OFFILL | 138 41ST AVE NW | | HICKORY | NC | 28601-8469 | K44499 | 66.90 | * |
| CAROLYN W KOHLER | 1095 SILVERCREST CIR APT 213 | | IOWA CITY | IA | 52240-2966 | K59395 | 66.90 | * |
| CAROLYN WALLS | 5618 CROWLEY BLVD | | MIDLAND | TX | 79707-9759 | K28851 | 66.90 | * |
| CAROLYN WELLS | 507 PORTLAND AVE | | MISSOURI VALL | IA | 51555-1306 | K13953 | 66.90 | * |
| CAROLYN WHALING | 10 ORMOND PL | | RYE | NY | 10580-3416 | K57318 | 66.90 | * |
| CAROLYN WILLIAMS | 1619 GREY FOX RUN | | OKLAHOMA CITY | OK | 73131-1219 | K14408 | 66.90 | * |
| CAROLYN WINGO | 1303 SEMINOLE DR | | RICHARDSON | TX | 75080-3736 | K30141 | 66.90 | * |
| CAROLYN WOTRING | 5800 LANDCASTER CIR | | MCHENRY | IL | 60050-5988 | K38711 | 66.90 | * |
| CAROLYN ZEIGER | 2525 TAFT DR APT 329 | | BOULDER | CO | 80302-6849 | K35296 | 66.90 | * |
| CAROLYN ZIEGLER | 3760 EVANS TO LOCKS RD | | MARTINEZ | GA | 30907-4992 | K61598 | 66.90 | * |
| CAROLYN ZUCCONE | 405 GRAND VISTA TRL | | LEESBURG | FL | 34748-8190 | K25597 | 66.90 | * |
| CAROLYNE FULMER | 746 BERKELEY DR | | CLEMSON | SC | 29631-2010 | K21699 | 66.90 | * |
| CAROLYNE NAVAR | 36 CIELO DORADO | | ANTHONY | NM | 88021-9201 | K43707 | 66.90 | * |
| CARRIE BASTIAN | 505 PIPER AVE | | MILTON | PA | 17847-2309 | K16175 | 66.90 | * |
| CARRIE HININGER | 23 IRONWOOD LN | | BRENTWOOD | TN | 37027-8951 | K43421 | 66.90 | * |
| CARRIE KROH | 5778 LOS ANGELES WAY | | BUENA PARK | CA | 90620-2719 | K30887 | 66.90 | * |
| CARRIE RAAD | 300 W GREEN TREE RD | | GLENDALE | WI | 53217-3813 | K45186 | 66.90 | * |
| CARROL PATTERSON | 26245 CARMEL RANCHO BLVD APT | | CARMEL | CA | 93923-8956 | K33804 | 66.90 | * |
| CARROL ZIMMERMAN | 9 HEIDELBERG DR APT 76 | | WERNERSVILLE | PA | 19565-1642 | K59408 | 66.90 | * |
| CARROLL A ECKMAN | 9511 NASH HWY | | CLARKSVILLE | MI | 48815-9722 | K34835 | 66.90 | * |
| CARROLL B SANFORD | 3504 CATTLEBARON DR | | ROANOKE | TX | 76262-5880 | K35758 | 66.90 | * |
| CARROLL BOYLAN | 55 GREEN LN | | MALVERN | PA | 19355-3335 | K40417 | 66.90 | * |
| CARROLL C STRACENER | 2532 N MORRISON RD | | MUNCIE | IN | 47304-5036 | K26699 | 66.90 | * |
| CARROLL PERU | 1701 SUNNY CREEK ST SE | | KENTWOOD | MI | 49508-4971 | K59927 | 66.90 | * |
| CARSON GILMER | 18755 GRAHAMS DR | | ABINGDON | VA | 24211-7097 | K27101 | 66.90 | * |
| CARTER DUNHAM | 32200 KATHRYN ST | | GARDEN CITY | MI | 48135-1204 | K10253 | 66.90 | * |
| CARY C VORHEIS | 2434 340TH ST SW | | TIFFIN | IA | 52340-9325 | K58169 | 66.90 | * |
| CARY J BOQUET JR | 617 NURSERY AVE | | METAIRIE | LA | 70005-2931 | K57040 | 66.90 | * |
| CARY LANE | PO BOX 29 | | ALGONA | IA | 50511-0029 | K54437 | 66.90 | * |
| CARY W ANNEN | 508 BERNYCE ST | | LAKE IN THE H | IL | 60156-1409 | K60161 | 66.90 | * |
| CASEY E BROUGH | 586 QUARRY RD | | MILTON | PA | 17847-7666 | K24640 | 66.90 | * |
| CASPER BRAAFHART | 2201 N SUNSET DR | | MESA | AZ | 85215-2905 | K25284 | 66.90 | * |
| CASSATINA BARNES | 635 GILBERT ST | | EUGENE | OR | 97402-2335 | K32522 | 66.90 | * |
| CASSIE ARNOLD | 344 PARKSIDE DR | | WHITEWATER | WI | 53190-2221 | K55404 | 66.90 | * |
| CASSIE AUSTIN | 1401 CULPEPPER DR | | NAPERVILLE | IL | 60540-8310 | K17919 | 66.90 | * |
| CASSIUS C LEMKE | 6859 ENGE DR | | WEST BEND | WI | 53090-9572 | K35626 | 66.90 | * |
| CATERINA GALLO | 73 DUNMORE CT | | LENOX | MA | 01240-2614 | K25279 | 66.90 | * |
| CATHARINE FRENCH | 309 BRIDGEBORO RD APT 2117 | | MOORESTOWN | NJ | 08057-1421 | K54121 | 66.90 | * |
| CATHERINE [KATE] SIMONS | 215 S OLIVE ST | | VERSAILLES | OH | 45380-1412 | K32321 | 66.90 | * |
| CATHERINE [KATE] WINKLE | 712 ARBOR OAKS DR | | VACAVILLE | CA | 95687-5203 | K35866 | 66.90 | * |
| CATHERINE [KAY] KRAUSE | 3360 MASON AVE | | JOLIET | IL | 60431-4861 | K52773 | 66.90 | * |
| CATHERINE [KAY] RAPP | 267B KINGSTON CT | | LAKEWOOD | NJ | 08701-8173 | K37265 | 66.90 | * |
| CATHERINE A [CATHY] REINHARD BSN | 9706 VELILLA RD | | BURKE | VA | 22015-4159 | K37166 | 66.90 | * |
| CATHERINE ANDERSON | 4210 LLOYD AVE SE | | IOWA CITY | IA | 52240-9389 | K56713 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CATHERINE ANDREUCCI | 3506 166TH ST | | FLUSHING | NY | 11358-1723 | K62326 | 66.90 | * |
| CATHERINE ARDREY | PO BOX 1013 | | LANCASTER | SC | 29721-1013 | K31036 | 66.90 | * |
| CATHERINE BECKMAN | 1 N CLIFF TER | | CINCINNATI | OH | 45220-1010 | K51912 | 66.90 | * |
| CATHERINE BELIVEAU | 6329 LAKE COMO AVE | | SAN DIEGO | CA | 92119-3124 | K57361 | 66.90 | * |
| CATHERINE BERMAN | 2001 GRANADA DR APT G2 | | COCONUT CREEK | FL | 33066-1161 | K37356 | 66.90 | * |
| CATHERINE BOGGS | 2673 HUBERT RD | | BRIGHTON | MI | 48114-9438 | V99158 | 66.90 | * |
| CATHERINE BRINK | 5321 HUGO RD | | GRANTS PASS | OR | 97526-9714 | K33530 | 66.90 | * |
| CATHERINE BROUSSARD | 8228 HICKORY ST | | NEW ORLEANS | LA | 70118-2850 | K56596 | 66.90 | * |
| CATHERINE BUEHLER | 60 CLAYTON AVE | | WAYNESBORO | PA | 17268-1662 | K17133 | 66.90 | * |
| CATHERINE BURNETT | 218 GLADIOLUS ST | | MOMENCE | IL | 60954-1710 | K49561 | 66.90 | * |
| CATHERINE D BARTON | 921 WALNUT AVE | | HULMEVILLE | PA | 19047-5574 | K25146 | 66.90 | * |
| CATHERINE DAWSON | 1015 ECTOR ST | | DENTON | TX | 76201-2428 | K25497 | 66.90 | * |
| CATHERINE DE VIVO | 241 WALDEN CT | | EAST MORICHES | NY | 11940-1822 | K45534 | 66.90 | * |
| CATHERINE DESANTIS | 66 MERTON RD | | NEWPORT | RI | 02840-3631 | K25600 | 66.90 | * |
| CATHERINE EARLY | 4310 SLABTOWN RD | | LIMA | OH | 45801-1420 | K59068 | 66.90 | * |
| CATHERINE FURLONG | 1419 OVERDALE DR | | WEST HOMESTEA | PA | 15120-1308 | K41659 | 66.90 | * |
| CATHERINE GORDON | 100 RIVERVIEW BLVD | | INTERNATIONAL | MN | 56649-2106 | K22266 | 66.90 | * |
| CATHERINE GREEN | PO BOX 288873 | | CHICAGO | IL | 60628-8873 | K26604 | 66.90 | * |
| CATHERINE HIGGINS | 6355 LAKEPOINT PL | | PARKER | CO | 80134-5907 | K46352 | 66.90 | * |
| CATHERINE HURLEY | 106 DELAWARE DR | | HEATHSVILLE | VA | 22473-2113 | K44708 | 66.90 | * |
| CATHERINE J PAGONIS | 301 BELLE GROVE ST | | LAKE PLACID | FL | 33852-2019 | K49337 | 66.90 | * |
| CATHERINE JONES | 20010 34TH AVE | | BAYSIDE | NY | 11361-1128 | K41805 | 66.90 | * |
| CATHERINE JUANITA MASON | 109 PIN OAK DR | | PEMBERTON | NJ | 08068-1906 | K52523 | 66.90 | * |
| CATHERINE L AMICO | 422 E MAIN ST | | MARLTON | NJ | 08053-2202 | K22699 | 66.90 | * |
| CATHERINE L SAYLOR | 1630 PRINCESS ANNE DR | | LANCASTER | PA | 17601-5631 | K36697 | 66.90 | * |
| CATHERINE LA PLANTE | 9812 TURNING LEAF DR | | TOANO | VA | 23168-9601 | K29713 | 66.90 | * |
| CATHERINE LEHMAN | 63 HALLOCKS RUN | | SOMERS | NY | 10589-2824 | K38350 | 66.90 | * |
| CATHERINE LESHER | 1526 N DIXIE DOWNS RD UNIT 2 | | SAINT GEORGE | UT | 84770-4105 | K29768 | 66.90 | * |
| CATHERINE M STECKEL | 61 COTTAGE GROVE LN | | SPRINGFIELD | IL | 62712-8933 | K59796 | 66.90 | * |
| CATHERINE MEINEN | 1785 NORTHRIDGE RD | | CIRCLEVILLE | OH | 43113-9303 | K38561 | 66.90 | * |
| CATHERINE MILLER | 3835 N 13TH AVE | | PHOENIX | AZ | 85013-3310 | K59503 | 66.90 | * |
| CATHERINE MUSSETT | 3814 WASHINGTON AVE | | DES MOINES | IA | 50310-3829 | K22017 | 66.90 | * |
| CATHERINE O'HARA | 36 EVERGREEN AVE | | NEW HYDE PARK | NY | 11040-3950 | K43131 | 66.90 | * |
| CATHERINE O'NEILL | 388 CHEROKEE RDG | | ATHENS | GA | 30606-1822 | K36492 | 66.90 | * |
| CATHERINE OPIE | 2530 SW SHERWOOD DR | | PORTLAND | OR | 97201-1615 | K17853 | 66.90 | * |
| CATHERINE QUINN | 596 SCRUBJAY DR | | JUPITER | FL | 33458-8393 | K52022 | 66.90 | * |
| CATHERINE RITZEMA | 8350 ALTO WAY DR SE | | ALTO | MI | 49302-9529 | K36293 | 66.90 | * |
| CATHERINE ROTHERMEL | 4232 PINE DR | | ROOTSTOWN | OH | 44272-9301 | K60299 | 66.90 | * |
| CATHERINE S HINMAN | 510 WRIGHT RD | | CLARKSDALE | MS | 38614-8630 | K22288 | 66.90 | * |
| CATHERINE SAVANI | 2080 GUFFEY RD | | NORTH HUNTING | PA | 15642-2991 | K61327 | 66.90 | * |
| CATHERINE T LIZZIO | 619 LAUREL HILL RD | | NORWICH | CT | 06360-7310 | K10767 | 66.90 | * |
| CATHERINE TURNER | 5323 RIVER PINE RD NW | | RAPID CITY | MI | 49676-9571 | K25532 | 66.90 | * |
| CATHERINE V BUTLER | 10 POND AVE | | NEWPORT | RI | 02840-2106 | K24726 | 66.90 | * |
| CATHERINE WADLINGTON | 16844 127TH AVE APT 5C | | JAMAICA | NY | 11434-3102 | K54510 | 66.90 | * |
| CATHERINE WOODY | 308 POCAHONTAS RD | | WALNUT RIDGE | AR | 72476-8481 | K35144 | 66.90 | * |
| CATHEY DIXON | 173 ADAMSON RD | | MARIANNA | PA | 15345-1029 | K14077 | 66.90 | * |
| CATHEY MAYO | 39 GARFIELD ST | | FALL RIVER | MA | 02721-2501 | K28144 | 66.90 | * |
| CATHEY SAIA | 3219 BANDERA DR | | SHERMAN | TX | 75092-4527 | K25159 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CATHIE A COULTAS | 10 STONEHEDGE LN | | MADISON | NJ | 07940-2722 | K38052 | 66.90 | * |
| CATHIE DOUGHERTY | 2043 COUNTY ROAD 102 | | INTERNATIONAL | MN | 56649-4021 | K22811 | 66.90 | * |
| CATHIE M WARNEKA | 3177 W RANCHO RD | | GOLDEN VALLEY | AZ | 86413-7718 | K26889 | 66.90 | * |
| CATHLEEN ADAMS | 5431 MOUNT TABOR RD | | CHILLICOTHE | OH | 45601-9279 | K59942 | 66.90 | * |
| CATHLEEN FRANCIS | 251 COURT ST APT 51 | | MIDDLETOWN | CT | 06457-3324 | K62291 | 66.90 | * |
| CATHRINE MOE | PO BOX 224 | | RICHARDTON | ND | 58652-0224 | K20503 | 66.90 | * |
| CATHRYN MOONEY | 3390 TUSCANY DR SE | | GRAND RAPIDS | MI | 49546-7278 | K57924 | 66.90 | * |
| CATHY A FITZGERALD | 1731 PRESTWICK LN | | FORT WAYNE | IN | 46814-9317 | K39212 | 66.90 | * |
| CATHY A MANULIK | 1448 CHIPPEWA DR NW | | ROCHESTER | MN | 55901-8846 | K30631 | 66.90 | * |
| CATHY ALLEN | 1603 COUNTY ROAD J | | FRIENDSHIP | WI | 53934-9665 | K47992 | 66.90 | * |
| CATHY BLACK | 68 WALTER AVE | | HICKSVILLE | NY | 11801-5344 | K39666 | 66.90 | * |
| CATHY CHRISTENSEN | 2370 LEFORGE RD | | YPSILANTI | MI | 48198-9638 | K60129 | 66.90 | * |
| CATHY FISHER | 2421 PECAN DR | | GRAND PRAIRIE | TX | 75050-1620 | K22706 | 66.90 | * |
| CATHY FITZGERALD | 230 BAILEY WOODS TRL | | CHAPIN | SC | 29036-7344 | K34369 | 66.90 | * |
| CATHY FOTHERGILL | 2802 CRESTWOOD LN | | KILGORE | TX | 75662-2904 | K50955 | 66.90 | * |
| CATHY GOLDMAN | 3417 SOUTHERN HILLS DR | | DES MOINES | IA | 50321-1318 | K24996 | 66.90 | * |
| CATHY HUDSON | 12023 LA PADERA LN | | FLORISSANT | MO | 63033-7924 | K38210 | 66.90 | * |
| CATHY J LIEBGOLD | 8761 FOWLER AVE | | OMAHA | NE | 68134-3156 | K56395 | 66.90 | * |
| CATHY JONES | 3205 FAIRLANE DR | | DES MOINES | IA | 50315-7725 | K30167 | 66.90 | * |
| CATHY KENNEY | 312 WARREN AVE | | WAKEENEY | KS | 67672-1852 | K56063 | 66.90 | * |
| CATHY M SPENCE | 940 E HIGH ST | | LIMA | OH | 45801-4519 | K45176 | 66.90 | * |
| CATHY MILLER | 1208 SANDRINGHAM RD | | BALA CYNWYD | PA | 19004-2025 | K34043 | 66.90 | * |
| CATHY PACHA | 1743 LOWER OLD HIGHWAY 6 RD | | OXFORD | IA | 52322-9214 | K58123 | 66.90 | * |
| CATHY PODHAJSKY | 1275 N PRINCE EDWARD IS | | OLATHE | KS | 66061-6750 | K56191 | 66.90 | * |
| CATHY R BARGER | 10368 LELAND DR | | GREENVILLE | MI | 48838-9122 | K35631 | 66.90 | * |
| CATHY SHELTON | 1375 JUSTERINI DR | | BALLWIN | MO | 63011-4242 | K56822 | 66.90 | * |
| CATHY SHILLING | 28 HOLLY LN | | BARTONVILLE | IL | 61607-2103 | K48839 | 66.90 | * |
| CATHY SIMS | 5 ARTHUR HOPPERS RD | | TRENTON | TN | 38382-9300 | K35475 | 66.90 | * |
| CATHY SLOAN | PO BOX 276 | | STANWOOD | IA | 52337-0276 | K57159 | 66.90 | * |
| CATHY TUTTLE | 347 W CAVE BEAR CT | | MERIDIAN | ID | 83642-8147 | K59315 | 66.90 | * |
| CATHY WAKEFIELD | 8310 E ROLLING RIDGE ST | | TUCSON | AZ | 85710-7252 | K44505 | 66.90 | * |
| CDR DAVID A FORD USN | 273 MAINVILLE DR | | BLOOMSBURG | PA | 17815-6719 | K43306 | 66.90 | * |
| CDR HAMILTON S TODD USN | 13856 DEER CHASE PL | | JACKSONVILLE | FL | 32224-6844 | K48408 | 66.90 | * |
| CDR LEWIS (DUTCH) HOMAN USN | 1826 GRASSINGTON WAY N | | JACKSONVILLE | FL | 32223-5008 | K15765 | 66.90 | * |
| CECELIA D'AGOSTINO | 174 CARICA RD | | NAPLES | FL | 34108-2665 | K43988 | 66.90 | * |
| CECELIA HANSEN | 2079 CORY AVE | | SCHALLER | IA | 51053-7587 | K13861 | 66.90 | * |
| CECELIA M TERRY | 2482 W SHIAWASSEE AVE | | FENTON | MI | 48430-1742 | K56738 | 66.90 | * |
| CECELIA MAIOLINO | 646 GOOD INTENT RD | | BLACKWOOD | NJ | 08012-3000 | K42770 | 66.90 | * |
| CECELIA MITCHELL | 4102 29TH ST | | MOUNT RAINIER | MD | 20712-1820 | K60168 | 66.90 | * |
| CECELIA REID | 7031 WIND RIVER DR | | REYNOLDSBURG | OH | 43068-1545 | K46495 | 66.90 | * |
| CECELIA RUZZENE | 504 HARDWICKE DR | | KNOXVILLE | TN | 37923-2417 | K20479 | 66.90 | * |
| CECELIA SANFORD | 5436 COBURN CRES | | NORFOLK | VA | 23509-1409 | K36499 | 66.90 | * |
| CECELIA SMITH | 1260 PINE GROVE RD | | GREENSBORO | GA | 30642-3977 | K13968 | 66.90 | * |
| CECI HIRSCHFELD | 3101 E NATURE DR | | BOISE | ID | 83706-6921 | K42666 | 66.90 | * |
| CECIL [CHIP] WAUGHEN | 592 MAHONING ST | | MILTON | PA | 17847-2214 | K15035 | 66.90 | * |
| CECIL E DENISON | 121 LAKE SHORE RD | | GORDONVILLE | TX | 76245-3313 | K24694 | 66.90 | * |
| CECIL G BOGGS SR | PO BOX 1849 | | DUNNELLON | FL | 34430-1849 | K32155 | 66.90 | * |
| CECIL GUY [BUZZ] GUNTER JR | 37 E MOUNTAIN CREEK RD | | GREENVILLE | SC | 29609-1742 | K29993 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CECIL L COLLINS | PO BOX 99 | | BLAINE | TN | 37709-0099 | K50191 | 66.90 | * |
| CECIL MCDONALD | 3082 VERA WAY | | LIMA | OH | 45805-5905 | K47277 | 66.90 | * |
| CECIL R BROWN | 457 GREBNER RD | | METAMORA | IL | 61548-7607 | K44579 | 66.90 | * |
| CECIL VAN LEWIS | 122 MILL CT | | RINCON | GA | 31326-5543 | K49603 | 66.90 | * |
| CECIL W BENTLEY | 78 VIRGINIA AVE # A | | HADDON TOWNSH | NJ | 08108-2337 | K42811 | 66.90 | * |
| CECILE BUFKIN | 8506 S JUSTINE ST | | CHICAGO | IL | 60620-4711 | K33493 | 66.90 | * |
| CECILIA [CECE] WAGNER | 1368 VALLEY RD | | STIRLING | NJ | 07980-1325 | K16513 | 66.90 | * |
| CECILIA [CEYA] HOLLER | 300 14TH AVE NE APT 12 | | DEVILS LAKE | ND | 58301-2825 | K33947 | 66.90 | * |
| CECILIA HOWRIGAN | 831 TANGLEWOOD RD | | WEST ISLIP | NY | 11795-3540 | K36723 | 66.90 | * |
| CECILY SPITZ | 8218 ENCINO AVE | | NORTHRIDGE | CA | 91325-4314 | K33723 | 66.90 | * |
| CEDRIC STURGIS | 3637 SEELYE DR | | AUGUSTA | GA | 30906-5723 | K59871 | 66.90 | * |
| CEIL PLESE | 1920 W CHURCH ST | | FREEPORT | IL | 61032-4600 | K57123 | 66.90 | * |
| CELESTA MILLER | 1228 LINVILLE ST | | KINGSPORT | TN | 37660-4513 | K28686 | 66.90 | * |
| CELESTE CASSON | 3688 W SADDLEBACK RD | | CANANDAIGUA | NY | 14424-2725 | K43220 | 66.90 | * |
| CELESTE KLEIN | PO BOX 302 | | WILLERNIE | MN | 55090-0302 | K16285 | 66.90 | * |
| CELESTE SNIDER | 1816 W STATE ROUTE 350 | | WILMINGTON | OH | 45177-7170 | K39269 | 66.90 | * |
| CELESTE T SENECHAL | 19 JOE SABBATH DR | | TOLLAND | CT | 06084-2427 | V98565 | 66.90 | * |
| CELESTINE ELVERA CAINE | 706 RUE MARSEILLE | | CHESAPEAKE | VA | 23320-6671 | K15670 | 66.90 | * |
| CELETA HOPKINS | 527 WALNUT ST | | LEAVENWORTH | KS | 66048-2638 | K32843 | 66.90 | * |
| CELIA A DONNELLY | 43 TANGLEWOOD RD | | ALBANY | NY | 12205-5039 | K30595 | 66.90 | * |
| CELIA KEARY | 8878 SW 96TH ST UNIT B | | OCALA | FL | 34481-6619 | K37448 | 66.90 | * |
| CELIA KORNFELD | 5286 SYCAMORE AVE | | BRONX | NY | 10471-2838 | K13136 | 66.90 | * |
| CELIA TANEM | 16525 GOODWIN AVE | | HASTINGS | MN | 55033-9569 | K18312 | 66.90 | * |
| CESAR PENAHERRERA | 206 RAVENSCLIFF RD | | ST DAVIDS | PA | 19087-4733 | K15856 | 66.90 | * |
| CHAD GLOVER | PO BOX 503 | | OLATHE | CO | 81425-0503 | K25215 | 66.90 | * |
| CHAD M RUMPLE | 1607 SAINT LOUIS AVE | | FORT WAYNE | IN | 46819-2019 | K40421 | 66.90 | * |
| CHAD PIEHL | 1012 ROLLING GREENS LN NW | | HUTCHINSON | MN | 55350-3406 | K53640 | 66.90 | * |
| CHADRICK PERRY | 1399 BROAD ST | | ELIZABETHTON | TN | 37643-9101 | K49136 | 66.90 | * |
| CHALMER HUNTER | 1590 OLD MILL RD | | SPRINGFIELD | OH | 45502-9127 | K32974 | 66.90 | * |
| CHANDRA D WILLIAMS | 193 KITTERY CT | | LEXINGTON | NC | 27295-7522 | K17838 | 66.90 | * |
| CHANDRA HOLLOWAY | 4550 MACARTHUR BLVD NW APT 2 | | WASHINGTON | DC | 20007-4273 | K39293 | 66.90 | * |
| CHAP GUS C MARTSCHINK | 40 SNOWY EGRET WAY | | HENDERSONVLLE | NC | 28792-8028 | K48412 | 66.90 | * |
| CHARLA CARLSON | 27 EASTWOOD AVE | | DALY CITY | CA | 94015-3849 | K51807 | 66.90 | * |
| CHARLA SULLIVAN | 200 6TH AVE E | | ONEONTA | AL | 35121-1731 | K20731 | 66.90 | * |
| CHARLEEN VERNIA | 2107 W 17TH ST | | DAVENPORT | IA | 52804-3521 | K59401 | 66.90 | * |
| CHARLENE [SUE] HOUGLAND | 865 ELM ST | | GROVEPORT | OH | 43125-1242 | K53495 | 66.90 | * |
| CHARLENE A MCGOLDRICK | 735 N SEAN DR | | CHANDLER | AZ | 85224-3531 | K34122 | 66.90 | * |
| CHARLENE BALLENTINE | 198 PALM AIR DR | | OSPREY | FL | 34229-9402 | K44232 | 66.90 | * |
| CHARLENE BUTZER | 3613 HORIZON DR | | LANCASTER | PA | 17601-1115 | K57512 | 66.90 | * |
| CHARLENE C WAGNER | 36744 DARTMOUTH DR | | WESTLAND | MI | 48185-3490 | K60460 | 66.90 | * |
| CHARLENE DWYER | 1001 SIGNAL RIDGE PL | | ROCKWALL | TX | 75032-5414 | K24143 | 66.90 | * |
| CHARLENE FINERAN | P.O BOX 554 | | WOODBURY | GA | 30293 | K39418 | 66.90 | * |
| CHARLENE GANN | PO BOX G | | LUFKIN | TX | 75902-6701 | K36406 | 66.90 | * |
| CHARLENE GRAHAM | 1019 FRANKLIN ST | | MCKEESPORT | PA | 15132-1415 | K61172 | 66.90 | * |
| CHARLENE GUDERIAN | 4726 HORNET DR | | PRESCOTT | AZ | 86301-6735 | K54158 | 66.90 | * |
| CHARLENE HARGROVE | 11276 FM 811 | | CENTERVILLE | TX | 75833-2394 | K32561 | 66.90 | * |
| CHARLENE JENSEN | 4492 COUNTY ROAD 105 | | INTERNATIONAL | MN | 56649-9120 | K19566 | 66.90 | * |
| CHARLENE KING | 1120 HIGHWAY 64 W | | BEEBE | AR | 72012-9516 | K34186 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CHARLENE M [CANDY] SLATON | 1539 CREEK RD | | MANHEIM | PA | 17545-8759 | K13788 | 66.90 | * |
| CHARLENE MAGEN WEINSTEIN | 40 5TH AVE | | NEW YORK | NY | 10011-8843 | K36502 | 66.90 | * |
| CHARLENE MELCHER | 810 HARTMAN AVE | | WATERLOO | IA | 50701-2233 | K55666 | 66.90 | * |
| CHARLENE PARMENTER | PO BOX 929 | | OLATHE | CO | 81425-0929 | K21230 | 66.90 | * |
| CHARLENE ROZINEK | 36 HOOVER BLVD | | WEST BRANCH | IA | 52358-9400 | K57253 | 66.90 | * |
| CHARLENE RUSTERHOLZ | 421 N NAPPANEE PT | | PEORIA | IL | 61604-4219 | K48300 | 66.90 | * |
| CHARLENE SIGNORELLI | 9885 LITTLE MOUNTAIN RD | | MENTOR | OH | 44060-8038 | K46107 | 66.90 | * |
| CHARLENE STODDARD | 12190 BRAUN RD | | MANCHESTER | MI | 48158-8200 | V99754 | 66.90 | * |
| CHARLENE WILMES | 3255 CREST RD | | CINCINNATI | OH | 45251-4264 | K38655 | 66.90 | * |
| CHARLES [BUCK] DOPP | PO BOX 3827 | | LAKE HAVASU C | AZ | 86405-3827 | K26497 | 66.90 | * |
| CHARLES [BUD] O'DONNELL | 7475 KENNEDY RD | | SEBASTOPOL | CA | 95472-5419 | K57401 | 66.90 | * |
| CHARLES [BUD] TEETER | 2187 MCGREGOR CIR | | O FALLON | MO | 63368-3782 | K26789 | 66.90 | * |
| CHARLES [CHARLIE] MORRISON | 816 NE E ST | | GRANTS PASS | OR | 97526-2363 | K34511 | 66.90 | * |
| CHARLES [CHICK] SPLITGERBER | 6994 CAMINITO ENTRADA | | SAN DIEGO | CA | 92119-2437 | K50396 | 66.90 | * |
| CHARLES [CHUCK] BARGA | 10 WARWICK LN | | ATHENS | OH | 45701-3368 | K33225 | 66.90 | * |
| CHARLES [CHUCK] BJUSTROM | 1703 E NEBRASKA ST | | ALGONA | IA | 50511-3036 | K54872 | 66.90 | * |
| CHARLES [CHUCK] LIST | 8139 STORROW DR | | WESTERVILLE | OH | 43081-5011 | K33274 | 66.90 | * |
| CHARLES [CHUCK] MURRAY | 408 W BUTE ST | | NORFOLK | VA | 23510-1112 | K46363 | 66.90 | * |
| CHARLES [CHUCK] NEWMAN | 2184 VENICE BLVD | | FAIRFIELD | OH | 45014-5762 | K43020 | 66.90 | * |
| CHARLES [CHUCK] NIXON | 2073 ROPER CIR | | BRENTWOOD | CA | 94513-4116 | K39098 | 66.90 | * |
| CHARLES [CHUCK] PARMELEE | 3549 EDGAR RD | | LESLIE | MI | 49251-9709 | K42980 | 66.90 | * |
| CHARLES [ED] TREIBLEY SR | 166 BLUEJAY LN | | NEW COLUMBIA | PA | 17856-8922 | K15404 | 66.90 | * |
| CHARLES [JAY] LEVANDER | 533 RAINIER DR | | PITTSBURGH | PA | 15239-2621 | K60531 | 66.90 | * |
| CHARLES [LIL ROBE] ROBERSON | 6921 JOY ST | | CHINO | CA | 91710-8346 | V99767 | 66.90 | * |
| CHARLES [MARTY] HACKETT | 1831 SWEETWOOD DR | | DALY CITY | CA | 94015-2014 | K51592 | 66.90 | * |
| CHARLES [MICHAEL] CULBERTSON | 660 FACTORY OUTLET DR | | ARCADIA | LA | 71001-3036 | K37480 | 66.90 | * |
| CHARLES [MICHAEL] HAWN | 9746 RAVENSWAY DR | | DALLAS | TX | 75238-1839 | K23541 | 66.90 | * |
| CHARLES [MOOSE] ALLEN | 357 E SHORELINE DR | | NORTH AUGUSTA | SC | 29841-5410 | K59568 | 66.90 | * |
| CHARLES [RANDY] LYNN | 1401 N ARBOR CIR | | TUCSON | AZ | 85715-5807 | K35650 | 66.90 | * |
| CHARLES A [SMITTY] SMITH | 613 S C ST | | RICHMOND | IN | 47374-5436 | K23987 | 66.90 | * |
| CHARLES A BOND | 2842 STATE ROUTE 335 | | PORTSMOUTH | OH | 45662-8878 | K50987 | 66.90 | * |
| CHARLES A BROWN | 9637 CAVENDISH CT | | NEW PORT RICH | FL | 34655-1412 | K25595 | 66.90 | * |
| CHARLES A COMATY | 1513 CEDARWOOD DR | | BEL AIR | MD | 21014-2116 | K31848 | 66.90 | * |
| CHARLES A COOPER | 261 E COUNTY ROAD 300 S | | GREENCASTLE | IN | 46135-8764 | K45022 | 66.90 | * |
| CHARLES A NONNIE | 617 UNITY CT | | SHOREWOOD | IL | 60404-9596 | K51743 | 66.90 | * |
| CHARLES A SHADID | 1901 N CLASSEN BLVD STE 222 | | OKLAHOMA CITY | OK | 73106-6011 | K62669 | 66.90 | * |
| CHARLES A VERMILYEA | 1027 PLEASANT DR | | WARREN | PA | 16365-3549 | K49919 | 66.90 | * |
| CHARLES B KLEHR | 915 TARPON DR | | WILMINGTON | NC | 28409-5045 | K62134 | 66.90 | * |
| CHARLES B LANGHAM | 123 DOUGLAS DR | | BELLVILLE | TX | 77418-3431 | K27325 | 66.90 | * |
| CHARLES B MARTIN | 17521 NW 42ND AVE | | MIAMI GARDENS | FL | 33055-3767 | K41295 | 66.90 | * |
| CHARLES B PRICE | 1650 FULMOR DR | | DIXON | CA | 95620-4538 | K40932 | 66.90 | * |
| CHARLES B STOLLER | 550 NW 80TH TER APT 105 | | MARGATE | FL | 33063-4164 | K12777 | 66.90 | * |
| CHARLES BAKER | PO BOX 165 | | ELEPHANT BUTT | NM | 87935-0165 | K56194 | 66.90 | * |
| CHARLES BARKER | 123 STRAWBERRY LN | | QULIN | MO | 63961-8121 | K34768 | 66.90 | * |
| CHARLES BERTRAND | PO BOX 192 | | PHOENIX | OR | 97535-0192 | K33292 | 66.90 | * |
| CHARLES BOONE | 1400 HORNE AVE | | PORTSMOUTH | VA | 23701-3124 | K13932 | 66.90 | * |
| CHARLES BRADFORD | 3150 BLAIRHILL CT | | ATLANTA | GA | 30340-4500 | K52763 | 66.90 | * |
| CHARLES BROOKS | 15248 S 47TH ST | | PHOENIX | AZ | 85044-6894 | K45973 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CHARLES BROWN | 54 ATHERTON RD | | BROOKLINE | MA | 02446-2769 | K10726 | 66.90 | * |
| CHARLES BUCKLES | 4071 W ESTATE CT | | BLOOMINGTON | IN | 47404-9396 | K46231 | 66.90 | * |
| CHARLES BUCKNAM | 7098 DRIFTWOOD DR | | FENTON | MI | 48430-4302 | K57371 | 66.90 | * |
| CHARLES BUDDIE GASSETT | 32111 SEA ISLAND DR | | DANA POINT | CA | 92629-3630 | K57602 | 66.90 | * |
| CHARLES BURNHAM | 51 KINGSPARK RD | | LITTLE ROCK | AR | 72227-2944 | K35993 | 66.90 | * |
| CHARLES BUTTE | 778 GREAT HWY # 3 | | SAN FRANCISCO | CA | 94121-3267 | K54227 | 66.90 | * |
| CHARLES C DALLAS | 350 GRANDVIEW LN | | GRANTS PASS | OR | 97527-5326 | K32162 | 66.90 | * |
| CHARLES C WREN | 20 ROZBERN DR | | EATONTOWN | NJ | 07724-9615 | K45682 | 66.90 | * |
| CHARLES CARVER | 205 WOODLAKE DR | | GALLATIN | TN | 37066-4421 | K36073 | 66.90 | * |
| CHARLES CLAYTON | 208 4TH ST | | NEW COLUMBIA | PA | 17856-8943 | K15692 | 66.90 | * |
| CHARLES CLAYTOR | 1 NEW MELLE DR | | WENTZVILLE | MO | 63385-6309 | K28429 | 66.90 | * |
| CHARLES COLLINS | 1501 N LOIS AVE | | TAMPA | FL | 33607-2317 | K41292 | 66.90 | * |
| CHARLES COULTER | 7259 LYNDOVER PL | | SAINT LOUIS | MO | 63143-2358 | K57193 | 66.90 | * |
| CHARLES D BIBLER | 3554 VINELAND AVE | | ASHTABULA | OH | 44004-4153 | K50502 | 66.90 | * |
| CHARLES D FORD | 259 S 6TH ST | | CEDAR GROVE | WI | 53013-1603 | K47634 | 66.90 | * |
| CHARLES D RAMSEY | 8060 SAINT ANNES CT | | ALEXANDRIA | VA | 22309-1230 | K34037 | 66.90 | * |
| CHARLES D STEVENSON | 20 LAKEVIEW CIR | | GREENFIELD | NH | 03047-4529 | K29333 | 66.90 | * |
| CHARLES D WRIGHT | 8501 FERNDALE RD | | FERN CREEK | KY | 40291-2623 | K35997 | 66.90 | * |
| CHARLES DARRELL STEPHENSON | 8154 LACY RD | | HAGERSTOWN | IN | 47346-9743 | K29206 | 66.90 | * |
| CHARLES DAVIS | 702 VINE ST | | PEORIA | IL | 61603-2361 | K47266 | 66.90 | * |
| CHARLES DELAGARDELLE | 1034 EVERGREEN AVE | | WATERLOO | IA | 50701-2223 | K55060 | 66.90 | * |
| CHARLES DOWDS | 19903 W 99TH CT | | LENEXA | KS | 66220-2639 | K62308 | 66.90 | * |
| CHARLES DRISCOLL | 113 HUNTINGWOOD BLVD | | LYNCHBURG | VA | 24503-3827 | K15617 | 66.90 | * |
| CHARLES E [CHUCK] MCKENNEY | 2001 COUNTY ROAD GG | | NEKOOSA | WI | 54457-9609 | K46824 | 66.90 | * |
| CHARLES E HIGHTOWER | 7927 SAINT IVES RD APT 304 | | CHARLESTON | SC | 29406-9305 | K48404 | 66.90 | * |
| CHARLES E KITSELMAN | 221 PARK AVE | | OIL CITY | PA | 16301-1215 | K40713 | 66.90 | * |
| CHARLES E MORGAN | 1429 PIONEER RD | | DES MOINES | IA | 50320-1169 | K21399 | 66.90 | * |
| CHARLES E PRYOR | 155 BUCKINGHAM CT | | ROANOKE | VA | 24019-8442 | K49682 | 66.90 | * |
| CHARLES E REUTHER | 161 PINE HILL LAKE DR | | HORTON | MI | 49246-9749 | K62742 | 66.90 | * |
| CHARLES E SEXSON | 11708 WILTONWOOD CT | | LOUISVILLE | KY | 40272-4965 | K44115 | 66.90 | * |
| CHARLES E SMITH | 6060 STRATHBURN CT | | CINCINNATI | OH | 45230-3519 | K35635 | 66.90 | * |
| CHARLES E TURK MD | 100 BROADWAY AVE | | WILMETTE | IL | 60091-3463 | K59770 | 66.90 | * |
| CHARLES EDWARD MILLER | 5010 W ASHLAND DR | | MCHENRY | IL | 60050-5105 | K34549 | 66.90 | * |
| CHARLES EDWARD OLIVEIRA | 52 MOY CT | | MIDDLETOWN | RI | 02842-7413 | K27060 | 66.90 | * |
| CHARLES ETTA ARKADIE-LUCAS | 3118 ROYPOM DR | | LOUISVILLE | KY | 40220-3045 | K10429 | 66.90 | * |
| CHARLES EVANS | 1230 SW 26TH AVE | | BOYNTON BEACH | FL | 33426-7846 | K60441 | 66.90 | * |
| CHARLES F [CHARLIE] WELLER | 942 CATHRINE CT | | MAYS LANDING | NJ | 08330-1439 | K47896 | 66.90 | * |
| CHARLES F [FRED] BOWMAN | 705 SANTA FE AVE | | ORMOND BEACH | FL | 32174-7535 | K41461 | 66.90 | * |
| CHARLES F ANSCHUTZ | 14 RAINBO DR | | KEOKUK | IA | 52632-2253 | K16648 | 66.90 | * |
| CHARLES F FIELDS JR | 1703 SENECA ST | | LEAVENWORTH | KS | 66048-1617 | K34701 | 66.90 | * |
| CHARLES F GRANTHAM | PO BOX 93 | | MARCUS | IA | 51035-0093 | K35708 | 66.90 | * |
| CHARLES F MICHAELIS | 889 PROSPECT HTS | | SANTA CRUZ | CA | 95065-1413 | K20693 | 66.90 | * |
| CHARLES F WEINMAN JR | 903 GRANTHAM RD | | MECHANICSBURG | PA | 17055-5884 | K23095 | 66.90 | * |
| CHARLES FELD | 931 APACHE DR | | CHILLICOTHE | OH | 45601-1701 | K41332 | 66.90 | * |
| CHARLES FITHIAN | 2214 N 68TH TER | | KANSAS CITY | KS | 66109-2624 | K37115 | 66.90 | * |
| CHARLES FOSDICK | 6447 ROBISON LN | | SALINE | MI | 48176-9094 | V99309 | 66.90 | * |
| CHARLES FULLER | 2603 W COLUMBINE LN | | WICHITA | KS | 67204-5447 | K53152 | 66.90 | * |
| CHARLES FULTON | 13715 E RANDALL RD | | MEAD | WA | 99021-8730 | K28671 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CHARLES G [CHUCK] HAGUE | 3711 EDGEWATER DR | | ASHTABULA | OH | 44004-2127 | K16353 | 66.90 | * |
| CHARLES G BARNETT | 5316 TABLE ROCK DR | | EDMOND | OK | 73025-9727 | K25263 | 66.90 | * |
| CHARLES G FRYE | 512 VALLEYVIEW DR | | ALBEMARLE | NC | 28001-9560 | K49921 | 66.90 | * |
| CHARLES G MOONEYHAN | 300 WOODLAND DR | | BELTON | SC | 29627-1928 | K53802 | 66.90 | * |
| CHARLES GAINES | 220 VERBENA DR | | WATERTOWN | MN | 55388-8378 | K20859 | 66.90 | * |
| CHARLES GLASER | 6104 BUCKINGHAM MANOR DR | | BALTIMORE | MD | 21210-1004 | K44345 | 66.90 | * |
| CHARLES GOODRICH | 417 SHORE RD | | WAYNESBORO | VA | 22980-5439 | K15679 | 66.90 | * |
| CHARLES GRANT | 9106 WALTLEE RD | | LOUISVILLE | KY | 40291-1416 | K32806 | 66.90 | * |
| CHARLES GUSSEL | 9021 LAKE RD | | WISCONSIN RAP | WI | 54494-9316 | K55658 | 66.90 | * |
| CHARLES H [CHUCK] OSTLER | 1501 COUNTY ROAD P41 | | OMAHA | NE | 68122-5027 | K55538 | 66.90 | * |
| CHARLES H BARNDT | PO BOX 405 | | WAYNE | OH | 43466-0405 | K50664 | 66.90 | * |
| CHARLES H EASTER SR | 953 GREEN CASTLE DR | | DALLAS | TX | 75232-1209 | K49760 | 66.90 | * |
| CHARLES H KEEN | 188 PATTON PEAK RD | | OROVILLE | CA | 95965-8045 | K33645 | 66.90 | * |
| CHARLES H MIDDLETON JR | 2224 HIGHTRAIL CT | | LITHONIA | GA | 30058-8307 | K61247 | 66.90 | * |
| CHARLES H ROSE | 10 THIDE CT | | SMITHTOWN | NY | 11787-1536 | K52499 | 66.90 | * |
| CHARLES H SHAYNE | 14 WILLIAMSBURG CT | | ALLENTOWN | NJ | 08501-1851 | K47885 | 66.90 | * |
| CHARLES H WEISS | N76W14270 LARI LOU DR | | MENOMONEE FAL | WI | 53051-4313 | K38719 | 66.90 | * |
| CHARLES HAMMILL | 1590 TIERRA LYNN DR | | WOODBURN | OR | 97071-3445 | K30415 | 66.90 | * |
| CHARLES HARDY | 6 TWINKLE RD | | AIRMONT | NY | 10901-6617 | K31634 | 66.90 | * |
| CHARLES HATFIELD | 111 AUSTIN DR | | WEST RICHLAND | WA | 99353-9347 | K15399 | 66.90 | * |
| CHARLES HETZE | PO BOX 58257 | | FAIRBANKS | AK | 99711-0257 | K46143 | 66.90 | * |
| CHARLES HOCKETT | 1303 TULIP GROVE RD | | HERMITAGE | TN | 37076-2634 | K37401 | 66.90 | * |
| CHARLES HODSON | 2518 CALLE JADE | | SAN CLEMENTE | CA | 92673-3905 | K26231 | 66.90 | * |
| CHARLES HOWARD | 1305 W BROADWAY AVE | | ENID | OK | 73703-5720 | K62567 | 66.90 | * |
| CHARLES HUSSEY | 3601 ROCK ISLAND RD | | EAST WENATCHE | WA | 98802-5821 | K31158 | 66.90 | * |
| CHARLES ITZIN | PO BOX 159 | | FAIR HAVEN | NY | 13064-0159 | K57383 | 66.90 | * |
| CHARLES IVAN DITTO | 15871 DRYSDALE ST | | SOUTHGATE | MI | 48195-2944 | K58980 | 66.90 | * |
| CHARLES J [FLIP] GENTRY | 2400 INDIAN TRAIL RD | | SYLVANIA | GA | 30467-5490 | K14315 | 66.90 | * |
| CHARLES J BOSETTI | 1476 BARR AVE | | PITTSBURGH | PA | 15205-3737 | K41631 | 66.90 | * |
| CHARLES J EGAN JR | 4756 OAK ST APT 711 | | KANSAS CITY | MO | 64112-2235 | K10782 | 66.90 | * |
| CHARLES J GAUTHIER | 6772 AMHERST RD | | BRYANS ROAD | MD | 20616-3046 | K50775 | 66.90 | * |
| CHARLES J O'DONNELL | 4007 SHETLAND WAY | | WESTVILLE | NJ | 08093-1508 | K37126 | 66.90 | * |
| CHARLES J PILCH | 1212 NEWBERRY DR | | ALLEN | TX | 75013-3669 | K23085 | 66.90 | * |
| CHARLES J RINALDI | 19 STEEPLE CHASE | | GREENWICH | CT | 06831-2549 | K61888 | 66.90 | * |
| CHARLES J SERRA | 28 12TH AVE SE | | OELWEIN | IA | 50662-2625 | K20739 | 66.90 | * |
| CHARLES J SLUSKONIS | 959 GATEWAY AVE APT 1424 | | CHATTANOOGA | TN | 37402-3462 | K45492 | 66.90 | * |
| CHARLES J TURPIN | 309 WALNUT ST | | METAIRIE | LA | 70005-2344 | K57472 | 66.90 | * |
| CHARLES J WEIR | 19355 CYPRESS RIDGE TER UNIT | | LANSDOWNE | VA | 20176-6916 | K32823 | 66.90 | * |
| CHARLES J ZINGALES | 1348 GIESSE DR | | MAYFIELD HEIG | OH | 44124-1815 | K49156 | 66.90 | * |
| CHARLES JEAN CLEMONS | 7912 CORTLAND DR | | LOUISVILLE | KY | 40228-2242 | K32492 | 66.90 | * |
| CHARLES JOHNSTON | 1801 ROBINSON RD | | GRANTS PASS | OR | 97527-7211 | K38078 | 66.90 | * |
| CHARLES JONES | 118 KINDY FOREST DR | | HENDERSONVILL | NC | 28739-8847 | K52605 | 66.90 | * |
| CHARLES JONES JR | 4 TORY XING | | TERRYVILLE | CT | 06786-4911 | K61981 | 66.90 | * |
| CHARLES JULG | 3713 HAWLEY DR | | SALEM | VA | 24153-1918 | K22882 | 66.90 | * |
| CHARLES K TRENCHARD | 1306 DUCHAMP RD # A | | BROUSSARD | LA | 70518-7603 | K53330 | 66.90 | * |
| CHARLES KEITH HUMBERT | 1617 DOLORES ST # B | | SAN FRANCISCO | CA | 94110-4906 | K45945 | 66.90 | * |
| CHARLES KLOSS | 106 MANHOAC RUN | | YORKTOWN | VA | 23693-2792 | K42940 | 66.90 | * |
| CHARLES KOTNIK | 6860 S CAMELOT DR | | MENTOR | OH | 44060-4083 | K43749 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CHARLES KOWALEWITZ | 5 ASPEN DR APT 324 | | SOUTH BURLING | VT | 05403-6289 | K42929 | 66.90 | * |
| CHARLES L [CHUCK] MEPYANS | 4 WINTHROP NEW RD | | SUGAR GROVE | IL | 60554-4225 | K18389 | 66.90 | * |
| CHARLES L [CHUCK] SCHLEF | PO BOX 816 | | WARREN | MA | 01083-0816 | K44192 | 66.90 | * |
| CHARLES L ABANATHY | 325 GREENE ROAD 845 | | PARAGOULD | AR | 72450-7742 | K36677 | 66.90 | * |
| CHARLES L HEWITT | 3175B BRAXTON AVE | | SPRINGDALE | AR | 72764-6712 | K15069 | 66.90 | * |
| CHARLES L MCMILLAN | 1693 HICKORY VALLEY RD | | SPARTA | TN | 38583-2511 | K48320 | 66.90 | * |
| CHARLES LEROY GATTON | 2202 MAMMOTH WAY | | LOUISVILLE | KY | 40299-2611 | K32988 | 66.90 | * |
| CHARLES LEWIS | 5505 REVERE DR | | LOUISVILLE | KY | 40218-4327 | K35295 | 66.90 | * |
| CHARLES LINDEMANN | 4306 DANE RD SW | | IOWA CITY | IA | 52240-8913 | K56947 | 66.90 | * |
| CHARLES LINZNER | 1515 ROLLING GREEN RD | | YARDLEY | PA | 19067-2617 | K39459 | 66.90 | * |
| CHARLES LOWLICHT | 23 CANVASBACK CIR | | BRIDGEVILLE | DE | 19933-2429 | K48383 | 66.90 | * |
| CHARLES LUTHER PARHAM | 1 TOLEDO CT | | KENNER | LA | 70065-3968 | K53118 | 66.90 | * |
| CHARLES M [CHUCK] ARNOLD | 911 E AVE APT 101 | | CORONADO | CA | 92118-2571 | K19832 | 66.90 | * |
| CHARLES M CORSIGLIA | 120 YOLO CT | | SAN BRUNO | CA | 94066-2555 | K58098 | 66.90 | * |
| CHARLES M DOWLING | 1416 CHURCH ST | | SAN FRANCISCO | CA | 94131-2016 | K53214 | 66.90 | * |
| CHARLES M KALSON | 230 N CRAIG ST APT 101 | | PITTSBURGH | PA | 15213-1578 | K48569 | 66.90 | * |
| CHARLES M WEISER | 560 HALLOWING RUN RD | | SUNBURY | PA | 17801-5633 | K15950 | 66.90 | * |
| CHARLES MADISON | 813 SE BELMONT DR | | ANKENY | IA | 50021-3512 | K22492 | 66.90 | * |
| CHARLES MANNIX | PO BOX 905 | | NORWICH | VT | 05055-0905 | K20113 | 66.90 | * |
| CHARLES MARVIN | PO BOX 737 | | LOBECO | SC | 29931-0737 | K48463 | 66.90 | * |
| CHARLES MATHIS | 3633 HOWARD DR APT 218 | | ATLANTA | GA | 30337-2962 | K59897 | 66.90 | * |
| CHARLES MCMANUS | 50 WONDERHILL DR | | ATHENS | OH | 45701-3616 | K53805 | 66.90 | * |
| CHARLES MCSPARREN | 5 KEVIN CIR | | WICHITA FALLS | TX | 76306-2107 | K31413 | 66.90 | * |
| CHARLES MICHAEL FULGIERI | 2373 MONTPELIER RD | | PUNTA GORDA | FL | 33983-2617 | K48773 | 66.90 | * |
| CHARLES MILLER | 3604 MOCCASIN RD | | COEUR D ALENE | ID | 83815-7842 | K49545 | 66.90 | * |
| CHARLES MUSKETNUSS | 15598 S 3RD ST | | SCURRY | TX | 75158-5122 | K59360 | 66.90 | * |
| CHARLES N CRANMER | 1650 N RIDLEY CREEK RD | | MEDIA | PA | 19063-4527 | K38055 | 66.90 | * |
| CHARLES NADLER | 1551 LARIMER ST APT 2502 | | DENVER | CO | 80202-1637 | K62310 | 66.90 | * |
| CHARLES NEILL | 17825 COUNTRY CLUB RD | | ATCHISON | KS | 66002-9522 | K59131 | 66.90 | * |
| CHARLES NELSON LEE JR | 303 BRADLEY CT | | HOPKINSVILLE | KY | 42240-5312 | K36567 | 66.90 | * |
| CHARLES O RASOR | PO BOX 224 | | CAIRO | OH | 45820-0224 | K57061 | 66.90 | * |
| CHARLES P MAZURAK | 293 FEDERAL HILL RD 2 | | DELHI | NY | 13753-2237 | K61933 | 66.90 | * |
| CHARLES P SEXTON JR | 780 KELLI LN | | SPRINGFIELD | PA | 19064-1545 | K36862 | 66.90 | * |
| CHARLES P SHELTON | 1520 SOCONY LN | | KNOXVILLE | TN | 37909-1165 | K19585 | 66.90 | * |
| CHARLES PARKER | 500 WESTMONT DR | | REEDSPORT | OR | 97467-1732 | K33420 | 66.90 | * |
| CHARLES PHILLIP BRUCE | 625 TOPEKA DR | | HERMITAGE | TN | 37076-1543 | K37081 | 66.90 | * |
| CHARLES PITTMAN | 653 N VINEYARD | | MESA | AZ | 85201-4949 | K46058 | 66.90 | * |
| CHARLES PLACKE | 2709 GREASY CREEK RD | | NASHVILLE | IN | 47448-8714 | K25760 | 66.90 | * |
| CHARLES PRUNKL | 3 SAINT GEORGE ST | | OCEAN VIEW | DE | 19970-3246 | K13945 | 66.90 | * |
| CHARLES R [CHUCK] SHOWERS | PO BOX 5 | | WHITE DEER | PA | 17887-0005 | K16224 | 66.90 | * |
| CHARLES R [DICK] JOHNSON | 368 MENTOR AVE | | PAINESVILLE | OH | 44077-2607 | K52225 | 66.90 | * |
| CHARLES R CARMER | 12453 JOEL DR | | CLIO | MI | 48420-1839 | K56200 | 66.90 | * |
| CHARLES R COOK | 2500 WESTINGHOUSE DR | | BELLEVILLE | IL | 62221-3538 | K35167 | 66.90 | * |
| CHARLES R HACKETT | PO BOX 998 | | ARGYLE | TX | 76226-0998 | K29162 | 66.90 | * |
| CHARLES R HARPER JR | 1748 MEDIA DR | | BOWLING GREEN | KY | 42101-2710 | K36961 | 66.90 | * |
| CHARLES R HASTINGS | 4720 43RD ST | | LUBBOCK | TX | 79414-3128 | K28950 | 66.90 | * |
| CHARLES R PENOT | 3225 TURTLE CREEK BLVD APT 1 | | DALLAS | TX | 75219-5466 | K51501 | 66.90 | * |
| CHARLES R PRESCOTT | 15708 FARNAM ST | | OMAHA | NE | 68118-2020 | K13869 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CHARLES R TAMBLYN | 217 SHELTON BLVD | | EASTLAKE | OH | 44095-1068 | K43874 | 66.90 | * |
| CHARLES R WILBURN | 102 MOCKINGBIRD LN | | EUSTIS | FL | 32726-6915 | K25434 | 66.90 | * |
| CHARLES R WOODS JR | 1787 PINELAND RD | | VARNVILLE | SC | 29944-9053 | K49065 | 66.90 | * |
| CHARLES R YOAKAM | 29049 LANTZ BLVD | | ELKHART | IN | 46516-1418 | K52085 | 66.90 | * |
| CHARLES RAYMOND HARRIS | 1855 WAVERLAND DR | | MACON | GA | 31211-1123 | K32786 | 66.90 | * |
| CHARLES RICKMAN | 8721 COUNTY ROAD WW | | WISCONSIN RAP | WI | 54494-9683 | K46912 | 66.90 | * |
| CHARLES ROACH | 17 U DR | | CLOVERDALE | IN | 46120-8706 | K45116 | 66.90 | * |
| CHARLES ROBERT BURRELL JR | 8 LOCUST ST | | MADISON | NJ | 07940-1632 | K38142 | 66.90 | * |
| CHARLES ROHDE | W5936 MOONEY RD | | PLYMOUTH | WI | 53073-3511 | K47331 | 66.90 | * |
| CHARLES RUE | 2173 JACKSONVILLE JOBSTOWN R | | JOBSTOWN | NJ | 08041-2009 | K53685 | 66.90 | * |
| CHARLES S DRESHER | 8510 SE PATTERSON PL | | VANCOUVER | WA | 98664-2741 | K52907 | 66.90 | * |
| CHARLES S JOSINSKY | 5 BENSIN DR | | MELVILLE | NY | 11747-2301 | K62153 | 66.90 | * |
| CHARLES S LA RUE | 350 HIGHLAND AVE | | PENNS GROVE | NJ | 08069-9706 | K33776 | 66.90 | * |
| CHARLES S MATHIAS | 50 HARMON LN | | WATSONTOWN | PA | 17777-8361 | K15502 | 66.90 | * |
| CHARLES S QUINN III | 212 SANDY LN APT A201 | | WARWICK | RI | 02889-4390 | K24392 | 66.90 | * |
| CHARLES SAMPSON JR | 338 W 1ST ST | | DELPHOS | OH | 45833-1831 | K49748 | 66.90 | * |
| CHARLES SANDERSON | 317 JULIANNA RD | | CHEYENNE | WY | 82007-9340 | K16720 | 66.90 | * |
| CHARLES SIEB | 9542 ARNETT DR | | NEW PARIS | OH | 45347-9202 | K27673 | 66.90 | * |
| CHARLES SKILLMAN | PO BOX 970 | | SUNRISE BEACH | MO | 65079-0970 | K51675 | 66.90 | * |
| CHARLES STAHL | 401 PARK AVE | | MILTON | PA | 17847-2543 | K15587 | 66.90 | * |
| CHARLES STEINER | 6627 POCKLINGTON RD | | BRITTON | MI | 49229-8701 | V98912 | 66.90 | * |
| CHARLES SWAN | PO BOX 22167 | | ORLANDO | FL | 32830-2167 | K14472 | 66.90 | * |
| CHARLES T [CHUCK] BURKENSTOCK JR | 72425 HIGHWAY 1077 | | COVINGTON | LA | 70433-0876 | K50429 | 66.90 | * |
| CHARLES TALIAN | 7 DIANA CT | | SOUTH AMBOY | NJ | 08879-2405 | K35942 | 66.90 | * |
| CHARLES TAYLOR | 745 ANTLER TRL | | STREETSBORO | OH | 44241-4337 | K50357 | 66.90 | * |
| CHARLES TOMAN | 808 SHADY LN N | | KELLER | TX | 76248-2641 | K43327 | 66.90 | * |
| CHARLES TOWNE | 5864 RAMONA DR | | GREENDALE | WI | 53129-2812 | K48313 | 66.90 | * |
| CHARLES VAUGHN | 986 DEPAUW DR | | FAIRFIELD | OH | 45014-2810 | K39789 | 66.90 | * |
| CHARLES VERNON KEENE | 140 W 174TH ST APT 8B | | BRONX | NY | 10453-7519 | K13261 | 66.90 | * |
| CHARLES W AMMER | 13053 WILDERNESS DR | | NORTH HUNTING | PA | 15642-7244 | K60865 | 66.90 | * |
| CHARLES W BELCHER | 5790 SW 57TH CT | | OCALA | FL | 34474-7734 | K11998 | 66.90 | * |
| CHARLES W BRADLEY III | 260 BLUE HILLS PKWY | | MILTON | MA | 02186-1529 | K19241 | 66.90 | * |
| CHARLES W BRESLOFF | 9692 BALTIMORE AVE | | LAUREL | MD | 20723-1818 | K62457 | 66.90 | * |
| CHARLES W DEAN | 21324 ARROWHEAD CT | | ASHBURN | VA | 20147-5403 | K17798 | 66.90 | * |
| CHARLES W MADDOX | 2328 GRAND BLVD | | RICHMOND | IN | 47374-3510 | K27623 | 66.90 | * |
| CHARLES W POWELL | 1685 NE 108TH AVE | | PORTLAND | OR | 97220-3026 | K17715 | 66.90 | * |
| CHARLES W SCHROEDER | 101 EVERGREEN LN APT 307 | | GLEN CARBON | IL | 62034-1741 | K46969 | 66.90 | * |
| CHARLES WALTER | 2615 PAVO PL | | COLORADO SPRI | CO | 80906-1022 | K47554 | 66.90 | * |
| CHARLES WALTER SWINDELL JR | PO BOX 955 | | BAMBERG | SC | 29003-0955 | K49818 | 66.90 | * |
| CHARLES WALTERMANN | 122 S 3RD ST | | RICHMOND | IN | 47374-4219 | K31358 | 66.90 | * |
| CHARLES WENDELL HOWARD | 14144 ROAD 43 | | ANTWERP | OH | 45813-9419 | K45948 | 66.90 | * |
| CHARLES WENTZ | 1108 BAUCH ST | | WATERLOO | IA | 50701-1941 | K54885 | 66.90 | * |
| CHARLES WETTSTEIN | 691 NE WYOMING DR | | PRINEVILLE | OR | 97754-7907 | K52098 | 66.90 | * |
| CHARLES WILLIAM GIBSON | 615 FOREST AVE | | LONG BEACH | MS | 39560-3846 | K31673 | 66.90 | * |
| CHARLES YURCICH | 151 LAKE EDGE DR | | EUCLID | OH | 44123-1129 | K43986 | 66.90 | * |
| CHARLETTE ROTH | 22 GUM TREE PL | | SAINT CHARLES | MO | 63301-1256 | K40594 | 66.90 | * |
| CHARLIE BROWN | 505 SW 5TH ST | | RICHMOND | IN | 47374-5206 | K30224 | 66.90 | * |
| CHARLIE COOKSON | PO BOX 703 | | DERBY | KS | 67037-0703 | K29083 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CHARLIE MOLNAR | 6404 W MONTEGO LN | | GLENDALE | AZ | 85306-3146 | K59238 | 66.90 | * |
| CHARLIE R MCKIE | 128 WALNUT LN | | NORTH AUGUSTA | SC | 29860-9206 | K21469 | 66.90 | * |
| CHARLIE R RICHARDS | 500 PAISANO ST NE APT 339 | | ALBUQUERQUE | NM | 87123-1477 | K28323 | 66.90 | * |
| CHARLIE RUSS | 767 COUNTY ROAD Q | | PANHANDLE | TX | 79068-7005 | K32102 | 66.90 | * |
| CHARLOTTE [CHICKIE] DRUMMOND | 10366 ALEXIA DR | | INDIANAPOLIS | IN | 46236-7317 | K39404 | 66.90 | * |
| CHARLOTTE A REINICKER | 202 CENTRAL DR | | HENDERSONVILL | NC | 28739-8967 | K43521 | 66.90 | * |
| CHARLOTTE A SAPA | 490 S HILLTOP RD | | COLUMBIA FALL | MT | 59912-9045 | K32631 | 66.90 | * |
| CHARLOTTE ADAMS | 31950 SINGLETARY RD | | MYAKKA CITY | FL | 34251-9516 | K59307 | 66.90 | * |
| CHARLOTTE ALLEN | 16838 W 55TH DR | | GOLDEN | CO | 80403-1197 | K47784 | 66.90 | * |
| CHARLOTTE ALLEN | 9141 COUNTY ROAD 487 | | ATLANTA | MI | 49709-9098 | K48226 | 66.90 | * |
| CHARLOTTE ANN KIRKNER | 7041 GILROY CT | | SPRING ARBOR | MI | 49283-9662 | K35403 | 66.90 | * |
| CHARLOTTE BEEBE | 164 HARTFORD CT | | LIMA | OH | 45805-1142 | K45566 | 66.90 | * |
| CHARLOTTE CHARLES | 815 S ABILENE AVE | | VALLEY CENTER | KS | 67147-2157 | K48920 | 66.90 | * |
| CHARLOTTE COMPTON | 360 PILGRIM CHURCH RD | | LEXINGTON | SC | 29072-8033 | K33217 | 66.90 | * |
| CHARLOTTE E SIMPKINS | 70 GREENFIELD AVE | | ARDMORE | PA | 19003-1204 | K41122 | 66.90 | * |
| CHARLOTTE FISHER | 1360 TENNYSON DR | | TEMPERANCE | MI | 48182-3204 | V99032 | 66.90 | * |
| CHARLOTTE FISHER | 804 3RD AVE | | LIVERMORE | IA | 50558-9512 | K61985 | 66.90 | * |
| CHARLOTTE FOODER SKEGGS | 398 TAVISTOCK | | CHERRY HILL | NJ | 08034-4028 | K40956 | 66.90 | * |
| CHARLOTTE FRI | 28801 STATE ROUTE 93 | | MC ARTHUR | OH | 45651-8947 | K52231 | 66.90 | * |
| CHARLOTTE GANZER | 158 CORNWELL AVE | | VALLEY STREAM | NY | 11580-4742 | K45581 | 66.90 | * |
| CHARLOTTE GARRISON | 3600 CONSHOHOCKEN AVE APT 71 | | PHILADELPHIA | PA | 19131-5314 | K17183 | 66.90 | * |
| CHARLOTTE GROVER | 103 1ST LAKEWOOD AVE | | WARROAD | MN | 56763-3105 | K21485 | 66.90 | * |
| CHARLOTTE HAGEN | 145 FOND DU LAC ST | | WAUPUN | WI | 53963-1506 | K46339 | 66.90 | * |
| CHARLOTTE HENNINGSGAARD | 1850 SE 2ND AVE APT 203 | | GRAND RAPIDS | MN | 55744-2570 | K21354 | 66.90 | * |
| CHARLOTTE HILL | 121 E COOLIDGE ST | | BORGER | TX | 79007-5425 | K24886 | 66.90 | * |
| CHARLOTTE KIRCHNER | 309 GLENWOOD DR | | DOUGLASSVILLE | PA | 19518-1103 | K27012 | 66.90 | * |
| CHARLOTTE LEHMAN | 2209 OAKWOOD AVE | | BLOOMINGTON | IL | 61704-2413 | K55339 | 66.90 | * |
| CHARLOTTE LEIDY | 86506 HOLMES | | CHAPEL HILL | NC | 27517-8553 | K16638 | 66.90 | * |
| CHARLOTTE M HELFER | 2201 LUCAYA BND APT F1 | | COCONUT CREEK | FL | 33066-1118 | K46583 | 66.90 | * |
| CHARLOTTE MARTIN | 8274 N COUNTY ROAD 500 W | | RUSSELLVILLE | IN | 46175-9215 | K44810 | 66.90 | * |
| CHARLOTTE MCGUIRE | PO BOX 2100 | | ELIZABETH | CO | 80107-2100 | K28567 | 66.90 | * |
| CHARLOTTE MORSTAD | 650 S ALTON WAY APT 2C | | DENVER | CO | 80247-1667 | K24241 | 66.90 | * |
| CHARLOTTE NORRICK | 414 SE L ST APT A | | GRANTS PASS | OR | 97526-3186 | K40333 | 66.90 | * |
| CHARLOTTE PARSONS | 5013 SHARON DR | | JEFFERSON CIT | MO | 65109-0114 | K15114 | 66.90 | * |
| CHARLOTTE RANK | 2400 PONDS WOOD RD | | HUNTINGTOWN | MD | 20639-9033 | K31950 | 66.90 | * |
| CHARLOTTE S SHAFER | 3536 VERNER RD | | KENT | OH | 44240-5246 | K62189 | 66.90 | * |
| CHARLOTTE SANCHEZ | 333 W MAGNOLIA ST | | PONCHATOULA | LA | 70454-3427 | K51469 | 66.90 | * |
| CHARLOTTE SCARCELLA | 1338 PATTI PARK | | WESTLAKE | OH | 44145-1965 | K61069 | 66.90 | * |
| CHARLOTTE SCHAED | 16 WOODED HTS | | GREENEVILLE | TN | 37743-2205 | K29545 | 66.90 | * |
| CHARLOTTE SIMMONS | 798 SUPERIOR ST | | DELTONA | FL | 32725-5542 | K24882 | 66.90 | * |
| CHARLOTTE SMITH | 5205 DREXEL DR | | ANDERSON | IN | 46011-9478 | K44898 | 66.90 | * |
| CHARLOTTE SPIVEY | 1701 COVINA AVE | | MEDFORD | OR | 97504-5457 | K33905 | 66.90 | * |
| CHARLOTTE SYSON | 300 E VISTA ST | | BISBEE | AZ | 85603-1436 | K40569 | 66.90 | * |
| CHARLOTTE TUCK | 364 WOODWARD RD | | FAIRFAX | VT | 05454-9793 | K57354 | 66.90 | * |
| CHARLOTTE ULMANIS | 4217 SEELEY AVE | | DOWNERS GROVE | IL | 60515-1817 | K54507 | 66.90 | * |
| CHARLOTTE VICTOR | 3200 BENSALEM BLVD APT M101 | | BENSALEM | PA | 19020-1977 | K36438 | 66.90 | * |
| CHARLOTTE WILLIS | 11819 JAMES VINSON | | SAN ANTONIO | TX | 78253-5907 | K55621 | 66.90 | * |
| CHARLOTTE WILSHINSKY | 23710 LUND ST | | WOODLAND HILL | CA | 91367-5838 | K46499 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| CHARLSIE DOOLITTLE | 735 MOUNT PLEASANT RD | | POMARIA | SC | 29126-9276 | K32791 | 66.90 | * |
| CHARLYN SCOTT | 1021 N 168TH AVE | | OMAHA | NE | 68118-9314 | K60294 | 66.90 | * |
| CHARMAINE OLSON | 3921 SW 39TH TER | | TOPEKA | KS | 66610-1162 | K33063 | 66.90 | * |
| CHARMAINE ROUSSEAU | 757 WARREN RD UNIT 3963 | | ITHACA | NY | 14852-3963 | K40111 | 66.90 | * |
| CHARNEIL SWENSON | 3501 W 85TH ST | | LEAWOOD | KS | 66206-1350 | K34033 | 66.90 | * |
| CHAS S RICCI | 70 LITTLETON RD | | MORRIS PLAINS | NJ | 07950-2517 | K38245 | 66.90 | * |
| Chase | PO Box 15153 | | Wilmington | DE | 19886-5153 | 4246-3112 | 20,982.54 | ** |
| Chase Card | 201 N. Walnut St//de1-1027 | | Wilmington | DE | 19801-0000 | 4266-0530 | 21,407.00 | **: Rev Acct |
| Chase Card | 201 N Walnut St | # ST//DE1-1027 | Wilmington | DE | 19801-2920 | 4417-1291 | 27,494.68 | **: Rev Acct |
| CHEF EDWARD L STANZIANO | 48 DELRAY CT | | CLAYTON | OH | 45315-9761 | K45848 | 66.90 | * |
| CHERI ANN JUDGE | 2906 CAULDER AVE | | DES MOINES | IA | 50321-2637 | K30339 | 66.90 | * |
| CHERI LYNN CUMMINGS | 265 N JUNIPER ST | | NORTH LIBERTY | IA | 52317-7816 | K29653 | 66.90 | * |
| CHERI NELSON | 5468 N PICCADILLY | | WEST BLOOMFIE | MI | 48322-1439 | K20031 | 66.90 | * |
| CHERI PATTERSON | 501 S MAIN ST | | MORTON | IL | 61550-1940 | K47270 | 66.90 | * |
| CHERI POGELER | 279 COUNTRYHAVEN RD | | ENCINITAS | CA | 92024-3106 | K44554 | 66.90 | * |
| CHERI SAMSON BLISS | 11265 MORNING VIEW RD | | SINGERS GLEN | VA | 22850-2001 | K48100 | 66.90 | * |
| CHERI YOUNG | 706 KENT AVE | | LIMA | OH | 45801-3023 | K48014 | 66.90 | * |
| CHERIE HULL | 3751 BRITTON RD | | BANCROFT | MI | 48414-9760 | K41250 | 66.90 | * |
| CHERIE LITTON | 700 S BROWNSVILLE ST | | TRENTON | TN | 38382-2402 | K34155 | 66.90 | * |
| CHERIE SCHWINDLER | 16309 MENAHKA RD | | APPLE VALLEY | CA | 92307-1492 | K36247 | 66.90 | * |
| CHERINELL ABBOTT | 204 BROOKVIEW DR | | HURST | TX | 76054-3612 | K28279 | 66.90 | * |
| CHERRI OGLE | 1109 WEST TOWANDA AVE | | EL DORADO | KS | 67042-2445 | K54838 | 66.90 | * |
| CHERRY YOUNG | 217 W CLIFTON AVE | | NORTH AUGUSTA | SC | 29841-3805 | K22618 | 66.90 | * |
| CHERYL A BERNTSEN | 6 TOOTHE PL | | MADISON | NJ | 07940-2223 | K38902 | 66.90 | * |
| CHERYL A EVANSON | 1148 N LAFAYETTE AVE | | BREMERTON | WA | 98312-2859 | K46045 | 66.90 | * |
| CHERYL A FROMAN | 739 EVENING STAR DR | | CASTLE ROCK | CO | 80108-8354 | K25455 | 66.90 | * |
| CHERYL A GILLIOM | 6418 MARGOT WAY | | FORT WAYNE | IN | 46835-1310 | K39080 | 66.90 | * |
| CHERYL A LOYD | 16 ROUND HILL RD | | SALEM | CT | 06420-3850 | K40610 | 66.90 | * |
| CHERYL A WHITE | 1107 WINDSOR WAY | | LUTZ | FL | 33559-7319 | K14463 | 66.90 | * |
| CHERYL A WILLIAMSON | 114 N BRUCE AVE | | BOISE | ID | 83712-6303 | K30854 | 66.90 | * |
| Cheryl A. Denby | 3326 Dellefield St | | New Port Richey | FL | 34655-3111 | | 686.58 | ARI: Wages |
| CHERYL ALLEN | 6520 N MISSOURI AVE | | OKLAHOMA CITY | OK | 73111-7928 | K36976 | 66.90 | * |
| CHERYL AMAND | 187 WASHINGTON AVE | | BRENTWOOD | NY | 11717-2610 | K58648 | 66.90 | * |
| CHERYL BECKER | 118 ACADEMY RD | | DEVILS LAKE | ND | 58301-4111 | K35903 | 66.90 | * |
| CHERYL BOYUM | 110340 GESKE RD APT 224 | | CHASKA | MN | 55318-1363 | K20857 | 66.90 | * |
| CHERYL BUTKE | 3232 S EL DORADO DR | | NEW BERLIN | WI | 53151-4204 | K43802 | 66.90 | * |
| CHERYL CASAD | 4285 COLEMAN CREEK RD | | MEDFORD | OR | 97501-9617 | K36271 | 66.90 | * |
| CHERYL CHAVIS | PO BOX 13090 | | GREENSBORO | NC | 27415-3090 | K13894 | 66.90 | * |
| CHERYL DEBARROS | 21 SAINT JAMES PL APT 19A | | BROOKLYN | NY | 11205-5053 | K49669 | 66.90 | * |
| CHERYL DEBOOM | 1080 NOBLE ISLE ST | | HENDERSON | NV | 89002-6555 | K58864 | 66.90 | * |
| CHERYL DELP | 107 ONEIDA ST | | STORM LAKE | IA | 50588-2543 | K13948 | 66.90 | * |
| CHERYL DICKSON | 8250 HIGHWAY 47 | | CARLTON | OR | 97111-9520 | K33980 | 66.90 | * |
| CHERYL EDER | 1347 SUNSET ST | | MONROE | MI | 48162-4376 | K58391 | 66.90 | * |
| CHERYL F FORTIER | 2 WARNER AVE | | ESSEX JUNCTIO | VT | 05452-3026 | K14461 | 66.90 | * |
| CHERYL FEDER | 822 WOODDALE RD | | EAST STROUDSB | PA | 18302-8498 | K54952 | 66.90 | * |
| CHERYL FORSBERG | 1026 8TH AVE SE | | SAINT CLOUD | MN | 56304-1600 | K24654 | 66.90 | * |
| CHERYL G TUDOR | 72511 JAMIE WAY | | RANCHO MIRAGE | CA | 92270-4522 | K55641 | 66.90 | * |
| CHERYL G. MCASKILL | 126 BRIARWOOD AVE | | TIVERTON | RI | 02878-1711 | K24381 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CHERYL GROSS | 820 SAGE CIR | | LINCOLN | NE | 68520-1152 | K22216 | 66.90 | * |
| CHERYL HARKABUS | 2825 E 6TH ST | | SUPERIOR | WI | 54880-3923 | K18973 | 66.90 | * |
| CHERYL J AVERY | 2920 QUEEN ST | | FORT WAYNE | IN | 46806-3942 | K39174 | 66.90 | * |
| CHERYL J LARSON-MORSE | 35 DUNBAR DR | | NORTH EASTON | MA | 02356-3631 | K56260 | 66.90 | * |
| CHERYL K DUPAY | 19392 CASCADE DR | | BROWNSTOWN | MI | 48193-8568 | K60436 | 66.90 | * |
| CHERYL KARPINSKI | 10873 7TH ST NE | | BLAINE | MN | 55434-1647 | K25802 | 66.90 | * |
| CHERYL KIECKER | PO BOX 4 | | FAIRFAX | MN | 55332-0004 | K55734 | 66.90 | * |
| CHERYL L MILLER | 2413 23RD AVE S | | FARGO | ND | 58103-5117 | K36119 | 66.90 | * |
| CHERYL LANICH | 1304 61ST AVE | | GREELEY | CO | 80634-2919 | K33269 | 66.90 | * |
| CHERYL LYNN TOMLINSON | 191 DUCHESS DR APT 618 | | DENTON | TX | 76208-6356 | K34778 | 66.90 | * |
| CHERYL M DESROSIER | 804 ROUNDHOUSE ST | | SHAKOPEE | MN | 55379-4597 | K39905 | 66.90 | * |
| CHERYL MANIFOR | 1643 AGAVE AVE | | LA HABRA | CA | 90631-8347 | K55927 | 66.90 | * |
| CHERYL MARTIN | 17864 FREYMUTH RD | | WAPAKONETA | OH | 45895-9069 | K46567 | 66.90 | * |
| CHERYL MILLS | 3523 PICKWICK PL | | LANSING | MI | 48917-1789 | K57883 | 66.90 | * |
| CHERYL MOSKOWITZ | 4204 LA VERJA CT SE | | RIO RANCHO | NM | 87124-1187 | K45838 | 66.90 | * |
| CHERYL MUELLER | 2020 SLABTOWN RD | | LIMA | OH | 45801-3308 | K54600 | 66.90 | * |
| CHERYL NIMMO | 26 ABERDEEN RD | | RIVERSIDE | RI | 02915-5002 | K62491 | 66.90 | * |
| CHERYL OERTLI | 4523 SYCAMORE ST | | HOLT | MI | 48842-1635 | K43982 | 66.90 | * |
| CHERYL PRENTICE | 7834 BAY SHORE DR | | INDIANAPOLIS | IN | 46240-2823 | K25104 | 66.90 | * |
| CHERYL REITHEL | 2539 LORY ST | | ROSENBERG | TX | 77471-6021 | K32882 | 66.90 | * |
| CHERYL REXROAT | 1521 154TH ST E | | TACOMA | WA | 98445-2440 | K21897 | 66.90 | * |
| CHERYL ROBINSON | 2591 JEFFERSON PL UNIT D | | STOW | OH | 44224-2057 | K61641 | 66.90 | * |
| CHERYL ROSE | PO BOX 174543 | | ARLINGTON | TX | 76003-4543 | K14405 | 66.90 | * |
| CHERYL RUCH | 9961 EDELWEISS CIR | | SHAWNEE MISSI | KS | 66203-4612 | K55752 | 66.90 | * |
| CHERYL RYBKA | 1307 BEVERLY RD | | MCKEESPORT | PA | 15133-3607 | K60893 | 66.90 | * |
| CHERYL SMITH | 9 SCHINDLER TER | | GILLETTE | NJ | 07933-1514 | K43506 | 66.90 | * |
| CHERYL STARK | 969 E GATESWORTH DR | | COLUMBIA CITY | IN | 46725-8911 | K40686 | 66.90 | * |
| CHERYL STASKY | 73 OLD TAPPAN RD APT 1 | | GLEN COVE | NY | 11542-1252 | K52667 | 66.90 | * |
| CHERYL STEMM | 1312 BEYER DR | | INTERNATIONAL | MN | 56649-2559 | K19534 | 66.90 | * |
| CHERYL WEATHERHOLT | 4216 HIGHLAND OAKS DR | | NEW ALBANY | IN | 47150-9693 | K32406 | 66.90 | * |
| CHERYL WEEKS | 100 GRAND AVE | | WEST DES MOIN | IA | 50265-3710 | K22337 | 66.90 | * |
| CHERYL WENTE | 01364 STATE ROUTE 274 | | NEW BREMEN | OH | 45869-9768 | K33084 | 66.90 | * |
| CHERYLE THOMPSON | 35 N HAWTHORN DR | | ALTOONA | IA | 50009-2610 | K22369 | 66.90 | * |
| CHESLEY GRAY | 20 NEWCASTLE DR APT 2 | | NASHUA | NH | 03060-5470 | K11965 | 66.90 | * |
| CHESTER (CHIP) HOWES | 15841 SALEM CHURCH ST NE | | ALLIANCE | OH | 44601-8810 | K17927 | 66.90 | * |
| CHESTER [CHET] WITTKIN | 9609 BERGAMO ST | | LAKE WORTH | FL | 33467-6168 | K54859 | 66.90 | * |
| CHESTER A FUST JR | 3910 OLD SLIGO RD | | LA GRANGE | KY | 40031-8517 | K35490 | 66.90 | * |
| CHESTER CLARK | 12153 IMAGE DR | | PARK RAPIDS | MN | 56470-4554 | K18762 | 66.90 | * |
| CHESTER H CRIDER | 10624 GLASS MOUNTAIN TRL | | AUSTIN | TX | 78750-2513 | K14076 | 66.90 | * |
| CHESTER H JOHNSON | 302 CHICKASAW LN | | LAKE WINNEBAG | MO | 64034-9326 | K33174 | 66.90 | * |
| CHESTER HANEY | 576 SWANSON MILL RD | | TONASKET | WA | 98855-9449 | K18836 | 66.90 | * |
| CHESTER J GREENE JR | 104 HOWLAND AVE | | JAMESTOWN | RI | 02835-1247 | K29099 | 66.90 | * |
| CHESTER J SKIPPER | 2205 VIREO DR | | NORTH AUGUSTA | SC | 29841-3134 | K26602 | 66.90 | * |
| CHESTER JOHNSON | 10743 SE US HIGHWAY 54 | | ROSALIA | KS | 67132-9129 | K47499 | 66.90 | * |
| CHESTER L ANDERSON | 4776 W CALIMYRNA AVE | | FRESNO | CA | 93722-3278 | K18466 | 66.90 | * |
| CHESTER MILLER | 740 COUNTY ROAD 13 | | TIFFIN | OH | 44883-2475 | K40126 | 66.90 | * |
| CHESTER RILEY | 1200 MANHATTAN DR | | ANN ARBOR | MI | 48103-4737 | V99040 | 66.90 | * |
| CHESTER YORK | 586 MISSOURI FLAT RD | | GRANTS PASS | OR | 97527-9465 | K35043 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CHET HAYES | 3951 NEISES RD | | CALIFORNIA | KY | 41007-9353 | K38952 | 66.90 | * |
| CHLOE CORRELL | PO BOX 369 | | JOHNSTOWN | NY | 12095-0369 | K53139 | 66.90 | * |
| CHLOE MANZ | 6008 S STATE HIGHWAY 27 | | BRULE | WI | 54820-9016 | K49212 | 66.90 | * |
| CHRIS A MARKS | 1431 SYLVIA AVE | | METAIRIE | LA | 70005-1135 | K57976 | 66.90 | * |
| CHRIS BESSERT | 10621 COLLETT DR | | PEORIA | IL | 61615-8823 | K45871 | 66.90 | * |
| CHRIS BOURQUIN | 4310 FOOTHILL BLVD | | GRANTS PASS | OR | 97526-4151 | K36705 | 66.90 | * |
| CHRIS BOYD | 208 PAINTED HORSE | | WACO | TX | 76712-8820 | K42132 | 66.90 | * |
| CHRIS D ERLEWEIN | 15808 WAGNER RD | | CAMBRIDGE CIT | IN | 47327-9725 | K50100 | 66.90 | * |
| CHRIS GAZOULEAS | 32056 OLDE FRANKLIN DR | | FARMINGTON | MI | 48334-1734 | K59318 | 66.90 | * |
| CHRIS HERSEY | 7905 W GATE PARK | | WEST CHESTER | OH | 45069-7812 | K44296 | 66.90 | * |
| CHRIS HOUSEL | 8300 W 61ST ST | | MISSION | KS | 66202-2910 | K57078 | 66.90 | * |
| CHRIS JACOBS | 4578 SIMPSON MILL LN | | DULUTH | GA | 30096-6253 | K59011 | 66.90 | * |
| CHRIS KOENIGS | W7910 CENTER RD | | GLENBEULAH | WI | 53023-1556 | K47024 | 66.90 | * |
| CHRIS L FOOTE | 6 COTTAGE AVE | | SOMERVILLE | MA | 02144-3008 | K33043 | 66.90 | * |
| CHRIS NEWCOMER | 9 BURNHAM ST | | CINCINNATI | OH | 45218-1319 | K24458 | 66.90 | * |
| CHRIS OUSTAD | 1302 2ND AVE E | | INTERNATIONAL | MN | 56649-2922 | K27611 | 66.90 | * |
| CHRIS RUFF | 1330 LAFAYETTE AVE | | CAYCE | SC | 29033-3233 | K37708 | 66.90 | * |
| CHRIS STAPP | 411 HEMPHILL ST | | CHESAPEAKE CI | MD | 21915-1003 | K49572 | 66.90 | * |
| CHRIS WALKER | 611 N WATER ST APT 406 | | SHEBOYGAN | WI | 53081-3946 | K55595 | 66.90 | * |
| CHRIS WEIMAN | 5142 30TH AVE APT 2I | | WOODSIDE | NY | 11377-7909 | K62151 | 66.90 | * |
| CHRIS WOOD | PO BOX 31 | | WITTMANN | AZ | 85361-0031 | K37272 | 66.90 | * |
| CHRISTAL M DILLARD | 4725 WALTON XING SW APT 3106 | | ATLANTA | GA | 30331-6297 | K14804 | 66.90 | * |
| CHRISTENE DEE DEITRICK | 515 RED HAW RD | | DAYTON | OH | 45405-3954 | K56652 | 66.90 | * |
| CHRISTI GRIFFIN | 207 HILLWOOD BLVD | | NASHVILLE | TN | 37205-1503 | K27493 | 66.90 | * |
| CHRISTIAN J [CHRIS] BOTTINGER | 684 LITTLE SUNAPEE RD | | NEW LONDON | NH | 03257-5115 | K38286 | 66.90 | * |
| CHRISTIAN PIERRE JENSEN | 5 WESTFIELD CIR | | OCEAN PINES | MD | 21811-1725 | K33329 | 66.90 | * |
| CHRISTIE ANDERSON | 707 HIGH POINT RD | | MONETA | VA | 24121-2908 | K22504 | 66.90 | * |
| CHRISTIE HAUSCHILD | 1952 W SANIBEL CT | | LITTLETON | CO | 80120-8133 | K31602 | 66.90 | * |
| CHRISTIE REPASS | 7547 RIMWOOD LN APT C | | INDIANAPOLIS | IN | 46236-3635 | K45177 | 66.90 | * |
| CHRISTIE SHUMAN | 708 GLENWOOD DR | | EPHRATA | PA | 17522-9364 | K58007 | 66.90 | * |
| CHRISTINA COLEMAN | 12716 COLBY DR | | WOODBRIDGE | VA | 22192-3002 | K12782 | 66.90 | * |
| CHRISTINA COPELAND | 7880 CORINTH CHAPEL RD | | SUFFOLK | VA | 23437-9420 | K14239 | 66.90 | * |
| CHRISTINA DIABELKO | 260 BELLEVUE AVE | | PENNDEL | PA | 19047-5255 | K25044 | 66.90 | * |
| CHRISTINA EMRU | 10 SILVERSMITH LN | | LEVITTOWN | NY | 11756-5224 | K37256 | 66.90 | * |
| CHRISTINA JAMOLAWICZ | 28 W 47TH ST | | BAYONNE | NJ | 07002-4005 | K38850 | 66.90 | * |
| CHRISTINA POOLE | 1701 COTTAGE WOOD WAY | | KNOXVILLE | TN | 37919-8882 | K47338 | 66.90 | * |
| CHRISTINA SMITH | 722 E DIEHL AVE | | DES MOINES | IA | 50315-5306 | K21251 | 66.90 | * |
| CHRISTINE [CHRIS] CUTRUFELLO | 2610 HIRST TER | | HAVERTOWN | PA | 19083-1421 | K34749 | 66.90 | * |
| CHRISTINE [CHRIS] KILMER | 10117 SWITCHGRASS RD | | BLAIR | NE | 68008-7584 | K18046 | 66.90 | * |
| CHRISTINE A BUDZYNSKI | 6141 80TH ST | | MIDDLE VILLAG | NY | 11379-1320 | K37564 | 66.90 | * |
| CHRISTINE A NEFF | 718 GRAY AVE | | GREENVILLE | OH | 45331-1250 | K31314 | 66.90 | * |
| CHRISTINE ANN GERMEK | 2012 WESLEY ST | | MCKEESPORT | PA | 15132-7637 | K61091 | 66.90 | * |
| CHRISTINE B EDWARDS | PO BOX 60213 | | LOS ANGELES | CA | 90060-0213 | K10906 | 66.90 | * |
| CHRISTINE BARBARETTO | 6 COURT ST | | DEPOSIT | NY | 13754-1006 | K50121 | 66.90 | * |
| CHRISTINE BARTON | 21 LAKE DR | | NORTH BRUNSWI | NJ | 08902-4828 | K36989 | 66.90 | * |
| CHRISTINE BETZ | 7140 KEENELAND DR | | DAYTON | OH | 45414-2246 | K38068 | 66.90 | * |
| CHRISTINE BILEC | 106 BRIARIDGE DR APT B | | TURTLE CREEK | PA | 15145-1154 | K44458 | 66.90 | * |
| CHRISTINE BROWN | 28 PINERIDGE RD | | MONTGOMERY | MA | 01085-9600 | K37857 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| CHRISTINE CARDELLA-TURNER | 59 CALLA AVE | | FLORAL PARK | NY | 11001-2603 | K37818 | 66.90 | * |
| CHRISTINE COOK | 1519 N CLEVELAND AVE | | CHICAGO | IL | 60610-1109 | K53703 | 66.90 | * |
| CHRISTINE DI CELLO | 8760 SANCTUARY DR | | MENTOR | OH | 44060-8810 | K44325 | 66.90 | * |
| CHRISTINE DRAUDE | 843 W AIRLINE HWY | | WATERLOO | IA | 50703-9694 | K56014 | 66.90 | * |
| CHRISTINE DUNN | 27210 HONEY LOCUST RD | | ABINGDON | VA | 24211-7312 | K22913 | 66.90 | * |
| CHRISTINE E MONT | 2727 WILLOW LOOP | | KEMPNER | TX | 76539-6846 | K56862 | 66.90 | * |
| CHRISTINE EAGAN | 37 DIVISION ST | | NEWPORT | RI | 02840-3137 | K32059 | 66.90 | * |
| CHRISTINE EDWARDS | 10335 N COUNTY ROAD 200 E | | BRAZIL | IN | 47834-7000 | K60229 | 66.90 | * |
| CHRISTINE F MURPHY | 150 SE 7TH ST APT 1 | | DEERFIELD BEA | FL | 33441-5484 | K49574 | 66.90 | * |
| CHRISTINE FRANGENBERG | 1921 N GORDON ST | | WICHITA | KS | 67203-1130 | K55084 | 66.90 | * |
| CHRISTINE FRIDERES | 1612 N 23RD ST | | FORT DODGE | IA | 50501-7914 | K56459 | 66.90 | * |
| CHRISTINE GILLESPIE | 1166 CREEKWOOD DR | | WARMINSTER | PA | 18974-2265 | K51618 | 66.90 | * |
| CHRISTINE GLASGOW | 1331 E BROADWAY | | MONMOUTH | IL | 61462-1980 | K15474 | 66.90 | * |
| CHRISTINE GOLASZEWSKI | 20 E KUPSCH ST | | SAYREVILLE | NJ | 08872-1172 | K29812 | 66.90 | * |
| CHRISTINE GRAGG | 5235 RUSTIC WAY | | OLD HICKORY | TN | 37138-1339 | K35838 | 66.90 | * |
| CHRISTINE GUDICELLO | 2334 HAVANA TRL | | THE VILLAGES | FL | 32162-5063 | K37939 | 66.90 | * |
| CHRISTINE HARRIS | 12181 HAMPTON GREENS CT | | FORT MYERS | FL | 33913-8328 | K14676 | 66.90 | * |
| CHRISTINE HUMPHREY | 3910 JACKSON ST | | BELLWOOD | IL | 60104-2012 | K57105 | 66.90 | * |
| CHRISTINE IRIS BOYD | 741 COUNTY ROAD 44 | | TUSKEGEE | AL | 36083-6317 | K13686 | 66.90 | * |
| CHRISTINE K DEVORSKY | 309 BOWHALL RD | | PAINESVILLE | OH | 44077-5220 | K45888 | 66.90 | * |
| CHRISTINE KYLE | 1703 BUTLER ST | | MCKEESPORT | PA | 15132-4557 | K61163 | 66.90 | * |
| CHRISTINE L FLEISSNER | 2878 N 73RD ST | | MILWAUKEE | WI | 53210-1006 | K42310 | 66.90 | * |
| CHRISTINE M BELKNAPP | 3832 N CRAMER ST | | MILWAUKEE | WI | 53211-2507 | K34765 | 66.90 | * |
| CHRISTINE MCCLAY | 1504 E WOODBANK WAY | | WEST CHESTER | PA | 19380-1759 | K43920 | 66.90 | * |
| CHRISTINE REYNOLDS | 2925 E WASHINGTON ST | | IOWA CITY | IA | 52245-3826 | K56911 | 66.90 | * |
| CHRISTINE SCHMADEKE | 321 MARYLAND AVE | | WATERLOO | IA | 50701-4130 | K56015 | 66.90 | * |
| CHRISTINE SMITH | 1946 KATHY CT | | WINCHESTER | VA | 22601-6231 | K58750 | 66.90 | * |
| CHRISTINE STANTON | 503 CROSSWOOD CT | | NASHVILLE | TN | 37214-3303 | K36031 | 66.90 | * |
| CHRISTINE STRUVE | 10437 W LANGELL VALLEY RD | | BONANZA | OR | 97623-9714 | K37547 | 66.90 | * |
| CHRISTINE VAN DOREN | 21833 QUAIL RUN RD | | SANGER | TX | 76266-5112 | K55870 | 66.90 | * |
| CHRISTINE WEPPLER | 1 WALTER LN | | MANHASSET | NY | 11030-1653 | K53779 | 66.90 | * |
| CHRISTINE WHITE | 2501 WOODVALE DR | | MODESTO | CA | 95355-9584 | K29702 | 66.90 | * |
| CHRISTINE WILKERSON | 2230 MAIN ST | | NEWBERRY | SC | 29108-3526 | K33899 | 66.90 | * |
| CHRISTINE WILLIAMS | 3705 CORA MILL RD | | GALLIPOLIS | OH | 45631-8541 | K50894 | 66.90 | * |
| CHRISTINE WINGFIELD | 313 DAVE GASKEY LN | | MORGANTOWN | KY | 42261-8681 | K37991 | 66.90 | * |
| CHRISTINE ZIMMERMAN | 1060 HOCKLEY HILL RD | | TURBOTVILLE | PA | 17772-8617 | K45894 | 66.90 | * |
| CHRISTOPHER [CHRIS] RUNGE | 610 JOHN GLENN DR | | GARLAND | TX | 75040-5130 | K20653 | 66.90 | * |
| CHRISTOPHER D DUNHAM | 2512 PLEASANT VIEW RD | | RICHMOND | IN | 47374-2046 | K32407 | 66.90 | * |
| CHRISTOPHER G TUSTIN | 3555 S INDIANA AVE | | SAINT CLOUD | FL | 34769-5610 | K25258 | 66.90 | * |
| CHRISTOPHER J BREAUX | 6261 PONTIAC DR | | KILN | MS | 39556-8143 | K52666 | 66.90 | * |
| CHRISTOPHER J BUONO | 15550 81ST ST | | HOWARD BEACH | NY | 11414-2317 | K52743 | 66.90 | * |
| CHRISTOPHER J CLARK | 446 WAYNESBROOKE RD | | BERWYN | PA | 19312-2060 | K20403 | 66.90 | * |
| CHRISTOPHER J KENDEL | 149 E 190TH ST | | EUCLID | OH | 44119-1035 | K52464 | 66.90 | * |
| CHRISTOPHER J TRAKIMAS | 320 TOMLINSON CT | | PHILADELPHIA | PA | 19116-3212 | K29397 | 66.90 | * |
| CHRISTOPHER L SUTTON | 2410 JESSICA LN | | EDMOND | OK | 73034-3456 | K48663 | 66.90 | * |
| CHRISTOPHER M RONZONI | 17 PEPPERDAY AVE | | PORT WASHINGT | NY | 11050-2411 | K53088 | 66.90 | * |
| CHRISTOPHER O'BRIEN | 2D VALLEY STREAM DR | | WHITING | NJ | 08759-3596 | K30248 | 66.90 | * |
| CHRISTOPHER P MOMINEY | 107 CROTON CT | | SPRING CITY | PA | 19475-3428 | K47869 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CHRISTOPHER P SEGER | 4101 COLONY DR | | HATBORO | PA | 19040-3016 | K25423 | 66.90 | * |
| CHRISTOPHER ROBERT WILLIAMS | 645 UPPER MARKET ST | | MILTON | PA | 17847-2531 | K20885 | 66.90 | * |
| CHRISTOPHER SCOTT PETERS | 93 IRENE AVE APT 1 | | EPHRATA | PA | 17522-2167 | K58011 | 66.90 | * |
| CHRISTOPHER WELLS | 507 W 3RD ST | | MISHAWAKA | IN | 46544-1824 | K50068 | 66.90 | * |
| CHRISTY CRISTIANO | 11 ROAD 2350 | | AZTEC | NM | 87410-9304 | K20313 | 66.90 | * |
| CHRISTY LEU ROBERTS | 620 N ROHMANN CT | | WEST PEORIA | IL | 61604-4850 | K44981 | 66.90 | * |
| CHUCK C LACEY | PO BOX 1711 | | EVANS | GA | 30809-1711 | K29608 | 66.90 | * |
| CHUCK HEMCHER | 352 YORKSHIRE RD | | BRYN MAWR | PA | 19010-1216 | K33959 | 66.90 | * |
| CHUCK LAMB | PO BOX 207 | | BRISTOL | ME | 04539-0207 | K34904 | 66.90 | * |
| CHUCK MCQUADE | 42 RIVERSIDE DR | | PERALTA | NM | 87042-8858 | K55755 | 66.90 | * |
| CHUCK PARLIER | 6801 IRISH LN | | ASHLAND | OR | 97520-9309 | K34335 | 66.90 | * |
| CINCINNATI COLL OF MORTUARY SCIENCE | CINCINNATI COLLEGE OF MORTUA | 645 W NORTH BEND RD | CINCINNATI | OH | 45224-1462 | | 0.00 | ** |
| CINCINNATI COLL OF MORTUARY SCIENCE | c/o ELIZABETH WILLIAMS | 645 W NORTH BEND RD | CINCINNATI | OH | 45224-1462 | | 0.00 | ** |
| CINDA HIBSCHMAN | 12217 GRANT ST | | OVERLAND PARK | KS | 66213-2517 | K27545 | 66.90 | * |
| CINDY ACUNA | 6012 WINTERSET DR | | LANSING | MI | 48911-4820 | K48429 | 66.90 | * |
| CINDY BANTAU | 25355 SOUTHWOODS LN | | TAYLOR | MI | 48180-5002 | K59940 | 66.90 | * |
| CINDY CRAWFORD | PO BOX 566 | | GREENBRIER | TN | 37073-0566 | K35795 | 66.90 | * |
| CINDY D DAVIS | 2301 ROUNDTREE RD | | KNOXVILLE | TN | 37923-1030 | K13099 | 66.90 | * |
| CINDY DAWN MAXWELL | PO BOX 2746 | | ROSWELL | NM | 88202-2746 | K33358 | 66.90 | * |
| CINDY DEEM | 2582 RUE BIENVILLE ST | | DANVILLE | IL | 61832-1203 | K46003 | 66.90 | * |
| CINDY DERBY | 8253 AUSTIN RD | | SALINE | MI | 48176-9684 | K16108 | 66.90 | * |
| CINDY DEVINE | 715 WINDING RIDGE DR APT 12 | | RICHMOND | IN | 47374-8030 | K26471 | 66.90 | * |
| CINDY DUNIVAN | 6010 HANSON RD | | AMARILLO | TX | 79106-3408 | K28412 | 66.90 | * |
| CINDY ENGLE | 104 ALNICK CT | | DURHAM | NC | 27712-1106 | K37206 | 66.90 | * |
| CINDY HAMBLEN | 551 FAIRVIEW DR | | GREENVILLE | SC | 29609-6642 | K44102 | 66.90 | * |
| CINDY HEUTON | 508 20TH CT SW | | ALTOONA | IA | 50009-1585 | K15524 | 66.90 | * |
| CINDY HOLSING | 24890 COLONIAL CT | | WOODHAVEN | MI | 48183-3727 | K60544 | 66.90 | * |
| CINDY L ERPELDING | 1602 210TH ST | | ALGONA | IA | 50511-7077 | K56363 | 66.90 | * |
| CINDY L MERCER | 654 EMERALD DR | | LANCASTER | PA | 17603-6848 | K59266 | 66.90 | * |
| CINDY LARISH | 6520 S PARK DR | | WISCONSIN RAP | WI | 54494-3452 | K55936 | 66.90 | * |
| CINDY LEAH HANERHOFF | 36 GOLDEN SCROLL CIR | | THE WOODLANDS | TX | 77382-5393 | K44782 | 66.90 | * |
| CINDY LOUISE PEELE | 4259 PLEASANT PLAIN RD | | AYDEN | NC | 28513-8783 | K19244 | 66.90 | * |
| CINDY MESSENGER | 1214 CAMBRIDGE BLVD | | BOWLING GREEN | OH | 43402-2670 | K56329 | 66.90 | * |
| CINDY NELSON | 5006 SW 8TH ST | | DES MOINES | IA | 50315-4613 | K22246 | 66.90 | * |
| CINDY PATRICK | 1003 PARKVIEW DR | | HOBART | OK | 73651-1208 | K55551 | 66.90 | * |
| CINDY ROBERTSON | 6211 WILLET AVE | | HOBART | IN | 46342-6898 | K44199 | 66.90 | * |
| CINDY SHACKELFORD | 3215 W ROSAMOND AVE | | SPOKANE | WA | 99224-1922 | K31208 | 66.90 | * |
| CINDY WOLSTROMER | 410 WINDSOR RD | | RIVER EDGE | NJ | 07661-2147 | K38202 | 66.90 | * |
| Citi Business Card Services | PO Box 9001037 | | Louisville | KY | 40290-1037 | 4122-5100 | 14,339.10 | ** |
| Citi Business Card Services | PO Box 9001037 | | Louisville | KY | 40290-1037 | 508229005 | 9,869.30 | ** |
| CITY HIGH SCHOOL | CITY HIGH ALUMNI ASSOCIATION | 1900 MORNINGSIDE DR | IOWA CITY | IA | 52245 | | 0.00 | ** |
| CITY HIGH SCHOOL | c/o JAY GOODVIN | 1900 MORNINGSIDE DR | IOWA CITY | IA | 52245 | | 0.00 | ** |
| CLAIR B HAVERLAND | 12553 W HAWAII AVE | | LAKEWOOD | CO | 80228-3750 | K17316 | 66.90 | * |
| CLAIR E BERRY | 12175 SAGE VIEW RD | | POWAY | CA | 92064-4132 | K26337 | 66.90 | * |
| CLAIR E DOHNER | 387 YORKTOWN RD | | HERSHEY | PA | 17033-1864 | K58127 | 66.90 | * |
| CLAIR F LARSON | 3611 85TH ST NW TRLR 89 | | ORONOCO | MN | 55960-9609 | K18527 | 66.90 | * |
| CLAIRE ABRAMS | 3487 S 27TH AVE UNIT 3 | | BOZEMAN | MT | 59718-3708 | K41281 | 66.90 | * |
| CLAIRE DOVER | PO BOX 2136 | | TUNICA | MS | 38676-2136 | K44720 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CLAIRE JETTE | 1100 ADAMS ST APT 606 | | HOBOKEN | NJ | 07030-9026 | K42661 | 66.90 | * |
| CLAIRE JOOSTEMA RN | 146 RIDGEDALE AVE | | MADISON | NJ | 07940-1226 | K37826 | 66.90 | * |
| CLAIRE LINDHOLM MD | 2810 AURORA AVE UNIT 220 | | SPIRIT LAKE | IA | 51360-7181 | K57252 | 66.90 | * |
| CLAIRE MAHER | 678 MARLBORO OVAL APT A | | LAKE WORTH | FL | 33467-3088 | K45276 | 66.90 | * |
| CLAIRE OEHM | 6494 MOJAVE DR | | SAN JOSE | CA | 95120-5306 | K33549 | 66.90 | * |
| CLAIRE RADLOFF | 1125 WILSON ST | | PLYMOUTH | WI | 53073-1049 | K48850 | 66.90 | * |
| CLAIRE RAND | 21150 NE 38TH AVE APT 1105 | | AVENTURA | FL | 33180-4036 | K57301 | 66.90 | * |
| CLAIRE SVENDSEN | 2943 201ST ST | | BAYSIDE | NY | 11360-2322 | K42699 | 66.90 | * |
| CLAIRE TAYLOR | 14017 SHANGHAI LINKS PL | | CHARLOTTE | NC | 28278-8423 | K53104 | 66.90 | * |
| CLAIRE VELZY | 2800 POLO PKWY APT 207 | | MIDLOTHIAN | VA | 23113-1483 | K47715 | 66.90 | * |
| CLARA ANN DUNN | 4725 BUCKS BLUFF DR | | NORTH MYRTLE | SC | 29582-6289 | K54160 | 66.90 | * |
| CLARA BELLE BARTEE | 1314 COIT ST | | DENTON | TX | 76201-2606 | K28873 | 66.90 | * |
| CLARA GRAHAM | 2826 W LATROBE ST | | PEORIA | IL | 61605-1363 | K46467 | 66.90 | * |
| CLARA GURLEY | 6379 BROWNS RD | | HARLEM | GA | 30814-5328 | K21833 | 66.90 | * |
| CLARA HARDY | 1106 10TH AVE | | INTERNATIONAL | MN | 56649-2816 | K18800 | 66.90 | * |
| CLARA J NEWBOLD | 891 RAINBOW RD # 5 | | GENEVA | IN | 46740-9704 | K49779 | 66.90 | * |
| CLARA MEREDITH | 1215 CRESCENT DR | | RICHMOND | IN | 47374-1124 | K25153 | 66.90 | * |
| CLARA PERLINGIERO | 12001 OLD COLUMBIA PIKE APT | | SILVER SPRING | MD | 20904-1923 | K27803 | 66.90 | * |
| CLARA WEINBERG | 16236 HIAWATHA ST | | GRANADA HILLS | CA | 91344-6828 | K40513 | 66.90 | * |
| CLARATHA P DEVOE | 2400 NW 159TH ST | | OPA LOCKA | FL | 33054-6938 | K43641 | 66.90 | * |
| CLARE ANNE BEST | 1101 BROADWAY ST APT 22 | | EAST MCKEESPO | PA | 15035-1542 | K61719 | 66.90 | * |
| CLARE CARROLL | 20 ARCH AVE | | ALBANY | NY | 12203-5831 | K23030 | 66.90 | * |
| CLARE DANT | 5110 N 450 W LOT 63 | | ANGOLA | IN | 46703-8437 | K29140 | 66.90 | * |
| CLARE ELAINE CHANDLER | 3345 SABAL SPRINGS BLVD | | FORT MYERS | FL | 33917-2091 | K55005 | 66.90 | * |
| CLARE F MACKIE | 122 PENNSYLVANIA AVE | | BRYN MAWR | PA | 19010-3111 | K37677 | 66.90 | * |
| CLARENCE [BOBBY] DUNNIVANT | 6053 MAGAZINE RD | | KNOXVILLE | TN | 37920-5859 | K22256 | 66.90 | * |
| CLARENCE [LEFTY] MAHER | 113 CAULDER DR | | CHICKASHA | OK | 73018-7707 | K56081 | 66.90 | * |
| CLARENCE BAIZE LAMAR JR | 106 OKATEE DR | | SAVANNAH | GA | 31410-3812 | K58070 | 66.90 | * |
| CLARENCE BRAUN | 200 COUNTRY BROOK DR APT 241 | | KELLER | TX | 76248-2145 | K29607 | 66.90 | * |
| CLARENCE CALHOUN JETER JR | 616 W WOODLAWN AVE | | NORTH AUGUSTA | SC | 29841-3364 | K48400 | 66.90 | * |
| CLARENCE DELISLE | 1446 CASTLERIDGE RD | | CASTLETON ON | NY | 12033-9684 | K19862 | 66.90 | * |
| CLARENCE DOBBINS | 3825 SAINT CHARLES RD | | BELLWOOD | IL | 60104-1434 | K55428 | 66.90 | * |
| CLARENCE DRUMELLER | 1503 CORNWELL DR APT 204 | | YUKON | OK | 73099-5501 | K62987 | 66.90 | * |
| CLARENCE H LINDSEY | 185 BROOKHAVEN RD | | PINEHURST | NC | 28374-7088 | K25613 | 66.90 | * |
| CLARENCE HESSER | 312 STOKES LANDING RD | | SAINT AUGUSTI | FL | 32095-8314 | K31784 | 66.90 | * |
| CLARENCE HILBURN | 8005 HILLIARD AVE | | LAS VEGAS | NV | 89128-6789 | K18071 | 66.90 | * |
| CLARENCE J KLEPPE | 2025 TIBBETTS DR APT 307 | | LONGVIEW | WA | 98632-4299 | K21913 | 66.90 | * |
| CLARENCE J SAVOIE II | PO BOX R | | PAINCOURTVLLE | LA | 70391-0048 | K53028 | 66.90 | * |
| CLARENCE KENDRICK | 3022 EAGLE DR | | AUGUSTA | GA | 30906-3326 | K60341 | 66.90 | * |
| CLARENCE L SWINDLE | 7600 RACE ST | | PITTSBURGH | PA | 15208-1636 | K60671 | 66.90 | * |
| CLARENCE LEFEVER | 449 STANLEY AVE | | FROSTPROOF | FL | 33843-9125 | K28987 | 66.90 | * |
| CLARENCE P [CLANCY] BACHAR | 9937 BISHOPS GATE BLVD | | PINEVILLE | NC | 28134-6567 | K39158 | 66.90 | * |
| CLARENCE RUTT | 146 PARK ST | | STEVENS | PA | 17578-9514 | K58323 | 66.90 | * |
| CLARENCE SIKES | 4450 W EL CAMINITO DR | | GLENDALE | AZ | 85302-6609 | K29075 | 66.90 | * |
| CLARENCE W LAMPING | 730 W DUPONT RD | | MORRIS | IL | 60450-8378 | K56732 | 66.90 | * |
| CLARENCE WALKER | 1305 W CARR AVE | | EL DORADO | KS | 67042-2302 | K51925 | 66.90 | * |
| CLARENCE WATTERS | 330 APACHE DR | | PAINT LICK | KY | 40461-9752 | K15968 | 66.90 | * |
| CLARENCE WHITTEMORE | 1172 PLAINS RD | | LESLIE | MI | 49251-9326 | K41392 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CLARENE BUNN | 555 E SILVERADO RANCH BLVD # | | LAS VEGAS | NV | 89183-7200 | K33576 | 66.90 * | |
| CLARICE [CLARE] SAUTER | 403 MICHIGAN ST | | STORM LAKE | IA | 50588-2443 | K14436 | 66.90 * | |
| CLARICE BIERBAUM | 102 2ND ST SE APT 1109 | | ROCHESTER | MN | 55904-3743 | K54314 | 66.90 * | |
| CLARICE CASLAVKA | 627 W MULLAN AVE | | WATERLOO | IA | 50701-5923 | K55058 | 66.90 * | |
| CLARICE CRUDUP | 12711 PARKTON ST | | FORT WASHINGT | MD | 20744-6425 | K17536 | 66.90 * | |
| CLARICE KRIPPNER | 1329 28TH ST SE | | CEDAR RAPIDS | IA | 52403-3536 | K59105 | 66.90 * | |
| CLARICE M SHAMLEE | 7 SHELBY ST | | PORTSMOUTH | VA | 23701-3031 | K14147 | 66.90 * | |
| CLARICE TURRY | 1311 BEYER DR | | INTERNATIONAL | MN | 56649-2558 | K19070 | 66.90 * | |
| CLARISSA WATT | 429 S 7TH AVE | | IOWA CITY | IA | 52245-4537 | K57066 | 66.90 * | |
| CLARISSE PRATO | 15 WILLOW DR | | MASSAPEQUA PA | NY | 11762-1436 | K37089 | 66.90 * | |
| CLARITA VARGO | 203 BIRCH DR | | SHOREWOOD | IL | 60404-9738 | K50409 | 66.90 * | |
| CLARK [BUTCH] FULLER | 17118 SCRAMBLE CT | | SUGAR LAND | TX | 77498-4688 | K62702 | 66.90 * | |
| CLARK HAGEN | 1710 50TH ST | | MARION | IA | 52302-7266 | K17668 | 66.90 * | |
| CLARK SCHERFENBERG | 3858 AREY RD | | BATES CITY | MO | 64011-8132 | K25657 | 66.90 * | |
| CLASSIE BERRY-WASHINGTON | 231 LEGENDS CREEK PL APT 103 | | INDIANAPOLIS | IN | 46229-6026 | K26644 | 66.90 * | |
| CLAUDE ALPHERD LESSIG JR | 693 CINDY BLAIR WAY | | LEXINGTON | KY | 40503-3469 | K48356 | 66.90 * | |
| CLAUDE BLUMER | 37742 N EAGLE LAKE RD | | BATTLE LAKE | MN | 56515-9581 | K20131 | 66.90 * | |
| CLAUDE D SORDELET | 717 S CORNICHE DU LAC | | COVINGTON | LA | 70433-7256 | K52280 | 66.90 * | |
| CLAUDE F WHITAKER | 2305 KIM ST | | LONGVIEW | TX | 75602-3533 | V99692 | 66.90 * | |
| CLAUDE LYNCH | 1090 FOREST HILL RD | | STEVENS | PA | 17578-9679 | K57656 | 66.90 * | |
| CLAUDE M COOK | 38161 US HIGHWAY 50 | | GUNNISON | CO | 81230-8730 | K17819 | 66.90 * | |
| CLAUDE R [BUD] BINGHAM | 4653 REED RD | | THOMPSONS STA | TN | 37179-9240 | K35696 | 66.90 * | |
| CLAUDE WILLIAMS | 355 MYSEN DR | | CORDOVA | TN | 38018-4354 | K36291 | 66.90 * | |
| CLAUDETTE ANDERSON | 11131 OAK RISE | | SAN ANTONIO | TX | 78249-3371 | K10101 | 66.90 * | |
| CLAUDETTE ROBINSON | 9216 YUCCA BLOSSOM DR | | LAS VEGAS | NV | 89134-8918 | K33806 | 66.90 * | |
| CLAUDETTE SERGENT | 9119 79TH ST S | | COTTAGE GROVE | MN | 55016-2214 | K53964 | 66.90 * | |
| CLAUDETTE WILCOX | PO BOX 1235 | | APACHE JUNCTI | AZ | 85117-4050 | K29706 | 66.90 * | |
| CLAUDIA ALEXANDER | 2552 N SHANNON RD | | TUCSON | AZ | 85745-1022 | K27206 | 66.90 * | |
| CLAUDIA J GEIST | 3011 W PARKRIDGE DR | | PEORIA | IL | 61604-2151 | K48067 | 66.90 * | |
| CLAUDIA LIEBRECHT | 7096 E THIRSTY CACTUS LN | | SCOTTSDALE | AZ | 85266-7305 | K54101 | 66.90 * | |
| CLAUDIA MARIE MURRAY | 3015 N OCEAN BLVD APT 8B | | FORT LAUDERDA | FL | 33308-7315 | K26241 | 66.90 * | |
| CLAUDIA MILLHOLLAND | 5900 64TH ST NE UNIT 39 | | MARYSVILLE | WA | 98270-4841 | K36626 | 66.90 * | |
| CLAUDIA N THEIS | 561 JORGENSEN ST | | COTATI | CA | 94931-7717 | K43017 | 66.90 * | |
| CLAUDIA RODRIGUEZ | 26927 GLENDALE | | REDFORD | MI | 48239-2726 | K60252 | 66.90 * | |
| CLAUDIA S BELL | 3500 W MANCHESTER BLVD UNIT | | INGLEWOOD | CA | 90305-4059 | V99315 | 66.90 * | |
| CLAUDIA WAGNER | 26477 111TH ST NW | | ZIMMERMAN | MN | 55398-3506 | K60437 | 66.90 * | |
| CLAUDIA ZIMMERMANN | 531 SHAMROCK DR | | WATERLOO | IL | 62298-2776 | K15618 | 66.90 * | |
| CLAUDIO INSAURRALDE | 14104 NE 200TH AVE | | BRUSH PRAIRIE | WA | 98606-3906 | K51547 | 66.90 * | |
| CLAY PIERCE | 2613 OXFORD OAKS LN | | CORINTH | TX | 76210-6499 | K42023 | 66.90 * | |
| CLAYTON ANDREW DITTRICK | 246 N 11TH ST | | AKRON | PA | 17501-1544 | K59947 | 66.90 * | |
| CLAYTON B STOWE | 3920 OAK PARK CIR SE | | ROCHESTER | MN | 55904-6151 | K34145 | 66.90 * | |
| CLAYTON BOIKE | 14542 HAROLD ST | | TAYLOR | MI | 48180-4460 | K58372 | 66.90 * | |
| CLAYTON ERNST | 4250 S PARKER RD | | ANN ARBOR | MI | 48103-9318 | K10248 | 66.90 * | |
| CLAYTON JONES | 2780 DICKSON RD | | LIMA | OH | 45806-9704 | K43996 | 66.90 * | |
| CLAYTON R KNAPP | 701 S VICTORIA AVE | | IOWA PARK | TX | 76367-2624 | K53609 | 66.90 * | |
| CLEMENT KIFFMEYER | 458 SCARBOROUGH LN | | PAINESVILLE | OH | 44077-1389 | K19606 | 66.90 * | |
| CLEMENT THOMA | 6409 RUSSELL DR NW | | CEDAR RAPIDS | IA | 52405-7006 | K55176 | 66.90 * | |
| CLENTON L TAYLOR | 2701 POND ST | | MELBOURNE | FL | 32901-7235 | K42257 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CLEO HAGERDON | 4526 DEBRA AVE | | DAYTON | OH | 45420-3363 | K45858 | 66.90 | * |
| CLEO MASSEY | 413 E KENTUCKY ST | | BLYTHEVILLE | AR | 72315-2939 | K39542 | 66.90 | * |
| CLEO WELLS | 1108 S ESPLANADE ST | | LEAVENWORTH | KS | 66048-3522 | K32635 | 66.90 | * |
| CLESSIE B DUNN | 2111 REDBUD AVE | | ODESSA | TX | 79761-1613 | K35032 | 66.90 | * |
| CLETE BALTES | 21 SMITH BALTES SHORES RD | | NOBLEBORO | ME | 04555-9487 | K32322 | 66.90 | * |
| CLETUS SHOOK | 9484 VICKERYVILLE RD | | FENWICK | MI | 48834-9746 | K37136 | 66.90 | * |
| CLEVELAND HICKMAN JR | 160 KENDAL DR APT 1007 | | LEXINGTON | VA | 24450-1792 | K51273 | 66.90 | * |
| CLIFF BRUMBELOE | 1908 LONNON RD | | GRANTS PASS | OR | 97527-9183 | K31112 | 66.90 | * |
| CLIFF DELANO | 1825 MEGAN CIR | | EL DORADO | KS | 67042-4929 | K48449 | 66.90 | * |
| CLIFFORD BRENWALD | 10630 SW 69TH TER | | OCALA | FL | 34476-9339 | K16872 | 66.90 | * |
| CLIFFORD COLLIER | 600 SW TANGLEWOOD TRL | | STUART | FL | 34997-6261 | K61684 | 66.90 | * |
| CLIFFORD E SIMON | 16820 WEST RD APT 209 | | HOUSTON | TX | 77095-5571 | K32686 | 66.90 | * |
| CLIFFORD F MALM PE | PO BOX 80783 | | SEATTLE | WA | 98108-0783 | K55369 | 66.90 | * |
| CLIFFORD G KNIER | 5365 92ND ST SE | | CLEAR LAKE | MN | 55319-9633 | K29775 | 66.90 | * |
| CLIFFORD J [CLIFF] BRUNKER | 404 CEDAR AVE | | COLLINGSWOOD | NJ | 08108-1503 | K42586 | 66.90 | * |
| CLIFFORD JENKINS | 4940 SUNNYSIDE RD SE UNIT F5 | | SALEM | OR | 97302-3575 | K34203 | 66.90 | * |
| CLIFFORD MANCIL | 251 LYON ST | | WISCONSIN RAP | WI | 54495-4718 | K46992 | 66.90 | * |
| CLIFFORD MERCER | 15725 W EDGEMONT AVE | | GOODYEAR | AZ | 85395-8126 | K14412 | 66.90 | * |
| CLIFFORD P [BUDDY] HODGE | 326 W HAMPTON AVE APT 2 | | SUMTER | SC | 29150-4952 | K30037 | 66.90 | * |
| CLIFFORD STEELY | 24 UNITED ZION CIR | | LITITZ | PA | 17543-7956 | K57423 | 66.90 | * |
| CLIFFORD TRIMPEY | 101 HIDDEN LN | | LATROBE | PA | 15650-9421 | K61167 | 66.90 | * |
| CLIFTON C PRITCHETT | 52 WARREN ST | | HAWKINSVILLE | GA | 31036-4516 | K50743 | 66.90 | * |
| CLIFTON ELLERBECK | 2735 N 15TH PL | | FORT DODGE | IA | 50501-7224 | K54145 | 66.90 | * |
| CLINE A TINCHER | 16011 BROOKFORD DR | | HOUSTON | TX | 77059-4608 | K35092 | 66.90 | * |
| CLINT W SCHWANER | 424 BROKENBOUGH DR | | SLIDELL | LA | 70458-1704 | K50709 | 66.90 | * |
| CLINTON ETHERTON | 20858 WINDSONG LN | | REDDING | CA | 96003-8223 | K32746 | 66.90 | * |
| CLINTON FOULK | 3315 ALLAMANDA CT | | KISSIMMEE | FL | 34746-2730 | K56224 | 66.90 | * |
| CLINTON L BARLOW | 62 SPRING ST | | WATERTOWN | MA | 02472-3424 | K42074 | 66.90 | * |
| CLINTON TUCKER JR | 938 PENN ST | | MILTON | PA | 17847-7639 | K16396 | 66.90 | * |
| CLIVE CARLOS CLINE | 1144 TRINCHERA DR | | AMARILLO | TX | 79110-3509 | K44353 | 66.90 | * |
| CLIVE FRAZIER | PO BOX 972 | | WINDERMERE | FL | 34786-0972 | K46849 | 66.90 | * |
| CLIVE WAITE | 1750 SHELDON AVE | | MEDFORD | OR | 97501-4553 | K34695 | 66.90 | * |
| CLOTEEL AURAND | 2062 SINK HOLLOW RD | | DIXON | IL | 61021-9008 | K45230 | 66.90 | * |
| CLOTILDE EDWARDS | 44 ASHTON ST | | PROVIDENCE | RI | 02904-2423 | K12798 | 66.90 | * |
| CLOVER NEIL | 1386 COUNTY ROAD 5340 | | BOSS | MO | 65440-7596 | K43649 | 66.90 | * |
| CLYDE E RICKETTS | 5413 W CAIN RD | | KNOXVILLE | TN | 37921-4980 | K14539 | 66.90 | * |
| CLYDE J MIENER | 12016 OLD BIG BEND RD | | SAINT LOUIS | MO | 63122-6810 | K38442 | 66.90 | * |
| CLYDE KNOWLES JR | 822 GARRISON DR | | SAINT AUGUSTI | FL | 32092-1016 | K48688 | 66.90 | * |
| CLYDE L WHITE | 355 SONOMA AVE | | SEASIDE | CA | 93955-4741 | K35760 | 66.90 | * |
| CLYDE LEE NELSON JR | 766 CEDAR LN | | CHESTER | SC | 29706-2928 | K32680 | 66.90 | * |
| CLYDE SMITH | 3675 S LAKESHORE DR | | BYRNES MILL | MO | 63051-1126 | K46342 | 66.90 | * |
| CLYDE W WAITE | 2678 WINDY BUSH RD | | NEWTOWN | PA | 18940-3601 | K60596 | 66.90 | * |
| CMS ALLAN MCMILLAN | 513 MAPLEWOOD DR | | BONAIRE | GA | 31005-3111 | K32176 | 66.90 | * |
| COBY BRISTOL | 1089 W MISSION LN SE | | DARIEN | GA | 31305-4951 | K17162 | 66.90 | * |
| CODY CARLSON | 1784 S APPLE DR | | DELTA | CO | 81416-3063 | K22777 | 66.90 | * |
| COL CHARLES G SIMPSON | PO BOX 281 | | BRECKENRIDGE | CO | 80424-0281 | K29948 | 66.90 | * |
| COL DAVID P GARNER USMC | 3498 BEAVER FORD RD | | WOODBRIDGE | VA | 22192-4913 | K43715 | 66.90 | * |
| COL DEWEY CHILLCOTT | 140 CRESTVIEW DR | | PITTSBURGH | PA | 15236-4123 | K41895 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| COL EDD G BARNES | PO BOX 265 | | CLEVELAND | NY | 13042-0265 | K31991 | 66.90 | * |
| COL EDWARD C CONLEY | 7204 OLD RIVER DR | | SHREVEPORT | LA | 71105-5318 | K62552 | 66.90 | * |
| COL FRANCIS HAROLD DOUGLAS RET | 87 MARSH HAWK DR | | BEAUFORT | SC | 29907-1875 | K31073 | 66.90 | * |
| COL GRAHAM CROW | 6206 MEADOW GRV | | WINDCREST | TX | 78239-2731 | K57144 | 66.90 | * |
| COL HERBERT KAMM | 1207 ROCK SPRINGS RD | | DUNCANVILLE | TX | 75137-2839 | K53427 | 66.90 | * |
| COL JAMES D POWELL RET | 1847 WHISPERING PINES CIR | | ENGLEWOOD | FL | 34223-1842 | K25352 | 66.90 | * |
| COL JAMES F BELL | 706 FULTON ST | | MOUNTAIN HOME | AR | 72653-2020 | K56693 | 66.90 | * |
| COL JAMES H THOMAS RET | 3601 DUNKELD DR | | NORTH LITTLE | AR | 72116-6995 | K28888 | 66.90 | * |
| COL JAMES P MORELAND RET | 9622 PRIMROSE | | GARDEN RIDGE | TX | 78266-2548 | K56002 | 66.90 | * |
| COL JOHN LEUENBERGER II | 541 E MIRACLE STRIP PKWY | | MARY ESTHER | FL | 32569-2094 | K50797 | 66.90 | * |
| COL KENNETH S COLLINS USAF | 5014 DEL MORENO DR | | WOODLAND HILL | CA | 91364-2424 | K34515 | 66.90 | * |
| COL MARK S CREVISTON USA | 4211 MISTY MORNING WAY APT 2 | | GAINESVILLE | GA | 30506-4348 | K60994 | 66.90 | * |
| COL MAURICE L CLOUSER USA | 14100 SPECKING AVE | | ANCHORAGE | AK | 99515-4123 | K23695 | 66.90 | * |
| COL RICHARD PEABODY | 9385 SE 136TH PL | | SUMMERFIELD | FL | 34491-9311 | K32834 | 66.90 | * |
| COL ROBERT F [BOB] WOOLLARD RET | PO BOX 1809 | | SISTERS | OR | 97759-1809 | K33985 | 66.90 | * |
| COL ROBERT JOSEPH CORLEY RET | 202 LAKEWOOD DR | | SPARTANBURG | SC | 29302-4029 | K36942 | 66.90 | * |
| COL WILLIAM J [BILL] REALS JR | 28762 BOLANOS | | MISSION VIEJO | CA | 92692-1055 | K31094 | 66.90 | * |
| COLEEN SMITH | 16500 SE 1ST ST UNIT 6 | | VANCOUVER | WA | 98684-9589 | K31465 | 66.90 | * |
| COLEENE HAVENS | 1304 OVERLOOK DR | | TAMA | IA | 52339-1056 | K54418 | 66.90 | * |
| COLEIN KEYT | 8459 E SAN BENITO DR | | SCOTTSDALE | AZ | 85258-2423 | K24217 | 66.90 | * |
| COLENE MCAVOY | 1105 BEARD AVE | | DUMAS | TX | 79029-5108 | K29368 | 66.90 | * |
| COLES R POLK | 3948 BOLTON ST | | AUGUSTA | GA | 30909-9559 | K59630 | 66.90 | * |
| COLETTE BOLTZ | 2914 GLENDEVEY DR | | LOVELAND | CO | 80538-2446 | K14840 | 66.90 | * |
| COLETTE MALIK | 56 WOODSIDE AVE | | NORTHPORT | NY | 11768-1711 | K47084 | 66.90 | * |
| COLIN ALONZO CAMPBELL | 353 ANDOVER ST | | DANVERS | MA | 01923-1346 | K26651 | 66.90 | * |
| COLIN C PRIMROSE | 14612 W SENTINEL DR | | SUN CITY WEST | AZ | 85375-6105 | K60546 | 66.90 | * |
| COLLEEN ASSEFF | 18920 MEREDITH AVE | | EUCLID | OH | 44119-1434 | K43413 | 66.90 | * |
| COLLEEN BEDOW | 13918 E 29TH CT | | SPOKANE VALLE | WA | 99037-9400 | K31052 | 66.90 | * |
| COLLEEN BOYUM | 3166 HIGHWAY 53 | | INTERNATIONAL | MN | 56649-8962 | K20133 | 66.90 | * |
| COLLEEN CRISOVAN | 7321 BILLMYER HWY | | TECUMSEH | MI | 49286-9529 | V99044 | 66.90 | * |
| COLLEEN EARLEY | PO BOX 206 | | RANIER | MN | 56668-0206 | K18352 | 66.90 | * |
| COLLEEN EBERHART | 504 E HILLSIDE AVE APT 202 | | DES MOINES | IA | 50315-4738 | K54378 | 66.90 | * |
| COLLEEN GRIFFITH | 214 CASCADE AVE | | CHEYENNE | WY | 82009-4026 | K58258 | 66.90 | * |
| COLLEEN HYLSON-SMITH | 315 WASHINGTON ST | | WESTFIELD | NJ | 07090-3225 | K22176 | 66.90 | * |
| COLLEEN INGALLS | 8801 VESTAVIA CIR | | BUENA PARK | CA | 90621-1631 | K59243 | 66.90 | * |
| COLLEEN JOHNSTON | 1459 N HOMESTEAD ST | | WICHITA | KS | 67208-2409 | K28453 | 66.90 | * |
| COLLEEN KLINE | 110 OAKEN WAY | | MYERSTOWN | PA | 17067-3317 | K59385 | 66.90 | * |
| COLLEEN LEE | 16404 W 52ND PL | | GOLDEN | CO | 80403-1795 | K34984 | 66.90 | * |
| COLLEEN LUCAS | 713 EVERGLADE DR | | MCKEESPORT | PA | 15135-2231 | K61335 | 66.90 | * |
| COLLEEN LYNETTE RAYBURN | 1517 GRAYLOCK ST | | LANCASTER | OH | 43130-2125 | K47170 | 66.90 | * |
| COLLEEN MOONEY | 35 RIVERSIDE DR | | ROCKVILLE CEN | NY | 11570-5819 | K41487 | 66.90 | * |
| COLLEEN PASSINEAU | 1831 COOK AVE | | WISCONSIN RAP | WI | 54494-6727 | K49591 | 66.90 | * |
| COLLEEN SEHR | 2801 HIGHWAY 6 E LOT 224 | | IOWA CITY | IA | 52240-2651 | K62629 | 66.90 | * |
| COLLEEN VOLMUT | 8 S VIEW CT | | WADING RIVER | NY | 11792-1046 | K41888 | 66.90 | * |
| COLLEEN WYRICK | 912 CRISPEN BLVD | | BRUNSWICK | GA | 31523-1423 | K14631 | 66.90 | * |
| COLLETT MCCABE | 3617 IVES WAY | | NORMAN | OK | 73072-4016 | K55805 | 66.90 | * |
| COLUMBUS CATHOLIC HIGH SCHOOL | COLUMBUS CATHOLIC HIGH SCHOO | 3231 WEST 9TH STREET | WATERLOO | IA | 50702 | | 0.00 | ** |
| COLUMBUS CATHOLIC HIGH SCHOOL | c/o DARLENE HATTON | 3231 WEST 9TH STREET | WATERLOO | IA | 50702 | | 0.00 | ** |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| COLUMBUS HIGH SCHOOL | c/o MICHELLE CRUISE | 2200 26TH ST | COLUMBUS | NE | 68601-2614 | | 0.00 | ** |
| CONCORDIA LUTHERAN HIGH SCHOOL | CONCORDIA LUTHERAN HS ALUMNI | 1601 SAINT JOE RIVER DR | FORT WAYNE | IN | 46805-1488 | | 0.00 | ** |
| CONCORDIA LUTHERAN HIGH SCHOOL | c/o JANNE ROSS | 1601 SAINT JOE RIVER DR | FORT WAYNE | IN | 46805-1488 | | 0.00 | ** |
| CONNEY SUTHERLAND | 21398 US HIGHWAY 385 | | DEADWOOD | SD | 57732-7312 | K55646 | 66.90 | * |
| CONNI HOLDERMAN | 10080 N CAMINO VALDEFLORES | | TUCSON | AZ | 85737-3657 | K44220 | 66.90 | * |
| CONNIE ABRAHAMSON | 1614 8TH ST S | | FARGO | ND | 58103-4240 | K34342 | 66.90 | * |
| CONNIE ALEXANDER | 6423 SUMMIT PEAK DR | | COLORADO SPRI | CO | 80923-3407 | K55456 | 66.90 | * |
| CONNIE ANN HURLBURT | 609 S MOORE ST | | ALGONA | IA | 50511-3337 | K62081 | 66.90 | * |
| CONNIE ANN SAMS | 1773 WISCONSIN ST | | RIVER FALLS | WI | 54022-3218 | K54878 | 66.90 | * |
| CONNIE ARCHER | 14 TURTLE CRK | | MONTICELLO | IL | 61856-8267 | K56959 | 66.90 | * |
| CONNIE B SHAW | 6336 SE 60TH ST | | RIVERTON | KS | 66770-4179 | K50449 | 66.90 | * |
| CONNIE BEASLEY | PO BOX 1524 | | MEXIA | TX | 76667-1524 | K33716 | 66.90 | * |
| CONNIE BEDNARIK | 9 AVON DR | | MADISON | NJ | 07940-1201 | K38051 | 66.90 | * |
| CONNIE BROWN | 8247 FOX ST | | DENVER | CO | 80221-4412 | K51360 | 66.90 | * |
| CONNIE CANAL | 6244 S 99TH ST | | OMAHA | NE | 68127-3189 | K55716 | 66.90 | * |
| CONNIE CARPENTER | 154 KATHY DR | | CLARKSVILLE | TN | 37040-7329 | K40274 | 66.90 | * |
| CONNIE CLARK | 3048 BARON RD | | INTERNATIONAL | MN | 56649-9020 | K26682 | 66.90 | * |
| CONNIE CLARK | 505 CASEYS BRANCH RD | | PURLEAR | NC | 28665-9000 | K27920 | 66.90 | * |
| CONNIE CLINE | PO BOX 1474 | | SEAGRAVES | TX | 79359-1474 | K41513 | 66.90 | * |
| CONNIE COCKRELL | 2605 CHARLESTON DR | | BAKERSFIELD | CA | 93308-1509 | K56759 | 66.90 | * |
| CONNIE CRAWFORD | 2227 VALLEY RD | | BLOOMSBURG | PA | 17815-6551 | K15955 | 66.90 | * |
| CONNIE DAUTREMONT | 211 N 1ST AVE APT 30 | | IOWA CITY | IA | 52245-3644 | K56579 | 66.90 | * |
| CONNIE DIMEDIO | 117 CLEMSON RD | | BRYN MAWR | PA | 19010-3718 | K41797 | 66.90 | * |
| CONNIE DONOHUE | 28 GILBERT ST APT 2C | | RIDGEFIELD | CT | 06877-4559 | K48560 | 66.90 | * |
| CONNIE E DOWLING | 4854 SEQUOIA DR SE | | GRAND RAPIDS | MI | 49512-9680 | K35393 | 66.90 | * |
| CONNIE ELAINE SLATE | 119 STARR DR | | MOUNT JULIET | TN | 37122-2444 | K37968 | 66.90 | * |
| CONNIE FARR | 13 UNIVERSITY CIR | | CLINTON | NY | 13323-1333 | K56600 | 66.90 | * |
| CONNIE FRANZEN | 2914 2ND AVE E | | INTERNATIONAL | MN | 56649-4410 | K19661 | 66.90 | * |
| CONNIE GREGORY | 501 HILLCREST ST | | EL DORADO | KS | 67042-3138 | K47908 | 66.90 | * |
| CONNIE GRISMER | 4573 W ERIE ST | | CHANDLER | AZ | 85226-2995 | K52753 | 66.90 | * |
| CONNIE GUNDERMAN | 15 SUNSET RD | | AVERILL PARK | NY | 12018-2527 | K33326 | 66.90 | * |
| CONNIE HICKMAN | 134 SUMMIT PLACE DR | | MCCLEARY | WA | 98557-9502 | K48042 | 66.90 | * |
| CONNIE HOLMES | 105 WILSON ST | | WAVERLY | MN | 55390-9798 | K40781 | 66.90 | * |
| CONNIE HORTON | 2905 COKER DR | | KETTERING | OH | 45440-2128 | K56940 | 66.90 | * |
| CONNIE HRUSKA | 6417 WOODLAND CIR | | ASHTABULA | OH | 44004-4819 | K16496 | 66.90 | * |
| CONNIE J NELSON | 6913 MARBURY RD | | BETHESDA | MD | 20817-6053 | K22505 | 66.90 | * |
| CONNIE JACKSON | 3630 VERSAILLES DR | | SAN ANTONIO | TX | 78219-2526 | K35775 | 66.90 | * |
| CONNIE JONES | 6295 78TH AVE NE | | WEBSTER | ND | 58382-9624 | K31618 | 66.90 | * |
| CONNIE JONES | 2027 GREENBRIER ST | | DENISON | TX | 75020-7151 | K58782 | 66.90 | * |
| CONNIE KERBY COLE | 166 E COUNTY ROAD 16 | | TIFFIN | OH | 44883-8932 | K57644 | 66.90 | * |
| CONNIE L HEDDINGS | 617 HIGH ST | | WEST MILTON | PA | 17886-8016 | K16105 | 66.90 | * |
| CONNIE L PRICE | 10294 N 100 E | | OSSIAN | IN | 46777-9349 | K39347 | 66.90 | * |
| CONNIE LALONDE | 2630 FLORIDIANE DR | | MELBOURNE | FL | 32935-2819 | K45089 | 66.90 | * |
| CONNIE LAMP | 814 19TH AVE | | COUNCIL BLUFF | IA | 51501-7254 | K14253 | 66.90 | * |
| CONNIE LAWRENCE | 14 W CENTER ST | | LITITZ | PA | 17543-1822 | K30738 | 66.90 | * |
| CONNIE MARSH | 1602 20TH AVE APT 9 | | INTERNATIONAL | MN | 56649-2172 | K19036 | 66.90 | * |
| CONNIE MAULT | 117 E MAIN ST | | ELIDA | OH | 45807-1040 | K45213 | 66.90 | * |
| CONNIE MILLER | 2509 MILLHAVEN CT | | VIRGINIA BCH | VA | 23454-6329 | K40252 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CONNIE PHILLIPS | 216 W CENTRAL AVE STE 3-1 | | EL DORADO | KS | 67042-2148 | K47556 | 66.90 | * |
| CONNIE R FAGER | 520 S BURT ST | | CRAIG | NE | 68019-4518 | K54988 | 66.90 | * |
| CONNIE SCHUETTE | 13158 VERSAILLES YORKSHIRE R | | VERSAILLES | OH | 45380-9457 | K33121 | 66.90 | * |
| CONNIE SHRECK | PO BOX 263 | | WEST MILTON | PA | 17886-0263 | K16177 | 66.90 | * |
| CONNIE SMITH | 1214 BEN HILL BLVD | | NOLENSVILLE | TN | 37135-8486 | K24628 | 66.90 | * |
| CONNIE SMITH | 805 N 23RD ST | | LAMESA | TX | 79331-2105 | K42530 | 66.90 | * |
| CONNIE SPAULDING | 6748 MELRIDGE DR | | PAINESVILLE | OH | 44077-2154 | K61652 | 66.90 | * |
| CONNIE SUE HAIDLE | PO BOX 486 | | WEBSTER CITY | IA | 50595-0486 | K59029 | 66.90 | * |
| CONNIE SUE THRUSH | 3112 LAKE HIGHLAND LN | | BIRMINGHAM | AL | 35242-4711 | K47841 | 66.90 | * |
| CONNIE TELL | 5607 SW 5TH PL | | DES MOINES | IA | 50315-5118 | K24385 | 66.90 | * |
| CONNIE THOMAS | 3275 TWILIGHT LN UNIT 5804 | | NAPLES | FL | 34109-8966 | K33076 | 66.90 | * |
| CONNIE VERJINSKY | 820 25TH AVE S | | WISCONSIN RAP | WI | 54495-3867 | K54350 | 66.90 | * |
| CONNIE WAGNER | 3037 N INDIANA AVE | | PEORIA | IL | 61603-1958 | K46533 | 66.90 | * |
| CONNIE WALLIZE | 325 PARK AVE | | MILTON | PA | 17847-2523 | K15411 | 66.90 | * |
| CONNIE YOUNG | 7886 NATHAN ST SE | | SALEM | OR | 97317-9192 | K33011 | 66.90 | * |
| CONNIE ZAPPITELLO | 7320 KINGSBORO DR | | CONNEAUT | OH | 44030-3285 | K49412 | 66.90 | * |
| CONRAD A MAMAJEK | 2251 WELLINGTON CIR | | HUDSON | OH | 44236-3491 | K44347 | 66.90 | * |
| CONRAD C MIPRO | 941 SENA DR | | METAIRIE | LA | 70005-1624 | K52856 | 66.90 | * |
| CONRAD W ADAHL | 5012 74TH AVE NE | | DEVILS LAKE | ND | 58301-8816 | K36115 | 66.90 | * |
| CONSTANCE (CONNIE) ZIACAN | PO BOX 7552 | | CITRUS HEIGHT | CA | 95621-7552 | K44795 | 66.90 | * |
| CONSTANCE [CONNIE] FOSS | 1435 N SUOMI DR | | PRESCOTT | AZ | 86303-6554 | K14551 | 66.90 | * |
| CONSTANCE [CONNIE] HORN | 1803 CALICO RD | | MARION | IL | 62959-5933 | K55057 | 66.90 | * |
| CONSTANCE [CONNIE] SHINN | 6195 WAVERLY RD | | WEEKI WACHEE | FL | 34607-1551 | K47072 | 66.90 | * |
| CONSTANCE C KROECK | 75 MORNING SUN AVE | | MILL VALLEY | CA | 94941-4105 | K49024 | 66.90 | * |
| CONSTANCE CRUSE | 278 HARMONY DR | | MASSAPEQUA PA | NY | 11762-3512 | K49588 | 66.90 | * |
| CONSTANCE DIANA DAVIS | 1905 ANN ST | | PORTSMOUTH | VA | 23704-1601 | K12985 | 66.90 | * |
| CONSTANCE DILLON | 716 WATER ST | | JOLIET | IL | 60436-2778 | K53025 | 66.90 | * |
| CONSTANCE FISHER | 4419 BILLTOWN RD | | LOUISVILLE | KY | 40299-3941 | K33654 | 66.90 | * |
| CONSTANCE HUGHES | 20 DUCK MARSH LN | | CHATHAM | MA | 02633-1131 | K57527 | 66.90 | * |
| CONSTANCE JAN PRICE | 102 VALLEY FORGE DR | | GREER | SC | 29650-3565 | K23309 | 66.90 | * |
| CONSTANCE JOHNSON | 312 W DEVITT DR | | SIOUX FALLS | SD | 57108-2423 | K57167 | 66.90 | * |
| CONSTANCE KITCHEN | 13551 SUNNYVALE AVE | | WESTMINSTER | CA | 92683-3232 | K32612 | 66.90 | * |
| CONSTANCE L [CONNIE] HAUSER | 7811 BURR RIDGE CT NE | | CEDAR RAPIDS | IA | 52402-6729 | K38364 | 66.90 | * |
| CONSTANCE M HALL | 192 SHAFER RD | | CORAOPOLIS | PA | 15108-1093 | K22987 | 66.90 | * |
| CONSTANCE MONICA O'NEILL | 20 TILLEY AVE | | NEWPORT | RI | 02840-2137 | K30477 | 66.90 | * |
| CONSTANCE OVERBY | 2980 OLD CHURCH RD | | CUMMING | GA | 30041-7479 | K58794 | 66.90 | * |
| CONSTANCE RINEHART MSW | 2203 JOHNSTONE ST | | NEWBERRY | SC | 29108-4035 | K38186 | 66.90 | * |
| CONSTANCE SCHAEFER | 1828 PINE TREE DR | | EDGEWATER | FL | 32132-3225 | K46311 | 66.90 | * |
| CONSTANCE SCHATZOFF | 27 BRENT RD | | LEXINGTON | MA | 02420-1815 | K29258 | 66.90 | * |
| CONSTANCE SHEREYKA | 12 HILLTOP AVE | | SOUTH AMBOY | NJ | 08879-1239 | K33896 | 66.90 | * |
| CONSTANTINE VENTSIAS | 2710 LONG RIDGE RD | | STAMFORD | CT | 06903-1126 | K54808 | 66.90 | * |
| CONWELL-EGAN CATHOLIC HIGH SCHOOL | CONWELL-EGAN CATHOLIC HIGH S | 611 WISTAR RD | FAIRLESS HILL | PA | 19030-4105 | | 0.00 | ** |
| CONWELL-EGAN CATHOLIC HIGH SCHOOL | c/o JANET DOLLARD | 611 WISTAR RD | FAIRLESS HILL | PA | 19030-4105 | | 0.00 | ** |
| CORA GILES | 1211 DARREN DR | | PORTSMOUTH | VA | 23701-3730 | K13766 | 66.90 | * |
| CORA H SWACKHAMER | 37 VALLEY VIEW EST | | OXFORD | NJ | 07863-3309 | K39872 | 66.90 | * |
| CORBETT GRANGER | 6701 CHESTER AVE APT 133 | | JACKSONVILLE | FL | 32217-2263 | K49864 | 66.90 | * |
| CORBY FRERE | 63 VALLEY CT | | HOWARD | OH | 43028-9003 | K58415 | 66.90 | * |
| CORDELIA ENGLISH | 1319 ELSONA DR | | SUNNYVALE | CA | 94087-3017 | V99600 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CORDI OLSON | 1523 11TH AVE | | INTERNATIONAL | MN | 56649-3618 | K19030 | 66.90 | * |
| CORENE VELMA BANKSTON-PERNELL | 1236 OAKLAND PKWY | | LIMA | OH | 45805-2406 | K44109 | 66.90 | * |
| CORINNE BEACH | PO BOX 3647 | | RANCHO SANTA | CA | 92067-3647 | K41942 | 66.90 | * |
| CORINNE BRINDOS | 1602 20TH AVE APT 20 | | INTERNATIONAL | MN | 56649-2173 | K18125 | 66.90 | * |
| CORINNE KOOPMAN | 23821 ROAD 9.7 NW | | QUINCY | WA | 98848-8974 | K28268 | 66.90 | * |
| CORINNE M EDWARDS | 4545 OAK POINTE DR | | BRIGHTON | MI | 48116-9780 | K57571 | 66.90 | * |
| CORINNE REESE | 6808 SANDHARBOR CT | | MAINEVILLE | OH | 45039-9222 | K54254 | 66.90 | * |
| CORINNE WARD | 645 COUNTY RD S | | JUNCTION CITY | WI | 54443-9473 | K24604 | 66.90 | * |
| CORNELIOUS ANTHONY CHAMBLISS | 8 EWELL CT | | HAMPTON | VA | 23669-3621 | K13110 | 66.90 | * |
| CORNELIUS [NEAL] ELLIOTT | 1000 LISTON LN | | PORTSMOUTH | VA | 23701-4007 | K13540 | 66.90 | * |
| CORNELIUS [NEIL] ALEXANDER | 521 WOODLAND DR | | RADNOR | PA | 19087-4609 | K36669 | 66.90 | * |
| CORNELIUS E HARDING JR | 2623 ROANOKE AVE | | PORTSMOUTH | VA | 23704-6331 | K19801 | 66.90 | * |
| CORNELIUS L WHITE | 3638 10TH ST | | ALEXANDRIA | LA | 71302-5603 | K54267 | 66.90 | * |
| CORNELL ROBERT [BOB] FUERST | 9 PANORAMA DR | | SOUTHINGTON | CT | 06489-4618 | K44793 | 66.90 | * |
| CORRADO A GIACONA II | 1630 PALMER AVE | | NEW ORLEANS | LA | 70118-6114 | K57865 | 66.90 | * |
| CORRINE CINDY GATES | 91913 MARCOLA RD | | SPRINGFIELD | OR | 97478-8782 | K24914 | 66.90 | * |
| CORRINE JARVIS | 4241 PIERSON DR | | HUNTINGTON BE | CA | 92649-3050 | K15668 | 66.90 | * |
| CORRINE KAMPMANN | 705 MARK AVE | | SHEBOYGAN FAL | WI | 53085-1753 | K51690 | 66.90 | * |
| CORTRELL G WILLIAMS | 2114 NW 55TH BLVD APT 28 | | GAINESVILLE | FL | 32653-2170 | K40427 | 66.90 | * |
| CORY ISEBRAND | 444 7TH AVE SE | | LE MARS | IA | 51031-2108 | K59541 | 66.90 | * |
| CORY P ROSS | 825 E 2ND ST N | | WICHITA | KS | 67202-2732 | K30751 | 66.90 | * |
| COSTANTINO D SABATINI | 28 PLEASANT PINES AVE | | CENTERVILLE | MA | 02632-1423 | K10909 | 66.90 | * |
| COSTON STURGES | 2702 KINGS CANYON CT | | HOUSTON | TX | 77067-1946 | K18727 | 66.90 | * |
| COTTIE WENDELL SHORT | 1839 MOSLEY FERRY RD | | CHAPMANSBORO | TN | 37035-5206 | K37073 | 66.90 | * |
| CPO FRANCIS BODNAR | 5102 N 13TH ST | | OMAHA | NE | 68110-1318 | K53236 | 66.90 | * |
| CPO PETER LEE | 17 WILLOW BREEZE CT | | PORTSMOUTH | VA | 23703-5089 | K56718 | 66.90 | * |
| CRAIG A ESHLEMAN | 6638 OAKLAND HILLS DR | | LAKEWOOD RANC | FL | 34202-2519 | K37988 | 66.90 | * |
| CRAIG A HARDMAN | 410 33RD AVE | | SEATTLE | WA | 98122-6302 | K44462 | 66.90 | * |
| CRAIG A LINNEMEIER | 616 FALLEN TIMBERS TRL | | FORT WAYNE | IN | 46825-2031 | K43799 | 66.90 | * |
| CRAIG BAGGETT | 1731 N MELVINA AVE | | CHICAGO | IL | 60639-3919 | K51429 | 66.90 | * |
| CRAIG BENEDETTI | 4910 FISH HATCHERY RD | | GRANTS PASS | OR | 97527-9592 | K35665 | 66.90 | * |
| CRAIG BUTRYM | 13605 W LINFIELD DR | | NEW BERLIN | WI | 53151-6240 | K48482 | 66.90 | * |
| Craig C. Smisek | 273 Jeru Blvd Apt A | | Tarpon Springs | FL | 34689-6964 | | 221.80 | ARI: Wages |
| CRAIG CARLSON | PO BOX 7 | | SOUTH HAVEN | MN | 55382-0007 | K30061 | 66.90 | * |
| CRAIG D DEEHRING | 5657 GILBERT CT | | GOLDEN | CO | 80403-2073 | K61958 | 66.90 | * |
| CRAIG DAVIS | 3411 HILLVIEW RD | | AUSTIN | TX | 78703-1130 | K21665 | 66.90 | * |
| CRAIG E MCMANUS | 4728 LORTON AVE | | DAVENPORT | IA | 52807-1533 | K15440 | 66.90 | * |
| CRAIG EVAVOLD | PO BOX 321 | | CLEARWATER | MN | 55320-0321 | K26622 | 66.90 | * |
| CRAIG G CONDON | 6318 CATINA ST | | NEW ORLEANS | LA | 70124-2045 | K56844 | 66.90 | * |
| CRAIG G JACOBS | 300 W 55TH ST APT 9B | | NEW YORK | NY | 10019-5167 | K59538 | 66.90 | * |
| CRAIG HUGGINS | 2090 EDGEWOOD DR | | LIMA | OH | 45805-1128 | K45209 | 66.90 | * |
| CRAIG J MILLER | 315 HOLT LN | | LEWISBURG | WV | 24901-1750 | K43143 | 66.90 | * |
| CRAIG M JOHNSON CPA | 3436 WHITFIELD AVE | | CINCINNATI | OH | 45220-1525 | K31912 | 66.90 | * |
| CRAIG MCFEATERS | 598 MIFFLIN RD | | PITTSBURGH | PA | 15207-2086 | K45992 | 66.90 | * |
| CRAIG SHARPE | 851 CLARK LN | | LINDEN | MI | 48451-8510 | K56941 | 66.90 | * |
| CRAIG THOMAS | 6042 STARDUST DR APT 2 | | WATERLOO | IA | 50701-8908 | K54884 | 66.90 | * |
| CRAIG TIMM | 150 10TH ST N | | WISCONSIN RAP | WI | 54494-4546 | K50189 | 66.90 | * |
| CRAIG TOMKINSON | PO BOX 70 | | BELMONT | VT | 05730-0070 | K58890 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| CRAIG TSCHETTER | 1505 YELLOWSTONE DR | | BROOKINGS | SD | 57006-4050 | K50016 | 66.90 | * |
| CRAIG ZIEMER | 1908 ROBIN RD | | WATERLOO | IA | 50701-3653 | K55216 | 66.90 | * |
| CRAWFORD E HICKS | 106 TIMBERLEA DR | | WARNER ROBINS | GA | 31088-7426 | K35719 | 66.90 | * |
| CRESELLA RUMPER | 1914 AZALEA AVE | | PORTSMOUTH | VA | 23704-5410 | K12751 | 66.90 | * |
| CRICKI MORRISSEY | 2749 LAKEWOOD AVE | | LOS ANGELES | CA | 90039-2647 | K35300 | 66.90 | * |
| CRILL B BROWN | 1710 MUEGGE RD | | SAINT CHARLES | MO | 63303-1324 | K41020 | 66.90 | * |
| CRYSTAL COOPER | 16102 EMERALD ESTATES DR APT | | WESTON | FL | 33331-6123 | K45584 | 66.90 | * |
| CRYSTAL HORWITZ | 304 CAMILLA CT | | SUNSET BEACH | NC | 28468-4434 | K15341 | 66.90 | * |
| CRYSTAL M BASSLER | 1968 W C AVE | | KALAMAZOO | MI | 49009-5247 | K19018 | 66.90 | * |
| CSMG CHARLES W RICE | 2273 S EAGLE ST | | AURORA | CO | 80014-1521 | K11460 | 66.90 | * |
| CURT AND GINNY MILLER | 4611 ABBINGTON DR | | HARRISBURG | PA | 17109-1602 | K15221 | 66.90 | * |
| CURT B RICE | 3040 COLUMBIA ST | | SAN DIEGO | CA | 92103-6006 | K38329 | 66.90 | * |
| CURTIS [UNCLE LAMAR] HOOVER | 2178 CROSSROADS DR | | LEWISBURG | PA | 17837-7420 | K23156 | 66.90 | * |
| CURTIS CLOUD | 511 HOWARD CT | | FAIRMOUNT | IN | 46928-1332 | K27916 | 66.90 | * |
| CURTIS D [CACTUS] BECK | 5910 SE 46TH ST | | CARLISLE | IA | 50047-9785 | K21717 | 66.90 | * |
| CURTIS E HIGHTOWER | 2951 MARINA BAY DR STE 130 P | | LEAGUE CITY | TX | 77573-4078 | K33362 | 66.90 | * |
| CURTIS FOWLER | 1622 S WESTERN ST | | AMARILLO | TX | 79106-5925 | K41691 | 66.90 | * |
| CURTIS MINTER | 4969 FILBERT DR | | LOVELAND | CO | 80538-8100 | K53429 | 66.90 | * |
| CURTIS MYERS | 7415 WESTVILLE DR | | SAN ANTONIO | TX | 78227-2703 | K32718 | 66.90 | * |
| CURTIS PFLUG | 343 S RALSTIN RD | | WICHITA | KS | 67209-2225 | K35245 | 66.90 | * |
| CURTIS SOKNESS | 8106 CRISWOOD PL | | AUSTIN | TX | 78748-5448 | K55115 | 66.90 | * |
| CURTIS TALLMAN | 900 SMITH ST | | LINDEN | NJ | 07036-6416 | K14154 | 66.90 | * |
| CW4 BRICE E TOWLE USA | 1930 MOUNT JOY RD | | BUCHANAN | VA | 24066-4417 | K48510 | 66.90 | * |
| CW5 RONALD EASTMAN | PO BOX 1352 | | BURNSVILLE | MN | 55337-0352 | K56976 | 66.90 | * |
| CY PFANNENSTEIN | 32024 SUNRISE RD | | AVON | MN | 56310-9615 | K27098 | 66.90 | * |
| CYNDI MAY | 1806 6TH ST E | | ASHLAND | WI | 54806-2222 | K54077 | 66.90 | * |
| CYNTHIA [CINDEE] GARNETT | 111 E SUMNER ST | | WEYAUWEGA | WI | 54983-8971 | K55452 | 66.90 | * |
| CYNTHIA [CINDY] BARTLEY | 122 CHEROKEE AVE | | BLOOMFIELD | KY | 40008-6103 | K33860 | 66.90 | * |
| CYNTHIA [CINDY] CAPWELL | 83 BUCKTHORN DR | | LITTLETON | CO | 80127-4341 | K26546 | 66.90 | * |
| CYNTHIA [CINDY] CHRISTIAN | 680 N 2250 W | | PROVO | UT | 84601-1273 | K33012 | 66.90 | * |
| CYNTHIA [CINDY] NAGY | 190 24TH AVE NW | | NAPLES | FL | 34120-6336 | K41330 | 66.90 | * |
| CYNTHIA [CYNDIE] KINTER | 1018 BRADLEY CT | | MOUNT LAUREL | NJ | 08054-4210 | K47997 | 66.90 | * |
| CYNTHIA A GEIGER | 425 ARCH ST | | LEAVENWORTH | KS | 66048-3432 | K32293 | 66.90 | * |
| CYNTHIA A KASICKI | 4290 MAC TAVISH ST | | COCOA | FL | 32927-3858 | K11024 | 66.90 | * |
| CYNTHIA ABERTE | 840 MERRIMAC ST SE | | PALM BAY | FL | 32909-4990 | K44766 | 66.90 | * |
| CYNTHIA ANN BALDWIN | 3380 NANCY CREEK RD NW | | ATLANTA | GA | 30327-2402 | K21049 | 66.90 | * |
| CYNTHIA ANN MCKINNIE | 11316 CAMBRAY CREEK LOOP | | RIVERVIEW | FL | 33579-3920 | K37786 | 66.90 | * |
| CYNTHIA BLONIGAN | 3018 E SPRING ST | | DES MOINES | IA | 50320-2033 | K60109 | 66.90 | * |
| CYNTHIA BOWMAN | 600 WOODSIDE RD | | YORK | PA | 17406-2300 | K58370 | 66.90 | * |
| CYNTHIA C CARGILL | 2225 W ACRES RD | | JOLIET | IL | 60435-5507 | K52057 | 66.90 | * |
| CYNTHIA CORSI | 4382 E FORT LOWELL RD | | TUCSON | AZ | 85712-1145 | K34801 | 66.90 | * |
| CYNTHIA DELANEY | 3000 DAHLIA DR | | COLUMBIA | MO | 65202-3866 | K14832 | 66.90 | * |
| CYNTHIA DENISE GALE | 350 MARCO CT | | CLERMONT | FL | 34711-8005 | K27241 | 66.90 | * |
| CYNTHIA GASTLEY | 6686 HOLLY FARM LN | | WARRENTON | VA | 20187-7280 | K30726 | 66.90 | * |
| CYNTHIA GESICKI | 6688 OLD A RD | | PITTSVILLE | WI | 54466-9345 | K46206 | 66.90 | * |
| CYNTHIA HAYDEN | 117 GRANNY DR | | SNEADS FERRY | NC | 28460-9403 | K26147 | 66.90 | * |
| CYNTHIA HENKEMEYER FRANCIS | 1635 GOETTENS WAY | | SAINT CLOUD | MN | 56301-4980 | K24908 | 66.90 | * |
| CYNTHIA J [CINDY] BEAMAN | 8473 BAKER ST | | OMAHA | NE | 68122-1263 | K53370 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| CYNTHIA JACQUES | 15672 MICHAEL ST | | TAYLOR | MI | 48180-5018 | K60345 | 66.90 | * |
| CYNTHIA L BROWN | 11411 WAESCHE DR | | MITCHELLVILLE | MD | 20721-2265 | K14143 | 66.90 | * |
| CYNTHIA LEE ANDERSON | 807 FLEWELLING AVE | | OCOEE | FL | 34761-2305 | K44934 | 66.90 | * |
| CYNTHIA M MCELROY | 666 MAIN AVE APT 212 | | NORWALK | CT | 06851-1144 | K14752 | 66.90 | * |
| CYNTHIA M MCKENZIE | 4332 340TH AVE | | FOLEY | MN | 56329-5050 | K29726 | 66.90 | * |
| CYNTHIA MAE MADKINS | 4025 LAKEVIEW DR | | CHESAPEAKE | VA | 23323-1615 | K15672 | 66.90 | * |
| CYNTHIA MANTELL | 20411 ALMADEN RD | | SAN JOSE | CA | 95120-3604 | K52336 | 66.90 | * |
| CYNTHIA MAURO | 816 CASADY DR | | NORWALK | IA | 50211-2011 | K22939 | 66.90 | * |
| CYNTHIA MCCOY | 28611 VISTA MADERA | | RANCHO PALOS | CA | 90275-0866 | K36427 | 66.90 | * |
| CYNTHIA MENDENHALL | 3451 DOROTHY LN | | RICHMOND | IN | 47374-6747 | K29920 | 66.90 | * |
| CYNTHIA MILENDER | 5256 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9006 | K26079 | 66.90 | * |
| CYNTHIA MOORE | PO BOX 333 | | ATLANTA | TX | 75551-0333 | K10434 | 66.90 | * |
| CYNTHIA MUNDY | 6141 BLACKSBURG RD | | TROUTVILLE | VA | 24175-6191 | K57593 | 66.90 | * |
| CYNTHIA N CHEAVES | 386 LAKEHURST RD APT 102A | | BROWNS MILLS | NJ | 08015-6829 | K47386 | 66.90 | * |
| CYNTHIA NADINE BOIANI | 120 EUSTIS AVE | | NEWPORT | RI | 02840-2864 | K31181 | 66.90 | * |
| CYNTHIA P BALLARD | 2393 COLLINS AVE | | PINOLE | CA | 94564-1548 | K27618 | 66.90 | * |
| CYNTHIA ROBERTS | 137 TERESA AVE | | BELVEDERE | SC | 29841-2440 | K22443 | 66.90 | * |
| CYNTHIA S HUNSBERGER | 29589 CRIPPLE CREEK DR | | DAGSBORO | DE | 19939-3411 | K38160 | 66.90 | * |
| CYNTHIA SANDLIN | 18 ANTIQUE LN | | HARTSELLE | AL | 35640-8300 | K19962 | 66.90 | * |
| CYNTHIA SMYTH | 41 GIGGLESWICK WAY | | EDISON | NJ | 08820-1036 | K29141 | 66.90 | * |
| CYNTHIA TAMER | 2454 W BAYSHORE RD APT 1 | | PALO ALTO | CA | 94303-3526 | K35907 | 66.90 | * |
| CYNTHIA THOMPSON | PO BOX 98 | | GUYMON | OK | 73942-0098 | K11569 | 66.90 | * |
| CYNTHIA WAGNER | 648 METAPE CIR W | | BOUND BROOK | NJ | 08805-1320 | K58473 | 66.90 | * |
| CYNTHIA WILLIAMS | 9205 GROVER AVE | | LUBBOCK | TX | 79424-3676 | K45194 | 66.90 | * |
| CYNTHIA WINGO | 2030 LEXINGTON WOODS DR | | SPRING | TX | 77373-3108 | K60401 | 66.90 | * |
| CYNTHIA YOKEN | 261 CARROLL ST | | NEW BEDFORD | MA | 02740-1412 | K35202 | 66.90 | * |
| CYRUS WEST | 1900 SAINT ANDREWS RD # 134 | | HOLLYWOOD | FL | 33021-2946 | K58264 | 66.90 | * |
| D ARLENE HARVEY | 2000 DUQUESNE AVE APT 2 | | MCKEESPORT | PA | 15132-5103 | K61476 | 66.90 | * |
| D BLAKE DUFFY | 357 BIRDSALL PKWY | | PALMYRA | NY | 14522-1307 | K23217 | 66.90 | * |
| D CRAIG SWEIGART | 34 WESTPOINTE DR | | EPHRATA | PA | 17522-3001 | K57967 | 66.90 | * |
| D ELAINE JACKSON | 813 S 14TH ST | | RICHMOND | IN | 47374-6420 | K23766 | 66.90 | * |
| D JEAN VASS | 1437 WILCOX AVE | | PORTSMOUTH | VA | 23704-6945 | K12665 | 66.90 | * |
| D JOAN MICKELSON | 32520 NE CORRAL CREEK RD | | NEWBERG | OR | 97132-7006 | K29179 | 66.90 | * |
| D KEITH WISEMAN | 4423 110TH ST UNIT 31 | | LUBBOCK | TX | 79424-7329 | K28761 | 66.90 | * |
| D KING BRAINARD | 1336 SEMINOLE DR | | FORT LAUDERDA | FL | 33304-1608 | K53329 | 66.90 | * |
| D L ELLYSON | 1085 MADELINE HTS | | BREAUX BRIDGE | LA | 70517-7531 | K51473 | 66.90 | * |
| D MARILYN PEDERSON | PO BOX 702 | | DEVILS LAKE | ND | 58301-0702 | K32685 | 66.90 | * |
| D SCOTT LITTLE | 22 GEORGIA TRL | | MEDFORD | NJ | 08055-8942 | K41465 | 66.90 | * |
| D T KEITH | 633 CARMEL AVE | | MADISON | TN | 37115-4107 | K37559 | 66.90 | * |
| D WYMAN TAYLOR | 2030 CURRITUCK DR | | SUMTER | SC | 29153-1962 | K36425 | 66.90 | * |
| DAG LARSEN | 19191 HARVARD AVE APT 137A | | IRVINE | CA | 92612-8607 | K46949 | 66.90 | * |
| DAISEY BLAKE | 3090 ROUTE 136 | | FINLEYVILLE | PA | 15332-3801 | K61075 | 66.90 | * |
| DAISY V LOWE | 1725 E 60TH ST | | TACOMA | WA | 98404-4414 | K12758 | 66.90 | * |
| DAISY WADE | 8804 ABERDEEN CREEK CIR | | RIVERVIEW | FL | 33569-5217 | K41389 | 66.90 | * |
| DALE [WALLY] LINZMEIER | 4531 48TH ST S | | WISCONSIN RAP | WI | 54494-3437 | K55722 | 66.90 | * |
| DALE A ETTER | 24166 LOGAN RD | | ATCHISON | KS | 66002-4511 | K34455 | 66.90 | * |
| DALE A PUFF | 11212 DIEBOLD RD | | FORT WAYNE | IN | 46845-9259 | K38911 | 66.90 | * |
| DALE BALDWIN | 98 LOCUST ST | | BELFORD | NJ | 07718-1517 | K31147 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DALE BARNES | 2301 WINDSOR DR | | BRYAN | TX | 77802-4910 | K28407 | 66.90 | * |
| DALE BARTON | 10413 W KINGSWOOD CIR | | SUN CITY | AZ | 85351-1818 | K54899 | 66.90 | * |
| DALE BENDER | 12861 I RD | | STROMSBURG | NE | 68666-5010 | K22728 | 66.90 | * |
| DALE BOLTON | 624 WHITE OAK DR | | MARION | AR | 72364-2415 | K33673 | 66.90 | * |
| DALE BROWN | 1334 SPRING ST | | DES MOINES | IA | 50315-4555 | K21842 | 66.90 | * |
| DALE D SPEAR | 8023 JENNINGS RD | | SWARTZ CREEK | MI | 48473-9147 | K56417 | 66.90 | * |
| DALE E COLLINS | 1708 DIANE DR | | SULPHUR | LA | 70663-3814 | K53969 | 66.90 | * |
| DALE E MUSKOPF | 5388 WINTON RD | | FAIRFIELD | OH | 45014-3914 | K38654 | 66.90 | * |
| DALE FRIZE | 1903 DEERWOOD AVE | | LOUISVILLE | KY | 40205-1203 | K33824 | 66.90 | * |
| DALE G ALEXANDER PHD | 1506 18TH TER | | KEY WEST | FL | 33040-4622 | K43941 | 66.90 | * |
| DALE G SVETANOFF | 14356 170TH AVE | | MONTICELLO | IA | 52310-8012 | K59472 | 66.90 | * |
| DALE H CAMPBELL | 305 DUNCAN STATION RD | | MCKEESPORT | PA | 15135-3307 | K61416 | 66.90 | * |
| DALE H LYONS | 31 NATHAN CT | | HUDSON | OH | 44236-2126 | K23958 | 66.90 | * |
| DALE HARTJE | 3545 RUM RIVER DR | | ANOKA | MN | 55303-1108 | K19730 | 66.90 | * |
| DALE HAUKLAND | 148 SANTIAGO DR | | DANVILLE | CA | 94526-1941 | K13701 | 66.90 | * |
| DALE HENDRICKSON | 2320 2ND AVE E | | INTERNATIONAL | MN | 56649-4043 | K18197 | 66.90 | * |
| DALE HERZOG | 10479 APACHE RIVER AVE | | FOUNTAIN VALL | CA | 92708-6826 | K31502 | 66.90 | * |
| DALE IMIG | 6123 LONGLEAF DR | | HOSCHTON | GA | 30548-8238 | K52062 | 66.90 | * |
| DALE J LONG | 806 RIVERSTONE LN | | WOODSTOCK | GA | 30188-2963 | K44200 | 66.90 | * |
| DALE JENSEN | 704 PAUL BURCH DR | | HUDSON | WI | 54016-7699 | K23703 | 66.90 | * |
| DALE L BENDER | 32 CENTER ST | | WATSONTOWN | PA | 17777-9112 | K14988 | 66.90 | * |
| DALE L GREEN | 16941 RITCHIE AVE | | SAND LAKE | MI | 49343-9477 | K36027 | 66.90 | * |
| DALE L LUTTMAN | 14085 TORCH RIVER RD | | RAPID CITY | MI | 49676-9390 | K46070 | 66.90 | * |
| DALE L MILES | PO BOX 1043 | | SHOSHONE | ID | 83352-1043 | K17896 | 66.90 | * |
| DALE LOHR | 9360 MONTORO DR | | CINCINNATI | OH | 45231-3019 | K39486 | 66.90 | * |
| DALE M SMITH | PO BOX 295 | | CHAMPION | PA | 15622-0295 | K62617 | 66.90 | * |
| DALE MARTIN | 32382 VIA MENTONE | | DANA POINT | CA | 92629-3417 | K41859 | 66.90 | * |
| DALE MILLER | 219 E MAIN ST | | PLYMOUTH | WI | 53073-1721 | K47304 | 66.90 | * |
| DALE P SEYFRIED | 827 N POINTE | | PORT HURON | MI | 48060-4400 | K45687 | 66.90 | * |
| DALE PARUCH | 616 PINEHURST DR | | CANTON | MI | 48188-3079 | K59986 | 66.90 | * |
| DALE PATNODE | 3665 INVERNESS RD | | WATERLOO | IA | 50701-4635 | K55770 | 66.90 | * |
| DALE PROSISE | 22191 BELL RD | | NEW BOSTON | MI | 48164-9228 | K58939 | 66.90 | * |
| DALE R MCCALL | 399 DIEHL DR | | MCKEESPORT | PA | 15132-7438 | K60752 | 66.90 | * |
| DALE RODERICK | 409 MAGERLE DR | | ROGUE RIVER | OR | 97537-9575 | K34372 | 66.90 | * |
| DALE SHADE | 924 N CALIFORNIA ST | | CHANDLER | AZ | 85225-6771 | K35686 | 66.90 | * |
| DALE SHEALY EPTING | 843 SC HIGHWAY 773 | | PROSPERITY | SC | 29127-8758 | K33475 | 66.90 | * |
| DALE SHUTTLEWORTH | PO BOX 342 | | COLFAX | CA | 95713-0342 | K48578 | 66.90 | * |
| DALE SMITH | 150 WALTE LN | | KEOKUK | IA | 52632-2557 | K15537 | 66.90 | * |
| DALE SMITH | 26174 187TH ST | | LEAVENWORTH | KS | 66048-7387 | K33952 | 66.90 | * |
| DALE STRASSNER | PO BOX 307 | | WEST MILTON | PA | 17886-0307 | K22837 | 66.90 | * |
| DALE TOLF | 3101 WILLARDSHIRE RD | | JOLIET | IL | 60431-1248 | K51122 | 66.90 | * |
| DALE VAN AVERY | 5112 VALLEY RD | | LEVERING | MI | 49755-9118 | K59187 | 66.90 | * |
| DALE VAUGHN | 6988 SQUAW LAKE RD NE | | KALKASKA | MI | 49646-9723 | K42547 | 66.90 | * |
| DALE W ALLEN | 808 53RD AVE E LOT 163J | | BRADENTON | FL | 34203-5851 | K58699 | 66.90 | * |
| DALENE SUE [DEENE] MATHIAS | 523 MYRTLE ST | | MILTON | PA | 17847-2358 | K17647 | 66.90 | * |
| DALLAS PEGG | 101 SW 5TH ST | | RICHMOND | IN | 47374-4102 | K24623 | 66.90 | * |
| DALLAS W LEMCOOL | 6110 WESTDALE DR | | GRAND BLANC | MI | 48439-8512 | K59250 | 66.90 | * |
| D'ALVA REED | 3501 CEDAR LN | | KILGORE | TX | 75662-5755 | K26958 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DAMARIS A HILL | 1316 S 6TH ST | | RICHMOND | IN | 47374-6826 | K29613 | 66.90 | * |
| DAMIAN D [DANNY] MONTEZ | 6611 CURTIS AVE | | OMAHA | NE | 68104-1021 | K58414 | 66.90 | * |
| DAN A HALL | 9835 SPRING GATE DR | | LOUISVILLE | KY | 40241-6118 | K35636 | 66.90 | * |
| DAN ALLEN | 211 S RAMBLER RD | | MUNCIE | IN | 47304-4139 | K33666 | 66.90 | * |
| DAN ARLING | 129 E STAR RD | | ROSSBURG | OH | 45362-9799 | K33166 | 66.90 | * |
| DAN B THOMPSON | 4532 RIVER THAMES WAY | | MASON | OH | 45040-7252 | K60435 | 66.90 | * |
| DAN CAIN | 4563 STEADMAN RD | | BUCHANAN | GA | 30113-2405 | K32463 | 66.90 | * |
| DAN COFFEY | 800 W 54TH TER | | KANSAS CITY | MO | 64112-2334 | K37457 | 66.90 | * |
| DAN DECROIX | 604 TYBARBER AVE | | MURFREESBORO | TN | 37129-8376 | K47363 | 66.90 | * |
| DAN EMFINGER | 96 RACETRACK RD | | SILVER CITY | NM | 88022-9712 | K44555 | 66.90 | * |
| DAN ENGEN | 7764 W BAY DR | | MASON | OH | 45040-8440 | K37465 | 66.90 | * |
| DAN ERIC BERGSTROM | 417 4TH ST | | YREKA | CA | 96097-3005 | K49914 | 66.90 | * |
| DAN FEINBERG | 655 VIA FAISAN | | SAN CLEMENTE | CA | 92673-5644 | K25602 | 66.90 | * |
| DAN FELLER | 6204 NORTHRIDGE PKWY | | ALLEN | TX | 75002-5552 | K54148 | 66.90 | * |
| DAN FULTON | PO BOX 103 | | LAKE GEORGE | MN | 56458-0103 | K19655 | 66.90 | * |
| DAN HANSON | 7 MISTY GLENN DR | | CHICKASHA | OK | 73018-7810 | K41468 | 66.90 | * |
| DAN J KRUEGER | 9231 LAUREL ST | | BELLFLOWER | CA | 90706-5614 | K29754 | 66.90 | * |
| DAN KRUGER | 7 EDWARD LN | | CLANCY | MT | 59634-9211 | K37884 | 66.90 | * |
| DAN L DAVIS | PO BOX 294 | | SYLVAN BEACH | NY | 13157-0294 | K25936 | 66.90 | * |
| DAN LISOWE | 38 SLATE RIDGE RD | | LILY | KY | 40740-3102 | K49219 | 66.90 | * |
| DAN MILLER | 249 RAINBOW DR #14926 | | LIVINGSTON | TX | 77399-2049 | K56589 | 66.90 | * |
| DAN MILLIS | 18067 DANE DR | | EDEN PRAIRIE | MN | 55347-3496 | K21144 | 66.90 | * |
| DAN PAUL | 1303 MAGNOLIA DR | | WAYLAND | MA | 01778-2843 | K13961 | 66.90 | * |
| DAN R LOHMEIER | 11647 RALEIGH DR | | OMAHA | NE | 68164-2046 | K55746 | 66.90 | * |
| DAN SNYDER | 667 GLENMONT AVE | | COLUMBUS | OH | 43214-3211 | K45738 | 66.90 | * |
| DAN STAGGS | 167 NORTHVIEW ST | | OTTUMWA | IA | 52501-1221 | K15202 | 66.90 | * |
| DAN TORTORELLI | 15212 GALT ST | | SAN LEANDRO | CA | 94579-1602 | K52490 | 66.90 | * |
| DAN VERJINSKY | 2011 MOUNTAIN RD | | MORRIS | IL | 60450-8944 | K49986 | 66.90 | * |
| DANA ALVEY | 116 SW J ST | | RICHMOND | IN | 47374-5337 | K24244 | 66.90 | * |
| DANA BERILLA | 2754 W 15TH ST | | YUMA | AZ | 85364-4212 | K34509 | 66.90 | * |
| DANA DAY | 2828 BAMMEL LN APT 1108 | | HOUSTON | TX | 77098-1132 | K52114 | 66.90 | * |
| DANA DEE CARTER | 75 POPLAR FOREST TRCE | | HENDERSONVILL | NC | 28739-8986 | K49419 | 66.90 | * |
| DANA ESTES II | PO BOX 214 | | KEEDYSVILLE | MD | 21756-0214 | K11031 | 66.90 | * |
| DANA FRISBIE | 186 NW DIAMOND RD | | TOWANDA | KS | 67144-9148 | K47827 | 66.90 | * |
| DANA LEE MYERS | 351 S US HIGHWAY 31 | | SEYMOUR | IN | 47274-9532 | K45254 | 66.90 | * |
| DANA MEHLIG | 5298 UMBRELLA POOL RD | | SANIBEL | FL | 33957-2407 | K23333 | 66.90 | * |
| DANA MORRIS-JONES PHD | 4 CARTER BROOK DR | | SCARBOROUGH | ME | 04074-7124 | K43094 | 66.90 | * |
| DANA RYLEY | 7151 N 36TH AVENUE CIR | | OMAHA | NE | 68112-2508 | K52657 | 66.90 | * |
| DANA SAMUEL [SAM] BURTIS | 850 HONOLULU RD | | GRIFTON | NC | 28530-9097 | K56696 | 66.90 | * |
| DANA WETHINGTON | 942 SW WOODBRIDGE CT | | TOPEKA | KS | 66606-4600 | K55853 | 66.90 | * |
| DANEEN CALHOUN | 3346 COCHISE DR | | PITTSBURGH | PA | 15241-1518 | K44992 | 66.90 | * |
| DANEEN DENNY | 4040 NE 43RD AVE | | HIGH SPRINGS | FL | 32643-5674 | K61273 | 66.90 | * |
| DANIEL [DAN] CRONIN | 775 ROCKDALE DR | | SAN FRANCISCO | CA | 94127-1721 | K51542 | 66.90 | * |
| DANIEL [DAN] KIZEWSKI | 3220 NORTON ST APT 204 | | WISCONSIN RAP | WI | 54494-1635 | K54210 | 66.90 | * |
| DANIEL [DAN] RICHTER | 34 HOBART AVE | | SHORT HILLS | NJ | 07078-2029 | K46023 | 66.90 | * |
| DANIEL A ABATTO | 1670 JULIANNE DR | | CASTLETON ON | NY | 12033-9627 | K24184 | 66.90 | * |
| DANIEL A PITT | 234 FULTON ST | | PALO ALTO | CA | 94301-1321 | K13011 | 66.90 | * |
| DANIEL A SALZWEDEL | 60 KIVA LOOP | | SANDIA PARK | NM | 87047-8518 | K55665 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DANIEL A SHERKOW | 10424 CHEVIOT DR | | LOS ANGELES | CA | 90064-4408 | K38720 | 66.90 | * |
| DANIEL ANTHONY GATTO | 110 OLINDA AVE | | DES MOINES | IA | 50315-1531 | K22334 | 66.90 | * |
| DANIEL ARCHIE SINGLETARY | 2664 TONEY BAY RD | | HOLLY HILL | SC | 29059-8781 | K50481 | 66.90 | * |
| DANIEL AUSTIN | 1260 ASHLAND DR | | COLUMBIA | SC | 29229-8411 | K39137 | 66.90 | * |
| DANIEL B BURFEIND | 62 HOCKAMICK RD | | COOKSTOWN | NJ | 08511-1007 | K47081 | 66.90 | * |
| DANIEL B HAIT | 308 STEEPLE POINTE CIR | | DELAFIELD | WI | 53018-2450 | K42117 | 66.90 | * |
| DANIEL B TUNSTALL | 5708 CROMWELL DR | | BETHESDA | MD | 20816-2002 | K50572 | 66.90 | * |
| DANIEL CHRISTENSEN | 17838 W BRAEWICK RD | | GURNEE | IL | 60031-5204 | K23575 | 66.90 | * |
| DANIEL D BERGER | 316 N 6TH ST | | BLACK RIVER F | WI | 54615-1242 | K47234 | 66.90 | * |
| DANIEL D MUSSELMAN | 1137 SUMMERCHASE DR | | SAINT JOHNS | FL | 32259-4344 | K34325 | 66.90 | * |
| DANIEL DEVON POWELL | 4300 POWELL RD | | GREEN SEA | SC | 29545-3512 | K31458 | 66.90 | * |
| DANIEL DOLAN | PO BOX 600 | | FAIRFIELD | ID | 83327-0600 | K60068 | 66.90 | * |
| DANIEL F [DAN] ZINSSER | 4 CHELSEA CT | | PRINCETON | NJ | 08540-4314 | K37886 | 66.90 | * |
| DANIEL F [FRANK] SHUMPERT III | 503 PELION RD | | PELION | SC | 29123-9074 | K30673 | 66.90 | * |
| DANIEL FARRELL | 15 PINE CONE DR | | ALFRED | ME | 04002-3742 | K12706 | 66.90 | * |
| DANIEL FIX JR | PO BOX 82 | | WATERLOO | IA | 50704-0082 | K57838 | 66.90 | * |
| DANIEL FORRESTER | 4714 GREENWAY AVE | | WILMINGTON | NC | 28403-1516 | K16520 | 66.90 | * |
| DANIEL G WILLIAMS | 7320 MALLORY CIR | | ALEXANDRIA | VA | 22315-4704 | K26594 | 66.90 | * |
| DANIEL GAVIN | PO BOX 25724 | | MIAMI | FL | 33102-5724 | K34845 | 66.90 | * |
| DANIEL GEORGES | 2111 GLENWOOD RD | | BROOKLYN | NY | 11210-1049 | K14809 | 66.90 | * |
| DANIEL GILLEN | 2450 MIDWAY AVE | | GRANTS PASS | OR | 97527-7105 | K33615 | 66.90 | * |
| DANIEL GRABILL | 107 CONSTITUTION BLVD | | LOCUST GROVE | VA | 22508-5266 | K59361 | 66.90 | * |
| DANIEL GRAVES | 433 E 43RD ST | | HIBBING | MN | 55746-3240 | K21109 | 66.90 | * |
| DANIEL HELMSTADTER | 421 PAPER MILL RD | | NEWARK | DE | 19711-7511 | K61743 | 66.90 | * |
| DANIEL J DAHLEN | 3121 23RD AVE SW | | DEVILS LAKE | ND | 58301-8507 | K34646 | 66.90 | * |
| DANIEL J DETARANTO | 4750 W NEBRASKA ST | | TUCSON | AZ | 85757-9223 | K37738 | 66.90 | * |
| DANIEL J HANCE | 84 VALLEY VIEW CT | | SAN MATEO | CA | 94402-3641 | K57439 | 66.90 | * |
| DANIEL J O'CONNOR | 15 WATSON DR | | WEST SIMSBURY | CT | 06092-2233 | V99243 | 66.90 | * |
| DANIEL J O'NEIL | 23289 S MELROSE DR | | WESTLAKE | OH | 44145-2833 | K50599 | 66.90 | * |
| DANIEL K ROATH | 3 INDEPENDENCE CT | | GREENSBORO | NC | 27408-4200 | K49782 | 66.90 | * |
| DANIEL KANE | 2400 LEGACY CT APT 350 | | SANTA FE | NM | 87507-4869 | K14874 | 66.90 | * |
| DANIEL KELETI | 12216 ALHAMBRA ST | | SHAWNEE MISSI | KS | 66209-2233 | K40753 | 66.90 | * |
| DANIEL KELLEHER | 408 MORRIS AVE | | SPRING LAKE | NJ | 07762-1320 | K18780 | 66.90 | * |
| DANIEL KONCHAR | 18 BROOKS AVE | | NEWPORT | RI | 02840-1840 | K28959 | 66.90 | * |
| DANIEL L [DANNY] ENGLISH JD | 16234 W 71ST PL | | ARVADA | CO | 80007-7573 | K18621 | 66.90 | * |
| DANIEL L ARNETT | 4824 WENATCHIE TRL | | LIMA | OH | 45805-4183 | K44805 | 66.90 | * |
| DANIEL L CHERNAULT | 8039 OAKWOOD TRCE | | HOUSTON | TX | 77040-4445 | K56028 | 66.90 | * |
| DANIEL L JANOVYAK | 739 PLEASANT DR | | SHOREWOOD | IL | 60404-9577 | K51151 | 66.90 | * |
| DANIEL L MARSEGLIA | 28 BLUEBONNET RD | | LANGHORNE | PA | 19047-3402 | K26742 | 66.90 | * |
| DANIEL L PLAYFORD | 3929 DENT ST | | MARTINEZ | GA | 30907-2571 | K31847 | 66.90 | * |
| DANIEL LIBERMAN | 7 WARSON TER | | SAINT LOUIS | MO | 63124-1666 | K38814 | 66.90 | * |
| DANIEL MENDOZA | 546 FRANKLIN ST | | ELIZABETH | NJ | 07206-1209 | K22561 | 66.90 | * |
| DANIEL NIEVES | 6038 MORNINGDALE AVE | | LAKELAND | FL | 33813-2852 | K24738 | 66.90 | * |
| DANIEL OBERLE | 6802 MOSSRIDGE DR | | HOUSTON | TX | 77069-2318 | K55563 | 66.90 | * |
| DANIEL OESTERLE | 1931 EPLEY RD | | WILLIAMSTON | MI | 48895-9488 | K41249 | 66.90 | * |
| DANIEL P TIETJEN | 115 SENECA DR | | MARIETTA | OH | 45750-1241 | K43899 | 66.90 | * |
| DANIEL R BLANKE | N8203 SNAKE RD | | ELKHART LAKE | WI | 53020-2010 | K50253 | 66.90 | * |
| DANIEL R MEYERS JR | 610 HIGHLAND CT | | MANDEVILLE | LA | 70448-7022 | K50232 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| DANIEL R STANLEY | 2402 INDIANOLA AVE | | DES MOINES | IA | 50315-1979 | K26034 | 66.90 | * |
| DANIEL R TYLER | 987 NEPTUNE WAY | | MONTROSE | CO | 81403-4656 | K17434 | 66.90 | * |
| DANIEL RANSHAW | 205 W GRANT AVE | | MYERSTOWN | PA | 17067-2318 | K62634 | 66.90 | * |
| DANIEL RAY HARRISON JR | 4599 90TH CT SW | | BELL | FL | 32619-1935 | K50265 | 66.90 | * |
| DANIEL RICE | PO BOX 33 | | JEFFERSON | OH | 44047-0033 | K20048 | 66.90 | * |
| DANIEL S BRINING | 1807 N FELTS RD | | SPOKANE VALLE | WA | 99206-3952 | K41215 | 66.90 | * |
| DANIEL SAPOLSKY | 240 N COLLIER BLVD APT G9 | | MARCO ISLAND | FL | 34145-3031 | K41862 | 66.90 | * |
| DANIEL SULLIVAN | 112 GRACE ST | | ROSELLE | NJ | 07203-1822 | K15828 | 66.90 | * |
| DANIEL TAYLOR | 2682 DONOVAN AVE | | BELLINGHAM | WA | 98225-7624 | K55033 | 66.90 | * |
| DANIEL TORR | 2564 S COUNTY ROAD 25 W | | GREENCASTLE | IN | 46135-8884 | K44931 | 66.90 | * |
| DANIEL W FRY SR | PO BOX 25 | | WEST MILTON | PA | 17886-0025 | K20002 | 66.90 | * |
| DANIEL W FUGETT | 100 COUNTY ROAD 646 | | CEDAR BLUFF | AL | 35959-3440 | K49565 | 66.90 | * |
| DANIEL W SOIFER | 10456 MAYFLOWER RD | | SPRING HILL | FL | 34608-2812 | K49161 | 66.90 | * |
| DANIEL WEBSTER KNIGHT | 729 MCLEOD RD | | WALTERBORO | SC | 29488-6456 | K48739 | 66.90 | * |
| DANIEL WEGNER | 1700 8TH AVE TRLR 2 | | INTERNATIONAL | MN | 56649-3604 | K20544 | 66.90 | * |
| DANIELE GARDNER | 6043 SUELLEN CT | | GOLETA | CA | 93117-1776 | K34552 | 66.90 | * |
| DANIELLE PORTERFIELD | 4755 DIXIE WAY | | MIMS | FL | 32754-4909 | K61654 | 66.90 | * |
| DANNA R SMITH | 1001 E ARCADIA AVE | | PEORIA | IL | 61603-2733 | K50678 | 66.90 | * |
| DANNELLE HAYES | 1213 S 20TH ST | | RICHMOND | IN | 47374-7042 | K27451 | 66.90 | * |
| DANNELLY M BRABHAM | 29 BEACON HILL RD | | COLUMBIA | SC | 29210-5601 | K32031 | 66.90 | * |
| DANNIE CARVER | 3651 MARCELLA AVE | | STOW | OH | 44224-4118 | K61300 | 66.90 | * |
| DANNY [RHINO] JOHNSON | 107 BROOKBEND RD | | MAULDIN | SC | 29662-1625 | K49598 | 66.90 | * |
| DANNY BOYLE | 2305 PEPPERMINT LN | | LEMON GROVE | CA | 91945-3441 | K21157 | 66.90 | * |
| DANNY D SEASE | 1229 EVANS ST | | DES MOINES | IA | 50315-3822 | K46066 | 66.90 | * |
| DANNY EARL YOUNG | 309 HARMONY LOOP | | SHERMAN | TX | 75090-7366 | K29489 | 66.90 | * |
| DANNY HUKLE | 285 JOHNSON DR APT 59 | | SHEPHERDSVILL | KY | 40165-6470 | K33187 | 66.90 | * |
| DANNY J GIPSON | 1919 WATER FALL WAY | | WYLIE | TX | 75098-7830 | K34060 | 66.90 | * |
| DANNY L BECHTOL | 28701 S MAPLE ST LOT 230 | | ROMULUS | MI | 48174-2339 | K58579 | 66.90 | * |
| DANNY L POLK | 10045 PALERMO CIR APT 104 | | TAMPA | FL | 33619-5074 | K35933 | 66.90 | * |
| DANNY LEE MCHATTON | PO BOX 705 | | ADKINS | TX | 78101-0705 | K52050 | 66.90 | * |
| DANNY LYON | 6039 E COUNTY ROAD 700 S | | PLAINFIELD | IN | 46168-9064 | K45958 | 66.90 | * |
| DANNY MICHAEL FERRARI | 2911 MERLE HAY RD APT 6 | | DES MOINES | IA | 50310-1104 | K28367 | 66.90 | * |
| DANNY MONTGOMERY | 3405 AVENUE Q | | GALVESTON | TX | 77550-7559 | K15898 | 66.90 | * |
| DANNY O'NEAL | 33339 NICHOLAS CMN | | TEMECULA | CA | 92592-4359 | K52273 | 66.90 | * |
| DANNY R ERICKSON | 1032 S GRANT ST | | MOSES LAKE | WA | 98837-2332 | K37424 | 66.90 | * |
| DANNY WILLIAMSON | 3216 DANAHA ST | | TORRANCE | CA | 90505-6925 | K21892 | 66.90 | * |
| DAPHNE GLASSMAN | 233 FALMOUTHPORT DR | | TEATICKET | MA | 02536-5805 | K13485 | 66.90 | * |
| DARCY KLEIN | 1807 S 20TH ST | | GRAND FORKS | ND | 58201-6148 | K38381 | 66.90 | * |
| DARIA A MELDER | 7217 BENSON CT | | NEW ORLEANS | LA | 70127-2003 | K59699 | 66.90 | * |
| DARIA L PETRILLI-ECKERT | 90 BOLTON RD | | HARVARD | MA | 01451-1601 | K18722 | 66.90 | * |
| DARL L TIPPLE | 9565 VILLA WAY | | MIAMISBURG | OH | 45342-5283 | K34452 | 66.90 | * |
| DARL S MARVIN | 3703 LAKE AVE APT 103 | | ASHTABULA | OH | 44004-5734 | K16073 | 66.90 | * |
| DARLA D JANTZER | 1437 QUAIL XING | | GRANTS PASS | OR | 97526-3688 | K31204 | 66.90 | * |
| DARLA EAGY | 23884 COUNTY ROAD D | | ARCHBOLD | OH | 43502-9723 | K45304 | 66.90 | * |
| DARLA OXLEY | 1023 GRANGE HALL RD | | FENTON | MI | 48430-1615 | K56565 | 66.90 | * |
| DARLEEN GOODWIN | 9188 RUSH ST | | CLARKSVILLE | MI | 48815-9819 | K35798 | 66.90 | * |
| DARLEEN TAYLOR | 6 WEIGAND LN | | DELMAR | NY | 12054-2731 | K22616 | 66.90 | * |
| DARLENE [DEE DEE] HOWARD | 1017 HAMPTON TER | | NORTH AUGUSTA | SC | 29841-3461 | K20876 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 98 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| DARLENE [TERSE] STAMOS | 1074 CRESTWOOD CT APT 1426 | | ELK GROVE VIL | IL | 60007-3845 | K52402 | 66.90 | * |
| DARLENE ALDIS | 26336 SUSAN ST | | TAYLOR | MI | 48180-3023 | K58713 | 66.90 | * |
| DARLENE ALVAREZ | 1615A DIVISION ST | | MANITOWOC | WI | 54220-5627 | K46514 | 66.90 | * |
| DARLENE ANDERSON | 1945 N BENTON DR TRLR 50 | | SAUK RAPIDS | MN | 56379-2653 | K26424 | 66.90 | * |
| DARLENE ANDREWS | 469 EUNICE ST | | EL DORADO | KS | 67042-3339 | K55039 | 66.90 | * |
| DARLENE BULLINGTON | 7925 MITCHAM DR | | AMARILLO | TX | 79121-1029 | K28576 | 66.90 | * |
| DARLENE BYRNE | 1517 TIMEA ST | | KEOKUK | IA | 52632-3952 | K17061 | 66.90 | * |
| DARLENE DENESE HOARD | 253 HARBOR VILLAGE DR | | MADISON | TN | 37115-2294 | K16854 | 66.90 | * |
| DARLENE DRULEY | 1223 TINGLER RD W | | RICHMOND | IN | 47374-9203 | K31087 | 66.90 | * |
| DARLENE FOLEY | 330 RIDGEVIEW LN | | MONROE | OH | 45050-1461 | K41491 | 66.90 | * |
| DARLENE GEURIN | 9413 E HEANEY CIR | | SANTEE | CA | 92071-2919 | K33863 | 66.90 | * |
| DARLENE GOULD-MURRAY | 1030 LEE ST | | FENTON | MI | 48430-1568 | K59009 | 66.90 | * |
| DARLENE HATCH | 714 N MOLINE ST | | ROCKPORT | TX | 78382-5109 | K54172 | 66.90 | * |
| DARLENE HERRICK | 271 W PASEO RECORTADO | | GREEN VALLEY | AZ | 85614-3468 | K55516 | 66.90 | * |
| DARLENE KITELEY | 10702 W CAMELOT CIR | | SUN CITY | AZ | 85351-1509 | K54901 | 66.90 | * |
| DARLENE KUMMER | 7209 MOENNING RD | | SHEBOYGAN | WI | 53081-9129 | K48271 | 66.90 | * |
| DARLENE KVATERNIK | 3309 BRISBAN ST | | HARRISBURG | PA | 17111-1860 | K60815 | 66.90 | * |
| DARLENE L LARSEN | 4227 N US HIGHWAY 1 | | FORT PIERCE | FL | 34946-8446 | K52953 | 66.90 | * |
| DARLENE L MEANS | 1704 DAKOTA ST | | LEAVENWORTH | KS | 66048-1112 | K34647 | 66.90 | * |
| DARLENE LINSKEY | 245 WILDWOOD DR LOT 77 | | SAINT AUGUSTI | FL | 32086-5545 | K57409 | 66.90 | * |
| DARLENE MASON | PO BOX 218 | | WEST ALEXANDR | OH | 45381-0218 | K50855 | 66.90 | * |
| DARLENE MILLER | PO BOX 41 | | SENECA | OR | 97873-0041 | K34466 | 66.90 | * |
| DARLENE NORMAN | 1001 S MAIN ST | | CHAMBERLAIN | SD | 57325-1627 | K52870 | 66.90 | * |
| DARLENE OLSEN | PO BOX 508 | | RANIER | MN | 56668-0508 | K18572 | 66.90 | * |
| DARLENE RICHARDS | PO BOX 96 | | EFFIE | MN | 56639-0096 | K17947 | 66.90 | * |
| DARLENE S BENETTI | 1990 SOUTHGATE WAY | | GRANTS PASS | OR | 97527-9235 | K30569 | 66.90 | * |
| DARLENE SCHMITT | W6408 JUDY DR | | PLYMOUTH | WI | 53073-3418 | K47639 | 66.90 | * |
| DARLENE SMITH | 9660 WARWICK DR | | DESERT HOT SP | CA | 92240-1324 | K29361 | 66.90 | * |
| DARLENE SOCKRIDER | 47 N WESTVIEW CT | | MELBOURNE | FL | 32934-8005 | K45454 | 66.90 | * |
| DARLENE TORR | 5839 LAFAYETTE ST | | CLAYTON | IN | 46118-9486 | K46178 | 66.90 | * |
| DARLENE TROTTER | 201 CARTWRIGHT DR | | RICHMOND | IN | 47374-3954 | K23815 | 66.90 | * |
| DARLENE WALLS | 2006 4TH AVE | | INTERNATIONAL | MN | 56649-3940 | K19182 | 66.90 | * |
| DARLENE WILLIAMS | 3820 N NEWHALL ST | | MILWAUKEE | WI | 53211-2220 | K45150 | 66.90 | * |
| DARLENE WYTCHERLEY | 5220 DEMARAY DR | | GRANTS PASS | OR | 97527-7112 | K40667 | 66.90 | * |
| DARLOS PRESTON | 2505 MARIAN ST | | GRAND PRAIRIE | TX | 75050-2123 | K41864 | 66.90 | * |
| DAROLD PIERRON | 476 W WARD ST | | VERSAILLES | OH | 45380-1136 | K35366 | 66.90 | * |
| DARREL DAVIS | 615 N ROAN ST | | ALGONA | IA | 50511-1953 | K54967 | 66.90 | * |
| DARREL DOUGLAS | 556 PORTER GREEN DR SE | | BESSEMER | AL | 35022-6618 | K52767 | 66.90 | * |
| DARREL ESTABROOKS | 5745 S LOWELL BLVD | | LITTLETON | CO | 80123-2847 | K20768 | 66.90 | * |
| DARREL FINE | 5042 S COUNTY ROAD 400 E | | GREENCASTLE | IN | 46135-8057 | K44813 | 66.90 | * |
| DARREL L LECKLITER | 320 N WALNUT | | HOWARD | KS | 67349-4864 | K51226 | 66.90 | * |
| DARRELL A DETRO | 1003 BARRINGTON DR | | GREENCASTLE | IN | 46135-8191 | K44770 | 66.90 | * |
| DARRELL ALONZO WHITFIELD | 9500 DASHIA DR | | FORT WASHINGT | MD | 20744-3767 | K14863 | 66.90 | * |
| DARRELL BECKER | 5114 RUSSELL DR | | GREENDALE | WI | 53129-2836 | K31681 | 66.90 | * |
| DARRELL BENNETT JR | 602 W LAKE CIR | | CHESAPEAKE | VA | 23322-8389 | K45767 | 66.90 | * |
| DARRELL BLAIR | 4 HEATHER CT | | WASHINGTON | IL | 61571-2396 | K45027 | 66.90 | * |
| DARRELL GORTER | 240 118TH AVE SE APT 14 | | BELLEVUE | WA | 98005-3569 | K55247 | 66.90 | * |
| DARRELL J ESTENSON | 2303 90TH ST | | LUBBOCK | TX | 79423-4309 | K33732 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DARRELL M RUF | 1525 WHITETAIL LN | | CEDARBURG | WI | 53012-8955 | K42611 | 66.90 | * |
| DARRELL OARD | 1912 W COURTSIDE DR | | PEORIA | IL | 61614-1264 | K45124 | 66.90 | * |
| DARRELL OLGES | 9630 SIANO PINES DR | | HUMBLE | TX | 77396-4218 | K35376 | 66.90 | * |
| DARRELL OSTENDORF | 320 6TH AVE S | | SARTELL | MN | 56377-1964 | K25374 | 66.90 | * |
| DARRELL RAYMOND BEIMERS | 5201 E 86TH ST | | NEWAYGO | MI | 49337-8610 | K35013 | 66.90 | * |
| DARRELL STAFFORD | 3497 LEONARD RD | | GRANTS PASS | OR | 97527-6151 | K34002 | 66.90 | * |
| DARRELL SWEET | 2004 PARK RD | | JACKSON | MI | 49203-4938 | K42284 | 66.90 | * |
| DARRELL T HILL | 140 LANNEAU DR | | GREENVILLE | SC | 29605-1710 | K34200 | 66.90 | * |
| DARRELL WILSON | 12861 WEST ST SPC 106 | | GARDEN GROVE | CA | 92840-5600 | K46770 | 66.90 | * |
| DARRIN FRYE | 120 BINDL DR | | REEDSBURG | WI | 53959-2415 | K51775 | 66.90 | * |
| DARRIN J MILLS | PO BOX 421 | | CORY | CO | 81414-0421 | K24307 | 66.90 | * |
| DARRYL HORNBERGER | 219 STEPHEN LN | | EPHRATA | PA | 17522-9709 | K58087 | 66.90 | * |
| DARRYL JACKSON | 2446 IMPALA DR | | CINCINNATI | OH | 45231-1720 | K38927 | 66.90 | * |
| DARSIE GETTINGER | 4854 SHARON AVE | | COLUMBUS | OH | 43214-1841 | K51424 | 66.90 | * |
| DART NICKEL | 520 JOHNSON STREET RD | | KEOKUK | IA | 52632-2206 | K21982 | 66.90 | * |
| DARVIN C PARKER | 1706 WINDCHIME DR | | DALLAS | TX | 75224-4819 | V99770 | 66.90 | * |
| DARWIN A [BUTCH] VOIGT | 27181 RIDGEWOOD DR | | MERRIFIELD | MN | 56465-4295 | K19860 | 66.90 | * |
| DARWIN DIRKS | 800 S GREENWOOD DR | | LE MARS | IA | 51031-2443 | K52968 | 66.90 | * |
| DARWIN LAMB | 1821 TWO MILE AVE | | WISCONSIN RAP | WI | 54494-6768 | K48170 | 66.90 | * |
| DARYL ABBOTT | PO BOX 5501 | | CAREFREE | AZ | 85377-5501 | K46175 | 66.90 | * |
| DARYL CLIFTON | PO BOX 261 | | COTOPAXI | CO | 81223-0261 | K47709 | 66.90 | * |
| DARYL F WITTE | 28211 FOUNTAIN ST | | ROSEVILLE | MI | 48066-4761 | K41026 | 66.90 | * |
| DARYL LYNN STEPHENS | 1840 GLEN ECHO RD | | JOHNSON CITY | TN | 37604-2742 | K25878 | 66.90 | * |
| DARYL NAPIER | 1497 W PLEASANT PLAIN RD | | WILLIAMSBURG | IN | 47393-9760 | K27676 | 66.90 | * |
| DARYL PARKS | 3000 MALLARD PT | | ISLAND LAKE | IL | 60042-9791 | K60429 | 66.90 | * |
| DARYL PRICE | 812 BRAMPTON LN | | SAINT AUGUSTI | FL | 32084-1882 | K60100 | 66.90 | * |
| DARYL R GORDON | 2364 N TOWNSHIP ROAD 165 | | TIFFIN | OH | 44883-8464 | K35076 | 66.90 | * |
| DAVE A ROGERS | 8835 SW CHERRY LN | | STUART | FL | 34997-7105 | K35968 | 66.90 | * |
| DAVE ADAMS | 89 SURREY DR | | BRUNSWICK | OH | 44212-1212 | K45008 | 66.90 | * |
| DAVE B WILLIAMSON | 1323 MIDDLESEX AVE NE | | ATLANTA | GA | 30306-3278 | K50542 | 66.90 | * |
| DAVE BARRON | 115 LOS ARBOR DR | | DELAND | FL | 32724-1259 | K61188 | 66.90 | * |
| DAVE CAMP | 411 S SUMMIT ST | | BANCROFT | IA | 50517-8029 | K59342 | 66.90 | * |
| DAVE COX | 2834 1/2 PATTERSON ST | | KLAMATH FALLS | OR | 97603-6999 | K40191 | 66.90 | * |
| DAVE D RUSSELL | 1610 SE N ST | | GRANTS PASS | OR | 97526-4028 | K36270 | 66.90 | * |
| DAVE F CORNER | 9854 HUNTINGDON LN | | SAINT LOUIS | MO | 63123-6416 | K39018 | 66.90 | * |
| DAVE GILTROW | PO BOX 389 | | SANTA FE | NM | 87504-0389 | V98873 | 66.90 | * |
| DAVE HART | 11467 W RAUL ST | | BOISE | ID | 83709-7380 | K23992 | 66.90 | * |
| DAVE LONGER | 2387 N TWELVE OAKS DR | | FAYETTEVILLE | AR | 72703-6118 | K33192 | 66.90 | * |
| DAVE PELLEGROM | 4700 PINEWOOD DR | | MIDLAND | MI | 48640-1978 | K11086 | 66.90 | * |
| DAVE REGAN | 35815 WILLOW WAY | | EUSTIS | FL | 32736-9661 | K31746 | 66.90 | * |
| DAVE RILEY | 3398 MOUNT VERNON DR | | WATERLOO | IA | 50701-4621 | K56013 | 66.90 | * |
| DAVE SCHACHTER | 516 BRYAN ST SE | | ATLANTA | GA | 30312-3307 | K45396 | 66.90 | * |
| DAVE SCHATTEL | 528 SW A ST | | RICHMOND | IN | 47374-4023 | K25105 | 66.90 | * |
| DAVE SCHEUNEMANN | 2200 S PALMETTO AVE | | MARSHFIELD | WI | 54449-5330 | K50082 | 66.90 | * |
| DAVE SCHNEIDER | 1106 W NOPAL PL | | CHANDLER | AZ | 85224-2320 | K15683 | 66.90 | * |
| DAVE SEYMOUR | 1725 N 170TH ST | | OMAHA | NE | 68118-2837 | K56221 | 66.90 | * |
| DAVE SUMMY | 2200 COUNTRY CLUB RD | | INDIANOLA | IA | 50125-1197 | K27353 | 66.90 | * |
| DAVE W SCHEVERS | 1916 OTTE RD | | WEST POINT | IA | 52656-9342 | K16388 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DAVID [DAVE] BOLLEI | PO BOX 236 | | TIFFIN | IA | 52340-0236 | K59521 | 66.90 | * |
| DAVID [DAVE] LUCAS | 4263 HIGHWAY 13 | | CENTRAL CITY | IA | 52214-9690 | K16660 | 66.90 | * |
| DAVID [DAVE] NORTH | 921 W BEYER RD | | LUDINGTON | MI | 49431-9525 | K42039 | 66.90 | * |
| DAVID [JERRY] EVANS | PO BOX 668 | | DEFUNIAK SPRI | FL | 32435-0668 | K53738 | 66.90 | * |
| DAVID [LEE] CERNUSKA | 43395 SHIRLEY CANNON RD | | GONZALES | LA | 70737-7539 | K32508 | 66.90 | * |
| DAVID A AMOROSE SR | 8 BERKLEY AVE | | JOLIET | IL | 60433-1542 | K51147 | 66.90 | * |
| DAVID A CAMPBELL JR | 2201 BAY AVE APT 102 | | OCEAN CITY | NJ | 08226-2570 | K34428 | 66.90 | * |
| DAVID A CRAMER | HC 72 BOX 850 | | TOK | AK | 99780-9402 | K17757 | 66.90 | * |
| DAVID A FORTMEYER | 1829 GLENLIVET CT | | FORT WAYNE | IN | 46804-3851 | K38224 | 66.90 | * |
| DAVID A FRITZ | 3964 PATRICIA LN | | RICHFIELD | WI | 53076-9778 | K55661 | 66.90 | * |
| DAVID A GITTRICH | 6220 E 8TH ST N | | WICHITA | KS | 67208-3608 | K30029 | 66.90 | * |
| DAVID A HANKIN | 1850 TURK ST APT 101 | | SAN FRANCISCO | CA | 94115-4492 | K35963 | 66.90 | * |
| DAVID A HITT | 5320 CHINOOK CT | | LAKE OSWEGO | OR | 97035-8108 | K39273 | 66.90 | * |
| DAVID A HOGFOSS | PO BOX 12581 | | GRAND FORKS | ND | 58208-2581 | K32892 | 66.90 | * |
| DAVID A JENKINS | 2413 ROBINSON RD | | KNOXVILLE | TN | 37923-1327 | K12190 | 66.90 | * |
| DAVID A KNICKEL | 16330 HICKORY POINT RD | | HOUSTON | TX | 77095-4008 | K40616 | 66.90 | * |
| DAVID A KRAUSE | 2199 PATRIOT BLVD | | GLENVIEW | IL | 60026-8018 | K53876 | 66.90 | * |
| DAVID A KROPP | 11132 3RD ST | | MOKENA | IL | 60448-1107 | K49528 | 66.90 | * |
| DAVID A KUCZINSKI | 1818 N HERON DR | | RIDGEFIELD | WA | 98642-9582 | K44516 | 66.90 | * |
| DAVID A MARTIN | 1375 PERSHING BLVD APT 802 | | SHILLINGTON | PA | 19607-1463 | K29859 | 66.90 | * |
| DAVID A RAUSCH | 10872 QUIN SIGAMOND LN | | CENTRAL LAKE | MI | 49622-9704 | K24923 | 66.90 | * |
| DAVID A REDING | 595 9TH AVE NW | | NEW BRIGHTON | MN | 55112-4242 | K23655 | 66.90 | * |
| DAVID A REMENSCHNEIDER | 9815 PIONEER TRL | | LEO | IN | 46765-9309 | K41028 | 66.90 | * |
| DAVID A ROSENBLUM | PO BOX 180 | | KILLINGTON | VT | 05751-0180 | K34388 | 66.90 | * |
| DAVID A TOMFOHRDE | 403 N LINCOLN ST | | HINSDALE | IL | 60521-3444 | K51447 | 66.90 | * |
| DAVID ALAN SADLER | 1493 CATALINA LN | | AURORA | IL | 60504-3708 | K50820 | 66.90 | * |
| DAVID ALLMANN | PO BOX 1713 | | FOND DU LAC | WI | 54936-1713 | K57303 | 66.90 | * |
| DAVID ALLSUP | 1113 9TH ST SE | | ALTOONA | IA | 50009-2708 | K20984 | 66.90 | * |
| DAVID ARMSTRONG | 502 S CHAPARRAL | | BURNET | TX | 78611-2961 | K17627 | 66.90 | * |
| DAVID ARMSTRONG | 18802 N 96TH LN | | PEORIA | AZ | 85382-2604 | K44140 | 66.90 | * |
| DAVID B [DAVE] NEWCOMB | 8535 GENESEE RD | | TAYLORSVILLE | CA | 95983-9733 | K30398 | 66.90 | * |
| DAVID B [DAVE] MOORES | 6325 HIRAM AVE | | ASHTABULA | OH | 44004-7630 | K18381 | 66.90 | * |
| DAVID B CARR | PO BOX 311 | | VILLANOVA | PA | 19085-0311 | K34748 | 66.90 | * |
| DAVID B TILLMAN MD | 5544 E THE TOLEDO | | LONG BEACH | CA | 90803-3936 | K43510 | 66.90 | * |
| DAVID BALDWIN | 8859 S 350 E | | LYNN | IN | 47355-9359 | K31798 | 66.90 | * |
| DAVID BELL | 628 OAKFIELD TRL | | MEBANE | NC | 27302-8870 | K37804 | 66.90 | * |
| DAVID BENJAMIN GILLUS JR | 4206 DEGNAN BLVD | | LOS ANGELES | CA | 90008-4552 | K24380 | 66.90 | * |
| DAVID BENTON WHITTAKER | 68690 JARANA RD | | CATHEDRAL CIT | CA | 92234-8111 | K62783 | 66.90 | * |
| DAVID BERNHARDT | 536 E HOLSTEIN WAY | | MURRAY | UT | 84107-6627 | K49059 | 66.90 | * |
| DAVID BLACK JR | 1071 FAIRWOOD LN | | WINTER HAVEN | FL | 33881-8767 | K11959 | 66.90 | * |
| DAVID BRADLEY | 4310 GOSEY HILL RD | | FRANKLIN | TN | 37064-7721 | K53247 | 66.90 | * |
| DAVID BREDOW | 10591 OAK LN APT 17113 | | BELLEVILLE | MI | 48111-4766 | K58386 | 66.90 | * |
| DAVID BRUCE DENTLER | 3 WINCHESTER CT | | MECHANICSBURG | PA | 17050-8222 | K16063 | 66.90 | * |
| DAVID C CROWE | 9509 NUT TREE CT | | ELK GROVE | CA | 95624-1916 | K29800 | 66.90 | * |
| DAVID C FONDRIE | 2216 E LAKE BLUFF BLVD | | SHOREWOOD | WI | 53211-1761 | K62231 | 66.90 | * |
| DAVID C FULTON | 65 WEST ST | | GROTON | CT | 06340-4412 | K10133 | 66.90 | * |
| DAVID C GREEN | 996 SUMMER PL | | PITTSBURGH | PA | 15243-2061 | K40400 | 66.90 | * |
| DAVID C JONES | 19950 MILLWOOD RD | | EASTON | KS | 66020-8050 | K33737 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DAVID C MORROW | 38 S MAIN ST | | JEFFERSONVILL | OH | 43128-1019 | K49924 | 66.90 | * |
| DAVID C PERKINS | 238 LAKECREST AVE | | BATON ROUGE | LA | 70807-2539 | K57833 | 66.90 | * |
| DAVID C SIEGFRIED | 30 WESTERN DR | | SHORT HILLS | NJ | 07078-3230 | K37575 | 66.90 | * |
| DAVID C TURNER | 12770 US HIGHWAY 166 | | ARKANSAS CITY | KS | 67005-6063 | K49133 | 66.90 | * |
| DAVID CARRIS | 65 E BEMIS RD | | SALINE | MI | 48176-9492 | V99808 | 66.90 | * |
| DAVID CHRISTIANSEN | 12403 E 19TH AVE | | SPOKANE VALLE | WA | 99216-2530 | K55288 | 66.90 | * |
| DAVID CLYDE WILLIAMS | 104 RIO LEON CV | | GEORGETOWN | TX | 78633-5064 | K31003 | 66.90 | * |
| DAVID COFFELT | 3009 MISSOURI AVE | | LAS CRUCES | NM | 88011-4815 | K18705 | 66.90 | * |
| DAVID COFFEY | 300 CASA DEL LAGO WAY | | LENOIR CITY | TN | 37772-4484 | K22793 | 66.90 | * |
| DAVID CORLEY | 1206 LA PAZ DR | | ANDREWS | TX | 79714-2608 | K46898 | 66.90 | * |
| DAVID COVELY | 220 S PROSPECT AVE APT 14 | | REDONDO BEACH | CA | 90277-3582 | K41767 | 66.90 | * |
| DAVID CROWTHER | 1141 ROCKPORT WAY | | SALINAS | CA | 93906-4927 | K37495 | 66.90 | * |
| DAVID CRUME | 228 ALPHA AVE | | LOUISVILLE | KY | 40218-3206 | K33032 | 66.90 | * |
| DAVID D [DAVE] HENKE | 8919 COUNTY RD N | | SAYNER | WI | 54560-9766 | K48024 | 66.90 | * |
| DAVID D BAALS | 915 PASADENA DR | | FORT WAYNE | IN | 46807-2506 | K38821 | 66.90 | * |
| DAVID D BRAMHALL | 440 CERRILLOS DR | | FARMINGTON | NM | 87401-9278 | K39251 | 66.90 | * |
| DAVID D IGELMAN | 1668 E MAGNOLIA CT SW | | OCEAN ISLE BE | NC | 28469-6403 | K24239 | 66.90 | * |
| DAVID D WILKES | 125 OWSLEY AVE | | LEXINGTON | KY | 40502-1525 | K48248 | 66.90 | * |
| DAVID DAVID | 6495 HEMLOCK ST | | VESPER | WI | 54489-9446 | K47123 | 66.90 | * |
| DAVID DAVIDSON | 608 N 7TH ST | | HIAWATHA | KS | 66434-1930 | K57918 | 66.90 | * |
| DAVID DE BLOIS | 342 CHESTNUT ST | | WILMINGTON | MA | 01887-3314 | K53547 | 66.90 | * |
| DAVID DEETS | 3212 SW 2ND ST | | DES MOINES | IA | 50315-7606 | K21217 | 66.90 | * |
| DAVID DICKEY | 1918 WISDOM DR APT 3 | | AMARILLO | TX | 79106-2461 | K35121 | 66.90 | * |
| DAVID DOTY | 460 E 5TH ST | | OAKBORO | NC | 28129-9318 | K35694 | 66.90 | * |
| DAVID E ASHBY II | 807 PINEVIEW DR | | PAPILLION | NE | 68046-4732 | K55407 | 66.90 | * |
| DAVID E BEAN | 2232 BIRON DR E | | WISCONSIN RAP | WI | 54494-8754 | K47287 | 66.90 | * |
| DAVID E BENNER | 6974 UPPER YORK RD | | NEW HOPE | PA | 18938-9510 | K37666 | 66.90 | * |
| DAVID E CHUTE | 4703 COUNTY ROAD 29 | | RAY | MN | 56669-9024 | K19783 | 66.90 | * |
| DAVID E CONKLIN | 2361 BAY VIEW AVE | | CARMEL | CA | 93923-9117 | K37942 | 66.90 | * |
| DAVID E FERRUCCI | 16 CRANDELL CT | | PALM COAST | FL | 32137-9010 | K44607 | 66.90 | * |
| DAVID E HERREWIG | 9713 W DEBBIE LN | | MILWAUKEE | WI | 53224-4619 | K34181 | 66.90 | * |
| DAVID E JORDAN | 3704 PROSPERITY AVE | | FAIRFAX | VA | 22031-3325 | K12804 | 66.90 | * |
| DAVID E KAPAUN | 225 S VINE ST | | WICHITA | KS | 67213-4063 | K32675 | 66.90 | * |
| DAVID E LAWRENCE | 840 OAK FAIRWAY CT | | MAYSVILLE | KY | 41056-7908 | K50619 | 66.90 | * |
| DAVID E LIPSON MD | 302 HEIGHTS RD | | RIDGEWOOD | NJ | 07450-2416 | K61952 | 66.90 | * |
| DAVID E PEROTTI | 44 OAK VALLEY DR | | NOVATO | CA | 94947-1936 | K53351 | 66.90 | * |
| DAVID E PRIBANIC | 124 ARROWOOD DR | | CRANBERRY TOW | PA | 16066-7302 | K61758 | 66.90 | * |
| DAVID E RAMOS | 1172 S MAIN ST # 339 | | SALINAS | CA | 93901-2204 | K32706 | 66.90 | * |
| DAVID E SMALL | 2394 SLATER HILL LN E | | YORK | PA | 17406-7598 | K50596 | 66.90 | * |
| DAVID EADIE | 416 CARDINAL DR | | MOUNT VERNON | IL | 62864-2246 | K46466 | 66.90 | * |
| DAVID EAGERTON | 3421 LAKESHORE DR | | FLORENCE | SC | 29501-8233 | K31068 | 66.90 | * |
| DAVID EARL BLACKMAN | PO BOX 94 | | COLLBRAN | CO | 81624-0094 | K17719 | 66.90 | * |
| DAVID EDSALL | 84 N AUDUBON RD | | INDIANAPOLIS | IN | 46219-5819 | K27622 | 66.90 | * |
| DAVID EDWARD LANGSAM | 336 LYNCROFT RD | | NEW ROCHELLE | NY | 10804-4123 | K56102 | 66.90 | * |
| DAVID EILAR | 1202 FAIRACRES RD | | RICHMOND | IN | 47374-1144 | K24799 | 66.90 | * |
| DAVID ENGEL | 5597 3RD AVE | | RUDOLPH | WI | 54475-9543 | K50077 | 66.90 | * |
| DAVID ENGLAND | 63 EAKES THOMPSON RD | | MOUNT JULIET | TN | 37122-4152 | K35409 | 66.90 | * |
| DAVID EUGENE HOUDESCHELL | 2613 WILLIAMSBURG LN NW APT | | CANTON | OH | 44708-1432 | K39811 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DAVID F HUME | 157 DEERFIELD RIDGE DR | | MYSTIC | CT | 06355-1151 | K11591 | 66.90 | * |
| DAVID F KUNKLEMAN | 1423 BURNISON RD | | MANSFIELD | OH | 44903-8939 | K46079 | 66.90 | * |
| DAVID F MCFARLAND | 802 S 15TH ST UNIT 1884 | | SEBRING | OH | 44672-2156 | K55902 | 66.90 | * |
| DAVID F OWEN | 11564 LINNET CT | | PENN VALLEY | CA | 95946-9613 | K60764 | 66.90 | * |
| DAVID F SHUMAKE | 266 BYRD RD | | CAMERON | NC | 28326-8078 | K59328 | 66.90 | * |
| DAVID FAX | 7421 QUAIL RIDGE LN | | BOWIE | MD | 20720-4350 | K60311 | 66.90 | * |
| DAVID FEETHAM | 7063 REID RD | | SWARTZ CREEK | MI | 48473-9422 | K56278 | 66.90 | * |
| DAVID FEIRING | 133 RANGER CT | | FRONT ROYAL | VA | 22630-6654 | K31472 | 66.90 | * |
| DAVID FLODQUIST | 25055 WARD ST | | TAYLOR | MI | 48180-2191 | K58711 | 66.90 | * |
| DAVID FORD | W6499 COUNTY ROAD V | | CASCADE | WI | 53011-1523 | K47199 | 66.90 | * |
| DAVID FREEMAN | 11 JOSEPH CT | | GRANITE CITY | IL | 62040-5285 | K59180 | 66.90 | * |
| DAVID FRITSCH | 8237 VIRGINIA CIR | | WATERFORD | WI | 53185-1380 | K41450 | 66.90 | * |
| DAVID FULLER | PO BOX 165 | | GREENLAND | MI | 49929-0165 | K43270 | 66.90 | * |
| DAVID FULTON | 1296 SHORES CHURCH RD | | GOODSPRING | TN | 38460-5251 | K31891 | 66.90 | * |
| DAVID G [DAVE] SCHERTZING | 2802 FOREST RIVER DR | | LANSING | MI | 48906-9073 | K42305 | 66.90 | * |
| DAVID G BILEN | 9613 SLABTOWN RD | | COLUMBUS GROV | OH | 45830-9487 | K44370 | 66.90 | * |
| DAVID G HEATH | 325 WOODMONT ST | | GRETNA | LA | 70056-7217 | K59052 | 66.90 | * |
| DAVID G KELLER | 1324 FAIRVIEW RD | | GLENMOORE | PA | 19343-2653 | K25735 | 66.90 | * |
| DAVID G MCDONALD | 926 SE UEHLAMAR DR | | ANKENY | IA | 50021-3325 | K53970 | 66.90 | * |
| DAVID G SILVER | 151 CASTLEWOOD DR | | RICHMOND | KY | 40475-8860 | K36471 | 66.90 | * |
| DAVID G SIMS | 1556 GLENHILL LN | | LEWISVILLE | TX | 75077-2834 | K27305 | 66.90 | * |
| DAVID G WOOD | 886 BURR OAK LN | | OCONOMOWOC | WI | 53066-8654 | K39809 | 66.90 | * |
| DAVID GABLE | 843 JUDD RD | | SALINE | MI | 48176-8822 | V98869 | 66.90 | * |
| DAVID GANTT | 225 N UNION ST APT 1 | | UNION CITY | IN | 47390-1452 | K34288 | 66.90 | * |
| DAVID GARDNER | 11936 KIMBALL AVE | | WATERLOO | IA | 50701-9541 | K55733 | 66.90 | * |
| DAVID GARVER | 112 PINE ST | | DANVILLE | IL | 61832-5781 | K61507 | 66.90 | * |
| DAVID GAWTRY | PO BOX 132 | | RUMFORD | ME | 04276-0132 | K20317 | 66.90 | * |
| DAVID GAZEL | 24351 CHERNICK ST | | TAYLOR | MI | 48180-2111 | K58940 | 66.90 | * |
| DAVID GIBB | 38 LAMBERT WAY | | NOVATO | CA | 94945-1757 | K59352 | 66.90 | * |
| DAVID GIZZI | 796 WILLOW RD | | TOMS RIVER | NJ | 08753-7808 | K60355 | 66.90 | * |
| DAVID GOETSCH | 131 12TH ST S | | WISCONSIN RAP | WI | 54494-4518 | K56078 | 66.90 | * |
| DAVID GRADWELL | 126 GLEN MOORE CIR | | LANCASTER | PA | 17601-4026 | K27699 | 66.90 | * |
| DAVID GRAF | 760 N STAGECOACH CT | | WICHITA | KS | 67230-7000 | K32273 | 66.90 | * |
| DAVID GRANADO | 905 LINN LN | | YUKON | OK | 73099-4215 | K38569 | 66.90 | * |
| DAVID GRANGER | 4881 TRIPHAMMER RD | | GENESEO | NY | 14454-9740 | K32496 | 66.90 | * |
| DAVID GREENWOOD | 307 S CEDAR ST | | LITITZ | PA | 17543-1909 | K29109 | 66.90 | * |
| DAVID GREGG IMIG | 7 BALSAMS CT | | HILTON HEAD I | SC | 29926-2210 | K51990 | 66.90 | * |
| DAVID GRINNELL | 3501 DESERT CREEK TRL | | PALM SPRINGS | CA | 92262-9754 | K26538 | 66.90 | * |
| DAVID H AURINGER | PO BOX 82 | | ATLANTIC | NC | 28511-0082 | K37532 | 66.90 | * |
| DAVID H EICKBUSCH | 1210 AMISTAD DR | | ROUND ROCK | TX | 78664-9332 | K38604 | 66.90 | * |
| DAVID H ELLIS | 702 LOCUST LN | | CENTERVILLE | IN | 47330-1544 | K31135 | 66.90 | * |
| DAVID H KISH | 708 WENONAH ST | | TECUMSEH | MI | 49286-1041 | K61233 | 66.90 | * |
| DAVID H KWARTA | 7522 NANTUCKET DR | | DARIEN | IL | 60561-4756 | K51248 | 66.90 | * |
| DAVID H MANTHEI | 107 RED RIVER RD | | NEW CASTLE | IN | 47362-1135 | K49607 | 66.90 | * |
| DAVID H RANDALL | PO BOX 522 | | KAUFMAN | TX | 75142-0522 | K41282 | 66.90 | * |
| DAVID H SEIBERLING | 1632 ASHLAND AVE | | EVANSTON | IL | 60201-4006 | K50839 | 66.90 | * |
| DAVID HAMIL | 5904 NW 54TH ST | | OKLAHOMA CITY | OK | 73122-6105 | K62471 | 66.90 | * |
| DAVID HAMM | 4328 DOBBIN CIR | | DAYTON | OH | 45424-8129 | K33915 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|--------------|
| DAVID HANSSEN | 245 SOUTHGATE DR | | DUBUQUE | IA | 52003-7156 | K59373 | 66.90 | * |
| DAVID HART | 150 CYCLONE DR | | FORT PIERCE | FL | 34945-4121 | K37650 | 66.90 | * |
| DAVID HARTSOCK | 2920 GREEN VISTA DR | | BEAVERCREEK | OH | 45431-8743 | K16219 | 66.90 | * |
| DAVID HAVERLY | 101 FOX RUN DR | | TAYLORSVILLE | KY | 40071-9709 | K35527 | 66.90 | * |
| DAVID HEIN | W7136 STATE HIGHWAY 23 | | GLENBEULAH | WI | 53023-1132 | K52662 | 66.90 | * |
| DAVID HEINTZELMAN | 391 MINDORO ST | | MORRO BAY | CA | 93442-1322 | K39383 | 66.90 | * |
| DAVID HENDRICKSON | 1201 ATLANTA DR | | GARLAND | TX | 75041-5337 | K50992 | 66.90 | * |
| DAVID HENRY FULGHUM | 6731 REDWOOD AVE | | SEBASTOPOL | CA | 95472-4514 | K48652 | 66.90 | * |
| DAVID HILL | 217 SUNSET DR | | FRANKFORT | MI | 49635-9662 | K15045 | 66.90 | * |
| DAVID HILL | PO BOX 8351 | | KENT | WA | 98042-0051 | K34128 | 66.90 | * |
| DAVID HILLIARD SR | 310 CADGEWITH E | | LANSING | MI | 48906-1526 | K42548 | 66.90 | * |
| DAVID HOCHSTETLER | 3135 TAWA DR | | LIMA | OH | 45806-1419 | K55675 | 66.90 | * |
| DAVID HODGSON | 1186 COUNTY ROAD 2395 | | ALVORD | TX | 76225-7902 | K27682 | 66.90 | * |
| DAVID HONEYCUTT PHD | 9427 S PLEASANT AVE | | CHICAGO | IL | 60643-6347 | K62674 | 66.90 | * |
| DAVID HOUSEHOLDER | 1945 RADCLIFF AVE SE | | GRAND RAPIDS | MI | 49506-5140 | K18675 | 66.90 | * |
| DAVID HUDSON | 6725 TYLERSVILLE RD | | WEST CHESTER | OH | 45069-1418 | K39841 | 66.90 | * |
| DAVID I SPITLER | 412 VIA CALANDRIA UNIT D | | RIO RICO | AZ | 85648-6670 | K52621 | 66.90 | * |
| DAVID J [DAVE] GEGEN | 519 N TURNBERRY CIR | | WICHITA | KS | 67230-1522 | K30323 | 66.90 | * |
| DAVID J BAKER | PO BOX 456 | | UTICA | OH | 43080-0456 | K50067 | 66.90 | * |
| DAVID J CECI | 134 CAMPUS RD | | STATEN ISLAND | NY | 10301-4425 | K43051 | 66.90 | * |
| DAVID J FRITTS JR | PO BOX 252 | | SUGAR GROVE | OH | 43155-0252 | K28502 | 66.90 | * |
| DAVID J GILL | PO BOX 27 | | ETOWAH | NC | 28729-0027 | K15189 | 66.90 | * |
| DAVID J HEBERT | 4008 NEWLANDS ST | | METAIRIE | LA | 70002-4344 | K57100 | 66.90 | * |
| DAVID J KISSNER | PO BOX 1724 | | SAINT CLOUD | MN | 56302-1724 | K31043 | 66.90 | * |
| DAVID J LAGUAITE | 6000 BOUTALL ST | | METAIRIE | LA | 70003-2036 | K50994 | 66.90 | * |
| DAVID J LUCCA | 16290 W PARK RD | | HAYWARD | WI | 54843-2551 | K18296 | 66.90 | * |
| DAVID J MULLEN III | 8555 W 66TH CIR | | ARVADA | CO | 80004-3224 | K16791 | 66.90 | * |
| DAVID J SHUMAN | 9116 16TH ST | | SILVER SPRING | MD | 20910-2145 | K13834 | 66.90 | * |
| DAVID J THOMPSON | 714 SAINT ANDREWS WAY | | LOMPOC | CA | 93436-1327 | K46441 | 66.90 | * |
| DAVID JAMES JR | 619 SUDLOW LAKE RD | | NORTH AUGUSTA | SC | 29841-8698 | K30648 | 66.90 | * |
| DAVID JEFFRIES | 9338 WALTERVILLE RD | | HOUSTON | TX | 77080-7422 | K47686 | 66.90 | * |
| DAVID JURICIC | 8504 S MCKENZIE LN | | WEST JORDAN | UT | 84081-4849 | K55450 | 66.90 | * |
| DAVID K MILLER | 3421 CLIFFSIDE DR | | LA CROSSE | WI | 54601-7804 | K59529 | 66.90 | * |
| DAVID KANKE | 395 CHERRY ST | | BRIDGEWATER | MA | 02324-2803 | K24426 | 66.90 | * |
| DAVID KARCHNER | 28 EASY ST | | SELINSGROVE | PA | 17870-9101 | K16103 | 66.90 | * |
| DAVID KENNETH BARRINEAU | 619 MOUNT BETHEL GARMANY RD | | NEWBERRY | SC | 29108-9230 | K30438 | 66.90 | * |
| DAVID KIRLIN MD | 9290 LIBERTY HILL CT | | CINCINNATI | OH | 45242-4663 | K46256 | 66.90 | * |
| DAVID KONING | 925 ROYCE AVE | | KALAMAZOO | MI | 49001-4991 | K22385 | 66.90 | * |
| DAVID KONRICK | 71169 SCHOONER PL | | ABITA SPRINGS | LA | 70420-3463 | K53347 | 66.90 | * |
| DAVID KOSCHIK | 52 WAYSIDE PL | | MONTCLAIR | NJ | 07042-1639 | K16619 | 66.90 | * |
| DAVID KOSOW PHD | 419 RUSSELL AVE APT 501 | | GAITHERSBURG | MD | 20877-2874 | K49503 | 66.90 | * |
| DAVID KREBS | 3860 DEER CROSSING LN SE | | CALEDONIA | MI | 49316-7948 | K36091 | 66.90 | * |
| DAVID L ASHE | 4243 BEARDSLEY DR | | MONTGOMERY | AL | 36109-1626 | K59971 | 66.90 | * |
| DAVID L BETZEN | 946 S BROADMOOR AVE | | WICHITA | KS | 67207-2713 | K28619 | 66.90 | * |
| DAVID L CAIN | 40 SCHOOL HOUSE RD UNIT 3 | | WEYMOUTH | MA | 02188-4157 | K11130 | 66.90 | * |
| DAVID L ECKER | 3007 WEAVER RD | | LITITZ | PA | 17543-6507 | K27380 | 66.90 | * |
| DAVID L GEYER | 623 KING ST | | NORTHUMBERLAN | PA | 17857-1427 | K17876 | 66.90 | * |
| DAVID L HASKELL | PO BOX 55 | | SOUTH TAMWORT | NH | 03883-0055 | K26159 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| DAVID L JAEGER | 1422 WOODBRIDGE RD APT 3A | | JOLIET | IL | 60436-1355 | K51223 | 66.90 | * |
| DAVID L JOHNSON | 4342 SHIRE LANDING RD | | HILLIARD | OH | 43026-2482 | K27548 | 66.90 | * |
| DAVID L JOHNSON | 8535 LIMESTONE DR | | RIVERSIDE | CA | 92504-4230 | K49871 | 66.90 | * |
| DAVID L JOHNSON | 4610 LOG HOME LN | | WISCONSIN RAP | WI | 54494-6851 | K51359 | 66.90 | * |
| DAVID L LEHR | 6707 N KERMAN DR | | PARK CITY | KS | 67219-1507 | K47945 | 66.90 | * |
| DAVID L MARCUM | 2925 ROWAN BURTON RD | | ALVIN | TX | 77511-9378 | K47657 | 66.90 | * |
| DAVID L MEINE | 1732 HILLTOP DR | | WACO | TX | 76710-6102 | K25311 | 66.90 | * |
| DAVID L NAGLE | 115 TOMAHAWK BRANCH RD | | GREENWOOD | DE | 19950-1969 | K57847 | 66.90 | * |
| DAVID L OLIVIER | 16111 FINNIGANS CIR | | HOUSTON | TX | 77044-2436 | K52614 | 66.90 | * |
| DAVID L PRENTISS PHD | 1311 SMITH ST | | PROVIDENCE | RI | 02908-1821 | K13145 | 66.90 | * |
| DAVID L RAPHAEL | 1016 STRATFORD CT | | STATE COLLEGE | PA | 16801-3103 | K40702 | 66.90 | * |
| DAVID L SHUMWAY | PO BOX 552 | | SPIRIT LAKE | IA | 51360-0552 | K59005 | 66.90 | * |
| DAVID L THOMPSON | 518 1/2 DELAWARE ST | | LEAVENWORTH | KS | 66048-2643 | K40267 | 66.90 | * |
| DAVID L WILLS | 3439 ALLISON WAY | | LOUISVILLE | KY | 40220-1968 | K37797 | 66.90 | * |
| DAVID L WINTERS SR | 31 SCENIC DR | | MYERSTOWN | PA | 17067-3164 | K41406 | 66.90 | * |
| DAVID LANAHAN | 2590 EVERGREEN DR | | SAN BRUNO | CA | 94066-1716 | K52099 | 66.90 | * |
| DAVID LARSEN | 7232 VAN VLEET RD | | SWARTZ CREEK | MI | 48473-8576 | K56275 | 66.90 | * |
| DAVID LEE MCKINNEY | 4212 HAPPY VALLEY CIR | | NEWNAN | GA | 30263-4080 | K21131 | 66.90 | * |
| DAVID LEMKE | 908 TURNER RD | | KINGSFORD | MI | 49802-1230 | K40499 | 66.90 | * |
| DAVID LENHARDT | 10749 MITCHELL LN | | SAINT CLOUD | MN | 56301-9799 | K22846 | 66.90 | * |
| DAVID LEWIN | 19462 RIVERDALE LN | | HUNTINGTON BE | CA | 92648-5528 | K40305 | 66.90 | * |
| DAVID LEWIS | 724 WALDRON RD | | LA VERGNE | TN | 37086-4005 | K37143 | 66.90 | * |
| DAVID LINDGREN | 8106 GOLDEN VALLEY RD | | GOLDEN VALLEY | MN | 55427-4407 | K18577 | 66.90 | * |
| DAVID LISOWE | W6517 COUNTY RD N | | PLYMOUTH | WI | 53073-4522 | K54036 | 66.90 | * |
| DAVID LOFFREDO | 1447 E LACONA AVE | | DES MOINES | IA | 50320-1161 | K24706 | 66.90 | * |
| DAVID LOWE | 2435 LAKE LOREINE LN | | RICHMOND | VA | 23233-2523 | K54367 | 66.90 | * |
| DAVID M BINKLEY | 1112 OAK HAVEN RD | | KNOXVILLE | TN | 37932-2628 | K15979 | 66.90 | * |
| DAVID M BLAIR | 3568 NAVIGATOR PT | | KNOXVILLE | TN | 37922-6563 | K13311 | 66.90 | * |
| DAVID M BREYER | 72 KESSEL CT APT 6 | | MADISON | WI | 53711-6239 | K34539 | 66.90 | * |
| DAVID M CHAMBERLAIN | 1519 CHESTER BLVD | | RICHMOND | IN | 47374-1914 | K25392 | 66.90 | * |
| DAVID M CREGG | 1022 ARTHUR MOORE DR | | GREEN COVE SP | FL | 32043-9512 | K50255 | 66.90 | * |
| DAVID M ELLIS | 16 LARA PL | | WARREN | NJ | 07059-3009 | K39286 | 66.90 | * |
| DAVID M FORTENBERRY | 605 7TH AVE E | | KALISPELL | MT | 59901-5050 | K52252 | 66.90 | * |
| DAVID M JOHNSON | 7265 NORTHRIDGE DR | | OMAHA | NE | 68112-2522 | K57041 | 66.90 | * |
| DAVID M KENNEDY | PO BOX 3341 | | TUBAC | AZ | 85646-3341 | K34300 | 66.90 | * |
| DAVID M PARKS | 2461 ASHPORT RD | | JACKSON | TN | 38305-9183 | K29454 | 66.90 | * |
| DAVID M PARRIS | 20111 NE 27TH CT APT K218 | | AVENTURA | FL | 33180-2052 | K38662 | 66.90 | * |
| DAVID M PETERS | 7514 EAGLE LEDGE | | SAN ANTONIO | TX | 78249-2784 | K47679 | 66.90 | * |
| DAVID M YOUNG | 10325 SPAULDING PLZ APT 210 | | OMAHA | NE | 68134-7762 | K58188 | 66.90 | * |
| DAVID MARKLA | 39 SUNSET LN | | ALGONA | IA | 50511-5002 | K55208 | 66.90 | * |
| DAVID MARSH | 8206 LAKEVIEW DR | | WISCONSIN RAP | WI | 54494-9604 | K53266 | 66.90 | * |
| DAVID MARTIN | PO BOX 315 | | BROWNSTOWN | PA | 17508-0315 | K26674 | 66.90 | * |
| DAVID MASTEN | 203 S BLOOMINGTON ST APT 2 | | GREENCASTLE | IN | 46135-1880 | K45158 | 66.90 | * |
| DAVID MAURER | 911 SANDUSKY ST | | ASHLAND | OH | 44805-1148 | K62635 | 66.90 | * |
| DAVID MCAMIS | 8106 WILDROCK DR | | ARLINGTON | TX | 76001-2934 | K45140 | 66.90 | * |
| DAVID MCBRIDE | 1314 SHAFTER ST | | SAN ANGELO | TX | 76901-4661 | K44556 | 66.90 | * |
| DAVID MCMURRY | 468 DAVIS RD | | LIPAN | TX | 76462-4792 | K32379 | 66.90 | * |
| DAVID MCPHERSON | 5700 GROVE POINT RD | | ALPHARETTA | GA | 30022-6079 | K26748 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DAVID MEERMAN | 2153 ROBINSON RD APT 2 | | JACKSON | MI | 49203-3677 | K47607 | 66.90 | * |
| DAVID MEISTE | 122 SMOKEY RUN EST | | ROCKWOOD | TN | 37854-5716 | K17360 | 66.90 | * |
| DAVID MICHAEL DUNAGAN | 206 JESSE DEE ST | | NORTH AUGUSTA | SC | 29841-2453 | K32931 | 66.90 | * |
| DAVID MICHAEL KAILI JR | 911 LEACH AVE | | DES MOINES | IA | 50315-3414 | K21561 | 66.90 | * |
| DAVID MICHAEL KARON | 703 RIVER RD | | SOUTH ROYALTO | VT | 05068-9505 | K12236 | 66.90 | * |
| DAVID MILLER | 979 RUTH DR | | ELGIN | IL | 60123-1933 | K54252 | 66.90 | * |
| DAVID MONFREDINI | 407 VICENTE ST | | SAN FRANCISCO | CA | 94116-3055 | K52415 | 66.90 | * |
| DAVID MORGAN JOHNS | 246 ASH HILL DR | | EUTAWVILLE | SC | 29048-9303 | K50048 | 66.90 | * |
| DAVID MOSS | 2125 NIGHT SKY LN | | LAFAYETTE | CO | 80026-9378 | K56619 | 66.90 | * |
| DAVID N BROWN | 2727 N ORACLE RD APT 175 | | TUCSON | AZ | 85705-4335 | K41106 | 66.90 | * |
| DAVID NEWTON | 7313 BADGETT RD | | KNOXVILLE | TN | 37919-8802 | K13604 | 66.90 | * |
| DAVID NISSENHOLTZ | 335 N MERAMEC AVE UNIT 114 | | SAINT LOUIS | MO | 63105-3759 | K40347 | 66.90 | * |
| DAVID NOELKER | 227 WOODLAWN AVE | | RICHMOND | IN | 47374-4739 | K32554 | 66.90 | * |
| DAVID NORMAN | 4019 LIVE OAK RD | | MARIPOSA | CA | 95338-9400 | K21849 | 66.90 | * |
| DAVID O RADFORD II | 33 GLEN CRAG PL | | UNCASVILLE | CT | 06382-1400 | V99751 | 66.90 | * |
| DAVID ORD | 4720 LONG RD | | NEWPORT | MI | 48166-9626 | K61217 | 66.90 | * |
| DAVID P GONSOULIN JR | 2708 TUPELO ST # 3 | | KENNER | LA | 70062-5133 | K57265 | 66.90 | * |
| DAVID P KOCH | 106 APOLLO CT | | MUKWONAGO | WI | 53149-1701 | K40135 | 66.90 | * |
| DAVID P LYLE | 325 BARBERRY DR | | LEXINGTON | SC | 29072-8845 | K22593 | 66.90 | * |
| DAVID P MCCOLLISTER | 6 ARCHER CIR | | SAINT CHARLES | MO | 63301-1201 | K48238 | 66.90 | * |
| DAVID P RUSH | 119 PRESIDIO DR | | KERRVILLE | TX | 78028-8129 | K61991 | 66.90 | * |
| DAVID PALMGREN | 2907 W PRIEN LAKE RD | | LAKE CHARLES | LA | 70605-3921 | K32090 | 66.90 | * |
| DAVID PARK | 2846 NEW LEWISBURG HWY | | LEWISBURG | TN | 37091-6735 | K35466 | 66.90 | * |
| DAVID PARSONS | 209 E 7TH ST | | SCHUYLER | NE | 68661-2303 | K28508 | 66.90 | * |
| DAVID PELHAM MOLINEAUX | 265 POINCIANA DR | | INDIAN HARBOU | FL | 32937-4425 | K50964 | 66.90 | * |
| DAVID PERRON | 7574 SEIBERT RD | | EMBARRASS | MN | 55732-8734 | K26080 | 66.90 | * |
| DAVID PERRY | 10125 LINGO LN | | DALLAS | TX | 75228-3353 | K50563 | 66.90 | * |
| DAVID PETERSON | 12939 N COLONY DR | | MEQUON | WI | 53097-2303 | K42668 | 66.90 | * |
| DAVID PETTY | 609 S 21ST ST | | RICHMOND | IN | 47374-6524 | K32140 | 66.90 | * |
| DAVID R BERNARD | 6955 COLVIN RD | | BURTON | TX | 77835-4907 | K57974 | 66.90 | * |
| DAVID R JACOB | 14645 MARCELLA LN | | BROOKFIELD | WI | 53005-1667 | K48727 | 66.90 | * |
| DAVID R KOLBE | 1370 QUAKER WAY | | DAYTON | OH | 45438-2770 | K50506 | 66.90 | * |
| DAVID R SCHULTZ | 6184 ALLIGATOR LAKE SHR W | | SAINT CLOUD | FL | 34771-7331 | K49001 | 66.90 | * |
| DAVID RADEBAUGH | 4584 BUNKER LN | | STOW | OH | 44224-5158 | K49631 | 66.90 | * |
| DAVID RAYSON | 4241 S DOVER ST | | WICHITA | KS | 67216-2908 | K55753 | 66.90 | * |
| DAVID REEL | 1135 LOOKING GLASS WAY | | CENTRAL POINT | OR | 97502-4839 | K33013 | 66.90 | * |
| DAVID REHMS | 2211 N MARIE CT | | HUNTINGBURG | IN | 47542-8930 | K58458 | 66.90 | * |
| DAVID RHEEL | 171 WHITE PELICAN CT | | CARRABELLE | FL | 32322-8009 | K46249 | 66.90 | * |
| DAVID ROBERTSON | 3534 MARLESTA DR | | SAN DIEGO | CA | 92111-4719 | K41206 | 66.90 | * |
| DAVID ROBINSON | 29 SOPER ST | | MORRISONVILLE | NY | 12962-2536 | K52288 | 66.90 | * |
| DAVID ROWLAND DEPEW | 1704 E 6TH AVE | | HELENA | MT | 59601-4662 | K25255 | 66.90 | * |
| DAVID RUSSELL | 738 FLINT CT | | ROMEOVILLE | IL | 60446-5192 | K34017 | 66.90 | * |
| DAVID S BLETSCHER | 37 GERALD RD | | RANTOUL | IL | 61866-2812 | K54009 | 66.90 | * |
| DAVID S DREYER | 2275 MARTIN LUTHER KING JR R | | NATCHEZ | MS | 39120-8892 | K26235 | 66.90 | * |
| DAVID S FORMAN | 363 MEADOW LN | | MERION STATIO | PA | 19066-1330 | K35451 | 66.90 | * |
| DAVID S SCHAIMAN | 49 STRATFORD RD | | HARRISON | NY | 10528-1124 | K54656 | 66.90 | * |
| DAVID SCAFURO | 510 PLYMOUTH BRICK RD W | | ASHTABULA | OH | 44004-9102 | K18215 | 66.90 | * |
| DAVID SCHEFFERS | 3405 CANTERBURY AVE | | KALAMAZOO | MI | 49006-2813 | K17362 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DAVID SCHMIDT | PO BOX 254 | | UNION | NE | 68455-0254 | K55868 | 66.90 | * |
| DAVID SCOTT MILTON | 23441 EL RANCHO DR | | TEHACHAPI | CA | 93561-7288 | K46487 | 66.90 | * |
| DAVID SELLECK | 3510 NE 21ST AVE | | PORTLAND | OR | 97212-1423 | K16245 | 66.90 | * |
| DAVID SERENI | 403 COUNTRYSIDE CT | | SANTA ROSA | CA | 95401-0807 | K52686 | 66.90 | * |
| DAVID SHADE | 19416 CHESHIRE ST | | RIALTO | CA | 92377-4541 | K14922 | 66.90 | * |
| DAVID SHERICK | 2030 CHESTER BLVD | | RICHMOND | IN | 47374-1215 | K31355 | 66.90 | * |
| DAVID SHERTZER | 5 LOOKOUT RD | | MOUNTAIN LAKE | NJ | 07046-1110 | K32945 | 66.90 | * |
| DAVID SHIKES | 16 BITTERSWEET LN | | ATKINSON | NH | 03811-2103 | K13141 | 66.90 | * |
| DAVID SLATER | 2595 E GRAND RIVER RD | | WILLIAMSTON | MI | 48895-8727 | K42488 | 66.90 | * |
| DAVID SMITH | 643 W CITRUS WAY | | CHANDLER | AZ | 85248-4429 | K55113 | 66.90 | * |
| DAVID SPARKS | 4790 NEW LAWRENCE RD | | LEAVENWORTH | KS | 66048-5610 | K39385 | 66.90 | * |
| DAVID SPENCER | PO BOX 1173 | | MARTIN | KY | 41649-1173 | K50582 | 66.90 | * |
| DAVID STAIR | 11458 BRONZEDALE DR | | OAKTON | VA | 22124-2123 | K41490 | 66.90 | * |
| DAVID STEIN | 511 WOODHAVEN LN | | STROUDSBURG | PA | 18360-9233 | K48116 | 66.90 | * |
| DAVID STURGES | 12 HARTON PL | | HOPKINSVILLE | KY | 42240-1588 | K52011 | 66.90 | * |
| DAVID T BURLESON | 9723 KINGSTON PIKE STE C | | KNOXVILLE | TN | 37922-3573 | K12712 | 66.90 | * |
| DAVID T RUBIN | 790 BOYLSTON ST APT 22H | | BOSTON | MA | 02199-7923 | K16289 | 66.90 | * |
| DAVID T TERRELL | 10972 FM 1284 | | DUMAS | TX | 79029-8000 | K30747 | 66.90 | * |
| DAVID TRENT | 2583 MOONLIGHT VALLEY AVE | | HENDERSON | NV | 89044-1524 | K58978 | 66.90 | * |
| DAVID UMBARGER | 114 LISSADELL LN | | WELDON SPRING | MO | 63304-0929 | K16051 | 66.90 | * |
| DAVID VAN NOSTRAND | 2854 WINNEBAGO RD | | SARTELL | MN | 56377-2373 | K19980 | 66.90 | * |
| DAVID VIEIRA | 20 PLAINVIEW DR | | DANIELSON | CT | 06239-2031 | K28871 | 66.90 | * |
| DAVID W CLOSE | 1412 WILLOWOOD CT | | PAINESVILLE | OH | 44077-5471 | K44461 | 66.90 | * |
| DAVID W ERICKSON | 3878 E ARAGONITE LN | | SAN TAN VALLE | AZ | 85143-5689 | K56964 | 66.90 | * |
| DAVID W FREED | 920 PARK AVE APT 10B | | NEW YORK | NY | 10028-0208 | K52761 | 66.90 | * |
| DAVID W GARDNER | 153 GRANDVIEW CT | | ITHACA | NY | 14850-5741 | K38897 | 66.90 | * |
| DAVID W HILLYER | 30 STILLMAN RD APT A | | NORTH STONING | CT | 06359-1769 | K11740 | 66.90 | * |
| DAVID W MACKENNA | 3951 WEILAND RD | | WEATHERFORD | TX | 76088-8490 | K25959 | 66.90 | * |
| DAVID W MISISCHIA | 532 PARKSHORE DR | | SHOREWOOD | IL | 60404-9726 | K54332 | 66.90 | * |
| DAVID W MYERS | 10687 N STATE ROAD 1 | | OSSIAN | IN | 46777-9736 | K39029 | 66.90 | * |
| DAVID W NICOL | 176 CLEMATIS AVE | | WATERBURY | CT | 06708-1043 | V99209 | 66.90 | * |
| DAVID W PALO | 344 1/2 E CENTER ST | | MARION | OH | 43302-4126 | K50422 | 66.90 | * |
| DAVID W STIDHAM | 820 E FARLOW RD | | RICHMOND | IN | 47374-7725 | K26996 | 66.90 | * |
| DAVID WALLACK | 5712 SLIGO ST | | LAS VEGAS | NV | 89130-1365 | K20360 | 66.90 | * |
| DAVID WARNER | 1445 N ST NW APT 103 | | WASHINGTON | DC | 20005-5243 | K47730 | 66.90 | * |
| DAVID WENK | 20887 CEDAR LN | | MANCHESTER | MI | 48158-8544 | V99211 | 66.90 | * |
| DAVID WILKENS | PO BOX 461 | | BURLINGTON | KS | 66839-0461 | K56967 | 66.90 | * |
| DAVID WILLIAM MAYER | 228 CHEYENNE TRL | | MEDFORD LAKES | NJ | 08055-1344 | K39766 | 66.90 | * |
| DAVID WINKELMAN | 2936 SEASONS BLVD | | SARASOTA | FL | 34240-8233 | K24766 | 66.90 | * |
| DAVID YOUNG | 15903 PONDEROSA PASS | | HELOTES | TX | 78023-3691 | K34844 | 66.90 | * |
| DAVID ZIMMERMAN | 639 HEMPFIELD HILL RD | | COLUMBIA | PA | 17512-9024 | K28706 | 66.90 | * |
| DAWN ABERNATHY | 8847 PINE LN | | BRUSSELS | WI | 54204-9403 | K55308 | 66.90 | * |
| DAWN ANDREWS | 321 BROAD ST | | ONEIDA | NY | 13421-2103 | K41720 | 66.90 | * |
| DAWN C ROGERS | 3703 ROHRET RD | | IOWA CITY | IA | 52246-9482 | K57215 | 66.90 | * |
| DAWN FISCHER | HC 71 BOX 414 | | STANLEY | NM | 87056-9705 | K37054 | 66.90 | * |
| DAWN FOSCO | 8 WILLIAMSBURG LN E | | BELLA VISTA | AR | 72715-8455 | K44577 | 66.90 | * |
| DAWN GAY | 6203 RAINTREE CT | | AMARILLO | TX | 79119-6458 | K31983 | 66.90 | * |
| DAWN L SEIMITS | 2475 PRAIRIE VIEW LN | | GRAFTON | WI | 53024-9463 | K41860 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DAWN M HOLM | 1842 220TH ST | | HALLOCK | MN | 56728-9420 | K55593 | 66.90 | * |
| DAWN M MARINCIC | 13659 WRIGHT DR | | IRWIN | PA | 15642-2833 | K61117 | 66.90 | * |
| DAWN MARIE MUMMEY | 4313 RIDGE RD | | NEW COLUMBIA | PA | 17856-9213 | K17693 | 66.90 | * |
| DAWN MULVEY | 72 LIBERTY PL | | HAZLET TOWNSH | NJ | 07734-3125 | K49674 | 66.90 | * |
| DAWN NEHRING | 527 SYCAMORE CIR | | SALINE | MI | 48176-1756 | K10286 | 66.90 | * |
| DAWN POLLARD | 2304 W BROADWAY BLVD | | SEDALIA | MO | 65301-2523 | K54948 | 66.90 | * |
| DAWN R SWANK | 7760 MCCALLUM BLVD APT 19110 | | DALLAS | TX | 75252-8124 | K25963 | 66.90 | * |
| DAWN SUKALA | 3320 REBER DR | | WISCONSIN RAP | WI | 54494-5548 | K46444 | 66.90 | * |
| DAWN V HATCH | 45 JARVIS ST | | PEMBERTON | NJ | 08068-1109 | K48767 | 66.90 | * |
| DAWN ZIMMERMAN | 984 W MAIN ST | | EPHRATA | PA | 17522-1328 | K57686 | 66.90 | * |
| DAYLENE K BASSETT | 2211 S DAYCOR DV APT B7 | | PEORIA | IL | 61607-1583 | K46187 | 66.90 | * |
| DAYNA L MAYO-HARRIS | 240 KEITH CT | | MILLERSVILLE | MD | 21108-1035 | K12537 | 66.90 | * |
| DAYNA YEUNG | 8756 SALEM FARMS DR | | SOUTH LYON | MI | 48178-9000 | K57313 | 66.90 | * |
| DAYOL A HART | 3307 N 43RD PL | | PHOENIX | AZ | 85018-6422 | K39999 | 66.90 | * |
| DE ANNA KORANDA | PO BOX 875314 | | WASILLA | AK | 99687-5314 | K26615 | 66.90 | * |
| DEAN A COLLINS | 63573 MARYLAND RD | | MONTROSE | CO | 81403-9025 | K18399 | 66.90 | * |
| DEAN A EVANS | 123 PINECREST DR | | HOUGHTON LAKE | MI | 48629-9791 | K40882 | 66.90 | * |
| DEAN BLUMER JR | 921 10TH ST | | INTERNATIONAL | MN | 56649-2843 | K20297 | 66.90 | * |
| DEAN BRADLEY | 3021 N TWIN LAKES DR | | AVON PARK | FL | 33825-9103 | K54734 | 66.90 | * |
| DEAN CRAWFORD | 104 SHEPARD SQ UNIT 702 | | BREVARD | NC | 28712-4363 | K56710 | 66.90 | * |
| DEAN F RISLEY | 59 ORION WAY | | SEWELL | NJ | 08080-1920 | K38522 | 66.90 | * |
| DEAN KAVANAGH | 26 ROBIN RD | | LONGMEADOW | MA | 01106-3312 | K19129 | 66.90 | * |
| DEAN KENNETH KLEMS | 3622 BEVIS LN | | CINCINNATI | OH | 45251-1311 | K41031 | 66.90 | * |
| DEAN PERKINS | 879 SCRUB JAY DR | | SAINT AUGUSTI | FL | 32092-1733 | K40799 | 66.90 | * |
| DEAN READ | 235 BONNAFIELD DR | | HERMITAGE | TN | 37076-1131 | K37306 | 66.90 | * |
| DEAN S CURRAN | 11 LAWRENCE AVE | | BARRINGTON | NJ | 08007-1057 | K41990 | 66.90 | * |
| DEAN SCHROEDER | 3605 80TH AVE SE | | JAMESTOWN | ND | 58401-9511 | K46438 | 66.90 | * |
| DEAN SHUMAN | 1 HOEVE CT | | RANSOM CANYON | TX | 79366-2501 | K57271 | 66.90 | * |
| DEAN STEPHENSON | 200 N CLARK ST | | COMANCHE | TX | 76442-2642 | K42949 | 66.90 | * |
| DEAN STODGHILL | 21 IVY HILLS TER | | FRANKLIN | NC | 28734-0010 | K20262 | 66.90 | * |
| DEAN THOMPSON | 23 N ORANGE ST | | MEDFORD | OR | 97501-2637 | K38029 | 66.90 | * |
| DEAN TITUS DAVIS | 5558 PALM BEACH BLVD LOT 90 | | FORT MYERS | FL | 33905-3126 | K40960 | 66.90 | * |
| DEAN TRAPP | 1540 SIMMONS AVE SE | | HURON | SD | 57350-4242 | K58898 | 66.90 | * |
| DEAN TURECEK | 212 GOLFVIEW CT | | NORTH LIBERTY | IA | 52317-9783 | K58610 | 66.90 | * |
| DEAN VANLEEUWEN | 7201 CALICO CIR | | CORONA | CA | 92881-4129 | K29269 | 66.90 | * |
| DEAN WOOSTER | 116 GREEN LN | | INTERLACHEN | FL | 32148-3018 | K61415 | 66.90 | * |
| DEANA GARBOW | 573 JASON ST | | CLINTON | AR | 72031-7827 | K47558 | 66.90 | * |
| DEANA PULSE | 6224 W LA MADRE WAY | | LAS VEGAS | NV | 89130-2172 | K29934 | 66.90 | * |
| DEANE R HAMILTON | 5208 OAKRIDGE DR | | LOUISVILLE | OH | 44641-8838 | K61642 | 66.90 | * |
| DEANN OAKLEY | 635 SCHOOL ST | | CARLISLE | IA | 50047-7740 | K29250 | 66.90 | * |
| DEANNA B [DEEDEE] KLEIN | 1500 20TH AVE NW | | MINOT | ND | 58703-1157 | K32980 | 66.90 | * |
| DEANNA GERMAISE | 911 CHESTNUT ST | | CLEARWATER | FL | 33756-5643 | K12729 | 66.90 | * |
| DEANNA HINMAN | 671 DART ROAD | | MASON | MI | 48854-9327 | K44062 | 66.90 | * |
| DEANNA L ULBERT | 329 HIGHTOP RD | | LONDON | KY | 40744-9763 | K51824 | 66.90 | * |
| DEANNA MILLS | 805 PAYTON AVE | | DES MOINES | IA | 50315-5618 | K21403 | 66.90 | * |
| DEANNA SHARP | 5508 NORGATE CT | | SAINT CHARLES | MO | 63304-8041 | K53593 | 66.90 | * |
| DEANNA SWAN | 214 ROOSEVELT ST | | DUNDEE | MI | 48131-9732 | V99905 | 66.90 | * |
| DEANNE BLOOM | 2334 E 24TH ST | | BROOKLYN | NY | 11229-4919 | K48952 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DEANNE HODEK | 1319 15TH AVE S | | SAINT CLOUD | MN | 56301-5439 | K26519 | 66.90 | * |
| DEANNE PRATT-MITCHELL | PO BOX 5 | | LEWISVILLE | NC | 27023-0005 | K22997 | 66.90 | * |
| DEB ALVORD | 10658 SE US HIGHWAY 54 | | EL DORADO | KS | 67042-8791 | K47740 | 66.90 | * |
| DEB BISHOP | 13770 SHAFTSBURG RD | | PERRY | MI | 48872-9131 | K42594 | 66.90 | * |
| DEB GILL | 808 8TH AVE | | CORALVILLE | IA | 52241-1909 | K56916 | 66.90 | * |
| DEB WALLENFANG | 115 N MURPHY RD | | HANNA CITY | IL | 61536-9701 | K44876 | 66.90 | * |
| DEBBI WHEELER | 55 FOXCREST DR | | LYNCHBURG | VA | 24502-6619 | K35610 | 66.90 | * |
| DEBBIE A LEGATO | 1880 W GREENWOOD RD | | MILWAUKEE | WI | 53209-2127 | K48749 | 66.90 | * |
| DEBBIE A TINTO | 14425 E LAGUNA DR | | WICHITA | KS | 67230-9507 | K29082 | 66.90 | * |
| DEBBIE BURNETT | 106 DUPONT AVE | | MADISON | TN | 37115-3718 | K39564 | 66.90 | * |
| DEBBIE GEABES | 12227 JUPITER DR | | FORT MYERS | FL | 33908-6415 | K45963 | 66.90 | * |
| DEBBIE GWALTNEY | 6110 SOUTHAMPTON CT | | FORT WAYNE | IN | 46814-3275 | K24969 | 66.90 | * |
| DEBBIE HARRIS | 1931 3RD AVE E | | INTERNATIONAL | MN | 56649-3241 | K20815 | 66.90 | * |
| DEBBIE K PEARSON | 2188 SLEEPY HOLLOW DR | | SHINGLE SPRIN | CA | 95682-9403 | K29408 | 66.90 | * |
| DEBBIE L GOHMANN | 763 JEROME ST | | ANOKA | MN | 55303-1524 | K25324 | 66.90 | * |
| DEBBIE LEAMAN-SCHELL | 2250 LITITZ PIKE | | LANCASTER | PA | 17601-3604 | K29860 | 66.90 | * |
| DEBBIE MOORE | 4483 STRAITS VIEW DR | | CARP LAKE | MI | 49718-9529 | K44405 | 66.90 | * |
| DEBBIE NINDE | 1849 S E ST | | RICHMOND | IN | 47374-6464 | K30353 | 66.90 | * |
| DEBBIE PROG | 6721 SHANNON DR | | HUNTINGTON BE | CA | 92647-3154 | K12152 | 66.90 | * |
| DEBBIE ROESCH | 21300 TITUS RD | | RAYMOND | OH | 43067-9776 | K60718 | 66.90 | * |
| DEBBIE SCOTT | 1011 MURPHY CREEK RD | | GRANTS PASS | OR | 97527-9489 | K36161 | 66.90 | * |
| DEBBIE SMITH | 11902 LOS COYOTES AVE | | LA MIRADA | CA | 90638-1432 | K31119 | 66.90 | * |
| DEBBIE STAPLETON | 2327 PARKDALE DR | | RICHMOND | IN | 47374-1643 | K31177 | 66.90 | * |
| DEBBIE STROUBE | 131 BLUEGRASS DR | | HENDERSONVLLE | TN | 37075-2701 | K43755 | 66.90 | * |
| DEBBIE TRENOR | 2450 WARREN RD | | WALNUT CREEK | CA | 94595-1249 | K28245 | 66.90 | * |
| DEBBIE TURNER | 7864 RED ROCK DR | | FOWLERVILLE | MI | 48836-7921 | K60263 | 66.90 | * |
| DEBBIE ZAWOL | 4440 OLD OAK CT | | PLYMOUTH | MI | 48170-6362 | K62358 | 66.90 | * |
| DEBBY BAKER | 2417 EIFERT RD | | HOLT | MI | 48842-1029 | K43244 | 66.90 | * |
| DEBBY BAUKOL | 11020 PERRY CT | | WESTMINSTER | CO | 80031-2143 | K59766 | 66.90 | * |
| DEBBY HIBBS | CMR 480 BOX 1577 | | APO | AE | 09128-0016 | K42639 | 66.90 | * |
| DEBORA [DEB] SCHIPPER | 609 SUNRISE CT | | CENTER POINT | IA | 52213-9710 | K56836 | 66.90 | * |
| DEBORA A CANDELARIO | 6755 COUNTY ROAD HH | | VESPER | WI | 54489-9662 | K48470 | 66.90 | * |
| DEBORA L JOHNSON | 6406 LUDLUM RD | | MORROW | OH | 45152-8653 | K39317 | 66.90 | * |
| DEBORA LIBERI | 2907 RIDGEWOOD AVE | | CINCINNATI | OH | 45213-1047 | K40915 | 66.90 | * |
| DEBORA TORBERT | 22 SCHOOLHOUSE RD | | AMHERST | NH | 03031-1601 | K49477 | 66.90 | * |
| DEBORAH [DEB] BOYSE | 1469 133RD ST | | WELLMAN | IA | 52356-9643 | K58295 | 66.90 | * |
| DEBORAH [DEBBIE] GRANGER | 29 N WAIOLA AVE | | LA GRANGE | IL | 60525-5925 | K51815 | 66.90 | * |
| DEBORAH [DEBBIE] LOFTON | 1680 SOLAR CT | | MONTROSE | CO | 81401-5223 | K18398 | 66.90 | * |
| DEBORAH [SUE] WHITE | 100 KENOSHA LN | | LOUDON | TN | 37774-3183 | K62569 | 66.90 | * |
| DEBORAH A [DEBBIE] CULP | PO BOX 467 | | SILVER PLUME | CO | 80476-0467 | K49033 | 66.90 | * |
| DEBORAH A [DEBBIE] MAURER | 1103 MORNING STAR DR | | ALLENTOWN | PA | 18106-8752 | K26508 | 66.90 | * |
| DEBORAH A BARNES-MIDDLETON | 1401 BLAIR MILL RD APT 1815 | | SILVER SPRING | MD | 20910-4875 | K14663 | 66.90 | * |
| DEBORAH A SEDDELMEYER | 2603 BRANDING IRON LN | | LEANDER | TX | 78641-3171 | K47955 | 66.90 | * |
| DEBORAH AMORE | 172 PEBBLE BEACH RD | | MEDFORD | NY | 11763-2404 | K37563 | 66.90 | * |
| DEBORAH ANN [DEB] SHULTZ | 45 ROSE ST | | MILTON | PA | 17847-1721 | K16221 | 66.90 | * |
| DEBORAH ANN HEBERLING | 3022 DAVENPORT AVE | | DAVENPORT | IA | 52803-1314 | K55140 | 66.90 | * |
| DEBORAH ANN RIDDICK | 1523 CRYSTAL LAKE DR | | PORTSMOUTH | VA | 23701-3623 | K12558 | 66.90 | * |
| DEBORAH ANN SEHM | 2571 N TAIT DR | | WASILLA | AK | 99654-4526 | K32178 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DEBORAH ASHTON | 6058 WALDEN CT | | MENTOR | OH | 44060-2220 | K46225 | 66.90 | * |
| DEBORAH BACON | 46 BLACKSTONE RIVER RD | | BLUFFTON | SC | 29910-4461 | K34348 | 66.90 | * |
| DEBORAH BRUSH | 6209 PINEWOOD VILLAGE CIR W | | LAKELAND | FL | 33811-2287 | K21000 | 66.90 | * |
| DEBORAH BUSE | 540 3RD ST | | WEST DES MOIN | IA | 50265-4614 | K27787 | 66.90 | * |
| DEBORAH CARRICO | 779 S COUNTY ROAD 450 W | | GREENCASTLE | IN | 46135-8307 | K44974 | 66.90 | * |
| DEBORAH CURTIS | 11910 WEDDINGTON ST UNIT 103 | | VALLEY VLG | CA | 91607-4402 | K41772 | 66.90 | * |
| DEBORAH D PATRICK | 1237 PATRICK RD | | WAVERLY | TN | 37185-3869 | K35467 | 66.90 | * |
| DEBORAH D WARREN | 9543 TAY CREEK DR | | BRISTOW | VA | 20136-3502 | K16294 | 66.90 | * |
| DEBORAH DAMESWORTH | 8054 BARCLAY DR | | NORTHVILLE | MI | 48167-9497 | K61794 | 66.90 | * |
| DEBORAH DIEM | 243 E CHURCH ST | | STEVENS | PA | 17578-9451 | K60182 | 66.90 | * |
| DEBORAH DORN | 408 W 4TH ST | | LAMONI | IA | 50140-1206 | K24155 | 66.90 | * |
| DEBORAH EATON | 9143 MAYNE ST | | BELLFLOWER | CA | 90706-4412 | K32214 | 66.90 | * |
| DEBORAH EHRICHS | 154 MARTLING AVE APT G7 | | TARRYTOWN | NY | 10591-4767 | K47850 | 66.90 | * |
| DEBORAH EMERY | 242 E AVENUE J7 | | LANCASTER | CA | 93535-3607 | V99313 | 66.90 | * |
| DEBORAH ENDERS | 15 HARVARD AVE | | STRATFORD | NJ | 08084-1207 | K41366 | 66.90 | * |
| DEBORAH F HAAS | 171 W AIRPORT RD | | LITITZ | PA | 17543-9260 | K31633 | 66.90 | * |
| DEBORAH FEIRICK | 338 VINE ST | | EPHRATA | PA | 17522-1948 | K58009 | 66.90 | * |
| DEBORAH GILLMORE | 309 CHAMPLAIN AVE | | HOUGHTON LAKE | MI | 48629-9226 | K59056 | 66.90 | * |
| DEBORAH GLAUSER | 2381 E GRANDVIEW DR | | COEUR D ALENE | ID | 83815-7932 | K45060 | 66.90 | * |
| DEBORAH GRAY | 4218 DARTMOUTH ST | | PORTSMOUTH | VA | 23707-3714 | K13940 | 66.90 | * |
| DEBORAH HUERTAS | 105 BRIARWOOD RD | | MOUNT LAUREL | NJ | 08054-2439 | K28349 | 66.90 | * |
| DEBORAH J BARON | 1113 WHEATLAND AVE APT F5 | | LANCASTER | PA | 17603-2535 | K26969 | 66.90 | * |
| DEBORAH J CORTES | 3435 BEALE ST | | MCKEESPORT | PA | 15132-7237 | K61534 | 66.90 | * |
| DEBORAH J HARROD | 5323 WOODPECKER RD | | SOUTH CHESTER | VA | 23803-1577 | K34672 | 66.90 | * |
| DEBORAH JACKSON | 18233 HINTON ST | | RIVERVIEW | MI | 48193-7469 | K58592 | 66.90 | * |
| DEBORAH JAMES | 6612 176TH ST | | TINLEY PARK | IL | 60477-4046 | K57124 | 66.90 | * |
| DEBORAH JOHNSON | 4842 W HARRISON ST | | CHANDLER | AZ | 85226-6044 | K27286 | 66.90 | * |
| DEBORAH JOHNSON | 2087 IDLEWILD DR | | LIMA | OH | 45805-2357 | K49124 | 66.90 | * |
| DEBORAH KITTELSON | 1917 3RD AVE | | INTERNATIONAL | MN | 56649-3531 | K24743 | 66.90 | * |
| DEBORAH KRAFT | 4707 CRESTMOOR DR | | DES MOINES | IA | 50310-2978 | K23198 | 66.90 | * |
| DEBORAH L BANGERT | 646 DEMING ST SE | | GRAND RAPIDS | MI | 49507-3206 | K41040 | 66.90 | * |
| DEBORAH L GORMAN | 29827 ASPEN DR | | FLAT ROCK | MI | 48134-1382 | K60413 | 66.90 | * |
| DEBORAH L SMUDE | 12795 W SYLVAN DR SW | | PILLAGER | MN | 56473-2342 | K31964 | 66.90 | * |
| DEBORAH LAVERNE SMITH | 3804 STONEBRIDGE LNDG | | CHESAPEAKE | VA | 23321-3709 | K13068 | 66.90 | * |
| DEBORAH LEE | 102 BURR OAK LN UNIT C2 | | SCHAUMBURG | IL | 60193-1845 | K58685 | 66.90 | * |
| DEBORAH LEHNER | 8623 S FOREST AVE | | TEMPE | AZ | 85284-2379 | K25276 | 66.90 | * |
| DEBORAH LEIGH | PO BOX 17297 | | RENO | NV | 89511-7297 | K54102 | 66.90 | * |
| DEBORAH LEINWEBER | 8330 TRIER RD | | FORT WAYNE | IN | 46815-5762 | K45200 | 66.90 | * |
| DEBORAH LYNN [DEBI] SELM-ORR | 90 INDIAN MILLS RD | | SHAMONG | NJ | 08088-9512 | K41464 | 66.90 | * |
| DEBORAH M JANSSEN | 2703 COFFEY AVE | | BELLEVUE | NE | 68123-5562 | K57563 | 66.90 | * |
| DEBORAH MADDEN | 140 EDGEMEADE DR | | MONROEVILLE | PA | 15146-1078 | K40751 | 66.90 | * |
| DEBORAH MALONEY | 631 WALTER AVE | | FAIRFIELD | OH | 45014-1742 | K40223 | 66.90 | * |
| DEBORAH MEENACH | 156 WOODROW LN | | SHEPHERDSVILL | KY | 40165-8871 | K48291 | 66.90 | * |
| DEBORAH MEIERHOFER | 1160 10TH AVE N | | SAUK RAPIDS | MN | 56379-2456 | K29777 | 66.90 | * |
| DEBORAH MERTZ | 10070 BEECH DALY RD | | TAYLOR | MI | 48180-3149 | K58544 | 66.90 | * |
| DEBORAH MEYER | 713 WESTERN AVE | | PLYMOUTH | WI | 53073-1543 | K47733 | 66.90 | * |
| DEBORAH MILLER | 19 E MAIN ST APT 7 | | EPHRATA | PA | 17522-2713 | K57392 | 66.90 | * |
| DEBORAH MILLER | 64 DANFORTH RD | | ALTON | IL | 62002-3213 | K59890 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DEBORAH MUSE | 1 HOLBORN ST | | MILTON | MA | 02186-4913 | K10731 | 66.90 | * |
| DEBORAH NEVINS | 5343 EDESVILLE RD | | ROCK HALL | MD | 21661-2128 | K39102 | 66.90 | * |
| DEBORAH POWELL | PO BOX 68 | | MERRILL | OR | 97633-0068 | K58797 | 66.90 | * |
| DEBORAH QUIRING | 343 14TH AVE SE APT 4 | | DEVILS LAKE | ND | 58301-3478 | K35888 | 66.90 | * |
| DEBORAH REDMOND | 5064 GROVER ST APT 8 | | OMAHA | NE | 68106-3862 | K60614 | 66.90 | * |
| DEBORAH ROSS | 278 KENNETT PIKE | | CHADDS FORD | PA | 19317-8207 | K47652 | 66.90 | * |
| DEBORAH ROVITO | 3214 NORRIS AVE | | PARMA | OH | 44134-3920 | K45108 | 66.90 | * |
| DEBORAH S KING | 52304 DELAIRE LANDING RD | | PHILADELPHIA | PA | 19114-5339 | K34691 | 66.90 | * |
| DEBORAH SAMMS | 438 S 13TH ST | | RICHMOND | IN | 47374-6314 | K25348 | 66.90 | * |
| DEBORAH SANDERSON | 16215 BIG MEADOW DR | | LA PINE | OR | 97739-9820 | K35710 | 66.90 | * |
| DEBORAH SHREVES | 15134 MONROE ST | | OMAHA | NE | 68137-3816 | K21337 | 66.90 | * |
| DEBORAH SMIT | 7096 SHORELINE DR | | DELTON | MI | 49046-6402 | K18391 | 66.90 | * |
| DEBORAH SMITH | 506 6TH AVE | | CORALVILLE | IA | 52241-1937 | K58790 | 66.90 | * |
| DEBORAH SPEAR | 6 CALLE GARY | | SANTA FE | NM | 87507-4209 | K25025 | 66.90 | * |
| DEBORAH STREBLOW | 4928 S 13TH ST | | SHEBOYGAN | WI | 53081-8023 | K47823 | 66.90 | * |
| DEBORAH SUSAN EBBITT | 84 BLUEBERRY LN | | TIVERTON | RI | 02878-3223 | K29143 | 66.90 | * |
| DEBORAH VISSER | 203 FARRELL DR | | WEST CHESTER | PA | 19380-6703 | K21500 | 66.90 | * |
| DEBORAH WALSH | 1813 MILLER DR | | FINKSBURG | MD | 21048-1314 | K57689 | 66.90 | * |
| DEBORAH WHEATLEY | 5711 LASKEY RD | | ROME | OH | 44085-9622 | K44193 | 66.90 | * |
| DEBRA [DEB] JENSEN | 402 NORTHPARK BLVD | | HUXLEY | IA | 50124-9318 | K15322 | 66.90 | * |
| DEBRA A BEATTY | 1006 RAVINE RD | | SOUTH HAVEN | MI | 49090-9638 | K59936 | 66.90 | * |
| DEBRA A LEAHY | 2101 MEADOW CT APT 804 | | DES MOINES | IA | 50320-4616 | K25228 | 66.90 | * |
| DEBRA ANN FERGUSON | 3018 LAKE SIDE DR | | SANGER | TX | 76266-5754 | K25359 | 66.90 | * |
| DEBRA BORGSTAHL | 10 S 1ST AVE | | IOWA CITY | IA | 52245-3619 | K57576 | 66.90 | * |
| DEBRA BUDDE | 4510 MEADOW VIEW DR | | LIMA | OH | 45805-4520 | K43940 | 66.90 | * |
| DEBRA BUSH | 6564 E MICHIGAN AVE TRLR 1 | | SALINE | MI | 48176-9507 | V99041 | 66.90 | * |
| DEBRA CLOSE | 1105 16TH AVE S | | SAINT CLOUD | MN | 56301-5427 | K26600 | 66.90 | * |
| DEBRA D RUMAGE | 1310 FOREST WOOD DR | | MATTHEWS | NC | 28105-0816 | K14423 | 66.90 | * |
| DEBRA DENISE FISHER | 8531 N SELKIRK DR | | PEORIA | IL | 61615-2045 | K45727 | 66.90 | * |
| DEBRA GAGE | 15455 HIGHWAY WW | | LEBANON | MO | 65536-6739 | K48041 | 66.90 | * |
| DEBRA GENTINE EBERT | N6743 SPORTSMANS LN | | PLYMOUTH | WI | 53073-3334 | K46696 | 66.90 | * |
| DEBRA GIST | PO BOX 342 | | COHASSET | MN | 55721-0342 | K28366 | 66.90 | * |
| DEBRA HOWARD | 926 E 40TH ST | | BROOKLYN | NY | 11210-3510 | K53261 | 66.90 | * |
| DEBRA J DRESBACK | 7502 ROYAL RD APT 16 | | DES MOINES | IA | 50315-6652 | K24915 | 66.90 | * |
| DEBRA JEFFERSON | 1218 ANGELIQUE ST APT 1 | | SAINT JOSEPH | MO | 64501-2862 | K39763 | 66.90 | * |
| DEBRA KRAMER | 19405 SW 29TH ST | | MARTELL | NE | 68404-6167 | K23599 | 66.90 | * |
| DEBRA L [DEBBIE] ZSALAKO | 5867 SYRACUSE ST | | TAYLOR | MI | 48180-1233 | K60377 | 66.90 | * |
| DEBRA L BROUWER | 6984 S 76TH AVE W | | PRAIRIE CITY | IA | 50228-8781 | K23785 | 66.90 | * |
| DEBRA L TERRILL | 3891 WARSCHUN RD | | AUBREY | TX | 76227-4014 | K31360 | 66.90 | * |
| DEBRA M [DEBBIE] METZ | 4420 SHAWNEE TRL | | JAMESTOWN | OH | 45335-1218 | K40035 | 66.90 | * |
| DEBRA MAIZE | 2801 SLIDE RD APT 3 | | LUBBOCK | TX | 79407-2622 | K43740 | 66.90 | * |
| DEBRA MELKONIAN | 2116 ADAMS BLVD | | SAGINAW | MI | 48602-3007 | K45936 | 66.90 | * |
| DEBRA MUSSO | 2006 MARIETTA AVE | | LANCASTER | PA | 17603-2206 | K27085 | 66.90 | * |
| DEBRA OERTEL | 1401 HIGHLAND RD | | STILLWATER | MN | 55082-5979 | K55411 | 66.90 | * |
| DEBRA PATERSON | 9333 REDMAN CIR | | OMAHA | NE | 68134-2799 | K56588 | 66.90 | * |
| DEBRA PAYNE | 420 N VINE ST | | HARTFORD | IA | 50118-8760 | K22498 | 66.90 | * |
| DEBRA POHL | 10221 VERSAILLES SOUTHEASTE | | VERSAILLES | OH | 45380-9583 | K33753 | 66.90 | * |
| DEBRA PRITCHETT | 2814 DWAYNE DR | | JEFFERSON CIT | MO | 65109-0549 | K40415 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DEBRA ROOT | 1671 OLDE HALEY DR | | DAYTON | OH | 45458-6047 | K16841 | 66.90 | * |
| DEBRA S MCCARTHY | 2995 BENT TREE CT | | CINCINNATI | OH | 45244-2559 | K60137 | 66.90 | * |
| DEBRA S WHEELER | 41959 PON MEADOW DR | | NORTHVILLE | MI | 48168-2238 | K60016 | 66.90 | * |
| DEBRA SCHLEGEL | 111 RED ROCK CIR | | ROYERSFORD | PA | 19468-1155 | K58005 | 66.90 | * |
| DEBRA SMOAK | 3203 HEMPSTEAD CT | | CHARLESTON | SC | 29414-7523 | K50257 | 66.90 | * |
| DEBRA SUE BENNETT | 549 33RD ST | | WEST DES MOIN | IA | 50265-3113 | K54496 | 66.90 | * |
| DEBRA WALTMAN | 151 W GERONDALE CIR | | WASILLA | AK | 99654-1005 | K14993 | 66.90 | * |
| DEBRA ZIMMERMAN | 1408 SODA CREEK CT | | FORT COLLINS | CO | 80526-3460 | K15449 | 66.90 | * |
| DEBY WHALEN | PO BOX 262 | | MONROE | WA | 98272-0262 | K25203 | 66.90 | * |
| DEDE FORGUE | 28 UNDERWOOD LN | | MIDDLETOWN | RI | 02842-4850 | K29895 | 66.90 | * |
| DEE ANN GORHAM | 2620 STERLING HART DR | | COMMERCE | TX | 75428-3922 | K43197 | 66.90 | * |
| DEE CARLISLE | 203 SECRETARIATS WAY | | BELVIDERE | IL | 61008-2939 | K32258 | 66.90 | * |
| DEE DUDLEY | 7919 NW 37TH ST | | ANKENY | IA | 50023-9034 | K20599 | 66.90 | * |
| DEE RANDOLPH | 21014 NE INTERLACHEN LN | | FAIRVIEW | OR | 97024-8724 | K42651 | 66.90 | * |
| DEE SWETTMAN | 1175 FERNWOOD CT NW | | SALEM | OR | 97304-2312 | K31302 | 66.90 | * |
| DEEDRA A LAMBERT | 6702 WENTWORTH DR | | AMARILLO | TX | 79109-6444 | K32270 | 66.90 | * |
| DEEDRA ECCLES | 10722 W 128TH ST | | OVERLAND PARK | KS | 66213-3443 | K31935 | 66.90 | * |
| DEENA JO SCHNEIDER | 610 BALLYTORE RD | | WYNNEWOOD | PA | 19096-2210 | K38715 | 66.90 | * |
| DEFARRIS GOODEN | 4611 CAROLINE ST | | HOUSTON | TX | 77004-5022 | K10402 | 66.90 | * |
| DEIRDRE [DEE] DROMS | 320 SILVERWOOD DR | | LITITZ | PA | 17543-9495 | K26124 | 66.90 | * |
| DEL DEWALT | 12895 RAWSONVILLE RD | | BELLEVILLE | MI | 48111-9375 | K59125 | 66.90 | * |
| DELAINE DISHONG | 4432 SUNNY SLOPE AVE | | OMAHA | NE | 68134-2958 | K53720 | 66.90 | * |
| DELBERT DIETZLER | 5740 REDDIN RD | | RUDOLPH | WI | 54475-9593 | K49429 | 66.90 | * |
| DELBERT E HESS | 5768 CLARKSON DR | | EAST PETERSBU | PA | 17520-1533 | K26856 | 66.90 | * |
| DELBERT EYLER | 454 STONEHAVEN CT | | MILAN | MI | 48160-1663 | K48057 | 66.90 | * |
| DELENE MAE WARREN | 1109 SW 20TH AVE | | AMARILLO | TX | 79109-2217 | K42476 | 66.90 | * |
| DELESTA WARE | 1129 BIRNAM WOODS DR | | VIRGINIA BEAC | VA | 23464-5305 | K14193 | 66.90 | * |
| DELIA MINER | 205 S 54TH ST SPC 35 | | SPRINGFIELD | OR | 97478-6242 | K26823 | 66.90 | * |
| DELIA SCIPIONE | 100 ANDERER LN APT 5 | | WEST ROXBURY | MA | 02132-2229 | K21921 | 66.90 | * |
| DELIGHT TEPASKE | 11300 SW ESSEX DR | | LAKE SUZY | FL | 34269-9165 | K54375 | 66.90 | * |
| DELINDA F GIVENS | 301 S MAIL ST | | ELKTON | KY | 42220-8960 | K44386 | 66.90 | * |
| DELL GUNTER | 228 JALAPA RD | | NEWBERRY | SC | 29108-9022 | K32480 | 66.90 | * |
| DELLA YOUNG | 688 YOUNG HOLLOW RD | | WOODBURY | TN | 37190-5809 | K36189 | 66.90 | * |
| DELMA WOMACK | 2105 E PONDEROSA DR APT 140 | | CAMARILLO | CA | 93010-4657 | K38580 | 66.90 | * |
| DELMAR [PETE] KEEFER | 112 NANCY LN | | NEW COLUMBIA | PA | 17856-9307 | K15925 | 66.90 | * |
| DELMER BRINK | 6181 LOWER RIVER RD | | GRANTS PASS | OR | 97526-9627 | K29428 | 66.90 | * |
| DELOIS BURKETT | 703 N 20TH ST | | LAMESA | TX | 79331-2523 | K41868 | 66.90 | * |
| DELOIS O JACKSON | 2849 RAVENALL AVE | | ORLANDO | FL | 32811-5547 | K39953 | 66.90 | * |
| DELOIS TERRY | 23510 VIA BOSCANA | | VALENCIA | CA | 91355-3021 | K17759 | 66.90 | * |
| DELOMA MAY BYRD | 830 A ST | | LINCOLN | CA | 95648-1924 | K58957 | 66.90 | * |
| DELORAS PIERSON | 3800 S A ST APT 103B | | RICHMOND | IN | 47374-6080 | K33353 | 66.90 | * |
| DELORES [DEE] HOLLIS | 1113 SOMERSET CT | | MT PLEASANT | SC | 29464-5189 | K32475 | 66.90 | * |
| DELORES [DEE] HUDSON | 300 LONGCASTLE DR APT 2 | | GREENCASTLE | IN | 46135-2445 | K45754 | 66.90 | * |
| DELORES A BOCCHINO | 208 KINGS RD | | MADISON | NJ | 07940-2238 | K37637 | 66.90 | * |
| DELORES ALLEN | PO BOX 33 | | MINBURN | IA | 50167-0033 | K21141 | 66.90 | * |
| DELORES ANDERSON | 604 E HILLCREST DR UNIT 224 | | INDIANOLA | IA | 50125-9080 | K26687 | 66.90 | * |
| DELORES AUGUST | 6527 ARNEL AVE | | FORT WAYNE | IN | 46835-3819 | K43298 | 66.90 | * |
| DELORES BARNETT | 9014 WOODDALE DR | | LOUISVILLE | KY | 40272-2753 | K56378 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DELORES BENGE | 3007 SE 5TH ST | | DES MOINES | IA | 50315-7005 | K21672 | 66.90 | * |
| DELORES BLACK | 805 S 25TH ST | | FORT DODGE | IA | 50501-5445 | K56230 | 66.90 | * |
| DELORES BROOKMAN | 428 REED AVE | | WINDSOR LOCKS | CT | 06096-1246 | K49634 | 66.90 | * |
| DELORES BUTLER | 45 CHARLES PL | | MUNFORD | TN | 38058-4601 | K30903 | 66.90 | * |
| DELORES COENEN | PO BOX 52 | | RUDOLPH | WI | 54475-0052 | K49087 | 66.90 | * |
| DELORES EDEN | 5376 SIOUX AVE SE | | IOWA CITY | IA | 52240-8259 | K59379 | 66.90 | * |
| DELORES FOGLER | 3401 N BIGELOW ST | | PEORIA | IL | 61604-1633 | K51134 | 66.90 | * |
| DELORES HAWKINS | 5856 BERNHOWE MANOR LN | | SUFFOLK | VA | 23435-1905 | K12761 | 66.90 | * |
| DELORES HIROMS | 1737 DOROTHY DR | | GRAND PRAIRIE | TX | 75051-2818 | K26169 | 66.90 | * |
| DELORES HULL | 832 S ROME PL | | ANAHEIM | CA | 92804-3022 | K30802 | 66.90 | * |
| DELORES JETER | 7920 TOMAHAWK RD | | PRAIRIE VILLA | KS | 66208-4842 | K57927 | 66.90 | * |
| DELORES M LEMKE | 1904 15TH ST W | | BILLINGS | MT | 59102-3011 | K31717 | 66.90 | * |
| DELORES MAST | 2212 RANCHO BLVD | | QUINCY | IL | 62305-6680 | K48339 | 66.90 | * |
| DELORES PAGE | 724 N US HIGHWAY 231 | | GREENCASTLE | IN | 46135-9271 | K45024 | 66.90 | * |
| DELORES PAULSEN | 9105 FORTUNA DR APT 8210 | | MERCER ISLAND | WA | 98040-3174 | K54653 | 66.90 | * |
| DELORES R LAIRD | 1308 MORSE ST | | DENTON | TX | 76205-7927 | K24691 | 66.90 | * |
| DELORES STOWELL | 7206 TRAMORE CT NE | | BELMONT | MI | 49306-9698 | K34915 | 66.90 | * |
| DELORES TROSKE | 30243 VIEWCREST DR | | NOVI | MI | 48377-2345 | K53557 | 66.90 | * |
| DELORES V GATLING | 824 MAYFLOWER DR | | SUFFOLK | VA | 23434-2906 | K12610 | 66.90 | * |
| DELORES WAKEFIELD | 29808 N 43RD WAY | | CAVE CREEK | AZ | 85331-7842 | K58469 | 66.90 | * |
| DELORES YANCY | 101 BUNCHE BLVD | | PORTSMOUTH | VA | 23701-4215 | K14620 | 66.90 | * |
| DELORIS (KAY) FELLOWS | 4420 VAN ATTA RD | | OKEMOS | MI | 48864-3141 | K42287 | 66.90 | * |
| DELORIS DUCKWORTH | 14011 PYTCHLEY LN | | CHARLOTTE | NC | 28273-9006 | K42884 | 66.90 | * |
| DELORIS EWING | 4335 LARIMORE AVE | | OMAHA | NE | 68111-2169 | K53315 | 66.90 | * |
| DELORIS KNIGHT | 15316 26TH ST SE | | AMENIA | ND | 58004-9753 | K53248 | 66.90 | * |
| DELORIS M HYDE | 11468 HARTLAND RD | | FENTON | MI | 48430-2548 | K56462 | 66.90 | * |
| DELORIS RUTH JERNIGAN-SHELTON | 5053 BARDITH CIR | | VIRGINIA BEAC | VA | 23455-3852 | K20348 | 66.90 | * |
| DELORIS SNYDER | 1500 LETORT ST APT 312 | | PITTSBURGH | PA | 15212-2168 | K61827 | 66.90 | * |
| DELORIS WEIST | 650 WAGNER AVE APT 201 | | GREENVILLE | OH | 45331-2643 | K36236 | 66.90 | * |
| Deluxe For Business | 3680 Victoria St N | | Saint Paul | MN | 55126-2906 | | 265.00 | ** |
| DEMETRI PARIS | 13110 HOLDRIDGE RD | | SILVER SPRING | MD | 20906-3937 | K33816 | 66.90 | * |
| DENE L CLARK | 5820 FLINTRIDGE DR APT 208 | | COLORADO SPRI | CO | 80918-1877 | K56945 | 66.90 | * |
| DENICE ORR | 5400 SCHWEIKER DR | | PLEASANT HILL | IA | 50327-0804 | K22496 | 66.90 | * |
| DENIS A MATLAK | 3505 GREENMEADOW LN | | JOLIET | IL | 60431-4807 | K52581 | 66.90 | * |
| DENIS DOOLAN | 131 COE RD | | BROCKTON | MA | 02302-2259 | K13428 | 66.90 | * |
| DENIS DULIN | 439 HAMILTON ST | | ALBANY | NY | 12203-1209 | K21742 | 66.90 | * |
| DENIS MERCIER | 370 W CLAYTON AVE | | CLAYTON | NJ | 08312-1702 | K27734 | 66.90 | * |
| DENISE A BLEGEN | 1729 WALES DR | | BERTHOUD | CO | 80513-9376 | K35901 | 66.90 | * |
| DENISE ALEXANDER | PO BOX 128 | | DUNCANS MILLS | CA | 95430-0128 | K49849 | 66.90 | * |
| DENISE BLUMENAUER | 19442 BETHEL CHURCH RD | | MANCHESTER | MI | 48158-8722 | K14755 | 66.90 | * |
| DENISE BOAL | 717 KINGS HWY | | MOORESTOWN | NJ | 08057-2621 | K25570 | 66.90 | * |
| DENISE BOTTS | 310 BROAD ST # 2 | | WEST MILTON | PA | 17886-8003 | K23649 | 66.90 | * |
| DENISE COHEN-HELMEN | PO BOX 189 | | BALSAM LAKE | WI | 54810-0189 | K33730 | 66.90 | * |
| DENISE CURRAN | 116 CRARY RD | | GRISWOLD | CT | 06351-8912 | K10517 | 66.90 | * |
| DENISE DIXON | 642 COUNTY ROAD 309 | | BRECKENRIDGE | TX | 76424-7722 | K42816 | 66.90 | * |
| DENISE E GEER | 8 MARINA CIR N | | BELLA VISTA | AR | 72715-4949 | K29831 | 66.90 | * |
| DENISE FIELDS | 303 W NICHOLAI ST | | HICKSVILLE | NY | 11801-3829 | K36753 | 66.90 | * |
| DENISE FRISOLI | 296 WHIPPANY RD | | WHIPPANY | NJ | 07981-1925 | K43214 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DENISE HEDLEY | 3424 LENOX DR | | KETTERING | OH | 45429-1512 | K39152 | 66.90 | * |
| DENISE IRISH | 70 CLAREMONT ST | | SAINT CLOUD | MN | 56301-9457 | K26180 | 66.90 | * |
| DENISE JODOIN | 22679 COACHLIGHT CIR | | TAYLOR | MI | 48180-6380 | K59272 | 66.90 | * |
| DENISE L HANSEN | 219 E BOLIVAR AVE | | MILWAUKEE | WI | 53207-5015 | K48834 | 66.90 | * |
| DENISE LOKEN | 806 2ND AVE NE | | DEVILS LAKE | ND | 58301-2108 | K36495 | 66.90 | * |
| DENISE LUSK | 2731 N DIXIE HWY | | LIMA | OH | 45801-1632 | K44047 | 66.90 | * |
| DENISE MANNING | 5077 OAK BRANCH LN NW | | ACWORTH | GA | 30102-7926 | K44434 | 66.90 | * |
| DENISE MANOS | 1901 HALLMARK WAY | | CHESAPEAKE | VA | 23323-6546 | K37083 | 66.90 | * |
| DENISE NOBLE | 237 N HICKORY ST | | OTTAWA | OH | 45875-1934 | K50779 | 66.90 | * |
| DENISE R MAYNARD | 14 W RIDGE RD | | COLCHESTER | CT | 06415-2624 | V99413 | 66.90 | * |
| DENISE SOUTHWICK | 1221 N DERBY AVE | | DERBY | KS | 67037-2725 | K32567 | 66.90 | * |
| DENISE STEWART | 26887 CALIFORNIA ST | | TAYLOR | MI | 48180-4866 | K60395 | 66.90 | * |
| DENISE SWANSON | PO BOX 206 | | MADDOCK | ND | 58348-0206 | K35889 | 66.90 | * |
| DENISE WETTER | 1010 CLOVER RD | | WOODBURY | NY | 11797-1641 | K49523 | 66.90 | * |
| DENNIS [DENNY] DAVIS | 12273 PINEY LAKE RD | | PARKER | CO | 80138-8434 | K47525 | 66.90 | * |
| DENNIS [DENNY] HOWELL | 103 SKIATOOK WAY | | LOUDON | TN | 37774-2109 | K23386 | 66.90 | * |
| DENNIS A HAUGEN | 208 AUGUSTA CIR | | WAVERLY | IA | 50677-9257 | K21593 | 66.90 | * |
| DENNIS A HYMAN | 1320 S 60TH ST | | OMAHA | NE | 68106-1627 | K59148 | 66.90 | * |
| DENNIS ALFRED WOODARD | 507 LOWELL ST | | RICHMOND | VA | 23223-6107 | K13738 | 66.90 | * |
| DENNIS AMUNDSON | 226 10TH ST NW | | ALTOONA | IA | 50009-2208 | K56234 | 66.90 | * |
| DENNIS B WEAVER | 331 PORTLAND RD | | WHITE HOUSE | TN | 37188-8904 | K26911 | 66.90 | * |
| DENNIS BALSKE | 3518 NE PEERLESS PL | | PORTLAND | OR | 97232-2663 | K45199 | 66.90 | * |
| DENNIS BOODMAN | 9224 OLD SWITCHBOARD RD | | SNOW CAMP | NC | 27349-9711 | K44459 | 66.90 | * |
| DENNIS BOWLES | 2555 HULING RD | | SANGER | TX | 76266-3391 | K29923 | 66.90 | * |
| DENNIS C JOHNSON | 1246 N 24TH PL | | FORT DODGE | IA | 50501-2109 | K53195 | 66.90 | * |
| DENNIS C LANDIS | 440 CHURCH ST | | BROOKLYN | CT | 06234-1511 | K38022 | 66.90 | * |
| DENNIS CANN | 200 PICCADILLY LOOP APT D | | YORKTOWN | VA | 23692-2610 | K14060 | 66.90 | * |
| DENNIS CASSIDY | 226 HILLSIDE RD | | ELIZABETH | NJ | 07208-1416 | K15312 | 66.90 | * |
| DENNIS CHRISTENSON | 906 MEMORIAL DR | | INTERNATIONAL | MN | 56649-4214 | K19183 | 66.90 | * |
| DENNIS COREDELL COR MAY | 700 NE 10TH APT G | | GRANTS PASS | OR | 97526-1601 | K35769 | 66.90 | * |
| DENNIS CRAWFORD | 4336 OWENS RD | | EVANS | GA | 30809-3110 | K31215 | 66.90 | * |
| DENNIS DAVIS | 11565 COLUMBIA HWY | | EATON RAPIDS | MI | 48827-9278 | S58053 | 66.90 | * |
| DENNIS DAVIS | 1218 ELM ST N | | FARGO | ND | 58102-2703 | K59380 | 66.90 | * |
| DENNIS DETWEILER | 713 S IOWA ST | | SOLON | IA | 52333-9250 | K56997 | 66.90 | * |
| DENNIS DOSCH | 9186 POWERS LAKE RD | | POWERS LAKE | ND | 58773-9306 | K35437 | 66.90 | * |
| DENNIS DOYLE WADDILL | 1120 SUNSET DR | | CARLISLE | IA | 50047-9768 | K22495 | 66.90 | * |
| DENNIS E GARDNER | PO BOX 1 | | WILLOW | AK | 99688-0001 | K61274 | 66.90 | * |
| DENNIS E OWENS | 257 HARRISON DR | | BENNETT | CO | 80102-7883 | K55510 | 66.90 | * |
| DENNIS ECKSTEIN | PO BOX 591 | | SELMA | OR | 97538-0591 | K36042 | 66.90 | * |
| DENNIS ENSINGER | 1437 N READING RD | | STEVENS | PA | 17578-9300 | K58753 | 66.90 | * |
| DENNIS F GLEASON | 511 N ALLEGHANY ST | | EL DORADO | KS | 67042-1535 | K55970 | 66.90 | * |
| DENNIS G DAGNAN | 10947 TOPVIEW LN | | KNOXVILLE | TN | 37934-7081 | K14489 | 66.90 | * |
| DENNIS GEHLE | 160 TRENBURG PLACE | | CLAYTON | NC | 27520-9218 | K32248 | 66.90 | * |
| DENNIS GLAUB | 13260 SAINT CLAIR DR | | IRWIN | PA | 15642-1672 | K60741 | 66.90 | * |
| DENNIS GOTTHARD | 254 STUART RD | | CARLISLE | PA | 17015-9353 | K17551 | 66.90 | * |
| DENNIS GRAHAM | 7489 EL CHINO CIR | | BUENA PARK | CA | 90620-1719 | K32471 | 66.90 | * |
| DENNIS GROSS | 2 WEATHERFIELD DR | | NEWTOWN | PA | 18940-2600 | K46469 | 66.90 | * |
| DENNIS GRUBER | 1636 APACHE DR NE | | SOLON | IA | 52333-9473 | K53725 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DENNIS H OSMOND | 5548 LAWTON AVE | | OAKLAND | CA | 94618-1509 | K53471 | 66.90 | * |
| DENNIS HALL | 10235 SCARBOROUGH RD | | MINNEAPOLIS | MN | 55437-2516 | K21457 | 66.90 | * |
| DENNIS HARKAVY ESQ | 23611 LADRILLO ST | | WOODLAND HILL | CA | 91367-5833 | K48432 | 66.90 | * |
| DENNIS HARRINGTON | 1601 KAPPATOS WAY | | SUNDERLAND | MD | 20689-9608 | K16184 | 66.90 | * |
| DENNIS HENRY | 201 PINE DALE RD | | HAVELOCK | NC | 28532-2717 | K32920 | 66.90 | * |
| DENNIS HINTZ | 3272 N GENESEE RD | | FLINT | MI | 48506-2175 | K57535 | 66.90 | * |
| DENNIS HOMANN | 2811 MINNESOTA AVE | | STEVENS POINT | WI | 54481-4825 | K48311 | 66.90 | * |
| DENNIS HUEBNER | 1437 BROADWAY | | DENISON | IA | 51442-2052 | K50815 | 66.90 | * |
| DENNIS J CREEDON | 2012 DEVEREUX DR | | BURLINGAME | CA | 94010-4646 | K54445 | 66.90 | * |
| DENNIS J DAY | W4014 LEWIS LN | | TOMAHAWK | WI | 54487-8365 | K48101 | 66.90 | * |
| DENNIS J KEUNTJES | 310 13TH ST N | | WISCONSIN RAP | WI | 54494-4424 | K51111 | 66.90 | * |
| DENNIS J QUINLAN | 4445 SOUTHVIEW WAY DR | | SAINT LOUIS | MO | 63129-6718 | K47673 | 66.90 | * |
| DENNIS J SLAGLE | 1613 MARKET ST | | LA CROSSE | WI | 54601-4972 | K37606 | 66.90 | * |
| DENNIS J WATKINS | 82 MELROSE DR | | PAINESVILLE | OH | 44077-1409 | K43231 | 66.90 | * |
| DENNIS JENSEN | 1951 MACKINAC ST | | FORT COLLINS | CO | 80524-3680 | K20084 | 66.90 | * |
| DENNIS JOSEPH O'BRIEN | 3208 A RD | | LOXAHATCHEE | FL | 33470-3888 | K40018 | 66.90 | * |
| DENNIS K KRUSE | 8412 FINLAY CT | | SPRINGFIELD | VA | 22153-3305 | K49248 | 66.90 | * |
| DENNIS K STELL | 1336 HAMILTON ST | | PAMPA | TX | 79065-4208 | K31300 | 66.90 | * |
| DENNIS KENDALL BURNS MD | 4423 HOLLOW OAK DR | | DALLAS | TX | 75287-6850 | K46046 | 66.90 | * |
| DENNIS KENNEDY | 834 MEADOWVIEW LN APT 19 | | LODI | WI | 53555-1353 | K48762 | 66.90 | * |
| DENNIS KNOBLOCH | 115 W JEFFERSON ST STE 201 | | BLOOMINGTON | IL | 61701-3967 | K49483 | 66.90 | * |
| DENNIS L BELLEVOU | 27118 ERIN DR | | MECHANICSVILL | MD | 20659-4224 | K34584 | 66.90 | * |
| DENNIS L FARRELL | 109 ELLIOTT CT | | COLUMBIA | TN | 38401-5500 | K43492 | 66.90 | * |
| DENNIS L GRANT | 109 WINDING WAY | | COVINGTON | KY | 41011-1140 | K59792 | 66.90 | * |
| DENNIS L OLANDER | 1427 HYTHE ST | | SAINT PAUL | MN | 55108-1422 | K18714 | 66.90 | * |
| DENNIS L PALSA | 12345 VALLEY VISTA DR | | CHESTERLAND | OH | 44026-2346 | K44927 | 66.90 | * |
| DENNIS L RIGGIN | 212 COUNTRY CLUB RD | | DEVILS LAKE | ND | 58301-8940 | K32241 | 66.90 | * |
| DENNIS L SLUYTER | 314 CADGEWITH E | | LANSING | MI | 48906-1526 | K40105 | 66.90 | * |
| DENNIS L SNYDER | 8 FAIRWAY DR | | MOUNT VERNON | OH | 43050-5401 | K50225 | 66.90 | * |
| DENNIS L WAGNER | 132 TALL TREE LN | | JACKSON | GA | 30233-6211 | K50081 | 66.90 | * |
| DENNIS L WETHERELL | 14638 PONDEROSA CT | | WOODBRIDGE | VA | 22191-3132 | K16163 | 66.90 | * |
| DENNIS LEE KESSLER | 3535 PATTEN RD APT 6BC | | HIGHLAND PARK | IL | 60035-5959 | K42323 | 66.90 | * |
| DENNIS LEIBOVITZ | 2323 N HOUSTON ST APT 414 | | DALLAS | TX | 75219-7624 | K52929 | 66.90 | * |
| DENNIS LEWIS | 430 ENTERLINE RD | | WATSONTOWN | PA | 17777-8328 | K17645 | 66.90 | * |
| DENNIS LEWIS | 184 VERDE CREEK DR | | CENTER POINT | TX | 78010-5488 | K62640 | 66.90 | * |
| DENNIS LONERGAN | 4114 LILLIE AVE | | DAVENPORT | IA | 52806-4416 | K28789 | 66.90 | * |
| DENNIS LUBECK | 2336 WHITTEMORE PL | | SAINT LOUIS | MO | 63104-2531 | K39777 | 66.90 | * |
| DENNIS M DWYER | 3522 MAJESTIC PINE LN | | FAIRFAX | VA | 22033-1511 | K26148 | 66.90 | * |
| DENNIS M FARRELL | N94W15987 CHEROKEE DR | | MENOMONEE FAL | WI | 53051-1552 | K43543 | 66.90 | * |
| DENNIS M MINAGLIA | 4648 N KENTON AVE | | CHICAGO | IL | 60630-4020 | K53933 | 66.90 | * |
| DENNIS M QUINN | 4021 RICHLAND AVE | | METAIRIE | LA | 70002-3021 | K56873 | 66.90 | * |
| DENNIS M WOLF | 3 RADER RD | | GREAT MEADOWS | NJ | 07838-2321 | K59915 | 66.90 | * |
| DENNIS MARSHALL | 103 NAVAHO DR | | KEOKUK | IA | 52632-2024 | K17182 | 66.90 | * |
| DENNIS MELCHER | 769 HIGHVIEW AVE | | SOMERSET | MA | 02726-3782 | K25445 | 66.90 | * |
| DENNIS MICHAEL WARD | PO BOX 854 | | CAMDENTON | MO | 65020-0854 | K41229 | 66.90 | * |
| DENNIS MILLER | 227 N UTE AVE APT 308 | | MONTROSE | CO | 81401-3477 | K18397 | 66.90 | * |
| DENNIS MOORE | 1091 SNOW CREEK RD | | FALLBROOK | CA | 92028-3579 | K32764 | 66.90 | * |
| DENNIS MORRISSEY | 10632 GRAND AVE | | OMAHA | NE | 68134-2441 | K56442 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DENNIS N MATH | 100 CHRISTOPHER COLUMBUS DR | | JERSEY CITY | NJ | 07302-5561 | K53868 | 66.90 | * |
| DENNIS N ZIMMERMAN | 352 COVENTRY LN | | LITITZ | PA | 17543-8763 | K58199 | 66.90 | * |
| DENNIS NIXT | 808 3RD AVE N | | HUMBOLDT | IA | 50548-1640 | K53065 | 66.90 | * |
| DENNIS NOLTE | 7810 W PEORIA AVE LOT 84 | | PEORIA | AZ | 85345-1029 | K39351 | 66.90 | * |
| DENNIS NOVOSEL | 158 PLEASANT AVE | | FANWOOD | NJ | 07023-1157 | K21574 | 66.90 | * |
| DENNIS OHRTMAN | 510 BURRELL DR | | LEWISTON | ID | 83501-4536 | K56488 | 66.90 | * |
| DENNIS P HERMAN | 2903 E 30TH PL | | FARMINGTON | NM | 87402-4559 | K19618 | 66.90 | * |
| DENNIS P LANG | 1108 DORRIT DR | | LOVELAND | OH | 45140-9744 | K38652 | 66.90 | * |
| DENNIS PIEROTTI | 363 ALTAMONT DR | | SOUTH SAN FRA | CA | 94080-3010 | K57400 | 66.90 | * |
| DENNIS POWERS | 771 WILLIAMSBURG WAY APT C | | GILROY | CA | 95020-6357 | K34614 | 66.90 | * |
| DENNIS PRENDERGAST | 13122 N ST APT 8 | | OMAHA | NE | 68137-1851 | K57772 | 66.90 | * |
| DENNIS PROCTOR | 111 STONEHEDGE LN | | SPARTA | NJ | 07871-2862 | K14670 | 66.90 | * |
| DENNIS R BOYLE | 4672 FOX MOOR LN | | GREENWOOD | IN | 46143-9278 | K60439 | 66.90 | * |
| DENNIS R ROGERS | 2408 SW JACKSON CT | | BLUE SPRINGS | MO | 64015-4037 | K54309 | 66.90 | * |
| DENNIS R STALKER | 13121 E GLEN CREEK ST | | WICHITA | KS | 67230-1723 | K38148 | 66.90 | * |
| DENNIS RAY [DENNY] UMPHRESS | 62 STONY WAY | | MASON CITY | IA | 50401-6648 | K23125 | 66.90 | * |
| DENNIS SARCHET | 1403 FINCASTLE LOOP | | COLLEGE STATI | TX | 77845-9493 | K56034 | 66.90 | * |
| DENNIS SCHULZ | 4075 WOLF CREEK RD | | PACIFIC | MO | 63069-5250 | K21349 | 66.90 | * |
| DENNIS SMITH | 222 9TH AVE SE | | LE MARS | IA | 51031-1737 | K53303 | 66.90 | * |
| DENNIS STACKLEY | 15578 GREENSTONE CIR | | PARKER | CO | 80134-3565 | K55225 | 66.90 | * |
| DENNIS STENZEL | 10702 S 25TH AVE | | BELLEVUE | NE | 68123-4491 | K53367 | 66.90 | * |
| DENNIS STRICKLIN | 1720 PAYTON CIR | | EL DORADO | KS | 67042-4909 | K52483 | 66.90 | * |
| DENNIS W BENNETT | 138 MAHONING ST | | MILTON | PA | 17847-1510 | K14994 | 66.90 | * |
| DENNIS W MOONEY | 1315 MONONGAHELA BLVD | | WHITE OAK | PA | 15131-1527 | K61718 | 66.90 | * |
| DENNIS W RAU | 12110 E 55TH ST S | | DERBY | KS | 67037-8332 | K45592 | 66.90 | * |
| DENNIS WARNER | 514 PETERSON ST | | ALTA | IA | 51002-1306 | K16682 | 66.90 | * |
| DENNIS WEGNER | 722 9TH AVE | | INTERNATIONAL | MN | 56649-2544 | K18199 | 66.90 | * |
| DENNIS WILSON | 511 ALVARADO AVE | | CEDAR FALLS | IA | 50613-7497 | K60026 | 66.90 | * |
| DENNIS WOLF | 35861 200TH ST | | LE MARS | IA | 51031-8185 | K55482 | 66.90 | * |
| DENNIS WYNN | 4809 S 91ST AVENUE CIR | | OMAHA | NE | 68127-2401 | K56965 | 66.90 | * |
| DENNIS ZEGAN | 902 SWORDFISH WAY | | KITTY HAWK | NC | 27949-6058 | K29811 | 66.90 | * |
| DENNIS ZOUZOUNIS | 17 VICTORIA RD | | BURLINGAME | CA | 94010-2956 | K54226 | 66.90 | * |
| DENNISSE THOMAS RN | 2404 WILLIAMS AVE | | VIENNA | VA | 22180-6829 | K24290 | 66.90 | * |
| DENNY HACK | 10102 FAIRMOUNT RD | | LOUISVILLE | KY | 40291-3146 | K33244 | 66.90 | * |
| DENNY MCDOWELL | 706 ASHLAND DR | | PEARL RIVER | LA | 70452-3736 | K57309 | 66.90 | * |
| DENNYSE CAHILL | 30203 OVERLOOK DR | | WICKLIFFE | OH | 44092-1144 | K43062 | 66.90 | * |
| DENTON HIGH SCHOOL | DENTON INDEPENDENT SCHOOL DI | 1007 FULTON ST | DENTON | TX | 76201 | | 0.00 | ** |
| DENTON HIGH SCHOOL | c/o SHARON COX | 1007 FULTON ST | DENTON | TX | 76201 | | 0.00 | ** |
| Department of Legal Affairs | c/o Attorney General | 3507 East Frontage Road | Tampa | FL | 33607-0000 | | 4,432,395.00 | Judgment |
| DERALD EDMONDS | 6516 MASTIN ST | | MERRIAM | KS | 66203-3629 | K34898 | 66.90 | * |
| DERALD R BURGESS | 12449 COUNTY ROAD 38 | | BLAIR | NE | 68008-6201 | K13753 | 66.90 | * |
| DERICK TURQUEZA | 157 NAUTICAL CV | | HERCULES | CA | 94547-2636 | K51812 | 66.90 | * |
| DERRILL S FELKEL | 2608 QUITMAN ST | | COLUMBIA | SC | 29204-3650 | K32967 | 66.90 | * |
| DERWOOD KOENIG | 1755 WALNUT TRCE | | GREENFIELD | IN | 46140-3050 | K53885 | 66.90 | * |
| DERYL [SCARAMOUCHE] STEPHENS | 2603 12TH AVE | | CANYON | TX | 79015-5423 | K29443 | 66.90 | * |
| DES MOINES, LINCOLN HIGH SCHOOL | ALHS ALUMNI ASSOCIATION | 2600 SW 9TH ST | DES MOINES | IA | 50315 | | 0.00 | ** |
| DES MOINES, LINCOLN HIGH SCHOOL | c/o BETH ALBRIGHT | 2600 SW 9TH ST | DES MOINES | IA | 50315 | | 0.00 | ** |
| DESIREE [DES] MCCAIN | 431 OLD WALNUT BR | | NORTH AUGUSTA | SC | 29860-8662 | K31293 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 116 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DESIREE P CANNON | 4040 FORT ST | | OMAHA | NE | 68111-1806 | K53244 | 66.90 | * |
| DESIREE RIFFEL | 2225 GENTRY LN | | EL DORADO | KS | 67042-4072 | K48643 | 66.90 | * |
| DEVA LYNN PARKS | 2296 FLOYD CT | | LAWRENCEBURG | IN | 47025-9744 | K32183 | 66.90 | * |
| DEVILS LAKE HIGH SCHOOL | DEVILS LAKE PUBLIC SCHOOLS D | 1601 COLLEGE DR N | DEVILS LAKE | ND | 58301 | | 0.00 | ** |
| DEVILS LAKE HIGH SCHOOL | c/o GEORGE ZENK | 1601 COLLEGE DR N | DEVILS LAKE | ND | 58301 | | 0.00 | ** |
| DEVON YOHO | 2805 W PETTY RD | | MUNCIE | IN | 47304-3085 | K53380 | 66.90 | * |
| DEWAYNE C DOUGHERTY | 4173 OLD STATE RD | | HAMPSHIRE | TN | 38461-4536 | K42486 | 66.90 | * |
| DEWAYNE MCOSKER | 144 MEDITERRANEAN BLVD N | | PORT SAINT LU | FL | 34952-8553 | K52692 | 66.90 | * |
| DEWAYNE PETERSON | 655 TIMBER IVES DR | | DACULA | GA | 30019-4834 | K42083 | 66.90 | * |
| DEWEY D ADAMS | 134 CLAIRMONT RD | | UNION | SC | 29379-7645 | K31943 | 66.90 | * |
| DEWEY MARLATT JR | 663 GULICK RD | | HASLETT | MI | 48840-9129 | K43351 | 66.90 | * |
| DEWEY SKILLING | 1024 E MCGREGOR ST | | ALGONA | IA | 50511-2919 | K56458 | 66.90 | * |
| DEWEY W SIKES | PO BOX 354 | | SPRINGFIELD | GA | 31329-0354 | K48864 | 66.90 | * |
| DEXIE DUNHAM | 1527 S LAKE DR | | SHELL LAKE | WI | 54871-7869 | K26614 | 66.90 | * |
| DEXTER MOHAMMED HASAN | 1433 S MEADOW ST | | METAIRIE | LA | 70003-5923 | K53912 | 66.90 | * |
| DIANA AIROLDI | 146 MARKEV LN | | NEW LENOX | IL | 60451-1138 | K48976 | 66.90 | * |
| DIANA BRENNAN | 143 HEDGEROW LN | | WEST CHESTER | PA | 19380-6503 | K49785 | 66.90 | * |
| DIANA BROWN | 114 LYNN LN | | OCEANSIDE | CA | 92058-7855 | K36275 | 66.90 | * |
| DIANA CAVUOTO | 6 CONCORD DR S | | FORT SALONGA | NY | 11768-2511 | K61926 | 66.90 | * |
| DIANA DEE SMITH | 13027 ANDY DR | | GULFPORT | MS | 39503-2325 | K34733 | 66.90 | * |
| DIANA E CUMBERBATCH | PO BOX 341029 | | BROOKLYN | NY | 11234-8029 | K53262 | 66.90 | * |
| DIANA ELIZABETH SIMMONS | 1231 BROWN RD | | BOAZ | AL | 35957-4522 | K24374 | 66.90 | * |
| DIANA GAINES | 912 COPELAND AVE | | LA CROSSE | WI | 54603-2663 | K44331 | 66.90 | * |
| DIANA GALE HOOKER | 3841 CHATHAM RD | | LOUISVILLE | KY | 40218-4703 | K36395 | 66.90 | * |
| DIANA HAMRICK | 8095 SE 169TH PALOWNIA LOOP | | THE VILLAGES | FL | 32162-8378 | K22620 | 66.90 | * |
| DIANA HESTER | 1840 BAYWOOD DR APT 201 | | CORONA | CA | 92881-3347 | K15484 | 66.90 | * |
| DIANA HOLLAND | 2325 N HEIGHTS AVE | | BATESVILLE | AR | 72501-9551 | K30538 | 66.90 | * |
| DIANA HUFFORD | 2629 LYFORD DR | | COLUMBUS | MS | 39705-1907 | K57422 | 66.90 | * |
| DIANA KESSELRING | 430 E KENYON AVE | | DES MOINES | IA | 50315-4129 | K21373 | 66.90 | * |
| DIANA KLENK | 6043 PAWNEE DR | | CINCINNATI | OH | 45224-2311 | K40033 | 66.90 | * |
| DIANA KOZAK | 27231 LAKE SHORE BLVD | | EUCLID | OH | 44132-1245 | K43455 | 66.90 | * |
| DIANA L BREITWIESER | 1225 BROADWAY AVE S | | SAUK RAPIDS | MN | 56379-1050 | K19542 | 66.90 | * |
| DIANA L HOLDEN | 12123 EUCALYPTUS ST | | SAN ANTONIO | TX | 78245-3309 | K23134 | 66.90 | * |
| DIANA L MCCARTER | 705 ARBOR DR | | SAN LEANDRO | CA | 94577-2915 | K52257 | 66.90 | * |
| DIANA L OTTERNESS | 3413 VALLEY RANCH DR | | LUTZ | FL | 33548-4709 | K38418 | 66.90 | * |
| DIANA L SMITH | 17803 N 135TH DR | | SUN CITY WEST | AZ | 85375-4932 | K31327 | 66.90 | * |
| DIANA LEWIS | 1349 MOUNT ZION RD | | JACKSON | OH | 45640-9168 | K51383 | 66.90 | * |
| DIANA LIPPS | 4093 STILLWELL BECKETT RD | | HAMILTON | OH | 45013-8926 | K41347 | 66.90 | * |
| DIANA LITTLE | 209 PEACHTREE PL | | MASON | MI | 48854-1448 | K58191 | 66.90 | * |
| DIANA LIZON | 5400 KING RD | | HOWELL | MI | 48843-7420 | K60176 | 66.90 | * |
| DIANA M STROUD | 505 BROOKFIELD WAY | | WEST CHESTER | PA | 19382-6666 | K15082 | 66.90 | * |
| DIANA MANNING | 1767 MIRAMONTE WAY | | LAWRENCEVILLE | GA | 30045-2678 | K46846 | 66.90 | * |
| DIANA MARTIN | 3006 GOLD RUSH CT | | CORINTH | TX | 76210-2265 | K60942 | 66.90 | * |
| DIANA MATTHEIS | 2115 CAPELL DR | | LODI | CA | 95242-3214 | K53430 | 66.90 | * |
| DIANA MEYERS | 3808 SW 2ND ST | | DES MOINES | IA | 50315-3509 | K22790 | 66.90 | * |
| DIANA MILLER | 1201 WOLSLEY | | WINNIPEG | MB | R3G 1H2 | K20866 | 66.90 | * |
| DIANA MILLER | 14712 LINDEN ST | | LEAWOOD | KS | 66224-3771 | K42915 | 66.90 | * |
| DIANA NEVILLE | 1248 W SHERWOOD TER | | FORT WAYNE | IN | 46807-2935 | K54414 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DIANA RAMEY | 418 E VERMONT ST APT 3 | | INDIANAPOLIS | IN | 46202-4201 | K48951 | 66.90 | * |
| DIANA REIST | 1972 PARK PLZ | | LANCASTER | PA | 17601-3844 | K30018 | 66.90 | * |
| DIANA REIST | 1972 PARK PLZ | | LANCASTER | PA | 17601-3844 | K34387 | 66.90 | * |
| DIANA S GRIFFITH | 330 W CENTRAL AVE APT 3D | | EL DORADO | KS | 67042-2140 | K56630 | 66.90 | * |
| DIANA SNITILY | 4441 LAZY LN | | SAN JOSE | CA | 95135-1805 | K30010 | 66.90 | * |
| DIANA SUBLER | 905 WOODLAND DR | | VERSAILLES | OH | 45380-8592 | K33226 | 66.90 | * |
| DIANA THOMAS | 11721 W 9TH ST | | ZION | IL | 60099-9795 | K55458 | 66.90 | * |
| DIANA TVEIT | 1317 14TH AVE | | INTERNATIONAL | MN | 56649-2867 | K18479 | 66.90 | * |
| DIANA VAUGHN | 39701 DESERT GREENS DR E | | PALM DESERT | CA | 92260-1238 | K31369 | 66.90 | * |
| DIANA WAKELEY | 1468 MORSTEIN RD | | WEST CHESTER | PA | 19380-5822 | K33644 | 66.90 | * |
| DIANA WASHINGTON | 5415 N SHERIDAN RD APT 3708 | | CHICAGO | IL | 60640-1949 | K55259 | 66.90 | * |
| DIANE [DEENIE] ROSS | 3628 SPANISH OAK PT | | DAVIE | FL | 33328-3038 | K34389 | 66.90 | * |
| DIANE A FISK | 439 RAY MAY DR | | JOLIET | IL | 60433-2147 | K51398 | 66.90 | * |
| DIANE A HAUG | 1992 S TENNYSON ST | | DENVER | CO | 80219-5159 | K22194 | 66.90 | * |
| DIANE A LUFF | 9666 SUNNY ISLE CIR | | BOCA RATON | FL | 33428-2940 | K12780 | 66.90 | * |
| DIANE A SHEPPARD MSW | 20 IMBROOK LN | | ABERDEEN | NJ | 07747-1508 | K48672 | 66.90 | * |
| DIANE ANDERSON | 2140 JOHNSON STREET RD | | KEOKUK | IA | 52632-9744 | K22243 | 66.90 | * |
| DIANE ANGELERI | 1480 RATTLESNAKE BRIDGE RD | | BEDMINSTER | NJ | 07921-2938 | K56344 | 66.90 | * |
| DIANE ARENZ | W4742 BIG BAY RD | | NECEDAH | WI | 54646-7057 | K18420 | 66.90 | * |
| Diane B. Sizemore | 7614 Radcliffe Cir Apt 2038 | | Port Richey | FL | 34668-5963 | | 208.77 | ARI: Wages |
| DIANE BARTLETT | 526 STATE RD | | PITTSFIELD | MA | 01201-8842 | K38483 | 66.90 | * |
| DIANE BREITWEISER | 415 W NORTH ST | | JUNEAU | WI | 53039-1120 | K55596 | 66.90 | * |
| DIANE BRYANT | 5908 SIERRA GRANDE DR | | AUSTIN | TX | 78759-5146 | K13670 | 66.90 | * |
| DIANE CABLE-WIGGINS | 7639 14TH AVE S | | RICHFIELD | MN | 55423-4587 | K18310 | 66.90 | * |
| DIANE CAMPBELL | 7246 MERRIMAN RD | | BOONES MILL | VA | 24065-1706 | K60745 | 66.90 | * |
| DIANE D CARKHUFF | 3556 STATE ROUTE 307 | | AUSTINBURG | OH | 44010-9772 | K46842 | 66.90 | * |
| DIANE DAMON | 1211 COUNTRYWOOD LN | | VISTA | CA | 92081-5337 | K28352 | 66.90 | * |
| DIANE DE SONIE | 3413 HODGIN RD | | RICHMOND | VA | 47374-7900 | K25589 | 66.90 | * |
| DIANE DECARLO | 166 TARPON DR | | SEA GIRT | NJ | 08750-2211 | K14156 | 66.90 | * |
| DIANE DEMARCO | 1785 215TH ST APT 2C | | BAYSIDE | NY | 11360-1704 | K48630 | 66.90 | * |
| DIANE DENBOER | 726 ONTARIO AVE | | OOSTBURG | WI | 53070-1439 | K48849 | 66.90 | * |
| DIANE DOLL | 20 CHESHIRE RD | | BETHPAGE | NY | 11714-1122 | K44242 | 66.90 | * |
| DIANE DORSETT | 435 MILAN HWY | | TRENTON | TN | 38382-9214 | K30640 | 66.90 | * |
| DIANE E LEBER | 2825 E DRY CREEK PL | | CENTENNIAL | CO | 80122-3312 | K55465 | 66.90 | * |
| DIANE EASTERWOOD | 415 NW 71ST ST | | LAWTON | OK | 73505-5405 | K38339 | 66.90 | * |
| DIANE EDENS | PO BOX 444 | | RANIER | MN | 56668-0444 | K19977 | 66.90 | * |
| DIANE FATZ | 115 FOREST WALK | | SUNSET BEACH | NC | 28468-6146 | K32902 | 66.90 | * |
| DIANE FEATHERSTON | 3001 RIVER REACH | | WILLIAMSBURG | VA | 23185-7544 | K24805 | 66.90 | * |
| DIANE FERST | 307 W ARLINGTON HTS | | NORTH AUGUSTA | SC | 29841-3302 | K20111 | 66.90 | * |
| DIANE FIELDS | 1260 FLINT LOCK CV | | HERNANDO | MS | 38632-7585 | K12424 | 66.90 | * |
| DIANE FLINT | 481 RIDGELAND RD | | GREENCASTLE | IN | 46135-9402 | K52576 | 66.90 | * |
| DIANE GRASSO | 21 BOLAN DR | | HUNTINGTON ST | NY | 11746-2823 | K36789 | 66.90 | * |
| DIANE GREENHAGEN | 2308 MAPLE AVE | | LEAVENWORTH | KS | 66048-4440 | K34261 | 66.90 | * |
| DIANE GRINTON | 422 MAUDE AVE | | JOLIET | IL | 60433-2726 | K54423 | 66.90 | * |
| DIANE HALAL | 11741 CHERRY ST | | LOS ALAMITOS | CA | 90720-4101 | K43105 | 66.90 | * |
| DIANE HAMMOND | 13076 MACON RD | | SALINE | MI | 48176-9398 | V98824 | 66.90 | * |
| DIANE HANKINS | 303 ANDOVER DR | | LONDON | OH | 43140-1600 | K50891 | 66.90 | * |
| DIANE HARRIS | 442 STONE CHURCH RD | | TIVERTON | RI | 02878-2813 | K25771 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DIANE HOFFMAN | 4240 E DONALD ST | | WATERLOO | IA | 50703-9201 | K57132 | 66.90 | * |
| DIANE J HECHT | 2642 N PHELPS AVE | | ARLINGTON HEI | IL | 60004-2272 | K61679 | 66.90 | * |
| DIANE J MCMASTER | 226 CHATHAM WAY | | WEST CHESTER | PA | 19380-6812 | K34301 | 66.90 | * |
| DIANE J PETERSON | 410 BENGAL DR | | RAPID CITY | SD | 57701-9539 | K36117 | 66.90 | * |
| DIANE JANIS | 10511 TURNER LN | | UNION | KY | 41091-9401 | K61141 | 66.90 | * |
| DIANE JENSEN | 12941 BROADMOOR ST | | OVERLAND PARK | KS | 66209-4018 | K56256 | 66.90 | * |
| DIANE JUDEM | 12 COLONIAL DR | | FRAMINGHAM | MA | 01701-2620 | K53663 | 66.90 | * |
| DIANE K BOWLIN | 4701 COVINGTON RD APT 6 | | FORT WAYNE | IN | 46804-5068 | K42500 | 66.90 | * |
| DIANE K EDWARDS | 315 RIDGECREST DR | | MURFREESBORO | TN | 37130-2161 | K28005 | 66.90 | * |
| DIANE K PETERSEN | 40 5TH AVE N | | WAITE PARK | MN | 56387-1138 | K20281 | 66.90 | * |
| DIANE KELLY | 3186 BONNIE VILLA LN | | DAYTON | OH | 45431-3305 | K60637 | 66.90 | * |
| DIANE KNUTH | 1130 13TH ST N | | WISCONSIN RAP | WI | 54494-3007 | K53264 | 66.90 | * |
| DIANE KRIMM | 174 BAILEY RD | | GREENSBURG | PA | 15601-8639 | K61633 | 66.90 | * |
| DIANE L KITCHELL | 246 MAIN ST APT 11 | | MADISON | NJ | 07940-2266 | K39515 | 66.90 | * |
| DIANE L LESSEM | 6330 WENRICH DR | | SAN DIEGO | CA | 92120-2931 | K39702 | 66.90 | * |
| DIANE L MANNING | 40 WILLIAM DR | | JEWETT CITY | CT | 06351-2649 | K11957 | 66.90 | * |
| DIANE L ORMSBEE | 1711 KELLIE DR | | MONTROSE | CO | 81401-9520 | K18585 | 66.90 | * |
| DIANE LECCESE | 446 E 20TH ST APT 7H | | NEW YORK | NY | 10009-8220 | K59277 | 66.90 | * |
| DIANE LIVINGSTON | 660 LINDA FALLS TER | | ANGWIN | CA | 94508-9648 | K36316 | 66.90 | * |
| DIANE LYNN BRODA | 421 PENNINGTON ST APT C1 | | ELIZABETH | NJ | 07202-1143 | K13568 | 66.90 | * |
| DIANE M DRUMMOND | 174 S COLLIER BLVD UNIT 203 | | MARCO ISLAND | FL | 34145-4301 | K24543 | 66.90 | * |
| DIANE M GALLAGHER | 1048 IRVINE AVE # 641 | | NEWPORT BEACH | CA | 92660-4602 | K43123 | 66.90 | * |
| DIANE M KNOWLES | 5020 W 128TH ST | | LEAWOOD | KS | 66209-1880 | K28860 | 66.90 | * |
| DIANE M MOORE | 209 AMY CIR | | NORTH AUGUSTA | SC | 29841-2883 | K31966 | 66.90 | * |
| DIANE M RANDALL | 78 CARDINAL RD | | LEVITTOWN | PA | 19057-1638 | K24761 | 66.90 | * |
| DIANE MAHER | 11 WINDING WAY | | MULLICA HILL | NJ | 08062-2511 | K49298 | 66.90 | * |
| DIANE MALLORY | 1404S YAGER RD | | MANISTIQUE | MI | 49854-8965 | K14886 | 66.90 | * |
| DIANE MARIE ZIMA | 178 CHADLEE DR | | WILLIAMSPORT | PA | 17702-8512 | K26415 | 66.90 | * |
| DIANE MASSENBURG | 1049 MERION DR | | WEST MIFFLIN | PA | 15122-3109 | K61080 | 66.90 | * |
| DIANE MATTSON | 1107 CHRISTIE AVE N | | FORT FRANCES | ON | P9A 2G7 | K24397 | 66.90 | * |
| DIANE MUEHLENTHALER | 7702 SW 9TH ST | | DES MOINES | IA | 50315-6744 | K21975 | 66.90 | * |
| DIANE MUELLER | 110 LAURYN CT | | MOUNT HOREB | WI | 53572-3333 | K51054 | 66.90 | * |
| DIANE MULRANEY | 180 E 194TH ST | | EUCLID | OH | 44119-1030 | K50200 | 66.90 | * |
| DIANE NEAL | 11605 KOTH DR | | LINDEN | MI | 48451-9635 | K59059 | 66.90 | * |
| DIANE NEW | 133 GREENS BOTTOM RD | | CARROLLTON | KY | 41008-9170 | K35251 | 66.90 | * |
| DIANE O'CONNOR | 7707 BONNIE DR | | WEST CHESTER | OH | 45069-2738 | K31743 | 66.90 | * |
| DIANE O'ROURKE | 2 SWENSON DR | | WOODBURY | NY | 11797-1223 | K37199 | 66.90 | * |
| DIANE PARSONS | PO BOX 164 | | RANIER | MN | 56668-0164 | K19299 | 66.90 | * |
| DIANE PETERS | 6911 N OTTAWA AVE | | CHICAGO | IL | 60631-1108 | K53224 | 66.90 | * |
| DIANE PILOLLA | 7765 N NEVA AVE | | NILES | IL | 60714-4737 | K53225 | 66.90 | * |
| DIANE POOLE | 1525 HARDESTY RIDGE RD | | TAYLORSVILLE | KY | 40071-9225 | K34424 | 66.90 | * |
| DIANE PRENGER | 2149 CALLAWAY CT | | VERSAILLES | OH | 45380-8598 | K31881 | 66.90 | * |
| DIANE PULVERMULLER | 17 KENNETH AVE | | PARLIN | NJ | 08859-1828 | K36222 | 66.90 | * |
| DIANE RAMBLER | 2100 PEMBERTON PT | | BUFORD | GA | 30519-7538 | K33432 | 66.90 | * |
| DIANE RANDOLPH | 309 8TH AVE | | SUTERSVILLE | PA | 15083-1005 | K60789 | 66.90 | * |
| DIANE RICHARDS | 17 SHEPHERDS QUAY DR | | BREWSTER | MA | 02631-5214 | K54611 | 66.90 | * |
| DIANE ROSSINI | 1996 ELDRIDGE AVE W | | ROSEVILLE | MN | 55113-5444 | K25451 | 66.90 | * |
| DIANE ROWLAND | 203 VALLEY RD | | MIDDLETOWN | RI | 02842-7220 | K27804 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DIANE SANCHEZ | PO BOX 75 | | GREENBUSH | WI | 53026-0075 | K47972 | 66.90 | * |
| DIANE SCHRADER | 832 E WOOD ST | | VERSAILLES | OH | 45380-1549 | K32393 | 66.90 | * |
| DIANE SEIDEL | 1364 GREEN LN | | LA CANADA | CA | 91011-1705 | K54406 | 66.90 | * |
| DIANE SHANNON | 630 SKYSAIL LN | | FORT COLLINS | CO | 80525-3142 | K42381 | 66.90 | * |
| DIANE SHERIL RIEDINGER | 13107 JEFFERSON CIR N | | ATLANTA | GA | 30341-2676 | K62612 | 66.90 | * |
| DIANE SICKLES | 3930 DUNES PKWY | | NORTON SHORES | MI | 49441-4494 | K33626 | 66.90 | * |
| DIANE SMALARA | 1808 BARNEBY CT | | IRWIN | PA | 15642-4115 | K61056 | 66.90 | * |
| DIANE SMITH | 3008 DEER CREEK TRL | | HIGHLANDS RAN | CO | 80129-4373 | K34659 | 66.90 | * |
| DIANE SMITH | 351 DOGWOOD ST | | BROWNS MILLS | NJ | 08015-1314 | K48877 | 66.90 | * |
| DIANE SOLASH | 100 DALY BLVD APT 1904 | | OCEANSIDE | NY | 11572-6021 | K53958 | 66.90 | * |
| DIANE STEHMAN | 845 ARNOT RD | | BLOSSBURG | PA | 16912-9711 | K58049 | 66.90 | * |
| DIANE STOFFREGEN | 1621 DAKOTA DR | | WATERLOO | IA | 50701-9767 | K55272 | 66.90 | * |
| DIANE SUMMERS | 3906 BROOKWOODS DR | | HOUSTON | TX | 77092-8322 | K23387 | 66.90 | * |
| DIANE T WALKER | 100 STONEHAM DR | | GLASSBORO | NJ | 08028-3002 | K31410 | 66.90 | * |
| DIANE T WOOD | 31 MAPLE AVE | | NEW LONDON | CT | 06320-5407 | K13581 | 66.90 | * |
| DIANE THURSTON | 1619 SHADY CREST DR | | LEBANON | TN | 37087-3119 | K37398 | 66.90 | * |
| DIANE TILANDER | 4161 HIGHWAY 332 | | INTERNATIONAL | MN | 56649-9154 | K20296 | 66.90 | * |
| DIANE VIERE | 185 HAMEL RD APT 203 | | HAMEL | MN | 55340-4564 | K22586 | 66.90 | * |
| DIANE WAHL | 4630 FLETCHER RD | | MANCHESTER | MI | 48158-9713 | K11744 | 66.90 | * |
| DIANE WALSH | 117 GREEN ST | | LOCUST GROVE | VA | 22508-5444 | K50605 | 66.90 | * |
| DIANE WASILEWSKI | 813 SHERMAN ST | | PAPILLION | NE | 68046-3784 | K37404 | 66.90 | * |
| DIANE WILBURGER | 65 PRESIDENTS DR | | MECHANICSBURG | PA | 17050-7958 | K37258 | 66.90 | * |
| DIANE WILKINS | 4648 INISHEER DR | | TALLAHASSEE | FL | 32309-2418 | K53839 | 66.90 | * |
| DIANE YEAGLEY | 1317 BRIGHTON AVE | | LITITZ | PA | 17543-6505 | K28900 | 66.90 | * |
| DIANE ZIMMERMAN | 5128 W US HIGHWAY 36 | | GREENCASTLE | IN | 46135-8013 | K45222 | 66.90 | * |
| DIANN C BROWN | 11379 SCHUMAN RD | | DUMAS | TX | 79029-7600 | K28409 | 66.90 | * |
| DIANN GRIGSBY | 4012 INDIAN HILLS DR | | AUGUSTA | GA | 30906-9313 | K21652 | 66.90 | * |
| DIANNA BROWN | 207 YAKIMA ST APT 309 | | WENATCHEE | WA | 98801-6905 | K48259 | 66.90 | * |
| DIANNA BURRIS-WOODS | 1813 EXCHANGE ST | | KEOKUK | IA | 52632-3319 | K18142 | 66.90 | * |
| DIANNA L EVELAND | PO BOX 36 | | LEMOYNE | NE | 69146-0036 | K56482 | 66.90 | * |
| DIANNA LONG | 2900 STONE CLIFF DR UNIT 113 | | BALTIMORE | MD | 21209-3831 | K24955 | 66.90 | * |
| DIANNA MAE ROSINSKI | PO BOX 457 | | CANDO | ND | 58324-0457 | K36088 | 66.90 | * |
| DIANNA ROSE | 61304 KING JOSIAH PL | | BEND | OR | 97702-2858 | K32973 | 66.90 | * |
| DIANNA RUCH | 112 BRIAR OAKS CT | | OLD HICKORY | TN | 37138-4213 | K19578 | 66.90 | * |
| DIANNA STUCKEY | 143 WOODS RD | | OXFORD | PA | 19363-4409 | K49381 | 66.90 | * |
| DIANNA VAN LANINGHAM-WRIGHT | 109 W ALEXANDER ST | | MORTON | IL | 61550-1510 | K47360 | 66.90 | * |
| DIANNE BAKER | 1608 COLUMBINE RD | | COLORADO SPRI | CO | 80907-4711 | K59955 | 66.90 | * |
| DIANNE BROWN | 4100 COLUMNS DR SE | | MARIETTA | GA | 30067-5199 | K34785 | 66.90 | * |
| DIANNE BURT | 249 IVASON DR | | STANTON | MI | 48888-9216 | K40696 | 66.90 | * |
| DIANNE DEUITCH | 317 ALDRICH ST | | UXBRIDGE | MA | 01569-2104 | K46717 | 66.90 | * |
| DIANNE E BAUER | 12930 55TH DR NE | | MARYSVILLE | WA | 98271-9063 | K20463 | 66.90 | * |
| DIANNE E JOHNSON | W9999 THOMPSON LN | | ELROY | WI | 53929-9521 | K51374 | 66.90 | * |
| DIANNE FAYE FISH | 614 E STATE ST | | ALGONA | IA | 50511-2838 | K59302 | 66.90 | * |
| DIANNE FORQUER | 60 EICHELBERGER DR | | CORAOPOLIS | PA | 15108-3459 | K40746 | 66.90 | * |
| DIANNE GRAFF | 1301 PINON AVE | | ANDERSON | CA | 96007-4038 | K25325 | 66.90 | * |
| DIANNE HAZELDINE | 124 READING AVE | | TITUSVILLE | FL | 32796-6102 | K45375 | 66.90 | * |
| DIANNE HULL | 1140 SYCAMORE ST | | WASHINGTON | PA | 15301-1856 | K61288 | 66.90 | * |
| DIANNE HUTKOWSKI | 5506 ARABIAN WAY | | BANCROFT | WI | 54921-9781 | K48312 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DIANNE JACOB | 450 KNIGHTS RUN AVE UNIT 414 | | TAMPA | FL | 33602-5700 | K43210 | 66.90 | * |
| DIANNE KOOB | 700 SUMMIT AVE S | | SAUK RAPIDS | MN | 56379-1214 | K21504 | 66.90 | * |
| DIANNE M EBERLE | 10519 RIVER RD | | NEW COLUMBIA | PA | 17856-9216 | K21351 | 66.90 | * |
| DIANNE MANSFIELD | 6010 E DEVONALD AVE | | TERRE HAUTE | IN | 47805-9607 | K25860 | 66.90 | * |
| DIANNE MCCARTER | 1003 WESLEY DR | | CRYSTAL LAKE | IL | 60014-8840 | K61734 | 66.90 | * |
| DIANNE PRYMEK | 2324 NEVADA AVE | | IOWA CITY | IA | 52240-6753 | K56910 | 66.90 | * |
| DIANNE ROEPKE | 27930 145TH ST NW | | ZIMMERMAN | MN | 55398-8617 | K55439 | 66.90 | * |
| DIANNE ROSEN | 11563 BRISTOL WOOD AVE | | BOYNTON BEACH | FL | 33437-1657 | K37101 | 66.90 | * |
| DIANNE SCHENDZIELOS | 10081 42ND ST | | CLEAR LAKE | MN | 55319-9732 | K19905 | 66.90 | * |
| DIANNE WAGNER | 4902 S OXBOW AVE APT 107 | | SIOUX FALLS | SD | 57106-4155 | K22263 | 66.90 | * |
| DIANNE WILLIAMS | 3908 KELL BLVD APT 205 | | WICHITA FALLS | TX | 76309-4965 | K35410 | 66.90 | * |
| DIANTHIA WILSON | 134 TIMBERFIELD DR N | | ELIDA | OH | 45807-9468 | K47432 | 66.90 | * |
| DICK ALEXANDER | 504 ROSSO CT | | PLEASANTON | CA | 94566-6327 | K27207 | 66.90 | * |
| DICK BODIKER | 4286 S C CT | | RICHMOND | IN | 47374-6030 | K25576 | 66.90 | * |
| DICK C [CHUCK] LUCKEMEYER | PO BOX 19414 | | RENO | NV | 89511-1906 | K26084 | 66.90 | * |
| DICK DALE | 107 SUNSET DR | | ALGONA | IA | 50511-7193 | K56320 | 66.90 | * |
| DICK HAROLD TUTT | 114 MERRILL RD | | EDDINGTON | ME | 04428-3349 | K36829 | 66.90 | * |
| DICK K DOMBROVSKI | 3016 HIGHWAY 1032 | | CISCO | TX | 76437-8937 | K30212 | 66.90 | * |
| DICK KAYZO SATO | 8712 N MAGNOLIA AVE SPC 143 | | SANTEE | CA | 92071-4571 | K52103 | 66.90 | * |
| DICK MASIMORE | 921 THORNTON AVE | | DES MOINES | IA | 50315-3037 | K21125 | 66.90 | * |
| DICK MYERS | 113 ARIETTA SHORES DR | | AUBURNDALE | FL | 33823-9336 | K51302 | 66.90 | * |
| DICK R RUNELS | 11 TOULON | | NEWPORT BEACH | CA | 92660-6829 | K29113 | 66.90 | * |
| DICK RODOCKER | 4704 OAK HILL LN | | SARASOTA | FL | 34232-1869 | K42235 | 66.90 | * |
| DICK SYMES | PO BOX 3037 | | ASHTABULA | OH | 44005-3037 | K17523 | 66.90 | * |
| DICK THIEL | 364 LARK DR | | PASO ROBLES | CA | 93446-4020 | K30079 | 66.90 | * |
| DICKIE D ST JOHN | 110 W ROUTE F | | CLARK | MO | 65243-9512 | K53971 | 66.90 | * |
| DIETRA WILSON | 8024 NORTHUMBERLAND RD | | SPRINGFIELD | VA | 22153-2932 | K13517 | 66.90 | * |
| DIGNA BECKMAN | 4239 N STEWART WAY | | BEVERLY HILLS | FL | 34465-4764 | K25010 | 66.90 | * |
| DIMPLE BROWDER | 620 MEADOW DR | | LENOIR CITY | TN | 37772-7911 | K35399 | 66.90 | * |
| DINA A PROTO | 9409 WANDERING WOODS CT | | LAS VEGAS | NV | 89149-1618 | K26037 | 66.90 | * |
| DINAH MARIA CRAWFORD | 30313 WOODLAND W DR | | LACOMBE | LA | 70445-2892 | K57809 | 66.90 | * |
| DINAH TURNER | 1209 S APACHE LN | | PEORIA | IL | 61607-1102 | K53690 | 66.90 | * |
| DINAH WALTERS | 1614 RICHMOND AVE | | PORTSMOUTH | VA | 23704-4440 | K12994 | 66.90 | * |
| DIRK G RITZEMA | 829 SHEPARD DR | | LOWELL | MI | 49331-9330 | K34933 | 66.90 | * |
| DIRL STEFFE | 11309 CHIMNEY CANYON RD | | PIEDMONT | SD | 57769-2107 | K53151 | 66.90 | * |
| DITA ANN MCGAUGHEY | 3287 7 LKS W | | WEST END | NC | 27376-9302 | K46843 | 66.90 | * |
| DIXIE BLAIN | 1705 S BUCHANAN ST | | LITTLE ROCK | AR | 72204-3628 | K33686 | 66.90 | * |
| DIXIE D TREVARTHEN | 1152 SOUTH ST | | BLAIR | NE | 68008-2121 | K61892 | 66.90 | * |
| DIXIE DICKSON | 250 HOLIDAY TER APT B | | LANSING | KS | 66043-1284 | K32334 | 66.90 | * |
| DIXIE ELDRED | PO BOX 1368 | | LAKE STEVENS | WA | 98258-1368 | K34732 | 66.90 | * |
| DIXIE FLEMING | 7114 IVY LANE DR | | LA VISTA | NE | 68128-3104 | K53721 | 66.90 | * |
| DIXIE GROVER | 105 PALMER LN | | EWING | NJ | 08618-3207 | K52165 | 66.90 | * |
| DIXIE HARMON | 8200 SADDLE MOUNTAIN RD | | BOZEMAN | MT | 59715-7747 | K55035 | 66.90 | * |
| DIXIE JONES | 606 N EMPORIA ST | | EL DORADO | KS | 67042-1626 | K47662 | 66.90 | * |
| DIXIE LEE WEEKS | 101 PEAVEY LN APT 111 | | WAYZATA | MN | 55391-1537 | K21708 | 66.90 | * |
| DIXIE LITTLE | 1701 2ND AVE E | | INTERNATIONAL | MN | 56649-3229 | K18911 | 66.90 | * |
| DIXIE NELSON | 12142 N TALL TREES DR | | DUNLAP | IL | 61525-9533 | K44910 | 66.90 | * |
| DIXIE POTTER | 1202 SE CONNER RD | | EL DORADO | KS | 67042-8832 | K50719 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| DIXIE ROBINSON | 100 NW 8TH ST | | RICHMOND | IN | 47374-4055 | K24252 | 66.90 | * |
| DIXIE STEPHENS | 254 RIDGEVIEW DR | | SOMERSET | KY | 42503-7205 | K33019 | 66.90 | * |
| DIXIE VISKER | 300 W HARRIMAN AVE | | BARGERSVILLE | IN | 46106-8911 | K45156 | 66.90 | * |
| DODD THOMAS [TOM] ZAKASKY | 14851 JEFFREY RD SPC 310 | | IRVINE | CA | 92618-8310 | K53820 | 66.90 | * |
| DOHN PEGG | 10425 WYATT EARP CT | | LAS VEGAS | NV | 89129-6410 | K24791 | 66.90 | * |
| DOLLY COOMER | 9630 CARINE CV | | FORT WAYNE | IN | 46835-9372 | K38367 | 66.90 | * |
| DOLLY E POWERS | 200 THOMPSON DR | | TROY | MO | 63379-2308 | K45282 | 66.90 | * |
| DOLORES [DOLLY] KEENE | 2288 NICHOLSON SQUARE DR | | LANCASTER | PA | 17601-3966 | K58204 | 66.90 | * |
| DOLORES [DOLLY] WHITTINGTON | 101 CANTERBURY TRL | | CRANBERRY TOW | PA | 16066-4011 | K60839 | 66.90 | * |
| DOLORES A HEMMEN | 3921 W BELLA VISTA ST | | WICHITA | KS | 67203-1030 | K29326 | 66.90 | * |
| DOLORES A KLEPEC | 405 TERRY DR | | JOLIET | IL | 60435-5323 | K52219 | 66.90 | * |
| DOLORES BAUMANN | 2543 CONSTITUTION BLVD | | SARASOTA | FL | 34231-4958 | K59413 | 66.90 | * |
| DOLORES COTTERALL | 815 LUKENS LN | | SPRINGFIELD | PA | 19064-1116 | K49114 | 66.90 | * |
| DOLORES DUFF | 1504 CARRIE AVE | | DES MOINES | IA | 50315-3337 | K21292 | 66.90 | * |
| DOLORES EMERICK | 704 N FREEDOM ST | | RAVENNA | OH | 44266-2405 | K62833 | 66.90 | * |
| DOLORES ERIKSEN | 30605 KO RIVER CT | | TEMECULA | CA | 92591-3807 | K34694 | 66.90 | * |
| DOLORES FLYNN | W355N6170 SCHOONER CT | | OCONOMOWOC | WI | 53066-1845 | K61563 | 66.90 | * |
| DOLORES GILLESPIE | PO BOX 34 | | CLEARWATER | KS | 67026-0034 | K48452 | 66.90 | * |
| DOLORES GODLESKY | 23 FRAZEE AVE | | SOUTH AMBOY | NJ | 08879-1003 | K32154 | 66.90 | * |
| DOLORES GYEVAT | 2601 ARBOR GLEN DR APT 102 | | TWINSBURG | OH | 44087-3078 | K46360 | 66.90 | * |
| DOLORES HACKENBERGER | 68 PEACH LN | | RONKS | PA | 17572-9529 | K35703 | 66.90 | * |
| DOLORES HOLLAND | 132 BRIDGE LN | | WOLF CREEK | OR | 97497-9504 | K31774 | 66.90 | * |
| DOLORES HUNT | 204 S RANCH ST | | SANTA MARIA | CA | 93454-5321 | K62371 | 66.90 | * |
| DOLORES J COLLINS | 725 BOWES RD APT H2 | | LOWELL | MI | 49331-1663 | K36484 | 66.90 | * |
| DOLORES J STEINKRAUS | 29798 HORSESHOE DR | | COARSEGOLD | CA | 93614-9185 | K37336 | 66.90 | * |
| DOLORES KRUEGER | 11566 BURGER DR | | PLYMOUTH | MI | 48170-4470 | K55044 | 66.90 | * |
| DOLORES KUSHNER | RR 1 BOX 1394 | | PIEDMONT | MO | 63957-9718 | K60556 | 66.90 | * |
| DOLORES LAMBERT | 17 STRATFORD DR | | BRICK | NJ | 08724-3854 | K30938 | 66.90 | * |
| DOLORES M BRADSHAW | 5805 60TH ST W | | UNIVERSITY PL | WA | 98467-2831 | K45078 | 66.90 | * |
| DOLORES M GILLILAND | 246 MAIN ST APT 6 | | MADISON | NJ | 07940-2266 | K41165 | 66.90 | * |
| DOLORES M LOMBARDI | 115 SAWGRASS DR | | BLUE BELL | PA | 19422-3209 | K34235 | 66.90 | * |
| DOLORES MAE HILLMAN | PO BOX 801385 | | ACWORTH | GA | 30101-1216 | K54789 | 66.90 | * |
| DOLORES MATE | 32 PINE FOREST CIR | | BUNNELL | FL | 32110-5943 | K51668 | 66.90 | * |
| DOLORES MILLER | 5 HUNTSWOOD LN | | EAST GREENBUS | NY | 12061-2025 | K20372 | 66.90 | * |
| DOLORES MULKEY | 715 E 2ND ST | | RICHLANDS | VA | 24641-3007 | K22826 | 66.90 | * |
| DOLORES N BROWN | 17555 EMMET ST APT 112 | | OMAHA | NE | 68116-1140 | K55823 | 66.90 | * |
| DOLORES NELSON | PO BOX 343 | | CUSTER | SD | 57730-0343 | K34608 | 66.90 | * |
| DOLORES O'NEAL | 523 N 950TH RD | | LAWRENCE | KS | 66047-9596 | K21841 | 66.90 | * |
| DOLORES P BACH | 2220 PIER DR | | RUSKIN | FL | 33570-6130 | K52155 | 66.90 | * |
| DOLORES PARRY | 22777 FRANZ RD APT 1111 | | KATY | TX | 77449-2755 | K50613 | 66.90 | * |
| DOLORES PATTON | 146 FRANKLIN ST | | NORTHUMBERLAN | PA | 17857-8409 | K15918 | 66.90 | * |
| DOLORES PETER | 239 E MANCHESTER DR | | WHEELING | IL | 60090-4932 | K56248 | 66.90 | * |
| DOLORES POHL | 1612 S 26TH ST | | SHEBOYGAN | WI | 53081-5034 | K46994 | 66.90 | * |
| DOLORES ROSSER | 5728 MELTON DR | | OKLAHOMA CITY | OK | 73132-4931 | K62543 | 66.90 | * |
| DOLORES SCHEUERMANN | 3220 RED OAK LN | | SPRINGFIELD | IL | 62712-5822 | K14878 | 66.90 | * |
| DOLORES SMITH | 1840 SE 183RD TER | | SILVER SPRING | FL | 34488-6402 | K61201 | 66.90 | * |
| DOLORES STEFFES | PO BOX 138 | | PALMER | AK | 99645-0138 | K19123 | 66.90 | * |
| DOLORES STREYFFELER | 8153 50TH AVE | | PROLE | IA | 50229-9029 | K56613 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DOLORES T FOLEY | 114 PRESTON AVE | | VOORHEES | NJ | 08043-1023 | K43221 | 66.90 | * |
| DOLORES TOWN | 5859 S RIDGE RD W | | ASHTABULA | OH | 44004-9588 | K18678 | 66.90 | * |
| DOMENICO TALLERICO | 1852 HIGHLAND OAKS DR | | ARCADIA | CA | 91006-1737 | K52256 | 66.90 | * |
| DOMINI ORESKI | 707 FOUR SEASONS LN | | MONTVALE | NJ | 07645-1855 | K49957 | 66.90 | * |
| DOMINIC [DICK] TALARICO | 4516 BOULEVARD PL | | DES MOINES | IA | 50311-3314 | K21520 | 66.90 | * |
| DOMINIC M COLONNA | N14W30042 HIGH RIDGE RD | | PEWAUKEE | WI | 53072-4888 | K50911 | 66.90 | * |
| DOMINICK S [NICK] BONURA | 4620 LAKE VISTA DR | | METAIRIE | LA | 70006-2110 | K51164 | 66.90 | * |
| DOMINICK TESORIERO | 114 BAY 40TH ST | | BROOKLYN | NY | 11214-5417 | K48167 | 66.90 | * |
| DON [DONNIE] DINGUS | 1601 E BUCKLEY ST | | BROWNFIELD | TX | 79316-6005 | K41644 | 66.90 | * |
| DON [SHORTY] KELLER | 112 ELMWOOD DR | | VERSAILLES | OH | 45380-8586 | K37170 | 66.90 | * |
| DON A GHERARDINI | 37548 GAYOSO ST | | SLIDELL | LA | 70458-8732 | K52938 | 66.90 | * |
| DON ALBERT COSBY | 11321 ENCINO AVE | | GRANADA HILLS | CA | 91344-3416 | K39675 | 66.90 | * |
| DON ANDERSON | 227 SHADOW LAWN DR | | EAGLE POINT | OR | 97524-6609 | K35763 | 66.90 | * |
| DON ATKINS | 1122 GLENDALE RD | | RICHMOND | IN | 47374-1112 | K25671 | 66.90 | * |
| DON B LEECH | 96 HIDDEN VALLEY DR | | FINLEYVILLE | PA | 15332-9413 | K60511 | 66.90 | * |
| DON BALL | 738 LASENA CT | | POMONA | CA | 91768-1531 | K62563 | 66.90 | * |
| DON BALLARD | 2212 MACAW DR | | CEDAR PARK | TX | 78613-5722 | K28762 | 66.90 | * |
| DON BEALS | 116 11TH ST | | PACIFIC GROVE | CA | 93950-2804 | K39502 | 66.90 | * |
| DON BOCK | 2675 S IRIS ST | | LAKEWOOD | CO | 80227-2861 | K56626 | 66.90 | * |
| DON BOOTS | 1045 PINEWOOD AVE | | MENLO | IA | 50164-8002 | K21756 | 66.90 | * |
| DON BRUCE | 4111 CHIPWOOD CT | | ARLINGTON | TX | 76017-4612 | K41512 | 66.90 | * |
| DON BUMA | 5513 COLDBROOK AVE | | LAKEWOOD | CA | 90713-1437 | K30133 | 66.90 | * |
| DON CALEVICH | 2208 MCLEAN AVE | | TROPHY CLUB | TX | 76262-5489 | K43118 | 66.90 | * |
| DON CARTER | 2188 MEADOW LN | | ARCANUM | OH | 45304-9444 | K29054 | 66.90 | * |
| DON CLAPSADDLE JR | 5608 WILLIAMETTE ST | | NEW IBERIA | LA | 70560-9034 | K62158 | 66.90 | * |
| DON CRANDALL | 5929 W CHICAGO ST | | CHANDLER | AZ | 85226-3540 | K29616 | 66.90 | * |
| DON D THOMAS | 5627 GREENMOUNT PIKE | | RICHMOND | IN | 47374-9692 | K34283 | 66.90 | * |
| DON DEMO | 2930 TERRA VISTA DR | | INDEPENDENCE | KS | 67301-1536 | K47585 | 66.90 | * |
| DON DIXON | 5301 FALMOUTH RD | | FAIRWAY | KS | 66205-2656 | K28615 | 66.90 | * |
| DON DRAPER | PO BOX 669 | | LAKE OZARK | MO | 65049-0669 | K23573 | 66.90 | * |
| DON E FLICKINGER | 1403 6TH AVE SE | | ALTOONA | IA | 50009-2070 | K26448 | 66.90 | * |
| DON EKEMA | 134 PATTERSON DR | | AUBURNDALE | FL | 33823-3887 | K17936 | 66.90 | * |
| DON F EDWARDS | 1348 BRIGHTON AVE | | MYRTLE BEACH | SC | 29588-5411 | K36639 | 66.90 | * |
| DON F HELD | 2315 PINE ST | | EVERETT | WA | 98201-3227 | K36048 | 66.90 | * |
| DON FOSTER | 10107 HARP RD | | WALKERSVILLE | MD | 21793-8714 | K48037 | 66.90 | * |
| DON GIBBENS JR | 2190 COUNTY ROAD 151 | | FLOYDADA | TX | 79235-5129 | K28853 | 66.90 | * |
| DON GRINGER | 3536 HIGHWAY 1 SW | | IOWA CITY | IA | 52240-8593 | K56712 | 66.90 | * |
| DON HICKEY | 45 GINGER CIR | | LEESBURG | FL | 34748-6783 | K31261 | 66.90 | * |
| DON IRISH | 6926 N STALWORTH DR APT 232 | | PEORIA | IL | 61615-8206 | K45123 | 66.90 | * |
| DON JOHNSTON | 4685 E LEONESIO DR | | SUN VALLEY | NV | 89433-8205 | K34189 | 66.90 | * |
| DON L HEAVEN | 6905 GROESBECK AVE | | HESPERIA | MI | 49421-9217 | K42697 | 66.90 | * |
| DON L HINES | 9454 NICHOLS ST | | BELLFLOWER | CA | 90706-3536 | K28266 | 66.90 | * |
| DON L HINSHAW | 329 W GLENCREST DR | | PEORIA | IL | 61614-6057 | K44821 | 66.90 | * |
| DON LAWLER | 111 LOUISE AVE | | GLENWOOD | IA | 51534-1123 | K20795 | 66.90 | * |
| DON LOFFREDO | 2200 STANTON AVE APT 4 | | DES MOINES | IA | 50321-2378 | K21811 | 66.90 | * |
| DON MC CLISH | 3963 WESTMINSTER LN | | STOW | OH | 44224-2443 | K61615 | 66.90 | * |
| DON MEMRO | 2710 BEL AIRE WAY | | CARSON CITY | NV | 89706-1140 | K43978 | 66.90 | * |
| DON MEYER | 204 W 8TH ST | | STORM LAKE | IA | 50588-3112 | K13747 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DON NIELSEN | 9660 LA ROSA DR | | TEMPLE CITY | CA | 91780-3860 | K55983 | 66.90 | * |
| DON P ANDERSON | PO BOX 24427 | | OMAHA | NE | 68124-0427 | K53624 | 66.90 | * |
| DON POTTER | 4413 CROWN POINT CT | | SIOUX CITY | IA | 51106-4320 | K55046 | 66.90 | * |
| DON R SMATHERS | 1109 MAIN ST | | RAINELLE | WV | 25962-1252 | K49965 | 66.90 | * |
| DON RAY ANDERS | 2116 RIDGEWOOD LN | | PUEBLO | CO | 81005-2727 | K40199 | 66.90 | * |
| DON REBBER | 707 N 19TH ST | | LAMESA | TX | 79331-2515 | K43004 | 66.90 | * |
| DON RICHARDSON | 15691 425TH ST | | DERBY | IA | 50068-8500 | K27239 | 66.90 | * |
| DON RISMILLER JR | 117 E MAIN ST | | RUSSIA | OH | 45363-9703 | K31394 | 66.90 | * |
| DON ROSS | 26068 RIDGEMOOR RD | | SUN CITY | CA | 92586-2702 | K27449 | 66.90 | * |
| DON ROSS | 1630 SNOWMASS PL | | LEWISVILLE | TX | 75077-7506 | K46532 | 66.90 | * |
| DON ROTH | 1507 W 41ST ST | | LORAIN | OH | 44053-2826 | K57954 | 66.90 | * |
| DON RUDD | 25 CRESTVIEW TER | | BUFFALO GROVE | IL | 60089-2107 | K21609 | 66.90 | * |
| DON STEVENS | 2609 SEDGEWAY LN | | CARROLLTON | TX | 75006-2115 | K41726 | 66.90 | * |
| DON T JOHNSON | 6171 CHERRY HOLLOW LN | | KENT | OH | 44240-2935 | K61814 | 66.90 | * |
| DON UMLAH PHD | 456 S DESERT PALM | | MESA | AZ | 85208-6338 | K10969 | 66.90 | * |
| DON VANDERHEI | 431 12TH ST S | | WISCONSIN RAP | WI | 54494-5039 | K47369 | 66.90 | * |
| DON W ROSS | 1429 SHOSHONI TRL | | HARKER HEIGHT | TX | 76548-6876 | K29369 | 66.90 | * |
| DON WARE | 8663 N MEDITERRANEAN CIR | | DALLAS | TX | 75238-4820 | K44922 | 66.90 | * |
| DONA F JENKINS | 15 BROWN RD | | BROWNS MILLS | NJ | 08015-6809 | K47077 | 66.90 | * |
| DONA L RIDENOUR | 1622 17TH ST | | COLUMBUS | NE | 68601-3532 | K53782 | 66.90 | * |
| DONA M POLIFKA | 3340 N 86TH ST | | MILWAUKEE | WI | 53222-3738 | K43772 | 66.90 | * |
| DONA MAVIS SHORT | 11466 QUEENS DR | | OMAHA | NE | 68164-2229 | K55469 | 66.90 | * |
| DONALD (TONY) RIGGS | 1414 BEECH ST | | MCKEESPORT | PA | 15132-4730 | K60677 | 66.90 | * |
| DONALD [DON] GOLDSBERRY | 4795 ONONDAGA RD | | ONONDAGA | MI | 49264-9754 | K43980 | 66.90 | * |
| DONALD [DON] MANN | 37 MARSH HAWK RD | | FERNANDINA BE | FL | 32034-6423 | K47188 | 66.90 | * |
| DONALD [DON] OLSON | 5250 THORNCREEK CT | | SAN JOSE | CA | 95135-1224 | K51593 | 66.90 | * |
| DONALD [DON] RAEUBER | 360 STATE ROUTE 117 | | GOODFIELD | IL | 61742-7523 | K44642 | 66.90 | * |
| DONALD [DONNIE] HANCHETT | 3425 S SHERMAN ST APT 308 | | ENGLEWOOD | CO | 80113-2640 | K48563 | 66.90 | * |
| DONALD [DUCK] CARIKER | 1700 CRESTLINE CT | | ROUND ROCK | TX | 78664-3390 | K35846 | 66.90 | * |
| DONALD [SAM] KETCHEM | 84 REID ALY | | MILTON | PA | 17847-2547 | K22796 | 66.90 | * |
| DONALD A AYRES | 1715 PRESTWICK LN | | FORT WAYNE | IN | 46814-9317 | K38266 | 66.90 | * |
| DONALD A DUPUIS | 717 BIENVILLE BLVD APT B5 | | OCEAN SPRINGS | MS | 39564-2834 | K57716 | 66.90 | * |
| DONALD A PELLISSIER | 20 OAK TREE DR | | SLIDELL | LA | 70458-5713 | K52723 | 66.90 | * |
| DONALD A RHODES | 106 PINSONVILLE RD | | GREENWOOD | SC | 29646-9540 | K34124 | 66.90 | * |
| DONALD A STAHURSKI | 9682 MEADE CT | | WESTMINSTER | CO | 80031-2612 | K55285 | 66.90 | * |
| DONALD A THRIFFILEY | 200 OAK TRACE DR | | THOMASVILLE | GA | 31792-7648 | K56664 | 66.90 | * |
| DONALD A UTKE | 3945 PARK DR | | CARLSBAD | CA | 92008-2634 | K56115 | 66.90 | * |
| DONALD ALLEN | 14701 EDEN ST | | MIDWAY CITY | CA | 92655-1109 | K28718 | 66.90 | * |
| DONALD ASHENFELTER | 404 COUNTRY RIDGE DR | | SAINT CHARLES | MO | 63304-7212 | K24251 | 66.90 | * |
| DONALD AUSTIN | 20705 KAHUNA CT | | ESTERO | FL | 33928-2733 | K45472 | 66.90 | * |
| DONALD B DORWART | 14353 CONWAY MEADOWS CT E | | CHESTERFIELD | MO | 63017-9601 | K34929 | 66.90 | * |
| DONALD B MCBAIN | 1485 VALENTINE CIR | | MARION | IA | 52302-8909 | K17740 | 66.90 | * |
| DONALD BATTON | 299 BRISTOL WAY | | WORTHINGTON | OH | 43085-3272 | K61656 | 66.90 | * |
| DONALD BIDDISON | 722 W WALNUT ST | | CHILLICOTHE | IL | 61523-1764 | K45868 | 66.90 | * |
| DONALD BIRD | 1654 NEW COLUMBIA RD | | NEW COLUMBIA | PA | 17856-9313 | K16484 | 66.90 | * |
| DONALD BOLLINGER | 205 N LOCUST ST | | MYERSTOWN | PA | 17067-1217 | K57478 | 66.90 | * |
| DONALD BOWEN | 1128 SANTA CRUZ DR | | THE VILLAGES | FL | 32162-0180 | K61073 | 66.90 | * |
| DONALD BRUCE MACCALLUM | PO BOX 982 | | WARROAD | MN | 56763-0982 | K61891 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DONALD BUCHAN | 325 S 4TH ST | | LE SUEUR | MN | 56058-2206 | K20244 | 66.90 | * |
| DONALD BUCKMAN | W3564 STATE ROAD 28 | | SHEBOYGAN FAL | WI | 53085-2629 | K46695 | 66.90 | * |
| DONALD BURKHOLDER | 2020 KESTREL CT | | LANCASTER | PA | 17603-2455 | K26257 | 66.90 | * |
| DONALD C BURKETT JR | PO BOX 3903 | | KNOXVILLE | TN | 37927-3903 | K23071 | 66.90 | * |
| DONALD C FRITZ | 2281 COUNTRY CLUB DR STE 137 | | MANSFIELD | TX | 76063-3799 | K51397 | 66.90 | * |
| DONALD C HOLST | 13017 FALCONS WAY | | SAVAGE | MN | 55378-3103 | K18569 | 66.90 | * |
| DONALD C JAGOT | 7708 TAMPA WAY | | SHREVEPORT | LA | 71105-5702 | K50239 | 66.90 | * |
| DONALD CALKINS CLU | PO BOX 5369 | | CORALVILLE | IA | 52241-0369 | K57885 | 66.90 | * |
| DONALD CHAMBERS | 4727 LORI LN | | MILTON | FL | 32571-1591 | K33494 | 66.90 | * |
| DONALD CHRISLOCK | 349 E MOSS ST | | CHULA VISTA | CA | 91911-2405 | K18832 | 66.90 | * |
| DONALD CROTTEAU | PO BOX 26 | | OROGRANDE | NM | 88342-0026 | K49814 | 66.90 | * |
| DONALD CUSHING | 1151 3RD AVE | | WALNUT GROVE | CA | 95690-9712 | K52282 | 66.90 | * |
| DONALD D [HIG] HIGBEE | 810 N BENTSEN PALM DR TRLR A | | MISSION | TX | 78572-9081 | K40953 | 66.90 | * |
| DONALD D ROUTIER | 7775 KAYLEE CT | | HEWITT | WI | 54441-9008 | K18803 | 66.90 | * |
| DONALD D SHIRLEY | 1104 COUNTRY CLUB DR | | BOONE | IA | 50036-5103 | K58927 | 66.90 | * |
| DONALD DAVID ERWIN | 3275 HIGHWAY 25 | | POWHATAN | AR | 72458-9005 | K40541 | 66.90 | * |
| DONALD DERAAD | 3736 COUNTY ROAD 97 | | INTERNATIONAL | MN | 56649-8934 | K17945 | 66.90 | * |
| DONALD DIRR | 12090 REGENCY RUN CT APT 2 | | CINCINNATI | OH | 45240-1075 | K39129 | 66.90 | * |
| DONALD DRAVIS | 10760 SW WILLOW ST | | TUALATIN | OR | 97062-8056 | K18985 | 66.90 | * |
| DONALD DURBIN | 239 GALWAY DR | | MOUNT WASHING | KY | 40047-7336 | K33452 | 66.90 | * |
| DONALD E [DON] BACHMEIER | 1700 21ST AVE W APT 214 | | BRADENTON | FL | 34205-5781 | K15971 | 66.90 | * |
| DONALD E [DON] SMITH | 5829 ADA DR SE | | ADA | MI | 49301-7547 | K35258 | 66.90 | * |
| DONALD E AMSTUTZ | 1503 GLENCOE BLVD | | NEW HAVEN | IN | 46774-2033 | K38545 | 66.90 | * |
| DONALD E FERGUSON | 1332 LAURELWOOD RD | | KETTERING | OH | 45409-1221 | K56651 | 66.90 | * |
| DONALD E HOBBS | 403 RICK KELLEY LN | | SENECA | SC | 29678-1048 | K47960 | 66.90 | * |
| DONALD E JAVOREK | 25356 BRIDGETON DR | | CLEVELAND | OH | 44122-1714 | K44559 | 66.90 | * |
| DONALD E MEADE | 617 E 83RD ST | | CHICAGO | IL | 60619-5014 | K54033 | 66.90 | * |
| DONALD E MILLER | 6931 CHESTNUT AVE | | FALLS CHURCH | VA | 22042-1950 | K20855 | 66.90 | * |
| DONALD E PIERCE | 5112 SPRUCEWOOD DR | | LOUISVILLE | KY | 40291-1144 | K32538 | 66.90 | * |
| DONALD E REIMERS | 168 BELLE AVE | | PLEASANT HILL | CA | 94523-4640 | K62041 | 66.90 | * |
| DONALD E RICHTER | 10628 CANTERBERRY RD | | FAIRFAX STATI | VA | 22039-1924 | K48139 | 66.90 | * |
| DONALD E SOUTHWICK | 1405 10TH ST | | ONAWA | IA | 51040-1827 | K54005 | 66.90 | * |
| DONALD E STERN | 26 BERWICK RD | | KENDALL PARK | NJ | 08824-1144 | K62217 | 66.90 | * |
| DONALD ETHRIDGE JR | 2420 HIGHLAND AVE | | MCKEESPORT | PA | 15132-1231 | K60900 | 66.90 | * |
| DONALD F BAKER | 2400 COLUMBIA DR APT 38 | | CLEARWATER | FL | 33763-3403 | K48692 | 66.90 | * |
| DONALD F HERRMANN | 100 UNION DR | | HAHNVILLE | LA | 70057-2021 | K57792 | 66.90 | * |
| DONALD F WASINGER | 74 CONGRESS PL | | IRVINE | CA | 92602-1655 | K28856 | 66.90 | * |
| DONALD F WEBB SR | 121 AVONDALE AVE | | HADDONFIELD | NJ | 08033-2635 | K44948 | 66.90 | * |
| DONALD FONDA | 7614 KINGSWOOD DR | | MYRTLE BEACH | SC | 29572-4156 | K40921 | 66.90 | * |
| DONALD FRANCK | 104 NORMANDY DR | | SILVER SPRING | MD | 20901-3031 | K37266 | 66.90 | * |
| DONALD FRICK | 4913 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9003 | K21486 | 66.90 | * |
| DONALD G [DON] EVANCHICK | 32906 LAKE SHORE BLVD | | WILLOWICK | OH | 44095-3219 | K50747 | 66.90 | * |
| DONALD G [DON] GOOD | 504 SPRINGFIELD CIR | | BOSSIER CITY | LA | 71112-8829 | K21034 | 66.90 | * |
| DONALD G WOSKE | 1168 N LAKESHORE DR | | VALDOSTA | GA | 31605-5916 | K52218 | 66.90 | * |
| DONALD H [DON] ANDERSON | 101 CEDAR CLIFF RD # 32 | | RICHMOND | IN | 47374-7832 | K24965 | 66.90 | * |
| DONALD H DRAKE | 5876 WATERS RD | | ANN ARBOR | MI | 48103-8940 | V99510 | 66.90 | * |
| DONALD H KING | 302 W WALNUT ST | | WATERVILLE | KS | 66548-9074 | K26540 | 66.90 | * |
| DONALD H SMITH | 115 PINE AVE | | HYANNIS | MA | 02601-4560 | K25774 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DONALD HAMBLETON | 7104 NELLA RD | | WALDRON | AR | 72958-9191 | K28284 | 66.90 | * |
| DONALD HAUPT | 13402 HAVERSHIRE LN | | HOUSTON | TX | 77079-3404 | K38557 | 66.90 | * |
| DONALD HEATHCOTE | 204 OLEANDER PL | | WAXAHACHIE | TX | 75165-4663 | K26989 | 66.90 | * |
| DONALD HERRLING | W3174 CORNELL CT | | APPLETON | WI | 54915-8177 | K55886 | 66.90 | * |
| DONALD HERSHBERGER | 118 FIFE LN | | APTOS | CA | 95003-3233 | K57255 | 66.90 | * |
| DONALD HILDEBRAND | 31165 MERRIMAN PL | | ROMULUS | MI | 48174-3515 | K61624 | 66.90 | * |
| DONALD HINDMAN | 15010 262ND AVE SE | | ISSAQUAH | WA | 98027-8284 | K29861 | 66.90 | * |
| DONALD J [DON] WILHELM | 9900 W SHADE LN | | WICHITA | KS | 67212-3943 | K31272 | 66.90 | * |
| DONALD J [DUTCH] VILLARRUBIA | 2505 N ATLANTA ST | | METAIRIE | LA | 70003-5311 | K51339 | 66.90 | * |
| DONALD J DAILEY | 819 HARDWOOD CT | | GATES MILLS | OH | 44040-9604 | K55421 | 66.90 | * |
| DONALD J DALY | PO BOX 640310 | | KENNER | LA | 70064-0310 | K50620 | 66.90 | * |
| DONALD J GORJUP | 25390 RICHARDS AVE | | EUCLID | OH | 44132-2236 | K43277 | 66.90 | * |
| DONALD J HOWERTON | 660 ROBERT E LEE BLVD | | NEW ORLEANS | LA | 70124-2545 | K50231 | 66.90 | * |
| DONALD J MCCONNELL | 9855 LITTLE MOUNTAIN RD | | MENTOR | OH | 44060-8038 | K45170 | 66.90 | * |
| DONALD J SHER | PO BOX 16545 | | SAINT LOUIS | MO | 63105-1045 | K39677 | 66.90 | * |
| DONALD J TROSCLAIR | 4600 10TH ST APT 315 | | MARRERO | LA | 70072-3048 | K51163 | 66.90 | * |
| DONALD JOHN DUNFEE | 457 STOVALL CRESS CT | | HENDERSON | NV | 89012-4554 | K46094 | 66.90 | * |
| DONALD JONES | 6149 GRAND OAKS DR SE | | WINTER HAVEN | FL | 33884-2715 | K58709 | 66.90 | * |
| DONALD JOSE | 108 TRAMORE CIR | | MALVERN | PA | 19355-3182 | K55160 | 66.90 | * |
| DONALD K WILLIAMS | 115 MCNAIRY LN | | SMYRNA | TN | 37167-5729 | K36141 | 66.90 | * |
| DONALD KANE | W398N6067 AUTUMN WOODS DR | | OCONOMOWOC | WI | 53066-2188 | K53341 | 66.90 | * |
| DONALD KEIL | 4803 W BRIDALWOOD DR | | PEORIA | IL | 61615-2709 | K47877 | 66.90 | * |
| DONALD KONING | 5303 W G AVE | | KALAMAZOO | MI | 49009-9090 | K17005 | 66.90 | * |
| DONALD KUNA | 27 BUFFA DR | | SOMERSET | NJ | 08873-2752 | K51573 | 66.90 | * |
| DONALD KUNTZ | 724 6TH ST SE | | DEVILS LAKE | ND | 58301-3716 | K32245 | 66.90 | * |
| DONALD L BOOTHBY | 906 E KIBBY ST | | LIMA | OH | 45804-1646 | K45112 | 66.90 | * |
| DONALD L DAWSON | 7204 SAN MARINO DR | | EL PASO | TX | 79912-1540 | K36830 | 66.90 | * |
| DONALD L HUGHES | 260 JEFFERSON ST | | ORANGE | VA | 22960-1708 | K50739 | 66.90 | * |
| DONALD L MITCHELL | 5100 SUSAN DR | | AMARILLO | TX | 79110-3016 | K29703 | 66.90 | * |
| DONALD L MOORE | 1513 S DRISCOLL ST | | APPLETON | WI | 54914-4833 | K54493 | 66.90 | * |
| DONALD L PETERS | 222 HERWECK DR | | SAN ANTONIO | TX | 78213-3331 | K47678 | 66.90 | * |
| DONALD L ROMES | 1337 NORTHLAKE CT | | ROCHELLE | IL | 61068-2413 | K16119 | 66.90 | * |
| DONALD L SAUNDERS | 2 COMMONWEALTH AVE APT 12C | | BOSTON | MA | 02116-3157 | K11510 | 66.90 | * |
| DONALD L UPDIKE | 215 2ND AVE N | | WAITE PARK | MN | 56387-1116 | K26498 | 66.90 | * |
| DONALD LANGENBERG | 2519 PICKWICK RD | | BALTIMORE | MD | 21207-6637 | K32128 | 66.90 | * |
| DONALD LEDUC | 106 OAK BEND CT | | FAIRHOPE | AL | 36532-6314 | K20053 | 66.90 | * |
| DONALD LEIDHEISER | 2960 W CREEK VALLEY LN | | APPLETON | WI | 54914-1556 | V99035 | 66.90 | * |
| DONALD LEONIDAS CHOATE | 1501 MAPLE AVE | | PORTSMOUTH | VA | 23704-4617 | K13169 | 66.90 | * |
| DONALD M [DON] SCANDROL | 195 RUMMEL RD | | MILFORD | NJ | 08848-1969 | K40648 | 66.90 | * |
| DONALD M CAMMACK | 1336 PALISADE PATH | | WOODBURY | MN | 55129-8555 | K35819 | 66.90 | * |
| DONALD M GUERRERA | 52 PELHAM RD | | TIVERTON | RI | 02878-3871 | K25541 | 66.90 | * |
| DONALD MACCORMACK | 405 OLIVE ST | | HUNTSVILLE | TX | 77340-6718 | K62335 | 66.90 | * |
| DONALD MARION KIZER | 204 MINUS ST | | SAINT GEORGE | SC | 29477-2427 | K33336 | 66.90 | * |
| DONALD MAX MOORE | 312 OAKWOOD CIR | | WASHINGTON | IL | 61571-2572 | K51275 | 66.90 | * |
| DONALD MICHAEL HAMERLA | 3729 KEIR DR | | HELENA | MT | 59602-8610 | K50698 | 66.90 | * |
| DONALD MICHEL | 3344 LANSING DR | | SAINT ANN | MO | 63074-3429 | K57649 | 66.90 | * |
| DONALD MUFFLEY | 522 BROADWAY ST | | MILTON | PA | 17847-2406 | K16694 | 66.90 | * |
| DONALD MUMMA | 16 WHITETAIL DR | | STEVENS | PA | 17578-9108 | K57968 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| DONALD N BRIGHTMAN | 58 ROYCE RD | | NEWTON CENTER | MA | 02459-1033 | K12441 | 66.90 | * |
| DONALD N DEJULIO | 2125 MIAMI RD | | MONTROSE | CO | 81401-6004 | K17899 | 66.90 | * |
| DONALD N SCHORR | 31500 GRAPE ST # 3-196 | | LAKE ELSINORE | CA | 92532-9702 | K54325 | 66.90 | * |
| DONALD NASGOWITZ | 418 N 3RD ST UNIT 340 | | MILWAUKEE | WI | 53203-3014 | K34494 | 66.90 | * |
| DONALD NICHOLS | 521 E ROAD OF TRALEE | | SHELTON | WA | 98584-7515 | K50863 | 66.90 | * |
| DONALD O BRAZEAL | 1109 KINMONTH DR | | JOLIET | IL | 60433-8528 | K50765 | 66.90 | * |
| DONALD OLSON | 3282 143RD AVE NW | | ANDOVER | MN | 55304-5847 | K21616 | 66.90 | * |
| DONALD ONSTOTT | PO BOX 68 | | HARTFORD | OH | 44424-0068 | K49928 | 66.90 | * |
| DONALD OSMER | 5583 DAGETT RD | | POSEN | MI | 49776-9620 | V98931 | 66.90 | * |
| DONALD P HELGESON | 1594 RIVERSIDE AVE N | | SARTELL | MN | 56377-2353 | K29838 | 66.90 | * |
| DONALD P JESTINGS | 95 DOUGLAS AVE | | PORTSMOUTH | RI | 02871-4309 | K32872 | 66.90 | * |
| DONALD PALMER | 7658 E WINGTIP WAY | | SCOTTSDALE | AZ | 85255-4688 | K55304 | 66.90 | * |
| DONALD PONDER | 903 CANTERBURY TRL | | RICHMOND | IN | 47374-6683 | K26520 | 66.90 | * |
| DONALD PONS | 119 GLENN HILL DR | | HENDERSONVILL | TN | 37075-5157 | K35314 | 66.90 | * |
| DONALD R [DON] DAVIDSON | 35795 PALOMINO WAY | | PALM DESERT | CA | 92211-2667 | K35770 | 66.90 | * |
| DONALD R MCELWAIN | 112 WHIPPLE ST | | BELLAIRE | TX | 77401-5339 | K49044 | 66.90 | * |
| DONALD R MCMAHAN | 37493 COUNTY ROAD 38 | | HOLYOKE | CO | 80734-9712 | K44599 | 66.90 | * |
| DONALD RANDALL | 205 FLEETWOOD DR | | BLOOMINGTON | IL | 61701-2026 | K51684 | 66.90 | * |
| DONALD RANDOL | PO BOX 161 | | ATALISSA | IA | 52720-0161 | K23163 | 66.90 | * |
| DONALD RICHARDS | 2349 S 4TH ST | | SPRINGFIELD | IL | 62703-3401 | K47053 | 66.90 | * |
| DONALD S BLOOM | 31 DEXTER RD | | EAST BRUNSWIC | NJ | 08816-2873 | K19325 | 66.90 | * |
| DONALD SCHAACK | 10810 38TH PL N | | PLYMOUTH | MN | 55441-1409 | K55811 | 66.90 | * |
| DONALD SCHELK | 1011 WILSON ST | | PLYMOUTH | WI | 53073-1047 | K51522 | 66.90 | * |
| DONALD SCHUFF | 23 CYRUS WAY | | BROCKPORT | NY | 14420-1563 | K21877 | 66.90 | * |
| DONALD SCOTT | 9230 BAYBERRY BND APT 103 | | FORT MYERS | FL | 33908-6668 | K51804 | 66.90 | * |
| DONALD SEBANC | 755 FRANKLIN ST STE A | | OAKLAND | CA | 94607-3931 | K54084 | 66.90 | * |
| DONALD SHAPIRO | 18 YORKSHIRE RD | | DOVER | MA | 02030-2367 | K11680 | 66.90 | * |
| DONALD SHARPE | 140 W 62ND ST | | NEW YORK | NY | 10023-7407 | K37121 | 66.90 | * |
| DONALD SHIPLEY | 3913 TACOMA ST | | IRVING | TX | 75062-7238 | K41832 | 66.90 | * |
| DONALD SHOTZBERGER | 14222 CREEKWOOD CV | | GULFPORT | MS | 39503-2480 | K27123 | 66.90 | * |
| DONALD SIDEBOTTOM | 356 OLD 122 RD | | LEBANON | OH | 45036-2441 | K34521 | 66.90 | * |
| DONALD SOHL | 2536 FAISS DR | | LAS VEGAS | NV | 89134-7241 | K15274 | 66.90 | * |
| DONALD SOLOMON | 16 APPLETON ST # 1 | | BOSTON | MA | 02116-6214 | K48876 | 66.90 | * |
| DONALD STANGLE | 92 FAIRVIEW ST | | WILSON | OK | 73463-2656 | K48682 | 66.90 | * |
| DONALD STAUFFER | 619 W 3RD AVE | | LITITZ | PA | 17543-9306 | K26805 | 66.90 | * |
| DONALD STEINER | 7664 E PORTOBELLO AVE | | MESA | AZ | 85212-1738 | V99687 | 66.90 | * |
| DONALD STONE | 1202 FULTON ST | | WATERLOO | IA | 50707-2924 | K55212 | 66.90 | * |
| DONALD STOUT | 5501 FAIRWOOD OAKS PL | | LOUISVILLE | KY | 40291-1499 | K41645 | 66.90 | * |
| DONALD STRAETZ | 4416 MARICOPA CIR | | LAS CRUCES | NM | 88011-1722 | K48171 | 66.90 | * |
| DONALD SWANGER | 5329 LAKE RD S | | BROCKPORT | NY | 14420-9785 | K20077 | 66.90 | * |
| DONALD SWANSON | 10847 SANDY SPRING DR | | NEKOOSA | WI | 54457-7530 | K49312 | 66.90 | * |
| DONALD SYDANSK | 1901 N 5TH ST | | HARRISBURG | PA | 17102-1598 | K30403 | 66.90 | * |
| DONALD TOWNSEND | 362 CARIBBEAN DR E | | SUMMERLAND KE | FL | 33042-4812 | K22595 | 66.90 | * |
| DONALD TROTT | 431 COUNTY ROAD 1970 | | GUNTOWN | MS | 38849-1337 | K25167 | 66.90 | * |
| DONALD TYREE | 404 TERRAPIN TRL | | ANTIOCH | TN | 37013-1540 | K35553 | 66.90 | * |
| DONALD V BUTTON | 806 W DAISY PL | | COAL CITY | IL | 60416-1375 | K49533 | 66.90 | * |
| DONALD VARNER | 10751 CHACO TERRACE ST NW | | ALBUQUERQUE | NM | 87114-6115 | K31163 | 66.90 | * |
| DONALD W [GEEZIL] PETERSON | 4090 HICKORY HILL LN | | CEDAR RAPIDS | IA | 52403-3739 | K15634 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DONALD W HANKEL | 1123 N EDMONDSON AVE APT B25 | | INDIANAPOLIS | IN | 46219-3581 | K38258 | 66.90 | * |
| DONALD W STEWART | 21853 SUPERIOR RD | | TAYLOR | MI | 48180-4768 | K62183 | 66.90 | * |
| DONALD WALLS | 8902 E CALLE BOLIVAR | | TUCSON | AZ | 85715-5604 | K27404 | 66.90 | * |
| DONALD WILLIAMS | 7057 DESHON CREEK CT | | LITHONIA | GA | 30058-2925 | K14597 | 66.90 | * |
| DONALD WULBER | 09649 STATE ROUTE 66 | | NEW BREMEN | OH | 45869-9758 | K33370 | 66.90 | * |
| DONALD ZIMMERMAN | 11026 N ROOKER RD | | MOORESVILLE | IN | 46158-6342 | K45909 | 66.90 | * |
| DONAREA A [DONA] SWITZER | 14714 NORTHWOOD DR | | MAGALIA | CA | 95954-9395 | K28273 | 66.90 | * |
| DONELL D CHAGNARD | 215 CROCKET BAYOU RD | | SIMMESPORT | LA | 71369-2452 | K53924 | 66.90 | * |
| DONELLA DUKE | 807 N 12TH ST | | INDIANOLA | IA | 50125-1531 | K21899 | 66.90 | * |
| DONN GUNTER | 12457 GLENCLIFF DR | | MARYLAND HEIG | MO | 63043-3624 | K54472 | 66.90 | * |
| DONN HORNUNG | 3806 MAIN ST TRLR 57 | | KEOKUK | IA | 52632-2034 | K14729 | 66.90 | * |
| DONNA BEBUS | 11053 127TH ST SE | | CLEAR LAKE | MN | 55319-9660 | K25726 | 66.90 | * |
| DONNA BELL | 2321 COATES RD | | LITTLE RIVER | SC | 29566-7416 | K23429 | 66.90 | * |
| DONNA BENYUSKA | 79 DESERT SUNFLOWER CIR | | HENDERSON | NV | 89002-3309 | K30801 | 66.90 | * |
| DONNA BOLEYN | 1110 COLUMBUS DR | | WATERLOO | IA | 50702-5315 | K54723 | 66.90 | * |
| DONNA BOORMAN | 2100 S SCOTT BLVD TRLR 114 | | IOWA CITY | IA | 52240-3039 | K59356 | 66.90 | * |
| DONNA BRACY | 4156 YEARGAN RD | | MURFREESBORO | TN | 37128-5742 | K38431 | 66.90 | * |
| DONNA BROWN | 5003 S COUNTY ROAD 1136 | | MIDLAND | TX | 79706-7215 | K43171 | 66.90 | * |
| DONNA BUMANN | 710 PLEASANTVIEW DR | | STORM LAKE | IA | 50588-2840 | K15259 | 66.90 | * |
| DONNA CALKINS | 2680 HISER STATION RD | | MILTON | IN | 47357-9725 | K23639 | 66.90 | * |
| DONNA CASTNER | 111 RUGGLES CT | | ORLAND PARK | IL | 60467-1927 | K52785 | 66.90 | * |
| DONNA CHIMENTO | 25 LOGGING HILL RD | | BOW | NH | 03304-3719 | V99170 | 66.90 | * |
| DONNA CLARK | 4315 E SNOW RD | | BERRIEN SPRIN | MI | 49103-9224 | K19622 | 66.90 | * |
| DONNA COALTER | 201 E 4TH ST | | RIDGEVILLE | IN | 47380-1227 | K25395 | 66.90 | * |
| DONNA COULTER | 3534 MILLER RD | | CLEVELAND | TX | 77328-2922 | K32259 | 66.90 | * |
| DONNA DEBOWER | 1011 7TH ST APT 9 | | ALLISON | IA | 50602-9452 | K57451 | 66.90 | * |
| DONNA DECKER | 2039 MANOR OAK LN | | BUFORD | GA | 30519-6503 | K14291 | 66.90 | * |
| DONNA DEE CATRON | 16 SUNSET DR | | RICHMOND | IN | 47374-1951 | K23946 | 66.90 | * |
| DONNA DEE JENSEN | 208 17TH AVE NE | | INDEPENDENCE | IA | 50644-2200 | K19399 | 66.90 | * |
| DONNA DEE MCCARTNEY | 7280 SW 93RD STREET RD | | OCALA | FL | 34476-9383 | K61750 | 66.90 | * |
| DONNA DIAZ | 7252 WALKER ST | | LA PALMA | CA | 90623-1327 | K28445 | 66.90 | * |
| DONNA DIEDRICH | 922 ORCHARD GROVE DR | | ROYAL OAK | MI | 48067-1207 | K58271 | 66.90 | * |
| DONNA DILLON | 445 BURGESS RD | | BOONES MILL | VA | 24065-3861 | K22050 | 66.90 | * |
| DONNA DITZLER | 134 DALLAM AVE | | DUMAS | TX | 79029-3558 | K30713 | 66.90 | * |
| DONNA DUFF | 205 TAWNEY EAGLE CT | | HUNTERTOWN | IN | 46748-9272 | K38499 | 66.90 | * |
| DONNA DUNN | 3900 PALOS VERDES CIR | | VALLEY CENTER | KS | 67147-8363 | K51791 | 66.90 | * |
| DONNA E LEWIS | 404 BRIDGE ST | | WAVERLY | OH | 45690-1471 | K51214 | 66.90 | * |
| DONNA EDDY | 194 PIONEER LAKE DR | | CHERRY TREE | PA | 15724-8115 | K61237 | 66.90 | * |
| DONNA EDWARDS | 829 APPLETON RD | | SIMI VALLEY | CA | 93065-5114 | K39316 | 66.90 | * |
| DONNA EGBERTS | 15111 BUSHARD ST SPC 27 | | WESTMINSTER | CA | 92683-6554 | K16894 | 66.90 | * |
| DONNA ESKIND | 416 ELLENDALE AVE | | NASHVILLE | TN | 37205-3402 | K11325 | 66.90 | * |
| DONNA EVANS | 1705 MARCELLA HEIGHTS DR | | CARROLL | IA | 51401-1618 | K60000 | 66.90 | * |
| DONNA F CAMPBELL | 2274 COUNTY ROAD 265 | | TOWN CREEK | AL | 35672-4226 | K31917 | 66.90 | * |
| DONNA F SIGLER | 22354 WOHLFEIL ST | | TAYLOR | MI | 48180-7200 | K58311 | 66.90 | * |
| DONNA FARROW | 2134 GOLDFINCH CT | | OVIEDO | FL | 32765-5207 | K35522 | 66.90 | * |
| DONNA FISH | 2461 FOREST PINES DR | | RICHMOND | IN | 47374-7235 | K29142 | 66.90 | * |
| DONNA FLIER | 4177 CENTER ST | | CULVER CITY | CA | 90232-4004 | K38817 | 66.90 | * |
| DONNA FOSTER | 32247 VALIANT WAY | | UNION CITY | CA | 94587-1824 | K60979 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| DONNA FRANKEL | PO BOX 519 | | MAHOPAC | NY | 10541-0519 | K50960 | 66.90 | * |
| DONNA FUNICELLO | 3 BELVEDERE WAY | | BELVEDERE TIB | CA | 94920-2400 | K53492 | 66.90 | * |
| DONNA GAFFEY | 3120 FRIENDSHIP ST | | IOWA CITY | IA | 52245-5114 | K59357 | 66.90 | * |
| DONNA GAYNELL MOSSBERG | 6050 LAKE RD APT 220 | | SAINT PAUL | MN | 55125-2074 | K21624 | 66.90 | * |
| DONNA GORHAM | 2 SAINT JAMES AVE | | HOLYOKE | MA | 01040-2321 | K39216 | 66.90 | * |
| DONNA GRON | 30215 WESTLAWN DR | | BAY VILLAGE | OH | 44140-1608 | K52803 | 66.90 | * |
| DONNA HABIGER | 227 8TH AVE N | | WAITE PARK | MN | 56387-1157 | K21733 | 66.90 | * |
| DONNA HALL | 13805 PARKVIEW DR | | BECKER | MN | 55308-9311 | K19538 | 66.90 | * |
| DONNA HAMM | 2011 W SHERMAN AVE | | WEST PEORIA | IL | 61604-5602 | K45360 | 66.90 | * |
| DONNA HAYNES-JOHNSON | 1343 LONELY COTTAGE RD | | UPPER BLACK E | PA | 18972-9704 | K54799 | 66.90 | * |
| DONNA HENNING | 22232 N 22ND PL | | PHOENIX | AZ | 85024-6509 | K49314 | 66.90 | * |
| DONNA HENRY | 2078 MICKANIN RD | | IRWIN | PA | 15642-9706 | K60773 | 66.90 | * |
| DONNA HILL | 8 LINDA ISLE | | NEWPORT BEACH | CA | 92660-7205 | K21750 | 66.90 | * |
| DONNA HIMMELREICH | 9421 RUOFF AVE | | WHITTIER | CA | 90603-1955 | K28786 | 66.90 | * |
| DONNA HITE | 14 SUMMIT RD | | STORRS MANSFI | CT | 06268-1434 | K27879 | 66.90 | * |
| DONNA HOURIGAN | 78 LOWER LOCH VISTA DR | | WILLIAMS BAY | WI | 53191-9754 | K61873 | 66.90 | * |
| DONNA HOWELL | 505 N WEST ST | | MOROCCO | IN | 47963-8045 | K55520 | 66.90 | * |
| DONNA HUGHES | 847 S ROCHESTER | | MESA | AZ | 85206-2749 | K34948 | 66.90 | * |
| DONNA HUNT | 4916 SPRINGTREE CT | | RAPID CITY | SD | 57702-9246 | K56141 | 66.90 | * |
| DONNA HUTTON | 118 KILMAR KNLS | | EAST PEORIA | IL | 61611-1622 | K49752 | 66.90 | * |
| DONNA J BAUER | 9243 CELTIC CT | | INDIANAPOLIS | IN | 46235-2134 | K39210 | 66.90 | * |
| DONNA J DAUBER | 3609 OLD FORGE RD | | ROOTSTOWN | OH | 44272-9643 | K61404 | 66.90 | * |
| DONNA J PRATT | 4526 28TH AVE | | ROCK ISLAND | IL | 61201-5810 | K54961 | 66.90 | * |
| DONNA J SCHMIDT | 2285 HEATHEN RIDGE RD | | CRITTENDEN | KY | 41030-8478 | K58310 | 66.90 | * |
| DONNA JANES | 59 MONTGOMERY PL | | IOWA CITY | IA | 52240-3092 | K57075 | 66.90 | * |
| DONNA JEAN BRENENSTALL | 9375 HILLTOP LN | | BLOOMINGTON | IL | 61705-6921 | K45165 | 66.90 | * |
| DONNA JEAN LEEB | 145 24TH AVE S | | SAINT CLOUD | MN | 56301-3944 | K25323 | 66.90 | * |
| DONNA JEANNE MAYER | 6 BALDWIN AVE | | MORGANVILLE | NJ | 07751-9714 | K31732 | 66.90 | * |
| DONNA JESSE | 7 PRESLEY LN | | BELLA VISTA | AR | 72714-2514 | K14158 | 66.90 | * |
| DONNA JOHNSON | PO BOX 449 | | BARRE | VT | 05641-0449 | K10132 | 66.90 | * |
| DONNA K OLSON | 884 BLUEWATER DR | | BEULAH | MI | 49617-9454 | K34842 | 66.90 | * |
| DONNA K WARNER | 5537 MELANIE CIR | | ELIZABETH | CO | 80107-8154 | K52702 | 66.90 | * |
| DONNA KAY COSTEPHENS | 504 HIGHWAY J | | MALDEN | MO | 63863-1832 | K37232 | 66.90 | * |
| DONNA KAY LEITNER | 5408 LOCUST GROVE RD | | RICHMOND | IN | 47374-9427 | K26111 | 66.90 | * |
| DONNA KAY SCOTT PHD | 1025 LAKESIDE DR | | GRAND JUNCTIO | CO | 81506-2823 | K18898 | 66.90 | * |
| DONNA KAY WILLIAMS | 601 NOTTINGHAM DR | | RICHARDSON | TX | 75080-6110 | K44721 | 66.90 | * |
| DONNA KELLER | 802 IVY RIDGE LN | | BUFFALO | MN | 55313-0009 | K23421 | 66.90 | * |
| DONNA KUTZFARA | 2230 RIDGE RD | | MCKEESPORT | PA | 15135-3037 | K61798 | 66.90 | * |
| DONNA L CLIFFORD | 20218 SWEETGUM WAY | | CYPRESS | TX | 77433-6065 | K60582 | 66.90 | * |
| DONNA L DELSCAMP | 1629 N VALLEY PKWY | | LEWISVILLE | TX | 75077-2404 | K29353 | 66.90 | * |
| DONNA L GFELL | 617 NUTMEG ST | | BROWNS MILLS | NJ | 08015-2721 | K47976 | 66.90 | * |
| DONNA L LAGEMANN | 200 LANE 440 LAKE JAMES | | ANGOLA | IN | 46703-9085 | K39119 | 66.90 | * |
| DONNA L WEISSMAN | 31 TALEWINDS LN | | GROTON | CT | 06340-4880 | V98272 | 66.90 | * |
| DONNA LABLANC | 8527 TALL PINE RD | | BRITT | MN | 55710-8039 | K18521 | 66.90 | * |
| DONNA LAMONDE | 336 CAREY ST | | DEERFIELD | MI | 49238-9705 | V98707 | 66.90 | * |
| DONNA LANGFORD | 7866 ORCHID DR | | BUENA PARK | CA | 90620-1929 | K33571 | 66.90 | * |
| DONNA LARSON | 10843 HILLHAVEN AVE | | TUJUNGA | CA | 91042-1458 | K55470 | 66.90 | * |
| DONNA LAUTERBACH | 22850 S ANNA DR | | CHANNAHON | IL | 60410-3237 | K51249 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DONNA LEE M SPERRY | 412 S OLD RANCH RD | | ARCADIA | CA | 91007-6228 | K26335 | 66.90 | * |
| DONNA LEE PINCKNEY | 203 PARSONAGE ST APT 112 | | SARANAC | MI | 48881-9578 | K35830 | 66.90 | * |
| DONNA LEE TODD | 2050 N WEBB RD APT 102 | | WICHITA | KS | 67206-3422 | K52808 | 66.90 | * |
| DONNA LEIBENSPERGER | 6849 CHILLINGSWORTH CIR NW | | CANTON | OH | 44718-1571 | K32787 | 66.90 | * |
| DONNA LINDBECK | 12381 MAGNOLIA ST NW | | COON RAPIDS | MN | 55448-2110 | K35049 | 66.90 | * |
| DONNA LISTON | 1351 RIDGEWOOD LN | | BOUNTIFUL | UT | 84010-1631 | V99036 | 66.90 | * |
| DONNA M BIAMONTE | 341 MAIN ST | | SOUTH AMBOY | NJ | 08879-1635 | K30206 | 66.90 | * |
| DONNA M CARR | 12945 W LINDEN LN | | CLEVELAND | OH | 44130-5818 | K60724 | 66.90 | * |
| DONNA M COUSSEMENT | 2620 35TH ST E | | TUSCALOOSA | AL | 35405-2647 | K18351 | 66.90 | * |
| DONNA M DALESSIO | 2851 S VALLEY VIEW BLVD UNIT | | LAS VEGAS | NV | 89102-0148 | K49675 | 66.90 | * |
| DONNA M EDWARDS | 44 W STRASBURG RD | | FRONT ROYAL | VA | 22630-4640 | K22697 | 66.90 | * |
| DONNA M HERRAN | 13 CAROL CT | | CRANFORD | NJ | 07016-2525 | K13849 | 66.90 | * |
| DONNA M KUBANT | 705 WESTLAKE DR | | TROY | MO | 63379-4444 | K35002 | 66.90 | * |
| DONNA M MYERS | 3325 E 1050 N | | OSSIAN | IN | 46777-9786 | K38262 | 66.90 | * |
| DONNA M SHERROD | 25462 GROVE CT | | FLAT ROCK | MI | 48134-6010 | K60237 | 66.90 | * |
| DONNA M SWINGLER | 7839 SWINGLER DR | | ESMONT | VA | 22937-1916 | K24756 | 66.90 | * |
| DONNA MAE CAIN | 220 E ELIZABETH ST | | PLYMOUTH | WI | 53073-1716 | K46548 | 66.90 | * |
| DONNA MAE CONNOLLY | 13929 FOREST ST | | THORNTON | CO | 80602-7863 | K15972 | 66.90 | * |
| DONNA MAE WALKER | 709 N PUTNAM ST | | ALGONA | IA | 50511-1951 | K55561 | 66.90 | * |
| DONNA MALIN | 814 FOXBORO DR | | NORWALK | CT | 06851-1150 | K48656 | 66.90 | * |
| DONNA MCCARTHY | 2411 84TH ST S | | WISCONSIN RAP | WI | 54494-9631 | K48832 | 66.90 | * |
| DONNA MCCARTHY | 2411 84TH ST S | | WISCONSIN RAP | WI | 54494-9631 | K50595 | 66.90 | * |
| DONNA MCCOLLUM | 1125 SUNSET DR | | MILTON | PA | 17847-7764 | K15409 | 66.90 | * |
| DONNA MCGUIRE | 4272 HIGHLAND DR | | RICHMOND | IN | 47374-4827 | K29970 | 66.90 | * |
| DONNA MCWALTER | 10005 CANYONVIEW CT | | SPRING VALLEY | CA | 91977-6920 | K35771 | 66.90 | * |
| DONNA MEDICH | 540 MARYLEA AVE | | PITTSBURGH | PA | 15227-1220 | K61088 | 66.90 | * |
| DONNA MILLER | 6515 E 30TH ST N UNIT 2750 | | WICHITA | KS | 67226-5205 | K50480 | 66.90 | * |
| DONNA MINK | 2694 SW M ST | | RICHMOND | IN | 47374-7608 | K24366 | 66.90 | * |
| DONNA MOELLER | 6319 BRIAR RD | | WILLOWBROOK | IL | 60527-5486 | K49648 | 66.90 | * |
| DONNA MOLNAR | 34436 FORTUNE CT | | NORTH RIDGEVI | OH | 44039-4416 | K16181 | 66.90 | * |
| DONNA MORELAND | 3705 W EAGLE POINT DR | | PEORIA | IL | 61615-7824 | K44867 | 66.90 | * |
| DONNA NEFF | 3395 243RD AVE | | KEOKUK | IA | 52632-9560 | K14917 | 66.90 | * |
| DONNA NELSON | 323 MARIETTA AVE | | MOUNT JOY | PA | 17552-3001 | K37592 | 66.90 | * |
| DONNA NORTH | 933 FAIRVIEW AVE | | EPHRATA | PA | 17522-1320 | K57515 | 66.90 | * |
| DONNA O'DONNELL | 6 E 194TH ST | | EUCLID | OH | 44119-1028 | K51050 | 66.90 | * |
| DONNA OLIVE MUIR | 2296 STRATTON DR | | POTOMAC | MD | 20854-6142 | K62036 | 66.90 | * |
| DONNA OLSON | 333 E COLUMBIA ST | | MASON | MI | 48854-1250 | K42034 | 66.90 | * |
| DONNA ORD | 38 FOLKS PT | | SHEPHERDSTOWN | WV | 25443-3808 | K61138 | 66.90 | * |
| DONNA ORR | 25439 NEWCASTLE RD | | GAMBIER | OH | 43022-9772 | K18870 | 66.90 | * |
| DONNA PALUCH | 4020 E KINKAID ST | | WICHITA | KS | 67218-4955 | K51740 | 66.90 | * |
| DONNA PAYNE | 210 W MAIN ST | | CARTHAGE | IL | 62321-3241 | K16251 | 66.90 | * |
| DONNA PERRY | 8011 YORKSHIRE CIR | | LA PALMA | CA | 90623-2026 | K30589 | 66.90 | * |
| DONNA PHILLIPS | 1909 RED OAK DR NE | | ALEXANDRIA | MN | 56308-7525 | K18715 | 66.90 | * |
| DONNA PONT | PO BOX 640 | | GUTTENBERG | IA | 52052-0640 | K54928 | 66.90 | * |
| DONNA R HUDSON | 2030 WESLEY ST | | MCKEESPORT | PA | 15132-7637 | K61076 | 66.90 | * |
| DONNA R LASTOVICA | 5502 N 151ST ST | | OMAHA | NE | 68116-4557 | K54046 | 66.90 | * |
| DONNA RABOLD | 46 N GREEN ACRES CIR | | AKRON | PA | 17501-1494 | K58201 | 66.90 | * |
| DONNA RAE BLOOD | 2320 N UPLAND CRST | | MINNEAPOLIS | MN | 55421-2035 | K52580 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DONNA RAE DIMMICK | 838 NORTHERN DR | | LOCKPORT | IL | 60441-2246 | K50914 | 66.90 | * |
| DONNA REED | 314 N MIAMI AVE | | BRADFORD | OH | 45308-1147 | K32046 | 66.90 | * |
| DONNA REHMAN | 0S708 EAST ST | | WINFIELD | IL | 60190-1619 | K48579 | 66.90 | * |
| DONNA RENASON | 813 WHISPERWOOD TRL | | FENTON | MI | 48430-2200 | K57183 | 66.90 | * |
| DONNA REYES | 1363 E NATASHA DR | | CASA GRANDE | AZ | 85122-1345 | K18247 | 66.90 | * |
| DONNA REYNOLDS | 2978 STANLEY RD | | FAIRLAWN | OH | 44333-3247 | K47606 | 66.90 | * |
| DONNA RIGGLE | 5035 E STATE ROAD 14 | | ROCHESTER | IN | 46975-8457 | K52972 | 66.90 | * |
| DONNA ROBBINS | 13 WINDY CT | | WARSAW | IL | 62379-1748 | K15115 | 66.90 | * |
| DONNA S ACKEL | 5308 GARNABY LN | | PEACHTREE COR | GA | 30092-2160 | K63047 | 66.90 | * |
| DONNA S LAMKIN | 9891 MOUNT SINAI RD | | MOORES HILL | IN | 47032-9329 | K50584 | 66.90 | * |
| DONNA SCHOLZE | 5161 REDDIN RD | | WISCONSIN RAP | WI | 54495-1759 | K52844 | 66.90 | * |
| DONNA SMITH | 766 E COUNTY ROAD 350 | | SUTTER | IL | 62373-5005 | K15116 | 66.90 | * |
| DONNA SMITH | 240 CASTLE SHANNON BLVD | | PITTSBURGH | PA | 15228-2233 | K60568 | 66.90 | * |
| DONNA SORENSON | 21506 485TH AVE | | VINING | MN | 56588-9561 | K20861 | 66.90 | * |
| DONNA SPENCER | 7930 BEAN RANCH RD | | WHITEWATER | CO | 81527-9442 | K55640 | 66.90 | * |
| DONNA STONE | 4404 BRIGGS AVE | | MONTROSE | CA | 91020-1110 | K47462 | 66.90 | * |
| DONNA STURLA | 6808 CASTILLO CT | | CITRUS HEIGHT | CA | 95621-4305 | K37125 | 66.90 | * |
| DONNA TAMRES | 5652 PHILLIPS AVE | | PITTSBURGH | PA | 15217-2205 | K46584 | 66.90 | * |
| DONNA TEMPLETON | 1052 DELTA DR | | ELGIN | IL | 60123-6580 | K57260 | 66.90 | * |
| DONNA TERDIMAN | 30 OAK MOUNTAIN CT | | SAN RAFAEL | CA | 94903-1038 | K52503 | 66.90 | * |
| DONNA TERVO | PO BOX 1174 | | FLORENCE | OR | 97439-0058 | K47152 | 66.90 | * |
| DONNA THOMAS | 2487 CHEESY CREEK RD | | PRINCETON | WV | 24739-2038 | K33300 | 66.90 | * |
| DONNA TIBBS | 264 COPPERWOOD TRL | | SAINT CHARLES | MO | 63304-7239 | K40595 | 66.90 | * |
| DONNA TIMMER | 511 CATARACT AVE | | WATERLOO | IA | 50702-5117 | K55571 | 66.90 | * |
| DONNA TROST | 308 CHOCTAW ST | | HIAWATHA | KS | 66434-2759 | K53186 | 66.90 | * |
| DONNA TYNER | 1339 HUNT ST | | RICHMOND | IN | 47374-1820 | K26053 | 66.90 | * |
| DONNA VANDERLAAN | 10202 N EDISON AVE | | TAMPA | FL | 33612-7342 | K35339 | 66.90 | * |
| DONNA WATERMAN | 508 N SAGEBRUSH ST | | WICHITA | KS | 67230-6663 | K56308 | 66.90 | * |
| DONNA WIGGINS | 8268 RIVERDALE ST | | DEARBORN HEIG | MI | 48127-1512 | K59092 | 66.90 | * |
| DONNA WILKES | 1276 US HIGHWAY 45 BYP N | | TRENTON | TN | 38382-4005 | K30511 | 66.90 | * |
| DONNA WILLIAMS | 5349 E APPIAN WAY | | LONG BEACH | CA | 90803-1916 | K51120 | 66.90 | * |
| DONNA WILLINGHAM | 224 MUNROE FALLS AVE | | MUNROE FALLS | OH | 44262-1523 | K61610 | 66.90 | * |
| DONNA WISEMAN | 512 KENDALL RD | | KNOXVILLE | TN | 37919-6805 | K17380 | 66.90 | * |
| DONNA WROLSTAD | 13249 JENKINS ST NE | | BLAINE | MN | 55449-4952 | K23782 | 66.90 | * |
| DONNA ZELLNER | 2610 12TH ST S APT D | | WISCONSIN RAP | WI | 54494-7922 | K53794 | 66.90 | * |
| DONNALYNN ERICKSON | PO BOX 6254 | | MCALLEN | TX | 78502-6254 | K21830 | 66.90 | * |
| DONNEY JENKINS | 115 LYNN LEE DR | | OLD HICKORY | TN | 37138-2303 | K35880 | 66.90 | * |
| DONNIE GRAY | 201 TANGLEWOOD ST | | DENTON | TX | 76207-7462 | K25158 | 66.90 | * |
| DONNIE H ROULHAC | 2846 DAVEY ST | | MARIANNA | FL | 32448-4709 | K40037 | 66.90 | * |
| DONNY JONES | 2307 VALLEYVIEW DR | | CHARLOTTE | NC | 28215-5100 | K59760 | 66.90 | * |
| DONOVAN W NYLUND | PO BOX 1669 | | BELMONT | NC | 28012-1669 | K23569 | 66.90 | * |
| DORA BARZ | 7319 S WITZKE PL | | SIOUX FALLS | SD | 57108-5902 | K58993 | 66.90 | * |
| DORA LERCARI | 105 BUTTONWOOD DR | | KEY BISCAYNE | FL | 33149-1301 | K57094 | 66.90 | * |
| DORA TURNER | 245 RUMSEY RD APT 8J | | YONKERS | NY | 10701-4523 | K13800 | 66.90 | * |
| DORA W MARSHALL | 285 DEXTER ST | | PORTSMOUTH | RI | 02871-1432 | K25645 | 66.90 | * |
| DORA WARD | 6506 DEL MATRO AVE | | WINDSOR HEIGH | IA | 50324-1715 | K54965 | 66.90 | * |
| DORAN HOLLOW | 45410 DANBURY CT | | CANTON | MI | 48188-1046 | K60194 | 66.90 | * |
| DORCAS HOWARD | PO BOX 154 | | IMMOKALEE | FL | 34143-0154 | K43905 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DOREEN CARTER | 3200 BEATRICE AVE | | MIDDLEVILLE | MI | 49333-8784 | K40639 | 66.90 | * |
| DOREEN GILLESPIE | 13976 AUDRA PARK RD | | VOLGA | WV | 26238-7408 | K47385 | 66.90 | * |
| DOREEN T ROSKIEWICZ | 120 ACORN DR | | BRIGHTON | MI | 48116-2450 | K59239 | 66.90 | * |
| DOREN BERKHEIMER | 710 BROADWAY ST | | MILTON | PA | 17847-2410 | K15792 | 66.90 | * |
| DORENDA A HEATHER | PO BOX 99 | | MARYDEL | MD | 21649-0099 | K18885 | 66.90 | * |
| DORENE OETGEN | 5725 SHANNON BAY DR APT 212 | | ROCKLIN | CA | 95677-3669 | K46951 | 66.90 | * |
| DORENE SCHEFFERS | 6185 TANAGER CT | | KALAMAZOO | MI | 49009-1890 | K18823 | 66.90 | * |
| DORENE SNYDER | 67 WALTERS RD | | MILTON | PA | 17847-8245 | K17745 | 66.90 | * |
| DORETHA A SHEW | 5417 ARABIAN PL NW | | ALBUQUERQUE | NM | 87120-2209 | K25067 | 66.90 | * |
| DORETTA [TOOTSIE] PARTINGTON | 2018 INNER CIRCLE DR | | OVIEDO | FL | 32765-8707 | K41269 | 66.90 | * |
| DORETTA NEIL | 1609 OAKWOOD DR | | WATERLOO | IA | 50703-1347 | K14925 | 66.90 | * |
| DORI SCHATELL | 409 S ROLLING RD | | CATONSVILLE | MD | 21228-5721 | K46344 | 66.90 | * |
| DORINDA KAUZLARICH-RUPE | 51463 OUTER DR | | SOUTH BEND | IN | 46628-9616 | K57033 | 66.90 | * |
| DORIS [DORI] WARNER | 308 GLENWOOD AVE | | GLEN ELLYN | IL | 60137-5011 | K59130 | 66.90 | * |
| DORIS [DOT] DAVIS | 9003 PINNACLE CIR | | WINDERMERE | FL | 34786-8221 | K33211 | 66.90 | * |
| DORIS [ELAINE] HUTCHINSON | 4406 128TH PL NE | | MARYSVILLE | WA | 98271-8730 | K19181 | 66.90 | * |
| DORIS A DEGOOD | 3930 16 MILE RD NE | | CEDAR SPRINGS | MI | 49319-8429 | K36645 | 66.90 | * |
| DORIS A ILLERS | PO BOX 83 | | JACKSON | MO | 63755-0083 | K55240 | 66.90 | * |
| DORIS A MANGEN | 408 NEW ST | | PIQUA | OH | 45356-2440 | K33625 | 66.90 | * |
| DORIS ADAMS | 503 BEACON HILL CT | | MOUNT JULIET | TN | 37122-2043 | K56518 | 66.90 | * |
| DORIS ANN DIMES | 1504 FLAGLER RD | | AUGUSTA | GA | 30909-9564 | K60907 | 66.90 | * |
| DORIS ANN SCOTT | 10531 CRESTON GLEN CIR E | | JACKSONVILLE | FL | 32256-4692 | K33955 | 66.90 | * |
| DORIS ARNOLD | 2738 QUAKER RIDGE RD | | LAS VEGAS | NV | 89142-2764 | K20020 | 66.90 | * |
| DORIS AYERS | 412 S KEENE AVE | | COMPTON | CA | 90220-2644 | K10082 | 66.90 | * |
| DORIS AYLWARD | PO BOX 356 | | SCHALLER | IA | 51053-0356 | K15125 | 66.90 | * |
| DORIS BABLE | 201 IROQUOIS PL | | CADILLAC | MI | 49601-9221 | V99440 | 66.90 | * |
| DORIS BEAM | 2417 CEDARHURST DR | | REISTERSTOWN | MD | 21136-4403 | K58933 | 66.90 | * |
| DORIS BROOKMAN | 209 S PEARL ST | | DENVER | CO | 80209-2017 | K31613 | 66.90 | * |
| DORIS BROWN | 8181 WETHERBY ST | | DETROIT | MI | 48204-3448 | K58739 | 66.90 | * |
| DORIS BURTON | 842 E 6TH ST | | COLORADO CITY | TX | 79512-5804 | K41690 | 66.90 | * |
| DORIS BYRNE | 2 ADRIATIC DR | | HAMPTON | VA | 23664-1902 | K37040 | 66.90 | * |
| DORIS CHORTEK | 1800 N PROSPECT AVE APT 21B | | MILWAUKEE | WI | 53202-3076 | K39142 | 66.90 | * |
| DORIS COLEHOWER BARGER | 1120 NEW JERSEY AVE | | CAPE MAY | NJ | 08204-2639 | K36280 | 66.90 | * |
| DORIS COOPER | 1022 FONDERSMITH DR | | LANCASTER | PA | 17601-4877 | K57347 | 66.90 | * |
| DORIS CROSHAW | 448 WRIGHTSTOWN SYKESVILLE R | | WRIGHTSTOWN | NJ | 08562-1522 | K47530 | 66.90 | * |
| DORIS CUOCCI | 10 KENSINGTON COURT | | HOLMDEL | NJ | 07733-3108 | K29449 | 66.90 | * |
| DORIS DAVIDSON | 2217 STONEHENGE DR APT 3 | | RALEIGH | NC | 27615-4370 | K56096 | 66.90 | * |
| DORIS DECKER | 96 TURTLE HILL TRL | | MANSFIELD | TX | 76063-1548 | K25442 | 66.90 | * |
| DORIS DELONG | 1455 BROADWAY RD | | MILTON | PA | 17847-8100 | K19844 | 66.90 | * |
| DORIS DENMON | 5814 PINACLE PT | | HOUSTON | TX | 77085-1402 | V99814 | 66.90 | * |
| DORIS E HICKS | 2087 SHADY LN | | ALTAVISTA | VA | 24517-2017 | K22340 | 66.90 | * |
| DORIS E KETCHAM | 126 GRATTAN ST | | SAN FRANCISCO | CA | 94117-4209 | K26670 | 66.90 | * |
| DORIS E ROGERS | 102 KELBY CT | | HOPKINSVILLE | KY | 42240-4732 | K49722 | 66.90 | * |
| DORIS EBBELER | 116 S 8TH AVE | | BEECH GROVE | IN | 46107-1937 | K46718 | 66.90 | * |
| DORIS EVANS | 1614 AZELEA LN | | GAINESVILLE | GA | 30507-7410 | K60938 | 66.90 | * |
| DORIS FIELDS | 970 BRAWLEY SCHOOL RD | | MOORESVILLE | NC | 28117-8993 | K55141 | 66.90 | * |
| DORIS FINCH | 2144 CRESCENT DR | | ALTADENA | CA | 91001-2112 | K38726 | 66.90 | * |
| DORIS G [JERRI] HEITHAUS | 325 S 27TH ST | | RICHMOND | IN | 47374-6778 | K24363 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DORIS G GREEN | 2801 PEACH ST | | PORTSMOUTH | VA | 23704-7028 | K13793 | 66.90 | * |
| DORIS G HANSON | 1056 KEARNEY DR | | NORTH BRUNSWI | NJ | 08902-3229 | K29280 | 66.90 | * |
| DORIS GALLAGHER | 6416 E 17TH AVE | | SPOKANE VALLE | WA | 99212-0145 | K18966 | 66.90 | * |
| DORIS GENEVIEVE HOLBEN | 128 BANK ST APT 112 | | KEOKUK | IA | 52632-5845 | K14570 | 66.90 | * |
| DORIS GEORGE | 2409 NE 20TH ST | | RENTON | WA | 98056-2738 | K32924 | 66.90 | * |
| DORIS GOODMAN | 2 ROBERTS LN | | BELLA VISTA | AR | 72714-3250 | K21654 | 66.90 | * |
| DORIS GRIFFEN | 1459 N NEWPORT AVE | | STOCKTON | CA | 95205-3574 | K50681 | 66.90 | * |
| DORIS HANSEN | 13060 METCALF AVE APT 243 | | OVERLAND PARK | KS | 66213-2613 | K34087 | 66.90 | * |
| DORIS HARNISH | 39 LANCASTER AVE | | STRASBURG | PA | 17579-1105 | K32022 | 66.90 | * |
| DORIS HARRISON | 19 WOODSIDE DR | | LUMBERTON | NJ | 08048-5277 | K47562 | 66.90 | * |
| DORIS HAVEL | 1908 DELWOOD DR | | IOWA CITY | IA | 52240-5911 | K56960 | 66.90 | * |
| DORIS HOCKING | 1302 HAMMON AVE | | EPHRATA | PA | 17522-2917 | K59036 | 66.90 | * |
| DORIS HUMPHREYS | 116 GALE FAUCETT RD | | TRENTON | TN | 38382-9752 | K29501 | 66.90 | * |
| DORIS J DEWITT | 1556 NAVAJO DR | | SAINT GEORGE | UT | 84790-7797 | K56892 | 66.90 | * |
| DORIS J KING | 17009 FOCH BLVD | | JAMAICA | NY | 11434-2225 | K37174 | 66.90 | * |
| DORIS J PENNENGA | 22 AUDREY LN | | CENTEREACH | NY | 11720-3870 | K62377 | 66.90 | * |
| DORIS KACHELHOFFER | 6331 COUNTY RD S | | LAND O LAKES | WI | 54540-9630 | K54533 | 66.90 | * |
| DORIS KANT | 295 OLD FORGE XING | | DEVON | PA | 19333-1122 | K26966 | 66.90 | * |
| DORIS KENNEDY | 6315 FORBES AVE APT 604 | | PITTSBURGH | PA | 15217-1750 | K42990 | 66.90 | * |
| DORIS KING | 129 BAEZ CT | | FORT MYERS | FL | 33912-6304 | K24236 | 66.90 | * |
| DORIS KLAGE | 1033 OAK BAY RUN | | FORT WAYNE | IN | 46825-6472 | K39931 | 66.90 | * |
| DORIS L WOODWARD | 200 SENECA ST APT 230 | | LEAVENWORTH | KS | 66048-2075 | K39653 | 66.90 | * |
| DORIS LEIN | 2150 MISS ELLIS LOOP NE | | POULSBO | WA | 98370-7595 | K34896 | 66.90 | * |
| DORIS MAE CARTELLI | 2005 DOUGLAS ST | | JOLIET | IL | 60435-5626 | K51451 | 66.90 | * |
| DORIS MAE WILLIAMS | 757 WEST AVE APT 506 | | MIAMI BEACH | FL | 33139-5558 | K13929 | 66.90 | * |
| DORIS MARIE SANGMEISTER | 20735 WOLF RD | | MOKENA | IL | 60448-8927 | K57170 | 66.90 | * |
| DORIS MUELLER | 1391 COUNTY ROAD SS | | ONALASKA | WI | 54650-8521 | K47198 | 66.90 | * |
| DORIS MUHLENKAMP | 14014 LIGHT RD | | FORT RECOVERY | OH | 45846-9120 | K31834 | 66.90 | * |
| DORIS NABORS | 137 VINTAGE CIR | | HENDERSONVILL | TN | 37075-4082 | K36136 | 66.90 | * |
| DORIS NEUMANN | 2005 JOLIET ST | | FLINT | MI | 48504-5210 | K15741 | 66.90 | * |
| DORIS NEUMANN | 647 N CHICAGO AVE | | ARLINGTON HEI | IL | 60005-1051 | K59843 | 66.90 | * |
| DORIS OBER | 44 SYCAMORE DR APT 326 | | ELIZABETHTOWN | PA | 17022-3018 | K26485 | 66.90 | * |
| DORIS PARKER-JOHNSON | 620 MALCOLM X BLVD APT 11M | | NEW YORK | NY | 10037-1206 | K14602 | 66.90 | * |
| DORIS PARRETT | 124 SW 10TH ST | | RICHMOND | IN | 47374-4016 | K27340 | 66.90 | * |
| DORIS PESCE | 149 SHELDON AVE | | STATEN ISLAND | NY | 10312-3016 | K50794 | 66.90 | * |
| DORIS PFEIFFER | 2112 S CITRUS CIR | | ZELLWOOD | FL | 32798-9640 | K33665 | 66.90 | * |
| DORIS PHLIPOT | 849 E WOOD ST | | VERSAILLES | OH | 45380-1550 | K36628 | 66.90 | * |
| DORIS PORTER | 2908 S IRBY CT | | KENNEWICK | WA | 99337-2461 | K18765 | 66.90 | * |
| DORIS R [LEE] SUMINSBY | 65 ARBOR ST | | WENHAM | MA | 01984-1436 | K25809 | 66.90 | * |
| DORIS ROBINSON | 204 WESTWOOD DR | | TRENTON | TN | 38382-3919 | K29820 | 66.90 | * |
| DORIS ROBINSON | 500 FALL WINDS | | BOSSIER CITY | LA | 71111-6136 | K60684 | 66.90 | * |
| DORIS ROUGH | 8404 LOWER RIVER RD | | GRANTS PASS | OR | 97526-9636 | K36086 | 66.90 | * |
| DORIS RYND | 119 BRYAN AVE | | MANCHESTER | TN | 37355-2585 | K35550 | 66.90 | * |
| DORIS S JOHNSON | 2345 BLACK SEA RD | | JEFFERSON | OH | 44047-9687 | K16457 | 66.90 | * |
| DORIS SALLIE | 54 HIGHLAND AVE | | MORRISTOWN | NJ | 07960-4034 | K38729 | 66.90 | * |
| DORIS SCHISLER | 2130 CRANE LAKES BLVD | | PORT ORANGE | FL | 32128-4528 | K54099 | 66.90 | * |
| DORIS SCHNEIDER | 409 SOMERSET DR | | GERMANTOWN HI | IL | 61548-8329 | K49751 | 66.90 | * |
| DORIS SIEMERLING | 9 ANDREW CT | | FLORIDA | NY | 10921-1720 | K42317 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DORIS SIMMONS | 708 NATHAN ST | | MARSHALL | TX | 75670-8028 | K35461 | 66.90 | * |
| DORIS STOCK | 2288 154TH AVE | | MAHNOMEN | MN | 56557-9004 | K49763 | 66.90 | * |
| DORIS STOERMER | 2818 NW 2ND CT | | ANKENY | IA | 50023-1035 | K21336 | 66.90 | * |
| DORIS STOFFLET | 715 LINDA VISTA ST | | ANN ARBOR | MI | 48103-3629 | K43774 | 66.90 | * |
| DORIS STOLL | 70 RAILROAD PL APT 602 | | SARATOGA SPRI | NY | 12866-3061 | K62185 | 66.90 | * |
| DORIS SUTTON | 305 TOMLINSON MILL RD | | MARLTON | NJ | 08053-9657 | K40860 | 66.90 | * |
| DORIS THOMAS | 615 DAWSON HILL RD | | LOUISVILLE | KY | 40299-7505 | K43628 | 66.90 | * |
| DORIS TOSO | 4695 W PRICE BLVD | | NORTH PORT | FL | 34286-4229 | K32325 | 66.90 | * |
| DORIS W BOOKER | 12291 PALMER PLACE CT APT K | | RICHMOND | VA | 23238-3046 | K13734 | 66.90 | * |
| DORIS WARD | 19 NEWPORT RD | | LEOLA | PA | 17540-1845 | K27638 | 66.90 | * |
| DORIS WEINERT | 1115 BROOKSIDE DR | | GREENSBURG | PA | 15601-5608 | K43259 | 66.90 | * |
| DORIS WELLS | 2138 ROSIER RD | | AUGUSTA | GA | 30906-5607 | K59922 | 66.90 | * |
| DORIS WESSEL | 4144 COUNTY ROAD 60 | | AUBURN | IN | 46706-9731 | K24964 | 66.90 | * |
| DORIS WHITSON | 232 W PRINCESS ANNE RD | | NORFOLK | VA | 23517-2210 | K23975 | 66.90 | * |
| DORIS ZELLMER | 6305 AUTUMN LEAF CIR | | FREDERICKSBUR | VA | 22407-7204 | K56756 | 66.90 | * |
| DORMA LEE HAINES | 730 BENNETT DR | | CRIPPLE CREEK | CO | 80813-9500 | K48453 | 66.90 | * |
| DORNE CROLEY | 11299 JARVIS HWY | | DIMONDALE | MI | 48821-9706 | K43533 | 66.90 | * |
| DOROTHEA DRUGA | 764 CYPRESS ST | | PORT SAINT LU | FL | 34952-1378 | K50860 | 66.90 | * |
| DOROTHEA E THAMES | 8341 LYNDALE AVE S APT 103 | | MINNEAPOLIS | MN | 55420-2279 | K36024 | 66.90 | * |
| DOROTHY [DEEDEE] MAZUR | 27501 MILL CREEK DR | | BROWNSTOWN TO | MI | 48183-5927 | K59481 | 66.90 | * |
| DOROTHY [DOT] CINKOWSKI | 30 COOPER AVE | | MARLTON | NJ | 08053-2103 | K43918 | 66.90 | * |
| DOROTHY [DOT] NICKENS | 809 OLD DICKERSON RD | | GOODLETTSVILL | TN | 37072-4123 | K35793 | 66.90 | * |
| DOROTHY [DOTTIE] LANGLEY | 5312 LOYOLA AVE | | WESTMINSTER | CA | 92683-2727 | K53361 | 66.90 | * |
| DOROTHY A KETTWIG | 2464 E 29TH RD UNIT 63 | | SENECA | IL | 61360-9763 | K56039 | 66.90 | * |
| DOROTHY A RHEINHARDT | 2333 BACHMAN PATH | | THE VILLAGES | FL | 32162-3544 | K42748 | 66.90 | * |
| DOROTHY ALLARD | 19 TRILLIUM RISE | | PLYMOUTH | MA | 02360-5340 | K19930 | 66.90 | * |
| DOROTHY ANN LEAR | 452 FIVE FARMS LN | | LUTHERVILLE T | MD | 21093-2955 | K26848 | 66.90 | * |
| DOROTHY ANN PANZEK | 75 SAINT MARYS PKWY | | BUFFALO GROVE | IL | 60089-2113 | K54508 | 66.90 | * |
| DOROTHY B TAAFFE | 1809 BARBEE ST | | MC LEAN | VA | 22101-5213 | K20664 | 66.90 | * |
| DOROTHY BAIN | N7601 BRANDON RD | | RIPON | WI | 54971-9771 | K47697 | 66.90 | * |
| DOROTHY BAIRD | 225 HARRIS RD | | GRANTS PASS | OR | 97526-8257 | K37057 | 66.90 | * |
| DOROTHY BENNETT-DULIAN | 806 CLEARLAKE DR | | ALLEN | TX | 75002-5066 | K13489 | 66.90 | * |
| DOROTHY BERNSTEIN | 10709 W CLAIRMONT CIR | | TAMARAC | FL | 33321-7824 | K53683 | 66.90 | * |
| DOROTHY BICKAR | 36352 ESTHER RD | | NEW LONDON | NC | 28127-7757 | K41896 | 66.90 | * |
| DOROTHY BRANDENBERGER | 2407 LANSIDE DR | | WILMINGTON | DE | 19810-4510 | K23664 | 66.90 | * |
| DOROTHY BRIGANDO | 117 GLENWOOD RD | | CRANFORD | NJ | 07016-1921 | K50258 | 66.90 | * |
| DOROTHY BURLESON | 1151 COUNTY ROAD 616 | | HANCEVILLE | AL | 35077-7245 | K31149 | 66.90 | * |
| DOROTHY BUSSEN | 4129 NW 39TH WAY | | GAINESVILLE | FL | 32606-4530 | K25669 | 66.90 | * |
| DOROTHY C BOWSER | 22492 BARRETT TOWN RD | | ZUNI | VA | 23898-2734 | K13758 | 66.90 | * |
| DOROTHY CARLSON | 199 ZEIGLER DR | | PIKEVILLE | KY | 41501-3110 | K27000 | 66.90 | * |
| DOROTHY CARTER | 11620 HOLLY SPRINGS DR | | SAINT LOUIS | MO | 63146-5434 | V98505 | 66.90 | * |
| DOROTHY CARVER | 6285 POLO DR | | CUMMING | GA | 30040-7018 | K53003 | 66.90 | * |
| DOROTHY CLAUSEN | 711 N ROSE DR APT B315 | | PLACENTIA | CA | 92870-7568 | K46658 | 66.90 | * |
| DOROTHY COOPER | 16329 S RED ROCK LN | | CORDES LAKES | AZ | 86333-2633 | K49530 | 66.90 | * |
| DOROTHY CRAVEN | 4921 WAA ST | | HONOLULU | HI | 96821-1445 | K38982 | 66.90 | * |
| DOROTHY DANIELS | PO BOX 13087 | | LONGVIEW | TX | 75607-3087 | K18035 | 66.90 | * |
| DOROTHY DARE | 5850 US HIGHWAY 27 S | | RICHMOND | IN | 47374-9500 | K29573 | 66.90 | * |
| DOROTHY DAVIS | 65 W 30TH AVE APT 3403 | | EUGENE | OR | 97405-3495 | K35670 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DOROTHY DAVIS | 5406 10TH AVENUE DR W | | BRADENTON | FL | 34209-4216 | K36069 | 66.90 | * |
| DOROTHY DAVIS | 77 MONEE RD | | PARK FOREST | IL | 60466-2500 | K56357 | 66.90 | * |
| DOROTHY DENNIS | PO BOX 176 | | GARDNERVILLE | NV | 89410-0176 | K29699 | 66.90 | * |
| DOROTHY DOUGHERTY | 325 SUMMIT AVE | | JENKINTOWN | PA | 19046-3135 | K37524 | 66.90 | * |
| DOROTHY DUNCAN-AMOROSO | 1419 COLTS CIR | | LAWRENCE TOWN | NJ | 08648-3269 | K42374 | 66.90 | * |
| DOROTHY E FARRELL | 2200 S LAKELINE BLVD UNIT 32 | | CEDAR PARK | TX | 78613-4572 | K19946 | 66.90 | * |
| DOROTHY E JARVIS | 1222 GRANT ST | | LIMA | OH | 45801-3736 | K46767 | 66.90 | * |
| DOROTHY E MARKLAND | 29 2ND AVE | | FARMINGDALE | NY | 11735-5709 | K49981 | 66.90 | * |
| DOROTHY ELAINE SMITH | 2150 S LEWIS ST APT 200 | | ANAHEIM | CA | 92802-5044 | K45495 | 66.90 | * |
| DOROTHY ELEANOR BAZZY | PO BOX 211 | | STOCKBRIDGE | MI | 49285-0211 | K57245 | 66.90 | * |
| DOROTHY ELLEN LYLE | 2030 VALLEYVIEW DR | | ANN ARBOR | MI | 48105-9588 | K56682 | 66.90 | * |
| DOROTHY ELLEN WYLY | 21614 S CLAIRMONT ST | | PECULIAR | MO | 64078-8785 | K32982 | 66.90 | * |
| DOROTHY ELLISON | 34 POWELL RD | | TRENTON | TN | 38382-9425 | K36224 | 66.90 | * |
| DOROTHY ESTELLE JENKINS-SANDERS | 4356 PENNSYLVANIA ST | | GARY | IN | 46409-2132 | K33784 | 66.90 | * |
| DOROTHY EVISON | 6753 HARDING ST | | TAYLOR | MI | 48180-1827 | K58625 | 66.90 | * |
| DOROTHY F [DODE] NUNN | 2013 SANDER ST | | WOODLAND | CA | 95776-5388 | K57068 | 66.90 | * |
| DOROTHY F SHERIFF | 1756 SIRIUS AVE SW | | ALBUQUERQUE | NM | 87105-3622 | K17264 | 66.90 | * |
| DOROTHY FIDRYCH | 17 SEABURY AVE | | LEDYARD | CT | 06339-1321 | V99208 | 66.90 | * |
| DOROTHY FOLSOM | 1304 RIVERSIDE DR | | BUHL | ID | 83316-5154 | K24910 | 66.90 | * |
| DOROTHY G LENG | 10 RENAISSANCE DR | | IRWIN | PA | 15642-9544 | K18165 | 66.90 | * |
| DOROTHY G PARKER | 474 FIDDLERS CT | | ANGELS CAMP | CA | 95222-9549 | K39464 | 66.90 | * |
| DOROTHY GARMAN | 14 SANDY POINT AVE | | PORTSMOUTH | RI | 02871-3500 | K26851 | 66.90 | * |
| DOROTHY GARRETTY | 2369 HAVERSHAM CLOSE | | VIRGINIA BEAC | VA | 23454-1154 | K36447 | 66.90 | * |
| DOROTHY GIBBONS | 16100 W PORT CLINTON RD | | LINCOLNSHIRE | IL | 60069-2712 | K56021 | 66.90 | * |
| DOROTHY GLOWACK | 2912 COUNTY ROAD 2 N | | INTERNATIONAL | MN | 56649-9110 | K18913 | 66.90 | * |
| DOROTHY HALSTEAD | 6732 HIGHWAY 95A N | | MOLINO | FL | 32577-9360 | K27069 | 66.90 | * |
| DOROTHY HARDIN | 991 GOLF ST | | ROCKLEDGE | FL | 32955-2321 | K42885 | 66.90 | * |
| DOROTHY HATFIELD | 11433 SEATONVILLE RD | | LOUISVILLE | KY | 40291-3515 | K35375 | 66.90 | * |
| DOROTHY HESS | 255 S WEST AVE APT 506 | | ELMHURST | IL | 60126-3066 | K52542 | 66.90 | * |
| DOROTHY HOSTETTER | 7 SEA SPOT RUN | | HARPSWELL | ME | 04079-3941 | K24311 | 66.90 | * |
| DOROTHY HOWER | 1790 SNYDER RD | | MILTON | PA | 17847-8338 | K15334 | 66.90 | * |
| DOROTHY HUTCHINSON | 460 SKY CREST DR | | GRANTS PASS | OR | 97527-5353 | K31384 | 66.90 | * |
| DOROTHY I [DOTTIE] WESTERMAN WIRE | 1745 SNEFFLES ST | | MONTROSE | CO | 81401-6449 | K17898 | 66.90 | * |
| DOROTHY I GOEBEL | 36 N BUCKEYE ST | | CROOKSVILLE | OH | 43731-1066 | K49683 | 66.90 | * |
| DOROTHY J MACK | 9440 JANUARY DR | | LAS VEGAS | NV | 89134-8976 | K39661 | 66.90 | * |
| DOROTHY JACKSON | 502 CANDIS DR | | JONESBORO | AR | 72404-8815 | K34591 | 66.90 | * |
| DOROTHY JOHNSON | 4636 NE EMERSON RD | | PORTLAND | OR | 97218-1974 | K41959 | 66.90 | * |
| DOROTHY JONES-KENNISON | 6905 92ND ST NE | | MONTICELLO | MN | 55362-4550 | K20869 | 66.90 | * |
| DOROTHY JOYNER | 729 CANTERBURY RD | | KINGS MOUNTAI | NC | 28086-9682 | K48206 | 66.90 | * |
| DOROTHY KING | 10644 W MAIN RD LOT 159 | | NORTH EAST | PA | 16428-2247 | K61331 | 66.90 | * |
| DOROTHY KITTERMAN | 715 13TH AVE NE APT 109 | | DEVILS LAKE | ND | 58301-2300 | K31884 | 66.90 | * |
| DOROTHY KLITZ | 280 ARNEYS MOUNT RD | | PEMBERTON | NJ | 08068-1324 | K47079 | 66.90 | * |
| DOROTHY KRETCHMER | 262 CENTRAL PARK W | | NEW YORK | NY | 10024-3512 | K47758 | 66.90 | * |
| DOROTHY KRICK | 922 DELEGATE DR | | SHELBYVILLE | IN | 46176-3802 | K26993 | 66.90 | * |
| DOROTHY L COOK MC GRADY | 1775 BOULDERVIEW DR SE | | ATLANTA | GA | 30316-4201 | K61306 | 66.90 | * |
| DOROTHY L DUNBAR | 1209 DARREN DR | | PORTSMOUTH | VA | 23701-3730 | K20959 | 66.90 | * |
| DOROTHY L KOHUT | 3900 YORKTOWNE BLVD APT 2202 | | PORT ORANGE | FL | 32129-6013 | K18704 | 66.90 | * |
| DOROTHY L WARD | 21001 HAGGERTY RD | | BELLEVILLE | MI | 48111-9118 | K58839 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| DOROTHY LAWSON | 3619 ABBOTTS MILL DR | | WILLOUGHBY | OH | 44094-6494 | K49122 | 66.90 | * |
| DOROTHY LEE FOSTER | 3908 80TH AVE W | | UNIVERSITY PL | WA | 98466-3234 | K41809 | 66.90 | * |
| DOROTHY LIANE OLSON | 1531 EUNICE AVE | | JOLIET | IL | 60433-8519 | K50609 | 66.90 | * |
| DOROTHY LIND | 1425 W 28TH ST APT 323 | | MINNEAPOLIS | MN | 55408-1979 | K19047 | 66.90 | * |
| DOROTHY M BECKER | 15107 HOWE CT | | OMAHA | NE | 68144-5511 | K58181 | 66.90 | * |
| DOROTHY M FRERICHS | 2305 CONCORDIA VILLAGE DR | | SPRINGFIELD | IL | 62711-7147 | K52714 | 66.90 | * |
| DOROTHY M GATES | 422 LIMIT ST | | LEAVENWORTH | KS | 66048-4546 | K32531 | 66.90 | * |
| DOROTHY M HEINRICH | 525 N WEST ST | | PEOTONE | IL | 60468-9042 | K61356 | 66.90 | * |
| DOROTHY M MILLER | 2280 LONGBOW DR | | TWIN FALLS | ID | 83301-4465 | K19830 | 66.90 | * |
| DOROTHY M O'CONNELL | 8 ROSENEATH AVE | | NEWPORT | RI | 02840-3846 | K32365 | 66.90 | * |
| DOROTHY MARIE TRIMMER | 405 RAY MAY DR | | JOLIET | IL | 60433-2147 | K49230 | 66.90 | * |
| DOROTHY MARSHALL | 5360 GOVERNORS DR | | FORT MYERS | FL | 33907-7815 | K45053 | 66.90 | * |
| DOROTHY MARTH | 13005 KERRYDALE RD | | WOODBRIDGE | VA | 22193-5047 | K41143 | 66.90 | * |
| DOROTHY MARTIN | 1718 TYLER ST | | DENTON | TX | 76209-4620 | K25141 | 66.90 | * |
| DOROTHY MCFADDEN-PARKER | 877 E LAKE SHORE DR APT 2B | | DECATUR | IL | 62521-3375 | K51906 | 66.90 | * |
| DOROTHY MILTENBERGER | 5048 DON ST | | FINLEYVILLE | PA | 15332-1110 | K62035 | 66.90 | * |
| DOROTHY MITCHELL | 104 GERANIUM CT | | NEW HOLLAND | PA | 17557-9492 | K58424 | 66.90 | * |
| DOROTHY MOBLEY | 1310 CORELAND DR APT 312 | | MADISON | TN | 37115-5234 | K36183 | 66.90 | * |
| DOROTHY NELSON | 17394 OAKCREST PKWY APT 2E | | SPRING LAKE | MI | 49456-9044 | K44792 | 66.90 | * |
| DOROTHY NORTON | 51 HOWLAND AVE | | JAMESTOWN | RI | 02835-1219 | K29261 | 66.90 | * |
| DOROTHY ORTH | 121 MEADOW POINTE DR | | FENTON | MI | 48430-1401 | K59765 | 66.90 | * |
| DOROTHY OWENS | 1331 FIELDSTEAD LN | | LANCASTER | PA | 17603-4611 | K27474 | 66.90 | * |
| DOROTHY PALMA | 5240 W G AVE | | KALAMAZOO | MI | 49009-9035 | K17196 | 66.90 | * |
| DOROTHY PETTIT | 318 MITCHELLS LN | | MIDDLETOWN | RI | 02842-5349 | K29159 | 66.90 | * |
| DOROTHY PETTY | 718 E JOAN PL | | TUCSON | AZ | 85719-1622 | K30674 | 66.90 | * |
| DOROTHY PRAFCKE | 1200 HARWOOD DR S | | FARGO | ND | 58104-6298 | K54520 | 66.90 | * |
| DOROTHY PRENTICE | 3205 DILIDO RD APT 1107 | | DALLAS | TX | 75228-5569 | K15927 | 66.90 | * |
| DOROTHY RALEIGH | 300 SHADYBROOK DR | | WALHALLA | SC | 29691-1949 | K56380 | 66.90 | * |
| DOROTHY RAYHAWK | 10045 CIRCLE R DR | | VALLEY CENTER | CA | 92082-4832 | K30540 | 66.90 | * |
| DOROTHY RICHTER | 5401 W BUSINESS 83 UNIT 1717 | | HARLINGEN | TX | 78552-3960 | K20130 | 66.90 | * |
| DOROTHY ROHLAND | 201 FEDERAL ST APT 23 | | EASTON | MD | 21601-2749 | K15122 | 66.90 | * |
| DOROTHY ROSENTHAL | 914 RIVERSIDE DR | | LOS ALTOS | CA | 94024-4826 | K44448 | 66.90 | * |
| DOROTHY RYAN | 2590 ELMS PLANTATION BLVD | | NORTH CHARLES | SC | 29406-8105 | K31582 | 66.90 | * |
| DOROTHY S BROWN | 17319 LARISA DR | | CERRITOS | CA | 90703-2770 | K48049 | 66.90 | * |
| DOROTHY S PLUNKETT-ROHNER | 159 CAMINO DEL RIO | | PORT SAINT LU | FL | 34952-7926 | K50122 | 66.90 | * |
| DOROTHY SCLAFANI SR | 3516 LOULU PL | | DIAMONDHEAD | MS | 39525-3129 | K51994 | 66.90 | * |
| DOROTHY SHADLE | 1504 GREENSBURG RD | | NEW KENSINGTO | PA | 15068-1779 | K42120 | 66.90 | * |
| DOROTHY SHELBURNE | PO BOX 1422 | | PARADISE | CA | 95967-1422 | K45507 | 66.90 | * |
| DOROTHY SMITH | 16571 LECOMPTON RD | | LEAVENWORTH | KS | 66048-7646 | K39555 | 66.90 | * |
| DOROTHY SMOKER | 4681 SMOKER RD | | CENTERVILLE | IN | 47330-9306 | K24508 | 66.90 | * |
| DOROTHY SNYDER | 1641 POTTER DR | | POTTSTOWN | PA | 19464-2978 | K15752 | 66.90 | * |
| DOROTHY SPRAU GAY | 18748 E MCDOWELL MOUNTAIN DR | | RIO VERDE | AZ | 85263-7184 | K15018 | 66.90 | * |
| DOROTHY STALEY | 1528 RICE AVE | | LIMA | OH | 45805-1951 | K50792 | 66.90 | * |
| DOROTHY STEVENS | 4960 PARADISE RD | | MILTON | PA | 17847-8035 | K15750 | 66.90 | * |
| DOROTHY STOCKDALE | 5052 WALDRUP ST | | MEMPHIS | TN | 38116-8338 | K13602 | 66.90 | * |
| DOROTHY THORNBURG | 6764 HOLLANSBURG RD | | RICHMOND | IN | 47374-9576 | K23997 | 66.90 | * |
| DOROTHY TOMSCHE | PO BOX 111 | | SAUK CENTRE | MN | 56378-0111 | K20239 | 66.90 | * |
| DOROTHY TRUEMPY | 407 MILDRED AVE | | MAPLE SHADE | NJ | 08052-1848 | K45137 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DOROTHY TURK | 220 S RIVER BLVD APT 3 | | PLYMOUTH | WI | 53073-2669 | K47297 | 66.90 | * |
| DOROTHY WAGNER | 1 OAK DR | | SICKLERVILLE | NJ | 08081-1808 | K44316 | 66.90 | * |
| DOROTHY WALTER | 2415 AURELIUS RD APT 2 | | HOLT | MI | 48842-2189 | K42178 | 66.90 | * |
| DOROTHY WEISERT | 71 BUCKWAY DR | | WILLISTON | SC | 29853-4827 | K49120 | 66.90 | * |
| DOROTHY WHITEHEAD | 5091 7TH RD S APT T1 | | ARLINGTON | VA | 22204-1317 | K14778 | 66.90 | * |
| DOROTHY WIEBEN | 625 LARIAT RD | | SILT | CO | 81652-8704 | K18178 | 66.90 | * |
| DOROTHY WIELAND | 160 SAND DUNE CT | | HENDERSON | NV | 89074-3222 | K38750 | 66.90 | * |
| DOROTHY WILLIAMS | 400 SYCAMORE RD | | PORTSMOUTH | VA | 23707-1219 | K21866 | 66.90 | * |
| DOROTHY WILLIAMS | 1965 BENITA DR UNIT 1 | | RANCHO CORDOV | CA | 95670-2629 | K58217 | 66.90 | * |
| DOROTHY WILSON | 6209 E MCKELLIPS RD LOT 427 | | MESA | AZ | 85215-2858 | K17818 | 66.90 | * |
| DOROTHY WINCH | 2200 LAS FUENTES DR | | PORT ORANGE | FL | 32129-9401 | K44665 | 66.90 | * |
| DOROTHY WITMER | 1305 DOUGLAS FIR CV | | LEBANON | PA | 17042-9047 | K36007 | 66.90 | * |
| DOROTHY WITTE | 4121 LAHMEYER RD APT 29 | | FORT WAYNE | IN | 46815-5670 | K40560 | 66.90 | * |
| DOROTHYE E DEDMAN | 3339 SUMMERWOOD LN | | PEARLAND | TX | 77584-8114 | V99815 | 66.90 | * |
| DORRACE BREWER | 13620 W 30TH PL | | GOLDEN | CO | 80401-1506 | K28329 | 66.90 | * |
| DORRIS [JEAN] BENZ | 824 W MILL ST | | NEW BRAUNFELS | TX | 78130-5543 | K27746 | 66.90 | * |
| DORRIS JONES | 14007 MAEBETH DR SE | | HUNTSVILLE | AL | 35803-2415 | K36919 | 66.90 | * |
| DORSENA PENDLETON | 5457 46TH CT W | | BRADENTON | FL | 34210-6601 | K61686 | 66.90 | * |
| DORTHABEL FOX | 124 CHESTNUT ST APT 209 | | ENGLEWOOD | OH | 45322-1410 | K38574 | 66.90 | * |
| DORTHIE D GETMAN | 1553 FM 2203 | | DUMAS | TX | 79029-7812 | K31926 | 66.90 | * |
| DORTHY CURTIS | 105 PENNWOOD LN | | GREENVILLE | SC | 29609-1523 | K45689 | 66.90 | * |
| DOT MCELROY | 1275 LADD RD | | WAYNESBORO | VA | 22980-7424 | K35882 | 66.90 | * |
| DOTTI NELSON | 175 ANN DR | | TIMBERLAKE | NC | 27583-8771 | K11390 | 66.90 | * |
| DOTTIE TONEY | 3125 SHARON RD | | CHARLOTTE | NC | 28211-2603 | K25132 | 66.90 | * |
| DOTTY POWELL | 500 S CHURCH ST | | TRENTON | TN | 38382-2110 | K31098 | 66.90 | * |
| DOUG [PETER] REINHART | 1208 OLD FARM RD | | CHARLOTTE | NC | 28226-5811 | K37923 | 66.90 | * |
| DOUG BALL | 6201 SW 54TH AVE APT 135 | | AMARILLO | TX | 79109-7160 | K36699 | 66.90 | * |
| DOUG BELLER | 22 GEORGE HILL RD | | GRAFTON | MA | 01519-1417 | K14524 | 66.90 | * |
| DOUG BISHOP | 3019 N 6TH ST | | KALAMAZOO | MI | 49009-8590 | K17512 | 66.90 | * |
| DOUG BLOUNT | 1528 HERITAGE RD | | FT WALTON BCH | FL | 32547-1218 | K22501 | 66.90 | * |
| DOUG CANADA | 17602 GOLF CLUB DR | | CROSBY | TX | 77532-4079 | K55614 | 66.90 | * |
| DOUG DEGNER | 2857 LINCOLN AVE | | SAINT JOSEPH | MI | 49085-3308 | K16286 | 66.90 | * |
| DOUG HIXON | 189 DOUGLAS DR | | NORTH AUGUSTA | SC | 29860-8156 | K23038 | 66.90 | * |
| DOUG IDLEMAN | 38 COPELAND RD | | DENVILLE | NJ | 07834-9644 | K39876 | 66.90 | * |
| DOUG KNOX | 1403 SHAWNEE ST | | LEAVENWORTH | KS | 66048-1739 | K37015 | 66.90 | * |
| DOUG KRATS | 94 7TH ST N | | SARTELL | MN | 56377-1509 | K24396 | 66.90 | * |
| DOUG KUHNS | 841 CAPITOLA DR | | LINCOLN | NE | 68512-2359 | K50130 | 66.90 | * |
| DOUG MITCHELL | 1300 N TOPEKA ST | | EL DORADO | KS | 67042-3839 | K53438 | 66.90 | * |
| DOUG MOSS | 916 GLENWOOD AVE | | INTERNATIONAL | MN | 56649-3822 | K26599 | 66.90 | * |
| DOUG NELSON CLOUD | 216 DARRELL LN | | ROCKWOOD | TN | 37854-5926 | K15080 | 66.90 | * |
| DOUG PHILLIPS | 3750 E WATROUS AVE | | DES MOINES | IA | 50320-2024 | K22077 | 66.90 | * |
| DOUGLAS [DOUG] PLANK | 141 RIVER WOODS LN | | BURNSVILLE | MN | 55337-3319 | K18248 | 66.90 | * |
| DOUGLAS [DOUG] SEYMOUR | 26502 195TH ST | | CRESCENT | IA | 51526-3800 | K52712 | 66.90 | * |
| DOUGLAS A LIVERANCE | 816 LANARK DR | | INVERNESS | FL | 34453-4415 | K41676 | 66.90 | * |
| DOUGLAS A MCADAMS DDS | 6377 MILAM RDG | | SANGER | TX | 76266-7476 | K26287 | 66.90 | * |
| DOUGLAS A NIELSEN | 2004 SKY HAWK AVE | | PAPILLION | NE | 68133-2348 | K55782 | 66.90 | * |
| DOUGLAS ALAN WITHAM | 31 UPPER SADDLE RIVER RD | | MONTVALE | NJ | 07645-1130 | K47565 | 66.90 | * |
| DOUGLAS AYER | 5540 E BIG SKY LN | | ANAHEIM | CA | 92807-4644 | K26409 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DOUGLAS B [DOUG] DIBOLL | 556 LYON ST | | SAN FRANCISCO | CA | 94117-1331 | K38643 | 66.90 | * |
| DOUGLAS B GALLO | 3400 RIDGEWAY DR | | METAIRIE | LA | 70002-1952 | K57048 | 66.90 | * |
| DOUGLAS BREARLEY | 2125 PRESTON PL | | DENTON | TX | 76209-2043 | K26026 | 66.90 | * |
| DOUGLAS C BROEKER | 538 NE 55TH TER | | MIAMI | FL | 33137-2619 | K42156 | 66.90 | * |
| DOUGLAS COLLINS | PO BOX 137 | | NINNEKAH | OK | 73067-0137 | K19167 | 66.90 | * |
| DOUGLAS D HARRIS MD | 19218 N CATHEDRAL POINT CT | | SURPRISE | AZ | 85387-8248 | K41266 | 66.90 | * |
| DOUGLAS F BUUCK | 6405 AUSTRIAN BLVD | | PUNTA GORDA | FL | 33982-2122 | K38326 | 66.90 | * |
| DOUGLAS FURUSETH | 704 LAKE RD | | ALTOONA | WI | 54720-1837 | K26420 | 66.90 | * |
| DOUGLAS G HABERS | PO BOX 91 | | GILBOA | NY | 12076-0091 | K53463 | 66.90 | * |
| DOUGLAS H [DOUG] WRIGHT | 111 GREENBAY ST | | WALTERBORO | SC | 29488-3511 | K20587 | 66.90 | * |
| DOUGLAS HILL | 233 W DEKALB DR | | MAPLE PARK | IL | 60151-7610 | K56983 | 66.90 | * |
| DOUGLAS J SIEMER | 7724 N 28TH AVE | | OMAHA | NE | 68112-2714 | K56139 | 66.90 | * |
| DOUGLAS J YOUNGBLOOD | 20202 KENTUCKY TRCE | | HOCKLEY | TX | 77447-8795 | K53602 | 66.90 | * |
| DOUGLAS JAMES | PO BOX 244 | | DEERING | MO | 63840-0244 | K41126 | 66.90 | * |
| DOUGLAS JAQUES | 33140 GLEN EAGLE CT | | NILES | MI | 49120-7813 | K52924 | 66.90 | * |
| DOUGLAS JOHNSON | 3242 W VERMONTVILLE HWY | | CHARLOTTE | MI | 48813-8815 | K42133 | 66.90 | * |
| DOUGLAS KABAK | 16 INDIAN SPRING RD | | CRANFORD | NJ | 07016-1616 | K20619 | 66.90 | * |
| DOUGLAS KLIPSTEIN | 3333 LAUREL GRV N | | JACKSONVILLE | FL | 32223-7391 | K23279 | 66.90 | * |
| DOUGLAS L BEY | 308 BROADWATER DR | | CHESAPEAKE | VA | 23323-1721 | K38157 | 66.90 | * |
| DOUGLAS L HAMILTON | 89 COLONIAL PKWY | | MANHASSET | NY | 11030-1832 | K58288 | 66.90 | * |
| DOUGLAS M [DOUG] GOODMAN | 3731 DEL MAR AVE | | SAN DIEGO | CA | 92106-2013 | K41789 | 66.90 | * |
| DOUGLAS M [DOUG] HENNING | 5070 NESTING WAY APT A | | DELRAY BEACH | FL | 33484-2756 | K51053 | 66.90 | * |
| DOUGLAS M NIES | 1248 HUMMINGBIRD CIR | | LONGVIEW | TX | 75601-4255 | K30087 | 66.90 | * |
| DOUGLAS M SCHWAB | 12561 NW 75TH ST | | PARKLAND | FL | 33076-4203 | K58883 | 66.90 | * |
| DOUGLAS MEYER | 4041 5 MILE CREEK RD | | SALEM | IL | 62881-4050 | K38256 | 66.90 | * |
| DOUGLAS N HALL | 1241 OAK GROVE PL | | DECATUR | IN | 46733-7575 | K39213 | 66.90 | * |
| DOUGLAS N MCMARTIN | 611 WILSON CREEK RD | | NEWARK VALLEY | NY | 13811-2639 | K47509 | 66.90 | * |
| DOUGLAS O'CALLAGHAN | 5131 BROMELY DR | | OAK PARK | CA | 91377-4724 | K51028 | 66.90 | * |
| DOUGLAS THIEL | 15400 287TH AVE | | GARDEN GROVE | IA | 50103-1129 | K23195 | 66.90 | * |
| DOUGLAS W BENNETT | 4117 SIEFER DR | | ROOTSTOWN | OH | 44272-9615 | K16462 | 66.90 | * |
| DOUGLAS W RING | 10885 109 RD | | DODGE CITY | KS | 67801-6571 | K29126 | 66.90 | * |
| DOUGLASS C PINNEY | 1951 2ND ST N | | WISCONSIN RAP | WI | 54494-2012 | K50799 | 66.90 | * |
| DOUGLASS GUNNERSON | PO BOX 590 | | HINESBURG | VT | 05461-0590 | K54207 | 66.90 | * |
| DOVIE VALERO | 232 PINE ST | | CATASAUQUA | PA | 18032-2417 | K59213 | 66.90 | * |
| DOW VOSS | 2353 KRISTIAN ST | | IOWA CITY | IA | 52240-9181 | K56958 | 66.90 | * |
| DOYLE FENN | 122 N WESTWINDS CIR | | SPRING | TX | 77382-5328 | K30085 | 66.90 | * |
| DOYLE G MUNKRES | 1415 CLOUD NINE | | ELK CITY | OK | 73644-1456 | K28503 | 66.90 | * |
| DOYLE NEWBURRY | 1243 BLACK HOUSE MOUNTAIN RD | | JAMESTOWN | TN | 38556-6562 | K35974 | 66.90 | * |
| DOYLE STERN | 1639 150TH ST | | BOONE | IA | 50036-7326 | K14102 | 66.90 | * |
| DR ALAN TUCHTENHAGEN | N8554 1205TH ST | | RIVER FALLS | WI | 54022-4717 | K57673 | 66.90 | * |
| DR ALAN W SUGARMAN | 494 COUNTRY CLUB DR | | EGG HARBOR CI | NJ | 08215-5132 | K12440 | 66.90 | * |
| DR ALFRED A WICK | 2610 FOXCHASE RUN | | FORT WAYNE | IN | 46825-3981 | K40969 | 66.90 | * |
| DR ANITA EVANS | 3444 HEATHER DR | | AUGUSTA | GA | 30909-2708 | K59694 | 66.90 | * |
| DR ANTHONY THOMAS CARRELLAS | 24 DUDLEY AVE | | NEWPORT | RI | 02840-1208 | K25912 | 66.90 | * |
| DR ARCH W TEMPLETON | 147 COTTONWOOD CREEK LN | | AIKEN | SC | 29803-2750 | K52744 | 66.90 | * |
| DR ARTHUR D WEBSTER | 5412 GROVELAND AVE | | DEWITTVILLE | NY | 14728-9729 | K26488 | 66.90 | * |
| DR ARTHUR E ANGOVE | 21501 W CLEVELAND AVE | | NEW BERLIN | WI | 53146-1928 | K54521 | 66.90 | * |
| DR ARTHUR HAMMON | 26 PARK ST | | WHITEFIELD | NH | 03598-3111 | K49339 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DR ARTHUR S. BENSON | 4398 WESTVIEW DR | | COPLEY | OH | 44321-1239 | K53420 | 66.90 | * |
| DR BARBARA JABLOW | 18 EDISON AVE | | PROVIDENCE | RI | 02906-4605 | K10927 | 66.90 | * |
| DR BARBARA WASHINGTON | 1402 MEADOW GLADE CT | | SUGAR LAND | TX | 77479-4059 | K16440 | 66.90 | * |
| DR BARRY ZINDEL | 216 FROSTY HOLLOW RD | | DENISON | TX | 75021-5812 | K40605 | 66.90 | * |
| DR BENJAMIN NOAH | 1302 RIVER OAKS DR | | FLOWER MOUND | TX | 75028-1345 | K42554 | 66.90 | * |
| DR BETTY MORNINGSTAR | 91 ASPEN AVE | | AUBURNDALE | MA | 02466-3021 | K11632 | 66.90 | * |
| DR BETTY WHITEHURST | 1761 PRINCESS ANNE RD | | VIRGINIA BEAC | VA | 23456-3835 | K42425 | 66.90 | * |
| DR BEVERLY JOHNSON | 9 SAINT CHARLES PL | | BROOKLYN | NY | 11216-4108 | K50516 | 66.90 | * |
| DR BRIAN BILYEA | PO BOX 188 | | LAKE CITY | MI | 49651-0188 | K16438 | 66.90 | * |
| DR BRUCE GEELHOOD | 2828 N ATLANTIC AVE APT 203 | | DAYTONA BEACH | FL | 32118-3017 | K17514 | 66.90 | * |
| DR BRUCE SMITH | 1206 WENTWORTH RD | | YORK | PA | 17408-7110 | K40296 | 66.90 | * |
| DR BURTON POLLOCK | 146 N BELLEFIELD AVE APT 904 | | PITTSBURGH | PA | 15213-2621 | K41681 | 66.90 | * |
| DR CAREY A WASHINGTON | 245 BUSINESS PARK BLVD | | COLUMBIA | SC | 29203-9659 | K31872 | 66.90 | * |
| DR CARL A JOHNSON | 8645 FIELDCREST DR | | BRIGHTON | MI | 48116-8317 | K61127 | 66.90 | * |
| DR CELIA MACDONNELL | 13 MCCORMICK RD | | NEWPORT | RI | 02840-4313 | K24338 | 66.90 | * |
| DR CHANNING H ORBACH | 23 25TH AVE APT A | | VENICE | CA | 90291-4302 | K11776 | 66.90 | * |
| DR CHARLES C LEWIS | 2029 CEDARBROOK DR | | COLUMBIA | SC | 29212-2601 | K34126 | 66.90 | * |
| DR CHARLES E ATCHISON SR | PO BOX 1728 | | SPARTANBURG | SC | 29304-1728 | K59667 | 66.90 | * |
| DR CHARLES I ROSENBLUM | 440 E 79TH ST APT 17K | | NEW YORK | NY | 10075-1463 | K52716 | 66.90 | * |
| DR CHARLES J APPLEBAUM | 10 WESTWOOD RD | | FAIRFIELD | CT | 06825-1659 | K51278 | 66.90 | * |
| DR CHARLES W CHAMP | 102 ASHLEY LN | | STATESBORO | GA | 30458-1521 | K35106 | 66.90 | * |
| DR CHRISTOPHE B DEAN | 2881 PALMERSTON DR | | TROY | MI | 48084-1024 | K38191 | 66.90 | * |
| DR CLEVELAND ELLIS HENRY JR | 2208 MENOMONEE CT | | ORLANDO | FL | 32818-5205 | K41200 | 66.90 | * |
| DR COURTNEY C BUSCH PE | PO BOX 474 | | GULF SHORES | AL | 36547-0474 | K50237 | 66.90 | * |
| DR CRAIG BROWN | 9325 STEEPLEBUSH DR | | BELVIDERE | IL | 61008-7119 | K46534 | 66.90 | * |
| DR CURTIS EDMONDS | 1556 CRYSTAL LAKE DR | | PORTSMOUTH | VA | 23701-3624 | K14541 | 66.90 | * |
| DR CURTIS H SMITH | 25 MCGARY HILL RD | | LANCASTER | NH | 03584-3414 | K34266 | 66.90 | * |
| DR DALE A WATERS | 12 VIA ALCALDE | | SANDIA PARK | NM | 87047-9644 | K46433 | 66.90 | * |
| DR DAN J SCHAPIRA | 702 N CEDAR LAKE DR W | | COLUMBIA | MO | 65203-3112 | K60334 | 66.90 | * |
| DR DARRYL A ROBBINS | 6388 PORTRAIT CIR | | WESTERVILLE | OH | 43081-7024 | K48570 | 66.90 | * |
| DR DAVID B PHILLIPS | 611 WISTERIA DR | | RADFORD | VA | 24141-5727 | K37609 | 66.90 | * |
| DR DAVID E [DAVE] VINSON | 1802 BREEZY TRL | | VERONA | WI | 53593-7901 | K34624 | 66.90 | * |
| DR DAVID F MULLINS | 12215 GOLDENEYES CT | | FORT WAYNE | IN | 46845-9159 | K51421 | 66.90 | * |
| DR DAVID GARRISON | 2513 BRIXTON RD | | EDMOND | OK | 73034-3320 | K47909 | 66.90 | * |
| DR DAVID H WALLACE | 61 DONIZETTI ST | | WELLESLEY | MA | 02482-4840 | K12208 | 66.90 | * |
| DR DAVID HARDAGE | 174 CLASSEN DR | | DALLAS | TX | 75218-1003 | K48149 | 66.90 | * |
| DR DAVID HERMAN MD | 3007 WESTVIEW DR | | GREENVILLE | NC | 27834-6203 | K26981 | 66.90 | * |
| DR DAVID HODES | 49 CRICKET LN | | DOBBS FERRY | NY | 10522-1202 | K53459 | 66.90 | * |
| DR DAVID PETERSON | 4563 DON RODOLFO PL | | LOS ANGELES | CA | 90008-2813 | K59559 | 66.90 | * |
| DR DAVID S HUNSICKER | 12102 STEEPLE WAY BLVD APT 5 | | HOUSTON | TX | 77065-4771 | K42005 | 66.90 | * |
| DR DAVID SUTTER | 8041 FLAMINGO DR | | SPARTA | IL | 62286-3620 | K47054 | 66.90 | * |
| DR DAVID V MARTIN | 1585 PATRICIA CT SE | | SMYRNA | GA | 30082-3966 | K59278 | 66.90 | * |
| DR DAVID W WESLEY | 926 LOCUST ST | | CAVE CITY | AR | 72521-9065 | K34769 | 66.90 | * |
| DR DEANE L SCHUESSLER | 6626 FALSTAFF RD | | WOODBURY | MN | 55125-3804 | K39583 | 66.90 | * |
| DR DEBORAH NAOMI WALLACE | 30 BOGARDUS PL APT 5C | | NEW YORK | NY | 10040-2322 | K43091 | 66.90 | * |
| DR DENNIS GOOLER | 12091 TRETAGNIER CIR | | SAN DIEGO | CA | 92128-2087 | K25470 | 66.90 | * |
| DR DIANA HOOPINGARNER | 940 VICTORIA LANDING DR | | WOODSTOCK | GA | 30189-1480 | K48155 | 66.90 | * |
| DR DIANE JOHNSON PHD | 9159 ELIZABETH LN | | MASON | OH | 45040-7378 | K59214 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DR DONALD CAMPBELL | 2085 WATERS EDGE DR | | WESTLAKE | OH | 44145-6603 | K44851 | 66.90 * | |
| DR DONALD D WEINER | 960 E BUNKERHILL DR | | TERRE HAUTE | IN | 47802-7855 | K14895 | 66.90 * | |
| DR DONALD DAVIS SR | PO BOX 14162 | | AUGUSTA | GA | 30919-0162 | K59906 | 66.90 * | |
| DR DONALD E AHLERSMEYER | 375 LANE 200F LAKE JAMES | | ANGOLA | IN | 46703-7523 | K40158 | 66.90 * | |
| DR DONALD J [DON] CLEMENT | 12609 MEADOW LN | | LEAWOOD | KS | 66209-2404 | K29444 | 66.90 * | |
| DR DONALD Q SPROLE | 35108 ANNS CHOICE WAY | | WARMINSTER | PA | 18974-3390 | K15749 | 66.90 * | |
| DR DONALD VAN GIESEN | 3435 HAPPY VALLEY CT | | SANTA ROSA | CA | 95404-2612 | K49531 | 66.90 * | |
| DR DONNA LEA ROUNER | 717 KNOLLWOOD CIR | | FORT COLLINS | CO | 80524-1585 | K58851 | 66.90 * | |
| DR DONNA PETERSON | 27488 RIDGEWOOD DR | | MERRIFIELD | MN | 56465-4125 | K38605 | 66.90 * | |
| DR DORIS DAVENPORT | 3601 STILLMAN BLVD | | TUSCALOOSA | AL | 35401-2601 | K61324 | 66.90 * | |
| DR DOROTHY L HOLT | 306 HOLCOMB DR | | SHREVEPORT | LA | 71103-2030 | V99377 | 66.90 * | |
| DR E ARMAND SHEALY | 116 HICKORY KNOB HILL RD | | IRMO | SC | 29063-9782 | K30038 | 66.90 * | |
| DR EDWARD GRIFFIN | 3125 RIDGEWOOD RD | | SAINT PAUL | MN | 55112-3649 | K52533 | 66.90 * | |
| DR EDWARD M LANG | 4025 RIVAGE CT | | METAIRIE | LA | 70002-1345 | K50326 | 66.90 * | |
| DR EDWARD R BLAZEJEWSKI | 4047 OAK GLEN CT | | MOORPARK | CA | 93021-2905 | K25748 | 66.90 * | |
| DR ELDON GRIFFITH WOODCOCK | 55 OLD MILL RD | | WALLKILL | NY | 12589-2862 | K38469 | 66.90 * | |
| DR ELIZABETH GOLDMAN | 50 HILLAIR CIR | | WHITE PLAINS | NY | 10605-4502 | K49813 | 66.90 * | |
| DR ELIZABETH THOMSEN | 11640 WOODMAR LN NE | | ALBUQUERQUE | NM | 87111-6517 | K32613 | 66.90 * | |
| DR EMMA BROOKS-SMITH | 1445 HIGHLAND PARK DR | | JACKSON | MS | 39211-5967 | V99464 | 66.90 * | |
| DR ERICA THALER | 225 GLENN RD | | ARDMORE | PA | 19003-2511 | K11923 | 66.90 * | |
| DR EUGENE L BARRINGTON | 7711 KILDEE PARK | | HUMBLE | TX | 77396-2271 | K60802 | 66.90 * | |
| DR EVE J PARRISH | PO BOX 1553 | | COUPEVILLE | WA | 98239-1553 | K39752 | 66.90 * | |
| DR F B HUEY JR | 6128 WHITMAN AVE | | FORT WORTH | TX | 76133-3547 | K31593 | 66.90 * | |
| DR FANNIE HARRIS FIDDMONT | 13625 HERITAGE VALLEY WAY | | GAINESVILLE | VA | 20155-1349 | V99603 | 66.90 * | |
| DR FORREST C HENTZ JR | 1410 N HARRISON AVE | | CARY | NC | 27513-3005 | K30948 | 66.90 * | |
| DR FRANCENA D CUMMINGS | 2034 DOOMAR DR | | TALLAHASSEE | FL | 32308-4808 | K59575 | 66.90 * | |
| DR FRANCES CROSBY | 8383 BLACK WALNUT DR | | EAST AMHERST | NY | 14051-1564 | K36972 | 66.90 * | |
| DR FRANK E KINARD | 5105 EXUM DR | | WEST COLUMBIA | SC | 29169-7177 | K31381 | 66.90 * | |
| DR FRANK G TITLOW | 8338 42ND AVE N | | SAINT PETERSB | FL | 33709-3947 | K37675 | 66.90 * | |
| DR FRANK RIZZO | 3263 DEBORAH DR | | MONROE | LA | 71201-2157 | K62844 | 66.90 * | |
| DR FRANKLIN B ASHLEY | 1547 FIDDLERS MARSH DR | | MOUNT PLEASAN | SC | 29464-4288 | K32476 | 66.90 * | |
| DR FRED COY JR | 1700 SPRUCE LN | | LOUISVILLE | KY | 40207-1735 | K32858 | 66.90 * | |
| DR FRED H RUBIN | 12 OVERLOOK DR | | PITTSBURGH | PA | 15238-2146 | K45247 | 66.90 * | |
| DR FREDERICK C TILLIS | 55 GRANTWOOD DR | | AMHERST | MA | 01002-1537 | V99601 | 66.90 * | |
| DR GALE D DOWNEY | 284 WARGO RD | | PENNINGTON | NJ | 08534-1825 | K37995 | 66.90 * | |
| DR GARY G TAYLOR | 2320 GREEN OAKS ST | | DENTON | TX | 76209-7942 | K25962 | 66.90 * | |
| DR GARY LEE DIXON | 5825 CASTLETON DR | | SAN DIEGO | CA | 92117-4060 | K57841 | 66.90 * | |
| DR GEORGE BABE HART | 4162 PIERSON DR | | HUNTINGTON BE | CA | 92649-3000 | K43102 | 66.90 * | |
| DR GEORGE L COGAR | 3 ZIG ZAG ALY | | CHARLESTON | SC | 29401-2711 | V99414 | 66.90 * | |
| DR GEORGE L JORDAN JR | 2221 GEORGETOWN BLVD | | CHESAPEAKE | VA | 23325-4725 | K12800 | 66.90 * | |
| DR GEORGE TURNER | 2990 HICKORY HILL RD APT 246 | | MEMPHIS | TN | 38115-2562 | K18006 | 66.90 * | |
| DR GERALD C GLASER | 2910 CHAUCER DR | | MONTGOMERY | TX | 77356-8097 | K50465 | 66.90 * | |
| DR GERALD M SAPERS | 1803 REGENCY CT | | WARRINGTON | PA | 18976-3648 | K13913 | 66.90 * | |
| DR GUY MENEFEE | 325 W MAIN ST STE G | | RIVERTON | WY | 82501-3448 | K18697 | 66.90 * | |
| DR GWEN BRACHMAN | 854 NANCY WAY | | WESTFIELD | NJ | 07090-3423 | K38524 | 66.90 * | |
| DR H DOUGLAS BUCKWALTER | 918 PERRY RD | | LITITZ | PA | 17543-8942 | K31581 | 66.90 * | |
| DR H THOMAS SWILLEY | 213 WANDO RIVER RD UNIT 11C | | MYRTLE BEACH | SC | 29579-4323 | K49287 | 66.90 * | |
| DR HARMON P WEEKS JR | 5752 N GRINDSTONE CREEK RD | | ATTICA | IN | 47918-8240 | K33898 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DR HARRY I RINGERMACHER | 1054 MAIN ST | | DELANSON | NY | 12053-2420 | K43963 | 66.90 | * |
| DR HENRIETTE KLEINHANDLER | 2132 CENTURY PARK LN APT 204 | | LOS ANGELES | CA | 90067-3020 | K62424 | 66.90 | * |
| DR HENRY A SCHAEFFER | 170 RUGBY RD | | BROOKLYN | NY | 11226-4550 | K47423 | 66.90 | * |
| DR HERBERT TABOR SR | 5720 CENTRALIA ST | | LAS VEGAS | NV | 89149-4904 | K60215 | 66.90 | * |
| DR HERMAN ERNEST SCHMID | 720 TAM O SHANTER TRL | | WINSTON SALEM | NC | 27103-1229 | K55819 | 66.90 | * |
| DR IRA HERSHMAN | 13627 DEERING BAY DR APT 104 | | CORAL GABLES | FL | 33158-2833 | K46097 | 66.90 | * |
| DR J LAWRENCE TANENBAUM | 41 WOODCUTTERS DR | | BETHANY | CT | 06524-3149 | K56851 | 66.90 | * |
| DR JACK BELCHINSKY | 1703 WHITEHALL DR UNIT 1C | | LONGMONT | CO | 80504-2539 | K45875 | 66.90 | * |
| DR JAMES BOYD | 5453 ALBRIGHT DR | | VIRGINIA BEAC | VA | 23464-7714 | K53982 | 66.90 | * |
| DR JAMES BURGIN | 9217 PADDOCK LN | | POTOMAC | MD | 20854-2338 | K13665 | 66.90 | * |
| DR JAMES C BOWMAN | 6750 US HIGHWAY 27 N APT V12 | | SEBRING | FL | 33870-1266 | K35310 | 66.90 | * |
| DR JAMES C WISE | 11515 SW 220TH ST | | MIAMI | FL | 33170-2939 | K39490 | 66.90 | * |
| DR JAMES E CARTER | 1 7TH ST STE 1001 | | AUGUSTA | GA | 30901-1364 | K59561 | 66.90 | * |
| DR JAMES H BARKER | 2 WINDWOOD CV | | JACKSON | TN | 38305-8814 | K31100 | 66.90 | * |
| DR JAMES L HOFFMAN | 6904 RIDGEWAY DR | | SPRINGFIELD | VA | 22150-3026 | K16307 | 66.90 | * |
| DR JAMES MOODY | 1613 E MAIN ST | | VENTURA | CA | 93001-3307 | K60503 | 66.90 | * |
| DR JAMES W JENKINS | 20 MILLBROOK CIR | | HULL | GA | 30646-3860 | K31562 | 66.90 | * |
| DR JANICE F MOORE | 8440 SWEETWATER DR | | DALLAS | TX | 75228-5844 | K54867 | 66.90 | * |
| DR JEAN M PIENIADZ | 426 S WILLARD ST | | BURLINGTON | VT | 05401-4016 | V98910 | 66.90 | * |
| DR JEROME D ANDERSON | 3 FRANCES ST | | WOBURN | MA | 01801-3005 | K57137 | 66.90 | * |
| DR JERRY L SCRUGGS | 115 BRANCHWOOD LN | | CENTRE | AL | 35960-2130 | K29502 | 66.90 | * |
| DR JESSE BREEDEN BLACKWELL | 1201 HAYMOUNT CT | | FAYETTEVILLE | NC | 28305-4871 | K49139 | 66.90 | * |
| DR JOAN F DONOHUE | 1057 E CARPENTER DR | | PALATINE | IL | 60074-7207 | K50527 | 66.90 | * |
| DR JOANNE LENERT | 7986 FOXMOOR DR | | DUNN LORING | VA | 22027-1146 | K41661 | 66.90 | * |
| DR JOANNE REHN | 4360 E SNIDER DR | | WASILLA | AK | 99654-7601 | K18923 | 66.90 | * |
| DR JOE B DAVIDSON DVM | 306 RIVERCOVE DR | | GARLAND | TX | 75044-4918 | K28275 | 66.90 | * |
| DR JOE MARCUS | 19 ARBOR RD | | SAINT LOUIS | MO | 63132-4202 | K43968 | 66.90 | * |
| DR JOE P STEVEN JR | 2823 N WILDERNESS CT | | WICHITA | KS | 67226-2111 | K32616 | 66.90 | * |
| DR JOHN C HOLDER | 224 KINGS ROW DR | | LITTLE ROCK | AR | 72207-4117 | K28423 | 66.90 | * |
| DR JOHN E MORRIS | 621 E STATE ST | | UNION | MO | 63084-1459 | K14742 | 66.90 | * |
| DR JOHN H BOWMAN | 824 WATERFRONT DR | | LANCASTER | PA | 17602-4122 | K57346 | 66.90 | * |
| DR JOHN H ROBERTS | 124 CARRIAGE WAY DR APT 105B | | BURR RIDGE | IL | 60527-7808 | K54450 | 66.90 | * |
| DR JOHN L [JACK] SHULTZ | 8608 TWISTED OAKS WAY | | NORTH RICHLAN | TX | 76182-8341 | K21346 | 66.90 | * |
| DR JOHN L KNIAZ | 1421 PRESTWICK DR | | SCHERERVILLE | IN | 46375-2939 | K13915 | 66.90 | * |
| DR JOHN M KROUSE MD | 1122 SCENIC DR | | GREENSBURG | PA | 15601-3752 | K58170 | 66.90 | * |
| DR JOHN PAPANDREA | 39 STONER DR | | WEST HARTFORD | CT | 06107-1328 | K19951 | 66.90 | * |
| DR JOHN R HAYDON JR | 7860 E CAMELBACK RD UNIT 304 | | SCOTTSDALE | AZ | 85251-2261 | K21657 | 66.90 | * |
| DR JOHN R STALEY JR | 408 S NORTHSHORE DR | | KNOXVILLE | TN | 37919-7542 | K12134 | 66.90 | * |
| DR JONATHAN L GROSS | 3 STUART LN W | | PRINCETON JUN | NJ | 08550-1844 | K39333 | 66.90 | * |
| DR JOSEPH A MARASCO JR | 1835 VILLAGE CT | | AMELIA ISLAND | FL | 32034-5842 | K40404 | 66.90 | * |
| DR JOSEPH PERLOW | 49294 AVENIDA VISTA BONITA | | LA QUINTA | CA | 92253-2533 | K26671 | 66.90 | * |
| DR JOSEPH SUAREZ | 174 NIXON AVE | | STATEN ISLAND | NY | 10304-2200 | K48842 | 66.90 | * |
| DR JOSEPH TROLLMAN | 9210 CHRISTOPHER LN | | FENTON | MI | 48430-9206 | K56237 | 66.90 | * |
| DR JOYCE MCMILLAN | PO BOX 1268 | | FAIRFIELD BAY | AR | 72088-1268 | K26695 | 66.90 | * |
| DR JUDITH GAY | 59 FENNO ST | | CAMBRIDGE | MA | 02138-6717 | K51953 | 66.90 | * |
| DR JULIUS S SCOTT JR | 6 BATTERY RD | | HILTON HEAD I | SC | 29928-4213 | V99598 | 66.90 | * |
| DR KARLA MATTESON | 8716 GROSPOINT DR | | KNOXVILLE | TN | 37923-5571 | K43294 | 66.90 | * |
| DR KATHRYN MARTIN | 411 SOUTHBRIDGE BLVD UNIT 10 | | SAVANNAH | GA | 31405-1093 | K31259 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DR KENNETH A KUDSK MD | 125 N HAMILTON ST UNIT 1404 | | MADISON | WI | 53703-4164 | K62474 | 66.90 * | |
| DR KENNETH E KEMP | 6455 ROSEY LOOP | | ALTA VISTA | KS | 66834-9132 | K62611 | 66.90 * | |
| DR KENT E WEAVER | 6 VALLEY DR | | BIRDSBORO | PA | 19508-9302 | K27475 | 66.90 * | |
| DR LAMORE J CARTER | 101 RICHMOND DR | | GRAMBLING | LA | 71245-3019 | V99691 | 66.90 * | |
| DR LARRY A BERNSTEIN | 751 NE 168TH ST | | NORTH MIAMI B | FL | 33162-2427 | K44609 | 66.90 * | |
| DR LARRY F WALDMAN | 5061 E CORTEZ DR | | SCOTTSDALE | AZ | 85254-4634 | K49579 | 66.90 * | |
| DR LARRY MICHAELS | 25860 SHORELINE DR | | NOVI | MI | 48374-2171 | K58697 | 66.90 * | |
| DR LARRY ODOM-GROH | 206 DORCHESTER RD | | LOUISVILLE | KY | 40223-2808 | K41694 | 66.90 * | |
| DR LAWRENCE R SHAPIRO | 286 S MOUNTAIN RD | | NEW CITY | NY | 10956-4533 | K47227 | 66.90 * | |
| DR LAWRENCE WEEDA JR | 5022 COLE RD | | MEMPHIS | TN | 38117-4345 | K39714 | 66.90 * | |
| DR LEE MANNS | 114 VALLEY RUN DR | | CHERRY HILL | NJ | 08002-3024 | K41555 | 66.90 * | |
| DR LESTER LUTHER | 3516 CHELSEA RD | | CAMERON PARK | CA | 95682-8914 | K56561 | 66.90 * | |
| DR LEVESTER CANNON | 2 CHESTNUT RIDGE RD | | POUGHKEEPSIE | NY | 12603-6502 | K19321 | 66.90 * | |
| DR LINDA A HUGHES | 100 S BIRCH RD APT 2901 | | FORT LAUDERDA | FL | 33316-1552 | K14697 | 66.90 * | |
| DR LINDA GODSON | 13717 NW 2ND AVE APT 11 | | VANCOUVER | WA | 98685-2999 | K49559 | 66.90 * | |
| DR LINDA TEMTE | 4131 SPRING IS | | OKATIE | SC | 29909-4041 | K48442 | 66.90 * | |
| DR LOUIS H MACKEY | 1224 S NEGLEY AVE | | PITTSBURGH | PA | 15217-1219 | K61206 | 66.90 * | |
| DR LOVE HENRY WHELCHEL JR | 254 AWENDAW CIR | | ELLENWOOD | GA | 30294-3268 | K59721 | 66.90 * | |
| DR LYNDON HAVILAND | PO BOX 160 | | LYME | CT | 06371-0160 | V97983 | 66.90 * | |
| DR MAJOR MASON III | 1409 BAILEY AVE | | MCKEESPORT | PA | 15132-4606 | K61284 | 66.90 * | |
| DR MARC RANDALL HAMMERMAN | 10459 FRONTENAC WOODS LN | | SAINT LOUIS | MO | 63131-3042 | K42108 | 66.90 * | |
| DR MARGARET [PEGGY] WARD | 3595 WESTHAMPTON DR | | AUGUSTA | GA | 30907-3057 | K30954 | 66.90 * | |
| DR MARGIE H CARICO | 2802 WILDWOOD RD | | MARYVILLE | TN | 37804-2866 | K12478 | 66.90 * | |
| DR MARILLENE ALLEN | 19 GLENGROVE AVE E | | TORONTO | ON | M4N 1E6 | K36052 | 66.90 * | |
| DR MARILYN WRANEK | 29 MARION ST | | GREENVALE | NY | 11548-1140 | K36927 | 66.90 * | |
| DR MARJORIE KEELER | 617 BONNIE DR | | EL CERRITO | CA | 94530-3324 | K10680 | 66.90 * | |
| DR MARJORIE M HOLLAND | 21 COUNTY ROAD 202 | | OXFORD | MS | 38655-8823 | K12151 | 66.90 * | |
| DR MARK A ALLEN SR | 2353 W FOND DU LAC AVE | | MILWAUKEE | WI | 53206-1538 | V99665 | 66.90 * | |
| DR MARK BRETT | PO BOX 568 | | LAKE ORION | MI | 48361-0568 | K46216 | 66.90 * | |
| DR MARK J MCGUINESS | 132 ELM CT | | CHAGRIN FALLS | OH | 44022-3208 | K18041 | 66.90 * | |
| DR MARTIN G KATZ | 85 PLEASANT ST | | WATERTOWN | MA | 02472-2317 | K16373 | 66.90 * | |
| DR MARVIN KRIMS | 5 NOBSCOT RD | | NEWTON | MA | 02459-1322 | K13622 | 66.90 * | |
| DR MARY K ROBINSON | 3649 CHERRY HILL PL | | DECATUR | GA | 30034-5014 | K59626 | 66.90 * | |
| DR MELVIN GORDON | 459 DUDLEY RD | | NEWTON CENTER | MA | 02459-2810 | K13074 | 66.90 * | |
| DR MICHAEL GATTON | 6410 GELLHAUS LN | | LOUISVILLE | KY | 40299-4236 | K48781 | 66.90 * | |
| DR MICHAEL H LANG | 4115 WARM WINDS | | SAN ANTONIO | TX | 78253-4104 | K53543 | 66.90 * | |
| DR MICHAEL THOMPSON | 5847 CLEVELAND ST | | MORTON GROVE | IL | 60053-3321 | K55478 | 66.90 * | |
| DR MILDRED BERRY | 1190 NW 88TH ST | | MIAMI | FL | 33150-2546 | K59693 | 66.90 * | |
| DR MILTON FORBES | 504 SIVERS RD | | GLENWOOD | IA | 51534-1538 | K58196 | 66.90 * | |
| DR MITCHELL C RASHKIN | 9475 OAKHURST CT | | BLUE ASH | OH | 45241-3373 | K62179 | 66.90 * | |
| DR MOLLY MAGUIRE | 202 OLD MILL DR | | MORGANTON | NC | 28655-9859 | K22401 | 66.90 * | |
| DR MONTRAE THOMAS | 485 PARK AVE | | ORANGE | NJ | 07050-1721 | K46109 | 66.90 * | |
| DR MORTON GROSSER | 1016 LEMON ST | | MENLO PARK | CA | 94025-6113 | K35423 | 66.90 * | |
| DR NATHANIEL DUNN | 68 WILLISTON RD | | BEECH ISLAND | SC | 29842-8415 | K59753 | 66.90 * | |
| DR NEAL BYINGTON | 1525 FOUNTAIN ST | | ALAMEDA | CA | 94501-3131 | K56188 | 66.90 * | |
| DR NELSON L SHEAROUSE | 2127 HOMESTEAD HILLS DR | | WINSTON SALEM | NC | 27103-6445 | K32156 | 66.90 * | |
| DR NICHOLAS PASSELL | 524 LINCOLN AVE | | EAU CLAIRE | WI | 54701-4019 | K43568 | 66.90 * | |
| DR NILS G HERDELIN JR | 468 LOUCROFT RD | | HADDONFIELD | NJ | 08033-4007 | K42943 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DR O'NEIL D SWANSON | 806 E GRAND BLVD | | DETROIT | MI | 48207-2552 | K51159 | 66.90 | * |
| DR OSCAR A GERKEN | 1976 OUTER CIRCLE DR | | OVIEDO | FL | 32765-6511 | K38739 | 66.90 | * |
| DR OTIS S WEBSTER | 1403 S ACADEMY ST | | TYLER | TX | 75701-2622 | K10047 | 66.90 | * |
| DR PAMELA BRAKHAGE | 3421 RICKY CT | | JACKSONVILLE | FL | 32223-7857 | K55297 | 66.90 | * |
| DR PAMELA CAROL BURNLEY | 229 E MESA VERDE LN | | LAS VEGAS | NV | 89123-1706 | K12731 | 66.90 | * |
| DR PAMELA DOCARMO | 2608 CHAPEL LAKE DR APT 109 | | GAMBRILLS | MD | 21054-1744 | K58532 | 66.90 | * |
| DR PATRICIA GRIMSLEY | 7911 114TH AVE E | | PARRISH | FL | 34219-2734 | K40598 | 66.90 | * |
| DR PAUL COOLEY | 11240 W KICKLAND RD | | GOWEN | MI | 49326-9622 | K43659 | 66.90 | * |
| DR PAUL KATZ | PO BOX 1535 | | PANHANDLE | TX | 79068-1535 | K11248 | 66.90 | * |
| DR PAUL PLOTZ | 3221 LIVINGSTON ST NW | | WASHINGTON | DC | 20015-1632 | K47368 | 66.90 | * |
| DR PAULA A COLLIER | 4228 TURKEY ISLAND RD | | CREWE | VA | 23930-2928 | K23174 | 66.90 | * |
| DR PAULA BOONE | 674 FERNWOOD FARMS RD | | CHESAPEAKE | VA | 23320-6765 | K12880 | 66.90 | * |
| DR PETER D SKIRBUNT | 1300 E AVE | | FORT LEE | VA | 23801-1800 | K52387 | 66.90 | * |
| DR PHILIP [PETE] STARK | 8620 E WESLEY DR | | DENVER | CO | 80231-3820 | K56865 | 66.90 | * |
| DR PHILIP D OLIVIER | 2215 WHITE PINE DR | | WIXOM | MI | 48393-1882 | K52173 | 66.90 | * |
| DR PHILIP W ZIPSE | 4 KENSINGTON CT | | WHIPPANY | NJ | 07981-2316 | K51769 | 66.90 | * |
| DR PHILLIP K HUGGINS | 6471 EASTSHORE RD | | COLUMBIA | SC | 29206-3305 | K48808 | 66.90 | * |
| DR PHILLIP PULSINELLI | 2946 SUNSET CIR | | EXPORT | PA | 15632-9356 | K60552 | 66.90 | * |
| DR R NEIL SCHIMKE MD | 11765 KELLY RD | | LEAVENWORTH | KS | 66048-7245 | K33064 | 66.90 | * |
| DR RALPH N WHARTON | 1070 PARK AVE | | NEW YORK | NY | 10128-1000 | K11286 | 66.90 | * |
| DR RAMON DEL CASTILLO | 3756 OSCEOLA ST | | DENVER | CO | 80212-1951 | K32900 | 66.90 | * |
| DR RAY TURNER | 69 BERKELEY RD | | DEDHAM | MA | 02026-1707 | K13406 | 66.90 | * |
| DR REGINALD D SMITH | 3777 CHATEAUGUAY DR | | DECATUR | GA | 30034-2108 | K39480 | 66.90 | * |
| DR RICCI ARTHUR | 395 MAE ST | | LOGAN | OH | 43138-8636 | K48059 | 66.90 | * |
| DR RICHARD A MOSKOVITZ | 6135 SW 21ST AVENUE RD | | OCALA | FL | 34471-0145 | K12571 | 66.90 | * |
| DR RICHARD D PLOTZ | 104 11TH ST | | PROVIDENCE | RI | 02906-2912 | K50872 | 66.90 | * |
| DR RICHARD E HOLMES | 79 PICKENSVILLE RD | | COLUMBUS | MS | 39702-7889 | K10564 | 66.90 | * |
| DR RICHARD H WINTERBAUER | 6500 83RD PL SE | | MERCER ISLAND | WA | 98040-5231 | K59787 | 66.90 | * |
| DR RICHARD R VATH | 7386 LASALLE AVE | | BATON ROUGE | LA | 70806-8264 | K50182 | 66.90 | * |
| DR RICHARD RAY SHREVE | 1120 CELIA ST | | IRONWOOD | MI | 49938-1612 | K30981 | 66.90 | * |
| DR RICHARD TARIZZO FACS | 3109 TWIN OAKS DR | | JOLIET | IL | 60435-4744 | K53759 | 66.90 | * |
| DR ROBBIN RIECK MACDONALD | 3433 S ROBINSON AVE | | THATCHER | AZ | 85552-5171 | K28887 | 66.90 | * |
| DR ROBERT B SANDERS | 277 LAKE PT | | SANFORD | NC | 27332-8353 | K59898 | 66.90 | * |
| DR ROBERT E GIBSON | 1521 ALEXANDER ST APT 806 | | HONOLULU | HI | 96822-4950 | K28080 | 66.90 | * |
| DR ROBERT FRANK | 89 LONE PINE RD | | BLOOMFIELD HI | MI | 48304-3536 | K42335 | 66.90 | * |
| DR ROBERT GOLDMAN | 1182 ARCH ST | | BERKELEY | CA | 94708-1615 | K45625 | 66.90 | * |
| DR ROBERT I FISHER | 10202 PINE NEEDLE TRL | | STRONGSVILLE | OH | 44149-1284 | K61396 | 66.90 | * |
| DR ROBERT M STACK | 5353 HUNTERS CT | | LAS CRUCES | NM | 88011-7580 | K40849 | 66.90 | * |
| DR ROBERT W DETTMER | 2935 AMBLESIDE WAY | | FORT WAYNE | IN | 46804-2443 | K38215 | 66.90 | * |
| DR ROBERTA [REED] YOUNG | 5218 KINGLET ST | | HOUSTON | TX | 77035-3025 | K51465 | 66.90 | * |
| DR ROGER F SEBENIK | 5215 HOLMES PL | | BOULDER | CO | 80303-1245 | K43666 | 66.90 | * |
| DR ROSE MARIE ALVIN | 7033 MEADE PL APT 6 | | PITTSBURGH | PA | 15208-2448 | K29806 | 66.90 | * |
| DR RUBYE D GEER | 2914 PINE VALLEY CIR | | EAST POINT | GA | 30344-3937 | K60848 | 66.90 | * |
| DR RUSSELL SABRIN | 4345 N SMOKE RIDGE CT NE | | ROSWELL | GA | 30075-5229 | K58256 | 66.90 | * |
| DR SAMMY RONALD BARNES | 17002 COUNTY ROAD 2200 | | LUBBOCK | TX | 79423-4842 | K30750 | 66.90 | * |
| DR SHARON LYN STEIN | 9460 CANYON OAKS CT | | RANCHO CUCAMO | CA | 91730-7934 | K12572 | 66.90 | * |
| DR SHIRLEY JONES WILEY PHD | 2315 ASHLAN AVE | | CLOVIS | CA | 93611-8932 | K10084 | 66.90 | * |
| DR STEPHANIE ROZE | 24037 DEPEW AVE | | DOUGLASTON | NY | 11363-1630 | K38251 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| DR STEPHEN E MOSHMAN | 59 BEECHDALE RD | | DOBBS FERRY | NY | 10522-3001 | K46423 | 66.90 | * |
| DR STEVEN M WEINER | 12024 SPRUCE HAVEN DR | | SAINT LOUIS | MO | 63146-4822 | K38019 | 66.90 | * |
| DR STEVEN MEYER | 357 VALVERDE LN | | SAINT AUGUSTI | FL | 32086-8885 | K40213 | 66.90 | * |
| DR STUART JON KAUFMAN | 804 TARAY DE AVILA | | TAMPA | FL | 33613-1024 | K58463 | 66.90 | * |
| DR SUE E MOOL | 12411 RUSSEL LN | | HUNTLEY | IL | 60142-6427 | K50611 | 66.90 | * |
| DR SUZY Q GRODEN | 18 PRATT ST | | MELROSE | MA | 02176-1930 | K62388 | 66.90 | * |
| DR SYBIL L HOLLOWAY | 915 COUNTRY CLUB DR APT 6 | | BLOOMSBURG | PA | 17815-8560 | K37530 | 66.90 | * |
| DR SYDNEY N GIOVENCO | 222 LAKE SHORE DR | | ESCANABA | MI | 49829-4025 | K53080 | 66.90 | * |
| DR THOMAS E KOERNER | 607 WAKEFIELD VILLAGE BLVD | | KENDALLVILLE | IN | 46755-2602 | K41849 | 66.90 | * |
| DR THOMAS I BAKER | 5930 LAKE RD W UNIT 802 | | ASHTABULA | OH | 44004-8538 | K20567 | 66.90 | * |
| DR THOMAS K SHEHAN | 909 FOREST LAKES DR | | CHESAPEAKE | VA | 23322-7562 | K45197 | 66.90 | * |
| DR THOMAS M LOOPER | 1208 BREAZEALE RD | | BELTON | SC | 29627-9764 | K34247 | 66.90 | * |
| DR THOMAS NICOSIA | 120 MASON DR | | MANHASSET | NY | 11030-2035 | K53416 | 66.90 | * |
| DR TODD BARTON FICHTEL | 4247 CARROLLTON PIKE | | WOODLAWN | VA | 24381-3457 | K50789 | 66.90 | * |
| DR TODD D CLOPPER | 45024 COUNTY ROUTE 100A | | WELLESLEY IS | NY | 13640-3121 | K37571 | 66.90 | * |
| DR WALTER [WALT] MORGAN | 2 WALKER AVE | | WARREN | PA | 16365-6147 | K29474 | 66.90 | * |
| DR WALTER LISKIEWICZ | 5258 BLAIRMOOR ST | | JACKSON | MI | 49201-8340 | K59977 | 66.90 | * |
| DR WALTHER P MARCIS | 24227 MAPLE RIDGE RD | | NORTH OLMSTED | OH | 44070-1358 | K38681 | 66.90 | * |
| DR WARREN SHOEMAKER | 670 N MORGAN ST | | KAHOKA | MO | 63445-1441 | K15536 | 66.90 | * |
| DR WENDY MARTINEZ | 404 POND VIEW DR | | MOORESTOWN | NJ | 08057-4301 | K39435 | 66.90 | * |
| DR WENDY SCHAENEN | 29 WESTWIND DR | | LEMOYNE | PA | 17043-1234 | K42853 | 66.90 | * |
| DR WESLEY J ENGLISH | 58 N COLLIER BLVD APT 406 | | MARCO ISLAND | FL | 34145-3757 | K34429 | 66.90 | * |
| DR WILBERT L SADLER | 708 PINEHURST ST | | SALISBURY | NC | 28144-6339 | K59817 | 66.90 | * |
| DR WILHELMINA WRIGHT | 105 VANDERBILT CIR | | AUGUSTA | GA | 30904-5013 | K59773 | 66.90 | * |
| DR WILLIAM BRENNAN | 80 CENTER ST | | GENESEO | NY | 14454-1312 | K39300 | 66.90 | * |
| DR WILLIAM D O'BRIEN JR | 2002 O DONNELL DR | | CHAMPAIGN | IL | 61821-6465 | K60935 | 66.90 | * |
| DR WILLIAM DONNELLY | 214 HARRIMAN DR APT 3044 | | GOSHEN | NY | 10924-2427 | K47846 | 66.90 | * |
| DR WILLIAM E GIBSON JR | 4548 ASHLAND DR | | CHESAPEAKE | VA | 23321-5222 | K14284 | 66.90 | * |
| DR WILLIAM F KING | 1001 SKYLARK DR | | DENTON | TX | 76205-8009 | K30356 | 66.90 | * |
| DR WILLIAM HARRIS | 6905 W SADDLEBROOK DR | | MAPLETON | IL | 61547-9693 | K45166 | 66.90 | * |
| DR WILLIAM KING | 1137 CORETTA WAY | | ORLANDO | FL | 32805-4333 | K59618 | 66.90 | * |
| DR WILLIAM LARRY EVERETT | 20567 187TH AVE NW | | BIG LAKE | MN | 55309-9352 | K18912 | 66.90 | * |
| DR WILLIE L LONG | 2 BRANDYWINE LN | | COLUMBIA | SC | 29206-1366 | K59584 | 66.90 | * |
| DR. JONATHAN TAFEL | 255 E SYCAMORE ST | | COLUMBUS | OH | 43206-2177 | K35201 | 66.90 | * |
| DR. KATHY WOOD | 11008 BIGHAM RD | | TROY | TX | 76579-3319 | K31301 | 66.90 | * |
| DR. ROBERT LIPNICK | 5308 PENDER CT | | ALEXANDRIA | VA | 22304-1937 | K10683 | 66.90 | * |
| DRABINA D WASHINGTON | 19064 NW 53RD PL | | MIAMI GARDENS | FL | 33055-5324 | K44789 | 66.90 | * |
| DREW MCCARRON | 11 MIDLAND ST | | BROCKTON | MA | 02301-1769 | K12380 | 66.90 | * |
| DREWRY R FOX | 215 MARPLE RD | | HAVERFORD | PA | 19041-1029 | K34140 | 66.90 | * |
| DRUCILLA CARLSON | 127 MAINSAIL DR | | THIRD LAKE | IL | 60030-2605 | K31929 | 66.90 | * |
| DRUCILLA COOK | 1809 FULTON ST | | KEOKUK | IA | 52632-2825 | K15942 | 66.90 | * |
| DRUSCILLA GRUHN | 2001 S LEE ST | | AMERICUS | GA | 31709-4715 | K32345 | 66.90 | * |
| DUAIN COX | 54375 CARNATION RD | | OLATHE | CO | 81425-9768 | K18230 | 66.90 | * |
| DUANE A SMITH | 210 BINKLEY AVE | | DUMAS | TX | 79029-3827 | K30241 | 66.90 | * |
| DUANE A THORNTON | W338S8983 COUNTY RD E | | MUKWONAGO | WI | 53149-9305 | K47510 | 66.90 | * |
| DUANE DOAN | PO BOX 263 | | CANAL WINCHES | OH | 43110-0263 | K51181 | 66.90 | * |
| DUANE E CAMPBELL | 690 KIMLYN AVE | | NORTH HUNTING | PA | 15642-1994 | K61339 | 66.90 | * |
| DUANE E LUPKE | 1407 HAWTHORN RD | | FORT WAYNE | IN | 46802-4957 | K39686 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| DUANE E WERNER | 8611 LEMON AVE APT 5 | | LA MESA | CA | 91941-5373 | K32799 | 66.90 | * |
| DUANE FRIEDRICH | 326 22ND AVE N | | SAINT CLOUD | MN | 56303-3833 | K20361 | 66.90 | * |
| DUANE G BRANDVOLD | 1210 6TH AVE NW | | DEVILS LAKE | ND | 58301-1752 | K39009 | 66.90 | * |
| DUANE H AST SR | 408 W CARLYLE ST | | WICHITA | KS | 67217-3528 | K28768 | 66.90 | * |
| DUANE J WALDEN | 1027 N LEROY ST | | FENTON | MI | 48430-2755 | K58965 | 66.90 | * |
| DUANE KIEFER | 2318 KLUG DR | | FORT WAYNE | IN | 46818-1861 | K38219 | 66.90 | * |
| DUANE KOEHRING | 5076 SANDERSON DR | | COLUMBUS | OH | 43228-5710 | K24425 | 66.90 | * |
| DUANE LENZ | 5221 S 50TH ST | | LINCOLN | NE | 68516-2208 | K53750 | 66.90 | * |
| DUANE NELSON | 1116 GRANT ST | | JACKSON | MN | 56143-1208 | K54638 | 66.90 | * |
| DUANE P PONT | 8615 LA TREMOLINA LN | | WHITTIER | CA | 90605-1629 | K33528 | 66.90 | * |
| DUANE RALSTON | 5377 SE DAVID WAY | | PRINEVILLE | OR | 97754-8839 | K36160 | 66.90 | * |
| DUANE REGER | 149 BURGESS ST | | LYONS | MI | 48851-9612 | K35148 | 66.90 | * |
| DUANE RUTTAN | 7957 WAHBASEE LN | | WILLIAMSBURG | MI | 49690-9772 | K42712 | 66.90 | * |
| DUANE THOMAS MOEN | 4770 72ND AVE NE | | DEVILS LAKE | ND | 58301-9231 | K34256 | 66.90 | * |
| DUANE WESTPHAL | 5121 JOHN HOLMES RD | | ANN ARBOR | MI | 48103-1426 | V99508 | 66.90 | * |
| DUDLEY FETZER | 327 HAZELWOOD LN | | RICHMOND | IN | 47374-5246 | K28977 | 66.90 | * |
| DUDLEY MANN | 202 ROBINSON ST | | WAKEFIELD | RI | 02879-3524 | K15377 | 66.90 | * |
| Duke Energy | PO Box 1004 | | Charlotte | NC | 28201-1004 | 4.3E+09 | 428.54 | ** |
| DUMAS HIGH SCHOOL | DUMAS HIGH SCHOOL | 300 SOUTH KLEIN AVE | DUMAS | TX | 79029 | | 0.00 | ** |
| DUMAS HIGH SCHOOL | c/o SCOTT PALSER | 300 SOUTH KLEIN AVE | DUMAS | TX | 79029 | | 0.00 | ** |
| DUPONT HIGH SCHOOL | DUPONT HIGH SCHOOL ALUMNI AS | ALUMNI ASSOCIATION | OLD HICKORY | TN | 37138-0068 | | 0.00 | ** |
| DUPONT HIGH SCHOOL ALUMNI ASSN | c/o WILSON STEWART | PO BOX 68 | OLD HICKORY | TN | 37138-0068 | | 0.00 | ** |
| DURAND COLTRANE | 4104 LAKEVIEW DR | | CHESAPEAKE | VA | 23323-1600 | K12762 | 66.90 | * |
| DURRELL E DISBROW | 117 KNIGHTS CHURCH RD | | DECHERD | TN | 37324-3279 | K40676 | 66.90 | * |
| DUSTY HELMERS | 300 36TH AVE SW APT 211 | | NORMAN | OK | 73072-5049 | K14942 | 66.90 | * |
| DUWARD C FULMER | 110 E FERNWOOD RD | | SIMPSONVILLE | SC | 29681-2955 | K30559 | 66.90 | * |
| DWAIN A AIDALA | 1832 GRANGER AVE | | LOS ALTOS | CA | 94024-6715 | V98612 | 66.90 | * |
| DWAIN BAKER | 4212 SW 7TH ST | | DES MOINES | IA | 50315-3917 | K21671 | 66.90 | * |
| DWAIN D WATERS | 11435 STATE ROUTE 41 | | SOUTH SOLON | OH | 43153-9739 | K45737 | 66.90 | * |
| DWAINE JENNINGS FISHER | 600 NAUVOO RD | | CLARKSVILLE | OH | 45113-8611 | K44929 | 66.90 | * |
| DWANE D HABERMAN | 1631 N LYNNHURST AVE | | WICHITA | KS | 67212-1848 | K30372 | 66.90 | * |
| DWAYNE A WICKHAM | 11126 GROVER ST APT 4 | | ROMULUS | MI | 48174-5407 | K43602 | 66.90 | * |
| DWAYNE DIETRICH | 1509 FRANKLIN ST | | KEOKUK | IA | 52632-4043 | K22566 | 66.90 | * |
| DWAYNE JUNE EDWARDS | 745 BRAY ST | | CEDAR HILL | TX | 75104-6059 | K20681 | 66.90 | * |
| DWAYNE R SPENCE | 1255 PHEASANT RUN DR | | CANAL WINCHES | OH | 43110-9371 | K50546 | 66.90 | * |
| DWAYNE R THOMPSON | 9342 OCHOA AVE NE | | ELK RIVER | MN | 55330-7398 | K25172 | 66.90 | * |
| DWIGHT E PALMER | 1312 W BOLAN AVE | | SPOKANE | WA | 99224-8283 | K32978 | 66.90 | * |
| DWIGHT FRAMBACH | 306 OAK ST | | LONE ROCK | IA | 50559-8568 | K62032 | 66.90 | * |
| DWIGHT HLUSTICK | 2803 S COLUMBUS ST | | ARLINGTON | VA | 22206-1410 | K42720 | 66.90 | * |
| DWIGHT J MICHAELS | 2735 NE GRANT ST | | HILLSBORO | OR | 97124-6221 | K36046 | 66.90 | * |
| DWIGHT KIM BROWN | 6007 FFA LN | | DUMAS | TX | 79029-6817 | K32382 | 66.90 | * |
| DWIGHT KOPKIE | 309 SCOTT AVE | | ROCHELLE | IL | 61068-9038 | K21641 | 66.90 | * |
| DWIGHT L WILLIAMS | 1716 AVENUE E | | ROSENBERG | TX | 77471-1820 | K50814 | 66.90 | * |
| DWIGHT LUCIA | 52 HAPPY TRAILS DR | | LAS CRUCES | NM | 88005-3995 | K14435 | 66.90 | * |
| DWIGHT W WILLHELM | 1000 CAMP ST | | SULPHUR SPRIN | TX | 75482-4297 | K33405 | 66.90 | * |
| DWYANE WATSON | 2013 BAYOU BEND DR | | BOSSIER CITY | LA | 71111-5158 | K39791 | 66.90 | * |
| DYANN PFROMMER | 27114 WOODED CANYON DR | | KATY | TX | 77494-1650 | K21934 | 66.90 | * |
| E ALFREDA STONEY | 1611 DELAWARE AVE | | WHITE OAK | PA | 15131-1655 | K61359 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| E ALISON GULLEY | 281 W GRANDVIEW HTS | | BOONE | NC | 28607-7621 | K26801 | 66.90 | * |
| E ANN COFFEY | 270 S DELLROSE ST | | WICHITA | KS | 67218-1412 | K37743 | 66.90 | * |
| E ANN SLABAUGH | 5533 SKYRIDGE DR | | INDIANAPOLIS | IN | 46250-1749 | K25816 | 66.90 | * |
| E DALE DUVALL | PO BOX 258 | | PINCKNEYVILLE | IL | 62274-0258 | K27105 | 66.90 | * |
| E DIANE VAN DIEN | 9309 COACHMAN DR | | VENICE | FL | 34293-8838 | K26158 | 66.90 | * |
| E DORIS BRIGGS | 97 WESTGATE CIR | | SANTA ROSA | CA | 95401-9017 | K21122 | 66.90 | * |
| E DOUGLAS ALLEN | 969 W MYRTLE DR | | CHANDLER | AZ | 85248-4306 | K25583 | 66.90 | * |
| E DUANE HARDER | 5601 W 51ST ST | | SIOUX FALLS | SD | 57106-1831 | K31609 | 66.90 | * |
| E ELAINE ROEBKE | 8645 STONE POST RD | | SYLVANIA | OH | 43560-9656 | K29519 | 66.90 | * |
| E GALE RAMSEY | 1040 S 4TH ST | | RICHMOND | IN | 47374-6144 | K25910 | 66.90 | * |
| E HARVEY DICKERT | 600 MUSGROVE ST | | CLINTON | SC | 29325-1725 | K30947 | 66.90 | * |
| E HOPE KELLER | 147 BURLINGTON RD | | JACKSON | OH | 45640-2012 | K51213 | 66.90 | * |
| E JANE BARLEY | 1409 MISSION RD | | LANCASTER | PA | 17601-5237 | K30834 | 66.90 | * |
| E JAYNE ZUBER | 400 SUNNYDALE ST | | ELIDA | OH | 45807-1114 | K56314 | 66.90 | * |
| E JEAN HILFER | 3188 COUNTY ROAD 2 S | | INTERNATIONAL | MN | 56649-9144 | K18020 | 66.90 | * |
| E LINN JONES MD | 6250 SHADYGLEN RD | | CINCINNATI | OH | 45243-3204 | K51563 | 66.90 | * |
| E MAXINE STARR | 1820 LAUREL ST | | HAMILTON | IL | 62341-1731 | K14615 | 66.90 | * |
| E NATALIA OCASIO-SANTOS | 5105 GRANDE FOREST CT | | CENTREVILLE | VA | 20120-6438 | K24755 | 66.90 | * |
| E P SHAW | 1009 GLENDA ST | | TERRELL | TX | 75160-5013 | K16672 | 66.90 | * |
| E PENNY SMITH | 5423 PLYMOUTH MEADOWS CT | | FAIRFAX | VA | 22032-3221 | K60918 | 66.90 | * |
| E PORTER KENDALL | 230 LAKE COWETA TRL | | NEWNAN | GA | 30263-5917 | K25971 | 66.90 | * |
| E R ANDREEA GLAESE | 2243 W LAKESIDE DR | | MOSES LAKE | WA | 98837-2732 | K21525 | 66.90 | * |
| E RANDY DUPREE | 205 W 139TH ST | | NEW YORK | NY | 10030-2104 | K39423 | 66.90 | * |
| E SPENCER GARRETT | 3507 SAN MARCUS ST | | GAUTIER | MS | 39553-6750 | K57877 | 66.90 | * |
| E SUE MCDAVID | 6304 SUNNYBRIDGE CT | | OKLAHOMA CITY | OK | 73132-2603 | K62541 | 66.90 | * |
| E THOMAS JONES | 7250 BEAVER MEADOW RD | | BERGEN | NY | 14416-9604 | K34299 | 66.90 | * |
| E WAYNE ROVENOLT | 1000 COUNTY LINE RD | | TURBOTVILLE | PA | 17772-8928 | K23072 | 66.90 | * |
| EARL [OTTO] MILLER | 5480 HAZELWOOD RD | | COLUMBUS | OH | 43229-4408 | K46790 | 66.90 | * |
| EARL [SPARKY] SMITH | 187 GREEN AVE | | FREEPORT | NY | 11520-1010 | K51139 | 66.90 | * |
| EARL BAUER | 3048 CLEAR SPRINGS RD | | SPRING VALLEY | OH | 45370-7735 | K48096 | 66.90 | * |
| EARL BRUNNER | 2280 YORKSHIRE CIR | | ALLENTOWN | PA | 18103-3754 | K57458 | 66.90 | * |
| EARL C LYNCH | 116 CANTER PL | | DURHAM | NC | 27712-1001 | K29100 | 66.90 | * |
| EARL CHRISTIANSEN | 9685 AMES AVE | | OMAHA | NE | 68134-3850 | K58892 | 66.90 | * |
| EARL DUNN | 3308 23RD ST SW | | LEHIGH ACRES | FL | 33976-3400 | K21686 | 66.90 | * |
| EARL E KEYSER II | 65 CUMBERLAND DR | | GETTYSBURG | PA | 17325-8423 | K27894 | 66.90 | * |
| EARL EDWARD JONES | 260 GAELIC WAY | | TYRONE | GA | 30290-1857 | K13312 | 66.90 | * |
| EARL GORECK | 914 WOODLAND DR | | MCKEESPORT | PA | 15133-3730 | K61287 | 66.90 | * |
| EARL HARRIS | 746 CEDARWOOD DR | | PENN HILLS | PA | 15235-2601 | K42264 | 66.90 | * |
| EARL HUMPHRIES SR | 764 LAKEHURST RD | | BROWNS MILLS | NJ | 08015-6906 | K47900 | 66.90 | * |
| EARL J D'AMICO | 2891 HERITAGE DR APT 1D | | JOLIET | IL | 60435-0305 | K56519 | 66.90 | * |
| EARL L HOFFMAN JR | 6795 FAIRWAY DR E | | FAYETTEVILLE | PA | 17222-9401 | K14842 | 66.90 | * |
| EARL MCDANIELS | 5331 BILLY MC RD | | GREEN SEA | SC | 29545-4743 | K49135 | 66.90 | * |
| EARL MORRIS | 425 S 13TH ST | | HAMILTON | IL | 62341-1629 | K16527 | 66.90 | * |
| EARL NORROD | 481 SAND RUN RD | | AKRON | OH | 44313-5367 | K61350 | 66.90 | * |
| EARL R ADAMS | 36959 LITTLE OAK LN | | NORTH BRANCH | MN | 55056-5790 | K18407 | 66.90 | * |
| EARL SMITH | 829 APPLE VALLEY RD | | MADISON | TN | 37115-2301 | K37242 | 66.90 | * |
| EARL V EINHORN | 420 E 64TH ST APT W11H | | NEW YORK | NY | 10065-7854 | K48497 | 66.90 | * |
| EARL W ANDERSON | PO BOX 487 | | ARIVACA | AZ | 85601-0487 | K47806 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| EARL W TIMS | PO BOX 555 | | MINDEN | LA | 71058-0555 | K10775 | 66.90 | * |
| EARL WAYNE ADAMSON | 6125 NE 175TH ST APT N302 | | KENMORE | WA | 98028-4880 | K21839 | 66.90 | * |
| EARLE COHEN | 17420 RANCHO ST | | ENCINO | CA | 91316-3947 | K39813 | 66.90 | * |
| EARLENE ALLEN | 5917 MACEO LN | | FORT WORTH | TX | 76112-7949 | V99693 | 66.90 | * |
| EARLENE LAMB | 1129 VALLEY STREAM DR | | WHEELING | IL | 60090-3950 | K53275 | 66.90 | * |
| EARLENE PARKS | 3721 CANDACE DR | | FORT WORTH | TX | 76119-7737 | K59579 | 66.90 | * |
| EARNEST [ROY] BAUCOM | PO BOX 131 | | KETTLERSVILLE | OH | 45336-0131 | K31825 | 66.90 | * |
| EARNEST LEE JOHNSON | 11258 WESLEY LAKE DR | | JACKSONVILLE | FL | 32220-3740 | K39364 | 66.90 | * |
| EARNEST P SUDBERRY | 5810 LOS ANGELES WAY | | BUENA PARK | CA | 90620-2721 | K31019 | 66.90 | * |
| EARNEST RODGERS | PO BOX 1242 | | LEVELLAND | TX | 79336-1242 | K46257 | 66.90 | * |
| EARNESTINE EVERETT | 1834 HIGH ST | | FORT MYERS | FL | 33916-2725 | K42167 | 66.90 | * |
| EARSIE MIKE | 2527 EASTON LN APT 11 | | SAN JOSE | CA | 95133-2640 | K12439 | 66.90 | * |
| EARTHA MITCHELL | 1600 S MAIN ST APT 238 | | DUNCANVILLE | TX | 75137-3289 | V99761 | 66.90 | * |
| EARVIN NICHOLSON JR | 1908 EVERGREEN PL | | PORTSMOUTH | VA | 23704-5326 | K13684 | 66.90 | * |
| EAST FAIRMONT HIGH SCHOOL | c/o DELBERT PHILLIPS | 1993 AIRPORT RD | FAIRMONT | WV | 26554-4098 | | 0.00 | ** |
| EAVON WOODIN | 1505 HICKORY HEIGHTS DR | | WAVERLY | IA | 50677-1043 | K55548 | 66.90 | * |
| ED CONLEY | 5307 W EMORY RD | | POWELL | TN | 37849-4934 | K12515 | 66.90 | * |
| ED CRAMP | 180 GLENOAK LN | | GRANTS PASS | OR | 97526-3669 | K31875 | 66.90 | * |
| ED DOBBS | 1 HOWARD JOHNSON RD | | CHERRY HILL | NJ | 08034-1403 | K41499 | 66.90 | * |
| ED HARE | 26 2ND ST NE | | MASSILLON | OH | 44646-8408 | K50153 | 66.90 | * |
| ED KERR | 241 WOODLAWN DR | | TRAFFORD | PA | 15085-1232 | K49688 | 66.90 | * |
| ED NORMAN | 1441 ROOSEVELT AVE | | REDWOOD CITY | CA | 94061-1461 | K51540 | 66.90 | * |
| ED PUTMAN | 416 SW ALDER ST | | GRANTS PASS | OR | 97526-2602 | K34250 | 66.90 | * |
| ED SPRALEY | 197 LAKESHORE DR | | RAINBOW CITY | AL | 35906-8570 | K32709 | 66.90 | * |
| ED STEFFENS | 3320 GLADE CREEK DR | | HURST | TX | 76054-2064 | K36068 | 66.90 | * |
| EDA JEAN WOOLF | PO BOX 304 | | CLAFLIN | KS | 67525-0304 | K47551 | 66.90 | * |
| EDD LEE GOODMAN | 1103 BELMONT ST | | PARIS | TN | 38242-4503 | K31762 | 66.90 | * |
| EDDIE D BOOTH | 2 MICHELLE AVE | | TRENTON | SC | 29847-2648 | K45664 | 66.90 | * |
| EDDIE GANNON | 325 WILSON ST | | EMPORIA | KS | 66801-4325 | K49018 | 66.90 | * |
| EDDIE JONES JR | PO BOX 14454 | | AUGUSTA | GA | 30919-0454 | K59689 | 66.90 | * |
| EDDIE L TAYLOR SR | 1500 WOODLAKE DR NE APT 201 | | PALM BAY | FL | 32905-3217 | K41238 | 66.90 | * |
| EDDIE M STALLWITZ | PO BOX 1225 | | DUMAS | TX | 79029-1225 | K31756 | 66.90 | * |
| EDDIE MAE EVANS | 375 CAMELOT DR | | ATHENS | GA | 30606-1405 | K60171 | 66.90 | * |
| EDDIE MOORE | PO BOX 547 | | ORANGE | VA | 22960-0320 | K50151 | 66.90 | * |
| EDDIE SHAW | 6053 OLD FARM CIR | | LINCOLN | NE | 68512-1877 | K32536 | 66.90 | * |
| EDDIE WHITELEY | PO BOX 1764 | | RUIDOSO | NM | 88355-1764 | K47705 | 66.90 | * |
| EDDY STANFIELD | 511 CASAS DEL NORTE CT | | GRANBURY | TX | 76049-1462 | K43489 | 66.90 | * |
| EDE D BALDRIDGE | 1236 COLUMBUS CIR APT D | | WILMINGTON | NC | 28403-3936 | K34174 | 66.90 | * |
| EDGAR BULLINGTON | 905 PASEO GRANDE CIR | | DUARTE | CA | 91010-2316 | K31981 | 66.90 | * |
| EDGAR G [BOOGIE] WILLIAMS | 2801 17TH ST | | PORT ARTHUR | TX | 77640-3963 | K11239 | 66.90 | * |
| EDGAR H GEHM | 3059 RAINIER AVE | | COLUMBUS | OH | 43231-3140 | K45509 | 66.90 | * |
| EDGAR J HARTUNG | PO BOX 175 | | MOHNTON | PA | 19540-0175 | K50935 | 66.90 | * |
| EDGAR N BANKS | PO BOX 215 | | GRAIN VALLEY | MO | 64029-0215 | K33954 | 66.90 | * |
| EDGAR R BURROUGHS | 6805 S WATTERSON TRL | | FERN CREEK | KY | 40291-2427 | K33703 | 66.90 | * |
| EDGAR STUHR | 340 BIGELOW ST | | MARLBOROUGH | MA | 01752-8036 | K54461 | 66.90 | * |
| EDGAR TILTON SR | 1021 FORSTALL ST | | NEW ORLEANS | LA | 70117-3820 | K60307 | 66.90 | * |
| EDIE FINE | 2451 NW 59TH ST APT 601 | | BOCA RATON | FL | 33496-2842 | K52036 | 66.90 | * |
| EDIE THOMAS | 230 THREE OAKS DR | | LAWRENCEVILLE | GA | 30046-6477 | K22470 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| EDITH [EDIE] BARRON | PO BOX 1233 | | MERLIN | OR | 97532-1233 | K36299 | 66.90 | * |
| EDITH [EDIE] ROLFE | 4962 S 167TH AVE | | OMAHA | NE | 68135-1377 | K23941 | 66.90 | * |
| EDITH [EDIE] TOOR | 13 SARATOGA | | NEWPORT BEACH | CA | 92660-6152 | K49442 | 66.90 | * |
| EDITH A ANDERSON | 113 TYLER DR | | BRISTOL | TN | 37620-6313 | K23226 | 66.90 | * |
| EDITH A DILLER | 6405 WEDGEWOOD DR | | SPRING HILL | FL | 34606-3359 | K41594 | 66.90 | * |
| EDITH ANNE SHERMAN | 28 LEE AVE | | NEWPORT | RI | 02840-4041 | K27112 | 66.90 | * |
| EDITH BEEMAN | 29W504 LEE RD | | WEST CHICAGO | IL | 60185-2041 | K51826 | 66.90 | * |
| EDITH BUCK | 753 SCHOOLHOUSE RD | | MILTON | PA | 17847-7916 | K15879 | 66.90 | * |
| EDITH COAN | 6524 162ND ST APT 13B | | FLUSHING | NY | 11365-2604 | K58267 | 66.90 | * |
| EDITH COOK | 1648 12TH AVE W | | SHAKOPEE | MN | 55379-2110 | K55479 | 66.90 | * |
| EDITH GAGLIONE | 68 SPRUCE KNLS | | PUTNAM VALLEY | NY | 10579-2039 | K42402 | 66.90 | * |
| EDITH HOOKER | 2430 E FALLBROOK AVE | | FRESNO | CA | 93720-0260 | K53239 | 66.90 | * |
| EDITH J HELFERS | 14797 RIALTO AVE | | BROOKSVILLE | FL | 34613-5058 | K60995 | 66.90 | * |
| EDITH KUHNER | 891 CALLE PORTILLA | | CAMARILLO | CA | 93010-9205 | K23505 | 66.90 | * |
| EDITH L DUCKWORTH | 6260 JEANETTE DR | | EAST PETERSBU | PA | 17520-1120 | K25078 | 66.90 | * |
| EDITH L HUNSBERGER | 6 KINDER LN | | SHUTESBURY | MA | 01072-9762 | K43524 | 66.90 | * |
| EDITH MACKLER | 1219 W WYNNEWOOD RD APT 410 | | WYNNEWOOD | PA | 19096-2119 | K34960 | 66.90 | * |
| EDITH MCCAW | 19403 SPYGLASS CT | | PLATTSMOUTH | NE | 68048-7155 | K57311 | 66.90 | * |
| EDITH SANDSTROM | 901 2ND ST | | INTERNATIONAL | MN | 56649-2203 | K19110 | 66.90 | * |
| EDITH SENO | 556 FEARRINGTON POST | | PITTSBORO | NC | 27312-8501 | K62061 | 66.90 | * |
| EDITH SILVERMAN | 500 HIGH POINT DR APT 808 | | HARTSDALE | NY | 10530-1121 | K50203 | 66.90 | * |
| EDITH SPENCER | 335 OIL HILL RD | | EL DORADO | KS | 67042-3353 | K47818 | 66.90 | * |
| EDITH SYLVIA HOCKETT | 5036 WYCLIFFE DR | | STONE MOUNTAI | GA | 30087-4138 | K19221 | 66.90 | * |
| EDITH TAYLOR | 2204 JOHN ARTHUR WAY | | LAKELAND | FL | 33803-3516 | K30597 | 66.90 | * |
| EDITH YOUNG | 8592 ROSWELL RD APT 341 | | ATLANTA | GA | 30350-1869 | K41407 | 66.90 | * |
| EDLYNNE M SILLMAN | 7667 W CATHEDRAL CANYON DR | | TUCSON | AZ | 85743-5144 | K45765 | 66.90 | * |
| EDMOND HARTNETT | 3409 AUGUSTA CT | | HAYWARD | CA | 94542-2613 | K52200 | 66.90 | * |
| EDMOND R EBERLE | 8628 STEAMBOAT LN | | RIVER RIDGE | LA | 70123-3639 | K57097 | 66.90 | * |
| EDMUND [CARL] HILSTON | 5 RICHMOND ST | | NASHUA | NH | 03063-3639 | K21698 | 66.90 | * |
| EDMUND CAUFIELD | 4713 CHANDLERS FORDE | | SARASOTA | FL | 34235-7120 | K45245 | 66.90 | * |
| EDMUND F PRYAL | 5015 STAGHORN DR | | VALLEJO | CA | 94591-8581 | K51998 | 66.90 | * |
| EDMUND J MAKSYMOWICZ | 18901 ABBY AVE | | EUCLID | OH | 44119-1732 | K43462 | 66.90 | * |
| EDMUND J MORRISSEY | 901 POPLAR AVE | | SUNNYVALE | CA | 94086-8617 | K58447 | 66.90 | * |
| EDMUND LEE [TED] GOLDSBOROUGH | 101 BENTLEY AVE | | BALA CYNWYD | PA | 19004-2805 | K33885 | 66.90 | * |
| EDMUND PROVINI | 88 CONOVER LN | | RED BANK | NJ | 07701-6214 | K14339 | 66.90 | * |
| EDMUND S MELTZER PHD | 2224 STANLEY ST | | STEVENS POINT | WI | 54481-1955 | K58557 | 66.90 | * |
| EDMUND ZOTTOLA PHD | 2866 VERMILION DR | | COOK | MN | 55723-8835 | K32572 | 66.90 | * |
| EDNA [BERNIECE] ROW | PO BOX 848 | | GRANTS PASS | OR | 97528-0072 | K31282 | 66.90 | * |
| EDNA [EDDIE] BRADLEY | 10520 S GLENVIEW LN | | OLATHE | KS | 66061-7426 | K31772 | 66.90 | * |
| EDNA A OLMSTEAD | 2 COLUMBIA RD | | NEPTUNE | NJ | 07753-2508 | K29921 | 66.90 | * |
| EDNA ARMAGOST | 5370 FISHER RD | | WISCONSIN RAP | WI | 54495-9241 | K55387 | 66.90 | * |
| EDNA BATTY | 60 VIRGINIA ST | | VERSAILLES | OH | 45380-1120 | K31524 | 66.90 | * |
| EDNA BETHEL | 435 NW RUTLAND RD APT 330 | | MOUNT JULIET | TN | 37122-8705 | K42054 | 66.90 | * |
| EDNA CASKEY WIELER | 420 COCONUT PALM RD | | VERO BEACH | FL | 32963-3709 | K34324 | 66.90 | * |
| EDNA COLLINGE | 410 PALM BLVD | | MERRITT ISLAN | FL | 32952-5057 | K45329 | 66.90 | * |
| EDNA DALY | 8 SAWMILL CT | | GREENSBORO | NC | 27407-5048 | K48474 | 66.90 | * |
| EDNA GRACE COWLING | PO BOX 385 | | LEAVENWORTH | KS | 66048-0385 | K39284 | 66.90 | * |
| EDNA MAE CARTER | 206 N MAYHILL RD | | DENTON | TX | 76208-4004 | K26476 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| EDNA MAE SHANOK | 31 JAYS COR | | SOMERSET | NJ | 08873-7439 | K15706 | 66.90 | * |
| EDNA MARIE JOHNSON | 3790 LAWNDALE LN N APT 314 | | PLYMOUTH | MN | 55446-2976 | K25135 | 66.90 | * |
| EDNA MARTYNOWSKI | 17528 SANTA FE TRL | | LEAVENWORTH | KS | 66048-8424 | K34473 | 66.90 | * |
| EDNA MILLER | 13745 ROLLING HILLS LN | | DALLAS | TX | 75240-3722 | K39817 | 66.90 | * |
| EDNA PETERS | 16504 LOOP 493 | | LUBBOCK | TX | 79423-4881 | K42226 | 66.90 | * |
| EDNA PUTHOFF | 2008 S 7TH ST | | IRONTON | OH | 45638-2463 | K57875 | 66.90 | * |
| EDNA RHODES | 3644 ANTAR RIDGE LN | | JACKSONVILLE | FL | 32218-6979 | K42136 | 66.90 | * |
| EDNA S KAUCHER | 2732 ASPEN WOOD AVE | | HENDERSON | NV | 89074-1903 | K53546 | 66.90 | * |
| EDNA WASSON | 207 BOZARTH AVE | | GLENDORA | NJ | 08029-1242 | K40900 | 66.90 | * |
| EDUARDO MARTINEZ | 2030 SANTA CLARA ST | | RICHMOND | CA | 94804-5236 | K30424 | 66.90 | * |
| EDVIN [ED] MAGNUSON | 3242 COUNTY ROAD 24 | | INTERNATIONAL | MN | 56649-8914 | K22319 | 66.90 | * |
| EDWARD [BUD] STEUER | 10 POINT DORAL CT | | PALM COAST | FL | 32137-5943 | K45546 | 66.90 | * |
| EDWARD [CHIP] GALLAGHER III | 7927 EMERALD BLUFF CT | | HOUSTON | TX | 77095-4416 | K29525 | 66.90 | * |
| EDWARD [ED] HEINEN | 710 W CHERRY ST | | CHEROKEE | IA | 51012-1327 | K62077 | 66.90 | * |
| EDWARD [EDDIE] TEJEDA | 726 W COTTONWOOD DR | | VALLEY CENTER | KS | 67147-3217 | K30500 | 66.90 | * |
| EDWARD [GENE] STEPHENSON | 938 GRATTON ST | | BURLINGTON | IA | 52601-2724 | K15033 | 66.90 | * |
| EDWARD [NED] MOSER | 1336 PARK LAKE DR | | NAPLES | FL | 34110-1064 | K17623 | 66.90 | * |
| EDWARD A [EDDIE] SHIPMAN | 169 RAINBOW DR #6962 | | LIVINGSTON | TX | 77399-1068 | K35982 | 66.90 | * |
| EDWARD A BURKE | 816 SESSIONS LN | | KENNER | LA | 70065-2964 | K50979 | 66.90 | * |
| EDWARD A CZAPALA JR | 204 ELON DR | | LADSON | SC | 29456-6200 | K32658 | 66.90 | * |
| EDWARD A DOLES ESQ | 8130 WEDGEWOOD DR | | CHESTERLAND | OH | 44026-2164 | K51968 | 66.90 | * |
| EDWARD AGIUS | 562 ACACIA AVE | | SAN BRUNO | CA | 94066-4222 | K52283 | 66.90 | * |
| EDWARD ALEXANDER COLDEN | 2617 KILLEY CT | | VIRGINIA BEAC | VA | 23453-3656 | K12607 | 66.90 | * |
| EDWARD B HIGHTOWER | 1605 COLESBERG ST | | SILVER SPRING | MD | 20905-4102 | K10781 | 66.90 | * |
| EDWARD B JOBE | 47435 E ELDORADO DR | | INDIAN WELLS | CA | 92210-8673 | K14573 | 66.90 | * |
| EDWARD B STEFFNER | 9619 BRIAR CIR | | BLOOMINGTON | MN | 55437-1976 | K43544 | 66.90 | * |
| EDWARD BALK | 125 CRANDON DR | | CLAYTON | MO | 63105-3605 | K39680 | 66.90 | * |
| EDWARD BEACH MACK | 146 E 1ST ST | | MESA | AZ | 85201-6704 | K26059 | 66.90 | * |
| EDWARD BLANDEN | 1602 E ENGLISH ST | | DANVILLE | IL | 61832-3451 | K39991 | 66.90 | * |
| EDWARD BOLGA | 1371 MARCIA DR | | IRWIN | PA | 15642-3493 | K61006 | 66.90 | * |
| EDWARD BONTRAGER | 13313 OAKLAND DR | | BURNSVILLE | MN | 55357 | K16170 | 66.90 | * |
| EDWARD BOPP | 30081 TRUMAN AVE | | WICKLIFFE | OH | 44092-1723 | K49975 | 66.90 | * |
| EDWARD BURHITE | 1096 N ARCHERS WAY | | NEKOOSA | WI | 54457-8136 | K47726 | 66.90 | * |
| EDWARD BURNETT | 1143 PORTSMOUTH DR | | MCKEESPORT | PA | 15133-3707 | K61779 | 66.90 | * |
| EDWARD C [ED] ROTH | 1740 SIBLEY ST | | LOWELL | MI | 49331-1532 | K35540 | 66.90 | * |
| EDWARD C ALIG III | PO BOX 53 | | EAST LYNNE | MO | 64743-0053 | K35050 | 66.90 | * |
| EDWARD C BRIGDEN II | 5130 CORAL BURST CIR | | LOVELAND | CO | 80538-5661 | K40679 | 66.90 | * |
| EDWARD C DUVERNAY | 187 COUNTRY CLUB DR | | COVINGTON | LA | 70433-4816 | K51202 | 66.90 | * |
| EDWARD C FITCH SR | 38960 STATE SPUR 16B | | VALENTINE | NE | 69201-2414 | K60933 | 66.90 | * |
| EDWARD C LENK | 206 WHEELER RD | | MARSTONS MILL | MA | 02648-1110 | K14849 | 66.90 | * |
| EDWARD C LISKA | 1710 SW 43RD LN | | CAPE CORAL | FL | 33914-6261 | K54354 | 66.90 | * |
| EDWARD C METZEL II | 4448 DEVONSHIRE DR | | BOARDMAN | OH | 44512-1035 | K41397 | 66.90 | * |
| EDWARD CAROLAN | 2 BEECHWOOD CT | | COLONIA | NJ | 07067-3213 | K16379 | 66.90 | * |
| EDWARD CLARK | 2301 WEST BLVD | | HOLT | MI | 48842-1015 | K43446 | 66.90 | * |
| EDWARD D HILL | 5221 N WHEATON RD | | CHARLOTTE | MI | 48813-8610 | K40884 | 66.90 | * |
| EDWARD DELMAR WOODARD JR | 760 EDGEHILL RD | | FAYETTEVILLE | NC | 28314-0219 | K13453 | 66.90 | * |
| EDWARD DOEBLER JR | 1150 HUGH ALLISON RD | | PIKEVILLE | TN | 37367-8004 | K16607 | 66.90 | * |
| EDWARD E HAM | 112 19TH ST | | BELLEAIR BEAC | FL | 33786-3316 | K38284 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| EDWARD E THOMAS | 8140 TOWNSHIP LINE RD APT 24 | | INDIANAPOLIS | IN | 46260-5859 | K27249 | 66.90 * | |
| EDWARD EDWARDS | 5419 NE 102ND ST | | VANCOUVER | WA | 98686-6009 | K35713 | 66.90 * | |
| EDWARD ETHEREDGE | 128 BAKER HILL RD | | FLORENCE | MA | 01062-1946 | K57574 | 66.90 * | |
| EDWARD F FATZ | 13165 SW 22ND ST | | BEAVERTON | OR | 97008-5030 | K37124 | 66.90 * | |
| EDWARD F FEITH | 9923 TIOGA DR | | SAN ANTONIO | TX | 78230-3222 | K38824 | 66.90 * | |
| EDWARD F WALCH | PO BOX 733 | | COVINGTON | LA | 70434-0733 | K51165 | 66.90 * | |
| EDWARD FAUST SR | 146 TRADEWINDS CIR | | SOUTH DAYTONA | FL | 32119-2231 | K47415 | 66.90 * | |
| EDWARD FITCHHORN | 6458 HAYWARD WAY | | SAN DIEGO | CA | 92139-1147 | K46858 | 66.90 * | |
| EDWARD FREDERICK BOESCH III | 215 9TH CT | | VERO BEACH | FL | 32962-2812 | K51341 | 66.90 * | |
| EDWARD FREEMAN | 91 SKYLINE DR | | DALY CITY | CA | 94015-4529 | K58448 | 66.90 * | |
| EDWARD G [TED] MERKEL | 111 MACOMA CT | | FORT MYERS | FL | 33908-1629 | K37481 | 66.90 * | |
| EDWARD G HILL | 40456 ALEXANDRIA DR | | STERLING HEIG | MI | 48313-5302 | K45045 | 66.90 * | |
| EDWARD GAZDAG SR | 113 TIPPECANOE DR | | GREENSBURG | PA | 15601-4937 | K60600 | 66.90 * | |
| EDWARD GIDZINSKI | 148 NEWBOLDS CORNER RD | | SOUTHAMPTON | NJ | 08088-8867 | K47334 | 66.90 * | |
| EDWARD GLIDEWELL | 1519 ABERDEEN LN | | NEW HAVEN | IN | 46774-2005 | K44378 | 66.90 * | |
| EDWARD GODSILL | 1116 W LAKECREST DR | | PEORIA | IL | 61614-5940 | K44819 | 66.90 * | |
| EDWARD H [ED] STEGMAN | 907 MAGNOLIA LN | | NAPERVILLE | IL | 60540-7312 | K26195 | 66.90 * | |
| EDWARD H PACK JR | PO BOX 261 | | LEDYARD | CT | 06339-0261 | K62631 | 66.90 * | |
| EDWARD HARTZLER | 1420 EL CAMINO REAL APT 5 | | BURLINGAME | CA | 94010-4759 | K54228 | 66.90 * | |
| EDWARD J BAILEY | 603 HICKORY CT | | SANTA CLARA | CA | 95051-6141 | K25865 | 66.90 * | |
| EDWARD J CICHOREK | 82 RODNEY AVE | | SOMERSET | NJ | 08873-2024 | K29496 | 66.90 * | |
| EDWARD J COLLINS | 5126 CORTE CERCADO | | HEMET | CA | 92545-5474 | K46562 | 66.90 * | |
| EDWARD J ECKART JR | 1581 LYNDHURST RD | | LYNDHURST | OH | 44124-2857 | K46804 | 66.90 * | |
| EDWARD J FUHR | 312 RANDOLPH SQUARE PKWY | | RICHMOND | VA | 23238-6155 | K20651 | 66.90 * | |
| EDWARD J HAINRIHAR | 2870 OAKWOOD DR | | WILLOUGHBY HI | OH | 44094-9158 | K52264 | 66.90 * | |
| EDWARD J HUDSON | 6444 PEPPER CT | | ERIE | PA | 16505-2672 | K44513 | 66.90 * | |
| EDWARD J HUTH | 68 OAKWYNNE TER | | LANGHORNE | PA | 19047-8525 | K28626 | 66.90 * | |
| EDWARD J LUCOT | 1009 MCPHERSON AVE | | CLAIRTON | PA | 15025-1225 | K61311 | 66.90 * | |
| EDWARD J MURPHY III | 5305 CRAIG AVE | | KENNER | LA | 70065-2322 | K57263 | 66.90 * | |
| EDWARD J RYAN | 9234 KINGS CANYON DR | | CHARLOTTE | NC | 28210-7677 | K27313 | 66.90 * | |
| EDWARD J SCHWEIGER II | 4409 IVANHOE PL | | CHARLOTTE | NC | 28205-4628 | K25815 | 66.90 * | |
| EDWARD J SUBLER | 805 WOODLAND DR | | VERSAILLES | OH | 45380-8591 | K37791 | 66.90 * | |
| EDWARD J VOGL | 2901 BARRICKMEN LN | | GOSHEN | KY | 40026-9779 | K34650 | 66.90 * | |
| EDWARD JOHN [ED] LEBLANC | 2519 WESTWIND AVE NW | | SALEM | OR | 97304-1813 | K31326 | 66.90 * | |
| EDWARD JOHN SHANNON | 18479 OAKWOOD DR | | PRAIRIEVILLE | LA | 70769-3840 | K54355 | 66.90 * | |
| EDWARD KEMPER | 2123 ROCKWELL AVE | | BALTIMORE | MD | 21228-4718 | K46705 | 66.90 * | |
| EDWARD KUPETS | 152 COMBS HOLLOW RD | | RANDOLPH | NJ | 07869-3508 | K29281 | 66.90 * | |
| EDWARD L BENNETT | 52 OAK LN | | NEW COLUMBIA | PA | 17856-9074 | K16397 | 66.90 * | |
| EDWARD LARSEN | 3717 NE OTTER CREEK DR | | ANKENY | IA | 50021-6868 | K22075 | 66.90 * | |
| EDWARD LEE BELL | 408 NORCUM CIR | | PORTSMOUTH | VA | 23701-4109 | K13846 | 66.90 * | |
| EDWARD LEE HILL | 1005 GLENFIDDICH DR | | CHARLOTTE | NC | 28215-2060 | K13218 | 66.90 * | |
| EDWARD LEKAN | 8225 DALEBROOK RD | | INDEPENDENCE | OH | 44131-6632 | K51346 | 66.90 * | |
| EDWARD LIMBACH | 332 INWOOD TRL | | AURORA | OH | 44202-8204 | K16106 | 66.90 * | |
| EDWARD LINK | 5328 GARDENVIEW AVE | | FORT WAYNE | IN | 46809-1908 | K41851 | 66.90 * | |
| EDWARD LOVRIN | 1555 SKY VALLEY DR APT V104 | | RENO | NV | 89523-9103 | K52370 | 66.90 * | |
| EDWARD LUCIUS REEVE | PO BOX 58023 | | OKLAHOMA CITY | OK | 73157-8023 | K62767 | 66.90 * | |
| EDWARD LUHRS | 26 OLIVE WALK | | BREEZY POINT | NY | 11697-1608 | K49812 | 66.90 * | |
| EDWARD M ARD SR | 101 PARK GARDEN TER | | MADISON | MS | 39110-7638 | K57793 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 150 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| EDWARD M DOBRINSKY | 246 RED OAK DR | | PITTSBURGH | PA | 15239-2022 | K30296 | 66.90 | * |
| EDWARD M MINSHALL JR | 1132 NOTTINGHAM DR | | WEST CHESTER | PA | 19380-4055 | K37328 | 66.90 | * |
| EDWARD M POSNER | 6535 SOMERSET CIR | | BOCA RATON | FL | 33496-4021 | K50679 | 66.90 | * |
| EDWARD M SORENSEN | 9680 CASA DE LA TORRE CT | | SPRING VALLEY | CA | 91977-1338 | K37713 | 66.90 | * |
| EDWARD MANIER | 1444 SUNNYMEDE AVE | | SOUTH BEND | IN | 46615-1020 | K34253 | 66.90 | * |
| EDWARD MARGOLIS | 45 NORTHWOODS LN | | BOYNTON BEACH | FL | 33436-7405 | K54697 | 66.90 | * |
| EDWARD MARKOWSKI | 23 ASHBROOK DR | | CRANSTON | RI | 02921-2598 | K13369 | 66.90 | * |
| EDWARD MCCANN | 10743 NATIONAL PL | | LOS ANGELES | CA | 90034-3423 | K49104 | 66.90 | * |
| EDWARD MICHAEL SLATTERY | 2203 W 110TH PL | | CHICAGO | IL | 60643-3919 | K38299 | 66.90 | * |
| EDWARD MICKELSON | 1532 CHARLEMONT DR | | CHESTERFIELD | MO | 63017-4604 | K39624 | 66.90 | * |
| EDWARD MOFFITT | 71 COLONIAL VLG | | SOMERSWORTH | NH | 03878-1555 | K27160 | 66.90 | * |
| EDWARD MYERS | PO BOX 4514 | | CAVE CREEK | AZ | 85327-4514 | K26410 | 66.90 | * |
| EDWARD O SHAKESPEARE | 600 E CATHEDRAL RD APT K102 | | PHILADELPHIA | PA | 19128-1934 | K39764 | 66.90 | * |
| EDWARD P FRAPPIER | 1770 CHELSEA PLACE DR | | KERNERSVILLE | NC | 27284-9708 | V98334 | 66.90 | * |
| EDWARD P SCHNEEBERGER | 20858 BROKEN BIT DR | | COVINA | CA | 91724-3840 | K36428 | 66.90 | * |
| EDWARD RAHE | 05671 FOREST ST | | WINFIELD | IL | 60190-1538 | K40631 | 66.90 | * |
| EDWARD RAVENEL | 4715 WILSON RD | | YONGES ISLAND | SC | 29449-6082 | K49594 | 66.90 | * |
| EDWARD RICHARDS SR | 3507 LAKE SIDE CIR | | JOLIET | IL | 60431-8818 | K54477 | 66.90 | * |
| EDWARD ROEDER | 302 CANDLEWOOD DR | | WASHINGTON | IL | 61571-2581 | K48838 | 66.90 | * |
| EDWARD S AUCOIN | 1440 HOMESTEAD AVE | | METAIRIE | LA | 70005-1151 | K57470 | 66.90 | * |
| EDWARD S LUKETIC | 509 LEMON ST | | MCKEESPORT | PA | 15132-7319 | K61261 | 66.90 | * |
| EDWARD S STERNICK | 19 CROSS ST | | CHARLESTOWN | MA | 02129-2504 | K12698 | 66.90 | * |
| EDWARD SHERRY | 3058 LATHAM LN | | EL DORADO HLS | CA | 95762-4316 | K53575 | 66.90 | * |
| EDWARD STEVENSON | 8783 NEWBERRY RD | | WINNSBORO | SC | 29180-6592 | K57091 | 66.90 | * |
| EDWARD T DESPORTE JR | 28140 CHUKKAR LN | | FOLSOM | LA | 70437-7676 | K51940 | 66.90 | * |
| EDWARD VALEK | 3165 E ROUTE 113 | | MAZON | IL | 60444-6154 | K49611 | 66.90 | * |
| EDWARD W [ED] KOOS | 362 POST OAK RD | | KERNERSVILLE | NC | 27284-8029 | K39984 | 66.90 | * |
| EDWARD W DOENGES | 93 FAIRWAY RD | | ROTONDA WEST | FL | 33947-2017 | K39932 | 66.90 | * |
| EDWARD W PRATT | 9413 FLOWERDEN LN | | MANASSAS | VA | 20110-6639 | K41219 | 66.90 | * |
| EDWARD W SMITKO | PO BOX 7416 | | PORT SAINT LU | FL | 34985-7416 | K49038 | 66.90 | * |
| EDWARD ZIMMERMANN | 127 ASHLAND CT | | SHEBOYGAN FAL | WI | 53085-1879 | K47696 | 66.90 | * |
| EDWIN BUCKMAN | 515 SIEGMUND ST | | JOLIET | IL | 60433-1715 | K58236 | 66.90 | * |
| EDWIN C GOCHNAUER SR | 5421 RAINBOW DR | | EAST PETERSBU | PA | 17520-1633 | K30874 | 66.90 | * |
| EDWIN CHRISTIAN STEINMEYER | 241 PONTE VEDRA DR | | COLUMBIA | SC | 29206-1432 | K48407 | 66.90 | * |
| EDWIN E LARSON | 4 SPARROW RD | | CARPENTERSVIL | IL | 60110-2255 | K46204 | 66.90 | * |
| EDWIN FISHER | 4138 ECKWORTH DR | | BELLBROOK | OH | 45305-1505 | K45130 | 66.90 | * |
| EDWIN GARMAN | 1203 ORIENT ST | | EL DORADO | KS | 67042-4349 | K48922 | 66.90 | * |
| EDWIN H CLARK | 121 MARSHVIEW TRL | | WILMINGTON | NC | 28412-3219 | K35815 | 66.90 | * |
| EDWIN J HELLER SR | 7721 MILL AVE | | WISCONSIN RAP | WI | 54494-8300 | K47061 | 66.90 | * |
| EDWIN L BOEHM JR | 3300 RIDGEWAY DR | | METAIRIE | LA | 70002-1950 | K50229 | 66.90 | * |
| EDWIN L WHITEMAN | 230 SW 43RD TER | | CAPE CORAL | FL | 33914-5908 | K50541 | 66.90 | * |
| EDWIN LANGUE | 5000 5TH AVE | | PITTSBURGH | PA | 15232-2158 | K45395 | 66.90 | * |
| EDWIN LESSNER | 806 HEPBURN ST | | MILTON | PA | 17847-2424 | K15791 | 66.90 | * |
| EDWIN M DAVIS | PO BOX 81 | | CHESTERFIELD | SC | 29709-0081 | K30513 | 66.90 | * |
| EDWIN P WALTER | 1830 MUSTANG SPRINGS DR | | MISSOURI CITY | TX | 77459-3448 | K51222 | 66.90 | * |
| EDWIN R BROOKMAN | 1712 HOSMER LN | | CREST HILL | IL | 60403-2034 | K50612 | 66.90 | * |
| EDWIN R TAYLOR | 27 WEST LN APT 1B | | RIDGEFIELD | CT | 06877-4912 | K56207 | 66.90 | * |
| EDWIN ROESSLER | 625 YORKTOWN BLVD | | LOCUST GROVE | VA | 22508-5162 | K52715 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 151 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| EDWIN T [BUTCH] HUDSON | 150 BALDWIN DR | | LANDER | WY | 82520-3082 | K50126 | 66.90 | * |
| EDWIN WELLS PARKER | 3396 KISER GAP RD | | FRANKLIN | WV | 26807-7521 | K58091 | 66.90 | * |
| EDWINA LEWIS | PO BOX 1502 | | NEWTON | TX | 75966-1502 | K10374 | 66.90 | * |
| EDYTH FEICHTINGER | 17751 KINGSWAY PATH | | LAKEVILLE | MN | 55044-5209 | K19574 | 66.90 | * |
| EDYTHE MCELMURRAY | 20 TYMAC LN | | BARNWELL | SC | 29812-5010 | K20821 | 66.90 | * |
| EDYTHE SUNDBERG | 18755 W BERNARDO DR APT 1230 | | SAN DIEGO | CA | 92127-3013 | K37229 | 66.90 | * |
| EEI Security | PO Box 17849 | | Tampa | FL | 33682-7849 | Alumni Res | 367.05 | ** |
| EFFIE ELOISE MILLER | 1505 ALBERT STORM AVE | | MONCKS CORNER | SC | 29461-7022 | K52139 | 66.90 | * |
| EFREN GONZALEZ | 2521 53RD ST | | LUBBOCK | TX | 79413-4407 | K51182 | 66.90 | * |
| EGON CORDEL | 14942 POLK ST | | OMAHA | NE | 68137-3949 | K53516 | 66.90 | * |
| EIDERSON DEAN | 465 CLARK ST | | SOUTH WILLIAM | PA | 17702-7151 | K15209 | 66.90 | * |
| EILEEN ARMSTRONG | 3 FORGE RD N | | WILTON | CT | 06897-3712 | V99102 | 66.90 | * |
| EILEEN BAXTER | 6011 BROADWAY APT 6U | | WOODSIDE | NY | 11377-2112 | K37935 | 66.90 | * |
| EILEEN BLAIR | 428 CHARLIE DR | | NOBLESVILLE | IN | 46062-8453 | K25740 | 66.90 | * |
| EILEEN BUCKLEY | 2429 W MAIN ST | | RICHMOND | IN | 47374-4601 | K30452 | 66.90 | * |
| EILEEN BURT | 4870 CENTERWOOD ST | | LAKE OSWEGO | OR | 97035-8203 | K32326 | 66.90 | * |
| EILEEN C SHUPE | 2516 SUGAR CREEK CT | | MYRTLE BEACH | SC | 29579-4203 | K38530 | 66.90 | * |
| EILEEN CATHERINE KELLY | 70 CARROLL AVE UNIT 701 | | NEWPORT | RI | 02840-6445 | K27950 | 66.90 | * |
| EILEEN CHRISTIAN | 47665 PRADO WAY | | INDIO | CA | 92201-7748 | K43939 | 66.90 | * |
| EILEEN CONROY | 300 WALNUT ST UNIT 102 | | DES MOINES | IA | 50309-2241 | K45678 | 66.90 | * |
| EILEEN CUNNEELY | 143 KILBURN RD S | | GARDEN CITY | NY | 11530-5628 | K36797 | 66.90 | * |
| EILEEN DARWIN | 9 ROLLING HILLS DR | | HUNTINGTON ST | NY | 11746-1350 | K55791 | 66.90 | * |
| EILEEN DEMELOITZ | 10416 W RUNION DR | | PEORIA | AZ | 85382-5382 | K37893 | 66.90 | * |
| EILEEN EDEBOHLS | 1447 212TH ST | | BAYSIDE | NY | 11360-1107 | K37692 | 66.90 | * |
| EILEEN F STOPA | 2648 SEQUOIA WAY | | PRINCE FREDER | MD | 20678-3390 | K24709 | 66.90 | * |
| EILEEN FALVEY | 2 GLENWOOD CT | | BAYPORT | NY | 11705-1429 | K37772 | 66.90 | * |
| EILEEN G MELTZER-FASOLDT | 15 FISCHER AVE | | KINGSTON | NY | 12401-8505 | K13627 | 66.90 | * |
| EILEEN GEYER | 550 MIDVALE RD | | UPPER DARBY | PA | 19082-3608 | K49784 | 66.90 | * |
| EILEEN GURIN | 385 BERNARD RD # 136 | | NEW VIENNA | OH | 45159-9649 | K25705 | 66.90 | * |
| EILEEN HAUN | 8216 PIERPOINT DR | | HARRISON | TN | 37341-6935 | K49474 | 66.90 | * |
| EILEEN HAYES | 720 E RUDASILL RD | | TUCSON | AZ | 85718-2711 | K36734 | 66.90 | * |
| EILEEN HEATH | 2722 E ISLAND CT | | COLUMBIA CITY | IN | 46725-9328 | K38369 | 66.90 | * |
| EILEEN HERMAN | 366 BROADWAY APT 6C | | NEW YORK | NY | 10013-3919 | K45700 | 66.90 | * |
| EILEEN HESS | PO BOX 86 | | CALEDONIA | OH | 43314-0086 | K33434 | 66.90 | * |
| EILEEN J BUELL | 14 PARKVIEW DR | | RENSSELAER | NY | 12144-4617 | K24185 | 66.90 | * |
| EILEEN J RIDGWAY | 1213 MELBOURNE DR | | NEW HAVEN | IN | 46774-2645 | K45570 | 66.90 | * |
| EILEEN KNEAFSEY | 1137 MERRIFIELD DR | | WEST CHESTER | PA | 19380-6834 | K49341 | 66.90 | * |
| EILEEN L ANDERSON | 293 HILLSIDE AVE | | FLANDERS | NJ | 07836-9064 | K37879 | 66.90 | * |
| EILEEN LEONA BROWN | 207 N MORROW ST | | BLAIRSVILLE | PA | 15717-1037 | K61832 | 66.90 | * |
| EILEEN M COYNE | 621 N PENNSYLVANIA AVE | | MORRISVILLE | PA | 19067-6626 | K25148 | 66.90 | * |
| EILEEN M VARIA | 5 ATLANTIC ST | | PLAINSBORO | NJ | 08536-3066 | K24232 | 66.90 | * |
| EILEEN MCGANN | 52 WINDING WAY | | LITTLE SILVER | NJ | 07739-1720 | K14287 | 66.90 | * |
| EILEEN MCLOUGHLIN | 6 HARBOUR TOWN CT | | FRISCO | TX | 75034- | K41806 | 66.90 | * |
| EILEEN MORGO | 141 NORTHWOOD CT | | BAYPORT | NY | 11705-1876 | K37971 | 66.90 | * |
| EILEEN NOLFI | 329 OHIO AVE | | GLASSPORT | PA | 15045-1441 | K60633 | 66.90 | * |
| EILEEN NORTMAN | 505 GALAHAD DR | | LANSING | MI | 48906-1658 | K40168 | 66.90 | * |
| EILEEN PEPPER | 1270 LAKESIDE DR | | LEESBURG | FL | 34788-8239 | K61054 | 66.90 | * |
| EILEEN PETERS | 8133 268TH ST | | GLEN OAKS | NY | 11004-1545 | K37519 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 152 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| EILEEN PLANETA | 123 DOXBURY LN | | SUFFERN | NY | 10901-7243 | K37516 | 66.90 | * |
| EILEEN PYRON | 333 ROCK CREEK RD TRLR 14 | | HANSEN | ID | 83334-5147 | K33124 | 66.90 | * |
| EILEEN QUIRIN | 612 EDMAR ST | | SMITHTON | IL | 62285-3043 | K17236 | 66.90 | * |
| EILEEN R SOLOMON | 444 E 86TH ST APT 24J | | NEW YORK | NY | 10028-6483 | K13009 | 66.90 | * |
| EILEEN ROSS | 108 WILLITS WAY | | GLEN MILLS | PA | 19342-1431 | K50729 | 66.90 | * |
| EILEEN RUBIN | 8515 COSTA VERDE BLVD UNIT 1 | | SAN DIEGO | CA | 92122-1149 | K53481 | 66.90 | * |
| EILEEN SAUER | 802 VAN BUREN ST | | RAPID CITY | SD | 57701-0866 | K20233 | 66.90 | * |
| EILEEN SIEGELTUCH | 134 MERION WAY | | HAINESPORT | NJ | 08036-2782 | K18546 | 66.90 | * |
| EILEEN SPANGLER | 59 LAKESIDE AVE | | DEVON | PA | 19333-1551 | K50355 | 66.90 | * |
| EILEEN SPERL-HAWKINS | 4049 BLIND BROOK CT | | TALLAHASSEE | FL | 32303-7155 | K38003 | 66.90 | * |
| EILEEN STEPANOVICH | 8322 WALNUT DR | | MUNSTER | IN | 46321-1904 | K62681 | 66.90 | * |
| EILEEN STRASBAUGH | 400 W GAGE ST | | FOREST | OH | 45843-1028 | K57566 | 66.90 | * |
| EILEEN THOMPSON | 1474 BABBITT RD | | EUCLID | OH | 44132-2736 | K43065 | 66.90 | * |
| EILEEN TURNQUIST | 680 570TH ST | | ALTA | IA | 51002-7552 | K13825 | 66.90 | * |
| EILENE M WHYANO | 18 SADIE HOLLOW LN | | MILAN | PA | 18831-7936 | K22753 | 66.90 | * |
| EILLEEN E SLADEK | 1365 ARGYLE RD | | BERWYN | PA | 19312-1951 | K55528 | 66.90 | * |
| EL DORADO HIGH SCHOOL | EL DORADO HIGH SCHOOL ALUMNI | 401 MCCOLLUM RD | EL DORADO | KS | 67042 | | 0.00 | ** |
| EL DORADO HIGH SCHOOL | c/o KATHY MARTIN | 401 MCCOLLUM RD | EL DORADO | KS | 67042 | | 0.00 | ** |
| ELAINE [FRANCES] GORDON | 9372 BUTTERMILK RIDGE RD | | LAWRENCEBURG | TN | 38464-5920 | K58585 | 66.90 | * |
| ELAINE AARNESS | 524 LAKE ANTOINE RD | | IRON MOUNTAIN | MI | 49801-1468 | K20321 | 66.90 | * |
| ELAINE ABENDROTH | 5198 160TH ST NW | | CLEARWATER | MN | 55320-2111 | K20658 | 66.90 | * |
| ELAINE ALEXANDER | 750 PARK AVE NE APT 31SE | | ATLANTA | GA | 30326-3272 | K10672 | 66.90 | * |
| ELAINE ARNOLD | 8330 PROCTOR RD | | PAINESVILLE | OH | 44077-9153 | K45789 | 66.90 | * |
| ELAINE BAIZMAN | 250 E CROSS ST | | NORWOOD | MA | 02062-5213 | K11093 | 66.90 | * |
| ELAINE BARRETT | 100 STAKUM CIR APT D27 | | OXFORD | CT | 06478-1383 | K37045 | 66.90 | * |
| ELAINE BERENDES | 2427 SAND RD APT C | | MARSHALLTOWN | IA | 50158-6119 | K54875 | 66.90 | * |
| ELAINE BESSEY | 523 12TH CT | | COOS BAY | OR | 97420-4408 | K41222 | 66.90 | * |
| ELAINE BISTOK | 18 TERRACE RD | | PLYMOUTH MEET | PA | 19462-2607 | K49145 | 66.90 | * |
| ELAINE BRADFORD | 15335 CLOVERNOOK DR APT B | | GRAND HAVEN | MI | 49417-2974 | K56374 | 66.90 | * |
| ELAINE BRASEL | 2007 W DOWNER PL APT 109 | | AURORA | IL | 60506-4668 | K53393 | 66.90 | * |
| ELAINE BUGOSKI | 8 BUDD BLVD | | WEST DEPTFORD | NJ | 08096-3331 | K40760 | 66.90 | * |
| ELAINE CADMAN | 1615 CITATION DR | | SOUTH PARK | PA | 15129-8832 | K42906 | 66.90 | * |
| ELAINE CAHILL | 328 ROLLING DR | | BELLE VERNON | PA | 15012-9669 | K42511 | 66.90 | * |
| ELAINE CARTER | 11260 NW 23RD ST | | PEMBROKE PINE | FL | 33026-1401 | K15501 | 66.90 | * |
| ELAINE CORRAO | 3405 E LAKE SHORE DR | | WONDER LAKE | IL | 60097-9373 | K51763 | 66.90 | * |
| ELAINE DOESCHER | 833 WOLLAK WAY | | SAUK RAPIDS | MN | 56379-2780 | K24009 | 66.90 | * |
| ELAINE DRICK | 2980 FLORA RD | | LOMPOC | CA | 93436-9437 | K15457 | 66.90 | * |
| ELAINE EDWARDS | 2261 FM 156 N | | KRUM | TX | 76249-5543 | K25921 | 66.90 | * |
| ELAINE EICHEL | 3816 HAUPTMAN CT | | BOULDER | CO | 80301-6006 | K42277 | 66.90 | * |
| ELAINE EISEN | 888 PARK AVE | | NEW YORK | NY | 10075-0235 | K56879 | 66.90 | * |
| ELAINE FARIA | 37 ASH ST | | PORTSMOUTH | RI | 02871-1216 | K28426 | 66.90 | * |
| ELAINE FLUCKS | 23805 SCHOMBERG ST | | TAYLOR | MI | 48180-3407 | K58349 | 66.90 | * |
| ELAINE FOLKERS | 12504 PATRICK CIR | | OMAHA | NE | 68164-3932 | K57915 | 66.90 | * |
| ELAINE FRANK | 16254 DRAKE ST | | SOUTHGATE | MI | 48195-2124 | K61622 | 66.90 | * |
| ELAINE G RAABE | 861 MAIN ST N | | SOUTHBURY | CT | 06488-1250 | K53289 | 66.90 | * |
| ELAINE GERWER | 105 ESBENSHADE DR | | LITITZ | PA | 17543-9675 | K57297 | 66.90 | * |
| ELAINE GORDON | 9418 N GREEN BAY RD APT 335 | | MILWAUKEE | WI | 53209-1072 | K39242 | 66.90 | * |
| ELAINE H DAVIS | 8311 STATE HIGHWAY 13 S TRLR | | WISCONSIN RAP | WI | 54494-9500 | K54955 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|--------------|
| ELAINE HAINES | 9855 POTTERS RD | | LOWELL | MI | 49331-9234 | K36598 | 66.90 | * |
| ELAINE HART | 1409 THAYER AVE | | ASHTABULA | OH | 44004-2719 | K20913 | 66.90 | * |
| ELAINE HERMANSON | 432 S DEE RD | | PARK RIDGE | IL | 60068-3738 | K57762 | 66.90 | * |
| ELAINE HOLSTINE | 14140 RIDGE RD | | IRWIN | PA | 15642-2166 | K61364 | 66.90 | * |
| ELAINE JACKSON | 310 E 262ND ST | | EUCLID | OH | 44132-1438 | K43718 | 66.90 | * |
| ELAINE KELLY | 745 LAMPLIGHT LN | | HAZELWOOD | MO | 63042-3405 | K51709 | 66.90 | * |
| ELAINE KREBSBACH | W8239 ASH RD | | CASCADE | WI | 53011-1257 | K48583 | 66.90 | * |
| ELAINE KUJAWA | 4509 W ANTHONY DR | | GREENFIELD | WI | 53219-4833 | K47935 | 66.90 | * |
| ELAINE LANE | PO BOX 285 | | NEW BOSTON | MI | 48164-0285 | K58374 | 66.90 | * |
| ELAINE LANGONE | 211 SANDS POINT RD | | PORT WASHINGTN | NY | 11050-1127 | K53659 | 66.90 | * |
| ELAINE LEACH | 5364 AURORA DR | | LEESBURG | FL | 34748-9672 | K61154 | 66.90 | * |
| ELAINE LEIGH | 1643 SW HAYTER ST | | DALLAS | OR | 97338-3216 | K56076 | 66.90 | * |
| ELAINE LEIGH | 3652 E COSTILLA AVE | | CENTENNIAL | CO | 80122-2018 | K57794 | 66.90 | * |
| ELAINE LEVITT | 305 W 28TH ST APT 10B | | NEW YORK | NY | 10001-7929 | K62223 | 66.90 | * |
| ELAINE LEWIS | 7917 HARRISON AVE | | MOUNT HEALTHY | OH | 45231-3140 | K39169 | 66.90 | * |
| ELAINE LOWENSTEIN | 9406 CADMAN CT | | HOUSTON | TX | 77096-4206 | K50903 | 66.90 | * |
| ELAINE LUTHY | 250 W WRIGHT AVE | | UPLAND | IN | 46989-9192 | K43579 | 66.90 | * |
| ELAINE LYONS | 15 EASTWOOD RD | | DANBURY | CT | 06811-3628 | K12378 | 66.90 | * |
| ELAINE M DODSON | 1110 SCOTTS RIDGE TRL | | APEX | NC | 27502-6882 | K40814 | 66.90 | * |
| ELAINE M MAYS | 12309 ADAMS DR | | IRWIN | PA | 15642-2986 | K60776 | 66.90 | * |
| ELAINE MALONE | 954 S IVY CT | | CANBY | OR | 97013-4232 | K16896 | 66.90 | * |
| ELAINE MYERS | 521 COUNTY ROAD 4311 | | NAPLES | TX | 75568-6324 | K61449 | 66.90 | * |
| ELAINE N SCHNEIDER | 16505 VIRGINIA AVE APT 2111 | | WILLIAMSPORT | MD | 21795-1492 | K39077 | 66.90 | * |
| ELAINE NEUMANN | 15810 BEECH DALY RD TRLR 270 | | TAYLOR | MI | 48180-6115 | K59286 | 66.90 | * |
| ELAINE NEWSOM | PO BOX 4883 | | CARMEL | CA | 93921-4883 | K24629 | 66.90 | * |
| ELAINE ONAN | 2000 SHARON CT | | MIDLAND | MI | 48642-6229 | K37135 | 66.90 | * |
| ELAINE PEARSON | 24505 FAIRMOUNT DR | | DEARBORN | MI | 48124-1541 | K40104 | 66.90 | * |
| ELAINE PERKINS | PO BOX 53 | | WHITMORE LAKE | MI | 48189-0053 | V99656 | 66.90 | * |
| ELAINE POWERS | 8540 N YELLOWSTONE AVE | | TUCSON | AZ | 85704-6534 | K44829 | 66.90 | * |
| ELAINE PUGH | 3051 RIO DOSA DR APT 313 | | LEXINGTON | KY | 40509-1547 | K55700 | 66.90 | * |
| ELAINE R BLACKMON | 203 COLLINS AVE | | LONGVIEW | TX | 75605-5411 | V99472 | 66.90 | * |
| ELAINE RICHARDSON | 2332 WALNUT BLVD | | ASHTABULA | OH | 44004-2508 | K17294 | 66.90 | * |
| ELAINE SCHEELE | 6515 DONNA DR | | FORT WAYNE | IN | 46819-1207 | K39550 | 66.90 | * |
| ELAINE SCHON | 350 BLAINE AVE | | WEST BERLIN | NJ | 08091-2130 | K52407 | 66.90 | * |
| ELAINE SHAY | 25609 310TH ST | | ALBANY | MN | 56307-8705 | K26266 | 66.90 | * |
| ELAINE SPRINGER | 50 MAHONING ST APT 609 | | MILTON | PA | 17847-1025 | K15707 | 66.90 | * |
| ELAINE SPROUSE | 5012 HOMEVILLE RD | | WEST MIFFLIN | PA | 15122-2935 | K44943 | 66.90 | * |
| ELAINE SWAILS | 1807 C ST | | IOWA CITY | IA | 52245-4535 | K57414 | 66.90 | * |
| ELAINE TERRY | 608 1ST AVE NW | | CHISHOLM | MN | 55719-1202 | K18244 | 66.90 | * |
| ELAINE UONELLI | 2879 VERMONT AVE | | PERRY | OH | 44081-9508 | K19590 | 66.90 | * |
| ELAINE WISHNOW | 2351 E 17TH ST | | BROOKLYN | NY | 11229-4437 | K47691 | 66.90 | * |
| ELAINE WYBERG | 7230 SUNSET DR | | CLINTON | IL | 61727-9643 | K19073 | 66.90 | * |
| ELANORA POUND | 2305 4TH AVE E | | INTERNATIONAL | MN | 56649-4139 | K18689 | 66.90 | * |
| ELBERT GIFFIN | 1526 CAVALIER DR | | MARYVILLE | TN | 37803-9205 | K41322 | 66.90 | * |
| ELBERT LEE HINES | 15710 RIVERSIDE DR W APT 11W | | NEW YORK | NY | 10032-7045 | K13448 | 66.90 | * |
| ELBERT PAUL PARKS | 6798 JACKSONBURG RD | | HAGERSTOWN | IN | 47346-9708 | K28643 | 66.90 | * |
| ELDA OCHS | 3280 GRACIE RD | | CORTLAND | NY | 13045-9370 | K42738 | 66.90 | * |
| ELDEAN GREGG | 685 LINN RD | | WILLIAMSTON | MI | 48895-9361 | K39997 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 154 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ELDEAN O BAUER | 7861 SALINE WATERWORKS RD | | SALINE | MI | 48176-9707 | V98753 | 66.90 | * |
| ELDEN L NEWBERRY | PO BOX 704 | | SCOTTSBLUFF | NE | 69363-0704 | K18148 | 66.90 | * |
| ELDENIA WAMPLER | 3 ELM DR | | AUGUSTA | KS | 67010-2301 | K52850 | 66.90 | * |
| ELDON E ALLEN | 1803 METROPOLITAN AVE | | LEAVENWORTH | KS | 66048-1125 | K33948 | 66.90 | * |
| ELDON EASON | 2006 STAFFORD DR | | ARLINGTON | TX | 76012-1837 | K43225 | 66.90 | * |
| ELDORA ZIMMERMAN | 12217 HOLVERSON RD | | DURAND | IL | 61024-9513 | K48341 | 66.90 | * |
| ELEANOR [ELLIE] CROWLEY | 4805 FRIAR LN | | LAS VEGAS | NV | 89130-0101 | K37295 | 66.90 | * |
| ELEANOR [ELLIE] SCOTT | 1728 NE CARSON WAY | | BEND | OR | 97701-6245 | K32112 | 66.90 | * |
| ELEANOR [JEAN] PLUMMER | 1121 DOUGLAS RD | | EL DORADO | KS | 67042-3668 | K48128 | 66.90 | * |
| ELEANOR [NORI] JONES | 481 WOODLAND DR | | RADNOR | PA | 19087-4607 | K45707 | 66.90 | * |
| ELEANOR A BOCKENFELD | 5421 W PORTAGE AVE | | MILWAUKEE | WI | 53223-4830 | K50393 | 66.90 | * |
| ELEANOR ARCHIE | 162 ARGYLE AVE | | BROOKLYN | NY | 11218-3402 | K49269 | 66.90 | * |
| ELEANOR BAKALIS | 28 RED OAK TER | | OAK RIDGE | NJ | 07438-9188 | K62661 | 66.90 | * |
| ELEANOR BAKER | 3601 RIDGE RD | | NEW COLUMBIA | PA | 17856-9207 | K15238 | 66.90 | * |
| ELEANOR BARKEY | 18347 SAND PINE DR | | BROOKSVILLE | FL | 34610-1667 | K62915 | 66.90 | * |
| ELEANOR BAYNTON | 15 PALMETTO DUNES CT | | ORMOND BEACH | FL | 32174-8737 | V98875 | 66.90 | * |
| ELEANOR CRAWSHAW | 516 W CONESTOGA ST | | NEW HOLLAND | PA | 17557-1131 | K57507 | 66.90 | * |
| ELEANOR D DAVIS | 35 HALL AVE | | NEWPORT | RI | 02840-2142 | K29098 | 66.90 | * |
| ELEANOR D RUDER | 6311 WESTMINSTER PL | | SAINT LOUIS | MO | 63130-4728 | K42406 | 66.90 | * |
| ELEANOR FINAN | 462 COLUMBIA AVE | | MILTON | PA | 17847-2023 | K16486 | 66.90 | * |
| ELEANOR FLYNN | 408 W MAPLE AVE # 1 | | MERCHANTVILLE | NJ | 08109-2021 | K48273 | 66.90 | * |
| ELEANOR FRITZ | 4167 WALLACE RD | | ALLISON PARK | PA | 15101-2855 | K42762 | 66.90 | * |
| ELEANOR GOLDNER | 205 PARRY RD | | CINNAMINSON | NJ | 08077-4329 | K41827 | 66.90 | * |
| ELEANOR HARBERT | 3814 CORONET LN | | ARLINGTON | TX | 76017-2335 | K35285 | 66.90 | * |
| ELEANOR HARPER | 1613 RAYMOND DR | | IDAHO FALLS | ID | 83402-2524 | K55107 | 66.90 | * |
| ELEANOR HARRIS | 3453 RAY OWENS RD | | APPLING | GA | 30802-2308 | K20825 | 66.90 | * |
| ELEANOR HAYEN | 17610 11TH AVE N | | PLYMOUTH | MN | 55447-3435 | K54198 | 66.90 | * |
| ELEANOR HOFFMAN | 111 E 85TH ST | | NEW YORK | NY | 10028-0958 | K40576 | 66.90 | * |
| ELEANOR J HOGAN | 421 E 5TH ST | | KINSLEY | KS | 67547-1105 | K28570 | 66.90 | * |
| ELEANOR JOHNSTON | 80 BARRE DR | | LANCASTER | PA | 17601-3206 | K27639 | 66.90 | * |
| ELEANOR KRATZAT | 124 W 8TH AVE | | STANLEY | WI | 54768-1058 | K45696 | 66.90 | * |
| ELEANOR KUULA | 48 PARRISH RD APT C4 | | CONNEAUT | OH | 44030-1198 | K23320 | 66.90 | * |
| ELEANOR L AUMULLER | 1720 BURNETT ST | | BROOKLYN | NY | 11229-2624 | K56101 | 66.90 | * |
| ELEANOR L HAYES | 122 HURST DR APT 35 | | BELLE VERNON | PA | 15012-1977 | K62451 | 66.90 | * |
| ELEANOR L REISMANN | 72 BAYVIEW PARK | | MIDDLETOWN | RI | 02842-4878 | K26757 | 66.90 | * |
| ELEANOR LINDBOE | 28833 BISON CT | | MALIBU | CA | 90265-4201 | K37067 | 66.90 | * |
| ELEANOR LYNCH | 2020 CATHEDRAL WAY | | MOBILE | AL | 36695-3819 | K49142 | 66.90 | * |
| ELEANOR M PESAVENTO | 1811 CLEMENT ST | | CREST HILL | IL | 60403-2413 | K49777 | 66.90 | * |
| ELEANOR M WIEDMAYER | 4205 AUSTIN RD | | SALINE | MI | 48176-9602 | V99807 | 66.90 | * |
| ELEANOR MACLEOD | 611 BUCKLEY RD | | STOUGHTON | MA | 02072-1518 | K25603 | 66.90 | * |
| ELEANOR MCLAUGHLIN | 23 PINE VALLEY RD | | BROOMALL | PA | 19008-2945 | K50489 | 66.90 | * |
| ELEANOR MCMILLEN | 3064 STATE ROUTE 43 | | MOGADORE | OH | 44260-9773 | K61657 | 66.90 | * |
| ELEANOR PASTERNAK | 152 ROYAL OAK DR APT 610 | | WHITE OAK | PA | 15131-2015 | K61781 | 66.90 | * |
| ELEANOR RENEE YARBRA | 3116 VILLAGE GLEN LN | | CHARLOTTE | NC | 28269-1299 | K12611 | 66.90 | * |
| ELEANOR S [ELLIE] HALPERIN | 2151 CONIFER AVE | | WINTER PARK | FL | 32792-2035 | K22253 | 66.90 | * |
| ELEANOR SCHMITT | 2473 MOUNT PLEASANT RD | | MOUNT JOY | PA | 17552-8761 | K26490 | 66.90 | * |
| ELEANOR SEARLES | 31 E ROCKS RD | | NORWALK | CT | 06851-2916 | K61249 | 66.90 | * |
| ELEANOR SHERMAN | 1 MAITLAND CT | | NEWPORT | RI | 02840-1511 | K27063 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ELEANOR THOMPSON | 3318 BIG SKY DR | | THOUSAND OAKS | CA | 91360-1036 | K57195 | 66.90 | * |
| ELEANOR VICICH | 3009 PINDO PALM PL | | ELLENTON | FL | 34222-4311 | K53791 | 66.90 | * |
| ELEANORE M MANNS | 1215 SUMMITT ST | | WHITE OAK | PA | 15131-1543 | K61492 | 66.90 | * |
| ELEASE WYNN VARNER | PO BOX 367 | | CAMPBELLTON | FL | 32426-0367 | K39599 | 66.90 | * |
| ELECTA MOHLER | 1001 E OREGON RD | | LITITZ | PA | 17543-9205 | K26295 | 66.90 | * |
| ELEENE FLENNIKEN | 709 SKYLINE DR | | LAMESA | TX | 79331-6517 | K42081 | 66.90 | * |
| ELENA OXFORD | 270 SOUTH ST | | MEDFIELD | MA | 02052-3139 | K11756 | 66.90 | * |
| ELENORE PARKER | 52 BABCOCK ST APT 3 | | BROOKLINE | MA | 02446-5925 | K12542 | 66.90 | * |
| ELEONORA M [NORA] SZTARAY | 6206 SE LINCOLN ST | | PORTLAND | OR | 97215-4074 | K35254 | 66.90 | * |
| ELEONORE BRTVA | 7633 WINGSPREAD ST | | NORTH LAS VEG | NV | 89084-3761 | K49027 | 66.90 | * |
| ELFRIEDA MANNION | 813 SE BEL AIRE RD | | ANKENY | IA | 50021-3616 | K47946 | 66.90 | * |
| ELGE LOUIS GUNN | 4059 LEA MEADOW CT | | WOODBRIDGE | VA | 22193-5701 | K13933 | 66.90 | * |
| ELI H CAMPBELL | 9758 S BEVERLY AVE | | CHICAGO | IL | 60643-1376 | K51608 | 66.90 | * |
| ELIJAH L FISHELSON | 18 BALLAST LN | | MARBLEHEAD | MA | 01945-3808 | K11033 | 66.90 | * |
| ELIJAH WEST | 4231 ANTELOPE LN | | SNELLVILLE | GA | 30039-5697 | K44210 | 66.90 | * |
| ELIN YOUNG | 701 FOX RUN | | MIDDLEBORO | MA | 02346-6318 | K13716 | 66.90 | * |
| ELINOR A ELFNER | 7 GULF BREEZE CT | | CRAWFORDVILLE | FL | 32327-4649 | K38895 | 66.90 | * |
| ELINOR BROWN | 234 EASTWOOD AVE | | OREGON | OH | 43616-2412 | K48106 | 66.90 | * |
| ELINOR LANGJAHR | N7118 TRIPLE T RD | | MOUNT CALVARY | WI | 53057-9618 | K50029 | 66.90 | * |
| ELINOR SCHALL | 2462 RALEIGH RD | | HUMMELSTOWN | PA | 17036-8719 | K35073 | 66.90 | * |
| ELINOR VOGT | 1420 BIBLE RD | | CREWE | VA | 23930-3220 | K53687 | 66.90 | * |
| ELINOR WELSON | 25 CASSANDRA BLVD APT 204 | | WEST HARTFORD | CT | 06107-3163 | K43022 | 66.90 | * |
| ELINORA SHOWALTER-LEHR | 1400 N WOODLAWN ST APT 11B | | WICHITA | KS | 67208-2461 | K56628 | 66.90 | * |
| ELINORE RAE WEINHAUS | 1090 S COLLIER BLVD APT 418 | | MARCO ISLAND | FL | 34145-6426 | K40591 | 66.90 | * |
| ELINORE YANCHIK | 375 BIGELOW ST | | PITTSBURGH | PA | 15207-1453 | K42767 | 66.90 | * |
| ELIOT SOMERS | 41 BACKRIVER RD | | HINGHAM | MA | 02043-1577 | K11890 | 66.90 | * |
| ELISA KLOSTERMAN | 1777 E FOSTER MAINEVILLE RD | | MORROW | OH | 45152-8570 | K41539 | 66.90 | * |
| ELISABETH (BETTYE) CROCKER | 3333 STONE MANOR CIR | | CHESTER | VA | 23831-2129 | K26782 | 66.90 | * |
| ELISE C PUSTILNIK | 38 W 95TH ST APT 1 | | NEW YORK | NY | 10025-6705 | K20760 | 66.90 | * |
| ELISSA BERRY | 12414 ROCKY KNOLL DR | | HOUSTON | TX | 77077-5834 | K40752 | 66.90 | * |
| ELIZABETH (BETH) VOLLENWEIDER-LEOS | 1555 5TH AVE SE | | CEDAR RAPIDS | IA | 52403-1218 | K55403 | 66.90 | * |
| ELIZABETH (BETTE) BRINDLE | 344 WOODSEDGE RD | | KNOXVILLE | TN | 37923-3431 | K44360 | 66.90 | * |
| ELIZABETH [ANN] REYNOLDS | 6812 N US HIGHWAY 27 | | WILLIAMSBURG | IN | 47393-9777 | K24924 | 66.90 | * |
| ELIZABETH [BETH] BUDRY | 28465 BARTON ST | | GARDEN CITY | MI | 48135-2703 | K34958 | 66.90 | * |
| ELIZABETH [BETH] CADDELL | 108 MIDDLEBROOK DR | | LEXINGTON | SC | 29072-3424 | K30044 | 66.90 | * |
| ELIZABETH [BETH] HARTLEY | 236 ALEDO AVE | | CORAL GABLES | FL | 33134-7203 | K37497 | 66.90 | * |
| ELIZABETH [BETH] PHILLIPS | 5100 US HIGHWAY 42 APT 1212 | | LOUISVILLE | KY | 40241-6044 | K34421 | 66.90 | * |
| ELIZABETH [BETSY] DONOVAN | 505 ST KEVIN CT | | MERCED | CA | 95348-3301 | K57367 | 66.90 | * |
| ELIZABETH [BETSY] EVELAND | 1404 W MARLENE AVE | | PEORIA | IL | 61614-5808 | K56695 | 66.90 | * |
| ELIZABETH [BETSY] GREENE | 2354 GOULD CIR | | MEDFORD | OR | 97504-4820 | V98870 | 66.90 | * |
| ELIZABETH [BETSY] LEIPOLD | 105 LONG POND RD | | ROCHESTER | NY | 14612-1140 | K37629 | 66.90 | * |
| ELIZABETH [BETSY] MONTOLIO | 26065 W 111TH TER | | OLATHE | KS | 66061-8418 | K30243 | 66.90 | * |
| ELIZABETH [BETSY] PUGH | 3 ROCK ST | | COLD SPRING | NY | 10516-2911 | K12372 | 66.90 | * |
| ELIZABETH [BETSY] RICKETT | 12751 N PLAZA DEL RIO BLVD A | | PEORIA | AZ | 85381-5195 | K23126 | 66.90 | * |
| ELIZABETH [BETTY] BOONE | 3600 KENNERLY RD | | IRMO | SC | 29063-9771 | K31248 | 66.90 | * |
| ELIZABETH [BETTY] DE STEFANO | 50 BEVERLY RD | | STATEN ISLAND | NY | 10305-2635 | K47849 | 66.90 | * |
| ELIZABETH [BETTY] JOSEPH | 9027 E COOPERS HAWK DR | | SUN LAKES | AZ | 85248-7475 | K34829 | 66.90 | * |
| ELIZABETH [BETTY] KEENER | 1021 ANDERSON WAY | | VIRGINIA BEAC | VA | 23464-3706 | K42274 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ELIZABETH [BETTY] KOOPMEINERS | 1025 KILBIRNIE RD | | BIG LAKE | MN | 55309-8851 | K19437 | 66.90 | * |
| ELIZABETH [BETTY] SHIVELY | 24 BLUEBERRY LN APT C64 | | FALMOUTH | ME | 04105-2809 | K41364 | 66.90 | * |
| ELIZABETH [BETTY] WILLIAMS | 513 HORIZON DR | | NORTH FORT MY | FL | 33903-7614 | K40231 | 66.90 | * |
| ELIZABETH [BETTY] YOUNG | 315 E SHIAWASSEE AVE | | FENTON | MI | 48430-2372 | K56564 | 66.90 | * |
| ELIZABETH [LIBBY] MOLES | 3504 TYTUS AVE | | MIDDLETOWN | OH | 45042-2667 | K55585 | 66.90 | * |
| ELIZABETH [LIZ] BEATY | 8601 AMBER HILL CT | | COLLEGE STATI | TX | 77845-5597 | K29689 | 66.90 | * |
| ELIZABETH [LIZ] CASTLES | 10 GRAY HERON CT | | WEST COLUMBIA | SC | 29169-3719 | K40825 | 66.90 | * |
| ELIZABETH [LIZ] FRANKFATHER | 1246 S VICTORIA AVE | | LOS ANGELES | CA | 90019-3155 | K50299 | 66.90 | * |
| ELIZABETH [LIZ] JABLECKI | 2759 COSTEBELLE DR | | LA JOLLA | CA | 92037-3518 | K43179 | 66.90 | * |
| ELIZABETH [LIZ] MAKSUD | 7425 KOLMAR AVE | | SKOKIE | IL | 60076-3846 | K54454 | 66.90 | * |
| ELIZABETH A [BETH] KLINGELHOFER | 18 RUTGERS CT | | WESTFIELD | NJ | 07090-3441 | K45639 | 66.90 | * |
| ELIZABETH A [BETTY] BOREY | 11 TREMONT DR | | NASSAU | NY | 12123-9305 | K20892 | 66.90 | * |
| ELIZABETH A EDWARDS | 3800 S A ST APT 120A | | RICHMOND | IN | 47374-6079 | K25730 | 66.90 | * |
| ELIZABETH A FOWLER | 849 S KNICKERBOCKER DR | | SUNNYVALE | CA | 94087-1540 | K37066 | 66.90 | * |
| ELIZABETH A KUEHN | 406 ESTAUGH AVE | | HADDONFIELD | NJ | 08033-2540 | K47672 | 66.90 | * |
| ELIZABETH A RHOTEN | 101 TRANQUIL CT | | CANON CITY | CO | 81212-3935 | K35813 | 66.90 | * |
| ELIZABETH A SCHAFER | 17 CHORD LN | | IVORYTON | CT | 06442-1273 | V98275 | 66.90 | * |
| ELIZABETH ANN CLARK | 1025 RURAL AVE | | VOORHEES | NJ | 08043-2231 | K41463 | 66.90 | * |
| ELIZABETH ANN MILLER | 1002 CLAY ST | | HARTFORD | KY | 42347-1524 | K49787 | 66.90 | * |
| ELIZABETH ANN OLSEN | 40 WOODS EDGE DR | | LONDON | KY | 40741-8142 | K25060 | 66.90 | * |
| ELIZABETH ANN PHILION | 407 OLD TOWN CIR E | | CHERRY HILL | NJ | 08034-3636 | K36214 | 66.90 | * |
| ELIZABETH ANN TAYLOR | 513 KESWICK RD | | COLUMBIA | SC | 29210-3704 | K30148 | 66.90 | * |
| ELIZABETH ANN WISE | 140 BEULAH RD | | BATESBURG | SC | 29006-8236 | K31459 | 66.90 | * |
| ELIZABETH ANNE BURKE | 116 STURBRIDGE LN | | TRUMBULL | CT | 06611-1047 | K15150 | 66.90 | * |
| ELIZABETH ANNE WILLIAMS | 6060 CROCKETT | | LUMBERTON | TX | 77657-6702 | K30748 | 66.90 | * |
| ELIZABETH B YAROSZ | 103 MECHANIC ST | | SPENCER | MA | 01562-2564 | K27740 | 66.90 | * |
| ELIZABETH BAILEY | 1720 EDGEWOOD DR | | ELIZABETH CTY | NC | 27909-6616 | K36202 | 66.90 | * |
| ELIZABETH BARTHEL | 978 4TH AVE N | | SAUK RAPIDS | MN | 56379-2222 | K22320 | 66.90 | * |
| ELIZABETH BLAKESLEY | 1528 SPRING BAY RD | | EAST PEORIA | IL | 61611-9300 | K45416 | 66.90 | * |
| ELIZABETH BOWERS | 8129 GARDEN SPRINGS CT | | JACKSONVILLE | FL | 32244-7455 | V98534 | 66.90 | * |
| ELIZABETH BRIGGS | 2087 E MAIN RD | | PORTSMOUTH | RI | 02871-4067 | K27876 | 66.90 | * |
| ELIZABETH BROOKS | 3013 MAJESTIC CT | | GARLAND | TX | 75040-8705 | K22938 | 66.90 | * |
| ELIZABETH BROWN | 618 GAMBER LN | | LINDEN | MI | 48451-9753 | K59006 | 66.90 | * |
| ELIZABETH CAMPBELL | 22251 SC HIGHWAY 121 | | WHITMIRE | SC | 29178-9233 | K31031 | 66.90 | * |
| ELIZABETH CARNAZZO | 3313 S 45TH ST | | OMAHA | NE | 68106-4029 | K54794 | 66.90 | * |
| ELIZABETH CASE | 104 GRAIN LN | | PARIS | TN | 38242-6455 | K30263 | 66.90 | * |
| ELIZABETH COKER | PO BOX 201 | | TURBEVILLE | SC | 29162-0201 | K36456 | 66.90 | * |
| ELIZABETH COLLAR | 16241 STATE ROUTE 189 | | COLUMBUS GROV | OH | 45830-9004 | K47430 | 66.90 | * |
| ELIZABETH COUNTS | PO BOX 2629 | | LEESVILLE | SC | 29070-0629 | K32785 | 66.90 | * |
| ELIZABETH CREGAN RN | 1232 WENZ RD APT 308 | | TOLEDO | OH | 43615-8601 | K20094 | 66.90 | * |
| ELIZABETH DAVIS | 869 OLD AIKEN RD | | NORTH AUGUSTA | SC | 29841-8831 | K20385 | 66.90 | * |
| ELIZABETH DAVIS | 425 POOCHAM RD | | WEST CHESTERF | NH | 03466-3409 | K40903 | 66.90 | * |
| ELIZABETH DEJONG | 1061 IRVING ST | | DENVER | CO | 80204-3145 | K56179 | 66.90 | * |
| ELIZABETH DOCKRAY | 51 OXFORD ST | | SOMERVILLE | MA | 02143-1607 | K17223 | 66.90 | * |
| ELIZABETH DUNN | 521 BILLINGSWOOD DR | | MACON | GA | 31210-1565 | K20384 | 66.90 | * |
| ELIZABETH E BARGER | 403 VIRGINIA AVE | | BRISTOL | TN | 37620-2449 | K28532 | 66.90 | * |
| ELIZABETH EISNER | 6507 CALLANDER DR | | BETHESDA | MD | 20817-5437 | K37180 | 66.90 | * |
| ELIZABETH FACCIOLO | 4 CYNWYD DR | | CAPE MAY COUR | NJ | 08210-1978 | K23388 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ELIZABETH FELDMAN | 1319 W SUNNYVIEW DR | | PEORIA | IL | 61614-4710 | K52932 | 66.90 | * |
| ELIZABETH FERRIGNO | 1204 ESTATE DR | | WEST CHESTER | PA | 19380-3944 | K49199 | 66.90 | * |
| ELIZABETH FOUST | 3001 LITITZ PIKE APT 101 | | LANCASTER | PA | 17606 | K45705 | 66.90 | * |
| ELIZABETH FRITH TALBOT | 11050 SYCAMORE GROVE LN | | BLUE ASH | OH | 45241-6631 | K39456 | 66.90 | * |
| ELIZABETH FROMKIN | 261 ELTINGVILLE BLVD | | STATEN ISLAND | NY | 10312-2447 | K50392 | 66.90 | * |
| ELIZABETH G POVAR | 11512 CROFTON LN | | RICHMOND | VA | 23238-4018 | K41137 | 66.90 | * |
| ELIZABETH GERNER | PO BOX 411, 217 W 3RD ST | | SILVER GROVE | KY | 41085-5042 | K21695 | 66.90 | * |
| ELIZABETH GILPIN | 13 COLONIAL WAY | | MALVERN | PA | 19355-3512 | K32146 | 66.90 | * |
| ELIZABETH GIOIA | 126 SOMERFIELD RD | | WOOLWICH TOWN | NJ | 08085-2504 | K36750 | 66.90 | * |
| ELIZABETH GREEN | 2217 S STANFORD AVE | | SIOUX FALLS | SD | 57106-5113 | K14386 | 66.90 | * |
| ELIZABETH H [BETTY] WHITE | 2816 LAMOREAUX LN | | HOLT | MI | 48842-9775 | K56566 | 66.90 | * |
| ELIZABETH HARKINS | 9109 WESTERHOLME WAY | | VIENNA | VA | 22182-2144 | K36313 | 66.90 | * |
| ELIZABETH HIXON | PO BOX 6247 | | NORTH AUGUSTA | SC | 29861-6247 | K21019 | 66.90 | * |
| ELIZABETH HOLLIN | 915 MCKELVEY RD | | CINCINNATI | OH | 45231-2535 | K39008 | 66.90 | * |
| ELIZABETH HOUDEK | 10909 GRASS RUN | | NEW MARSHFIEL | OH | 45766-9728 | K57333 | 66.90 | * |
| ELIZABETH HUGHES | 216 BURNS DR | | WARNER ROBINS | GA | 31088-5973 | K32838 | 66.90 | * |
| ELIZABETH HUTHWAITE | 22 WASHINGTON MEWS | | PORT CHESTER | NY | 10573-3946 | K51913 | 66.90 | * |
| ELIZABETH J HECK | 149 TRADEWINDS CIR | | SOUTH DAYTONA | FL | 32119-2230 | K42419 | 66.90 | * |
| ELIZABETH J KALABUS | 2141 OLD PARKSVILLE RD NE | | CLEVELAND | TN | 37323-5021 | K48888 | 66.90 | * |
| ELIZABETH JEAN STEWART-PALAMONE | 1543 S JEFFERSON CT | | LANCASTER | PA | 17602-1243 | K41482 | 66.90 | * |
| ELIZABETH JOYCE | 37 MOSES LN | | SOUTHAMPTON | NY | 11968-3903 | K38344 | 66.90 | * |
| ELIZABETH KENYON | 43 MERTON RD | | NEWPORT | RI | 02840-3630 | K28374 | 66.90 | * |
| ELIZABETH KERLEY | 8401 N NEW BRAUNFELS AVE APT | | SAN ANTONIO | TX | 78209-1113 | K46111 | 66.90 | * |
| ELIZABETH KUNKLE | 227 PENDER RIDGE RD | | NEWBERRY | SC | 29108-9215 | K32032 | 66.90 | * |
| ELIZABETH L [BETTY] HOFT | 402 COLE DR SE | | HUNTSVILLE | AL | 35802-2356 | K15193 | 66.90 | * |
| ELIZABETH L BEWLEY | 547 DOWNER TRL | | PRESCOTT | AZ | 86305-2244 | K42774 | 66.90 | * |
| ELIZABETH L LOHMAN | 1569 W 3280 S UNIT 14B | | SALT LAKE CIT | UT | 84119-7150 | K37218 | 66.90 | * |
| ELIZABETH LACEFIELD | 196 MARGUERITE DR | | RIDGWAY | CO | 81432-9550 | K19170 | 66.90 | * |
| ELIZABETH LOPP | 9263 ROSE ST | | BELLFLOWER | CA | 90706-6421 | K32879 | 66.90 | * |
| ELIZABETH LUGG | 501 GRANT ST | | NORMAL | IL | 61761-1510 | K57456 | 66.90 | * |
| ELIZABETH LUTZ | 20894 COUNTRY BARN DR | | ESTERO | FL | 33928-2218 | K38158 | 66.90 | * |
| ELIZABETH M [BETTY] HARKER | 70 CLAREMONT ST | | SAINT CLOUD | MN | 56301-9457 | K24645 | 66.90 | * |
| ELIZABETH M [BETTY] LUTZ | 403 LAUREL HILL AVE | | NORWICH | CT | 06360-6935 | K10244 | 66.90 | * |
| ELIZABETH M HAGEN | 8 HAGEN RD | | SPARROW BUSH | NY | 12780-5503 | K37980 | 66.90 | * |
| ELIZABETH M HANSEN | 53 EVERGREEN LN | | TIOGA | PA | 16946-8516 | K37597 | 66.90 | * |
| ELIZABETH MANIATIS | 10 CARDIFF CT | | HUNTINGTON ST | NY | 11746-4448 | K55027 | 66.90 | * |
| ELIZABETH MATTISON | 116 WEST END AVE | | HADDONFIELD | NJ | 08033-2618 | K45051 | 66.90 | * |
| ELIZABETH MC CAFFERY | 110 TWIN LAKE CIR | | UMATILLA | FL | 32784-8331 | K20371 | 66.90 | * |
| ELIZABETH MCGRATH | 6135 COVELLO ST | | RIVERSIDE | CA | 92509-6505 | K47939 | 66.90 | * |
| ELIZABETH MELNIK | 1309 CHADWICK RD | | WILMINGTON | DE | 19803-4115 | K61778 | 66.90 | * |
| ELIZABETH MENZER | 8640 57TH RD | | ELMHURST | NY | 11373-4845 | K45236 | 66.90 | * |
| ELIZABETH MILLER | 2292 ACWORTH DUE WEST RD NW | | ACWORTH | GA | 30101-3907 | K13056 | 66.90 | * |
| ELIZABETH MOSER | 3780 ARAPAHO PL | | CARLSBAD | CA | 92010-5523 | K62368 | 66.90 | * |
| ELIZABETH MURPHY | 4107 28TH AVE APT 19 | | LONG ISLAND C | NY | 11103-2928 | K37246 | 66.90 | * |
| ELIZABETH MYRACLE | 2421 CHILHAM PL | | POTOMAC | MD | 20854-6214 | K44990 | 66.90 | * |
| ELIZABETH NEBERGALL | 2365 ATALISSA RD | | ATALISSA | IA | 52720-9647 | K58033 | 66.90 | * |
| ELIZABETH NOLL | 910 HIGH ST | | WEST MILTON | PA | 17886-7164 | K19933 | 66.90 | * |
| ELIZABETH PITTELLI | 347 PINE ST | | SOUTH HEMPSTE | NY | 11550-7715 | K49323 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| ELIZABETH PLATE | 30 PINE RIDGE RD | | GREENWICH | CT | 06830-4013 | K62664 | 66.90 | * |
| ELIZABETH PUDARK | 306 RESERVE CIR | | CLARENDON HIL | IL | 60514-1565 | K57407 | 66.90 | * |
| ELIZABETH R SWEENEY | 2780 DILLON RD | | WHITEFISH | MT | 59937-8225 | K33584 | 66.90 | * |
| ELIZABETH RICCIARDI | 100 HILTON AVE UNIT 510E | | GARDEN CITY | NY | 11530-1785 | K37930 | 66.90 | * |
| ELIZABETH RYOLAND | 3665 HERON DR | | MELBOURNE | FL | 32901-8147 | K40563 | 66.90 | * |
| ELIZABETH SALLY | 460 W RUSSELL ST APT 217 | | SALINE | MI | 48176-1161 | V98752 | 66.90 | * |
| ELIZABETH SETON HIGH SCHOOL | c/o MAUREEN MCCART | 5715 EMERSON ST | BLADENSBURG | MD | 20710-1844 | | 0.00 | ** |
| ELIZABETH SIMPSON | 971 WESSINGTON MANOR LN | | FORT MILL | SC | 29715-7837 | K60046 | 66.90 | * |
| ELIZABETH SIVAK | 128 MARIETTA DR | | WHITE OAK | PA | 15131-1247 | K61043 | 66.90 | * |
| ELIZABETH STIKELEATHER | 5918 WHITE EGRET LN | | ORLANDO | FL | 32810-5032 | K28839 | 66.90 | * |
| ELIZABETH STOSUY | 50 BITTERMINT ST | | ISLIP | NY | 11751-2802 | K37521 | 66.90 | * |
| ELIZABETH TASKER | 915 E FRANKLIN ST | | TROY | OH | 45373-3715 | K60353 | 66.90 | * |
| ELIZABETH THERESA LITTLEFIELD | 21 GRINNELL ST | | JAMESTOWN | RI | 02835-1241 | K26954 | 66.90 | * |
| ELIZABETH TURKETT | 1900 SPANN RD | | BATESBURG | SC | 29006-8315 | K32033 | 66.90 | * |
| ELIZABETH UNDERWOOD | 1716 PARKCREST TER | | ARLINGTON | TX | 76012-1935 | K18618 | 66.90 | * |
| ELIZABETH VAN HOUTEN | 433 MILL RD UNIT 32 | | CALVERTON | NY | 11933-1439 | K36731 | 66.90 | * |
| ELIZABETH WAGMAN | 1 GRACE CT APT 6A | | BROOKLYN | NY | 11201-4163 | K47228 | 66.90 | * |
| ELIZABETH WETZLER | 2803 MCCLINTOCK RD | | WHITE OAK | PA | 15131-2738 | K62125 | 66.90 | * |
| ELIZABETH WHITWORTH | 4441 WINTHROP AVE | | COLUMBIA | SC | 29206-3027 | K31990 | 66.90 | * |
| ELIZABETH WILLITTS | 303 LOUISIANA TRL | | BROWNS MILLS | NJ | 08015-5544 | K47074 | 66.90 | * |
| ELIZABETH WOLF | 2302 W ADDISON ST | | CHICAGO | IL | 60618-6018 | K52737 | 66.90 | * |
| ELIZABETH WRIGHT | 9630 LYNBROOK DR | | DALLAS | TX | 75238-2839 | K30301 | 66.90 | * |
| ELLA ADDIE HAASE | 4813 CRIPPEN RD | | KNOXVILLE | TN | 37918-9406 | K12182 | 66.90 | * |
| ELLA GRIFFITH | 17B SOUTHWOODE CIR | | CHAPIN | SC | 29036-8653 | K30724 | 66.90 | * |
| ELLA LOUISE DICK-PEDDIE | 2608 SAN ANDRES DR | | LAS CRUCES | NM | 88007-8020 | K20829 | 66.90 | * |
| ELLA M BUSH | 1505 BROWN ST | | MARSHALL | TX | 75670-0915 | K10264 | 66.90 | * |
| ELLA M MALLONEE | 11 TOWN VIEW CIR | | PLATTE CITY | MO | 64079-9643 | K39760 | 66.90 | * |
| ELLA M WRIGHT | PO BOX 271 | | PONDER | TX | 76259-0271 | K26853 | 66.90 | * |
| ELLEN ACKERMAN | 629 SANBRIDGE CIR E | | WORTHINGTON | OH | 43085-3554 | K32593 | 66.90 | * |
| ELLEN BARTEL | 425 HOLDEN AVE | | ROMEOVILLE | IL | 60446-1503 | K18635 | 66.90 | * |
| ELLEN BATTAGLIA | 19 CHARMER CT | | MIDDLETOWN | NJ | 07748-1506 | K51514 | 66.90 | * |
| ELLEN BERG | 5876 ZAPATA PL | | RANCHO CUCAMO | CA | 91737-2933 | K57337 | 66.90 | * |
| ELLEN BLAUSTEIN | 8741 MARBURG MANOR DR | | LUTHERVILLE | MD | 21093-4779 | K39342 | 66.90 | * |
| ELLEN BROWNELL | 49 COLE ST | | JAMESTOWN | RI | 02835-1327 | K27370 | 66.90 | * |
| ELLEN BURKE-MONTGOMERY | 515 VINNEDGE CT | | FAIRFIELD | OH | 45014-1652 | K38792 | 66.90 | * |
| ELLEN CATHY KAHAN | 6820 DELMAR BLVD APT 412 | | UNIVERSITY CI | MO | 63130-3156 | K44304 | 66.90 | * |
| ELLEN DEFUSO | 12224 OYEN CT | | WINTER GARDEN | FL | 34787-5246 | K46605 | 66.90 | * |
| ELLEN FELDKAMP | 4318 POMPANO LN | | PALMETTO | FL | 34221-5629 | V99251 | 66.90 | * |
| ELLEN FRENCH RN | 12318 LONGMONT DR | | CHARLOTTE | NC | 28277-4600 | K49321 | 66.90 | * |
| ELLEN GIDNER | 1991 N STEWART RD | | CHARLOTTE | MI | 48813-8313 | K42976 | 66.90 | * |
| ELLEN GREER | 6949 SPENCERVILLE RD | | LIMA | OH | 45806-9347 | K46460 | 66.90 | * |
| ELLEN GRINNELL | 78 CALYPSO SHRS | | NOVATO | CA | 94949-5345 | K55125 | 66.90 | * |
| ELLEN HARTIGAN | 174 BEACH 132ND ST | | ROCKAWAY PARK | NY | 11694-1408 | K49673 | 66.90 | * |
| ELLEN HELMAN | 47 TAYLOR CROSSWAY | | BROOKLINE | MA | 02445-4126 | K11594 | 66.90 | * |
| ELLEN HENDRICKS-BLUMER | PO BOX 877 | | LINDSAY | CA | 93247-0877 | K61003 | 66.90 | * |
| ELLEN J CHESTNUTT | 718 PIONEER LN | | COLORADO SPRI | CO | 80904-1745 | K35302 | 66.90 | * |
| ELLEN JO SNAUKO | 2819 TURNER ST | | LANSING | MI | 48906-4028 | K43309 | 66.90 | * |
| ELLEN JOAN FANGER | PO BOX 4451 | | BEAUFORT | SC | 29903-4451 | K56937 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| ELLEN JONSON | 2904 COUNTY ROAD 2 S | | INTERNATIONAL | MN | 56649-9146 | K21691 | 66.90 | * |
| ELLEN JORDAN | 64 PORTCHESTER DR | | JACKSON | NJ | 08527-4394 | K38001 | 66.90 | * |
| ELLEN KAE DODGE | 68 FORD DR | | EAST DUBUQUE | IL | 61025-8502 | K26560 | 66.90 | * |
| ELLEN KLEEMAN | 4774 JESSUP RD | | CINCINNATI | OH | 45247-5905 | K42452 | 66.90 | * |
| ELLEN KOURELAKOS | 34 RUGBY RD | | BROOKLYN | NY | 11226-2608 | K50833 | 66.90 | * |
| ELLEN L BOYETTE | 410 STANDISH ST | | ELGIN | IL | 60123-6315 | K59505 | 66.90 | * |
| ELLEN L GILBOY | 11707 RIO CORTO DR | | LAKESIDE | CA | 92040-2302 | K46833 | 66.90 | * |
| ELLEN L MILLER | 411 PINEY HILL RD | | BRISTOL | TN | 37620-0315 | K25713 | 66.90 | * |
| ELLEN M FORTNEY | 409 ADLENA DR | | FULLERTON | CA | 92833-2605 | K25043 | 66.90 | * |
| ELLEN M YOUNG | 2920 BRIAR BUSH LN | | FORT WAYNE | IN | 46815-8074 | K41198 | 66.90 | * |
| ELLEN MAMMEN | 213 HIGHLAND ST PO BOX 393 | | HOUSATONIC | MA | 01236-0393 | K36895 | 66.90 | * |
| ELLEN MASMAN | 5504 LUCKY LN | | WICHITA FALLS | TX | 76306-1006 | K24187 | 66.90 | * |
| ELLEN MAXEY | 2708 SALEM CHURCH RD APT 212 | | FREDERICKSBUR | VA | 22407-6067 | K61776 | 66.90 | * |
| ELLEN MCKEE | 1182 WHITE DEER PIKE | | NEW COLUMBIA | PA | 17856-9241 | K15966 | 66.90 | * |
| ELLEN MUENZEN | 1248 WYNNWOOD CT | | MOUNT PLEASAN | SC | 29466-7980 | K24273 | 66.90 | * |
| ELLEN MUSSELMAN | 1137 SUMMERCHASE DR | | SAINT JOHNS | FL | 32259-4344 | K43737 | 66.90 | * |
| ELLEN NEAL | 1955 SALEM DALLAS HWY NW APT | | SALEM | OR | 97304-4492 | K32275 | 66.90 | * |
| ELLEN PHILLIPS | 14945 CLAPPER HOLLOW RD | | LAURELVILLE | OH | 43135-9530 | K28369 | 66.90 | * |
| ELLEN POOLE | PO BOX 293 | | SAHUARITA | AZ | 85629-0293 | K43577 | 66.90 | * |
| ELLEN PRIBBLE | PO BOX 127 | | WOOLRICH | PA | 17779-0127 | K19374 | 66.90 | * |
| ELLEN ROBERTS | 7 WIGGAND DR | | GLENMONT | NY | 12077-4430 | K23500 | 66.90 | * |
| ELLEN SHERMAN | 462 LOCUST TER | | WEST HEMPSTEA | NY | 11552-3020 | K49270 | 66.90 | * |
| ELLEN SHERMAN-ZINN | 642 FOOTHILL RD | | BRIDGEWATER | NJ | 08807-1848 | K10787 | 66.90 | * |
| ELLEN SIEGENTHAL | 11218 14TH RD | | COLLEGE POINT | NY | 11356-1418 | K44244 | 66.90 | * |
| ELLEN SOLART | PO BOX 11021 | | PRESCOTT | AZ | 86304-1021 | K36442 | 66.90 | * |
| ELLEN SOWERS | 1043 PETER RD | | SCHENECTADY | NY | 12303-2647 | K21922 | 66.90 | * |
| ELLEN SWEET | 1793 HALL ST | | HOLT | MI | 48842-1709 | K42037 | 66.90 | * |
| ELLEN THORN | 602 WHITBY DR | | WILMINGTON | DE | 19803-2218 | K52500 | 66.90 | * |
| ELLEN TRIPP | 113 7TH AVE, PO BOX 156 | | DONAHUE | IA | 52746-0156 | K56548 | 66.90 | * |
| ELLEN TRUETT | 7407 ARABELLA DR | | CHESTERFIELD | VA | 23838-4332 | K21282 | 66.90 | * |
| ELLEN VANDERBURGH | 817 ROCK LN | | NEWARK | DE | 19713-2208 | K31644 | 66.90 | * |
| ELLEN WARNER | 817 PROSPECT ST | | IONIA | MI | 48846-1353 | K35541 | 66.90 | * |
| ELLEN WASSINK | 2772 PFEIFFER WOODS DR SE AP | | GRAND RAPIDS | MI | 49512-9178 | K21951 | 66.90 | * |
| ELLEN WRIGHT | 10 GRACIE SQ | | NEW YORK | NY | 10028-8031 | K19373 | 66.90 | * |
| ELLIE GOLD | 6660 LANDVIEW RD | | PITTSBURGH | PA | 15217-3019 | K42457 | 66.90 | * |
| ELLIE KEHOE | 1527 159TH ST | | WHITESTONE | NY | 11357-3238 | K62441 | 66.90 | * |
| ELLIE LEDERMAN | 311 ALMA REAL DR | | PACIFIC PALIS | CA | 90272-4416 | K62109 | 66.90 | * |
| ELLIOT C STENDIG | 3725 HENRY HUDSON PKWY APT 7 | | BRONX | NY | 10463-1533 | K56289 | 66.90 | * |
| ELLIOT L DRIBEN | 270 BABCOCK ST APT 11I | | BOSTON | MA | 02215-1026 | K13241 | 66.90 | * |
| ELLIOT R [ZEKE] NEWMAN | PO BOX 214 | | NEWBURYPORT | MA | 01950-0214 | K12315 | 66.90 | * |
| ELLIOT R GREENE | 40-19 MARIE CT | | FAIR LAWN | NJ | 07410-5108 | K62689 | 66.90 | * |
| ELLIOT SAVITZ | 30 EASTBROOK RD STE 201 | | DEDHAM | MA | 02026-2085 | K14309 | 66.90 | * |
| ELLIOTT KLEINMAN | 647 WATERFRONT DR E APT 8105 | | HOMESTEAD | PA | 15120-5041 | K41011 | 66.90 | * |
| ELLIOTT R BENTMAN | 4704 188TH ST | | FLUSHING | NY | 11358-3809 | K62654 | 66.90 | * |
| ELLIOTT R FUTRELL | 101 CROSSWINDS DR | | GOLDSBORO | NC | 27530-9096 | K50494 | 66.90 | * |
| ELLIS DE LAY | 16501 N EL MIRAGE RD LOT 51 | | SURPRISE | AZ | 85378-3754 | K33099 | 66.90 | * |
| ELL-KAY FOSS | 11614 470TH AVE | | WANNASKA | MN | 56761-9756 | K18686 | 66.90 | * |
| ELLSWORTH E LA FLEUR | 10801 KEELER RD | | CONCORD | MI | 49237-9785 | K60056 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 160 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ELLYN C PHILLIPS | 441 W ALLENS LN | | PHILADELPHIA | PA | 19119-2805 | K38664 | 66.90 | * |
| ELLYN RUCKER | 2740 W ARCHER PL | | DENVER | CO | 80219-2102 | K20900 | 66.90 | * |
| ELMA BROOKS | 1500 CATHERINE ST APT D202 | | WALLA WALLA | WA | 99362-4279 | K52556 | 66.90 | * |
| ELMA JEAN LAZENBY | PO BOX 501 | | THOMSON | GA | 30824-0501 | K59614 | 66.90 | * |
| ELMER [MAC] MCINTOSH | 3815 N MARYBELLE AVE APT 702 | | PEORIA | IL | 61615-3990 | K45831 | 66.90 | * |
| ELMER [STRETCH] JAEGER | 61 OAK CREEK TRL | | MADISON | WI | 53717-1509 | K35102 | 66.90 | * |
| ELMER C STARASINICH | 1204 N MAY ST | | JOLIET | IL | 60435-4016 | K56813 | 66.90 | * |
| ELMER E GEISSLER | 17125 MANITOBA | | LOCKPORT | IL | 60441-4825 | K56881 | 66.90 | * |
| ELMER FISHER | 310 E ORIOLE DR | | LARKSVILLE | PA | 18704-1617 | K47644 | 66.90 | * |
| ELMER H KROMER | 229 W MAIN ST | | EPHRATA | PA | 17522-2016 | K58854 | 66.90 | * |
| ELMER J HOFFMAN | 3111 BEECHRIDGE DR | | HUDSONVILLE | MI | 49426-1752 | K44545 | 66.90 | * |
| ELMER J VITAL | 4866 SAN FRANCISCO AVE | | SAINT LOUIS | MO | 63115-2031 | V99520 | 66.90 | * |
| ELMER REED | 3935 SW 324TH ST | | FEDERAL WAY | WA | 98023-2425 | K14685 | 66.90 | * |
| ELMER RYBKA | 505 DIEHL DR | | MCKEESPORT | PA | 15132-7418 | K60636 | 66.90 | * |
| ELMOORE GOODSON | 2400 S 23RD AVE | | BROADVIEW | IL | 60155-3809 | K53612 | 66.90 | * |
| ELMORE BRYANT | 2814 ORANGE ST | | MARIANNA | FL | 32448-4233 | K44117 | 66.90 | * |
| ELNORA M NEMNICH | 201 E KARLA AVE APT 2 | | HAYSVILLE | KS | 67060-1827 | K31931 | 66.90 | * |
| ELOIS J PLUMMER | 5811 SW 59TH ST | | MIAMI | FL | 33143-2324 | K40088 | 66.90 | * |
| ELOISE BAKER | 1520 CARSON CRES E | | PORTSMOUTH | VA | 23701-3112 | K12756 | 66.90 | * |
| ELOISE BAYSMORE | 2215 ATLANTA AVE | | PORTSMOUTH | VA | 23704-5507 | K12605 | 66.90 | * |
| ELOISE CARPENTER | PO BOX 153 | | ENOSBURG FALL | VT | 05450-0153 | K53408 | 66.90 | * |
| ELOISE F [DUGAN] HAVER | 9744 S 175TH CIR | | OMAHA | NE | 68136-1995 | K59941 | 66.90 | * |
| ELOISE MANNING | 14654 SAGAMORE CT | | FORT MYERS | FL | 33908-4912 | K43632 | 66.90 | * |
| ELOISE MARSHALL | 3145 S FALLING BROOK LN | | BOISE | ID | 83706-5205 | K15282 | 66.90 | * |
| ELOISE MCWATERS | 7597 VILLA CT | | EDEN PRAIRIE | MN | 55346-3257 | K17741 | 66.90 | * |
| ELOISE MYERS | 200 TIMBERLINE DR APT 1204 | | MARIETTA | OH | 45750-9517 | K16179 | 66.90 | * |
| ELOISE PRICHARD | 1301 W 6TH ST | | STORM LAKE | IA | 50588-2915 | K15017 | 66.90 | * |
| ELOISE VIRGINIA BOWSER | 730 KENSINGTON DR | | NEWPORT NEWS | VA | 23602-6556 | K14282 | 66.90 | * |
| ELONA MARIE HOFFMAN | 1924 W 11TH ST | | ASHTABULA | OH | 44004-2957 | K19883 | 66.90 | * |
| ELOYCE SPONG | 1520 GRANDVIEW AVE | | MECHANICSBURG | PA | 17055-5913 | K16059 | 66.90 | * |
| ELROY [ELLEY] KERSTEN | 2556 LAVENDER LN | | GREEN BAY | WI | 54313-6833 | K46783 | 66.90 | * |
| ELROY G RUHE | 120 BROOKSIDE TRCE | | FAYETTEVILLE | GA | 30215-5443 | K44718 | 66.90 | * |
| ELSA CATEY | 354 W FARLOW RD | | RICHMOND | IN | 47374-7721 | K24835 | 66.90 | * |
| ELSA KEAS | 1105 LINCOLN ST | | PEKIN | IL | 61554-1736 | K44638 | 66.90 | * |
| ELSE [ELLA] CAVALIERE | 13 GREENWAY | | ROSLYN | NY | 11576-1351 | K36733 | 66.90 | * |
| ELSIE [SUE] BROOKS | 732 HAMILTON ST | | LANCASTER | PA | 17602-2172 | K26260 | 66.90 | * |
| ELSIE ALVAREZ MD | 3423A 111TH ST | | FLUSHING | NY | 11368-1323 | K39958 | 66.90 | * |
| ELSIE BRAGG | 521 TOSCHLOG RD | | RICHMOND | IN | 47374-5039 | K27672 | 66.90 | * |
| ELSIE FOX | 112 S FOX MILL LN | | SPRINGFIELD | IL | 62712-9520 | K48298 | 66.90 | * |
| ELSIE L ADAMS | 362 LEISENRING VANDERBILT RD | | VANDERBILT | PA | 15486-1018 | K49687 | 66.90 | * |
| ELSIE MAGNUSON | 1305 8TH ST | | FORT LUPTON | CO | 80621-1623 | K14610 | 66.90 | * |
| ELSIE N WATSON-VAN METER | 60 WYMER DR SW | | ETNA | OH | 43068-3333 | K38087 | 66.90 | * |
| ELSIE THOMAS | 153 TURKEY CREEK HWY | | CARTHAGE | TN | 37030-2211 | K43464 | 66.90 | * |
| ELSIE VACURA | 4252 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9104 | K19346 | 66.90 | * |
| ELSIE VALLESKEY | 1230 TAYLOR LANE EXT UNIT 31 | | LEHIGH ACRES | FL | 33936-6158 | K49857 | 66.90 | * |
| ELSIE WEAVER | 411 S G ST | | INDIANOLA | IA | 50125-3101 | K22010 | 66.90 | * |
| ELTON J CULL | 803 COMMONWEALTH AVE | | FLINT | MI | 48503-2207 | K56567 | 66.90 | * |
| ELTON MOORE | PO BOX 660 | | BRONTE | TX | 76933-0660 | K54403 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ELTON S GOFF | 1850 HOMESTEAD AVE | | BETHLEHEM | PA | 18018-2145 | K16203 | 66.90 | * |
| ELVA JANE POWER | 6050 E PARAPET CIR | | PRESCOTT VALL | AZ | 86314-2709 | K13950 | 66.90 | * |
| ELVA M MAZEALL | 200 WOOD ST | | MILTON | PA | 17847-2140 | K16019 | 66.90 | * |
| ELVIN TUTTLE | 1427 N FOSTER AVE | | LANSING | MI | 48912-3312 | K36561 | 66.90 | * |
| ELWANDA WEATHERFORD | 4700 HUD DR | | AMARILLO | TX | 79124-5895 | K35081 | 66.90 | * |
| ELWOOD BINDER | 515 CLARK ST | | CASCADE | WI | 53011-1382 | K48348 | 66.90 | * |
| ELWOOD FASNACHT | 1050 S COCALICO RD | | DENVER | PA | 17517-9545 | K57582 | 66.90 | * |
| ELWYN [JIM] DELBRIDGE | 4932 NW 19TH TER | | OKLAHOMA CITY | OK | 73127-2302 | K62638 | 66.90 | * |
| ELYRIA L MACKIE | 3054 TROTTERS FIELD DR SW | | MARIETTA | GA | 30064-4442 | K22219 | 66.90 | * |
| EMALEE LYNN MURPHY ESQ | 5211 WHITE FLINT DR | | KENSINGTON | MD | 20895-1040 | K40020 | 66.90 | * |
| EMANUEL KIEHL | 8600 N CHATHAM CIR | | KANSAS CITY | MO | 64154-2569 | K57287 | 66.90 | * |
| EMERSON EISELE | PO BOX 294 | | ELMER | NJ | 08318-0294 | K41328 | 66.90 | * |
| EMERSON M FAZEKAS | 505 BAYNE ST | | MCKEESPORT | PA | 15132-6403 | K61057 | 66.90 | * |
| EMERY J NUTTING | 14 PENSACOLA CT | | NOVATO | CA | 94949-5859 | K57317 | 66.90 | * |
| EMIL A FURLANE JD | 116 N CHICAGO ST STE 402 | | JOLIET | IL | 60432-4203 | K49030 | 66.90 | * |
| EMIL BIENDARA JR | 4041 MOUNT EVEREST BLVD | | SAN DIEGO | CA | 92111-2624 | K19092 | 66.90 | * |
| EMIL E KOTNIK | PO BOX 327 | | PIKE | NH | 03780-0327 | K44038 | 66.90 | * |
| EMIL J. LESNER | 7340 STATE ROUTE 589 | | FLETCHER | OH | 45326-8756 | K42350 | 66.90 | * |
| EMIL NAGEL | 14170 COUNTY ROAD 54 | | RAWSON | OH | 45881-9626 | K38606 | 66.90 | * |
| EMIL SHIHADEH | 107 SIMPSON RD | | ARDMORE | PA | 19003-2813 | K35138 | 66.90 | * |
| EMILE CHARLIER | 139 MILL CREEK DR | | SAINT CLOUD | FL | 34769-6312 | K45756 | 66.90 | * |
| EMILE E GRACIA | 25264 CRABAPPLE LN | | BUSH | LA | 70431-4208 | K50280 | 66.90 | * |
| EMILIA VANDERVALK | 1563 DEVONSHIRE AVE | | WESTLAKE VILL | CA | 91361-1518 | K58546 | 66.90 | * |
| EMILIE LOCHHEAD | 200 SHERWOOD RD | | PASO ROBLES | CA | 93446-3546 | K38812 | 66.90 | * |
| EMILLIE MARY SUCH | 1333 SIMONA DR | | PITTSBURGH | PA | 15201-2001 | K61089 | 66.90 | * |
| EMILY [MIMI] BLAY | 573 MAIN ST | | HOPE VALLEY | RI | 02832-2408 | V98921 | 66.90 | * |
| EMILY ADAMS | 507 TURWILL LN | | KALAMAZOO | MI | 49006-2720 | K18175 | 66.90 | * |
| EMILY BUCKLEY | 8 DEAN ST | | PORT JEFFERSO | NY | 11776-2727 | K48699 | 66.90 | * |
| EMILY COLLINS | 1612 BRIAN ST | | LEBANON | TN | 37087-5557 | K27400 | 66.90 | * |
| EMILY COX | 5738 NW 80TH AVENUE RD | | OCALA | FL | 34482-2024 | K29741 | 66.90 | * |
| EMILY D PORTER | 814 N BRISTOL CT | | WICHITA | KS | 67206-4320 | K29375 | 66.90 | * |
| EMILY DREWS | W7832 HIGHLAND RD | | LAKE MILLS | WI | 53551-1029 | K46506 | 66.90 | * |
| EMILY H TATE | 20 MARIANI CT | | EMERALD HILLS | CA | 94062-4002 | K14595 | 66.90 | * |
| EMILY KILE | 500 MIDDLE CREEK RD | | SEVIERVILLE | TN | 37862-5011 | K23508 | 66.90 | * |
| EMILY LOUISE ZANDELL | 1545 SE 223RD AVE APT 130 | | GRESHAM | OR | 97030-2554 | K22220 | 66.90 | * |
| EMILY MCGUIRE | 4975 21ST ST | | GRANTVILLE | KS | 66429-9310 | K31121 | 66.90 | * |
| EMILY ROSE | 535 E COUNTY ROAD 650 | | WARSAW | IL | 62379-3203 | K14918 | 66.90 | * |
| EMILY SKRZYCKI | 47911 DENTON RD | | BELLEVILLE | MI | 48111-2201 | K60277 | 66.90 | * |
| EMILY SUE GREGG | 508 THORNGATE PL | | MILLERSVILLE | PA | 17551-2107 | K27966 | 66.90 | * |
| EMMA BOGUE | 15887 W HUNNICUT RD | | CAMBRIDGE CIT | IN | 47327-9344 | K23872 | 66.90 | * |
| EMMA CARR | 7131 CAMBERLEY DR | | NEW ORLEANS | LA | 70128-2205 | K55314 | 66.90 | * |
| EMMA HANSON | 1905 IRVINGTON RD | | ALGONA | IA | 50511-8500 | K54130 | 66.90 | * |
| EMMA J JOHNSON | 118 CRESTWOOD DR | | EAST PEORIA | IL | 61611-3729 | K44636 | 66.90 | * |
| EMMA JANE KILPATRICK | 6255 DELTA LOOP APT 304 | | DUBLIN | OH | 43016-9680 | K46713 | 66.90 | * |
| EMMA L CALDWELL | 2805 FINLEY ST | | FORT WORTH | TX | 76111-3718 | K10336 | 66.90 | * |
| EMMA R JACKSON | 1921 NW 5TH TER | | POMPANO BEACH | FL | 33060-4802 | K43800 | 66.90 | * |
| EMMETT D JOHNSON | 559 LARCHMONT DR NW | | ATLANTA | GA | 30318-7119 | K59809 | 66.90 | * |
| EMMETT L GRISWOLD JR | PO BOX 157 | | MILLEDGEVILLE | GA | 31059-0157 | K59562 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| EMORY JEFFERS | 5223 VERMONT LN | | FORT WAYNE | IN | 46815-7578 | K24871 | 66.90 | * |
| EMORY N [RIP] COUSIN JR | 106 N GATEHOUSE DR APT Q | | METAIRIE | LA | 70001-7509 | K55279 | 66.90 | * |
| ENDOLYN DAVIS | 61 PALMER ST | | SAINT AUGUSTI | FL | 32084-3420 | K42856 | 66.90 | * |
| ENID ELLIS | 500 S DENTON TAP RD STE 110 | | COPPELL | TX | 75019-4097 | K26165 | 66.90 | * |
| ENID FRASER | 8 N LAKE RD | | ARMONK | NY | 10504-2230 | K58503 | 66.90 | * |
| ENOCH JOEL BOOZER | 3105 SAINT LUKES CHURCH RD | | PROSPERITY | SC | 29127-8299 | K30385 | 66.90 | * |
| EOLA TIMM | 2927 GEORGE RD APT 106 | | WISCONSIN RAP | WI | 54495-3272 | K46301 | 66.90 | * |
| EPHRATA HIGH SCHOOL | EPHRATA AREA EDUCATION FOUND | 803 OAK BLVD | EPHRATA | PA | 17522-1998 | | 0.00 | ** |
| EPHRATA HIGH SCHOOL | c/o WILLIAM FRANK | 803 OAK BLVD | EPHRATA | PA | 17522-1998 | | 0.00 | ** |
| ERASMUS HALL HIGH SCHOOL | ERASMUS HALL H.S. ALUMNI ASS | 911 FLATBUSH AVE | BROOKLYN | NY | 11226-4087 | | 0.00 | ** |
| ERASMUS HALL HIGH SCHOOL | c/o LISA THORNTON | 911 FLATBUSH AVE | BROOKLYN | NY | 11226-4087 | | 0.00 | ** |
| ERIC B BABBITS | 278 RIDGE TRAIL DR | | CHESTERFIELD | MO | 63017-3060 | K44136 | 66.90 | * |
| ERIC GIBBS | 518 GREENBRIER DR | | RICHMOND | IN | 47374-3613 | K29096 | 66.90 | * |
| ERIC HANSON | 8077 CROSSGATE CT S | | DUBLIN | OH | 43017-8432 | K17339 | 66.90 | * |
| ERIC INGERSOLL OWEN | 1090 CHARLTON TRCE SW | | MARIETTA | GA | 30064-2987 | K48869 | 66.90 | * |
| ERIC J SUSSMAN | 25 DARTMOUTH ST | | ROCKVILLE CEN | NY | 11570-2412 | K42517 | 66.90 | * |
| ERIC L BLOOMFIELD MD | 4095 8TH ST SW | | ROCHESTER | MN | 55902-8750 | K57943 | 66.90 | * |
| ERIC L CIALONA | 2 SONIA PL | | JEFFERSON | LA | 70121-2228 | K54088 | 66.90 | * |
| ERIC L DARROW | 13120 SPANISH MOSS RD | | SAVANNAH | GA | 31419-2834 | K30523 | 66.90 | * |
| ERIC M MORSE | 127 N BELDEN HILL DR | | GUILFORD | VT | 05301-8378 | K62521 | 66.90 | * |
| ERIC NETTER | 20246 EDGEWOOD RD | | SAINT AUGUSTA | MN | 55353-9799 | K28863 | 66.90 | * |
| ERIC POHLENZ | 4500 UTICA RD | | LEBANON | OH | 45036-9493 | K24467 | 66.90 | * |
| ERIC PUTNAM | 10009 MERRILL DR | | FENTON | MI | 48430-2429 | K56211 | 66.90 | * |
| ERIC R FAHNOE | 3706 PIMLICO PL | | GARNET VALLEY | PA | 19060-1024 | K16137 | 66.90 | * |
| ERIC R SJOSTROM | 7512 W 101ST ST | | OVERLAND PARK | KS | 66212-2532 | K41082 | 66.90 | * |
| ERIC RIEDINGER | 2110 EVERGREEN AVENUE #7 | | DES MOINES | IA | 50320 | K62337 | 66.90 | * |
| ERIC S HERSH | 8578 N REGENT RD | | FOX POINT | WI | 53217-2359 | K40693 | 66.90 | * |
| ERIC SCHROLL | 8820 GALLERY ST | | LENEXA | KS | 66215-3284 | K36819 | 66.90 | * |
| ERIC SMILER | 70 E BROADWAY | | ROSLYN | NY | 11576-2139 | K62246 | 66.90 | * |
| ERIC SMITH | 2401 25TH ST | | EMMETSBURG | IA | 50536-2318 | K58961 | 66.90 | * |
| ERIC STROM | 18411 51ST PL NE | | LAKE FOREST P | WA | 98155-4367 | K57630 | 66.90 | * |
| ERIC T HESTERMAN | 506 HUMPHRIES RD | | SAFETY HARBOR | FL | 34695-4920 | K38225 | 66.90 | * |
| ERIC WOLK | 7335 LEE DAVIS RD | | MECHANICSVLLE | VA | 23111-4403 | K39761 | 66.90 | * |
| ERICA DYE | 19491 PLEASANT VIEW DR | | ABINGDON | VA | 24211-6825 | K22249 | 66.90 | * |
| ERICA HENNING | 2421 CARDO RD | | FORT LORAMIE | OH | 45845-9743 | K42101 | 66.90 | * |
| ERICH J WAGNER | 237 APPLE ST | | LEVITTOWN | PA | 19057-1121 | K25456 | 66.90 | * |
| ERICH K PLAUT | 521 MILL CRK | | POMPTON PLAIN | NJ | 07444-2117 | K52124 | 66.90 | * |
| ERICH PAPESCH | 4406 ORCHARD PARK DR | | PARMA | OH | 44134-4547 | K46364 | 66.90 | * |
| ERIK S PEDERSEN | 2611 PITT AVE | | BRISTOL | PA | 19007-5806 | K27972 | 66.90 | * |
| ERIKA M BITTLE | 1110 MOUNT LAUREL RD | | HAINESPORT | NJ | 08036-2748 | K47898 | 66.90 | * |
| ERIN P BELLAH | 5622 W GLENDALE AVE | | GLENDALE | AZ | 85301-2525 | K21221 | 66.90 | * |
| ERLA REESE | 360 SYLVAN RETREAT RD | | COLUMBIA | PA | 17512-9035 | K26299 | 66.90 | * |
| ERMA [JEAN] LEO | 2946 E SENECA AVE | | DES MOINES | IA | 50317-5962 | K20601 | 66.90 | * |
| ERMA BEECH | 259 NEWSOME RD | | PINEVILLE | LA | 71360-9087 | K61175 | 66.90 | * |
| ERMA BOATENG | 1429 WOODBINE ST | | CLEARWATER | FL | 33755-2751 | K44715 | 66.90 | * |
| ERMA BONNER-PLATTE | 4525 ROLLING HILLS DR | | FORT WORTH | TX | 76119-4535 | K10260 | 66.90 | * |
| ERMA DAWSON | 285 DORCHESTER RD | | ROCHESTER | NY | 14610-1323 | V99614 | 66.90 | * |
| ERMA JO THOMAS | 1309 OAKCREST ST | | IOWA CITY | IA | 52246-1619 | K57142 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ERMA TERRELL | 2000 140TH ST | | CORYDON | IA | 50060-8671 | K20979 | 66.90 | * |
| ERMEL PULFER | 6 SWAN LAKE DR | | BLUFFTON | SC | 29910-5405 | K45681 | 66.90 | * |
| ERMIE ROSSI | 8 STATION RD | | MADISON | NJ | 07940-2221 | K38295 | 66.90 | * |
| ERNA BRODHECKER | 2001 HARRISBURG PIKE | | LANCASTER | PA | 17601-2641 | K37591 | 66.90 | * |
| ERNA CLANTON | 6803 N 68TH PLZ APT 604 | | OMAHA | NE | 68152-2140 | K55505 | 66.90 | * |
| ERNEST A GRUWELL | 1005 RANDOLPH ST | | DES MOINES | IA | 50315-5056 | K24041 | 66.90 | * |
| ERNEST BRADWELL WINGARD JR | PO BOX 39 | | HOLLYWOOD | SC | 29449-0039 | K57564 | 66.90 | * |
| ERNEST BROWN | 4301 ETHLAND AVE | | BALTIMORE | MD | 21207-7481 | K13986 | 66.90 | * |
| ERNEST C TERRY | 8107 ERIN CT | | HOUSTON | TX | 77071-3613 | K57606 | 66.90 | * |
| ERNEST D ROSE | 445 SINGING WOODS LN | | SANTA ROSA | CA | 95409-6353 | K48335 | 66.90 | * |
| ERNEST E HARDY | PO BOX 38 | | OREFIELD | PA | 18069-0038 | K40250 | 66.90 | * |
| ERNEST HUGH GRUBER JR | 322 TOULON DR | | WILMINGTON | NC | 28405-3940 | K30307 | 66.90 | * |
| ERNEST J OBUSEK JR | 303 WILLOW HEDGE DR | | MONROEVILLE | PA | 15146-1243 | K61133 | 66.90 | * |
| ERNEST K MAY | PO BOX 6 | | TENNILLE | GA | 31089-0006 | K54025 | 66.90 | * |
| ERNEST LEON SERENA | 1620 MASON AVE | | JOLIET | IL | 60435-5724 | K51195 | 66.90 | * |
| ERNEST LONG | 184 AUSTIN ST # 1 | | NEWTON | MA | 02465-2560 | K52100 | 66.90 | * |
| ERNEST NOEL JORDAN | 58 MENDON RD | | SOUTH ATTLEBO | MA | 02703-7947 | K25997 | 66.90 | * |
| ERNEST R OLSON | 40 SAINT AUGUSTINE BND | | SAVANNAH | GA | 31404-1123 | K24238 | 66.90 | * |
| ERNEST RAY HAWKINS | 2506 WASHINGTON ST | | COMMERCE | TX | 75428-3521 | K43101 | 66.90 | * |
| ERNEST RUETTGERS | 2403 WESTLEY RD | | WESTBURY | NY | 11590-6135 | K62560 | 66.90 | * |
| ERNEST SMITH | 3995 W VERSAILLES RD | | PIQUA | OH | 45356-9383 | K25880 | 66.90 | * |
| ERNEST T BANNISTER | 4012 GARRISON PL | | PLANO | TX | 75023-6418 | K36652 | 66.90 | * |
| ERNEST W PIPER JR | 10 MOHAWK RD | | MARBLEHEAD | MA | 01945-2127 | K32873 | 66.90 | * |
| ERNEST W VAUGHN | 212 WASHINGTON ST APT 132 | | KEOKUK | IA | 52632-2326 | K15478 | 66.90 | * |
| ERNESTINE [ERNIE] BOLIN | 3744 N WEAVER ST | | GAINESVILLE | TX | 76240-2220 | K26852 | 66.90 | * |
| ERNESTINE ALSTON | 2617 TWYMANS MILL RD | | MADISON | VA | 22727-3239 | K21867 | 66.90 | * |
| ERNESTINE BOLTON | 2608 S COLE ST | | INDIANAPOLIS | IN | 46241-5604 | K44424 | 66.90 | * |
| ERNESTINE CARREATHERS | PO BOX 729 | | PRAIRIE VIEW | TX | 77446-0729 | K13121 | 66.90 | * |
| ERNESTINE J COHEE | PO BOX 8792 | | FORT WORTH | TX | 76124-0792 | K10825 | 66.90 | * |
| ERNESTINE THOMPKINS | PO BOX 667 | | STARKE | FL | 32091-0667 | K44712 | 66.90 | * |
| ERNIE GIBSON | 1090 SARDINE CREEK RD | | GOLD HILL | OR | 97525-9539 | K35040 | 66.90 | * |
| ERNIE GOMES | 115 LAKE DR | | SAN BRUNO | CA | 94066-2511 | K57942 | 66.90 | * |
| ERNIE TRUE | 81192 TABOR RD | | HERMISTON | OR | 97838-6378 | K37062 | 66.90 | * |
| ERVIN GUNN | 4216 MITCHELL CREEK DR | | TRAVERSE CITY | MI | 49686-8420 | K42032 | 66.90 | * |
| ESMEE G GOODWIN | 3016 ADRIAN AVE | | LARGO | FL | 33774-1406 | K12206 | 66.90 | * |
| ESSIE BENTLEY | 2241 NW 172ND TER | | MIAMI GARDENS | FL | 33056-4623 | K39492 | 66.90 | * |
| ESSIE HENNIE | 3006 WESTVIEW DR | | MCKINNEY | TX | 75070-7704 | K54432 | 66.90 | * |
| ESSIE WILSON | 194 SW SUMMERS LN | | LAKE CITY | FL | 32025-0751 | K39360 | 66.90 | * |
| ESTELLA LEE | 2521 6TH AVE | | LOS ANGELES | CA | 90018-1877 | K33920 | 66.90 | * |
| ESTELLE CINCOTTA | 685 MEDIA LINE RD | | BROOMALL | PA | 19008-1038 | K49720 | 66.90 | * |
| ESTELLE CZUBIN | 200 SOUTHTOWNE DR APT 109 | | SOUTH MILWAUK | WI | 53172-4224 | K50796 | 66.90 | * |
| ESTELLE FINKELMAN | 2444 MADISON RD UNIT 701 | | CINCINNATI | OH | 45208-1268 | K52623 | 66.90 | * |
| ESTELLE GROLLMAN-BALFOUR | 3117 BECKENHAM CT | | SILVER SPRING | MD | 20906-1742 | K43480 | 66.90 | * |
| ESTELLE O'CONNELL | 58 ADMIRAL KALBFUS RD | | NEWPORT | RI | 02840-1221 | K26154 | 66.90 | * |
| ESTHER BERVEILER | 1017 CHEYENNE ST | | LEAVENWORTH | KS | 66048-1350 | K35196 | 66.90 | * |
| ESTHER BREMER | 400 E 20TH ST | | SEDALIA | MO | 65301-7518 | K33492 | 66.90 | * |
| ESTHER CAIRNS | 8929 HIGHLANDERS CT # 5 | | SPRINGBORO | OH | 45066-9642 | K24107 | 66.90 | * |
| ESTHER CARY | 22420 DUGHILL RD | | CRIDERSVILLE | OH | 45806-9508 | K45458 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ESTHER CLENOTT | 107 MACKWORTH ST | | PORTLAND | ME | 04103-4533 | K11030 | 66.90 | * |
| ESTHER CRANDALL | 4141 N ROCKTON AVE | | ROCKFORD | IL | 61103-1524 | K46209 | 66.90 | * |
| ESTHER FRIBERG | 4626 HIGHWAY 53 | | RAY | MN | 56669-9029 | K18835 | 66.90 | * |
| ESTHER FUHRMAN | 600 HARBOR BLVD UNIT 1022 | | WEEHAWKEN | NJ | 07086-6750 | K42011 | 66.90 | * |
| ESTHER GOEBBERT | 13262 INDIANA CT | | HUNTLEY | IL | 60142-7477 | K59528 | 66.90 | * |
| ESTHER K MARTIN | 143 ELDERBERRY PL | | LANCASTER | PA | 17601-2676 | K27470 | 66.90 | * |
| ESTHER KORZILIUS | 1650 SENTINAL ST SW | | WYOMING | MI | 49519-4937 | K17854 | 66.90 | * |
| ESTHER KURTZ | 752 GLENBROOK LOOP RD | | RIDDLE | OR | 97469-9728 | K35944 | 66.90 | * |
| ESTHER LANG | 1145 RICE RD | | CENTERVILLE | IN | 47330-9786 | K23948 | 66.90 | * |
| ESTHER MARTIN | 433 S KINZER AVE APT 561 | | NEW HOLLAND | PA | 17557-8736 | K57585 | 66.90 | * |
| ESTHER MARTINEZ | 1887 ROCKY RD | | SALT LAKE CIT | UT | 84118-1223 | K17518 | 66.90 | * |
| ESTHER MITCHELL | 230 MEADOW VALLEY RD | | EPHRATA | PA | 17522-9574 | K57387 | 66.90 | * |
| ESTHER NILSON | 2668 VICKY LN | | MINDEN | NV | 89423-9018 | K18565 | 66.90 | * |
| ESTHER SALINSKY | 1 SALEM ST APT 20 | | SWAMPSCOTT | MA | 01907-1315 | K15379 | 66.90 | * |
| ESTHER STAUFFER | 1008 WOODLAND DR | | LIMA | OH | 45805-1648 | K56126 | 66.90 | * |
| ESTHER STOUT | 1125 FAIRACRES RD | | RICHMOND | IN | 47374-1145 | K27499 | 66.90 | * |
| ESTHER STOUTMIRE | 4900 W WABANSIA AVE | | CHICAGO | IL | 60639-4540 | K52072 | 66.90 | * |
| ESTHER SUNDERLAND | 11411 EL MONTE CT | | LEAWOOD | KS | 66211-1343 | K31411 | 66.90 | * |
| ESTHER WAGNER | 1417 N RAYNOR AVE | | JOLIET | IL | 60435-4133 | K49071 | 66.90 | * |
| ESTHER WHITE | 1512 HILLTOP RD | | NARVON | PA | 17555-9011 | K58041 | 66.90 | * |
| ESTHER WILLIAMS | PO BOX 553 | | LYNN | IN | 47355-0553 | K35321 | 66.90 | * |
| ETHEL [CANDI] KENNEDY | 19 E CENTRAL AVE | | MOORESTOWN | NJ | 08057-2511 | K36589 | 66.90 | * |
| ETHEL COLLINS | 235 CYNTHIA LN | | CAMPOBELLO | SC | 29322-8655 | K32479 | 66.90 | * |
| ETHEL COOMER | 2137 SOUTHCOTE DR | | KINGSPORT | TN | 37660-4726 | K28614 | 66.90 | * |
| ETHEL COPPEDGE | 3317 KILLIAN AVE | | PORTSMOUTH | VA | 23704-6024 | K12855 | 66.90 | * |
| ETHEL HAMMOND | 92 RIDGELAND RD | | GREENCASTLE | IN | 46135-7680 | K46772 | 66.90 | * |
| ETHEL KEISTER | 87 PARK RD # 2 | | WINFIELD | PA | 17889-9439 | K17289 | 66.90 | * |
| ETHEL KENNEDY | 6208 W WAGSTAFF RD | | PARADISE | CA | 95969-3039 | K38774 | 66.90 | * |
| ETHEL LOVELL | 3414 265TH AVE | | KEOKUK | IA | 52632-9820 | K14830 | 66.90 | * |
| ETHEL MAE GALL | 3856 EDDIE PAGE RD | | PERRY | FL | 32347-6925 | K34141 | 66.90 | * |
| ETHEL PINKWASSER | 8231 MUIRHEAD CIR | | BOYNTON BEACH | FL | 33472-5064 | K47929 | 66.90 | * |
| ETHEL V KENNEDY | 2167 8TH AVE | | SEA GIRT | NJ | 08750-1928 | K62653 | 66.90 | * |
| ETHEL WEIKERS | 5600 MUNHALL RD APT 405 | | PITTSBURGH | PA | 15217-2039 | K40704 | 66.90 | * |
| ETHEL WRIGHT | 14508 HOMECREST RD APT 203 | | SILVER SPRING | MD | 20906-1802 | K55776 | 66.90 | * |
| ETHEL ZINK | 3236 S LOCKWOOD RIDGE RD | | SARASOTA | FL | 34239-6619 | K48725 | 66.90 | * |
| ETHELBERTA [TERRI] SOWERS | 166 PINEHURST AVE APT 23 | | SWANSEA | MA | 02777-1738 | K27630 | 66.90 | * |
| ETHELDRA HOLTZ | 5430 CLAUDIA AVE SE | | KENTWOOD | MI | 49548-5845 | K35110 | 66.90 | * |
| ETHELYN M ORWICK | 6923 NEW CREEK LN | | CITRUS HEIGHT | CA | 95621-8364 | K21962 | 66.90 | * |
| ETHLYN H [LYNNE] KAYMAN | 3076 E CANNON DR | | PHOENIX | AZ | 85028-3838 | K41202 | 66.90 | * |
| ETTA HOROSKO | 3100 MINNESOTA AVE APT 112E | | KANSAS CITY | KS | 66102-3968 | K39820 | 66.90 | * |
| ETTA M WEINTRAUB | 1568 WALNUT CT | | LIMA | OH | 45805-3656 | K42461 | 66.90 | * |
| EUGENE [GENE] WILLIAMS | 1440 18 RD | | FRUITA | CO | 81521-9209 | K20415 | 66.90 | * |
| EUGENE [SONNY] DAVIS | 2060 LITTLE FISH TRAP RD | | LAWRENCEBURG | TN | 38464-5608 | K35739 | 66.90 | * |
| EUGENE A LAFACE | 261 CHURCHILL RD | | PITTSBURGH | PA | 15235-5304 | K43567 | 66.90 | * |
| EUGENE BILLENSTEIN | 10790 DUNCAN RD | | ANSONIA | OH | 45303-9717 | K33786 | 66.90 | * |
| EUGENE CLAUDE ROCKE | 2849 CRESCENDO DR NW | | ATLANTA | GA | 30318-6045 | K59734 | 66.90 | * |
| EUGENE DEMNIANIUK PE | 1543 KATELLA WAY | | ESCONDIDO | CA | 92027-3637 | K58328 | 66.90 | * |
| EUGENE DIXON | 452 HICKORY CT | | DIBERVILLE | MS | 39540-3618 | K38810 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| EUGENE DOBOS | 4174 MONROEVILLE BLVD | | MONROEVILLE | PA | 15146-2608 | K61637 | 66.90 | * |
| EUGENE E SLAUGHTER | 3145 HEARTLEAF LN | | WALDORF | MD | 20603-5742 | K13221 | 66.90 | * |
| EUGENE EARLE | 1866 N BRIDGEVIEW DR | | LYNDEN | WA | 98264-8529 | K18825 | 66.90 | * |
| EUGENE H [GENE] HURST JR | 306 GRAYSON AVE | | RICHLANDS | VA | 24641-2422 | K51845 | 66.90 | * |
| EUGENE HANSON | 852 GLENLIVET ST | | HOWELL | MI | 48843-9054 | K58381 | 66.90 | * |
| EUGENE HARBOUR | 15492 HIGHWAY 14 | | DODGE CENTER | MN | 55927-7944 | K54131 | 66.90 | * |
| EUGENE J BURGIN | 7465 OLIVETAS AVE APT 311 | | LA JOLLA | CA | 92037-4932 | K20152 | 66.90 | * |
| EUGENE L [GENE] WOOD | 810 2ND AVE | | GALLIPOLIS | OH | 45631-1635 | K50097 | 66.90 | * |
| EUGENE L DESTAEBLER JR | 173 NORTHWOODS RD | | MANHASSET | NY | 11030-1612 | K53035 | 66.90 | * |
| EUGENE L ELDRIDGE | 2406 S 1ST ST | | LEAVENWORTH | KS | 66048-4664 | K32290 | 66.90 | * |
| EUGENE LEROY NETTLES SR | PO BOX 699 | | LAKE CITY | SC | 29560-0699 | K51192 | 66.90 | * |
| EUGENE LUBINSKI | 41 FAIRVIEW AVE | | ALBANY | NY | 12208-2405 | K21876 | 66.90 | * |
| EUGENE MALLORY | 230 PAT DR | | MINEOLA | TX | 75773-1074 | K26113 | 66.90 | * |
| EUGENE MATHES | 1708 PHEASANT LN | | SHEBOYGAN | WI | 53081-7725 | K47764 | 66.90 | * |
| EUGENE MCCONNELL | 1205 PLEASANT VIEW DR | | DES MOINES | IA | 50315-2243 | K21668 | 66.90 | * |
| EUGENE PERRY | 13837 BRANNON FIELD LN | | HOUSTON | TX | 77041-1263 | K14806 | 66.90 | * |
| EUGENE POWERS | 4929 CHERRYVILLE LN | | SACRAMENTO | CA | 95842-3678 | K34262 | 66.90 | * |
| EUGENE Q [GENE] SWENSON | 5145 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9005 | K27779 | 66.90 | * |
| EUGENE R JACOBS | 7406 SPRING VILLAGE DR APT 2 | | SPRINGFIELD | VA | 22150-4483 | K51981 | 66.90 | * |
| EUGENE RAUTMANN | N6893 BRIDGEWOOD RD | | SHEBOYGAN FAL | WI | 53085-2001 | K47811 | 66.90 | * |
| EUGENE THOMAS CONNOR | 2280 ASCOT PKWY | | VALLEJO | CA | 94591-8140 | K38629 | 66.90 | * |
| EUGENE V BRUEGGEMANN | 3639 CLOVER CREEK LN | | LONGMONT | CO | 80503-6401 | K38836 | 66.90 | * |
| EUGENE W ORNE JR | 63 INDIAN TRL | | VERNON ROCKVI | CT | 06066-5611 | K57210 | 66.90 | * |
| EUGENE WILSON BANKS | 6194 FIELD ROSE DR | | SALT LAKE CIT | UT | 84121-1568 | K18149 | 66.90 | * |
| EUGENIA BELL | 3046 GREY FOX DR | | HEPHZIBAH | GA | 30815-4869 | K61410 | 66.90 | * |
| EUGENIA CONVEY | 4375 BARKER AVE | | OMAHA | NE | 68105-1705 | K55436 | 66.90 | * |
| EUGENIA CRAIG | 2229 TAYLOR PARK DR APT 313 | | REYNOLDSBURG | OH | 43068-7342 | K57199 | 66.90 | * |
| EUGENIA H TIMPSON | 1077 BUTTRICK AVE SE | | ADA | MI | 49301-9302 | K35066 | 66.90 | * |
| EUGENIA RUDMANN | 8874 195TH ST | | HOLLIS | NY | 11423-2025 | K37689 | 66.90 | * |
| EUGENIA SWEENEY | 551 GIBSON AVE | | PACIFIC GROVE | CA | 93950-4330 | K36716 | 66.90 | * |
| EUGENIA WILCOX | 412 NEW YORK AVE | | OAK RIDGE | TN | 37830-5219 | K22691 | 66.90 | * |
| EULA BELL ROBERSON | 1301 GREENBRIAR ST | | DENTON | TX | 76201-1789 | K29103 | 66.90 | * |
| EULA GREEN | 2613 PORTLAND AVE APT 1 | | MINNEAPOLIS | MN | 55407-1095 | K14788 | 66.90 | * |
| EUNICE A WARD | 921 ROONEY DR | | JOLIET | IL | 60435-2911 | K52530 | 66.90 | * |
| EUNICE B DOBKIN | 6511 LILAC ST | | PITTSBURGH | PA | 15217-3033 | K45544 | 66.90 | * |
| EUNICE ECKSTEIN | 1445 DAUTEL LN | | SAINT LOUIS | MO | 63146-5488 | K39924 | 66.90 | * |
| EUNICE FELDKAMP | 2620 SUNNYBROOK DR | | SARASOTA | FL | 34239-4730 | V98865 | 66.90 | * |
| EUNICE FISCHER | 11931 LIME KILN RD | | GRASS VALLEY | CA | 95949-9794 | K51446 | 66.90 | * |
| EUNICE GREBE | 148 BETH CIR | | PLYMOUTH | WI | 53073-2648 | K49908 | 66.90 | * |
| EUNICE GUSTAVSON | N2898 PEARNEY LN | | NORWAY | MI | 49870-2249 | K18019 | 66.90 | * |
| EUNICE HAILEY | 4225 N ROOSEVELT ST | | KINGMAN | AZ | 86409-2673 | K28212 | 66.90 | * |
| EUNICE HARRIS | 2515 FRIAR LN | | AUGUSTA | GA | 30906-4107 | K59757 | 66.90 | * |
| EUNICE HARWELL | 2284 BERRYVINE RD | | TUTTLE | OK | 73089-7452 | K62547 | 66.90 | * |
| EUNICE HUNT | 1477 WOODCREEK BND | | ROCKFORD | IL | 61108-1521 | K22689 | 66.90 | * |
| EUNICE JOHNSON | 13935 SPANISH MARSH TRL | | JACKSONVILLE | FL | 32225-1919 | K31942 | 66.90 | * |
| EUNICE KOSTER | 5106 SKYRIDGE AVE | | KALAMAZOO | MI | 49009-1227 | K18392 | 66.90 | * |
| EUNICE KREIDER | 3220 SIMPSON AVE | | OCEAN CITY | NJ | 08226-2042 | K42302 | 66.90 | * |
| EUNICE LYNCH | PO BOX 265 | | LYNN | IN | 47355-0265 | K33416 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| EUNICE M NEWMAN | 208 E LAKE ST | | VENTURA | IA | 50482-5028 | K22279 | 66.90 | * |
| EUNICE MENNENOH | 1946 170TH ST | | AUDUBON | IA | 50025-7464 | K59089 | 66.90 | * |
| EUNICE POWERS | 708 SW 199TH PL | | NORMANDY PARK | WA | 98166-4151 | K10083 | 66.90 | * |
| EUNICE R BIRK | 21322 N HAZARD RD | | SPOKANE | WA | 99208-8236 | K59415 | 66.90 | * |
| EUNICE SHOEMAKER | 7501 E THOMPSON PEAK PKWY UN | | SCOTTSDALE | AZ | 85255-4531 | K23127 | 66.90 | * |
| EUNICE TRAUB | PO BOX 21 | | WEST BEND | IA | 50597-0021 | K54541 | 66.90 | * |
| EUTIQUIA GUEVARA | 218 SILLIMAN ST | | SAN FRANCISCO | CA | 94134-1245 | K55862 | 66.90 | * |
| EVA A JANKOWSKI | 172 LAWNSIDE AVE | | COLLINGSWOOD | NJ | 08108-1936 | K43702 | 66.90 | * |
| EVA ALEXANDER | 1029 COURT ST | | PEKIN | IL | 61554-4971 | K44871 | 66.90 | * |
| EVA CARPENTIER | 2810 MEADOWOODS DR | | EAST MEADOW | NY | 11554-5625 | K48841 | 66.90 | * |
| EVA L WHITED-WILLIAMS | 3850 ATLANTIC AVE SPC 288 | | HIGHLAND | CA | 92346-4694 | K11044 | 66.90 | * |
| EVA M WERNICKE | 906 N HICKORY AVE | | ARLINGTON HEI | IL | 60004-5719 | K59717 | 66.90 | * |
| EVA MAE KISTNER | 6007 TRALEE LN | | LOUISVILLE | KY | 40219-4143 | K34740 | 66.90 | * |
| EVA MCDOWELL | 720 W END AVE APT 1116 | | NEW YORK | NY | 10025-6299 | K53411 | 66.90 | * |
| EVA NELL BRADLEY | 4116 MEADOWVIEW DR NW | | CANTON | OH | 44718-2126 | K51767 | 66.90 | * |
| EVA RYAN | 4267 E SHERWOOD RD | | WILLIAMSTON | MI | 48895-9548 | K40741 | 66.90 | * |
| EVA SAMPSON | 1806 E SANDERLING LN | | FORT PIERCE | FL | 34982-8047 | K42307 | 66.90 | * |
| EVADELL EDWARDS | 708 WINCHESTER ST | | BAKERSFIELD | CA | 93309-8654 | K49580 | 66.90 | * |
| EVALINE ROBINSON | 2712 B 1/4 RD | | GRAND JUNCTIO | CO | 81503-2266 | K20854 | 66.90 | * |
| EVALYN LYONS | 17 BIRCH HILL RD | | PUTNAM VALLEY | NY | 10579-2603 | K62099 | 66.90 | * |
| EVAN R BROSSMAN | 5695 DOLORES DR | | SPARKS | NV | 89436-6602 | K57962 | 66.90 | * |
| EVANELLE WOOD | 6914 MANOR CIR | | AMARILLO | TX | 79109-6815 | K44167 | 66.90 | * |
| EVE RONNING | 5074 MAIN GORE DR S UNIT B | | VAIL | CO | 81657-5565 | K58966 | 66.90 | * |
| EVELIN EIGLER | 8216 LANKERSHIM BLVD STE 3 | | NORTH HOLLYWO | CA | 91605-0911 | K11834 | 66.90 | * |
| EVELINA LINDHOLM | PO BOX 720713 | | PINON HILLS | CA | 92372-0713 | K25171 | 66.90 | * |
| EVELINE KISSNER | 1807 N NORMANDY CT | | ARLINGTON HEI | IL | 60004-4230 | K53657 | 66.90 | * |
| EVELYN [JEANNE] RAY | 5490 HARDING HWY | | LIMA | OH | 45804-3614 | K44237 | 66.90 | * |
| EVELYN [LYN] MCCOOL | 39680 E SUN DR UNIT 828 | | FENWICK ISLAN | DE | 19944-4022 | K43305 | 66.90 | * |
| EVELYN [MAXINE] PENNINGTON | 111 W 1ST ST STE 519 | | DAYTON | OH | 45402-1112 | K25759 | 66.90 | * |
| EVELYN [MICKEY] GREER | 6 ROCK CT | | EL DORADO | KS | 67042-4603 | K56590 | 66.90 | * |
| EVELYN A NEAL | 112 PEBBLE CREEK RD | | CHAPIN | SC | 29036-9193 | K21470 | 66.90 | * |
| EVELYN ABRAHAM | PO BOX 346 | | LINCOLN | MO | 65338-0346 | K50750 | 66.90 | * |
| EVELYN BELTZ | 3388B MERLIN RD # 122 | | GRANTS PASS | OR | 97526-8458 | K34158 | 66.90 | * |
| EVELYN BOLDEN | 1699 PEREGRINO WAY | | SAN JOSE | CA | 95125-4547 | K26465 | 66.90 | * |
| EVELYN BOYER | 40 VIRGINIA AVE | | WILLIAMSTOWN | NJ | 08094-1755 | K41323 | 66.90 | * |
| EVELYN BROWN | 54959 HICKORY RD | | OLATHE | CO | 81425-9641 | K18277 | 66.90 | * |
| EVELYN BRUNER | 1537 E 900 S | | SALT LAKE CIT | UT | 84105-1621 | K33110 | 66.90 | * |
| EVELYN BURCHARDT | 93 SIDNEY RD | | ANNANDALE | NJ | 08801-3612 | K26864 | 66.90 | * |
| EVELYN CREED | 101 EVELYN LN | | BELVEDERE | SC | 29841-6401 | K20333 | 66.90 | * |
| EVELYN DEAN | 251 CALOOSA ESTATES DR | | LABELLE | FL | 33935-9613 | K17086 | 66.90 | * |
| EVELYN DUPRIEST | 717 DEERFIELD DR | | SWANSEA | IL | 62226-1000 | K51452 | 66.90 | * |
| EVELYN DYER | 7530 MARYLAND AVE LOT 21 | | HUDSON | FL | 34667-3238 | K20144 | 66.90 | * |
| EVELYN E DOUGLASS | 6400 W BERTEAU AVE APT 306 | | CHICAGO | IL | 60634-1482 | K54363 | 66.90 | * |
| EVELYN ELBON | 5340 SE 120TH AVE | | PORTLAND | OR | 97266-3233 | K30567 | 66.90 | * |
| EVELYN ELLIS | 300 W CRYSTAL LAKE AVE APT 3 | | HADDONFIELD | NJ | 08033-2822 | K42375 | 66.90 | * |
| EVELYN EMMONS | 176 POINTVILLE RD | | PEMBERTON | NJ | 08068-1434 | K42971 | 66.90 | * |
| EVELYN FINE | 3781 STATE HIGHWAY 73 | | WISCONSIN RAP | WI | 54495-9279 | K54549 | 66.90 | * |
| EVELYN FLORIO | 4560 STANTON DR | | LOS ANGELES | CA | 90065-5220 | K16657 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.                    Page 167 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| EVELYN FRARCK | 519 18TH ST E | | INTERNATIONAL | MN | 56649-3147 | K18474 | 66.90 | * |
| EVELYN FRAZIER | 8905 BOSTON AVE | | URBANDALE | IA | 50322-4025 | K21082 | 66.90 | * |
| EVELYN GINSBERG | 101 LADUE PINE WOODS PL | | SAINT LOUIS | MO | 63141-7366 | K40443 | 66.90 | * |
| EVELYN GREENBERG | 2051 CARDINAL LN SE | | LACEY | WA | 98503-2508 | K46332 | 66.90 | * |
| EVELYN GRIGSBY | 1403 SHAREEF DR | | MORRISTOWN | TN | 37814-2218 | K29842 | 66.90 | * |
| EVELYN HARRIS | 2019 PATTERSON ST | | MCKEESPORT | PA | 15132-5549 | K61112 | 66.90 | * |
| EVELYN HEINS | 117 N 23RD ST | | LAMESA | TX | 79331-2305 | K41700 | 66.90 | * |
| EVELYN HICKS | 1714 SEA FAIR DR | | SAINT AUGUSTI | FL | 32080-7401 | K41337 | 66.90 | * |
| EVELYN HOOD | 552 FIELDING LN SW | | ATLANTA | GA | 30311-2023 | K59797 | 66.90 | * |
| EVELYN IRENE SHERBET | 3234 SPARTAN RD APT 72 | | OLNEY | MD | 20832-2347 | K30272 | 66.90 | * |
| EVELYN J CANTRELL | 40 N PRENTICE ST | | EVANSVILLE | WI | 53536-1036 | K30028 | 66.90 | * |
| EVELYN L [LYNN] SEESE | 8930 3 MILE RD NE | | ADA | MI | 49301-9749 | K35502 | 66.90 | * |
| EVELYN L FRANK | 1100 LANE 301 LAKE GEORGE | | FREMONT | IN | 46737-8921 | K39156 | 66.90 | * |
| EVELYN LEONA YOUNCE | 711 LAFOLLETTE DR | | MARYVILLE | TN | 37801-7672 | K16970 | 66.90 | * |
| EVELYN LEWIS | 2616 N BOUVIER ST | | PHILADELPHIA | PA | 19132-3817 | K13795 | 66.90 | * |
| EVELYN LUCKEROTH | 1835 10TH AVE S | | SAINT CLOUD | MN | 56301-5676 | K18190 | 66.90 | * |
| EVELYN M GIBBS | 1021 LINCOLN ST | | WISCONSIN RAP | WI | 54494-5228 | K46987 | 66.90 | * |
| EVELYN M HILBERT | 9050 HIGHLAND RD | | LIVERMORE | CA | 94551-9406 | K29798 | 66.90 | * |
| EVELYN M MCCAFFREY | 5335 BENT TREE FOREST DR # C | | DALLAS | TX | 75248-3483 | K62043 | 66.90 | * |
| EVELYN MARIE AVANT | 4305 W 25TH PL | | GARY | IN | 46404-3667 | K16649 | 66.90 | * |
| EVELYN MARTIN WILSON | 4223 SAINT ANTHONY AVE | | NEW ORLEANS | LA | 70122-3101 | K54537 | 66.90 | * |
| EVELYN MASER | 25 TALQUIN HIDEAWAY RD | | QUINCY | FL | 32351-5925 | K46861 | 66.90 | * |
| EVELYN MUNSELL | 3623 LARIAT DR NW | | PIEDMONT | OK | 73078-9738 | K62739 | 66.90 | * |
| EVELYN NEES | 319 NEW BROOKLYN RD | | BERLIN | NJ | 08009-9507 | K41988 | 66.90 | * |
| EVELYN P RUDIN | 120 BRYN WYCK PL | | SAINT LOUIS | MO | 63141-8062 | K40683 | 66.90 | * |
| EVELYN PAGE | 6834 LANTANA BRIDGE RD APT 1 | | NAPLES | FL | 34109-6107 | K27697 | 66.90 | * |
| EVELYN R DASHEFSKY | 2214 S LAKELINE BLVD UNIT 20 | | CEDAR PARK | TX | 78613-4582 | K15143 | 66.90 | * |
| EVELYN ROCKHILL | 24 1ST AVE | | PEMBERTON | NJ | 08068-1915 | K49406 | 66.90 | * |
| EVELYN ROSS | 16 EVELYN PL | | EAST HANOVER | NJ | 07936-1407 | K41440 | 66.90 | * |
| EVELYN RUHNKE | 520 S BLACKFORD ST APT 106 | | ALGONA | IA | 50511-3273 | K58849 | 66.90 | * |
| EVELYN SARANITI | 595 DADE LN | | RICHMOND HEIG | OH | 44143-2628 | K46765 | 66.90 | * |
| EVELYN SHAUGHNESSY | 7641 QUAIL CREEK TRCE | | PITTSBORO | IN | 46167-9069 | K46286 | 66.90 | * |
| EVELYN SIMONS | 8558 STATE ROUTE 47 | | VERSAILLES | OH | 45380-9557 | K31390 | 66.90 | * |
| EVELYN SMITH ROBERSON | 100 RIVERFRONT DR APT 2311 | | DETROIT | MI | 48226-4541 | K13796 | 66.90 | * |
| EVELYN STEELE | 5898 WHITE OAK RD | | SANDSTON | VA | 23150-5205 | K29816 | 66.90 | * |
| EVELYN TROXELL | 1733 BEAVER RUN RD | | LEWISBURG | PA | 17837-7838 | K16867 | 66.90 | * |
| EVELYN VERONEE | 219 WAVERLY HALL LN | | SIMPSONVILLE | SC | 29681-5287 | K31643 | 66.90 | * |
| EVELYN W FLANAGAN | 18600 VILLAGE WEST DR APT 20 | | HAZEL CREST | IL | 60429-2457 | K26938 | 66.90 | * |
| EVELYN WALSH | 8408 CASTLE GARDEN RD | | PALMETTO | FL | 34221-9556 | K10910 | 66.90 | * |
| EVELYN WENDEL | 12100 SEMINOLE BLVD LOT 220 | | LARGO | FL | 33778-2825 | K41405 | 66.90 | * |
| EVELYN WURTZ | 16221 POWELLS COVE BLVD APT | | BEECHHURST | NY | 11357-1417 | K62419 | 66.90 | * |
| EVERETT [ELDON] DULANEY | 3075 MUSTANG RD APT 1127 | | ALVIN | TX | 77511-4856 | K26984 | 66.90 | * |
| EVETTE HERGENRADER | 63775 NICOLETTE WAY | | MONTROSE | CO | 81403-4662 | K26175 | 66.90 | * |
| EVIE BARKIN | 89 NEEDHAM ST APT 2237 | | NEWTON HIGHLA | MA | 02461-1638 | K20153 | 66.90 | * |
| EVON ZERR | 3955 S STAGE RD | | MEDFORD | OR | 97501-9572 | K40669 | 66.90 | * |
| EVONNE FEDAK | 69 PARK ST APT 616 | | PARK FOREST | IL | 60466-1454 | K49772 | 66.90 | * |
| F A [AL] WHITE | 7924 N CHERRY ST | | KANSAS CITY | MO | 64118-1465 | K32983 | 66.90 | * |
| F CURTIS DOHAN JR | 109 WALLACE RD | | MEMPHIS | TN | 38117-2229 | K33742 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| F DAVID KANOST | 7231 READ BLVD | | NEW ORLEANS | LA | 70127-2225 | K24618 | 66.90 | * |
| F EDWIN HUGGINS JR | 1026 HAWTHORN DR | | PAWLEYS ISLAN | SC | 29585-8054 | K31069 | 66.90 | * |
| F GALE TEATS | 673 VISTA DR | | OSWEGO | IL | 60543-8129 | K16901 | 66.90 | * |
| F LEE WEIT | 986 CLEARVIEW AVE | | EPHRATA | PA | 17522-1335 | K58643 | 66.90 | * |
| F MICHAEL [MIKE] HILL | 22329 FIG TREE RD | | DAMASCUS | VA | 24236-2619 | K28578 | 66.90 | * |
| F NEWELL SQUYRES | PO BOX 701 | | PLAINS | TX | 79355-0701 | K36656 | 66.90 | * |
| F ROMAINE DELUCIO | 4309 CART RD | | RICHMOND | IN | 47374-9605 | K23745 | 66.90 | * |
| F WILLIAM PASTOR | 12420 WESTGATE ST | | OVERLAND PARK | KS | 66213-2440 | K46306 | 66.90 | * |
| FABER JAMES HANCE | 105 N HILLS DR APT 708 | | NORTH AUGUSTA | SC | 29841-0128 | K30670 | 66.90 | * |
| FAE BURKHART | 1118 WHITEHALL ST | | MARYVILLE | TN | 37803-2814 | K13981 | 66.90 | * |
| FAIRY MILLER | 1601 E STATE RD | | LIMA | OH | 45801-1209 | K45407 | 66.90 | * |
| FAITH ANN MITCH | 1000 NEW COLUMBIA RD | | NEW COLUMBIA | PA | 17856-9165 | K18275 | 66.90 | * |
| FAITH FISHER | 36 COW HILL RD | | CLINTON | CT | 06413-1344 | K22419 | 66.90 | * |
| FALLS HIGH SCHOOL | FALLS HIGH SCHOOL ALUMNI ASS | 1515 11TH ST | INTERNATIONAL | MN | 56649 | | 0.00 | ** |
| FALLS HIGH SCHOOL | c/o DIANE (JENSON) EDENS | 1515 11TH ST | INTERNATIONAL | MN | 56649 | | 0.00 | ** |
| FANNIE HART | 8983 GARDENER DR | | JONESBORO | GA | 30238-4474 | K39538 | 66.90 | * |
| FANNIE MORGAN | 48 DEERFIELD LN | | VILONIA | AR | 72173-9035 | K28814 | 66.90 | * |
| FARROLL ELBERT GUNTER | 136 ROSE LAKE RD | | LEXINGTON | SC | 29072-9469 | K31992 | 66.90 | * |
| FAY AUKER | 23 TOWNSEND CT | | LANCASTER | PA | 17603-7406 | K57615 | 66.90 | * |
| FAY GRISSINGER | 307 MURRAY ST | | OXFORD | MS | 38655-2911 | K34852 | 66.90 | * |
| FAY JOHNSON-CSEPP | 1237 GAMBREL DR | | CARSON CITY | NV | 89701-5470 | K60244 | 66.90 | * |
| FAY SIMONS | 1 HUNTINGTON AVE APT 1001 | | BOSTON | MA | 02116-5752 | K13886 | 66.90 | * |
| FAYE ANN SNIDER | 5961 MI STATE ROAD 52 | | MANCHESTER | MI | 48158-9721 | K16037 | 66.90 | * |
| FAYE CHRISTIANSON | PO BOX 14583 | | GRAND FORKS | ND | 58208-4583 | K32582 | 66.90 | * |
| FAYE CRATES | 1421 WYTE WAY | | BANNING | CA | 92220-1867 | K51312 | 66.90 | * |
| FAYE CUNNINGHAM | 8036 LAZY CIR | | TERRELL | TX | 75161-6042 | K58624 | 66.90 | * |
| FAYE D BACLE | 1509 ANITA ST | | BOSSIER CITY | LA | 71112-3107 | K21533 | 66.90 | * |
| FAYE D GRAY-WILSON | 3506 ARBOR ST | | HOUSTON | TX | 77004-6423 | V99865 | 66.90 | * |
| FAYE DRENTH-THURMAN | 3030 VIRGINIA AVE | | KALAMAZOO | MI | 49004-1644 | K23028 | 66.90 | * |
| FAYE DRINNEN | 382 CASCADA DR | | GRAND JUNCTIO | CO | 81507-2629 | K17671 | 66.90 | * |
| FAYE EVERY | 3155 SW 53RD CT | | REDMOND | OR | 97756-7221 | K37384 | 66.90 | * |
| FAYE FOSS | 201 RED RIVER AVE N | | COLD SPRING | MN | 56320-1600 | K23562 | 66.90 | * |
| FAYE G SCHWARTZ | 4345 PURDUE AVE | | LOS ANGELES | CA | 90066-6011 | K46498 | 66.90 | * |
| FAYE GAYK | 9741 LINCOLN ST | | TAYLOR | MI | 48180-3670 | K59835 | 66.90 | * |
| FAYE GREGORY | 8639 FANNETTE ST | | HOUSTON | TX | 77029-3322 | K14116 | 66.90 | * |
| FAYE HAMPTON | 911 ROBINSON RD | | PORTSMOUTH | VA | 23701-4016 | K13348 | 66.90 | * |
| FAYE HARTMAN | 530 ELM ST | | PROSPERITY | SC | 29127-7446 | K30040 | 66.90 | * |
| FAYE REIDBORD | 137 SPRINGHOUSE LN | | PITTSBURGH | PA | 15238-2315 | K41255 | 66.90 | * |
| FAYE ROBINSON | 201 WOODSIDE DR | | GREENFIELD | TN | 38230-1255 | K29719 | 66.90 | * |
| FAYE ROGERS | 15 M O HERB ST | | HAMPTON | VA | 23664-1532 | K20613 | 66.90 | * |
| FAYE SPENCE | 10200 W RIDGEWOOD DR APT 419 | | PARMA HEIGHTS | OH | 44130-4091 | K12802 | 66.90 | * |
| FELCIE LEON KIDD SR | 11831 MENLO AVE | | LOS ANGELES | CA | 90044-4021 | K10081 | 66.90 | * |
| FELICE MILLER | 808 POWDER MILL LN | | WYNNEWOOD | PA | 19096-4037 | K42464 | 66.90 | * |
| FELICIA M MOSTEK | 65 ROSEMONT ST | | ALBANY | NY | 12203-2410 | K24399 | 66.90 | * |
| FELIX L COOK JR | 9303 BERTWOOD ST | | HOUSTON | TX | 77016-4731 | V99762 | 66.90 | * |
| FELTON LEE BROWN SR | 3113 CAMELOT BLVD | | CHESAPEAKE | VA | 23323-2519 | K13802 | 66.90 | * |
| FENTON HIGH SCHOOL | FENTON HIGH SCHOOL ALUMNI AS | 3200 W SHIWASSEE AVE | FENTON | MI | 48430 | | 0.00 | ** |
| FENTON HIGH SCHOOL | c/o NANCY PARKIN | 3200 W SHIWASSEE AVE | FENTON | MI | 48430 | | 0.00 | ** |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| FERD SMITH | 61579 HIGHWAY 90 | | MONTROSE | CO | 81403-9679 | K17207 | 66.90 | * |
| FERN BLUMENTHAL | 4 TACOMA LN | | SYOSSET | NY | 11791-6231 | K62351 | 66.90 | * |
| FERN CREEK TRADITIONAL HIGH SCHOOL | FERN CREEK HIGH SCHOOL ALUMN | 9115 FERN CREEK RD | LOUISVILLE | KY | 40291-0266 | | 0.00 | ** |
| FERN CREEK TRADITIONAL HIGH SCHOOL | c/o BRIAN MILLER | 9115 FERN CREEK RD | LOUISVILLE | KY | 40291-0266 | | 0.00 | ** |
| FERN ELIZABETH TESTIN ANGELOS | 23838 W 127TH ST | | PLAINFIELD | IL | 60585-2253 | K52814 | 66.90 | * |
| FERN EUDY-WOOTEN | 1001 E 4TH ST | | ODESSA | TX | 79761-5216 | K42775 | 66.90 | * |
| FERN RAINEY | 1501 WACKENA RD | | CARY | NC | 27519-2548 | K41688 | 66.90 | * |
| FERN SUE GERSTEIN | 2400 WINNSBORO CT | | PLANO | TX | 75075-2933 | K39520 | 66.90 | * |
| FEROL V RUPP | 5 RAINBO DR | | KEOKUK | IA | 52632-2254 | K17237 | 66.90 | * |
| FLORA BELLE LEWIS | 5041 FOOTHILLS RD APT B | | LAKE OSWEGO | OR | 97034-3215 | K49846 | 66.90 | * |
| FLORA BISHOP | 7575 WINSFIELD DR SE | | GRAND RAPIDS | MI | 49546-9680 | K36519 | 66.90 | * |
| FLORA HIDAKA | 5333 N SHERIDAN RD APT 31D | | CHICAGO | IL | 60640-7328 | K59600 | 66.90 | * |
| FLORA PARROTT | 9403 BARTLEY DR | | LOUISVILLE | KY | 40291-3211 | K33600 | 66.90 | * |
| FLORA SOARES | 143 RIDGEWOOD RD | | MIDDLETOWN | RI | 02842-6215 | K28246 | 66.90 | * |
| FLORA SUE SPROUT | 15414 SW 63RD AVE | | ARCHER | FL | 32618-2814 | K60846 | 66.90 | * |
| FLORENCE [FLOSSIE] BRIGGS | 10 HILLTOP AVE | | AKRON | PA | 17501-1454 | K27759 | 66.90 | * |
| FLORENCE BEHYMER | 443 ASHWOOD DR | | GRANTS PASS | OR | 97526-9056 | K32627 | 66.90 | * |
| FLORENCE BLICK | 70 CARRIAGE LN | | SPARTA | NJ | 07871-1741 | K53176 | 66.90 | * |
| FLORENCE BRINLING | PO BOX 75A | | WARREN | VT | 05674-5075 | K48020 | 66.90 | * |
| FLORENCE BYERS | 1016 SHAKESPEARE AVE | | MILTON | PA | 17847-9588 | K16173 | 66.90 | * |
| FLORENCE CALLAHAN | 500 VASSAR DR | | NEWARK | DE | 19711-3165 | K41766 | 66.90 | * |
| FLORENCE DE WITT | 1521 GLEN LN | | TRENTON | MI | 48183-1724 | K59044 | 66.90 | * |
| FLORENCE DEVONEY | 310 W 2ND ST | | PORT ANGELES | WA | 98362-2208 | K51861 | 66.90 | * |
| FLORENCE DICK | 304 PURPLE HILLS WAY | | EL PASO | TX | 79912-3820 | K46176 | 66.90 | * |
| FLORENCE ENSOR | 517 E WASHINGTON ST APT 17 | | GREENCASTLE | IN | 46135-1765 | K52308 | 66.90 | * |
| FLORENCE FERRER | 15642 CALDAS DE REYES | | SAN DIEGO | CA | 92128-4414 | K35299 | 66.90 | * |
| FLORENCE FRIGETTO | 14205 6100 RD | | MONTROSE | CO | 81403-8070 | K17897 | 66.90 | * |
| FLORENCE GERLACH | 209 W 2ND ST | | SAINT ANSGAR | IA | 50472-9665 | K26881 | 66.90 | * |
| FLORENCE H LEE | 3 BIRCHWOOD CT APT 1C | | MINEOLA | NY | 11501-4509 | K36884 | 66.90 | * |
| FLORENCE HESS | 1921 ROUTE 104 | | LIVERPOOL | PA | 17045 | K15544 | 66.90 | * |
| FLORENCE JACOBSON | 6801 PULLEN AVE | | CORAL GABLES | FL | 33133-7007 | K40574 | 66.90 | * |
| FLORENCE KELLY | 16400 UPTON RD LOT 211 | | EAST LANSING | MI | 48823-9305 | K40099 | 66.90 | * |
| FLORENCE MARY SILVIA | 61 BERKELEY AVE | | MIDDLETOWN | RI | 02842-5354 | K28142 | 66.90 | * |
| FLORENCE MILLER | 8936 N SYRACUSE ST | | PORTLAND | OR | 97203-2938 | K40268 | 66.90 | * |
| FLORENCE PFITZER-KASTNER | 101 N ELM AVE | | WEBSTER GROVE | MO | 63119-2417 | K39253 | 66.90 | * |
| FLORENCE ROBERTSHAW | 185 MECHANIC ST | | RED BANK | NJ | 07701-2344 | K17021 | 66.90 | * |
| FLORENCE SCHULTZ | 3632 MICHELSON ST | | LAKEWOOD | CA | 90712-1413 | K57944 | 66.90 | * |
| FLORENCE SHERIDAN | 1226 TAFT AVE | | EAU CLAIRE | WI | 54701-6577 | K59738 | 66.90 | * |
| FLORENCE STROHMAYER | 22 TANGLEWOOD RD | | PALMYRA | VA | 22963-3316 | K62192 | 66.90 | * |
| FLORENCE TAURIELLO | 22 MONTAUK LN | | PALM COAST | FL | 32164-4273 | K25137 | 66.90 | * |
| FLORENCE TURNER | 120 KENDALL ST | | PORT ORCHARD | WA | 98366-3611 | K34337 | 66.90 | * |
| FLORENCE WILLIAMS | 369 MOURNING DOVE DR SE | | GRAND RAPIDS | MI | 49508-7254 | K44366 | 66.90 | * |
| FLORENCE WINDER | 3552 MILTON ST | | SHREVEPORT | LA | 71109-3326 | K21484 | 66.90 | * |
| FLORENE BATTON | 400 MORRISON AVE | | CUYAHOGA FALL | OH | 44221-2133 | K61587 | 66.90 | * |
| FLORENE JENKINS | 555 LAKEHURST RD APT 39 | | BROWNS MILLS | NJ | 08015-6064 | K48272 | 66.90 | * |
| FLORIDA MEMORIAL UNIVERSITY | FLORIDA MEMORIAL UNIVERSITY | 15800 NW 42ND AVE | MIAMI GARDENS | FL | 33054 | | 0.00 | ** |
| FLORIDA MEMORIAL UNIVERSITY | c/o SHELIA POWELL-COHEN | 15800 NW 42ND AVE | MIAMI GARDENS | FL | 33054 | | 0.00 | ** |
| FLORINDA [FLOSSIE] HIGHSMITH | 903 FRIO | | COTULLA | TX | 78014-2195 | K29786 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| FLORINE FENDLEY | 42944 WILLOW WEST CT | | LANCASTER | CA | 93536-4657 | K28666 | 66.90 | * |
| FLORINE K HASSETT | 31610 MIDDLEBORO ST | | LIVONIA | MI | 48154-4279 | K58772 | 66.90 | * |
| FLORINE VICK | 5912 OZARK DR | | FORT WORTH | TX | 76131-4007 | K15737 | 66.90 | * |
| FLOSSIE EDMOND | 2908 MORNING BROOK WAY | | PEARLAND | TX | 77584-2119 | V99694 | 66.90 | * |
| FLOURNOY [FLOYD] HIGHTOWER | 19 CRESCENT RD | | MIDDLETOWN | RI | 02842-6005 | K28247 | 66.90 | * |
| FLOWING WELLS HIGH SCHOOL | c/o MARY HOLLOWAY | 3725 N FLOWING WELLS RD | TUCSON | AZ | 85705-3099 | | 0.00 | ** |
| FLOYD A JONES | 1620 E WATROUS AVE | | DES MOINES | IA | 50320-1502 | K35373 | 66.90 | * |
| FLOYD A WHITE | 216 GLOSUP DR | | MC GEHEE | AR | 71654-9727 | K25169 | 66.90 | * |
| FLOYD BENSON | 884 CALLE DEL NORTE | | CAMARILLO | CA | 93010-8442 | K47023 | 66.90 | * |
| FLOYD BISHOP | PO BOX 881 | | IOWA | LA | 70647-0881 | K19339 | 66.90 | * |
| FLOYD BURAS | 713 LIVE OAK ST | | METAIRIE | LA | 70005-1243 | K53335 | 66.90 | * |
| FLOYD JACKSON | 4915 FRIDELL ST | | SAN ANTONIO | TX | 78237-1728 | V99373 | 66.90 | * |
| FLOYD PELFREY | 3467 S COUNTY ROAD 25 W | | GREENCASTLE | IN | 46135-8765 | K44682 | 66.90 | * |
| FLOYD W BROWN | 409 MAJESTY DR | | DAVENPORT | FL | 33837-0502 | K34802 | 66.90 | * |
| FLOYD W SANFORD | 98 VERSAILLES CT | | BLOOMINGDALE | IL | 60108-2538 | K52206 | 66.90 | * |
| FLOYD WALLO | 1505 APPLETREE RD | | HOWARDS GROVE | WI | 53083-1539 | K55594 | 66.90 | * |
| FLOYD WESLEY HEER | 834 N 3RD ST | | MONTROSE | CO | 81401-3510 | K17761 | 66.90 | * |
| FONDA SHEARER | 22810 HURDLE DITCH RD | | HARBESON | DE | 19951-2929 | K58002 | 66.90 | * |
| FOREST GROVE HIGH SCHOOL | c/o CONNIE POTTER | 1401 NICHOLS LN | FOREST GROVE | OR | 97116-3299 | | 0.00 | ** |
| FORREST L BARTON | 12660 PLAINVIEW RD | | KRUM | TX | 76249-8064 | K29973 | 66.90 | * |
| FORREST ROBERT DIXON JR | 1817 MAPLE ST | | WILMINGTON | DE | 19805-3842 | K14318 | 66.90 | * |
| FORREST S CHILTON | 3463 LITTLE HUNTING CREEK DR | | ALEXANDRIA | VA | 22309-1925 | K33183 | 66.90 | * |
| FORREST WAYNE CRANE | 9637 MIDNIGHT SUN AVE | | LAS VEGAS | NV | 89148-8404 | K17573 | 66.90 | * |
| FR JUDE [MITCHELL] ISRAEL OSB | 75376 RIVER RD | | SAINT BENEDIC | LA | 70457-9900 | K51299 | 66.90 | * |
| FRAN BIANCAMANO | 6 GRANT CT | | HAMILTON | NJ | 08619-3636 | K29241 | 66.90 | * |
| FRAN BOVOS | 1205 NEWBURY DR | | NORMAN | OK | 73071-3853 | K36234 | 66.90 | * |
| FRAN FRY | 2471 SOLANO AVE # 225 | | NAPA | CA | 94558-4645 | K41223 | 66.90 | * |
| FRAN KNAPP | 4512 LOMINA AVE | | LAKEWOOD | CA | 90713-2545 | K30418 | 66.90 | * |
| FRAN LINDLEY | 161 EMILY ANN DR | | WINSTON SALEM | NC | 27107-8686 | K23176 | 66.90 | * |
| FRAN TIECH | 411 S HOLLYBROOK DR APT 201 | | PEMBROKE PINE | FL | 33025-1214 | K51357 | 66.90 | * |
| FRANCELLA VOIGT | 120 E OCOTILLO ST | | CASA GRANDE | AZ | 85122-2525 | K56973 | 66.90 | * |
| FRANCES [BUNNY] KROHN | 12619 REMO CT | | BOCA RATON | FL | 33496-1948 | K15299 | 66.90 | * |
| FRANCES [FRAN] GRASSO | 176 N 8TH ST | | LINDENHURST | NY | 11757-3742 | K37053 | 66.90 | * |
| FRANCES [FRAN] KIESS | 416 5TH AVE N | | COLD SPRING | MN | 56320-1407 | K23499 | 66.90 | * |
| FRANCES [FRAN] MORRIS | 1140 LEONARD BLVD | | KENT | OH | 44240-3333 | K61319 | 66.90 | * |
| FRANCES [FRANNIE] JAMANIS | 1409 CENTER RD | | LANCASTER | PA | 17603-4729 | K31547 | 66.90 | * |
| FRANCES [MARIAN] HALL | 310 BRITTON DR | | GENEVA | OH | 44041-1248 | K19847 | 66.90 | * |
| FRANCES A HESS | 35 E 75TH ST # 3E | | NEW YORK | NY | 10021-2762 | K46802 | 66.90 | * |
| FRANCES A WINCE | 324 W NORTH AVE | | ADA | OH | 45810-1803 | K44622 | 66.90 | * |
| FRANCES ABRAMS | 19 STANTON AVE | | SOUTH HADLEY | MA | 01075-1515 | K50866 | 66.90 | * |
| FRANCES ALLEN | 1013 HEROLD AVE | | DES MOINES | IA | 50315-3854 | K22823 | 66.90 | * |
| FRANCES B ZEIMETZ | 26141 W WINDING OAK CT | | CHANNAHON | IL | 60410-3371 | K50452 | 66.90 | * |
| FRANCES BEIMAN | 1807 NW ROSE CT | | LEES SUMMIT | MO | 64081-1177 | K48262 | 66.90 | * |
| FRANCES BELL | 2310 E WOODSTOCK PL | | BLOOMINGTON | IN | 47401-6179 | K55368 | 66.90 | * |
| FRANCES BERRY | 1329 WYANT WAY | | SACRAMENTO | CA | 95864-2637 | K18679 | 66.90 | * |
| FRANCES BREZINSKI | 50 MICHIENZI RD | | BERNE | NY | 12023-2402 | K40335 | 66.90 | * |
| FRANCES BRUBAKER | 1001 E OREGON RD | | LITITZ | PA | 17543-9205 | K27752 | 66.90 | * |
| FRANCES CASH | 111 GEERS DR | | LEBANON | TN | 37087-3026 | K41001 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| FRANCES CHAPMAN | 5306 COBALT CT | | CAPE CORAL | FL | 33904-5816 | K61266 | 66.90 | * |
| FRANCES CHOWHAN | 21 MANN AVE | | SIMCOE | ON | N3Y 5J3 | K29708 | 66.90 | * |
| FRANCES CUMMINGS | 1245 E COUNTY ROAD 400 S | | CLAYTON | IN | 46118-9427 | K25690 | 66.90 | * |
| FRANCES CUNNINGHAM | PO BOX 230 | | GLEN HAVEN | CO | 80532-0230 | K33593 | 66.90 | * |
| FRANCES DEFILIPPIS | 27 RONALD LN | | SYOSSET | NY | 11791-3518 | K36993 | 66.90 | * |
| FRANCES DITRAPANO | 7 APPLE BLOSSOM LN APT A | | COLONIE | NY | 12205-3703 | K24400 | 66.90 | * |
| FRANCES E [TINY] POWELL-HAWTHORNE | 235 SARAH LN | | LUMBERTON | TX | 77657-7590 | K63071 | 66.90 | * |
| FRANCES EISENHAUER | 1714 W CHARLESTON AVE | | PHOENIX | AZ | 85023-2303 | K18942 | 66.90 | * |
| FRANCES F MOORE | 10711 SW 152ND ST | | MIAMI | FL | 33157-1326 | K40390 | 66.90 | * |
| FRANCES FANTASIA | 919 HAZELWOOD AVE | | SCHENECTADY | NY | 12306-4915 | K20934 | 66.90 | * |
| FRANCES FELDSINE | 51 WALDEN LN | | PITTSFIELD | MA | 01201-1556 | K20247 | 66.90 | * |
| FRANCES FREEMAN | 616 DOUGLAS ST | | LITTLE ELM | TX | 75068-5226 | K42019 | 66.90 | * |
| FRANCES G [GERI] SULLIVAN | 31 10TH AVE W | | SOUTHERN SHOR | NC | 27949-3224 | K60824 | 66.90 | * |
| FRANCES GRAHAM | 828 CONSHOHOCKEN STATE RD | | GLADWYNE | PA | 19035-1428 | K33648 | 66.90 | * |
| FRANCES HALPER | 137 E 36TH ST APT 15K | | NEW YORK | NY | 10016-3528 | K46258 | 66.90 | * |
| FRANCES HASTE | 101 BRADFORD HWY | | TRENTON | TN | 38382-9488 | K30814 | 66.90 | * |
| FRANCES J LITTLE | 181 KELLER LN | | MARION | VA | 24354-4405 | K27494 | 66.90 | * |
| FRANCES JEAN WILLIAMSON | 2412 WESTLINE DR | | JOLIET | IL | 60431-1245 | K49765 | 66.90 | * |
| FRANCES L CROWE | 744 N EASTLAND ST | | ELMHURST | IL | 60126-1706 | K59700 | 66.90 | * |
| FRANCES L GORDON | 424 S COUNTRY CLUB DR | | LAKE WORTH | FL | 33462-1204 | K50831 | 66.90 | * |
| FRANCES LESON | 3028 FAIRVIEW RD | | GIBSONIA | PA | 15044-9129 | K43697 | 66.90 | * |
| FRANCES LOUISE ADDISON LACUE | 3240 NW 1ST CT | | FORT LAUDERDA | FL | 33311-8402 | K43181 | 66.90 | * |
| FRANCES M BURKE | 14517 PERRYWOOD DR | | BURTONSVILLE | MD | 20866-1751 | K29790 | 66.90 | * |
| FRANCES M VOLZ | 25610 S BURNABY DR | | SUN LAKES | AZ | 85248-7923 | K62234 | 66.90 | * |
| FRANCES M WALLING | 11515 BOULDER DR E APT 160 | | LOWELL | MI | 49331-8624 | K35545 | 66.90 | * |
| FRANCES MARIE MATTHEWS | 9887 STATE ROUTE 124 | | SHERMAN | IL | 62684-8451 | K44980 | 66.90 | * |
| FRANCES MARIE PEARSALL | 831 S 6TH ST | | MONTROSE | CO | 81401-5728 | K17206 | 66.90 | * |
| FRANCES MCELHILL | 421 EDGEMOOR DR | | MOORESTOWN | NJ | 08057-3421 | K49426 | 66.90 | * |
| FRANCES NELLI | 710 ORR ST | | ROCKDALE | IL | 60436-2478 | K56403 | 66.90 | * |
| FRANCES NEMEC | 1850 COUNTRY CLUB DR | | MARION | IA | 52302-5516 | K58366 | 66.90 | * |
| FRANCES NOWAK | 951 33RD AVE N | | SAINT CLOUD | MN | 56303-2237 | K20197 | 66.90 | * |
| FRANCES PAPROCKI | 527 BEDFORD LN | | DES PLAINES | IL | 60016-2936 | K52567 | 66.90 | * |
| FRANCES PARKE | 3605 BLUE LAGOON DR | | RUSKIN | FL | 33570-6164 | K15704 | 66.90 | * |
| FRANCES ROSS | 1034 LIBERTY PARK DR APT 113 | | AUSTIN | TX | 78746-6850 | K57871 | 66.90 | * |
| FRANCES ROWLAND | 505 ROWLAND MILL RD | | BRUCETON | TN | 38317-2215 | K30601 | 66.90 | * |
| FRANCES RUTH [FRAN] GOLDFARB | 328 WAYCLIFFE DR N | | WAYZATA | MN | 55391-1390 | K38254 | 66.90 | * |
| FRANCES RUTH JACKSON | 2900 CRESCENT DR | | INTERNATIONAL | MN | 56649-4416 | K18403 | 66.90 | * |
| FRANCES SEVICK | 203 WOODWARD AVE | | SAUSALITO | CA | 94965-1734 | K11241 | 66.90 | * |
| FRANCES SIEFRING | 2715 MERCER DARKE CO LINE RD | | FORT RECOVERY | OH | 45846-9601 | K32396 | 66.90 | * |
| FRANCES SKAGGS | 1400 BEECH ST | | CAYCE | SC | 29033-3008 | K31032 | 66.90 | * |
| FRANCES STAKE | 3943 GEORGE RD | | WISCONSIN RAP | WI | 54495-9371 | K47805 | 66.90 | * |
| FRANCES STARRATT | 6 WAYSIDE CIR | | FRAMINGHAM | MA | 01701-5027 | K15558 | 66.90 | * |
| FRANCES SUNDERLAND | 8450 112TH ST APT 101 | | SEMINOLE | FL | 33772-4221 | K44595 | 66.90 | * |
| FRANCES TENNEY SANDS | 509 SPRUCE LN | | VILLANOVA | PA | 19085-1805 | K35915 | 66.90 | * |
| FRANCES TOMASSETTI | 2235 AUTUMN WAY | | RICHMOND | IN | 47374-1666 | K25019 | 66.90 | * |
| FRANCES VERBEEK | 770 WELSH RD APT 819 | | HUNTINGDON VA | PA | 19006-6341 | K36380 | 66.90 | * |
| FRANCES W CHAVOUS | 3307 CLOVER MEADOWS DR | | CHESAPEAKE | VA | 23321-4406 | K19049 | 66.90 | * |
| FRANCES WARD | 4436 E ROLSTON RD | | LINDEN | MI | 48451-9479 | K56524 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| FRANCES WARFIELD | PO BOX 322 | | EAGLE LAKE | TX | 77434-0322 | K55158 | 66.90 | * |
| FRANCES WHITESELL | 1412 JUNIPER DR | | ALAMOGORDO | NM | 88310-3902 | K50934 | 66.90 | * |
| FRANCES WILLIAMS | 217 N MILL ST | | DOWELLTOWN | TN | 37059-2040 | K36078 | 66.90 | * |
| FRANCES WOODSON | 9852 PAMELA DR | | TEMPERANCE | MI | 48182-9309 | K32591 | 66.90 | * |
| FRANCESCA [JERRY] OAKLEY | 2509 MYRTLE ST | | MONROE | LA | 71201-3327 | K62878 | 66.90 | * |
| FRANCESCO F [FRANK] RIGGIO | 3109 W FARGO AVE | | CHICAGO | IL | 60645-1109 | K53658 | 66.90 | * |
| FRANCHESTA DIOR HALL | 3104 BARLOW ST | | MONROE | LA | 71201-8208 | K21993 | 66.90 | * |
| FRANCIA SHAW | 563 EAGLE CREEK DR | | NAPLES | FL | 34113-8027 | K62364 | 66.90 | * |
| FRANCINE [JOYCE] BRYANT | 4 BARCLAY CT | | ROCKVILLE | MD | 20850-2919 | K41228 | 66.90 | * |
| FRANCINE A FOGELSTROM | 38 DOLPHIN RD | | LEVITTOWN | PA | 19056-1008 | K23667 | 66.90 | * |
| FRANCINE LEVINE | 160 MIDDLE NECK RD APT 6B | | GREAT NECK | NY | 11021-1208 | K62313 | 66.90 | * |
| FRANCINE STOLLSTEIMER | 134 W SOUTH 2ND ST | | MONTROSE | CO | 81401-3409 | K19065 | 66.90 | * |
| FRANCINE ZICK | 851 ADAMS CT | | BLOOMFIELD HI | MI | 48304-3704 | K59304 | 66.90 | * |
| FRANCIS [FRANK] MANNING | 225 RIVERSIDE DR | | DEDHAM | MA | 02026-6926 | K13912 | 66.90 | * |
| FRANCIS ALVES | 217 MORRISON AVE | | MIDDLETOWN | RI | 02842-7605 | K26348 | 66.90 | * |
| FRANCIS ANTHONY PERRY | 584 JEPSON LN | | MIDDLETOWN | RI | 02842-4608 | K28189 | 66.90 | * |
| FRANCIS C [FLIP] ZEVNIK | 1544 S 11TH ST | | SHEBOYGAN | WI | 53081-5807 | K36536 | 66.90 | * |
| FRANCIS C CLARK JR | PO BOX 2406 | | SPARTANBURG | SC | 29304-2406 | K38981 | 66.90 | * |
| FRANCIS E POLSON | 2131 RIVER BEND RD | | PLOVER | WI | 54467-2731 | K55243 | 66.90 | * |
| FRANCIS E POWERS | 45 FOREST DR | | PAINESVILLE | OH | 44077-2505 | K44328 | 66.90 | * |
| FRANCIS F PATERRA | 14231 APPLEBLOSSOM LN | | MORENO VALLEY | CA | 92553-4482 | K60478 | 66.90 | * |
| FRANCIS GOODWYN | 15 LAKE WALK XING | | HAMPTON | VA | 23666-5536 | K12936 | 66.90 | * |
| FRANCIS J [JACK] MCCOMBS | 65 TURKEY CRK | | ALACHUA | FL | 32615-9569 | K60648 | 66.90 | * |
| FRANCIS J ERNE | 1715 TUXWORTH AVE | | CINCINNATI | OH | 45238-4014 | K43157 | 66.90 | * |
| FRANCIS J FORD | 11 KINGFISHER WAY | | WATERFORD | CT | 06385-2119 | K11509 | 66.90 | * |
| FRANCIS J KRIVDA | 2526 MERCANTILE ST | | MCKEESPORT | PA | 15132-5777 | K60733 | 66.90 | * |
| FRANCIS J LIBERI | 120 CORNWALL DR | | HADDON TOWNSH | NJ | 08107-1014 | K41425 | 66.90 | * |
| FRANCIS JOS [PINEY] PINE | 63 LISA TER | | PORTSMOUTH | RI | 02871-2603 | K29788 | 66.90 | * |
| FRANCIS LEAVITT | 17927 TROMBLEY RD | | SNOHOMISH | WA | 98290-6352 | K39058 | 66.90 | * |
| FRANCIS M SHAWL | 188 HILLCREST AVE | | WOOD RIDGE | NJ | 07075-1606 | K33575 | 66.90 | * |
| FRANCIS P [PAT] KELLY | 1919 S 35TH ST | | OMAHA | NE | 68105-2524 | K52244 | 66.90 | * |
| FRANCIS SCARCELLO | 1443 BRIGHTON CIR | | OLD HICKORY | TN | 37138-1680 | K27397 | 66.90 | * |
| FRANCIS SHERRY | 14315 NW 14TH ST | | PEMBROKE PINE | FL | 33028-2903 | K30030 | 66.90 | * |
| FRANCIS SMITH | 8538 DAVINGTON DR | | DUBLIN | OH | 43017-7617 | K16610 | 66.90 | * |
| FRANCIS SMYTH | 407 BENVENUE AVE | | LOS ALTOS | CA | 94024-4007 | K58060 | 66.90 | * |
| FRANCIS WOGLOM | 113 RIDGE ST | | CRANFORD | NJ | 07016-2043 | K14707 | 66.90 | * |
| FRANCISCO BEUDEKER | 19202 HOLLIS AVE | | HOLLIS | NY | 11423-2833 | K45483 | 66.90 | * |
| FRANCISCO CABRERA | 1900 MAIN ST APT 28 | | MANSON | IA | 50563-9728 | K22057 | 66.90 | * |
| FRANCISCO XAVIER FLORES | 364 BELLEVUE AVE | | DALY CITY | CA | 94014-1365 | K51761 | 66.90 | * |
| FRANK A FOLK MD | 446 S COLUMBIA ST | | NAPERVILLE | IL | 60540-5418 | K52585 | 66.90 | * |
| FRANK A GAMBINO | 2616 METAIRIE HEIGHTS AVE | | METAIRIE | LA | 70002-6205 | K50883 | 66.90 | * |
| FRANK A MACHARONI JR | 322 BRONSTON TRL | | BEAVERCREEK | OH | 45430-2002 | K46453 | 66.90 | * |
| FRANK A RIDDLE | 5917 EAGLE BLUFF TRL | | CHATTANOOGA | TN | 37416-1124 | K13729 | 66.90 | * |
| FRANK A WEER | 6361 DREXEL RD | | PHILADELPHIA | PA | 19151-2511 | K38115 | 66.90 | * |
| FRANK ALLOCCO | 1617 AVALON AVE | | JOLIET | IL | 60435-5715 | K48977 | 66.90 | * |
| FRANK ANTHONY | 10411 SW 22ND AVE | | GAINESVILLE | FL | 32607-3267 | K32965 | 66.90 | * |
| FRANK B HARRIS | 3 MACEDONIA ST | | SAN FRANCISCO | CA | 94110-5319 | K43518 | 66.90 | * |
| FRANK BAHR | 3259 HIGHWAY 53 | | INTERNATIONAL | MN | 56649-8923 | K21915 | 66.90 | * |

Legend:

\* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

\*\* = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 173 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| FRANK BARANYAI | 4095 PINE DR | | COCHRANTON | PA | 16314-7053 | K44455 | 66.90 | * |
| FRANK BARRETTA | 89 SALEM HEIGHTS EST | | LAKE ARIEL | PA | 18436-6125 | K52017 | 66.90 | * |
| FRANK BORESEK | PO BOX 2703 | | EUGENE | OR | 97402-0263 | K18564 | 66.90 | * |
| FRANK BRIAN BERKHOUSE | 1311 6TH ST | | WESTMORELAND | PA | 15692-1275 | K43849 | 66.90 | * |
| FRANK C NEWYEAR | 21559 PARKVIEW DR | | DEFIANCE | OH | 43512-6815 | K42090 | 66.90 | * |
| FRANK CITTERBART | 226 SELLERSVILLE DR | | EAST STROUDSB | PA | 18302-9720 | K62462 | 66.90 | * |
| FRANK COATES | 708 WHIPPOORWILL DR | | WASHINGTON | IL | 61571-3238 | K45923 | 66.90 | * |
| FRANK CORNWELL | 387 W TANNER PL | | CITRUS SPRING | FL | 34434-6173 | K32897 | 66.90 | * |
| FRANK D FRANKSTON | 6818 BRETON WAY | | CYPRESS | CA | 90630-5430 | K41452 | 66.90 | * |
| FRANK D ROCHON | 6100 HOLLY CT | | COOPERSBURG | PA | 18036-9735 | K44594 | 66.90 | * |
| FRANK DAWSON | 2219 TWITCHELL ST | | COUSHATTA | LA | 71019-8760 | K62842 | 66.90 | * |
| FRANK DOWNING | 2512 W 350 N | | MARION | IN | 46952-6880 | K55184 | 66.90 | * |
| FRANK E FURSTENBERG | 6603 W 132ND TER | | OVERLAND PARK | KS | 66209-3905 | K30546 | 66.90 | * |
| FRANK E MARKS JR | 1525 W 1ST PL | | MESA | AZ | 85201-6208 | K53469 | 66.90 | * |
| FRANK E SISTARE | 48 LOWER BARTLETT RD | | QUAKER HILL | CT | 06375-1115 | K18152 | 66.90 | * |
| FRANK EBELL | 215 MILLHAM ST | | MARLBOROUGH | MA | 01752-7000 | K13022 | 66.90 | * |
| FRANK ELMEN | 2018 BUFFALO BEND DR | | LEWISVILLE | TX | 75067-7425 | K35441 | 66.90 | * |
| FRANK ENGARDIO | 12831 CAMINO RAMILLETTE | | SAN DIEGO | CA | 92128-1708 | K41771 | 66.90 | * |
| FRANK F LODATO PHD | 31 S LACLEDE PL | | ATLANTIC CITY | NJ | 08401-5805 | K45598 | 66.90 | * |
| FRANK FELIX | 1805 N CARSON ST # 5 | | CARSON CITY | NV | 89701-1216 | K15985 | 66.90 | * |
| FRANK FIAMINGO | 36 SELMA DR | | MANAHAWKIN | NJ | 08050-3805 | K14036 | 66.90 | * |
| FRANK FORENCICH | 139 AMAPOLA AVE | | PACIFICA | CA | 94044-3102 | K52000 | 66.90 | * |
| FRANK FOSCO | 307 CYPRESS ST | | PEKIN | IL | 61554-2509 | K49585 | 66.90 | * |
| FRANK FOSTER | 515 EVERGREEN DR | | MANDEVILLE | LA | 70448-7574 | K56295 | 66.90 | * |
| FRANK FULLENKAMP | PO BOX 312 | | VERSAILLES | OH | 45380-0312 | K31350 | 66.90 | * |
| FRANK H STRICKLAND | 4011 WINDSWEPT DR | | MADISON | AL | 35757-7928 | K29760 | 66.90 | * |
| FRANK HATCH | 2158 BEGONIA CT | | HEMET | CA | 92545-5615 | K21659 | 66.90 | * |
| FRANK HEASLEY | 458 PENNCRAFT RD | | EAST MILLSBOR | PA | 15433-1269 | K60982 | 66.90 | * |
| FRANK HENDERSON MCPHERSON | 754 APPLEGATE LN | | BRYN MAWR | PA | 19010-1117 | K39138 | 66.90 | * |
| FRANK HOLLENBERGER | W6729 COUNTY ROAD Z | | PLYMOUTH | WI | 53073-3919 | K48540 | 66.90 | * |
| FRANK IOPPOLO SR | 9101 BAY POINT DR | | ORLANDO | FL | 32819-4804 | K54277 | 66.90 | * |
| FRANK J AIELLO | 30174 448TH AVE | | VOLIN | SD | 57072-5706 | K21755 | 66.90 | * |
| FRANK J CUMMINGS | 2607 ROCKPORT LN APT 206 | | NAPERVILLE | IL | 60564-4775 | K33608 | 66.90 | * |
| FRANK J KOSTUSAK | 6385 GOLDEN GOOSE LN | | LAS VEGAS | NV | 89118-1950 | K46428 | 66.90 | * |
| FRANK J KRUPKA | 4035 PRINCETON BLVD | | SOUTH EUCLID | OH | 44121-2368 | K46074 | 66.90 | * |
| FRANK J MATRKA | 29715 BRUCE DR | | WILLOWICK | OH | 44095-4505 | K43205 | 66.90 | * |
| FRANK J REPOSH | 5112 51ST LN W | | BRADENTON | FL | 34210-4700 | K49656 | 66.90 | * |
| FRANK J RUCCIO | 2939 CHESTER ST | | MCKEESPORT | PA | 15132-1825 | K60903 | 66.90 | * |
| FRANK J SOLONINKA | 6407 FISHER CT | | WALDORF | MD | 20603-4317 | K24233 | 66.90 | * |
| FRANK J VESSIO | 901 E 56TH ST APT 6B | | BROOKLYN | NY | 11234-1728 | K52674 | 66.90 | * |
| FRANK KALMAR | 66 HAZELWOOD AVE | | SAN FRANCISCO | CA | 94112-1363 | K57437 | 66.90 | * |
| FRANK L HANS JR | 5162 WESTERN HILLS CT | | NASHVILLE | NC | 27856-8772 | K17642 | 66.90 | * |
| FRANK L MORRIS | 1907 PAMMEL PARK RD | | WINTERSET | IA | 50273-8317 | K24707 | 66.90 | * |
| FRANK L NOVASCONE III | 1148 N BRACKEN ST | | WICHITA | KS | 67206-4146 | K31374 | 66.90 | * |
| FRANK LOPEZ | 279 HERNANDO RD | | WINTER HAVEN | FL | 33884-1028 | K57639 | 66.90 | * |
| FRANK M [MONTY] GEORGE | 401 S BARBARA DR | | TAMPA | FL | 33609-3595 | K44687 | 66.90 | * |
| FRANK MCCAW | 6525 N HIGH ST # 320 | | WORTHINGTON | OH | 43085-4045 | K20736 | 66.90 | * |
| FRANK MERRILL | PO BOX 669 | | MACOMB | IL | 61455-0669 | V99864 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| FRANK MICHAEL BOLOGNA | 1611 ALTHEA DR | | HOUSTON | TX | 77018-5101 | K54299 | 66.90 | * |
| FRANK N THOMAS | 9775 FAIRMOUNT RD | | NEWBURY | OH | 44065-9799 | K44850 | 66.90 | * |
| FRANK ORRIS | 2107 CYPRESS DR | | WHITE OAK | PA | 15131-1809 | K60533 | 66.90 | * |
| FRANK P DAPKUS | 7 WOODLAND RD | | NEW VERNON | NJ | 07976-9718 | K39441 | 66.90 | * |
| FRANK P LOCHEL | 415 CREEK AVE | | DELANO | MN | 55328-4570 | K37683 | 66.90 | * |
| FRANK PASSAGLIA | 32 SEVILLE WAY | | SAN MATEO | CA | 94402-2831 | K54449 | 66.90 | * |
| FRANK PEAVY | 2306 N NORTH ST | | PEORIA | IL | 61604-3535 | K45723 | 66.90 | * |
| FRANK PLOMBON | PO BOX 631 | | MC LEAN | VA | 22101-0631 | K19124 | 66.90 | * |
| FRANK R [FLIP] DIFILIPPO | 113 HIBISCUS CT | | LITITZ | PA | 17543-8305 | K39616 | 66.90 | * |
| FRANK R EVANS | 510 HARTFORD AVE APT 1 | | AURORA | IL | 60506-3390 | K54916 | 66.90 | * |
| FRANK R FARRONI | 2743 LOST NATION RD | | WILLOUGHBY | OH | 44094-7568 | K53163 | 66.90 | * |
| FRANK R SMITH | 405 N COLUMBUS ST | | LANCASTER | OH | 43130-3034 | K50501 | 66.90 | * |
| FRANK R TILL | 324 GLENBURNEY DR APT 302 | | FAYETTEVILLE | NC | 28303-5181 | K44496 | 66.90 | * |
| FRANK R WALKER | 22 WINDMILL WAY | | GREENVILLE | SC | 29615-6150 | K45404 | 66.90 | * |
| FRANK R WOOTEN | 855 STARWICK DR | | ANN ARBOR | MI | 48105-1285 | K58645 | 66.90 | * |
| FRANK RADZVILOWICZ | 35 MULLEN HILL RD | | WATERFORD | CT | 06385-1908 | K10035 | 66.90 | * |
| FRANK RAFFA | 202 BONNIE LN | | LOUISVILLE | KY | 40218-3210 | K33386 | 66.90 | * |
| FRANK ROMAKER | 2879 SEQUOIA DR | | MACUNGIE | PA | 18062-8431 | K46810 | 66.90 | * |
| FRANK S FRANGELLA JR | 3629 DUFFER CT | | ZELLWOOD | FL | 32798-9762 | K26181 | 66.90 | * |
| FRANK SAUTER | 803 WATER VIEW TER | | MOUNT JULIET | TN | 37122-2530 | K58253 | 66.90 | * |
| FRANK STANSBERRY | 80 OAKLEIGH DR | | MAITLAND | FL | 32751-5833 | K14470 | 66.90 | * |
| FRANK STELZEL | 3409 S 25TH ST | | MILWAUKEE | WI | 53215-4819 | K41358 | 66.90 | * |
| FRANK STOUGH SNYDER | 2866 SUMMER CREEK CT | | ROCK HILL | SC | 29732-8933 | K35563 | 66.90 | * |
| FRANK SUPAN | 393 W RIO ALTAR | | GREEN VALLEY | AZ | 85614-3941 | K44826 | 66.90 | * |
| FRANK SWEETEN | 4480 MARKET COMMONS DR UNIT | | FAIRFAX | VA | 22033-6060 | K40987 | 66.90 | * |
| FRANK T BOWSER | 7522 E POND CT | | CONCORD TOWNS | OH | 44077-8961 | K47608 | 66.90 | * |
| FRANK T DUNN | 308 DEBRA ST | | COVINGTON | OH | 45318-1722 | K50931 | 66.90 | * |
| FRANK TEACHOUT | 1203 LAUREL OAK LN | | LADY LAKE | FL | 32159-4238 | K58335 | 66.90 | * |
| FRANK THOMAS DOMINICK III | 44 LUPINE LN | | SELINSGROVE | PA | 17870-9683 | K19132 | 66.90 | * |
| FRANK TRAUB | 1117 ARIS AVE | | METAIRIE | LA | 70005-2211 | K54783 | 66.90 | * |
| FRANK TRUESDELL | 2298 RADCLIFF DR | | LAWRENCEVILLE | GA | 30043-2005 | K61715 | 66.90 | * |
| FRANK V PAOLI | 2515 WALNUT ST | | HARRISBURG | PA | 17103-1753 | K45280 | 66.90 | * |
| FRANK W ARBAUGH | 213 PINECREST LN | | LANSDALE | PA | 19446-1476 | K37123 | 66.90 | * |
| FRANK WHALEN | 1 ETHEL ST | | EAST PATCHOGU | NY | 11772-4708 | K52183 | 66.90 | * |
| FRANK WISZ | 1105 EAGLE NEST DR | | MILFORD | MI | 48381-2821 | K58485 | 66.90 | * |
| FRANKI GILLEN | 30181 S 563 RD | | AFTON | OK | 74331-2798 | K50208 | 66.90 | * |
| FRANKIE SHAMBAUGH | 6208 EUCLID AVE | | BAKERSFIELD | CA | 93308-2819 | K33481 | 66.90 | * |
| FRANKLIN B JAMES | 8726 ORCUTT AVE | | HAMPTON | VA | 23666-2858 | K13445 | 66.90 | * |
| FRANKLIN B LIBSON | 2356 SYLMAR DR | | SEWICKLEY | PA | 15143-8509 | K42338 | 66.90 | * |
| FRANKLIN BESKID | 2192 PARKWAY W | | HARRISBURG | PA | 17112-9160 | K61746 | 66.90 | * |
| FRANKLIN CLARK | 1136 NW 204TH ST | | MIAMI | FL | 33169-2456 | K42255 | 66.90 | * |
| FRANKLIN D LEE | 9217 PALOMA LN | | SPRINGFIELD | VA | 22153-1604 | K54633 | 66.90 | * |
| FRANKLIN GLENN HAUS | 138 LUMBEE CIR UNIT 17 | | PAWLEYS ISLAN | SC | 29585-4379 | K28897 | 66.90 | * |
| FRANKLIN GUNTHER | 1984 CHURCH AVE | | SCOTCH PLAINS | NJ | 07076-1833 | K51241 | 66.90 | * |
| FRANKLIN KEETER JR | 2002 FARMAWAY DR | | BARDSTOWN | KY | 40004-8951 | K36984 | 66.90 | * |
| FRANKLIN RANDOLPH WILLIAMS | 18 WAYLAND DR | | PORTSMOUTH | VA | 23703-4232 | K14061 | 66.90 | * |
| FRANKLIN S KILE | 240 S MESQUITE ST | | WICKENBURG | AZ | 85390-1375 | K59410 | 66.90 | * |
| FRANKLYN HARRISON | 7307 N 17TH AVE | | PHOENIX | AZ | 85021-7929 | K10783 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| FRED [FRITZ] KREZ | 6501 LINDEN CIR | | WINDSOR | WI | 53598-9719 | K50252 | 66.90 | * |
| FRED [FRITZ] WORKMAN | 9855 E IRVINGTON RD UNIT 297 | | TUCSON | AZ | 85730-5248 | K60768 | 66.90 | * |
| FRED A NEBRIG | 60 MEADOW LN | | BREVARD | NC | 28712-4218 | K33180 | 66.90 | * |
| FRED A TAYLOR | 131 N POPLAR ST | | RISING SUN | IN | 47040-1228 | K50310 | 66.90 | * |
| FRED ATHORP | PO BOX 792 | | WARD COVE | AK | 99928-0792 | K46142 | 66.90 | * |
| FRED B BUNT | 1 HOWARD ST | | NEW PALTZ | NY | 12561-2110 | K62598 | 66.90 | * |
| FRED B TISOVIC | 50610 MANDARINA | | LA QUINTA | CA | 92253-4591 | K47216 | 66.90 | * |
| FRED BOEHNER | 1785 CHARDONNAY DR | | MORROW | OH | 45152-9665 | K39640 | 66.90 | * |
| FRED BUSH | 22339 DEVONSHIRE ST | | WOODHAVEN | MI | 48183-1403 | K56163 | 66.90 | * |
| FRED BUTLER | 5021 HEYER AVE | | CASTRO VALLEY | CA | 94552-3720 | K31159 | 66.90 | * |
| FRED C FLECK | 14207 N ST | | OMAHA | NE | 68137-1515 | K53090 | 66.90 | * |
| FRED C SCHWEIKHART | 6 STAYMAN RD | | VERNON | NJ | 07462-3127 | K37634 | 66.90 | * |
| FRED CIELINSKI | 228 30TH AVE N | | SAINT CLOUD | MN | 56303-4130 | K22587 | 66.90 | * |
| FRED CONWAY JR | 3792 DENLINGER RD | | TROTWOOD | OH | 45426-2326 | K44184 | 66.90 | * |
| FRED D CONDON | 2114 CALLAWAY CT | | VERSAILLES | OH | 45380-8597 | K32887 | 66.90 | * |
| FRED D DAUM | 2142 NEW HOLLAND PIKE | | LANCASTER | PA | 17601-5418 | K35574 | 66.90 | * |
| FRED DIEHL | 700 CHEW ST | | HAMBURG | PA | 19526-1415 | K51219 | 66.90 | * |
| FRED EPSTEIN | 4909 LACLEDE AVE APT 2101 | | ST LOUIS | MO | 63108-1414 | K41892 | 66.90 | * |
| FRED ERTEL | 3715 S 14TH ST | | SHEBOYGAN | WI | 53081-7256 | K46874 | 66.90 | * |
| FRED FLEISCHMANN | 20 BOONE DR | | TROY | OH | 45373-9372 | K45305 | 66.90 | * |
| FRED GOULD | 724 1/2 GREEN RD | | CHATSWORTH | GA | 30705-2712 | K33978 | 66.90 | * |
| FRED GRAUS | 328 N FLORENCE ST | | WICHITA | KS | 67212-2131 | K44327 | 66.90 | * |
| FRED H JAEGER JR | 918 BRITTLEY WAY | | APEX | NC | 27502-6438 | K35098 | 66.90 | * |
| FRED H KIRSCHMAN | 111 EGRET BLVD NW | | COON RAPIDS | MN | 55448-5077 | K19575 | 66.90 | * |
| FRED H LEONHARDT | 606 FIREHOUSE LN | | GAITHERSBURG | MD | 20878-5669 | K42695 | 66.90 | * |
| FRED HALL | 1217 NE 117TH ST | | VANCOUVER | WA | 98685-4029 | K19079 | 66.90 | * |
| FRED HANFT | 226 AUTUMN DR | | EXTON | PA | 19341-2910 | K37207 | 66.90 | * |
| FRED HESTON | 3918 SE 20TH AVE | | CAPE CORAL | FL | 33904-5017 | K14618 | 66.90 | * |
| FRED JOHNSON | 1630 WILLIAMS HWY PMB 26 | | GRANTS PASS | OR | 97527-5660 | K34334 | 66.90 | * |
| FRED KRAMER | 2464 W MAPLE GROVE RD | | BLOOMINGTON | IN | 47404-9545 | K31831 | 66.90 | * |
| FRED KUEBLER | 730 MALENA DR | | ANN ARBOR | MI | 48103-9355 | V98993 | 66.90 | * |
| FRED LEWIS LEBLANC | 3524 HERO DR | | GRETNA | LA | 70053-7616 | K51124 | 66.90 | * |
| FRED M PHILLIPS | 7567 SAN PEDRO ST | | BOYNTON BEACH | FL | 33437-4089 | K27096 | 66.90 | * |
| FRED M ROBERTSON | 180 PEACHWOOD DR | | HAYSVILLE | KS | 67060-1900 | K29377 | 66.90 | * |
| FRED MANSS | 2191 FLEETWOOD DR | | SAN BRUNO | CA | 94066-1917 | K54135 | 66.90 | * |
| FRED O CRONKHITE | 14088 WESTMORE RD | | HUNTLEY | IL | 60142-6201 | K22002 | 66.90 | * |
| FRED P BRAUN JR | 257 APACHE TRL W | | LAKE QUIVIRA | KS | 66217-8706 | K36281 | 66.90 | * |
| FRED PAUL | 217 LINDSAY LANDING LN | | YORKTOWN | VA | 23692-3328 | K51788 | 66.90 | * |
| FRED R HOPKINS | 567 STEVENS BLVD | | EASTLAKE | OH | 44095-2518 | K44035 | 66.90 | * |
| FRED R REYES | 1113 EMERALD DR | | STORM LAKE | IA | 50588-2726 | K21930 | 66.90 | * |
| FRED RANCE | 8232 60TH ST NE | | WEBSTER | ND | 58382-9638 | K35666 | 66.90 | * |
| FRED ROSENBERG-WILMOTH | 755 10TH AVE APT 6A | | NEW YORK | NY | 10019-5264 | K48019 | 66.90 | * |
| FRED S NEYHARD | 44 PEACEFUL LN | | EPHRATA | PA | 17522-9156 | K59490 | 66.90 | * |
| FRED S WOODRUFF | 129 W SILVER MAPLE DR | | SLIDELL | LA | 70458-5466 | K50981 | 66.90 | * |
| FRED SCHUMACHER | 7330 HICKMAN ST | | CINCINNATI | OH | 45231-4430 | K39697 | 66.90 | * |
| FRED SEEWER | 7202 BEN FRANKLIN CT | | LOUISVILLE | KY | 40214-4340 | K33772 | 66.90 | * |
| FRED SHIPMAN | 800 DUNBAR CT | | SCHAUMBURG | IL | 60194-2211 | K59391 | 66.90 | * |
| FRED SIAS | 20460 WOODSIDE NORTH DR | | BEND | OR | 97702-9484 | K31463 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| FRED STEINGRABER | 615 WARWICK RD | | KENILWORTH | IL | 60043-1149 | K59957 | 66.90 | * |
| FRED STOFFERS | 260 MARATHON RD | | ALTADENA | CA | 91001-4425 | K47566 | 66.90 | * |
| FRED VOLKMAR | 1412 E TRIPP AVE | | PEORIA | IL | 61603-1621 | K46815 | 66.90 | * |
| FRED W BOECKERS | 912 6TH ST | | INTERNATIONAL | MN | 56649-2222 | K19649 | 66.90 | * |
| FRED W DAHLING MD | 11006 ROSE AVE | | NEW HAVEN | IN | 46774-9812 | K39884 | 66.90 | * |
| FRED W DOSCHER | 529 CONCORD AVE | | WILLISTON PAR | NY | 11596-2113 | K62837 | 66.90 | * |
| FRED W MANTHEY | 1411 HIGHWAY 27 | | DERIDDER | LA | 70634-5473 | K51800 | 66.90 | * |
| FRED WESSELINK | PO BOX 274 | | GROVELAND | CA | 95321-0274 | K15089 | 66.90 | * |
| FRED WILLIAMS | 7303 STAHL RD | | GREENVILLE | OH | 45331-9208 | K32003 | 66.90 | * |
| FRED YOUNG | 189 FILLMORE WAY | | YARDLEY | PA | 19067-6426 | K46894 | 66.90 | * |
| FREDA MORRIS | 1928 GERALDSON DR | | LANCASTER | PA | 17601-3622 | K26298 | 66.90 | * |
| FREDA PRESSWOOD | PO BOX 26 | | WINIGAN | MO | 63566-0026 | K50725 | 66.90 | * |
| FREDA SHRECK | 10 S 7TH ST | | WEST MILTON | PA | 17886-8036 | K16174 | 66.90 | * |
| FREDDIE AUBREY FOREMAN | 7351 POINT PATIENCE WAY | | ELKRIDGE | MD | 21075-7917 | K13172 | 66.90 | * |
| FREDDIE GERSHON | 421 W 54TH ST FL 2 | | NEW YORK | NY | 10019-4412 | K62666 | 66.90 | * |
| FREDERIC [DERRY] KRUSE JR | 26 CONKEY AVE, ROOM B 2ND FL | | NORWICH | NY | 13815 | K56804 | 66.90 | * |
| FREDERIC G VATER | N6781 SPRING VALLEY DR | | GLENBEULAH | WI | 53023-1525 | K46918 | 66.90 | * |
| FREDERIC GREENMAN | 42 FULLER BROOK RD | | WELLESLEY | MA | 02482-7118 | K13966 | 66.90 | * |
| FREDERICA [RIKI] FIEBEL | PO BOX 957 | | HAYESVILLE | NC | 28904-0957 | K13236 | 66.90 | * |
| FREDERICK [CHRIS] CRUGER | 109 PADDOCK PL | | PONTE VEDRA B | FL | 32082-3957 | K52163 | 66.90 | * |
| FREDERICK [FRED] SHAMLIAN | 406 GAYLEY ST APT B110 | | MEDIA | PA | 19063-3733 | K34529 | 66.90 | * |
| FREDERICK A SAAL | 2889 ARROWHEAD DR | | FRIES | VA | 24330-3972 | K45551 | 66.90 | * |
| FREDERICK BANTIN | 3760 W 95TH PL | | WESTMINSTER | CO | 80031-2604 | K52507 | 66.90 | * |
| FREDERICK C SHEARER | 1299 RANGER RD | | HARRISBURG | PA | 17112-1643 | K57353 | 66.90 | * |
| FREDERICK CHAIT | 1632 ANSONBOROUGH DR | | CHESTERFIELD | MO | 63017-5645 | K38060 | 66.90 | * |
| FREDERICK DINGLE JR | 3138 REGAL OAK DR | | HENDERSON | NV | 89014-3160 | K17690 | 66.90 | * |
| FREDERICK E BOYD | 417 MAPLESHORE DR | | CHESAPEAKE | VA | 23320-6921 | K13511 | 66.90 | * |
| FREDERICK E SNYDER III | 318 NORDALE DR | | FORT WAYNE | IN | 46804-1030 | K38417 | 66.90 | * |
| FREDERICK F NOE | 3917 EVERSHOLT ST | | CLERMONT | FL | 34711-5218 | K37775 | 66.90 | * |
| FREDERICK HARTWELL | 523 N MARSHALL RD | | MIDDLETOWN | OH | 45042-3850 | K51021 | 66.90 | * |
| FREDERICK HURD EPPENBERGER | 7421 SHAFTESBURY AVE | | SAINT LOUIS | MO | 63130-2209 | K38586 | 66.90 | * |
| FREDERICK J [FRED] BEUTLER | 1717 SHADFORD RD | | ANN ARBOR | MI | 48104-4543 | K36771 | 66.90 | * |
| FREDERICK J BROWN | 111 CAMBRIDGE ST | | BELLE CHASSE | LA | 70037-1601 | K55500 | 66.90 | * |
| FREDERICK J HRYNKIW | 2104 BEECHWOOD BLVD | | PITTSBURGH | PA | 15217-1814 | K60895 | 66.90 | * |
| FREDERICK J ZITZMANN JR | 569 MOORE BLVD | | COVINGTON | LA | 70433-7910 | K50884 | 66.90 | * |
| FREDERICK JAMES THOMAS | 1014 MERRYWOOD DR | | ENGLEWOOD | OH | 45322-2445 | K24582 | 66.90 | * |
| FREDERICK LAWSON | 56 BENTLY LN | | WILLINGBORO | NJ | 08046-1509 | K47738 | 66.90 | * |
| FREDERICK LEE COUNCIL | 2417 LANSING AVE | | PORTSMOUTH | VA | 23704-6423 | K22380 | 66.90 | * |
| FREDERICK LYNCH | 3415 ANTON CT | | NAPLES | FL | 34109-1575 | K38777 | 66.90 | * |
| FREDERICK M HERRMANN | 10 ALLWOOD DR | | LAWRENCEVILLE | NJ | 08648-3104 | K41946 | 66.90 | * |
| FREDERICK M SHEETS | 2615 MOUNDED CT | | FORT WAYNE | IN | 46815-7768 | K39726 | 66.90 | * |
| FREDERICK N [FRITZ] SCHROEDER | 1419 RIDGE RD | | LANCASTER | PA | 17603-4735 | K27896 | 66.90 | * |
| FREDERICK RUSCH | PO BOX 732 | | S INTL FALLS | MN | 56679-0732 | K18646 | 66.90 | * |
| FREDERICK SCHROEDER | 2615 WESTMORE DR | | FORT WAYNE | IN | 46845-1693 | K39785 | 66.90 | * |
| FREDERICK W CLARK | 529 BRAFFETSVILLE NORTH RD | | NEW PARIS | OH | 45347-9134 | K25394 | 66.90 | * |
| FREDERICK W COLE | 14520 SEYMOUR RD | | LINDEN | MI | 48451-9794 | K56700 | 66.90 | * |
| FREDERICK W DOERR | PO BOX 124 | | OAKLYN | NJ | 08107-0124 | K43166 | 66.90 | * |
| FREDERICK W MILLER | 313 APPOMATTOX DR | | BRENTWOOD | TN | 37027-4956 | K33867 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| FREDRA JACKSON | 1045 ANDERSON RD | | PORT MURRAY | NJ | 07865-5311 | K42739 | 66.90 | * |
| FREDRIC A POWELL | 12794 PANTHERS WAY | | FISHERS | IN | 46037-4401 | K40641 | 66.90 | * |
| FREDRIC S GRISTE | 306 N SNOWDON CT | | EXTON | PA | 19341-1465 | K37552 | 66.90 | * |
| FREDRICK MILLER | 129 CEDAR LN | | AYDEN | NC | 28513-7075 | K29560 | 66.90 | * |
| FREIDA M SULLIVAN | PO BOX 1466 | | JOLIET | IL | 60434-1466 | K60332 | 66.90 | * |
| FREIDA MCCALL | 375 GILL RD | | APOLLO | PA | 15613-9610 | K61315 | 66.90 | * |
| FREYA HUTCHINSON | 4210 STONEBRIDGE | | HOLLY | MI | 48442-9532 | K56604 | 66.90 | * |
| FRIEDA GORELICK | 2058 VIA MARIPOSA E UNIT B | | LAGUNA WOODS | CA | 92637-0873 | K35557 | 66.90 | * |
| FRIEDA MCCULLOUGH | 17550 SHARON VALLEY RD | | MANCHESTER | MI | 48158-9525 | V99752 | 66.90 | * |
| FRIMMA ROSENTHAL | 2 MCCHESNEY CT | | WEST ORANGE | NJ | 07052-1135 | K47886 | 66.90 | * |
| FRITZ GUNDER NEUMANN | 2001 KNOLTON AVE | | ORANGE CITY | FL | 32763-3306 | K49391 | 66.90 | * |
| FRITZI LAINOFF | 6140 SW BOUNDARY ST APT 106 | | PORTLAND | OR | 97221-1066 | K40075 | 66.90 | * |
| FRONA ELLINGTON | 1326 E MAIN ST | | RICHMOND | IN | 47374-4308 | K25090 | 66.90 | * |
| G CRAIG COOPER | 37 CHESTNUT ST | | MANTUA | NJ | 08051-1403 | K41592 | 66.90 | * |
| G EDWARD HOLMES | 118 DAVIS DR | | LEXINGTON | NC | 27295-6204 | K50545 | 66.90 | * |
| G HARRY RANSOM | 4925 GLENARDEN DR | | LAS VEGAS | NV | 89130-0180 | K38135 | 66.90 | * |
| G HAYDEN OWENS | 45 SUNNY VIEW DR | | SAINT PETERS | MO | 63376-3546 | K35776 | 66.90 | * |
| G JEFFREY [JEFF] LECLERE | 480 MESA VIEW WAY | | GOLDEN | CO | 80403-7781 | K18181 | 66.90 | * |
| G LOUISE [JENNE] RENKIN | 421 N CHERRY ST | | LANCASTER | PA | 17602-4913 | K29068 | 66.90 | * |
| G MICHAEL [MIKE] MADDEN | 207 W HAYES ST | | DE GRAFF | OH | 43318 | K50176 | 66.90 | * |
| G ROBERT BROWN | 1907 LA MESA DR | | DODGE CITY | KS | 67801-6420 | K53422 | 66.90 | * |
| G SAMUEL TREYNOR | 20542 BOBIGIAN DR | | PORTER | TX | 77365-7206 | K30405 | 66.90 | * |
| G TAYLOR CUMBERWORTH | PO BOX 60 | | LANDIS | NC | 28088-0060 | K50415 | 66.90 | * |
| G THOMAS [TOM] CARLETON | 5930 LAKE RD W UNIT 101 | | ASHTABULA | OH | 44004-8530 | K18166 | 66.90 | * |
| GABRIEL P FREEDMAN | 10100 CYPRESS COVE DR APT 27 | | FORT MYERS | FL | 33908-7658 | K14268 | 66.90 | * |
| GAE ANN DYSINGER | 1275 ELLSWORTH RD | | PERRY | MI | 48872-9510 | K40140 | 66.90 | * |
| GAIL [BARBARA] REICH | 468 HARBOUR ISLE WAY | | LONGWOOD | FL | 32750-3977 | K53451 | 66.90 | * |
| GAIL A HINTERKEUSER | 356 EASTBURY HILL RD | | GLASTONBURY | CT | 06033-3914 | K38727 | 66.90 | * |
| GAIL A KAELIN | 3035 W VALANNA CT | | MILWAUKEE | WI | 53209-2506 | K43910 | 66.90 | * |
| GAIL A SEDMAK | 2214 W 10TH ST | | ASHTABULA | OH | 44004-2530 | K16139 | 66.90 | * |
| GAIL ANN NEFT | 2123 SHADY AVE APT C3 | | PITTSBURGH | PA | 15217-1851 | K40408 | 66.90 | * |
| GAIL ASHENBRENER | 441 8TH ST N | | WISCONSIN RAP | WI | 54494-3608 | K49162 | 66.90 | * |
| GAIL BOGGS | 5572 FAIRWOOD RD | | CINCINNATI | OH | 45239-7212 | K63042 | 66.90 | * |
| GAIL BRUENING | 111 JEFF DR | | TEXARKANA | TX | 75501-9559 | K49035 | 66.90 | * |
| GAIL BULLER | 513 DUNHAM CT | | MURRELLS INLE | SC | 29576-7580 | K27964 | 66.90 | * |
| GAIL C WALKER | 911 CIRCLE DR | | DE QUEEN | AR | 71832-3919 | K62194 | 66.90 | * |
| GAIL CARLSON | 1966 S SIMONS RD | | LAKE LEELANAU | MI | 49653-9662 | K18293 | 66.90 | * |
| GAIL CLARK | 2428 JOHNSON STREET RD | | KEOKUK | IA | 52632-9736 | K14636 | 66.90 | * |
| GAIL DUGGINS | 7708 CRESTMORE CIR | | KNOXVILLE | TN | 37919-8016 | K15147 | 66.90 | * |
| GAIL FARRELL | 12784 W GREENFIELD RD | | GRAND LEDGE | MI | 48837-8802 | K41252 | 66.90 | * |
| GAIL FIER | 2940 OCEAN PKWY APT 13U | | BROOKLYN | NY | 11235-8232 | K47689 | 66.90 | * |
| GAIL GAGORIK | 1825 EDUCATIONAL DR | | WHITE OAK | PA | 15131-2203 | K61475 | 66.90 | * |
| GAIL GALER | 231 N 6TH ST | | SUNBURY | PA | 17801-2005 | K15882 | 66.90 | * |
| GAIL GOLDENBERG | 6734 VERMONT AVE | | SAINT LOUIS | MO | 63111-2735 | K43508 | 66.90 | * |
| GAIL HAMILTON | 10413 NELLIE WHITE LN | | FAIRFAX | VA | 22032-3820 | K10723 | 66.90 | * |
| GAIL HECHT | 50 BREWSTER RD | | SCARSDALE | NY | 10583-3002 | K45764 | 66.90 | * |
| GAIL HERNANDEZ | 1228 TOMMIES DR | | KNIGHTDALE | NC | 27545-9062 | K38128 | 66.90 | * |
| GAIL HUNT | 623 ROUND TABLE RD | | GRAND JUNCTIO | CO | 81504-4382 | K53091 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GAIL JAMES | 23829 NE GREENS CROSSING RD | | REDMOND | WA | 98053-6287 | K36911 | 66.90 | * |
| GAIL KAERCHER | 1004 REMINGTON RD | | WYNNEWOOD | PA | 19096-2326 | K35531 | 66.90 | * |
| GAIL KIMBROUGH | 488 KIMBRELL XING | | FORT MILL | SC | 29715-9000 | K46838 | 66.90 | * |
| GAIL KLEIN | 5515 S SEABROOK CIR | | SIOUX FALLS | SD | 57108-4671 | K45185 | 66.90 | * |
| GAIL KRAMER | 525 FAIRVIEW RD | | PENN VALLEY | PA | 19072-1413 | K43788 | 66.90 | * |
| GAIL LEMKE | 255 CHARRING CT | | RIVA | MD | 21140-1516 | K37157 | 66.90 | * |
| GAIL M TETLOW | 1089 JONES DR | | SALEM | OH | 44460-3509 | K61120 | 66.90 | * |
| GAIL MERRELL | 6920 CAMDEN DR | | NEW ALBANY | OH | 43054-9288 | K33751 | 66.90 | * |
| GAIL MOORE | 4307 WOODRIDGE DR | | EAU CLAIRE | WI | 54701-9023 | K14713 | 66.90 | * |
| GAIL NICK | PO BOX 30754 | | SEA ISLAND | GA | 31561-0754 | K52546 | 66.90 | * |
| GAIL PAGE | 8 WASHINGTON TER | | WOBURN | MA | 01801-3316 | K53113 | 66.90 | * |
| GAIL PARRICK | 17185 CARLSON CT | | LAKE OSWEGO | OR | 97034-5802 | K37225 | 66.90 | * |
| GAIL PATTERSON | 12961 APPLEWOOD DR | | HUNTLEY | IL | 60142-7433 | K61664 | 66.90 | * |
| GAIL R KING | 8379 S SCOTTDALE RD | | BERRIEN SPRIN | MI | 49103-9789 | K59777 | 66.90 | * |
| GAIL R LEVINE-FRIED PHD | 2125 E 33RD ST | | BROOKLYN | NY | 11234-4901 | K47058 | 66.90 | * |
| GAIL RUGGIERO | 984 KENNETT WAY | | WEST CHESTER | PA | 19380-5725 | K55942 | 66.90 | * |
| GAIL SCOTT | 200 LESLIE DR APT 915 | | HALLANDALE BE | FL | 33009-7318 | K47406 | 66.90 | * |
| GAIL STIRLING | 6644 AIKEN RD | | LOCKPORT | NY | 14094-9648 | K15608 | 66.90 | * |
| GAIL T HASKELL | 36 SUMMER ST | | ROCKPORT | MA | 01966-2146 | K25777 | 66.90 | * |
| GAIL T KELLEY | 5041 TALL PINES CT | | RALEIGH | NC | 27609-4664 | K37526 | 66.90 | * |
| GAIL TAYLOR | 2564 MACON CIR | | NORTH FORT MY | FL | 33917-6036 | K49322 | 66.90 | * |
| GAIL TENVOORDE | 523 54TH AVE N TRLR 48 | | SAINT CLOUD | MN | 56303-2067 | K19503 | 66.90 | * |
| GAIL THORPE | 900 GLENDOWER ST | | ASHLAND | OR | 97520-1016 | K34333 | 66.90 | * |
| GAIL TRATE | 770 REINHOLDS RD | | DENVER | PA | 17517-8771 | K57622 | 66.90 | * |
| GAIL TRUMP | 1284 HIGHLAND DR | | GREENVILLE | OH | 45331-2677 | K31951 | 66.90 | * |
| GAIL VERSCH | 428 HOME AVE | | PLYMOUTH | WI | 53073-1813 | K46743 | 66.90 | * |
| GAIL VESPA | 3546 BEECHWOOD RD | | ROSE CITY | MI | 48654-9423 | K59331 | 66.90 | * |
| GAIL WEBER | 216 CRAPE MYRTLE DR | | HOLMDEL | NJ | 07733-1538 | K36216 | 66.90 | * |
| GAIL WEINBERG | 8117 PALOMINO DR | | BRIDGEVILLE | PA | 15017-1172 | K61540 | 66.90 | * |
| GAIL WIDING | 13386 N FENTON RD | | FENTON | MI | 48430-1176 | K56423 | 66.90 | * |
| GAIL WILSON | 189 OAK GROVE RD | | CENTRAL | SC | 29630-8961 | K31686 | 66.90 | * |
| GAIL WISE | 1113 MIDDLE RD | | RICHMOND | IN | 47374-1625 | K29309 | 66.90 | * |
| GAIL WITWER | 121 JULIA RD | | EPHRATA | PA | 17522-1546 | K57819 | 66.90 | * |
| GAILMARIE RIZZO | 325 LANDSENDE RD | | DEVON | PA | 19333-1424 | K51268 | 66.90 | * |
| GAITHER D PEDEN JR | 234 NACOOCHEE DR | | WOODSTOCK | GA | 30188-3133 | K49967 | 66.90 | * |
| GALE A JONES | 1420 REDWOOD CIR APT 225 | | GRANTS PASS | OR | 97527-5552 | K30860 | 66.90 | * |
| GALE GLADFELTER | 3102 CANDLELIGHT DR NE | | ALBUQUERQUE | NM | 87111-5007 | K47860 | 66.90 | * |
| GALE HARRIS | 1714 69TH AVE N | | BROOKLYN CENT | MN | 55430-1405 | K20930 | 66.90 | * |
| GALE MARTIN | 215 IRENE AVE | | EPHRATA | PA | 17522-2172 | K58084 | 66.90 | * |
| GALE R KOOISTRA | 2513 MARTIN ST | | CROSS PLAINS | WI | 53528-9676 | K35874 | 66.90 | * |
| GALEN E KULP | 902 IVY LN | | EPHRATA | PA | 17522-2608 | K58083 | 66.90 | * |
| GALEN G MCCLUSKY | 32900 S RIDGEVIEW FARM RD | | DREXEL | MO | 64742-6211 | K55827 | 66.90 | * |
| GALEN JOHNSON | 1006 TYLER ST | | GAINESVILLE | TX | 76240-5735 | K52314 | 66.90 | * |
| GALEN UNDERWOOD | 1110 WESTWOOD DR NW | | CEDAR RAPIDS | IA | 52405-2122 | K16195 | 66.90 | * |
| GARETH W CULP | 2802 W HUNTINGTON DR | | PEORIA | IL | 61614-3749 | K45971 | 66.90 | * |
| GARNER DALLIS SNUFFER | 3804 AVONDALE BREEZE AVE | | NORTH LAS VEG | NV | 89081-5201 | K15849 | 66.90 | * |
| GARNETTE MORRIS | 178 GALE FAUCETT RD | | TRENTON | TN | 38382-7900 | K33215 | 66.90 | * |
| GAROLD COOK | 110 E PARK ST | | FORT LORAMIE | OH | 45845-9302 | K32433 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GARON FYFFE | 1418 E OLIVE ST | | ARLINGTON HEI | IL | 60004-5023 | K52375 | 66.90 | * |
| GARRETT OSBORNE | 10560 NE 76TH AVE | | MITCHELLVILLE | IA | 50169-9513 | K59406 | 66.90 | * |
| GARRICK MISHAGA | 9104 GREGORY CT | | MENTOR | OH | 44060-4429 | K44088 | 66.90 | * |
| GARRY DOKTER | PO BOX 4349 | | BIG BEAR LAKE | CA | 92315-4349 | K34239 | 66.90 | * |
| GARRY FULLINGTON | PO BOX 10411 | | HILO | HI | 96721-5411 | K44542 | 66.90 | * |
| GARRY G PATRIQUIN | 21 HICKORY ST APT 113 | | PITTSBURGH | PA | 15223-1958 | K27296 | 66.90 | * |
| GARRY GARNER | 10678 S AND G CIRCLE LN | | HARVEY | AR | 72841-8001 | K34359 | 66.90 | * |
| GARRY J DUNN | 710 W 6TH ST | | SEDALIA | MO | 65301-4112 | K15497 | 66.90 | * |
| GARRY L KNAPP | 1594 TUSCANY LN | | HOLT | MI | 48842-2034 | K42185 | 66.90 | * |
| GARRY TALBERT | 715 PINE SPRINGS RD | | COLUMBIA | SC | 29210-5707 | K33881 | 66.90 | * |
| GARRY WIKE | 921 FOREST HILL RD | | STEVENS | PA | 17578-9780 | K57544 | 66.90 | * |
| GARRY WILLIS | 38909 200TH AVE SE | | AUBURN | WA | 98092-9747 | K56602 | 66.90 | * |
| GARTH LARNER | 2294 COY RD | | MASON | MI | 48854-9205 | K42176 | 66.90 | * |
| GARTH RICHARD | 55321 BUCKHORN RD | | THREE RIVERS | MI | 49093 | K44404 | 66.90 | * |
| GARY (CRACKO) COWAN | 3393 PARC DR SW | | ATLANTA | GA | 30311-5226 | K10627 | 66.90 | * |
| GARY [BILL] DONOVAN | PO BOX 1228 | | DOVER | AR | 72837-1228 | K35288 | 66.90 | * |
| GARY [GEORGE] JANNEY | 501 W LOCUST AVE | | EL DORADO | KS | 67042-2710 | K55302 | 66.90 | * |
| GARY [KEENAN] DAVISON | 103 TERRACE LN | | INTERNATIONAL | MN | 56649-2111 | K18128 | 66.90 | * |
| GARY [MIKE] ROBERTS | 10856 IRONBRIDGE DR | | VENICE | FL | 34293-7319 | K43530 | 66.90 | * |
| GARY A KRICK | PO BOX 66 | | POTTS GROVE | PA | 17865-0066 | K16024 | 66.90 | * |
| GARY A MINADEO | 1216 GIESSE DR | | MAYFIELD HEIG | OH | 44124-1813 | K55422 | 66.90 | * |
| GARY ALTFILLISCH | 1319 TODD AVE | | ALBERT LEA | MN | 56007-3161 | K54674 | 66.90 | * |
| GARY B FIEBERT | 87 CRICKET CLUB DR | | ROSLYN | NY | 11576-2908 | K61980 | 66.90 | * |
| GARY BARNES | 1216 ROLLING FARM DR | | RALEIGH | NC | 27603-8749 | K31491 | 66.90 | * |
| GARY BOCK | 415 SABBATH RD | | PITTSBURGH | PA | 15236-4007 | K61521 | 66.90 | * |
| GARY BORNFLETH | 41 NEWELL CT | | WALNUT CREEK | CA | 94595-1506 | K52066 | 66.90 | * |
| GARY BOYER | 5213 BAHAMA AVE | | SAND SPRINGS | OK | 74063-2123 | K15166 | 66.90 | * |
| GARY BROWN | 7402 LARCHWOOD CIR | | ROWLETT | TX | 75089-2773 | K43170 | 66.90 | * |
| GARY BURNS | 212 COBBLESTONE DR | | CHAPEL HILL | NC | 27516-8738 | K52549 | 66.90 | * |
| GARY C FRAIN | 19 JO PAUL DR | | ATTLEBORO | MA | 02703-5828 | K51047 | 66.90 | * |
| GARY C KRAFT | 216 FARMINGTON RD | | DELRAN | NJ | 08075-1535 | K41947 | 66.90 | * |
| GARY C WOOD | 7321 E BAYLEY ST | | WICHITA | KS | 67207-2708 | K30091 | 66.90 | * |
| GARY CAMPBELL | 802 CYPRESS GROVE LN APT 205 | | POMPANO BEACH | FL | 33069-5045 | K46686 | 66.90 | * |
| GARY CASANOVA | 3560 GLEN ALLEN DR | | CLEVELAND HEI | OH | 44121-1505 | K43033 | 66.90 | * |
| GARY CIUBA | 8441 STATE ROUTE 46 | | NORTH BLOOMFI | OH | 44450-9742 | K20742 | 66.90 | * |
| GARY CLINE | 1905 BRANDES LN | | PINCKNEY | MI | 48169-9111 | K58405 | 66.90 | * |
| GARY CRAWFORD | PO BOX 124 | | NUCLA | CO | 81424-0124 | K20220 | 66.90 | * |
| GARY D BRYN | 7429 51ST ST NE | | DEVILS LAKE | ND | 58301-8815 | K34611 | 66.90 | * |
| GARY D FISHER | 299 HIGH ST | | BROOKFIELD | MO | 64628-2464 | K59946 | 66.90 | * |
| GARY D MOORE | 8714 FM 146 | | TULIA | TX | 79088-4802 | K28332 | 66.90 | * |
| GARY D PAULSEN | 232 SW 7TH ST | | OGDEN | IA | 50212-3035 | K59233 | 66.90 | * |
| GARY D SMOTHERS | 145 N THISTLEDOWN DR | | PALMYRA | PA | 17078-9030 | K60180 | 66.90 | * |
| GARY DANIEL | 603 BRIAR HILL RD | | LOUISVILLE | KY | 40206-3011 | K35489 | 66.90 | * |
| GARY DICKEY | 3607 SE 18TH CT | | DES MOINES | IA | 50320-2337 | K24891 | 66.90 | * |
| GARY DRUM | 4032 PLEASANT VIEW RD | | NEW COLUMBIA | PA | 17856-9138 | K17410 | 66.90 | * |
| GARY DURHAM | 1791 LAKE LOTELA DR | | AVON PARK | FL | 33825-8491 | K43268 | 66.90 | * |
| GARY E BRADLEY | 1522 KLEMP ST | | LEAVENWORTH | KS | 66048-3629 | K35166 | 66.90 | * |
| GARY E COLLINS | 2 HILL RD | | BURLINGTON | NJ | 08016-4224 | K52848 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| GARY E MARKS | 102 MCKINLEY AVE | | ENDICOTT | NY | 13760-5417 | K50776 | 66.90 | * |
| GARY E STEINACKER | 2347 W HIGH ST | | DAVENPORT | IA | 52804-2903 | K49211 | 66.90 | * |
| GARY E SWIFT | 826 MCKENNY AVE | | DELTONA | FL | 32725-7321 | K36002 | 66.90 | * |
| GARY F OLMSCHEID | 1112 10TH AVE SE | | SAINT CLOUD | MN | 56304-1702 | K26620 | 66.90 | * |
| GARY F STECH | PO BOX 471 | | PAW PAW | MI | 49079-0471 | K42214 | 66.90 | * |
| GARY FORCE | 150 BLUE HERON CT | | BOWLING GREEN | KY | 42103-7910 | K27040 | 66.90 | * |
| GARY G ALBRECHT | 1001 CLEARY AVE | | METAIRIE | LA | 70001-3720 | K50587 | 66.90 | * |
| GARY GAAL | 3476 BEECHWOOD BLVD | | PITTSBURGH | PA | 15217-2943 | K61451 | 66.90 | * |
| GARY GALLUPE | 3859 RAMBLEWOOD DR | | RICHFIELD | OH | 44286-9642 | K45606 | 66.90 | * |
| GARY GOCKLEY | 215 W 4TH ST APT 4 | | QUARRYVILLE | PA | 17566-1135 | K59409 | 66.90 | * |
| GARY GOENNER | 11365 HIGHWAY 7 | | WACONIA | MN | 55387-9652 | K24703 | 66.90 | * |
| GARY GOLLNER | 7201 W VAN DORN ST | | LINCOLN | NE | 68532-9134 | K55070 | 66.90 | * |
| GARY GORLA | 1731 W CAMINO TIERRA | | YUMA | AZ | 85364-6251 | K52368 | 66.90 | * |
| GARY GRAM | 117 EDGELEA DR | | GREENCASTLE | IN | 46135-9209 | K44773 | 66.90 | * |
| GARY GREENEMEYER | 744 S TERRACE DR | | WICHITA | KS | 67218-2240 | K28730 | 66.90 | * |
| GARY GROTHAUS | 4293 W 49TH S | | IDAHO FALLS | ID | 83402-5726 | K52363 | 66.90 | * |
| GARY GUITTAR | 10729 SAINT EDMUND LN | | SAINT ANN | MO | 63074-2526 | K38017 | 66.90 | * |
| GARY GUNN | 1328 RIVERMONT DR | | GALLATIN | TN | 37066-5643 | K34309 | 66.90 | * |
| GARY H BOUCHARD | 690 CHANDLER RD APT 209 | | GURNEE | IL | 60031-3182 | K10479 | 66.90 | * |
| GARY HAMMOND | PO BOX 1043 | | HEWITT | TX | 76643-1043 | K25977 | 66.90 | * |
| GARY HAMPAR | 306 S CARMELINA AVE | | LOS ANGELES | CA | 90049-3906 | K62667 | 66.90 | * |
| GARY HEARRELL | 8380 W 63RD AVE | | ARVADA | CO | 80004-3418 | K55550 | 66.90 | * |
| GARY HEATH | 27411 VIA SEGUNDO | | MISSION VIEJO | CA | 92692-1927 | K61205 | 66.90 | * |
| GARY HERMANN | 20556 LINDA LN | | COTTONWOOD | CA | 96022-9505 | K40766 | 66.90 | * |
| GARY HOFFMAN | 194 APPLE DR | | CRESSON | PA | 16630-1655 | K47214 | 66.90 | * |
| GARY HOLLINGER | 610 WILLOW GRN | | LITITZ | PA | 17543-8370 | K31691 | 66.90 | * |
| GARY HUDSON [BUCK] SMITH JR | 320 CREEK RD W | | GREENWOOD | SC | 29646-8510 | K49137 | 66.90 | * |
| GARY HUIETT | 1519 E 54TH ST | | BROOKLYN | NY | 11234-3929 | K46194 | 66.90 | * |
| GARY I KRAVIS MD | 110 SOMERSET DR | | BLUE BELL | PA | 19422-1452 | K36825 | 66.90 | * |
| GARY J BLOHM | 9221 LAUREL PLZ | | OMAHA | NE | 68134-1855 | K56058 | 66.90 | * |
| GARY J CRISS | 769 WINDING RIDGE DR APT 35 | | RICHMOND | IN | 47374-8024 | K25731 | 66.90 | * |
| GARY J SUTHERLAND | 4153 MONTRACHET DR | | KENNER | LA | 70065-1753 | K52724 | 66.90 | * |
| GARY J THOME | 14001 W 55TH S | | CLEARWATER | KS | 67026-9026 | K30936 | 66.90 | * |
| GARY JACKSON | 1271 COUNTY ROAD 20 | | ADA | OH | 45810-9423 | K45812 | 66.90 | * |
| GARY JAHNKE | 1313 SOLITAIRE | | ROUND ROCK | TX | 78665-1110 | K10285 | 66.90 | * |
| GARY JOHNSON | 208 1/2 WEST MAIN | | CAIRO | OH | 45820 | K47219 | 66.90 | * |
| GARY K SLOAN | 357 WESTLAKE TER | | PALM SPRINGS | CA | 92264-5534 | K33419 | 66.90 | * |
| GARY L BARTON | 1772 ROAD P5 | | EMPORIA | KS | 66801-8140 | K52431 | 66.90 | * |
| GARY L CROUSE | 2784 CALVERT RD | | TROUT RUN | PA | 17771-8912 | K17875 | 66.90 | * |
| GARY L GLOBUS | 51 VANDERBILT AVE | | MANHASSET | NY | 11030-1919 | K53763 | 66.90 | * |
| GARY L GRILLOT | 3439 RUSSIA VERSAILLES RD | | RUSSIA | OH | 45363-9780 | K33122 | 66.90 | * |
| GARY L MARTZALL | 37 DAWN AVE | | AKRON | PA | 17501-1619 | K57659 | 66.90 | * |
| GARY L MASKE | 3710 S GOLDFIELD RD LOT 653 | | APACHE JUNCTI | AZ | 85119-6629 | K59997 | 66.90 | * |
| GARY L REEDER | 2324 GLENHEATH DR | | DAYTON | OH | 45440-1904 | K49835 | 66.90 | * |
| GARY L SHOWERS | 3035 HOUSELS RUN RD | | MILTON | PA | 17847-9007 | K17625 | 66.90 | * |
| GARY LARSEN | 621 SENECA RD | | WISCONSIN RAP | WI | 54495-9395 | K49092 | 66.90 | * |
| GARY LEE GAGE | 1007 OLD MILL STREAM LN | | SHEPHERDSVILL | KY | 40165-6826 | K35788 | 66.90 | * |
| GARY LEE MILLER | 1811 E WALNUT ST | | ALGONA | IA | 50511-1263 | K55008 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| GARY LUEDTKE | 3817 N 101ST ST | | OMAHA | NE | 68134-3705 | K57600 | 66.90 | * |
| GARY LUMPA | 4 GLENVIEW KNL NE | | IOWA CITY | IA | 52240-9146 | K59381 | 66.90 | * |
| GARY M GRECHANIK | 48 DOGWOOD AVE | | MALVERNE | NY | 11565-1206 | K62391 | 66.90 | * |
| GARY MARTIN | 802 PINE HILL RD | | LITITZ | PA | 17543-8988 | K58050 | 66.90 | * |
| GARY MCLAUGHLIN | 811 YODER ST | | KEOKUK | IA | 52632-2553 | K18782 | 66.90 | * |
| GARY MILLER | 224 PALA CIR | | PLACENTIA | CA | 92870-6212 | K31500 | 66.90 | * |
| GARY MILLER | 916 CHERRYWOOD DR | | LEXINGTON | KY | 40515-5019 | K36359 | 66.90 | * |
| GARY MILLER | 2024 GARWOOD DR | | ORLANDO | FL | 32822-6109 | K52804 | 66.90 | * |
| GARY MOOMJIAN | 1 OAK HILL DR | | OYSTER BAY | NY | 11771-3905 | K62030 | 66.90 | * |
| GARY MORROW | 3916 S POPLAR ST | | TEMPE | AZ | 85282-5760 | K41723 | 66.90 | * |
| GARY MYERS | 8 ASHWOOD CT | | EDWARDSVILLE | IL | 62025-3165 | K48069 | 66.90 | * |
| GARY N ALSPAUGH | 332 LEON LUKE RD | | COOKEVILLE | TN | 38506-8859 | K36004 | 66.90 | * |
| GARY N DAVIDSON | 287 LORA DR | | WARNE | NC | 28909-9740 | K28562 | 66.90 | * |
| GARY NEAD | 138 S 5TH ST | | CEDAR SPRINGS | MI | 49319-9466 | K35729 | 66.90 | * |
| GARY NELSON CHRISTENSEN | 7125 FRUITVILLE RD SPC 660 | | SARASOTA | FL | 34240-8957 | K47268 | 66.90 | * |
| GARY NICHOLAS IMHOLTE | 19237 E SHORE DR | | KIMBALL | MN | 55353-2752 | K19191 | 66.90 | * |
| GARY O BENNETT | 66 HILLSIDE AVE | | TENAFLY | NJ | 07670-2114 | K52617 | 66.90 | * |
| GARY O GIBSON | 724 ASHTON DR | | DAVENPORT | FL | 33837-8447 | K61401 | 66.90 | * |
| GARY ONADY MD | 1321 APPLE BROOK LN | | DAYTON | OH | 45458-9585 | K41583 | 66.90 | * |
| GARY PIDGEON | PO BOX 67 | | TIFFIN | IA | 52340-0067 | K57223 | 66.90 | * |
| GARY POTTER | 760 W RIVER OAK DR | | ORMOND BEACH | FL | 32174-4642 | K57454 | 66.90 | * |
| GARY PRUITT | PO BOX 1227 | | LITTLEFIELD | AZ | 86432-1227 | K32163 | 66.90 | * |
| GARY R ANDERSON | 25766 LAKE RD | | SAINT CLOUD | MN | 56301-9769 | K30522 | 66.90 | * |
| GARY R LICHTENWALTER | 1265 RED BUTTE DR | | ASPEN | CO | 81611-1083 | K50483 | 66.90 | * |
| GARY R MATHIESEN | 1215 N DAKOTA ST APT 1 | | ABERDEEN | SD | 57401-2105 | K50417 | 66.90 | * |
| GARY RAMSEY | 409 WHITE COLUMNS WAY | | WILMINGTON | NC | 28411-8354 | K27442 | 66.90 | * |
| GARY REED | 25395 EDGEMONT DR | | SOUTHFIELD | MI | 48033-2201 | K59075 | 66.90 | * |
| GARY REEDY | 54 NEWKY RD | | NEW COLUMBIA | PA | 17856-9151 | K22836 | 66.90 | * |
| GARY ROGERS | 1102 PEMBERTON DR | | FORT WAYNE | IN | 46805-5330 | K38264 | 66.90 | * |
| GARY RONALD YOCUM | 6031 N 23RD PL | | PHOENIX | AZ | 85016-2006 | K50969 | 66.90 | * |
| GARY ROONEY | 375 HILLTOP LN | | WILDER | TN | 38589 | K37305 | 66.90 | * |
| GARY S WINEGARDNER | 7650 DALGLEN DR | | REYNOLDSBURG | OH | 43068-2623 | K45300 | 66.90 | * |
| GARY SHAKE | 610 NEVIN LN | | FISHERVILLE | KY | 40023-7533 | K37020 | 66.90 | * |
| GARY SMITH | 423 RANDOLPH ST | | RICHMOND | IN | 47374-2949 | K31975 | 66.90 | * |
| GARY STEES | PO BOX 358 | | WOLCOTTVILLE | IN | 46795-0358 | K53886 | 66.90 | * |
| GARY STEVEN JACOB PHD | 171 E 84TH ST APT 16J | | NEW YORK | NY | 10028-2081 | K40211 | 66.90 | * |
| GARY STEVENS | 37710 SHADY BEND RD NE | | ALBANY | OR | 97322-7440 | K31788 | 66.90 | * |
| GARY T BOUGHTER | 5705 SPICEWOOD LN | | LOUISVILLE | KY | 40219-1024 | K32896 | 66.90 | * |
| GARY T O'ROURKE | 809 RED LEAF CT | | SAN FRANCISCO | CA | 94134-3157 | K57789 | 66.90 | * |
| GARY T RICH | PO BOX 301 | | BALSAM LAKE | WI | 54810-0301 | K54162 | 66.90 | * |
| GARY TYLER | 2431 YORKTOWN RD | | COLORADO SPRI | CO | 80907-6550 | K38387 | 66.90 | * |
| GARY W ANUNSON | 8021 BRIDLE PATH WAY | | POLLOCK PINES | CA | 95726-9642 | K46392 | 66.90 | * |
| GARY W DICKERSON | 53047 EASTER RD | | OLATHE | CO | 81425-9742 | K22316 | 66.90 | * |
| GARY W ELLISON | 1504 KENWOOD ST | | DENTON | TX | 76205-5130 | K27374 | 66.90 | * |
| GARY W GILBERT | 1440 E 22ND ST | | DES MOINES | IA | 50317-2527 | K29677 | 66.90 | * |
| GARY W STANDIFORD | 1636 INWOOD DR | | FORT WAYNE | IN | 46815-7127 | K38947 | 66.90 | * |
| GARY W WIGGANS | 707 GARWOOD RD | | RICHMOND | IN | 47374-7120 | K24770 | 66.90 | * |
| GARY W YOUNG | 5611 E 49TH ST N | | BEL AIRE | KS | 67220-1479 | K25358 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GARY WALLS | 12454 REDWOOD ST NW | | COON RAPIDS | MN | 55448-1458 | K19659 | 66.90 | * |
| GARY WARREN | 3111 ELM DR | | URBANDALE | IA | 50322-4129 | K21086 | 66.90 | * |
| GARY WAYNE GRIFFIN | PO BOX 71 | | DELL | AR | 72426-0071 | K40787 | 66.90 | * |
| GARY WICKER | 8063 SUNCREST DR | | DES MOINES | IA | 50320-6856 | K21299 | 66.90 | * |
| GARY WIELEN | PO BOX 1506 | | KELSEYVILLE | CA | 95451-1506 | K53217 | 66.90 | * |
| GARY WILKINSON | 19 ADAIR CIR | | FLORISSANT | CO | 80816-7908 | K61460 | 66.90 | * |
| GARY WILLIAMS | 113 E 11TH ST | | WATSONTOWN | PA | 17777-1015 | K17290 | 66.90 | * |
| GARY WIPPER | 835 ASH ST APT 104 | | CLEARWATER | MN | 55320-2029 | K23078 | 66.90 | * |
| GARY WOLVERTON | 219 W PARKWOOD ST | | SIDNEY | OH | 45365-1494 | K31114 | 66.90 | * |
| GARY WRIGHT | 22741 E TRAP POND RD | | GEORGETOWN | DE | 19947-4731 | K61295 | 66.90 | * |
| GASPER T MICHELLI | 115 W CANEBRAKE BLVD | | HATTIESBURG | MS | 39402-8341 | K51699 | 66.90 | * |
| GAUT RAGSDALE | 3055 LINDSEY DR | | EDGEWOOD | KY | 41017-3223 | K15011 | 66.90 | * |
| GAY E LAWTON | 65 YOUNG DR | | PORTSMOUTH | RI | 02871-2147 | K26349 | 66.90 | * |
| GAY KLEARMAN KORNBLUM | 55 CONWAY CLOSE RD | | SAINT LOUIS | MO | 63124-1633 | K39073 | 66.90 | * |
| GAY M NAUTA | 1401 HUNTERS TRCE NE | | LOWELL | MI | 49331-8861 | K35272 | 66.90 | * |
| GAY ROBERTS | 30 W OAK ST APT 4E | | CHICAGO | IL | 60610-8715 | K39627 | 66.90 | * |
| GAY SACHSE | 401 BRIGHTWOOD CLUB DR | | LUTHERVILLE T | MD | 21093-3630 | K53937 | 66.90 | * |
| GAY SKOBAC | 59 COHASSET LN | | CHERRY HILL | NJ | 08003-1985 | K38105 | 66.90 | * |
| GAY VACHRIS | 43 DOGWOOD LN | | MANHASSET | NY | 11030-1638 | K37621 | 66.90 | * |
| GAY WILLCUTT | 989 SKYLINE LN SW | | ROCHESTER | MN | 55902-0985 | K19012 | 66.90 | * |
| GAY WILLIAMS | 2255 W HIGH ST | | LIMA | OH | 45805-2104 | K48528 | 66.90 | * |
| GAYA J PERKINS | 1608 FM 41 | | LUBBOCK | TX | 79423-6828 | K35573 | 66.90 | * |
| GAYE L WILES | 10158 GAIL LN | | AUBREY | TX | 76227-7417 | K26764 | 66.90 | * |
| GAYLA RICKETTS | 1085 POSEY HILL RD | | MOUNT JULIET | TN | 37122-4815 | K36875 | 66.90 | * |
| GAYLE BERGES | 1408 GENERAL COLLINS AVE | | NEW ORLEANS | LA | 70114-1839 | K54179 | 66.90 | * |
| GAYLE CHALOKA | 2200 ONEIDA ST APT 308 | | JOLIET | IL | 60435-6594 | K52091 | 66.90 | * |
| GAYLE CROWLEY | 24826 WHITE PLAINS DR | | NOVI | MI | 48374-3159 | K38149 | 66.90 | * |
| GAYLE D GABRIEL | 5836 N 113TH ST | | MILWAUKEE | WI | 53225-2300 | K48244 | 66.90 | * |
| GAYLE EMMONS | 4955 CLIFF POINT CIR E | | COLORADO SPRI | CO | 80919-8105 | K39217 | 66.90 | * |
| GAYLE HODGES | 4321 OCEAN BEACH HWY | | LONGVIEW | WA | 98632-4825 | K28330 | 66.90 | * |
| GAYLE IDDINGS | 4040 LEGADO AVE | | ATASCADERO | CA | 93422-3225 | K57948 | 66.90 | * |
| GAYLE KENNEDY | 6260 N LAKEPOINT PL | | PARKER | CO | 80134-5961 | K16636 | 66.90 | * |
| GAYLE L DURKEE | 3425 TREADMILL CT SE | | CALEDONIA | MI | 49316-9164 | K34875 | 66.90 | * |
| GAYLE PATTERSON | 1057 VILLAS CREEK DR | | EDMOND | OK | 73003-3093 | K20903 | 66.90 | * |
| GAYLE SKAGGS | 2713 TROON CIR | | BILLINGS | MT | 59101-9471 | K12662 | 66.90 | * |
| GAYLE WASHBURN | 5745 CALAIS BLVD N APT 4 | | SAINT PETERSB | FL | 33714-2010 | K31179 | 66.90 | * |
| GAYLE WEST | 1326 CRYSTAL GREENS DR | | SUN CITY CENT | FL | 33573-4421 | K14614 | 66.90 | * |
| GAYLE WHITE | PO BOX 1304 | | SANTA TERESA | NM | 88008-1304 | K58650 | 66.90 | * |
| GAYLENE A NEILL | 22775 E RIVER CHASE WAY | | PARKER | CO | 80138-8476 | K53294 | 66.90 | * |
| GAYLIA COFFEY | 13567 BANCROFT RD | | BYRON | MI | 48418-8940 | K40098 | 66.90 | * |
| GAYLIA WEBER | 14443 CHERRY ST | | BRIGHTON | CO | 80602-7858 | K55292 | 66.90 | * |
| GAYLON CLARK | 2 SANCHEZ PL | | HOT SPRINGS V | AR | 71909-7750 | K35594 | 66.90 | * |
| GAYLORD MILLSPAUGH | 1345 COUNTRY HILL DR | | SALISBURY | NC | 28147-9576 | K41675 | 66.90 | * |
| GAYLORD S RISCH | 2091 MEECH RD | | WILLIAMSTON | MI | 48895-9522 | K40496 | 66.90 | * |
| GAYLYN LUTHER | 2016 GREEN ST | | WARNER ROBINS | GA | 31093-2726 | K60575 | 66.90 | * |
| GAYNELL ALLEN | 5824 PAINTERS ST | | NEW ORLEANS | LA | 70122-5328 | K54389 | 66.90 | * |
| GAYWOOD [GAY] OCHS | W151N8726 MARSHALL DR | | MENOMONEE FAL | WI | 53051-3109 | K47478 | 66.90 | * |
| GENE [MAC] MCDONALD | PO BOX 685 | | COULEE CITY | WA | 99115-0685 | K33532 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GENE A DEEMER | 5 INSKEEP CT | | SHAMONG | NJ | 08088-8631 | K34555 | 66.90 | * |
| GENE A LYSTER | 123 SUNDOWN RD | | STORM LAKE | IA | 50588-7524 | K16164 | 66.90 | * |
| GENE B HAMRICK | 623 CHOCTAW DR | | DESTIN | FL | 32541-3125 | K26784 | 66.90 | * |
| GENE D VINEYARD | 1429 SYCAMORE ST | | IOWA CITY | IA | 52240-6047 | K57339 | 66.90 | * |
| GENE DEFEE | 102 TERRACE CIR | | LAMESA | TX | 79331-4137 | K45447 | 66.90 | * |
| GENE E AUSTIN | PO BOX 41 | | PRESQUE ISLE | MI | 49777-0041 | V99861 | 66.90 | * |
| GENE E PRICE | PO BOX 181 | | HAMILTON | IN | 46742-0181 | K27364 | 66.90 | * |
| GENE E WHITE | 2526 N LONGFELLOW ST | | WICHITA | KS | 67226-1149 | K30749 | 66.90 | * |
| GENE FRICK | 3000 GALLOWAY RDG APT B003 | | PITTSBORO | NC | 27312-3802 | K44387 | 66.90 | * |
| GENE FRIEND | 3451 COUNTY ROAD 24 | | INTERNATIONAL | MN | 56649-8917 | K18290 | 66.90 | * |
| GENE HOMER | 225 ROUNTREE DR | | CEDAR CITY | UT | 84720-3534 | K29129 | 66.90 | * |
| GENE KAESTNER | N9109 STATE ROAD 42 | | CLEVELAND | WI | 53015-1612 | K47374 | 66.90 | * |
| GENE KLETT | 13845 N SUTHERLAND WASH WAY | | ORO VALLEY | AZ | 85755-4719 | K51117 | 66.90 | * |
| GENE LEE | 1006 N 14TH ST | | LAMESA | TX | 79331-3111 | K42676 | 66.90 | * |
| GENE NEATHAMER | 1134 KALAMA RIVER RD | | KALAMA | WA | 98625-9616 | K34890 | 66.90 | * |
| GENE PIEHE | 11353 LEE AVE | | ADELANTO | CA | 92301-1841 | K25489 | 66.90 | * |
| GENE R BURRIS USAF | 176 S 48TH ST | | RICHMOND | IN | 47374-6011 | K26941 | 66.90 | * |
| GENE ROSENTHAL | 1225 COLLEGE AVE | | SHEBOYGAN | WI | 53083-1218 | K50517 | 66.90 | * |
| GENE S SHARP | 1036 STONEGATE CT | | WAPAKONETA | OH | 45895-7208 | K56092 | 66.90 | * |
| GENE TURNER JOHNSON | 171 MAC RD | | BAMBERG | SC | 29003-8605 | K48968 | 66.90 | * |
| GENE V CLEMENS | 3308 W 81ST ST | | BLOOMINGTON | MN | 55431-1013 | K34109 | 66.90 | * |
| GENE W HENDRIX | PO BOX 1255 | | BETHANY BEACH | DE | 19930-1255 | K30381 | 66.90 | * |
| GENE WALLACE | 2812 N 160TH ST | | OMAHA | NE | 68116-2060 | K56686 | 66.90 | * |
| GENEAL RICKER | 4601 LAKE RIDGE DR | | THE COLONY | TX | 75056-4029 | K17451 | 66.90 | * |
| GENEVA AGNEW | 1124 PORTER RD | | ATWATER | OH | 44201-9560 | K16352 | 66.90 | * |
| GENEVA BELFORD | 1208 LAKESIDE LN | | MAHOMET | IL | 61853-9767 | K34098 | 66.90 | * |
| GENEVA DOURISSEAU | 2004 N 160TH ST | | OMAHA | NE | 68116-2046 | K58813 | 66.90 | * |
| GENEVA REED | 1402 NORTHWEST BLVD | | SIBLEY | IA | 51249-7502 | K55409 | 66.90 | * |
| GENEVA TURBEVILLE | 3901 KAZAK ST | | GARLAND | TX | 75041-5142 | K32148 | 66.90 | * |
| GENEVIEVE [GENNY] JENKINS | 2738 347TH ST | | KEOKUK | IA | 52632-9549 | K15272 | 66.90 | * |
| GENEVIEVE BATTALION | 2816 2ND AVE E | | INTERNATIONAL | MN | 56649-4408 | K19117 | 66.90 | * |
| GENEVIEVE CHRISTINSEN | 13284 90TH ST NW | | SOUTH HAVEN | MN | 55382-3405 | K19861 | 66.90 | * |
| GENEVIEVE DAVIS | 27645 CHAPALA | | MISSION VIEJO | CA | 92692-1236 | K20672 | 66.90 | * |
| GENEVIEVE FASKI | 924 4 MILE RD NE | | GRAND RAPIDS | MI | 49525-2649 | K62955 | 66.90 | * |
| GENEVIEVE L HOLZNAGEL | 500 W RAND RD APT A307 | | ARLINGTON HEI | IL | 60004-2375 | K59434 | 66.90 | * |
| GENEVIEVE OTT | 4505 SW 106TH PL | | OCALA | FL | 34476-4285 | K23656 | 66.90 | * |
| GENEVIEVE SHARP | 26 LUCILLE DR | | SYOSSET | NY | 11791-3724 | K38348 | 66.90 | * |
| GENNY SAATZER | 1016 7TH AVE N | | SAINT CLOUD | MN | 56303-2802 | K19611 | 66.90 | * |
| GEO KONDORA | 1655 SILVER MAPLE TRL | | NORTH LIBERTY | IA | 52317-4738 | K56646 | 66.90 | * |
| GEOFFREY D SEIDEL | 8488 DEVON LN | | WALKERSVILLE | MD | 21793-9311 | K57971 | 66.90 | * |
| GEOFFREY G JACKSON | 5551 WIDGEON WAY | | FRISCO | TX | 75034-5121 | K42505 | 66.90 | * |
| GEOFFREY LAWRENCE | 940 S 12TH ST | | COTTONWOOD | AZ | 86326-4517 | K52377 | 66.90 | * |
| GEOFFREY SEEGER | 205 EDGEWOOD AVE | | WESTFIELD | NJ | 07090-3917 | K47792 | 66.90 | * |
| GEOFFREY T FORTUNA | 7310 PLAYERS CLUB DR | | PAINESVILLE | OH | 44077-8946 | K45338 | 66.90 | * |
| GEORGANA BOND | 1189 FEARRINGTON POST | | PITTSBORO | NC | 27312-5023 | K46090 | 66.90 | * |
| GEORGANN SALZARULO | 5649 ROANE DR | | OCEANSIDE | CA | 92057-4816 | K32499 | 66.90 | * |
| GEORGANNE ROBERTSON | 2230 N BAY DR | | WILLOUGHBY | OH | 44094-8061 | K45056 | 66.90 | * |
| GEORGANNE SERICO | 99 OAKLAND AVE | | TUCKAHOE | NY | 10707-1732 | K43766 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GEORGE [BUTCH] MILLER | 3017 WAYNE AVE | | IOWA CITY | IA | 52240-2853 | K56957 | 66.90 | * |
| GEORGE [JERRY] JESTER | 1838 GLENDALE RD | | SALINA | KS | 67401-6675 | K50117 | 66.90 | * |
| GEORGE [PAUL] STOLTZ | 8209 EASY ST | | SHERWOOD | AR | 72120-9319 | K31329 | 66.90 | * |
| GEORGE A AIAVOLASITI | 102 LOUIS DR | | FOLSOM | LA | 70437-5538 | K51337 | 66.90 | * |
| GEORGE A BILGER | 1910 N 81ST ST APT 6 | | OMAHA | NE | 68114-1575 | K55192 | 66.90 | * |
| GEORGE A BROOKE | 705 CLUB LN | | KIRKWOOD | MO | 63122-2928 | K61276 | 66.90 | * |
| GEORGE A DI GIOIA | 1843 BOUGAINVILLEA DR | | MINDEN | NV | 89423-5175 | K11172 | 66.90 | * |
| GEORGE A GEER | 4465 ESPIRIT DR | | FORT COLLINS | CO | 80524-6045 | K36167 | 66.90 | * |
| GEORGE A KICKHAM | 510 NEWTON ST | | CHESTNUT HILL | MA | 02467-3177 | K16996 | 66.90 | * |
| GEORGE A REIMANN | 1775 AVALON ST | | IDAHO FALLS | ID | 83402-3053 | K42137 | 66.90 | * |
| GEORGE A SABATINI | 21 RAINBOW POND DR APT A1 | | WALPOLE | MA | 02081-3455 | K12316 | 66.90 | * |
| GEORGE ALFRED SIMONS | 7409 GALLOWAY RD | | WEEKI WACHEE | FL | 34613-7441 | K53686 | 66.90 | * |
| GEORGE ALLMANN | 706 SANTA FE ST | | THE VILLAGES | FL | 32162-7469 | K47937 | 66.90 | * |
| GEORGE BALLUFF | 9770 110TH ST W | | MONTGOMERY | MN | 56069-1948 | K59341 | 66.90 | * |
| GEORGE BATES | 680 GREENFIELD PKWY | | DES MOINES | IA | 50320-6824 | K21331 | 66.90 | * |
| GEORGE BATTAGLINI | 2460 SW 22ND AVE APT 804 | | DELRAY BEACH | FL | 33445-7732 | K54300 | 66.90 | * |
| GEORGE BAUSWELL | 506 LOCUST ST | | MONTROSE | IA | 52639-9776 | K14985 | 66.90 | * |
| GEORGE BELDEN | 1009 32ND AVE N | | SAINT CLOUD | MN | 56303-2231 | K28179 | 66.90 | * |
| GEORGE BENNETT STORM | 2882 GULF TO BAY BLVD LOT 21 | | CLEARWATER | FL | 33759-4067 | K56383 | 66.90 | * |
| GEORGE C FIX | N24W24028 STILLWATER LN # B | | PEWAUKEE | WI | 53072-6430 | K36510 | 66.90 | * |
| GEORGE C HUPP | 24 GRENEWOOD LN | | HAINES CITY | FL | 33844-8812 | K53992 | 66.90 | * |
| GEORGE C SNYDER | PO BOX 1081 | | FAIRPLAY | CO | 80440-1081 | K34131 | 66.90 | * |
| GEORGE COLE REESE | 33 HIGHLAND DR | | EAST GREENBUS | NY | 12061-1825 | K25062 | 66.90 | * |
| GEORGE CONDERN | 4510 GORC WAY | | RENO | NV | 89502-6308 | K18702 | 66.90 | * |
| GEORGE CRESPO CANOVA | PO BOX 850 | | CROSSVILLE | TN | 38557-0850 | K49138 | 66.90 | * |
| GEORGE D DYKHUIZEN | 8110 CASA DE MEADOWS DR | | ENGLEWOOD | FL | 34224-9530 | K51616 | 66.90 | * |
| GEORGE D HEILAND | 640 TREMONT ST | | SARASOTA | FL | 34242-1212 | K38435 | 66.90 | * |
| GEORGE D KITCHEL | 7611 BROUS AVE | | PHILADELPHIA | PA | 19152-3907 | K36554 | 66.90 | * |
| GEORGE D NORMAN | 112 JUNIPER DR | | LAMESA | TX | 79331-4118 | K54091 | 66.90 | * |
| GEORGE DOWNING | 432 N WASHINGTON ST | | LIMA | OH | 45801-4269 | K50072 | 66.90 | * |
| GEORGE E CLAYTON JR | 404 PLEASANT VIEW RD | | NEW COLUMBIA | PA | 17856-9107 | K16393 | 66.90 | * |
| GEORGE E GEHRIG | 26 NW 18TH ST | | RICHMOND | IN | 47374-3930 | K32297 | 66.90 | * |
| GEORGE E HOLMES | HOWARD U COLL OF MEDICINE MI | | WASHINGTON | DC | 20059-0001 | K14756 | 66.90 | * |
| GEORGE E HOPPA | 1632 MANISTIQUE AVE | | SOUTH MILWAUK | WI | 53172-2908 | K61471 | 66.90 | * |
| GEORGE E KIRTS | PO BOX 91 | | CUMMING | IA | 50061-0091 | K22009 | 66.90 | * |
| GEORGE E KNIGHT JR | 4012 CEDAR GROVE CRES | | CHESAPEAKE | VA | 23321-3108 | K13060 | 66.90 | * |
| GEORGE E MILLER | 23245 S MALIBU DR | | MANHATTAN | IL | 60442-9619 | K50726 | 66.90 | * |
| GEORGE E RECTOR | 3226 SW COVES DR | | ANKENY | IA | 50023-9143 | K24823 | 66.90 | * |
| GEORGE E SEASTRUNK | 4901 LANDRUM DR | | COLUMBIA | SC | 29206-1232 | K32728 | 66.90 | * |
| GEORGE E TUTTLE JR | 113 W BELLEFONTE AVE | | ALEXANDRIA | VA | 22301-1503 | K38397 | 66.90 | * |
| GEORGE ECKELSON | 17 MORDEN CLOSE | | FREEHOLD | NJ | 07728-3809 | K29711 | 66.90 | * |
| GEORGE ENZMANN | PO BOX 1485 | | COUPEVILLE | WA | 98239-1485 | K19646 | 66.90 | * |
| GEORGE EUGENE MCLAUGHLIN SR | 103 SUNSET RD | | WHITING | NJ | 08759-3111 | K27059 | 66.90 | * |
| GEORGE F HURTER JR | 256 BRANDAMORE RD | | HONEY BROOK | PA | 19344-1245 | K28544 | 66.90 | * |
| GEORGE F LONG | 269 BONNYNECK DR | | GEORGETOWN | SC | 29440-7217 | K38211 | 66.90 | * |
| GEORGE G [BUZ] KIEFER | 3415 SPRING VIEW DR | | SEVIERVILLE | TN | 37862-8415 | K50134 | 66.90 | * |
| GEORGE G HARKER III | 292 TALLYHO DR | | AUBURN | AL | 36832-8624 | K50509 | 66.90 | * |
| GEORGE GALIC | 1302 PENINSULA DR | | TRAVERSE CITY | MI | 49686-1955 | K57220 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| GEORGE GIESLER | PO BOX 97 | | SHELDAHL | IA | 50243-0097 | K53158 | 66.90 | * |
| GEORGE GOODMAN | 4561 GREENBUSH AVE | | SHERMAN OAKS | CA | 91423-3111 | K57955 | 66.90 | * |
| GEORGE GRIEVE | 1137 POWELL POND RD | | AIKEN | SC | 29801-8645 | K23032 | 66.90 | * |
| GEORGE H ADAMS | 3 WYNWOOD DR | | PEMBERTON | NJ | 08068-9703 | K48914 | 66.90 | * |
| GEORGE H CAMPBELL | 1348 WARREN AVE | | HAVERTOWN | PA | 19083-2021 | K35669 | 66.90 | * |
| GEORGE H EIBEL JR | 112 E PLEASANT AVE | | SANDWICH | IL | 60548-1131 | K51198 | 66.90 | * |
| GEORGE H HOHMANN | 2937 W CYPRESS CREEK RD STE | | FORT LAUDERDA | FL | 33309-1761 | K38854 | 66.90 | * |
| GEORGE H NOLL | W5856 COUNTY ROAD DM | | DE FOREST | WI | 53532-9709 | K51015 | 66.90 | * |
| GEORGE H WYCKOFF JR | 1170 WHISPERING WATER | | SPRING BRANCH | TX | 78070-5611 | K33506 | 66.90 | * |
| GEORGE HARRIS | 864 CARROLL ST | | BROOKLYN | NY | 11215-1702 | K62652 | 66.90 | * |
| GEORGE HENDERSON | 610 STATE ROUTE 850 | | BIDWELL | OH | 45614-9283 | K52327 | 66.90 | * |
| GEORGE I GOVERMAN | 1643 CAMBRIDGE ST APT 51 | | CAMBRIDGE | MA | 02138-4328 | K11247 | 66.90 | * |
| GEORGE I MASON | 153024 COUNTY ROAD 108 | | YULEE | FL | 32097-2297 | K40391 | 66.90 | * |
| GEORGE J ESTY | 353 FOREST RD | | MAHWAH | NJ | 07430-3151 | K29810 | 66.90 | * |
| GEORGE J SLAGLE | 8780 E MCKELLIPS RD LOT 18 | | SCOTTSDALE | AZ | 85257-4808 | K37685 | 66.90 | * |
| GEORGE J SOKOL MD | 11010 E PINAL VIS | | TUCSON | AZ | 85730-1520 | K33869 | 66.90 | * |
| GEORGE K [JAKE] DERSCH | 552 TWIN LAKES DR | | KIMBALL | MI | 48074-1337 | K48274 | 66.90 | * |
| GEORGE K LUMMIS | 6505 MILL CREEK CIR | | BIRMINGHAM | AL | 35242-7322 | K42378 | 66.90 | * |
| GEORGE KOVACS | 19618 GUDITH RD | | BROWNSTOWN TW | MI | 48183-1036 | K59606 | 66.90 | * |
| GEORGE KREISHER | 321 ABBOTT RD | | DARLINGTON | SC | 29540-7813 | K16451 | 66.90 | * |
| GEORGE KROUSE | 3912 GREGG WAY UNIT 110 | | CHEYENNE | WY | 82009-5418 | K45947 | 66.90 | * |
| GEORGE L [BUDDY] TUNE | PO BOX 1405 | | LAMESA | TX | 79331-1405 | K48252 | 66.90 | * |
| GEORGE L BRANIGAN | 608 CARMENERE DR | | KENNER | LA | 70065-1108 | K51225 | 66.90 | * |
| GEORGE L GAY | 5 KNOLLWOOD LN | | IOWA CITY | IA | 52245-1626 | K56944 | 66.90 | * |
| GEORGE L JOHNSTON | 5741 N 167TH AVENUE CIR | | OMAHA | NE | 68116-3716 | K52950 | 66.90 | * |
| GEORGE L MOSTER | 17144 LAUREL RD | | CONNERSVILLE | IN | 47331-8801 | K51993 | 66.90 | * |
| GEORGE L ONCHAK | 27054 S NACKE RD | | CRETE | IL | 60417-9775 | K54380 | 66.90 | * |
| GEORGE L SAINES | 3229 EDGEWATER ST | | MUSKEGON | MI | 49441-1165 | K36051 | 66.90 | * |
| GEORGE L WAX | 4609 CHATEAU DR | | METAIRIE | LA | 70002-1511 | K51847 | 66.90 | * |
| GEORGE L WEINHAGEN | 5567 POINT PELEE CT | | HAMBURG TWP | MI | 48189-8161 | K36718 | 66.90 | * |
| GEORGE LABELLE | 18595 SW VIKING CT | | ALOHA | OR | 97007-5622 | K53818 | 66.90 | * |
| GEORGE LLOYD | 1133 SPRINGDALE RD | | ANDERSON | SC | 29621-4066 | K49643 | 66.90 | * |
| GEORGE LOVELESS | 2010 MONTICELLO AVE | | MODESTO | CA | 95350-2913 | K51710 | 66.90 | * |
| GEORGE M [PETE] PETERS | 204 DAVID DR APT I1 | | BRYN MAWR | PA | 19010-2349 | K37281 | 66.90 | * |
| GEORGE M BENNETT | 813 SE CLARK AVE APT 231 | | BATTLE GROUND | WA | 98604-8962 | K35037 | 66.90 | * |
| GEORGE M LEBER | 601 E SHORE RD | | JAMESTOWN | RI | 02835-1710 | K27415 | 66.90 | * |
| GEORGE M POWELL | 1235 N KINGS RD APT 309 | | WEST HOLLYWOO | CA | 90069-2870 | K34217 | 66.90 | * |
| GEORGE M STOFAN | 400 TIMBERLINE DR | | JOLIET | IL | 60431-4829 | K53392 | 66.90 | * |
| GEORGE M WYGANT | 162 LOCUST LN | | MASON | MI | 48854-1091 | K40507 | 66.90 | * |
| GEORGE MANNING III | 363 JAMES ST | | MILTON | PA | 17847-1901 | K15923 | 66.90 | * |
| GEORGE MILLICAN | 1818 BROOKSIDE AVE | | CANON CITY | CO | 81212-9438 | K17937 | 66.90 | * |
| GEORGE MINARS | 1912 14TH ST S | | SAINT CLOUD | MN | 56301-4813 | K25746 | 66.90 | * |
| GEORGE P FURPHY | 349 REDWOOD CT | | BENSALEM | PA | 19020-4305 | K23232 | 66.90 | * |
| GEORGE PATRICK SLAGLE | 959 TERRACOTTA DR | | ALLEN | TX | 75013-4872 | K37231 | 66.90 | * |
| GEORGE PATRICK YOCCA | 13 BROADWAY ST | | MILTON | PA | 17847-1129 | K15803 | 66.90 | * |
| GEORGE PETERS | 223 S 17TH ST | | RICHMOND | IN | 47374-5650 | K25150 | 66.90 | * |
| GEORGE QUINN | 30 CAPE BRETON CT | | PACIFICA | CA | 94044-3842 | K55185 | 66.90 | * |
| GEORGE R BROUSE | 425 SW 18TH ST | | RICHMOND | IN | 47374-5144 | K27621 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GEORGE R DECKER | 6222 WHITE STORE PAGLND RD | | MARSHVILLE | NC | 28103-6711 | K19414 | 66.90 | * |
| GEORGE R HAM | 1002 HECTOR AVE | | PASADENA | TX | 77502-3849 | K30420 | 66.90 | * |
| GEORGE R HANNA | 29509 SYLVAN DR | | WILLOWICK | OH | 44095-4509 | K43668 | 66.90 | * |
| GEORGE R LAMBERT | PO BOX 551 | | SHIRLEY | MA | 01464-0551 | K47737 | 66.90 | * |
| GEORGE R OSWALD | 66272 CHARLES MCDANIEL RD | | KENTWOOD | LA | 70444-6126 | K51259 | 66.90 | * |
| GEORGE R SCANTLIN | 610 RIDGEWAY RD | | ROSE HILL | KS | 67133-9448 | K30499 | 66.90 | * |
| GEORGE S [SANDY] HORNER PE | 287 NEW FREEDOM RD | | SOUTHAMPTON | NJ | 08088-2803 | K41635 | 66.90 | * |
| GEORGE S TOBLER | 467 CREEKSIDE LN | | LITITZ | PA | 17543-6812 | K31900 | 66.90 | * |
| GEORGE S WEBB JR | 9024 BELVOIR WOODS PKWY | | FORT BELVOIR | VA | 22060-2701 | K34528 | 66.90 | * |
| GEORGE SAX | 181 WOODBOURNE DR | | LYNCHBURG | VA | 24502-5629 | K24200 | 66.90 | * |
| GEORGE SHIAKALLIS | 1809 W SPRING RIDGE DR | | ARLINGTON HEI | IL | 60004-1217 | K53702 | 66.90 | * |
| GEORGE SLOCUM | 10011 PARK TRL | | HOUSTON | TX | 77024-5645 | K16832 | 66.90 | * |
| GEORGE SMITH | PO BOX 5 | | RANIER | MN | 56668-0005 | K19222 | 66.90 | * |
| GEORGE STANGER | 32 EL VERANO WAY | | YUBA CITY | CA | 95993-2132 | K31778 | 66.90 | * |
| GEORGE SWARTZ | 46 TROY DR | | LITITZ | PA | 17543-9419 | K32371 | 66.90 | * |
| GEORGE T HURBAN | 1584 DE BATTISTA PL | | NEW ORLEANS | LA | 70131-7904 | K50363 | 66.90 | * |
| GEORGE T LANE JR | 400 CRABAPPLE LN | | LAKE WACCAMAW | NC | 28450-9598 | K49599 | 66.90 | * |
| GEORGE TENNIS | 5 SUPERIOR CT | | DURHAM | NC | 27713-8683 | K45613 | 66.90 | * |
| GEORGE THURMAN | PO BOX 158 | | STUART | IA | 50250-0158 | K26885 | 66.90 | * |
| GEORGE TUCK | 7420 SOUTH ST UNIT 21 | | LINCOLN | NE | 68506-6500 | K28333 | 66.90 | * |
| GEORGE V LEWIS JR | 125 NARRAGANSETT DR | | MCKEESPORT | PA | 15135-3316 | K60952 | 66.90 | * |
| GEORGE V WILLIAMS | 13528 WOODSIDE DR | | HUDSON | FL | 34667-6984 | K59619 | 66.90 | * |
| GEORGE VANNOY | 107 PADDOCK ST | | SEBASTIAN | FL | 32958-6981 | K40894 | 66.90 | * |
| GEORGE W BAILEY | 1285 NORRIS DR | | COLUMBUS | OH | 43224-2735 | K45149 | 66.90 | * |
| GEORGE W BARNCORD | 101 ELM AVE | | BELLE VERNON | PA | 15012-4760 | K60673 | 66.90 | * |
| GEORGE W BERGH | 8823 VILLAGE GREEN BLVD | | CLERMONT | FL | 34711-8577 | K56098 | 66.90 | * |
| GEORGE W CLARK | 21141 CANADA RD APT 21B | | LAKE FOREST | CA | 92630-7729 | K54896 | 66.90 | * |
| GEORGE W DAVIS | 6389 FLORIO ST | | OAKLAND | CA | 94618-1335 | K25161 | 66.90 | * |
| GEORGE W KEITH JR | 90 MONOMOYIC WAY | | CHATHAM | MA | 02633-1110 | K12860 | 66.90 | * |
| GEORGE W LONG | PO BOX 1165 | | FRITCH | TX | 79036-1165 | K32100 | 66.90 | * |
| GEORGE W MOODY | 1511 CARSON CRES E | | PORTSMOUTH | VA | 23701-3111 | K22475 | 66.90 | * |
| GEORGE W PATTERSON | 95 INTERVALE RD UNIT 51 | | STAMFORD | CT | 06905-1342 | K53771 | 66.90 | * |
| GEORGE W SCHRECK | 4062 SILVERADO DR | | IDAHO FALLS | ID | 83404-7780 | K18940 | 66.90 | * |
| GEORGE W SHANNON III | 9001 LIGON CT | | FORT MYERS | FL | 33908-3602 | K54984 | 66.90 | * |
| GEORGE WALDSTEIN | 144 UPLAND RD | | CAMBRIDGE | MA | 02140-3623 | K12707 | 66.90 | * |
| GEORGE WIELEN | 1130 SONNYS WAY | | HOLLISTER | CA | 95023-6637 | K52065 | 66.90 | * |
| GEORGE WILL | 5850 MERIDIAN RD APT 215B | | GIBSONIA | PA | 15044-4805 | K61439 | 66.90 | * |
| GEORGE WILLIAM JAMES | 706 SPRINGTON CIR | | UPPER CHICHES | PA | 19014-3025 | K26162 | 66.90 | * |
| GEORGE WILLIAM ROHE | 4101 BLACK SYCAMORE DR | | CHARLOTTE | NC | 28226-4311 | K28681 | 66.90 | * |
| GEORGE WISCHER | 1255 38TH AVE SPC 64 | | SANTA CRUZ | CA | 95062-3248 | K57314 | 66.90 | * |
| GEORGE WITMER | 435 WALNUT BOTTOM RD | | CARLISLE | PA | 17013-3743 | K19721 | 66.90 | * |
| GEORGEANN WRIGHT | 2933 TOWN ROAD 275 | | INTERNATIONAL | MN | 56649-8780 | K18252 | 66.90 | * |
| GEORGENE COOTER | PO BOX 115 | | SHERIDAN | CA | 95681-0115 | K52449 | 66.90 | * |
| GEORGETTE BEMESDERFER | 574 RIVER RIDGE RD | | MCKEESPORT | PA | 15133-2406 | K60666 | 66.90 | * |
| GEORGIA BOWICK | 10003 MEREDITH LN SE | | HUNTSVILLE | AL | 35803-2636 | K20067 | 66.90 | * |
| GEORGIA BOYER | 2 CHESTER CT | | MILTON | PA | 17847-8923 | K15337 | 66.90 | * |
| GEORGIA BRACKENS | 149 S 19TH ST | | RICHMOND | CA | 94804-2631 | V99910 | 66.90 | * |
| GEORGIA BRAIS | 1023 W 8TH ST | | ASHTABULA | OH | 44004-3313 | K17550 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GEORGIA CHASE | 5330 DAWN BREAK CANYON ST | | NORTH LAS VEG | NV | 89031-6625 | K20947 | 66.90 | * |
| GEORGIA DIEDRICH | 713 CORBETT ST | | TRUTH CONSQ | NM | 87901-2013 | K19394 | 66.90 | * |
| GEORGIA GAIL ELLIS | 35 SILO SUMMIT CT | | WENTZVILLE | MO | 63385-4346 | K42664 | 66.90 | * |
| GEORGIA H WILLIAMS | 412 BELLEMEADE BLVD | | GRETNA | LA | 70056-7221 | K56226 | 66.90 | * |
| GEORGIA HART | 1385 ELKHORN RD APT 311 | | LAKE GENEVA | WI | 53147-1084 | K57404 | 66.90 | * |
| GEORGIA HUGHES GILLESPIE | 40 W ONEIDA ST | | BALDWINSVILLE | NY | 13027-1132 | K44976 | 66.90 | * |
| GEORGIA J RYNDAK | 7007 29TH PL | | BERWYN | IL | 60402-2941 | K56216 | 66.90 | * |
| GEORGIA JOHNSON | 7176 HILL HUGHES RD | | FAIRVIEW | TN | 37062-9249 | K36915 | 66.90 | * |
| GEORGIA M BARKER | 7841 KEMBERTON DR W | | NOLENSVILLE | TN | 37135-4031 | K30973 | 66.90 | * |
| GEORGIA MILLER | 270 KNOLLWOOD DR | | NEW HAVEN | CT | 06515-2414 | K54413 | 66.90 | * |
| GEORGIA PERRINE | 1809 HILLTOP LN | | PANTEGO | TX | 76013-3248 | K22112 | 66.90 | * |
| GEORGIA ROGERS | 4214 E 18TH ST | | INDIANAPOLIS | IN | 46218-4576 | K20896 | 66.90 | * |
| GEORGIA SABROWSKY | 906 S EDGEWOOD DR APT 2 | | DOTHAN | AL | 36301-2306 | K58272 | 66.90 | * |
| GEORGIA SPENCER | 8901 INDEPENDENCE SCHOOL RD | | LOUISVILLE | KY | 40228-1921 | K33320 | 66.90 | * |
| GEORGIA THOMAS | 3517 N ST SE | | WASHINGTON | DC | 20019-2949 | K60876 | 66.90 | * |
| GEORGIANA DEFFNER | 701 ATHERTON ST | | MAIZE | KS | 67101-9660 | K49062 | 66.90 | * |
| GEORGIANN CARTER | 904 N ELLISON ST | | ABINGDON | IL | 61410-9211 | K14884 | 66.90 | * |
| GEORGIANNA HALEY | 235 MAGNOLIA TREE CT | | ALPHARETTA | GA | 30022-6618 | K54790 | 66.90 | * |
| GEORGIANNA REGO | 565 AQUIDNECK AVE | | MIDDLETOWN | RI | 02842-5619 | K24977 | 66.90 | * |
| GEORGIANNE HARTNAGEL | 7 JOAN CT | | CENTERPORT | NY | 11721-1658 | K45327 | 66.90 | * |
| GEORGIE MCKENZIE | 1655 BLACKBERRY RD | | BOONE | NC | 28607-3319 | K54202 | 66.90 | * |
| GEORGINA LEAVELL | 2601 N LASALLE ST | | INDIANAPOLIS | IN | 46218-2843 | K26440 | 66.90 | * |
| GEORGINA PRAY | 4134 PARES RD | | DIMONDALE | MI | 48821-9727 | K43921 | 66.90 | * |
| GERALD (BUDDY) FAWCETT JR | 507 GREEN VILLAGE RD | | GREEN VILLAGE | NJ | 07935-3016 | K41764 | 66.90 | * |
| GERALD [GARY] DALZELL | 2878 RETAMA DR | | KEMPNER | TX | 76539-5023 | K14179 | 66.90 | * |
| GERALD [JERRY] BAKER | 15406 ROBINWOOD DR | | MINNETONKA | MN | 55345-1419 | K52345 | 66.90 | * |
| GERALD [JERRY] CRAIG | 1542 SE 10TH AVE | | DEERFIELD BEA | FL | 33441-7404 | K39928 | 66.90 | * |
| GERALD [JERRY] HAYES | 2579 WILLOWREN WAY | | PLEASANTON | CA | 94566-5347 | K62340 | 66.90 | * |
| GERALD [JERRY] ULRICH | 6830 W DEFORD RD | | DUNLAP | IL | 61525-9743 | K44827 | 66.90 | * |
| GERALD A [BUTCH] EUTENEUER | 20650 212TH AVE NW | | BIG LAKE | MN | 55309-8111 | K31722 | 66.90 | * |
| GERALD A FOLTZ | 17729 CUMANA TER | | SAN DIEGO | CA | 92128-1843 | K40385 | 66.90 | * |
| GERALD A PUFF | 4715 CHADAM LN | | JONESVILLE | MI | 49250-9705 | K38943 | 66.90 | * |
| GERALD ABRAMS | 4001 N OCEAN BLVD APT B901 | | BOCA RATON | FL | 33431-5390 | K37655 | 66.90 | * |
| GERALD BAUMER | 2370 ABINGTON PIKE | | RICHMOND | IN | 47374-9513 | K23803 | 66.90 | * |
| GERALD BURSTEIN | 100 LOVETT RD | | NEWTON CENTER | MA | 02459-3106 | K10567 | 66.90 | * |
| GERALD C PERKINS | 4039 WILLOW GREEN DR | | SAN ANTONIO | TX | 78217-4226 | K47914 | 66.90 | * |
| GERALD C SPEAKER | 5 ESCAMBIA TRL | | BROWNS MILLS | NJ | 08015-6522 | K48858 | 66.90 | * |
| GERALD CAPLE | 6255 N CAMINO PIMERIA ALTA A | | TUCSON | AZ | 85718-3628 | K18238 | 66.90 | * |
| GERALD D KETTWIG | 217 JESSIE ST | | JOLIET | IL | 60433-1447 | K52397 | 66.90 | * |
| GERALD D SULLIVAN | 4503 GOSHAWK CT | | LOUISVILLE | KY | 40241-4817 | K10328 | 66.90 | * |
| GERALD DAVIS | PO BOX 183 | | PAVO | GA | 31778-0183 | K59923 | 66.90 | * |
| GERALD E LEHMAN | 6806 NE 93RD CT | | VANCOUVER | WA | 98662-4459 | K26391 | 66.90 | * |
| GERALD E ROSSER | 170 MAIN ST APT A226 | | WALPOLE | MA | 02081-4055 | K14585 | 66.90 | * |
| GERALD E SMITH | 745 BORDENTOWN AVE | | SOUTH AMBOY | NJ | 08879-1472 | K31096 | 66.90 | * |
| GERALD EUBANKS | 785 VISCAYA BLVD | | SAINT AUGUSTI | FL | 32086-7243 | K40848 | 66.90 | * |
| GERALD F [JERRY] DUNN III | 43466 CORTE DURAZO | | TEMECULA | CA | 92592-3826 | K22557 | 66.90 | * |
| GERALD F MOUNT | 3692 GRAHAM RD | | POMARIA | SC | 29126-8716 | K35016 | 66.90 | * |
| GERALD FRANK | PO BOX 273 | | S INTERNATONA | MN | 56679-0273 | K18632 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GERALD G GRAHAM | 751 SPENSER LN | | LINDEN | MI | 48451-8582 | K56371 | 66.90 | * |
| GERALD GINTER | 1113 7TH ST | | INTERNATIONAL | MN | 56649-2514 | K19113 | 66.90 | * |
| GERALD GOLDSMITH | 1488 N LAVINA ST | | NORTH PORT | FL | 34286-3889 | K18109 | 66.90 | * |
| GERALD H MURPHY | 690 MAPLE ST | | MEADVILLE | PA | 16335-2326 | K25024 | 66.90 | * |
| GERALD H TUCKER | 330 E BEAUMONT AVE APT 102 | | WHITEFISH BAY | WI | 53217-4802 | K33963 | 66.90 | * |
| GERALD HANES | 154 ORETTA CEMETERY RD | | SINGER | LA | 70660-3668 | K43611 | 66.90 | * |
| GERALD HERMAN | 7103 229TH PL SW | | MOUNTLAKE TER | WA | 98043-2307 | K19215 | 66.90 | * |
| GERALD HERMANN | 6254 CROSSCREEK CT | | LIBERTY TOWNS | OH | 45011-7000 | K43681 | 66.90 | * |
| GERALD ILARIA | 23 TILTON AVE | | KITTERY | ME | 03904-1310 | K33044 | 66.90 | * |
| GERALD IRWIN | 220 E SOUTH LAKE ST | | HANCOCK | WI | 54943-7594 | K47809 | 66.90 | * |
| GERALD J [GERRY] HRASTAR | PO BOX 76 | | FORT VALLEY | VA | 22652-0076 | K51233 | 66.90 | * |
| GERALD J HARGETT | 5827 MOUNTAIN VIEW DR | | KINGWOOD | TX | 77345-1827 | K50621 | 66.90 | * |
| GERALD J HOLMES | 2 LINDA CT | | ALBANY | NY | 12208-1063 | K20404 | 66.90 | * |
| GERALD J MAXWELL | 2714 SUN VISTA CIR | | CLINTON | WA | 98236-9118 | K18833 | 66.90 | * |
| GERALD J STEFON | PO BOX 85 | | BALTIC | CT | 06330-0085 | K10096 | 66.90 | * |
| GERALD KAY | 2430 LE GAY ST | | COCOA | FL | 32926-5719 | K14688 | 66.90 | * |
| GERALD KING | 5532 MAIN ST | | TRUMBULL | CT | 06611-2932 | K15061 | 66.90 | * |
| GERALD L [JERRY] FREY | 3206 BOWMAN RD | | LANCASTER | PA | 17601-1608 | K28778 | 66.90 | * |
| GERALD L [JERRY] PULLIAM | 532 COBBLE DR | | MONTROSE | CO | 81403-7995 | K16947 | 66.90 | * |
| GERALD L BLOSSOM | 12005 BUTTERNUT LN | | KNOXVILLE | TN | 37934-4672 | K28092 | 66.90 | * |
| GERALD L MORRISON | 5555 LOMA LINDA DR | | PASO ROBLES | CA | 93446-8480 | K19029 | 66.90 | * |
| GERALD LINSTEN | 1006 COUNTY ROAD 6711 | | NATALIA | TX | 78059-2600 | K23204 | 66.90 | * |
| GERALD M [GERRY] KATZ | 181 WOODLAND RD | | CHESTNUT HILL | MA | 02467-2322 | K43484 | 66.90 | * |
| GERALD M CARTER | 8132 5TH AVE S | | BLOOMINGTON | MN | 55420-1308 | K17544 | 66.90 | * |
| GERALD M NEFF | 1741 WILLOW CIRCLE DR APT 7 | | CREST HILL | IL | 60403-2176 | K56883 | 66.90 | * |
| GERALD M SCHLAUGAT | W6416 COUNTY ROAD MM | | ELKHART LAKE | WI | 53020-1506 | K34537 | 66.90 | * |
| GERALD MICHAEL P COUNIHAN SR | 811 BETZ CREEK RD | | SAVANNAH | GA | 31410-2618 | K49992 | 66.90 | * |
| GERALD MILLAN | 1706 TIBURON BND | | LEWISVILLE | TX | 75067-3211 | K44269 | 66.90 | * |
| GERALD MONGRAIN | 1402 22ND ST NE UNIT 533 | | AUBURN | WA | 98002-1000 | K18751 | 66.90 | * |
| GERALD MUSIL | 721 CHASE BLVD APT 1 | | SUN PRAIRIE | WI | 53590-2364 | K49172 | 66.90 | * |
| GERALD N [JERRY] GORDON | 1731 BEACON ST APT 1007 | | BROOKLINE | MA | 02445-5328 | K14073 | 66.90 | * |
| GERALD N [JERRY] JACOBSON | 35 CHRISTY PL APT 142 | | BROCKTON | MA | 02301-1886 | K19994 | 66.90 | * |
| GERALD OSTROOT | 3 WOODSTONE CT | | ST CHARLES | MO | 63304-6840 | K23566 | 66.90 | * |
| GERALD P MURPHY | 6121 FREEPORT DR | | DAYTON | OH | 45415-1912 | K49693 | 66.90 | * |
| GERALD PREZIOSO | 2221 YEAMANS PL | | THE VILLAGES | FL | 32162-1244 | K55680 | 66.90 | * |
| GERALD R BOLLIER | 1480 W BAYSHORE RD APT 8 | | EAST PALO ALT | CA | 94303-1834 | K57316 | 66.90 | * |
| GERALD R GATELEY | 1222 ARCADIA ST NW | | OLYMPIA | WA | 98502-2637 | K38572 | 66.90 | * |
| GERALD R POLINSKY | 2490 N PARK RD APT 320 | | HOLLYWOOD | FL | 33021-3714 | K39682 | 66.90 | * |
| GERALD S REINHOLD | 678 WOODLAWN AVE | | EPHRATA | PA | 17522-1923 | K57351 | 66.90 | * |
| GERALD SANDYS | 1417 MERRYVIEW LN | | HIBBING | MN | 55746-3463 | K18315 | 66.90 | * |
| GERALD SASSER | 5060 GRANDIN RIDGE DR | | LIBERTY TWP | OH | 45011-8307 | K33458 | 66.90 | * |
| GERALD SEIM | 16770 E COUNTY ROAD 500 N | | HOPE | IN | 47246-9469 | K46272 | 66.90 | * |
| GERALD STADA | 900 CONLEY DR | | MECHANICSBURG | PA | 17055-5160 | K46738 | 66.90 | * |
| GERALD STEVENS | 34 NW 5TH ST APT 606 | | RICHMOND | IN | 47374-4170 | K26939 | 66.90 | * |
| GERALD STEWART | 1650 W COUNTY ROAD 125 S | | GREENCASTLE | IN | 46135-8483 | K45690 | 66.90 | * |
| GERALD T [JERRY] KEY | 644 N CARR ST | | TACOMA | WA | 98403-3011 | K13479 | 66.90 | * |
| GERALD T PARKINSON | 221 CHILTON WAY | | FAIRLESS HILL | PA | 19030-3305 | K33663 | 66.90 | * |
| GERALD THOMAS RICKETTS | 212 ALCAN DR | | PITTSBURGH | PA | 15239-2320 | K61368 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GERALD W BRYAN | 7072 CONSTANTINE CT | | MENTOR | OH | 44060-5124 | K44281 | 66.90 * | |
| GERALD W JOHNSON | 14602 BORMAN ST | | OMAHA | NE | 68138-6354 | K56587 | 66.90 * | |
| GERALD W LARSON | 204 E 10TH ST | | GORDON | NE | 69343-1110 | K55472 | 66.90 * | |
| GERALD YUKNAVAGE | 6417 HENRY FORD DR | | NASHVILLE | TN | 37209-1619 | K15673 | 66.90 * | |
| GERALD ZURFLUH | 820 1ST ST | | PORT EDWARDS | WI | 54469-1401 | K51282 | 66.90 * | |
| GERALDEAN [JERRY] KUEFFER | 4909 SCATTERED PINES LN NW | | ROCHESTER | MN | 55901-2937 | K57663 | 66.90 * | |
| GERALDINE [COOKIE] SCHMIDT | 1266 LAKE DR | | LINCOLNTON | GA | 30817-2455 | K21284 | 66.90 * | |
| GERALDINE [GERI] BEERY | 309 COUNTY SEAT CT | | HILLSBOROUGH | NC | 27278-9322 | K48054 | 66.90 * | |
| GERALDINE [GERI] STILES | 16847 ROCKWELL HEIGHTS LN | | CLERMONT | FL | 34711-7907 | K51554 | 66.90 * | |
| GERALDINE [GERI] WIDDER | 208 TOWER DR | | SHEBOYGAN FAL | WI | 53085-9703 | K46693 | 66.90 * | |
| GERALDINE [GERRI] SACKFIELD | 628 21ST ST NE | | CEDAR RAPIDS | IA | 52402-6329 | K15535 | 66.90 * | |
| GERALDINE [GERRY] GRANGER | 1413 HORNE AVE | | PORTSMOUTH | VA | 23701-3123 | K13108 | 66.90 * | |
| GERALDINE [GERRY] RHATIGAN | 11 TURNER PL | | ALBANY | NY | 12209-1123 | K20377 | 66.90 * | |
| GERALDINE [JERRY] ANDRIOT | 1196 DEERWOOD DR | | COXS CREEK | KY | 40013-8820 | K35291 | 66.90 * | |
| GERALDINE A [GERRIE] PADGETT | 180 BAUGHMAN LAKE DR | | FARMERVILLE | LA | 71241-7670 | K31245 | 66.90 * | |
| GERALDINE A O'CONNOR | 6616 MCGUIRE ST | | TAYLOR | MI | 48180-1514 | K59271 | 66.90 * | |
| GERALDINE B HEFFERNAN | 273 HUNNEWELL ST | | NEEDHAM HGTS | MA | 02494-1448 | K13008 | 66.90 * | |
| GERALDINE BROGAN | 9 WARNER RD | | HAMPTON BAYS | NY | 11946-1833 | K37449 | 66.90 * | |
| GERALDINE CALDWELL | 2413 CARTER AVE | | NASHVILLE | TN | 37206-1309 | K35736 | 66.90 * | |
| GERALDINE E ROSCHEL | 210 E PENN GRANT RD | | WILLOW STREET | PA | 17584-9428 | K30019 | 66.90 * | |
| GERALDINE FRITH-MCALLISTER LPN | 244 WESTBROOK BLVD | | NOBLESVILLE | IN | 46062-8470 | K25754 | 66.90 * | |
| GERALDINE GRANDE | 121 BELMONT DR | | PORTSMOUTH | RI | 02871-2145 | K25248 | 66.90 * | |
| GERALDINE HALUZA | 5 BAYVIEW DR | | HUNTINGTON | NY | 11743-1504 | K62176 | 66.90 * | |
| GERALDINE HAWK | 4009 FLEETWOOD DR | | WEST MIFFLIN | PA | 15122-2761 | K61038 | 66.90 * | |
| GERALDINE HENNINGER | 220 CEDAR MILL LN | | WOODSTOCK | GA | 30189-5101 | K58869 | 66.90 * | |
| GERALDINE JOHNSON-JOHNSON | 2430 BEAUTYBERRY CT | | TALLAHASSEE | FL | 32308-6286 | V99462 | 66.90 * | |
| GERALDINE KENNEDY | 1101 GREENOUGH DR W APT F9 | | MISSOULA | MT | 59802-3734 | K44701 | 66.90 * | |
| GERALDINE L [GERRY] ASZMUS | 661 ALCOTT DR | | MOUNT JOY | PA | 17552-7250 | K22756 | 66.90 * | |
| GERALDINE LAW | 3609 BARBADOS DR | | AUGUSTA | GA | 30909-2601 | K60318 | 66.90 * | |
| GERALDINE M RYAN | 4356 DOVER DR | | MORRISVILLE | PA | 19067-6112 | K22668 | 66.90 * | |
| GERALDINE MALONEY | 1029 FOSS AVE | | DREXEL HILL | PA | 19026-1901 | K58092 | 66.90 * | |
| GERALDINE MITCHELL | 3983 RAINBOW DR | | DECATUR | GA | 30034-2218 | K41144 | 66.90 * | |
| GERALDINE MURRAY | 2190 BETHANY RD | | MADISON | GA | 30650-4703 | K60172 | 66.90 * | |
| GERALDINE NUFRIO | 3213 COLLEGE CORNER RD | | RICHMOND | IN | 47374-4513 | K25527 | 66.90 * | |
| GERALDINE O'CONNELL | 1307 80TH ST E | | TACOMA | WA | 98404-3312 | K40236 | 66.90 * | |
| GERALDINE P VARRASSI RN | 16360 20TH RD | | WHITESTONE | NY | 11357-4025 | K37617 | 66.90 * | |
| GERALDINE PARROTT | 7310 NAPA VALLEY WAY | | KNOXVILLE | TN | 37931-8000 | K13438 | 66.90 * | |
| GERALDINE PETRICK | 12201 CHURCH DR | | IRWIN | PA | 15642-2208 | K60654 | 66.90 * | |
| GERALDINE PRITCHETT | 6477 S COUNTY ROAD 625 W | | REELSVILLE | IN | 46171-9626 | K46857 | 66.90 * | |
| GERALDINE ROGER | 1765 TALC RD | | BULLHEAD CITY | AZ | 86442-7243 | K57760 | 66.90 * | |
| GERALDINE SAUL | 44345 31ST ST W | | LANCASTER | CA | 93536-6111 | K53183 | 66.90 * | |
| GERALDINE STEVENSON | 1100 CUMMINS RD APT 113 | | DES MOINES | IA | 50315-6406 | K22131 | 66.90 * | |
| GERALDINE TARBET | 3801 95TH ST | | LUBBOCK | TX | 79423-3919 | K54404 | 66.90 * | |
| GERALDINE THOMAS | 1938 COLLEEN DR | | NORTH HUNTING | PA | 15642-4421 | K41316 | 66.90 * | |
| GERALDINE THURBER | 1110 SKYLARK DR | | OMAHA | NE | 68144-1751 | K54843 | 66.90 * | |
| GERALDINE UPHAUS | 1658 JUDD RD | | SALINE | MI | 48176-8820 | V98988 | 66.90 * | |
| GERALDINE VAN GEMERT | 123 DEVON AVE | | PARCHMENT | MI | 49004-1202 | K17159 | 66.90 * | |
| GERARD [GERRY] LAIS | 5105 SW CHESTNUT AVE | | BEAVERTON | OR | 97005-4258 | K49353 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GERARD BURKE | 1190 OLIVETTE DR | | OLIVETTE | MO | 63132-2321 | K39705 | 66.90 | * |
| GERARD F CAREY | 13568 TABSCOTT DR | | CHANTILLY | VA | 20151-2741 | K15047 | 66.90 | * |
| GERARD FARRELL | 1728 WOODLORE RD | | ANNAPOLIS | MD | 21401-6568 | K14085 | 66.90 | * |
| GERARD J HENRIES | 1103 ALBERT ST | | MANDEVILLE | LA | 70448-4107 | K50361 | 66.90 | * |
| GERARD J KRUMMEL | 1119 4TH ST | | NEW ORLEANS | LA | 70130-5622 | K52582 | 66.90 | * |
| GERARD M READEAU SR | 57428 MAINEGRA RD | | SLIDELL | LA | 70460-3673 | K51026 | 66.90 | * |
| GERD TAYLOR | 5550 UPPER RIVER RD | | GRANTS PASS | OR | 97526-8211 | K36457 | 66.90 | * |
| GERDA PASQUARELLO | 20 HOLLY LN | | BEVERLY | MA | 01915-1575 | K43505 | 66.90 | * |
| GERHARD F [GARY] OTT | 217 W ALTA LOMA CIR | | THIENSVILLE | WI | 53092-1719 | K34147 | 66.90 | * |
| GERI L MCCLURE | 943 VILLAGE BROOK WAY | | COLUMBUS | OH | 43235-5037 | K44475 | 66.90 | * |
| GERI MAYERCK | 1104 W WING ST | | ARLINGTON HEI | IL | 60005-1242 | K59676 | 66.90 | * |
| GERMAINE BOLDEN | 8329 QUAIL POINT LN | | MENTOR | OH | 44060-2279 | K44221 | 66.90 | * |
| GERMAINE TIMMERS | 9572 WOODSTATE DR | | CINCINNATI | OH | 45251-2303 | K39037 | 66.90 | * |
| GERRI PUHL | 8399 INSPIRATION AVE | | WALKERSVILLE | MD | 21793-7821 | K40982 | 66.90 | * |
| GERRY DUNN | 1709 VALLEY PKWY W | | JOLIET | IL | 60433-3325 | K49328 | 66.90 | * |
| GERRY EMMONS | 280 KIRKPATRICK DR | | SELMER | TN | 38375-1857 | K12418 | 66.90 | * |
| GERRY FEEMAN | 7911 E MICHIGAN AVE | | SALINE | MI | 48176-1594 | K16152 | 66.90 | * |
| GERRY JOHNSON | 10425 NICHOLS ST | | BELLFLOWER | CA | 90706-4134 | K32213 | 66.90 | * |
| GERRY PARISH | 37619 OCEAN REEF | | WILLOUGHBY | OH | 44094-6412 | K45107 | 66.90 | * |
| GERRY RUTH TYLER | 11 PARSLEY LN | | SAUNDERSTOWN | RI | 02874-2455 | K52928 | 66.90 | * |
| GERSON GREENBARG | 17063 RYTON LN | | BOCA RATON | FL | 33496-3206 | K44025 | 66.90 | * |
| GERTRUDE [TRUDY] HANHILAMMI | 1952 E 45TH ST | | ASHTABULA | OH | 44004-6202 | K22605 | 66.90 | * |
| GERTRUDE B BATISTE | 709 FAWNDALE LN | | WINDCREST | TX | 78239-2633 | V99660 | 66.90 | * |
| GERTRUDE BERNSTEIN | 74 HARROGATE ST | | LIDO BEACH | NY | 11561-5013 | K48724 | 66.90 | * |
| GERTRUDE GOLDBERG | 7914 CHULA VISTA CRES | | BOCA RATON | FL | 33433-4103 | K51679 | 66.90 | * |
| GERTRUDE HERMAN | PO BOX 403 | | CRIPPLE CREEK | CO | 80813-0403 | K55385 | 66.90 | * |
| GERTRUDE KING | 5000 INDIGO WAY | | MELBOURNE | FL | 32940-1442 | K49187 | 66.90 | * |
| GERTRUDE M DICARLO | 56 BEECHER PL | | NEWTON CENTER | MA | 02459-2313 | K18261 | 66.90 | * |
| GERTRUDE NEWHOUSE | 2212 OLD FARM RD | | KALAMAZOO | MI | 49004-3335 | K18273 | 66.90 | * |
| GERTRUDE SMYTH | 181 WOODCREST DR | | GETTYSBURG | PA | 17325-8415 | K39767 | 66.90 | * |
| GERTRUDE STRINE | 170 PINE RIDGE DR | | WHISPERING PI | NC | 28327-6997 | K15405 | 66.90 | * |
| GIDGET BLAIR | 16445 STITT LN | | BROOKINGS | OR | 97415-8268 | K36356 | 66.90 | * |
| GIL GIGLIO | 13513 STANBRIDGE AVE | | BELLFLOWER | CA | 90706-2343 | K29752 | 66.90 | * |
| GIL RETREY | 170 W END AVE APT 19G | | NEW YORK | NY | 10023-5406 | K50653 | 66.90 | * |
| GILBERT [GIL] TELSEY | 9290 VISTA DEL LAGO APT 11F | | BOCA RATON | FL | 33428-3164 | K45873 | 66.90 | * |
| GILBERT A GEHIN-SCOTT | PO BOX 182 | | RANCOCAS | NJ | 08073-0182 | K40759 | 66.90 | * |
| GILBERT A LUEBBE | 1902 ELM DR | | WEST BEND | WI | 53095-9603 | K39750 | 66.90 | * |
| GILBERT E FOX JR | 23538 W CLARK ST | | PLAINFIELD | IL | 60586-2322 | K50259 | 66.90 | * |
| GILBERT F JONES | 8301 BOSECK DR UNIT 220 | | LAS VEGAS | NV | 89145-4557 | K29530 | 66.90 | * |
| GILBERT GEOFFRION | 153 EMORY VIEW RD | | LANCING | TN | 37770-3260 | K52113 | 66.90 | * |
| GILBERT H BENNETT | 518 CENTER ST | | MILTON | PA | 17847-2442 | K20001 | 66.90 | * |
| GILBERT HERRERA | 44 W SOUTH 3RD ST | | MONTROSE | CO | 81401-3417 | K18340 | 66.90 | * |
| GILDA M HESTER | 1207 SUNBEAM LN | | SAINT LOUIS | MO | 63137-1335 | K14603 | 66.90 | * |
| GILDA MECHEM | 19 RIVER RD | | GLOUCESTER | MA | 01930-1323 | K16231 | 66.90 | * |
| GILDA SPECTOR | 6029 STILL FOREST DR | | DALLAS | TX | 75252-5319 | K46291 | 66.90 | * |
| GILE LARNER | 14240 SHAFTSBURG RD | | PERRY | MI | 48872-8162 | K42784 | 66.90 | * |
| GILES CRABTREE | P.O. BOX 110 | | LEWISBURG | PA | 17837 | K46208 | 66.90 | * |
| GINA ROPPA | 43 EICHELBERGER DR | | CORAOPOLIS | PA | 15108-3454 | K42267 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| GINA ROSSETTO-WESTLAKE | 3247 MUSKRAT CREEK DR | | FORT COLLINS | CO | 80528-7027 | K40066 | 66.90 | * |
| GINA SIEGEL-VITOLO | 144 KNOLLS DR | | STONY BROOK | NY | 11790-2427 | K56653 | 66.90 | * |
| GINGER ANN KUEMMERLIN | 60964 CARNATION RD | | OLATHE | CO | 81425-9516 | K17605 | 66.90 | * |
| GINGER ARNETT | 3709 ACORN RUN | | GRANBURY | TX | 76049-6200 | K22955 | 66.90 | * |
| GINGER WHITWELL | 270 LANEVIEW CONCORD RD | | TRENTON | TN | 38382-9422 | K34198 | 66.90 | * |
| GINNI COOK | 5465 S CORNELL AVE # 3 | | CHICAGO | IL | 60615-5603 | K54905 | 66.90 | * |
| GINNIE BERTRAM | 12005 VALE RD | | OAKTON | VA | 22124-2221 | K42272 | 66.90 | * |
| GINNIE KAY WEBER | 115 HERITAGE WAY | | PEACHTREE CIT | GA | 30269-3404 | K49437 | 66.90 | * |
| GINNY BRICCO | PO BOX 72 | | MILES CITY | MT | 59301-0072 | K55940 | 66.90 | * |
| GINNY IANNETTA | 832 BEECHWOOD DR | | LOWER MERION | PA | 19083-2618 | K33328 | 66.90 | * |
| GINNY KUBLER | 3427 SHADY OAKS DR | | FLOWER MOUND | TX | 75022-6820 | K23384 | 66.90 | * |
| GINNY L MILLER | 4611 ABBINGTON DR | | HARRISBURG | PA | 17109-1602 | K15218 | 66.90 | * |
| GINNY RUSSELL | 2718 OVERHILL DR | | DONELSON | TN | 37214-2820 | K41173 | 66.90 | * |
| GINNY SUTER | 1401 S SUNSWEPT DR | | UNION CITY | TN | 38261-6026 | K61588 | 66.90 | * |
| GIOVANNA ERENBERG | 6439 N MOZART ST | | CHICAGO | IL | 60645-5204 | K53863 | 66.90 | * |
| GIOVANNI P ESTRADA | 3706 RUI COVE CT | | SPRING | TX | 77386-6014 | K56057 | 66.90 | * |
| GLADYS ACHENBACH | 2210 TALL OAKS LN | | YORK | PA | 17406-6909 | K28901 | 66.90 | * |
| GLADYS ARCHIE | 2124 LINEAR ST | | SHREVEPORT | LA | 71107-4925 | V99321 | 66.90 | * |
| GLADYS B WATTS RN | 18452 3RD AVE | | SONOMA | CA | 95476-3905 | K46782 | 66.90 | * |
| GLADYS BARMER | 3505 EXECUTIVE CENTER DR APT | | CHESAPEAKE | VA | 23321-5233 | K15563 | 66.90 | * |
| GLADYS BEATTY | 5737 PARK ELWOOD RD | | RICHMOND | IN | 47374-9216 | K24331 | 66.90 | * |
| GLADYS BERINGER | 228 ANN DR | | PLYMOUTH | WI | 53073-2630 | K46546 | 66.90 | * |
| GLADYS CAUDILL | 2760 SAINT PATRICK RD | | COLUMBUS | OH | 43204-2741 | K50895 | 66.90 | * |
| GLADYS CHRISTENSEN | 3415 TULANE CT | | IOWA CITY | IA | 52245-4038 | K56902 | 66.90 | * |
| GLADYS DARLENE GRANT | 60 BULAVILLE PIKE | | GALLIPOLIS | OH | 45631-8647 | K51301 | 66.90 | * |
| GLADYS DIXON | 7852 25TH AVE | | NORWALK | IA | 50211-9332 | K59027 | 66.90 | * |
| GLADYS ELEANORA BENNETT | 565 JOMIL CT | | WAUTOMA | WI | 54982-6921 | K49872 | 66.90 | * |
| GLADYS FETTERS | 4321 VIRGINIA AVE SW | | RICHMOND | IN | 47374-4873 | K33413 | 66.90 | * |
| GLADYS HOUK | 410 CAMELLIA DR | | THIBODAUX | LA | 70301-6508 | K31483 | 66.90 | * |
| GLADYS L METZ | 61 MEDFORD LEAS | | MEDFORD | NJ | 08055-2222 | K49405 | 66.90 | * |
| GLADYS LYNCH | 156 E CEDAR ST APT 2106 | | LIVINGSTON | NJ | 07039-4148 | K31759 | 66.90 | * |
| GLADYS M NUGENT | 34 REGAL LN | | IOWA CITY | IA | 52240-6758 | K57139 | 66.90 | * |
| GLADYS MAE PICKLE | 154 DORY LN | | MODESTO | CA | 95356-1756 | K56250 | 66.90 | * |
| GLADYS MAE SILVEIRA | 132 PECKHAM LN | | MIDDLETOWN | RI | 02842-5491 | K24631 | 66.90 | * |
| GLADYS MASON | 434 W 4TH ST APT 614 | | RED WING | MN | 55066-2549 | K23458 | 66.90 | * |
| GLADYS MOORE | 358 1/2 N JOHNSON ST | | KAHOKA | MO | 63445-1425 | K17020 | 66.90 | * |
| GLADYS SAUNDERS | 4937 N 34TH AVE | | OMAHA | NE | 68111-1637 | K52518 | 66.90 | * |
| GLADYS SMITH RN | 5017 104TH ST E | | TACOMA | WA | 98446-5323 | K27869 | 66.90 | * |
| GLADYS VON DOLTEREN | 9517 EMERALD COVE LN | | ELK GROVE | CA | 95758-3613 | K47060 | 66.90 | * |
| GLADYS WISEMAN | 4544 OAKTON DR | | ORLANDO | FL | 32818-8244 | K48038 | 66.90 | * |
| GLAYDELL LYONS-CUMBERLANDER | 5993 MCNAUGHTEN GROVE LN | | COLUMBUS | OH | 43213-5105 | K46042 | 66.90 | * |
| GLEN ABRAMS | 1572 S COUNTY ROAD 125 W | | NEW CASTLE | IN | 47362-8906 | K23697 | 66.90 | * |
| GLEN ALEXANDER | 3873 AUTUMN WOOD PL | | RICHMOND | IN | 47374-4597 | K33664 | 66.90 | * |
| GLEN BENNAGE | 1066 CREEK RD | | NEW COLUMBIA | PA | 17856-9057 | K17344 | 66.90 | * |
| GLEN BRAY | 7420 HIGH MEADOWS LN | | PIEDMONT | OK | 73078-9349 | K62757 | 66.90 | * |
| GLEN CHAFFIN | 1939 S MAIN ST | | CORONA | CA | 92882-5343 | K28396 | 66.90 | * |
| GLEN D HARPER | 2011 3RD ST S | | WISCONSIN RAP | WI | 54494-5836 | K55386 | 66.90 | * |
| GLEN DEWIRE | 15113 GROUND FERN DR | | CHESTERFIELD | VA | 23832-4500 | K18785 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GLEN E MORGAN | 919 HERR DR | | NEW LENOX | IL | 60451-2028 | K49334 | 66.90 | * |
| GLEN FORD | 6655 JACKSON RD UNIT 271 | | ANN ARBOR | MI | 48103-9535 | K12692 | 66.90 | * |
| GLEN GORDON | 105 W TOWNLINE RD PMB 320 | | VERNON HILLS | IL | 60061-1424 | K62805 | 66.90 | * |
| GLEN J CONRAD | 5450 N BETHMAUR LN | | MILWAUKEE | WI | 53209-4909 | K40850 | 66.90 | * |
| GLEN NELSEN | 178 BROOK DR | | FORSYTH | MO | 65653-5469 | K14434 | 66.90 | * |
| GLEN R COLSON | PO BOX 328 | | NORWOOD | CO | 81423-0328 | K16949 | 66.90 | * |
| GLEN R FORD | 315 HEMPSTEAD 4 | | HOPE | AR | 71801-9584 | K25411 | 66.90 | * |
| GLENADEEN TURNER | PO BOX 979 | | DENTON | TX | 76202-0979 | K27004 | 66.90 | * |
| GLENDA BAILEY | 2232 E JENSEN ST | | MESA | AZ | 85213-3448 | K35192 | 66.90 | * |
| GLENDA BLOOMER | 303 PARK AVE | | MONROE | LA | 71201-4023 | K62908 | 66.90 | * |
| GLENDA CURRY | 408 ROSEDOWN WAY | | MANDEVILLE | LA | 70471-8225 | K29629 | 66.90 | * |
| GLENDA DIGGS | 148 ROLLING TRL | | HOT SPRINGS | AR | 71913-9050 | K34418 | 66.90 | * |
| GLENDA DUBES | 9327 E ANDORA HILLS DR | | SCOTTSDALE | AZ | 85262-2563 | K21568 | 66.90 | * |
| GLENDA J FLANAGAN | 3281 W 319TH ST | | LOUISBURG | KS | 66053-6184 | K31145 | 66.90 | * |
| GLENDA J MAUSTELLER | 2115 LUANNE LN | | AUBURN | IN | 46706-1074 | K38682 | 66.90 | * |
| GLENDA MC CAWLEY | 1119 E CORRINGTON AVE | | PEORIA | IL | 61603-2013 | K48904 | 66.90 | * |
| GLENDA MURPHY | 1800 WATROUS AVE APT 121 | | DES MOINES | IA | 50315-3266 | K22788 | 66.90 | * |
| GLENDA PANCIERA | 84 MASONS ISLAND RD | | MYSTIC | CT | 06355-2943 | V98381 | 66.90 | * |
| GLENDA R JENKINS | 1207 WALLACE RD | | KNOXVILLE | TN | 37919-8455 | K15422 | 66.90 | * |
| GLENDIA CUMMINGS | 6430 PARK AVE | | HOT SPRINGS | AR | 71901-9486 | K30767 | 66.90 | * |
| GLENDON R FORRESTER | 2417 ELMWOOD NORTH CIR | | WICHITA FALLS | TX | 76308-3811 | K28404 | 66.90 | * |
| GLENEACE NELSON | 207 DEVON RD | | LA PLACE | LA | 70068-5205 | K57647 | 66.90 | * |
| GLENN A TOWNLEY | 308 CLEARBROOKE BLVD | | SEAFORD | DE | 19973-4803 | K43900 | 66.90 | * |
| GLENN A VOGEDES | 7500 KENDRICK CROSSING LN | | LOUISVILLE | KY | 40291-5036 | K34863 | 66.90 | * |
| GLENN B RAICZYK | 615 WAYNE AVE | | HADDONFIELD | NJ | 08033-1007 | K43779 | 66.90 | * |
| GLENN BARNES | 56171 W PALILLO DR | | MARICOPA | AZ | 85139-2666 | K36181 | 66.90 | * |
| GLENN BROCK | 6496 RUESS RD | | VESPER | WI | 54489-9748 | K48733 | 66.90 | * |
| GLENN D JOHNSON | 15365 EISENHOWER RD | | LEAVENWORTH | KS | 66048-8224 | K33061 | 66.90 | * |
| GLENN D LANNOYE | 1313 VILLAGE GREEN CT NE | | DEVILS LAKE | ND | 58301-2831 | K38660 | 66.90 | * |
| GLENN DAVIS | 630 N ATLANTIC AVE APT TH6 | | COCOA BEACH | FL | 32931-3124 | K29154 | 66.90 | * |
| GLENN DELLY | 11351 BLODGETT CREEK TRL | | STRONGSVILLE | OH | 44149-3108 | K49036 | 66.90 | * |
| GLENN E PYLE | 8814 N 83RD AVE | | OMAHA | NE | 68122-2253 | K53293 | 66.90 | * |
| GLENN ERWIN | 7111 GREEN RD | | LAKELAND | FL | 33810-4850 | K48108 | 66.90 | * |
| GLENN GOOD | 817 ANDERSON FERRY RD | | MOUNT JOY | PA | 17552-9749 | K57583 | 66.90 | * |
| GLENN H ASQUITH | 106 BROOKFIELD DR | | MACUNGIE | PA | 18062-1131 | K35567 | 66.90 | * |
| GLENN HOBSON | 1100 W TOWANDA AVE | | EL DORADO | KS | 67042-2444 | K48187 | 66.90 | * |
| GLENN HUFF | 1216 S BLOOMINGTON ST TRLR 4 | | GREENCASTLE | IN | 46135-2272 | K47417 | 66.90 | * |
| GLENN JAGODZINSKE | 6623 SW GISBOURNE CT | | TOPEKA | KS | 66614-4455 | K55547 | 66.90 | * |
| GLENN JOHN SNYDER III | 303 ALBERT DR | | GOLDSBORO | NC | 27530-5568 | K16654 | 66.90 | * |
| GLENN KRAMEL | 507 LINCOLN HILL DR | | MONROE | LA | 71203-8811 | K41334 | 66.90 | * |
| GLENN M OSTMAN | 3002 2ND AVE E | | INTERNATIONAL | MN | 56649-4200 | K19822 | 66.90 | * |
| GLENN MARTIN | 18107 VISTA DR | | BUENA VISTA | CO | 81211-3604 | K33258 | 66.90 | * |
| GLENN P FRICK | 5011 OAKSEDGE LN | | SPRING | TX | 77388-2814 | K54062 | 66.90 | * |
| GLENN R BURDICK | 105 RUSSELCROFT RD | | WINCHESTER | VA | 22601-3445 | K12934 | 66.90 | * |
| GLENN R GLEASON | 2012 5965 LN | | OLATHE | CO | 81425-9014 | K23653 | 66.90 | * |
| GLENN R WHEELER | 3417 PATSY AVE | | KNOXVILLE | TN | 37921-4604 | K12298 | 66.90 | * |
| GLENN REED | 2610 REDWOOD AVE | | GRANTS PASS | OR | 97527-6342 | K36010 | 66.90 | * |
| GLENN RUNYAN | 29816 SANTIAM TERRACE RD | | LEBANON | OR | 97355-9339 | K54826 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| GLENN TEAGUE | 1324 E WINDSOR DR | | DENTON | TX | 76209-1286 | K29822 | 66.90 | * |
| GLENN TROYER | 2150 BAYHAM DR SE | | KENTWOOD | MI | 49508-5027 | K35067 | 66.90 | * |
| GLENN VLIETSTRA | 3100 VLIET LN | | KALAMAZOO | MI | 49004-3220 | K17085 | 66.90 | * |
| GLENN W CROSSMON | 905 PORTAGE RD APT 87 | | WOOSTER | OH | 44691-2097 | K61372 | 66.90 | * |
| GLENN W ZIMMERMANN | 21 SANDIA MOUNTAIN TRL | | EDGEWOOD | NM | 87015-9529 | K48736 | 66.90 | * |
| GLENN WHITESELL | 9931 N 1000 W | | DEMOTTE | IN | 46310-8434 | K25899 | 66.90 | * |
| GLENN WILLIAMS RIBELIN SR | 154 PEA RIDGE HWY | | JONESVILLE | SC | 29353-3000 | K48819 | 66.90 | * |
| GLENNA E SULKALA | 73 LONGMEADOW RD | | NORWOOD | MA | 02062-5549 | K18135 | 66.90 | * |
| GLENNA ENGLEHART | 3742 RANFIELD RD | | KENT | OH | 44240-6763 | K61643 | 66.90 | * |
| GLENNA FAUS | 8408 CAMELOT TRCE | | STURTEVANT | WI | 53177-2693 | K41949 | 66.90 | * |
| GLENNA FAYE EMMETT | 500 BRADLEY LN | | DUMAS | TX | 79029-3131 | K29371 | 66.90 | * |
| GLENNA HILL | 1308 CATHERINE ST | | PEKIN | IL | 61554-3660 | K46088 | 66.90 | * |
| GLENNA M LINDFIELD | 14 PINEHURST DR | | LAGUNA VISTA | TX | 78578-2861 | K55065 | 66.90 | * |
| GLENNA VANOSTRAN | 984 MEECH RD | | WILLIAMSTON | MI | 48895-9735 | K40638 | 66.90 | * |
| GLORIA [JEAN] HENSON | 11551 FARM ROAD 2192 | | CASSVILLE | MO | 65625-7420 | K40050 | 66.90 | * |
| GLORIA [JOAN] RICE | 1403 EVANGELINE AVE | | ORLANDO | FL | 32809-7037 | K24788 | 66.90 | * |
| GLORIA A BURNS | 103 GARFIELD AVE | | BLACKWOOD | NJ | 08012-3014 | K45288 | 66.90 | * |
| GLORIA A LEWIS | 81 DURRELL ST | | VERONA | NJ | 07044-1721 | K62980 | 66.90 | * |
| GLORIA ADAMSKI | 4281 S CANAL DR | | HARRISON | MI | 48625-9622 | K46289 | 66.90 | * |
| GLORIA AKSENTOWITZ | 1401 E BISHOP DR | | TEMPE | AZ | 85282-2728 | K52960 | 66.90 | * |
| GLORIA BACHEMIN | 15302 QUIET CREEK DR | | HOUSTON | TX | 77095-1807 | K57017 | 66.90 | * |
| GLORIA BARTOL | 1750 DELTA WATERS RD STE 102 | | MEDFORD | OR | 97504-9181 | K39327 | 66.90 | * |
| GLORIA BLACKHURST | 1298 MEATHOUSE FORK RD | | RAVENSWOOD | WV | 26164-5303 | K56397 | 66.90 | * |
| GLORIA BOWIE | 8 FREEDOM WAY | | UPPER CHICHES | PA | 19061-2466 | K20684 | 66.90 | * |
| GLORIA BRAVERMAN | 100 GRAYS LN APT 208 | | HAVERFORD | PA | 19041-1753 | K35447 | 66.90 | * |
| GLORIA BRIDGEFORTH | 8040 SPRINGWATER CIR | | INDIANAPOLIS | IN | 46256-1684 | K23757 | 66.90 | * |
| GLORIA BROSSEAU | 1083 COUNTY ROAD 2022 | | GLEN ROSE | TX | 76043-6190 | K52705 | 66.90 | * |
| GLORIA CARTER | 5249 AMSTERDAM AVE | | HOLT | MI | 48842-9627 | K42233 | 66.90 | * |
| GLORIA COSNER | 2510 SE 7TH ST | | DES MOINES | IA | 50315-2009 | K28880 | 66.90 | * |
| GLORIA COULTER | 986 N 1000 W | | PARKER CITY | IN | 47368-9332 | K27450 | 66.90 | * |
| GLORIA DAYTON | 3209 HARMONY RD | | BERTHOUD | CO | 80513-8556 | K41744 | 66.90 | * |
| GLORIA DIMMICK | 1109 E BAILEY CT | | PEORIA | IL | 61614-2218 | K53900 | 66.90 | * |
| GLORIA DYE | 1100 CHURCH AVE | | WISCONSIN RAP | WI | 54494-9273 | K46831 | 66.90 | * |
| GLORIA F. HARDY | 3425 TREXLER AVE | | PORTSMOUTH | VA | 23704-6059 | K14426 | 66.90 | * |
| GLORIA FOUTS | 18755 W BERNARDO DR APT 1025 | | SAN DIEGO | CA | 92127-3010 | K52048 | 66.90 | * |
| GLORIA GENTILE | 45 BARREN RD | | MEDIA | PA | 19063-4427 | K50193 | 66.90 | * |
| GLORIA GOULET | 3 GREEN LN | | NEWPORT | RI | 02840-1712 | K31496 | 66.90 | * |
| GLORIA HARDIN | 1799 S IVY CIR | | MEDFORD | OR | 97501-4058 | K34205 | 66.90 | * |
| GLORIA HIRSCH | 57 GOLD AVE | | STATEN ISLAND | NY | 10312-1410 | K48629 | 66.90 | * |
| GLORIA HOLDER | 9318 MERRICK ST | | TAYLOR | MI | 48180-3845 | K58675 | 66.90 | * |
| GLORIA J CHICK | 3560 ALMA RD APT 516 | | RICHARDSON | TX | 75080-1103 | K24693 | 66.90 | * |
| GLORIA K WATSON | 141 OFFICE ST | | WELLFORD | SC | 29385-9571 | K32968 | 66.90 | * |
| GLORIA KING | 2107 BETTY LN | | MOUNT PLEASAN | MI | 48858-2037 | K36066 | 66.90 | * |
| GLORIA L JACKSON | 1500 DIXON ST | | DES MOINES | IA | 50316-2628 | V99259 | 66.90 | * |
| GLORIA LAPERLE | 1372 IVYDALE RD | | SPRING HILL | FL | 34606-4219 | K13185 | 66.90 | * |
| GLORIA LARRY | 15335 PARK ROW APT 907 | | HOUSTON | TX | 77084-2894 | V99532 | 66.90 | * |
| GLORIA LEVESQUE | 204 E CHATEAU CIR | | PAYSON | AZ | 85541-3905 | K55629 | 66.90 | * |
| GLORIA LORRAINE ROCHE | 45 SISK DR APT 17-2 | | PAWCATUCK | CT | 06379-3947 | K26902 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| GLORIA LOWRY | 327 MANFORD WAY | | PASADENA | CA | 91105-1126 | K38047 | 66.90 | * |
| GLORIA LUTH | 25 CAROL DR | | UNCASVILLE | CT | 06382-2007 | K14850 | 66.90 | * |
| GLORIA MARGOLIS | 23 WAYSIDE LN | | WANTAGH | NY | 11793-1306 | K56401 | 66.90 | * |
| GLORIA MARTIN | 35 DOVE ST | | WILLIAMSTON | SC | 29697-1714 | K62709 | 66.90 | * |
| GLORIA MILLER | 10188 WOLF RD | | VERSAILLES | OH | 45380-9439 | K33299 | 66.90 | * |
| GLORIA MOHLER | 274 COLONIAL DR | | AKRON | PA | 17501-1223 | K57291 | 66.90 | * |
| GLORIA MONTROSS | 2731 MICHAELANGELO ST | | NEW CANEY | TX | 77357-3017 | K13822 | 66.90 | * |
| GLORIA MORRIS | 103 FORRY DR | | EPHRATA | PA | 17522-9133 | K31427 | 66.90 | * |
| GLORIA MUIR | 582 MARSTONS LN | | YARMOUTH PORT | MA | 02675-1656 | K14894 | 66.90 | * |
| GLORIA N FREEMAN | 901 HARDING AVE | | PORT ARTHUR | TX | 77640-4820 | V99453 | 66.90 | * |
| GLORIA O'REILLY | 6199 S 46TH E | | IDAHO FALLS | ID | 83406-8248 | K29320 | 66.90 | * |
| GLORIA PHILLIPS | 3277 S CHAPARRAL RD | | APACHE JUNCTI | AZ | 85119-3667 | K42311 | 66.90 | * |
| GLORIA RICCARDO | 211 PINE HOV CIR APT B-1 | | GREENACRES | FL | 33463-9011 | K39391 | 66.90 | * |
| GLORIA RICKS CARTER | 1123 E BARRINGER ST | | PHILADELPHIA | PA | 19119-3905 | K16087 | 66.90 | * |
| GLORIA ROGERS | 348 HARBOR RIDGE LN | | FAIRPORT HARB | OH | 44077-5597 | K50108 | 66.90 | * |
| GLORIA SCAGGS | 10207 BRANDON RD | | SOUTH ROCKWOO | MI | 48179-9300 | K60289 | 66.90 | * |
| GLORIA SIELA | 11210 N STATE ROAD 1 | | OSSIAN | IN | 46777-9732 | K38495 | 66.90 | * |
| GLORIA SMITH | 318 N WOODLAND AVE | | SWANTON | OH | 43558-1053 | K26051 | 66.90 | * |
| GLORIA SMITH | 4124 MCCLAIN RD | | LIMA | OH | 45806-2540 | K44046 | 66.90 | * |
| GLORIA TWICHELL | 3715 ARKONA RD | | SALINE | MI | 48176-9635 | V99756 | 66.90 | * |
| GLORIA WALD | 17 RURAL LN | | EAST LONGMEAD | MA | 01028-1324 | K12251 | 66.90 | * |
| GLORIA WILLIAMS | 727 E 40TH PL | | GRIFFITH | IN | 46319-1742 | V99768 | 66.90 | * |
| GLORIA WOODS | 1419 1/2 W 101ST ST | | LOS ANGELES | CA | 90047-3951 | K15397 | 66.90 | * |
| GLORIOUS J VAN ARSDEL | 7686 BRIARSTONE LN | | INDIANAPOLIS | IN | 46227-5450 | K55201 | 66.90 | * |
| GLYNDA KAY LACKEY | 1125 SE HERITAGE DR | | EL RENO | OK | 73036-4169 | K62694 | 66.90 | * |
| GODFRED C [FRED] SINGER | 3208 MARYLAND AVE | | KENNER | LA | 70065-4730 | K57866 | 66.90 | * |
| GOLDENE HAENDEL | 402 MCLEAN ST | | IOWA CITY | IA | 52246-3732 | K57145 | 66.90 | * |
| GOLDYE HART | 2160 E CORONA AVE | | PHOENIX | AZ | 85040-2536 | V99516 | 66.90 | * |
| GORDIAN KIEDROWSKI | 4121 S ROOSEVELT PT | | HOMOSASSA | FL | 34448-3522 | K33442 | 66.90 | * |
| GORDON [GORDY] JOHNSON | 500 N MADISON ST | | CAMBRIA | WI | 53923-8914 | K47238 | 66.90 | * |
| GORDON A ETZLER | 307 WASHINGTON ST APT A | | VALPARAISO | IN | 46383-4771 | K44762 | 66.90 | * |
| GORDON C KELLEY | | | | | | K39748 | 66.90 | * |
| GORDON GIBSON | 120 LAMAR RD | | PITTSBURGH | PA | 15241-1552 | K62744 | 66.90 | * |
| GORDON J DEY | 7830 PINE FOREST RD APT G12 | | PENSACOLA | FL | 32526-9241 | K25026 | 66.90 | * |
| GORDON LINEBERRY | 566 BOULDER TRL | | WARRIOR | AL | 35180-5464 | K35878 | 66.90 | * |
| GORDON M GSELL | 2001 EDENBORN AVE | | METAIRIE | LA | 70001-2743 | K51203 | 66.90 | * |
| GORDON MCMILLAN | 11013 UPPER PRESTON RD SE | | ISSAQUAH | WA | 98027-8713 | K38630 | 66.90 | * |
| GORDON R DILLER | 239 S MAIN ST | | BLUFFTON | OH | 45817-1039 | K49937 | 66.90 | * |
| GORDON R HOEFER | 3353 CHEYENNE DR | | GRANTS PASS | OR | 97527-8728 | K52629 | 66.90 | * |
| GORDON STANFIELD | 14736 E BURNT LANDING RD | | GOETZVILLE | MI | 49736-9370 | K58574 | 66.90 | * |
| GORDON SUTHERLIN | 103 BYRON ST | | BEEBE | AR | 72012-2501 | K45829 | 66.90 | * |
| GORDON W NUSZ | 2813 LAUREL HILL DR | | FLOWER MOUND | TX | 75028-7521 | K55296 | 66.90 | * |
| GORDON WALTER POWELL | 157 MEDICK WAY | | WORTHINGTON | OH | 43085-3089 | K28188 | 66.90 | * |
| GORDON WILD | 12701 AYRES HWY | | TIPTON | MI | 49287-9509 | V99863 | 66.90 | * |
| GRACE A COOK | 3007 FULFORD ST | | KALAMAZOO | MI | 49001-4453 | K18674 | 66.90 | * |
| GRACE AASLETTEN | 3106 HICKORY GROVE LN | | PEARLAND | TX | 77584-8116 | K29104 | 66.90 | * |
| GRACE BOARDMAN | 136 S KENTON AVE | | NATIONAL CITY | CA | 91950-2145 | K26899 | 66.90 | * |
| GRACE BUCKLEY | 806 S WHIPPOORWILL RD | | DERBY | KS | 67037-3624 | K41481 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| GRACE CONSIGLIO | 4 COTTAGE DR | | BOHEMIA | NY | 11716-5029 | K48324 | 66.90 | * |
| GRACE CONTINO | 1125 PEACE PIPE PL UNIT 102 | | MYRTLE BEACH | SC | 29579-8377 | K52076 | 66.90 | * |
| GRACE E DIETZ | 122 DIETZ RD | | WATSONTOWN | PA | 17777-8193 | K15331 | 66.90 | * |
| GRACE E LENK | 79 HOLLY RIBBONS CIR | | BLUFFTON | SC | 29909-6193 | K41053 | 66.90 | * |
| GRACE E WOOD | 7090 COVENANT WOODS DR APT F | | MECHANICSVILL | VA | 23111-7040 | K22412 | 66.90 | * |
| GRACE FAZIO | 15616 S FREDERICK AVE | | PLAINFIELD | IL | 60544-3022 | K52769 | 66.90 | * |
| GRACE FITZPATRICK-WETZLER | 349 MEADOWLARK LN | | WEST MIFFLIN | PA | 15122-2526 | K61797 | 66.90 | * |
| GRACE H CROWE | 2210 BOSTWICK RD | | MADISON | GA | 30650-3620 | K49837 | 66.90 | * |
| GRACE HERTZ | 13737 410TH ST | | LAURENS | IA | 50554-8669 | K37908 | 66.90 | * |
| GRACE JOHNSON | 521 S 4TH ST | | MONTROSE | CO | 81401-4218 | K18065 | 66.90 | * |
| GRACE KEY | 9901 COUNTY ROAD 3600 | | SLATON | TX | 79364-8322 | K41692 | 66.90 | * |
| GRACE L BATES | 7227 MOELLER RD LOT 140 | | FORT WAYNE | IN | 46806-1685 | K38360 | 66.90 | * |
| GRACE LAUGHLIN | A201 SUMMIT DR | | BRYN MAWR | PA | 19010-2232 | K49830 | 66.90 | * |
| GRACE LEE KEOGH | 3408 204TH ST | | BAYSIDE | NY | 11361-1250 | K36692 | 66.90 | * |
| GRACE MITCHELL | 703 SKYLINE DR | | LAMESA | TX | 79331-6517 | K41727 | 66.90 | * |
| GRACE MONAGHAN | 2000 S EADS ST APT 205 | | ARLINGTON | VA | 22202-3105 | K37561 | 66.90 | * |
| GRACE MYNATT | 1980 HIGHWAY 73 E | | CONCORD | NC | 28025-9605 | K35634 | 66.90 | * |
| GRACE PARLAPIANO | 6 W 4TH ST | | NEW PROVIDENC | NJ | 07974-2218 | K39871 | 66.90 | * |
| GRACE SCHOENFELD | 550 MARGRAVE DR | | RENO | NV | 89502-3519 | K40946 | 66.90 | * |
| GRACE STEINER | PO BOX 121 | | ZIEGLERVILLE | PA | 19492-0121 | K36055 | 66.90 | * |
| GRACE TAMRAZ | 5831 N BERNARD ST | | CHICAGO | IL | 60659-3401 | K52568 | 66.90 | * |
| GRACE TOTH | 504 BLACKROCK RD | | COVENTRY | RI | 02816-7688 | K60726 | 66.90 | * |
| GRACE V BRENNAN | 10440 EAGLES VIEW DR | | KNOXVILLE | TN | 37922-5138 | K12484 | 66.90 | * |
| GRACE YOUNG | 209 S DILLON ST | | WOODBURY | TN | 37190-1431 | K35601 | 66.90 | * |
| GRADY DEAVER HOLDEN | 465A LYMAN LAKE RD | | LYMAN | SC | 29365-9521 | K31561 | 66.90 | * |
| GRADY OWEN BATTEN | PO BOX 3197 | | OLATHE | KS | 66063-1197 | K38383 | 66.90 | * |
| GRAHAM ADDISON | 800 S CIRCLE DR | | SEMINOLE | TX | 79360-5200 | K41604 | 66.90 | * |
| GRAHAM W BAUERLE | 928 PUMPKIN HARBOR RD | | CAMBRIDGE | VT | 05444-9789 | K35386 | 66.90 | * |
| GRANT HIGGINS | 720 HIGGINS RD | | SARANAC | MI | 48881-9572 | K36957 | 66.90 | * |
| GRANT SOLLIN | 930 DOUGLAS AVE APT A | | LOVELAND | CO | 80537-4571 | K34317 | 66.90 | * |
| GRANT WILLIAMS | 5884 CENTER ST | | JUPITER | FL | 33458-3973 | K17674 | 66.90 | * |
| GRANTS PASS HIGH SCHOOL | JOSEPHINE COUNTY EDUCATIONAL | 830 NE 9TH ST | GRANTS PASS | OR | 97526 | | 0.00 | ** |
| GRANTS PASS HIGH SCHOOL | c/o JIM SAVARD | 830 NE 9TH ST | GRANTS PASS | OR | 97526 | | 0.00 | ** |
| GREENCASTLE HIGH SCHOOL | GREENCASTLE H.S. ALUMNI ASSO | 910 E WASHINGTON ST | GREENCASTLE | IN | 46135-1898 | | 0.00 | ** |
| GREENCASTLE HIGH SCHOOL | c/o JOHN ASH | 910 E WASHINGTON ST | GREENCASTLE | IN | 46135-1898 | | 0.00 | ** |
| GREG A KOKAL | 810 FAIRWAY DR NE | | WARREN | OH | 44483-5638 | K46223 | 66.90 | * |
| GREG BALLENTINE | 11 EPPINGTON LN | | BELLA VISTA | AR | 72714-4900 | K34770 | 66.90 | * |
| GREG BOTSHON | 18 MOREY LN | | RANDOLPH | NJ | 07869-4635 | K34999 | 66.90 | * |
| GREG DELAMORE | 315 ARLINGTON AVE UNIT 1901 | | CHARLOTTE | NC | 28203-4286 | K60149 | 66.90 | * |
| GREG EVANS | 1724 MAIN ST | | NEWBERRY | SC | 29108-3548 | K50094 | 66.90 | * |
| GREG GOUGH | 1128 TERRADYNE DR | | ANDOVER | KS | 67002-9227 | K35940 | 66.90 | * |
| GREG HARMS | 4485 COCONUT RIDGE RD | | SMITHVILLE | TN | 37166-2881 | K44695 | 66.90 | * |
| GREG LANTZY | 5318 FAIRBANKS | | LANSING | MI | 48917-4073 | K57206 | 66.90 | * |
| GREG LIGHT | 2429 RETRIEVER LN | | GREENSBORO | NC | 27455-2692 | K46816 | 66.90 | * |
| GREG LIVINGSTON | 10471 ROMBLON WAY | | NORTHGLENN | CO | 80234-3613 | K33675 | 66.90 | * |
| GREG R MULLEN | W186N7064 MARCY RD | | MENOMONEE FAL | WI | 53051-4929 | K39288 | 66.90 | * |
| GREG RYAN | 20 W MONTGOMERY AVE APT 202 | | ARDMORE | PA | 19003-1433 | K43725 | 66.90 | * |
| GREG TOMKO | 432 HILLSDALE DR | | SANTA ROSA | CA | 95409-6109 | K58255 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| GREG WEESNER | 6090 ROLLING GLEN CT | | SAN JOSE | CA | 95123-4537 | K31265 | 66.90 | * |
| GREGG A LICHTENSTEIN | 411 N EXETER AVE | | MARGATE CITY | NJ | 08402-1867 | K61290 | 66.90 | * |
| GREGORY [GREG] BABIN | PO BOX 56375 | | METAIRIE | LA | 70055-6375 | K56292 | 66.90 | * |
| GREGORY [GREG] DEACON | 1230 S 1ST AVE | | IOWA CITY | IA | 52240-2504 | K59358 | 66.90 | * |
| GREGORY [KASEY] KASE | 514 BURKE ST | | KEOKUK | IA | 52632-2816 | K16014 | 66.90 | * |
| GREGORY A DIJOSEPH | 8124 WESTLAKE ST | | TAYLOR | MI | 48180-2019 | K59049 | 66.90 | * |
| GREGORY A MORRIS | 34235 N STONE RIDGE DR | | SAN TAN VALLE | AZ | 85143-3427 | K40854 | 66.90 | * |
| GREGORY A TERRACCIANO | 15 WAY HILL RD | | WATERFORD | CT | 06385-4013 | K12436 | 66.90 | * |
| GREGORY AMSPAUGH | 976 SHADY GROVE RD | | EL DORADO | AR | 71730-9406 | K59109 | 66.90 | * |
| GREGORY C CURRIVAN | 850 N EL CAMINO REAL APT 433 | | SAN MATEO | CA | 94401-3786 | K53545 | 66.90 | * |
| GREGORY CARTER | 2704 WELBORN ST APT E | | DALLAS | TX | 75219-4895 | K27828 | 66.90 | * |
| GREGORY D BOYER | 125 W 2ND ST | | WAVERLY | OH | 45690-1305 | K50549 | 66.90 | * |
| GREGORY D PELTZ | 96 GRANT ST S | | SLOATSBURG | NY | 10974-1617 | K50512 | 66.90 | * |
| GREGORY DONOHUE | 2563 35TH AVE | | SAN FRANCISCO | CA | 94116-2811 | K58778 | 66.90 | * |
| GREGORY ELDER | 405 RUE BRENDA | | SLIDELL | LA | 70461-5317 | K54186 | 66.90 | * |
| GREGORY G MCGRATH | 26403 CHAPEL HILL DR | | NORTH OLMSTED | OH | 44070-1885 | K43279 | 66.90 | * |
| GREGORY H JEFFREY | 6648 MERRICK ST | | TAYLOR | MI | 48180-1825 | K61537 | 66.90 | * |
| GREGORY J BERTSCH | 16502 134TH ST NE | | ARLINGTON | WA | 98223-6644 | K34671 | 66.90 | * |
| GREGORY J KARNEY | 5919 S LEE ST | | SPOKANE | WA | 99223-6832 | K25287 | 66.90 | * |
| GREGORY J LINTINGER SR | 639 LABARRE DR | | METAIRIE | LA | 70001-5442 | K50510 | 66.90 | * |
| GREGORY J PAPE | 1650 W AVENUE K8 APT 212 | | LANCASTER | CA | 93534-3898 | K40561 | 66.90 | * |
| GREGORY J RICHARDS | 554 HYMAN DR | | NEW ORLEANS | LA | 70121-1738 | K51942 | 66.90 | * |
| GREGORY JUENEMANN | 721 MOUNT VERNON AVE | | MAPLEWOOD | MN | 55117-2235 | K20818 | 66.90 | * |
| GREGORY L ALLCUT | 877 PENINSULA DR | | PROSPERITY | SC | 29127-9102 | K51466 | 66.90 | * |
| GREGORY L ENGELKE | 2260 INCA LN | | NEW BRIGHTON | MN | 55112-3130 | K55833 | 66.90 | * |
| GREGORY L HARO | 2417 N TURNBULL DR | | METAIRIE | LA | 70001-1749 | K54181 | 66.90 | * |
| GREGORY L RAU | 13901 E 47TH ST S | | DERBY | KS | 67037-8378 | K31642 | 66.90 | * |
| GREGORY L ROYER | 121 S 2ND ST | | DENVER | PA | 17517-1145 | K60080 | 66.90 | * |
| GREGORY LAW | 2105 CLUSTER BRANCH CT | | LONGWOOD | FL | 32779-2756 | K32383 | 66.90 | * |
| GREGORY P PATTAKOS | 754 SAINT LEO RD | | BURTON | WV | 26562-9408 | K50075 | 66.90 | * |
| GREGORY S NELSON | 2717 IOLANI ST | | MAKAWAO | HI | 96768-8734 | K38516 | 66.90 | * |
| GREGORY S ZIVODER | 7510 ANDREA DR | | MENTOR | OH | 44060-7211 | K49348 | 66.90 | * |
| GREGORY T TUCKER | 2714 N CRANBERRY ST | | WICHITA | KS | 67226-1621 | K30203 | 66.90 | * |
| GREGORY TREVITZ | 199 CASTLEWOOD RD | | GAFFNEY | SC | 29341-3005 | K16453 | 66.90 | * |
| GREGORY W [GREG] BRUNSWICK | 9332 CONOVER RD | | VERSAILLES | OH | 45380-9510 | K32324 | 66.90 | * |
| GRETA [GERTRUDE] HANISCH | 600 W 246TH ST APT 1107 | | RIVERDALE | NY | 10471-3624 | K14071 | 66.90 | * |
| GRETA A INKMAN | 3011 IOWA ST | | LEAVENWORTH | KS | 66048-4958 | K32400 | 66.90 | * |
| GRETA COLEMAN | 5125 5TH AVE APT 1E | | PITTSBURGH | PA | 15232-3101 | K40572 | 66.90 | * |
| GRETCHEN BRAKMANIS | 2717 SADDLE BLANKET PL | | LEANDER | TX | 78641-7870 | K40221 | 66.90 | * |
| GRETCHEN BRASWELL | 1008 SHENANDOAH DR | | HIGH POINT | NC | 27262-4535 | K56161 | 66.90 | * |
| GRETCHEN DINSDALE | 1309 STAGECOACH RD | | GRAND ISLAND | NE | 68801-7303 | K33534 | 66.90 | * |
| GRETCHEN HAWKINS | 18 MARLPIT PL | | MIDDLETOWN | NJ | 07748-2028 | K40845 | 66.90 | * |
| GRETCHEN L FAERBER | 1051 W VALERIO ST | | SANTA BARBARA | CA | 93101-4959 | K26760 | 66.90 | * |
| GRETCHEN LAGANA | 3150 N SHERIDAN RD APT 11A | | CHICAGO | IL | 60657-4838 | K51948 | 66.90 | * |
| GRETCHEN MCDONOUGH | 306 CIRCLE DR | | WICHITA | KS | 67218-1210 | K29872 | 66.90 | * |
| GRETCHEN PARMETER | 5041 DEBRON CT | | POLLOCK PINES | CA | 95726-9500 | K40855 | 66.90 | * |
| GRINJE FERNANDEZ | 784 VIENNA ST | | SAN FRANCISCO | CA | 94112-3529 | K56342 | 66.90 | * |
| GUIDO J SALOMONE JR | 2435 25TH AVE | | SAN FRANCISCO | CA | 94116-2341 | K54401 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| GUNTA MARY EMMONS-ZIVARTS | 3512 S LLOYD RD | | SPOKANE | WA | 99223-1162 | K38791 | 66.90 | * |
| GURDON HAMILTON MD | 3133 CHANNEL DR | | STEVENS POINT | WI | 54481-4925 | K57735 | 66.90 | * |
| GURDON W COUNTS | PO BOX 2629 | | BATESBURG-LEE | SC | 29070-0629 | K35750 | 66.90 | * |
| GUS FARINELLA | 80 ALPINE WAY | | HUNTINGTON ST | NY | 11746-4602 | K61930 | 66.90 | * |
| GUS KAPOTIS | 18 STONE DR | | WEST ORANGE | NJ | 07052-1334 | K14432 | 66.90 | * |
| GUSTINE S [TINA] MATHIS | 6605 PINE AVE | | FLEMING ISLAN | FL | 32003-8761 | K43906 | 66.90 | * |
| GUY CLIFFORD SMITH | 107 DAMPIER RD | | BISHOPVILLE | SC | 29010-8742 | K30106 | 66.90 | * |
| GUY D BROWN | 66 VINE ST | | MERIDEN | CT | 06451-2850 | K11458 | 66.90 | * |
| GUY D WATROUS | 3364 E FREELAND RD | | FREELAND | MI | 48623-9416 | K36681 | 66.90 | * |
| GUY F [JEFF] WILLIAMS | 440 W 5TH ST APT 805 | | RED WING | MN | 55066-2109 | K18356 | 66.90 | * |
| GUY GRECO | 5097 ATHENS DR | | SAN RAMON | CA | 94582-4606 | K51856 | 66.90 | * |
| GUY V VALADE | 4549 HEISS RD | | MONROE | MI | 48162-9461 | K60285 | 66.90 | * |
| GUY WOLFF | 3985 PRADO DEL MAIZ | | CALABASAS | CA | 91302-3633 | K43132 | 66.90 | * |
| GWEN ARMITAGE | 465 NORWOOD AVE | | SATELLITE BEA | FL | 32937-3158 | K27083 | 66.90 | * |
| GWEN B RILES | 1122 E PIKE ST # 798 | | SEATTLE | WA | 98122-3916 | K41025 | 66.90 | * |
| GWEN BAUER | 1720 RYAN DR | | BISMARCK | ND | 58501-1512 | K37793 | 66.90 | * |
| GWEN E BARNHART | 706 MILLS AVE | | DUMAS | TX | 79029-5312 | K33893 | 66.90 | * |
| GWEN FRANKLIN | 7603 S BALLANTRAE DR | | MC KINNEY | TX | 75070-6703 | K47260 | 66.90 | * |
| GWEN M SMITH | 117 FAIRFIELD DR | | BRISTOL | TN | 37620-4425 | K23329 | 66.90 | * |
| GWEN MARSA | 741 E 7TH AVE | | ESCONDIDO | CA | 92025-4439 | K55664 | 66.90 | * |
| GWEN MERRICK | 8518 6TH ST | | DOWNEY | CA | 90241-3511 | K55173 | 66.90 | * |
| GWEN MIKISH | 12830 ULYSSES ST NE | | MINNEAPOLIS | MN | 55434-4139 | K18642 | 66.90 | * |
| GWEN MOONEY | 4389 SPRING GROVE AVE | | CINCINNATI | OH | 45223-1862 | K54385 | 66.90 | * |
| GWEN POSA-MICHALEK | 15652 N 4TH ST APT 8 | | BENNINGTON | NE | 68007-5453 | K55435 | 66.90 | * |
| GWEN SIEGRIST | 1139 PLANTATION LN | | MOUNT PLEASAN | SC | 29464-7217 | K33922 | 66.90 | * |
| GWEN WEST | 1048 N RAPP AVE | | COLUMBIA | IL | 62236-1122 | K62884 | 66.90 | * |
| GWEN WESTLUND | PO BOX 125 | | WEYERHAEUSER | WI | 54895-0125 | K53304 | 66.90 | * |
| GWENDOLINE [GWEN] BURNES | 1307 ARLINGTON ST | | MARSHFIELD | WI | 54449-3403 | K30642 | 66.90 | * |
| GWENDOLYN COOPER | 1405 QUIET CT | | PORTSMOUTH | VA | 23701-3617 | K14083 | 66.90 | * |
| GWENDOLYN E MCINTYRE | 4103 CHESTNUT ST | | FAIRFAX | VA | 22030-5204 | K26836 | 66.90 | * |
| GWENDOLYN HART | 27352 180TH ST | | CLARKSVILLE | IA | 50619-9208 | K54419 | 66.90 | * |
| GWENDOLYN KYLER | 1724 CORNELL DR | | AUGUSTA | GA | 30904-5002 | K59966 | 66.90 | * |
| GWENDOLYN R LANFORD | 5281 MATLOCK BEND RD | | LOUDON | TN | 37774-5516 | K11864 | 66.90 | * |
| GWENDOLYN ROSS | 2474 BARSTOW AVE | | CLOVIS | CA | 93611-6202 | K31240 | 66.90 | * |
| GWENDOLYN SCHRANTZ | 1002 SUMMITT ST | | MCKEESPORT | PA | 15132-1419 | K61695 | 66.90 | * |
| GWENDOLYN SCHROEDER | 5933 STATE ROAD 227 S | | RICHMOND | IN | 47374-9457 | K28424 | 66.90 | * |
| GWENDOLYN WEEKS | 775 VIA MIRADA LN | | EL PASO | TX | 79922-2152 | K34475 | 66.90 | * |
| GWIN LEWIN | 18 WESTMINSTER CT | | CARLISLE | PA | 17013-1799 | K47380 | 66.90 | * |
| H ALLEN JEWELL | PO BOX 805 | | VERSAILLES | KY | 40383-0805 | K34420 | 66.90 | * |
| H ARNOLD [ARNIE] GEFSKY | 444 LIBERTY AVE STE 2200 | | PITTSBURGH | PA | 15222-1207 | K43605 | 66.90 | * |
| H CLAIR GARMAN | 1861 LITITZ PIKE | | LANCASTER | PA | 17601-6501 | K29797 | 66.90 | * |
| H DALE VICK | 1492 OLUSTEE PL | | THE VILLAGES | FL | 32163-2533 | K59140 | 66.90 | * |
| H DANNY PHIPPS | 1036 KEITH DR | | HURST | TX | 76053-5004 | K32344 | 66.90 | * |
| H DAVID MOORE | 403 MOSBY ST | | WINCHESTER | VA | 22601-3190 | K41435 | 66.90 | * |
| H KENNETH FISHER MD | 4931 LINDELL BLVD APT 301 | | SAINT LOUIS | MO | 63108-1518 | K39196 | 66.90 | * |
| H MARIE CASEY | 2600 OAK PARK DR | | DENTON | TX | 76209-6373 | K26065 | 66.90 | * |
| H MIKE COOK | 158 W MCNEELY AVE | | MOORESVILLE | NC | 28115-2266 | K50418 | 66.90 | * |
| H NELSON EULER | 100 LANSDOWNE AVE | | HADDONFIELD | NJ | 08033-2736 | K43398 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| H PICKENS RISER | 3054 SAINT PHILIPS CHURCH RD | | NEWBERRY | SC | 29108-8069 | K36621 | 66.90 | * |
| H RICHARD KINDERVAG | 206 S 1ST AVE W APT 4A | | LAKE MILLS | IA | 50450-1514 | K33587 | 66.90 | * |
| H ROBERT HEISERMAN | 1613 LAMBETH RD | | LANCASTER | PA | 17601-5042 | K29266 | 66.90 | * |
| H RUSSELL PALMER | PO BOX 206 | | GULF | NC | 27256-0206 | K50267 | 66.90 | * |
| H SIDNEY SISSEL | 10535 SW 114TH TER | | MIAMI | FL | 33176-4039 | K45188 | 66.90 | * |
| H WESLEY [WES] LINK | 321 ABERDEEN AVE | | EXTON | PA | 19341-2768 | K33992 | 66.90 | * |
| H WILLIAM [BILL] MAXIM | 940 STATE ROUTE 25 | | OSWEGO | IL | 60543-9763 | K55040 | 66.90 | * |
| H WILLIAM JONES | 1201 ROXBURY DR APT 206 | | LOS ANGELES | CA | 90035-1040 | K60510 | 66.90 | * |
| HADDON HEIGHTS HIGH SCHOOL | c/o PAUL DE MARTINI | 301 2ND AVE | HADDON HEIGHT | NJ | 8035 | | 0.00 | ** |
| HADDONFIELD MEMORIAL HIGH SCHOOL | HADDONFIELD ALUMNI SOCIETY | 401 KINGS HIGHWAY E | HADDONFIELD | NJ | 08033-1297 | | 0.00 | ** |
| HADDONFIELD MEMORIAL HIGH SCHOOL | c/o WAYNE HUNTER | 401 KINGS HIGHWAY E | HADDONFIELD | NJ | 08033-1297 | | 0.00 | ** |
| HAL HANENKRATH | 26618 AYERSVILLE PLEASANT BE | | DEFIANCE | OH | 43512-6967 | K50618 | 66.90 | * |
| HAL SEARS | 7721 SW 181ST TER | | PALMETTO BAY | FL | 33157-6222 | K47112 | 66.90 | * |
| HALCIE HARRIS | 2402 PICKERTON DR | | DEER PARK | TX | 77536-5846 | K34766 | 66.90 | * |
| HALLETT B WHITE JR | 1021 CARVING TRCE | | MANNING | SC | 29102-4965 | K50040 | 66.90 | * |
| HALLIE JANE MEHLER | 4340 HACK RD | | BRITTON | MI | 49229-9305 | V99806 | 66.90 | * |
| HALO RIDER | 5664 BLOOMFIELD BLVD | | LAKELAND | FL | 33810-8202 | K18099 | 66.90 | * |
| HANK CLAY | 901 ANTON RD | | HARTLAND | WI | 53029-1204 | K58104 | 66.90 | * |
| HANNAH DEVRIES | 330 HAWTHORNE PL | | KEOKUK | IA | 52632-2339 | K17742 | 66.90 | * |
| HANNAH DILLER | 395 HERITAGE DR | | BOONE | NC | 28607-7443 | K22520 | 66.90 | * |
| HANNAH FOURMAN | 3517 156TH ST | | FLUSHING | NY | 11354-5021 | K38122 | 66.90 | * |
| Hanover Insurance Company | PO Box 580045 | | Charlotte | NC | 28258-0045 | 001848926 | 2,479.01 | ** |
| HANS ENGEL | 432 W TIMBER RIDGE DR | | PEORIA | IL | 61615-2055 | K45122 | 66.90 | * |
| HARLAN ADAHL | 1623 5TH AVE NE APT 1 | | DEVILS LAKE | ND | 58301-1906 | K32801 | 66.90 | * |
| HARLAN BROBERG | 5369 AUSTRAL LOOP | | AUSTIN | TX | 78739-1715 | K14380 | 66.90 | * |
| HARLAN G BARKER | 1214 BLAINE ST | | HOLDREGE | NE | 68949-1740 | K56511 | 66.90 | * |
| HARLAN H ELSETH | 1903 17TH ST SE APT 315 | | ROCHESTER | MN | 55904-5703 | K48350 | 66.90 | * |
| HARLAN J BERK | 31 N CLARK ST | | CHICAGO | IL | 60602-2806 | K50000 | 66.90 | * |
| HARLAN LINDQUIST | 1150 NE D ST | | GRANTS PASS | OR | 97526-2322 | K34642 | 66.90 | * |
| HARLAN OYLER | 2880 FISH HATCHERY RD | | GRANTS PASS | OR | 97527-9512 | K33979 | 66.90 | * |
| HARLAND NORDQUEST | 1733 W 7TH ST | | ASHTABULA | OH | 44004-2878 | K16026 | 66.90 | * |
| HARLENE M DARGAN | 308 W CENTER ST | | PAXTON | IL | 60957-1207 | K47014 | 66.90 | * |
| HARLEY PAGE | 3277 BOXWOOD CIR | | CINCINNATI | OH | 45241-3181 | K42569 | 66.90 | * |
| HAROLD [MIRK] MIRKA | 1244 BLACK OAKS LN N | | PLYMOUTH | MN | 55447-3112 | K18518 | 66.90 | * |
| HAROLD [ROBBIE] ROBINSON | PO BOX 2189 | | RICHMOND | IN | 47375-2189 | K27151 | 66.90 | * |
| HAROLD A PLATT | 1425 W SONGBIRD DR | | ST GEORGE | UT | 84790-7279 | K18462 | 66.90 | * |
| HAROLD B HENDERSON SR | 3100 TULANE AVE APT 271 | | NEW ORLEANS | LA | 70119-7287 | K58742 | 66.90 | * |
| HAROLD B LOVE JR | 111 LISA LN | | DALTON | GA | 30720-3808 | K50740 | 66.90 | * |
| HAROLD BACHNER | 2677 SCOTT MILL LN | | JACKSONVILLE | FL | 32223-6680 | K12383 | 66.90 | * |
| HAROLD BARANGER | 8 GATESWAY CT | | DURHAM | NC | 27707-2439 | K45378 | 66.90 | * |
| HAROLD BERG | 3607 N BIGELOW ST | | PEORIA | IL | 61604-1604 | K45794 | 66.90 | * |
| HAROLD BOOKER | 7445 S 114TH ST | | SEATTLE | WA | 98178-3163 | K16957 | 66.90 | * |
| HAROLD C [HAL] WARD JR | 6729 SADDLE CREEK PASS | | KNOXVILLE | TN | 37921-1070 | K37768 | 66.90 | * |
| HAROLD C MORGAN MD | 351 CEDARCROFT DR | | BRICK | NJ | 08724-4401 | K54519 | 66.90 | * |
| HAROLD CLAMPITT | 5401 100TH ST | | LUBBOCK | TX | 79424-6265 | K31663 | 66.90 | * |
| HAROLD D [SWEDE] SWENSON | PO BOX 80001 | | BILLINGS | MT | 59108-0001 | K31610 | 66.90 | * |
| HAROLD D ELLIS | 1108 LAKEVIEW DR | | EUREKA SPRING | AR | 72631-8930 | K53704 | 66.90 | * |
| HAROLD D FREDENBURGH | 372 CENTRAL PARK W APT 10E | | NEW YORK | NY | 10025-8207 | K40988 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| HAROLD DEAN SELTZER | RR 1 BOX 39 | | ARBELA | MO | 63432-9765 | K20349 | 66.90 | * |
| HAROLD DENTINGER | 1205 SHERMAN ST APT 207 | | CUSTER | SD | 57730-2468 | K15329 | 66.90 | * |
| HAROLD E WOLFE | 1147 E BROOKVIEW LN | | PEORIA | IL | 61615-9712 | K51783 | 66.90 | * |
| HAROLD F SIEGMANN | 13951 ELMORE RD | | ANCHORAGE | AK | 99516-3693 | K46144 | 66.90 | * |
| HAROLD FRY | 111 CHERYL DR | | LEOLA | PA | 17540-9580 | K28120 | 66.90 | * |
| HAROLD GERARD ERATH SR | 2820 BURDETTE ST APT 402 | | NEW ORLEANS | LA | 70125-2541 | K55916 | 66.90 | * |
| HAROLD GORDON | 7053 CURDSAND WAY | | ROUGEMONT | NC | 27572-8671 | K55897 | 66.90 | * |
| HAROLD H BINGEMAN | 147 PENN AVE | | EPHRATA | PA | 17522-1729 | K57742 | 66.90 | * |
| HAROLD HAMM | 7222 TOWNLINE RD | | WISCONSIN RAP | WI | 54494-8143 | K49984 | 66.90 | * |
| HAROLD HANEY | 107 N ELM ST | | ELMWOOD | IL | 61529-9439 | K49158 | 66.90 | * |
| HAROLD HARPER | 74 LAKE VIEW DR E | | OCALA | FL | 34482-6672 | K52209 | 66.90 | * |
| HAROLD HAUPTLY | 3449 W ROYAL DR | | PEORIA | IL | 61604-2959 | K47438 | 66.90 | * |
| HAROLD HERWIG | W3863 N COUNTY ROAD A | | PLYMOUTH | WI | 53073-4829 | K47197 | 66.90 | * |
| HAROLD J LAMY | 5815 CANAL BLVD | | NEW ORLEANS | LA | 70124-2816 | K57489 | 66.90 | * |
| HAROLD JOHN EGGENBURG | 1411 YEWELL ST | | IOWA CITY | IA | 52240-2730 | K59015 | 66.90 | * |
| HAROLD JONES | PO BOX 56 | | WOODACRE | CA | 94973-0056 | K24579 | 66.90 | * |
| HAROLD JUNGBLUTH JR | 4324 N 132ND ST APT 108 | | OMAHA | NE | 68164-5411 | K56481 | 66.90 | * |
| HAROLD K EVANS | 8 WEEPING OAK LN | | SLIDELL | LA | 70458-5330 | K59320 | 66.90 | * |
| HAROLD K LACEY | PO BOX 156 | | STANARDSVILLE | VA | 22973-0156 | K33781 | 66.90 | * |
| HAROLD KENNETH FLOOD JR | 2221 BEECHMONT DR | | FORT WAYNE | IN | 46825-3965 | K25949 | 66.90 | * |
| HAROLD KRAUS | 776 HARPETH BEND DR | | NASHVILLE | TN | 37221-3583 | K55663 | 66.90 | * |
| HAROLD L ARTEESE | 1413 9TH ST | | HARVARD | IL | 60033-3687 | K51606 | 66.90 | * |
| HAROLD L BRADLEY | 1281 US HIGHWAY 87 | | TAHOKA | TX | 79373-6016 | K29541 | 66.90 | * |
| HAROLD L CROSS | 778 ALEWIVE RD | | KENNEBUNK | ME | 04043-6022 | K52052 | 66.90 | * |
| HAROLD L FOELBER | 7118 BLACKHAWK LN | | FORT WAYNE | IN | 46815-6450 | K39578 | 66.90 | * |
| HAROLD L HAGA | 2300 BIRD RD | | LENOIR CITY | TN | 37771-7360 | K20387 | 66.90 | * |
| HAROLD L HERRON | 4967 MONTEREY MAPLE GROVE RD | | BATAVIA | OH | 45103-9492 | K51411 | 66.90 | * |
| HAROLD M [JACK] WESTHOLZ JR | 3616 N TURNBULL DR | | METAIRIE | LA | 70002-4552 | K50235 | 66.90 | * |
| HAROLD M GOVAN JR | 390 E RAHN RD | | DAYTON | OH | 45429-5947 | K43716 | 66.90 | * |
| HAROLD M WHITTEMORE | 176 MAPLE RUN | | MASON | MI | 48854-2523 | K41625 | 66.90 | * |
| HAROLD MOSKOWITZ | 24943 60TH AVE | | LITTLE NECK | NY | 11362-2031 | K61934 | 66.90 | * |
| HAROLD NYE | 3503B CHAUMONT DR | | HAYS | KS | 67601-1597 | K33951 | 66.90 | * |
| HAROLD P ERNST | 312 GODWIN AVE | | WYCKOFF | NJ | 07481-2024 | K23179 | 66.90 | * |
| HAROLD R SHILLINGS | PO BOX 73 | | FANNIN | TX | 77960-0073 | K30666 | 66.90 | * |
| HAROLD R SNODGRASS | 485 HOLSTON TER | | WEBER CITY | VA | 24290-6908 | K22944 | 66.90 | * |
| HAROLD RYAN | 41248 THURSTON ST | | FREMONT | CA | 94538-3383 | K40615 | 66.90 | * |
| HAROLD S LAPIDUS | 5214 YARWELL DR | | HOUSTON | TX | 77096-5117 | K40324 | 66.90 | * |
| HAROLD SCHNEIDER | 10 MILLSTONE CAMPUS DR APT B | | SAINT LOUIS | MO | 63146-6613 | K46848 | 66.90 | * |
| HAROLD SWYGART | 4775 OTTAWA RD | | LIMA | OH | 45801-1130 | K48836 | 66.90 | * |
| HAROLD V BUMBARGER | 2635 BLUEBERRY LN | | JACKSONVILLE | FL | 32211-3808 | K61747 | 66.90 | * |
| HAROLD VERNON GLOVER | 9192 6097 RD | | MONTROSE | CO | 81401-8219 | K18467 | 66.90 | * |
| HAROLD VLIETSTRA | 4626 S 36TH ST | | CLIMAX | MI | 49034-9662 | K17087 | 66.90 | * |
| HAROLD W [BILL] SWINFORD | 13904 SE 242ND PL | | KENT | WA | 98042-5139 | K49026 | 66.90 | * |
| HAROLD W CONNERLEY | 436 MCGEE AVE | | JACKSON | CA | 95642-2216 | K55287 | 66.90 | * |
| HAROLD W GRIGGS | 80 CADES LOOP | | TRENTON | TN | 38382-9223 | K31375 | 66.90 | * |
| HAROLD WEIDNER | 9120 COUNTRY CLUB TRCE | | MARENGO | IL | 60152-9556 | K59471 | 66.90 | * |
| HAROLDINE T PARRIS | 1219 VAUGHN ST | | SHREVEPORT | LA | 71101-4218 | V99455 | 66.90 | * |
| HAROLETTA [TERI] BLACKLEDGE | 3225 SW 2ND ST | | DES MOINES | IA | 50315-7605 | K21397 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| HARRIET [JANE] COVINGTON | 5378 STAGHORN RD | | CRESTVIEW | FL | 32539-8020 | K43976 | 66.90 * | |
| HARRIET [NIKKI] HRVATIN | 2518 GLENWOOD AVE | | JOLIET | IL | 60435-5444 | K50694 | 66.90 * | |
| HARRIET A BROTSKE | N7765 37TH AVE | | BERLIN | WI | 54923-9400 | K46148 | 66.90 * | |
| HARRIET A KRAUSE | 231 9TH ST S | | WISCONSIN RAP | WI | 54494-4624 | K47851 | 66.90 * | |
| HARRIET ALTER | 7 PETER COOPER RD APT 1G | | NEW YORK | NY | 10010-6636 | K49810 | 66.90 * | |
| HARRIET ANN KRONE | 7584 E VIA CORNUCOPIA | | TUCSON | AZ | 85715-4276 | K50472 | 66.90 * | |
| HARRIET B FEIT | 1501 W LAWRENCE RD | | PHOENIX | AZ | 85015-1439 | K45585 | 66.90 * | |
| HARRIET BASSLER | 9095 DOUGLAS AVE | | KALAMAZOO | MI | 49009-6325 | K17045 | 66.90 * | |
| HARRIET BURLEY | 775 TUTTLE RD | | MASON | MI | 48854-9705 | K43445 | 66.90 * | |
| HARRIET GUARDINO | | | | | | K38885 | 66.90 * | |
| HARRIET HAMM | PO BOX 382 | | AGUANGA | CA | 92536-0382 | K29484 | 66.90 * | |
| HARRIET INSELBUCH | 200 E 57TH ST PH K | | NEW YORK | NY | 10022-2870 | K37764 | 66.90 * | |
| Harriet K. Thorpe | 2309 Indian Key Dr | | Holiday | FL | 34691-7811 | | 171.98 | ARI: Wages |
| HARRIET LEWIS | 540 N NEVILLE ST APT 604 | | PITTSBURGH | PA | 15213-2839 | K44346 | 66.90 * | |
| HARRIET MIZE | 10 EAGLE PARK LN | | COLUMBIA FALL | MT | 59912-9280 | K51525 | 66.90 * | |
| HARRIET REID | 2847 KNOXVILLE DR | | LIZELLA | GA | 31052-3720 | K59621 | 66.90 * | |
| HARRIET RHINE | 721 ARGYLE RD | | BROOKLYN | NY | 11230-2415 | K51567 | 66.90 * | |
| HARRIET SCHWOCH | 203 OAK HILL CT | | WATERTOWN | WI | 53094-5421 | K36675 | 66.90 * | |
| HARRIET SHARAN BANFIELD | 1204 S MILITARY TRL APT 3318 | | DEERFIELD BEA | FL | 33442-7676 | K42211 | 66.90 * | |
| HARRIET STEINMAN | 821 PORTOFINO PL | | MELVILLE | NY | 11747-5211 | K58461 | 66.90 * | |
| HARRIET SWANSON | 10045 W ROYAL OAK RD UNIT 11 | | SUN CITY | AZ | 85351-6124 | K19471 | 66.90 * | |
| HARRIETT EVANGELINE ROSADO | 1121 PLYMOUTH DR | | NEW BERN | NC | 28562-4162 | K12875 | 66.90 * | |
| HARRIETT GILLILAND | 640 41ST ST NE | | CEDAR RAPIDS | IA | 52402-5654 | K53359 | 66.90 * | |
| HARRIETT WITTICH | 1728 J ST | | KEOKUK | IA | 52632-3141 | K15703 | 66.90 * | |
| HARRIETTE KINARD | 105 UNION SCHOOL RD | | PROSPERITY | SC | 29127-8581 | K30313 | 66.90 * | |
| HARRIETTE PETERSON | 1843 VALLEY RIDGE LOOP | | CLERMONT | FL | 34711-5291 | K54218 | 66.90 * | |
| HARRIETTE R [MICKEY] THOMPSON | 3405 SHELNUTT WAY | | SEVIERVILLE | TN | 37862-8293 | K41372 | 66.90 * | |
| HARRIS N FERRIS | 710 N SAINT CLAIR ST | | PITTSBURGH | PA | 15206-2429 | K38246 | 66.90 * | |
| HARRIS TIMM | 3720 RUDE ST | | WISCONSIN RAP | WI | 54494-7649 | K50076 | 66.90 * | |
| HARRISON BENTON JR | 10003 TIMBERWOOD CT | | UPPER MARLBOR | MD | 20772-3696 | K13351 | 66.90 * | |
| HARRISON GOUGH | PO BOX 909 | | PEBBLE BEACH | CA | 93953-0909 | K27985 | 66.90 * | |
| HARRISON KAY MILLER | 255 ASHBY RD | | UPPER DARBY | PA | 19082-4013 | K46524 | 66.90 * | |
| HARRISON KENNICOTT | 505 N LAKE SHORE DR APT 3410 | | CHICAGO | IL | 60611-6426 | K59956 | 66.90 * | |
| HARRISON OCHS | 1020 COUCH AVE | | KIRKWOOD | MO | 63122-6902 | K39252 | 66.90 * | |
| HARRISON R HOLLADAY JR | 403 WOOD ST | | CENTRAL | SC | 29630-9271 | K32386 | 66.90 * | |
| HARRY [CHUCK] CARTER | 4200 GRAND AVE | | LEAVENWORTH | KS | 66048-5576 | K36907 | 66.90 * | |
| HARRY A OLSON | 1412 W JAMES ST | | NORRISTOWN | PA | 19403-2929 | K35956 | 66.90 * | |
| HARRY A SIMPSON | 3137 BEELER AVE | | INDIANAPOLIS | IN | 46224-2549 | K25301 | 66.90 * | |
| HARRY B LESCH MD | 2934 H ST | | EUREKA | CA | 95501-4408 | K46781 | 66.90 * | |
| HARRY BATDORF | 3741 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8942 | K22387 | 66.90 * | |
| HARRY BREHM | 5128 W TIMBERVUE CT | | PEORIA | IL | 61615-2204 | K49584 | 66.90 * | |
| HARRY C ERVIN JR | 174 S COLLIER BLVD UNIT 406 | | MARCO ISLAND | FL | 34145-4326 | K22438 | 66.90 * | |
| HARRY C KAUFMANN | 126 W MILLER DR | | THIENSVILLE | WI | 53092-6188 | K42965 | 66.90 * | |
| HARRY COLEMAN | 1309 SHADY LN | | TRENTON | TN | 38382-3311 | K30552 | 66.90 * | |
| HARRY CONN | 240 COUNTY ROAD 4860 | | AZLE | TX | 76020-8850 | K46317 | 66.90 * | |
| HARRY E CARLSON | 26 BIRCHWOOD DR | | BILLINGS | MT | 59102-5758 | K19357 | 66.90 * | |
| HARRY E HARRELSON | 297 DOBBINS RD | | ELLENBORO | NC | 28040-9390 | K49885 | 66.90 * | |
| HARRY F BEACH | 2D ARNOLD DR | | SALEM | MA | 01970-6715 | K49653 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| HARRY G COHEN | 3929 VILLA COSTERA | | MALIBU | CA | 90265-5151 | K12074 | 66.90 | * |
| HARRY H DOUGLASS | 9219 LIMESTONE PL | | COLLEGE PARK | MD | 20740-3943 | K61648 | 66.90 | * |
| HARRY H PERBES | 3911 PINE FOREST HOLLOW TRL | | HOUSTON | TX | 77084-2499 | K54893 | 66.90 | * |
| HARRY J WOODS JR | 9 ROSEMONT AVE | | MADISON | NJ | 07940-1427 | K38010 | 66.90 | * |
| HARRY JOHN MATHERS | 25033 OLD OAK LN | | SHOREWOOD | IL | 60404-7410 | K55381 | 66.90 | * |
| HARRY L HYDE | 4836 IVYBROOK DR | | FORT WAYNE | IN | 46835-2345 | K45997 | 66.90 | * |
| HARRY M HILL III | 67 HIDDEN VALLEY RD | | ASTON | PA | 19014-2532 | K16129 | 66.90 | * |
| HARRY M WILLIAMS | 727 JACKSON ST | | DENVER | CO | 80206-4045 | K32893 | 66.90 | * |
| HARRY MARTIN III | 2244 52ND ST | | SAN DIEGO | CA | 92105-5448 | K20906 | 66.90 | * |
| HARRY MARTIN KNOOP | 9060 CONSERVATION ST NE | | ADA | MI | 49301-9797 | K35012 | 66.90 | * |
| HARRY MOHAN | 2509 GRAND AVE | | LEAVENWORTH | KS | 66048-4280 | K35091 | 66.90 | * |
| HARRY OSBORN (TOPPY) DAWSON III | 5825 BEVERLY DR | | HANAHAN | SC | 29410-3126 | K58113 | 66.90 | * |
| HARRY PAUL JOHNSON | PO BOX 1647 | | FRITCH | TX | 79036-1647 | K28277 | 66.90 | * |
| HARRY READMAN | 113 TERRACE LN | | INTERNATIONAL | MN | 56649-2111 | K18246 | 66.90 | * |
| HARRY RHODES JR | 3785 MERIDIAN RD | | OKEMOS | MI | 48864-3115 | K45325 | 66.90 | * |
| HARRY RICHARD JAMES | 5109 FOOTHILL BLVD | | SAN DIEGO | CA | 92109-1905 | K36372 | 66.90 | * |
| HARRY SPROUL | 118 HARRISON RD | | ELIZABETH | PA | 15037-3036 | K61239 | 66.90 | * |
| HARRY STOVER | 100 BLUE LAKE RD | | REINHOLDS | PA | 17569-9705 | K57744 | 66.90 | * |
| HARRY STRANDBERG | 15445 MORRAINE WAY | | EDEN PRAIRIE | MN | 55347-1413 | K21546 | 66.90 | * |
| HARRY T DOUGLAS | 4132 HAWK TRL NW | | HACKENSACK | MN | 56452-2255 | K30730 | 66.90 | * |
| HARRY W BERGER | 1050 PINE ST | | MILTON | PA | 17847-7618 | K17492 | 66.90 | * |
| HARRY W THOMPSON | 33 MAIN ST | | SOUTHAMPTON | NJ | 08088-8868 | K48314 | 66.90 | * |
| HARRY WILLIAM GOUGAR | 15470 PINEWOOD DR LOT 67 | | HAYWARD | WI | 54843-2679 | K50302 | 66.90 | * |
| HARRY WILSON | 27 CHILLICOTHE RD | | GALLIPOLIS | OH | 45631-1035 | K57642 | 66.90 | * |
| HARRYETTE HAKE | 652 ORANGE GROVE AVE | | ALHAMBRA | CA | 91803-1225 | K45062 | 66.90 | * |
| HARTENE BRITT | 3633 RIVER EDGE CT | | DECATUR | GA | 30034-5060 | K59663 | 66.90 | * |
| HARVEY [HARV] CITERMAN | 7 PORTLAND CT | | SAINT LOUIS | MO | 63108-1293 | K41526 | 66.90 | * |
| HARVEY A GOLDVARG | 16334 N 110TH ST | | SCOTTSDALE | AZ | 85255-2434 | K41056 | 66.90 | * |
| HARVEY ALSTODT | 224 GRAND POINTE DR | | WEST PALM BEA | FL | 33418-4629 | K47927 | 66.90 | * |
| HARVEY BURKETT | 1468 N FRANKLIN AVE | | LOUISVILLE | CO | 80027-1652 | K46172 | 66.90 | * |
| HARVEY CRAWFORD | 65 RIDGE RD | | BROWNS MILLS | NJ | 08015-6803 | K47114 | 66.90 | * |
| HARVEY E RITTER | 505 10TH ST | | SELINSGROVE | PA | 17870-1614 | K20722 | 66.90 | * |
| HARVEY EUGENE DRAWDY | PO BOX 1957 | | DARLINGTON | SC | 29540-1957 | K37664 | 66.90 | * |
| HARVEY H HELLER | 1240 TOWNSHIP AVE | | WISCONSIN RAP | WI | 54494-0305 | K48500 | 66.90 | * |
| HARVEY HILL | 1026 SEELBACH AVE | | LOUISVILLE | KY | 40215-2533 | K43082 | 66.90 | * |
| HARVEY JOHNSON | 1311 MAUNA LOA RD | | TUSTIN | CA | 92780-3827 | K54264 | 66.90 | * |
| HARVEY L GOLDBERG | 16 STERLING DR | | HORSHAM | PA | 19044-1028 | K12376 | 66.90 | * |
| HARVEY L WENDEL JD | 531 N PINCKNEY ST UNIT C | | MADISON | WI | 53703-1431 | K37230 | 66.90 | * |
| HARVEY M SHANIES | 44 VICTOR DR | | POUGHKEEPSIE | NY | 12603-6349 | K61936 | 66.90 | * |
| HARVEY M TETTLEBAUM | 56295 LITTLE MONITEAU RD | | CALIFORNIA | MO | 65018-3069 | K41961 | 66.90 | * |
| HARVEY MERENSTEIN | 10673 EDINBURGH ST | | HOLLYWOOD | FL | 33026-4713 | K40407 | 66.90 | * |
| HARVEY NAGER | 1483 ANDREWS LN | | EAST MEADOW | NY | 11554-3620 | K55590 | 66.90 | * |
| HARVEY NISSLEY | 15730 GOLFVIEW DR | | RIVERVIEW | MI | 48193-8092 | K27122 | 66.90 | * |
| HARVEY O [HARV] ELDER | 1466 WILLOW CT | | GOSHEN | IN | 46528-5068 | K21291 | 66.90 | * |
| HARVEY P GROTRIAN | 3777 BRIDLE PASS | | ANN ARBOR | MI | 48108-2789 | K38870 | 66.90 | * |
| HARVEY R FLEISHMAN | 19 GLEN OAK DR | | WAYLAND | MA | 01778-3921 | K11121 | 66.90 | * |
| HARVEY SCHRAMM | 9102 W SWAN CIR | | SAINT LOUIS | MO | 63144-1624 | K39649 | 66.90 | * |
| HARVEY TAUBERT | 400 E 2ND AVE | | BEAVER CREEK | MN | 56116-1117 | K53594 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| HARVEY WARREN ZORBAUGH | 11117 PROUD FOOT PL | | COLUMBIA | MD | 21044-1047 | K60022 | 66.90 | * |
| Hasler | PO Box 30193 | | Tampa | FL | 33630-3193 | 790001100 | 559.39 | ** |
| HATTIE BLY | 1100 S J ST | | RICHMOND | IN | 47374-6368 | K26392 | 66.90 | * |
| HATTIE CLARK | 6115 JOHN AVE | | LONG BEACH | CA | 90805-3633 | K10689 | 66.90 | * |
| HAYWARD CAREY JR | 7260 W TAMARON BLVD | | NEW ORLEANS | LA | 70128-4605 | K54058 | 66.90 | * |
| HAYWOOD ELLIOTT | 2704 WHITESTONE AVE | | CHESAPEAKE | VA | 23323-2914 | K13100 | 66.90 | * |
| HAZEL BONE | 106 ROSE LN | | WINCHESTER | IN | 47394-8293 | K25984 | 66.90 | * |
| HAZEL CAMPBELL | 3 CAGUA CT | | SANTA FE | NM | 87508-2234 | K33685 | 66.90 | * |
| HAZEL CARTMILL | 3003 S LAKE CRABAPPLE RD | | MARYSVILLE | WA | 98271-7920 | K21748 | 66.90 | * |
| HAZEL CUNNINGHAM | 9620 DEPOT RD | | HEISKELL | TN | 37754-2044 | K16133 | 66.90 | * |
| HAZEL DUNBAR | 64 TRAIL OF SAND LN | | BEECH ISLAND | SC | 29842-9303 | K20145 | 66.90 | * |
| HAZEL HARTENSTINE | 46 E MAIN ST APT 1 | | LITITZ | PA | 17543-1962 | K30050 | 66.90 | * |
| HAZEL HAYS | 142 ANTLER CIR | | SAN ANTONIO | TX | 78232-2256 | K10182 | 66.90 | * |
| HAZEL HOAK | PO BOX 5093 | | LANCASTER | PA | 17606-5093 | K27378 | 66.90 | * |
| HAZEL LUNARDO | 4565 WHIRLAWAY DR | | SARASOTA | FL | 34233-5046 | K12944 | 66.90 | * |
| HAZEL M JENKINS | 900 DAPHIA CIR APT 66 | | NEWPORT NEWS | VA | 23601-1184 | K22230 | 66.90 | * |
| HAZEL STARR | 824 N BANCROFT ST | | INDIANAPOLIS | IN | 46201-2939 | K24139 | 66.90 | * |
| HAZEL WINSTEAD | PO BOX 2427 | | PAWLEYS ISLAN | SC | 29585-2427 | K31870 | 66.90 | * |
| HAZEL YOUNG | 611 MACMILLAN DR | | DAYTON | OH | 45426-2743 | K51212 | 66.90 | * |
| HEATHER FRAKE | 13 SHELDON RD | | PEMBERTON | NJ | 08068-1421 | K47463 | 66.90 | * |
| HEATHER HAYES | 16337 JOHN ROWLAND TRL | | MILTON | DE | 19968-3549 | K36501 | 66.90 | * |
| HEATHER KOLAR | 2609 N GREENVIEW AVE APT G | | CHICAGO | IL | 60614-1137 | K52591 | 66.90 | * |
| HEATHER WILLIAM | 135 WILLIAMS ST | | WRENTHAM | MA | 02093-1811 | K10646 | 66.90 | * |
| HEDI WHITE | 1349 LEXINGTON AVE APT 6D | | NEW YORK | NY | 10128-1580 | K57668 | 66.90 | * |
| HEINRICH A [HANK] DEN BOER | 13123 GOLDEN RAINBOW DR | | CYPRESS | TX | 77429-3544 | K26556 | 66.90 | * |
| HELAINE MILLER | 99 FLORENCE ST | | CHESTNUT HILL | MA | 02467-1935 | K13624 | 66.90 | * |
| HELAINE MILLER | 6719 CATANIA DR | | BOYNTON BEACH | FL | 33472-7357 | K42508 | 66.90 | * |
| HELEN A IANNELLI | 286 WHITEHALL RD | | ALBANY | NY | 12209-1130 | K20021 | 66.90 | * |
| HELEN ANTHONY | 107 AVENUE U | | LEVELLAND | TX | 79336-3022 | K41992 | 66.90 | * |
| HELEN ARTIGLIERE | 45 BELLEAU AVE | | MADISON | NJ | 07940-1111 | K37974 | 66.90 | * |
| HELEN BENCIC | 19800 S LAKE SHORE BLVD | | EUCLID | OH | 44119-1153 | K43273 | 66.90 | * |
| HELEN BLAIR | 251 JASMINE DR | | GRANTS PASS | OR | 97526-9053 | K35233 | 66.90 | * |
| HELEN BLOOMER | 7 BLANCHE AVE | | HARRINGTON PA | NJ | 07640-1002 | K38045 | 66.90 | * |
| HELEN BROWN | 22028 SUNVIEW DR | | WOODBURN | IN | 46797-9645 | K41616 | 66.90 | * |
| HELEN BROWN | 415 E 11TH ST | | PORT CLINTON | OH | 43452-2447 | K53309 | 66.90 | * |
| HELEN BUCCINI | 523 REYNOLDS ST | | MCKEESPORT | PA | 15132-3638 | K60884 | 66.90 | * |
| HELEN BULLOCK | 302 BREEZEVIEW DR | | BALLWIN | MO | 63021-5022 | K41380 | 66.90 | * |
| HELEN BURGESS | 771 LA DORE DR | | MURRAY | UT | 84107-3057 | K17315 | 66.90 | * |
| HELEN BURKHOLDER | 569 RIDGE AVE | | EPHRATA | PA | 17522-9227 | K57843 | 66.90 | * |
| HELEN BURNS | 4365 LYNNVILLE CRES | | VIRGINIA BEAC | VA | 23452-1828 | K61709 | 66.90 | * |
| HELEN CERJAN | 4653 HAMMOCK CIR | | DELRAY BEACH | FL | 33445-5315 | K44173 | 66.90 | * |
| HELEN CHRISTENSON | 23654 EDGEWOOD WAY | | CALIFORNIA | MD | 20619-3314 | K20274 | 66.90 | * |
| HELEN CHUCKROW | 89 HUDSON POINT LN | | OSSINING | NY | 10562-5942 | K56111 | 66.90 | * |
| HELEN CLAUSEN CLU | 1923 PRAIRIE ST | | GRINNELL | IA | 50112-1025 | K56950 | 66.90 | * |
| HELEN COOLEY | 375 S MAIN ST | | MEDINA | TN | 38355-9704 | K31559 | 66.90 | * |
| HELEN CROWDER | 5413 CHIMNEY ROCK RD | | FORT WORTH | TX | 76112-2953 | K17012 | 66.90 | * |
| HELEN DICARLO | 6562 ELDRIDGE ST | | SAN DIEGO | CA | 92120-2849 | K35725 | 66.90 | * |
| HELEN DIRCK | 1544 AMESBURY WAY | | SAN JOSE | CA | 95127-4603 | K34399 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| HELEN E EDGE | 20 RIVERVIEW AVE | | PORTSMOUTH | VA | 23704-1917 | K13212 | 66.90 | * |
| HELEN ELEY | 71645 140TH ST | | ZEARING | IA | 50278-8579 | K53428 | 66.90 | * |
| HELEN ELIZABETH ATKINS | 252 BURNS RD | | GREER | SC | 29651-7265 | K37056 | 66.90 | * |
| HELEN ELLIOT | 7 LOCUST AVE | | HADDON TOWNSH | NJ | 08108-2616 | K43522 | 66.90 | * |
| HELEN ERNESTINE WHITE | 900 COUNTY ST APT 324 | | PORTSMOUTH | VA | 23704-2146 | K12527 | 66.90 | * |
| HELEN F MILLER | 4870 HALKETT AVE | | ROSEMEAD | CA | 91770-1261 | K61207 | 66.90 | * |
| HELEN FIELDS | PO BOX 1303 | | GRANTS PASS | OR | 97528-0107 | K31383 | 66.90 | * |
| HELEN FIELDS | 120 SPRING ST | | RICHLAND | WA | 99354-1608 | K57226 | 66.90 | * |
| HELEN FLEMING | 2003 BURLINGTON RD | | AKRON | OH | 44313-5351 | K40672 | 66.90 | * |
| HELEN FORWARD | 1623 HAVEN DR | | EIGHT MILE | AL | 36613-2207 | K10188 | 66.90 | * |
| HELEN FRANCES FLYNN | 57 TUCKERMAN AVE | | MIDDLETOWN | RI | 02842-6045 | K25321 | 66.90 | * |
| HELEN G REDFORD | 5212 CALEDONIA RD | | RICHMOND | VA | 23225-3008 | K29963 | 66.90 | * |
| HELEN GUTHEIL | 113 BENTLEY VILLAGE CT | | NAPLES | FL | 34110-8083 | K30835 | 66.90 | * |
| HELEN HANSCAM | PO BOX 2504 | | HARBOR | OR | 97415-0317 | K33107 | 66.90 | * |
| HELEN HELLMAN | 506 3RD ST | | WASHBURN | IA | 50702-6061 | K56365 | 66.90 | * |
| HELEN HOCKING-ROLIN | 420 EISENBROWN ST | | READING | PA | 19605-2403 | K60114 | 66.90 | * |
| HELEN HOLMESTAD | 2128 COUNTY ROAD 92 | | INTERNATIONAL | MN | 56649-8810 | K18079 | 66.90 | * |
| HELEN HOWARD | 18601 36TH AVE W APT G204 | | LYNNWOOD | WA | 98037-7671 | K39082 | 66.90 | * |
| HELEN HUGHES | 35651 ELK CAMP RD | | REHOBOTH BEAC | DE | 19971-8716 | K49486 | 66.90 | * |
| HELEN HUTCHISON | PO BOX 13212 | | WICHITA | KS | 67213-0212 | K55968 | 66.90 | * |
| HELEN J AMERMAN | 90 DONALDSON AVE | | RUTHERFORD | NJ | 07070-2202 | K12828 | 66.90 | * |
| HELEN J WILLIAMS | 5016 OSAGE AVE | | PHILADELPHIA | PA | 19143-1611 | K37601 | 66.90 | * |
| HELEN JANE THOMPSON | 818 BAMBOO CT | | TEHACHAPI | CA | 93561-2202 | K28726 | 66.90 | * |
| HELEN JONES | 507 SW 19TH ST | | SEMINOLE | TX | 79360-3805 | K41829 | 66.90 | * |
| HELEN K HALLERAN | 3116 PARKER ST | | MIMS | FL | 32754-3829 | K53946 | 66.90 | * |
| HELEN KAPLAN | 93 BRAEBURN LN | | ASHLAND | MA | 01721-4401 | K14760 | 66.90 | * |
| HELEN KELLER | 210 CENTRAL AVE | | GREENVILLE | OH | 45331-1525 | K37217 | 66.90 | * |
| HELEN KENNEDY | 7 GREEN TER | | MANHASSET | NY | 11030-3215 | K48417 | 66.90 | * |
| HELEN KNOX | 8135 NICE WAY | | SARASOTA | FL | 34238-4419 | K62331 | 66.90 | * |
| HELEN L BRENNAN | 9 MARIN ST | | NEWPORT | RI | 02840-2710 | K28351 | 66.90 | * |
| HELEN L CHADIMA | 150 BROADMOOR LN | | IOWA CITY | IA | 52245-9313 | K57682 | 66.90 | * |
| HELEN LADY | 1824 MELODY DR | | MIDWEST CITY | OK | 73130-6344 | K44376 | 66.90 | * |
| HELEN LARSON | 1252 DRAKE CIR | | SAN LUIS OBIS | CA | 93405-4908 | K58784 | 66.90 | * |
| HELEN LEE STOWELL | 7175 KIPLING ST UNIT 339 | | ARVADA | CO | 80004-1682 | K19420 | 66.90 | * |
| HELEN LYONS | 1737 26TH AVENUE CT | | GREELEY | CO | 80634-4931 | K49804 | 66.90 | * |
| HELEN M HANSON | 408 13TH ST NW | | DEVILS LAKE | ND | 58301-1727 | K33908 | 66.90 | * |
| HELEN M WILSON | 3504 EXECUTIVE CENTER DR APT | | CHESAPEAKE | VA | 23321-5241 | K16031 | 66.90 | * |
| HELEN MACDONALD | 6 SAINT JAMES CIR | | SOUTHERN PINE | NC | 28387-5032 | K36550 | 66.90 | * |
| HELEN MADISON | PO BOX 72 | | LAKE | MI | 48632-0072 | K41044 | 66.90 | * |
| HELEN MANE | 889 N ELKHORN DR APT 118 | | WASILLA | AK | 99654-6390 | K19088 | 66.90 | * |
| HELEN MARAFIOTI | 134 NEBRASKA CIR | | SEBASTIAN | FL | 32958-6701 | K12597 | 66.90 | * |
| HELEN MARIE CARMOSINO | 5608 SW 2ND ST | | DES MOINES | IA | 50315-5101 | K22785 | 66.90 | * |
| HELEN MARLEY | 14411 ROUNDSTONE LN | | HOUSTON | TX | 77015-2527 | K48680 | 66.90 | * |
| HELEN MCALEER | 1932 MICHAEL ST | | HOLT | MI | 48842-1720 | K42281 | 66.90 | * |
| HELEN MOORE | 1223 STINSFORD RD | | NEWARK | DE | 19713-3360 | K17184 | 66.90 | * |
| HELEN MULVIHILL | 202 HOLBROOK RD | | HOLBROOK | NY | 11741-1327 | K61977 | 66.90 | * |
| HELEN NATALIE LEWIS | 704 N BEVERLY DR | | BEVERLY HILLS | CA | 90210-3322 | K45883 | 66.90 | * |
| HELEN NULL | 1028 NEIGHBORHOOD RD | | GALLIPOLIS | OH | 45631-8706 | K60265 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| HELEN O'BRIEN | 15902 VIA MARLIN | | SAN LORENZO | CA | 94580-2540 | K18629 | 66.90 | * |
| HELEN OPONG-KESSE | 6376 POTRERO DR | | NEWARK | CA | 94560-5622 | K12438 | 66.90 | * |
| HELEN OSHONA | 7518 N NEVA AVE | | NILES | IL | 60714-3740 | K56247 | 66.90 | * |
| HELEN PAGE | 373 LAFAYETTE RD UNIT 301 | | HAMPTON | NH | 03842-2264 | K26058 | 66.90 | * |
| HELEN PAUL | 3009 NELSON ST | | ALEXANDRIA | LA | 71301-4939 | K62890 | 66.90 | * |
| HELEN POLLICOVE | 25 CAMBRIDGE DR | | JACKSON | NJ | 08527-2608 | K51623 | 66.90 | * |
| HELEN RAMSEY | 33166 VETOLL RD | | COARSEGOLD | CA | 93614-9502 | K33440 | 66.90 | * |
| HELEN RANDALL-LEMON | 691 NW 66TH PL | | DES MOINES | IA | 50313-5432 | K22596 | 66.90 | * |
| HELEN REISLER | 819 HERITAGE HLS | | SOMERS | NY | 10589-1977 | K45834 | 66.90 | * |
| HELEN RENEVITZ | 3493 VOYAGER CIR | | SAN DIEGO | CA | 92130-1851 | K43100 | 66.90 | * |
| HELEN ROHRER | 1516 BOOK RD | | LANCASTER | PA | 17602-1702 | K27640 | 66.90 | * |
| HELEN ROMBERG | 4376 FAIRWAY DR | | LAKEWOOD | CA | 90712-3760 | K29112 | 66.90 | * |
| HELEN ROSS | 9 PAR CLUB CIR | | BOYNTON BEACH | FL | 33436-5604 | K62478 | 66.90 | * |
| HELEN RUTLEDGE | 1900 DAKOTA ST | | LEAVENWORTH | KS | 66048-1116 | K33491 | 66.90 | * |
| HELEN SCHNAARS | 456 E PLANTATION RD | | VIRGINIA BEAC | VA | 23454-4043 | K52289 | 66.90 | * |
| HELEN SCHULZ | 101 CEDAR LN APT 202 | | ELKHART LAKE | WI | 53020-2142 | K49403 | 66.90 | * |
| HELEN SELIGA | 120 BROADLAWN DR | | ELIZABETH | PA | 15037-2045 | K61174 | 66.90 | * |
| HELEN SHIRLEY | 4415 SADDLEBRANCH DR | | GIBSONVILLE | NC | 27249-8800 | K44521 | 66.90 | * |
| HELEN SKARZYNSKI | 4 HELENA ST | | EAST BRUNSWIC | NJ | 08816-3934 | K31095 | 66.90 | * |
| HELEN SNYDER | 419 CENTER ST | | MILTON | PA | 17847-2435 | K23261 | 66.90 | * |
| HELEN SULLIVAN | 1507 DELLMAR AVE | | JOLIET | IL | 60435-3812 | K49229 | 66.90 | * |
| HELEN TEPPER | 19 FOX DEN RD | | MOUNT KISCO | NY | 10549-3833 | K62579 | 66.90 | * |
| HELEN TOELLE | 4602 N 68TH ST | | MILWAUKEE | WI | 53218-4824 | K46823 | 66.90 | * |
| HELEN VALERUGO | 690 WESTPORT DR | | JOLIET | IL | 60431-4863 | K53761 | 66.90 | * |
| HELEN VER HOEVEN | 4766 COOLIDGE AVE | | IRETON | IA | 51027-7546 | K55119 | 66.90 | * |
| HELEN VIRGINIA MC LYMAN | 334 MAIL COACH RD | | PORTSMOUTH | RI | 02871-1008 | K25106 | 66.90 | * |
| HELEN WALLACE | 24205 S CREE DR | | CHANNAHON | IL | 60410-3202 | K55186 | 66.90 | * |
| HELEN WARD | 2728 TRIMBLE RD | | TOLEDO | OH | 43613-2512 | K51313 | 66.90 | * |
| HELEN WHEELER | 3040 BOHICKET RD | | JOHNS ISLAND | SC | 29455-7213 | K32426 | 66.90 | * |
| HELEN WILLIAMS | 1303 17TH ST | | INTERNATIONAL | MN | 56649-2876 | K18797 | 66.90 | * |
| HELEN WILSON | 2908 HOLLOW VALLEY DR | | FORT WORTH | TX | 76244-5531 | K18205 | 66.90 | * |
| HELEN WORTHINGTON | 5185 DUNNELLON AVE | | MEMPHIS | TN | 38134-5307 | K39541 | 66.90 | * |
| HELEN YOUNG | 450 N GRANT ST APT 8 | | CLOVERDALE | IN | 46120-8413 | K44676 | 66.90 | * |
| HELEN ZETTEL | 2601 N 8TH ST | | SHEBOYGAN | WI | 53083-4922 | K46877 | 66.90 | * |
| HELENA ALEXIS RILEY | 570 GARDENVIEW CIR | | LIMA | OH | 45801-3882 | K43956 | 66.90 | * |
| HELENA J STEPHENS | 2707 EVERGREEN PL | | PORTSMOUTH | VA | 23704-6317 | K13210 | 66.90 | * |
| HELENA LIGON | 1906 CHARLESTON AVE | | PORTSMOUTH | VA | 23704-5520 | K13163 | 66.90 | * |
| HELENA YAO | 58 PIENZA | | LAGUNA NIGUEL | CA | 92677-8624 | K27145 | 66.90 | * |
| HELENANN QUINN | 7 QUINCY CT | | FREEHOLD | NJ | 07728-9251 | K24048 | 66.90 | * |
| HELENE F BILLERA | 405 ROCKEFELLER APT 1005 | | IRVINE | CA | 92612-7192 | K56343 | 66.90 | * |
| HELENE HILL | 14425 SW SURREY ST | | BEAVERTON | OR | 97006-5952 | K33162 | 66.90 | * |
| HELENE SILVER | 110 MONASTERY AVE APT 302 | | WEST SPRINGFI | MA | 01089-1547 | K47095 | 66.90 | * |
| HELENE SMITH | 1530 E 19TH ST APT 1C | | BROOKLYN | NY | 11230-7238 | K52974 | 66.90 | * |
| HELGA HASLER | 1326 E HILLSIDE DR | | PEORIA | IL | 61614-3151 | K50341 | 66.90 | * |
| HELYN RIESEN | 634 PIEDMONT ST | | WILMINGTON | OH | 45177-2523 | K24029 | 66.90 | * |
| HENRI PARENS MD | 111 PRESIDENTIAL BLVD STE 13 | | BALA CYNWYD | PA | 19004-1018 | K45545 | 66.90 | * |
| HENRI SPAULDING | 14108 PIEDRAS RD NE | | ALBUQUERQUE | NM | 87123-2323 | K55333 | 66.90 | * |
| HENRIETTA B OGLESBY | 6244 OLD POINT RD LOT 5 | | CHARLESTON | SC | 29410-2154 | K32036 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| HENRIETTA EVANS | PO BOX 414 | | HASTINGS | FL | 32145-0414 | K43801 | 66.90 | * |
| HENRIETTA FREEDMAN | 55 KENT LN APT H105 | | NASHUA | NH | 03062-2825 | K40886 | 66.90 | * |
| HENRIETTA MC COY | RR 1 RMB 205 | | FORT FRANCES | ON | P9A 3M2 | K22643 | 66.90 | * |
| HENRIETTA R [BECKY] HARTRANFT | 400 E MAIN ST | | EPHRATA | PA | 17522-2506 | K57349 | 66.90 | * |
| HENRIETTA STAUFFER | 219 BRENNEMAN RD | | LANCASTER | PA | 17603-9624 | K32263 | 66.90 | * |
| HENRIETTE E HARVEY | 7253 ZONA AVE | | JACKSONVILLE | FL | 32211-7230 | K51712 | 66.90 | * |
| HENRIETTE ERSKINE | 110 LANG DR | | COROAPOLIS | PA | 15108-2643 | K38165 | 66.90 | * |
| HENRY [EARL] SPARKS | 3625 WELSH RD APT C9 | | WILLOW GROVE | PA | 19090-2923 | K40859 | 66.90 | * |
| HENRY A GRAFFEO SR | 5940 LOKEY DR | | ORLANDO | FL | 32810-3218 | K53769 | 66.90 | * |
| HENRY A SOLLBERGER | PO BOX 2414 | | SLIDELL | LA | 70459-2414 | K52895 | 66.90 | * |
| HENRY ALLEN [HANK] SCHNEIDER | 1709 BARNITZ AVE | | ROLLA | MO | 65401-9617 | K39113 | 66.90 | * |
| HENRY ARNOLD JAMES | 12659 WIMICA LN | | JACKSONVILLE | FL | 32218-2345 | K40793 | 66.90 | * |
| HENRY BADGER RIDGEWAY | 232 FAULINE RD | | EASTOVER | SC | 29044-8911 | K34233 | 66.90 | * |
| HENRY BEZOZO | 2072 LAWRY LN | | MERRICK | NY | 11566-5316 | K55756 | 66.90 | * |
| HENRY CHRISTOFFELS | 6113 AUTRY AVE | | LAKEWOOD | CA | 90712-1337 | K29292 | 66.90 | * |
| HENRY COLE | 627 W 8TH ST | | WASHBURN | WI | 54891-9597 | K39111 | 66.90 | * |
| HENRY CRIST JR | 111 BILL MILLER RD | | SPRING CITY | TN | 37381-5756 | K49222 | 66.90 | * |
| HENRY DAVID WRIGHT | 3105 DONNA RD | | DENTON | TX | 76207-7744 | K24943 | 66.90 | * |
| HENRY DUST | 1410 PAUL ST | | POCAHONTAS | AR | 72455-2628 | K34913 | 66.90 | * |
| HENRY DUVERNAY JR | 1810 DALEWOOD TRL | | GARLAND | TX | 75040-4419 | K56770 | 66.90 | * |
| HENRY E DI FABIO | 504 TRYENS RD | | ASTON | PA | 19014-1521 | K37957 | 66.90 | * |
| HENRY E SMITH | 3924 LAKEVIEW DR | | CHESAPEAKE | VA | 23323-1610 | K14598 | 66.90 | * |
| HENRY GRADY WYLDS III | 1708 GREENWAY DR | | AUGUSTA | GA | 30909-4324 | K48606 | 66.90 | * |
| HENRY J SINGER | 2264 SUDBURY RD NW | | WASHINGTON | DC | 20012-2231 | K54982 | 66.90 | * |
| HENRY J SMITH JR | 1111 13TH ST S | | WISCONSIN RAP | WI | 54494-5343 | K50291 | 66.90 | * |
| HENRY JOHN DEGOOD | 1238 W SUGAR GROVE RD | | SCOTTVILLE | MI | 49454-9672 | K36127 | 66.90 | * |
| HENRY M [HANK] BRODERSEN | 23719 SAMUEL ADAMS CIR | | MILLSBORO | DE | 19966-8224 | K62344 | 66.90 | * |
| HENRY M EMENECKER JR | 79 E MAIN ST | | MARLTON | NJ | 08053-2139 | K40758 | 66.90 | * |
| HENRY M RANDO | 2205 MAINE AVE | | KENNER | LA | 70062-5958 | K50138 | 66.90 | * |
| HENRY MANKIN | 185 DEAN RD | | BROOKLINE | MA | 02445-4201 | K44794 | 66.90 | * |
| HENRY MURRAY MIXON III | 1205 OLD WANUS DR | | MOUNT PLEASAN | SC | 29464-5241 | K49291 | 66.90 | * |
| HENRY P BRUBAKER | 329 DICKINSON AVE | | SWARTHMORE | PA | 19081-2002 | K27897 | 66.90 | * |
| HENRY P CHAVEZ | 1090 S CEDAR RD APT 107 | | NEW LENOX | IL | 60451-3248 | K51744 | 66.90 | * |
| HENRY P DAIGLE | 439 W WEBER CIR | | LAKE CHARLES | LA | 70611-5233 | K51377 | 66.90 | * |
| HENRY P FLETCHER | 5 YALE ST | | NEWPORT | RI | 02840-1422 | K25022 | 66.90 | * |
| HENRY PORTER MOORE JR | PO BOX 162 | | PAWLEYS ISLAN | SC | 29585 | K48458 | 66.90 | * |
| HENRY R SCHORR | 5934 PATTON ST | | NEW ORLEANS | LA | 70115-3233 | K50233 | 66.90 | * |
| HENRY S BALE JR | 509 E CROSS ST | | WILMINGTON | IL | 60481-1018 | K52722 | 66.90 | * |
| HENRY S SELTZER | 1229 CHESTNUT ST APT 522 | | PHILADELPHIA | PA | 19107-4143 | K37278 | 66.90 | * |
| HENRY SCHRAM | 2 MELROSE LN | | MENDHAM | NJ | 07945-1300 | K49085 | 66.90 | * |
| HENRY SCHROEDER | 1836 OLLADALE DR | | FORT WAYNE | IN | 46808-1714 | K39586 | 66.90 | * |
| HENRY STONE | 210 COTTON DR | | JACKSON | GA | 30233-2084 | K61527 | 66.90 | * |
| HENRY T SMITH | 6717 CAHILL RD | | EDINA | MN | 55439-1308 | K18983 | 66.90 | * |
| HENRY TAYLOR JR | 3212 BLANCHARD RD | | SHREVEPORT | LA | 71103-2011 | K10086 | 66.90 | * |
| HENRY W JONES | 1819 3RD ST SW | | WAVERLY | IA | 50677-4372 | K21246 | 66.90 | * |
| HERALD W GREGORY | 2065 PORCH ROCK RD | | PIKEVILLE | TN | 37367-8406 | K36187 | 66.90 | * |
| HERB BARENBERG | 57 AGNES DR | | FRAMINGHAM | MA | 01701-3845 | K14414 | 66.90 | * |
| HERB BROCKMAN | 33 CORNELL CIR | | PUEBLO | CO | 81005-1913 | K58611 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| HERB KAEUPER | 2822 TIMBER CREST LN | | HIGHLAND VILL | TX | 75077-6410 | K24768 | 66.90 | * |
| HERB NYE | 1909 MIAMI ST | | LEAVENWORTH | KS | 66048-1647 | K39010 | 66.90 | * |
| HERBERT [HERB] MENDELSOHN | 1170 BOWER HILL RD APT 110 | | PITTSBURGH | PA | 15243-1340 | K40608 | 66.90 | * |
| HERBERT A [HERB] LEWIS | 4520 AUGUST LN | | KANSAS CITY | KS | 66106-1844 | K41013 | 66.90 | * |
| HERBERT ADLERBERG | 5500 FIELDSTON RD APT 4AA | | BRONX | NY | 10471-2535 | K51979 | 66.90 | * |
| HERBERT B [HERB] STERN | 251 NAHANTON ST | | NEWTON CENTER | MA | 02459-2909 | K10912 | 66.90 | * |
| HERBERT BAREFOOT | 1611 BOIS DARC PL | | MONROE | LA | 71201-3421 | K62785 | 66.90 | * |
| HERBERT BLOW JR | 1507 GLEN AVE | | SHREVEPORT | LA | 71109-1506 | K12496 | 66.90 | * |
| HERBERT BOLENDER | 8501 SUGAR CREEK RD | | LIMA | OH | 45801-9780 | K44233 | 66.90 | * |
| HERBERT CHEW JR | 3309 HAZELHURST AVE | | RICHMOND | VA | 23222-2741 | K35624 | 66.90 | * |
| HERBERT CHONTOS | 6571 DELIVERANCE CT | | COLORADO SPRI | CO | 80918-1600 | K62720 | 66.90 | * |
| HERBERT F MEYER | 95 GILBERT AVE | | PEARL RIVER | NY | 10965-3032 | K62691 | 66.90 | * |
| HERBERT HINELINE | 6724 N 65TH AVE | | OMAHA | NE | 68152-2110 | K52957 | 66.90 | * |
| HERBERT JOHN HORTON | 1 LARRY LN | | RIVERSIDE | RI | 02915-1119 | K49555 | 66.90 | * |
| HERBERT KONOWITZ | 55 BELOIT AVE | | DOVER | DE | 19901-5704 | K12697 | 66.90 | * |
| HERBERT L GAYMON | 34733 OSAGE RIVER PL | | FREMONT | CA | 94555-3222 | K33140 | 66.90 | * |
| HERBERT LAIN [BUB] HOLT | 5915 SHERBORN LN | | SPRINGFIELD | VA | 22152-1035 | K29717 | 66.90 | * |
| HERBERT LOWRY FREDRICKSON | 4809 WOOLPER RD | | PETERSBURG | KY | 41080-9774 | K62721 | 66.90 | * |
| HERBERT M SHAPIRO | 165 GROVE ST | | CHESTNUT HILL | MA | 02467-4002 | K11091 | 66.90 | * |
| HERBERT R HABER | 5 WOODSIDE RD | | WINCHESTER | MA | 01890-1728 | K46538 | 66.90 | * |
| HERBERT R SCHULZ | 27489 SCHULZ RD | | COLD SPRING | MN | 56320-4623 | K19828 | 66.90 | * |
| HERBERT SALZMAN | 7107 CHATSWORTH CT | | UNIVERSITY PA | FL | 34201-2361 | K48795 | 66.90 | * |
| HERBERT SMOLKA | 4618 TELHURST RD | | SOUTH EUCLID | OH | 44121-3960 | K16066 | 66.90 | * |
| HERBERT STEINBACH | 5519 N BRIARCREST CT | | PEORIA | IL | 61614-4229 | K53758 | 66.90 | * |
| HERBERT WILLMARTH | 1605 JEFFERSON HEIGHTS DR AP | | JEFFERSON CIT | MO | 65109-4608 | K54192 | 66.90 | * |
| HERCHEL J [JACK] DIXON | 5025 FLEETWOOD DR | | KNOXVILLE | TN | 37921-5308 | K12601 | 66.90 | * |
| HERM J GREENBERG | 7112 ECHO LOOP | | SAN JOSE | CA | 95120-4715 | K55087 | 66.90 | * |
| HERMAN BROWN | 320 9TH ST | | MCKEESPORT | PA | 15132-3926 | K60440 | 66.90 | * |
| HERMAN GRILLIOT | 2734 CASSY LN | | NEENAH | WI | 54956-9059 | K32353 | 66.90 | * |
| HERMAN JAMES | 12212 LANGSHAW DR | | THONOTOSASSA | FL | 33592-2732 | K42065 | 66.90 | * |
| HERMAN K DIETRICH JR | 249 MEADOWLARK LN | | COLUMBUS | OH | 43214-1244 | K39307 | 66.90 | * |
| HERMAN L TOTTEN | 2100 PEMBROOKE PL | | DENTON | TX | 76205-8208 | K23025 | 66.90 | * |
| HERMAN M REID JR | 329 GRAND AVE # A | | BROOKLYN | NY | 11238-1946 | K46191 | 66.90 | * |
| HERMAN MCGUFFIN | 3720 BLAKEMORE LN | | LA GRANGE | KY | 40031-9435 | K34136 | 66.90 | * |
| HERMAN MENDEL | 71 W CALLE DEL LAGO | | GREEN VALLEY | AZ | 85614-3022 | K21386 | 66.90 | * |
| HERMAN PARKER | 27 BLOOMINGTON LN | | STAFFORD | VA | 22554-7727 | K13117 | 66.90 | * |
| HERMAN PAUL SCHOLZ | 202 CEDAR ST | | GRAFTON | WI | 53024-2365 | K48764 | 66.90 | * |
| HERMAN PETERS | 275 S WORTHINGTON ST SPC 93 | | SPRING VALLEY | CA | 91977-6339 | K58327 | 66.90 | * |
| HERMAN SHAW | 306 ARKANSAS AVE | | WALNUT RIDGE | AR | 72476-3211 | K37441 | 66.90 | * |
| HERMAN SUESS | 69085 260TH AVE | | KASSON | MN | 55944-1845 | K26212 | 66.90 | * |
| HERSCHEL KLEIN | 250 PRESTON ST | | WINDSOR | CT | 06095-3139 | K40575 | 66.90 | * |
| HEYWARD FULMER SLICE | 124 SOFTWINDS PL | | CHAPIN | SC | 29036-9795 | K32820 | 66.90 | * |
| HILARIE PRICE | 13201 S 29TH ST | | BELLEVUE | NE | 68123-1927 | K24781 | 66.90 | * |
| HILARY SUJKOWSKI | 114 E ALEXIS RD | | TOLEDO | OH | 43612-3703 | K50018 | 66.90 | * |
| HILDA HEROLD | 359 COUNTRY MEADOWS BLVD | | PLANT CITY | FL | 33565-8723 | K27845 | 66.90 | * |
| HILDA VOLMERDING | 5633 S WAYNE AVE APT B | | FORT WAYNE | IN | 46807-3153 | K39689 | 66.90 | * |
| HILDEGARD [HILDE] WOLFROM | 44500 GARFIELD RD | | CLINTON TOWNS | MI | 48038-1154 | K43477 | 66.90 | * |
| HILDUR CHAPMAN | 523 GEORGETOWN PL | | DAVIS | CA | 95616-1820 | K18831 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| HILLARY W COTTON SR | 505 NORCUM CIR | | PORTSMOUTH | VA | 23701-4110 | K19675 | 66.90 | * |
| HILLIS O KAUFFMAN | 133 TERRY CT | | BATTLE CREEK | MI | 49015-3162 | K36249 | 66.90 | * |
| HILORI MORGAN | 208 FAIRLEAF PL | | LEXINGTON | KY | 40509-1409 | K23310 | 66.90 | * |
| HIRAM [FRED] NORTON | 603 SE M ST | | GRANTS PASS | OR | 97526-3209 | K35020 | 66.90 | * |
| HIROMI TSURUOKA | 1210 W PARK AVE | | ANAHEIM | CA | 92801-4721 | K21319 | 66.90 | * |
| HOBART TAYLOR | 8501 LYNHURST DR | | LAS VEGAS | NV | 89134-8636 | K29929 | 66.90 | * |
| HOKE CRUMPLER | 5832 EDGEWATER RD | | WAMEGO | KS | 66547-6000 | K41600 | 66.90 | * |
| HOLLIE HIGGS | 1425 NW 2ND AVE | | DELRAY BEACH | FL | 33444-3003 | K59839 | 66.90 | * |
| HOLLIEN RICE | 9 NIMITZ CIR | | NATICK | MA | 01760-2923 | V98284 | 66.90 | * |
| HOLLIS BERNARD SCOTT JR | 2110 E CAMORENE ST | | SPRINGFIELD | MO | 65803-4805 | K13542 | 66.90 | * |
| HOLLIS NEIER | 12534 HOWARDSVILLE RD | | HOWARDSVILLE | VA | 24562-4008 | K45258 | 66.90 | * |
| HOLLIS VLIETSTRA | 4640 W D AVE | | KALAMAZOO | MI | 49009-9044 | K16940 | 66.90 | * |
| HOLLOWAY WOOTEN ESQ | 1320 HEMLOCK ST NW | | WASHINGTON | DC | 20012-1551 | V99713 | 66.90 | * |
| HOLLY A HUSER | 5713 COUNTY ROAD HH | | WISC RAPIDS | WI | 54495-9254 | K51043 | 66.90 | * |
| HOLLY DAVISON | 211 OAK ST | | KEOSAUQUA | IA | 52565-1035 | K22567 | 66.90 | * |
| HOLLY DAYE GARVER | 411 8TH ST NE | | NAPLES | FL | 34120-2046 | K57624 | 66.90 | * |
| HOLLY GREEN | 62 FAIRVIEW AVE | | HATBORO | PA | 19040-3304 | K57660 | 66.90 | * |
| HOLLY HOEBRECKX | 2700 SUMMERVIEW WAY APT 301 | | ANNAPOLIS | MD | 21401-7746 | K35919 | 66.90 | * |
| HOLLY JENKINS | 6008 BAINBRIDGE CT | | LIBERTY TOWNS | OH | 45011-9157 | K26858 | 66.90 | * |
| HOLLY KORTRIGHT | 13603 RIDGE ROCK DR | | CHANTILLY | VA | 20151-2487 | K29422 | 66.90 | * |
| HOLLY MCNEAL | 145 GOLF COURSE RD | | MILTON | PA | 17847-9638 | K18163 | 66.90 | * |
| HOLLY PALMER PARKER | 3300 SPARTA CIR | | SEBRING | FL | 33870-0447 | K36859 | 66.90 | * |
| HOLLY WILSON | 145 HARDWOOD RD | | LEXINGTON | GA | 30648-2149 | K59193 | 66.90 | * |
| HOLLYE HOGAN NICHOLAS | 11633 FLAMINGO DR | | BATON ROUGE | LA | 70814-7142 | K57677 | 66.90 | ** |
| HOLT HIGH SCHOOL | HOLT/DIMONDALE ALUMNI ASSOCI | 5885 WEST HOLT ROAD | HOLT | MI | 48842 | | 0.00 | ** |
| HOLT HIGH SCHOOL | c/o LINDA RIED | 5885 WEST HOLT ROAD | HOLT | MI | 48842 | | 0.00 | ** |
| HOMER D GROOMS | 227 MCCOMBS ST | | JACKSBORO | TX | 76458-2426 | K29803 | 66.90 | * |
| HOMER FOWLER | 31856 GILS RD | | MINIER | IL | 61759-9527 | K44580 | 66.90 | * |
| HOMER MELTON EARGLE | 5 WENTWORTH ST | | CHARLESTON | SC | 29401-1625 | K33200 | 66.90 | * |
| HOMER WEIMER | 2432 JASPER CT | | CINCINNATI | OH | 45231-2815 | K41431 | 66.90 | * |
| HON JOHN R O'CONNOR | 60 STEVENSON ST | | LYNBROOK | NY | 11563-1115 | K50113 | 66.90 | * |
| HON JOYCE L SPARROW | 530 E 76TH ST APT 26C | | NEW YORK | NY | 10021-3173 | K52975 | 66.90 | * |
| HON RAYMOND J ARATA | 140 CEDRO AVE | | SAN FRANCISCO | CA | 94127-2843 | K51589 | 66.90 | * |
| HOPE DELLA RATTA | 11 MOUNTAIN CUT | | MANHASSET | NY | 11030-3642 | K53619 | 66.90 | * |
| HOPE ELIZABETH RUPRECHT | 912 W 120TH TER | | KANSAS CITY | MO | 64145-1076 | K44019 | 66.90 | * |
| HOPE L BROWN | 23431 WOHLFEIL ST | | TAYLOR | MI | 48180-2356 | K58764 | 66.90 | * |
| HOPE LAWABNI | 16323 E RIDGELINE DR | | FOUNTAIN HILL | AZ | 85268-6691 | K23824 | 66.90 | * |
| HOPE V KIRK | 23570 WALTZ RD | | NEW BOSTON | MI | 48164-9170 | K60239 | 66.90 | * |
| HOPE WOLF | 6210 S PAULA CT | | SPOKANE | WA | 99223-6924 | K55723 | 66.90 | * |
| HORACE ALLEN NEEDHAM | 1444 DOVE LANDING RD | | YORK | SC | 29745-9463 | K14240 | 66.90 | * |
| HORACE ELMER HARMON JR | 2700 LEAPHART RD | | WEST COLUMBIA | SC | 29169-3311 | K32478 | 66.90 | * |
| HORACE L DIXON | 51 CHRISTINE DR | | EAST HANOVER | NJ | 07936-3075 | K45319 | 66.90 | * |
| HORACE LEE MORGAN | 760 WINYAH DR | | NORTH AUGUSTA | SC | 29841-2029 | K32253 | 66.90 | * |
| HORACE MCDONELL | 740 BALD EAGLE DR | | NAPLES | FL | 34105-7409 | K55329 | 66.90 | * |
| HORTENSE HOWELL-BARBER | 5900 ARLINGTON AVE APT 1U | | RIVERDALE | NY | 10471-1303 | K12851 | 66.90 | * |
| HOWARD A BERNIER | 4828 KLOSTERMAN OAKS BLVD | | PALM HARBOR | FL | 34683-1202 | K54420 | 66.90 | * |
| HOWARD B LASNIK | 22 SWAN PL | | ARLINGTON | MA | 02476-6512 | K41363 | 66.90 | * |
| HOWARD BACON | 5178 KENSINGTON HIGH ST | | NAPLES | FL | 34105-5649 | K59112 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| HOWARD BLANCHARD | 510 GOODNOW AVE | | WISCONSIN RAP | WI | 54494-6029 | K47693 | 66.90 | * |
| HOWARD BLANCHARD | 160 CIDER MILL RD | | GLASTONBURY | CT | 06033-3809 | K51029 | 66.90 | * |
| HOWARD BOWDEN | 1828 EXCHANGE ST | | KEOKUK | IA | 52632-3318 | K19683 | 66.90 | * |
| HOWARD C CARLIN | 13158 DIAMOND MILL DR | | HERNDON | VA | 20171-3060 | K51096 | 66.90 | * |
| HOWARD C DEW | 3720 LARKVIEW CT | | DUNKIRK | MD | 20754-2932 | K32638 | 66.90 | * |
| HOWARD C NORCROSS | 330 LEGION CT | | PITMAN | NJ | 08071-2436 | K40898 | 66.90 | * |
| HOWARD C THOMAS | PO BOX 8182 | | RICHMOND | IN | 47374-0182 | K32998 | 66.90 | * |
| HOWARD CAMPBELL | 981 NAMPA CT | | TROY | MI | 48084-2616 | K61885 | 66.90 | * |
| HOWARD COBIN | 1233 N GULFSTREAM AVE UNIT 1 | | SARASOTA | FL | 34236-8956 | K10886 | 66.90 | * |
| HOWARD COHEN | 245 VALLEY RIDGE RD | | HAVERFORD | PA | 19041-2028 | K36672 | 66.90 | * |
| HOWARD COHEN | 402 MARPLE RD | | BROOMALL | PA | 19008-2044 | K42613 | 66.90 | * |
| HOWARD D GOLDMAN | 5854 ALDERSON ST APT 1 | | PITTSBURGH | PA | 15217-2434 | K43263 | 66.90 | * |
| HOWARD DANZIG | 225 KEHRS MILL BEND DR | | BALLWIN | MO | 63011-5603 | K40931 | 66.90 | * |
| HOWARD E [GENE] BELVIN | 1301 STOCKLEY GDNS | | NORFOLK | VA | 23517-1827 | K49665 | 66.90 | * |
| HOWARD E BERGSTROM | 4300 W RIVER PKWY APT 170 | | MINNEAPOLIS | MN | 55406-3677 | K31212 | 66.90 | * |
| HOWARD F RASSIER | 7540 TEMPO TER NE | | FRIDLEY | MN | 55432-3227 | K25505 | 66.90 | * |
| HOWARD FABIAN | 100 UNITED NATIONS PLZ APT 3 | | NEW YORK | NY | 10017-1724 | K45425 | 66.90 | * |
| HOWARD G WRIGHT | 9785 LA MONICA DR | | RANCHO CUCAMO | CA | 91730-2800 | K42069 | 66.90 | * |
| HOWARD GOLDSMITH PE | 522 KNOLLS DR UNIT 104 | | NEWPORT NEWS | VA | 23602-5759 | K46308 | 66.90 | * |
| HOWARD H MILES | 6325 TRUMAN DR | | FORT WORTH | TX | 76112-8027 | K10261 | 66.90 | * |
| HOWARD HAGEN | 3030 2ND ST S | | WISCONSIN RAP | WI | 54494-5831 | K50026 | 66.90 | * |
| HOWARD HARPER | 4437 MAJESTIC LN | | FAIRFAX | VA | 22033-3414 | K14504 | 66.90 | * |
| HOWARD KNARR | 12446 S VAN DYKE RD # 116 | | PLAINFIELD | IL | 60585-2700 | K32581 | 66.90 | * |
| HOWARD LAWRENCE VALENTINE | 13314 THOROUGHBRED DR | | DADE CITY | FL | 33525-6212 | K51886 | 66.90 | * |
| HOWARD M HORN | 20920 18TH AVE APT 6G | | BAYSIDE | NY | 11360-1413 | K62152 | 66.90 | * |
| HOWARD M KNUTSON | 2409 LYNN ST | | BELLINGHAM | WA | 98225-2131 | K32053 | 66.90 | * |
| HOWARD M STEPHENS | 3405 PEAVINE RD | | KILGORE | TX | 75662-2141 | K10339 | 66.90 | * |
| HOWARD MADORSKY | 24710 HAZELMERE RD | | CLEVELAND | OH | 44122-3221 | K51022 | 66.90 | * |
| HOWARD N BELDOCK | PO BOX 2202 | | NEW PRESTON | CT | 06777-0202 | K56592 | 66.90 | * |
| HOWARD P ELVRUM | 76366 RIVER RD | | OAKRIDGE | OR | 97463-9512 | K33020 | 66.90 | * |
| HOWARD Q WANDLER | 3000 NELSON LN | | FORTUNA | CA | 95540-1738 | K38576 | 66.90 | * |
| HOWARD R CLARK | 13262 MILLARD AVE | | OMAHA | NE | 68137-1743 | K55147 | 66.90 | * |
| HOWARD R LACHER | 1004 BERRY AVE | | NEWTON | KS | 67114-1549 | K20234 | 66.90 | * |
| HOWARD RIVERS JACOBS JR | 2922 CATHEDRAL LN | | CHARLESTON | SC | 29414-7309 | K48925 | 66.90 | * |
| HOWARD S BELL | 3310 OLD CREEK RD | | GILROY | CA | 95020-9440 | K41105 | 66.90 | * |
| HOWARD STUART GLAZIER | 6021 GOLDEN EAGLE WAY | | CLAYTON | CA | 94517-1933 | K39074 | 66.90 | * |
| HOWARD TRAWICK | 505B KEETON AVE | | OLD HICKORY | TN | 37138-3811 | K35642 | 66.90 | * |
| HOWARD TRIPP JR | 1193 BLUE BROOK LN | | PORTAGE | MI | 49002-4424 | K18953 | 66.90 | * |
| HOWARD VELDMAN | W11299 BUTTERCUP DR | | HANCOCK | WI | 54943-7647 | K46832 | 66.90 | * |
| HOWARD W ALTHOUSE | 10022 FOREST VILLAGE LN | | LOUISVILLE | KY | 40223-5114 | K33605 | 66.90 | * |
| HOWARD W EMMONS JR | 154 POINTVILLE RD | | PEMBERTON | NJ | 08068-1434 | K47002 | 66.90 | * |
| HOWELL B ANDERSON | 501 PARK ST | | TIMMONSVILLE | SC | 29161-1439 | K59823 | 66.90 | * |
| HUBERT [HUCK] LITTLE | 442 UNION ST | | PORTSMOUTH | RI | 02871-2218 | K25405 | 66.90 | * |
| HUBERT SIMS | 15926 NE 13TH ST | | WILLISTON | FL | 32696-8600 | K44862 | 66.90 | * |
| HUGH A FOGLE | 98 OAKBROOK DR | | COLUMBIA | SC | 29223-8400 | K51449 | 66.90 | * |
| HUGH CLEVELAND ANSLEY | 27 SCARLETT LN | | CAMDEN | SC | 29020-7699 | K32729 | 66.90 | * |
| HUGH D WARD SR | 3366 YODER RD | | LIMA | OH | 45806-2752 | K49123 | 66.90 | * |
| HUGH DAVIS THOMAS | 884 HICKORY BLUFF DR | | WAVERLY | GA | 31565-2623 | K52123 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| HUGH EBBITT | 172 MEADOW LN | | MIDDLETOWN | RI | 02842-5394 | K28630 | 66.90 | * |
| HUGH HENRY MOORE | 57 PLEASANT ST | | SOUTHAMPTON | NJ | 08088-3309 | K53896 | 66.90 | * |
| HUGH LYNCH | 8630 DOLPHIN ST | | PORTAGE | MI | 49024-6127 | K18895 | 66.90 | * |
| HUGH MAXWELL WILLIAMS JR | 118 GAINES STORE RD | | NINETY SIX | SC | 29666-9524 | K30149 | 66.90 | * |
| HUGH T [TOM] STOOKSBURY | 10125 EL PINAR DR | | KNOXVILLE | TN | 37922-4158 | K12474 | 66.90 | * |
| HUGH T BENNETT III | 3531 PEBBLE BEACH DR | | AUGUSTA | GA | 30907-9083 | K29817 | 66.90 | * |
| HUGO ATLAS [HAP] PEARCE | 3615 ETHAN CT | | CHARLOTTE | NC | 28226-4944 | K37945 | 66.90 | * |
| HUGO J DEASCENTIS | 388 BROADWAY | | NEWPORT | RI | 02840-1734 | K26905 | 66.90 | ** |
| HUMBLE HIGH SCHOOL | c/o KAREN CULLUM | 1700 WILSON RD | HUMBLE | TX | 77338-5198 | | 0.00 | ** |
| HUNTER YAGER | 314 W FIELDS RD | | MANCHESTER CE | VT | 05255-9226 | K51678 | 66.90 | * |
| HY EISMAN | 99 BOULEVARD | | GLEN ROCK | NJ | 07452-2003 | K55931 | 66.90 | * |
| I C NORCOM HIGH SCHOOL | I C NORCOM ALUMNI ASSOCIATIO | 1801 LONDON BLVD | PORTSMOUTH | VA | 23704 | | 0.00 | ** |
| I C NORCOM HIGH SCHOOL | c/o DEBORAH MCKISSICK | 1801 LONDON BLVD | PORTSMOUTH | VA | 23704 | | 0.00 | ** |
| IDA [MARIE] PASCHAL | 7 ELLSWORTH ST | | SPRINGVALE | ME | 04083-1607 | K31124 | 66.90 | * |
| IDA CONRAD | 1118 BUFFALO RD | | LEWISBURG | PA | 17837-9796 | K19207 | 66.90 | * |
| IDA JEANNE HARDING | 3949 WINWICK WAY | | VIRGINIA BEAC | VA | 23456-1575 | K52571 | 66.90 | * |
| IDA MAE HOLLAND | 13225 THOMAS DR | | LITTLE FALLS | MN | 56345-6111 | K13815 | 66.90 | * |
| IDA MAE ROGERS | 3045 SPENCER CIR E | | GENEVA | OH | 44041-9203 | K23776 | 66.90 | * |
| IDA MARIE WATTS | 395 SHELARD PKWY UNIT 201 | | MINNEAPOLIS | MN | 55426-1085 | K14032 | 66.90 | * |
| IDA RUSSELL | 4808 GURLEY AVE | | DALLAS | TX | 75223-2811 | K11593 | 66.90 | * |
| IDA SHIELDS | 161 S 45TH ST | | RICHMOND | IN | 47374-6003 | K32199 | 66.90 | * |
| IDA STONE | 721 N SUNSET AVE SPC 43 | | BANNING | CA | 92220-3666 | K33904 | 66.90 | * |
| IDA VIOLA BEALL | 2323 SW BROOKHAVEN LN | | TOPEKA | KS | 66614-4278 | K32926 | 66.90 | * |
| ILA WALKER | 419 WASHINGTON ST APT 7 | | QUINCY | IL | 62301-4883 | K15865 | 66.90 | * |
| ILENE BERG | 2410 TOWN ROAD 182 | | RAY | MN | 56669-9035 | K19776 | 66.90 | * |
| ILENE E BISCHOFF | 2111 PARMENTER ST APT 6 | | MIDDLETON | WI | 53562-2670 | K32488 | 66.90 | * |
| ILENE GROSSMAN | 115 E 9TH ST APT 14C | | NEW YORK | NY | 10003-5420 | K49902 | 66.90 | * |
| ILENE WEINSTEIN | 117 HEDGEROW DR | | YARDLEY | PA | 19067-4832 | K41785 | 66.90 | * |
| ILETA TARR | 544 WEST END CIRCLE | | OSAGE BEACH | MO | 65065-2587 | K48070 | 66.90 | * |
| ILEY COLEMAN III | 2531 PAINTERS ST | | NEW ORLEANS | LA | 70117-7542 | K53911 | 66.90 | * |
| ILLEEN REGINA RENINGER | 20 GLOUCESTER RD | | FRONT ROYAL | VA | 22630-3704 | K36841 | 66.90 | * |
| IMAGEAN SCHOENY | 4350 MATSON AVE | | CINCINNATI | OH | 45236-2620 | K38693 | 66.90 | * |
| IMELDA C RAMSEY | 491 HAMPTON DR | | RICHMOND | IN | 47374-1006 | K23939 | 66.90 | * |
| IMMACULATE CONCEPTION HIGH SCHOOL | c/o CAROLYN HANSEN | 217 COTTAGE HILL AVE | ELMHURST | IL | 60126-3381 | | 0.00 | ** |
| IMOGENE MOTEN | 5233 S VERDUN AVE | | LOS ANGELES | CA | 90043-1543 | K16426 | 66.90 | * |
| INA EDENS | 316 OLD LANDING CT | | CHAPIN | SC | 29036-9758 | K35268 | 66.90 | * |
| INA ERIKSEN | 2708 PRIVADA DR | | THE VILLAGES | FL | 32162-0065 | K48998 | 66.90 | * |
| INA HOUSER | 1232 TOSCHLOG RD | | RICHMOND | IN | 47374-5054 | K29623 | 66.90 | * |
| INDA LEE REEVES | 146 SW 17TH ST | | RICHMOND | IN | 47374-3857 | K26049 | 66.90 | * |
| INEZ DICKINSON | PO BOX 1104 | | FORT STOCKTON | TX | 79735-1104 | K26586 | 66.90 | * |
| INEZ KROHN | 340 TYLER AVE | | PORT EDWARDS | WI | 54469-1036 | K51735 | 66.90 | * |
| INEZ SPRAGG | 10830 LANTNER LN | | PLATTE CITY | MO | 64079-8260 | K26557 | 66.90 | * |
| INGRID CIVINSKAS | 6508 CRABTREE LN | | BRECKSVILLE | OH | 44141-1735 | K46455 | 66.90 | * |
| INGRID MAY | 1242 N SAINT CHARLES AVE | | OKLAHOMA CITY | OK | 73127-4306 | K62741 | 66.90 | * |
| INGRID MILLER | 53 SOARING HAWK LN | | PORT ANGELES | WA | 98362-7036 | K19355 | 66.90 | * |
| INIE A JOHNSON | 3611 GLOVER AVE | | DES MOINES | IA | 50315-3049 | K20600 | 66.90 | * |
| IOLA JANE DOTY | 632 CONKEY DR | | FENWICK | MI | 48834-9613 | K35500 | 66.90 | * |
| IOLA MILLER | 1513 W COUNTY ROAD 285 S | | GREENCASTLE | IN | 46135-7325 | K46715 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| IONA MAE HOEHN | 13845 N SUTHERLAND WASH WAY | | ORO VALLEY | AZ | 85755-4719 | K51113 | 66.90 | * |
| IONE FERREL | 801 S 52ND ST APT 1005 | | OMAHA | NE | 68106-1811 | K55702 | 66.90 | * |
| IONE O'LEARY | 920 21ST AVE N | | SAINT CLOUD | MN | 56303-2627 | K19872 | 66.90 | * |
| IOULA L THEOHARIS | 8125 N POPLAR DR | | MILWAUKEE | WI | 53217-2823 | K41790 | 66.90 | * |
| IRA M [SONNY] BARKMAN JR | 905 DOVER CT | | EVANSVILLE | IN | 47710-4455 | K30137 | 66.90 | * |
| IRA OLLIE | 7809 GOLDEN PINE CIR | | SEVERN | MD | 21144-1037 | K11240 | 66.90 | * |
| IRA V LEONARD | PO BOX 4435 | | TAMPA | FL | 33677-4435 | K60758 | 66.90 | * |
| IRBY RIVERA | 1617 ISLAND WAY | | WESTON | FL | 33326-3625 | K47157 | 66.90 | * |
| IRENA K TERRY ROBINSON | 10 WEDGEWOOD DR | | JOLIET | IL | 60436-3144 | K51841 | 66.90 | * |
| IRENE ALEXANDER | 347 LAMAR DR | | BEECH ISLAND | SC | 29842-9440 | K20066 | 66.90 | * |
| IRENE ALONSO | 130 DOOLEN CT APT 210 | | NORTH PALM BE | FL | 33408-5648 | K55331 | 66.90 | * |
| IRENE BARTZ | 5943 16TH AVE SE | | SAINT CLOUD | MN | 56304-9545 | K21508 | 66.90 | * |
| IRENE BAXTER | 10328 SAGER AVE UNIT 121 | | FAIRFAX | VA | 22030-3568 | K36215 | 66.90 | * |
| IRENE BENAC | 540 QUEEN ST | | WOODBURY | NJ | 08096-5716 | K45138 | 66.90 | * |
| IRENE BOTTINELLI | 1846 ELDON DR | | WICKLIFFE | OH | 44092-1535 | K17581 | 66.90 | * |
| IRENE BUCKNER | 4464 SAWGRASS DR | | PALM HARBOR | FL | 34685-1089 | K53022 | 66.90 | * |
| IRENE COHEN | 444 NEPTUNE AVE APT 8B | | BROOKLYN | NY | 11224-4475 | K58227 | 66.90 | * |
| IRENE CRENSHAW | 10508 MONTICELLO FOREST CIR | | LOUISVILLE | KY | 40299-4130 | K32903 | 66.90 | * |
| IRENE CRENSHAW | 211 W OAK ST APT 512 | | LOUISVILLE | KY | 40203-2870 | K45182 | 66.90 | * |
| IRENE D KUMF | 1805 PATTERSON ST | | MCKEESPORT | PA | 15132-5545 | K61017 | 66.90 | * |
| IRENE DANIELS | 267 GEISE ST S | | BRONWOOD | GA | 39826-4210 | K47414 | 66.90 | * |
| IRENE DELLIS | 108 DOGWOOD LN | | MANHASSET | NY | 11030-1640 | K53623 | 66.90 | * |
| IRENE ESHLEMAN | 790 SCOTT LN | | LITITZ | PA | 17543-8867 | K58285 | 66.90 | * |
| IRENE H RHODES | 3333 DUNNING DR | | PACE | FL | 32571-9504 | K41940 | 66.90 | * |
| IRENE HAAS | 27 ELM AVE | | CLEMENTON | NJ | 08021-3821 | K42941 | 66.90 | * |
| IRENE HILSHER | 5273 RIDGE RD | | ELIZABETHTOWN | PA | 17022-9049 | K27276 | 66.90 | * |
| IRENE JENSEN | 1127 LARRY AVE | | WISCONSIN RAP | WI | 54494-8341 | K46869 | 66.90 | * |
| IRENE K MEGILL | 254 ESSEX DR | | BRICK | NJ | 08723-6523 | K38728 | 66.90 | * |
| IRENE K TRACZ | 1118 CHOVAN DR | | JOLIET | IL | 60435-9331 | K56040 | 66.90 | * |
| IRENE KELLERT LAVEN | 44 GARDEN CIR APT 4 | | WALTHAM | MA | 02452-6144 | K12861 | 66.90 | * |
| IRENE KINDELL | 582 E JEFFREY PL | | COLUMBUS | OH | 43214-1827 | K32282 | 66.90 | * |
| IRENE KLUTE | 713 S 21ST ST | | RICHMOND | IN | 47374-6526 | K32498 | 66.90 | * |
| IRENE KOLODZIEJ | 42 PERSHING AVE | | SAYREVILLE | NJ | 08872-1921 | K31866 | 66.90 | * |
| IRENE KRIVONAK | 1706 ROMINE AVE | | MCKEESPORT | PA | 15133-3325 | K61666 | 66.90 | * |
| IRENE KUSCH | 3550 CHINA GARDEN RD SPC 44 | | PLACERVILLE | CA | 95667-6910 | K56472 | 66.90 | * |
| IRENE LOCZOWSKI | 5112 GARETTE DR E | | JACKSONVILLE | FL | 32210-7709 | K30548 | 66.90 | * |
| IRENE M DECKER | 55 SUNRISE DR | | WHIPPANY | NJ | 07981-1160 | K37824 | 66.90 | * |
| IRENE MCMILLAN | 16 HARPER LN | | WILLINGBORO | NJ | 08046-1712 | K43520 | 66.90 | * |
| IRENE REEVES | 3653 WEST AVE | | OCEAN CITY | NJ | 08226-1939 | K43140 | 66.90 | * |
| IRENE RING | 10815 127TH ST SE | | CLEAR LAKE | MN | 55319-9618 | K22171 | 66.90 | * |
| IRENE SEEFELDT | 26500 115TH LN | | ISLE | MN | 56342-4615 | K19703 | 66.90 | * |
| IRENE SMITH | 421 SW 18TH ST | | RICHMOND | IN | 47374-5144 | K23988 | 66.90 | * |
| IRENE STONE | 231 WESTON VALLEY DR | | MOORE | SC | 29369-9449 | K19666 | 66.90 | * |
| IRENE WEBER | 25801 LAKE SHORE BLVD APT 10 | | EUCLID | OH | 44132-1130 | K49119 | 66.90 | * |
| IRENE ZWEIG RNC | 6 SAINT ANDREWS RD | | JACKSON | NJ | 08527-4056 | K50474 | 66.90 | * |
| IRIS HOKANSON | 9457 LAS VEGAS BLVD S UNIT 3 | | LAS VEGAS | NV | 89123-3343 | K43803 | 66.90 | * |
| IRIS KAPLOW | 393 W END AVE APT 15C | | NEW YORK | NY | 10024-6138 | K50114 | 66.90 | * |
| IRIS LAUDIG | 621 BOYD ST | | SPARTANBURG | SC | 29302-2714 | K25229 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| IRIS LORRAINE MILLER | 350 CAMINO REAL RD | | KERRVILLE | TX | 78028-8703 | K60465 | 66.90 | * |
| IRIS NEWMAN | 1919 CHESTNUT ST APT 2507 | | PHILADELPHIA | PA | 19103-3445 | K37027 | 66.90 | * |
| IRIS PARSONS-MCDIVITT | 1898 QUAKER RIDGE DR | | GREEN COVE SP | FL | 32043-8054 | K57749 | 66.90 | * |
| IRIS PORTER | 8786 CARROUSEL PARK CIR UNIT | | CINCINNATI | OH | 45251-5953 | K39279 | 66.90 | * |
| IRIS THOMPSON | 52 THAYNES CANYON DR | | PARK CITY | UT | 84060-6711 | K44777 | 66.90 | * |
| IRMA A WEICHENHAIN | 7N160 BRIARGATE TER | | MEDINAH | IL | 60157-9418 | K53928 | 66.90 | * |
| IRMA BERRY | 1590 SALISBURY RD S | | RICHMOND | IN | 47374-7406 | K27915 | 66.90 | * |
| IRMA EBERHARDT | 275 NEIGHBORHOOD WAY UNIT 31 | | SPARKS | NV | 89441-9310 | K46940 | 66.90 | * |
| IRMA KIEHN | 601 ROLLING HILLS ST | | EXETER | CA | 93221-2377 | K54944 | 66.90 | * |
| IRMA PORTER | 725 BOWES RD APT F6 | | LOWELL | MI | 49331-1661 | K36063 | 66.90 | * |
| IRV SALTZMAN | 12054 BEAR PARK RD | | CONIFER | CO | 80433-7514 | K45784 | 66.90 | * |
| IRVIN L BAROUSSE | 529 ADAIR ST | | MANDEVILLE | LA | 70448-5165 | K57262 | 66.90 | * |
| IRVIN PFLUEGER | 1180 SW 24TH AVE | | BOYNTON BEACH | FL | 33426-7450 | K39257 | 66.90 | * |
| IRVIN SHORE | 6 NOB HILL LN | | SAINT LOUIS | MO | 63130-2038 | K38354 | 66.90 | * |
| IRVING APPEL | 21458 BRIDGE VIEW DR | | BOCA RATON | FL | 33428-1609 | K46060 | 66.90 | * |
| IRVING H NEGUS JR | 6610 PENINSULA WAY | | LAINGSBURG | MI | 48848-9269 | K57026 | 66.90 | * |
| IRVING JOHNSON | 25141 PAPPAS RD | | RAMONA | CA | 92065-4921 | K31948 | 66.90 | * |
| IRVING LEONARD MARKOVITZ | 2815 215TH ST | | BAYSIDE | NY | 11360-2629 | K60940 | 66.90 | * |
| IRVING N ROTHMAN PHD | 8811 S RICE AVE | | HOUSTON | TX | 77096-2621 | K40461 | 66.90 | * |
| IRWIN EISENBERG | 1032 RAFFLES LN | | BRYN MAWR | PA | 19010-1935 | K58225 | 66.90 | * |
| IRWIN RICHMAN | 7201 CHALKSTONE DR APT T2 | | BALTIMORE | MD | 21208-5538 | K43913 | 66.90 | * |
| IRWIN SCHULTZ | 17428 MARILLA ST | | NORTHRIDGE | CA | 91325-1826 | K49808 | 66.90 | * |
| IRWIN TESSMAN | PO BOX 1130 | | LAFAYETTE | IN | 47902-1130 | K57985 | 66.90 | * |
| IRWIN WEISBROT | 6 STARLIGHT DR | | NORWALK | CT | 06851-3426 | K56097 | 66.90 | * |
| ISA BRENEISEN | 70 DEERFIELD DR | | PEQUEA | PA | 17565-9629 | K26259 | 66.90 | * |
| ISAAC NEWTON BAYLESS JR | PO BOX 123 | | CARMEL VALLEY | CA | 93924-0123 | K53365 | 66.90 | * |
| ISABEL DAVIS | 3030 MACOMB ST NW | | WASHINGTON | DC | 20008-3317 | K57685 | 66.90 | * |
| ISABEL FREGOSO | 4840 W HUTCHINSON ST APT 106 | | CHICAGO | IL | 60641-1620 | K57725 | 66.90 | * |
| ISABEL MACHADO | 30 STAFFORD RD | | COLONIA | NJ | 07067-3209 | K20883 | 66.90 | * |
| ISABEL MC CARTHY | 365 N MAIN ST UNIT E3 | | WEST LEBANON | NH | 03784-1021 | K41709 | 66.90 | * |
| ISABEL MEYER-HAAS | 5411 PIPING ROCK DR | | BOYNTON BEACH | FL | 33437-1607 | K46537 | 66.90 | * |
| ISABEL MONTGOMERY | 134 BARRIE RD | | ARDMORE | PA | 19003-3120 | K38231 | 66.90 | * |
| ISABEL WILLIAMS | 481 YALE AVE | | LIMA | OH | 45804-3563 | K57275 | 66.90 | * |
| ISABEL ZACKSON | 110 JOSEPH ST | | NEW HYDE PARK | NY | 11040-1705 | K49252 | 66.90 | * |
| ISABELLA SMITH | 198 TURTLE HILL RD | | LEOLA | PA | 17540-9792 | K58281 | 66.90 | * |
| ISABELLE C DRENNING | 39 STOCKSDALE AVE | | REISTERSTOWN | MD | 21136-1932 | K25000 | 66.90 | * |
| ISAIAH BRITTLE | PO BOX 6834 | | PORTSMOUTH | VA | 23703-0834 | K12806 | 66.90 | * |
| ISAIAH TRICE | 1005 S BENBOW RD | | GREENSBORO | NC | 27406-2111 | K54752 | 66.90 | * |
| ISLA HILGERS | 3411 WASHINGTON ST UNIT 305 | | WISCONSIN RAP | WI | 54494-6868 | K49590 | 66.90 | * |
| ISLA MILES | 2710 SUNNYSIDE RD APT 5 | | MONTROSE | CO | 81401-5200 | K17516 | 66.90 | * |
| ISOBEL BINGAMAN | 3740 SCHEFFLERA DR | | NORTH FORT MY | FL | 33917-2039 | K26559 | 66.90 | * |
| ISRAEL BLACK JR | PO BOX 4396 | | SANFORD | FL | 32772-4396 | K59576 | 66.90 | * |
| IVA KARAMAN | 3600 RED LION RD APT 70B | | PHILADELPHIA | PA | 19114-1427 | K50577 | 66.90 | * |
| IVA LEA BARTON | 7604 W RIM DR | | AUSTIN | TX | 78731-1229 | K42279 | 66.90 | * |
| IVA LEE GARRISON | 2028 W WILDHORSE DR | | CHANDLER | AZ | 85286-6139 | K45866 | 66.90 | * |
| IVADEL SCHMAUS | 3120 LIVE OAK BLVD UNIT 42 | | YUBA CITY | CA | 95991-8868 | K40434 | 66.90 | * |
| IVALOU MAE HULING | 620 210TH ST | | BRITT | IA | 50423-8519 | K55267 | 66.90 | * |
| IVAN [TEX] KOEHN | 5322 BURKE ST | | EUGENE | OR | 97402-6460 | K33526 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| IVAN KEESEY | 4011 MEADOWS LN STE 102 | | LAS VEGAS | NV | 89107-3118 | K17108 | 66.90 * | |
| IVAN MACHAMER | 95 N BROAD ST | | HUGHESVILLE | PA | 17737-1201 | K15875 | 66.90 * | |
| IVANA MONAHON | 797 BOARDMAN RD | | AIKEN | SC | 29803-5405 | K43587 | 66.90 * | |
| IVORY HILL | 3840 NW 8TH PL | | FORT LAUDERDA | FL | 33311-6326 | K19278 | 66.90 * | |
| IVY MARTIN | 536 STEVENS RD | | EPHRATA | PA | 17522-9603 | K58004 | 66.90 * | |
| IVY SUMLER | 6903 MOUNTAIN LAKE PL | | CAPITOL HEIGH | MD | 20743-4611 | K15561 | 66.90 * | |
| IZELLAH BRISTOW | 27250 MURRIETA RD SPC 81 | | SUN CITY | CA | 92586-3713 | K16489 | 66.90 * | |
| J ALLEN PASCHAL | 1613 S BEECH AVE | | BROKEN ARROW | OK | 74012-6208 | K32062 | 66.90 * | |
| J ARTHUR GALLEGOS | 5453 DROVER DR | | SAN DIEGO | CA | 92115-1129 | K55073 | 66.90 * | |
| J B LOVE | 32 LEPPO LN | | MANSFIELD | OH | 44907-2014 | K53764 | 66.90 * | |
| J BLAIR NICHOLAS PH.D | 4603 WEYHILL DR | | ARLINGTON | TX | 76013-5448 | K13707 | 66.90 * | |
| J BRYCE SANBURG | 593 STARLIGHT DR | | GRAND JUNCTIO | CO | 81504-5537 | K17988 | 66.90 * | |
| J BYRON HUDGENS | PO BOX 1176 | | NORMANGEE | TX | 77871-1176 | K34603 | 66.90 * | |
| J C CAROTHERS | 4301 RIVER OAKS RD | | CLOVER | SC | 29710-7025 | K55904 | 66.90 * | |
| J CHARLES ZINN JR | 203 DIPLOMA DR | | DURHAM | NC | 27713-5908 | K57459 | 66.90 * | |
| J CLAIRE PIERACCIOLI | 17455 MOUNT HENRY ST | | FOUNTAIN VALL | CA | 92708-3558 | K61604 | 66.90 * | |
| J D POLLEY | 3944 N 41ST ST | | MILWAUKEE | WI | 53216-2521 | K15174 | 66.90 * | |
| J DAVID QUISENBERRY | 4401 WINDY OAKS RD | | LOUISVILLE | KY | 40241-1738 | K32805 | 66.90 * | |
| J ELMO ANDERSON | 120 CEDAR RD | | CLINTON | TN | 37716-5216 | K12549 | 66.90 * | |
| J FAY COOK | 1806 GEORGIANNA DR | | SUMTER | SC | 29150-5523 | K20824 | 66.90 * | |
| J FRANCIS DEBOLT | 4143 S GOLDEN LYNX RD | | GREEN VALLEY | AZ | 85614-5798 | K27141 | 66.90 * | |
| J HAROLD ESBENSHADE | 1001 E OREGON RD | | LITITZ | PA | 17543-9205 | K28119 | 66.90 * | |
| J HENRY [HANK] PHILLIPS JR | 110 SHADESTONE DR | | POTTSTOWN | PA | 19465-8572 | K53414 | 66.90 * | |
| J J BOLES | 4661 TUMBLEWEED WAY | | PASO ROBLES | CA | 93446-4212 | K29977 | 66.90 * | |
| J JOSEPH FREDERICK | 3 VERNON PL | | BARRINGTON | RI | 02806-1232 | K15452 | 66.90 * | |
| J KELLY WILLIAMSON | 2705 KANASITA DR | | HIXSON | TN | 37343-4091 | K37035 | 66.90 * | |
| J KENNETH SHORT | 6077 113TH ST APT 614 | | SEMINOLE | FL | 33772-6847 | K52951 | 66.90 * | |
| J KEVIN MCKENNA | 3921 FOREST GLEN BLVD APT 10 | | NAPLES | FL | 34114-3597 | V98336 | 66.90 * | |
| J L OLDS | 1810 SOLANA RD | | CARLSBAD | NM | 88220-3950 | K41515 | 66.90 * | |
| J MICHAEL PHELPS JR | 4424 N 250 W | | WEST LAFAYETT | IN | 47906-5519 | K26532 | 66.90 * | |
| J MICHAEL SURLES | 805 CAROLINA BLVD | | ISLE OF PALMS | SC | 29451-2203 | K33897 | 66.90 * | |
| J PATRICK [PAT] ROBERTSON | 560 W BARNICH RD | | PORT WASHINGT | WI | 53074-1504 | K34662 | 66.90 * | |
| J PATTERSON [PAT] TIMMERMAN III | 2706 WELLINGTON DR | | AUGUSTA | GA | 30909-3763 | K21071 | 66.90 * | |
| J PAUL CROWN | PO BOX 250 | | SUWANNEE | FL | 32692-0250 | K48741 | 66.90 * | |
| J PAUL HIEBLE | 685 KNOX RD | | WAYNE | PA | 19087-2015 | K26587 | 66.90 * | |
| J PAUL HOMAN | 320 S 6TH ST | | NORTH WALES | PA | 19454-3008 | K15503 | 66.90 * | |
| J ROBERT ARNOULT | 126 W IMPERIAL DR | | HARAHAN | LA | 70123-4713 | K51642 | 66.90 * | |
| J ROBERT CUTTER | 3130 E MOORES PIKE | | BLOOMINGTON | IN | 47401-7108 | K32184 | 66.90 * | |
| J RONALD BURNET | 510 10TH AVE | | SILVIS | IL | 61282-2343 | K55544 | 66.90 * | |
| J SCOTT MENTZER | 285 WOODCHUCK DR | | EPHRATA | PA | 17522-9623 | K57259 | 66.90 * | |
| J STEVE SHAW | 143 BRIDGEPORT WAY | | DELAWARE | OH | 43015-1091 | K52365 | 66.90 * | |
| J T SIMPSON | 633 DUTCHMANS DR | | HERMITAGE | TN | 37076-2310 | K10522 | 66.90 * | |
| J TERRELL [TERRY] SHEPARD | 1943 DEAN AVE | | HOLT | MI | 48842-1513 | K36680 | 66.90 * | |
| J THOMAS BACHMAN | 1339 COURT ST | | PORT HURON | MI | 48060-5125 | K50738 | 66.90 * | |
| J THOMAS COLLINS | 2447 ZELL CT | | HUMMELSTOWN | PA | 17036-6816 | K27895 | 66.90 * | |
| J THOMAS DUNLEVY | 137 DEER FORD DR | | LANCASTER | PA | 17601-5681 | K26965 | 66.90 * | |
| J WALTER HALE III | 8450 N SHERMAN CIR APT 507 | | MIRAMAR | FL | 33025-2178 | K42159 | 66.90 * | |
| J YVONNE HILL | PO BOX 416 | | KILBOURNE | LA | 71253-0416 | K28723 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JACK [BUBBA] HARPOLE JR | 8803 MS HIGHWAY 404 | | EUPORA | MS | 39744-5537 | K30943 | 66.90 | * |
| JACK [HOLLER] EGGERS | 1465 SE CHERRY LN | | GRANTS PASS | OR | 97526-4006 | K30763 | 66.90 | * |
| JACK A BURRIS | 418 S PUEBLO ST | | GILBERT | AZ | 85233-6936 | K21658 | 66.90 | * |
| JACK A KRESSE | N5983 COLONIAL DR | | SULLIVAN | WI | 53178-9751 | K42218 | 66.90 | * |
| JACK A NISSEN | 7300 W DEAN RD APT 308 | | MILWAUKEE | WI | 53223-2616 | K39797 | 66.90 | * |
| JACK A OWOC | 5124 S UNIVERSITY DR | | DAVIE | FL | 33328-4504 | K61255 | 66.90 | * |
| JACK A PARMER | PO BOX 112 | | TREXLERTOWN | PA | 18087-0112 | K30017 | 66.90 | * |
| JACK A RUSSELL | 8 TAYLOR RD | | MILTON | PA | 17847-7820 | K15330 | 66.90 | * |
| JACK A WOODWARD | 212 CAYUTA AVE | | LAKELAND | FL | 33813-2752 | K61196 | 66.90 | * |
| JACK ALEXANDER | 2525 CHANCERY LN | | RICHMOND | IN | 47374-5800 | K23754 | 66.90 | * |
| JACK ALLISON | 100 WILLIAMSBURG RD | | WALNUT RIDGE | AR | 72476-8497 | K34307 | 66.90 | * |
| JACK AMOROSE | 1660 OLD HIGHWAY 81 | | ARGYLE | WI | 53504-9720 | K50689 | 66.90 | * |
| JACK ANDREWS | 4711 SUNSET DR | | PANAMA CITY | FL | 32404-7346 | K56814 | 66.90 | * |
| JACK ARNETT KIRKLAND | 711 STONEBLUFF CT | | CHESTERFIELD | MO | 63005-4868 | K60509 | 66.90 | * |
| JACK B COZAD | 10301 COPPER TREE PL | | FORT WAYNE | IN | 46804-4284 | K40123 | 66.90 | * |
| JACK B STREEPY | 550 JAYCOX RD | | AVON LAKE | OH | 44012-2219 | K57058 | 66.90 | * |
| JACK BAUSWELL | 3020 12TH ST | | PERU | IL | 61354-1719 | K14691 | 66.90 | * |
| JACK BERGSTEDT | 2213 4TH AVE E | | INTERNATIONAL | MN | 56649-4138 | K18195 | 66.90 | * |
| JACK BLACK | PO BOX 102 | | BLACK CANYON | AZ | 85324-0102 | K18622 | 66.90 | * |
| JACK BOLLMAN | 2683 SUNCOAST LAKES BLVD | | PORT CHARLOTT | FL | 33980-5245 | K49121 | 66.90 | * |
| JACK BOLYARD | 9 LAKE PLACID PL | | PALM COAST | FL | 32137-9506 | K44843 | 66.90 | * |
| JACK BOWERS | 614 POINTVIEW AVE | | EPHRATA | PA | 17522-2320 | K57614 | 66.90 | * |
| JACK BRITTON | 418 3RD AVE NE | | CLARION | IA | 50525-1115 | K59183 | 66.90 | * |
| JACK BROCKMAN | 214 RIVER PARK DR | | MIDDLEBURY | IN | 46540-8781 | K22136 | 66.90 | * |
| JACK C ELLSWORTH | 15 PHILLIPS POND RD | | NATICK | MA | 01760-5643 | K35101 | 66.90 | * |
| JACK CHAMBERS | 2028 MARYE BRANT LOOP N | | NEPTUNE BEACH | FL | 32266-1507 | K45798 | 66.90 | * |
| JACK CHARLES | 111 W SCHOOL ST | | CENTERVILLE | IN | 47330-1431 | K24671 | 66.90 | * |
| JACK COFFEY | PO BOX 596 | | GALVESTON | IN | 46932-0596 | K49434 | 66.90 | * |
| JACK CUFF | 1573 SCHAEFFER RD | | SEBASTOPOL | CA | 95472-5544 | K51945 | 66.90 | * |
| JACK D BLYTHE | 1709 DANISH DR | | GRAND PRAIRIE | TX | 75050-7073 | K33650 | 66.90 | * |
| JACK D HECK | 20572 TAHITIAN BLVD | | ESTERO | FL | 33928-2711 | K61791 | 66.90 | * |
| JACK D PERRY | 2223 MARTINTOWN RD | | CLARKS HILL | SC | 29821-2109 | K30828 | 66.90 | * |
| JACK DARRELL PIERCEFIELD | 290 BENTZ AVE | | LAKEVIEW | OH | 43331-9477 | K45815 | 66.90 | * |
| JACK DAVIS | 1501 RICHMOND RD NE | | CEDAR RAPIDS | IA | 52402-5519 | K23162 | 66.90 | * |
| JACK DOSS | 111 AIRPORT AVE W APT 107 | | VENICE | FL | 34285-3923 | K17181 | 66.90 | * |
| JACK E DAVIS JR | 335 NEW TURNER DR | | SWAINSBORO | GA | 30401-3740 | K48829 | 66.90 | * |
| JACK E TRICK | 9757 CORNELL TRACE RD | | LOUISVILLE | KY | 40241-3032 | K29000 | 66.90 | * |
| JACK E WOODS | 10868 COUNTY LINE RD | | DES MOINES | IA | 50320-6404 | K21295 | 66.90 | * |
| JACK EDWARDS | 2080 RANDOLPH RD | | MOGADORE | OH | 44260-9326 | K61852 | 66.90 | * |
| JACK ENGLE | 5340 JEFF YATES ST SW | | CONCORD | NC | 28027-3906 | K47318 | 66.90 | * |
| JACK EVANS | 221 SANDPIPER PT | | VERO BEACH | FL | 32963-3437 | K39833 | 66.90 | * |
| JACK FRUHLING | 6939 YELLOWSTONE BLVD | | FOREST HILLS | NY | 11375-3795 | K51356 | 66.90 | * |
| JACK G JONES | 11 N OAK CT | | KEOKUK | IA | 52632-2145 | K14915 | 66.90 | * |
| JACK G SMITH | 370 9TH PL | | VERO BEACH | FL | 32960-6812 | K34966 | 66.90 | * |
| JACK G TORNGA | 51066 NORTHVIEW | | PLYMOUTH | MI | 48170-5168 | K37145 | 66.90 | * |
| JACK H BOSEN | 16951 PIERCE ST | | OMAHA | NE | 68130-1024 | K55066 | 66.90 | * |
| JACK H MEYER | 2863 E INDIAN CREEK DR | | MERIDIAN | ID | 83642-9113 | K32315 | 66.90 | * |
| JACK H WATSON | 14 KRISTIN LN | | NOVATO | CA | 94945-2114 | K52985 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JACK HARLAN | 7321 NC HIGHWAY 186 | | MARGARETTSVIL | NC | 27853-9600 | K46719 | 66.90 | * |
| JACK HEIN | 790 SPRINGHILL CT | | ELGIN | IL | 60120-4066 | K38314 | 66.90 | * |
| JACK HERMES | 5645 SYCAMORE LN | | CLYDE | MI | 48049-4322 | K39476 | 66.90 | * |
| JACK HUBBARD JR | 906 WARD AVE | | CARUTHERSVILL | MO | 63830-1904 | K34631 | 66.90 | * |
| JACK HUBERT VAUGHAN JR | 410 HOLLY BERRY LN | | LUGOFF | SC | 29078-8874 | K48516 | 66.90 | * |
| JACK J CASSIDY | 142 FOREST PARK RD | | OTTAWA | IL | 61350-1145 | K54810 | 66.90 | * |
| JACK J LEWIS | 673 LA MANCHA DR | | DAVENPORT | FL | 33837-6678 | K54518 | 66.90 | * |
| JACK JOHNSON | 7380 E SNYDER RD | | TUCSON | AZ | 85750-6208 | K30623 | 66.90 | * |
| JACK JONES JR | 1113 W KESLEY LN | | SAINT JOHNS | FL | 32259-3256 | K25474 | 66.90 | * |
| JACK K HATFIELD | 401 BURWASH AVE APT 241 | | SAVOY | IL | 61874-9575 | K14728 | 66.90 | * |
| JACK KELLEY | 2110 COUNTY ROAD M | | LAMESA | TX | 79331-5901 | K42021 | 66.90 | * |
| JACK KEMMERLY | 1285 CHARLOTTE AVE | | YUBA CITY | CA | 95991-2803 | K48280 | 66.90 | * |
| JACK KIRSCHNER | 134 LINCOLN HWY TRLR 15 | | FAIRLESS HILL | PA | 19030-1015 | K61632 | 66.90 | * |
| JACK L LEAKER | 1220 CAMBRIDGE PL | | CIRCLEVILLE | OH | 43113-9232 | K45206 | 66.90 | * |
| JACK L MULLEN | 3505 W ATLANTA CT | | BROKEN ARROW | OK | 74012-9407 | K49945 | 66.90 | * |
| JACK L RADLO | 3 FISKE RD | | LEXINGTON | MA | 02420-2704 | K13137 | 66.90 | * |
| JACK LANGHAM | 32247 BALMORAL ST | | GARDEN CITY | MI | 48135-1706 | K41049 | 66.90 | * |
| JACK LEASURE JR | 7809 OCEAN SPRINGS RD | | OCEAN SPRINGS | MS | 39564-8201 | K44857 | 66.90 | * |
| JACK LEIGH GRIFFIN | 67171 E BOROUGH DR | | MONTROSE | CO | 81401-9727 | K21297 | 66.90 | * |
| JACK LINDSTROM | 530 HARLAN BLVD UNIT 617 | | WILMINGTON | DE | 19801-5174 | K56923 | 66.90 | * |
| JACK LUNGMUS | 7247 TURNSTONE RD | | SARASOTA | FL | 34242-2650 | K37806 | 66.90 | * |
| JACK M BUSHER | 760 MAROONGLEN CT | | COLORADO SPRI | CO | 80906-6810 | K44089 | 66.90 | * |
| JACK M MASTERS | 14732 PATRICK HENRY RD | | NORTH FORT MY | FL | 33917-9042 | K58799 | 66.90 | * |
| JACK M PARRISH | 955 RESTING PLACE PT | | CHAPIN | SC | 29036-8173 | K32619 | 66.90 | * |
| JACK M STUMPF | 2651 N 45TH RD | | SANDWICH | IL | 60548-9549 | K51596 | 66.90 | * |
| JACK M TREADWAY | 128 EBLING RD | | KUTZTOWN | PA | 19530-9104 | K39903 | 66.90 | * |
| JACK MCGINLEY | 2722 MILLBROOK RD | | FAYETTEVILLE | NC | 28303-5206 | K42672 | 66.90 | * |
| JACK MCMILLEN | 5919 NW 96TH TER | | KANSAS CITY | MO | 64154-1750 | K47503 | 66.90 | * |
| JACK MITCHELL HELIGMAN | 2118 KEHRSPOINT DR | | CHESTERFIELD | MO | 63005-4464 | K41083 | 66.90 | * |
| JACK MURPHY | 18 ANDMAR LN | | SOUTH WINDSOR | CT | 06074-2926 | K25863 | 66.90 | * |
| JACK NELSON | 108 TOM AVE | | EPHRATA | PA | 17522-2473 | K58911 | 66.90 | * |
| JACK NESBIT | 8986 GREY OAKS AVE | | SARASOTA | FL | 34238-3327 | K45440 | 66.90 | * |
| JACK O'CONNELL | 1705 RUST ST | | EAU CLAIRE | WI | 54701-4827 | K48959 | 66.90 | * |
| JACK OLENDER | 888 17TH ST NW FL 4 | | WASHINGTON | DC | 20006-3311 | K62476 | 66.90 | * |
| JACK PARMENTER | 1449 GALWAY DR | | MARION | IA | 52302-6768 | K22685 | 66.90 | * |
| JACK PETERSEN | 5230 N SQUAW DR | | PRESCOTT VALL | AZ | 86314-4342 | K25355 | 66.90 | * |
| JACK R HAWK | 25487 COUNTY ROAD 30 | | ARLINGTON | NE | 68002-5015 | K54850 | 66.90 | * |
| JACK R ILLG | 402 COLONIAL CT | | MANDEVILLE | LA | 70471-8910 | K50977 | 66.90 | * |
| JACK R LAUDENBACH | 87 3RD AVE N | | SARTELL | MN | 56377-1835 | K24179 | 66.90 | * |
| JACK R VOGEL | 52 SUNSET CIR | | LITITZ | PA | 17543-8379 | K26296 | 66.90 | * |
| JACK RONALD DENMAN | PO BOX 6123 | | NEW ORLEANS | LA | 70174-6123 | K50370 | 66.90 | * |
| JACK ROSER | PO BOX 5361 | | CAREFREE | AZ | 85377-5361 | K34756 | 66.90 | * |
| JACK ROSS | 11915 BUCKBOARD RD | | PARKER | CO | 80138-8406 | K62524 | 66.90 | * |
| JACK ROSSI | 1930 WOODMONT DR W | | CANTON | MI | 48188-3219 | K60909 | 66.90 | * |
| JACK S HARRISON | 1404 BEACH WALKER RD | | AMELIA ISLAND | FL | 32034-6609 | K44388 | 66.90 | * |
| JACK SIMON | 1843 WOOD AVE | | KANSAS CITY | KS | 66104-5732 | K51790 | 66.90 | * |
| JACK SMITH | 7335 N AMITY AVE | | PARKVILLE | MO | 64152-1971 | K34519 | 66.90 | * |
| JACK STEELE | 2210 NOTTINGHAM WAY | | ALBANY | GA | 31707-2342 | K44380 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JACK SWEENEY | PO BOX 16986 | | DULUTH | MN | 55816-0986 | K47388 | 66.90 | * |
| JACK TERHORST | 42 E 1675 NORTH RD | | DANVERS | IL | 61732-7527 | K47224 | 66.90 | * |
| JACK THOMAS YOUNG | 4781 DEVONWOOD CT | | LAKELAND | FL | 33801-0372 | K35011 | 66.90 | * |
| JACK TILLMAN | 6113 FRESH GARDEN DR | | KNOXVILLE | TN | 37918-8213 | K13502 | 66.90 | * |
| JACK TROVALL | 11335 PARKVIEW RD | | BECKER | MN | 55308-9340 | K20929 | 66.90 | * |
| JACK W HESTER | 311 ASBURY DR | | MECHANICSBURG | PA | 17055-4306 | K36323 | 66.90 | * |
| JACK W KIBBLE | 44410 GABLE AVE | | CADIZ | OH | 43907-9462 | K51024 | 66.90 | * |
| JACK WEBER | 2045 MIMOSA CT | | NAPLES | FL | 34110-6315 | K40633 | 66.90 | * |
| JACK WELDON | W8121 COUNTY ROAD MMM LOT 43 | | SHAWANO | WI | 54166-6097 | K56520 | 66.90 | * |
| JACK WELSH | 64 BRYN MAWR DR | | SAN RAFAEL | CA | 94901-1831 | K53403 | 66.90 | * |
| JACK WILTON CARR | 5055 BAYSHORE RD | | OREGON | OH | 43616-4479 | K57605 | 66.90 | * |
| JACK WRIGHT | 2321 OAK PARK DR | | RICHMOND | IN | 47374-1674 | K25391 | 66.90 | * |
| JACKIE (JACK) COLE | 2151 MAGNOLIA DR | | PIGGOTT | AR | 72454-3133 | K35305 | 66.90 | * |
| JACKIE BYNUM | 820 N F ST | | RICHMOND | IN | 47374-2324 | K25703 | 66.90 | * |
| JACKIE EITEL | 941 EVENSVIEW DR | | GREENCASTLE | IN | 46135-7499 | K44933 | 66.90 | * |
| JACKIE FURLONG | 481 W BROOKLINE CT | | PALATINE | IL | 60067-2393 | K38602 | 66.90 | * |
| JACKIE GLOWACK | 1404 14TH ST | | INTERNATIONAL | MN | 56649-2858 | K18415 | 66.90 | * |
| JACKIE HAGY | 182 BUCHANAN DR | | EPHRATA | PA | 17522-9620 | K57551 | 66.90 | * |
| JACKIE HAMPTON | 2316 NW 57TH ST | | OKLAHOMA CITY | OK | 73112-7302 | K26571 | 66.90 | * |
| JACKIE HARREN | 20010 BEAVER LAKE RD | | SAINT AUGUSTA | MN | 55353-4501 | K28233 | 66.90 | * |
| JACKIE JOHNSON | 4707 MUIRFIELD DR | | LAWRENCE | KS | 66047-1821 | K30668 | 66.90 | * |
| JACKIE JOHNSON | 401 DENNEY CEMETERY RD | | BIDWELL | OH | 45614-9224 | K50354 | 66.90 | * |
| JACKIE K LANG | 3250 15TH AVE S APT 20 | | FARGO | ND | 58103-4554 | K32831 | 66.90 | * |
| JACKIE L JAMISON | 1297 E 1600 NORTH RD | | MONTICELLO | IL | 61856-8434 | K39031 | 66.90 | * |
| JACKIE MAULDIN JR | PO BOX 6494 | | GREENVILLE | SC | 29606-6494 | K48413 | 66.90 | * |
| JACKIE MCELHANEY | 4906 STANFORD AVE | | DALLAS | TX | 75209-3122 | K62990 | 66.90 | * |
| JACKIE MCMULLEN | 16850 JASMINE ST APT M7 | | VICTORVILLE | CA | 92395-5759 | K30235 | 66.90 | * |
| JACKIE MESSICK | 714 MELROSE DR | | IDAHO FALLS | ID | 83401-3250 | K35286 | 66.90 | * |
| JACKIE MIELKE | 32788 170TH ST | | KIDDER | MO | 64649-7135 | K54106 | 66.90 | * |
| JACKIE PIPKIN | 3026 54TH ST APT 112 | | LUBBOCK | TX | 79413-4232 | K48376 | 66.90 | * |
| JACKIE R SHELDON | 509 DOUBLE J VLG | | BEAVER | OK | 73932-3134 | K34059 | 66.90 | * |
| JACKIE SOLOMAN | 816 GROVE ST | | ADEL | IA | 50003-1116 | K22822 | 66.90 | * |
| JACKIE SOMMER | 2401 TREDINGTON WAY | | EDMOND | OK | 73034-6466 | K62727 | 66.90 | * |
| JACKIE WEISENBERG | 160 THISTLE POND DR | | BLOOMFIELD | CT | 06002-1691 | K11780 | 66.90 | * |
| JACKIE WEUM | 8729 METSA RD | | COOK | MN | 55723-8818 | K18411 | 66.90 | * |
| JACKIE WOODWORTH | 45 WILDWOOD LN | | KERRVILLE | TX | 78028-9003 | K29620 | 66.90 | * |
| JACKLYN ROBERTS RN | 509 PHILLIPS DR | | DUMAS | TX | 79029-4636 | K30895 | 66.90 | * |
| JACKSON D MAY | 5949 PENNSWOOD AVE | | LAKEWOOD | CA | 90712-1230 | K30929 | 66.90 | * |
| JACOB MJ [JAKE] MEREDITH | 1231B ROUTE 532 | | CHATSWORTH | NJ | 08019-9711 | K42717 | 66.90 | * |
| JACOBA [COBY] MAST | 2850 9 MILE RD NW | | GRAND RAPIDS | MI | 49544-9102 | K18896 | 66.90 | * |
| JACQUE HARDIN | 3015 CASCADE DR | | EVANSVILLE | IN | 47725-8036 | K34091 | 66.90 | * |
| JACQUE HAZEL | PO BOX 724 | | SEAL BEACH | CA | 90740-6417 | K51736 | 66.90 | * |
| JACQUE KYLE | 9263 E STATE HIGHWAY 56 | | WINDOM | TX | 75492-4009 | K62728 | 66.90 | * |
| JACQUELIN ENDERSBE | 120 2ND AVE N | | WAITE PARK | MN | 56387-1115 | K20138 | 66.90 | * |
| JACQUELINE [JACKIE] BANKUS | 22411 135TH AVENUE CT E | | GRAHAM | WA | 98338-7629 | K35367 | 66.90 | * |
| JACQUELINE [JACKIE] BULAFKA | 624 SAXONY DR | | FAIRLESS HILL | PA | 19030-3505 | K27360 | 66.90 | * |
| JACQUELINE [JACKIE] DARE | 272 LAFAYETTE DR | | CULPEPER | VA | 22701-3967 | K55730 | 66.90 | * |
| JACQUELINE [JACKIE] LOWER | 1111 OLD ROUTE 15 | | NEW COLUMBIA | PA | 17856-8953 | K15546 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JACQUELINE [JACKIE] SWEET | 7337 S 12TH ST | | PORTAGE | MI | 49024-3874 | K17158 | 66.90 | * |
| JACQUELINE [JACQUE] BOURRIE | 7521 E ALMERIA RD | | SCOTTSDALE | AZ | 85257-1551 | K50166 | 66.90 | * |
| JACQUELINE [JACQUIE] LARSEN | 1021 9TH ST | | INTERNATIONAL | MN | 56649-2535 | K17946 | 66.90 | * |
| JACQUELINE A BENOIT | 10747 MAGNOLIA BLVD APT 439 | | NORTH HOLLYWO | CA | 91601-6905 | K56586 | 66.90 | * |
| JACQUELINE ANDERSON | 514 W MILLNS CT | | ADDISON | IL | 60101-1258 | K59918 | 66.90 | * |
| JACQUELINE ANNIBALE | 3328 205TH ST | | BAYSIDE | NY | 11361-1252 | K61994 | 66.90 | * |
| JACQUELINE B RYWALT | PO BOX 414 | | HUGHSONVILLE | NY | 12537-0414 | K27146 | 66.90 | * |
| JACQUELINE BECKER | 902 WHISPERWOOD DR | | FENTON | MI | 48430-2279 | K57331 | 66.90 | * |
| JACQUELINE BRIDGEWATER | 132 JEMIMA DR | | RICHMOND | KY | 40475-9449 | K49445 | 66.90 | * |
| JACQUELINE CAPRA | 3111 WELBORN ST APT 1203 | | DALLAS | TX | 75219-5015 | K54051 | 66.90 | * |
| JACQUELINE CLOSE | 26 HOBSON ST | | PORTSMOUTH | VA | 23704-6111 | K20076 | 66.90 | * |
| JACQUELINE E GRANAT | 1401 DEMPSTER ST | | EVANSTON | IL | 60201-4043 | K52536 | 66.90 | * |
| JACQUELINE E KNIGHT | 6080 ROGERS LN | | SAN BERNARDIN | CA | 92404-3430 | K29862 | 66.90 | * |
| JACQUELINE FRENCH | 31 N BROADWAY ST APT 212 | | JOLIET | IL | 60435-7492 | K52060 | 66.90 | * |
| JACQUELINE FUQUEA | 1896 NEW RIVER INLET RD UNIT | | NORTH TOPSAIL | NC | 28460-9366 | K29402 | 66.90 | * |
| JACQUELINE GAETA | 338 W SHORE DR | | WYCKOFF | NJ | 07481-2434 | K36800 | 66.90 | * |
| JACQUELINE HEER | 2816 S SHORE DR SE | | ALBANY | OR | 97322-5236 | K34950 | 66.90 | * |
| JACQUELINE ISENBERG | 23 GREAT HILL DR | | TOPSFIELD | MA | 01983-1437 | K17406 | 66.90 | * |
| JACQUELINE JENKINS | 1163 LAKE FRANCIS DR | | APOPKA | FL | 32712-2113 | K23786 | 66.90 | * |
| JACQUELINE JORET MILLER | 604 LINCOLN AVE | | WINNETKA | IL | 60093-2331 | K39812 | 66.90 | * |
| JACQUELINE KIDD | 4303 S 92ND ST | | GREENFIELD | WI | 53228-2725 | K49164 | 66.90 | * |
| JACQUELINE KIEHL | 9270 W STATE ROUTE 185 | | COVINGTON | OH | 45318-9614 | K31166 | 66.90 | * |
| JACQUELINE LAITINEN | 30547 BLAIRMOOR DR | | MADISON HEIGH | MI | 48071-2119 | K61039 | 66.90 | * |
| JACQUELINE LAQUAGLIA | 4477 YORKSHIRE AVE | | SPRING HILL | FL | 34609-1753 | K51713 | 66.90 | * |
| JACQUELINE LEWIS | 11335 82ND ST E | | PARRISH | FL | 34219-2708 | K40941 | 66.90 | * |
| JACQUELINE LOOPER | 217 HUNTINGTON CT | | SHOREWOOD | IL | 60404-9423 | K52774 | 66.90 | * |
| JACQUELINE M CORCORAN | 43 WOLCOTT RD | | CHESTNUT HILL | MA | 02467-3108 | K15600 | 66.90 | * |
| JACQUELINE M JACKSON | 2207 96TH AVE APT F | | OAKLAND | CA | 94603-1935 | K20758 | 66.90 | * |
| JACQUELINE MCFALL | 2200 STANTON AVE APT 7 | | DES MOINES | IA | 50321-2379 | K26831 | 66.90 | * |
| JACQUELINE MORRIS | 45 MAXON ST | | BROCKPORT | NY | 14420-2219 | K45517 | 66.90 | * |
| JACQUELINE OWENS | 310 SENECA ST | | LEAVENWORTH | KS | 66048-2057 | K33855 | 66.90 | * |
| JACQUELINE PARK | 9684 COOPER LN | | BLUE ASH | OH | 45242-7004 | K49495 | 66.90 | * |
| JACQUELINE PIEKARSKI | 1315 13TH AVE | | INTERNATIONAL | MN | 56649-2835 | K36897 | 66.90 | * |
| JACQUELINE RUSE | 6312 LICHFIELD LN | | SARASOTA | FL | 34241-5477 | K21372 | 66.90 | * |
| JACQUELINE S CORBETT | 1451 HOME BRANCH RD | | MANNING | SC | 29102-7289 | K26022 | 66.90 | * |
| JACQUELINE SCURLOCK | PO BOX 37 | | IROQUOIS | IL | 60945-0037 | K52255 | 66.90 | * |
| JACQUELINE SENGER | 103 21ST ST NE | | DEVILS LAKE | ND | 58301-1627 | K35439 | 66.90 | * |
| JACQUELINE SHAW | 80 E 208TH ST | | EUCLID | OH | 44123-1014 | K45801 | 66.90 | * |
| JACQUELINE SHEA | 1641 NW 70TH PL | | ANKENY | IA | 50023-9042 | K21843 | 66.90 | * |
| JACQUELINE STEFANIK | 2235 W LEEWYNN DR | | SARASOTA | FL | 34240-9693 | K49620 | 66.90 | * |
| JACQUELINE SUE ADORADOR | 10585 SIERRA ESTATES DR | | AUBURN | CA | 95602-9401 | K47921 | 66.90 | * |
| JACQUELINE SUMMERS | 110 TRENTON HWY | | TRENTON | TN | 38382-9457 | K33047 | 66.90 | * |
| JACQUELINE T MCKIM | 3 LAKE AVE | | WEST HAVEN | CT | 06516-4812 | K37976 | 66.90 | * |
| JACQUELINE TUCKER | 4 AMBER LN | | AUBURNDALE | FL | 33823-9660 | K45077 | 66.90 | * |
| JACQUELINE WERLE | 208 BLACKHAWK RD | | RIVERSIDE | IL | 60546-2302 | K62045 | 66.90 | * |
| JACQUELINE WERTMAN | 4770 ORCHARD DR | | CENTER VALLEY | PA | 18034-9431 | K24219 | 66.90 | * |
| JACQUELINE WOOD | 10620 HART HWY | | DIMONDALE | MI | 48821-9520 | K43581 | 66.90 | * |
| JACQUELYN [JACQUE] BARRETT | 25W469 75TH ST | | NAPERVILLE | IL | 60565-1548 | K23728 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JACQUELYN ARNITA OWENS | 11831 CLUB RIDGE DR | | CHESTER | VA | 23836-2752 | K13224 | 66.90 | * |
| JACQUELYN BARRAS | 914 W LAKESHORE DR | | CARRIERE | MS | 39426-7962 | K55278 | 66.90 | * |
| JACQUELYN CALDWELL | 503 CHASTINE DR | | SPARTANBURG | SC | 29301-5977 | K41190 | 66.90 | * |
| JACQUELYN CHRISTIANSON | 405 10TH ST | | INTERNATIONAL | MN | 56649-2735 | K18752 | 66.90 | * |
| JACQUELYN GRAY | PO BOX 65 | | YODER | CO | 80864-0065 | K17486 | 66.90 | * |
| JACQUELYN MCGHEE | 533 JAMES RIDGE LN | | STOCKBRIDGE | GA | 30281-1481 | K60095 | 66.90 | * |
| JACQUELYN SMITH | 47 TURKEY CRK | | ALACHUA | FL | 32615-9500 | K29248 | 66.90 | * |
| JACQUELYN SMITH | 350 MEETING HOUSE LN | | NARBERTH | PA | 19072-2030 | K34435 | 66.90 | * |
| JACQUELYN TAYLOR | 6115 PERMA DR | | LOUISVILLE | KY | 40218-2652 | K34522 | 66.90 | * |
| JACQUELYN WATERS | 101 CEDAR CLIFF RD | | RICHMOND | IN | 47374-7832 | K26940 | 66.90 | * |
| JACQUELYNN GOETTSCH | 4008 VEGAS CT | | SIOUX CITY | IA | 51106-4615 | K55121 | 66.90 | * |
| JACQUES E P [JACK] RUHLMAN | 6875 HURON ST | | TAYLOR | MI | 48180-1973 | K58974 | 66.90 | * |
| JAIRO H PINILLA | 9180 JEWEL LN N | | OSSEO | MN | 55311-1409 | K28085 | 66.90 | * |
| JAKE MORTLE | 2202 LINCOLN BLVD | | ELIZABETH | PA | 15037-2913 | K61118 | 66.90 | * |
| JAKI KARRIGAN | 407 HOLLIS ST N | | MURDOCK | MN | 56271-8024 | K61614 | 66.90 | * |
| JAMA NEELEY | 6088 IVYWOOD DR | | HAMILTON | OH | 45011-7135 | K44764 | 66.90 | * |
| JAMAR WISE | 426 W 6TH AVE | | ROSELLE | NJ | 07203-1820 | K22803 | 66.90 | * |
| JAMES (JIMMY) PETERSON | 208 N 23RD ST | | LAMESA | TX | 79331-2308 | K41569 | 66.90 | * |
| JAMES (REB) CABRAL | 16815 POLO FIELDS LN | | LOUISVILLE | KY | 40245-4457 | K20405 | 66.90 | * |
| JAMES [DOUG] CHOATE | 1082 SEASCAPE CIR | | RODEO | CA | 94572-1831 | K51595 | 66.90 | * |
| JAMES [JAMIE] ROBISON | 702 KIOWA DR W | | LAKE KIOWA | TX | 76240-9596 | K41689 | 66.90 | * |
| JAMES [JAY] BOWDITCH | 620 NE VINEYARD LN UNIT B304 | | BAINBRIDGE IS | WA | 98110-2899 | K53140 | 66.90 | * |
| JAMES [JIM] BATCHELOR | 277 N CEDAR ST | | COLVILLE | WA | 99114-2935 | K26336 | 66.90 | * |
| JAMES [JIM] BERGER | 7825 N ORANGEWOOD PL | | TUCSON | AZ | 85741-1359 | K57741 | 66.90 | * |
| JAMES [JIM] BERTUCCI | 218 TILTON AVE APT 302 | | SAN MATEO | CA | 94401-2809 | K58401 | 66.90 | * |
| JAMES [JIM] BLACK | 10832 S 550 E | | AMBOY | IN | 46911-9416 | K59937 | 66.90 | * |
| JAMES [JIM] BRAMAN | 120 W SHAW ST APT 17 | | OSCEOLA | IA | 50213-1082 | K25978 | 66.90 | * |
| JAMES [JIM] BUNN | 1020 SOLEDAD WAY | | THE VILLAGES | FL | 32159-9117 | K40948 | 66.90 | * |
| JAMES [JIM] BURNS | 3978 DOVER CENTER RD | | NORTH OLMSTED | OH | 44070-1704 | K61271 | 66.90 | * |
| JAMES [JIM] DOYLE JR | 4516 LAREN LN | | DALLAS | TX | 75244-6713 | K56774 | 66.90 | * |
| JAMES [JIM] FORD | PO BOX 193 | | WILSON | LA | 70789-0193 | K62922 | 66.90 | * |
| JAMES [JIM] GAUTIER | 855 CALLE DAVID | | SANTA FE | NM | 87506-6017 | K48640 | 66.90 | * |
| JAMES [JIM] GUFFEY | 3314 EDEN WAY | | CARMEL | IN | 46033-3071 | K34216 | 66.90 | * |
| JAMES [JIM] HOWELL | 1371 MARION COUNTY 8052 | | YELLVILLE | AR | 72687-9553 | K21538 | 66.90 | * |
| JAMES [JIM] JANOSKEY | 2329 20TH ST | | WYANDOTTE | MI | 48192-4127 | K58915 | 66.90 | * |
| JAMES [JIM] JEPKEMA | 428 W CROOKED LAKE DR | | KALAMAZOO | MI | 49009-8930 | K16895 | 66.90 | * |
| JAMES [JIM] JOHNSON | 1611 MAIN AVE | | INTERNATIONAL | MN | 56649-3328 | K18311 | 66.90 | * |
| JAMES [JIM] MC HUGH | 2914 SANTIAGO ST | | SAN FRANCISCO | CA | 94116-1603 | K52414 | 66.90 | * |
| JAMES [JIM] MEWHINNEY | 12411 DEGAS LN | | DALLAS | TX | 75230-1754 | K28649 | 66.90 | * |
| JAMES [JIM] MOREHOUSE | 6485 LAKE MEADOW DR | | BURKE | VA | 22015-3929 | K20856 | 66.90 | * |
| JAMES [JIM] NEALY | 2521 SAND CREEK RD | | GRANTS PASS | OR | 97527-7128 | K30764 | 66.90 | * |
| JAMES [JIM] SALIE | 45 BOB WHITE WAY | | RENO | NV | 89502-4668 | K13705 | 66.90 | * |
| JAMES [JIM] SAMMARTINO | 15 HIGHLAND AVE | | SHORT HILLS | NJ | 07078-2807 | K16091 | 66.90 | * |
| JAMES [JIM] SEIM | 798 RIVERWATCH DR | | CRESCENT SPRI | KY | 41017-5388 | K46153 | 66.90 | * |
| JAMES [JIM] STEWARD | 1711 S RIDGE RD W | | ASHTABULA | OH | 44004-9368 | K16577 | 66.90 | * |
| JAMES [JIM] VERMACE | 6550 BLACK HILLS CT | | SPARKS | NV | 89436-6375 | K56796 | 66.90 | * |
| JAMES [JIM] VOIGT | 1402 22ND ST NE UNIT 241 | | AUBURN | WA | 98002-3473 | K27440 | 66.90 | * |
| JAMES [JIM] WICK | 191 290TH ST | | WEST BRANCH | IA | 52358-8572 | K59519 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| JAMES [JIMMY] EDWARDS | 6504 WRIGLEY WAY | | FORT WORTH | TX | 76133-5141 | K35929 | 66.90 | * |
| JAMES [JIMMY] LYNCH | 81 DEERFIELD RD | | LAWTON | OK | 73507-9072 | K48005 | 66.90 | * |
| JAMES [JUDGE] MULLANE | 100 PARK RIDGE DR | | SHICKSHINNY | PA | 18655-4324 | K36221 | 66.90 | * |
| JAMES [RED] KLINE | 838 INDUSTRIAL PARK RD | | MILTON | PA | 17847-9223 | K15214 | 66.90 | * |
| JAMES [SCOTT] REED | 117 KING AVE | | SHAMOKIN DAM | PA | 17876-9238 | K16539 | 66.90 | * |
| JAMES A [JIM] ESLAIRE | 7507 SANDCASTLE DR | | ELLENTON | FL | 34222-3866 | K45930 | 66.90 | * |
| JAMES A [JIM] REESE | 61 AVON RD | | KITCHENER | ON | N2B 1T7 | K41624 | 66.90 | * |
| JAMES A [JIM] WELBURN | 1611 ANDREWS DR | | WICHITA FALLS | TX | 76301-1309 | K18726 | 66.90 | * |
| JAMES A ADAMS | 417 W ESSEX DR | | SAINT LOUIS | MI | 48880-9012 | K29254 | 66.90 | * |
| JAMES A BAYNHAM | PO BOX 1956 | | MECHANICSVILL | VA | 23116-0008 | K23031 | 66.90 | * |
| JAMES A CLARK | 5409 SHAMROPS DR | | KENNER | LA | 70065-1551 | K53541 | 66.90 | * |
| JAMES A COMBS | PO BOX 85 | | LEBANON | VA | 24266-0085 | K50498 | 66.90 | * |
| JAMES A EATON JR | 12601 W 156TH ST | | OVERLAND PARK | KS | 66221-2664 | K50565 | 66.90 | * |
| JAMES A FITZSIMMONS | 7231 STATTON DR SE | | HUNTSVILLE | AL | 35802-2618 | K19947 | 66.90 | * |
| JAMES A FONTENOT | 4606 ORLEANS BLVD | | JEFFERSON | LA | 70121-1226 | K52728 | 66.90 | * |
| JAMES A HANLON | 6194 WILMINGTON DR | | SHELBY TOWNSH | MI | 48316-3301 | K40918 | 66.90 | * |
| JAMES A LAURIO | 3 HELMAN CT | | NAPA | CA | 94558-2294 | K52781 | 66.90 | * |
| JAMES A LOWE | 2205 S CHURCH ST | | BURLINGTON | NC | 27215-5329 | K53765 | 66.90 | * |
| JAMES A MARKSTROM | 957 BORMAN CT | | ELK GROVE VIL | IL | 60007-3008 | K57014 | 66.90 | * |
| JAMES A MOORE | PO BOX 177 | | POMERENE | AZ | 85627-0177 | K58341 | 66.90 | * |
| JAMES A PATON | 3003 VALMONT RD LOT 123 | | BOULDER | CO | 80301-2147 | K41061 | 66.90 | * |
| JAMES A RANDALL | 537 ESCAROLE ST SE | | PALM BAY | FL | 32909-4802 | K45451 | 66.90 | * |
| JAMES A REYNOLDS | 421 HACKMANN LN | | SAINT LOUIS | MO | 63141-6903 | K38104 | 66.90 | * |
| JAMES A RUFFER MD | 1822 SHADY ELM ST | | LAS VEGAS | NV | 89135-1064 | K61769 | 66.90 | * |
| JAMES A SALVANT | 135 ARLINGTON DR | | METAIRIE | LA | 70001-5507 | K50320 | 66.90 | * |
| JAMES A VOGEL | 147 FRANKLIN DR | | LEWISBURG | PA | 17837-7354 | K16868 | 66.90 | * |
| JAMES A WALLACE | 4530 THORNGATE DR | | FORT WAYNE | IN | 46835-3459 | K38217 | 66.90 | * |
| JAMES A WOOD | 340 ROYAL POINCIANA WAY STE | | PALM BEACH | FL | 33480-4048 | K44836 | 66.90 | * |
| JAMES ALAN AUCLAIR | 1214 MILLER ST APT 4 | | KEWAUNEE | WI | 54216-1839 | K49094 | 66.90 | * |
| JAMES ALBERT RIVERS | 837 ANN ST | | AUGUSTA | GA | 30904-3107 | K48866 | 66.90 | * |
| JAMES ALLAN KAYLER | 60 E SCOTT ST APT 201 | | CHICAGO | IL | 60610-2345 | K28185 | 66.90 | * |
| JAMES ALLEN WALLS | 2010 DEER RUN LN | | FLEMING ISLAN | FL | 32003-7936 | K48478 | 66.90 | * |
| JAMES ALLINGER | 236 GREENBRIAR RD | | LEXINGTON | KY | 40503-2634 | K38098 | 66.90 | * |
| JAMES ALVAN BROWN JR | PO BOX 1010 | | NEWBERRY | SC | 29108-1010 | K37003 | 66.90 | * |
| JAMES ANDERSON | 304 FORD RD | | EMMETSBURG | IA | 50536-1089 | K56633 | 66.90 | * |
| JAMES ANDREW [WILLY] WILLIAMS III | 117 MANSFIELD CIR | | LEXINGTON | SC | 29073-8080 | K50807 | 66.90 | * |
| JAMES ANDREWS | 2709 SW BLUESTEM DR | | TOPEKA | KS | 66614-6035 | K34681 | 66.90 | * |
| JAMES ARIAGNO | PO BOX 1508 | | CADIZ | KY | 42211-1508 | K49418 | 66.90 | * |
| JAMES ARNOLD SUTTON | 1749 US HIGHWAY 1 S | | KITTRELL | NC | 27544-9332 | K14496 | 66.90 | * |
| JAMES ASKEW III | 751 PINE BARK RD | | STONE MOUNTAI | GA | 30087-5822 | K13067 | 66.90 | * |
| JAMES B BAKER | 14588 BOYSENBERRY DR | | FISHERS | IN | 46038-3020 | K31223 | 66.90 | * |
| JAMES B BUCKBEE | 4166 VIA MATTINA | | PALM DESERT | CA | 92260-1834 | K17437 | 66.90 | * |
| JAMES B CHAPPELL | 323 ARMOUR RD | | NORTH KANSAS | MO | 64116-3505 | K16171 | 66.90 | * |
| JAMES BECKERS | 4416 LOUISIANA AVE N | | CRYSTAL | MN | 55428-5025 | K20462 | 66.90 | * |
| JAMES BERRY | 16561 VALLEYVIEW LN | | CLIVE | IA | 50325-2214 | K23122 | 66.90 | * |
| JAMES BEST JACKSON | 128 WORTH CT N | | WEST PALM BEA | FL | 33405-2750 | K55248 | 66.90 | * |
| JAMES BLANSHINE | 106 SKYLINE DR | | NEW HOLLAND | PA | 17557-9351 | K28391 | 66.90 | * |
| JAMES BOLICH | 717 N FRONT ST | | MILTON | PA | 17847-1419 | K16535 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JAMES BRUSSEE | 2804 411TH ST E | | MYAKKA CITY | FL | 34251-2235 | K17256 | 66.90 | * |
| JAMES C BROWN | PO BOX 65 | | ORCHARD HILL | GA | 30266-0065 | K53313 | 66.90 | * |
| JAMES C CONDON | 2135 CALLAWAY CT | | VERSAILLES | OH | 45380-8598 | K31347 | 66.90 | * |
| JAMES C CROWLEY | 2601 TIMBERLINE DR | | WILLOUGHBY HI | OH | 44094-9154 | K44725 | 66.90 | * |
| JAMES C DEARDEN JR | 4614 SOUTH RD | | HARRISBURG | PA | 17109-2922 | K22700 | 66.90 | * |
| JAMES C FORD | 300 LORETTA DR | | GOODLETTSVILL | TN | 37072-3129 | K36032 | 66.90 | * |
| JAMES C FRASER | 1302 HAWTHORNE LN | | ANDERSON | SC | 29621-2922 | K31111 | 66.90 | * |
| JAMES C HILGEMANN | 8307 HESSEN CASSEL RD | | FORT WAYNE | IN | 46816-2639 | K38216 | 66.90 | * |
| JAMES C JOHNSTON | 6894 KAREN DR | | SEVEN HILLS | OH | 44131-3713 | K50157 | 66.90 | * |
| JAMES C KOFFMAN | 2207 HOMEWOOD DR | | BELLE ISLE | FL | 32809-6104 | K29715 | 66.90 | * |
| JAMES C MATAYABAS | 49 EDEN GLEN RD | | BLACK MOUNTAI | NC | 28711-7721 | K29101 | 66.90 | * |
| JAMES C MCBRIDE | 26250 ZEMAN AVE | | EUCLID | OH | 44132-1939 | K50432 | 66.90 | * |
| JAMES C MULLEN | 5101 IRA AVE | | CLEVELAND | OH | 44144-3830 | K49734 | 66.90 | * |
| JAMES C ROBERTS | 644 FAIRVIEW AVE | | SAINT LOUIS | MO | 63119-1809 | K43015 | 66.90 | * |
| JAMES C SLACK | 15610 WOODWAY DR | | TAMPA | FL | 33613-1023 | K49417 | 66.90 | * |
| JAMES C SMITH | 2900 W SUPERSTITION BLVD LOT | | APACHE JUNCTI | AZ | 85120-2992 | K42346 | 66.90 | * |
| JAMES C SPOONER | 324 43RD ST | | DES MOINES | IA | 50312-2532 | K15094 | 66.90 | * |
| JAMES C TASCHNER | 4460 E SPUR DR | | CAVE CREEK | AZ | 85331-2612 | K48202 | 66.90 | * |
| JAMES C WAGNER | 9023 WELLES WAY | | SAN ANTONIO | TX | 78240-2157 | K43324 | 66.90 | * |
| JAMES C WILLIAMSON | 8602 LOCUST DR | | VIENNA | VA | 22180-6814 | K62209 | 66.90 | * |
| JAMES CALEVICH | 111 COQUENA CIR E | | SAVANNAH | GA | 31410-1333 | K46162 | 66.90 | * |
| JAMES CARVER [TOP] HARGRAVE | 1415 CENTRE AVE | | PORTSMOUTH | VA | 23704-6910 | K12760 | 66.90 | * |
| JAMES CAUGHLIN | 11411 RIDGE DR | | BLAIR | NE | 68008-6258 | K60296 | 66.90 | * |
| JAMES CHADWICK | 215 LIZZY LN | | GLENDALE | OR | 97442-3707 | K36944 | 66.90 | * |
| JAMES CHAMBERLAIN | 104 N PINTAIL LN | | DOWNS | IL | 61736-9346 | K47143 | 66.90 | * |
| JAMES CHIDESTER | 711 MORRIE AVE | | CHEYENNE | WY | 82007-1652 | K54255 | 66.90 | * |
| JAMES CHRISTIAN JR | 11532 210TH ST | | JAMAICA | NY | 11411-1014 | K13346 | 66.90 | * |
| JAMES CLAY ORANGE SR | 443 WILLOW CREEK CV NE | | CLEVELAND | TN | 37323-4200 | K37034 | 66.90 | * |
| JAMES COHEN SPENCE | PO BOX 369 | | ELLISVILLE | MS | 39437-0369 | K49228 | 66.90 | * |
| JAMES COLLINS | 22290 GOLDENRIDGE ST | | TAYLOR | MI | 48180-4243 | K58971 | 66.90 | * |
| JAMES CONLEY | 10745 BORGMAN AVE | | HUNTINGTON WO | MI | 48070-1106 | K60033 | 66.90 | * |
| JAMES CULLEN | 8 WOODSIDE CIR | | YARMOUTH PORT | MA | 02675-1800 | K23422 | 66.90 | * |
| JAMES D [JIM] SMART | 4444 S 85TH ST | | GREENFIELD | WI | 53228-2806 | K49456 | 66.90 | * |
| JAMES D [JIM] WHITE | 528 MIMOSA DR | | DENTON | TX | 76201-0857 | K26800 | 66.90 | * |
| JAMES D CRAWFORD | 424 S 11TH ST | | ESCANABA | MI | 49829-3331 | K50269 | 66.90 | * |
| JAMES D FAGAN | 1909 WILLOW ST | | MCKEESPORT | PA | 15132-4430 | K62010 | 66.90 | * |
| JAMES D GRUBB | 1525 TIMBERCREEK RD | | BENBROOK | TX | 76126-3818 | K12232 | 66.90 | * |
| JAMES D LANIER | 11230 DUDLEY ST | | TAYLOR | MI | 48180-4207 | K59121 | 66.90 | * |
| JAMES D RAPPUHN | 5560 BERKLEY DR | | WATERFORD | MI | 48327-2706 | K56984 | 66.90 | * |
| JAMES D TAYLOR | 833 LONGWOOD DR | | HADDONFIELD | NJ | 08033-1039 | K42551 | 66.90 | * |
| JAMES DALE VALENTINE | 3259 TOWN ROAD 195 | | INTERNATIONAL | MN | 56649-8948 | K17949 | 66.90 | * |
| JAMES DANIEL BLEDSOE | 529 BRUSHY FORK RD | | SALUDA | SC | 29138-7685 | K48321 | 66.90 | * |
| JAMES DAVID KEESEY | 927 N 13TH ST | | KEOKUK | IA | 52632-4118 | K15170 | 66.90 | * |
| JAMES DOWLING | 6348 SE MORNING DOVE WAY | | HOBE SOUND | FL | 33455-8026 | K55104 | 66.90 | * |
| JAMES DUFFACK | 6222 NORTHERN HILLS DR | | OMAHA | NE | 68152-1044 | K52298 | 66.90 | * |
| JAMES DUNCAN BERRY JR | 34 AQUIDNECK AVE | | PORTSMOUTH | RI | 02871-4304 | K26999 | 66.90 | * |
| JAMES E [JIM] AGEE JR | 1308 WAXWING DR | | HERMITAGE | TN | 37076-5616 | K35602 | 66.90 | * |
| JAMES E [JIM] MAGAW | 6 HIGHLAND DR | | MOUNT VERNON | OH | 43050-2816 | K57101 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JAMES E B STUART JR | 1111 WEST AVE | | RICHMOND | VA | 23220-3719 | K53580 | 66.90 | * |
| JAMES E DASSOW | 31 SUNRISE CT | | FOND DU LAC | WI | 54935-5318 | K46552 | 66.90 | * |
| JAMES E FARINA | 30 BISHOP ST | | WATERFORD | CT | 06385-2506 | K12064 | 66.90 | * |
| JAMES E HADLEY SR | 17032 DARREN AVE | | EL RENO | OK | 73036-9195 | K62752 | 66.90 | * |
| JAMES E HOPPER | 506 BRANDYWINE DR | | OLD HICKORY | TN | 37138-2110 | K41522 | 66.90 | * |
| JAMES E LALAK MD | 8565 TIMBER TRL | | BRECKSVILLE | OH | 44141-1771 | K51867 | 66.90 | * |
| JAMES E LIKENS | 900 QUARRY DR | | AKRON | OH | 44307-2240 | K61453 | 66.90 | * |
| JAMES E MACKEY | 191 ERNEST DR | | TALLMADGE | OH | 44278-1628 | K61761 | 66.90 | * |
| JAMES E O'NEILL | 4756 S CLASSICAL BLVD | | DELRAY BEACH | FL | 33445-1225 | K44253 | 66.90 | * |
| JAMES E ROBINSON III | 29130 GERTRUDE CT | | INKSTER | MI | 48141-1102 | K60154 | 66.90 | * |
| JAMES E SEDLACEK | 8749 W KIMBERLY WAY | | PEORIA | AZ | 85382-8501 | K53746 | 66.90 | * |
| JAMES E STANDRIDGE | 200 WEMBLEY CIR | | ATLANTA | GA | 30328-6757 | K56418 | 66.90 | * |
| JAMES E THOMAS | 6376 STATE HIGHWAY 29 | | SAINT JOHNSVI | NY | 13452-2700 | K44231 | 66.90 | * |
| JAMES E WATKINS | 1501 ASPEN CT | | PISCATAWAY | NJ | 08854-6903 | K14518 | 66.90 | * |
| JAMES E WELLS | 8469 LEE ST | | LARSEN | WI | 54947-9693 | K35961 | 66.90 | * |
| JAMES EARL BRODHACKER | 14470 SW ARABIAN DR | | BEAVERTON | OR | 97008-6773 | K40117 | 66.90 | * |
| JAMES EDDIE GOODWIN | 3356 WILKINSVILLE HWY | | GAFFNEY | SC | 29340-5733 | K52316 | 66.90 | * |
| JAMES EDWARDS | 1399 CHIPPEWA TRL | | MOSINEE | WI | 54455-9418 | K49163 | 66.90 | * |
| JAMES EDWIN TIBBETTS | 4360 STOCKTON TER | | MARIETTA | GA | 30066-2137 | K60359 | 66.90 | * |
| JAMES ELGIN HAWTHORNE | 69 HIGHWAY 20 | | ABBEVILLE | SC | 29620-4126 | K30308 | 66.90 | * |
| JAMES ERNEST RAY | 3544 GREENWOOD DR | | HERMITAGE | TN | 37076-3537 | K36873 | 66.90 | * |
| JAMES EUTSEY | 542 S HIGLEY RD UNIT 33 | | MESA | AZ | 85206-2161 | K50535 | 66.90 | * |
| JAMES F BODINE | 3860 YAZOO DR | | LAKE HAVASU C | AZ | 86404-2312 | K37656 | 66.90 | * |
| JAMES F BOGNER | 14022 HARTMAN AVE | | OMAHA | NE | 68164-5104 | K36763 | 66.90 | * |
| JAMES F DEERING | 640 ARLINGTON CIR | | NOVATO | CA | 94947-4904 | K51539 | 66.90 | * |
| JAMES F FARRONI | 38720 BELL RD | | WILLOUGHBY | OH | 44094-7524 | K46165 | 66.90 | * |
| JAMES F FIERLE | 891 SW 63RD AVE | | PLANTATION | FL | 33317-3984 | K50367 | 66.90 | * |
| JAMES F GIROT | 4880 CR 306B | | LAKE PANASOFF | FL | 33538-3334 | K48774 | 66.90 | * |
| JAMES F HEFLINGER | 5208 HAMILTON ST | | OMAHA | NE | 68132-1352 | K52558 | 66.90 | * |
| JAMES F HIGGINS | 23539 VASSAR ST | | VASSAR | KS | 66543-9170 | K33764 | 66.90 | * |
| JAMES F RILEY | 7508 HOLZHAUER RD | | SAGAMORE HILL | OH | 44067-2124 | K45401 | 66.90 | * |
| JAMES F SCHLUND | 7249 HINER LN | | INDIANAPOLIS | IN | 46219-3644 | K39635 | 66.90 | * |
| JAMES F SWARTZ JR | 19 ACADEMY RD | | MADISON | NJ | 07940-2001 | K37845 | 66.90 | * |
| JAMES F VICK | 427 BRANTLEY PL | | WHEATON | IL | 60187-4889 | K49735 | 66.90 | * |
| JAMES FAILING | 2100 KINGS HWY LOT 557 | | PORT CHARLOTT | FL | 33980-4267 | K46587 | 66.90 | * |
| JAMES FISHER | PO BOX 626 | | ROSCOMMON | MI | 48653-0626 | V98913 | 66.90 | * |
| JAMES FITZMAURICE | 20 SUMTER AVE STE 2 | | ALBANY | NY | 12203-7025 | K23538 | 66.90 | * |
| JAMES FOLEY | 1146 HUNTERS RDG | | LEXINGTON | OH | 44904-1355 | K45151 | 66.90 | * |
| JAMES FORD JR | 122 OSPREY DR | | FRONT ROYAL | VA | 22630-2005 | K51875 | 66.90 | * |
| JAMES FRANKLIN RISHER III | 155 ALLIE DR | | MCDONOUGH | GA | 30252-3612 | K49597 | 66.90 | * |
| JAMES FRANTZ | 3308 BRADDOCK ST | | KETTERING | OH | 45420-1203 | K32747 | 66.90 | * |
| JAMES G BARRY | 335 SYCAMORE ST | | NEW LENOX | IL | 60451-1064 | K56882 | 66.90 | * |
| JAMES G BLACKBURN | 15274 BURNABY DR | | NAPLES | FL | 34110-7929 | K59492 | 66.90 | * |
| JAMES G BUUCK | 7622 HERMITAGE PL | | FORT WAYNE | IN | 46815-6539 | K38327 | 66.90 | * |
| JAMES G MILLER | 237 EVERGREEN TRL | | CARTERSVILLE | GA | 30121-4205 | K50861 | 66.90 | * |
| JAMES G QUIRAM | 604 PARKSIDE DR | | SYCAMORE | IL | 60178-2319 | K51080 | 66.90 | * |
| JAMES G RANK | 6655 BOULDER HWY APT 2056 | | LAS VEGAS | NV | 89122-7735 | K40226 | 66.90 | * |
| JAMES GENTRY | PO BOX 373 | | TOWNVILLE | SC | 29689-0373 | K35446 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JAMES GLENN HENDERSON | 1017 ABBERLEY CIR | | HENDERSONVILL | TN | 37075-1727 | K57444 | 66.90 | * |
| JAMES GOEBBERT | 13262 INDIANA CT | | HUNTLEY | IL | 60142-7477 | K59527 | 66.90 | * |
| JAMES GOODWIN | 382 GRAY HILL RD | | NEW COLUMBIA | PA | 17856-9403 | K15656 | 66.90 | * |
| JAMES GRAVES | 2220 MILES RD | | MARTIN | TN | 38237-5657 | K31060 | 66.90 | * |
| JAMES GRAYSON OGIER III | 2147 FOREST LAKES BLVD | | CHARLESTON | SC | 29414-5923 | K48513 | 66.90 | * |
| JAMES GROHNE | 180 BELLERIVE RD | | SPRINGFIELD | IL | 62704-3193 | K51747 | 66.90 | * |
| JAMES GUFFEY | 25062 BUCKMINSTER DR | | NOVI | MI | 48375-1511 | K58312 | 66.90 | * |
| JAMES GUILLMAN | 826 S CHESTNUT ST | | JEFFERSON | IA | 50129-2723 | K25478 | 66.90 | * |
| JAMES GURHOLT | 5788 BOONE PL N | | MINNEAPOLIS | MN | 55428-3101 | K47808 | 66.90 | * |
| JAMES H [JIM] BURKHOLDER | 22 ROYAL DR | | LITITZ | PA | 17543-8218 | K28121 | 66.90 | * |
| JAMES H [JIM] KUSSMAUL | 7401 WINDSOR DR | | HARAHAN | LA | 70123-4840 | K51257 | 66.90 | * |
| JAMES H [JIM] STEVENS | 1907 N RED BRUSH ST | | WICHITA | KS | 67206-4414 | K29296 | 66.90 | * |
| JAMES H BURDETTE | 2449 DEN ST | | SAINT AUGUSTI | FL | 32092-3636 | K57905 | 66.90 | * |
| JAMES H CROYE | 433 N HIGHLAND ST APT 1 | | MEMPHIS | TN | 38122-4529 | K51583 | 66.90 | * |
| JAMES H DOUGHERTY JR | 10 MARY BELLE CIR | | LEDYARD | CT | 06339-1314 | K24939 | 66.90 | * |
| JAMES H DREVS | 18 BIRCHWOOD PARK DR S | | CHERRY HILL | NJ | 08003-1119 | K41559 | 66.90 | * |
| JAMES H EBERLE | 445 HOMESTEAD AVE | | METAIRIE | LA | 70005-3207 | K50997 | 66.90 | * |
| JAMES H FISHER | 1528 WALNUT ST STE 1905 | | PHILADELPHIA | PA | 19102-3613 | K25005 | 66.90 | * |
| JAMES H GULSETH | 2450 FOOTHILL RD | | PLEASANTON | CA | 94588-9702 | K36047 | 66.90 | * |
| JAMES H HILLMAN | 30562 BOBRICH ST | | LIVONIA | MI | 48152-3457 | K60063 | 66.90 | * |
| JAMES H KOWITZ | 1240 22ND AVE S | | SAINT CLOUD | MN | 56301-4821 | K23080 | 66.90 | * |
| JAMES H LEUTY | 419 AUTUMN LAKE TRL | | FRANKLIN | TN | 37067-2693 | K42898 | 66.90 | * |
| JAMES H LOWE | 16 DOVERLAND CT | | RICHMOND | VA | 23229-7806 | K40546 | 66.90 | * |
| JAMES H MCMAHON | 1712 N NORWOOD LN | | FLORENCE | SC | 29506-6900 | K59684 | 66.90 | * |
| JAMES H NEESE | PO BOX 656 | | BROOKNEAL | VA | 24528-0656 | K38232 | 66.90 | * |
| JAMES H SHEETS | 10716 MARION CENTER RD | | FORT WAYNE | IN | 46816-9791 | K38368 | 66.90 | * |
| JAMES H SIKES | 580 WRIGHT ALLEN RD | | BLYTHE | GA | 30805-3822 | K21797 | 66.90 | * |
| JAMES H SLY | 63 WILLOWBROOK LN | | WELCH | WV | 24801-2500 | K49680 | 66.90 | * |
| JAMES H VANCE JR | 34 GRAND CANYON DR | | NEW ORLEANS | LA | 70131-8608 | K34237 | 66.90 | * |
| JAMES H WIGHTMAN | 6501 FALCON AVE | | LONG BEACH | CA | 90805-2522 | K55031 | 66.90 | * |
| JAMES HAEFNER | 12 PACKET BOAT DR | | FAIRPORT | NY | 14450-1318 | K46199 | 66.90 | * |
| JAMES HAGUE | 515 N BRADY ST | | ABILENE | KS | 67410-2415 | K52396 | 66.90 | * |
| JAMES HALL | 508 CENTRAL RD | | NEW LENOX | IL | 60451-3308 | K57376 | 66.90 | * |
| JAMES HALLETT | 726 N CHICAGO AVE | | ARLINGTON HEI | IL | 60005-1003 | K61872 | 66.90 | * |
| JAMES HALLMAN | 608 MELTON ST | | WEST COLUMBIA | SC | 29170-2937 | K30039 | 66.90 | * |
| JAMES HANSEN | 4838 SECTION AVE | | STOCKTON | CA | 95215-7529 | K32226 | 66.90 | * |
| JAMES HARGRAVE | PO BOX 1901 | | SALISBURY | NC | 28145-1901 | K50544 | 66.90 | * |
| JAMES HARLEY GILLETTE | 15296 LONESTAR RD | | GRAVOIS MILLS | MO | 65037-3713 | K48972 | 66.90 | * |
| JAMES HAROLD BARFIELD | 2039 PINEWOOD RD | | SUMTER | SC | 29154-9062 | K48711 | 66.90 | * |
| JAMES HARPER | 1921 CANYON RIDGE ST | | FORT WORTH | TX | 76131-2217 | K62232 | 66.90 | * |
| JAMES HARTLEY LEROY JR | 17 WOODSIDE CIR | | EVANS | GA | 30809-5617 | K22648 | 66.90 | * |
| JAMES HAZEL | 2419 BETTYS DR | | ALBANY | GA | 31705-4303 | K59772 | 66.90 | * |
| JAMES HEIN | 5112 HARVEST TIME ST | | LAS VEGAS | NV | 89130-5002 | K41735 | 66.90 | * |
| JAMES HERSHBERGER | 149 HARRINGTON RD | | NEWPORT NEWS | VA | 23602-6434 | K59020 | 66.90 | * |
| JAMES HOFFMAN | 28 PENNSYLVANIA AVE | | WATSONTOWN | PA | 17777-1319 | K15340 | 66.90 | * |
| JAMES HOFFNER | 4460 DEER VIEW RD | | CEDAR RAPIDS | IA | 52411-7805 | K53154 | 66.90 | * |
| JAMES HOLCOMBE | 790 GLENN BRIDGE RD LOT O | | ARDEN | NC | 28704-8413 | K50175 | 66.90 | * |
| JAMES HOUSTON JOHNSON | 706 KELSO DR | | DALLAS | TX | 75211-6940 | K19409 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JAMES HOWARD BOOTH | 225 OLD MILL LN | | PORTSMOUTH | RI | 02871-5108 | K24339 | 66.90 | * |
| JAMES HUTCHINS | 2097 W RIDGE DR | | DAVISON | MI | 48423-2128 | K56981 | 66.90 | * |
| JAMES I [JIM] PETTIBONE | 6727 LAKEVIEW DR | | BOULDER | CO | 80303-3132 | K38484 | 66.90 | * |
| JAMES IDDINGS | 4981 SPRING HILL RD | | WYALUSING | PA | 18853-8302 | K15912 | 66.90 | * |
| JAMES IRL [JIM] NIBECK | 1634 HOLLY AVE | | DARIEN | IL | 60561-3627 | K40444 | 66.90 | * |
| JAMES IRWIN | 3058 LEECHBURG RD STE 10 | | LOWER BURRELL | PA | 15068-3460 | K40365 | 66.90 | * |
| JAMES J [JIM] HEIM | 6851 BULLINGER DR | | SPRING | TX | 77379-4894 | K29757 | 66.90 | * |
| JAMES J [JIM] KELLY | 26 BALMORAL PL | | HILTON HEAD I | SC | 29926-2270 | K34036 | 66.90 | * |
| JAMES J [JIMMY] HYDE | 62 HUNNEWELL AVE # 2 | | BRIGHTON | MA | 02135-1514 | K15667 | 66.90 | * |
| JAMES J [OAKIE] O'CONNOR JR | 10 DEER POND DR | | WARWICK | NY | 10990-2311 | K24612 | 66.90 | * |
| JAMES J BARBER | 3047 US ROUTE 9 | | NORTH HUDSON | NY | 12855-2405 | K20465 | 66.90 | * |
| JAMES J BUDORIS | 7248 BALDWIN RESERVE DR | | CLEVELAND | OH | 44130-5651 | K50246 | 66.90 | * |
| JAMES J CARTER | 47B HERITAGE VLG | | SOUTHBURY | CT | 06488-5661 | K39247 | 66.90 | * |
| JAMES J CASADABAN | 3916 BEROT ST | | METAIRIE | LA | 70002-3006 | K52253 | 66.90 | * |
| JAMES J DOHERTY | 136 LOUISE DR | | MORRISVILLE | PA | 19067-4838 | K24234 | 66.90 | * |
| JAMES J FALLON | 1 HIBERNIA LN | | SALEM | MA | 01970-6821 | K31295 | 66.90 | * |
| JAMES J HENRY JR | 16615 15TH DR SE | | MILL CREEK | WA | 98012-8401 | K42583 | 66.90 | * |
| JAMES J MANGANELLO | 1820 SAN FRANCISCO RD | | LA PLACE | LA | 70068-6220 | K52727 | 66.90 | * |
| JAMES J MANGINI | 18110 S VIA DEL COLORETE | | SAHUARITA | AZ | 85629-9425 | K36218 | 66.90 | * |
| JAMES J MARTORELLA | 3468 STONY POINT RD | | SANTA ROSA | CA | 95407-8036 | K52493 | 66.90 | * |
| JAMES J NAINIGER | 2130 BRANDYWINE DR | | EUCLID | OH | 44143-1601 | K43352 | 66.90 | * |
| JAMES J PIRO | 1847 BUCCANEER CT | | SARASOTA | FL | 34231-5403 | K45144 | 66.90 | * |
| JAMES J SCALISE | 6814 NW ALDERMAN LN | | DES MOINES | IA | 50313-1034 | K22538 | 66.90 | * |
| JAMES J TIGHE | 191 RIETI DR | | CROWLEY | TX | 76036-2009 | K56072 | 66.90 | * |
| JAMES J TOWEY | 9926 SAGEDALE DR | | HOUSTON | TX | 77089-5013 | K49625 | 66.90 | * |
| JAMES J TRAINOR | 300 CHARLES CT | | SLIDELL | LA | 70458-9176 | K50279 | 66.90 | * |
| JAMES J ULAKOVIC | 7696 GREEN MEADOW CT | | FLOWER MOUND | TX | 75022-2605 | K61915 | 66.90 | * |
| JAMES J VLACH | 6259 BRYSON DR | | MENTOR | OH | 44060-2326 | K43115 | 66.90 | * |
| JAMES J ZDESAR | 11795 PARKWOOD DR | | CHARDON | OH | 44024-9139 | K44958 | 66.90 | * |
| JAMES JAY CREMEENS | 75 GRAPE ST | | GALLIPOLIS | OH | 45631-1053 | K49728 | 66.90 | * |
| JAMES JOSEPH [JIM] MILLER | 411 N GENEVA ST APT 1 | | ITHACA | NY | 14850-4111 | K21014 | 66.90 | * |
| JAMES JUNIUS REID | 102 KILCAIRN WAY | | FOLSOM | CA | 95630-8655 | K14796 | 66.90 | * |
| JAMES JUNK | 1403 ROBERTSON RD | | WAVERLY | IA | 50677-2895 | K60409 | 66.90 | * |
| JAMES K BAXTER | 54 KERN RD | | FOWLERVILLE | MI | 48836-8282 | K60254 | 66.90 | * |
| JAMES K BEIMLING | W5678 COUNTY ROAD II | | RANDOM LAKE | WI | 53075-1601 | K43689 | 66.90 | * |
| JAMES K BURK | 2011 S OLD MANOR RD | | WICHITA | KS | 67218-5223 | K31192 | 66.90 | * |
| JAMES K FOX JR | PO BOX 4 | | POWELL | TN | 37849-0004 | K12516 | 66.90 | * |
| JAMES K VITALE | 4258 E INDIGO ST | | GILBERT | AZ | 85298-2755 | K23903 | 66.90 | * |
| JAMES KELLER | 812 ASH CIR | | PLYMOUTH | WI | 53073-4068 | K50399 | 66.90 | * |
| JAMES KELLEY | 54 LAKEVIEW PL NE | | IOWA CITY | IA | 52240-9162 | K58122 | 66.90 | * |
| JAMES KENNETH SMITH | 1829 BUCKWHEAT LN | | RIDGEWAY | SC | 29130-9279 | K51880 | 66.90 | * |
| JAMES KERNS | 15114 W HERITAGE DR | | SUN CITY WEST | AZ | 85375-6618 | K52369 | 66.90 | * |
| JAMES KINSEY | 916 E RICHWOODS BLVD | | PEORIA | IL | 61603-1308 | K44917 | 66.90 | * |
| JAMES KIRKPATRICK | 17506 E PARK DR | | CLEVELAND | OH | 44119-1918 | K46931 | 66.90 | * |
| JAMES KLEMM | 1909 190TH AVE | | ALGONA | IA | 50511-7047 | K54670 | 66.90 | * |
| JAMES KLOTZBACH | 710 W EXCHANGE ST | | KAHOKA | MO | 63445-1534 | K14983 | 66.90 | * |
| JAMES KOBLISKA | 128 SUNSET LN | | ELK RUN HEIGH | IA | 50707-1373 | K60761 | 66.90 | * |
| JAMES KOZAK | 1807 N 75TH AVE | | OMAHA | NE | 68114-1605 | K53510 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JAMES L [JIM] AMLONG | 5012 HIGHWAY 6 SE | | IOWA CITY | IA | 52240-9094 | K56543 | 66.90 | * |
| JAMES L [JIM] JONES | 7554 ROSEMONT DR | | ENGLEWOOD | FL | 34224-8387 | K46151 | 66.90 | * |
| JAMES L [JIMMY] WADFORD JR | 408 CHAMBLY DR | | COLUMBIA | SC | 29209-1510 | K22126 | 66.90 | * |
| JAMES L ALEKSA | 154 GOLANYVI TRL | | VONORE | TN | 37885-2688 | K44202 | 66.90 | * |
| JAMES L BERENSON | 192 MEDFORD BLVD | | FREEHOLD | NJ | 07728-3343 | K12700 | 66.90 | * |
| JAMES L BOXWELL | 2800 PARAMOUNT BLVD | | AMARILLO | TX | 79109-3348 | K30242 | 66.90 | * |
| JAMES L COMPTON | 3141 S LEONINE CIR | | WICHITA | KS | 67217-1155 | K51836 | 66.90 | * |
| JAMES L COSTANTIN | 6306 JOAQUIN MURIETA AVE | | NEWARK | CA | 94560-5479 | K46703 | 66.90 | * |
| JAMES L FOURNIER | 4698 S EAST RILEY SQ | | PLEASANT LAKE | IN | 46779-9504 | K45301 | 66.90 | * |
| JAMES L GURTNER | N14726 KETTERS LN | | LAC DU FLAMBE | WI | 54538-9415 | K49012 | 66.90 | * |
| JAMES L KOCHENOUR | 161 KINGSTON BLVD | | HAMILTON | NJ | 08690-3206 | K58152 | 66.90 | * |
| JAMES L MORLEY | 10282 SWITCHGRASS RD | | BLAIR | NE | 68008-7532 | K60498 | 66.90 | * |
| JAMES L OBENSCHAIN JR | 8912 WILLOW WOOD CT | | RALEIGH | NC | 27613-1130 | K49595 | 66.90 | * |
| JAMES L PENASA | 2409 GLENVIEW DR | | MONTROSE | CO | 81401-5387 | K16945 | 66.90 | * |
| JAMES L POTEET | 525 HUCKLEBERRY PL | | MONTEAGLE | TN | 37356-2097 | K38028 | 66.90 | * |
| JAMES L REEVES | 401 MEADOWLAND CT APT 7 | | HOPE MILLS | NC | 28348-5636 | K50315 | 66.90 | * |
| JAMES L SHINAULT | 2518 MORSE CT SE | | OLYMPIA | WA | 98501-3882 | K16401 | 66.90 | * |
| JAMES L TAIT | 19683 EAGLE TRACE CT | | NORTH FORT MY | FL | 33903-9060 | K13884 | 66.90 | * |
| JAMES L WEIDIG | 719 HOWARD RD | | ASHTABULA | OH | 44004-9035 | K18301 | 66.90 | * |
| JAMES L WILSON | 8445 N CLEAR CREEK RD | | HUNTINGTON | IN | 46750-9739 | K26752 | 66.90 | * |
| JAMES LAWRENCE BARTLEY III | PO BOX 457 | | EVANS | GA | 30809-0457 | K58138 | 66.90 | * |
| JAMES LAWRENCE BROWN JR | 2554 LAKEWOOD CIR | | CHESAPEAKE | VA | 23321-3774 | K13552 | 66.90 | * |
| JAMES LAWRENCE JOYE | 141 BLACK RIVER DR | | SUMMERVILLE | SC | 29485-8990 | K49602 | 66.90 | * |
| JAMES LEARY | 36 BULL ST | | NEWPORT | RI | 02840-2763 | K30688 | 66.90 | * |
| JAMES LECHER | 510 S 39TH AVE | | WAUSAU | WI | 54401-3934 | K47449 | 66.90 | * |
| JAMES LEE [JIM] HARLEY | PO BOX 801 | | PINEVILLE | NC | 28134-0801 | K48598 | 66.90 | * |
| JAMES LEMAHIEU | 250 S TOMAHAWK RD LOT 175 | | APACHE JUNCTI | AZ | 85119-5469 | K48735 | 66.90 | * |
| JAMES LEON [JIM] ZORN | 5279 WATERFALL CT | | SAN JOSE | CA | 95136-3343 | K58430 | 66.90 | * |
| JAMES LEVERETT | 83 MACDOUGAL ST APT 16 | | NEW YORK | NY | 10012-2518 | K62889 | 66.90 | * |
| JAMES LIGHTFOOT | 743 HARPER ST | | SIMI VALLEY | CA | 93065-4210 | K40779 | 66.90 | * |
| JAMES LINDLAN | 909 E NORTHERN AVE APT 352 | | PHOENIX | AZ | 85020-4198 | K20357 | 66.90 | * |
| JAMES LOUIS PREAU | 265 SMOKERISE TRCE | | PEACHTREE CIT | GA | 30269-1321 | K54841 | 66.90 | * |
| JAMES M [JIM] GERHARDT | 2407 S ARDSON PL APT 701A | | TAMPA | FL | 33629-7338 | K58020 | 66.90 | * |
| JAMES M [JIM] REAGOR | 801 WYNWOOD DR | | PRATTVILLE | AL | 36067-2014 | K35267 | 66.90 | * |
| JAMES M [JIM] TROUTMAN | 20414 FALLINGWATER CIR | | FRANKFORT | IL | 60423-1804 | K55491 | 66.90 | * |
| JAMES M BOOTS | 21371 TRACY AVE | | EUCLID | OH | 44123-2937 | K43030 | 66.90 | * |
| JAMES M CAUGHEY | 11285 CRYSTAL OAKS WAY | | SAN DIEGO | CA | 92131-2954 | K38420 | 66.90 | * |
| JAMES M CRNOVICH | 199 W NORTH AVE UNIT 421 | | WEST CHICAGO | IL | 60185-6221 | K53279 | 66.90 | * |
| JAMES M GRIFFIN | PO BOX 255 | | MAULDIN | SC | 29662-0255 | K38757 | 66.90 | * |
| JAMES M KASTELIC | 18589 RIVERCLIFF DR | | CLEVELAND | OH | 44126-1740 | K50778 | 66.90 | * |
| JAMES M LYLE | 8202 HIGH CLIFF DR | | FAIR OAKS RAN | TX | 78015-4260 | K26756 | 66.90 | * |
| JAMES M MORAN | 4426 SINTINA CT | | VENICE | FL | 34293-7085 | K43235 | 66.90 | * |
| JAMES M PASTERIS | 420 EARL AVE | | JOLIET | IL | 60436-1904 | K49660 | 66.90 | * |
| JAMES M RICE | 192 LAUREL DR | | FAIRFAX | CA | 94930-2152 | K34719 | 66.90 | * |
| JAMES M ROBINSON | 4152 LAKEVIEW DR | | MARIPOSA | CA | 95338-9443 | K38852 | 66.90 | * |
| JAMES M SCALA JR | 528 PINE ST | | ROSELLE | NJ | 07203-1150 | K22431 | 66.90 | * |
| JAMES M SCHMIDT | 124 SHADYWOOD LN | | DELANO | MN | 55328-8706 | K23270 | 66.90 | * |
| JAMES M SILVIA | 216 W 99TH ST APT 20 | | NEW YORK | NY | 10025-5087 | K25714 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| JAMES M SMOTHERS JR | 2115 66TH AVE | | OAKLAND | CA | 94621-3615 | K55134 | 66.90 * | |
| JAMES M TAYLOR | 75 ORCHARD SPRING ESTS | | WATERBURY | VT | 05676-9238 | K53583 | 66.90 * | |
| JAMES M TIERNEY | 137 POINT OF WOODS DR | | ALBANY | NY | 12203-5325 | K20375 | 66.90 * | |
| JAMES M VAN VALEN | 1413 E MADERA ESTATES LN | | SAHUARITA | AZ | 85629-6710 | K39250 | 66.90 * | |
| JAMES M VAUGHAN | 202 VETERANS DR | | UNION | SC | 29379-1721 | K32737 | 66.90 * | |
| James M. Kray | 1407 Gerard Ln | | Holiday | FL | 34690-5705 | | 728.86 | ARI: Wages |
| JAMES MACARTHUR DISNEY | 839 TEST RD | | RICHMOND | IN | 47374-9516 | K24510 | 66.90 * | |
| JAMES MACDONALD | 2035 RIVERSIDE DR | | TRENTON | MI | 48183-2116 | K10038 | 66.90 * | |
| JAMES MADRID | 1004 WREN DR | | PETALUMA | CA | 94954-5816 | K62706 | 66.90 * | |
| JAMES MALABAR DIXON | PO BOX 27 | | GIRARD | GA | 30426-0027 | K54351 | 66.90 * | |
| JAMES MANOS | 920 S 2ND ST | | SAINT CHARLES | IL | 60174-4103 | K59511 | 66.90 * | |
| JAMES MANSFIELD | 1405 GLENHARDIE RD | | WAYNE | PA | 19087-1362 | K39012 | 66.90 * | |
| JAMES MARIENAU | 15216 K42 | | LE MARS | IA | 51031-8337 | K54578 | 66.90 * | |
| JAMES MARK DI LELLA | 1064 WEIKEL RD | | LANSDALE | PA | 19446-4535 | K40294 | 66.90 * | |
| JAMES MARTINDALE | PO BOX 190 | | HONEY BROOK | PA | 19344-0190 | K33188 | 66.90 * | |
| JAMES MCMILLEN RAY | PO BOX 728 | | ONECO | FL | 34264-0728 | K48965 | 66.90 * | |
| JAMES MERRIWEATHER | 4155 CENTRAL PARK PL | | COLLEGE PARK | GA | 30349-1783 | K59661 | 66.90 * | |
| JAMES MEYERS | 125 N PINE ST | | LANGHORNE | PA | 19047-1632 | K24917 | 66.90 * | |
| JAMES MICHAEL [MIKE] DUNN | 820 S INDIANA ST | | GREENCASTLE | IN | 46135-1921 | K46376 | 66.90 * | |
| JAMES MICHAEL MONGER | 126 CHEROKEE LN | | HAMPTON | TN | 37658-3900 | K50965 | 66.90 * | |
| JAMES MICHAEL POPE | 601 JONES ST | | OLD HICKORY | TN | 37138-3428 | K36142 | 66.90 * | |
| JAMES MIGLIORINI | 49 PARSONAGE LOT RD | | LEBANON | NJ | 08833-4612 | K13652 | 66.90 * | |
| JAMES MIKESELL | 319 ELM ST | | CONCORD | NH | 03303-3322 | K25195 | 66.90 * | |
| JAMES MONROE | 1770 LAKE LANSING RD | | HASLETT | MI | 48840-8202 | K44131 | 66.90 * | |
| JAMES MOORE | 329 KING DR | | SOUTH SAN FRA | CA | 94080-3001 | K56296 | 66.90 * | |
| JAMES MUMMA | 1324 PATTEN MILLS RD | | FORT ANN | NY | 12827-1719 | K58047 | 66.90 * | |
| JAMES N ELENS | 202 OAKVIEW AVE | | JOLIET | IL | 60433-1340 | K49564 | 66.90 * | |
| JAMES N KAPELLEN | 512 RIDGEWAY ST | | EDGERTON | WI | 53534-1413 | K49427 | 66.90 * | |
| JAMES N LEHNER | 1504 13TH ST S | | SAINT CLOUD | MN | 56301-5418 | K25803 | 66.90 * | |
| JAMES N WHITE | 3570 WILLIAMSON RD | | STOW | OH | 44224-4030 | K61595 | 66.90 * | |
| JAMES NIX | 595 CEDAR RD | | AIKEN | SC | 29803-8453 | K26328 | 66.90 * | |
| JAMES NODSKOV | 2111 CORN DR | | PAPILLION | NE | 68046-4202 | K53572 | 66.90 * | |
| JAMES NOEL TILLEY PHD | 19 ATKINS RD | | EAST SANDWICH | MA | 02537-1474 | K32086 | 66.90 * | |
| JAMES NORMAN | 63 WOODBINE RD | | HAVERTOWN | PA | 19083-4534 | K33794 | 66.90 * | |
| JAMES NORRIS | 722 PLEASANT CT | | SHOREWOOD | IL | 60404-9578 | K49659 | 66.90 * | |
| JAMES O ROOKER | 10595 RIVERDALE RD | | MIDDLEVILLE | MI | 49333-9305 | K35006 | 66.90 * | |
| JAMES OLSEN | N1914 ROSE CIR | | WAUPACA | WI | 54981-8438 | K48884 | 66.90 * | |
| JAMES OPLINGER | PO BOX 152 | | OLIVET | SD | 57052-0152 | K57269 | 66.90 * | |
| JAMES OWENS | 10914 BELLS RIDGE DR | | POTOMAC | MD | 20854-2790 | K46962 | 66.90 * | |
| JAMES P [JIM] KRAMAR | 1729 MAYFAIR BLVD | | MAYFIELD HEIG | OH | 44124-3113 | K43499 | 66.90 * | |
| JAMES P [JIM] REARDON JR | 1611 TIMBERLAKE DR | | DELAWARE | OH | 43015-8897 | K52635 | 66.90 * | |
| JAMES P [JIM] TOMCZYK | 590 GREENWAY TER | | HARTLAND | WI | 53029-1154 | K46442 | 66.90 * | |
| JAMES P BAUER | 13581 WHITE TAIL DR | | TYLER | TX | 75707-5368 | K24450 | 66.90 * | |
| JAMES P BELL | 205 E ARLINGTON HTS | | NORTH AUGUSTA | SC | 29841-3403 | K20334 | 66.90 * | |
| JAMES P DIEMER | 3919 WAVELAND DR | | DES MOINES | IA | 50311-2638 | K21479 | 66.90 * | |
| JAMES P DOHERTY | 1500 BRAINARD RD | | LYNDHURST | OH | 44124-3000 | K45944 | 66.90 * | |
| JAMES P ELY | 1005 SW GLEN ARBOR AVE | | BENTONVILLE | AR | 72712-7792 | K17382 | 66.90 * | |
| JAMES P FIEDLER | 5440 CADDIS BND | | FITCHBURG | WI | 53711-7105 | K42354 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| JAMES P HENDERSON | 1212 OHIO ST | | VALPARAISO | IN | 46383-3706 | K36287 | 66.90 | * |
| JAMES P LOCKHART | 229 MADELENA DR | | LA HABRA HEIG | CA | 90631-8338 | K50273 | 66.90 | * |
| JAMES P MURPHY | 275 PARK DR W | | KINTNERSVILLE | PA | 18930-9632 | K22667 | 66.90 | * |
| JAMES P MURPHY | 4512 WETHERILL RD | | BETHESDA | MD | 20816-1837 | K43411 | 66.90 | * |
| JAMES P SCZEPANIAK | 31 COVENTRY CHASE | | JOLIET | IL | 60431-9251 | K50051 | 66.90 | * |
| JAMES PEDERSEN | 2550 CATON FARM RD | | JOLIET | IL | 60435-1301 | K49661 | 66.90 | * |
| JAMES PICKETT | 1215 LINDA VISTA LN LOT 14 | | PRESCOTT | AZ | 86305-6204 | K28226 | 66.90 | * |
| JAMES POLONSKY | 9 PAINE CT | | BASKING RIDGE | NJ | 07920-2942 | K10571 | 66.90 | * |
| JAMES POWELL | 4131 BURLINGTON TPKE | | TOWANDA | PA | 18848-8467 | K15796 | 66.90 | * |
| JAMES POYNTER | 1202 S BLOOMINGTON ST | | GREENCASTLE | IN | 46135-2269 | K45518 | 66.90 | * |
| JAMES PRICKETT | 5410 N RIDGE RD W | | ASHTABULA | OH | 44004-9594 | K21611 | 66.90 | * |
| JAMES PRUNTY | 1218 DARREN DR | | PORTSMOUTH | VA | 23701-3731 | K14492 | 66.90 | * |
| JAMES R [JIM] LUTZ | 3489 RAINBOW LAKE DR SPC 56 | | LAKESIDE | AZ | 85929-3158 | K21914 | 66.90 | * |
| JAMES R [JIM] SMARELLI | 7124 BAY VIEW DR | | INDIANAPOLIS | IN | 46214-1365 | K24164 | 66.90 | * |
| JAMES R [JIM] SMITH | 425 ELM RD | | BREMEN | IN | 46506-8965 | K23813 | 66.90 | * |
| JAMES R [JIM] TOBIN | PO BOX 6280 | | AVON | CO | 81620-6280 | K46123 | 66.90 | * |
| JAMES R [RAY] KOTERBA | 327 PICKENS ST | | ROCK HILL | SC | 29730-4627 | K43454 | 66.90 | * |
| JAMES R BAKER | 2630 ROSS DYE RD | | BLACKSTOCK | SC | 29014-8754 | K50095 | 66.90 | * |
| JAMES R BAKER | 401 E 80TH ST APT 23A | | NEW YORK | NY | 10075-0652 | K61901 | 66.90 | * |
| JAMES R BEECH | PO BOX 223 | | PARADISE | MT | 59856-0223 | K24702 | 66.90 | * |
| JAMES R BOYD | 6732 BEECH DALY RD | | TAYLOR | MI | 48180-1500 | K60209 | 66.90 | * |
| JAMES R DOLAN MD | 2278 PRESERVE BLVD | | PORTAGE | MI | 49024-5766 | K54619 | 66.90 | * |
| JAMES R FOELL | 740 650TH ST | | STORM LAKE | IA | 50588-7488 | K13764 | 66.90 | * |
| JAMES R GOODRICH JR | 3532 S NORTH SHORE DR | | ONTARIO | CA | 91761-9130 | K53283 | 66.90 | * |
| JAMES R GREEN | 203 CROSSON ST | | GREENCASTLE | IN | 46135-1807 | K44536 | 66.90 | * |
| JAMES R GUTHRIE | PO BOX 354 | | GRAHAM | NC | 27253-0354 | K51844 | 66.90 | * |
| JAMES R HARRISON | 24509 147TH ST | | LEAVENWORTH | KS | 66048-6336 | K34578 | 66.90 | * |
| JAMES R KINGZETT | 976 CENTER RD | | EASTLAKE | OH | 44095-2332 | K44094 | 66.90 | * |
| JAMES R KRUEGER | 1640 ALVIN LN | | BROOKFIELD | WI | 53045-7807 | K35495 | 66.90 | * |
| JAMES R KURTZ | 3720 CHERRY ST APT F21 | | GRAND FORKS | ND | 58201-7696 | K36334 | 66.90 | * |
| JAMES R MAKIN JR | PO BOX 98 | | CADDO MILLS | TX | 75135-0098 | K41509 | 66.90 | * |
| JAMES R MANN | 160 W L CAMERON RD | | BATESBURG | SC | 29006-8944 | K48651 | 66.90 | * |
| JAMES R MCMILLAN | 307 E WASHINGTON ST | | GREENCASTLE | IN | 46135-1759 | K55954 | 66.90 | * |
| JAMES R MEEUWSEN | 10890 GRAND RIVER DR SE | | LOWELL | MI | 49331-9587 | K35307 | 66.90 | * |
| JAMES R NORVILLE | 1917 W 138TH ST | | COMPTON | CA | 90222-3127 | V99610 | 66.90 | * |
| JAMES R OSWALT | 5313 N STAR FORT LORAMIE RD | | NEW WESTON | OH | 45348-9766 | K33622 | 66.90 | * |
| JAMES R PADLEY | 300 ARROYO DR | | TEXARKANA | TX | 75503-2304 | K55382 | 66.90 | * |
| JAMES R PARMER | 210 KOSER RD | | LITITZ | PA | 17543-9270 | K30696 | 66.90 | * |
| JAMES R PENDRY | 19125 EDEN LN | | PRUNEDALE | CA | 93907-1425 | K21763 | 66.90 | * |
| JAMES R SANDERS | PO BOX 141 | | PELION | SC | 29123-0141 | K31066 | 66.90 | * |
| JAMES SCHAUBLIN | 918 LINDA DR | | TOLEDO | OH | 43612-3121 | K51271 | 66.90 | * |
| JAMES SMITH | 7317 IRON ROCK RD | | INDIANAPOLIS | IN | 46236-8211 | K38995 | 66.90 | * |
| JAMES R ST JOHN | 1258 WHITEWOOD WAY | | NICEVILLE | FL | 32578-4233 | K62486 | 66.90 | * |
| JAMES R WALSH | 10733 W 62ND PL | | ARVADA | CO | 80004-4824 | K43667 | 66.90 | * |
| JAMES R WESTBROOK | 112 GROVE CT | | LEWISVILLE | TX | 75077-2813 | K26879 | 66.90 | * |
| JAMES R WHERLEY | 2234 COUNTY ROAD 140 | | INTERNATIONAL | MN | 56649-8748 | K18916 | 66.90 | * |
| JAMES RAY [JIM] MCKNIGHT | PO BOX 145 | | LAKE MILTON | OH | 44429-0145 | K51530 | 66.90 | * |
| JAMES RENTNER | 67 SUMMERSET DR | | CLYDE | NC | 28721-8415 | K46922 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JAMES RICHARD ZARLEY | 600 SAINT CROIX ST | | HENDERSON | NV | 89012-7271 | K49854 | 66.90 | * |
| JAMES RINGSTROM | 1440 VALLEDA LN | | ENCINITAS | CA | 92024-2410 | K34163 | 66.90 | * |
| JAMES ROBERT [BOB] STRAIN | 6001 NW 39TH AVE | | GAINESVILLE | FL | 32606-5862 | K49390 | 66.90 | * |
| JAMES ROBERT CUNDIFF | 8600 FERNDALE RD | | LOUISVILLE | KY | 40291-2626 | K36857 | 66.90 | * |
| JAMES ROBESON | 660 HILLCREST AVE | | PACIFIC GROVE | CA | 93950-4817 | K60719 | 66.90 | * |
| JAMES ROCHFORD | 1489 PROSPECT AVE | | ROCKY RIVER | OH | 44116-1930 | K43114 | 66.90 | * |
| JAMES ROMAG | 5 TRAVERSE RD APT 3 | | NEWPORT NEWS | VA | 23606-3512 | K46916 | 66.90 | * |
| JAMES S DUFIEF | 22899 STEELE DR | | TYASKIN | MD | 21865-2060 | K49285 | 66.90 | * |
| JAMES S KONDRAS | 1760 NOLT RD | | MOUNT JOY | PA | 17552-9536 | K41989 | 66.90 | * |
| JAMES S SCIONEAUX | 6237 CARLSON DR | | NEW ORLEANS | LA | 70122-2801 | K54183 | 66.90 | * |
| JAMES S SEIDEL | 700 BOWER RD | | MILTON | PA | 17847-8118 | K15406 | 66.90 | * |
| JAMES S WILSON | 1103 KENSINGTON RD | | MCLEAN | VA | 22101-2919 | K35783 | 66.90 | * |
| JAMES SCHOBY | 805 S MOORE ST | | ALGONA | IA | 50511-3341 | K62159 | 66.90 | * |
| JAMES SCHOENICK | 5031 GRIFFITH AVE | | WISCONSIN RAP | WI | 54494-8078 | K52890 | 66.90 | * |
| JAMES SCHWEIZER | 4001 BRIGGS LN | | PHELPS | WI | 54554-9262 | K51459 | 66.90 | * |
| JAMES SHAFFER | 1922 DEMETRO DR | | HAMPTON | VA | 23663-1012 | K61161 | 66.90 | * |
| JAMES SLATER | 14608 N RIVERVIEW RD | | CHILLICOTHE | IL | 61523-9707 | K48469 | 66.90 | * |
| JAMES SPENCER | 4711 13TH PL NE | | WASHINGTON | DC | 20017-3106 | K61340 | 66.90 | * |
| JAMES STENBERG | 12418 215TH ST | | LAKEWOOD | CA | 90715-2330 | K25165 | 66.90 | * |
| JAMES STEVEN MCCRACKEN | 1022 RIVER RIDGE DR | | AUGUSTA | GA | 30909-2240 | K48830 | 66.90 | * |
| JAMES STEWART | 175 RANCHO VERDE CIR | | ROHNERT PARK | CA | 94928-2028 | K31859 | 66.90 | * |
| JAMES STOIA | 400 ASHTON DR | | LAGUNA BEACH | CA | 92651-4122 | K13777 | 66.90 | * |
| JAMES STONE | 10302 W US HIGHWAY 150 | | BRIMFIELD | IL | 61517-9350 | K44869 | 66.90 | * |
| JAMES STOUT | 2235 W STATE ROAD 44 | | CONNERSVILLE | IN | 47331-7813 | K25534 | 66.90 | * |
| JAMES STREETER | 2486 NE BOBBI PL | | PRINEVILLE | OR | 97754-9089 | K40259 | 66.90 | * |
| JAMES STRICKLER | 1400 W 9TH ST | | MC GREGOR | TX | 76657-1920 | K16870 | 66.90 | * |
| JAMES SUTIKA | 128 FRISCO DR | | HOUGHTON LAKE | MI | 48629-9167 | K60416 | 66.90 | * |
| JAMES SWARTZENDRUBER | 4983 FULLPAIL LN | | WEST BEND | WI | 53095-9162 | K59458 | 66.90 | * |
| JAMES SWEENEY | 116 EYE ST | | SAN RAFAEL | CA | 94901-1757 | K52940 | 66.90 | * |
| JAMES T [JT] SENTILLES SR | 5001 FARMLAND RD | | CHARLOTTE | NC | 28226-5844 | K54294 | 66.90 | * |
| JAMES T BALDWIN | 8 WILSON CIR | | MILTON | PA | 17847-9646 | K25211 | 66.90 | * |
| JAMES T FAGAN | 7715 STONE WHEAT CT | | ALEXANDRIA | VA | 22315-3709 | K33658 | 66.90 | * |
| JAMES T K ABBOTT | 40 GROVE AVE | | HINGHAM | MA | 02043-1244 | K25307 | 66.90 | * |
| JAMES T KRIER | 963 RIDGE GATE DR | | LEWISVILLE | NC | 27023-8690 | K43574 | 66.90 | * |
| JAMES TEVIS | 11303 125TH STREET CT E | | PUYALLUP | WA | 98374-3199 | K58992 | 66.90 | * |
| JAMES THIES | 1208 PECKS WOODS DR | | SAINT PAUL | MN | 55112-8414 | K54979 | 66.90 | * |
| JAMES THOMAS DUFFY | 10439 ROCK COVE LN | | CONVERSE | TX | 78109-2417 | K48135 | 66.90 | * |
| JAMES THOMAS FATE | 82 GLENROCK | | NORWALK | CT | 06850-1380 | K13059 | 66.90 | * |
| JAMES THOMPSON | 815 BEACH BUGGY LN | | LINDEN | MI | 48451-9679 | K56779 | 66.90 | * |
| JAMES THOMSON | 504 THORINGTON CT | | GREER | SC | 29651-6826 | K61766 | 66.90 | * |
| JAMES TIMMER | 2026 TIMON RD | | EVERSON | WA | 98247-9305 | K20168 | 66.90 | * |
| JAMES TOMCZAK | 12720 WILDWOOD DR | | KABETOGAMA | MN | 56669-8077 | K19177 | 66.90 | * |
| JAMES TOMEY | PO BOX 10 | | HONDO | TX | 78861-0010 | K38415 | 66.90 | * |
| JAMES TRIEMSTRA | 1419 FRIENDLY AVE | | PORTAGE | MI | 49002-1647 | K17566 | 66.90 | * |
| JAMES TUXHORN | 2032 OAK ST | | WISCONSIN RAP | WI | 54494-5544 | K48386 | 66.90 | * |
| JAMES V [JIM] BELLAR | 1706 TIMBER RIDGE CIR | | CORINTH | TX | 76210-2812 | K25617 | 66.90 | * |
| JAMES VERNON SIGLER | PO BOX 267 | | YAKUTAT | AK | 99689-0267 | K17436 | 66.90 | * |
| JAMES W [JIM] COOPER | 10109 LAURENT WAY UNIT 103 | | LOUISVILLE | KY | 40272-6318 | K58432 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JAMES W ABERNETHY JR | PO BOX 2333 | | OXFORD | MS | 38655-6000 | K31104 | 66.90 | * |
| JAMES W BANKS | PO BOX 39 | | MARIANNA | AR | 72360-0039 | V99320 | 66.90 | * |
| JAMES W BERGEN | 800 SAINT PAUL ST | | LEWISBURG | PA | 17837-1210 | K17491 | 66.90 | * |
| JAMES W COOPER | 9 SUNSET DR | | RICHMOND | IN | 47374-1952 | K24626 | 66.90 | * |
| JAMES W FACKLER | 3123 PRIDEMORE DR | | CEDAR FALLS | IA | 50613-5224 | K21211 | 66.90 | * |
| JAMES W HARRIS | 47 TSITSI CT | | BREVARD | NC | 28712-9263 | K45896 | 66.90 | * |
| JAMES W HOFFMAN | 17560 NW BAKER CREEK RD | | MCMINNVILLE | OR | 97128-8010 | K18266 | 66.90 | * |
| JAMES W HOWELL MD | 3967 LAKESIDE DR | | ODESSA | TX | 79762-7201 | K42082 | 66.90 | * |
| JAMES W MCELHANEY | 9620 SAN BERNARDINO AVE NE | | ALBUQUERQUE | NM | 87109-6611 | K35959 | 66.90 | * |
| JAMES W MCKEE JR | 1174 MOUNT PLEASANT ST NW | | NORTH CANTON | OH | 44720-5973 | K20312 | 66.90 | * |
| JAMES W MINTER | 430 CHADWYCK DR | | DANVILLE | VA | 24541-3309 | K51846 | 66.90 | * |
| JAMES W OLIVER | 4828 HATTON POINT RD | | PORTSMOUTH | VA | 23703-3912 | K13105 | 66.90 | * |
| JAMES W OWENS | 7203 MONTECITO DR | | DENTON | TX | 76210-3426 | K25614 | 66.90 | * |
| JAMES W PONSETI SR | 432 BROOKMEADE DR | | GRETNA | LA | 70056-7233 | K58014 | 66.90 | * |
| JAMES W RAINEY | 2 OVER VW | | CARLISLE | PA | 17013-8153 | K39275 | 66.90 | * |
| JAMES W REIL | 12 N OLD TURNPIKE RD | | DRUMS | PA | 18222-1915 | K21120 | 66.90 | * |
| JAMES W REINIG | 1251 CHERRY TREE LN | | ANNAPOLIS | MD | 21403-5023 | K20301 | 66.90 | * |
| JAMES W ROESE | 48 HEDGEWOOD RD | | HOWELL | NJ | 07731-2206 | K30099 | 66.90 | * |
| JAMES W SCHUERMAN | 3991 GEORGE RD | | WISCONSIN RAP | WI | 54495-9367 | K49858 | 66.90 | * |
| JAMES W SCHULZE | 808 PIPER AVE | | SUNNYVALE | CA | 94087-1245 | K33713 | 66.90 | * |
| JAMES W STEFFES | 26126 MANTLE DR | | SUN CITY | CA | 92585-8931 | K20870 | 66.90 | * |
| JAMES W STRELL | 459 CLEAR CREEK LN | | COPPELL | TX | 75019-3310 | K54311 | 66.90 | * |
| JAMES WAGNER | 2316 W CHATEAU DR | | MERIDIAN | ID | 83646-3804 | K29751 | 66.90 | * |
| JAMES WALKER | 112 LAURA AVE | | OLD HICKORY | TN | 37138-2322 | K36188 | 66.90 | * |
| JAMES WEINMAN | 8 S HOLLOW DR | | BALLSTON LAKE | NY | 12019-1306 | K21466 | 66.90 | * |
| JAMES WHALEN III | 507 WASHINGTON BLVD | | BROWNS MILLS | NJ | 08015-5434 | K47996 | 66.90 | * |
| JAMES WILLIAM ROSS SR | 2219 KINGS MOUNTAIN DR | | DALZELL | SC | 29040-9739 | K31065 | 66.90 | * |
| JAMES WILLIAM SMITH | 3202 HICKORY CREEK DR | | NEW LENOX | IL | 60451-9506 | K50052 | 66.90 | * |
| JAMES WINNER | 8000 SELPH RD | | HILLSBORO | OH | 45133-7936 | K32486 | 66.90 | * |
| JAMES WITTE | 1801 DIANE CIR | | PHOENIXVILLE | PA | 19460-1821 | K37282 | 66.90 | * |
| JAMES WOLFF | 577 LA JARDIN | | EDGEWATER | FL | 32141-7608 | K39907 | 66.90 | * |
| JAMES YOUNGFLESH | 221 SANDY LN | | MARKSVILLE | LA | 71351-4331 | K25900 | 66.90 | * |
| JAMIE B FITZGERALD | 4717 W 6TH ST | | GREELEY | CO | 80634-1231 | K30932 | 66.90 | * |
| JAMIE BAKER | 75 8TH AVE APT 4 | | BROOKLYN | NY | 11215-1511 | K38899 | 66.90 | * |
| JAMIE BEVINS | 8547 W NEWBURG RD | | CARLETON | MI | 48117-9489 | K11627 | 66.90 | * |
| JAMIE COUNTER | 2906 OLD SOUTH DR | | JONESBORO | GA | 30236-2825 | K60463 | 66.90 | * |
| JAMIE DEROY | 180 W 58TH ST APT 10D | | NEW YORK | NY | 10019-2145 | K46840 | 66.90 | * |
| JAMIE EMERICK-DOEZEMA | 2615 GARDEN DR S APT 205 | | LAKE WORTH | FL | 33461-6259 | K42683 | 66.90 | * |
| JAMIE ROFFREDO | 18105 ANDREA CIR N UNIT 5 | | NORTHRIDGE | CA | 91325-1120 | K48307 | 66.90 | * |
| JAMISUE BOGGESS | 1316 LAUREL AVE | | VENICE | FL | 34285-7923 | K51000 | 66.90 | * |
| JAN A VOGELSONG SR | 1820 GAAR RD | | RICHMOND | IN | 47374-1702 | K27363 | 66.90 | * |
| JAN BAYLESS | PO BOX 7391 | | SALEM | OR | 97303-0105 | K35664 | 66.90 | * |
| JAN BRASHEARS | 407 JUNIPER MILL TRCE | | CANTON | GA | 30114-9601 | K42591 | 66.90 | * |
| JAN CAMP | 469 HOLLYWOOD DR | | SALINE | MI | 48176-1111 | V99511 | 66.90 | * |
| JAN COOKE | 2216 WIRTH PL | | NEW ORLEANS | LA | 70115-6566 | K25030 | 66.90 | * |
| JAN DECKER-SCHWEITZER | 2103 W SHEFFIELD DR | | MUNCIE | IN | 47304-1258 | K33371 | 66.90 | * |
| JAN DOSS | 1005 N 21ST ST | | LAMESA | TX | 79331-2419 | K45648 | 66.90 | * |
| JAN FOX SCOTT | 3949 ELYSIAN FIELDS AVE | | NEW ORLEANS | LA | 70122-3841 | K53822 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JAN FRANCK | W26759 SATHER RD | | ELEVA | WI | 54738-9393 | K59850 | 66.90 | * |
| JAN KLOPFENSTEIN | 600 S ARROYO BLVD | | PASADENA | CA | 91105-2404 | K57343 | 66.90 | * |
| JAN L BURTON | 555 RIVERFRONT PLZ APT 304 | | OMAHA | NE | 68102-4234 | K60327 | 66.90 | * |
| JAN M SMITH | 716 DAKOTA LN | | CANON CITY | CO | 81212-9264 | K27748 | 66.90 | * |
| JAN MCCARTHY | 2871 N 91ST ST | | MILWAUKEE | WI | 53222-4616 | K50477 | 66.90 | * |
| JAN MCDONNELL | 960 FELL ST UNIT 512 | | BALTIMORE | MD | 21231-3552 | K18804 | 66.90 | * |
| JAN MONTGOMERY | 4216 SKYWOOD DR | | FORT SMITH | AR | 72904-6336 | K35109 | 66.90 | * |
| JAN MUNSON | 2972 EDGESTONE DR | | HUDSONVILLE | MI | 49426-8773 | K12366 | 66.90 | * |
| JAN OSBORNE | 4096 BENKERT DR | | SHARONVILLE | OH | 45241-2690 | K57671 | 66.90 | * |
| JAN POGUE | 4303 MONUMENT PARK | | RICHMOND | VA | 23230-3850 | K35459 | 66.90 | * |
| JAN S HIRSCHFIELD MD | 3089 BRAELOCH CIR E | | CLEARWATER | FL | 33761-2747 | K43686 | 66.90 | * |
| JAN VONFLATERN | 1737 1/2 CORCORAN ST NW | | WASHINGTON | DC | 20009-7228 | K11318 | 66.90 | * |
| JAN YANDELL | 26370 EDGECLIFF DR | | EUCLID | OH | 44132-1213 | K44932 | 66.90 | * |
| JAN YELK | 1370 CLEARVIEW DR | | DENVER | PA | 17517-8819 | K60081 | 66.90 | * |
| JAN YOUNG | 50 ANTELOPE CIR | | SAUNDERSTOWN | RI | 02874-1964 | K41649 | 66.90 | * |
| JANA L NELMS | 2914 HOLLINWELL DR | | KATY | TX | 77450-5958 | K32712 | 66.90 | * |
| JANE A CALDWELL | 503 RAYMOND ST | | MILTON | PA | 17847-2452 | K20070 | 66.90 | * |
| JANE A MAX | | | | | | K30759 | 66.90 | * |
| JANE A PEDERSON | 4250 BROWN COLLEGE LN | | WASHINGTON | TX | 77880-6363 | K40270 | 66.90 | * |
| JANE A ROEDER | 453 E 14TH ST APT 12F | | NEW YORK | NY | 10009-2830 | K42403 | 66.90 | * |
| JANE AGNE | 196 CATALPA DR | | VERSAILLES | OH | 45380-9406 | K33164 | 66.90 | * |
| JANE ANN BROCKWAY | 104 GREENCROFT DR | | CHAMPAIGN | IL | 61821-5111 | K49392 | 66.90 | * |
| JANE ANN EVANOVICH | 320 W 2ND ST | | WASHINGTON | IA | 52353-1927 | K57254 | 66.90 | * |
| JANE ANNE ANTONE | 22110 BOULDER AVE | | EASTPOINTE | MI | 48021-2379 | K57211 | 66.90 | * |
| JANE B HYER | PO BOX 2202 | | DUXBURY | MA | 02331-2202 | K36513 | 66.90 | * |
| JANE B RUSSELL | 52 SANBORN ST APT 202 | | READING | MA | 01867-2948 | K62188 | 66.90 | * |
| JANE BANKS | 9610 E CLUBHOUSE CT | | WICHITA | KS | 67226-3656 | K32349 | 66.90 | * |
| JANE BARNES | 154 HERITAGE RD | | WILLISTON | SC | 29853-4906 | K20469 | 66.90 | * |
| JANE BARNES | 154 HERITAGE RD | | WILLISTON | SC | 29853-4906 | K31071 | 66.90 | * |
| JANE BARTON | 222 REED AVE | | VERSAILLES | OH | 45380-1116 | K33620 | 66.90 | * |
| JANE BASSETT | 8045 PELHAM RD | | ALLEN PARK | MI | 48101-2244 | K58578 | 66.90 | * |
| JANE BENSON | 39592 N 3990 RD | | RAMONA | OK | 74061-2601 | K35910 | 66.90 | * |
| JANE BERGFELD | 905 CHEROKEE ST | | KENTON | TN | 38233-1404 | K34199 | 66.90 | * |
| JANE BLAIR | 1715 BRIDGEPORT LN | | SPIRIT LAKE | IA | 51360-7669 | K57256 | 66.90 | * |
| JANE BORSTAD | 520 W VASA AVE | | FERGUS FALLS | MN | 56537-2622 | K32177 | 66.90 | * |
| JANE BRADLEY | 6390 DREXEL RD | | PHILADELPHIA | PA | 19151-2510 | K49832 | 66.90 | * |
| JANE BRANDENBURG | 120 SYCAMORE DR | | RICHMOND | IN | 47374-2638 | K28476 | 66.90 | * |
| JANE BRANDHORST | 3346 YONGE AVE | | SARASOTA | FL | 34235-2293 | K33607 | 66.90 | * |
| JANE BRIESE | 14606 MORRISON ST | | SHERMAN OAKS | CA | 91403-1649 | K49963 | 66.90 | * |
| JANE BROWN | 21251 C38 | | MERRILL | IA | 51038-8636 | K53157 | 66.90 | * |
| JANE BRYCE | 454 FARMSTEAD LN | | LANSING | MI | 48917-3019 | K57884 | 66.90 | * |
| JANE BULEN | 21861 HIGHWAY FF | | STOVER | MO | 65078-1335 | K24544 | 66.90 | * |
| JANE C [JAN] PACKER | 3440 NE 13TH TER | | POMPANO BEACH | FL | 33064-6217 | K44889 | 66.90 | * |
| JANE C BEITT | 9415 ASPEN GROVE LN | | INDIANAPOLIS | IN | 46250-1325 | K24584 | 66.90 | * |
| JANE C ROONEY | 55 MELROSE AVE | | ALBANY | NY | 12203-1911 | K19909 | 66.90 | * |
| JANE CARROLL | PO BOX 2036 | | ROLLA | MO | 65402-2036 | K38016 | 66.90 | * |
| JANE CASSIDY | 460 GEORGE PL | | WYCKOFF | NJ | 07481-1820 | K36938 | 66.90 | * |
| JANE CLINE | 124 IRVINGTON PL | | TRENTON | NJ | 08610-3911 | K47108 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| JANE DENISE LEON | 1774 MILLERS BOTTOM RD | | NEW COLUMBIA | PA | 17856-9461 | K15772 | 66.90 | * |
| JANE E BARRETT | 1305 CLINTON AVE SE | | NORTH CANTON | OH | 44720-3715 | K61293 | 66.90 | * |
| JANE E FRAZIER | 5001 ALTHEA DR | | ANNANDALE | VA | 22003-4143 | K55151 | 66.90 | * |
| JANE E MCSHANE | 3321 BLUFF AVE SE | | SALEM | OR | 97302-3380 | K30426 | 66.90 | * |
| JANE E OSTRENGA | 1603 W GREEN TREE RD | | GLENDALE | WI | 53209-2901 | K40601 | 66.90 | * |
| JANE E ROTH | 100 LONG AVE | | BELMONT | MA | 02478-2964 | K45847 | 66.90 | * |
| JANE EASA | 314 ROOSEVELT WAY | | WESTBURY | NY | 11590-6691 | K37569 | 66.90 | * |
| JANE ELSE | 1260 JASPER AVE | | HOLSTEIN | IA | 51025-8142 | K15155 | 66.90 | * |
| JANE FENNELLY | 15356 W PASADENA DR | | SURPRISE | AZ | 85374-8539 | K41926 | 66.90 | * |
| JANE GENTRY | 6109 TIDEWATER CT | | PROSPECT | KY | 40059-9337 | K30596 | 66.90 | * |
| JANE GIDZINSKI | 45 VINCENTOWN PEMBERTON RD | | PEMBERTON | NJ | 08068-1751 | K47376 | 66.90 | * |
| JANE GOOD | 240 PINE VIEW DR | | DENVER | PA | 17517-9430 | K57432 | 66.90 | * |
| JANE GORG | 206 SAINT JAMES WAY | | NAPLES | FL | 34104-6714 | K38249 | 66.90 | * |
| JANE GRAY | 1131 NORTHSIDE RD | | ELIZABETH CIT | NC | 27909-8525 | K25770 | 66.90 | * |
| JANE H CROUSE-MILEO | 5 DUKOFF DR | | HAMILTON SQUA | NJ | 08690-2278 | K44845 | 66.90 | * |
| JANE HALSTEAD | PO BOX 515 | | MARSHFIELD | MO | 65706-0515 | K57705 | 66.90 | * |
| JANE HAMMANN | 201 CUTHBERT BLVD APT 42 | | HADDON TOWNSH | NJ | 08107-1078 | K44999 | 66.90 | * |
| JANE HANSEN | 501 OAK LEAF DR | | GREENCASTLE | IN | 46135-7208 | K46748 | 66.90 | * |
| JANE HARBERT | 1602 E ROBERTSON AVE | | COPPERAS COVE | TX | 76522-3175 | K25313 | 66.90 | * |
| JANE HARLAN | 4015 S LIPSCOMB ST | | AMARILLO | TX | 79110-1218 | K30846 | 66.90 | * |
| JANE HEIL MD | 305 BARBERRY CT | | MARS | PA | 16046-7129 | K41738 | 66.90 | * |
| JANE HENRY | PO BOX 877 | | JACKSONVILLE | OR | 97530-0877 | K33111 | 66.90 | * |
| JANE HESS | 6205 MILDRED AVE | | EDINA | MN | 55436-2606 | K23659 | 66.90 | * |
| JANE HOFF | 825 N CORTLAND AVE | | WEST PEORIA | IL | 61604-4940 | K45692 | 66.90 | * |
| JANE HOOVER | 208 FORREST DR | | NATCHEZ | MS | 39120-5102 | K62924 | 66.90 | * |
| JANE HOUGH | 211 WATERFORD WAY | | MONTGOMERY | TX | 77356-8335 | K48487 | 66.90 | * |
| JANE HURLEY | 2092 S COUNTY ROAD 500 W | | GREENCASTLE | IN | 46135-8271 | K44734 | 66.90 | * |
| JANE JOHNSON | 1123 TALISMAN RD | | MOUNT PLEASAN | SC | 29464-3706 | K21207 | 66.90 | * |
| JANE JOHNSON | 2151 WHISTLERS PARK RD | | ROSEBURG | OR | 97470-7977 | K53124 | 66.90 | * |
| JANE JUNK CARPENTER | 305 S VAL VISTA DR LOT 284 | | MESA | AZ | 85204-1943 | K47059 | 66.90 | * |
| JANE KALIANOV | 2263 S HOYT CT | | LAKEWOOD | CO | 80227-2215 | K56775 | 66.90 | * |
| JANE KIRK | 7442 PINERIDGE WAY | | CASTLE PINES | CO | 80108-4603 | K29047 | 66.90 | * |
| JANE KIRSTEN | PO BOX 25932 | | TAMPA | FL | 33622-5932 | K47448 | 66.90 | * |
| JANE L DRAKE | 4100 S A ST APT 309 | | RICHMOND | IN | 47374-6062 | K23919 | 66.90 | * |
| JANE LEHRACH | 135 W 58TH ST APT 2B | | NEW YORK | NY | 10019-1554 | K37452 | 66.90 | * |
| JANE LEMKE | 716 S 9TH ST | | LEAVENWORTH | KS | 66048-2406 | K33538 | 66.90 | * |
| JANE LIESVELD | 50 VIENNAWOOD DR | | ROCHESTER | NY | 14618-4463 | K14962 | 66.90 | * |
| JANE LOEROP | 236 W VAN BUREN ST | | ELMHURST | IL | 60126-4939 | K16814 | 66.90 | * |
| JANE M [JINNY] GARVEY | 326 COURTLEIGH ST | | WICHITA | KS | 67218-1714 | K37744 | 66.90 | * |
| JANE M ZWIG | 750 PARK AVE NE APT 10W | | ATLANTA | GA | 30326-3276 | K34441 | 66.90 | * |
| JANE MALME | 207 LINDEN PONDS WAY UNIT 33 | | HINGHAM | MA | 02043-8710 | K53579 | 66.90 | * |
| JANE MCHUGH | 800 COLLEGE PKWY APT 219 | | LEWISVILLE | TX | 75077-3522 | K51739 | 66.90 | * |
| JANE MEDLEY | 23 HIGHVIEW CIR | | DENTON | TX | 76205-8523 | K25207 | 66.90 | * |
| JANE MERRICK | 707 N 23RD ST | | LAMESA | TX | 79331-2206 | K43442 | 66.90 | * |
| JANE MICHAUD | 6701 FAIRVIEW ST | | FORT MYERS | FL | 33966-1132 | K22489 | 66.90 | * |
| JANE MINSHEW | 722 HELMS WAY | | CONWAY | SC | 29526-9053 | K32354 | 66.90 | * |
| JANE MOFFET | 301 OXBRIDGE CT | | PITTSBURGH | PA | 15238-1533 | K61042 | 66.90 | * |
| JANE MOLES | 110 N 5TH AVE W APT 314 | | NEWTON | IA | 50208-3189 | K57447 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JANE MORGAN | 385 ROLLING CT | | CHAMBERSBURG | PA | 17202-4483 | K61367 | 66.90 | * |
| JANE MOSHER | 3718 YALE AVE | | LIMA | OH | 45804-5515 | K53258 | 66.90 | * |
| JANE NEWLAND | 2261 CARAMBOLA LN | | SAINT JAMES C | FL | 33956-2018 | K53054 | 66.90 | * |
| JANE OBRINGER | 407 S MARKET ST | | COLDWATER | OH | 45828-1846 | K38886 | 66.90 | * |
| JANE O'NEIL | 2512 YOUNGS DR | | COLUMBUS | OH | 43231-2914 | K57497 | 66.90 | * |
| JANE OPPENHEIMER | 5180 SABAL GARDENS LN APT 3 | | BOCA RATON | FL | 33487-4818 | K23171 | 66.90 | * |
| JANE ORR | 55 JUNIPER AVE APT 213 | | EATON | CO | 80615-8706 | K24031 | 66.90 | * |
| JANE OWEN | 8207 TORREY PINES CT | | LOUISVILLE | KY | 40291-5040 | K34090 | 66.90 | * |
| JANE PALLOTTO | 1300 PENNSYLVANIA AVE APT M3 | | ORELAND | PA | 19075-1414 | K49239 | 66.90 | * |
| JANE PARK | 305 WHEATFIELD CIR APT 134 | | BRENTWOOD | TN | 37027-4475 | K42959 | 66.90 | * |
| JANE PETERSON | 325 RUGBY AVE | | TERRACE PARK | OH | 45174-1156 | K38688 | 66.90 | * |
| JANE POND | 315 NEW ST APT 621 | | PHILADELPHIA | PA | 19106-1138 | K37640 | 66.90 | * |
| JANE PYBAS | 91 OLIVERS CHAPEL RD | | BRADFORD | TN | 38316-8767 | K38614 | 66.90 | * |
| JANE R UNDERHILL | 7628 HOLMES RUN DR | | FALLS CHURCH | VA | 22042-3317 | K54618 | 66.90 | * |
| JANE RAPSON | 917 JASPER ST | | JOLIET | IL | 60436-2017 | K51401 | 66.90 | * |
| JANE REEVES | 2726 W CRESTON ST | | PEORIA | IL | 61604-2102 | K46321 | 66.90 | * |
| JANE ROBY | 229 WABASH ST | | PLAINFIELD | IN | 46168-1557 | K45913 | 66.90 | * |
| JANE ROOSEBOOM | 1940 PARTRIDGE LN | | KALAMAZOO | MI | 49009-3007 | K16892 | 66.90 | * |
| JANE ROSS | 3816 CLOVERLAWN DR | | GRANTS PASS | OR | 97527-8947 | K33983 | 66.90 | * |
| JANE RUBARTH | 15704 STAMFORD ST | | LIVONIA | MI | 48154-2837 | K58481 | 66.90 | * |
| JANE SCOTT | 3516 DAY AVE | | LOOMIS | CA | 95650-8802 | K13997 | 66.90 | * |
| JANE SILVER | 2127 CALIFORNIA ST NW APT 40 | | WASHINGTON | DC | 20008-1813 | K55103 | 66.90 | * |
| JANE SPRECHER | 10 LISA CT | | DOBBS FERRY | NY | 10522-2512 | K58131 | 66.90 | * |
| JANE STEWARD | 2711 BURLINGHAM DR | | ASHTABULA | OH | 44004-2339 | K25070 | 66.90 | * |
| JANE STREVILS | 20512 W US HIGHWAY 150 | | BRIMFIELD | IL | 61517-9209 | K46728 | 66.90 | * |
| JANE SUBECK-GOODMAN | 443 PEBBLE BEACH PL | | FULLERTON | CA | 92835-2702 | K36912 | 66.90 | * |
| JANE TABONE YERKES | 23 VINCENTOWN PEMBERTON RD | | PEMBERTON | NJ | 08068-1751 | K47027 | 66.90 | * |
| JANE TIERNEY | 35 ADAMS WAY | | SAYVILLE | NY | 11782-1957 | K23974 | 66.90 | * |
| JANE WAKE | 4283 PARISH TRCE | | MARIETTA | GA | 30066-2384 | K33634 | 66.90 | * |
| JANE WALSH | 4154 COVENTRY CT | | SOUTHPORT | NC | 28461-8429 | K33283 | 66.90 | * |
| JANE WELCH | 4800 104TH LN NE | | CIRCLE PINES | MN | 55014-1524 | K23889 | 66.90 | * |
| JANE WIDMAN | 30914 KILGOUR DR | | WESTLAKE | OH | 44145-6836 | K49301 | 66.90 | * |
| JANE WILLIAMS | 6604 EASTGATE DR | | FORT SMITH | AR | 72903-4085 | K29597 | 66.90 | * |
| JANE WISHOWSKI | 635 E MACKINAC AVE | | OAK CREEK | WI | 53154-2136 | K56046 | 66.90 | * |
| JANE WRIGHT | 12877 STATE ROUTE 12 | | COLUMBUS GROV | OH | 45830-9289 | K45109 | 66.90 | * |
| JANEY Y FONG | 50 BLACK BURNIAN RD | | WESTON | MA | 02493-1321 | K15251 | 66.90 | * |
| JANE ZILKA | 400 HERITAGE CT | | WAITE PARK | MN | 56387-4514 | K24555 | 66.90 | * |
| JANE ZWIENER | 4914 E COURT ST | | IOWA CITY | IA | 52245-9401 | K56621 | 66.90 | * |
| JANEAN [BEANER] JOHNSON | 713 16TH AVE NW | | MANDAN | ND | 58554-2341 | K36118 | 66.90 | * |
| JANEL KAISER | 14531 KELLYWOOD LN | | HOUSTON | TX | 77079-6516 | K27464 | 66.90 | * |
| JANELL BUSHONG | 2407 N PROSPECT RD | | PEORIA | IL | 61603-2136 | K50827 | 66.90 | * |
| JANELLE [JAN] HULSEY | 2601 DOUGLAS DR | | AMARILLO | TX | 79110-3226 | K29441 | 66.90 | * |
| JANELLE LATHROP | 7259 RIVERWIND WAY | | SACRAMENTO | CA | 95831-3247 | K40235 | 66.90 | * |
| JANELLE NASH | 6225 OAK HILLS PLZ | | OMAHA | NE | 68137-4401 | K54614 | 66.90 | * |
| JANERUTH DELATHOUWER | 459 MALDEN ST | | REVERE | MA | 02151-1824 | K12730 | 66.90 | * |
| JANET [JAN] WILDE | 2509 FM 963 | | BURNET | TX | 78611-6119 | K13709 | 66.90 | * |
| JANET [JEGIE] HERR | 102 SAINT MARK AVE | | LITITZ | PA | 17543-2223 | K31322 | 66.90 | * |
| JANET A BERGER | 125 E LINCOLN DR | | GREENVILLE | OH | 45331-2339 | K36462 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JANET A TRIMBLE | 624 S 19TH ST | | RICHMOND | IN | 47374-6504 | K26792 | 66.90 | * |
| JANET ALBERTSON | 1802 OATMAN ST | | LLANO | TX | 78643-3012 | K52317 | 66.90 | * |
| JANET ALGERI | 226 DENNIS ST | | ELIZABETH | PA | 15037-2510 | K60566 | 66.90 | * |
| JANET ALLEN | 620 SUGARBERRY RD | | CHAPEL HILL | NC | 27514-5941 | K41459 | 66.90 | * |
| JANET BARR PHD | PO BOX 655 | | WESTHAMPTON | NY | 11977-0655 | K39164 | 66.90 | * |
| JANET BARTHOLOMEW | 7756 FIR RD | | REEDS | MO | 64859-9781 | K21333 | 66.90 | * |
| JANET BATCHELDER | 301 LINDEN PONDS WAY UNIT 40 | | HINGHAM | MA | 02043-3736 | K56136 | 66.90 | * |
| JANET BECKETT | 30 BROOKSIDE WAY APT 6 | | WEST SAND LAK | NY | 12196-9615 | K46310 | 66.90 | * |
| JANET BENSON | 42221 CAMINO ROMO | | TEMECULA | CA | 92592-3537 | K28993 | 66.90 | * |
| JANET BENTLEY | 24 LLANGOLLEN LN | | NEWTOWN SQUAR | PA | 19073-3136 | K28202 | 66.90 | * |
| JANET BENTZINGER | 13304 COUNTRY TRL | | VANCLEAVE | MS | 39565-7361 | K16123 | 66.90 | * |
| JANET BESANCENEY | 1319 GREENVILLE WAY | | THE VILLAGES | FL | 32162-7749 | K62195 | 66.90 | * |
| JANET BETTLER | 336 LONGFELLOW CT | | GREENFIELD | IN | 46140-3136 | K27797 | 66.90 | * |
| JANET BISKOBING | 118 W BARRETT ST | | GLENBEULAH | WI | 53023-1170 | K49170 | 66.90 | * |
| JANET BLAHO | 12921 REDSTONE DR APT 347 | | IRWIN | PA | 15642-7233 | K62359 | 66.90 | * |
| JANET BODMAN | 13 KINGWOOD VILLAS CT | | KINGWOOD | TX | 77339-3652 | K49244 | 66.90 | * |
| JANET BRANNON | 20 LORRY DR | | ELIZABETH | PA | 15037-2909 | K61140 | 66.90 | * |
| JANET BREEDLOVE | 911 COREY LN | | PLAINFIELD | IN | 46168-2386 | K23756 | 66.90 | * |
| JANET BROWN | 19510 W WEST SHORE DR | | MUNDELEIN | IL | 60060-3449 | K56526 | 66.90 | * |
| JANET BUNGE | 5296 WALSH RD | | LEWISTON | MI | 49756-8701 | K44276 | 66.90 | * |
| JANET BURHITE | 389 96TH LN NE | | BLAINE | MN | 55434-1369 | K19790 | 66.90 | * |
| JANET BURKE | 330 E LONGVIEW AVE | | COLUMBUS | OH | 43202-1255 | K45649 | 66.90 | * |
| JANET C ZICH | 905 KARIN DR | | NORMAL | IL | 61761-3145 | K52557 | 66.90 | * |
| JANET CAPOLARELLO | 14570 KENMONT DR | | MIDLOTHIAN | VA | 23113-6048 | K42153 | 66.90 | * |
| JANET CECELIA WHITE | 941 S ATLANTIC AVE | | LIMA | OH | 45804-1111 | K45713 | 66.90 | * |
| JANET CHRISTIAN | 4505 DEER CREEK CT | | YUKON | OK | 73099-3102 | K62769 | 66.90 | * |
| JANET CONNELL | 6659 TAPLEY ST | | SIMI VALLEY | CA | 93063-3936 | K44585 | 66.90 | * |
| JANET CONNOLLY | 28360 DEL LAGO WAY | | BONITA SPRING | FL | 34135-2805 | K47102 | 66.90 | * |
| JANET COOK | PO BOX 55805 | | NORTH POLE | AK | 99705-0805 | K48279 | 66.90 | * |
| JANET CRANDELL | 105 NEWTON DR | | NEWTON FALLS | OH | 44444-1911 | K17288 | 66.90 | * |
| JANET CUBERO | 7163 WINTERY LOOP | | COLORADO SPRI | CO | 80919-1218 | K62311 | 66.90 | * |
| JANET D MORGAN | 14 COUNTRY LN | | CLEVELAND | OH | 44124-4700 | K38946 | 66.90 | * |
| JANET D RUMP | PO BOX 254 | | WATSONTOWN | PA | 17777-0254 | K15038 | 66.90 | * |
| JANET DEVIZIO | 17 MOUNTAIN LAUREL CT | | CROMWELL | CT | 06416-1731 | K26545 | 66.90 | * |
| JANET DINGERDISSEN | 1001 WHITEGATE RD | | WAYNE | PA | 19087-2182 | K55454 | 66.90 | * |
| JANET DUNCAN | 4308 FAIRLANE DR NE | | CEDAR RAPIDS | IA | 52402-2303 | K56645 | 66.90 | * |
| JANET EDMONDS | 1536 48TH ST NE | | CEDAR RAPIDS | IA | 52402-2430 | K57149 | 66.90 | * |
| JANET ELSTRO | 841 W MAIN ST | | RICHMOND | IN | 47374-4075 | K30466 | 66.90 | * |
| JANET EWALD | 3222 COUNTY ROAD 108 | | INTERNATIONAL | MN | 56649-8906 | K26494 | 66.90 | * |
| JANET GARFIELD | 2325 MAELEE DR | | VISTA | CA | 92084-2509 | K29582 | 66.90 | * |
| JANET GARMAN | 210 WILLOW LN | | ELK GROVE VIL | IL | 60007-1744 | K46131 | 66.90 | * |
| JANET GILPIN | 3500 HUON DR | | LOUISVILLE | KY | 40218-2130 | K42934 | 66.90 | * |
| JANET GLOVER | 5514 TAWNEY AVE | | AMARILLO | TX | 79106-4808 | K28693 | 66.90 | * |
| JANET GLOVER | 2814 WOODLAND PARK DR NE | | ATLANTA | GA | 30345-4036 | K33453 | 66.90 | * |
| JANET GRANT | 49 CLOVER FIELD DR | | LOUDONVILLE | NY | 12211-1928 | K46744 | 66.90 | * |
| JANET GREENE | 113 GIBSON WELLS BRAZIL RD | | HUMBOLDT | TN | 38343-5007 | K32108 | 66.90 | * |
| JANET HALL | 2021 LEE ST | | MESQUITE | TX | 75149-2138 | K18210 | 66.90 | * |
| JANET HAMER | 2326 CAROLYN LN | | ATCO | NJ | 08004-1624 | K20436 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 232 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JANET HAMMOND | 5 EARL DAVIS RD | | OAK HILL | OH | 45656-9640 | K56807 | 66.90 | * |
| JANET HANSAKER | 830 STAGECOACH DR | | LAS CRUCES | NM | 88011-8075 | K45946 | 66.90 | * |
| JANET HAPPS | 1244 PALOMINO RD | | GILLETTE | WY | 82716-1760 | K16390 | 66.90 | * |
| JANET HAWKINS | 88 MALLARD LN | | GREENPORT | NY | 11944-3106 | K52545 | 66.90 | * |
| JANET HELMER | 1008 JACKSON ST | | GREENVILLE | OH | 45331-1168 | K33624 | 66.90 | * |
| JANET HERRMANN | 981 BRECKENRIDGE DR | | RICHMOND | IN | 47374-7113 | K25577 | 66.90 | * |
| JANET HODGE | 4520 PAWNEE CIR | | ROCKFORD | IL | 61101-6010 | K45869 | 66.90 | * |
| JANET HOFMASTER | 1461 LINMAR DR NE | | CEDAR RAPIDS | IA | 52402-3724 | K57151 | 66.90 | * |
| JANET HOLMES | 201 DOROTHY ST | | ENDICOTT | NY | 13760-1305 | K48531 | 66.90 | * |
| JANET HOWARD | 528 N PINES RD APT L9 | | SPOKANE VALLE | WA | 99206-5163 | K28608 | 66.90 | * |
| JANET HOWELL | 1408 PLAYFORD LN | | GRANTS PASS | OR | 97527-5242 | K38187 | 66.90 | * |
| JANET HUNNELL | 3090 RIVERVIEW LN | | BENTON HARBOR | MI | 49022-2479 | K53874 | 66.90 | * |
| JANET HYNGSTROM | 170 NW 70TH ST APT 202 | | BOCA RATON | FL | 33487-2380 | K60041 | 66.90 | * |
| JANET J NIXON | 45 HOBSON ST | | PORTSMOUTH | VA | 23704-6106 | K12561 | 66.90 | * |
| JANET JADRON | 305 TABLE ST | | LOCKPORT | IL | 60441-2656 | K53792 | 66.90 | * |
| JANET JORDAN | 132 LAKE HARBOR DR | | LEXINGTON | SC | 29072-9583 | K33837 | 66.90 | * |
| JANET K FAIRBAIRN | 152 W HARBOR DR | | LAKE ZURICH | IL | 60047-2903 | K60272 | 66.90 | * |
| JANET K FARMAN | 7911 SANBORN RD | | ASHTABULA | OH | 44004-9563 | K16613 | 66.90 | * |
| JANET K VITTORIO | 9261 INDIGO ISLE CT APT 101 | | BONITA SPRING | FL | 34135-8476 | K61700 | 66.90 | * |
| JANET KEATING | 34 DEHART ST | | MORRISTOWN | NJ | 07960-5210 | K13280 | 66.90 | * |
| JANET KELLEY | 12328 US HIGHWAY 36 | | MARYSVILLE | OH | 43040-9412 | K45805 | 66.90 | * |
| JANET KERN | 2975 GREENWOOD RD | | YORK | PA | 17408-1417 | K15947 | 66.90 | * |
| JANET KEYES | 506 E WINOKA CV | | COLLIERVILLE | TN | 38017-3593 | K19443 | 66.90 | * |
| JANET KLAGHOLZ | 479 CLIFTON CT | | MARCO ISLAND | FL | 34145-1903 | K40914 | 66.90 | * |
| JANET KOSTECK | 2512 HOLLENDALE DR | | NEW HAVEN | IN | 46774-1012 | K39416 | 66.90 | * |
| JANET KRICK | 456 W TIFFIN ST | | FOSTORIA | OH | 44830-1740 | K47276 | 66.90 | * |
| JANET KURTZ | 7848 BLACKBERRY AVE | | SAINT LOUIS | MO | 63130-2708 | K38175 | 66.90 | * |
| JANET L BERRY | 437 N LUNA CT | | HOLLYWOOD | FL | 33021-6804 | K37442 | 66.90 | * |
| JANET L BREESE | 1812 JACKSONS CREEK DR | | MARIETTA | GA | 30068-1506 | K45677 | 66.90 | * |
| JANET L BROWN | 1503 SOUTHLAWN DR | | DES MOINES | IA | 50315-4972 | K21655 | 66.90 | * |
| JANET L JACKOWSKI | 1801 CRAIG DR | | IRWIN | PA | 15642-1796 | K62278 | 66.90 | * |
| JANET L KINSLEY | 1800 MARIPOSA WAY | | BRENTWOOD | CA | 94513-6422 | K32189 | 66.90 | * |
| JANET L KLODOWSKI | 113 DOGWOOD TERRACE LN | | CLEMSON | SC | 29631-2061 | K34673 | 66.90 | * |
| JANET L MAGNER | 520 W FAIRMOUNT AVE | | STATE COLLEGE | PA | 16801-4614 | K27039 | 66.90 | * |
| JANET L MCNULTY | 2105 E PARK ST | | ARLINGTON HEI | IL | 60004-6917 | K60576 | 66.90 | * |
| JANET L OMER | 520 W WRIGHTWOOD AVE | | CHICAGO | IL | 60614-1978 | K59504 | 66.90 | * |
| JANET L QUINTER | 990 W OCOTILLO RD APT 1035 | | CHANDLER | AZ | 85248-5710 | K30869 | 66.90 | * |
| JANET LARCH | 6975 MILHOUSE RD | | INDIANAPOLIS | IN | 46221-4426 | K47473 | 66.90 | * |
| JANET LEE | 1001 GREEN ST | | MILTON | PA | 17847-2111 | K16696 | 66.90 | * |
| JANET LEVENITE | 417 CHARLES ST | | COATESVILLE | PA | 19320-2910 | K43437 | 66.90 | * |
| JANET LOKAY | 11 STANLEY AVE | | HASTINGS ON H | NY | 10706-3601 | K48521 | 66.90 | * |
| JANET LOU SYMONDS | 10840 SE 204TH ST APT D2 | | KENT | WA | 98031-1574 | K44100 | 66.90 | * |
| JANET LUMPA | 610 W ORANGE ST | | WEST BRANCH | IA | 52358-9714 | K56793 | 66.90 | * |
| JANET M ASHCRAFT | 301 E HALL ACRES RD TRLR 119 | | PHARR | TX | 78577-5139 | K19540 | 66.90 | * |
| JANET M CATALANO-CAMPBELL | 19309 CRYSTAL LAKE DR | | NORTHVILLE | MI | 48167-2526 | K58670 | 66.90 | * |
| JANET M MORRIS | 415 CROMWELL ST | | PHILLIPSBURG | NJ | 08865-1932 | K22751 | 66.90 | * |
| JANET M NELSON | 7611 RIVERBEND DR | | JENISON | MI | 49428-7951 | K51075 | 66.90 | * |
| JANET MADSEN | 3501 WISCONSIN AVE N | | NEW HOPE | MN | 55427-1950 | K21792 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 233 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| JANET MADSON | 18496 SUGAR LAKE TRL | | COHASSET | MN | 55721-8956 | K19220 | 66.90 * | |
| JANET MARIE FRAZEE | 5815 S WRIGHT ST | | KINGSVILLE | OH | 44048-5805 | K17795 | 66.90 * | |
| JANET MARKER | 20 HICKORY DR | | RICHMOND | IN | 47374-2707 | K25813 | 66.90 * | |
| JANET MARVIN | 9 GOTT PLANTATION RD | | ULMAN | MO | 65083-2015 | K56441 | 66.90 * | |
| JANET MASCIA | 6205 BEACHWAY DR | | FALLS CHURCH | VA | 22041-1401 | K41415 | 66.90 * | |
| JANET MAXWELL | 724 BROOKS AVE | | CINCINNATI | OH | 45215-2642 | K61777 | 66.90 * | |
| JANET MENGER | 605 VICTORIA DR | | BELVEDERE | SC | 29841-2386 | K22406 | 66.90 * | |
| JANET MERRILL | 121 CLUB HOUSE BLVD | | NEW SMYRNA BE | FL | 32168-7909 | V99038 | 66.90 * | |
| JANET MILLER | 1316 HICKORY WOODS DR | | MONROE | NC | 28112-7009 | K37605 | 66.90 * | |
| JANET MILLS | 5 3RD ST | | PORTSMOUTH | RI | 02871-1954 | K28055 | 66.90 * | |
| JANET MOLNAR | 71 EASTWICK DR | | GIBBSBORO | NJ | 08026-1233 | K42522 | 66.90 * | |
| JANET MUELLERLEILE | 3200 LAKE JOHANNA BLVD APT 3 | | SAINT PAUL | MN | 55112-7968 | K19859 | 66.90 * | |
| JANET MURPHY | 3701 COUNTRY CLUB LN | | RICHMOND | IN | 47374-3601 | K27796 | 66.90 * | |
| JANET O TAGGART | 469 CONSHOHOCKEN STATE RD | | BALA CYNWYD | PA | 19004-2642 | K36634 | 66.90 * | |
| JANET OLSON | 724 VALLEY CIRCLE DR APT 101 | | SALINE | MI | 48176-1406 | V99654 | 66.90 * | |
| JANET OLSON | 913 13TH ST | | INTERNATIONAL | MN | 56649-2830 | K18761 | 66.90 * | |
| JANET PEDERSEN | 2106 JOY CREEK LN | | HENDERSON | NV | 89012-4509 | K56616 | 66.90 * | |
| JANET PELFREE | 105 CREEKVIEW CT | | LAFAYETTE | IN | 47909-3460 | K24926 | 66.90 * | |
| JANET PERREAULT | 1209 SAINT CLAIR AVE | | SHEBOYGAN | WI | 53081-3327 | K49515 | 66.90 * | |
| JANET PHELPS | 1331 ROCK CHAPEL RD | | HERNDON | VA | 20170-2036 | K45445 | 66.90 * | |
| JANET PIEPER | 107 ATLANTIC AVE | | CARLE PLACE | NY | 11514-1609 | K36785 | 66.90 * | |
| JANET PINTAR | 29111 FORESTGROVE RD | | WILLOWICK | OH | 44095-4769 | K43864 | 66.90 * | |
| JANET POMERANZ | 23 EASTLAND DR | | GLEN COVE | NY | 11542-1022 | K22646 | 66.90 * | |
| JANET PRIEST | PO BOX 18 | | GROVER HILL | OH | 45849-0018 | K50335 | 66.90 * | |
| JANET PUFF | PO BOX 2146 | | REDONDO BEACH | CA | 90278-7646 | K14507 | 66.90 * | |
| JANET PULKKA | 11440 ELMWOOD AVE N | | CHAMPLIN | MN | 55316-2664 | K20106 | 66.90 * | |
| JANET QUALTERS | 2637 JACKSON DR | | FALLS CHURCH | VA | 22043-3422 | K44469 | 66.90 * | |
| JANET R HEATLEY | 621 CATALPA DR | | ROYAL OAK | MI | 48067-1251 | K22235 | 66.90 * | |
| JANET R VANCE | 3206 LAWDEN ST | | SHREVEPORT | LA | 71103-2034 | K21377 | 66.90 * | |
| JANET R WEISS | 51 DOGWOOD RD | | ALBERTSON | NY | 11507-1003 | K46821 | 66.90 * | |
| JANET RASOR | 1389 E EVERGREEN DR UNIT 5 | | PALATINE | IL | 60074-9306 | K53271 | 66.90 * | |
| JANET RIDER | 54 SUMMIT DR | | MANHASSET | NY | 11030-1326 | K53615 | 66.90 * | |
| JANET ROBINSON | 3376 STATELINE RD N | | RICHMOND | IN | 47374-9545 | K26948 | 66.90 * | |
| JANET ROOT | 1710 ASTER LOOP | | LAKELAND | FL | 33803-1624 | K61839 | 66.90 * | |
| JANET RUTH HELLER | 2719 PFITZER AVE | | PORTAGE | MI | 49024-2397 | K41958 | 66.90 * | |
| JANET S BARTLETT RN | 10249 BAYO AVE | | EL PASO | TX | 79925-4347 | K34622 | 66.90 * | |
| JANET S ELLIS | 100 KERLEY DR | | HUTTO | TX | 78634-4346 | K28874 | 66.90 * | |
| JANET SANDERS | 9418 CLARIDGE DR | | HOUSTON | TX | 77031-1719 | K34101 | 66.90 * | |
| JANET SAVOCA | 232 LANDIS VALLEY RD | | LITITZ | PA | 17543-8668 | K27758 | 66.90 * | |
| JANET SAVORY | 4354 KENNETH RD | | STOW | OH | 44224-3660 | K61322 | 66.90 * | |
| JANET SCHAAB | PO BOX 38 | | TOM BEAN | TX | 75489-0038 | K26431 | 66.90 * | |
| JANET SCHNEIDER | 3960 E BLUELICK RD | | LIMA | OH | 45801-1555 | K45452 | 66.90 * | |
| JANET SCHNIERLE | 2939 S PARKER RD | | ANN ARBOR | MI | 48103-9316 | V99179 | 66.90 * | |
| JANET SCHULTHEIS | PO BOX 744 | | INTERNATIONAL | MN | 56649-0744 | K17948 | 66.90 * | |
| JANET SCHULZ | 1335 S HUMBOLDT ST | | DENVER | CO | 80210-2316 | K25623 | 66.90 * | |
| JANET SEXTON | 9092 WYANDOT RD | | CHESTERLAND | OH | 44026-3146 | K43663 | 66.90 * | |
| JANET SMITH | 519 W EAGLEWOOD DR | | ERIE | PA | 16511-2365 | K60663 | 66.90 * | |
| JANET STOCKMAN | 2658 EAGLE AVE NW | | OXFORD | IA | 52322-9219 | K56913 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JANET TURNER | 8733 CAMBRIDGE DR | | VERSAILLES | OH | 45380-9569 | K36013 | 66.90 | * |
| JANET VANWYCK | 14050 64TH ST SE | | ALTO | MI | 49302-9255 | K35150 | 66.90 | * |
| JANET VAUGHN | 2700 NORFOLK CT | | DENTON | TX | 76210-2920 | K24692 | 66.90 | * |
| JANET VILT | 20892 W BALLOU RD | | WILMINGTON | IL | 60481-8943 | K54918 | 66.90 | * |
| JANET WATSON | 13309 SHANNONDELL DR | | AUDUBON | PA | 19403-5606 | K39331 | 66.90 | * |
| JANET WEIDMAYER | 6665 W ELLSWORTH RD | | ANN ARBOR | MI | 48103-9276 | V99444 | 66.90 | * |
| JANET WELLIVER | 390 GRAY HILL RD | | NEW COLUMBIA | PA | 17856-9403 | K15552 | 66.90 | * |
| JANET WELSCH | 48561 ANDERSEN LN | | RONAN | MT | 59864-9471 | K21052 | 66.90 | * |
| JANET WILCOX MD | 1 OAKNOLL CT | | IOWA CITY | IA | 52246-5250 | K17924 | 66.90 | * |
| JANET WILKS | 120 VILLAGE CIRCLE DR | | CHAGRIN FALLS | OH | 44022-3227 | K40081 | 66.90 | * |
| JANET WILSON | 1019 COUNTY LINE RD | | DES MOINES | IA | 50320-6703 | K21893 | 66.90 | * |
| JANET WILSON | PO BOX 1156 | | MALAKOFF | TX | 75148-1156 | K48221 | 66.90 | * |
| JANET WINFIELD | PO BOX 99584 | | LOUISVILLE | KY | 40269-0584 | K35292 | 66.90 | * |
| JANET WINTERSON | 13929 TALMAGE LOOP | | HUDSON | FL | 34667-8037 | K62731 | 66.90 | * |
| JANET WORKMAN | 5820 FOREST RIDGE DR | | PENSACOLA | FL | 32526-7832 | K55843 | 66.90 | * |
| JANET ZIEGLER | 3303 SKILLET HILL RD | | ELIZABETH | PA | 15037-9531 | K60818 | 66.90 | * |
| JANET ZNIEWSKI | 6797 60TH ST SE | | SAINT CLOUD | MN | 56304-9456 | K22388 | 66.90 | * |
| JANETTA JEAN GATES | 106 HOBBS AVE | | JOLIET | IL | 60433-1220 | K52191 | 66.90 | * |
| JANETTE M [JAN] BROWN | 4967 MIAMI ST | | OMAHA | NE | 68104-4475 | K56067 | 66.90 | * |
| JANETTE SCHAFER | 511 CHAD DR | | TUTTLE | OK | 73089-9144 | K42129 | 66.90 | * |
| JANICE [JAN] BROWN | 2560 26TH AVE S APT 113 | | GRAND FORKS | ND | 58201-6402 | K32056 | 66.90 | * |
| JANICE [JAN] RYAN | 418 BELMONT AVE | | GREENVILLE | SC | 29601-4306 | K25957 | 66.90 | * |
| JANICE [JAN] VANDERWALL | 12024 106TH AVENUE CT E | | PUYALLUP | WA | 98374-2605 | K21522 | 66.90 | * |
| JANICE [JAN] VANEK | 6551 EL COLEGIO RD | | GOLETA | CA | 93117-4615 | K48154 | 66.90 | * |
| JANICE [JK] MCCREA | 2314 DESOTA DR | | FORT LAUDERDA | FL | 33301-1567 | K40494 | 66.90 | * |
| JANICE A SPEAR | 1606 AUBURN AVE | | ROCKVILLE | MD | 20850-1144 | K60838 | 66.90 | * |
| JANICE ALDERTON | PO BOX 1113 | | STORM LAKE | IA | 50588-1113 | K14940 | 66.90 | * |
| JANICE ANDERSON | PO BOX 1035 | | GREENVILLE | OH | 45331-9035 | K31742 | 66.90 | * |
| JANICE ARMSTEAD | 939 DORAL DR | | BARTLETT | IL | 60103-3030 | K24368 | 66.90 | * |
| JANICE ARON | 4920 LORING RD APT 1417 | | WEST PALM BEA | FL | 33417-8401 | K45934 | 66.90 | * |
| JANICE BAADE | 2101 290TH ST | | TITONKA | IA | 50480-7100 | K62003 | 66.90 | * |
| JANICE BAILEY | 39 S TURBOT AVE | | MILTON | PA | 17847-2437 | K15755 | 66.90 | * |
| JANICE BALTHIS | 1024 S 8TH ST | | RICHMOND | IN | 47374-6226 | K23598 | 66.90 | * |
| JANICE BARRETT | 3584 SUGAR MAPLE CT | | GREENWOOD | IN | 46142-7579 | K45226 | 66.90 | * |
| JANICE BARROWS | 12 MADELINE DR | | NEWPORT | RI | 02840-1715 | K32205 | 66.90 | * |
| JANICE BATTIN | 4460 E POPLAR DR | | TERRE HAUTE | IN | 47803-2396 | K44738 | 66.90 | * |
| JANICE BILLINGS | 169 RIVERWOOD DR | | FRANKLIN | TN | 37069-4181 | K30602 | 66.90 | * |
| JANICE BIPES | 547 HAYES ST | | GREENDALE | IN | 47025-1550 | K38822 | 66.90 | * |
| JANICE BLOUNT | 2681 NW 4TH AVE | | POMPANO BEACH | FL | 33064-3707 | K62379 | 66.90 | * |
| JANICE BLUMENTHAL | 319 OLD GULPH RD | | WYNNEWOOD | PA | 19096-1020 | K39618 | 66.90 | * |
| JANICE BOYCE | 2311 ARDENDALE AVE | | AKRON | OH | 44312-1301 | K46747 | 66.90 | * |
| JANICE BOYD | 28 CLARK ST | | PLAINVIEW | NY | 11803-5114 | K38199 | 66.90 | * |
| JANICE BRACKINS | 4013 MARTIN LUTHER KING FWY | | FORT WORTH | TX | 76119-3623 | K12437 | 66.90 | * |
| JANICE BRADLEY | 7981 D ANDRE DR-92 | | FORT WAYNE | IN | 46818-9206 | K41196 | 66.90 | * |
| JANICE BREWER | 3143 W 24TH ST | | ERIE | PA | 16506-2359 | K61742 | 66.90 | * |
| JANICE BROERING | 3920 STATE ROUTE 119 | | SAINT HENRY | OH | 45883-9776 | K36906 | 66.90 | * |
| JANICE BRUNS | 1193 FEATHER TRL | | MAINEVILLE | OH | 45039-5045 | K32169 | 66.90 | * |
| JANICE BURMEISTER | 104 E 22ND ST APT 1 | | ATLANTIC | IA | 50022-2873 | K13655 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JANICE BURNS | 1902 S GARRETT ST | | MARSHALL | TX | 75670-6327 | K11961 | 66.90 * | |
| JANICE BUSSEY | 1 FOXHIL DR | | NORTH AUGUSTA | SC | 29860-9704 | K21285 | 66.90 * | |
| JANICE C FIELDS | 12683 PURDHAM DR | | WOODBRIDGE | VA | 22192-6474 | K14860 | 66.90 * | |
| JANICE C SCHNEIDER | 1312 33RD AVE SW | | MINOT | ND | 58701-7252 | K49209 | 66.90 * | |
| JANICE CASTEEL | 95 RIVER DR | | EASTLAKE | OH | 44095-1522 | K46362 | 66.90 * | |
| JANICE CHASE | 1512 CADILLAC DR W | | KOKOMO | IN | 46902-2564 | K25675 | 66.90 * | |
| JANICE CLARKE | 218 NW 6TH ST | | RICHMOND | IN | 47374-4046 | K30735 | 66.90 * | |
| JANICE COLE | 7274 BRENDA WAY | | ROHNERT PARK | CA | 94928-3314 | K18798 | 66.90 * | |
| JANICE CONNOLLY | 12251 SELDIN DR | | OMAHA | NE | 68144-3916 | K53515 | 66.90 * | |
| JANICE DARGIE | 636 S 23RD ST | | RICHMOND | IN | 47374-6541 | K26283 | 66.90 * | |
| JANICE DAVIS | 8616 MEADOW CREEK DR | | HIGHLANDS RAN | CO | 80126-2945 | K56697 | 66.90 * | |
| JANICE DECHELBOR | 4837 TARTAN LN | | HOLT | MI | 48842-1937 | K42734 | 66.90 * | |
| JANICE DIANNE MOORE | 3 INVERNESS ST W | | AIKEN | SC | 29803-5962 | K22361 | 66.90 * | |
| JANICE DICKERSON | 1001 DEVON CT | | HENDERSONVILL | TN | 37075-1700 | K58222 | 66.90 * | |
| JANICE DIEKER | 7126 S SYRACUSE CT | | CENTENNIAL | CO | 80112-1748 | K34134 | 66.90 * | |
| JANICE DILL | 26237 W PARK HWY | | ASHLAND | NE | 68003-2276 | K34992 | 66.90 * | |
| JANICE DOWSETT | 44036 GALION AVE | | LANCASTER | CA | 93536-6057 | K28211 | 66.90 * | |
| JANICE DURBIN | 2808 REEVESTON RD | | RICHMOND | IN | 47374-5842 | K33352 | 66.90 * | |
| JANICE E BARTEL | 505 MANHATTAN ST | | JOLIET | IL | 60433-3014 | K50661 | 66.90 * | |
| JANICE E HOWZE-RICHARDSON | 301 DYKES RD | | EIGHT MILE | AL | 36613-2928 | V99620 | 66.90 * | |
| JANICE EGBERTS | 3857 TROPICAL POINT DR | | SAINT JAMES C | FL | 33956-2569 | K41176 | 66.90 * | |
| JANICE EILEEN HOLLENSEN | 2341 KEWANEE WAY | | OKEMOS | MI | 48864-2516 | K35320 | 66.90 * | |
| JANICE EVANS | 5590 W COUNTY ROAD 525 S | | GREENCASTLE | IN | 46135-8213 | K45496 | 66.90 * | |
| JANICE F WEISMAN | 3 SUNRISE AVE | | NEW CITY | NY | 10956-6220 | K53206 | 66.90 * | |
| JANICE FARLEY | 315 S HAMILTON ST | | GEORGETOWN | KY | 40324-1611 | K28642 | 66.90 * | |
| JANICE FRY | 1101 TAYLOR AVE | | BELLEVUE | KY | 41073-1751 | K27546 | 66.90 * | |
| JANICE G RICHMAN | 4815 PIERRE-LAUZON | | PIERREFONDS | QC | H8Y 2C4 | K41779 | 66.90 * | |
| JANICE GALLUP | 1011 OAK GROVE RD | | JACKSON | MI | 49203-2647 | K40230 | 66.90 * | |
| JANICE GARDNER | 133 LEE ST APT 404 | | CARNEGIE | PA | 15106-3149 | K49144 | 66.90 * | |
| JANICE GIBSON | 227 HIGHWAY 124 | | GREENFIELD | TN | 38230-3603 | K19260 | 66.90 * | |
| JANICE GILMORE HENRY | 3 MONTROSE RD | | SOMERSET | NJ | 08873-1709 | K55018 | 66.90 * | |
| JANICE GOETSCH | N7684 HULLS CROSSING DR | | GLENBEULAH | WI | 53023-1212 | K47640 | 66.90 * | |
| JANICE GROSS | 594 ECHO CT | | SALINE | MI | 48176-1269 | V98911 | 66.90 * | |
| JANICE HAGGERTY | 5309 WAKEFIELD RD | | BETHESDA | MD | 20816-2841 | K46930 | 66.90 * | |
| JANICE HAINES | 24 MOUNT LAUREL RD | | HAINESPORT | NJ | 08036-2712 | K48766 | 66.90 * | |
| JANICE HANSELMAN | PO BOX 202 | | ARCADIA | IN | 46030-0202 | K40700 | 66.90 * | |
| JANICE HENSON | PO BOX 55 | | HARDIN | KY | 42048-0055 | K58433 | 66.90 * | |
| JANICE HESLER | 1919 E RANGE LINE RD | | GREENCASTLE | IN | 46135-7839 | K47616 | 66.90 * | |
| JANICE HEWITT | 251 BREEZY HILL RD | | BRADFORD | NH | 03221-3504 | V99892 | 66.90 * | |
| JANICE I [JAN] EBERSOLE | 1020 FAIRFIELD AVE | | NORTH AUGUSTA | SC | 29841-3329 | K30213 | 66.90 * | |
| JANICE I STEWART | 1 MACARTHUR BLVD APT S208 | | HADDON TOWNSH | NJ | 08108-3625 | K41325 | 66.90 * | |
| JANICE JONES | 63 WOODLANDS DR | | TIJERAS | NM | 87059-7826 | K62846 | 66.90 * | |
| JANICE K [JAN] HENISER | 8217 LAFAYETTE CENTER RD | | YODER | IN | 46798-9730 | K41617 | 66.90 * | |
| JANICE KOOIKER | 622 REMER DR SE | | LE MARS | IA | 51031-2819 | K57672 | 66.90 * | |
| JANICE KOSOVAC | 906 TANNAHILL DR SE | | HUNTSVILLE | AL | 35802-1938 | K61159 | 66.90 * | |
| JANICE KRAUSE | 688 HAPPY HOLLOW RD | | KRONENWETTER | WI | 54455-9073 | K54427 | 66.90 * | |
| JANICE KREBS | 2011 E 226TH ST | | EUCLID | OH | 44117-2107 | K45296 | 66.90 * | |
| JANICE KRIEGER | PO BOX 2446 | | SILVERDALE | WA | 98383-2446 | K20132 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JANICE KURTZ | 4174 GATESIDE RD | | LA MESA | CA | 91941-7908 | K37856 | 66.90 | * |
| JANICE L BARTELLO | 70 INDIAN PARK RD | | LEVITTOWN | PA | 19057-2214 | K26275 | 66.90 | * |
| JANICE L GUMINAK | 27 GRIMES HILL RD | | NEWFANE | VT | 05345-9698 | K22454 | 66.90 | * |
| JANICE L KNUTSON | 1515 32ND ST S | | FARGO | ND | 58103-4534 | K51927 | 66.90 | * |
| JANICE LEMKUIL | 956 DOOLEY RD | | PLYMOUTH | WI | 53073-1414 | K47483 | 66.90 | * |
| JANICE LEWIS | 1914 SHENANDOAH TRL | | LEBANON | TN | 37087-4222 | K35840 | 66.90 | * |
| JANICE LUTZ | 1670 LANCASHIRE DR | | VENICE | FL | 34293-0310 | K26922 | 66.90 | * |
| JANICE M THOMPSON | 2314 29TH ST SW | | DEVILS LAKE | ND | 58301-8936 | K38230 | 66.90 | * |
| JANICE MARSILI | 1427 MARLBOROUGH AVE | | PLAINFIELD | NJ | 07060-3314 | K38072 | 66.90 | * |
| JANICE MATZKE | 3514 SW 34TH ST | | DES MOINES | IA | 50321-1936 | K22247 | 66.90 | * |
| JANICE MAURER | 171 BEWLEY LN | | READING | PA | 19605-9773 | K41561 | 66.90 | * |
| JANICE MCCLANAHAN | 2260 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8922 | K18198 | 66.90 | * |
| JANICE MEEKS | 1229 HILLCREST RD | | NEWBERRY | SC | 29108-2019 | K30056 | 66.90 | * |
| JANICE MEYER | 902 CUTLER LN | | HUDSON | OH | 44236-2898 | K31475 | 66.90 | * |
| JANICE MORROW | 1511 JOHNSON ST | | KEOKUK | IA | 52632-3923 | K16050 | 66.90 | * |
| JANICE MULLINS | 5243 HOLT RD | | HOLT | MI | 48842-9601 | K58601 | 66.90 | * |
| JANICE NEWELL | 7700 E 13TH ST N UNIT 59 | | WICHITA | KS | 67206-1289 | K48125 | 66.90 | * |
| JANICE PHILLIPS | 2803 PARGOUD BLVD | | MONROE | LA | 71201-2334 | K62795 | 66.90 | * |
| JANICE RAE ULSES | 24559 385TH ST | | JOICE | IA | 50446-7501 | K59236 | 66.90 | * |
| JANICE REED | 2955 W MARKET ST | | LIMA | OH | 45807-2254 | K49749 | 66.90 | * |
| JANICE ROBERTS | 3973 ENDSLEY RD | | RICHMOND | IN | 47374-9395 | K23810 | 66.90 | * |
| JANICE ROBINSON | RR 3 BOX 54G | | KAHOKA | MO | 63445-9440 | K15746 | 66.90 | * |
| JANICE S MUIRHEAD | 1191 23RD ST SW | | LOVELAND | CO | 80537-7062 | K52645 | 66.90 | * |
| JANICE SAMOURIS | 2602 BEVERLY HILLS LN | | MESQUITE | TX | 75150-1114 | K20675 | 66.90 | * |
| JANICE SCHULMAN | 1483 SUTTER ST UNIT 1707 | | SAN FRANCISCO | CA | 94109-5498 | K11777 | 66.90 | * |
| JANICE SHELLY | 921 DONEGAL SPRINGS RD | | MOUNT JOY | PA | 17552-9038 | K28219 | 66.90 | * |
| JANICE SHERRILL | 11336 CAPE COD ST | | TAYLOR | MI | 48180-6203 | K60117 | 66.90 | * |
| JANICE SILCOX | 1015 WYNDON AVE | | BRYN MAWR | PA | 19010-2823 | K37436 | 66.90 | * |
| JANICE SMITH | 1021 S MAIN ST | | CANTON | IL | 61520-3203 | K45724 | 66.90 | * |
| JANICE SMITH | 6429 S COTTONFIELDS LN | | LAVEEN | AZ | 85339-2296 | K47628 | 66.90 | * |
| JANICE SPRAGUE | 157 LIBERTY ST | | SOUTH AMBOY | NJ | 08879-2243 | K30550 | 66.90 | * |
| JANICE STANTON | 3615 AVENUE O | | GALVESTON | TX | 77550-6738 | K10141 | 66.90 | * |
| JANICE STONE | 4715 HALYARD DR | | BRADENTON | FL | 34208-8496 | K19781 | 66.90 | * |
| JANICE STREB | 2 AUTUMN RIDGE CIR | | ITHACA | NY | 14850-8510 | K33557 | 66.90 | * |
| JANICE SWEETON | 10225 OLD ARDREY KELL RD APT | | CHARLOTTE | NC | 28277-4477 | K42997 | 66.90 | * |
| JANICE TAKAISHI | 1209 E JAMESTOWN DR | | OLATHE | KS | 66062-2241 | K32104 | 66.90 | * |
| JANICE THOMPSON | 148 ROADRUNNER LN | | OCEANSIDE | CA | 92057-6422 | K38628 | 66.90 | * |
| JANICE THURLOW | 5630 E REVOLUTIONARY WAY | | WASILLA | AK | 99654-6718 | K51910 | 66.90 | * |
| JANICE TURNER | 1605 69TH ST | | LUBBOCK | TX | 79412-4023 | K48254 | 66.90 | * |
| JANICE VANDENBERG | 2905 DONCREST DR | | KALAMAZOO | MI | 49006-1601 | K16815 | 66.90 | * |
| JANICE WILLIS | 166 ELAINE DR | | GRANTS PASS | OR | 97527-9007 | K33338 | 66.90 | * |
| JANICE WILLOCK | 513 E PORTER AVE | | DES MOINES | IA | 50315-5322 | K26262 | 66.90 | * |
| JANICE WILSON | 1895 N GREEN VALLEY PKWY APT | | HENDERSON | NV | 89074-5844 | K10644 | 66.90 | * |
| JANICE WRAZEN RN | 1309 W SHANGRI LA RD | | PHOENIX | AZ | 85029-3722 | K58668 | 66.90 | * |
| JANICE WYGANT | 616 FAIRWAY CT | | MARIETTA | GA | 30068-4159 | K32109 | 66.90 | * |
| JANIE ATKINS | PO BOX 1961 | | MOUNT JULIET | TN | 37121-1961 | K38636 | 66.90 | * |
| JANIE ROSSITTO | 2218 S OAKLAND WAY | | AURORA | CO | 80014-1132 | K31330 | 66.90 | * |
| JANIE VENABLE | 215 S MEREDITH AVE | | DUMAS | TX | 79029-3836 | K31503 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JANIE WEBB | 5808 MACEO LN | | FORT WORTH | TX | 76112-7908 | V99378 | 66.90 | * |
| JANINE DORN | 2009 AUGUSTA DR | | LIMA | OH | 45805-1198 | K50435 | 66.90 | * |
| JANINE K RIDER | 872 QUAIL RUN DR | | GRAND JUNCTIO | CO | 81505-8608 | K61854 | 66.90 | * |
| JANINE SNOWDON | PO BOX 5175 | | SAINT CLOUD | MN | 56302-5175 | K25326 | 66.90 | * |
| JANINE ZANOLLA | 279 149TH PL | | WHITESTONE | NY | 11357-1130 | K49526 | 66.90 | * |
| JANIS [JOHN] REKIS | 1420 CHEBOYGAN RD | | OKEMOS | MI | 48864-3402 | K37672 | 66.90 | * |
| JANIS ARNHOLD | 24212 S ROWELL RD | | ELWOOD | IL | 60421-9571 | K55555 | 66.90 | * |
| JANIS COOPER | PO BOX 552 | | MOUNT VERNON | TX | 75457-0552 | K43196 | 66.90 | * |
| JANIS HAUPTLY | 748 E POPLET HOLLOW RD APT A | | PEORIA | IL | 61615-7501 | K45031 | 66.90 | * |
| JANIS I RINGEMAN | 10618 1ST AVE | | WHITTIER | CA | 90603-2928 | K49373 | 66.90 | * |
| JANIS J MOTSINGER | 26594 ROMINE RD | | NEW BOSTON | MI | 48164-9221 | K59043 | 66.90 | * |
| JANIS JACOBS | PO BOX 463 | | CREEDE | CO | 81130-0463 | K17940 | 66.90 | * |
| JANIS JENSEN | 557 E 3400 NORTH RD | | CHEBANSE | IL | 60922-8007 | K51152 | 66.90 | * |
| JANIS JENSEN | 319 N MILL ST | | PIERCE | NE | 68767-1350 | K59150 | 66.90 | * |
| JANIS K KEIM | 12927 ELLISON AVE | | OMAHA | NE | 68164-1640 | K55961 | 66.90 | * |
| JANIS K MCMILLEN | 10104 HEMLOCK DR | | SHAWNEE MISSI | KS | 66212-3451 | K48472 | 66.90 | * |
| JANIS KNUTH | 511 MCCOLM ST | | PLYMOUTH | WI | 53073-2351 | K46885 | 66.90 | * |
| JANIS L BROWN | 809 INTERVALE DR | | GARLAND | TX | 75043-5030 | K56815 | 66.90 | * |
| JANIS WILLIAMS | PO BOX 296 | | TREZEVANT | TN | 38258-0296 | K57837 | 66.90 | * |
| JANNA WARREN-PERRY | 104 BELMONT RD | | APPLE VALLEY | MN | 55124-4619 | K21789 | 66.90 | * |
| JANNAICE MCPEAKE | 5525 WALLING DR | | WATERFORD | MI | 48329-3264 | K13051 | 66.90 | * |
| JANNELLE CARPENTER | 31312 EDEN RD | | MORGAN | MN | 56266-3007 | K18021 | 66.90 | * |
| JANNET FURMAN | 11255 ALLEN RD APT 1105 | | SOUTHGATE | MI | 48195-2875 | K58338 | 66.90 | * |
| JANNIE WILLIS | 9259 FEATHERED HEAD | | COLUMBIA | MD | 21045-5306 | K10777 | 66.90 | * |
| JANYCE MOODY | 801 N HILLTOP RD | | PEORIA | IL | 61604-4741 | K44825 | 66.90 | * |
| JARED HUND | 35908 NONNIE DR | | WILDOMAR | CA | 92595-7651 | K32940 | 66.90 | * |
| JARLYN [LYN] HODEL | PO BOX 1781 | | SOLDOTNA | AK | 99669-1781 | K19086 | 66.90 | * |
| JARO HORA | 5475 HERBERT HOOVER HWY NE | | WEST BRANCH | IA | 52358-9544 | K57152 | 66.90 | * |
| JARYL BROWN | 18616 E EVANS CREEK RD | | ROGUE RIVER | OR | 97537-9798 | K44339 | 66.90 | * |
| JASMINE LIM | 6 HIGHWOOD RD | | DENVILLE | NJ | 07834-3202 | K59145 | 66.90 | * |
| JASON ALAN RABALAIS | 109 MEADOWBROOK DR | | GRETNA | LA | 70056-7041 | K52883 | 66.90 | * |
| JASON BOWEN | 144 PALISADES DR | | DALY CITY | CA | 94015-4517 | K49541 | 66.90 | * |
| JASON COREY MARTIN | 29 SPRINGCREST DR | | AKRON | PA | 17501-1617 | K58132 | 66.90 | * |
| JASON DEXTER | 2082 E 100 RD | | LECOMPTON | KS | 66050-4011 | K28215 | 66.90 | * |
| JASON DOCZI | 6300 MILGEN RD APT 1497 | | COLUMBUS | GA | 31907-0946 | K37751 | 66.90 | * |
| JASON GALLANT | 6 ANTRIM ST | | NASHUA | NH | 03063-1109 | K13892 | 66.90 | * |
| JASON KEREZSI | 129 LOOKOUT DR | | CLARKSVILLE | TN | 37040-4831 | K48827 | 66.90 | * |
| JASON MAURICE GOLOBOY CPA | 10 FORBES RD STE 200 | | BRAINTREE | MA | 02184-2626 | K10970 | 66.90 | * |
| JASON NAIMAN | 6020 CORBIN AVE | | TARZANA | CA | 91356-1009 | K45766 | 66.90 | * |
| JAY ARMSTRONG | 2028 TILBURY RD | | WATERLOO | IA | 50701-1654 | K54891 | 66.90 | * |
| JAY B FINE MD | 2300 N COMMERCE PKWY STE 317 | | WESTON | FL | 33326-3257 | K46101 | 66.90 | * |
| JAY B MILLER | 7 HILLTOP RD | | LITITZ | PA | 17543-8625 | K28201 | 66.90 | * |
| JAY BRICK | 659B E BROADWAY | | LONG BEACH | NY | 11561-4572 | K49487 | 66.90 | * |
| JAY CHARLES | 10 SUMMER DR | | ELIZABETHTOWN | PA | 17022-1203 | K30534 | 66.90 | * |
| JAY DUGAN | 17204 NILE RIVER DR | | SONORA | CA | 95370-9503 | K58360 | 66.90 | * |
| JAY EDWARD PENDERGRASS | 115 N POND CT | | GREENWOOD | SC | 29649-9713 | K48614 | 66.90 | * |
| JAY ELZWEIG | 111 CHESTNUT CIR | | NORTHPORT | NY | 11768-2011 | K61929 | 66.90 | * |
| JAY F BURCHAM | 141 CEDARVIEW DR | | PORT TOWNSEND | WA | 98368-9527 | K37335 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| JAY GOULD | 363 E 76TH ST APT 10F | | NEW YORK | NY | 10021-2433 | K53358 | 66.90 | * |
| JAY H RANCK II | 138 HOLLY CIR | | MILTON | PA | 17847-8708 | K15506 | 66.90 | * |
| JAY J SHRAGER | 24 SUMMIT WALK TRL | | HENDERSON | NV | 89052-6696 | K33089 | 66.90 | * |
| JAY JACKMAN | 892 LATHROP DR | | STANFORD | CA | 94305-1053 | K57083 | 66.90 | * |
| JAY JENNINGS | 794 LANHAM RD | | EDGEFIELD | SC | 29824-3811 | K20784 | 66.90 | * |
| JAY JENSEN | 827 15TH ST | | BETTENDORF | IA | 52722-6017 | K55485 | 66.90 | * |
| JAY JOHNSTON MD | 3048 BRUSH CREEK RD | | OKLAHOMA CITY | OK | 73120-1856 | K62693 | 66.90 | * |
| JAY MOORE | 900 EASTWOOD DR | | FRANKFORT | IN | 46041-3140 | K52274 | 66.90 | * |
| JAY P COOPER | 4 ATOLL DR | | CORONA DEL MA | CA | 92625-1408 | K41052 | 66.90 | * |
| JAY PLANALP | 5257 BUCKEYSTOWN PIKE # 111 | | FREDERICK | MD | 21704-7535 | K55229 | 66.90 | * |
| JAY REITER | 4501 LINDELL BLVD APT 6A | | SAINT LOUIS | MO | 63108-2052 | K44390 | 66.90 | * |
| JAY ROOT | 29 N MAIN ST | | GERMANTOWN | OH | 45327-1349 | K50813 | 66.90 | * |
| JAY S ARMSHIRE | 611 BIRCH ST | | BAYVILLE | NJ | 08721-2211 | K52847 | 66.90 | * |
| JAY SAAL | 900 W MOSS AVE APT 203 | | PEORIA | IL | 61606-1846 | K46089 | 66.90 | * |
| JAY SANDERS | 1512 COUNTY ROAD 1713 | | JACKSONVILLE | TX | 75766-7000 | K45141 | 66.90 | * |
| JAY SEALY | 121 WANDERING OAK | | LIBERTY HILL | TX | 78642-3519 | K43780 | 66.90 | * |
| JAY VAWTER | 1382 NEWTOWN LANGHORNE RD # | | NEWTOWN | PA | 18940-2418 | K60993 | 66.90 | * |
| JAY WARREN SMITH | 1705 MILTON GROVE RD | | MOUNT JOY | PA | 17552-8643 | K34062 | 66.90 | * |
| JAYME ARNER | 28041 MOUNTAIN MEADOW RD | | ESCONDIDO | CA | 92026-6902 | K40093 | 66.90 | * |
| JAYNE BARSTOW | 3398 MATTIE HARRIS RD | | CENTERVILLE | IN | 47330-9740 | K29744 | 66.90 | * |
| JAYNE BEARDEN | 135 PRATHER PARK DR | | MYRTLE BEACH | SC | 29588-7911 | K22328 | 66.90 | * |
| JAYNE CLARE | 11461 BUCKEYE CT | | PENN VALLEY | CA | 95946-9438 | K35253 | 66.90 | * |
| JAYNE E THOMPSON | 3280 E FOX CT | | INVERNESS | FL | 34452-8892 | K10400 | 66.90 | * |
| JAYNE LIPOVAC | 2500 SE 8TH ST | | DES MOINES | IA | 50315-2012 | K29203 | 66.90 | * |
| JAYRENE MOLINERO | 7543 MORNINGSTAR AVE | | HARRISBURG | PA | 17112-4205 | K16966 | 66.90 | * |
| JDG J METZ LOOPER | 5 SALUDA LAKE CIR | | GREENVILLE | SC | 29611-2428 | K48599 | 66.90 | * |
| JEAN [JEANNIE] SINNETT | 630 LAKEPORT RD | | CHITTENANGO | NY | 13037-1317 | K47429 | 66.90 | * |
| JEAN A GROSKREUTZ | 1010 CASTLEWOOD DR | | NEW ALBANY | IN | 47150-2112 | K54617 | 66.90 | * |
| JEAN A SCHULTZ | PO BOX 918 | | BRYN MAWR | PA | 19010-0918 | K49512 | 66.90 | * |
| JEAN A SHEVIAK | 10 INGLEWOOD RD | | EAST GREENBUS | NY | 12061-2718 | K60045 | 66.90 | * |
| JEAN ABELL | 2511 W TWOHIG AVE | | SAN ANGELO | TX | 76901-3657 | K29764 | 66.90 | * |
| JEAN ADKINS | 7554 OLD PEPPERS FERRY LOOP | | FAIRLAWN | VA | 24141-8846 | K57345 | 66.90 | * |
| JEAN ALBERT | 6 WINNERS CIR APT 208 | | ALBANY | NY | 12205-5975 | K22397 | 66.90 | * |
| JEAN ANASTASIO | 5 DAPPLEWOOD RD | | SOUTH CHARLES | WV | 25309-2245 | K60887 | 66.90 | * |
| JEAN ANDRES | 1512 DEVITT AVE | | MUSCATINE | IA | 52761-2543 | K53305 | 66.90 | * |
| JEAN ANN BLANKE | N5412 STATE ROAD 57 | | PLYMOUTH | WI | 53073-4234 | K47303 | 66.90 | * |
| JEAN ANN DUNING | 1634 FIELDFARE CT | | DUNEDIN | FL | 34698-7402 | K26526 | 66.90 | * |
| JEAN ANN WALDMAN | 4309 DRESDEN ST | | KENSINGTON | MD | 20895-4102 | K38487 | 66.90 | * |
| JEAN AUDREY PETERS | 420 8TH AVE S | | SAINT CLOUD | MN | 56301-4220 | K19827 | 66.90 | * |
| JEAN BAKER | 314 E TITUS AVE | | DES MOINES | IA | 50315-4146 | K21253 | 66.90 | * |
| JEAN BAKER | 207 HOLLEY RD | | BIG SPRING | TX | 79720-0912 | K42538 | 66.90 | * |
| JEAN BANZHOF | 3209 CAROLINE DR | | EAST PETERSBU | PA | 17520-1227 | K26968 | 66.90 | * |
| JEAN BARRINEAU | 526 ST ANDEWS BLVD | | NAPLES | FL | 34113-8910 | K48121 | 66.90 | * |
| JEAN BEMUS | 10460 SHIPLEY RD | | JOHNSTOWN | OH | 43031-9424 | K26339 | 66.90 | * |
| JEAN BEST | 252 OAKLEAF DR | | PINE KNOLL SH | NC | 28512-6400 | K32790 | 66.90 | * |
| JEAN BINFET | 2213 10TH AVE SW | | DEVILS LAKE | ND | 58301-8604 | K33757 | 66.90 | * |
| JEAN BOYER | 4586 COONTOWN RD | | CHAMBERSBURG | PA | 17202-7235 | K22026 | 66.90 | * |
| JEAN BRAUER | 50 MIRO PL | | PORT WASHINGT | NY | 11050-2444 | K53831 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JEAN BROWER | 812 S 4TH ST | | LAMESA | TX | 79331-6114 | K47682 | 66.90 | * |
| JEAN BROWN | PO BOX 5 | | WRANGELL | AK | 99929-0005 | K17908 | 66.90 | * |
| JEAN C KELLEY | 1413 N CIRCLE DR | | COLORADO SPRI | CO | 80909-3103 | K25443 | 66.90 | * |
| JEAN CAMPBELL | 4069 DENNIS MCLAWHORN RD | | AYDEN | NC | 28513-8770 | K33367 | 66.90 | * |
| JEAN CASE | 231 10TH ST N | | WISCONSIN RAP | WI | 54494-4411 | K50159 | 66.90 | * |
| JEAN CATHERINE SATTESON | 3511 NEW COLUMBIA RD | | NEW COLUMBIA | PA | 17856-9322 | K15768 | 66.90 | * |
| JEAN CAVANAGH | 122 W BAYAUD AVE | | DENVER | CO | 80223-1824 | K35054 | 66.90 | * |
| JEAN CORCORAN | 8002 MILL SPRINGS DR | | NEW PORT RICH | FL | 34653-2345 | K50824 | 66.90 | * |
| JEAN COTTRELL | 100 FOXRUN | | SPRINGFIELD | TN | 37172-7334 | K24637 | 66.90 | * |
| JEAN CRAFT | 11018 DEVON CT | | FISHERS | IN | 46038-1771 | K14058 | 66.90 | * |
| JEAN D DRAYE | 33141 SANDPIPER CT | | N RIDGEVILLE | OH | 44039-6316 | K43782 | 66.90 | * |
| JEAN D SKUFCA | 25900 EUCLID AVE APT 205 | | EUCLID | OH | 44132-2700 | K43618 | 66.90 | * |
| JEAN DAVIS | 12 STONERIDGE DR | | KEOKUK | IA | 52632-2400 | K25224 | 66.90 | * |
| JEAN DE BOER | 2626 ROSEFIELD DR | | HOUSTON | TX | 77080-3830 | K54122 | 66.90 | * |
| JEAN DEITRICK | 177 DEITRICK RD | | NEW COLUMBIA | PA | 17856-9531 | K15408 | 66.90 | * |
| JEAN DORETHY | 8179 COPPER OAKS ST | | PORTAGE | MI | 49002-5891 | K45164 | 66.90 | * |
| JEAN E HART | 9715 COOLEY LAKE RD | | COMMERCE TOWN | MI | 48382-3630 | K58563 | 66.90 | * |
| JEAN E MILLS | PO BOX 199 | | NORTH KINGSVI | OH | 44068-0199 | K18610 | 66.90 | * |
| JEAN EDGIN | 1598 SAN ARDO DR | | SAINT AUGUSTI | FL | 32080-5481 | K34139 | 66.90 | * |
| JEAN EILERS | 3148 GRACEFIELD RD APT 302 | | SILVER SPRING | MD | 20904-5864 | K19186 | 66.90 | * |
| JEAN ELLIS | 1339 CHALON LN | | FORT MYERS | FL | 33919-3435 | K52269 | 66.90 | * |
| JEAN ENDO | 9128 W TERRACE DR APT 3I | | NILES | IL | 60714-5890 | K52689 | 66.90 | * |
| JEAN ENGELKE | 4420 WILDERNESS RUN CT | | EAGAN | MN | 55123-1835 | K24079 | 66.90 | * |
| JEAN EPPS | 6 E HILLCREST AVE | | HAVERTOWN | PA | 19083-1415 | K37602 | 66.90 | * |
| JEAN F NASH | 11431 CROMWELL CT | | DALLAS | TX | 75229-2532 | K23375 | 66.90 | * |
| JEAN FARRELL | 517 WALDEN PL | | POMPTON PLAIN | NJ | 07444-1524 | K36838 | 66.90 | * |
| JEAN FENLON | 10 PEBBLE BEACH DR | | EGG HARBOR TO | NJ | 08234-7727 | K54369 | 66.90 | * |
| JEAN FIELD | 160 MORPETH ST | | SOUTH HAMPTON | ON | N0H 2L0 | K43165 | 66.90 | * |
| JEAN FITZER | 13349 LINE RD | | JOLIET | IL | 60431-9003 | K56146 | 66.90 | * |
| JEAN FRIDKIN | 13246 GREENBOUGH DR | | SAINT LOUIS | MO | 63146-3624 | K40381 | 66.90 | * |
| JEAN GLATZ | 1112 SYLVAN DR | | HADDON HEIGHT | NJ | 08035-1226 | K43809 | 66.90 | * |
| JEAN GROFF | 21 S HESS ST | | QUARRYVILLE | PA | 17566-1223 | K27080 | 66.90 | * |
| JEAN GUTTER | 7300 W DEAN RD APT 1050 | | MILWAUKEE | WI | 53223-2621 | K32899 | 66.90 | * |
| JEAN H GIRRENS | 454 S FAIRHAVEN RD | | WICHITA | KS | 67209-2204 | K29271 | 66.90 | * |
| JEAN HAGGARD | PO BOX 126 | | PELION | SC | 29123-0126 | K32738 | 66.90 | * |
| JEAN HAHN | 335 ARABIAN RD | | COLUMBIANA | AL | 35051-3262 | K55638 | 66.90 | * |
| JEAN HALIDA | 314 N HIGHLAND AVE APT 110 | | PLYMOUTH | WI | 53073-2060 | K47895 | 66.90 | * |
| JEAN HAMPTON | 7 EAGLE CT | | IPSWICH | MA | 01938-3017 | K52108 | 66.90 | * |
| JEAN HANSEN | 5600 BYERS AVE | | FORT WORTH | TX | 76107-3115 | K26407 | 66.90 | * |
| JEAN HARDEN | 2232 SAINT CLAIR RIVER DR | | ALGONAC | MI | 48001-1139 | K35832 | 66.90 | * |
| JEAN HATCH | 401 MCDERMOTT ST APT 1107 | | DEER PARK | TX | 77536-4886 | K42533 | 66.90 | * |
| JEAN HEARNE | 5164 LADIES TRESSES PL | | BROOMFIELD | CO | 80023-3954 | K62553 | 66.90 | * |
| JEAN HEIGHTSHOE | 252 WILDWOOD CT | | NEWARK | OH | 43056-5519 | K51216 | 66.90 | * |
| JEAN HEINER | 1740 BRAZO CIR | | HARLINGEN | TX | 78552-8937 | K55990 | 66.90 | * |
| JEAN HESS | 17624 1ST AVE S APT A204 | | BURIEN | WA | 98148-1727 | K18941 | 66.90 | * |
| JEAN HINTZ-FLOR | 1423 CHAMINADE CIR | | DAYTON | OH | 45458-2796 | K49450 | 66.90 | * |
| JEAN HUVER | 3421 TIMPSON AVE SE | | LOWELL | MI | 49331-9556 | K35112 | 66.90 | * |
| JEAN I MACNEILL | 45 BUTTERCUP CIR | | HANSON | MA | 02341-3105 | K10643 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JEAN IMHOLTE | 7301 50TH AVE SE | | CLEAR LAKE | MN | 55319-9644 | K31213 | 66.90 | * |
| JEAN JACOBSON | 2221 OAK ST APT 416 | | FOREST GROVE | OR | 97116-2056 | K54749 | 66.90 | * |
| JEAN JOHNS | 5903 SW 52ND AVE | | PORTLAND | OR | 97221-1722 | K30622 | 66.90 | * |
| JEAN JOHNSON | 6613 RENWICK CT | | WEST CHESTER | OH | 45069-1483 | K17238 | 66.90 | * |
| JEAN K ANDERSON | PO BOX 589 | | CHECOTAH | OK | 74426-0589 | K49207 | 66.90 | * |
| JEAN KANE | 4 LINCOLN RD | | BROOKLINE | MA | 02445-6841 | K10734 | 66.90 | * |
| JEAN KANE | 11645 N 25TH PL APT 215 | | PHOENIX | AZ | 85028-1855 | K37546 | 66.90 | * |
| JEAN KAWLESKI | 10024 BEPPLER RD | | NEKOOSA | WI | 54457-7450 | K47629 | 66.90 | * |
| JEAN KELLEY | PO BOX 125 | | WASHINGTONVIL | PA | 17884-0125 | K23260 | 66.90 | * |
| JEAN KING | 11615 OAKWOOD LN | | FORT WORTH | TX | 76179-9217 | K31379 | 66.90 | * |
| JEAN KINTZEL | 2722 S PLEASANT DR | | HOLMEN | WI | 54636-9194 | K59457 | 66.90 | * |
| JEAN KIRKUS | 1401 W H ST | | MC COOK | NE | 69001-2971 | K53851 | 66.90 | * |
| JEAN L BABCOCK | 125 QUAKER HILL LN APT 327 | | PORTSMOUTH | RI | 02871-4076 | K28008 | 66.90 | * |
| JEAN L SHANK | 1632 PLEASANTVIEW AVE | | ASHTABULA | OH | 44004-2436 | K22161 | 66.90 | * |
| JEAN LARKE | 1802 PARK AVE | | PEORIA | IL | 61604-4436 | K50647 | 66.90 | * |
| JEAN LEE | 102 LOST LAKE BND | | WEST MONROE | LA | 71291-8765 | K63062 | 66.90 | * |
| JEAN LIGHT | 1234 CASTLE GATE VILLAS DR | | SAINT LOUIS | MO | 63132-3182 | K22994 | 66.90 | * |
| JEAN LOUISE WILLIAMS | PO BOX 543 | | MANSFIELD | LA | 71052-0543 | K11884 | 66.90 | * |
| JEAN M HANK | 406 DANHURST RD | | COLUMBUS | OH | 43228-5310 | K39165 | 66.90 | * |
| JEAN M KELLY | 12 COLD SPRING HILLS RD | | HUNTINGTON | NY | 11743-5104 | K49066 | 66.90 | * |
| JEAN M KINDIG | 320 W MAIN ST APT 221 | | WARSAW | IN | 46580-2718 | K56240 | 66.90 | * |
| JEAN M LONG | 3304 JAMES BUCHANAN DR | | ELIZABETHTOWN | PA | 17022-3177 | K44799 | 66.90 | * |
| JEAN M SERUNTINE | 10306 CHESTNUT ST | | BELLFLOWER | CA | 90706-7205 | K33798 | 66.90 | * |
| JEAN M SPIOTTA | 62 SEQUOIA DR | | CORAM | NY | 11727-2039 | K27245 | 66.90 | * |
| JEAN M STEENBERG | 3627 IOWA RD | | KEOKUK | IA | 52632-9528 | K20164 | 66.90 | * |
| JEAN MACK | 124 BUCKHEAD RUN | | NEW MARKET | AL | 35761-9436 | K19561 | 66.90 | * |
| JEAN MACK | 3870 YALE AVE | | LIMA | OH | 45804-5509 | K52624 | 66.90 | * |
| JEAN MAHAN | 7 BISHOP HUBBARD CIR | | RENSSELAER | NY | 12144-2139 | K22004 | 66.90 | * |
| JEAN MARIE CARRA | 2638 EAGLE DR | | JOLIET | IL | 60436-1096 | K52058 | 66.90 | * |
| JEAN MARTIN | 1250 W PIONEER PKWY APT 3511 | | ARLINGTON | TX | 76013-8210 | K29922 | 66.90 | * |
| JEAN MARTIN | 1225 CHICKADEE CIR | | HERMITAGE | TN | 37076-5614 | K41524 | 66.90 | * |
| JEAN MASON | 915 FALL CREEK CT | | WALNUT | CA | 91789-4128 | K30489 | 66.90 | * |
| JEAN MATHENY | 100 BROOKWOOD LN | | WHITE OAK | TX | 75693-2504 | K42528 | 66.90 | * |
| JEAN MAYNARD | 3722 ANNE PL | | FAIRFAX | VA | 22031-3514 | K51582 | 66.90 | * |
| JEAN MCDOUGALL | PO BOX 438 | | LE MARS | IA | 51031-0438 | K54583 | 66.90 | * |
| JEAN MCFARLAND | 1365 W COUNTY ROAD 500 N | | GREENCASTLE | IN | 46135-8436 | K45155 | 66.90 | * |
| JEAN MCGARVEY | 2431 BIRCH DR | | RICHMOND | IN | 47374-4636 | K24421 | 66.90 | * |
| JEAN MCGONIGLE | 977 W PARK AVE | | LONG BEACH | NY | 11561-1318 | K37096 | 66.90 | * |
| JEAN MCGURN | 5 MILL RD | | GLEN HEAD | NY | 11545-1019 | K53832 | 66.90 | * |
| JEAN MCNAMARA | 1705 SW BROWNELL AVE | | GRANTS PASS | OR | 97526-5889 | K36269 | 66.90 | * |
| JEAN MILLER | 817 WISTERIA DR | | EPHRATA | PA | 17522-2622 | K62084 | 66.90 | * |
| JEAN MOWERS | 12836 W 65TH WAY UNIT B | | ARVADA | CO | 80004-6043 | K39330 | 66.90 | * |
| JEAN MURRAY | 280 DISTANT ISLAND DR | | BEAUFORT | SC | 29907-1516 | K34021 | 66.90 | * |
| JEAN N NELSON | 6 GLENVILLE AVE | | GOOSE CREEK | SC | 29445-4406 | K41704 | 66.90 | * |
| JEAN NEWTON | 705 BURGOYNE DR | | FAYETTEVILLE | NC | 28314-0840 | K22903 | 66.90 | * |
| JEAN OHLERKING | PO BOX 400 | | PRAIRIEVILLE | LA | 70769-0400 | K21139 | 66.90 | * |
| JEAN PETERS | PO BOX 36 | | WESTON | VT | 05161-0036 | K50371 | 66.90 | * |
| JEAN QUINN | 4630 W WILLARD RD | | SPRINGFIELD | MO | 65803-7659 | K33826 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JEAN R ROSS | N3328 COUNTY ROAD DJ | | JUNEAU | WI | 53039-9695 | K42887 | 66.90 | * |
| JEAN RACHNER | 601 ENTERPRISE AVE APT 1027 | | LEAGUE CITY | TX | 77573-2923 | K59611 | 66.90 | * |
| JEAN RAINEY | 6015 LARIMER SQ | | SAN ANTONIO | TX | 78249-2441 | K26758 | 66.90 | * |
| JEAN RICHARDSON | 2105 JOHN ST | | PASADENA | TX | 77502-3325 | K52509 | 66.90 | * |
| JEAN ROGERS | 308 BELAIR RD | | BELVEDERE | SC | 29841-2709 | K20936 | 66.90 | * |
| JEAN ROPER | PO BOX 362 | | PALERMO | CA | 95968-0362 | K33684 | 66.90 | * |
| JEAN ROQUEMORE | PO BOX 1708 | | KILDARE | TX | 75562-1708 | K14357 | 66.90 | * |
| JEAN SCHMIT | 4300 BEAR GULCH RD | | HELENA | MT | 59601-6669 | K19353 | 66.90 | * |
| JEAN SCHULTZ | 222 58TH ST | | DES MOINES | IA | 50312-1504 | K21405 | 66.90 | * |
| JEAN SHERA | 58 WINDING WAY | | GIBBSBORO | NJ | 08026-1461 | K41985 | 66.90 | * |
| JEAN SIIRILA | 32384 COUNTY HIGHWAY 143 | | WADENA | MN | 56482-5010 | K52845 | 66.90 | * |
| JEAN SLATER | PO BOX 591 | | MULDROW | OK | 74948-0591 | K48581 | 66.90 | * |
| JEAN SNIDER | 140 STUART DR | | WINCHESTER | VA | 22602-5115 | K23894 | 66.90 | * |
| JEAN SPENCE | 724 HOLIDAY VILLAGE DR | | QUITMAN | TX | 75783-3578 | K16600 | 66.90 | * |
| JEAN STONE | 124 SUMMIT RDG | | MARYVILLE | IL | 62062-6477 | K61956 | 66.90 | * |
| JEAN STRATEMEYER | 2008 MARJORIE CIR | | LEAVENWORTH | KS | 66048-2136 | K34897 | 66.90 | * |
| JEAN TARLECKY | 191 E CONESTOGA RD | | DEVON | PA | 19333-1210 | K37918 | 66.90 | * |
| JEAN TOMPKINS | 483 WOODSIDE RD APT 507 | | REDWOOD CITY | CA | 94061-3873 | K35341 | 66.90 | * |
| JEAN TOWNSEND | 415 GENERAL GEORGE PATTON RD | | NASHVILLE | TN | 37221-2429 | K52859 | 66.90 | * |
| JEAN TYLER | 1840 N PROSPECT AVE APT 306 | | MILWAUKEE | WI | 53202-1961 | K40747 | 66.90 | * |
| JEAN USHIJIMA | 573 S BOYLE AVE | | LOS ANGELES | CA | 90033-3816 | K52069 | 66.90 | * |
| JEAN VANDEVORD | 4931 BOBBY AVE | | ZEPHYRHILLS | FL | 33541-7309 | K18744 | 66.90 | * |
| JEAN VERNELL WESTRAY | 2609 CEDAR RD | | CHESAPEAKE | VA | 23323-3912 | K17449 | 66.90 | * |
| JEAN VITOSH | 1105 VILLAGE FARM CT | | IOWA CITY | IA | 52240-2919 | K57280 | 66.90 | * |
| JEAN WEAVER | 14542 BAY HILLS DR | | LARGO | FL | 33774-5041 | K57540 | 66.90 | * |
| JEAN WIKSTROM | 15 ROXBURY ST | | FARMINGDALE | NY | 11735-2248 | K37165 | 66.90 | * |
| JEAN WITTER | 1365 REMER DR | | LE MARS | IA | 51031-2833 | K54580 | 66.90 | * |
| JEAN WYMAN | 5172 LAKE CATALINA DR APT B | | BOCA RATON | FL | 33496-2442 | K58263 | 66.90 | * |
| JEANE ANDERSON | 1230 211TH ST | | GARVIN | MN | 56132-1097 | K60914 | 66.90 | * |
| JEANE NORVELL | 413 WELLINGTON SQ | | NASHVILLE | TN | 37214-2218 | K37608 | 66.90 | * |
| JEANEE DEAN | 9358 E HUNTER CT | | SCOTTSDALE | AZ | 85262-2300 | K52320 | 66.90 | * |
| JEANETTE ANGUITA | 8 HUNTERS TRL | | MASCOUTAH | IL | 62258-2700 | K44874 | 66.90 | * |
| JEANETTE B BROWN | 2040 SUNSET MAPLE LN | | CHESAPEAKE | VA | 23323-6359 | K12748 | 66.90 | * |
| JEANETTE BAHR | 20842 ROBINSON LN | | GULF SHORES | AL | 36542-2739 | K17954 | 66.90 | * |
| JEANETTE BALDWIN | 162 OLD EAGLE SCHOOL RD | | STRAFFORD | PA | 19087-2453 | K43885 | 66.90 | * |
| JEANETTE BECHTOLD | 1715 19TH AVE S | | SARTELL | MN | 56377-4666 | K20459 | 66.90 | * |
| JEANETTE D SCHOUWEILER | 4501 TAYLOR RD | | FORT WAYNE | IN | 46804-1915 | K38764 | 66.90 | * |
| JEANETTE DAVIS | 1188 N 2500 EAST RD | | ASSUMPTION | IL | 62510-8540 | K59502 | 66.90 | * |
| JEANETTE DURIAN | 2727 S BURDICK ST | | KALAMAZOO | MI | 49001-3763 | K19293 | 66.90 | * |
| JEANETTE F TROESKEN | 77 CALLE ARAGON UNIT D | | LAGUNA WOODS | CA | 92637-3975 | K53449 | 66.90 | * |
| JEANETTE HAYES | 275 DUNCAN RD | | GRANITEVILLE | SC | 29829-3839 | K59637 | 66.90 | * |
| JEANETTE HOUCK | 5002 STEELE VILLAGE RD | | ROCK HILL | SC | 29730-8630 | K30312 | 66.90 | * |
| JEANETTE I PETERSON | 5300 N MEADE AVE | | CHICAGO | IL | 60630-1043 | K58407 | 66.90 | * |
| JEANETTE J MERRILL | 2120F STONE CREEK DR | | FLEMING ISLE | FL | 32003-4013 | K58912 | 66.90 | * |
| JEANETTE JOSTAK | 1402 ROOSEVELT AVE | | JOLIET | IL | 60435-3854 | K50967 | 66.90 | * |
| JEANETTE KOCH | 4800 KIMBALL HILL DR APT D2 | | ROLLING MEADO | IL | 60008-4373 | K57494 | 66.90 | * |
| JEANETTE LOTHERT-CORNELL | 301 LAKE DR | | REDWOOD FALLS | MN | 56283-1527 | K55992 | 66.90 | * |
| JEANETTE M (JAN) CUPP | 111 W ADAMS ST | | COLEMAN | MI | 48618-9207 | K60142 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JEANETTE M HALTERMAN | 6324 PIONEER TRL | | HIRAM | OH | 44234-9744 | K61459 | 66.90 | * |
| JEANETTE MILLER | 154 MILLER RD | | EDGEFIELD | SC | 29824-3132 | K21244 | 66.90 | * |
| JEANETTE MURNICK | PO BOX 42 | | CRANBERRY POR | MB | R0B 0H0 | K49780 | 66.90 | * |
| JEANETTE POSPICHAL | W12222 COUNTY ROAD C | | DEERBROOK | WI | 54424-9337 | K49052 | 66.90 | * |
| JEANETTE RAMSETH | 108 2ND ST SW | | AUSTIN | MN | 55912-3114 | K54220 | 66.90 | * |
| JEANETTE REED | 135 CHERRY ST | | TATUM | TX | 75691-1926 | K10087 | 66.90 | * |
| JEANETTE SHARP | 150 MELROSE AVE | | ALBANY | NY | 12203-2424 | K50188 | 66.90 | * |
| JEANETTE SHEMO | 1444 W 10TH ST APT 508 | | CLEVELAND | OH | 44113-1264 | K50600 | 66.90 | * |
| JEANETTE VAN BUREN-MCCRACKEN | 7710 AUSTINBURG RD | | ASHTABULA | OH | 44004-9009 | K25071 | 66.90 | * |
| JEANETTE WADSWORTH | 25018 PROPHET RD | | ROCK FALLS | IL | 61071-9639 | K53270 | 66.90 | * |
| JEANETTE WELCH | 232 NW 51ST RD | | WARRENSBURG | MO | 64093-7907 | K30553 | 66.90 | * |
| JEANI KOWITZ | PO BOX 6077 | | GLENDALE | AZ | 85312-6077 | K26553 | 66.90 | * |
| JEANICE DE LONG | 18203 18TH AVENUE CT E | | SPANAWAY | WA | 98387-7922 | K22578 | 66.90 | * |
| JEANIE GATTI | 1596 FLATLICK RD | | MOUNT WASHING | KY | 40047-6032 | K34384 | 66.90 | * |
| JEANIE HARSHBARGER | 1353 OAKTREE DR | | GREENVILLE | OH | 45331-2718 | K31127 | 66.90 | * |
| JEANINE [JENNY] JOHNSON | 6512 GARVIN ST | | OMAHA | NE | 68152-1622 | K55582 | 66.90 | * |
| JEANN ANN MILLER | 845 WENTZ RD | | LIMA | OH | 45807-9568 | K46043 | 66.90 | * |
| JEANNE A PETERSON | 325 JUANITA WAY | | SAN FRANCISCO | CA | 94127-1657 | K55503 | 66.90 | * |
| JEANNE ALLEN | 521 MONTANA AVE APT 107 | | SANTA MONICA | CA | 90403-1314 | K18685 | 66.90 | * |
| JEANNE ALLEN | 13455 BROOK AVE | | ELM GROVE | WI | 53122-1711 | K62008 | 66.90 | * |
| JEANNE AREHART | 519 N JEFFERSON ST | | LOWELL | MI | 49331-1116 | K35146 | 66.90 | * |
| JEANNE BERG | 27 SEA CREST AVE | | NIANTIC | CT | 06357-3807 | V98292 | 66.90 | * |
| JEANNE BORTZ | 2417 GALL AVE | | SAINT PAUL | MN | 55109-1566 | K19504 | 66.90 | * |
| JEANNE BOYLE | 12 HILLWOOD AVE | | EDISON | NJ | 08820-3005 | K33606 | 66.90 | * |
| JEANNE BRANNAN | 414 ROMERO ST | | FRITCH | TX | 79036-8134 | K28763 | 66.90 | * |
| JEANNE BROWN | 2154 CHINOOK TRL | | MAITLAND | FL | 32751-3927 | K62447 | 66.90 | * |
| JEANNE BURGE | 1112 BRADBARY LN | | PONCA CITY | OK | 74601-2503 | K54013 | 66.90 | * |
| JEANNE BYRNS | 312 UTAH ST | | FAIRFIELD | CA | 94533-5135 | K32759 | 66.90 | * |
| JEANNE CHARLAND | 2189 HARMONY LAKES CT | | LITHONIA | GA | 30058-1505 | K41412 | 66.90 | * |
| JEANNE CRAIG | 25 PEPPER HOLW | | CLIFTON PARK | NY | 12065-2301 | K21239 | 66.90 | * |
| JEANNE DANIELS | 86 TWO BRIDGE RD | | WISCASSET | ME | 04578-4617 | K43395 | 66.90 | * |
| JEANNE DAVIS | 3798 APACHE CIR | | KINGSLAND | TX | 78639-4030 | K51308 | 66.90 | * |
| JEANNE E CHALFANT | 1850 BLUFF ST | | WEST MIFFLIN | PA | 15122-3703 | K60587 | 66.90 | * |
| JEANNE ESTEVEZ | 1034 WASHINGTON ST | | KANSAS CITY | MO | 64105-2213 | K16383 | 66.90 | * |
| JEANNE FITZ | 106 HUNT RD | | SEWICKLEY | PA | 15143-9406 | K61788 | 66.90 | * |
| JEANNE FUERST | 25801 LAKE SHORE BLVD APT 56 | | EUCLID | OH | 44132-1123 | K46665 | 66.90 | * |
| JEANNE GAEBLER | 12002 GRAHAM CT | | FLUSHING | NY | 11354-1037 | K37360 | 66.90 | * |
| JEANNE GOETZ | 12758 SW 114TH TER | | PORTLAND | OR | 97223-4063 | K20730 | 66.90 | * |
| JEANNE H MCKENNON | 4685 PARK NICOLLET AVE SE AP | | PRIOR LAKE | MN | 55372-3936 | K41891 | 66.90 | * |
| JEANNE HAMILTON | 245 W 104TH ST APT 3B | | NEW YORK | NY | 10025-4279 | K39867 | 66.90 | * |
| JEANNE HARTENSTEIN | 1700 BRONSON WAY APT 121 | | KALAMAZOO | MI | 49009-1081 | K50330 | 66.90 | * |
| JEANNE HEBERT | 72 MEADOWVIEW LN | | VERNON | CT | 06066-2759 | V98281 | 66.90 | * |
| JEANNE HEFFINGTON | 563 ALLEN RD TRLR 72 | | MILAN | MI | 48160-1547 | K42711 | 66.90 | * |
| JEANNE HEFT | PO BOX 191 | | BOWMANSVILLE | PA | 17507-0191 | K57895 | 66.90 | * |
| JEANNE KERN | 2600 CHESHIRE CT N | | LINCOLN | NE | 68512-1644 | K35905 | 66.90 | * |
| JEANNE KOLDEN | 420 INDEPENDENCE CT | | VIROQUA | WI | 54665-1335 | K45029 | 66.90 | * |
| JEANNE KYLE | 1013 HEPBURN ST | | MILTON | PA | 17847-2445 | K15215 | 66.90 | * |
| JEANNE LEFEVER | 171 WINDY HILL DR | | LITITZ | PA | 17543-9038 | K30740 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JEANNE M HARTUNG | N1825 COUNTY ROAD C | | ELMWOOD | WI | 54740-9502 | K33875 | 66.90 | * |
| JEANNE MAHONEY | 268 ELM DR S | | LEVITTOWN | NY | 11756-5529 | K36886 | 66.90 | * |
| JEANNE MEADOR | 512 GLEN IVES WAY | | KNOXVILLE | TN | 37919-5958 | K33796 | 66.90 | * |
| JEANNE MOEHN | 38195 S DESERT STAR DR | | TUCSON | AZ | 85739-1005 | V98866 | 66.90 | * |
| JEANNE MOYN-KLABER | 858 SAN PABLO DR | | SAN MARCOS | CA | 92078-4829 | K44306 | 66.90 | * |
| JEANNE OTTAWAY PHD | 547 PELTON AVE | | STATEN ISLAND | NY | 10310-2915 | K37411 | 66.90 | * |
| JEANNE PETROCELLI | 562 HERITAGE HLS UNIT D | | SOMERS | NY | 10589-5010 | K36926 | 66.90 | * |
| JEANNE POLINSKI | 24 MIARA ST | | PARLIN | NJ | 08859-1846 | K30718 | 66.90 | * |
| JEANNE PRUETT | 114 ROCK CREEK DR S | | JACKSONVILLE | NC | 28540-9325 | K32568 | 66.90 | * |
| JEANNE REIMBOLD | 115 BLOCK ST | | WILLIAMSTON | MI | 48895-9019 | K45629 | 66.90 | * |
| JEANNE SANDRA RESSLER | 540 RIDGE AVE | | EPHRATA | PA | 17522-9228 | K57688 | 66.90 | * |
| JEANNE SCHUETT | 6563 N RIVER RD | | GLENDALE | WI | 53217-4059 | K34869 | 66.90 | * |
| JEANNE STERZINGER | 10805 PEPPERTREE LN | | PORT RICHEY | FL | 34668-2458 | K22989 | 66.90 | * |
| JEANNE STEVEN | 30800 W 37TH ST N | | MOUNT HOPE | KS | 67108-9303 | K30853 | 66.90 | * |
| JEANNE STOKER | 5 OAK BROOK CLUB DR APT N308 | | OAK BROOK | IL | 60523-8674 | K46981 | 66.90 | * |
| JEANNE SUE LAVANGER | PO BOX 1366 | | ORANGE BEACH | AL | 36561-1366 | K33760 | 66.90 | * |
| JEANNE SUSSIECK | 698 SW 3RD ST | | BOCA RATON | FL | 33486-4606 | K55742 | 66.90 | * |
| JEANNE UMBENHOUR | 4832 POND DR NW | | NORTH CANTON | OH | 44720-7433 | K61484 | 66.90 | * |
| JEANNE VANLITH | 23478 DEAL ISLAND RD | | CHANCE | MD | 21821-1824 | K26561 | 66.90 | * |
| JEANNE WALTMAN | 2020 CREEK RD | | NEW COLUMBIA | PA | 17856-9528 | K15291 | 66.90 | * |
| JEANNE WINSTON | 1241 GULF OF MEXICO DR UNIT | | LONGBOAT KEY | FL | 34228-4623 | K44666 | 66.90 | * |
| JEANNE WITT | 3931 16TH ST | | DES MOINES | IA | 50313-3036 | K13713 | 66.90 | * |
| JEANNE ZARUBA | PO BOX 274 | | LONE TREE | IA | 52755-0274 | K56869 | 66.90 | * |
| JEANNEANE PARKER | 5526 65TH ST | | LUBBOCK | TX | 79424-1233 | K42626 | 66.90 | * |
| JEANNETTE ALTMAN | 11190 CRICKETT HILL DR | | SAINT LOUIS | MO | 63146-4902 | K45731 | 66.90 | * |
| JEANNETTE ARMENT | 107 FAWN MEADOW CT | | LANCASTER | PA | 17603-2145 | K27334 | 66.90 | * |
| JEANNETTE DELAURENTI | 6455 VELVET AVE | | PORTAGE | IN | 46368-4585 | K50488 | 66.90 | * |
| JEANNETTE JACKSON | 1304 S UNION RD | | DAYTON | OH | 45417-7744 | K51211 | 66.90 | * |
| JEANNETTE M KINZER | PO BOX 261 | | TRURO | MA | 02666-0261 | K10877 | 66.90 | * |
| JEANNETTE MANDELIN | 320 BLUEBIRD LN | | WISCONSIN RAP | WI | 54494-1810 | K50292 | 66.90 | * |
| JEANNETTE SUBER | 11647 BOUCHEY RD | | MAPLE HILL | KS | 66507-8503 | K21490 | 66.90 | * |
| JEANNIE ALDERMAN | 50830 29 1/2 ST | | PAW PAW | MI | 49079-8028 | K49651 | 66.90 | * |
| JEANNIE DEMYUN | 104 PARKHAVEN DR | | MCKINNEY | TX | 75071-5052 | K14288 | 66.90 | * |
| JEANNIE FLETCHER | PO BOX 181 | | GILLETT | AR | 72055-0181 | K46943 | 66.90 | * |
| JEANNIE GREGOR-WANCHIK | 10323 BRIGHTON RD | | BRATENAHL | OH | 44108-1029 | K53018 | 66.90 | * |
| JEANNIE KEYES | 2132 LONGLEAF CIR | | LAKELAND | FL | 33810-8248 | K45161 | 66.90 | * |
| JEANNIE MICHALSKI | 4012 HIGHLAND AVE W | | BRADENTON | FL | 34205-1964 | K16439 | 66.90 | * |
| JEANNIE NOGEL | 11212 W 120TH ST | | OVERLAND PARK | KS | 66213-2046 | K29911 | 66.90 | * |
| JEANNIE WINTERS | 2485 LONG HOLLOW PIKE | | HENDERSONVLLE | TN | 37075-8718 | K35560 | 66.90 | * |
| JEANNINE BOHN | 8440 RIDGE RD | | CINCINNATI | OH | 45236-1340 | K39590 | 66.90 | * |
| JEANNINE HOWELL | 10185 CARMODY LN | | LAKEWOOD | CO | 80227-2005 | K54615 | 66.90 | * |
| JEANNINE MILLER | 4015 ELIZABETH ST | | RICHMOND | IN | 47374-4576 | K25191 | 66.90 | * |
| JEANNINE NELSON | 3055 COUNTY ROAD 125 | | INTERNATIONAL | MN | 56649-8720 | K18003 | 66.90 | * |
| JEARLDEAN KEALY | 608 S 6TH ST | | CLINTON | OK | 73601-4616 | K28952 | 66.90 | * |
| JED M DOLNICK | 508 SAND DR | | WEST BEND | WI | 53095-5436 | K40394 | 66.90 | * |
| JEFF [CARP] ARMENTROUT | 3012 56TH CT SE | | OLYMPIA | WA | 98501-7104 | K56368 | 66.90 | * |
| JEFF A ROTH | 205 N PERSHING ST | | WICHITA | KS | 67208-3935 | K37657 | 66.90 | * |
| JEFF ASPER | 13936 LAKE MARY JANE RD | | ORLANDO | FL | 32832-6217 | K42145 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JEFF BRIGGS | 4128 HIGHWAY 332 | | INTERNATIONAL | MN | 56649-9154 | K24819 | 66.90 | * |
| JEFF CULBERTSON | 406 HENLEY RD | | RICHMOND | IN | 47374-6764 | K26309 | 66.90 | * |
| JEFF D JENNINGS | 811 N CYPRESS ST | | WICHITA | KS | 67206-4015 | K29278 | 66.90 | * |
| JEFF E POWERS | 12 N LIMESTONE ST | | JAMESTOWN | OH | 45335-1504 | K50922 | 66.90 | * |
| JEFF FRITH | 5250 77TH AVE NE | | DEVILS LAKE | ND | 58301-8804 | K32979 | 66.90 | * |
| JEFF HAMILTON | 3702 S WEYMOUTH AVE | | SAN PEDRO | CA | 90731-6050 | K28296 | 66.90 | * |
| JEFF HAYNES | 200 TRADEWIND DR | | PALM BEACH | FL | 33480-3331 | K26529 | 66.90 | * |
| JEFF HOLL | 51 JUANITA WAY | | SAN FRANCISCO | CA | 94127-1732 | K51892 | 66.90 | * |
| JEFF JETER | 613 NE SUNVIEW DR | | BLUE SPRINGS | MO | 64014-2049 | K29081 | 66.90 | * |
| JEFF KEEFE | 1900 NW WASHINGTON BLVD | | GRANTS PASS | OR | 97526-3470 | K36459 | 66.90 | * |
| JEFF KILIAN | 10118 W CHAPARRAL DR | | SUN CITY | AZ | 85373-1105 | K20366 | 66.90 | * |
| JEFF L FUNK | 25953 MATLIN RD | | RAMONA | CA | 92065-4817 | K26168 | 66.90 | * |
| JEFF LEE | 2710 W COUNTRY AVE | | VISALIA | CA | 93277-6115 | K26575 | 66.90 | * |
| JEFF PATTERSON | 35905 RIVERSIDE DR SW | | ALBANY | OR | 97321-7505 | K37385 | 66.90 | * |
| JEFF PIETSCH | 535 CLARK ST | | CASCADE | WI | 53011-1382 | K49131 | 66.90 | * |
| JEFF PLASTERER | 6850 JACKSONBURG RD | | HAGERSTOWN | IN | 47346-9708 | K32144 | 66.90 | * |
| JEFF PRATHER | 8211 LOIS DR | | WEST CHESTER | OH | 45241-1464 | K39534 | 66.90 | * |
| JEFF PRATHER | 5604 67TH ST | | LUBBOCK | TX | 79424-1404 | K41994 | 66.90 | * |
| JEFF STUMACHER | 10 OAK BROOK LN | | MERRICK | NY | 11566-3227 | K59319 | 66.90 | * |
| JEFF THOMAS | 2171 ELMCREST PL | | OVIEDO | FL | 32765-6144 | K29021 | 66.90 | * |
| JEFF WHARTON | 8020 SW 23RD TER | | TOPEKA | KS | 66614-4819 | K14984 | 66.90 | * |
| JEFFERY A VAN HOOK | 44548 FENWICK DR | | CANTON | MI | 48188-3242 | K61064 | 66.90 | * |
| JEFFERY BUCHHOLZ | 1406 N WICKLOW RD | | NIXA | MO | 65714-7648 | K19084 | 66.90 | * |
| JEFFERY RETTIG | 52 CLARK ST | | HARRINGTON | DE | 19952-1210 | K38954 | 66.90 | * |
| JEFFREY & TULA HONDO | PO BOX 1677 | | ABSECON | NJ | 08201-5677 | K14244 | 66.90 | * |
| JEFFREY [JEFF] HARALA | 135 BONNIE DOONE LN | | OAK HARBOR | WA | 98277-9602 | K20919 | 66.90 | * |
| JEFFREY [JEFF] HARDWIG | 2593 COUNTY ROAD 103 | | INTERNATIONAL | MN | 56649-8733 | K26323 | 66.90 | * |
| JEFFREY A BRINE | 3 SUNNY SLOPE DR | | WEST HARTFORD | CT | 06117-2646 | K15186 | 66.90 | * |
| JEFFREY A BURNETT | 1535 WITCHES WILLOW LN | | COLORADO SPRI | CO | 80906-6208 | K38919 | 66.90 | * |
| JEFFREY A PICKER | 36 JEFFERSON AVE | | HADDONFIELD | NJ | 08033-3410 | K41069 | 66.90 | * |
| JEFFREY A REASONS | 10208 NEW TOWN RD | | WAXHAW | NC | 28173-8581 | K35558 | 66.90 | * |
| JEFFREY A WARREN | 10736 N MAGNOLIA DR | | MEQUON | WI | 53092-5056 | K41010 | 66.90 | * |
| JEFFREY BAUGHER | 30 PRESTON ST | | PORT WASHINGT | NY | 11050-3525 | K53556 | 66.90 | * |
| JEFFREY CALLO | 36 HAYSTACK CT | | BRENTWOOD | CA | 94513-2500 | K14324 | 66.90 | * |
| JEFFREY FONTAINE | 1324 E SEVEN SPRINGS BLVD # 13 | | NEW PORT RICH | FL | 34655-5635 | K44818 | 66.90 | * |
| JEFFREY FRANK | 7944 E SAN MIGUEL AVE | | SCOTTSDALE | AZ | 85250-6518 | K28903 | 66.90 | * |
| JEFFREY FREED MD | 969 PARK AVE STE 1D | | NEW YORK | NY | 10028-0322 | K47724 | 66.90 | * |
| JEFFREY G WHITE | 1953 HIDDEN SHORES DR | | DIXON | IL | 61021-8013 | K51715 | 66.90 | * |
| JEFFREY HENRY CROSBY | PO BOX 153 | | BRUNSON | SC | 29911-0153 | K35018 | 66.90 | * |
| JEFFREY HUSS | 8851 MIDBURY DR | | HUNTINGTON BE | CA | 92646-4643 | K56007 | 66.90 | * |
| JEFFREY J WINN | 848 WILSON DR | | NEW ORLEANS | LA | 70119-3854 | K50184 | 66.90 | * |
| JEFFREY L BRANT | PO BOX 4010 | | PORTSMOUTH | OH | 45662-2010 | K50581 | 66.90 | * |
| JEFFREY L SEILER | 219 DARIEN LN | | SLEEPY HOLLOW | IL | 60118-1862 | K59673 | 66.90 | * |
| JEFFREY M [JEFF] MCEOWN | 1 ROSEDALE RD APT 201 | | TORONTO | ON | M4W 2P1 | K59276 | 66.90 | * |
| JEFFREY MILLER | 381A CARRIAGE HOUSE LN | | ELKHART LAKE | WI | 53020-1961 | K48544 | 66.90 | * |
| JEFFREY MILLS | 4152 MARTIN RD | | KRONENWETTER | WI | 54455-8222 | K46837 | 66.90 | * |
| JEFFREY MOXLEY | 1429 HAWKINS MEADOW DR | | FENTON | MO | 63026-7222 | K34138 | 66.90 | * |
| JEFFREY N [BUBBA] KLEMETSRUD | 305 16TH AVE SE | | DEVILS LAKE | ND | 58301-3406 | K36166 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JEFFREY NEARY | 919 NORTHSIDE CT | | MERRILL | IA | 51038-5005 | K55161 | 66.90 | * |
| JEFFREY RUTLEDGE | 717 OAK ST | | LEAVENWORTH | KS | 66048-2535 | K33497 | 66.90 | * |
| JEFFREY SCOTT [JACK] ANDREWS | 104 S BEACH DR | | SAINT AUGUSTI | FL | 32084-0458 | K38835 | 66.90 | * |
| JEFFREY SILVERBERG | 5740 W CINNABAR AVE | | GLENDALE | AZ | 85302-1335 | K45980 | 66.90 | * |
| JEFFREY STOCKWELL | 1454 JUDD RD | | SALINE | MI | 48176-8819 | V99256 | 66.90 | * |
| JEFFREY STOLER | 205 E 68TH ST APT 6F | | NEW YORK | NY | 10065-5738 | K49081 | 66.90 | * |
| JEFFREY V CONRAD | 804 WATER ST | | KERRVILLE | TX | 78028-5322 | K40680 | 66.90 | * |
| JEFFREY W HARDEMAN | 139 LONGVIEW CT | | SAINT MARYS | OH | 45885-1140 | K45016 | 66.90 | * |
| JEFFREY W PRELLBERG | 312 BELLINGRATH CT | | PEACHTREE CIT | GA | 30269-2643 | K60860 | 66.90 | * |
| JEFFREY WOOD EGAN | 1114 UNION ST | | BRUNSWICK | GA | 31520-7319 | K58071 | 66.90 | * |
| JEFFRY I KOMINS | 912 NOTTINGHAM RD | | WILMINGTON | DE | 19805-2649 | K35023 | 66.90 | * |
| JEFFRY LEVY | 819 VIRGINIA ST UNIT 2304 | | SEATTLE | WA | 98101-4428 | K49398 | 66.90 | * |
| JENE JANICH | 624 HAMPTON DR | | ROCKWALL | TX | 75087-6775 | V99901 | 66.90 | * |
| JENETT PATRICK | 5982 DAVID HWY | | SARANAC | MI | 48881-9672 | K35175 | 66.90 | * |
| JENIFER FISCH | 4035 MURDSTONE CT | | FAIRFAX | VA | 22033-2827 | K43024 | 66.90 | * |
| JENINE STREETER | 11900 6300 RD UNIT 17 | | MONTROSE | CO | 81401-7211 | K17830 | 66.90 | * |
| JENNIE CHEEK | 53845 RIDGE RD | | YUCCA VALLEY | CA | 92284-8310 | K50286 | 66.90 | * |
| JENNIE CLARK | 514 MAISH AVE APT 1 | | DES MOINES | IA | 50315-3528 | K29087 | 66.90 | * |
| JENNIE CONNER | 3870 ORKNEY GRADE | | MOUNT JACKSON | VA | 22842-3315 | K49253 | 66.90 | * |
| JENNIE KAISER | 8408 BEREA DR | | LOUISVILLE | KY | 40228-2464 | K34379 | 66.90 | * |
| JENNIE M PERKINS | 1705 AVALON AVE | | JOLIET | IL | 60435-5717 | K55199 | 66.90 | * |
| JENNIE SKRIEN | 1116 9TH AVE | | INTERNATIONAL | MN | 56649-2808 | K19387 | 66.90 | * |
| JENNIFER [JENNI] SEICOL | 1530 BEACON ST APT 604 | | BROOKLINE | MA | 02446-2643 | K16039 | 66.90 | * |
| JENNIFER A BURTON | 3044 WEXFORD WALK DR SE | | SMYRNA | GA | 30080-5738 | K60998 | 66.90 | * |
| JENNIFER A HARAWAY | 6000 N PORT WASHINGTON RD | | GLENDALE | WI | 53217 | K34628 | 66.90 | * |
| JENNIFER BLOMBERG | 9918 KIWI AVE N | | BROOKLYN PARK | MN | 55443-1831 | K25218 | 66.90 | * |
| JENNIFER BOGUSZEWSKI | 11288 BEECHWOOD CT | | TAYLOR | MI | 48180-4183 | K59223 | 66.90 | * |
| JENNIFER CARLE | 7032 SANBORN RD | | ASHTABULA | OH | 44004-9556 | A21314 | 66.90 | * |
| JENNIFER GRAHAM | 210 OLD HICKORY BLVD APT 24 | | NASHVILLE | TN | 37221-7358 | K35695 | 66.90 | * |
| JENNIFER J ROSE | 7910 S COUNTY ROAD P | | LAKE NEBAGAMO | WI | 54849-9020 | K48231 | 66.90 | * |
| JENNIFER JEAN SCHREIER | 3630 230TH ST | | SOMERS | IA | 50586-7502 | K22018 | 66.90 | * |
| JENNIFER JONES | 2995 WOODSIDE RD STE 400 | | WOODSIDE | CA | 94062-2448 | K26596 | 66.90 | * |
| JENNIFER L MAGNUSSEN | 907 550TH ST | | STORM LAKE | IA | 50588-7526 | K16010 | 66.90 | * |
| JENNIFER L RANEY | 2801 SOOD RD | | KNOXVILLE | TN | 37921-2950 | K15980 | 66.90 | * |
| JENNIFER LUKAS-JACKSON | 6714 ALLEGHENY AVE | | TAKOMA PARK | MD | 20912-4653 | K54703 | 66.90 | * |
| JENNIFER NAJEMNIK | 1972 THESY DR | | MELBOURNE | FL | 32940-6837 | K47870 | 66.90 | * |
| JENNIFER PROKOP | 15379 ROSCOMMON LN | | GRANGER | IN | 46530-6279 | K19716 | 66.90 | * |
| JENNIFER SEGURA | 4 WESTGATE CT | | GLEN COVE | NY | 11542-2266 | K43558 | 66.90 | * |
| JENNIFER SIMMONS | 7112 PAN AMERICAN NE UNIT 15 | | ALBUQUERQUE | NM | 87109-4213 | K16100 | 66.90 | * |
| JENNIFER THORNELL | 59 KIDDS WAY | | STONINGTON | CT | 06378-2311 | V99359 | 66.90 | * |
| JENNIFER WINTERTON | 8730 CEDAR CREEK RD | | LOUISVILLE | KY | 40291-3104 | K48782 | 66.90 | * |
| JENNIFER YOUNGER | 4011 GRIFFITH AVE | | WISCONSIN RAP | WI | 54494-7530 | K54078 | 66.90 | * |
| JENNY COOLEY | 1928 CALIFORNIA AVE | | WHITE OAK | PA | 15131-2320 | K60674 | 66.90 | * |
| JENNY EVANS | 222 BRIARHILL DR | | BATTLE CREEK | MI | 49015-4646 | K17813 | 66.90 | * |
| JEOFFREY G MEISTER | 3045 DECATUR ST | | KEOKUK | IA | 52632-2453 | K14575 | 66.90 | * |
| JERALD D THOMPSON | 2733 COUNTY ROAD 94 | | INTERNATIONAL | MN | 56649-8755 | K18771 | 66.90 | * |
| JERALD L [JERRY] BJORK | 102 MARIE PL | | PORTLAND | TX | 78374-1416 | K52381 | 66.90 | * |
| JERE BERKHEIMER | 2037 MAIN ST # 1 | | LITITZ | PA | 17543-3024 | K58855 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JERE D FLUNO | 559 GREENWAY DR | | LAKE FOREST | IL | 60045-4800 | K56802 | 66.90 | * |
| JERE MAC TAYLOR | 1110 ROME PIKE | | LEBANON | TN | 37087-4511 | K29762 | 66.90 | * |
| JERE MICHALSEN | 4410 48TH ST S | | WISCONSIN RAP | WI | 54494-3433 | K52185 | 66.90 | * |
| JEREDITH STIFTER | 900 WATERWAY LN | | BURNET | TX | 78611-3798 | K39546 | 66.90 | * |
| JEREMIAH WARD | 9 W CHESTNUT ST | | FARMINGDALE | NY | 11735-3115 | K62422 | 66.90 | * |
| JEREMY [JERRY] GABELL | 114 CHASE RD | | CHESTERBROOK | PA | 19087-1210 | K41080 | 66.90 | * |
| JERI AUSTIN | PO BOX 1051 | | SAINT ROBERT | MO | 65584-1051 | K54694 | 66.90 | * |
| JERI E DEEDRICK | 2406 HI RIDGE DR | | NORTH HUNTING | PA | 15642-6112 | K60442 | 66.90 | * |
| JERI GRAY | 11318 OHIO AVE UNIT 3 | | LOS ANGELES | CA | 90025-3210 | K10926 | 66.90 | * |
| JERI PARKS | 9086 LAKE OVERLOOK DR | | MENTOR | OH | 44060-1170 | K43364 | 66.90 | * |
| JERI SCHMITZ | 1311 AIRPORT AVE | | WISCONSIN RAP | WI | 54494-6375 | K47373 | 66.90 | * |
| JERI WIEDEMER | 7350 SHALLOWFORD AVE | | LAS VEGAS | NV | 89131-3373 | K27354 | 66.90 | * |
| JEROLD BERG | W6084 STATE ROAD 28 | | CASCADE | WI | 53011-1536 | K47330 | 66.90 | * |
| JEROME [JAMIE] BARNES | 2335 SEGWUN AVE SE | | LOWELL | MI | 49331-9510 | K38119 | 66.90 | * |
| JEROME [JERRY] BOLT | 2935 MAZE DR | | RICHMOND | IN | 47374-1119 | K32661 | 66.90 | * |
| JEROME [JERRY] FRAGER | 1578 QUAIL POINTE CIR W | | MEMPHIS | TN | 38120-1329 | K40586 | 66.90 | * |
| JEROME BOGENSCHUTZ | 1306 STEVE ST | | WHITE OAK | TX | 75693-3028 | K47063 | 66.90 | * |
| JEROME D [JERRY] BLAINE | 1500 BROADWAY FL 10 | | NEW YORK | NY | 10036-4055 | K51243 | 66.90 | * |
| JEROME DAML | 8712 19TH AVE S | | BLOOMINGTON | MN | 55425-2100 | K22389 | 66.90 | * |
| JEROME E GADUS SR | 118 THISTLE RD | | GOOSE CREEK | SC | 29445-7774 | K51235 | 66.90 | * |
| JEROME HARVEY SR | 2624 EAGLE DR | | JOLIET | IL | 60436-1071 | K56310 | 66.90 | * |
| JEROME J RESO JR | 4005 N LABARRE RD | | METAIRIE | LA | 70002-1820 | K57261 | 66.90 | * |
| JEROME J SEGAL | 967 MACON AVE | | PITTSBURGH | PA | 15218-1028 | K55965 | 66.90 | * |
| JEROME LOHR | 18755 MONTEWOOD DR | | SARATOGA | CA | 95070-6221 | K54100 | 66.90 | * |
| JEROME M [JERRY] LEVIN | 1222 CLUB HOUSE RD | | GLADWYNE | PA | 19035-1004 | K33350 | 66.90 | * |
| JEROME M KELLY | 41 PINCHBROOK DR | | FLORHAM PARK | NJ | 07932-1309 | K45623 | 66.90 | * |
| JEROME M PINCKNEY | 4820 GREY WOLF LN UNIT 202 | | LAS VEGAS | NV | 89149-5786 | K40115 | 66.90 | * |
| JEROME MARKOVER | 399 E 72ND ST APT 11F | | NEW YORK | NY | 10021-4652 | K51010 | 66.90 | * |
| JEROME MARTIN | 309 SHAMROCK RD | | MARCUS | IA | 51035-7801 | K54902 | 66.90 | * |
| JEROME PAUL [JERRY] STEWART | 4201 SUMMERDALE DR | | TAMPA | FL | 33624-1238 | K40899 | 66.90 | * |
| JEROME RICHARD KOHLHAAS | 1704 TEXAS AVE | | HARDY | IA | 50545-8711 | K60643 | 66.90 | * |
| JEROME S DAHLEN | PO BOX 274 | | MINNEWAUKAN | ND | 58351-0274 | K31839 | 66.90 | * |
| JEROME SPIER | 8665 N GLENHURST PL | | TUCSON | AZ | 85704-6635 | K11321 | 66.90 | * |
| JEROME SUTTON | 4707 W MILL RD | | MILWAUKEE | WI | 53218-1405 | K43050 | 66.90 | * |
| JEROME THEN | 351 COUNTY ROAD 120 | | SAINT CLOUD | MN | 56303-4871 | K29959 | 66.90 | * |
| JERRE HAUCK | 961 RETTEW MILL RD TRLR 14 | | EPHRATA | PA | 17522-1845 | K59237 | 66.90 | * |
| JERRI CHAVIS | 4128 SAMANTHA DR | | BRITTON | MI | 49229-8733 | K52888 | 66.90 | * |
| JERRI FALK | 101 CANDLEWOOD CT | | MAULDIN | SC | 29662-2013 | K30780 | 66.90 | * |
| JERRIAN TRUESDELL | 4611 S RIDGE RD W | | ASHTABULA | OH | 44004-9580 | K16205 | 66.90 | * |
| JERRIE JEAN GERING | 6930 NE 56TH ST TRLR 43 | | ALTOONA | IA | 50009-9555 | K26690 | 66.90 | * |
| JERRILYNN SWITZER | 7141 RED SASH DR | | MECHANICSVILL | VA | 23116-6577 | K61914 | 66.90 | * |
| JERROLD KATZ | 5947 ALBERT RD | | WEST PALM BEA | FL | 33415-7117 | K50951 | 66.90 | * |
| JERROLD MORRIS | 259 VIA PASITO | | VENTURA | CA | 93003-1347 | K52494 | 66.90 | * |
| JERROLD PARKER | PO BOX 111795 | | ANCHORAGE | AK | 99511-1795 | K46510 | 66.90 | * |
| JERRY A FLAHERTY | 1500 EDGEWATER DR APT 230 | | PLEASANT HILL | IA | 50327-0951 | K21475 | 66.90 | * |
| JERRY A WOLFE | 1203 ECHO LAKE DR | | PIQUA | OH | 45356-4307 | K29742 | 66.90 | * |
| JERRY A YECK | 7074 FRANKLIN ST | | OMAHA | NE | 68104-4649 | K55637 | 66.90 | * |
| JERRY ALLEY | 13952 RIVIERA DR | | VICTORVILLE | CA | 92395-4926 | K29801 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JERRY ARNOLD | 1435 CLIMAX AVE | | KALAMAZOO | MI | 49006-2411 | K17511 | 66.90 | * |
| JERRY B NAU | 3930 4TH PL NW | | ROCHESTER | MN | 55901-8428 | K21787 | 66.90 | * |
| JERRY BAHL | 12401 E KILLARNEY ST | | WICHITA | KS | 67206-4159 | K55667 | 66.90 | * |
| JERRY BISHOP | 1042 PRYOR ST | | AMARILLO | TX | 79104-3206 | K29186 | 66.90 | * |
| JERRY BOQUIST | 40 GOLDEN POND DR | | HERON | MT | 59844-9504 | K20170 | 66.90 | * |
| JERRY BRAZEAL | 1830 BRANTLEY RD APT B2 | | FORT MYERS | FL | 33907-3929 | K51019 | 66.90 | * |
| JERRY D FARRIS | PO BOX 299 | | HEDLEY | TX | 79237-0299 | K31549 | 66.90 | * |
| JERRY D GENTRY | 319 N 16TH ST | | LEAVENWORTH | KS | 66048-1602 | K34615 | 66.90 | * |
| JERRY D MCCAMBRIDGE | PO BOX 2001 | | CYPRESS | CA | 90630-1501 | K29434 | 66.90 | * |
| JERRY D STURM | 1260 HIGHWAY 77 | | COLUMBIANA | AL | 35051-5410 | K47479 | 66.90 | * |
| JERRY DAPROZA | 23758 W SUSSEX DR | | CHANNAHON | IL | 60410-3062 | K51908 | 66.90 | * |
| JERRY DEMOOR | 489 LUDLOW ST APT 217 | | GREENDALE | IN | 47025-1586 | K17812 | 66.90 | * |
| JERRY EMERICK | 5608 ARCANUM BEARSMILL RD | | GREENVILLE | OH | 45331-9664 | K36276 | 66.90 | * |
| JERRY FROST | 948 SW 26TH LN | | REDMOND | OR | 97756-1336 | K31113 | 66.90 | * |
| JERRY GIBSON | 1214 RACHEL ST | | SEVIERVILLE | TN | 37876-0580 | K22028 | 66.90 | * |
| JERRY GLADER | 1017 VILLA GRAN WAY | | FENTON | MO | 63026-2342 | K39776 | 66.90 | * |
| JERRY GLENN | 7000 LOMA LARGA RD | | CORRALES | NM | 87048-6914 | K46897 | 66.90 | * |
| JERRY GOLDBERG | 3329 21ST ST | | SAN FRANCISCO | CA | 94110-2316 | K41791 | 66.90 | * |
| JERRY GRAHAM | 260 INDIAN LAKE RD | | HENDERSONVILL | TN | 37075-4323 | K36684 | 66.90 | * |
| JERRY H BELL | 631 AUDREY RD | | MOUNT JULIET | TN | 37122-3844 | K37345 | 66.90 | * |
| JERRY H THOMPSON | 10337 WALMER ST | | OVERLAND PARK | KS | 66212-1742 | K35213 | 66.90 | * |
| JERRY HAGMEIER | 2732 WILD HORSE | | QUINCY | IL | 62305-0206 | K15270 | 66.90 | * |
| JERRY HARRIS | 3650 COUNTY ROAD 142 | | INTERNATIONAL | MN | 56649-8954 | K18535 | 66.90 | * |
| JERRY HARRISON | 3518 W DONGES BAY RD | | MEQUON | WI | 53092-5120 | K41893 | 66.90 | * |
| JERRY HASSEL | 3512 SW 44TH ST | | DES MOINES | IA | 50321-1816 | K20525 | 66.90 | * |
| JERRY HAYES | 2850 DON QUIXOTE DR | | PUNTA GORDA | FL | 33950-6352 | K59322 | 66.90 | * |
| JERRY HEINECK | 8130 52ND ST S | | WISCONSIN RAP | WI | 54494-9138 | K54424 | 66.90 | * |
| JERRY HOLLAND | 185 STEWART RD | | GRANTS PASS | OR | 97526-9671 | K40719 | 66.90 | * |
| JERRY HOWELL | 2004 ELMHURST DR | | ARLINGTON | TX | 76012-1726 | K42529 | 66.90 | * |
| JERRY J MIRRO | 15180 20TH AVE | | WHITESTONE | NY | 11357-3106 | K61996 | 66.90 | * |
| JERRY J STANTON | 228 AIRVIEW BLVD | | SUNRISE BEACH | TX | 78643-9306 | K30656 | 66.90 | * |
| JERRY JACKSON | 7026 161ST LN NW | | ANOKA | MN | 55303-3649 | K32376 | 66.90 | * |
| JERRY JAGERS | 24 MORRIS AVE | | ATHENS | OH | 45701-1936 | K50150 | 66.90 | * |
| JERRY JOSEPH [JJ] BEENER | 5218 SE 31ST ST | | DES MOINES | IA | 50320-2172 | K30445 | 66.90 | * |
| JERRY KARCHES | 2926 W FAIRWAY VIEW CIR | | TUCSON | AZ | 85742-9759 | K40773 | 66.90 | * |
| JERRY KOFFLER | 33 DEVON WAY | | HASTINGS ON H | NY | 10706-3006 | K11170 | 66.90 | * |
| JERRY KRAMPITZ | 38014 CASTLE DR | | ROMULUS | MI | 48174-1016 | K59158 | 66.90 | * |
| JERRY KRATOSKA | 6335 LOGAN AVE | | WATERLOO | IA | 50703-9664 | K57131 | 66.90 | * |
| JERRY KUTTER | 1512 SW A ST | | RICHMOND | IN | 47374-3909 | K24102 | 66.90 | * |
| JERRY L LINDER DDS | 2475 DOGWOOD LN | | ORANGE PARK | FL | 32073-5477 | K52794 | 66.90 | * |
| JERRY L OSTRUM | 195 252ND AVE | | SPIRIT LAKE | IA | 51360-7159 | K58928 | 66.90 | * |
| JERRY L RANDOLPH | 13 N DIXIE AVE | | TUCSON | AZ | 85710-3183 | K51457 | 66.90 | * |
| JERRY L STEWART | 48 GIBSON HWY | | TRENTON | TN | 38382-9700 | K30944 | 66.90 | * |
| JERRY L TEMPLIN | 2834 STRADER RD | | RICHMOND | IN | 47374-9355 | K24962 | 66.90 | * |
| JERRY L TOWNSEND | PO BOX 1869 | | HICKORY | NC | 28603-1869 | K50009 | 66.90 | * |
| JERRY L WHITE | 973 SE VINE MAPLE DR | | MYRTLE CREEK | OR | 97457-9544 | K34734 | 66.90 | * |
| JERRY LANE | 401 PINETREE LN | | RICHMOND | IN | 47374-3503 | K26646 | 66.90 | * |
| JERRY MARTIN | PO BOX 357 | | PACIFIC | MO | 63069-0357 | K40209 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JERRY MILLER | 780 N CHISHOLM CT | | POST FALLS | ID | 83854-8846 | K30888 | 66.90 | * |
| JERRY MILLER | 498 COKESBURY DR | | THE VILLAGES | FL | 32162-8734 | K61544 | 66.90 | * |
| JERRY NAPPI | 27 VIRGINIA PL | | STATEN ISLAND | NY | 10314-2322 | K30669 | 66.90 | * |
| JERRY NICHOLS | 8927 COFFMAN PATH | | INVER GROVE H | MN | 55076-3395 | K54067 | 66.90 | * |
| JERRY OBEREMBT | PO BOX 1730 | | PAWLEYS ISLAN | SC | 29585-1730 | K36475 | 66.90 | * |
| JERRY R CURRY | PO BOX 407 | | HAYMARKET | VA | 20168-0407 | K62434 | 66.90 | * |
| JERRY R WALDEN | 1404 RIPPEY RD | | MOUNT VERNON | IN | 47620-7251 | K57381 | 66.90 | * |
| JERRY R WILSON | 831 PEARL ST | | WILMINGTON | IL | 60481-1495 | K49073 | 66.90 | * |
| JERRY REICHER | 236 SUFFOLK F | | BOCA RATON | FL | 33434-2998 | K40411 | 66.90 | * |
| JERRY REINSDORF | 333 W 35TH ST | | CHICAGO | IL | 60616-3621 | K45668 | 66.90 | * |
| JERRY ROSCELLI | 433 SYLVAN AVE SPC 59 | | MOUNTAIN VIEW | CA | 94041-1630 | K57972 | 66.90 | * |
| JERRY ROTTMUND | 204 MILLER RD APT 3 | | AKRON | PA | 17501-1166 | K58244 | 66.90 | * |
| JERRY RUANE | 1957 CRESTVIEW WAY APT 160 | | NAPLES | FL | 34119-3365 | K42443 | 66.90 | * |
| JERRY SLEZAK | 816 FAIRWAY LN SE | | IOWA CITY | IA | 52240-9052 | K57380 | 66.90 | * |
| JERRY SNADER | 415 INDIAN RUN RD | | EPHRATA | PA | 17522-9747 | K62007 | 66.90 | * |
| JERRY SPARLIN | 6810 REDWOOD HWY | | GRANTS PASS | OR | 97527-9559 | K35036 | 66.90 | * |
| JERRY SULLIVAN | 2141 P ST NW APT 802 | | WASHINGTON | DC | 20037-1043 | K25253 | 66.90 | * |
| JERRY SURMA | 1021 33RD AVE N | | SAINT CLOUD | MN | 56303-2239 | K21062 | 66.90 | * |
| JERRY THOMPSON | 30 MILL POINT PL | | THE WOODLANDS | TX | 77380-5402 | K49907 | 66.90 | * |
| JERRY VANDONSELAAR | 3326 E CAMBRIDGE DR | | HAYDEN | ID | 83835-7443 | K22569 | 66.90 | * |
| JERRY VOISINET | 450 GARBRY RD | | PIQUA | OH | 45356-8212 | K32485 | 66.90 | * |
| JERRY WARD | 6760 VALE RD | | SUN PRAIRIE | WI | 53590-9411 | K53043 | 66.90 | * |
| JERRY WAYNE KOON | 230 TURBEVILLE CIR | | LEESVILLE | SC | 29070-7519 | K32735 | 66.90 | * |
| JERRY WEAVER | 6051 FREEPORT DR | | DAYTON | OH | 45415-1910 | K31880 | 66.90 | * |
| JERRY WHERLEY | 4402 TOWN ROAD 403 S | | INTERNATIONAL | MN | 56649-9126 | K19034 | 66.90 | * |
| JERRY WILD | 345 WARREN AVE | | CINCINNATI | OH | 45220-1134 | K16856 | 66.90 | * |
| JERRY WILLIS JONES III | 328 NYE ST | | LIMA | OH | 45801-4638 | K44726 | 66.90 | * |
| JERRY WOLFE | 6810 KING HILL AVE | | SAINT JOSEPH | MO | 64504-2027 | K33307 | 66.90 | * |
| JERRY YOSTEN | PO BOX 606 | | OAKLAND | OR | 97462-0606 | K31770 | 66.90 | * |
| JESSE A BATTEN | 7901 HAMPTON COVE DR | | OOLTEWAH | TN | 37363-7184 | K35404 | 66.90 | * |
| JESSE BOWERS | 5060 BLUESTEM DR | | COLORADO SPRI | CO | 80917-1308 | K25028 | 66.90 | * |
| JESSE BREWER | 11348 RALEIGH DR | | OMAHA | NE | 68164-2257 | K60146 | 66.90 | * |
| JESSE C [CHUCK] DAY | 90656 HIGHWAY 202 | | ASTORIA | OR | 97103-8169 | K35365 | 66.90 | * |
| JESSE CUMMINGS | 4316 LEADVILLE CT | | AUGUSTA | GA | 30909-9119 | K59774 | 66.90 | * |
| JESSE E DITZLER | 122 LUNAR LN | | MILTON | PA | 17847-2150 | K15872 | 66.90 | * |
| JESSE H SHEFFIELD | 12222 LANEVIEW DR | | HOUSTON | TX | 77070-2426 | K51297 | 66.90 | * |
| JESSE HENDERSON | 1944 COTTONWOOD ST | | FINDLAY | OH | 45840-2746 | K44288 | 66.90 | * |
| JESSE J TAMAYO | 2209 INGALLS AVE | | JOLIET | IL | 60435-3274 | K51365 | 66.90 | * |
| JESSE P EDWARDS JR | 9247 MARLEMONT CIR | | ELK GROVE | CA | 95758-7604 | K49874 | 66.90 | * |
| JESSE ROBERT LEATHERS | 9300 THIXTON LN | | LOUISVILLE | KY | 40291-3337 | K48133 | 66.90 | * |
| JESSE SHORE | 1103 REMINGTON PL | | MANCHESTER | TN | 37355-2219 | K54071 | 66.90 | * |
| JESSE WHITE | 300 W HILL ST APT 714 | | CHICAGO | IL | 60610-7504 | K55698 | 66.90 | * |
| JESSE WILLIAMS | 3658 88TH AVE | | ZEELAND | MI | 49464-8533 | K11444 | 66.90 | * |
| JESSICA ECHTERNACHT | 712 9TH AVE | | CORALVILLE | IA | 52241-1917 | K63192 | 66.90 | * |
| JESSICA R SHKLAR | 233 CATHARINE ST | | PHILADELPHIA | PA | 19147-3302 | K12445 | 66.90 | * |
| JESSICA WALKER | 2043 MISTYHILL DR | | CINCINNATI | OH | 45240-3351 | K41853 | 66.90 | * |
| JESSIE ASHBY-BONDS | 8223 FM 2164 | | SANGER | TX | 76266-6926 | K26166 | 66.90 | * |
| JESSIE BATDORF | 3008 COUNTY ROAD 127 | | INTERNATIONAL | MN | 56649-8724 | K19870 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.       Page 249 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JESSIE BAUMGARDNER | 12 S 7TH ST | | WEST MILTON | PA | 17886-8036 | K16198 | 66.90 | * |
| JESSIE FERGUSON | 3348 BENT BOUGH PARK | | HUNTSVILLE | TX | 77340-8925 | K11028 | 66.90 | * |
| JESSIE GILES | 2701 CORABEL LN APT 181 | | SACRAMENTO | CA | 95821-5239 | K18681 | 66.90 | * |
| JESSIE H BAGGER | 92 JOCKEY HOLLOW RD | | BERNARDSVILLE | NJ | 07924-1312 | K38054 | 66.90 | * |
| JESSIE KING | 4416 PERRY LN | | FORT WORTH | TX | 76133-6906 | K26718 | 66.90 | * |
| JESSIE LAURION | 1306 9TH AVE | | INTERNATIONAL | MN | 56649-2814 | K19114 | 66.90 | * |
| JESSIE MITCHELL | 7321 S SOUTH SHORE DR APT 5E | | CHICAGO | IL | 60649-3501 | K59560 | 66.90 | * |
| JESSIE PERRY | 451 DOMINO DR | | ORLANDO | FL | 32805-2993 | K40578 | 66.90 | * |
| JESSIE RATHFELDER | 1343 W BALTIMORE PIKE APT C1 | | MEDIA | PA | 19063-5562 | K38285 | 66.90 | * |
| JESSIE SCHEURWATER | 2920 CRYSTAL LN | | KALAMAZOO | MI | 49009-2108 | K17278 | 66.90 | * |
| JESSLYN K BRAZELL | 121 BAILEY AVE | | DUMAS | TX | 79029-3513 | K30844 | 66.90 | * |
| JESUS ANTONIO RAMOS | 1401 N 4TH PL | | LAMESA | TX | 79331-4355 | K44086 | 66.90 | * |
| JETHRO B GIBBS | 236 JEANNETTE GLN | | WEST JEFFERSO | NC | 28694-8706 | K40258 | 66.90 | * |
| JETTIE NONTE | 131 PECAN VALLEY LN | | WAXAHACHIE | TX | 75165-7605 | K29181 | 66.90 | * |
| JETTYE SCHLUETER | 58 SWANAGE DR | | BELLA VISTA | AR | 72715-5376 | K51528 | 66.90 | * |
| JEWEL FOEHSER | 3830 S MIRROR ST | | AMARILLO | TX | 79118-6707 | K42149 | 66.90 | * |
| JEWEL HOGAN DAVIS | 5527 PEBBLE SPRINGS DR | | HOUSTON | TX | 77066-2425 | K58902 | 66.90 | * |
| JEWEL MOYERS | 1101 S HANNA CITY GLASFORD R | | HANNA CITY | IL | 61536-9705 | K46055 | 66.90 | * |
| JEWEL SCOTT | 330 BEECH ISLAND AVE | | BEECH ISLAND | SC | 29842-7656 | K30827 | 66.90 | * |
| JEWEL THACKER | 21818 DEEP PINES CT | | PORTER | TX | 77365-3601 | K29755 | 66.90 | * |
| JILL DICKEY | 7611 CHESTNUT AVE | | BOWIE | MD | 20715-4510 | K22563 | 66.90 | * |
| JILL GROSS | 365 HUNTINGTON RD | | DELAFIELD | WI | 53018-1726 | K61708 | 66.90 | * |
| JILL JENSEN | 26225 PURISSIMA RD | | LOS ALTOS HIL | CA | 94022-4530 | K34113 | 66.90 | * |
| JILL K TARNOFF | 8 RAVEN TURN | | RACINE | WI | 53402-2365 | K38038 | 66.90 | * |
| JILL L GERBERDING | 11 W FAIRVIEW LN | | SPRINGFIELD | IL | 62711-9450 | K38996 | 66.90 | * |
| JILL LYNDON | 22 GLEN BROOK RD | | WELLESLEY HIL | MA | 02481-1428 | K19231 | 66.90 | * |
| JILL MARIE O'BRIEN | 7255 LASAINE AVE | | VAN NUYS | CA | 91406-2415 | K24221 | 66.90 | * |
| JILL MOGG | 2082 LAC DU MONT | | HASLETT | MI | 48840-9513 | K56276 | 66.90 | * |
| JILL NANTZ | 1226 LOVELL VIEW DR | | KNOXVILLE | TN | 37932-2591 | K53095 | 66.90 | * |
| JILL R RANANAWSKI | 105 E MAIDEN LN | | SOMERDALE | NJ | 08083-1419 | K40916 | 66.90 | * |
| JILL RUHLMAN | 1141 DAN JOHNSON RD NE | | ATLANTA | GA | 30307-1203 | K53381 | 66.90 | * |
| JILL SMALLEY | 21316 RIVER RD N | | CORDOVA | IL | 61242-9619 | K14889 | 66.90 | * |
| JILL TOTH | 7892 LEMONWOOD CIR | | LA PALMA | CA | 90623-1834 | K44332 | 66.90 | * |
| JILL YOUNG | 750 ALVIN WAY | | GAP | PA | 17527-9000 | K38021 | 66.90 | * |
| JILLEA HEDBERG | PO BOX 552 | | WALL LAKE | IA | 51466-0552 | K14162 | 66.90 | * |
| JIM [JT] MEALS | 215 LENORA LN | | DOWNINGTOWN | PA | 19335-1176 | K33158 | 66.90 | * |
| JIM [TUT] TUTTLE | 2999 SMITH SPRINGS RD APT 13 | | NASHVILLE | TN | 37217-4413 | K44816 | 66.90 | * |
| JIM A HOTOPP | 4290 S 750 E | | BLUFFTON | IN | 46714-9430 | K26942 | 66.90 | * |
| JIM A MORTON | 1222 19TH AVE NE | | ROCHESTER | MN | 55906-4306 | K34273 | 66.90 | * |
| JIM AHERN | 4675 GOLDEN WAY | | KINGSTON | OK | 73439-5094 | K54273 | 66.90 | * |
| JIM BAUER | 14721 E SHARON LN | | WICHITA | KS | 67230-7031 | K29233 | 66.90 | * |
| JIM BETZ | 134 TOWNES END DR | | WADSWORTH | OH | 44281-8484 | K62939 | 66.90 | * |
| JIM BLACK | 4316 NW 26TH ST | | OKLAHOMA CITY | OK | 73107-1074 | K62628 | 66.90 | * |
| JIM BORCHERT | 6378 SCENIC DR E | | WEST BEND | WI | 53095-3515 | K34827 | 66.90 | * |
| JIM BOSTON | 9538 DENSMORE PL | | NORFOLK | VA | 23503-3206 | K22787 | 66.90 | * |
| JIM BOX | PO BOX 325 | | CLINTON | AR | 72031-0325 | K38193 | 66.90 | * |
| JIM BREZINSKI | 5355 EMERSON AVE N | | BROOKLYN CENT | MN | 55430-3129 | K22610 | 66.90 | * |
| JIM BRUCK | PO BOX 213 | | CIMARRON | CO | 81220-0213 | K17088 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.                    Page 250 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JIM BRUSH | 14095 BEAR CREEK RD | | BOULDER CREEK | CA | 95006-8613 | K57117 | 66.90 | * |
| JIM C WILLIAMS | 1445 ARROWHEAD PL | | MURFREESBORO | TN | 37129-1002 | K36077 | 66.90 | * |
| JIM CHINQUIST | 539 BELLWOOD AVE | | MAPLEWOOD | MN | 55117-2472 | K33692 | 66.90 | * |
| JIM CLEMENTS | 1610 PETERSON ST | | WEST BLOOMFIE | MI | 48324-3864 | K59050 | 66.90 | * |
| JIM CROSIER | 1313 RITCHIE RD | | STOW | OH | 44224-1721 | K61899 | 66.90 | * |
| JIM DAVIS | 414 DONALD ST | | KLAMATH FALLS | OR | 97601-2459 | K35809 | 66.90 | * |
| JIM DOUGLAS | 15809 AURORA AVE | | URBANDALE | IA | 50323-2259 | K30166 | 66.90 | * |
| JIM DOWNEY | 716 S WELLSTON LN | | ROMEOVILLE | IL | 60446-5244 | K49562 | 66.90 | * |
| JIM EARLES | 20827 W TORREY PINES LN | | PLAINFIELD | IL | 60544-7491 | K47881 | 66.90 | * |
| JIM EGGERT | 208 S WILLIAM ST | | MOUNT PROSPEC | IL | 60056-3325 | K59893 | 66.90 | * |
| JIM GAMMON | 5600 WISCONSIN AVE APT 308 | | CHEVY CHASE | MD | 20815-4409 | K14613 | 66.90 | * |
| JIM GODBEY | 901 SMITH ST | | GRANTS | NM | 87020-2837 | K17428 | 66.90 | * |
| JIM GORBY | 803 WHIPPOORWILL DR | | WASHINGTON | IL | 61571-3239 | K47594 | 66.90 | * |
| JIM GREEN | 1262 SURFACE RD | | EATON | OH | 45320-9280 | K27368 | 66.90 | * |
| JIM H MAYBRIER JR | PO BOX 15 | | OXFORD | KS | 67119-0015 | K33042 | 66.90 | * |
| JIM HANNUM | 19609 DUTCH HALL RD | | BENNINGTON | NE | 68007-6409 | K52560 | 66.90 | * |
| JIM HARRISON | 1420 W SPRINGDALE RD | | WEST HELENA | AR | 72390-2125 | K36172 | 66.90 | * |
| JIM HOFFMAN | PO BOX 878 | | FAIRVIEW | OR | 97024-0878 | K16336 | 66.90 | * |
| JIM HOLZAEPFEL | 5233 COAL BANK RD | | ORRVILLE | OH | 44667-9710 | K57222 | 66.90 | * |
| JIM INGLEDUE | 1232 HAZEL AVE | | LIMA | OH | 45805-1914 | K45680 | 66.90 | * |
| JIM JUSSILA | 4455 RIMROCK RD | | BILLINGS | MT | 59106-1416 | K22817 | 66.90 | * |
| JIM KIRCHER | 901 OLD PATTON FERRY RD | | ADGER | AL | 35006-2005 | K45228 | 66.90 | * |
| JIM L CARTER | 15627 LONE TREE DR | | HOUSTON | TX | 77084-3120 | K28138 | 66.90 | * |
| JIM LANDRUS | 612 E WILSON AVE | | PEORIA | IL | 61603-1226 | K46679 | 66.90 | * |
| JIM LINDER | 4955 COUNTY ROAD 29 | | RAY | MN | 56669-9042 | K19042 | 66.90 | * |
| JIM LUKS | 607 W DANSVILLE RD | | MASON | MI | 48854-9659 | K42181 | 66.90 | * |
| JIM LUNDY | 1408 CONKLIN LN | | COVE | OR | 97824-8713 | K31386 | 66.90 | * |
| JIM LYME | 6660 BURCH RD | | VERSAILLES | OH | 45380-9536 | K33945 | 66.90 | * |
| JIM MATTHEWS | 1605 TERRACE DR | | DUNCAN | OK | 73533-1323 | K51837 | 66.90 | * |
| JIM MAYS | PO BOX 1253 | | HELENDALE | CA | 92342-1253 | K25615 | 66.90 | * |
| JIM MIGGINS | 1767 HIGHWAY 11 E | | INTERNATIONAL | MN | 56649-8739 | K20635 | 66.90 | * |
| JIM MIKKELSEN | 5935 84TH AVE NE | | DEVILS LAKE | ND | 58301-9505 | K36116 | 66.90 | * |
| JIM MREEN | PO BOX 488 | | LAKE OSWEGO | OR | 97034-0488 | K31005 | 66.90 | * |
| JIM MURPHY | 6016 BRIDGET ST | | METAIRIE | LA | 70003-2110 | K56874 | 66.90 | * |
| JIM NIXON | 5140 SAINT ANTHONY RD | | CELINA | OH | 45822-9019 | K33117 | 66.90 | * |
| JIM OSBORN | 812 E OUTER RD | | POPLAR BLUFF | MO | 63901-6881 | K35498 | 66.90 | * |
| JIM PEPPER | 41 SANIBEL CT | | O FALLON | MO | 63368-6667 | K49227 | 66.90 | * |
| JIM PETERSOHN | 37806 CHERRY BLOSSOM CT | | FREMONT | CA | 94536-3945 | K57102 | 66.90 | * |
| JIM PHENIS | 5105 HODGIN RD | | RICHMOND | IN | 47374-7951 | K29401 | 66.90 | * |
| JIM PHILLIPS | 216 W CENTRAL AVE STE 3-1 | | EL DORADO | KS | 67042-2148 | K47550 | 66.90 | * |
| JIM RAY | 601 CONSTELLATION BLVD | | LEAGUE CITY | TX | 77573-6431 | K46128 | 66.90 | * |
| JIM ROBINSON | 14795 BUCKINGHAM CT | | DALLAS | TX | 75254-7562 | K53086 | 66.90 | * |
| JIM ROURKE II | PO BOX 222 | | PESCADERO | CA | 94060-0222 | K53563 | 66.90 | * |
| JIM SCHIRMER | 512 BISHOP AVE | | PLYMOUTH | WI | 53073-1406 | K50446 | 66.90 | * |
| JIM SEEFLUTH | S2932 LORENE DR | | MARSHFIELD | WI | 54449-9453 | K52088 | 66.90 | * |
| JIM SHAW | 6119 N BEULAH AVE | | FERNDALE | WA | 98248-9381 | K32724 | 66.90 | * |
| JIM SMYITHE | PO BOX 4 | | CLEARBROOK | MN | 56634-0004 | K20187 | 66.90 | * |
| JIM SPANGLER | 5309 WATER OAK DR | | FLOWER MOUND | TX | 75028-5202 | K46526 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| JIM SULLIVAN | 108 NW 135TH WAY UNIT 104 | | PLANTATION | FL | 33325-7702 | K50163 | 66.90 * | |
| JIM SUVEGES | 981 KEYSER LN | | RICHMOND | IN | 47374-1543 | K27738 | 66.90 * | |
| JIM T DEETS | 2145 MOUNTCLAIRE CT | | STONE MOUNTAIN | GA | 30087-1335 | K25041 | 66.90 * | |
| JIM THOMPSON | 27915 N 100TH PL | | SCOTTSDALE | AZ | 85262-8935 | K35899 | 66.90 * | |
| JIM TRET | 12051 SUGAR CREEK RD | | NOBLESVILLE | IN | 46060-4293 | K58827 | 66.90 * | |
| JIM TURNER | 409 BAYSIDE DR | | NEWPORT BEACH | CA | 92660-7212 | K39451 | 66.90 * | |
| JIM TURNER | 124 TAYLOR CIR | | FITZGERALD | GA | 31750-7415 | K59759 | 66.90 * | |
| JIM VANDYK | 22621 FRENCH RD | | MATTAWAN | MI | 49071-9327 | K20487 | 66.90 * | |
| JIM W WILSON | 4952 DEVONSHIRE AVE | | MEMPHIS | TN | 38117-4208 | K22447 | 66.90 * | |
| JIM WALKER | 231 CARRIAGE CROSSING RD | | LANSING | KS | 66043-1547 | K34212 | 66.90 * | |
| JIM WILLMAN | 711 GARWOOD RD | | RICHMOND | IN | 47374-7120 | K28969 | 66.90 * | |
| JIM YOUNG | 2984 FRANKLIN OAKS DR | | OAK HILL | VA | 20171-2254 | K39384 | 66.90 * | |
| JIMMIE BAKER | 167 LUMBEE CIR UNIT 21 | | PAWLEYS ISLAN | SC | 29585-4388 | K36350 | 66.90 * | |
| JIMMIE COGGINS | PO BOX 753 | | NEWBERRY | SC | 29108-0753 | K34947 | 66.90 * | |
| JIMMIE COPELAND | 2232 NEW YORK ST | | NEW ORLEANS | LA | 70122-5655 | K55598 | 66.90 * | |
| JIMMIE CROSSNOE | 402 ASHANA DR | | COLLIERVILLE | TN | 38017-1106 | K32818 | 66.90 * | |
| JIMMIE D RHOADES | 207 PONDEROSA DR | | WOODWARD | OK | 73801-6040 | K31191 | 66.90 * | |
| JIMMIE DAUGHERTY | 2236 HUMMINGBIRD LN | | WASHINGTON | IL | 61571-3319 | K47440 | 66.90 * | |
| JIMMIE EASH | 2005 GRANTWOOD ST | | IOWA CITY | IA | 52240-5930 | K56946 | 66.90 * | |
| JIMMIE H HOWIE | 503 SIKES AVE | | NORTH AUGUSTA | SC | 29841-4168 | K30259 | 66.90 * | |
| JIMMIE J SHAW | 1620 N PACIFIC ST | | CONROE | TX | 77301-1937 | K10048 | 66.90 * | |
| JIMMIE KENNEDY | 891 S WALNUT ST APT 205 | | ANAHEIM | CA | 92802-1762 | K54219 | 66.90 * | |
| JIMMIE L BRYANT | 10670 SW 21ST ST | | MIRAMAR | FL | 33025-1787 | K42849 | 66.90 * | |
| JIMMIE L TOLIVER | 1824 SNOWFIRE AVE | | NORTH LAS VEG | NV | 89032-0208 | V99606 | 66.90 * | |
| JIMMIE LEE PHINAZEE | 14274 SW 105TH PL | | MIAMI | FL | 33176-7031 | K40567 | 66.90 * | |
| JIMMIE LOUISE SMITH | 1309 KIOWA ST | | SWEETWATER | TX | 79556-2837 | K43816 | 66.90 * | |
| JIMMIE W BASS | 2909 OAK LN | | BRADENTON | FL | 34209-6228 | K56497 | 66.90 * | |
| JIMMY BALLETTO | 4 LEXINGTON AVE APT 3L | | NEW YORK | NY | 10010-5418 | K52766 | 66.90 * | |
| JIMMY BOWEN | 5202 E FLOWER ST | | PHOENIX | AZ | 85018-6616 | K34546 | 66.90 * | |
| JIMMY D CLAY | 1203 CEDAR GROVE RD | | RIPLEY | TN | 38063-6863 | K34232 | 66.90 * | |
| JIMMY D TERRELL | 608 N ELKHART AVE APT B | | LUBBOCK | TX | 79416-1158 | K31243 | 66.90 * | |
| JIMMY E MCMULLEN | 9604 CHASE WAY | | SHREVEPORT | LA | 71118-4620 | V99473 | 66.90 * | |
| JIMMY GALE RICHARDSON | 5091 EDINBORO LN | | WILMINGTON | NC | 28409-8519 | K37183 | 66.90 * | |
| JIMMY GREGORY | 205 LEATHERWOOD LAKE RD | | STEWART | TN | 37175-4073 | K35980 | 66.90 * | |
| JIMMY GUTHRIE | 105 DORCHESTER RD | | BELTON | SC | 29627-9733 | K36109 | 66.90 * | |
| JIMMY JONES | 223 SUNRISE DR | | MARISSA | IL | 62257-1614 | K31101 | 66.90 * | |
| JIMMY K WILLIAMS | 254 RAINBOW DR APT 15426 | | LIVINGSTON | TX | 77399-2054 | K30746 | 66.90 * | |
| JIMMY LAWSON | 701 HADLEY AVE | | OLD HICKORY | TN | 37138-3118 | K35312 | 66.90 * | |
| JIMMY NEWTON | 7903 W COUNTY ROAD 116 | | MIDLAND | TX | 79706-2813 | K45290 | 66.90 * | |
| JIMMY OWEN ROGERS | 3700 SPRINGFIELD ST | | DENTON | TX | 76208-2920 | K28647 | 66.90 * | |
| JIMMY R DICKENS | 6986 WHITE OAK RD | | STEWART | TN | 37175-7614 | K35979 | 66.90 * | |
| JIMMY SKIPPER JR | PO BOX 492 | | MYRTLE BEACH | SC | 29578-0492 | K36157 | 66.90 * | |
| JIMMY SOL CLEVELAND | 108 MISSION HILLS DR | | LUFKIN | TX | 75901-7764 | K42280 | 66.90 * | |
| JIMMY WEEKS | 9514 RUMBLING WOOD LN | | HOUSTON | TX | 77086-2337 | K43975 | 66.90 * | |
| JIMMY WHITE | 1601 CARDENAS DR NE | | ALBUQUERQUE | NM | 87110-6627 | K44403 | 66.90 * | |
| JINKS WYNN | RR 3 BOX 3954 | | ALTON | MO | 65606-9517 | K36292 | 66.90 * | |
| JINSIE BINGHAM | 104 S BLOOMINGTON ST | | GREENCASTLE | IN | 46135-1731 | K44677 | 66.90 * | |
| JO ALICE BENDER | 1229 N JACKSON ST UNIT 103 | | MILWAUKEE | WI | 53202-2632 | V99458 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JO ANN COLLINS | 808 FAIRVIEW DR | | FORT WALTON B | FL | 32547-4208 | K62850 | 66.90 | * |
| JO ANN DUDLEY | 3025 GREYSTONE LOOP UNIT 101 | | KISSIMMEE | FL | 34741-7827 | K45744 | 66.90 | * |
| JO ANN ENGELHARDT | 205 BEACHWAY DR | | OCEAN RIDGE | FL | 33435-6209 | K46241 | 66.90 | * |
| JO ANN HICKEY | 2153 MAPLEWOOD RD | | STOW | OH | 44224-2644 | K61613 | 66.90 | * |
| JO ANN HOFSTRA | 10853 174TH ST | | VALLEY FALLS | KS | 66088-4089 | K32689 | 66.90 | * |
| JO ANN HUGHES | 3905 100TH PL | | LUBBOCK | TX | 79423-5719 | K43167 | 66.90 | * |
| JO ANN KARN | 348 ANILINE AVE N | | HOLLAND | MI | 49424-1918 | K24196 | 66.90 | * |
| JO ANN KETTERER | 813 HIGH ST | | KEOKUK | IA | 52632-4926 | K16599 | 66.90 | * |
| JO ANN MCCARTY | PO BOX 8063 | | HORSESHOE BAY | TX | 78657-8063 | K48146 | 66.90 | * |
| JO ANN MCCLANAHAN | 215 WHITE BROS RD | | HUMBOLDT | TN | 38343-5845 | K33678 | 66.90 | * |
| JO ANN MUENCH | 8612 GARYDON DR | | LOUISVILLE | KY | 40291-2739 | K33185 | 66.90 | * |
| JO ANN PAULSEN | 10118 HEMLOCK DR | | OVERLAND PARK | KS | 66212-3451 | K33540 | 66.90 | * |
| JO ANN PEARMAN | 822 LINCOLN ST | | MINONK | IL | 61760-1054 | K47545 | 66.90 | * |
| JO ANN PRICE | 9874 HORSESHOE LN | | AUSTIN | CO | 81410-8223 | K56838 | 66.90 | * |
| JO ANN SINGLETON | 6999 KNOLLWOOD DR | | MORROW | GA | 30260-3212 | K62879 | 66.90 | * |
| JO ANN STOUT | 11720 SW 3RD ST | | YUKON | OK | 73099-6708 | K62467 | 66.90 | * |
| JO ANN VEHAR | 26 OWAISSA DR | | EASTLAKE | OH | 44095-1950 | K44894 | 66.90 | * |
| JO ANN WARNER | 19 JOEL CT | | LINDENWOLD | NJ | 08021-6719 | K51787 | 66.90 | * |
| JO ANN WEEKS | 23446 SWAN ST | | MORENO VALLEY | CA | 92557-7909 | K14172 | 66.90 | * |
| JO ANNE GOAD | 3307 GREEN RIDGE CT | | ROANOKE | VA | 24019-1815 | K22462 | 66.90 | * |
| JO ANNE MOORE | PO BOX 662 | | URBANNA | VA | 23175-0662 | K42969 | 66.90 | * |
| JO ANNE ROBERTSON | 359 IVY MANOR DR NW | | MARIETTA | GA | 30064-5118 | K28793 | 66.90 | * |
| JO ANNE WHALEY | 164 S DUTCHLAND ESTATE RD | | HAVANA | IL | 62644-6967 | K47361 | 66.90 | * |
| JO BEAN | PO BOX 568 | | PAOLI | OK | 73074-0568 | K41603 | 66.90 | * |
| JO CULNANE | 6737 HARRIET AVE | | RICHFIELD | MN | 55423-2311 | K23267 | 66.90 | * |
| JO ELAINE FELICE | 3101 SW 32ND PL | | DES MOINES | IA | 50321-1454 | K21037 | 66.90 | * |
| JO ELLEN ASHMORE | 705 E RIVER DR APT 217 | | PARK RAPIDS | MN | 56470-1565 | K53364 | 66.90 | * |
| JO ELLEN BOESCH | 17607 N OAK LAWN AVE | | CHILLICOTHE | IL | 61523-9431 | K45922 | 66.90 | * |
| JO ELLEN ELLISON-QUIALES | 1309 S 5TH ST | | RICHMOND | IN | 47374-6815 | K33001 | 66.90 | * |
| JO ELLEN JENSEN | 703 2ND ST | | BATTLE CREEK | IA | 51006-9426 | K14625 | 66.90 | * |
| JO ELLEN MCKINNEY | PO BOX 87 | | REDVALE | CO | 81431-0087 | K18559 | 66.90 | * |
| JO ELLEN MILLER | 124 MARBELLO CT | | SAINT MARYS | OH | 45885-9548 | K43881 | 66.90 | * |
| JO ELLEN MORRISON | 2 DORAL DR | | AMARILLO | TX | 79124-7818 | K28507 | 66.90 | * |
| JO EVELYN DOWELL | 110 CLIFTON CT | | OLD HICKORY | TN | 37138-2325 | K37079 | 66.90 | * |
| JO HELGESON | N30W6801 LINCOLN BLVD APT 10 | | CEDARBURG | WI | 53012-2643 | K35503 | 66.90 | * |
| JO KLINGENSMITH | 857 MICHELLE DR | | MEADVILLE | PA | 16335-9411 | K22452 | 66.90 | * |
| JO MARIE NEITZERT | 13014 S BANCROFT RD | | MORRICE | MI | 48857-9735 | K56281 | 66.90 | * |
| JO NAGLE | 9 GOLF VIEW DR | | PRINCETON | NJ | 08540-8442 | K50699 | 66.90 | * |
| JO R FUJISE | 1145 DUFFIELD HEIGHTS AVE SE | | SALEM | OR | 97302-1708 | K54405 | 66.90 | * |
| JO SHIFRIN | 3 DELLWOOD LN | | ARDSLEY | NY | 10502-1309 | K51103 | 66.90 | * |
| JO WEISTER | PO BOX 611 | | SHINGLETOWN | CA | 96088-0611 | K28758 | 66.90 | * |
| JOAN [CAROL] STEGMAN | 4991 ORCHARD RD | | MENTOR | OH | 44060-1256 | K44468 | 66.90 | * |
| JOAN A COLLINS | 5 CARSON ST | | BILLERICA | MA | 01821-5854 | K49605 | 66.90 | * |
| JOAN A HEGG | 2917 WINDERMERE RD | | SCHENECTADY | NY | 12304-3649 | K20932 | 66.90 | * |
| JOAN A SCHMIDT | 728 AUBURN RD | | FAIRLESS HILL | PA | 19030-2437 | K24126 | 66.90 | * |
| JOAN ACKERMAN | 14601 E SUNDANCE ST | | WICHITA | KS | 67230-7159 | K36616 | 66.90 | * |
| JOAN ALTHOUSE | 711 AMSTERDAM AVE APT 7E | | NEW YORK | NY | 10025-6912 | K57933 | 66.90 | * |
| JOAN ANN [JOANNE] BARNES | 2427 INGALLS AVE APT 204 | | CREST HILL | IL | 60403-3067 | K48943 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOAN AVILA | 1858 BYERS CT | | CARMICHAEL | CA | 95608-5430 | K36352 | 66.90 | * |
| JOAN B RAE | 10767 BELLVIEW DR | | NORTH HUNTING | PA | 15642-4286 | K63000 | 66.90 | * |
| JOAN BARTON | 819 E DELAWARE AVE | | GRAND ISLAND | NE | 68801-8138 | K54793 | 66.90 | * |
| JOAN BAUER | 121 TIDES RUN | | YORKTOWN | VA | 23692-4334 | K58682 | 66.90 | * |
| JOAN BEALL | 1283 LONGLEAF CT | | BRENTWOOD | CA | 94513-2943 | K41102 | 66.90 | * |
| JOAN BELANGER | 524 5TH ST | | INTERNATIONAL | MN | 56649-2404 | K18004 | 66.90 | * |
| JOAN BENSON | 2529 W EUBANKS ST | | OKLAHOMA CITY | OK | 73112-7621 | K42028 | 66.90 | * |
| JOAN BERGER | 10670 E PALO BREA DR | | SCOTTSDALE | AZ | 85262-3302 | K54260 | 66.90 | * |
| JOAN BLOOM | 26639 PETERMAN AVE | | HAYWARD | CA | 94545-3117 | K47617 | 66.90 | * |
| JOAN BOGGESS | PO BOX 4376 | | PARKERSBURG | WV | 26104-4376 | K46033 | 66.90 | * |
| JOAN BRANSON | 9427 LINDA RIO DR | | SACRAMENTO | CA | 95827-1066 | K30564 | 66.90 | * |
| JOAN BRIDGENS | 8437 FM 2657 | | KEMPNER | TX | 76539-8085 | K59985 | 66.90 | * |
| JOAN BRUCE | 12105 STATE HIGHWAY 151 APT | | SAN ANTONIO | TX | 78251-4581 | K24639 | 66.90 | * |
| JOAN BRUNNER | 25609 N FOREST RD UNIT 10 | | RIO VERDE | AZ | 85263-8139 | K59388 | 66.90 | * |
| JOAN C BRODSKY | 68 GARLOR DR | | HAVERTOWN | PA | 19083-1224 | K36588 | 66.90 | * |
| JOAN C KROEHLER | 35 3RD ST | | BANGOR | ME | 04401-6102 | K25871 | 66.90 | * |
| JOAN C MOATES | 7035 N STARDUST CIR | | TUCSON | AZ | 85718-1133 | K51873 | 66.90 | * |
| JOAN CLAYTON | 194 LAKESIDE DR NW | | KENNESAW | GA | 30144-3087 | K56820 | 66.90 | * |
| JOAN COLE | 256 S 3RD ST | | PHILADELPHIA | PA | 19106-3811 | K39509 | 66.90 | * |
| JOAN COMER | 2233 CHARLESTON PL | | RICHMOND | IN | 47374-6790 | K30687 | 66.90 | * |
| JOAN CONNORS | 1743 YARDLEY DR | | WEST CHESTER | PA | 19380-5793 | K49717 | 66.90 | * |
| JOAN CONWAY | PO BOX 514 | | CHESTERTOWN | NY | 12817-0514 | K37189 | 66.90 | * |
| JOAN CROWNS | 7917 E DUBLIN ST | | WICHITA | KS | 67206-1609 | K48440 | 66.90 | * |
| JOAN CYPHER | 20592 TAHITIAN BLVD | | ESTERO | FL | 33928-2712 | K56701 | 66.90 | * |
| JOAN DARBY | 2468 CR 4550 | | COFFEYVILLE | KS | 67337-7906 | K55374 | 66.90 | * |
| JOAN DEUTSCH | 61 RIDGEWAY DR | | IRVINGTON | NY | 10533-1840 | K46296 | 66.90 | * |
| JOAN DEXTER | 355 EWE CREEK RD | | GRANTS PASS | OR | 97526-9323 | K30908 | 66.90 | * |
| JOAN DICKERSON | 1120 W MILL ST | | QUAKERTOWN | PA | 18951-1126 | K45289 | 66.90 | * |
| JOAN DINNEEN | 7 HAWTHORNE AVE | | PORT WASHINGT | NY | 11050-4410 | K62940 | 66.90 | * |
| JOAN DRUCKMAN | 17 BENFORD DR | | PRINCETON JUN | NJ | 08550-1330 | K12375 | 66.90 | * |
| JOAN DUNNE | 56 DEERFIELD DR | | MANAHAWKIN | NJ | 08050-5413 | K38071 | 66.90 | * |
| JOAN E BICSEY | 515 PARK ST | | MCKEESPORT | PA | 15132-2141 | K61961 | 66.90 | * |
| JOAN E BRODER | 50 E HARTSDALE AVE APT 6F | | HARTSDALE | NY | 10530-2752 | K13190 | 66.90 | * |
| JOAN E DAHLIN | 6960 VIA ESTRADA | | LA JOLLA | CA | 92037-6450 | K35679 | 66.90 | * |
| JOAN E MCHALE | 34 COTTON RD | | LEVITTOWN | PA | 19057-1412 | K41483 | 66.90 | * |
| JOAN E STANGER | 1223 N 146TH PLZ | | OMAHA | NE | 68154-1114 | K57978 | 66.90 | * |
| JOAN E TRIPP | 11 PARTRIDGE RUN | | WASHINGTON | NJ | 07882-1572 | K37635 | 66.90 | * |
| JOAN EHLERS | 2066 ROOSEVELT BLVD | | EUGENE | OR | 97402-2668 | K35087 | 66.90 | * |
| JOAN ELAINE GUNTER | 533 S 700 W | | BRIGHAM CITY | UT | 84302-2862 | K48064 | 66.90 | * |
| JOAN ERICKSON | 5625 SANDPIPER DR APT 403 | | STEVENS POINT | WI | 54482-8100 | K55494 | 66.90 | * |
| JOAN ETTMAN | 402 BERRINGER PL | | BALLWIN | MO | 63021-4143 | K42497 | 66.90 | * |
| JOAN F CARR | 204 W HATHAWAY LN | | ARDMORE | PA | 19003-1704 | K33459 | 66.90 | * |
| JOAN FENSTERMAKER | 13938 BETHANY RD | | SYCAMORE | IL | 60178-8405 | K59466 | 66.90 | * |
| JOAN FERREIRA | PO BOX 112 | | PRUDENCE ISLA | RI | 02872-0112 | K24933 | 66.90 | * |
| JOAN FISHBACK | 11654 DOUGLAS ST | | OMAHA | NE | 68154-3129 | K52563 | 66.90 | * |
| JOAN FLOOD | 171 MAIN ST APT 33 | | MADISON | NJ | 07940-2162 | K37288 | 66.90 | * |
| JOAN FORMAN | 540 N NEVILLE ST APT 302 | | PITTSBURGH | PA | 15213-2836 | K48835 | 66.90 | * |
| JOAN FORSLUND | 2510 LAKE MICHIGAN DR NW APT | | GRAND RAPIDS | MI | 49504-8038 | K43423 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| JOAN FREELAND | 1569 N VEST DR | | NAPERVILLE | IL | 60563-9382 | K44373 | 66.90 | * |
| JOAN GANNAWAY | 1460 W ELM AVE | | FULLERTON | CA | 92833-3948 | K49827 | 66.90 | * |
| JOAN GARCIA | 831 13TH ST S | | WISCONSIN RAP | WI | 54494-5342 | K49639 | 66.90 | * |
| JOAN GARNER | 513 REDWOOD AVE | | VENTURA | CA | 93003-3628 | K41103 | 66.90 | * |
| JOAN GEISSMAN | 177 E 102ND ST APT 1W | | NEW YORK | NY | 10029-5710 | K37694 | 66.90 | * |
| JOAN GIVENS | 2607 WAYNE ST | | BELLEVUE | NE | 68005-5359 | K54306 | 66.90 | * |
| JOAN GOLDFEIN | 399 E 72ND ST APT 6E | | NEW YORK | NY | 10021-4653 | K37164 | 66.90 | * |
| JOAN GOLDSTEIN PHD | 401 MCKINLEY CT | | PRINCETON | NJ | 08540-1684 | K45622 | 66.90 | * |
| JOAN GOMORA | 517 BETHEL DR APT 1N | | JOLIET | IL | 60435-5392 | K50692 | 66.90 | * |
| JOAN GORDON | 413 BRUNSWICK DR APT 8 | | TROY | NY | 12180-6668 | K19873 | 66.90 | * |
| JOAN GREEN | 108 BRIGHAM HILL RD | | ESSEX JUNCTIO | VT | 05452-2104 | K20042 | 66.90 | * |
| JOAN GREENBLATT | 7753 E HIGGINS LAKE DR | | ROSCOMMON | MI | 48653-9353 | K42231 | 66.90 | * |
| JOAN GUNNEN | 81 FREDERICK AVE | | ALBANY | NY | 12205-3083 | K19796 | 66.90 | * |
| JOAN H ASHMEN | 14 TAYLOR WAY | | WASHINGTON CR | PA | 18977-1046 | K22240 | 66.90 | * |
| JOAN HEINLE | PO BOX 265 | | RANIER | MN | 56668-0265 | K25553 | 66.90 | * |
| JOAN HICKS | 1176 ORTEGO DR | | FAIRBORN | OH | 45324-5733 | K51128 | 66.90 | * |
| JOAN HILL | PO BOX 282 | | LAKEVIEW | OH | 43331-0282 | K31590 | 66.90 | * |
| JOAN HINRICHS | 2064 LA FRANCE AVE | | SOUTH PASADEN | CA | 91030-4610 | K22257 | 66.90 | * |
| JOAN HODGES | 3332 S OURAY WAY | | AURORA | CO | 80013-2034 | K52508 | 66.90 | * |
| JOAN HOLOHAN | 7 HARRISON PL | | MASSAPEQUA | NY | 11758-7029 | K36689 | 66.90 | * |
| JOAN HOLZMER | 1347 W 3RD ST | | HOBART | IN | 46342-4930 | K44567 | 66.90 | * |
| JOAN HOMAN | 6964 PIGEON HILL RD | | SPRING GROVE | PA | 17362-8680 | K15961 | 66.90 | * |
| JOAN HOPKINS | 57 GIBBS AVE | | NEWPORT | RI | 02840-2215 | K32366 | 66.90 | * |
| JOAN HUDSON | 32237 CONLEYS CHAPEL RD | | LEWES | DE | 19958-6000 | K33393 | 66.90 | * |
| JOAN HUNT | 149 COLKET LN | | DEVON | PA | 19333-1204 | K34747 | 66.90 | * |
| JOAN HUNT | 31 ALMOND CT | | LAFAYETTE | IN | 47905-3935 | K57495 | 66.90 | * |
| JOAN JOHNSTONE | 430 HARBOR DR S | | INDIAN ROCKS | FL | 33785-3119 | K37727 | 66.90 | * |
| JOAN JONES | 129 W ARLINGTON HTS | | NORTH AUGUSTA | SC | 29841-3432 | K20029 | 66.90 | * |
| JOAN KEEHN | 1904 HIGHWAY 169 | | ALGONA | IA | 50511-7155 | K54880 | 66.90 | * |
| JOAN KELLY | 10250 WESCH RD | | BROOKLYN | MI | 49230-9716 | K58766 | 66.90 | * |
| JOAN KIRDAHY | 67 KNOLLS DR | | STONY BROOK | NY | 11790-2416 | K37099 | 66.90 | * |
| JOAN KITIK | 436 CHESTNUT TREE HILL RD | | OXFORD | CT | 06478-1141 | K48590 | 66.90 | * |
| JOAN KNAPP | PO BOX 103 | | LOOKOUT | CA | 96054-0103 | K51077 | 66.90 | * |
| JOAN KRUGER | 4614 CORSAGE DR | | LUTZ | FL | 33558-9213 | K56288 | 66.90 | * |
| JOAN KUHNS | 49 CRESTON AVE | | TENAFLY | NJ | 07670-2905 | K34178 | 66.90 | * |
| JOAN L EARHART | 1370 PRITCHETT CT | | LOS ALTOS | CA | 94024-5711 | K29293 | 66.90 | * |
| JOAN L MICHELETTI | 2939 SAINT JOHNS AVE | | BILLINGS | MT | 59102-6643 | K37476 | 66.90 | * |
| JOAN LANGAN | 3025 HIGHWOODS DR | | ASTON | PA | 19014-1629 | K55685 | 66.90 | * |
| JOAN LEMPINEN | 1124 PINE OAKS CIR | | LAKE FOREST | IL | 60045-2684 | K52991 | 66.90 | * |
| JOAN LENA EICHHORN | 16225 N CAVE CREEK RD LOT 36 | | PHOENIX | AZ | 85032-2965 | K26652 | 66.90 | * |
| JOAN LOFGREN | 1639 E MIKI WAY | | LANCASTER | CA | 93535-4841 | K47547 | 66.90 | * |
| JOAN LOUISE BERTRAND | 196 COLEBROOK RD | | LITTLE COMPTO | RI | 02837-2014 | K24845 | 66.90 | * |
| JOAN LYLES | 4046 VILLAGE PARK DR | | SAN ANGELO | TX | 76904-6664 | K41953 | 66.90 | * |
| JOAN M CAMINITI | 1152 N KING ARTHUR CT | | PALATINE | IL | 60067-2623 | K21202 | 66.90 | * |
| JOAN M CASSIDY | 2521 GULF BREEZE AVE | | PENSACOLA | FL | 32507-2657 | K53698 | 66.90 | * |
| JOAN M DOSTER | 2940 RUTH RD | | WANTAGH | NY | 11793-1032 | K62285 | 66.90 | * |
| JOAN M HOLOHAN-DELANEY | 531 BELL ST | | WEST HEMPSTEA | NY | 11552-1823 | K45893 | 66.90 | * |
| JOAN M JOHNSEN | 2189 SPANISH OAK DR | | LILLIAN | AL | 36549-5407 | K51708 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|----|
| JOAN M MORGAN | 1971 STANSBERRY CIR | | AKRON | OH | 44313-8115 | K51003 | 66.90 | * |
| JOAN M SCHLEIF | 4951 BRIGHTON BLVD | | MOUND | MN | 55364-9287 | K35480 | 66.90 | * |
| JOAN M WERNER | 281 BEAVER SHORES DR | | LACHINE | MI | 49753-9677 | K57239 | 66.90 | * |
| JOAN M WEST | 113 ELM ST | | STOUGHTON | MA | 02072-2257 | K11889 | 66.90 | * |
| JOAN MANN | 3084 COUNTY ROAD 125 | | INTERNATIONAL | MN | 56649-8721 | K18413 | 66.90 | * |
| JOAN MARIE FOY | 31 ANCHOR ST APT Z | | FREEPORT | NY | 11520-5264 | K37161 | 66.90 | * |
| JOAN MARIE SULLIVAN | 2325 LYNWOOD ST | | CREST HILL | IL | 60403-1739 | K50840 | 66.90 | * |
| JOAN MARONI | 3691 GRIMES DR | | COLUMBUS | OH | 43204-1884 | K61999 | 66.90 | * |
| JOAN MARTIN | 1815 WILLOW STREET PIKE | | LANCASTER | PA | 17602-4831 | K15758 | 66.90 | * |
| JOAN MCCABE | 100 JOHN T O LEARY BLVD UNIT | | SOUTH AMBOY | NJ | 08879-1793 | K33103 | 66.90 | * |
| JOAN MCCARTHY | 5500 N MAIN ST APT 19204 | | FALL RIVER | MA | 02720-2066 | K24391 | 66.90 | * |
| JOAN MCDOLE | 3201 RIDGE OAK DR | | GARLAND | TX | 75044-6947 | K10666 | 66.90 | * |
| JOAN MCGINTY | 56 SHELLBARK LN | | BRIARCLIFF | NY | 10510-2553 | K40769 | 66.90 | * |
| JOAN MCHUGH | 589 STRUMBLY DR | | HIGHLAND HEIG | OH | 44143-1951 | K43923 | 66.90 | * |
| JOAN MCNEAL | 631 WALNUT AVE | | HARRISBURG | PA | 17112-8898 | K29477 | 66.90 | * |
| JOAN MCPHERSON | 2243 N MASON RD APT 309 | | KATY | TX | 77449-3744 | K15531 | 66.90 | * |
| JOAN MILETTE | 811 7TH ST | | INTERNATIONAL | MN | 56649-2508 | K18364 | 66.90 | * |
| JOAN MOORE | 12777 YACHT CLUB CIR | | FORT MYERS | FL | 33919-4589 | K60657 | 66.90 | * |
| JOAN MORGAN | 1038 BLESSING WAY | | HEMET | CA | 92543-1300 | K40666 | 66.90 | * |
| JOAN NEIRBY | 19133 110TH PL SE | | RENTON | WA | 98055-8112 | K32237 | 66.90 | * |
| JOAN NERF | 23 MARWILL ST | | ALBANY | NY | 12209-1505 | K20251 | 66.90 | * |
| JOAN NEWEL | 1907 LAUREL ST | | DALLAS CENTER | IA | 50063-1024 | K56411 | 66.90 | * |
| JOAN OBER | 4254 ECHO RD | | BLOOMFIELD HI | MI | 48302-1943 | K54585 | 66.90 | * |
| JOAN ODEHNAL | 9458 W D AVE | | KALAMAZOO | MI | 49009-8886 | K17565 | 66.90 | * |
| JOAN O'DONNELL | 906 HEATHER LN | | PHOENIXVILLE | PA | 19460-2117 | K49296 | 66.90 | * |
| JOAN ORRIS | 45 NEW YORK CT | | DANA POINT | CA | 92629-4524 | K60728 | 66.90 | * |
| JOAN OSBORN | 8545 CARMEL VALLEY RD | | CARMEL | CA | 93923-9556 | K49498 | 66.90 | * |
| JOAN P LINK | 7649 N LUCAS RD | | MANTON | MI | 49663-9036 | K35543 | 66.90 | * |
| JOAN PAKULA | 6774 WOODBRIDGE DR | | BOCA RATON | FL | 33434-4270 | K44454 | 66.90 | * |
| JOAN PAVLECIC | 6280 SAGER WAY | | SAN JOSE | CA | 95123-4643 | K60580 | 66.90 | * |
| JOAN PIDGEON | 33 GLENRIDGE DR | | BEDFORD | MA | 01730-2009 | K42056 | 66.90 | * |
| JOAN POSS | 2646 N RIDGEWOOD CT | | WICHITA | KS | 67220-4211 | K35812 | 66.90 | * |
| JOAN POTTS-MULHALL | 220 WATERS EDGE DR S | | PONTE VEDRA B | FL | 32082-2579 | K38132 | 66.90 | * |
| JOAN PRASTKA | 728 E PROMONTORY RD | | SHELTON | WA | 98584-9422 | K39683 | 66.90 | * |
| JOAN PUTTERMAN | 4913 EXETER ESTATE LN | | WELLINGTON | FL | 33449-8142 | K52044 | 66.90 | * |
| JOAN QUINN-ROACHE | PO BOX 523 | | MATTITUCK | NY | 11952-0523 | K43761 | 66.90 | * |
| JOAN R HUNT | 111 WHITE PINE DR | | ROSCOMMON | MI | 48653-9327 | K58351 | 66.90 | * |
| JOAN REGAN | 28 SPRING BEAUTY DR | | BLUFFTON | SC | 29909-7146 | K37358 | 66.90 | * |
| JOAN RISSLER | 8802 S COUNTY ROAD 725 W | | REELSVILLE | IN | 46171-8862 | K46716 | 66.90 | * |
| JOAN RITTENHOUSE | 1540 NORMA RD | | COLUMBUS | OH | 43229-5119 | K39732 | 66.90 | * |
| JOAN ROBISON | 604 N CEMETERY ST | | ROANOKE | IL | 61561-7788 | K50340 | 66.90 | * |
| JOAN ROSE | 3299 PINE VALLEY RD | | SAN RAMON | CA | 94583-3633 | K49084 | 66.90 | * |
| JOAN ROSENFELD | 3145 NE 210TH ST | | AVENTURA | FL | 33180-3635 | K49739 | 66.90 | * |
| JOAN ROSS | 801 FAIRMONT AVE APT A | | FAIRMONT | WV | 26554-5149 | K50579 | 66.90 | * |
| JOAN ROSS | 3355 SAINT THOMAS ST | | EUGENE | OR | 97408-7360 | K60268 | 66.90 | * |
| JOAN RUDLOFF | 30 SPOTTSWOOD DR | | MILTON | PA | 17847-9644 | K15652 | 66.90 | * |
| JOAN RUTH BRAXTON | 11990 MARKET ST UNIT 202 | | RESTON | VA | 20190-6001 | K50557 | 66.90 | * |
| JOAN RYMER | 14771 155TH ST NE | | FOLEY | MN | 56329-9116 | K26928 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JOAN S MILEY | 3001 LITITZ PIKE | | LANCASTER | PA | 17606-7000 | K60771 | 66.90 | * |
| JOAN SAMPSELL | 77 CENTER ST | | MILTON | PA | 17847-1715 | K16534 | 66.90 | * |
| JOAN SCHMIDT | 4506 PROVIDENCE POINT PL SE | | ISSAQUAH | WA | 98029-6835 | K34658 | 66.90 | * |
| JOAN SCHNEIDER | 650 BENAVIDES ST | | MIAMISBURG | OH | 45342-2258 | K25987 | 66.90 | * |
| JOAN SCHROEDER | PO BOX 638 | | TRYON | NC | 28782-0638 | K53138 | 66.90 | * |
| JOAN SEELEY | 13258 ALLEN ST | | BATH | MI | 48808-8714 | K40177 | 66.90 | * |
| JOAN SEILER | 1604 MAI AVE | | DESOTO | TX | 75115-2128 | K16346 | 66.90 | * |
| JOAN SENSENIG | 2273 FURNACE HILL PIKE | | NEWMANSTOWN | PA | 17073-8601 | K57966 | 66.90 | * |
| JOAN SHIFFMAN | 31 HINCKLEY RD | | WABAN | MA | 02468-1723 | K10636 | 66.90 | * |
| JOAN SHILEY | 21168 FOREST LAKE DR | | STEPHENS CITY | VA | 22655-3357 | K23172 | 66.90 | * |
| JOAN SHOOP | 110 HIGHLAND AVE # 125 | | VALLEY PARK | MO | 63088-1422 | K38856 | 66.90 | * |
| JOAN SOLEM | 443 GOLDEN LN | | LONGMONT | CO | 80504-1315 | K54968 | 66.90 | * |
| JOAN SPERO | 1165 PARK AVE | | NEW YORK | NY | 10128-1248 | K40144 | 66.90 | * |
| JOAN STEEVES | 3324 S 94TH ST | | OMAHA | NE | 68124-2748 | K56556 | 66.90 | * |
| JOAN STEVENS | 116 W SIDE DR | | REHOBOTH BEAC | DE | 19971-1304 | K29447 | 66.90 | * |
| JOAN STONER | 195 SANDY HILL RD | | DENVER | PA | 17517-9450 | K57842 | 66.90 | * |
| JOAN SULLIVAN | 5281 WILLOW GROVE DR | | GRAND BLANC | MI | 48439-8682 | K26510 | 66.90 | * |
| JOAN SWAIN | 10061 SW 144TH ST | | MIAMI | FL | 33176-7083 | K38983 | 66.90 | * |
| JOAN TAYLOR | 908 S JACKSON ST | | GREENCASTLE | IN | 46135-1958 | K45612 | 66.90 | * |
| JOAN THOMPSON | 6591 S TOURNAMENT LN | | CHANDLER | AZ | 85249-4360 | K30191 | 66.90 | * |
| JOAN TOBIN | 1001 CARPENTERS WAY APT C114 | | LAKELAND | FL | 33809-3963 | K25916 | 66.90 | * |
| JOAN TRATE | 24 EAGLE DR | | BLOOMSBURG | PA | 17815-6803 | K15289 | 66.90 | * |
| JOAN TREIBER | 9827 LAKEPOINTE DR | | BURKE | VA | 22015-1823 | K45874 | 66.90 | * |
| JOAN TYREE | 4859 CASSELL DR | | MILLINGTON | TN | 38053-3952 | K29815 | 66.90 | * |
| JOAN VOGEL | PO BOX 4 | | CIMARRON | KS | 67835-0004 | K31026 | 66.90 | * |
| JOAN WALKER | 100 W SUNRISE AVE | | CORAL GABLES | FL | 33133-6910 | K25413 | 66.90 | * |
| JOAN WALKER | 1169 HEDY LYNN DR | | NORTH HUNTING | PA | 15642-1754 | K60850 | 66.90 | * |
| JOAN WALLACK | 28 LINDEN SHRS | | BRANFORD | CT | 06405-5253 | K15048 | 66.90 | * |
| JOAN WARISE | 5611 CENTRAL AVENUE PIKE | | KNOXVILLE | TN | 37912-2723 | K35406 | 66.90 | * |
| JOAN WARREN | 7138 CON RD 3 RR#1 | | LISLE | ON | L0M 1M0 | K24250 | 66.90 | * |
| JOAN WEBER | 3407 VANDYKE DR | | SPRING | TX | 77388-9327 | K55607 | 66.90 | * |
| JOAN WEIGLE | 3600 FULTON ST E APT A126 | | GRAND RAPIDS | MI | 49546-1424 | K36768 | 66.90 | * |
| JOAN WENDY FASSLER | 19 HASENFUS CIR | | NEEDHAM | MA | 02494-1358 | K14485 | 66.90 | * |
| JOAN WETTEREAU-BLANKENBURG | 2423 209TH PL NE | | SAMMAMISH | WA | 98074-6340 | K35943 | 66.90 | * |
| JOAN WEXELBAUM | 85 NORRANS RIDGE DR | | RIDGEFIELD | CT | 06877-4237 | K54645 | 66.90 | * |
| JOAN WINTERS | 2900 KELLY ST | | WHITE OAK | PA | 15131-2139 | K62597 | 66.90 | * |
| JOAN YOCUM | 319 BISCAYNE BLVD | | EL LAGO | TX | 77586-6109 | K35189 | 66.90 | * |
| JOAN YOUNG-HUNT | 3805 HARWOOD AVE SW | | HUNTSVILLE | AL | 35805-4427 | K42947 | 66.90 | * |
| JOAN ZIMMER | 10382 AUGUSTA DR | | SAUK CENTRE | MN | 56378-4864 | K25845 | 66.90 | * |
| JOANE CHIA | 1432 E PARK AVE | | DES MOINES | IA | 50320-1303 | K21563 | 66.90 | * |
| JOANETTA HAYNES | 4833 MACMONT CIR | | POWELL | TN | 37849-4522 | K12920 | 66.90 | * |
| JOANITA JONES | 109 MAIN ST | | AKRON | PA | 17501-1235 | K59091 | 66.90 | * |
| JOANN BALLARD | 510 MERRY OAKS RD | | MC MINNVILLE | TN | 37110-4787 | K35214 | 66.90 | * |
| JOANN BIEGLER | 819 COLUSA ST | | CHICO | CA | 95928-4116 | K18753 | 66.90 | * |
| JOANN BLOOM-MCCRUM | 3805 M 52 | | WILLIAMSTON | MI | 48895-9537 | K40175 | 66.90 | * |
| JOANN E CONNER | PO BOX 337 | | PLUMMER | ID | 83851-0337 | K26131 | 66.90 | * |
| JOANN FRANCES SHEPLEY | 60755 CURRANT WAY | | BEND | OR | 97702-9133 | K53732 | 66.90 | * |
| JOANN FREEMAN | 224 E BROADWAY ST | | COVINGTON | OH | 45318-1606 | K31828 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOANN FULLERTON | 129 ROCKLAND AVE | | BALA CYNWYD | PA | 19004-1827 | K38718 | 66.90 | * |
| JOANN GREENEMEIER | 28 COOPER LN | | CHESTER | NJ | 07930-2635 | K13809 | 66.90 | * |
| JOANN GRUBE | 1465 FURNACE HILLS PIKE | | LITITZ | PA | 17543-9590 | K27275 | 66.90 | * |
| JOANN HAWKINS | 6222 COUNTRY CLUB RD | | OMAHA | NE | 68152-2057 | K58184 | 66.90 | * |
| JOANN JANNEY | 2509 THOROUGHBRED LN | | MANSFIELD | TX | 76063-5164 | K56850 | 66.90 | * |
| JOANN JOBE | 1207 22ND ST | | WEST DES MOIN | IA | 50265-2226 | K25698 | 66.90 | * |
| JOANN KEMP | 22 AMELIA DR | | SCHENECTADY | NY | 12309-3202 | K20204 | 66.90 | * |
| JOANN KOLLER | 2099 170TH AVE | | DONNELLSON | IA | 52625-9102 | K14887 | 66.90 | * |
| JOANN LOWE | 40 STIMPSON AVE | | CASTLETON ON | NY | 12033-1525 | K21738 | 66.90 | * |
| JOANN MEURY | 11 HARDING RD | | COPIAGUE | NY | 11726-5018 | K37292 | 66.90 | * |
| JOANN MIHALIC | 14488 ROCK CREEK RD | | CHARDON | OH | 44024-9225 | K45487 | 66.90 | * |
| JOANN MUNIZ | 40 FISHER ST | | DOVER | NH | 03820-3943 | K55604 | 66.90 | * |
| JO-ANN PERKINS | 528 HOMESTEAD AVE | | MOUNT HOLLY | NJ | 08060-1244 | K47814 | 66.90 | * |
| JOANN PETSEL | 619 S STONE ST | | SIGOURNEY | IA | 52591-1228 | K56867 | 66.90 | * |
| JOANN RASKAS | 155 CARONDELET PLZ APT 304 | | SAINT LOUIS | MO | 63105-3470 | K39019 | 66.90 | * |
| JOANN SNYDER | 238 LUNAR LN | | MILTON | PA | 17847-2153 | K15653 | 66.90 | * |
| JOANN WALK-FERGUSON | 546 LAKESHORE DR | | COLUMBUS | MS | 39705-1617 | K60852 | 66.90 | * |
| JOANNA (JO) JAMES | 90421 SHADOWS DR | | SPRINGFIELD | OR | 97478-8764 | K31607 | 66.90 | * |
| JOANNA BROMMER | 6030 PARKSIDE CT | | EAST PETERSBU | PA | 17520-1245 | K27760 | 66.90 | * |
| JOANNA CRABB | 511 DART BROOK PL | | HENDERSON | NV | 89012-4532 | K31922 | 66.90 | * |
| JOANNA HARWOOD | 3949 LOCH MEADE DR | | LAKELAND | TN | 38002-9369 | K31867 | 66.90 | * |
| JOANNA JOHNSON | 8085 CRYSTAL CT | | AVON | IN | 46123-1278 | K49079 | 66.90 | * |
| JOANNA M FUELBIER | 16129 CHIPETA RD | | MONTROSE | CO | 81403-4704 | K26173 | 66.90 | * |
| JOANNA UNOWITZ | 469 STRATFORD RD | | UNION | NJ | 07083-8840 | K15367 | 66.90 | * |
| JOANNA VANATTA | 4514 NEW COLUMBIA RD | | NEW COLUMBIA | PA | 17856-9329 | K15727 | 66.90 | * |
| JOANNE [JODY] SMITH | 1048 N CHURCH ST | | JACKSONVILLE | IL | 62650-1302 | K15685 | 66.90 | * |
| JOANNE ASHENDEN | 3500 JOHNSON RD | | SALINE | MI | 48176-8912 | V99174 | 66.90 | * |
| JOANNE BALMER | 984 LINCOLN HEIGHTS AVE | | EPHRATA | PA | 17522-1542 | K58080 | 66.90 | * |
| JOANNE BARNES | 6 CRYSTAL AVE | | NEW EGYPT | NJ | 08533-1503 | K32782 | 66.90 | * |
| JOANNE BOWERS | 6835 BUTLER CT | | STOCKTON | CA | 95219-3510 | K18481 | 66.90 | * |
| JOANNE BROWN-OBERHEIDE | 813 SUNNY ACRES DR | | PRINCETON | IL | 61356-9549 | K56199 | 66.90 | * |
| JOANNE BRUNS | PO BOX 167 | | SAINT HENRY | OH | 45883-0167 | K31392 | 66.90 | * |
| JOANNE C EVERETT | 76 W QUACKENBUSH AVE | | DUMONT | NJ | 07628-3409 | K22451 | 66.90 | * |
| JOANNE CLARK | 3852 SAN MIGUEL LN | | ROCKLEDGE | FL | 32955-5376 | K61243 | 66.90 | * |
| JOANNE CLEVENGER | 15740 GARRISON LN APT 2 | | SOUTHGATE | MI | 48195-3215 | K58387 | 66.90 | * |
| JO-ANNE DA SILVA | 746 NW 41ST WAY | | DEERFIELD BEA | FL | 33442-9218 | K24980 | 66.90 | * |
| JOANNE DARNER | 5980 JASSAMINE DR | | DAYTON | OH | 45449-2954 | K31827 | 66.90 | * |
| JOANNE DENICOLA | 1101 128TH ST | | COLLEGE POINT | NY | 11356-1937 | K49414 | 66.90 | * |
| JOANNE DUNLAP | 452 MITCHELLS LN | | MIDDLETOWN | RI | 02842-5349 | K25350 | 66.90 | * |
| JOANNE E BARKER | 4203 SHERMAN RD | | KENT | OH | 44240-6849 | K61346 | 66.90 | * |
| JOANNE FISHER | 708 ELM ST | | CRAWFORD | NE | 69339-1067 | K59102 | 66.90 | * |
| JOANNE FORBES | 5610 KELLNER RD | | WISCONSIN RAP | WI | 54494-4007 | K46426 | 66.90 | * |
| JOANNE GLOVER | 205 CHEROKEE DR | | NORTH AUGUSTA | SC | 29841-4705 | K30776 | 66.90 | * |
| JOANNE GLOW | 13519 MEREDITH AVE | | OMAHA | NE | 68164-6321 | K16162 | 66.90 | * |
| JOANNE HARMAN | 3839 N TAZEWELL ST | | ARLINGTON | VA | 22207-4568 | K59884 | 66.90 | * |
| JOANNE HARRIS | 3149 COUNTY ROAD 93 | | INTERNATIONAL | MN | 56649-8768 | K20451 | 66.90 | * |
| JOANNE HELLAWELL | 3602 BROKEN ARROW RD | | COEUR D ALENE | ID | 83815-7838 | K30841 | 66.90 | * |
| JOANNE HELMS | 219 BAYVIEW DR | | EAST PEORIA | IL | 61611-9675 | K47967 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOANNE HENTZELMAN | 289 NW SCENIC LAKE DR | | LAKE CITY | FL | 32055-8580 | K23531 | 66.90 | * |
| JOANNE HEPP | 30705 CAMBRIDGE CT W | | BAY VILLAGE | OH | 44140-1771 | K48625 | 66.90 | * |
| JOANNE HILL | 12240 SONGBIRD LN | | HUNTLEY | IL | 60142-7767 | K59886 | 66.90 | * |
| JOANNE HOSTETLER | 110 SLOW HAND DR | | HUGHESVILLE | PA | 17737-8022 | K19100 | 66.90 | * |
| JOANNE HULSER | 21 HONEYSUCKLE LN | | KINGS PARK | NY | 11754-3920 | K38637 | 66.90 | * |
| JOANNE HUSBY | 3500 W 50TH ST # 206 | | MINNEAPOLIS | MN | 55410-2123 | K26264 | 66.90 | * |
| JOANNE HUTTO | 1444 TRAILHEAD CT | | GREENVILLE | SC | 29617-6225 | K36491 | 66.90 | * |
| JOANNE I PAUL | 60 SILK ST | | ARLINGTON | MA | 02474-3837 | K42928 | 66.90 | * |
| JOANNE INGRAM | 177 N WOLF ST | | MANHEIM | PA | 17545-1207 | K57626 | 66.90 | * |
| JOANNE JOHNS | 830 W PICKETT CREEK RD | | GRANTS PASS | OR | 97527-9632 | K35086 | 66.90 | * |
| JOANNE KUHNS | 2604 JERSEY AVE S | | MINNEAPOLIS | MN | 55426-3302 | K44909 | 66.90 | * |
| JOANNE LEGACIE | 105 WHITETAIL CT SE | | DEVILS LAKE | ND | 58301-3471 | K35902 | 66.90 | * |
| JOANNE LEONARD | 145 PLANT RD | | CLIFTON PARK | NY | 12065-4315 | K24119 | 66.90 | * |
| JOANNE M ARNDT | 440 14TH ST N | | WISCONSIN RAP | WI | 54494-3631 | K47574 | 66.90 | * |
| JOANNE M BREAUX | 1702 HILL RD | | NEW IBERIA | LA | 70560-0667 | K35962 | 66.90 | * |
| JOANNE M GIBBS | 363 WILDROSE ST | | BROWNS MILLS | NJ | 08015-3309 | K47339 | 66.90 | * |
| JOANNE MARSMAN | 10675 AQUARIUS DR NE | | ROCKFORD | MI | 49341-8421 | K36521 | 66.90 | * |
| JOANNE MURAD | 47 COURTLAND GREEN ST | | THE WOODLANDS | TX | 77382-5100 | K35457 | 66.90 | * |
| JOANNE NESBITT | 6801 NW 24TH TER | | FORT LAUDERDA | FL | 33309-1411 | K60605 | 66.90 | * |
| JOANNE OCHS | 207 S 18TH ST | | LEAVENWORTH | KS | 66048-2218 | K32588 | 66.90 | * |
| JOANNE P WARFEL | 3701 HODGIN RD | | RICHMOND | IN | 47374-7443 | K32257 | 66.90 | * |
| JOANNE PAUL | 60 SILK ST | | ARLINGTON | MA | 02474-3837 | K39838 | 66.90 | * |
| JOANNE POTRATZ | 775 EDGEWATER DR UNIT A | | BROOKFIELD | WI | 53005-5767 | K48957 | 66.90 | * |
| JOANNE PUFAHL | 2627 CENTER LINE RD | | DULUTH | MN | 55804-9688 | K26125 | 66.90 | * |
| JOANNE PURZYCKI | 11531 ORCHARDVIEW DR | | FENTON | MI | 48430-2545 | K59305 | 66.90 | * |
| JOANNE RACHKE | 19508 W NOEL RD | | ELWOOD | IL | 60421-9544 | K50912 | 66.90 | * |
| JOANNE RADKE | 4100 W FOUNTAIN AVE | | MILWAUKEE | WI | 53209-1716 | K36171 | 66.90 | * |
| JOANNE RUPPEL | 4 EDWARD DR | | WEST SAND LAK | NY | 12196-9789 | K45036 | 66.90 | * |
| JOANNE SCHMITZ | 40734 220TH ST | | PARNELL | MO | 64475-9106 | K54539 | 66.90 | * |
| JOANNE SIESENNOP | 5359 N DIVERSEY BLVD | | WHITEFISH BAY | WI | 53217-5164 | K36480 | 66.90 | * |
| JOANNE SMITH | 3206 CHESTERTON CT | | BENSALEM | PA | 19020-1940 | K31116 | 66.90 | * |
| JOANNE SWICK | 7005 FLAX ST | | SPRINGFIELD | VA | 22152-3415 | K47533 | 66.90 | * |
| JOANNE THOMPSON | 4121 GALLMEYER CT | | FORT WAYNE | IN | 46835-3470 | K38459 | 66.90 | * |
| JOANNE VALENTINE | 3421 CHESTATEE RD | | GAINESVILLE | GA | 30506-3478 | K28182 | 66.90 | * |
| JOANNE VAUGHN | 902 MARY ST | | MINONK | IL | 61760-1148 | K44870 | 66.90 | * |
| JOANNE WALTERHOUSE | 809 16TH ST NE | | MASSILLON | OH | 44646-4838 | K39349 | 66.90 | * |
| JOANNE WATERSTON | 8950 TRAGER CT | | INDIANAPOLIS | IN | 46256-4376 | K27108 | 66.90 | * |
| JOANNE WIELAND | 2601 NE JACK LONDON ST UNIT | | CORVALLIS | OR | 97330-6908 | K31342 | 66.90 | * |
| JOANNE ZEHLER | 728 S CHARLES ST | | BALTIMORE | MD | 21230-3840 | K49573 | 66.90 | * |
| JOANNE ZUMMO | 26 MILLER FARMS DR | | MILLER PLACE | NY | 11764-2446 | K38292 | 66.90 | * |
| JOCELYN BUBOLZ | 14300 W ROGERS DR | | NEW BERLIN | WI | 53151-2460 | K42573 | 66.90 | * |
| JOCELYN L WILSON | 11 PURPLE MARTIN DR | | HACKETTSTOWN | NJ | 07840-3113 | K40543 | 66.90 | * |
| JOCILYN WARREN | 10181 NORTHAMPTON AVE | | WESTMINSTER | CA | 92683-7558 | K16985 | 66.90 | * |
| JODDY HIEBER | 6291 WATERS RD | | ANN ARBOR | MI | 48103-9652 | V98881 | 66.90 | * |
| JODEE MOORE | 1964 FAIRLEE DR | | ENCINITAS | CA | 92024-4228 | K60542 | 66.90 | * |
| JODI ANDES | 9307 HARLEQUIN CT | | PICKERINGTON | OH | 43147-8617 | K22163 | 66.90 | * |
| JODI CLINE | 526 N JUDITH ST | | WICHITA | KS | 67212-5136 | K52433 | 66.90 | * |
| JODIE QUICK | 6945 SE 120TH ST | | RUNNELLS | IA | 50237-1196 | K27291 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JODIE YECKLEY | 919 BROOKFIELD DR | | AURORA | OH | 44202-8021 | K46803 | 66.90 | * |
| JODY A SCHULZ | 601 MEMORIAL DR | | INTERNATIONAL | MN | 56649-4113 | K25654 | 66.90 | * |
| JODY ANN RAY | 14921 GAYLORD ST | | THORNTON | CO | 80602-7352 | K27865 | 66.90 | * |
| JODY BROWN | 1071 NW HIGH POINT DR | | LEES SUMMIT | MO | 64081-4000 | K22076 | 66.90 | * |
| JODY LYNN HEISEY | 71 E BOEHMS RD | | WILLOW STREET | PA | 17584-9721 | K28439 | 66.90 | * |
| JODY POLLINA | 12 HEATHER CRES | | COMMACK | NY | 11725-1512 | K62199 | 66.90 | * |
| JODY RICKS | 2619 S DURANGO DR APT 202 | | LAS VEGAS | NV | 89117-2663 | K27279 | 66.90 | * |
| JODY WISE | 256 TIMBERFIELD DR N | | ELIDA | OH | 45807-9468 | K24336 | 66.90 | * |
| JOE [JOEY] LENTZ | 236 TURKEY CRK | | ALACHUA | FL | 32615-9343 | K34527 | 66.90 | * |
| JOE ALDRIDGE | 5341 LITTLE MESA WAY | | LAS VEGAS | NV | 89120-4200 | K44612 | 66.90 | * |
| JOE ANDERSON | 31485 FISHERMAN | | PARKER | AZ | 85344-8822 | K29581 | 66.90 | * |
| JOE B JOHNSON | 12444 COUNTY ROAD H | | PERRYTON | TX | 79070-6334 | K31698 | 66.90 | * |
| JOE BACIK | 76 HIGHFIELD AVE | | PORT WASHINGT | NY | 11050-1840 | K55743 | 66.90 | * |
| JOE BECKNER | 12438 W LOUISIANA AVE | | LAKEWOOD | CO | 80228-3832 | K23864 | 66.90 | * |
| JOE BERRYHILL | 576 SPRING LAKE DR | | PEARL | MS | 39208-6669 | K44728 | 66.90 | * |
| JOE BLACKBURN | 1213 LOMA DR | | NORMAN | OK | 73072-3428 | K42166 | 66.90 | * |
| JOE BLATTNER | 6120 TURNBERRY DR | | PRESTO | PA | 15142-1133 | K40807 | 66.90 | * |
| JOE BOSWELL | 907 EASTFIELD DR | | CRAWFORDSVILL | IN | 47933-4919 | K48786 | 66.90 | * |
| JOE BURFORD | 1653 N BECK ST | | SALT LAKE CIT | UT | 84116-1214 | K62470 | 66.90 | * |
| JOE C [JOEY] BROWN | 29 SWEETWATER CT | | NORTH AUGUSTA | SC | 29860-9315 | K23325 | 66.90 | * |
| JOE C ROBERTSON | PO BOX 910 | | MEADE | KS | 67864-0910 | K35082 | 66.90 | * |
| JOE CAMPOPIANO | 2200 E SOUTHDALE DR | | DES MOINES | IA | 50320-9200 | K25040 | 66.90 | * |
| JOE CAVEN | 1214 DORIS LN | | LA JUNTA | CO | 81050-2616 | K28327 | 66.90 | * |
| JOE CLEMENTS | 3051 PARKWOOD DR | | RICHMOND | IN | 47374-3551 | K24293 | 66.90 | * |
| JOE COLLINSON | 2630 COBBLESTONE CT S | | FARGO | ND | 58103-3557 | K33693 | 66.90 | * |
| JOE COMPTON | 211 S HARRIS ST | | SALINE | MI | 48176-1534 | V99307 | 66.90 | * |
| JOE CONDON | 48 GLENWOOD RD | | MENANDS | NY | 12204-2407 | K20435 | 66.90 | * |
| JOE CROTTY | 220 S 24TH AVE | | YAKIMA | WA | 98902-3737 | K19075 | 66.90 | * |
| JOE DANIELS | 1262 HOBSON OAKS DR | | NAPERVILLE | IL | 60540-8134 | K50001 | 66.90 | * |
| JOE DEBONA | 422 E SPRING AVE | | ARDMORE | PA | 19003-2716 | K35782 | 66.90 | * |
| JOE E NUTTER JR | 5304 FOUNTAIN GATE RD | | KNOXVILLE | TN | 37918-9232 | K12517 | 66.90 | * |
| JOE EVERETTE BINGHAM | 487 PAGE DR | | MOUNT JULIET | TN | 37122-3414 | K41887 | 66.90 | * |
| JOE FISHER | PO BOX 387 | | COCHRAN | GA | 31014-0387 | K50742 | 66.90 | * |
| JOE G BENSON | 3354 WOODLAND DR | | MURRYSVILLE | PA | 15668-1450 | K60709 | 66.90 | * |
| JOE GANLEY | 2214 E GRANTVIEW DR | | CORALVILLE | IA | 52241-1396 | K14926 | 66.90 | * |
| JOE GILBERT GREENE | 1606 BOBBER CT | | LA GRANGE | KY | 40031-9416 | K35954 | 66.90 | * |
| JOE GREEN | 405 LINDEN AVE | | PIQUA | OH | 45356-3111 | K33485 | 66.90 | * |
| JOE GUMMERSON | 5845 N SHORE DR | | DULUTH | MN | 55804-9655 | K45920 | 66.90 | * |
| JOE GUY BURKETT | PO BOX 1955 | | OKLAHOMA CITY | OK | 73101-1955 | K62751 | 66.90 | * |
| JOE HARPER | 1001 WOODLAND PARK AVE | | MIDLAND | TX | 79705-2520 | K42175 | 66.90 | * |
| JOE J SCOTT | 18735 FOLLETT DR | | BROOKFIELD | WI | 53045-6183 | K51355 | 66.90 | * |
| JOE JAGERS | 98 MORRIS AVE | | ATHENS | OH | 45701-1942 | K52192 | 66.90 | * |
| JOE KARIUS | 10911 W POTTER RD | | WAUWATOSA | WI | 53226-3423 | K52025 | 66.90 | * |
| JOE KRUSE | 6134 DORNOCH LN | | LOVELAND | OH | 45140-9121 | K38874 | 66.90 | * |
| JOE LABRIOLA | 36 QUAKER PATH | | COLD SPRING H | NY | 11724-2005 | K54082 | 66.90 | * |
| JOE M NIMMO | 32954 BROOKSIDE CIR | | LIVONIA | MI | 48152-1419 | K58342 | 66.90 | * |
| JOE MACRI SR | 8 DELAWARE TER | | ALBANY | NY | 12209-1711 | K20468 | 66.90 | * |
| JOE MCMURRAY | 3008 ISAAC RIVER DR | | LAS VEGAS | NV | 89134-7520 | K15391 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JOE MURPHY | 853 TAMALPAIS AVE APT A207 | | NOVATO | CA | 94947-3029 | K62229 | 66.90 | * |
| JOE O'NEILL | 750 WOODBURY GLASSBORO RD | | SEWELL | NJ | 08080-4600 | K49621 | 66.90 | * |
| JOE PARSONS | 13335 OAKWOOD DR | | HUDSON | FL | 34669-1324 | K32201 | 66.90 | * |
| Joe Pellicane | 733 North 5th Avenue | | Addison | IL | 60101-0000 | | Unknown | |
| JOE R EVANS | PO BOX 417 | | FLORALA | AL | 36442-0417 | K49723 | 66.90 | * |
| JOE RAY BAIN | 134 FLOYD AVE | | DUMAS | TX | 79029-3566 | K30197 | 66.90 | * |
| JOE ROBINSON | 11725 JEFFERSON ST NE | | BLAINE | MN | 55434-1902 | K20425 | 66.90 | * |
| JOE ROBINSON | 3209 W CHARLESTON CT | | STILLWATER | OK | 74074-6943 | K23657 | 66.90 | * |
| JOE ROHR | 4893 AVI DR | | ARLINGTON | TN | 38002-5977 | K35608 | 66.90 | * |
| JOE SCHRAUT | 1425 36TH ST SE | | SAINT CLOUD | MN | 56304-9506 | K26128 | 66.90 | * |
| JOE SNEED | 167 W CLIFFWOOD ST | | LONGVIEW | TX | 75603-7554 | K10595 | 66.90 | * |
| JOE SOLEM | 2925 DRUID HILL DR | | DES MOINES | IA | 50315-2118 | K22071 | 66.90 | * |
| JOE THOMPSON | 115 PARK CIR | | OLD HICKORY | TN | 37138-2636 | K35216 | 66.90 | * |
| JOE TRUSTY | 2215 10TH AVE | | LEAVENWORTH | KS | 66048-4212 | K36585 | 66.90 | * |
| JOE W CRIST | 149 PEARCE DR | | POTTSBORO | TX | 75076-7053 | K28282 | 66.90 | * |
| JOE WHITE BAILEY | 232 HICKORY DR | | GREENVILLE | OH | 45331-2822 | K50842 | 66.90 | * |
| JOE WILLIS | 1476 NW REMARKABLE DR | | BEND | OR | 97701-5510 | K27798 | 66.90 | * |
| JOEL A ROSE | 1766 ROLLING LN | | CHERRY HILL | NJ | 08003-3324 | K54075 | 66.90 | * |
| JOEL BURNHAM | 1307 BIRKENHEAD CT | | DALLAS | TX | 75204-6101 | K53514 | 66.90 | * |
| JOEL D SCHOTZ | 3138 E WOODLAND DR | | PHOENIX | AZ | 85048-7702 | K43598 | 66.90 | * |
| JOEL DURWOOD MORRIS JR | 2 CROSSTIDE LN | | BLUFFTON | SC | 29910-4769 | K62754 | 66.90 | * |
| JOEL FLEUREME | 3380 NW 197TH TER | | MIAMI GARDENS | FL | 33056-2360 | K44312 | 66.90 | * |
| JOEL FORMAN | 11260 OVERLAND AVE APT 9G | | CULVER CITY | CA | 90230-5532 | K62118 | 66.90 | * |
| JOEL FOSTER | 4010 OAK RIDGE DR | | BAYTOWN | TX | 77523-8903 | K43613 | 66.90 | * |
| JOEL L BINENFELD | 15 HERITAGE DR APT A | | NEW CITY | NY | 10956-5328 | K50755 | 66.90 | * |
| JOEL L GETTS | 6555 SAWTOOTH PASS | | MIAMISBURG | OH | 45342-1366 | K50638 | 66.90 | * |
| JOEL LANDSMAN | 955 S SPRINGFIELD AVE UNIT 1 | | SPRINGFIELD | NJ | 07081-3630 | K56655 | 66.90 | * |
| JOEL LEVY DSW | 108 VIZCAYA ESTATES DR | | PALM BEACH GA | FL | 33418-1735 | K54327 | 66.90 | * |
| JOEL LILLIAN | 52 STUART ST | | WATERTOWN | MA | 02472-1630 | K20836 | 66.90 | * |
| JOEL LOVE GRIFFITH | PO BOX 45 | | NEESES | SC | 29107-0045 | K30617 | 66.90 | * |
| JOEL MOORE HUNTER | 725 LAKE JUNE RD | | LAKE PLACID | FL | 33852-8922 | K48553 | 66.90 | * |
| JOEL R IVEC | 14056 FLORENCE LN | | NORTH ROYALTO | OH | 44133-5287 | K46224 | 66.90 | * |
| JOEL S KRINSKY | 121 PERKINS ST | | JAMAICA PLAIN | MA | 02130-4348 | K11386 | 66.90 | * |
| JOEL SALMAN | 1530 PALISADE AVE APT 8D | | FORT LEE | NJ | 07024-5415 | K48208 | 66.90 | * |
| JOEL SILBEY PHD | 105 JUDD FALLS RD | | ITHACA | NY | 14850-2715 | K46135 | 66.90 | * |
| JOEL THOMAS MCMULLEN | 1408 POINSETTA ST | | METAIRIE | LA | 70005-1031 | K58882 | 66.90 | * |
| JOEL V BRIDGES | 51 WILEY PL | | CLARKS HILL | SC | 29821-2045 | K20291 | 66.90 | * |
| JOEL WIGGER | 5595 ARROWHEAD DR | | GREENFIELD | IN | 46140-8924 | K26895 | 66.90 | * |
| JOELL JONES | 2546 TOWN ROAD 213 | | INTERNATIONAL | MN | 56649-8920 | K19898 | 66.90 | * |
| JOELLE M CORCORAN | 12 RED MAPLE LN | | BELLE MEAD | NJ | 08502-5734 | K29148 | 66.90 | * |
| JOELLEN BENECKE | 5605 TUCKER ST | | OMAHA | NE | 68152-1839 | K52513 | 66.90 | * |
| JOELYN FEVURLY | 17001 SPRINGDALE RD | | LEAVENWORTH | KS | 66048-7607 | K33768 | 66.90 | * |
| JOENE HEINKE | 2940 CRUMB RD | | COMMERCE TOWN | MI | 48390-2874 | K40242 | 66.90 | * |
| JOHANN KRAMER | 4684 AMARYLLIS ST | | LIMA | OH | 45807-2403 | K45656 | 66.90 | * |
| JOHANNA ALLISON | 353 TOWER CT | | PEWAUKEE | WI | 53072-3628 | K46917 | 66.90 | * |
| JOHANNA MAGGARD | 1031 E MEADE ST | | RAPID CITY | SD | 57701-5702 | K36016 | 66.90 | * |
| JOHANNA MARIE [JONI] MARK | PO BOX 291 | | FRANKFORT | IL | 60423-0291 | K51291 | 66.90 | * |
| JOHANNA RAMSAY | 2031 VISTA CAJON | | NEWPORT BEACH | CA | 92660-3911 | K30663 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JOHN (JACK) LINCE | 4645 MEEKISON DR | | COLUMBUS | OH | 43220-3038 | K43825 | 66.90 | * |
| JOHN [ALAN] PATTERSON | PO BOX 221193 | | ANCHORAGE | AK | 99522-1193 | K41402 | 66.90 | * |
| JOHN [CHUCK] RIORDAN | 27 TROUT BROOK AVE | | MILTON | MA | 02186-2503 | K10681 | 66.90 | * |
| JOHN [HARRY] WASHINGTON | 342 E PARK AVE | | HADDONFIELD | NJ | 08033-1637 | K42164 | 66.90 | * |
| JOHN [JACK] COMER | 4285 NE 27TH ST | | DES MOINES | IA | 50317-8813 | K22907 | 66.90 | * |
| JOHN [JACK] DORAN | 1428 CORTEZ AVE | | BURLINGAME | CA | 94010-4711 | K53395 | 66.90 | * |
| JOHN [JACK] GORMAN | 95 GILLIGAN RD APT 115 | | EAST GREENBUS | NY | 12061-1787 | K24118 | 66.90 | * |
| JOHN [JACK] HALPIN | 224 SAN NICOLAS WAY | | SAINT AUGUSTI | FL | 32080-7710 | K40951 | 66.90 | * |
| JOHN [JACK] HICKEY | 39 MENDOCINO LN | | NOVATO | CA | 94947-2087 | K53975 | 66.90 | * |
| JOHN [JACK] KAHOUN | 1400 RIVER RUN DR APT 119 | | WISCONSIN RAP | WI | 54494-5428 | K53533 | 66.90 | * |
| JOHN [JACK] KOLLMANN | 3510 VERNAL CT | | MERCED | CA | 95340-0689 | K20198 | 66.90 | * |
| JOHN [JACK] MAHONEY | 2120 DUPORTAIL ST APT 3 | | RICHLAND | WA | 99352-4068 | K58884 | 66.90 | * |
| JOHN [JACK] MUELLERLEILE | 9323 VISTA SERENA | | CYPRESS | CA | 90630-3019 | K28858 | 66.90 | * |
| JOHN [JACK] TANTON | 901 CATON AVE | | JOLIET | IL | 60435-5907 | K49070 | 66.90 | * |
| JOHN [JACK] TAYLOR | PO BOX 367 | | GLOBE | AZ | 85502-0367 | K49962 | 66.90 | * |
| JOHN [JACK] WHITE | 4223 EVERETT ST | | KENSINGTON | MD | 20895-3825 | K53728 | 66.90 | * |
| JOHN [JACK] WILLARD | 2020 LINDEN AVE | | SOUTH PLAINFI | NJ | 07080-5411 | K15913 | 66.90 | * |
| JOHN A ALMEIDA | 66 OCEAN AVE | | NEWPORT | RI | 02840-6515 | K28516 | 66.90 | * |
| JOHN A BAILY | 1224 WOOD LILY CIR | | LELAND | NC | 28451-7686 | K37915 | 66.90 | * |
| JOHN A BENINATE | 5635 PRATT DR | | NEW ORLEANS | LA | 70122-2644 | K50195 | 66.90 | * |
| JOHN A BOOTHBY MD | 9 MAST RD | | FALMOUTH | ME | 04105-2409 | K36170 | 66.90 | * |
| JOHN A DIMARCO | 1231 QUARTZ CT | | WILLOUGHBY | OH | 44094-5303 | K49349 | 66.90 | * |
| JOHN A DYSTRUP | 651 W KNOLL CREST DR | | PEORIA | IL | 61614-7116 | K51453 | 66.90 | * |
| JOHN A GERGELY | 14350 RIDGE RD | | NORTH HUNTING | PA | 15642-6103 | K61254 | 66.90 | * |
| JOHN A GERM | 6725 WATERFORD LN | | MENTOR | OH | 44060-4568 | K47135 | 66.90 | * |
| JOHN A GRANT | 345 KOON STORE RD | | COLUMBIA | SC | 29203-9454 | K51059 | 66.90 | * |
| JOHN A GUINN JR | 3842 CHESTERFIELD RD | | ORION | MI | 48359-1526 | K28980 | 66.90 | * |
| JOHN A HAIGH | 96 CRAFTS RD | | CHESTNUT HILL | MA | 02467-1826 | K28622 | 66.90 | * |
| JOHN A HAJEK | 605 EDWARD DR APT 327 | | ROMEOVILLE | IL | 60446-6523 | K49909 | 66.90 | * |
| JOHN A HODGES JR | 1221 MELODY DR | | METAIRIE | LA | 70002-1911 | K54402 | 66.90 | * |
| JOHN A MADER | 1986 SONGBIRD CT | | HENDERSON | NV | 89012-3289 | K46394 | 66.90 | * |
| JOHN A MERRIAM | 13727 EVANSWOOD | | SAN ANTONIO | TX | 78233-4993 | K52053 | 66.90 | * |
| JOHN A MIGNOT | 220 SARAH AVE | | PLACENTIA | CA | 92870-1937 | K38048 | 66.90 | * |
| JOHN A MURRAY | 3440 COUNTY ROAD 9 | | BRYAN | OH | 43506-9708 | K48205 | 66.90 | * |
| JOHN A PARMI | 1018 RUTHERGLEN DR | | COLUMBUS | OH | 43235-4594 | K46346 | 66.90 | * |
| JOHN A RAY | 1919 BRANDVILLE RD | | KNOXVILLE | TN | 37924-1880 | K17057 | 66.90 | * |
| JOHN A REICHARD JR | 724 EDISON RD | | DAUPHIN | PA | 17018-9359 | K15919 | 66.90 | * |
| JOHN A ROBINSON | 4905 E 111TH ST | | GARFIELD HEIG | OH | 44125-2234 | K44411 | 66.90 | * |
| JOHN A ROCK | 4546 W 144TH ST | | CLEVELAND | OH | 44135-2806 | K43274 | 66.90 | * |
| JOHN A SALWAY | 2318 MCDONALD BLVD | | FLORENCE | SC | 29506-8320 | K34430 | 66.90 | * |
| JOHN A VELDT | 7921 OWEN DR | | KALAMAZOO | MI | 49009-9007 | K19811 | 66.90 | * |
| JOHN A VIGIL | 361 THOMPSON DR | | MESQUITE | NV | 89027-6152 | K17825 | 66.90 | * |
| JOHN A WILLHARDT | 2941 S LANSING WAY | | AURORA | CO | 80014-3009 | K33024 | 66.90 | * |
| JOHN A WOLFE | 2838 SAXE RD | | MOGADORE | OH | 44260-9462 | K61762 | 66.90 | * |
| JOHN ABBOTT | 6640 W BELDEN AVE | | CHICAGO | IL | 60707-3471 | K53078 | 66.90 | * |
| JOHN ACKERMAN MD | 5971 SCOTT CT | | GOLETA | CA | 93117-2173 | K36479 | 66.90 | * |
| JOHN ALLEN | 1000 DALLAS ST | | ITALY | TX | 76651-3864 | K39289 | 66.90 | * |
| JOHN ALLEN ANTHONY | 2048 BERRYHILL RD | | CORDOVA | TN | 38016-5312 | K32107 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN ALPHENAAR | 44439 N SHORE DR | | PAW PAW | MI | 49079-9026 | K20686 | 66.90 | * |
| JOHN ALTHOUSE | 380 RIDGE AVE | | EPHRATA | PA | 17522-2556 | K57691 | 66.90 | * |
| JOHN ANTHONY | 1656 FINCHES GARDEN RD | | BETHLEHEM | PA | 18015-1907 | K48815 | 66.90 | * |
| JOHN ANTHONY MIZII JR | 420 PICKET POST LN | | PHOENIXVILLE | PA | 19460-5623 | K38117 | 66.90 | * |
| JOHN ARMSTRONG | 206 REED AVE | | VERSAILLES | OH | 45380-1116 | K32047 | 66.90 | * |
| JOHN ARNETT | 6326 OUTLOOK DR | | MISSION | KS | 66202-4214 | K47665 | 66.90 | * |
| JOHN ARTEL [JACK] LOUGH | 15020 CHESTNUT ST | | BASEHOR | KS | 66007-9711 | K41014 | 66.90 | * |
| JOHN ASH | 338 W COUNTY ROAD 125 N | | GREENCASTLE | IN | 46135-8196 | K46936 | 66.90 | * |
| JOHN B ABJANIC | 11423 ALMAZON ST | | SAN DIEGO | CA | 92129-1103 | K43207 | 66.90 | * |
| JOHN B COFFER | 4300 CHATEAU BLVD APT B | | KENNER | LA | 70065-1966 | K53803 | 66.90 | * |
| JOHN B RHODEN | 302 SHARON AVE | | HAMPTON | SC | 29924-3840 | K50923 | 66.90 | * |
| JOHN BAKER | 9950 WINCHESTER WOOD | | NAPLES | FL | 34109-1666 | K43723 | 66.90 | * |
| JOHN BALKEMA | 5300 E ML AVE | | KALAMAZOO | MI | 49048-8564 | K19165 | 66.90 | * |
| JOHN BALTHES | 1757 EL VISTA CIR | | ARCADIA | CA | 91006-1660 | K37130 | 66.90 | * |
| JOHN BARKER | 6 DORA LN | | HOLMDEL | NJ | 07733-1622 | K51168 | 66.90 | * |
| JOHN BASS | 1316 BEYER DR | | INTERNATIONAL | MN | 56649-2559 | K20319 | 66.90 | * |
| JOHN BEDARD JR | 1924 MULBERRY ST | | WATERLOO | IA | 50703-5046 | K56056 | 66.90 | * |
| JOHN BENDER | 114 SUNGLOW DR | | ELIZABETH | PA | 15037-2840 | K62277 | 66.90 | * |
| JOHN BERGER | 8929 SAINT PETERS RD | | VERSAILLES | OH | 45380-9573 | K37841 | 66.90 | * |
| JOHN BERRY ROBERTSON | 1886 LONG BRANCH RD | | DAHLONEGA | GA | 30533-6126 | K48558 | 66.90 | * |
| JOHN BOONZAAIJER | 4329 COLE AVE | | DALLAS | TX | 75205-4439 | K21727 | 66.90 | * |
| JOHN BRUNO | 18 WOODHOLLOW RD # 647 | | GREAT RIVER | NY | 11739-3000 | K62621 | 66.90 | * |
| JOHN BURCHARD | 13421 PARKER CIR | | OMAHA | NE | 68154-3828 | K53995 | 66.90 | * |
| JOHN BURKE | 113 LAKESIDE DR | | LAKEVILLE | PA | 18438-6791 | K53809 | 66.90 | * |
| JOHN BUTLER | 673 BEAUFAIN ST SW | | SUPPLY | NC | 28462-2692 | K13650 | 66.90 | * |
| JOHN BUTLER | 140 PUEBLO LN | | OPELOUSAS | LA | 70570-0321 | K50430 | 66.90 | * |
| JOHN BYRNE | 6008 WILLOW SPRINGS RD | | LA GRANGE HIG | IL | 60525-3773 | K26877 | 66.90 | * |
| JOHN C [JACK] BROOKMAN | 1109 NORTHWOLD ST | | LIMA | OH | 45801-3511 | K44287 | 66.90 | * |
| JOHN C BARNARD | 7526 WOODSTOCK RD | | SAINT LOUIS | MO | 63135-3440 | K38672 | 66.90 | * |
| JOHN C BENTZ PHD | 237 LOUISE DR | | MORRISVILLE | PA | 19067-4829 | K22552 | 66.90 | * |
| JOHN C BLESSING | 2611 S KELLOGG ST | | KENNEWICK | WA | 99338-1930 | K38308 | 66.90 | * |
| JOHN C DOMMERMAN | 613 S 2ND ST | | KEOKUK | IA | 52632-5710 | K18880 | 66.90 | * |
| JOHN C FAZZONE | 6089 CEDARWOOD RD | | MENTOR ON THE | OH | 44060-2963 | K44321 | 66.90 | * |
| JOHN C JACKSON | 118 N ESSEX AVE | | NARBERTH | PA | 19072-2206 | K36504 | 66.90 | * |
| JOHN C MCDONALD | 17290 WHITNEY RD | | MONTVILLE | OH | 44064-9777 | K51007 | 66.90 | * |
| JOHN C MORGAN | 90 BANK ST | | MIDLAND PARK | NJ | 07432-1702 | K39668 | 66.90 | * |
| JOHN C PETERS | 7667 E 45TH ST N | | BEL AIRE | KS | 67226-8834 | K32615 | 66.90 | * |
| JOHN C PUHGER | 6629 EL GRECO AVE | | FORT WORTH | TX | 76133-5629 | K43410 | 66.90 | * |
| JOHN C THOMPSON | 704 N MAIN ST | | CLAYTON | NJ | 08312-1246 | K47382 | 66.90 | * |
| JOHN C UNDERSANDER | 8503 OLD HIGHWAY RD N | | SAINT CLOUD | MN | 56301-9493 | K30112 | 66.90 | * |
| JOHN C WEISMANN | 3683 SUN TER | | WHITE BEAR LA | MN | 55110-4933 | K19705 | 66.90 | * |
| JOHN C WICKMAN | 6308 FARGO AVE | | LAS VEGAS | NV | 89107-1398 | K43354 | 66.90 | * |
| JOHN CAHILL | 39 DERMOT DR | | NEW GLOUCESTE | ME | 04260-2608 | K16909 | 66.90 | * |
| JOHN CARSON | 696 ROSEWOOD LN | | LAYTON | UT | 84041-4251 | K44481 | 66.90 | * |
| JOHN CASWELL | 47 BLISS MINE RD | | NEWPORT | RI | 02840-2309 | K25537 | 66.90 | * |
| JOHN CATES | PO BOX 142 | | SANDGAP | KY | 40481-0142 | K26522 | 66.90 | * |
| JOHN CECIL BILLINGSLEY JR | PO BOX 433 | | NEWBERRY | SC | 29108-0433 | K48772 | 66.90 | * |
| JOHN CHALMERS DIAL | 125 DIAL LN | | MONCKS CORNER | SC | 29461-5930 | K56105 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN COKER | 5514 NICKLE RD | | KNOXVILLE | TN | 37921-2227 | K13924 | 66.90 | * |
| JOHN COLLINS | 380 FERNWAY DR | | CENTRAL | SC | 29630-9717 | K30008 | 66.90 | * |
| JOHN CONRAD | 639 BRUMFIELD RD | | LANCASTER | OH | 43130-2801 | K44524 | 66.90 | * |
| JOHN CONVERY | 77 W 32ND ST | | BAYONNE | NJ | 07002-2852 | K15632 | 66.90 | * |
| JOHN COOK | 5139 OAKMONT DR | | LYNDHURST | OH | 44124-2720 | K46024 | 66.90 | * |
| JOHN COOK III | 6547 LINDENHURST | | KALAMAZOO | MI | 49009-6155 | K22481 | 66.90 | * |
| JOHN COONEY | 933 FANNIN LOOP | | TEMPLE | TX | 76501-1246 | K53126 | 66.90 | * |
| JOHN COPELAND MD | 5860 CLAYTON RD | | CLAYTON | CA | 94517-1152 | K21156 | 66.90 | * |
| JOHN COSTELLO | 9636 E ARROWVALE CT | | SUN LAKES | AZ | 85248-7680 | K41788 | 66.90 | * |
| JOHN CRAVEN | 4200 PONDEROSA RD | | BIG SPRING | TX | 79720-7148 | K47578 | 66.90 | * |
| JOHN D [DALLAS] MCAMIS | 3434 WILSON ST | | CUYAHOGA FALL | OH | 44221-1022 | K61318 | 66.90 | * |
| JOHN D [SHUG] HORTON | 215 WELSH ST | | CAMDEN | SC | 29020-1521 | K32916 | 66.90 | * |
| JOHN D ANDERSON | 430 E LANCASTER AVE APT A4 | | ST DAVIDS | PA | 19087-4313 | K39186 | 66.90 | * |
| JOHN D ANELLO JR | 10109 N LEE CT | | MEQUON | WI | 53092-5450 | K34108 | 66.90 | * |
| JOHN D BEEBE | 850 MAYVIEW WAY | | LIVERMORE | CA | 94550-5804 | K29192 | 66.90 | * |
| JOHN D CHANEY | 3002 EAGLE CT | | MISSOURI CITY | TX | 77489-3024 | K19051 | 66.90 | * |
| JOHN D CRUME JR | 10401 W 91ST ST | | OVERLAND PARK | KS | 66214-2029 | K34168 | 66.90 | * |
| JOHN D FAVILLE | 5809 FERGE ST | | WESTON | WI | 54476-3513 | K34961 | 66.90 | * |
| JOHN D HEMENWAY | 4816 RODMAN ST NW | | WASHINGTON | DC | 20016-3237 | K36694 | 66.90 | * |
| JOHN D HOSFORD SR | 823 TRINITY DR | | NEWTON | KS | 67114-1565 | K54112 | 66.90 | * |
| JOHN D LONGANACRE | RR 1 BOX 12E | | FORT SPRING | WV | 24970-7700 | K49839 | 66.90 | * |
| JOHN D MAHER | 9 MAIN ST | | HAMPTON | NJ | 08827-2768 | K14241 | 66.90 | * |
| JOHN D MATTHEWS | 1769 STAFFORD RD | | JACKSONVILLE | FL | 32208-3127 | K40846 | 66.90 | * |
| JOHN D MCDONALD | 3954 BENNIGAN LN | | DULUTH | GA | 30097-8139 | K59539 | 66.90 | * |
| JOHN D MEYER | 1414 8TH AVE N | | SAINT CLOUD | MN | 56303-1905 | K20202 | 66.90 | * |
| JOHN D MILLER | PO BOX 54 | | CASANOVA | VA | 20139-0054 | K43025 | 66.90 | * |
| JOHN D MOORE | 5641 RIDGE RD | | CORTLAND | OH | 44410-9746 | K16222 | 66.90 | * |
| JOHN D MURNANE | 10 MARIAN PL | | MILLWOOD | NY | 10546-1135 | K20286 | 66.90 | * |
| JOHN D NICOLINO | 2910 E 16TH ST APT G223 | | DES MOINES | IA | 50316-1927 | K27235 | 66.90 | * |
| JOHN D RICH | 31001 ARLINGTON CIR | | BAY VILLAGE | OH | 44140-1008 | K43828 | 66.90 | * |
| JOHN D WALLS | PO BOX 261 | | RANIER | MN | 56668-0261 | K18022 | 66.90 | * |
| JOHN DAN GREENWAY | 45 HILL ST | | STATESBORO | GA | 30458-4850 | K26430 | 66.90 | * |
| JOHN DAVID BLANK | 2241 E 70TH ST | | BROOKLYN | NY | 11234-6505 | K50717 | 66.90 | * |
| JOHN DAVID BOWERS | 1303 MARTIN ST | | EAST EARL | PA | 17519-9712 | K59782 | 66.90 | * |
| JOHN DAVID DEJAK | 125 E 196TH ST | | EUCLID | OH | 44119-1033 | K46929 | 66.90 | * |
| JOHN DAVID RAIHL | 600 TIMBER TRAIL DR APT 604 | | LAFAYETTE | IN | 47905-4651 | K58086 | 66.90 | * |
| JOHN DAVID YOUNT | 3000 LONDON RD | | DULUTH | MN | 55804-2006 | K34782 | 66.90 | * |
| JOHN DAVIS | 2012 MANCHESTER ST | | BEECH ISLAND | SC | 29842-8669 | K60170 | 66.90 | * |
| JOHN DEARMAN | 217 UPPER TER | | SAN FRANCISCO | CA | 94117-4515 | V99611 | 66.90 | * |
| JOHN DEININGER | 417 VIA LIDO NORD | | NEWPORT BEACH | CA | 92663-4926 | K59842 | 66.90 | * |
| JOHN DEJONG | 8113 CORNWALL RD | | OXFORD | NC | 27565-8048 | K17933 | 66.90 | * |
| JOHN DICK | 5519 MEANDERING RD | | RIVER OAKS | TX | 76114-2807 | K34417 | 66.90 | * |
| JOHN DICKINSON | 933 GREENFIELD DR UNIT G | | EL CAJON | CA | 92021-3218 | K29161 | 66.90 | * |
| JOHN DOMINGOES | 106 LISA TER | | PORTSMOUTH | RI | 02871-2602 | K32957 | 66.90 | * |
| JOHN DONOVAN | 2645 LESLIE RD | | SANTA ROSA | CA | 95404-9607 | K51809 | 66.90 | * |
| JOHN DOTY JR | 17 UNION ST | | JAMESTOWN | RI | 02835-1216 | K27113 | 66.90 | * |
| JOHN DURANT | 312 E 5TH ST APT 1 | | MONTICELLO | IA | 52310-1240 | K14574 | 66.90 | * |
| JOHN E A TURNER | 10225 BONITA CT | | CLERMONT | FL | 34711-7208 | V99244 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN E ANDREWS | 67 MAHER AVE | | GREENWICH | CT | 06830-5616 | K14450 | 66.90 | * |
| JOHN E BAKER | 8727 58TH ST NE | | DEVILS LAKE | ND | 58301-9513 | K31653 | 66.90 | * |
| JOHN E BING | 6100 108TH ST | | NOBLE | OK | 73068-7610 | K23050 | 66.90 | * |
| JOHN E BRITTAIN PE | 337 SOUTHPOINT DR | | LEXINGTON | KY | 40515-4760 | K29027 | 66.90 | * |
| JOHN E BROWN | 12 CLOVER ST | | WATERBURY | CT | 06706-2201 | K16863 | 66.90 | * |
| JOHN E CARLSON | 1024 10TH ST | | INTERNATIONAL | MN | 56649-2846 | K25170 | 66.90 | * |
| JOHN E CELESTIN JR | 688 OWNBY DR | | GATLINBURG | TN | 37738-5767 | K55816 | 66.90 | * |
| JOHN E COOLEY | 249 E LESTER AVE | | FRESNO | CA | 93720-1613 | K40533 | 66.90 | * |
| JOHN E EVERITT | 3176 STATE ROUTE 44 | | ALLENWOOD | PA | 17810-9119 | K19845 | 66.90 | * |
| JOHN E GARLAND | 27 SPAFFORD RD | | MILTON | MA | 02186-4408 | K10695 | 66.90 | * |
| JOHN E HALLBERG | 823 ORCHARD VIEW DR | | ROYAL OAK | MI | 48073-3369 | K40248 | 66.90 | * |
| JOHN E HILLMAN | 6320 N 48TH ST | | OMAHA | NE | 68104-1362 | K52710 | 66.90 | * |
| JOHN E HOLMAN | 230 W KIMBERLY DR | | HENDERSON | NV | 89015-7848 | K36814 | 66.90 | * |
| JOHN E KEITER | 12 FRANKLIN DR | | SOMERS POINT | NJ | 08244-1616 | K38056 | 66.90 | * |
| JOHN E KELLY | 12 CLEVELAND ST | | ALBANY | NY | 12206-1419 | K21012 | 66.90 | * |
| JOHN E LIETZ | 518 RANGER ST | | MOSINEE | WI | 54455-1813 | K42161 | 66.90 | * |
| JOHN E LLOYD | 10512 W SARATOGA CIR | | SUN CITY | AZ | 85351-2213 | K52955 | 66.90 | * |
| JOHN E MCCARTHUR | 4679 CURTIS AVE | | OMAHA | NE | 68104-1374 | K54278 | 66.90 | * |
| JOHN E MECKISIS | 9011 WALTER AVE | | LOUISVILLE | KY | 40229-1043 | K32927 | 66.90 | * |
| JOHN E MOYERS | 911 E DAVENPORT ST | | IOWA CITY | IA | 52245-3010 | K57076 | 66.90 | * |
| JOHN E PANCURAK | 1448 HUBER ST | | MCKEESPORT | PA | 15133-3410 | K61538 | 66.90 | * |
| JOHN E PRICE | 2251 220 RD | | MANKATO | KS | 66956-2346 | K50492 | 66.90 | * |
| JOHN E SAUNDERS | 5520 BARNHOLLOW RD | | NORFOLK | VA | 23502-3629 | K13680 | 66.90 | * |
| JOHN E SCHEXNAYDER | 1408 BUTTERNUT AVE | | METAIRIE | LA | 70001-3342 | K56170 | 66.90 | * |
| JOHN E SLATER | 2714 N GOLF DR | | PEORIA | IL | 61604-2361 | K45620 | 66.90 | * |
| JOHN E STICKLING | 5415 NOYES AVE | | CHARLESTON | WV | 25304-2219 | K46322 | 66.90 | * |
| JOHN E SUTHERS | 839 MERIWEATHER DR | | SAVANNAH | GA | 31406-3267 | K23033 | 66.90 | * |
| JOHN E VADALA JR | PO BOX 390 | | NOTTINGHAM | NH | 03290-0390 | K13186 | 66.90 | * |
| JOHN E VERA | 1536 OSAGE ST | | SIDNEY | NE | 69162-2142 | K55372 | 66.90 | * |
| JOHN E WILLKOMM | 31700 MEADOW LARK WAY | | PEPPER PIKE | OH | 44124-5506 | K43152 | 66.90 | * |
| JOHN E WRIGHT | 1369 S MAPLE AVE | | FAIRBORN | OH | 45324-3553 | K25596 | 66.90 | * |
| JOHN EDMUNDSON | 4267 DELMAR DR | | MONTGOMERY | AL | 36109-2501 | K18445 | 66.90 | * |
| JOHN EDWARD COPELAND SR | 3932 LONG POINT BLVD | | PORTSMOUTH | VA | 23703-5337 | K13510 | 66.90 | * |
| JOHN EDWARD LOCHTE | 1266 MASTERS DR | | ARNOLD | MD | 21012-2328 | K48694 | 66.90 | * |
| JOHN EHRHARDT | 8128 S BEDFORD RD | | FLORAL CITY | FL | 34436-3119 | K55376 | 66.90 | * |
| JOHN ELEK | 11243 FAIRWAY DR | | STERLING HEIG | MI | 48312-4941 | K58583 | 66.90 | * |
| JOHN ERICKSEN | 34453 S DAVY LN | | WILMINGTON | IL | 60481-9330 | K54660 | 66.90 | * |
| JOHN EUGENE FLOWERS | 708 N CANAL ST | | JEFFERSON | TX | 75657-1514 | V99527 | 66.90 | * |
| JOHN EVERETT MADISON | 457 LUPINE WAY | | OCEANSIDE | CA | 92057-8547 | K25283 | 66.90 | * |
| JOHN EVERETT MORGAN | 46 WOODLAND RD | | NORWOOD | MA | 02062-4756 | K14072 | 66.90 | * |
| JOHN F [JACK] MC CLOSKEY JR | 16 LOUVAINE PL | | DALY CITY | CA | 94015-2024 | K53396 | 66.90 | * |
| JOHN F BRADLEY | 617 TAMIAMI TRL N LOT 109 | | VENICE | FL | 34285-6027 | K21555 | 66.90 | * |
| JOHN F CEDERSTROM | PO BOX 452573 | | GROVE | OK | 74345-2573 | K41915 | 66.90 | * |
| JOHN F COUPLAND | 236 RIDGE RD | | BROWNS MILLS | NJ | 08015-4513 | K48545 | 66.90 | * |
| JOHN F DAVIES | 441 OLD JACKS RUN RD | | NORTH HUNTING | PA | 15642-4116 | K60894 | 66.90 | * |
| JOHN F GOLDSWORTHY | 13712 W PARK SCHOOL RD | | PRINCEVILLE | IL | 61559-9645 | K47570 | 66.90 | * |
| JOHN F HARTNETT | 2419 SMALLMAN ST | | PITTSBURGH | PA | 15222-4675 | K44223 | 66.90 | * |
| JOHN F HARVEY | 4520 MEDFORD CT | | VIRGINIA BEAC | VA | 23456-7114 | K20999 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JOHN F JACOBY | 84-710 KILI DR APT 1618 | | WAIANAE | HI | 96792-1553 | K33827 | 66.90 | * |
| JOHN F KENNEDY HIGH SCHOOL | TAYLOR SCHOOL DISTRICT ALUMN | 13505 KENNEDY DRIVE | TAYLOR | MI | 48140 | | 0.00 | ** |
| JOHN F KENNEDY HIGH SCHOOL | c/o CAROLINE PATTS | 13505 KENNEDY DRIVE | TAYLOR | MI | 48140 | | 0.00 | ** |
| JOHN F LALA | 1697 VELA CV | | SLIDELL | LA | 70458-6219 | K50282 | 66.90 | * |
| JOHN F LENEHAN | 9883 WINDING GREEN WAY | | CENTERVILLE | OH | 45458-6010 | K47794 | 66.90 | * |
| JOHN F MCCARTHY | 1404 BRIDLE CT | | YARDLEY | PA | 19067-3934 | K29396 | 66.90 | * |
| JOHN F METRICK | 24123 W OAK LN | | JOLIET | IL | 60404-7607 | K50165 | 66.90 | * |
| JOHN F MOHR | 11 SALVADOR WAY | | SAN RAFAEL | CA | 94903-1818 | K53350 | 66.90 | * |
| JOHN F OLDEN | PO BOX 290 | | PEARBLOSSOM | CA | 93553-0290 | K29274 | 66.90 | * |
| JOHN F PEABODY | 394 3RD BEACH RD | | MIDDLETOWN | RI | 02842-5773 | K25545 | 66.90 | * |
| JOHN F PRINGLE | PO BOX 268 | | WINDHAM | NY | 12496-0268 | K48421 | 66.90 | * |
| JOHN F SCHOEDEL | 1428 CROOKED CREEK PKWY | | FORT WAYNE | IN | 46845-2305 | K42395 | 66.90 | * |
| JOHN F WELTY | PO BOX 355 | | CARPINTERIA | CA | 93014-0355 | K17292 | 66.90 | * |
| JOHN FELDKAMP | 50635 MOHAWK DR | | GRANGER | IN | 46530-7571 | K38997 | 66.90 | * |
| JOHN FETT | 5225 COMANCHE WAY | | MADISON | WI | 53704-1019 | K46549 | 66.90 | * |
| JOHN FIETKIEWICZ | 806 HARDING ST | | WESTFIELD | NJ | 07090-1332 | K20159 | 66.90 | * |
| JOHN FLANAGAN | 27750 PARKVIEW DR | | EUCLID | OH | 44132-1346 | K43456 | 66.90 | * |
| JOHN FLATH | 473 MOTLOW COLLEGE RD | | WARTRACE | TN | 37183-8029 | K50949 | 66.90 | * |
| JOHN FLATLEY | 1440 CERRO VERDE | | SAN JOSE | CA | 95120-4909 | K53977 | 66.90 | * |
| JOHN FLYNN | 48 FARMSTEAD LN | | WEST SIMSBURY | CT | 06092-2413 | K14478 | 66.90 | * |
| JOHN FOLEY | 8619 TIA CHRISTINA DR NW | | ALBUQUERQUE | NM | 87114-5749 | K58955 | 66.90 | * |
| JOHN FULMER | 4829 WALNUT GROVE CT | | JACKSONVILLE | FL | 32225-1069 | K33476 | 66.90 | * |
| JOHN FURSTENBERG | 11006 N 62ND ST | | OMAHA | NE | 68152-1471 | K52241 | 66.90 | * |
| JOHN G [GERRY] BOLEK | 104 QUEENS XING | | CENTERVILLE | OH | 45458-4273 | K43451 | 66.90 | * |
| JOHN G CRAVEN | 6445 FAR HILLS AVE | | DAYTON | OH | 45459-2725 | K12148 | 66.90 | * |
| JOHN G DENGEL | PO BOX 712 | | BYNUM | AL | 36253-0712 | K43827 | 66.90 | * |
| JOHN G HONDROS | 4140 EXECUTIVE PKWY. | | WESTERVILLE | OH | 43081 | K29341 | 66.90 | * |
| JOHN G HUMMEL | 14140 S US HIGHWAY 441 | | SUMMERFIELD | FL | 34491-3455 | K35059 | 66.90 | * |
| JOHN G LEOMBRUNO | 158 DEAN ST | | NORWOOD | MA | 02062-4784 | K14932 | 66.90 | * |
| JOHN G NEWTON | 241 TALON TRAIL LN | | ETOWAH | NC | 28729-7762 | K26501 | 66.90 | * |
| JOHN G OLSEN | 44129 CAROLSIDE AVE | | LANCASTER | CA | 93535-3532 | K41287 | 66.90 | * |
| JOHN GARRITY | 16 OLD ENGLISH WAY | | WAPPINGERS FA | NY | 12590-1210 | K37348 | 66.90 | * |
| JOHN GARY HARVEY | 15 TUSCARORA AVE | | BEAUFORT | SC | 29907-1107 | K60020 | 66.90 | * |
| JOHN GIANNINI | 3014 S 23RD ST | | NEW CASTLE | IN | 47362-2015 | K25526 | 66.90 | * |
| JOHN GILBERT WYNN | 1634 MYRTLE ST NW | | WASHINGTON | DC | 20012-1130 | K12752 | 66.90 | * |
| JOHN GILLESPIE | 125 N HIGHVIEW AVE | | ADDISON | IL | 60101-3535 | K54730 | 66.90 | * |
| JOHN GLYNN | 1544 COVINGTON AVE | | WESTLAKE VILL | CA | 91361-1513 | K54044 | 66.90 | * |
| JOHN GRABAVOY | 10 DINOSAUR RD | | WILMINGTON | IL | 60481-8798 | K60331 | 66.90 | * |
| JOHN GRINBERG | 628 N 13TH ST | | BLAIR | NE | 68008-1308 | K58022 | 66.90 | * |
| JOHN GRISWOLD | 9628 N 29TH ST | | OMAHA | NE | 68112-1524 | K52572 | 66.90 | * |
| JOHN GULA | 349 SALINE ST | | PITTSBURGH | PA | 15207-1031 | K40711 | 66.90 | * |
| JOHN H BEDENBAUGH | 63 SUGGS RD | | HATTIESBURG | MS | 39402-3639 | K37001 | 66.90 | * |
| JOHN H CUNNINGHAM | 416 HARBOR LGTS | | TINTON FALLS | NJ | 07753-7723 | K41064 | 66.90 | * |
| JOHN H FRY | 10 RIDGE AVE | | EPHRATA | PA | 17522-2547 | K59524 | 66.90 | * |
| JOHN H GARNER | 1858 BURLEY RD | | ANNAPOLIS | MD | 21409-6016 | K23373 | 66.90 | * |
| JOHN H GEORGE | 432 VISTA WAY | | CHULA VISTA | CA | 91910-4930 | K37774 | 66.90 | * |
| JOHN H GIVENS | 110 S WOODRUM ST | | PEARISBURG | VA | 24134-1738 | K49966 | 66.90 | * |
| JOHN H GRIM | PO BOX 4152 | | PAWLEYS ISLAN | SC | 29585-4152 | K57530 | 66.90 | * |

Legend:

\* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

\*\* = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN H HEATH | 2512 MESQUITE ST | | DENTON | TX | 76201-0872 | K29897 | 66.90 | * |
| JOHN H KONING | 7 OAK RD | | WATERFORD | CT | 06385-3421 | V98335 | 66.90 | * |
| JOHN H LOVELL | 3427 DANBURY DR | | AMARILLO | TX | 79109-4069 | K28852 | 66.90 | * |
| JOHN H MACUCH | 1859 OHIO AVE | | AUGUSTA | GA | 30904-5326 | K48604 | 66.90 | * |
| JOHN H MCINTOSH | 7112 E DUNKERTON RD | | DUNKERTON | IA | 50626-9703 | K32399 | 66.90 | * |
| JOHN H MCMILLON | 325 S CAROLINE ST | | DAYTONA BEACH | FL | 32114-4607 | K44653 | 66.90 | * |
| JOHN H REISNER | PO BOX 475 | | HADDONFIELD | NJ | 08033-0425 | K44951 | 66.90 | * |
| JOHN H ROLLER | 901 STONY CREEK RD | | LYNCH STATION | VA | 24571-2062 | K45098 | 66.90 | * |
| JOHN H TOLE | 3803 PATRICIAN DR | | PHILADELPHIA | PA | 19154-3411 | K42944 | 66.90 | * |
| JOHN H VAN BLARGAN | 2136 CHARLES CT | | AVON | OH | 44011-1678 | K43112 | 66.90 | * |
| JOHN H WOOD | 6123 CUMBERLAND PL | | STOCKTON | CA | 95219-3821 | K41055 | 66.90 | * |
| JOHN HACKELING | 123 MARINERS WAY | | COPIAGUE | NY | 11726-5111 | K53551 | 66.90 | * |
| JOHN HALE | 8473 KAEHLERS MILL RD | | CEDARBURG | WI | 53012-9759 | K34355 | 66.90 | * |
| JOHN HALMAN | 2101 DEWEY RD | | ASHTABULA | OH | 44004-9146 | K19638 | 66.90 | * |
| JOHN HALSTEAD | 4696 2ND PL SE | | SALEM | OR | 97302-4931 | K35579 | 66.90 | * |
| JOHN HAMELINK MD | 3508 E EDWARD CT | | BLOOMINGTON | IN | 47401-4408 | K46959 | 66.90 | * |
| JOHN HAMMER | 2914 GLENN AVE | | SIOUX CITY | IA | 51106-2723 | K58900 | 66.90 | * |
| JOHN HAMMOND | 285 S 172ND DR | | GOODYEAR | AZ | 85338-6072 | K49576 | 66.90 | * |
| JOHN HARMAN | 3011 HAYDEN RD APT 406 | | COLUMBUS | OH | 43235-7257 | K31107 | 66.90 | * |
| JOHN HARRISON | 937 LINDA FLORA DR | | LOS ANGELES | CA | 90049-1630 | K52852 | 66.90 | * |
| JOHN HASTER | 22683 ALCALDE RD | | CUPERTINO | CA | 95014-3903 | K62704 | 66.90 | * |
| JOHN HEATH | 3060 RED BERRY CIR | | EFFINGHAM | SC | 29541-4943 | K45047 | 66.90 | * |
| JOHN HEGARTY | 44865 RIVERGATE DR | | CLINTON TOWNS | MI | 48038-1385 | K52965 | 66.90 | * |
| JOHN HEINLEIN III | 4627 PLAPORT ST | | PITTSBURGH | PA | 15207-2155 | K43517 | 66.90 | * |
| JOHN HEINZMAN | 15824 N BROUGHAM DR | | CHILLICOTHE | IL | 61523-9471 | K47626 | 66.90 | * |
| JOHN HENCH | 5151 PAES RD | | NEW HOLLAND | PA | 17557-9583 | K62082 | 66.90 | * |
| JOHN HENRIQUE | 844 HIBERNIA FOREST DR | | FLEMING ISLAN | FL | 32003-4502 | K29058 | 66.90 | * |
| JOHN HIESTAND | 2526 MOUNT GRETNA RD | | ELIZABETHTOWN | PA | 17022-9597 | K57896 | 66.90 | * |
| JOHN HOFFMAN | 418 ARCHDALE AVE | | CUYAHOGA FALL | OH | 44221-2206 | K62167 | 66.90 | * |
| JOHN HOFFSTATTER | 2326 3RD ST | | MOLINE | IL | 61265-5101 | K15472 | 66.90 | * |
| JOHN HOLCOMB | 3363 ALICE RD | | VINTON | OH | 45686-8890 | K52281 | 66.90 | * |
| JOHN HUNTER | 376 WOOD ACRES DR | | EAST AMHERST | NY | 14051-1661 | K52695 | 66.90 | * |
| JOHN J [JACK] DONOHUE | 40 RIVER RD | | PAWCATUCK | CT | 06379-2061 | K16771 | 66.90 | * |
| JOHN J [JACK] DUNNE | 23 KENSINGTON RD | | MADISON | NJ | 07940-2318 | K37860 | 66.90 | * |
| JOHN J [JACK] RIEHL JR | 8205 GRAPE VIEW CT NE | | ALBUQUERQUE | NM | 87122-1009 | K33460 | 66.90 | * |
| JOHN J BEATTY | 2983 BEDFORD AVE | | BROOKLYN | NY | 11210-2831 | K50716 | 66.90 | * |
| JOHN J BOGANSKY | 72 QUEEN LILY RD | | LEVITTOWN | PA | 19057-1914 | K27038 | 66.90 | * |
| JOHN J BORAWSKI | 50 EISENHOWER AVE | | SPOTSWOOD | NJ | 08884-2307 | K30299 | 66.90 | * |
| JOHN J CAHILL | 37407 PARK AVE | | WILLOUGHBY | OH | 44094-6050 | K54837 | 66.90 | * |
| JOHN J CALAMIA | 1206 N WHITE ST APT 5 | | NEW ORLEANS | LA | 70119-3343 | K50467 | 66.90 | * |
| JOHN J CAMPO JR | PO BOX 306 | | NEWMAN LAKE | WA | 99025-0306 | K50323 | 66.90 | * |
| JOHN J DUGAN JR | 156 OPENING HILL RD | | MADISON | CT | 06443-1952 | K36122 | 66.90 | * |
| JOHN J FORTUNA JR | 7486 SOUTHLAND DR | | MENTOR ON THE | OH | 44060-3231 | K46280 | 66.90 | * |
| JOHN J HILL | 309 DIGUISEPPE DR | | BRISTOL | PA | 19007-4450 | K33566 | 66.90 | * |
| JOHN J JECK | 61161 E 340 RD | | GROVE | OK | 74344-8217 | K30090 | 66.90 | * |
| JOHN J KIRK | 1093 E 64TH ST | | CLEVELAND | OH | 44103-1653 | K44134 | 66.90 | * |
| JOHN J LIBBY JR | 44 SQUIRREL DR | | AUBURN | NH | 03032-3953 | K10614 | 66.90 | * |
| JOHN J RAKIEWICZ | 660 W HIGHLAND AVE | | SIERRA MADRE | CA | 91024-1612 | K44283 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN J SHULER | 106 SILVER SPGS | | UNIVERSAL CIT | TX | 78148-3530 | K15027 | 66.90 | * |
| JOHN J SKINNER | 186 SPEEN ST | | NATICK | MA | 01760-2557 | K18663 | 66.90 | * |
| JOHN J SMALLWOOD | 510 ELYSIAN FIELDS DR | | OAKLAND | CA | 94605-5010 | K14858 | 66.90 | * |
| JOHN J SMUDA | 2973 COUNTY ROAD 2 N | | INTERNATIONAL | MN | 56649-9156 | K22352 | 66.90 | * |
| JOHN J VALUE | 2310 TIMEA ST | | KEOKUK | IA | 52632-2759 | K15028 | 66.90 | * |
| JOHN J WILLIAMS | 104 HIGHLAND CT | | DOUGLASSVILLE | PA | 19518-9240 | K51467 | 66.90 | * |
| JOHN J ZAMORA | 4420 CONLIN ST STE 101 | | METAIRIE | LA | 70006-2167 | K58647 | 66.90 | * |
| JOHN JAGO | 7 TIBY PL | | MONMOUTH JUNC | NJ | 08852-3036 | K13996 | 66.90 | * |
| JOHN JAMES TROY | 1217 HACHITA DR | | LAS CRUCES | NM | 88012-6262 | K34971 | 66.90 | * |
| JOHN JARESS | 5706 FLATROCK RD | | HOAGLAND | IN | 46745-9607 | K31445 | 66.90 | * |
| JOHN JASPER HILL | 5752 WILL RUTH AVE | | EL PASO | TX | 79924-5415 | K13507 | 66.90 | * |
| JOHN JOSEPH FERRIERA | 74 NEWPORT AVE | | MIDDLETOWN | RI | 02842-5821 | K24934 | 66.90 | * |
| JOHN K BRAY | 375 LARCHWOOD DR | | WARWICK | RI | 02886-9537 | K21451 | 66.90 | * |
| JOHN K DOUGHERTY | 1676 ELKCAM BLVD | | DELTONA | FL | 32725-3905 | K27335 | 66.90 | * |
| JOHN K NORMAN | 920 CORAL LN | | ANCHORAGE | AK | 99515-3767 | K37983 | 66.90 | * |
| JOHN KAIN | 6324 ENCANTADO CT W | | ROCKFORD | MI | 49341-9621 | K59300 | 66.90 | * |
| JOHN KALB | 18803 90TH PL W | | EDMONDS | WA | 98026-5916 | K18754 | 66.90 | * |
| JOHN KAMMERMEYER MD | 116 FERSON AVE | | IOWA CITY | IA | 52246-3504 | K57190 | 66.90 | * |
| JOHN KEISER JR | 501 FRAZIER DR | | SANFORD | NC | 27332-6021 | K18594 | 66.90 | * |
| JOHN KELLY | 16975 STATE ROUTE 93 | | PEDRO | OH | 45659-8741 | K51805 | 66.90 | * |
| JOHN KING | 1194 IDYLBERRY RD | | SAN RAFAEL | CA | 94903-1128 | K52447 | 66.90 | * |
| JOHN KINLE | 2268 S MOUNT PLEASANT RD | | GREENBRIER | TN | 37073-4858 | K36074 | 66.90 | * |
| JOHN KNOLL | 2219 BURPEE DR | | JACKSONVILLE | FL | 32210-3728 | K61723 | 66.90 | * |
| JOHN KOMORNY | 5410 SE HULL AVE | | PORTLAND | OR | 97267-6609 | K41214 | 66.90 | * |
| JOHN KORN | 23 WOODSTONE RD | | BASKING RIDGE | NJ | 07920-1515 | K14502 | 66.90 | * |
| JOHN KRANCI | 3001 COYOTE CIR | | CLAYTON | CA | 94517-1940 | K52819 | 66.90 | * |
| JOHN KRANTZ | 1622 HAWK VIEW DR | | ENCINITAS | CA | 92024-1251 | K57993 | 66.90 | * |
| JOHN KREMZAR | 2519 BOOKSIN AVE | | SAN JOSE | CA | 95125-4802 | K43173 | 66.90 | * |
| JOHN KUNKLE | 305 N 12TH ST | | ATCHISON | KS | 66002-2337 | K47910 | 66.90 | * |
| JOHN L APPLEGATE | 1600 HATCHER CIR | | PAGOSA SPRING | CO | 81147-8882 | K38536 | 66.90 | * |
| JOHN L BUCKNER | 13526 NEW HOPE CHURCH RD | | BENTON | IL | 62812-6834 | K50495 | 66.90 | * |
| JOHN L CLAY JR | 3784 FARMRIDGE RD | | KEITHVILLE | LA | 71047-9547 | K62906 | 66.90 | * |
| JOHN L COLL | 326 CONSTITUTION DR | | PITTSBURGH | PA | 15236-4468 | K46071 | 66.90 | * |
| JOHN L FOX | 5400 B ST | | LITTLE ROCK | AR | 72205-3404 | K33508 | 66.90 | * |
| JOHN L JURANKO | 395 DUMBARTON BLVD | | RICHMOND HEIG | OH | 44143-1749 | K46073 | 66.90 | * |
| JOHN L MAGNANI | 12216 TRIPLE CROWN RD | | NORTH POTOMAC | MD | 20878-3785 | K41543 | 66.90 | * |
| JOHN L MAHAN | 1713 HEIDEN AVE | | CREST HILL | IL | 60403-2029 | K55842 | 66.90 | * |
| JOHN L RILEY | 5800 CENTRAL AVENUE PIKE APT | | KNOXVILLE | TN | 37912-2637 | K15148 | 66.90 | * |
| JOHN L SWORSKI | 4307 DUBLIN DR | | SAINT CLOUD | MN | 56301-8554 | K21200 | 66.90 | * |
| JOHN LANGLEY | 2402 BROADWAY ST SW | | ALBANY | OR | 97321-7564 | K23805 | 66.90 | * |
| JOHN LAYHER | 260 MARK HANNAH CT | | SALINE | MI | 48176-1319 | K10282 | 66.90 | * |
| JOHN LESLIE JONES | 11403 FAWNWAY DR | | HOUSTON | TX | 77048-2605 | K16038 | 66.90 | * |
| JOHN LEUCHS JR | 35 LONGFELLOW RD | | NORTH BRUNSWI | NJ | 08902-3450 | K38244 | 66.90 | * |
| JOHN LIMPP | 22796 OLD LINCOLN HWY | | CRESCENT | IA | 51526-4112 | K58410 | 66.90 | * |
| JOHN LINDER | 3736 COTTAGE RESERVE RD NE | | SOLON | IA | 52333-9225 | K57379 | 66.90 | * |
| JOHN LIVINGSTON | 15050 33RD RD | | WETMORE | MI | 49895-9574 | K26110 | 66.90 | * |
| JOHN LOCKHART HORSLEY | 8135 W 78TH ST | | OVERLAND PARK | KS | 66204-2612 | K34072 | 66.90 | * |
| JOHN LONG | 907 YORKSHIRE DR | | LIMA | OH | 45804-3382 | K47752 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN LOTHROP | 38 UNION ST | | BELFAST | ME | 04915-6728 | K12779 | 66.90 | * |
| JOHN LOWDEN | 129 JUSTICE GRICE | | WILLIAMSBURG | VA | 23185-5100 | K62766 | 66.90 | * |
| JOHN LUKONDI | 39506 GLORYLAND DR | | DADE CITY | FL | 33525-1591 | K61582 | 66.90 | * |
| JOHN LYLE | 4917 RAVENSWOOD DR APT 550 | | SAN ANTONIO | TX | 78227-4354 | K49173 | 66.90 | * |
| JOHN M [BOVI] BOVAIRD | 809 PERUGIA | | CIBOLO | TX | 78108-1929 | K27375 | 66.90 | * |
| JOHN M BOLTS | 206 ALLISON ST | | SAN FRANCISCO | CA | 94112-4311 | K52782 | 66.90 | * |
| JOHN M DICKINSON | 4017 TORTOISE LN | | FORT WORTH | TX | 76135-5380 | K23460 | 66.90 | * |
| JOHN M EGGEMEYER | PO BOX 2416 | | RANCHO SANTA | CA | 92067-2416 | K29659 | 66.90 | * |
| JOHN M FORGUE | 26 BELLINGER CT | | REISTERSTOWN | MD | 21136-3069 | K27003 | 66.90 | * |
| JOHN M FRALEY | 7708 E MANSLICK RD | | LOUISVILLE | KY | 40228-2446 | K35857 | 66.90 | * |
| JOHN M GAGHAN SR | 363 MEDWAY RD | | HIGHLAND HEIG | OH | 44143-3735 | K44512 | 66.90 | * |
| JOHN M HERGENRETHER | 7860 AVENUE OF THE SUN | | WHITE CITY | OR | 97503-9509 | K34640 | 66.90 | * |
| JOHN M KESTELL | 50 PLEASANT VIEW DR | | KALISPELL | MT | 59901-7756 | K46610 | 66.90 | * |
| JOHN M KRENNERICH CPA | 3322 GRANDWOOD BLVD | | KENNER | LA | 70065-3936 | K56926 | 66.90 | * |
| JOHN M LANTZ | 8010 E 300 S | | AVILLA | IN | 46710-9746 | K38370 | 66.90 | * |
| JOHN M MARKLEY | 149 MURRY HILL DR | | LANCASTER | PA | 17601-4109 | K28751 | 66.90 | * |
| JOHN M MC ELVENEY | 2921 HERMANOS ST | | PASADENA | CA | 91107-2761 | K20429 | 66.90 | * |
| JOHN M NOE | 30 GROVE AVE | | EAST HANOVER | NJ | 07936-1520 | K40376 | 66.90 | * |
| JOHN M ORTH | 1875 BLUE RIVER DR | | LOVELAND | CO | 80538-5026 | K56747 | 66.90 | * |
| JOHN M PURCELL | 16 UNIVERSITY ST | | ALBANY | NY | 12205-3237 | K23083 | 66.90 | * |
| JOHN M ROCK | 5336 CHARLES PL | | CLEVELAND | OH | 44143-1958 | K43550 | 66.90 | * |
| JOHN M ROSE | 4336 N ORIOLE AVE | | NORRIDGE | IL | 60706-1145 | K54028 | 66.90 | * |
| JOHN M STATZER | 509 S 19TH ST | | RICHMOND | IN | 47374-6501 | K24201 | 66.90 | * |
| JOHN MANASSE | 419 S DONALD AVE | | ARLINGTON HEI | IL | 60004-6933 | K52002 | 66.90 | * |
| JOHN MANOS [JACK] LAMBAKIS | 1420 PLEASANT VIEW LN | | CHOCTAW | OK | 73020-7909 | K55086 | 66.90 | * |
| JOHN MARION GILLISON | PO BOX 506 | | BUNN | NC | 27508-0506 | K36158 | 66.90 | * |
| JOHN MARTIN | 3211 WAKONDA CT | | DES MOINES | IA | 50321-2606 | K23124 | 66.90 | * |
| JOHN MATTHEWS | 141 VALLEYWOOD CIR | | SMITHFIELD | NC | 27577-9435 | K48930 | 66.90 | * |
| JOHN MC KEON | 23 S LAKEMIST HARBOUR PL | | THE WOODLANDS | TX | 77381-3345 | K52897 | 66.90 | * |
| JOHN MCALPINE HOYLE | 702 COVINGTON ST | | BOWLING GREEN | KY | 42103-1646 | K24687 | 66.90 | * |
| JOHN MCDONNELL | 12541 VIA RAVENNA | | BOYNTON BEACH | FL | 33436-5851 | K29944 | 66.90 | * |
| JOHN MCELHANEY | 2200 ROSS AVE STE 2200 | | DALLAS | TX | 75201-2748 | K35870 | 66.90 | * |
| JOHN MCMULLEN | 1783 SMITH ST | | YPSILANTI | MI | 48198-6700 | V99042 | 66.90 | * |
| JOHN MCNAMARA | 9819 E FIRE AGATE PL | | TUCSON | AZ | 85749-8167 | K18167 | 66.90 | * |
| JOHN MCSWEENEY | 1781 LAMBETH LN | | CONCORD | CA | 94518-3220 | K53576 | 66.90 | * |
| JOHN MICHAEL FAEHNER | 3110 STONEY RIDGE RD | | AVON | OH | 44011-2204 | K48498 | 66.90 | * |
| JOHN MICHAEL GOODLING | 114 BROWN THRUSH RD | | SAVANNAH | GA | 31419-6009 | K35017 | 66.90 | * |
| JOHN MONAHAN | 596 EVERETT DR | | DANVILLE | CA | 94526-4217 | K52148 | 66.90 | * |
| JOHN MORRISON | 16458 BOLSA CHICA ST # 17 | | HUNTINGTON BE | CA | 92649-2603 | K34220 | 66.90 | * |
| JOHN MOYER | 349 CAMERON AVE | | MILTON | PA | 17847-2001 | K17066 | 66.90 | * |
| JOHN MULHALL | 5222 25TH LN NW | | OLYMPIA | WA | 98502-1589 | K53401 | 66.90 | * |
| JOHN MULLINS | 7204 PHEASANT RIDGE DR | | INDIANAPOLIS | IN | 46237-8647 | K24723 | 66.90 | * |
| JOHN MURPHY | 125 DEVONSHIRE DR | | WATERLOO | IA | 50701-3826 | K55806 | 66.90 | * |
| JOHN N ARGOUDELIS | 2509 S CHICAGO ST | | JOLIET | IL | 60436-8513 | K49766 | 66.90 | * |
| JOHN N FREY JR | 898 LUTZ RD | | LIMA | OH | 45801-1138 | K50111 | 66.90 | * |
| JOHN N HATFIELD PHD | 1802 N SAINT PETER AVE | | OKLAHOMA CITY | OK | 73141-3420 | K39585 | 66.90 | * |
| JOHN NED SMITH | 1490 NW 70TH PL | | ANKENY | IA | 50023-9040 | K21751 | 66.90 | * |
| JOHN NICHOLL | 1164 CHURCHILL RD | | LYNDHURST | OH | 44124-1304 | K44412 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN NIELSON | 4116 DUTCHER RD | | GLADWIN | MI | 48624-8944 | K54237 | 66.90 | * |
| JOHN NYKAMP | 6485 QUEENS WAY | | KALAMAZOO | MI | 49009-9024 | K17661 | 66.90 | * |
| JOHN P BERG | 5555 DEWEY HILL RD APT 101 | | EDINA | MN | 55439-1956 | K37013 | 66.90 | * |
| JOHN P BERGER | 612 SOPHIA ST | | RIVER RIDGE | LA | 70123-1140 | K31058 | 66.90 | * |
| JOHN P BUTLER JR | 3721 BIXLER ST | | METAIRIE | LA | 70001-3801 | K58015 | 66.90 | * |
| JOHN P CROUCH | 604 E HILLCREST DR UNIT 217 | | INDIANOLA | IA | 50125-9079 | K20517 | 66.90 | * |
| JOHN P DIEMER | 812 OWLS PT | | FORT WAYNE | IN | 46825-2854 | K39935 | 66.90 | * |
| JOHN P GUSTIN | 109 NU ST | | BELLE CHASSE | LA | 70037-1411 | K54295 | 66.90 | * |
| JOHN P LANGE | 8654 60TH ST NE | | WEBSTER | ND | 58382-9686 | K34574 | 66.90 | * |
| JOHN P MACDONALD | 5801 NE 116TH ST | | VANCOUVER | WA | 98686-4552 | K48893 | 66.90 | * |
| JOHN P MAHON ESQ | 4406 SALISBURY PARK DR | | EAST MEADOW | NY | 11554-5534 | K44446 | 66.90 | * |
| JOHN P MEDEIROS | 432 GRANDIFLORA CIR | | AIKEN | SC | 29803-8221 | K32302 | 66.90 | * |
| JOHN P MIHLBAUER | 1269 KAINUI DR | | KAILUA | HI | 96734-1934 | K24373 | 66.90 | * |
| JOHN P SPECTOR | 4517 N FREDERICK AVE | | WHITEFISH BAY | WI | 53211-1220 | K35026 | 66.90 | * |
| JOHN P STOCKHAUSEN | 3241 BRUSHWOOD CT | | CLEARWATER | FL | 33761-2303 | K14855 | 66.90 | * |
| JOHN P THOMPSON | PO BOX 181 | | HADDAM | CT | 06438-0181 | K11969 | 66.90 | * |
| JOHN PACK | 6615 WATERFORD LN | | SARASOTA | FL | 34238-2639 | K60698 | 66.90 | * |
| JOHN PARKER | 1103 FOUNTAIN VIEW CIR UNIT | | HOLLAND | MI | 49423-5635 | K53378 | 66.90 | * |
| JOHN PATRICK WILSON | 4838 FISCAL RD | | GLEN ROCK | PA | 17327-7891 | K49364 | 66.90 | * |
| JOHN PATTERSON | 3318 TWIN OAKS DR | | NAPA | CA | 94558-5318 | K49905 | 66.90 | * |
| JOHN PEARSON | 8520 PLAZIAK RD NW | | RICE | MN | 56367-4621 | K25275 | 66.90 | * |
| JOHN PELLERITI | 6129 NORTHILL DR SW | | OLYMPIA | WA | 98512-2842 | K51659 | 66.90 | * |
| JOHN PEPIOT | 651 E WARD ST | | VERSAILLES | OH | 45380-1439 | K36545 | 66.90 | * |
| JOHN PERDONI | 16 ERICSON AVE | | HELMETTA | NJ | 08828-1109 | K31760 | 66.90 | * |
| JOHN PETERSEN | 2030 LION MOUNTAIN LOOP RD | | WHITEFISH | MT | 59937-1637 | K35170 | 66.90 | * |
| JOHN PETERSON | 75 BEL AIR ST | | KEOKUK | IA | 52632-2927 | K15447 | 66.90 | * |
| JOHN PETROLIAS | 4612 PRIOR DR | | WILMINGTON | NC | 28412-2247 | K41629 | 66.90 | * |
| JOHN PETTY | 1145 HIGHWAY 49 E | | CHARLOTTE | TN | 37036-5432 | K35597 | 66.90 | * |
| JOHN PHELPS | 3770 HOLT RD | | HOLT | MI | 48842-9774 | K43615 | 66.90 | * |
| JOHN PODHAISKY | 6744 BRADEN CT | | KERRVILLE | TX | 78028-8001 | K52299 | 66.90 | * |
| JOHN PRESSLER | 17 CREEKVIEW CT | | SANTA ROSA | CA | 95409-5301 | K52443 | 66.90 | * |
| JOHN PRICE | 9597 HUNTINGTON PARK DR | | STRONGSVILLE | OH | 44136-2507 | K37106 | 66.90 | * |
| JOHN PRICHARD | 315 W LAKESHORE DR | | STORM LAKE | IA | 50588-1723 | K13743 | 66.90 | * |
| JOHN PROFFITT | 1320 JASPER DR | | NORTH HUNTING | PA | 15642-1538 | K47166 | 66.90 | * |
| JOHN QUEZADA | 1127 OAK HILL RD | | LAFAYETTE | CA | 94549-3137 | K54892 | 66.90 | * |
| JOHN R [RIGBY] CAREY | 740 N PRESTON TRL | | WICHITA | KS | 67230-1505 | K37458 | 66.90 | * |
| JOHN R BARTHOLOMEW | 7 HIGHLAND DR | | HAMILTON | IL | 62341-1010 | K14519 | 66.90 | * |
| JOHN R BEDNAROFSKY | 951 ELIZABETH ST | | MCKEESPORT | PA | 15133-2316 | K60819 | 66.90 | * |
| JOHN R BICH | 1514 HITHERFIELD DR | | SUGAR LAND | TX | 77498-2349 | K48468 | 66.90 | * |
| JOHN R COOLEY | 4030 WILDWOOD DR # 15 | | BOYNE CITY | MI | 49712-8108 | K56938 | 66.90 | * |
| JOHN R DAWSON | 2029 5TH ST SE | | PUYALLUP | WA | 98372-4612 | K44975 | 66.90 | * |
| JOHN R DIPPEL | 956 ANTON RD | | PLYMOUTH | WI | 53073-1439 | K49277 | 66.90 | * |
| JOHN R DUNAGAN | 216 PLEASANT ACRES RD | | DECATUR | AL | 35603-5748 | K34781 | 66.90 | * |
| JOHN R DUNNE | 183 KINGS RD | | MADISON | NJ | 07940-2231 | K42440 | 66.90 | * |
| JOHN R ERICKSON | 714 E DIEHL AVE | | DES MOINES | IA | 50315-5306 | K23224 | 66.90 | * |
| JOHN R GARDNER | 960 E ISABELLA AVE | | MUSKEGON | MI | 49442-4049 | K40136 | 66.90 | * |
| JOHN R GARRETT | 1526 HOLIDAY LN | | LYNCHBURG | VA | 24504-4276 | K55905 | 66.90 | * |
| JOHN R GRANT | 6680 N FARM ROAD 141 | | SPRINGFIELD | MO | 65803-6087 | K55163 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| JOHN R GRAY | 209 MIMOSA PARK DR | | GOLDSBORO | NC | 27534-3227 | K30306 | 66.90 | * |
| JOHN R HALL | PO BOX 1526 | | ALVIN | TX | 77512-1526 | K27304 | 66.90 | * |
| JOHN R HAMBLEN | 4931 22ND AVE SW | | NAPLES | FL | 34116-6305 | K46078 | 66.90 | * |
| JOHN R HANNAH | 102 CASTLEOAKS DR | | SAN ANTONIO | TX | 78213-2303 | K62968 | 66.90 | * |
| JOHN R KNOX | 407 CARTER DR | | MADISON | AL | 35758-1209 | K36695 | 66.90 | * |
| JOHN R MARN | 272 HEATHER LN | | EASTLAKE | OH | 44095-1570 | K44362 | 66.90 | * |
| JOHN R MCDADE | 26360 HOLLYHOCK LN | | WILMINGTON | IL | 60481-9320 | K50593 | 66.90 | * |
| JOHN R MICHAEL | 2139 CANTERBURY DR | | BURLINGTON | NC | 27215-4522 | K42468 | 66.90 | * |
| JOHN R SHELL | 1703 W SPRING CREEK PKWY | | PLANO | TX | 75023-4304 | K13050 | 66.90 | * |
| JOHN R TALBOT | 1706 AUGUSTINE DR | | THE VILLAGES | FL | 32159-0024 | K29873 | 66.90 | * |
| JOHN R VANEK | 904 W WASHINGTON ST | | PONTIAC | IL | 61764-1641 | K48527 | 66.90 | * |
| JOHN REEDY | 44 QUARRY RD | | MILTON | PA | 17847-8980 | K16104 | 66.90 | * |
| JOHN RENK | N6502 PLANK CIR | | GLENBEULAH | WI | 53023-1164 | K48584 | 66.90 | * |
| JOHN REUBLIN | 6372 HUDSON RD | | COCOA | FL | 32927-2208 | K15850 | 66.90 | * |
| JOHN RICE | 9446 CLIFF WAY ST | | SAN ANTONIO | TX | 78250-3928 | K49715 | 66.90 | * |
| JOHN RICHARD MILES | 1001 INDIGO AVE | | CAYCE | SC | 29033-3209 | K50119 | 66.90 | * |
| JOHN RICHARD TARANTO | 13095 JOINER RD | | FOLSOM | LA | 70437-3411 | K51798 | 66.90 | * |
| JOHN RINELLA MD | 4900 W BROWARD BLVD | | PLANTATION | FL | 33317-2047 | K58821 | 66.90 | * |
| JOHN ROBERT ALLEN | 11991 SE MELBROOK WAY | | CLACKAMAS | OR | 97015-9210 | K57728 | 66.90 | * |
| JOHN ROBERT CARSON | 551 RITTENHOUSE BLVD | | NORRISTOWN | PA | 19403-3383 | K58164 | 66.90 | * |
| JOHN ROBERT SMITH | 13509 42ND AVE W | | MUKILTEO | WA | 98275-5932 | K30555 | 66.90 | * |
| JOHN ROSLEE | 810 GLENWOOD AVE | | INTERNATIONAL | MN | 56649-3820 | K19071 | 66.90 | * |
| JOHN ROSSI | 747 ROCKY HILL RD | | MURPHYS | CA | 95247-9451 | K58099 | 66.90 | * |
| JOHN ROY RODMAN | 6340 TWIN PONDS LN | | MOUNT AIRY | MD | 21771-7471 | K14775 | 66.90 | * |
| JOHN RUSSELL | 1705 FAIRWOOD DR | | CONCORD | CA | 94521-1340 | K40535 | 66.90 | * |
| JOHN S [JACK] AILEY | 2416 S RIDGEWAY AVE | | CHICAGO | IL | 60623-3805 | K16575 | 66.90 | * |
| JOHN S [JACK] CAMERON | 134 W 5TH ST N | | COTTONWOOD | MN | 56229-2132 | K58110 | 66.90 | * |
| JOHN S CARVER | 6111 ROCKGLEN DR | | SPRINGFIELD | VA | 22152-1836 | K43211 | 66.90 | * |
| JOHN S CASIAS | 16424 WOODGATE RD | | MONTROSE | CO | 81401-9574 | K20476 | 66.90 | * |
| JOHN S GORDON | 2965 GOOD EARTH PL NE | | IOWA CITY | IA | 52240-8077 | K57610 | 66.90 | * |
| JOHN S STEVENSON | 3679 PINEWOOD DR | | WEST HOMESTEA | PA | 15120-1367 | K43393 | 66.90 | * |
| JOHN SAHRADNIK | 337 SILVER BAY RD | | TOMS RIVER | NJ | 08753-2450 | K21636 | 66.90 | * |
| JOHN SAMMONS | 1408 CONCERT ST | | KEOKUK | IA | 52632-4018 | K20563 | 66.90 | * |
| JOHN SAMPSON | 8620 SW 16TH CT | | PEMBROKE PINE | FL | 33025-3304 | K61558 | 66.90 | * |
| JOHN SCOBBA | 2960 SONGBIRD DR | | ATLANTIC BEAC | FL | 32233-2315 | K62103 | 66.90 | * |
| JOHN SCORDILL III | 17461 CHEF MENTEUR HWY | | NEW ORLEANS | LA | 70129-2510 | K51085 | 66.90 | * |
| JOHN SHANNON | 1491 BARROWS GROVE RD | | BUCKHEAD | GA | 30625-1608 | K55906 | 66.90 | * |
| JOHN SICINSKI | 17814 198TH AVE NE | | WOODINVILLE | WA | 98077-8854 | K53711 | 66.90 | * |
| JOHN SIMPSON | 1401 BOUNDARY RD | | GRANTS PASS | OR | 97527-7203 | K31464 | 66.90 | * |
| JOHN SNAKENBERG | 268 COVERED BRIDGE DR | | FORT WORTH | TX | 76108-9605 | K59678 | 66.90 | * |
| JOHN SNAKENBERG | 268 COVERED BRIDGE DR | | FT WORTH | TX | 76108-9605 | K60389 | 66.90 | * |
| JOHN SOUTH | 14626 DEARBORN ST | | DOLTON | IL | 60419-1506 | K21155 | 66.90 | * |
| JOHN STOLL | 19552 DAVE WOOD RD | | MONTROSE | CO | 81403-9177 | K20573 | 66.90 | * |
| JOHN STREETER | 78369 23RD ST | | LAWTON | MI | 49065-7655 | K23883 | 66.90 | * |
| JOHN SULLIVAN KENNY | 2247 OAK RIDGE CT | | REDDING | CA | 96001-2444 | K55100 | 66.90 | * |
| JOHN SUTCLIFFE | 1360 BROOK GLEN DR | | SAN JOSE | CA | 95129-4159 | K52637 | 66.90 | * |
| JOHN SWENSON | 500 9TH AVE SE | | ROSEAU | MN | 56751-1641 | K20862 | 66.90 | * |
| JOHN T [JACK] TRAYNOR | PO BOX 838 | | DEVILS LAKE | ND | 58301-0838 | K36817 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN T BOONE | 516 WASHINGTON ST | | KEOKUK | IA | 52632-2435 | K14873 | 66.90 | * |
| JOHN T DOTY | PO BOX 873 | | PALOS VERDES | CA | 90274-0873 | K30840 | 66.90 | * |
| JOHN T ELLINGTON PE | 5225 GLENMORE DR | | LAKELAND | FL | 33813-3019 | K14338 | 66.90 | * |
| JOHN T GLADISH | 7455 ROUND MTN | | SAN ANTONIO | TX | 78255-1159 | K61194 | 66.90 | * |
| JOHN T LYBARGER | 6219 HAVERFORD AVE | | INDIANAPOLIS | IN | 46220-2011 | K29739 | 66.90 | * |
| JOHN T LYON | 38 PARK ST APT 18E | | FLORHAM PARK | NJ | 07932-1742 | K45593 | 66.90 | * |
| JOHN T MOORE | 250 LAKE BLVD APT 234 | | BUFFALO GROVE | IL | 60089-8209 | K61557 | 66.90 | * |
| JOHN T OLIVER | 51 BASTIAN DR | | MOUNT LAUREL | NJ | 08054-3056 | K43519 | 66.90 | * |
| JOHN T REITER | 1333 LEWIS LN | | COLORADO SPRI | CO | 80915-2335 | K41037 | 66.90 | * |
| JOHN T SHERMAN | 1834 COURTNEY DR | | NORTH AUGUSTA | SC | 29841-2203 | K20877 | 66.90 | * |
| JOHN T SHORT | 3115 N COOL RD | | LIMA | OH | 45801-9744 | K45852 | 66.90 | * |
| JOHN T SKIME | PO BOX 388 | | UTICA | MN | 55979-0388 | K19786 | 66.90 | * |
| JOHN T THOMASSON | 89 HICKORY DR | | COLLINSVILLE | VA | 24078-2169 | K23177 | 66.90 | * |
| JOHN TALBOT HENRY JR | 270 ROLLINGWOOD TRL | | ALTAMONTE SPR | FL | 32714-3413 | K36822 | 66.90 | * |
| JOHN TEETER | 161 SE JAMES RD | | SHELTON | WA | 98584-9337 | K47952 | 66.90 | * |
| JOHN TENPAS | 3945 LAY ST | | DES MOINES | IA | 50317-4122 | K56080 | 66.90 | * |
| JOHN THOMAS | 1 MOCCASIN TRL | | LAKE HOPATCON | NJ | 07849-1031 | K15610 | 66.90 | * |
| JOHN THOMAS | 1551 N COUNTY ROAD 400 W | | GREENCASTLE | IN | 46135-7707 | K44427 | 66.90 | * |
| JOHN THOMPSON [JT] GREENE III | 117 GREENE DR | | SAINT GEORGE | SC | 29477-7633 | K48597 | 66.90 | * |
| JOHN TRET | 24055 COLGATE ST | | DEARBORN HEIG | MI | 48125-1905 | K58757 | 66.90 | * |
| JOHN TROWBRIDGE | 477 HOAGLAND HILL RD | | MOUNT WASHING | KY | 40047-7523 | K33547 | 66.90 | * |
| JOHN V GENDRICH | 19195 ABBY AVE | | EUCLID | OH | 44119-1736 | K43361 | 66.90 | * |
| JOHN V GRZENDA | 215 ESSEX LN | | NEW LENOX | IL | 60451-1510 | K56517 | 66.90 | * |
| JOHN V VARGO PE | 909 WARRIOR RUN BLVD | | TURBOTVILLE | PA | 17772-8650 | K24598 | 66.90 | * |
| JOHN VERANTH | 4460 ASHFORD DR | | SALT LAKE CTY | UT | 84124-2506 | K22577 | 66.90 | * |
| JOHN VRBENSKY | 5795 WOOD VALLEY RD | | KALAMAZOO | MI | 49009-8230 | K56498 | 66.90 | * |
| JOHN W [JACK] ALBERS | 100 3RD AVE S UNIT 3404 | | MINNEAPOLIS | MN | 55401-2730 | K21648 | 66.90 | * |
| JOHN W [JACK] MOQUIN | 170 MORRIS AVE | | ATHENS | OH | 45701-1947 | K50070 | 66.90 | * |
| JOHN W [JACK] PADDON | 16 NORTHBRIDGE PL | | MORRISTOWN | NJ | 07960-5744 | K52640 | 66.90 | * |
| JOHN W [JERSEY] HARRIS | 179 AUTUMN FROST AVE | | STATESVILLE | NC | 28677-9058 | V99661 | 66.90 | * |
| JOHN W [ROOSTER] PEAT | PO BOX 1351 | | BRIGHTON | MI | 48116-7851 | K49703 | 66.90 | * |
| JOHN W BRISCOE | 1302 CEDAR ST | | KEOKUK | IA | 52632-4232 | K15205 | 66.90 | * |
| JOHN W BRODIE | PO BOX 53 | | RUNNELLS | IA | 50237-0053 | K22180 | 66.90 | * |
| JOHN W BROWN MD | 121 HEADWATER CIR | | IRMO | SC | 29063-8634 | K37837 | 66.90 | * |
| JOHN W DEMATTEO | 16515 E LOST ARROW DR UNIT B | | FOUNTAIN HILL | AZ | 85268-4765 | K40609 | 66.90 | * |
| JOHN W ENEVOLDSEN | 127 TURKEY TRL | | CLARKS HILL | SC | 29821-3202 | K31577 | 66.90 | * |
| JOHN W GAY | 1940 BURLINGTON PIKE | | BURLINGTON | KY | 41005-8213 | K55908 | 66.90 | * |
| JOHN W HANLON | PO BOX 152 | | TIGERTON | WI | 54486-0152 | K55354 | 66.90 | * |
| JOHN W HONEYCOMB | 4780 ASTON GARDENS WAY APT 2 | | NAPLES | FL | 34109-3572 | K27742 | 66.90 | * |
| JOHN W JENKINS JR | 7591 NW 140TH ST | | CHIEFLAND | FL | 32626-7989 | K47110 | 66.90 | * |
| JOHN W KENNEDY JR | 30 MINTON AVE | | CHATHAM | NJ | 07928-2740 | K41442 | 66.90 | * |
| JOHN W KETTERER | 6549 SCOTTSDALE WAY | | FRISCO | TX | 75034-4015 | K20122 | 66.90 | * |
| JOHN W KNEPLEY | 2735 MEADOW TREE DR | | WHITE HALL | MD | 21161-9507 | K36371 | 66.90 | * |
| JOHN W KOLBERG | 4407 W CLEVELAND AVE | | MILWAUKEE | WI | 53219-3211 | K36828 | 66.90 | * |
| JOHN W LAPICKI | 430 MASTICK AVE APT 1 | | SAN BRUNO | CA | 94066-4435 | K50656 | 66.90 | * |
| JOHN W LONG | 340 FIELDGATE LN | | PAWLEYS ISL | SC | 29585-6419 | K31339 | 66.90 | * |
| JOHN W LUTTMAN SR | 125 DANIEL MOORE ST | | PORTLAND | TX | 78374-2301 | V99757 | 66.90 | * |
| JOHN W MACKIN | 20 BRIARCLIFF RD | | MARLTON | NJ | 08053-2906 | K43486 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOHN W MCDONOUGH | 940 HUNTERHILL DR | | ROSWELL | GA | 30075-4226 | K43621 | 66.90 * | |
| JOHN W MCDOWALL | 5280 BIG ROCK CT | | SAINT PAUL | MN | 56301-4631 | K23570 | 66.90 * | |
| JOHN W MCFARLANE | 427 HOWELL AVE | | BROOKSVILLE | FL | 34601-2044 | K49799 | 66.90 * | |
| JOHN W MOFFETT | 69 JOHN GLENN DR | | PHOENIXVILLE | PA | 19460-1907 | K33960 | 66.90 * | |
| JOHN W MORRIS | 14402 W MONTE VISTA RD | | GOODYEAR | AZ | 85395-2332 | K51070 | 66.90 * | |
| JOHN W NUGENT | W278N2711 ROCKY POINT RD | | PEWAUKEE | WI | 53072-4334 | K36642 | 66.90 * | |
| JOHN W RENTMEESTER | 440 INDEPENDENCE PKWY APT 21 | | PLANO | TX | 75075-8039 | K49741 | 66.90 * | |
| JOHN W ROWE JR | 15807 SANCTUARY DR | | TAMPA | FL | 33647-1073 | K45619 | 66.90 * | |
| JOHN W SMITH | 3105 GALLS CREEK RD | | GOLD HILL | OR | 97525-9810 | K36760 | 66.90 * | |
| JOHN WAHLERT | 8 YAHARA AVE | | RUTHERFORD | NJ | 07070-1050 | K53833 | 66.90 * | |
| JOHN WAKEWOOD | 14 WARWICK AVE APT A | | ALBANY | NY | 12205-1922 | K21595 | 66.90 * | |
| JOHN WARMAN | 4707 LEVADA TER | | ROCKVILLE | MD | 20853-2261 | K42835 | 66.90 * | |
| JOHN WASHINGTON-HAMMURABI II | 8715 STROELITZ ST | | NEW ORLEANS | LA | 70118-3343 | K56150 | 66.90 * | |
| JOHN WEAVER | 4647 GRAND AVE S | | MINNEAPOLIS | MN | 55419-5411 | K31974 | 66.90 * | |
| JOHN WEAVER | PO BOX 208 | | BROOKVILLE | OH | 45309-0208 | K36237 | 66.90 * | |
| JOHN WEBB | 64 GENEBERN WAY | | SAN FRANCISCO | CA | 94112-1119 | K53860 | 66.90 * | |
| JOHN WENBERG | 10919 LAKEVIEW DR | | WHITEHOUSE | OH | 43571-9252 | K18404 | 66.90 * | |
| JOHN WERNER | 4241 15TH PL S | | WISCONSIN RAP | WI | 54494-6789 | K50394 | 66.90 * | |
| JOHN WESTERKAMP | 2422 BIRCH DR | | RICHMOND | IN | 47374-4637 | K31263 | 66.90 * | |
| JOHN WHAPHAM | 8288 DEEPWOOD BLVD UNIT 9 | | MENTOR | OH | 44060-7752 | K16183 | 66.90 * | |
| JOHN WILBORNE GOODWIN | PO BOX 515 | | COLUMBIA | SC | 29202-0515 | K20878 | 66.90 * | |
| JOHN WILLIAM [BILL] EAVES | 106 BRIARWOOD DR | | BELTON | SC | 29627-9537 | K33683 | 66.90 * | |
| JOHN WILLIAM [BILL] KIDD | 1550 NORTHRIDGE TRCE | | ALBERTVILLE | AL | 35951-4248 | K41984 | 66.90 * | |
| JOHN WOLDRIDGE | 3200 HARRISON GULCH RD | | PLATINA | CA | 96076-9703 | K32092 | 66.90 * | |
| JOHN WOODS | 9811 ROBIN ST | | LA PORTE | TX | 77571-2569 | K25251 | 66.90 * | |
| JOHN WOODY CORNWELL | 1532 HARRINGTON ST | | NEWBERRY | SC | 29108-2818 | K31250 | 66.90 * | |
| JOHN WURZEL | 1001 CITY AVE UNIT E206 | | WYNNEWOOD | PA | 19096-3904 | K41757 | 66.90 * | |
| JOHN YIRAK | 605 S 154TH ST | | OMAHA | NE | 68154-2705 | K56109 | 66.90 * | |
| JOHN YODER | 25 AUGUSTA DR | | GALENA | IL | 61036-8684 | K57216 | 66.90 * | |
| JOHN ZEBLECKAS RT | 956 VICTOR ST | | BRIDGEWATER | NJ | 08807-1363 | K19153 | 66.90 * | |
| JOHN ZENTZ | 1910 BOLIN RD | | NORTH AUGUSTA | SC | 29841-2215 | K39044 | 66.90 * | |
| JOHNA GAGNON | PO BOX 10413 | | ALEXANDRIA | VA | 22310-0413 | K57553 | 66.90 * | |
| JOHNIE RAGSDAL | 6511 N DAVIS LN | | HOBBS | NM | 88242-0884 | K44029 | 66.90 * | |
| JOHNNIE L CHANCE | 3462 HYDE PARK WAY | | TALLAHASSEE | FL | 32309-8206 | K12524 | 66.90 * | |
| JOHNNIE MARIE MCCLEARY | 2380 S MACGREGOR WAY APT 206 | | HOUSTON | TX | 77021-1162 | K10774 | 66.90 * | |
| JOHNNY ASBERY | 1609 MARYLAND AVE | | WOODBRIDGE | VA | 22191-3632 | K46663 | 66.90 * | |
| JOHNNY B BAER | 602 BEARD AVE | | DUMAS | TX | 79029-4511 | K29487 | 66.90 * | |
| JOHNNY CHAPMAN | PO BOX 875 | | JAL | NM | 88252-0875 | K42020 | 66.90 * | |
| JOHNNY D ACHORD | 333 NAIDA ST | | PAMPA | TX | 79065-5741 | K30712 | 66.90 * | |
| JOHNNY GIPSON | 1405 FULLILOVE DR | | BOSSIER CITY | LA | 71112-3344 | K11443 | 66.90 * | |
| JOHNNY HUFFINE | 504 BROOKS MILL CIR | | HERMITAGE | TN | 37076-4142 | K36918 | 66.90 * | |
| JOHNNY M GORDON | 2126 E HIGHWAY 218 | | MONROE | NC | 28110-7031 | K50124 | 66.90 * | |
| JOHNNY M WARREN SR | 503 DWIGHT DR | | PORTSMOUTH | VA | 23701-4148 | K12982 | 66.90 * | |
| JOHNNY W MILLIGAN | 42 LERIDA CIR | | HOT SPRINGS V | AR | 71909-3321 | K30942 | 66.90 * | |
| JOHNNYLU SKERVEN | 531 PINE TREE DR | | NEKOOSA | WI | 54457-7584 | K51283 | 66.90 * | |
| JOHNY THORNTON | PO BOX 153 | | CARLTON | GA | 30627-0153 | K59692 | 66.90 * | |
| JOIE M MADER | 3453 BRIAR CREEK LN | | CARMEL | IN | 46033-4105 | K28515 | 66.90 * | |
| JOJANET LAUSTERER | 10805 HORTON ST | | OVERLAND PARK | KS | 66211-1143 | K52379 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOLAINE WRIGHT | 713 BARTON ST | | STORM LAKE | IA | 50588-1528 | K16143 | 66.90 | * |
| JOLEEN DULL | 1126 STEINMETZ RD TRLR 3 | | EPHRATA | PA | 17522-2623 | K58302 | 66.90 | * |
| JOLEITA FELTE | 1403 IVYWOOD DR | | FLOWER MOUND | TX | 75028-1336 | K17259 | 66.90 | * |
| JOLENE HIBSHMAN | 173 DENVER RD | | DENVER | PA | 17517-9314 | K57822 | 66.90 | * |
| JOLENE WINTER | 201 S VINE ST | | HARRISON | OH | 45030-1354 | K51797 | 66.90 | * |
| JOLIET CATHOLIC ACADEMY | c/o HOLLY SCORDO | 1200 N. LARKIN AVE | JOLIET | IL | 60435 | | 0.00 | ** |
| JOLIET TOWNSHIP HIGH SCHOOL | DISTRICT 204 ALUMNI RELATION | 201 E JEFFERSON ST | JOLIET | IL | 60432 | | 0.00 | ** |
| JOLIET TOWNSHIP HIGH SCHOOL | c/o LYNNE LICHTENAUER | 201 E JEFFERSON ST | JOLIET | IL | 60432 | | 0.00 | ** |
| JON A ERCOLE | 6484 W CIMARRON TRL | | FLINT | MI | 48532-2021 | K56159 | 66.90 | * |
| JON AHLQUIST | 1212 WILLOWBROOK DR SE APT 3 | | HUNTSVILLE | AL | 35802-3852 | K16138 | 66.90 | * |
| JON BURNHAM | 10928 N RHONDA WAY | | DUNLAP | IL | 61525-9007 | K46149 | 66.90 | * |
| JON C FALK | 3875 GREEN VALLEY DR | | PITTSBURGH | PA | 15235-4702 | K60589 | 66.90 | * |
| JON DAVID ARMANTROUT | 201 CYPRESS POINT DR | | MOUNTAIN VIEW | CA | 94043-4875 | K45745 | 66.90 | * |
| JON E JENSON | 5700 BROOKSIDE RD | | INDEPENDENCE | OH | 44131-6013 | K33998 | 66.90 | * |
| JON EGBERT | 1118 S PARK AVE | | HADDON HEIGHT | NJ | 08035-1620 | K43056 | 66.90 | * |
| JON FRIEL | 1030 E LANCASTER AVE APT 208 | | BRYN MAWR | PA | 19010-1416 | K37603 | 66.90 | * |
| JON GRUBBS | 1430 SANDSTONE DR APT 309 | | WHEELING | IL | 60090-5923 | K45420 | 66.90 | * |
| JON J MILLIKEN | 2334 LEON C SIMON DR | | NEW ORLEANS | LA | 70122-4326 | K50640 | 66.90 | * |
| JON LEE CLAPSADDLE | 196 REDBUD CIR | | MANCHESTER | TN | 37355-3319 | K60066 | 66.90 | * |
| JON M STEEN | 34 S BRISTOL OAK CIR | | THE WOODLANDS | TX | 77382-1216 | K61151 | 66.90 | * |
| JON MCCARNEY | 5758 118TH AVE | | CLEAR LAKE | MN | 55319-9240 | K27988 | 66.90 | * |
| JON MOXLEY | 11005 BRIARWOOD TER NE | | ALBUQUERQUE | NM | 87111-5151 | K54636 | 66.90 | * |
| JON R [JACK] KOHL | 8 CATHY RD | | HILLSDALE | NJ | 07642-1905 | K62279 | 66.90 | * |
| JON RANDALL [RANDY] KEENEY | 24675 VALLEY VIEW DR | | CANYON | TX | 79015-8739 | K31550 | 66.90 | * |
| JON REUTER | 531 8TH AVE NE | | MINNEAPOLIS | MN | 55413-2129 | K21325 | 66.90 | * |
| JON S CASTLE | 1825 MORNINGVIEW DR | | YORKTOWN HEIG | NY | 10598-5517 | K46034 | 66.90 | * |
| JON STOLFUS | 633 S IOWA ST | | SOLON | IA | 52333-9248 | K59523 | 66.90 | * |
| JON W BAADE | 3538 DEWEY AVE | | OMAHA | NE | 68105-1376 | K55577 | 66.90 | * |
| JON W BRENIZER | 908 S MANLIUS ST | | FAYETTEVILLE | NY | 13066-2521 | K32359 | 66.90 | * |
| JON W COFFEY | 306 FAIRVIEW AVE | | IOWA CITY | IA | 52245-4428 | K59670 | 66.90 | * |
| JON W SCHULZ | 1335 S HUMBOLDT ST | | DENVER | CO | 80210-2316 | K26303 | 66.90 | * |
| JON YAMAOKA | 247 CONWAY CT | | SOUTH ORANGE | NJ | 07079-1453 | K54679 | 66.90 | * |
| JONATHAN [JON] DROSTE | 4950 BEECHWOOD RD | | CINCINNATI | OH | 45244-1038 | K38612 | 66.90 | * |
| JONATHAN DANCH | PO BOX 518 | | RYE BEACH | NH | 03871-0518 | K45332 | 66.90 | * |
| JONATHAN E BERGHOLZ | 1418 PENNSYLVANIA AVE | | PITTSBURGH | PA | 15233-1419 | K42581 | 66.90 | * |
| JONATHAN HAMMETT CHASE | 133 CARROLL AVE | | NEWPORT | RI | 02840-4300 | K28376 | 66.90 | * |
| JONATHAN HAYES | 4537 ANDREW JACKSON PKWY | | HERMITAGE | TN | 37076-1416 | K39544 | 66.90 | * |
| JONATHAN K HAYWARD | 3929 BALSAM DR | | NICEVILLE | FL | 32578-1143 | K24513 | 66.90 | * |
| JONATHAN P [JON] GLASNER | 305 E 86TH ST APT 19BW | | NEW YORK | NY | 10028-4760 | K34532 | 66.90 | * |
| JONATHAN SCHUTZ | 9739 HOUSCHILT RD | | YORKSHIRE | OH | 45388-9738 | K32749 | 66.90 | * |
| JONATHAN SCOTT BLACK | 2813 W WAGON WHEEL DR | | TUCSON | AZ | 85745-3538 | K42212 | 66.90 | * |
| JONATHAN T THOMPSON | 10656 WREN ST NW | | MINNEAPOLIS | MN | 55433-4025 | K33438 | 66.90 | * |
| JONATHAN WARREN STEVEN | 215 W COLLEGE ST | | ALGONA | IA | 50511-3109 | K55317 | 66.90 | * |
| JONATHAN WOJCIK | 1400 THELMA TER | | LINDEN | NJ | 07036-5522 | K21312 | 66.90 | * |
| JONATHAN WRIGHT | 27022 SHAWNEE DR | | PERRYSBURG | OH | 43551-5400 | K45220 | 66.90 | * |
| JONATHAN Z KAMHOLTZ | 429 W CLIFF LN | | CINCINNATI | OH | 45220-1011 | K51680 | 66.90 | * |
| JONATHON MATTHEWS | 12 HIGH VIEW TER | | NEW FAIRFIELD | CT | 06812-2705 | K51774 | 66.90 | * |
| JONI ANN WALTERS | 730 SE 9TH ST | | ANKENY | IA | 50021-3644 | K29840 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JONI GOLLUB | 120 LOCUST LN | | NEEDHAM | MA | 02492-1014 | K16331 | 66.90 | * |
| JONI M SANTULLI | 154 CENTRAL ST | | HALLOWELL | ME | 04347-3122 | K32985 | 66.90 | * |
| JONI WEISKOPF | N89W17889 DUKE ST | | MENOMONEE FAL | WI | 53051-1933 | K49129 | 66.90 | * |
| JONNIE GODBEY | 631 S 7TH ST | | MONTROSE | CO | 81401-4345 | K18624 | 66.90 | * |
| JORDAN [JORDY] SCHNOLL | 1324 CENTRAL ST APT 1E | | EVANSTON | IL | 60201-1654 | K46104 | 66.90 | * |
| JORDAN O'HALLORAN | 145 S MILLWOOD ST | | WICHITA | KS | 67213-4057 | K48999 | 66.90 | * |
| JORDAN WIELAND | 4424 N PLEASANT RIDGE CT | | PEORIA | IL | 61614-5915 | K52389 | 66.90 | * |
| JORETTA WEACHTER | 418 MAPLE AVE | | MANHEIM | PA | 17545-8918 | K35704 | 66.90 | * |
| JORGE MORALES | 7 HOLYOKE DR | | DELRAN | NJ | 08075-1603 | K41646 | 66.90 | * |
| JORLYN TONINATO | 1108 11TH AVE | | INTERNATIONAL | MN | 56649-2825 | K20135 | 66.90 | * |
| JOSE ANTONIO RUANO | 8909 NW 189TH TER | | HIALEAH | FL | 33018-6236 | K41352 | 66.90 | * |
| JOSE NIEVES | 4810 DUNSMORE AVE | | ASHTABULA | OH | 44004-6541 | K24549 | 66.90 | * |
| JOSEPH [JOE] FARMER | 1401 5TH AVE W APT 308 | | SEATTLE | WA | 98119-3266 | K30811 | 66.90 | * |
| JOSEPH [JOE] NEIDIG | 1060 N CHARLOTTE ST UNIT 219 | | LANCASTER | PA | 17603-2782 | K51532 | 66.90 | * |
| JOSEPH [JOE] UNSTAD | 280 RIVERVIEW DR | | BLAIR | NE | 68008-2608 | K53369 | 66.90 | * |
| JOSEPH [RANDY] HALBMAIER | 832 VINEMEAD DR | | WHITTIER | CA | 90601-1040 | K55360 | 66.90 | * |
| JOSEPH [SERB] VORKAPICH | 813 HARTMAN ST | | MCKEESPORT | PA | 15132-1524 | K60864 | 66.90 | * |
| JOSEPH A CERVINI | 412 MOONRAKER DR | | SLIDELL | LA | 70458-5527 | K52816 | 66.90 | * |
| JOSEPH A LIZZI | 64 PHEASANT RDG | | SCHENECTADY | NY | 12309-2517 | K20551 | 66.90 | * |
| JOSEPH A MCELROY | 83 WYSTERIA CT | | TORRINGTON | CT | 06790-2661 | K16040 | 66.90 | * |
| JOSEPH A SERIO | 1901 SEVERN AVE | | METAIRIE | LA | 70001-2853 | K57867 | 66.90 | * |
| JOSEPH A SHRAGER | 5003 MELLON CT | | WINDERMERE | FL | 34786-8909 | K48095 | 66.90 | * |
| JOSEPH A SIMONCINI | 632 PARKVIEW AVE | | PENNDEL | PA | 19047-5369 | K28137 | 66.90 | * |
| JOSEPH A SWEENEY | 5162 THORNBURY RD | | LYNDHURST | OH | 44124-1255 | K45006 | 66.90 | * |
| JOSEPH A WILLIAMS | 104 SPRING HOLLOW LN | | CARY | NC | 27518-9726 | K31362 | 66.90 | * |
| JOSEPH ARTHUR SELLERS | 13858 BELVIN CT | | ORLANDO | FL | 32826-4622 | K13739 | 66.90 | * |
| JOSEPH B MONTGOMERY | 66 CENTRAL AVE | | MADISON | NJ | 07940-1608 | K40275 | 66.90 | * |
| JOSEPH BANK | 6914 SWANSEA LN | | BOYNTON BEACH | FL | 33472-2963 | K10638 | 66.90 | * |
| JOSEPH BARANZANO | 1208 HERON POINT WAY | | DELAND | FL | 32724-7351 | K34104 | 66.90 | * |
| JOSEPH BARRERA | 12920 GOODALL MINE RD | | GRASS VALLEY | CA | 95945-8892 | K58917 | 66.90 | * |
| JOSEPH BARTEL | 7629 W ISHAM AVE | | CHICAGO | IL | 60631-1540 | K59659 | 66.90 | * |
| JOSEPH BLOSSER | 5459 QUINCE CT | | ELIDA | OH | 45807-9400 | K45111 | 66.90 | * |
| JOSEPH C MARZALOES | 2969 WESTBOROUGH DR | | SAINT CHARLES | MO | 63301-4548 | K61312 | 66.90 | * |
| JOSEPH CARIUS | 830 CYPRESSWOOD ML | | SPRING | TX | 77373-3064 | K53089 | 66.90 | * |
| JOSEPH CARRA | 1020 MASON AVE | | DES MOINES | IA | 50315-6628 | K22366 | 66.90 | * |
| JOSEPH CHIUSANO | 22 ANDORRA TER | | FREEHOLD | NJ | 07728-2821 | K13695 | 66.90 | * |
| JOSEPH CLEMENTE | 404 27TH ST | | MCKEESPORT | PA | 15132-7024 | K62435 | 66.90 | * |
| JOSEPH COHEN | 35 GAYMOR LN | | COMMACK | NY | 11725-1305 | K53170 | 66.90 | * |
| JOSEPH COLENCH | 447 27TH ST | | MCKEESPORT | PA | 15132-7027 | K60980 | 66.90 | * |
| JOSEPH CRONIN | 3264 PICADILLY DR | | SAN JOSE | CA | 95118-1547 | K54361 | 66.90 | * |
| JOSEPH D BOLOGNINO | 22 ERIE DR | | SLINGERLANDS | NY | 12159-9430 | K20584 | 66.90 | * |
| JOSEPH D COONS | 13691 E MARINA DR APT 109 | | AURORA | CO | 80014-3713 | K47859 | 66.90 | * |
| JOSEPH D SARGENT | 1913 SW WARNER CT | | TOPEKA | KS | 66604-3266 | K46566 | 66.90 | * |
| JOSEPH DAVIS | 593 WASHINGTON ST | | HOLLISTON | MA | 01746-1818 | K12569 | 66.90 | * |
| JOSEPH DEZELAN | 1269 WOODLAND CT | | JOLIET | IL | 60436-1926 | K50060 | 66.90 | * |
| JOSEPH DIALS | 8336 W LAKE MARION RD | | HAINES CITY | FL | 33844-8731 | K60352 | 66.90 | * |
| JOSEPH DIGIALLORENZO | 1421 AUTUMN LN | | CHERRY HILL | NJ | 08003-3014 | K37482 | 66.90 | * |
| JOSEPH DOWLING | 15270 BURNABY DR | | NAPLES | FL | 34110-7929 | K53550 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|--------------|
| JOSEPH DUBMAN | 21 LYNNES WAY | | TEWKSBURY | MA | 01876-1323 | K43901 | 66.90 | * |
| JOSEPH E [JOE] NOBLE | 78 HOOVLER LN | | STAFFORD | VA | 22556-6252 | K33236 | 66.90 | * |
| JOSEPH E BURY | 179 PENN LEAR DR | | MONROEVILLE | PA | 15146-4748 | K61086 | 66.90 | * |
| JOSEPH E CUZZORT | 9199 SUNDERLAND WAY | | WEST CHESTER | OH | 45069-4031 | K38597 | 66.90 | * |
| JOSEPH E DUNN | 515 WATERFRONT WAY SW | | BEMIDJI | MN | 56601-4823 | K32136 | 66.90 | * |
| JOSEPH E FARNSWORTH | 1244 EDGEMONT ST | | DES MOINES | IA | 50315-1847 | K21005 | 66.90 | * |
| JOSEPH E GOODRICH JR | 1317 CARRINGTON CRES S | | PORTSMOUTH | VA | 23701-3629 | K13447 | 66.90 | * |
| JOSEPH E KAVANAUGH | 2133 MAPLE AVE | | CROYDON | PA | 19021-5111 | K25979 | 66.90 | * |
| JOSEPH E LONG | 1391 STEVENS ST | | MANHEIM | PA | 17545-8673 | K29630 | 66.90 | * |
| JOSEPH E MOITOZA | 14 VAUGHAN AVE | | NEWPORT | RI | 02840-6404 | K27216 | 66.90 | * |
| JOSEPH E NAQUIN | 409 1ST ST | | BARABOO | WI | 53913-2528 | K50424 | 66.90 | * |
| JOSEPH E ROUSSEAU | 8 LOREEN DR | | PAXTON | IL | 60957-1616 | K46989 | 66.90 | * |
| JOSEPH E SEVERINO | 1210 OAKMONT DR | | NICEVILLE | FL | 32578-4315 | K44359 | 66.90 | * |
| JOSEPH E WAGNER | 9818 ROLLING CIR | | SAN ANTONIO | FL | 33576-4656 | K40396 | 66.90 | * |
| JOSEPH EDDINS | 910 CUSTER ST | | CHEYENNE | WY | 82009-3313 | K44156 | 66.90 | * |
| JOSEPH EDWARD FOWL | 7 DEER RUN | | O FALLON | IL | 62269-1209 | K23752 | 66.90 | * |
| JOSEPH ERNEST BAILEY | 13381 MAGNOLIA AVE SPC 32 | | CORONA | CA | 92879-1941 | K10401 | 66.90 | * |
| JOSEPH F [JOE] QUINN | 20 FOREST GLEN LN SW | | LAKEWOOD | WA | 98498-5306 | K22360 | 66.90 | * |
| JOSEPH F AIELLO | 25 WINDCASTLE DR | | SAINT CHARLES | MO | 63304-0446 | K62274 | 66.90 | * |
| JOSEPH F CINKOLE | 8633 PALOMINO TRL | | WILLOUGHBY | OH | 44094-5145 | K49746 | 66.90 | * |
| JOSEPH F MOORE | 2412 S CHESTNUT AVE | | BROKEN ARROW | OK | 74012-6723 | K51200 | 66.90 | * |
| JOSEPH F NOVAK | 7280 CLAY ST | | THOMPSON | OH | 44086-9767 | K50383 | 66.90 | * |
| JOSEPH FAZIO | 115 FREDERICK ST | | SAN FRANCISCO | CA | 94107-4009 | K58887 | 66.90 | * |
| JOSEPH FENDERBOSCH | 4 HILLCREST DR | | GALLIPOLIS | OH | 45631-1141 | K51228 | 66.90 | * |
| JOSEPH FINTON [JOE] FAULK | 3525 GALBERRY RD | | CHESAPEAKE | VA | 23323-1405 | K17383 | 66.90 | * |
| JOSEPH FOWLER | 479 CURRIN VALLEY RD | | MARION | VA | 24354-4061 | K22855 | 66.90 | * |
| JOSEPH FRANKLIN EATON | 1936 JAMAICA ST | | EL DORADO | KS | 67042-4143 | K56629 | 66.90 | * |
| JOSEPH FRED JACOBS III | 4829 SHASTA DR | | OLD HICKORY | TN | 37138-4124 | K35215 | 66.90 | * |
| JOSEPH G PEREZ | 212 HOFFSTADT RD | | KENTWOOD | LA | 70444-7911 | K53651 | 66.90 | * |
| JOSEPH GREEN | 6106 E MONTGOMERY RD | | CAVE CREEK | AZ | 85331-6136 | K26773 | 66.90 | * |
| JOSEPH H PINE | 28 DRAPER AVE | | MIDDLETOWN | RI | 02842-5907 | K24973 | 66.90 | * |
| JOSEPH HAGGARTY | 2566 BUTTERNUT DR | | HILLSBOROUGH | CA | 94010-6204 | K36724 | 66.90 | * |
| JOSEPH HALIGOWSKI | 40 E MORRIS AVE | | LINDEN | NJ | 07036-3112 | K18326 | 66.90 | * |
| JOSEPH HALLIGAN | 40 MANNING BLVD | | ALBANY | NY | 12203-1708 | K20143 | 66.90 | * |
| JOSEPH HAYDEN | 1906 JERROLD AVE | | ARDEN HILLS | MN | 55112-7906 | K53656 | 66.90 | * |
| JOSEPH HEIS-PALKA | 10918 E CRESTRIDGE CIR | | ENGLEWOOD | CO | 80111-3812 | K48973 | 66.90 | * |
| JOSEPH HUNTER | 63 ALNWICK RD | | MALVERNE | NY | 11565-1649 | K12754 | 66.90 | * |
| JOSEPH J BULMAN | 163 EVANS AVE | | PISCATAWAY | NJ | 08854-2901 | K29332 | 66.90 | * |
| JOSEPH J CANNIZZARO SR | 110 N DOGWOOD DR | | COVINGTON | LA | 70433-9139 | K56677 | 66.90 | * |
| JOSEPH J GLOGOWSKI | 122 WESLEY DR | | MECHANICSBURG | PA | 17055-3541 | K24863 | 66.90 | * |
| JOSEPH J JANUS | 1169 CHURCHILL CIR | | ROCHESTER | MI | 48307-6057 | K43922 | 66.90 | * |
| JOSEPH J KRESS | 6909 STONEBROOK DR N | | MOBILE | AL | 36695-3051 | K29808 | 66.90 | * |
| JOSEPH J LABARGE | 2513 CRYSTAL DR | | JOLIET | IL | 60435-1412 | K48210 | 66.90 | * |
| JOSEPH J MC CARTHY | 4265 NE HALSEY ST APT 806 | | PORTLAND | OR | 97213-1563 | K16155 | 66.90 | * |
| JOSEPH J PIOTROWSKI | 312 ROYAL GRANT DR | | WILLIAMSBURG | VA | 23185-4900 | K23550 | 66.90 | * |
| JOSEPH J SULLIVAN | 76 VAN ZANDT AVE | | NEWPORT | RI | 02840-1631 | K26023 | 66.90 | * |
| JOSEPH JOCH | PO BOX 396 | | ITHACA | NY | 14851-0396 | K52340 | 66.90 | * |
| JOSEPH KELLER | 11400 CEDAR CREEK RD | | LOUISVILLE | KY | 40229-2541 | K33382 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOSEPH KOLNOSKI | 155 MONTROSE RD | | COLTS NECK | NJ | 07722-1644 | K15613 | 66.90 | * |
| JOSEPH KOSTANSEK | 9390 DONATION RD | | WATERFORD | PA | 16441-4244 | K49977 | 66.90 | * |
| JOSEPH KUNK | 1117 S HIGHLAND PL | | KENNEWICK | WA | 99337-4402 | K32350 | 66.90 | * |
| JOSEPH L AGEE | 26712 VIA MANOLETE | | MISSION VIEJO | CA | 92691-4232 | K27208 | 66.90 | * |
| JOSEPH L BELL | 20 DAHLIA RD | | SOMERSET | NJ | 08873-2806 | K11038 | 66.90 | * |
| JOSEPH L DESHIELDS JR | 520 LINCOLN AVE | | AIKEN | SC | 29801-3419 | K60166 | 66.90 | * |
| JOSEPH L DUNDIE | 1036 KEENWICKE DR | | LAKE MARY | FL | 32746-1939 | K62076 | 66.90 | * |
| JOSEPH L GOBERT | 1026 HONEYSUCKLE DR | | WHEELING | IL | 60090-5730 | K55699 | 66.90 | * |
| JOSEPH L LANGE SR | 5817 VIRGINIA PL | | METAIRIE | LA | 70003-1034 | K50228 | 66.90 | * |
| JOSEPH L MARCHI JR | 201 N 1ST ST | | CHARLOTTESVIL | VA | 22902-5003 | K49792 | 66.90 | * |
| JOSEPH L MASHBURN | 628 E RIDGE ST | | ISHPEMING | MI | 49849-2135 | K56788 | 66.90 | * |
| JOSEPH L MONCADA | 7035 PENN AVE | | PITTSBURGH | PA | 15208-2407 | K50179 | 66.90 | * |
| JOSEPH L RICKETTS | 4813 W STATE AVE | | GLENDALE | AZ | 85301-2134 | K45126 | 66.90 | * |
| JOSEPH L WILLIAMS | 5615 ANACONDA AVE | | MENTOR | OH | 44060-2003 | K46366 | 66.90 | * |
| JOSEPH LAUGHNEY | 403 GROATS ST | | ENDICOTT | NY | 13760-4128 | K62148 | 66.90 | * |
| JOSEPH LEONARD BRUCE | 633 N ELIZABETH ST | | LIMA | OH | 45801-4003 | K51239 | 66.90 | * |
| JOSEPH LO PICCOLO | 3747 N NOTTINGHAM AVE | | CHICAGO | IL | 60634-2231 | K53133 | 66.90 | * |
| JOSEPH M [JEFF] ELLIOT III | C/O BROTHER MARTIN HIGH SCHO | | NEW ORLEANS | LA | 70122-3811 | K56112 | 66.90 | * |
| JOSEPH M BARTCZAK | 520 NE 20TH ST | | WILTON MANORS | FL | 33305-2162 | K45007 | 66.90 | * |
| JOSEPH M DONADIEU | 110 STEVENSON AVE | | EDGEWATER PAR | NJ | 08010-1839 | K22546 | 66.90 | * |
| JOSEPH M LANASA | 977 DEEP WOODS DR | | MARION | NC | 28752-8253 | K51208 | 66.90 | * |
| JOSEPH M MUNCH | 5400 RECLANADA DR | | METAIRIE | LA | 70003-2517 | K53770 | 66.90 | * |
| JOSEPH M MURRAY | 3414 W SAN JUAN ST | | TAMPA | FL | 33629-7902 | K52827 | 66.90 | * |
| JOSEPH M SCHURECK | 5926 S WATTERSON TRL | | LOUISVILLE | KY | 40291-1841 | K34382 | 66.90 | * |
| JOSEPH M SHUMAR PHD | 35000 KAISER CT STE 209 | | WILLOUGHBY | OH | 44094-4280 | K46564 | 66.90 | * |
| JOSEPH M SIMMONS | 25010 LAKE SHORE BLVD | | EUCLID | OH | 44132-3905 | K43457 | 66.90 | * |
| JOSEPH M SMITH | 19106 BAALMAN AVE | | COLWICH | KS | 67030-9202 | K29194 | 66.90 | * |
| JOSEPH MANSFIELD | 4027 FRANCIS LEE DR | | VIRGINIA BEAC | VA | 23452-1916 | K20147 | 66.90 | * |
| JOSEPH MARONEN | 6530 WOODRIDGE WAY SW | | WARREN | OH | 44481-9626 | K58761 | 66.90 | * |
| JOSEPH MCDONALD | 301 MECCA CT | | FORT WASHINGT | MD | 20744-5135 | K41747 | 66.90 | * |
| JOSEPH MCGREGOR | 996 HILL CT | | SHOREVIEW | MN | 55126-8467 | K18354 | 66.90 | * |
| JOSEPH MUNIZ JR | 13346 QUAIL MEADOW DR | | BATON ROUGE | LA | 70817-1242 | K54606 | 66.90 | * |
| JOSEPH N GOUTIEREZ IV | 2520 BLUEBIRD ST | | SLIDELL | LA | 70460-6622 | K52778 | 66.90 | * |
| JOSEPH N ROBINSON | 4 HATCHET PLACE | | SCARBOROUGH | ON | M1B 1C7 | K27447 | 66.90 | * |
| JOSEPH NAWROCKI | 77 CHANDLER ST | | BOSTON | MA | 02116-6207 | K31625 | 66.90 | * |
| JOSEPH NEESE | 832 DEER PATH LN | | ELWOOD | IL | 60421-6042 | K52721 | 66.90 | * |
| JOSEPH NIMIDOFF | 2708 BEACH HEAD WAY | | RICHMOND | CA | 94804-7479 | K53614 | 66.90 | * |
| JOSEPH NOBLE | 14990 CEREZO RD | | VICTORVILLE | CA | 92392-9310 | K32756 | 66.90 | * |
| JOSEPH NOLL | 6570 OLD TURNPIKE RD | | MIFFLINBURG | PA | 17844-6646 | K16652 | 66.90 | * |
| JOSEPH O'BRIEN | PO BOX 16058 | | SOUTH LAKE TA | CA | 96151-6058 | K53922 | 66.90 | * |
| JOSEPH OSGOOD | 368 LONG BRANCH AVE | | LONG BRANCH | NJ | 07740-7633 | K12009 | 66.90 | * |
| JOSEPH OWENS | 7517 DUNLEITH CT | | FORT WAYNE | IN | 46815-6586 | K38320 | 66.90 | * |
| JOSEPH P BUSHER | 7837 ELLINGTON PL | | MENTOR | OH | 44060-5392 | K44615 | 66.90 | * |
| JOSEPH P KAUFMAN | 2529 N BEACHWOOD DR | | HOLLYWOOD | CA | 90068-2342 | K37994 | 66.90 | * |
| JOSEPH R BARTON RN | 11 IDOLSTONE RD | | LEVITTOWN | PA | 19057-2301 | K26512 | 66.90 | * |
| JOSEPH R BLOOM | PO BOX 182 | | LESLIE | MI | 49251-0182 | K40047 | 66.90 | * |
| JOSEPH R LAKERS | 3667 GRAND AVE APT 14 | | DES MOINES | IA | 50312-4379 | K21707 | 66.90 | * |
| JOSEPH R SPANO | 3404 SCHENLEY AVE | | ASHTABULA | OH | 44004-5822 | K20961 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOSEPH RANDALL PHD | 160 WOODLAND PLACE CT | | SAINT CHARLES | MO | 63303-6585 | K20882 | 66.90 | * |
| JOSEPH RAY LE BLANC JR | 4643 LAKE VILLAGE DR | | FULSHEAR | TX | 77441-4015 | K50978 | 66.90 | * |
| JOSEPH ROGERS | 809 W 11TH ST S | | NEWTON | IA | 50208-4445 | K24402 | 66.90 | * |
| JOSEPH S PAPPALARDO SR | 830 TURQUOISE ST | | NEW ORLEANS | LA | 70124-3543 | K56925 | 66.90 | * |
| JOSEPH SAVAGE | 16 SCHOOL HOUSE LN | | SIMSBURY | CT | 06070-1978 | K20112 | 66.90 | * |
| JOSEPH SHELTON BOOZER | 251 HOLLAND BOOZER RD | | PROSPERITY | SC | 29127-8243 | K32620 | 66.90 | * |
| JOSEPH SLATER | 38 OXFORD CIR | | JEFFERSONVILL | PA | 19403-2939 | K35530 | 66.90 | * |
| JOSEPH SOBECK | 517 FONT BLVD | | SAN FRANCISCO | CA | 94132-2409 | K53695 | 66.90 | * |
| JOSEPH SPEER | 60 CARIBE ISLE | | NOVATO | CA | 94949-5342 | K51997 | 66.90 | * |
| JOSEPH T O'CONNOR | 7521 COMOY CIR | | LINCOLN | NE | 68505-1532 | K24684 | 66.90 | * |
| JOSEPH T SHEA | 40 CUYLER AVE | | ALBANY | NY | 12209-1527 | K19911 | 66.90 | * |
| JOSEPH T WILLIAMS | 10807 W GREEN TREE RD | | MILWAUKEE | WI | 53224-4323 | K40944 | 66.90 | * |
| JOSEPH TEPLITSKY | 4608 N FOXGLOVE DR NW | | GIG HARBOR | WA | 98332-8115 | K56668 | 66.90 | * |
| JOSEPH TOCYLOSKI | 31 UNION ST | | CLARK | NJ | 07066-1507 | K15317 | 66.90 | * |
| JOSEPH TOMON JR | PO BOX 188 | | ELLWOOD CITY | PA | 16117-0188 | K50270 | 66.90 | * |
| JOSEPH ULLERY | 4360 MOSS RIDGE CT NE | | ROSWELL | GA | 30075-5227 | K51534 | 66.90 | * |
| JOSEPH V SLAPELIS | 656 WALNUT DR | | EUCLID | OH | 44132-2145 | K47964 | 66.90 | * |
| JOSEPH VERO | 954 GRAND VIEW LN | | AURORA | OH | 44202-8845 | K44956 | 66.90 | * |
| JOSEPH W ALBERINO JR | 151 HOPECREST AVE | | SAVANNAH | GA | 31406-5249 | K31513 | 66.90 | * |
| JOSEPH W BAKER | 1905 ARLINGTON ST | | EL DORADO | KS | 67042-4105 | K47552 | 66.90 | * |
| JOSEPH W CLARKE | 7734 PENROSE POINT DR | | HOUSTON | TX | 77095-1676 | K34322 | 66.90 | * |
| JOSEPH W MITCHELL | 125 BURNING PINE CT | | PONTE VEDRA B | FL | 32082-3634 | K31564 | 66.90 | * |
| JOSEPH W NICHOLS | 24505 STATES LN | | SHOREWOOD | IL | 60404-0667 | K54753 | 66.90 | * |
| JOSEPH W WALSH | 12183 E KENTUCKY AVE | | AURORA | CO | 80012-3318 | K60446 | 66.90 | * |
| JOSEPH W WHITELY | 162 CRANES LAKE DR | | PONTE VEDRA B | FL | 32082-1614 | K43449 | 66.90 | * |
| JOSEPHINE [BUNNY] RESSLER | 414 W 5TH AVE | | ROSELLE | NJ | 07203-1858 | K14152 | 66.90 | * |
| JOSEPHINE [JOANNE] ADAMS | 129 DREWSON DR | | CRESTVIEW | FL | 32536-9277 | K25029 | 66.90 | * |
| JOSEPHINE BARG | 17 SHAW RD | | CHESTNUT HILL | MA | 02467-3121 | K11035 | 66.90 | * |
| JOSEPHINE CARTER | 350 UPPER MARKET ST APT 4 | | MILTON | PA | 17847-2542 | K15880 | 66.90 | * |
| JOSEPHINE CHIARELLI | 111 CHERRY VALLEY AVE APT 30 | | GARDEN CITY | NY | 11530-1572 | K62122 | 66.90 | * |
| JOSEPHINE FELDER | 5516 BINGHAM DR | | PORTSMOUTH | VA | 23703-3702 | K14079 | 66.90 | * |
| JOSEPHINE FRUCCO | 34 VALIMAR BLVD | | WHITE PLAINS | NY | 10603-1543 | K37651 | 66.90 | * |
| JOSEPHINE HANLEY | 2621 ADGATE RD | | LIMA | OH | 45805-3707 | K44965 | 66.90 | * |
| JOSEPHINE HARRISON | 112 SWAN PKWY W | | ROYAL PALM BE | FL | 33411-2926 | K39426 | 66.90 | * |
| JOSEPHINE JACKSON | 66 BRADFORD HWY | | TRENTON | TN | 38382-9487 | K29714 | 66.90 | * |
| JOSEPHINE MCDONALD | 2335 W BELLE PLAINE AVE APT | | CHICAGO | IL | 60618-2985 | K51898 | 66.90 | * |
| JOSEPHINE R KING | 3316 205TH ST | | BAYSIDE | NY | 11361-1252 | K62197 | 66.90 | * |
| JOSEPHINE RICHARDSON | 7608 GREELEY AVE | | KANSAS CITY | KS | 66109-2336 | K32589 | 66.90 | * |
| JOSEPHINE SILVA | 169 FAIRLAWN AVE | | ALBANY | NY | 12203-1915 | K21015 | 66.90 | * |
| JOSEPHINE SIMMONS | 1836 BALKAN PL | | TOLEDO | OH | 43613-4608 | K44564 | 66.90 | * |
| JOSEPHINE SMITH | 12300 SW 109TH AVE | | MIAMI | FL | 33176-4653 | K59669 | 66.90 | * |
| JOSEPHINE TAYLOR | 2808 OAKLAND AVE | | AUGUSTA | GA | 30909-3856 | K61408 | 66.90 | * |
| JOSHUA C THOMPSON | 709 WAVERLY RD | | BRYN MAWR | PA | 19010-1827 | K38428 | 66.90 | * |
| JOSHUA J KACIK | 2918 STATE ST | | WHITE OAK | PA | 15131-1333 | K60679 | 66.90 | * |
| JOSIAH CAMPBELL BRABHAM | 859 TRENT ST | | CHARLESTON | SC | 29414-5551 | K57878 | 66.90 | * |
| JOSIE CUSICK | 35100 S 540 RD | | JAY | OK | 74346-5691 | K49865 | 66.90 | * |
| JOSIE GUINN | 104 RYBURN DR | | OLD HICKORY | TN | 37138-2815 | K44261 | 66.90 | * |
| JOY A GOULD | 101 HALF MOON CIR APT B | | JUPITER | FL | 33458-8522 | K45477 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JOY ADAMS | 14421 RICHLAND RD | | MONTICELLO | IA | 52310-7979 | K60147 | 66.90 | * |
| JOY ANGELELLI | 12441 EARLY RD | | KNOXVILLE | TN | 37922-6125 | K14302 | 66.90 | * |
| JOY ANNE GALE | 1216 JOHNSON ST | | DES MOINES | IA | 50315-6520 | K26627 | 66.90 | * |
| JOY COOLEY | 5940 N REDMOND AVE | | OKLAHOMA CITY | OK | 73122-7106 | K62625 | 66.90 | * |
| JOY CORRY | 733 E KREZDORN ST | | SEGUIN | TX | 78155-3249 | K30516 | 66.90 | * |
| JOY DARLEY PERKINS | 704 BRADFORD LN | | EVANS | GA | 30809-3693 | K30680 | 66.90 | * |
| JOY DOBSON WAY | 400 SHERIDAN ST | | ASHLAND | OR | 97520-1526 | K25608 | 66.90 | * |
| JOY GAYNELL GREEN | 400 S LEONARD AVE | | LIMA | OH | 45804-3052 | K45855 | 66.90 | * |
| JOY GILLESPIE | 501 5TH ST | | INTERNATIONAL | MN | 56649-2403 | K21166 | 66.90 | * |
| JOY KLEINKNECHT | 12 SIMONTOWN RD | | PEMBERTON | NJ | 08068-1770 | K47487 | 66.90 | * |
| JOY KOCH | 889 ALDER AVE STE 203 | | INCLINE VILLA | NV | 89451-8220 | K12834 | 66.90 | * |
| JOY L JACKSON | 2324 SW 43RD ST | | CAPE CORAL | FL | 33914-6107 | K48223 | 66.90 | * |
| JOY L STRICKLIN | 35916 JAY DR | | CUSTER PARK | IL | 60481-8447 | K57059 | 66.90 | * |
| JOY LEATHERMAN | 1133 STATE ST | | AUGUSTA | KS | 67010-1133 | K48505 | 66.90 | * |
| JOY M HARVEY | 994 SHERIDAN ST | | UPLAND | CA | 91786-6446 | K21964 | 66.90 | * |
| JOY MOSELEY | 1094 NEW YORK AVE APT A7 | | BROOKLYN | NY | 11203-4937 | K46244 | 66.90 | * |
| JOY SCHAAP-FARMER | 4138 CLOUD DR S | | SALEM | OR | 97302-2762 | K21320 | 66.90 | * |
| JOY SCHUUR | 2520 E MAIN RD | | PORTSMOUTH | RI | 02871-4064 | K24881 | 66.90 | * |
| JOY SHUPP-DIETRICH | 2659 BEECHWOOD RD | | LANCASTER | PA | 17601-4836 | K29066 | 66.90 | * |
| JOY SORENSEN | 1000 BORDER AVE W | | WIGGINS | MS | 39577-2508 | K59378 | 66.90 | * |
| JOY THOMPSON | 15135 CHEROKEE DR N | | ROGERS | MN | 55374-9037 | K54663 | 66.90 | * |
| JOY VOGEL | 714 BOSTON AVE NE | | ORANGE CITY | IA | 51041-1114 | K58921 | 66.90 | * |
| JOY WALDREP | 10386 FM 1853 | | MORAN | TX | 76464-4108 | K42537 | 66.90 | * |
| JOY WEITZEL-BOYER | 5300 W BIRNHAMWOOD DR | | SIOUX FALLS | SD | 57106-0655 | K14254 | 66.90 | * |
| JOYCE [CONNIE] KARAS | 5601 BUCKINGHAM PALACE CT | | ALEXANDRIA | VA | 22315-4120 | K12041 | 66.90 | * |
| JOYCE A AMOS | 3800 S A ST APT 119B | | RICHMOND | IN | 47374-6085 | K35074 | 66.90 | * |
| JOYCE A BOIKE | 7190 OAK ST | | TAYLOR | MI | 48180-2211 | K58336 | 66.90 | * |
| JOYCE A GROUNARD | 106 BEECHWOOD RD | | FLORHAM PARK | NJ | 07932-2823 | K40238 | 66.90 | * |
| JOYCE A MCLEAR | 405 WINDING BROOK DR | | CENTERVILLE | IN | 47330-9806 | K25988 | 66.90 | * |
| JOYCE A SIEVER | 600 MILLS ST | | HINSDALE | IL | 60521-2432 | K44743 | 66.90 | * |
| JOYCE A STROUSE | 506 RAMS BOTTOM CT | | SPRING | TX | 77388-6137 | K47736 | 66.90 | * |
| JOYCE ANN FREI | 2030 FOX CREEK DR | | NORTH AUGUSTA | SC | 29860-9403 | K21123 | 66.90 | * |
| JOYCE ANN OWEN | 1401 ASPEN CT | | RICHMOND | IN | 47374-1790 | K25702 | 66.90 | * |
| JOYCE APPLEGATE | 2929 N AVOCA CIR | | MESA | AZ | 85207-0911 | K45057 | 66.90 | * |
| JOYCE BAKER | 315 AUTUMN LN | | GRANTS PASS | OR | 97527-7713 | K35516 | 66.90 | * |
| JOYCE BARTHOLOMAI | 62 CATHERINE CT | | LEVITTOWN | PA | 19057-3613 | K47085 | 66.90 | * |
| JOYCE BEECH | 125 HIDDEN ACRES RD | | ROCHESTER MIL | PA | 15771-6303 | K60925 | 66.90 | * |
| JOYCE BERKENES | 2901 NE 80TH ST | | ALTOONA | IA | 50009-9423 | K30392 | 66.90 | * |
| JOYCE BISHOP | PO BOX 65600 PMB 725 | | LUBBOCK | TX | 79464-5600 | K27747 | 66.90 | * |
| JOYCE BRADEN | 11333 HARRINGTON LN | | FISHERS | IN | 46038-3210 | K48430 | 66.90 | * |
| JOYCE BURKHART | 411 E RUTLEDGE ST | | YATES CENTER | KS | 66783-1433 | K53342 | 66.90 | * |
| JOYCE BURRELL | 14030 POWDER DR | | CARMEL | IN | 46033-8553 | K23875 | 66.90 | * |
| JOYCE BUSCHELL | 8803 LIBERTY LN | | POTOMAC | MD | 20854-3629 | K47145 | 66.90 | * |
| JOYCE CADDY | 17548 6200 RD | | MONTROSE | CO | 81403-9657 | K17822 | 66.90 | * |
| JOYCE CALL | 304 W GRAND RIVER AVE | | FOWLERVILLE | MI | 48836-9201 | K40426 | 66.90 | * |
| JOYCE CAMPBELL | 508 E 20TH ST | | SAN ANGELO | TX | 76903-3525 | K37077 | 66.90 | * |
| JOYCE CARLISLE | 2311 WINCHESTER DR | | GEORGETOWN | TX | 78626-8628 | K41640 | 66.90 | * |
| JOYCE CHALUPSKY | PO BOX 58 | | COHASSET | MN | 55721-0058 | K19388 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JOYCE CLARK | 5154 DAISY LN | | ELIDA | OH | 45807-1409 | K46459 | 66.90 | * |
| JOYCE CONGER | 3670 COTTON BAY DR E | | GULF SHORES | AL | 36542-2768 | K41863 | 66.90 | * |
| JOYCE COSTANZA | 128 SOUTHPORT CT | | GALLOWAY | NJ | 08205-6691 | K44997 | 66.90 | * |
| JOYCE COUP | 41 WILSON CIR | | MILTON | PA | 17847-9646 | K15589 | 66.90 | * |
| JOYCE CROUSE | 1790 IMPERIAL GOLF COURSE BL | | NAPLES | FL | 34110-1055 | K25902 | 66.90 | * |
| JOYCE D OWENS | PO BOX 451 | | WALLINS CREEK | KY | 40873-0451 | K60251 | 66.90 | * |
| JOYCE D SALLQUIST | 3376 WASSON RD | | CINCINNATI | OH | 45209-2424 | K60322 | 66.90 | * |
| JOYCE DARMATA | 24106 BURR CT N | | CHANNAHON | IL | 60410-9610 | K50219 | 66.90 | * |
| JOYCE DAVIS | 16309 E OAK POINT ST | | LEWISTOWN | IL | 61542-9391 | K29488 | 66.90 | * |
| JOYCE DE LIA | 439 VALLEY RD | | GILLETTE | NJ | 07933-2111 | K40154 | 66.90 | * |
| JOYCE DEWITT | 301 LOTUS LN | | WASHINGTON | IL | 61571-3164 | K46776 | 66.90 | * |
| JOYCE DIMARINO | 221 WARREN AVE | | BERWYN | PA | 19312-1641 | K50003 | 66.90 | * |
| JOYCE DONAHUE | 2204 BEN CLARE DR | | FENTON | MO | 63026-2229 | K42496 | 66.90 | * |
| JOYCE DOTY | 13301 ALLEN ST | | BATH | MI | 48808-9456 | K40497 | 66.90 | * |
| JOYCE DYE | 2740 340TH ST | | KEOKUK | IA | 52632-9545 | K15678 | 66.90 | * |
| JOYCE E BARRETT | 41 CONCETTA DR | | MANSFIELD | MA | 02048-1458 | K10693 | 66.90 | * |
| JOYCE E CALLEN | 46 JOPPA RD | | MERRIMACK | NH | 03054-3121 | K56835 | 66.90 | * |
| JOYCE E HAMMERS | 1412 SW G ST | | GRANTS PASS | OR | 97526-2586 | K30628 | 66.90 | * |
| JOYCE E MILLER | 206 E HARTFORD AVE | | PHOENIX | AZ | 85022-2332 | K56174 | 66.90 | * |
| JOYCE E SILVER | 154 ELIOT ST | | CHESTNUT HILL | MA | 02467-1436 | K19202 | 66.90 | * |
| JOYCE EILEEN MILLER | 3215 NW B ST | | RICHMOND | IN | 47374-4501 | K28293 | 66.90 | * |
| JOYCE ENOS | 54 CHERRY HILL RD | | JOLIET | IL | 60433-1604 | K49771 | 66.90 | * |
| JOYCE F BOWDLER | 3520 WILLOW GLEN DR | | ASHTABULA | OH | 44004-5828 | K15887 | 66.90 | * |
| JOYCE FERRAIUOLO | 2308 EDEN TER | | ROCK HILL | SC | 29730-2726 | K38242 | 66.90 | * |
| JOYCE FITZRANDOLPH | 2848 COASTAL HWY APT 6 | | SAINT AUGUSTI | FL | 32084-2393 | K20105 | 66.90 | * |
| JOYCE FORGIONE | 6036 E TREMONT ST | | INVERNESS | FL | 34452-8157 | K48326 | 66.90 | * |
| JOYCE FREI | 9313 COLBERG DR | | AUSTIN | TX | 78749-4150 | K30849 | 66.90 | * |
| JOYCE GAYNELL RYAN | 1898 HERSCH AVE | | PAGOSA SPRING | CO | 81147-7612 | K54825 | 66.90 | * |
| JOYCE GEHMAN | 11 PLEASANT RD | | GORDONVILLE | PA | 17529-9590 | K57858 | 66.90 | * |
| JOYCE GOERGE | 2830 N HINMAN RD | | FOWLER | MI | 48835-9283 | K40229 | 66.90 | * |
| JOYCE HAMMETT | 114 HORSESHOE RD | | BELVEDERE | SC | 29841-2654 | K22404 | 66.90 | * |
| JOYCE HANLIN | 6900 LAIRD AVE | | REYNOLDSBURG | OH | 43068-2422 | K25092 | 66.90 | * |
| JOYCE HANSON | 3103 WORTHINGTON CIR | | FALLS CHURCH | VA | 22044-2632 | K26749 | 66.90 | * |
| JOYCE HANSTRA | 120 COLDBROOK DR | | LAFAYETTE | IN | 47909-3899 | K17197 | 66.90 | * |
| JOYCE HARRIS | 2006 HIGHWAY 101 | | FLORENCE | OR | 97439-9723 | K18967 | 66.90 | * |
| JOYCE HEINEMANN | N3501 COUNTY ROAD NN | | CASCADE | WI | 53011-1527 | K47246 | 66.90 | * |
| JOYCE HENNIG | 9415 CADY AVE APT 202 | | OMAHA | NE | 68134-5821 | K55068 | 66.90 | * |
| JOYCE HIESTAND | 14238 FRIEND RD | | ROSSBURG | OH | 45362-9712 | K32976 | 66.90 | * |
| JOYCE HOEKMAN | 1716 MARCH ST | | KALAMAZOO | MI | 49001-3962 | K17814 | 66.90 | * |
| JOYCE HOLLINGSWORTH | 1324 E WALLACE RD | | FOUNTAIN CITY | IN | 47341-9711 | K26530 | 66.90 | * |
| JOYCE HUFFMAN | 2734 SAN JOAQUIN AVE SE | | ALBUQUERQUE | NM | 87106-3029 | K42292 | 66.90 | * |
| JOYCE HUTCHINSON | 207 HOGSETT ST | | UNIONTOWN | PA | 15401-2316 | K61114 | 66.90 | * |
| JOYCE HUTTON | 1613 10TH ST | | MANHATTAN BEA | CA | 90266-6105 | K42377 | 66.90 | * |
| JOYCE ISON | 2525 ONEAL LN APT 606 | | BATON ROUGE | LA | 70816-3416 | K60333 | 66.90 | * |
| JOYCE JONES | 115 CIMA DR | | GOODLETTSVILL | TN | 37072-2005 | K36134 | 66.90 | * |
| JOYCE JONES | 102 W POPLAR ST | | GREENCASTLE | IN | 46135-1636 | K44429 | 66.90 | * |
| JOYCE JOSE | 14 LARKSPUR LN | | NORTH OAKS | MN | 55127-2006 | K60501 | 66.90 | * |
| JOYCE K CONOVER | 6101 MCNAUGHTEN GROVE LN | | COLUMBUS | OH | 43213-5107 | K30127 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| JOYCE KENAS | 14885 FM 455 | | FORESTBURG | TX | 76239-3184 | K25410 | 66.90 | * |
| JOYCE KENNEDY | 2422 TORREY PINE DR | | BATON ROUGE | LA | 70816-1070 | K26106 | 66.90 | * |
| JOYCE KIRCHER | 2069 LEXA CT | | CINCINNATI | OH | 45231-3014 | K39484 | 66.90 | * |
| JOYCE KISKIS | 457 DEERFIELD CIR | | FORT COLLINS | CO | 80524-8604 | K20176 | 66.90 | * |
| JOYCE KITCHENMASTER | 4495 W STANTON RD | | STANTON | MI | 48888-9219 | K43742 | 66.90 | * |
| JOYCE KOSS | 1826 COURTNEY DR | | NORTH AUGUSTA | SC | 29841-2203 | K20779 | 66.90 | * |
| JOYCE L CHESTANG | 138 CHERRY AVE | | HAMPTON | VA | 23661-2733 | K15073 | 66.90 | * |
| JOYCE LABELLE | 10375 COPE RD | | ONAWAY | MI | 49765-8508 | K40173 | 66.90 | * |
| JOYCE LAKE | 6004 PINE VIEW DR | | SIOUX CITY | IA | 51106-5443 | K55074 | 66.90 | * |
| JOYCE LEY | 418 6TH AVE S | | SARTELL | MN | 56377-2020 | K31214 | 66.90 | * |
| JOYCE LOIS SCHOFIELD REEVES | 4 LANZA CT | | HOT SPRINGS V | AR | 71909-4619 | K49102 | 66.90 | * |
| JOYCE LORRAINE KINNAMAN | 3110 OLD DIKE RD | | GROVE | OK | 74344-5513 | K43945 | 66.90 | * |
| JOYCE M GRIFFITH | 1106 AUDUBON RD | | NORTH AUGUSTA | SC | 29841-8746 | K20338 | 66.90 | * |
| JOYCE M HAYES | 16331 BANDICOOT DR | | SUGAR LAND | TX | 77498-7619 | V99827 | 66.90 | * |
| JOYCE MARIE UHLIK | 2867 CAINSVILLE RD | | LEBANON | TN | 37090-5703 | K58479 | 66.90 | * |
| JOYCE MASTALIR | 267 ROBINS RUN | | BURLINGTON | WI | 53105-1049 | K48536 | 66.90 | * |
| JOYCE MCKAY | 1514 EUNICE AVE | | JOLIET | IL | 60433-8518 | K50606 | 66.90 | * |
| JOYCE MCMASTER | 2907 CLOVER ST | | IOWA CITY | IA | 52245-5109 | K56746 | 66.90 | * |
| JOYCE MILMED | 4800 GRANT ST | | HOLLYWOOD | FL | 33021-5236 | K13293 | 66.90 | * |
| JOYCE MOORE | 1297 BELL RD | | CHAGRIN FALLS | OH | 44022-4252 | K25756 | 66.90 | * |
| JOYCE MOORE | 9020 VICTOR AVE | | JENISON | MI | 49428-9429 | K34837 | 66.90 | * |
| JOYCE MORSE | 321 W BURKE ST | | EASTON | PA | 18042-1514 | K54116 | 66.90 | * |
| JOYCE NIMKE | 6400 PARKER RD | | SALINE | MI | 48176-9767 | V99594 | 66.90 | * |
| JOYCE ORR | 55 WILL ORR RD | | DYER | TN | 38330-3418 | K31097 | 66.90 | * |
| JOYCE OSBORNE | 620 HIGHLAND CT | | MANDEVILLE | LA | 70448-7022 | K55021 | 66.90 | * |
| JOYCE PARRISH | 9223 MUROC ST | | BELLFLOWER | CA | 90706-2128 | K32402 | 66.90 | * |
| JOYCE RATCLIFFE | 3130 SW 23RD ST | | DES MOINES | IA | 50321-1526 | K21971 | 66.90 | * |
| JOYCE RATH | 104 CATALINA DR | | SUMNER | IA | 50674-1217 | K54161 | 66.90 | * |
| JOYCE RIGBY | 40395 170TH AVE | | LAURENS | IA | 50554-8657 | K18961 | 66.90 | * |
| JOYCE RIVIERS | 412 FOND DU LAC AVE | | SHEBOYGAN FAL | WI | 53085-1220 | K48763 | 66.90 | * |
| JOYCE ROBERTS | 2615 S J ST | | RICHMOND | IN | 47374-4593 | K27453 | 66.90 | * |
| JOYCE ROMANOFF | 670 MIDFIELD LN | | NORTHBROOK | IL | 60062-5508 | K46384 | 66.90 | * |
| JOYCE RUCINSKI | 469 SPARKS AVE | | WISCONSIN RAP | WI | 54494-6126 | K51685 | 66.90 | * |
| JOYCE RUSH | 10241 W TAYLOR AVE | | WICHITA | KS | 67212-4640 | K29131 | 66.90 | * |
| JOYCE RUSSELL | PO BOX 36158 | | DES MOINES | IA | 50315-0310 | K21410 | 66.90 | * |
| JOYCE SALING | 309 MAGNOLIA ST | | DENTON | TX | 76201-0807 | K26202 | 66.90 | * |
| JOYCE SALLESE | 240 ZURICH RD | | JOLIET | IL | 60436-3140 | K57128 | 66.90 | * |
| JOYCE SALLY KEIL SCHWARTZ RDMS | 12721 CARLSBAD CT | | HERNDON | VA | 20171-2450 | K40256 | 66.90 | * |
| JOYCE SANFORD | 2827 N PATTERSON RD | | LIBERTY | IN | 47353-8726 | K24203 | 66.90 | * |
| JOYCE SCHEIDT | 1659 SAN SILVESTRO DR | | VENICE | FL | 34285-4576 | K50837 | 66.90 | * |
| JOYCE SCOTT | PO BOX 609 | | INTERNATIONAL | MN | 56649-0609 | K18365 | 66.90 | * |
| JOYCE SCOTT | 12019 E UTAH PL | | AURORA | CO | 80012-5261 | K52748 | 66.90 | * |
| JOYCE SILBER | 2137 BLACKVILLE DR | | THE VILLAGES | FL | 32162-1405 | K38794 | 66.90 | * |
| JOYCE SINTON HOMAN | 46 JEAN DR | | NORTH ATTLEBO | MA | 02760-4625 | K62808 | 66.90 | * |
| JOYCE SMYTHE | 9 WINDCREST DR | | GREENVILLE | SC | 29615-5343 | K51615 | 66.90 | * |
| JOYCE SOHL | 757 BROOK HOLLOW RD | | NASHVILLE | TN | 37205-2644 | K54200 | 66.90 | * |
| JOYCE STAHL | 66 PARKER AVE | | HAWTHORNE | NJ | 07506-1733 | K20129 | 66.90 | * |
| JOYCE STEVENS | 1105 COUNTY ROAD 427 | | STOCKDALE | TX | 78160-6415 | K42632 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JOYCE STRAUSS | 145 RICHMOND AVE | | MEDFORD | NY | 11763-3755 | K62049 | 66.90 | * |
| JOYCE STREETY | 1786 COUNTY ROAD 308 | | LITTLEFIELD | TX | 79339-5915 | K29869 | 66.90 | * |
| JOYCE SURA | 3271 LYNNE AVE | | FLINT | MI | 48506-2117 | K57133 | 66.90 | * |
| JOYCE SUTLIFF-TERRY | 500 SAINT MICHAEL DR LOT 66 | | TEXARKANA | TX | 75503-2015 | K39560 | 66.90 | * |
| JOYCE SZEMPLENSKI | 281 OSAGE HIGHLANDS LOOP | | CAMDENTON | MO | 65020-4523 | K57770 | 66.90 | * |
| JOYCE SZYMANSKI | 1011 SWEAT AVE | | WISCONSIN RAP | WI | 54494-6365 | K47891 | 66.90 | * |
| JOYCE THORNTON | 7270 E BEVERLY DR | | TUCSON | AZ | 85710-5059 | K50343 | 66.90 | * |
| JOYCE TODD | 1426 SHERIDAN RD | | BREMERTON | WA | 98310-3422 | K18954 | 66.90 | * |
| JOYCE TORGERSON | W243S7790 EVERGREEN DR | | MUKWONAGO | WI | 53149-8548 | K48475 | 66.90 | * |
| JOYCE TRIMBLE | 1262 AMSTERDAM DR | | COLORADO SPRI | CO | 80907-4004 | K56538 | 66.90 | * |
| JOYCE VOGT | 4500 BLAKEMORE LN | | LA GRANGE | KY | 40031-9073 | K33238 | 66.90 | * |
| JOYCE WESNER | 240 HEPBURN ST | | MILTON | PA | 17847-1712 | K15588 | 66.90 | * |
| JOYCE WHITE | 11531 S SHELL AVE | | YUMA | AZ | 85367-5752 | K20240 | 66.90 | * |
| JOYCE WHITE | 108 TYNE BLVD | | OLD HICKORY | TN | 37138-1221 | K35976 | 66.90 | * |
| JOYCE WILDERMUTH | 724 DELAWARE AVE | | MARYSVILLE | MI | 48040-1514 | K44621 | 66.90 | * |
| JOYCE WILLS | 2072 SANDALWOOD DR | | SANFORD | NC | 27332-7312 | K62239 | 66.90 | * |
| JOYCE ZIMMERMAN | 815 E GLEN AVE | | PEORIA HEIGHT | IL | 61616-5205 | K47016 | 66.90 | * |
| JOYCE ZURKOWSKI | 2501 FOREST DR TRLR 189 | | PLOVER | WI | 54467-3820 | K49093 | 66.90 | * |
| JOYE HUTTO | 643 HUTTO ISLAND DR | | LEESVILLE | SC | 29070-7376 | K34331 | 66.90 | * |
| JOYE MCKUSICK | 805 NORMANDY DR | | IOWA CITY | IA | 52246-2932 | K58167 | 66.90 | * |
| JOYICE HOLMES | 800 RIDGE ST | | RICHMOND | IN | 47374-2250 | K25097 | 66.90 | * |
| JOYLENE [JOY] GILINSKY | 19210 L ST | | OMAHA | NE | 68135-3807 | K57320 | 66.90 | * |
| JT LEE | 1616 COLLEGE FARM RD | | MURRAY | KY | 42071-1560 | K34822 | 66.90 | * |
| JUANELLE WILLIAMS | PO BOX 2574 | | ALBANY | TX | 76430-8026 | K41991 | 66.90 | * |
| JUANITA [NITA] HAMBLIN | 4252 LEMON ST NE | | SALEM | OR | 97305-3485 | K33903 | 66.90 | * |
| JUANITA BUSS | 4310 BRAUN RD | | SALINE | MI | 48176-9648 | V99443 | 66.90 | * |
| JUANITA CLAPPER | 9613 SE 124TH LOOP | | SUMMERFIELD | FL | 34491-9737 | K23120 | 66.90 | * |
| JUANITA DAVIS | 3500 LAKE BLVD # 214 | | OCEANSIDE | CA | 92056-4600 | K21198 | 66.90 | * |
| JUANITA DEHEART | 5100 MANOR RIDGE DR UNIT A | | PUEBLO | CO | 81005-5548 | K38790 | 66.90 | * |
| JUANITA E LEE | PO BOX 6026 | | AUGUSTA | GA | 30916-6026 | K59578 | 66.90 | * |
| JUANITA GERLING | 71 VEHR SYE DR | | VERSAILLES | OH | 45380-9330 | K32429 | 66.90 | * |
| JUANITA GOODMAN | 1042 E COUNTY ROAD 25 S | | GREENCASTLE | IN | 46135-8687 | K46229 | 66.90 | * |
| JUANITA GRIZZARD | 7152 S KEDZIE AVE | | CHICAGO | IL | 60629-3530 | V99318 | 66.90 | * |
| JUANITA J AREY | 740 COUNTY ROAD 607 | | PONTIAC | MO | 65729-7186 | K52910 | 66.90 | * |
| JUANITA MAIER | PO BOX 2603 | | DAPHNE | AL | 36526-2603 | K46543 | 66.90 | * |
| JUANITA MARSHALL-MADISON | 930 NW 199TH TER | | PEMBROKE PINE | FL | 33029-3366 | K42067 | 66.90 | * |
| JUANITA MILLER | 820 OAKLAWN DR | | BARTOW | FL | 33830-5323 | K40087 | 66.90 | * |
| JUANITA PIERMAN | PO BOX 963 | | PENTWATER | MI | 49449-0963 | K55758 | 66.90 | * |
| JUANITA PIERSON | 306 HOLCOMB DR | | SHREVEPORT | LA | 71103-2030 | K10213 | 66.90 | * |
| JUANITA SCOTT | 1801 W COCOPAH ST | | PHOENIX | AZ | 85007-4026 | K12554 | 66.90 | * |
| JUANITA SHREFFLER | 1534 MEADOWHILL DR | | MOUNTAIN HOME | AR | 72653-5063 | K56632 | 66.90 | * |
| JUANITA SUTTLE | PO BOX 1 | | KODAK | TN | 37764-0001 | K12130 | 66.90 | * |
| JUANITA WILLIS | 4682 E RUSH CREEK RD | | STOCKTON | IL | 61085-9153 | K53098 | 66.90 | * |
| JUDE F SWIONTKOWSKI | 1206 GRUBER AVE | | UNION | NJ | 07083-5012 | K14089 | 66.90 | * |
| JUDE GILLISPIE | 645 65TH PL UNIT 131 | | WEST DES MOIN | IA | 50266-2464 | K20523 | 66.90 | * |
| JUDI A KIEPER | 6509 52ND AVE N | | CRYSTAL | MN | 55428-3904 | K21730 | 66.90 | * |
| JUDI A VANDERWERFF | 119 BELMONT DR | | WILMINGTON | DE | 19808-4330 | K37227 | 66.90 | * |
| JUDI BARTH | 15877 SAPPHIRE ST | | VICTORVILLE | CA | 92394-5588 | K47660 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| JUDI BOURD | 22118 N ARRELLAGA DR | | SUN CITY WEST | AZ | 85375-2688 | K44409 | 66.90 | * |
| JUDI DRAIS | 3306 S PACIFIC HWY APT 87 | | MEDFORD | OR | 97501-8705 | K32744 | 66.90 | * |
| JUDI FREER | 206 ADMIRAL LN | | DEBARY | FL | 32713-4708 | K24672 | 66.90 | * |
| JUDI J BASEY | 1109 3RD AVE S | | EDMONDS | WA | 98020-4104 | K49029 | 66.90 | * |
| JUDI PARKS FREIHOFF | PO BOX 36 | | FALL RIVER | KS | 67047-0036 | K49361 | 66.90 | * |
| JUDI TERRY | 2024 S OGDEN ST | | DENVER | CO | 80210-4135 | K56956 | 66.90 | * |
| JUDI WILSON | 1119 DARLINGTON RD | | LIGONIER | PA | 15658-3550 | K43487 | 66.90 | * |
| JUDIE SILVASY | 104 DUNES | | WILLIAMSBURG | VA | 23188-8906 | K22543 | 66.90 | * |
| JUDITH [[JUDY] SCHAAB | 3101 CALLE DEL BOSQUE NW | | ALBUQUERQUE | NM | 87104-3119 | K44681 | 66.90 | * |
| JUDITH [JUDY] ARONSON | 1051 ABERDEEN CT N | | MOBILE | AL | 36609-3300 | K57675 | 66.90 | * |
| JUDITH [JUDY] DORFMAN | 658 POST LN | | SOMERSET | NJ | 08873-6060 | K48433 | 66.90 | * |
| JUDITH [JUDY] DORMAN | 723 PINETREE DR | | FORT WAYNE | IN | 46819-2330 | K38871 | 66.90 | * |
| JUDITH [JUDY] KIRK | 205 DAN AVE | | MEDFORD | OR | 97501-1113 | K34204 | 66.90 | * |
| JUDITH [JUDY] MOSLEY | 605 3RD ST W | | FORT FRANCES | ON | P9A 3B3 | K21544 | 66.90 | * |
| JUDITH [JUDY] SEGER | 14854 MENDENHALL RD | | YORKSHIRE | OH | 45388-9720 | K31713 | 66.90 | * |
| JUDITH [JUDY] STIPP | 178 BUTLER LAKE DR | | SAINT SIMONS | GA | 31522-5437 | K51958 | 66.90 | * |
| JUDITH [JUDY] STRAUB | 1375 DUGANSVILLE RD | | SALVISA | KY | 40372-9605 | K35622 | 66.90 | * |
| JUDITH [JUDY] TAYLOR AICI | 1901 WOODSONG PT | | MOUNT JULIET | TN | 37122-4536 | K36651 | 66.90 | * |
| JUDITH A [JUDY] FARRELL | 1130 VINEWOOD AVE | | SCHENECTADY | NY | 12306-2917 | K20285 | 66.90 | * |
| JUDITH A BLOESER | PO BOX 346 | | COOPERSBURG | PA | 18036-0346 | K38011 | 66.90 | * |
| JUDITH A GUNN | 418 SEAMARGE LN | | PENSACOLA | FL | 32507-3927 | K31786 | 66.90 | * |
| JUDITH A HAMILTON | 12626 GLENVALE PLZ LOT 366 | | OMAHA | NE | 68164-1969 | K54307 | 66.90 | * |
| JUDITH A HENDERSON | 100 TEJAS RD | | WEATHERFORD | TX | 76085-9637 | K47580 | 66.90 | * |
| JUDITH A KNAPP | 7220 FOREST AVE | | HAMMOND | IN | 46324-1812 | K38366 | 66.90 | * |
| JUDITH A ONEIL | 5 LANCASTER AVE | | CHELMSFORD | MA | 01824-1807 | K26139 | 66.90 | * |
| JUDITH A PALAIS | 36 TERRY AVE | | LOWELL | MA | 01850-1722 | K12011 | 66.90 | * |
| JUDITH A PELOT | 5391 COUNTY ROAD Q | | WISCONSIN RAP | WI | 54495-9346 | K47853 | 66.90 | * |
| JUDITH A PETROSKI | 1104 LILLICK DR | | SUNNYVALE | CA | 94087-3720 | K47163 | 66.90 | * |
| JUDITH A RICE | 11511 N VENETIAN DR | | SYRACUSE | IN | 46567-9730 | K39886 | 66.90 | * |
| JUDITH A STRICKLAND | 1917 99TH ST | | LUBBOCK | TX | 79423-7141 | K30863 | 66.90 | * |
| JUDITH A STUART | 9220 WESTERN AVE APT 312 | | OMAHA | NE | 68114-2299 | K53366 | 66.90 | * |
| JUDITH ALEXANDER | 10736 CHARLESTON PL | | HOLLYWOOD | FL | 33026-4906 | K17959 | 66.90 | * |
| JUDITH ANN [JUDY] CONN | 1738 E FRONT ST | | TRAVERSE CITY | MI | 49686-3017 | K36487 | 66.90 | * |
| JUDITH ANN CLEMENTS | 219 NW K ST | | RICHMOND | IN | 47374-2141 | K25123 | 66.90 | * |
| JUDITH ANN HENTHORN | 212272 E COUNTY ROAD 34 | | MOORELAND | OK | 73852-8943 | K62606 | 66.90 | * |
| JUDITH ANN KOLLOCK | 8151 COUNTY ROAD BB | | BANCROFT | WI | 54921-9647 | K48883 | 66.90 | * |
| JUDITH ANN SHORT | 1249 LOOMIS AVE | | DES MOINES | IA | 50315-1862 | K22284 | 66.90 | * |
| JUDITH BARNARD | 7625 WHITE PINE CT | | MENTOR | OH | 44060-6051 | K43753 | 66.90 | * |
| JUDITH BARNES | 3925 BARNEGAT DR | | PUNTA GORDA | FL | 33950-7509 | K23273 | 66.90 | * |
| JUDITH BAUER | 335 IVANHOE RD | | WATERLOO | IA | 50701-4211 | K55396 | 66.90 | * |
| JUDITH BECKER | 717 S JEFFERSON ST | | KENNEWICK | WA | 99336-9364 | K16384 | 66.90 | * |
| JUDITH BETTILYON | 1004 SILENT RETREAT | | KNIGHTDALE | NC | 27545-8869 | K18883 | 66.90 | * |
| JUDITH BOUTELLE | 643 LINDEN PT | | PETERSBURG | IL | 62675-9752 | K54907 | 66.90 | * |
| JUDITH BREESE | 20 CAPE COD LN | | PERRYSBURG | OH | 43551-3123 | K51980 | 66.90 | * |
| JUDITH BROWN | 8239 RIDGEFIELD AVE NE | | OLYMPIA | WA | 98516-6651 | K11516 | 66.90 | * |
| JUDITH BROWN | 2057 50TH AVE | | LAKEVIEW | MI | 48850-9623 | K56162 | 66.90 | * |
| JUDITH BRUHN | 7635 GENERAL SHERMAN LN | | SAINT LOUIS | MO | 63123-1230 | K41751 | 66.90 | * |
| JUDITH BUTRYM | 950 TARPON CENTER DR APT 407 | | VENICE | FL | 34285-1228 | K62108 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JUDITH CADWALLADER | 1856 BULLS HEAD RD | | STANFORDVILLE | NY | 12581-6022 | K53231 | 66.90 | * |
| JUDITH CARVER | W5045 23RD ST | | NECEDAH | WI | 54646-7924 | K49581 | 66.90 | * |
| JUDITH CLEMENTE | 21 TOPAZ RUN | | POUGHKEEPSIE | NY | 12603-1000 | K48758 | 66.90 | * |
| JUDITH COURTNEY | 618 W CASS ST | | OSCEOLA | IA | 50213-1573 | K21564 | 66.90 | * |
| JUDITH CRONIN | 1321 CHRISTOPHER CT | | METAIRIE | LA | 70001-3803 | K50975 | 66.90 | * |
| JUDITH DARRELL | 2721 LAKEVIEW CIR | | PLATTSMOUTH | NE | 68048-8005 | K45298 | 66.90 | * |
| JUDITH DAVIDOWITZ | 2 RIVA RIDGE RD | | MANALAPAN | NJ | 07726-6017 | K62690 | 66.90 | * |
| JUDITH DEVRIES | 1315 NORTHAMPTON RD | | KALAMAZOO | MI | 49006-1993 | K18147 | 66.90 | * |
| JUDITH DICKINSON | 204 PAMELA DR | | ALLISON PARK | PA | 15101-3713 | K61479 | 66.90 | * |
| JUDITH DILLON | 3864 COUNTY HIGHWAY 7 | | PORTER | MN | 56280-3033 | K52967 | 66.90 | * |
| JUDITH E DOBSON | 6 W PRESTON LN | | STILLWATER | OK | 74075-2018 | K34222 | 66.90 | * |
| JUDITH ELAINE HURN | 821 S HARLAN ST | | ALGONA | IA | 50511-3433 | K55006 | 66.90 | * |
| JUDITH ELIZABETH MURRAY | 3 INDIAN ROCK CT | | ARNOLD | MO | 63010-1243 | K41275 | 66.90 | * |
| JUDITH EVANS | 19166 STANLEY ST | | MELVINDALE | MI | 48122-1866 | K62296 | 66.90 | * |
| JUDITH FEUSS | 5 MURIEL RD | | PORT WASHINGT | NY | 11050-4123 | K55081 | 66.90 | * |
| JUDITH FINKELSTEIN | 5311 HYACINTH DR UNIT 60 | | CEDAR FALLS | IA | 50613-6415 | K57054 | 66.90 | * |
| JUDITH FITZ | 4002 CANOE CREEK RD | | SAINT CLOUD | FL | 34772-9109 | K25581 | 66.90 | * |
| JUDITH FOX | 308 GENTRY LN | | AMBLER | PA | 19002-3613 | K37965 | 66.90 | * |
| JUDITH FRANKLIN | 1891 NW 58TH ST | | MIAMI | FL | 33142-2423 | K43182 | 66.90 | * |
| JUDITH G COOVER | 8802 E 152ND CT | | THORNTON | CO | 80602-5805 | K52644 | 66.90 | * |
| JUDITH G SCHNEIDER | 805 E HENRY CLAY ST APT 304 | | WHITEFISH BAY | WI | 53217-5624 | K35142 | 66.90 | * |
| JUDITH GAIL GROSEY | 60 VALLEY VIEW CT | | SAN MATEO | CA | 94402-3641 | K51114 | 66.90 | * |
| JUDITH GERBOTH | 14833 W CORRAL DR | | SUN CITY WEST | AZ | 85375-2600 | K29175 | 66.90 | * |
| JUDITH GORDON | 611 SALEM END RD | | FRAMINGHAM | MA | 01702-5529 | K14272 | 66.90 | * |
| JUDITH GUEST | 79 COLONESE RD | | FAIRFIELD | CT | 06825-1111 | K43163 | 66.90 | * |
| JUDITH HARPER | 58 WOODHAVEN LN | | WILLINGBORO | NJ | 08046-3417 | K42942 | 66.90 | * |
| JUDITH HARPER | 1914 24TH ST | | ANACORTES | WA | 98221-2404 | K57219 | 66.90 | * |
| JUDITH HART | 562 S HIGHWAY 123 BYP | | SEGUIN | TX | 78155-9752 | K12783 | 66.90 | * |
| JUDITH HECHT | 14 PUPEK RD | | SOUTH AMBOY | NJ | 08879-1323 | K36223 | 66.90 | * |
| JUDITH HEELEY | 9 ANDROSCOGGIN ST | | BRUNSWICK | ME | 04011-1726 | K22373 | 66.90 | * |
| JUDITH HOLMES | 1736 CATHERINE CT | | SAINT LOUIS | MO | 63138-1742 | K52966 | 66.90 | * |
| JUDITH HOWER | 2017 SW HIGH AVE | | TOPEKA | KS | 66604-3126 | K52430 | 66.90 | * |
| JUDITH I CARLSON | 1280 SECRETARIAT CT | | BATAVIA | OH | 45103-9239 | K46010 | 66.90 | * |
| JUDITH J FIELDER | 406 EVERGREEN AVE | | HADDON TOWNSH | NJ | 08108-3513 | K41634 | 66.90 | * |
| JUDITH J GALBREATH | 3471 GERALDINE LN | | RICHMOND | IN | 47374-6757 | K26528 | 66.90 | * |
| JUDITH JONES | 110 PADDY LN | | YOUNGSVILLE | NC | 27596-8012 | K39717 | 66.90 | * |
| JUDITH K COLE | 209 RACE ST | | EL DORADO | KS | 67042-2431 | K49988 | 66.90 | * |
| JUDITH K GRUBB | 740 MEMORY LN | | HOBART | IN | 46342-5258 | K60554 | 66.90 | * |
| JUDITH K HUDSON | 510 ELBOW BEND BLVD | | GREENWOOD | IN | 46142-8307 | K25708 | 66.90 | * |
| JUDITH K SMITH | 1135 S BLUE RIDGE AVE | | CULPEPER | VA | 22701-3301 | K22238 | 66.90 | * |
| JUDITH KOLESKY | 9728 N STATE ROAD 135 | | FREETOWN | IN | 47235-9757 | K61532 | 66.90 | * |
| JUDITH L [JUDY] VAN | 350 E JACKSON ST APT 614 | | ORLANDO | FL | 32801-3541 | K44176 | 66.90 | * |
| JUDITH L BULTEMEIER | 15927 BARKLEY RD | | MONROEVILLE | IN | 46773-9542 | K38270 | 66.90 | * |
| JUDITH L FRY | 3223 BEALE ST | | MCKEESPORT | PA | 15132-7261 | K60590 | 66.90 | * |
| JUDITH LEE | 201 E ELIZABETH ST APT 311 | | FENTON | MI | 48430-2672 | K56640 | 66.90 | * |
| JUDITH LEE WISKUS | 153 SUNCOAST DR | | MCCOOK LAKE | SD | 57049-4017 | K54874 | 66.90 | * |
| JUDITH LEHMANN | PO BOX 127 | | HOOPER | NE | 68031-0127 | K60466 | 66.90 | * |
| JUDITH LOWRY | PO BOX 407 | | BOLINAS | CA | 94924-0407 | K43595 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JUDITH LUBECK | 6184 COUNTY ROAD F | | WISCONSIN RAP | WI | 54495-9255 | K48209 | 66.90 | * |
| JUDITH LUND | 30237 660TH AVE | | WARROAD | MN | 56763-9608 | K18314 | 66.90 | * |
| JUDITH LYDON | 1309 ADAMS DR | | FORT WASHINGT | MD | 20744-2830 | K61087 | 66.90 | * |
| JUDITH M [JUDY] BURDETTE | 4382 LAKE SHORE DR APT B | | WACO | TX | 76710-1939 | K58259 | 66.90 | * |
| JUDITH MADDEN | 6821 TIERRA LINDA ST | | PORT RICHEY | FL | 34668-3893 | K48624 | 66.90 | * |
| JUDITH MAINES | 12401 HIGHWAY 90 W | | HOLT | FL | 32564-8907 | K26950 | 66.90 | * |
| JUDITH MAYES | 1311 N BOWDISH RD | | SPOKANE VALLE | WA | 99206-4908 | K25533 | 66.90 | * |
| JUDITH MC CORKLE | 20 WALTER ST | | JACKSON | OH | 45640-2156 | K50851 | 66.90 | * |
| JUDITH MCLAUGHLIN | 286 E 260TH ST | | EUCLID | OH | 44132-1402 | K43406 | 66.90 | * |
| JUDITH MESSNER | 23322 FREEPORT AVE | | PORT CHARLOTT | FL | 33954-2513 | K41553 | 66.90 | * |
| JUDITH MILLER | 233 E CHURCH AVE | | BUFFALO LAKE | MN | 55314-1084 | K54201 | 66.90 | * |
| JUDITH MURRAY | 3212 BAY ESTATES CIR | | DESTIN | FL | 32550-5882 | K22827 | 66.90 | * |
| JUDITH NELSON | 409 BRANWAY DR | | RICHMOND | VA | 23229-7013 | K52866 | 66.90 | * |
| JUDITH NEUJAHR | 5303 CRYSTAL CT | | WILMINGTON | NC | 28409-4017 | K16327 | 66.90 | * |
| JUDITH NORTON | 303 READING AVE | | TITUSVILLE | FL | 32796-6105 | K37209 | 66.90 | * |
| JUDITH NUGENT | 5939 ERICKSON DR | | ASHTABULA | OH | 44004-6303 | K17459 | 66.90 | * |
| JUDITH OLSON | 605 COUNTRY LN | | MORGANTOWN | PA | 19543-8815 | K53044 | 66.90 | * |
| JUDITH OSTRANDER | 9151 COUNTY ROAD 3410 | | BROWNSBORO | TX | 75756-5105 | K16587 | 66.90 | * |
| JUDITH PARKS | 1109 S EMPORIA ST | | EL DORADO | KS | 67042-3721 | K49014 | 66.90 | * |
| JUDITH PETERSON | 4168 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9103 | K19032 | 66.90 | * |
| JUDITH PETRONE | 245 FIELDSTONE LN | | MARLTON | NJ | 08053-4127 | K44160 | 66.90 | * |
| JUDITH PINKNEY | 7490 FLOYD DR | | MISSION | TX | 78572-8974 | K32583 | 66.90 | * |
| JUDITH PORTA PHD | 146 BROOKFIELD DR | | MORAGA | CA | 94556-1747 | K39577 | 66.90 | * |
| JUDITH PRATT | 1627 WILD RYE TRL | | SUGAR LAND | TX | 77479-6330 | K44364 | 66.90 | * |
| JUDITH RAMSAY RN | 2531 N RIDGE AVE | | ARLINGTON HEI | IL | 60004-2456 | K50767 | 66.90 | * |
| JUDITH RICHARDSON | 2204 MORNING CT NW | | ACWORTH | GA | 30102-6450 | K12428 | 66.90 | * |
| JUDITH ROWE | 16 CAXTON LN | | BELLA VISTA | AR | 72714-4904 | K21137 | 66.90 | * |
| JUDITH RUSHWORTH | 47 N LIME ST APT 3 | | LANCASTER | PA | 17602-5010 | K28752 | 66.90 | * |
| JUDITH SAVIO | 37 SCENIC DR | | MYERSTOWN | PA | 17067-3175 | K25868 | 66.90 | * |
| JUDITH SELZ | 717 LAYNE BLVD | | HALLANDALE BE | FL | 33009-6527 | K62242 | 66.90 | * |
| JUDITH SHEPARD | 9741 COUNTY ROAD WW | | WISCONSIN RAP | WI | 54494-9327 | K50078 | 66.90 | * |
| JUDITH SILBERHORN | 3622 WINDBRIAR CT | | BATTLEBORO | NC | 27809-9484 | K14375 | 66.90 | * |
| JUDITH STEFFY | 600 E ROSEVILLE RD APT 1308 | | LANCASTER | PA | 17601-4686 | K62053 | 66.90 | * |
| JUDITH STEIR | 433 E 56TH ST APT 10A | | NEW YORK | NY | 10022-2438 | K14588 | 66.90 | * |
| JUDITH SWOPE | 55 ROYAL TROON | | SPRINGBORO | OH | 45066-8900 | K25398 | 66.90 | * |
| JUDITH THEEL | 3580 N WELLS ST | | KINGMAN | AZ | 86409-3044 | K46785 | 66.90 | * |
| JUDITH TURNER | 11102 LA MESSA DR | | FAIRFAX | VA | 22030-5341 | K37201 | 66.90 | * |
| JUDITH VAN HEERDE | 533 WESTGATE DR | | AURORA | IL | 60506-3449 | K49467 | 66.90 | * |
| JUDITH VICCHIARELLI | 411 RACHEL LN | | AVON LAKE | OH | 44012-1143 | K48010 | 66.90 | * |
| JUDITH WALL | 1170 SACRAMENTO ST APT 5C | | SAN FRANCISCO | CA | 94108-1966 | K41980 | 66.90 | * |
| JUDITH WRAIGHT | 15752 ARCHDALE ST | | DETROIT | MI | 48227-1508 | K39881 | 66.90 | * |
| JUDITH YECIES | 6455 SAINT ANDREWS DR | | STOCKTON | CA | 95219-1862 | K61213 | 66.90 | * |
| JUDITH Z GLEN | 1852 NW 93RD TER | | PLANTATION | FL | 33322-5658 | K13073 | 66.90 | * |
| JUDITH ZEE STEINBERG | PO BOX 9608 | | ASPEN | CO | 81612-9608 | K39808 | 66.90 | * |
| JUDSON M SHULL | 5869 STATE ROUTE 13 | | BELLVILLE | OH | 44813-9057 | K50155 | 66.90 | * |
| JUDY [TERRI] BECKHAM | 2121 MEADOWVIEW DR | | GARLAND | TX | 75043-1010 | K30201 | 66.90 | * |
| JUDY A ERPELDING | 404 E FAIR ST | | ALGONA | IA | 50511-3409 | K54398 | 66.90 | * |
| JUDY A HARVEY | 14163 DARE RD | | BROOKVILLE | IN | 47012-9773 | K34086 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JUDY A WINKLER | 117 CLIFFTOP DR | | HENDERSONVILL | TN | 37075-4351 | K46903 | 66.90 | * |
| JUDY ABDOUCH | 5618 FRANKLIN ST | | OMAHA | NE | 68104-4930 | K52409 | 66.90 | * |
| JUDY ADAMS | 24419 PLACID DR | | DEERWOOD | MN | 56444-8275 | K22039 | 66.90 | * |
| JUDY ALLCHIN | 7382 WHISTLEWOOD SW | | BYRON CENTER | MI | 49315-8139 | K34925 | 66.90 | * |
| JUDY ANDERSEN | 1042 NORWOOD DR | | ASHTABULA | OH | 44004-2358 | K15974 | 66.90 | * |
| JUDY ANN GOODWIN | 1007 W GROVE ST | | GREENVILLE | MI | 48838-1661 | K34774 | 66.90 | * |
| JUDY ANN HESTER | 314 W COURT ST APT 2106 | | CLAY CENTER | KS | 67432-2329 | K21974 | 66.90 | * |
| JUDY AYERS | 1350 ROBBINS RD | | COLLINWOOD | TN | 38450-4522 | K35263 | 66.90 | * |
| JUDY BAGGETT | 1202 ASHFORD WAY | | KINGWOOD | TX | 77339-1591 | K41773 | 66.90 | * |
| JUDY BAKER | 434 W RUSS RD | | GREENVILLE | OH | 45331-2451 | K31164 | 66.90 | * |
| JUDY BAKER | 821 ASH ST | | CONWAY | AR | 72034-5238 | K60295 | 66.90 | * |
| JUDY BANKS | 5737 EMERSON DR | | WATAUGA | TX | 76148-3437 | K42840 | 66.90 | * |
| JUDY BARANOWSKI | 2510 W 21ST AVE | | EUGENE | OR | 97405-1306 | K17713 | 66.90 | * |
| JUDY BARTLETT | 807 FOSSIL RIDGE RD | | DECATUR | TX | 76234-6823 | K26170 | 66.90 | * |
| JUDY BEAIRD | 2028 LOGAN DR | | KEOKUK | IA | 52632-2531 | K16169 | 66.90 | * |
| JUDY BEAM | PO BOX 251 | | GARDNER | CO | 81040-0251 | K44611 | 66.90 | * |
| JUDY BLAKE | 11741 LEDURA CT APT 106 | | RESTON | VA | 20191-2355 | K62623 | 66.90 | * |
| JUDY BLAND | 310 SE 19TH ST | | MINERAL WELLS | TX | 76067-7065 | K42174 | 66.90 | * |
| JUDY BOONE | 1020 BEVERLY DR | | OMAHA | NE | 68114-5314 | K57474 | 66.90 | * |
| JUDY BOWERS | 2282 W CALEY AVE | | LITTLETON | CO | 80120-3002 | K42607 | 66.90 | * |
| JUDY BOYER | 435 32 RD UNIT 152 | | CLIFTON | CO | 81520-9120 | K15204 | 66.90 | * |
| JUDY BROWN | 145 DITTMAR DR | | TOMS RIVER | NJ | 08757-5201 | K14153 | 66.90 | * |
| JUDY C WILEY | 3901 MONTECITO DR APT 809 | | DENTON | TX | 76210-5562 | K34727 | 66.90 | * |
| JUDY CHARLES | 2955 PARK LAKE DR | | BOULDER | CO | 80301-5138 | K59417 | 66.90 | * |
| JUDY CIESIELSKI | 12828 OSAGE RD | | JESUP | IA | 50648-9213 | K60108 | 66.90 | * |
| JUDY COHEN | 151 W 16TH ST APT 2E | | NEW YORK | NY | 10011-6227 | K48263 | 66.90 | * |
| JUDY CROSS | 806 N W ST | | INDIANOLA | IA | 50125-4730 | K21138 | 66.90 | * |
| JUDY CURTIS | 13408 S RAGSDALE RD | | LONE JACK | MO | 64070-8592 | K34516 | 66.90 | * |
| JUDY D FICK | 2504 DOVE ST | | ROLLING MEADO | IL | 60008-1641 | K59535 | 66.90 | * |
| JUDY DARLING | 306 N TABOR ST | | LYONS | MI | 48851-9658 | K56274 | 66.90 | * |
| JUDY DAVIS | 400 KILDAIRE WOODS DR | | CARY | NC | 27511-5599 | K22825 | 66.90 | * |
| JUDY E HAUSNER | 711 MARLINSPIKE DR | | PENSACOLA | FL | 32507-7641 | K28148 | 66.90 | * |
| JUDY ELLEN ERK | 9208 SPRINGBROOKE CIR | | LOUISVILLE | KY | 40241-3001 | K55183 | 66.90 | * |
| JUDY ELLENBURG | 2925 HERITAGE DR APT M | | FORT GRATIOT | MI | 48059-3973 | K56884 | 66.90 | * |
| JUDY F PATRICK | 12625 COYOTE CANYON WAY | | KNOXVILLE | TN | 37932-3515 | K12970 | 66.90 | * |
| JUDY FISCHER | 14028 BUTTERNUT ST NW | | ANDOVER | MN | 55304-6796 | K20358 | 66.90 | * |
| JUDY FISHER | 9727 GLANDON ST | | BELLFLOWER | CA | 90706-3022 | K31923 | 66.90 | * |
| JUDY FRASER | 13962 DELTA CIR | | REDFIELD | IA | 50233-6106 | K21969 | 66.90 | * |
| JUDY FRITTS | 4400 HINTON RD | | KNOXVILLE | TN | 37921-3326 | K12189 | 66.90 | * |
| JUDY GARLICK | 27 MOUNT HOPE AVE | | JAMESTOWN | RI | 02835-1464 | K27680 | 66.90 | * |
| JUDY GARNER | 928 NE OTTER RIDGE CIR | | ANKENY | IA | 50021-6708 | K53972 | 66.90 | * |
| JUDY GERKEN | 4966 SWEETBIRCH DR | | DAYTON | OH | 45424-4827 | K29410 | 66.90 | * |
| JUDY GLENN | 5013 GOLDENEYE DR | | CORPUS CHRIST | TX | 78413-2323 | K21932 | 66.90 | * |
| JUDY GOWER | 405 ELIZABETH DR APT 405 | | COLUMBIA | KY | 42728-2156 | K43580 | 66.90 | * |
| JUDY GRAHAM | 18 IVY HILL RD | | LEVITTOWN | PA | 19057-2310 | K29138 | 66.90 | * |
| JUDY GRONAU | 15236 NW 110TH ST | | WHITEWATER | KS | 67154-8816 | K49061 | 66.90 | * |
| JUDY HARMAN | 418 WASHINGTON ST | | VERSAILLES | OH | 45380-1340 | K31953 | 66.90 | * |
| JUDY HARRIS | 3464 BOSTON TOWNSHIP LINE RD | | RICHMOND | IN | 47374-9421 | K28514 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| JUDY HARRIS | 3818 OAKVIEW DR | | RICHMOND | IN | 47374-3617 | K29518 | 66.90 | * |
| JUDY HAYS | 3665 LONGFELLOW TRL | | MARIETTA | GA | 30062-5178 | K32520 | 66.90 | * |
| JUDY HILDRETH | 206 LONG REACH DR | | SALEM | SC | 29676-4012 | K25676 | 66.90 | * |
| JUDY HOPKINS | 3898 SAN PABLO AVE | | OCEANSIDE | CA | 92057-7208 | K29327 | 66.90 | * |
| JUDY HOWELL | 177 WEBBERDALE DR SW | | PLAINVILLE | GA | 30733-9636 | K58313 | 66.90 | * |
| JUDY HUNT | 171 BRADFORD HWY | | TRENTON | TN | 38382-9489 | K32066 | 66.90 | * |
| JUDY J VANDER HEIDE | 5285 E RURAL RIDGE CIR | | ANAHEIM | CA | 92807-4619 | K29485 | 66.90 | * |
| JUDY JOHNSON | 6452 RIVERPLACE DR | | NASHVILLE | TN | 37221-6546 | K36192 | 66.90 | * |
| JUDY K BAHR | PO BOX 69 | | HUMBOLDT | MN | 56731-0069 | K37745 | 66.90 | * |
| JUDY K HILLER | 653 MEADOW LN | | NEKOOSA | WI | 54457-7804 | K50907 | 66.90 | * |
| JUDY K QUICK | 2017 CAPISTRANO DR | | JACKSONVILLE | FL | 32224-3093 | K56153 | 66.90 | * |
| JUDY KALLMEYER | 2 FATHER FINIAN SULLIVAN DR | | YONKERS | NY | 10703-2848 | K37357 | 66.90 | * |
| JUDY KAPPEL | PO BOX 129 | | CORY | CO | 81414-0129 | K17317 | 66.90 | * |
| JUDY KEITH | 1405 KAREN AVE | | PRYOR | OK | 74361-7821 | K55244 | 66.90 | * |
| JUDY KELLEY | 18228 MIDBURY ST | | BREA | CA | 92821-7203 | K35949 | 66.90 | * |
| JUDY KOONCE | 507 MASON LN | | GOODLETTSVILL | TN | 37072-3567 | K35932 | 66.90 | * |
| JUDY L BALCOMB | 1073 MILL POINTE | | BOGART | GA | 30622-2484 | K30026 | 66.90 | * |
| JUDY LARSON | 1844 EDITH ST NE | | PALM BAY | FL | 32907-2438 | K37162 | 66.90 | * |
| JUDY LEE | 662 PRIMROSE LN | | TIPP CITY | OH | 45371-2754 | K45806 | 66.90 | * |
| JUDY LIEPACK | 2536 STAFFORD PL | | COLUMBUS | OH | 43209-3133 | K42367 | 66.90 | * |
| JUDY LINDSEY | 52 W GENESEE ST | | SKANEATELES | NY | 13152-1036 | K26056 | 66.90 | * |
| JUDY LUDWIG | 5593 230TH ST | | SAINT CLOUD | MN | 56301-9233 | K26818 | 66.90 | * |
| JUDY M BUSCH | 1400 WHITE DR APT 8 | | SANTA CLARA | CA | 95051-3901 | K31080 | 66.90 | * |
| JUDY MARTENS | 3625 IOWA RD | | KEOKUK | IA | 52632-9528 | K15173 | 66.90 | * |
| JUDY MASKE | PO BOX 572 | | WEST BRANCH | IA | 52358-0572 | K57070 | 66.90 | * |
| JUDY MASON | 5514 EAGLES VW | | HOUSE SPRINGS | MO | 63051-3132 | K56453 | 66.90 | * |
| JUDY MATHEWS | 233 E COUNTY ROAD 375 S | | WINSLOW | IN | 47598-8823 | K39710 | 66.90 | * |
| JUDY MCARTHUR | 115 E SUMMIT ST | | CHELSEA | MI | 48118-1053 | K42186 | 66.90 | * |
| JUDY MCGOWAN | N2347 BIRCHWOOD DR | | WAUPACA | WI | 54981-9593 | K48173 | 66.90 | * |
| JUDY MCKEE | 533 CHICKASAW TRL | | GOODLETTSVILL | TN | 37072-3336 | K36530 | 66.90 | * |
| JUDY MOREL | 9669 WOODCROFT CT | | KIRTLAND | OH | 44094-8512 | K43863 | 66.90 | * |
| JUDY MORRISON | 5301 DRUM CASTLE PKWY | | SARASOTA | FL | 34238-8503 | K53616 | 66.90 | * |
| JUDY MOSHIER | 6077 TWILIGHT AVE | | KALAMAZOO | MI | 49048-9450 | K17361 | 66.90 | * |
| JUDY MUECKE | N3498 W COUNTY ROAD A | | CASCADE | WI | 53011-1263 | K47936 | 66.90 | * |
| JUDY NOLLER | 2533 CENTRAL AVE | | AUGUSTA | GA | 30904-6207 | K48586 | 66.90 | * |
| JUDY PARKER | 2850 E COUNTY ROAD 700 S | | CLOVERDALE | IN | 46120-8814 | K45225 | 66.90 | * |
| JUDY PEDEN | 1053 NW BAKER CREST CT | | MCMINNVILLE | OR | 97128-2477 | K57766 | 66.90 | * |
| JUDY PEPPLE | 536 E WOOD ST | | VERSAILLES | OH | 45380-1450 | K33118 | 66.90 | * |
| JUDY PETERSON | 650 N SCOTTSVALE LN | | ARLINGTON HEI | IL | 60004-5849 | K46052 | 66.90 | * |
| JUDY PETTIT | 2486 BLACK DIAMOND RD SW | | IOWA CITY | IA | 52240-8541 | K56909 | 66.90 | * |
| JUDY POLLEY | 104 KYLIE SAVANNAH CT | | CART | NC | 27511-3877 | K35444 | 66.90 | * |
| JUDY PYNE | 940 S US 23 | | HARRISVILLE | MI | 48740-9502 | K56424 | 66.90 | * |
| JUDY R KORNEMANN | 1517 17TH AVE | | GRAFTON | WI | 53024-2027 | K36288 | 66.90 | * |
| JUDY RAMSEY | 4299 LAHRING RD | | LINDEN | MI | 48451-9473 | K59012 | 66.90 | * |
| JUDY REED ADKINS | 16624 JACKDAW PATH | | LAKEVILLE | MN | 55044-4637 | K27237 | 66.90 | * |
| JUDY REES | 1010 S 3RD ST | | DE SOTO | MO | 63020-2312 | K52656 | 66.90 | * |
| JUDY REHLANDER | 6070 FOREST VILLAS CIR | | FORT MYERS | FL | 33908-4532 | K45521 | 66.90 | * |
| JUDY REYNOLDS | 9006 EDGEWOOD LN | | HIGHLANDS RAN | CO | 80130-5116 | K23993 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| JUDY RIPKE | 4855 110TH AVE | | REMBRANDT | IA | 50576-7503 | K13708 | 66.90 * | |
| JUDY ROBERTSON | 356 E CALLE CRIBA | | GREEN VALLEY | AZ | 85614-3765 | K58480 | 66.90 * | |
| JUDY ROED | 211 10TH AVE SE | | MINOT | ND | 58701-4611 | K32242 | 66.90 * | |
| JUDY ROLAND | 1811 SEASPRAY CT | | HOUSTON | TX | 77008-1235 | K24243 | 66.90 * | |
| JUDY ROSNER | 428 SQUIRE DR | | WEST PALM BEA | FL | 33414-7879 | K53434 | 66.90 * | |
| JUDY RUNAS | 11871 OAKLAND DR | | BOKEELIA | FL | 33922-3442 | K54409 | 66.90 * | |
| JUDY S GOLDSTEIN | 7280 CATALUNA CIR | | DELRAY BEACH | FL | 33446-3178 | K49638 | 66.90 * | |
| JUDY SAMPSON | 18709 E US HIGHWAY 14 | | HARVARD | IL | 60033-9564 | K61407 | 66.90 * | |
| JUDY SCHMIDT | 60 OAKWOOD DR | | NAPERVILLE | IL | 60540-7314 | K58954 | 66.90 * | |
| JUDY SIEBURG | 3830 N NORDICA AVE | | CHICAGO | IL | 60634-2378 | K54365 | 66.90 * | |
| JUDY SIMANDL | 4 SWEETGUM CT S | | HOMOSASSA | FL | 34446-5110 | K26698 | 66.90 * | |
| JUDY SIMPSON | 2328 FARWELL RD | | DES MOINES | IA | 50317-3016 | K21664 | 66.90 * | |
| JUDY SITES | 144 CAMP RD | | PLAINFIELD | NH | 03781-5451 | K14213 | 66.90 * | |
| JUDY SKAGGS | 204 W WILLIAMS ST | | YATES CITY | IL | 61572-9400 | K52806 | 66.90 * | |
| JUDY SMITH | 29 SPRING HILL LN | | MOUNTVILLE | PA | 17554-1065 | K41152 | 66.90 * | |
| JUDY SPENCER | 626 W 2ND ST | | DULUTH | MN | 55806-2419 | K19033 | 66.90 * | |
| JUDY STEPHENS | 9013 CARRIAGE CREEK RD | | ARLINGTON | TN | 38002-8939 | K38389 | 66.90 * | |
| JUDY STEWART | 721 N 15TH ST | | MEMPHIS | TX | 79245-2425 | K31551 | 66.90 * | |
| JUDY STEWART | 17818 S CAMINO CONFIANZA | | SAHUARITA | AZ | 85629-9495 | K36595 | 66.90 * | |
| JUDY SULLIVAN | 1233 E SENECA PL | | PEORIA | IL | 61603-2143 | K45272 | 66.90 * | |
| JUDY SUSSKIND | 197 KANE ST APT 8 | | BROOKLYN | NY | 11231-3761 | K48074 | 66.90 * | |
| JUDY TARABEK | 912 ALBERTA DR | | WEST MIFFLIN | PA | 15122-3205 | K46523 | 66.90 * | |
| JUDY TEEL | 15 RYLEY CT | | ALISO VIEJO | CA | 92656-4259 | K33889 | 66.90 * | |
| JUDY THOMPSON | 8632 N 114TH AVE | | PEORIA | AZ | 85345-3451 | K54223 | 66.90 * | |
| JUDY WADSWORTH | 434 S 49TH CT | | WEST DES MOIN | IA | 50265-2028 | K21481 | 66.90 * | |
| JUDY WAZNIS | 706 GORDON PL | | JOLIET | IL | 60435-5816 | K52487 | 66.90 * | |
| JUDY WEBER | 35 BEACH ST | | SPRUCE | MI | 48762-9523 | K58963 | 66.90 * | |
| JUDY WEBER | 710 N ROAN ST | | ALGONA | IA | 50511-1954 | K59186 | 66.90 * | |
| JUEL PARKER | 44401 ADARE MANOR SQ | | ASHBURN | VA | 20147-3891 | K19527 | 66.90 * | |
| JULANNE STRICHERZ | 3987 HIGHWAY T | | KOELTZTOWN | MO | 65048-1000 | K60765 | 66.90 * | |
| JULES J DAMARE JR | 70178 DAMARE RD | | MANDEVILLE | LA | 70471-7638 | K51751 | 66.90 * | |
| JULES KRUMAN | 120 BEECHMONT RD | | PITTSBURGH | PA | 15206-4514 | K41780 | 66.90 * | |
| JULES RADOW | 5615 FORET CIR | | RENO | NV | 89511-5043 | K48756 | 66.90 * | |
| JULES STEINBERG | 425 E COLLEGE ST | | GRANVILLE | OH | 43023-1377 | K48166 | 66.90 * | |
| JULES WAGUESPACK JR | 60474 W SPRUCE LN | | LACOMBE | LA | 70445-2916 | K56674 | 66.90 * | |
| JULIA A RUTT | 1110 MARILYN AVE | | EPHRATA | PA | 17522-1532 | K62711 | 66.90 * | |
| JULIA ANN BARR | 208 TIFFANY SQ | | BRISTOL | VA | 24201-1506 | K62835 | 66.90 * | |
| JULIA CALLAHAN | 26 WELLINGTON ST | | BRISTOL | TN | 37620-2946 | K22184 | 66.90 * | |
| JULIA DEWEY | 2 SYLVAN AVE | | QUEENSBURY | NY | 12804-1215 | K55864 | 66.90 * | |
| JULIA E LAFUSE | 2030 HAYDEN PARK LN | | HANNIBAL | MO | 63401-2633 | K24622 | 66.90 * | |
| JULIA E MARKWOOD | 1103 WOODMONT DR | | JOHNSON CITY | TN | 37601-2641 | K23897 | 66.90 * | |
| JULIA E PHELPS | 3975 OVERLAND AVE # 138 | | CULVER CITY | CA | 90232-3722 | K26307 | 66.90 * | |
| Julia G. Kolpek | 17810 Lake Carlton Dr | | Lutz | FL | 33558-6307 | | 787.42 | ARI: Wages |
| JULIA GODARD | 5829 WINTER AVE | | KLAMATH FALLS | OR | 97603-7683 | K32523 | 66.90 * | |
| JULIA HENDEL | 210 SADDLE HORN CIR | | ROSWELL | GA | 30076-1041 | K25882 | 66.90 * | |
| JULIA HODGES | 533 ARRINGTON AVE | | NORTH AUGUSTA | SC | 29841-3685 | K21597 | 66.90 * | |
| JULIA J O'CEALLAIGH | 6147 DIMOND ST | | JUPITER | FL | 33458-6740 | K29645 | 66.90 * | |
| JULIA JACKSON | 2605 COUNTY ROAD 203 | | DURANGO | CO | 81301-6196 | K17568 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| JULIA MORAN | 185 BAYLOR AVE | | TURLOCK | CA | 95382-1837 | K46348 | 66.90 * | |
| JULIA NIKITAS | 6835 CROMWELL ST | | PORTAGE | MI | 49024-3418 | K17200 | 66.90 * | |
| JULIA OVERACKER | 3578 BERRYHILL DR | | ROANOKE | VA | 24018-4404 | K51560 | 66.90 * | |
| JULIA P FERGUSON | 6255 E SEA BREEZE DR | | LONG BEACH | CA | 90803-2326 | K61574 | 66.90 * | |
| JULIA PAULINE STEVEN | 317 S MINNESOTA ST | | ALGONA | IA | 50511-3504 | K56410 | 66.90 * | |
| JULIA RAHN | 853 RALPH RAHN RD | | RINCON | GA | 31326-3116 | K49522 | 66.90 * | |
| JULIA RAUCH | 1382 NEWTOWN-LANGHORNE RD | | NEWTOWN | PA | 18940-2418 | K39573 | 66.90 * | |
| JULIA VERBANIC | 16632 WEDDEL ST | | TAYLOR | MI | 48180-5326 | K60058 | 66.90 * | |
| JULIA VOLK | 269 WASHINGTON BLVD | | GREAT FALLS | MT | 59404-6211 | K33788 | 66.90 * | |
| JULIA WISE | 424 CALBRIETH CIR | | NORTH AUGUSTA | SC | 29860-8796 | K22125 | 66.90 * | |
| JULIA WONG-JUNG | 25 UPSON RD | | WELLESLEY | MA | 02482-2233 | K15305 | 66.90 * | |
| JULIAN BANKS SCARBOROUGH | 3217 LAKESHORE DR | | FLORENCE | SC | 29501-8231 | K51193 | 66.90 * | |
| JULIAN N SOMMER | 2938 HAPPY LN | | SIMI VALLEY | CA | 93065-1006 | K29829 | 66.90 * | |
| JULIAN QUICK | 2010 CLEARVIEW DR | | LA GRANGE | KY | 40031-8701 | K36467 | 66.90 * | |
| JULIAN WHITE | 1 ROCK CT | | EL DORADO | KS | 67042-4603 | K55649 | 66.90 * | |
| JULIANA DUNDORE | 13820 94TH AVE | | SEMINOLE | FL | 33776-1358 | K57782 | 66.90 * | |
| JULIANA KINCHELOE | 3231 WOLCOTT AVE | | DES MOINES | IA | 50321-1947 | K29651 | 66.90 * | |
| JULIANE BANTZ | 4951 N IROQUOIS AVE | | GLENDALE | WI | 53217-5423 | K43385 | 66.90 * | |
| JULIANN JOHNSON | 3640 S FULTON AVE UNIT 1141 | | ATLANTA | GA | 30354-1757 | K40342 | 66.90 * | |
| JULIANN KINSER | 1763 ROAD G | | HUGOTON | KS | 67951-5145 | K53373 | 66.90 * | |
| JULIANN ROWLAND | 6536 SW VISTA RD | | AUGUSTA | KS | 67010-7807 | K48130 | 66.90 * | |
| JULIANNE COCHRAN | 134 MOUNTAIN VIEW DR | | STEPHENSON | VA | 22656-2117 | K24899 | 66.90 * | |
| JULIANNE EVERETT | 16240 ADDINGTON CT | | NEWBURY | OH | 44065-9175 | K55221 | 66.90 * | |
| JULIANNE MILEK | 45 WASHINGTON AVE | | PRINCETON | NJ | 08540-8406 | K13995 | 66.90 * | |
| JULIE A DOTY | 5004 RICKS RD | | DENTON | TX | 76210-5265 | K36655 | 66.90 * | |
| JULIE A SMITH | 5251 CLARENDON RD | | INDIANAPOLIS | IN | 46208-2427 | K39729 | 66.90 * | |
| Julie A. Piper | 4612 Weasel Dr | | New Port Richey | FL | 34653-6538 | | 3,239.21 | ARI: Wages |
| JULIE ALLEN | W700 POND RD | | RUBICON | WI | 53078-9740 | K43429 | 66.90 * | |
| JULIE ANN GUESS | 3918 MAMMOTH TRL | | MADISON | WI | 53719-4030 | K22078 | 66.90 * | |
| JULIE ARNHEIM | 1532 OVERTON LN APT B | | PITTSBURGH | PA | 15217-3506 | K45503 | 66.90 * | |
| JULIE ARTS | 3172 COUNTY ROAD PP | | RUDOLPH | WI | 54475-9406 | K49401 | 66.90 * | |
| JULIE BLANCHARD | 16 HALL ST # B | | PLYMOUTH | MA | 02360-4122 | K14177 | 66.90 * | |
| JULIE BOSUSTOW | 473 COVEY LN | | EUGENE | OR | 97401-7854 | K40684 | 66.90 * | |
| JULIE BRUEGGEMEIER | 1260 CRESTVIEW LN | | OWATONNA | MN | 55060-2034 | K32181 | 66.90 * | |
| JULIE BRYAN | 330 QUARRY LN | | HAVERFORD | PA | 19041-1723 | K34716 | 66.90 * | |
| JULIE C SCOTTI | 2314 WESFORD DR | | MARYLAND HEIG | MO | 63043-4116 | K40625 | 66.90 * | |
| JULIE CHALBERT | 413 BURNING TREE RD | | CHERRY HILL | NJ | 08034-3102 | K41507 | 66.90 * | |
| JULIE CHANDLER | 1316 SHAWNEE TRL | | IRONTON | OH | 45638-1770 | K51703 | 66.90 * | |
| JULIE DEFIBAUGH | 141 REDDINGDALE DR | | NEW CASTLE | IN | 47362-3935 | K29968 | 66.90 * | |
| JULIE DOCKENDORF | 6725 MAYHEW LAKE RD NE | | SAUK RAPIDS | MN | 56379-9773 | K27784 | 66.90 * | |
| JULIE DOUGHTY | 6211 SAWGRASS WAY | | WESTERVILLE | OH | 43082-8738 | K47484 | 66.90 * | |
| JULIE DUNSON | 24397 MARIA LN | | NORTH OLMSTED | OH | 44070-1308 | K43932 | 66.90 * | |
| JULIE FATHERLEY | 6 WILD ROSE RD | | WESTPORT | CT | 06880-2551 | K28707 | 66.90 * | |
| JULIE FRADY | 3111 N LAKECREST CIR | | WICHITA | KS | 67205-1917 | K21570 | 66.90 * | |
| JULIE FRASIER | 7099 PARKRIDGE PKWY | | SWARTZ CREEK | MI | 48473-1551 | K57135 | 66.90 * | |
| JULIE FRIZZELL | PO BOX 1072 | | LAMESA | TX | 79331-1072 | K44061 | 66.90 * | |
| JULIE GIVEN | 22239 SHAKER BLVD | | SHAKER HTS | OH | 44122-2661 | K19251 | 66.90 * | |
| JULIE HEATH | 401 N BLUFF ST | | WICHITA | KS | 67208-3730 | K28772 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JULIE HEXUM | 106 2ND AVE SW APT 2 | | HUTCHINSON | MN | 55350-2409 | K19564 | 66.90 | * |
| JULIE LOUISE WEIDA | 529 MARLOU PKWY | | DES MOINES | IA | 50320-6851 | K22468 | 66.90 | * |
| JULIE M ANDERSON | 11513 HIGHWAY 17 | | ADAMS | ND | 58210-9571 | K33229 | 66.90 | * |
| JULIE MCLEOD | 308 POMARIA ST | | LITTLE MOUNTA | SC | 29075-9003 | K31563 | 66.90 | * |
| JULIE MEALY | 507 TRILLIUM LN | | HUDSON | WI | 54016-8243 | K46825 | 66.90 | * |
| JULIE MINOR | 12 SJM RD | | FAIRFAX | VT | 05454-9571 | K32203 | 66.90 | * |
| JULIE MISKOWICZ | 28 BEECHWOOD DR | | SHEBOYGAN | WI | 53081-7849 | K47529 | 66.90 | * |
| JULIE MONNIN | 6295 WILLIS RD | | GREENVILLE | OH | 45331-9242 | K33987 | 66.90 | * |
| JULIE W CHAN | 185 LELAND FARM RD | | ASHLAND | MA | 01721-2382 | K17376 | 66.90 | * |
| JULIETTE FOX | 9609 MACALLAN RD NE | | ALBUQUERQUE | NM | 87109-6436 | K42055 | 66.90 | * |
| JULIO DELUCCHI | 466 GRANADA DR | | SOUTH SAN FRA | CA | 94080-5655 | K55861 | 66.90 | * |
| JULIUS C HASTINGS | 212 E FARGO ST | | STOCKTON | CA | 95204-2016 | K14359 | 66.90 | * |
| JULIUS E PAL | 4498 STATE ROUTE 193 | | KINGSVILLE | OH | 44048-9747 | K16027 | 66.90 | * |
| JULIUS F JOHNSON | 2159 E CEDAR PL | | CHANDLER | AZ | 85249-3536 | K34263 | 66.90 | * |
| JULIUS PFLUM | 3957 SW MOORE ST | | PALM CITY | FL | 34990-5648 | K38754 | 66.90 | * |
| JULIUS URSHAN | 18040 W SPENCER DR | | SURPRISE | AZ | 85374-1944 | K53031 | 66.90 | * |
| JULLIE L KIRKLAND | 639 WHITEWOOD WAY | | NORTH AUGUSTA | SC | 29860-8979 | K21472 | 66.90 | * |
| JUNA KONST | 1139 E HIGH ST | | LIMA | OH | 45804-2823 | K51564 | 66.90 | * |
| JUNE A SCHLOFNER | 12420 N CHERRY HILLS DR W | | SUN CITY | AZ | 85351-3312 | K24506 | 66.90 | * |
| JUNE A SMET | 302 MADISON WAY APT 6 | | SHAWANO | WI | 54166-3072 | K35256 | 66.90 | * |
| JUNE ANDERSON | 20678 196TH RD | | HUTCHINSON | MN | 55350-4371 | K19817 | 66.90 | * |
| JUNE ANNE DUNCAN | 457 EATON WAY | | WEST CHESTER | PA | 19380-6933 | K38802 | 66.90 | * |
| JUNE B JOHN | 1095 ASHLEY DR | | VALLEY STREAM | NY | 11580-2400 | K15246 | 66.90 | * |
| JUNE BADORF | PO BOX 5093 | | LANCASTER | PA | 17606-5093 | K28986 | 66.90 | * |
| JUNE BARON | 2206 COUNTY ROAD 115 | | INTERNATIONAL | MN | 56649-8842 | K23497 | 66.90 | * |
| JUNE BERGER | PO BOX 16 | | MC EWENSVILLE | PA | 17749-0016 | K15948 | 66.90 | * |
| JUNE BERTKE | 2120 JEFFERSON ST | | MARIA STEIN | OH | 45860-9502 | K31391 | 66.90 | * |
| JUNE BOOHER | 615 SYLVANIA RD | | SLIPPERY ROCK | PA | 16057-7117 | K61122 | 66.90 | * |
| JUNE BROTHERTON | 4109 RIVERVIEW CT | | DUNKIRK | MD | 20754-9455 | K37916 | 66.90 | * |
| JUNE BROWN | 7902 RUSTIC FRST | | SAN ANTONIO | TX | 78239-3525 | K59026 | 66.90 | * |
| JUNE CARLINE WITTE | 309 N CATAWBA CT | | AURORA | CO | 80018-1569 | K14612 | 66.90 | * |
| JUNE CHAPMAN | 907 N 9TH ST | | LAMESA | TX | 79331-3660 | K41697 | 66.90 | * |
| JUNE COHEN | 8 ACORN DR | | HARWICH | MA | 02645-2848 | K11512 | 66.90 | * |
| JUNE COLEMAN | 43 HEATHER LN | | GLASGOW | MT | 59230-2028 | K41734 | 66.90 | * |
| JUNE D JOHN | 60 LANE 148 CROOKED LK | | ANGOLA | IN | 46703-9005 | K38259 | 66.90 | * |
| JUNE DAVIS | 102 HILLER DR | | OLD HICKORY | TN | 37138-3806 | K39665 | 66.90 | * |
| JUNE DEITZ | PO BOX 324 | | LINESVILLE | PA | 16424-0324 | K22032 | 66.90 | * |
| JUNE F STEINKE | 1617 ROADRUNNER PL | | BILLINGS | MT | 59102-2668 | K32890 | 66.90 | * |
| JUNE GARBELL | 4202 ELDER CT | | BAKERSFIELD | CA | 93306-7572 | K54054 | 66.90 | * |
| JUNE HANNEMAN | 8431 CEDAR LN | | WISCONSIN RAP | WI | 54494-9623 | K49275 | 66.90 | * |
| JUNE HENRIKSON | 1528 MAIN AVE | | INTERNATIONAL | MN | 56649-3322 | K19780 | 66.90 | * |
| JUNE IBACH | 205 JULIA RD | | EPHRATA | PA | 17522-1516 | K57890 | 66.90 | * |
| JUNE JOHNSON | 90 PINNACLE ST | | TEWKSBURY | MA | 01876-1303 | K53773 | 66.90 | * |
| JUNE KIRVAN | 800 3RD ST | | INTERNATIONAL | MN | 56649-2207 | K27908 | 66.90 | * |
| JUNE KNOX | 56 HERTZOG DR | | LEOLA | PA | 17540-1508 | K58197 | 66.90 | * |
| JUNE LEWIS | 1430 MOUNT ZION RD | | MILTON | PA | 17847-8435 | K17138 | 66.90 | * |
| JUNE LORCH | 7852 BOBBYBOYAR AVE | | WEST HILLS | CA | 91304-4420 | K46422 | 66.90 | * |
| JUNE M ULLMAN | 1001 GENTER ST UNIT 7D | | LA JOLLA | CA | 92037-5526 | K39662 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| JUNE MARTY | 1659 6TH AVE SW | | LE MARS | IA | 51031-8200 | K53848 | 66.90 | * |
| JUNE MAYFIELD | 3800 SAM BONEY DR APT 1105 | | NASHVILLE | TN | 37211-3755 | K35792 | 66.90 | * |
| JUNE MCCLOUD | 2302 22ND AVE | | STERLING | IL | 61081-1756 | K53072 | 66.90 | * |
| JUNE MICHALSKI | 525 BROOK LN | | SAINT CLOUD | MN | 56301-9611 | K21692 | 66.90 | * |
| JUNE MILLER GADDIS | 93745 PRAIRIE RD | | JUNCTION CITY | OR | 97448-8400 | K31253 | 66.90 | * |
| JUNE MITTMAN | 8243 BLUE HERON DR E APT 4 | | WILMINGTON | NC | 28411-7665 | K41457 | 66.90 | * |
| JUNE MOODY | PO BOX 185 | | ROSSBURG | OH | 45362-0185 | K33726 | 66.90 | * |
| JUNE O'HEA | 6213 ANTIGUA ST NE APT B | | ALBUQUERQUE | NM | 87111-7010 | K19338 | 66.90 | * |
| JUNE RODGERS | 1490 OGDEN ST | | OMAHA | NE | 68110-1155 | K56555 | 66.90 | * |
| JUNE SHARP | 301 LONGCASTLE DR APT 1 | | GREENCASTLE | IN | 46135-2446 | K45719 | 66.90 | * |
| JUNE SHERWOOD | 411 MARFORD DR | | SAINT LOUIS | MO | 63141-7507 | K40302 | 66.90 | * |
| JUNE SILBA | 20 RAEMOOR DR | | PALM COAST | FL | 32164-6853 | K20942 | 66.90 | * |
| JUNE SOLOMON | 4672 RIVERWALK VILLAGE CT UN | | PONCE INLET | FL | 32127-2222 | K19151 | 66.90 | * |
| JUNE STANKUS | 1745 RANDOLPH RD | | SCHENECTADY | NY | 12308-2019 | K27566 | 66.90 | * |
| JUNE TAYLOR | 1901 W RAY AVE | | ARTESIA | NM | 88210-2234 | K42471 | 66.90 | * |
| JUNE TOMASTICK | 215 E 2ND ST | | BLOOMINGTON | IN | 47401-4778 | K53120 | 66.90 | * |
| JUNE WARRINER | 603 63RD AVE W LOT D16 | | BRADENTON | FL | 34207-4953 | K45821 | 66.90 | * |
| JUNE WEBER | 7006 ARBOREAL DR | | DALLAS | TX | 75231-7316 | K48197 | 66.90 | * |
| JUNE WHITE | 2810 SW ASHWORTH PL | | TOPEKA | KS | 66614-2510 | K33631 | 66.90 | * |
| JUNELL MILLER | 1043 NW PRAIRIE RIDGE DR | | ANKENY | IA | 50023-1563 | K21967 | 66.90 | * |
| JUNIA SHLAUSTAS | 340 W DIVERSEY PKWY APT 2717 | | CHICAGO | IL | 60657-6245 | K57364 | 66.90 | * |
| JUNIOR DODD | PO BOX 778 | | PENN VALLEY | CA | 95946-0778 | K40716 | 66.90 | * |
| JUSTIN ALAN SCHEIBEN | 5400 EDGEWOOD DR SE | | RICHMOND | IN | 47374-9678 | K26057 | 66.90 | * |
| JUSTIN C MAY | 12292 MANGEN RD | | VERSAILLES | OH | 45380-9474 | K32068 | 66.90 | * |
| JUSTIN PIPKORN | 725 BERKSHIRE TER | | SAINT AUGUSTI | FL | 32092-3106 | K34221 | 66.90 | * |
| JUSTIN RENNINGER | 1125 N BRISTOL DR | | LITITZ | PA | 17543-6625 | K34315 | 66.90 | * |
| JYM GANAHL | 6828 BETHANY DR | | WESTERVILLE | OH | 43081-8295 | K55602 | 66.90 | * |
| JYNES [ANN] BALLARD | 2052 S COTTONWOOD | | MESA | AZ | 85202-6304 | K32194 | 66.90 | * |
| K DEAN DAUGHERTY | 8412 N 99TH AVE | | PEORIA | AZ | 85345-7605 | K53625 | 66.90 | * |
| K GARY BONSALL | 25 SUNSET LN | | COLUMBUS | NJ | 08022-1109 | K41157 | 66.90 | * |
| K JOE DUKES | 4712 MAGNOLIA RIDGE DR | | WAXHAW | NC | 28173-9020 | K35633 | 66.90 | * |
| K WILLIAM [BILL] CHAMBERS JR | 6010 MAJESTIC HILL CT | | KINGWOOD | TX | 77345-3307 | K28147 | 66.90 | * |
| KAE HARDESTY | 31560 SPRING VALLEY RD | | LOUISBURG | KS | 66053-6144 | K21623 | 66.90 | * |
| KALA HOLMES | 9814 N POTTER AVE | | KANSAS CITY | MO | 64157-7744 | K23783 | 66.90 | * |
| KALAMAZOO CHRISTIAN HIGH SCHOOL | KALAMAZOO CHRISTIAN SCHOOL A | 2121 STADIUM DR | KALAMAZOO | MI | 49008-1692 | | 0.00 | ** |
| KALAMAZOO CHRISTIAN HIGH SCHOOL | c/o CONNIE VANDERSLIK | 2121 STADIUM DR | KALAMAZOO | MI | 49008-1692 | | 0.00 | ** |
| KALMAN JOHNSON | 2111 SANDRA DR | | KNOXVILLE | TN | 37918-1611 | K20226 | 66.90 | * |
| KAM B LOUIE | 8018 SAWGRASS CT | | ORLAND PARK | IL | 60462-4980 | K53932 | 66.90 | * |
| KAPAUN MT CARMEL CATHOLIC HIGH SCHOOL | KAPAUN MT CARMEL CATHOLIC HI | 8506 E CENTRAL AVE | WICHITA | KS | 67206 | | 0.00 | ** |
| KAPAUN MT CARMEL CATHOLIC HIGH SCHOOL | c/o KEVIN ARKIN | 8506 E CENTRAL AVE | WICHITA | KS | 67206 | | 0.00 | ** |
| KAREL HENKE | 4721 78TH ST S | | WISCONSIN RAP | WI | 54494-9034 | K51055 | 66.90 | * |
| KAREN [ROBYN] DICK | 1435 CHELLE CT | | EL DORADO | KS | 67042-4914 | K49433 | 66.90 | * |
| KAREN [SUZY] MEYER | 590 GLACIER CLUB DR UNIT 13 | | DURANGO | CO | 81301-8114 | K52388 | 66.90 | * |
| KAREN A GARRISON | 30413 CEDAR NECK RD UNIT 202 | | OCEAN VIEW | DE | 19970-2781 | K38640 | 66.90 | * |
| KAREN A HEFFLEY | 501 SACKETT AVE | | CUYAHOGA FALL | OH | 44221-3863 | K62112 | 66.90 | * |
| KAREN A HUNNEKE JONES | 2001 REVOLUTIONARY LN | | HIXSON | TN | 37343-3430 | K39296 | 66.90 | * |
| KAREN A MAAG | 15880 ROAD 13 | | COLUMBUS GROV | OH | 45830-9761 | K47613 | 66.90 | * |
| KAREN A SAUTER | 911 HALSTEAD TER | | THE VILLAGES | FL | 32162-6664 | K61619 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KAREN ADAMS | 1151 LAKEHURST DR | | ROCK HILL | SC | 29732-9537 | K42638 | 66.90 | * |
| KAREN ANGLE | 4650 S LEISURE CT | | ELLICOTT CITY | MD | 21043-6424 | K48040 | 66.90 | * |
| KAREN ANNE LONG | 19 OLD COLONY RD | | N STONINGTON | CT | 06359-1518 | K13582 | 66.90 | * |
| KAREN BACHELDER | 464 COURTLAND PL | | CINCINNATI | OH | 45255-3320 | K38456 | 66.90 | * |
| KAREN BANGERT | 3500 HILLCREST DR | | BURLINGTON | IA | 52601-2327 | K16650 | 66.90 | * |
| KAREN BARTON | 2733 PINNACLE DR | | BURLESON | TX | 76028-8316 | K28354 | 66.90 | * |
| KAREN BEHNEY | 1001 W LAMBERT RD SPC 228 | | LA HABRA | CA | 90631-1430 | K55707 | 66.90 | * |
| KAREN BENEDETTI | 2258 MILLWOOD RD | | KETTERING | OH | 45440-2708 | K37395 | 66.90 | * |
| KAREN BERRY | 3300 BENCHMARK TRL | | AMELIA COURT | VA | 23002-2027 | K29070 | 66.90 | * |
| KAREN BLACKSMITH | 133 WHISPERING DR | | GRANTS PASS | OR | 97527-9084 | K37005 | 66.90 | * |
| KAREN BRINKER | PO BOX 31171 | | CINCINNATI | OH | 45231-0171 | K40181 | 66.90 | * |
| KAREN BROWN JOHNSTON | PO BOX 130 | | SAN ANTONIO | NM | 87832-0130 | K38298 | 66.90 | * |
| KAREN BRUMLEY | 20887 160TH AVE | | CENTERVILLE | IA | 52544-9019 | K57155 | 66.90 | * |
| KAREN BRUMUND | 1014 WESTERN AVE | | JOLIET | IL | 60435-6802 | K51576 | 66.90 | * |
| KAREN BUMANN | 1020 ONTARIO ST | | STORM LAKE | IA | 50588-3137 | K13960 | 66.90 | * |
| KAREN CASTELLUCCIO | PO BOX 485 | | FISHERS | IN | 46038-0485 | K26946 | 66.90 | * |
| KAREN CHIDESTER | 500 CEDAR CREST DR | | WES DES MOINE | IA | 50265-5149 | K21134 | 66.90 | * |
| KAREN CHILDERS | 3274 SANDALWOOD LN NW | | SALEM | OR | 97304-1134 | K30572 | 66.90 | * |
| KAREN CHRISTIAN | 3722 MORNING RD APT B | | MADISON | WI | 53704-7710 | K55747 | 66.90 | * |
| KAREN CHRISTIANSEN | 300 E 74TH ST APT 30D | | NEW YORK | NY | 10021-3717 | K50088 | 66.90 | * |
| KAREN CISNEROS | 1146 S OWENS CT | | LAKEWOOD | CO | 80232-4922 | K49608 | 66.90 | * |
| KAREN CLOONAN | 121 PENTAIL DR | | LANCASTER | PA | 17601-2545 | K61636 | 66.90 | * |
| KAREN COOK | 103 MORGAN ST | | COLT | AR | 72326-8011 | K42315 | 66.90 | * |
| KAREN CROSSON | 501 MAPLEWOOD DR | | REED CITY | MI | 49677-9673 | K46080 | 66.90 | * |
| KAREN DECKER RN | 22 PROSPECT PL | | CEDAR KNOLLS | NJ | 07927-1608 | K39442 | 66.90 | * |
| KAREN DI NAPOLI | 2776 HEATHERCREST DR | | YORKTOWN HEIG | NY | 10598-2412 | K42847 | 66.90 | * |
| KAREN DIXON | 248 SEBBY LN | | LAKE ZURICH | IL | 60047-1358 | K29593 | 66.90 | * |
| KAREN DRISCOLL | W49N636 CEDAR RESERVE CIR | | CEDARBURG | WI | 53012-3501 | K47635 | 66.90 | * |
| KAREN DUMPERT | 633 GOLDEN HILLS RD | | COLORADO SPRI | CO | 80919-8151 | K24427 | 66.90 | * |
| KAREN E CAMPBELL | 339 JERICHO RD | | LINDEN | VA | 22642-5830 | K35416 | 66.90 | * |
| KAREN E MELLINGER | 1827 N EDEN RD | | LANCASTER | PA | 17601-5016 | K31266 | 66.90 | * |
| KAREN E SHALTERS | 1637 ROBIN RD | | LEBANON | PA | 17042-6434 | K60535 | 66.90 | * |
| KAREN EATON | 3529 N NOTTINGHAM ST | | ARLINGTON | VA | 22207-1335 | K54684 | 66.90 | * |
| KAREN EBELING | 1 LEA PL | | RYE | NY | 10580-3807 | K43470 | 66.90 | * |
| KAREN EIDINGER | 7843 ORACLE PL | | POTOMAC | MD | 20854-4031 | K50873 | 66.90 | * |
| KAREN ENGEL | 301 LAKE DR | | RANDOM LAKE | WI | 53075-1764 | K39756 | 66.90 | * |
| KAREN EVANS | 8480 MAYBELLE DR | | WEEKI WACHEE | FL | 34613-4017 | K17069 | 66.90 | * |
| KAREN EVANS | 505 4TH AVE | | SPRINGVILLE | IA | 52336-9702 | K58077 | 66.90 | * |
| KAREN FARRELL | 1520 E DALE ST | | COLORADO SPRI | CO | 80909-4545 | K50405 | 66.90 | * |
| KAREN FASKE | 62 BROADWAY RD | | WARREN | NJ | 07059-5002 | K54529 | 66.90 | * |
| KAREN FEENSTRA | 3641 7TH ST S | | WISCONSIN RAP | WI | 54494-6500 | K47292 | 66.90 | * |
| KAREN FLEMING | 3345A S 12TH ST | | MILWAUKEE | WI | 53215-5005 | K40041 | 66.90 | * |
| KAREN FLETCHER | 6804 PERKINS DR | | RALEIGH | NC | 27612-6916 | K49075 | 66.90 | * |
| KAREN FLICKINGER | PO BOX 1269 | | INTERVALE | NH | 03845-1269 | K46856 | 66.90 | * |
| KAREN FUERST | 944 S WILLIAMS ST | | DENVER | CO | 80209-4543 | K30362 | 66.90 | * |
| KAREN G KELLEY | 5 SCENNA RD | | BEVERLY | MA | 01915-1428 | K19098 | 66.90 | * |
| KAREN G ROSS | 604 SW 1ST ST | | RICHMOND | IN | 47374-5307 | K25584 | 66.90 | * |
| KAREN GALEY MD | 108 HAWTHORNE RD | | BLAWNOX | PA | 15238-2322 | K60899 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| KAREN GLAZER | 5475 FAIR OAKS ST | | PITTSBURGH | PA | 15217-1055 | K40470 | 66.90 | * |
| KAREN GLENDINNING | 60 SKYLINE DR | | MORRISTOWN | NJ | 07960-5145 | K26878 | 66.90 | * |
| KAREN GUNLOCK RN | 199 CAMINO DEL VALLE | | LAS VEGAS | NM | 87701-9654 | K52900 | 66.90 | * |
| KAREN HAMMOND | 317 FISH HATCHERY RD | | GOLDENDALE | WA | 98620-3201 | K40149 | 66.90 | * |
| KAREN HARSHBARGER | 8035 KAHNIE TRAIL LOOP | | NEHALEM | OR | 97131-9727 | K46720 | 66.90 | * |
| KAREN HEDGES | 1155 S BASS DR | | MOUNT JULIET | TN | 37122-2973 | K36877 | 66.90 | * |
| KAREN HILL | 48055 TORNADO RD | | RACINE | OH | 45771-9117 | K60681 | 66.90 | * |
| KAREN HITCHCOCK | 2411 NOBLE RD | | WILLIAMSTON | MI | 48895-9130 | K41626 | 66.90 | * |
| KAREN HOLM | 1112 N 59TH AVE W | | DULUTH | MN | 55807-1236 | K18756 | 66.90 | * |
| KAREN HORNING | 205 IRONSTONE DR | | LITITZ | PA | 17543-9469 | K27641 | 66.90 | * |
| KAREN HOYT | 9517 BELLHAVEN CT | | FREDERICK | MD | 21701-5814 | K51531 | 66.90 | * |
| KAREN HUFF | 8023 MERRYMAKER LN | | CINCINNATI | OH | 45236-2750 | K45721 | 66.90 | * |
| KAREN HUSTON | 812 2ND ST | | BONAPARTE | IA | 52620-1019 | K14836 | 66.90 | * |
| KAREN J RYAN | 164 BARBARA JEAN LN | | JOLIET | IL | 60436-1060 | K51255 | 66.90 | * |
| KAREN JAMISON | 636 RICHMOND DR | | LANCASTER | PA | 17601-8812 | K31694 | 66.90 | * |
| KAREN JO HULETT | PO BOX 236 | | MEDIAPOLIS | IA | 52637-0236 | K55600 | 66.90 | * |
| KAREN JO MARKUS | 12755 IZARD ST | | OMAHA | NE | 68154-1243 | K56302 | 66.90 | * |
| KAREN JOHNSON | 5537 MOUNT PLEASANT DR | | CAZENOVIA | NY | 13035-9331 | K53299 | 66.90 | * |
| KAREN JONES | 106 HAROLD CT | | WINCHESTER | VA | 22602-5609 | K32894 | 66.90 | * |
| KAREN JOUBERT | 3400 MAYHILL CT | | ARLINGTON | TX | 76014-3343 | K36418 | 66.90 | * |
| KAREN K MECK | 166 OAK KNOLL CIR | | MILLERSVILLE | PA | 17551-2205 | K58513 | 66.90 | * |
| KAREN KAUFMAN | 1220 NORTHWOLD ST | | LIMA | OH | 45801-3571 | K50285 | 66.90 | * |
| KAREN KINDSCHI | 1601 DULUTH ST | | SAINT PAUL | MN | 55106-1115 | K54767 | 66.90 | * |
| KAREN KING | 3700 RIVER OAKS DR | | DES MOINES | IA | 50312-4635 | K21627 | 66.90 | * |
| KAREN KITTLE | 700 LAKE VIEW DR | | CROWLEY | TX | 76036-3962 | K54871 | 66.90 | * |
| KAREN KORN | W137N6588 MANOR HILLS BLVD | | MENOMONEE FAL | WI | 53051-6051 | K44395 | 66.90 | * |
| KAREN KUNAK | 604 RIVERVIEW DR | | DRAVOSBURG | PA | 15034-1043 | K60841 | 66.90 | * |
| KAREN L IVEY | 1125 E 174TH ST | | CLEVELAND | OH | 44119-3107 | K49582 | 66.90 | * |
| KAREN L SOINI | 5428 GILBERT RD | | RAVENNA | OH | 44266-9200 | K19380 | 66.90 | * |
| KAREN L WEIGAND | 2452 S GLENDALE ST APT 145 | | WICHITA | KS | 67210-1276 | K28826 | 66.90 | * |
| KAREN LACKEY | 1416 BOBWHITE TRL | | GLENN HEIGHTS | TX | 75154-8446 | K30710 | 66.90 | * |
| KAREN LAWRENCE | 452 E MAIN ST | | VERSAILLES | OH | 45380-1524 | K32119 | 66.90 | * |
| KAREN LEE | 4431 GOSHEN LAKE DR S | | AUGUSTA | GA | 30906-9120 | K49993 | 66.90 | * |
| KAREN LEIGH BRADLEY | 732 AMELIA ST | | NEWBERRY | SC | 29108-3904 | K18936 | 66.90 | * |
| KAREN LEVENE | 8505 N 39TH ST | | AUGUSTA | MI | 49012-9769 | K40742 | 66.90 | * |
| KAREN LIERLEY | 211 BROOKRIDGE DR | | ALGONA | IA | 50511-7256 | K54438 | 66.90 | * |
| KAREN LODE | PO BOX 1456 | | BODEGA BAY | CA | 94923-1456 | K58671 | 66.90 | * |
| KAREN LONG | 14106 CERRITOS AVE | | BELLFLOWER | CA | 90706-2136 | K31815 | 66.90 | * |
| KAREN LYNCH | 4325 N 163RD ST | | OMAHA | NE | 68116-2974 | K52608 | 66.90 | * |
| KAREN M PHILLIPS | 308 CHERRY BLOSSOM CT | | ELIDA | OH | 45807-1085 | K52084 | 66.90 | * |
| KAREN MAHARG | 824 E PONDVIEW CT | | APPLETON | WI | 54913-6605 | K19936 | 66.90 | * |
| KAREN MAHER | 704 BIRCHWOOD PARK DR | | MIDDLE ISLAND | NY | 11953-2607 | K38342 | 66.90 | * |
| KAREN MARLO | 9093 WEXFORD DR | | VIENNA | VA | 22182-2152 | K37735 | 66.90 | * |
| KAREN MARMER | 557 MAPLE CT | | BENSALEM | PA | 19020-4320 | K38771 | 66.90 | * |
| KAREN MERRILL | 1307 SE UNIV AVE UNIT 108 | | WAUKEE | IA | 50263-8467 | K15496 | 66.90 | * |
| KAREN MEYER | 7527 N EUCALYPTUS DR | | PARADISE VALL | AZ | 85253-3319 | K56171 | 66.90 | * |
| KAREN MONTEE | 4941 MONTEE RD | | THEODORE | AL | 36582-8166 | K53478 | 66.90 | * |
| KAREN MOTT | 735 NE MEMORIAL DR | | GRANTS PASS | OR | 97526-1407 | K36943 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KAREN MUSICK | 331 VANCE DR | | BRISTOL | TN | 37620-4147 | K22623 | 66.90 | * |
| KAREN N SCHMIDT | S93W33610 FIELDSIDE CT | | MUKWONAGO | WI | 53149-8202 | K47332 | 66.90 | * |
| KAREN NICKELS | 24972 TOCALOMA CT | | LAGUNA HILLS | CA | 92653-5603 | K37438 | 66.90 | * |
| KAREN NICOLE ROSS | 5546 S LA SALLE ST | | CHICAGO | IL | 60621-4104 | K10190 | 66.90 | * |
| KAREN NYCE | 707 WESLEY CT | | WORTHINGTON | OH | 43085-3558 | K46170 | 66.90 | * |
| KAREN O'BRIEN | 6617 PAMPUS DR | | ORLANDO | FL | 32819-4502 | K48800 | 66.90 | * |
| KAREN OTSTOT | 6356 LOCUST LN | | MECHANICSBURG | PA | 17050-7337 | K17346 | 66.90 | * |
| KAREN P HESS | 14 CHESTNUT HILL DR | | SEEKONK | MA | 02771-3304 | K10613 | 66.90 | * |
| KAREN PARSONS | 3512 HENDERSON RD | | SPRING ARBOR | MI | 49283-9603 | K43027 | 66.90 | * |
| KAREN PETIT-FERN | 7984 S CEDAR CIR | | LITTLETON | CO | 80120-4430 | K36199 | 66.90 | * |
| KAREN PROCTOR | 742 CHARTER OAKS DR | | CONROE | TX | 77302-3104 | K54671 | 66.90 | * |
| KAREN PROKOPOWICH | 9510 77 AVENUE | | GRANDE PRAIRI | AB | T8V 4T3 | K19974 | 66.90 | * |
| KAREN R GRAHAM | 1030 N 48TH AVE E | | DULUTH | MN | 55804-2458 | K19402 | 66.90 | * |
| KAREN R LEONARD | 7852 51ST ST NE | | DEVILS LAKE | ND | 58301-9670 | K32753 | 66.90 | * |
| KAREN RAMAGE | 453 KINGS CANYON BLVD | | GALESBURG | IL | 61401-3236 | K40027 | 66.90 | * |
| KAREN RAMEY | 944 SHARP RD | | SEVIERVILLE | TN | 37876-6478 | K28799 | 66.90 | * |
| KAREN RAY | 411 BROWN DR | | KNOXVILLE | TN | 37918-9022 | K13392 | 66.90 | * |
| KAREN REGENNITTER | 236 WOODFIELD LN | | TIFFIN | IA | 52340-4735 | K56620 | 66.90 | * |
| KAREN RICHARDS | 514 COLGATE DR | | PLACENTIA | CA | 92870-5105 | K18736 | 66.90 | * |
| KAREN ROBBINS | 404 LAURENS ST | | OLEAN | NY | 14760-2516 | K45636 | 66.90 | * |
| KAREN S ARTHUR | 520 SW 17TH ST | | RICHMOND | IN | 47374-5137 | K28112 | 66.90 | * |
| KAREN S THORN RT | 2714 AERO WAY ST | | KEOKUK | IA | 52632-2503 | K15277 | 66.90 | * |
| KAREN SCHAUFELD | 16140 RIVER FARM LN | | LEESBURG | VA | 20176-5949 | K36373 | 66.90 | * |
| KAREN SERENA ROBERTSON | 6800 SAINT IGNATIUS DR APT 1 | | FORT WASHINGT | MD | 20744-1963 | K13555 | 66.90 | * |
| KAREN SHARP | 200 INDIAN TRL | | PEMBROKE | GA | 31321-8261 | K60616 | 66.90 | * |
| KAREN SMITH | PO BOX 95 | | NEWPORT | TN | 37822-0095 | K24404 | 66.90 | * |
| KAREN STANSBREY | 137 PARMELEE DR | | HUDSON | OH | 44236-3427 | K25015 | 66.90 | * |
| KAREN STANTON | 120 WARWICK RD | | HADDONFIELD | NJ | 08033-3707 | K47746 | 66.90 | * |
| KAREN STONE | 6789 PINEHURST ST | | CENTRAL POINT | OR | 97502-3485 | K35767 | 66.90 | * |
| KAREN STUMP | 124 WINCHESTER AVE | | GREENVILLE | OH | 45331-9401 | K32977 | 66.90 | * |
| KAREN SUE HAYS | 1075 SARGENT AVE SE | | ADA | MI | 49301-9168 | K35733 | 66.90 | * |
| KAREN SUE LUEBBERS | 7417 SOMERSET PL | | NASHVILLE | TN | 37221-4612 | K45695 | 66.90 | * |
| KAREN SUE MUNSON | 2661 ROLLING RIDGE LN NW | | WALKER | MI | 49534-1345 | K12312 | 66.90 | * |
| KAREN TEAFORD | 5444 LEXINGTON RD | | CORPUS CHRIST | TX | 78412-5100 | K52473 | 66.90 | * |
| KAREN THOMAS | 1503 W 1ST ST | | COFFEYVILLE | KS | 67337-3207 | K55929 | 66.90 | * |
| KAREN THOMPSON | 7117 S 49TH AVENUE CIR | | OMAHA | NE | 68157-2272 | K60400 | 66.90 | * |
| KAREN WALBURG | 2417 FORD RD | | MINNETONKA | MN | 55305-3107 | K56030 | 66.90 | * |
| KAREN WATTS | 73403 HAYSTACK RD | | PALM DESERT | CA | 92260-6059 | K33698 | 66.90 | * |
| KAREN WELLS | 2881 ASHCROFT DR | | LAKE | MI | 48632-9259 | K58383 | 66.90 | * |
| KAREN WESTLAKE | 234 EDGEWOOD AVE | | SAINT THOMAS | PA | 17252-9633 | K25722 | 66.90 | * |
| KAREN WHITE | 605 S POPLAR ST | | SAPULPA | OK | 74066-5109 | K50116 | 66.90 | * |
| KAREN WHITING | 510 4TH ST SE APT 1 | | MINNEAPOLIS | MN | 55414-1888 | K48080 | 66.90 | * |
| KAREN WILLIAMS | 118 E MARION AVE | | EDGEWATER | FL | 32132-2709 | K34561 | 66.90 | * |
| KAREN WILLIAMS | 2577 RUSTLING OAK BLVD | | HILLIARD | OH | 43026-8943 | K36239 | 66.90 | * |
| KAREN WILSON | 502 18TH ST E | | INTERNATIONAL | MN | 56649-3144 | K18358 | 66.90 | * |
| KAREN WINN | 8620 BLUE TEAL DR | | CLAYTON | OH | 45315-9637 | K33436 | 66.90 | * |
| KAREN WOJAHN | 415 ARNOLD AVE S APT 75 | | THIEF RIVER F | MN | 56701-3537 | K33761 | 66.90 | * |
| KAREN YORK | 6541 LAURELTON AVE | | GARDEN GROVE | CA | 92845-1822 | K35662 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KARENE SALSBURY | 557 S SCOTT ST | | LIMA | OH | 45804-1363 | K45511 | 66.90 | * |
| KARILYN DOLL | 413 LOCUST ST | | CHASE | KS | 67524-9460 | K47655 | 66.90 | * |
| KARILYN PATTON | 1282 S HIGH ST | | EL DORADO | KS | 67042-3778 | K49015 | 66.90 | * |
| KARIN SUE VARNER | 4906 E BROWN RD UNIT 28 | | MESA | AZ | 85205-4264 | K47267 | 66.90 | * |
| KARIS KOESTER | 17564 NW SHOREWOOD DR | | BEAVERTON | OR | 97006-3245 | K56643 | 66.90 | * |
| KARL ANDERSON | 3540 POLLEY RD | | COLUMBUS | OH | 43221-4758 | K58740 | 66.90 | * |
| KARL B WILLIAMS | 9235 HARTLAND RD | | FENTON | MI | 48430-9559 | K58588 | 66.90 | * |
| KARL E BEMENT | 4316 HIDDEN LAKE XING | | PFLUGERVILLE | TX | 78660-5550 | K29016 | 66.90 | * |
| KARL EVANS JR | 6032 ADOBE SUMMIT AVE | | LAS VEGAS | NV | 89110-1878 | K61369 | 66.90 | * |
| KARL G WACHS | 254 CREEKWOOD DR | | BLUM | TX | 76627-3005 | K40092 | 66.90 | * |
| KARL H KUMMERLEN | 48 BIRCH AVE | | MAPLE SHADE | NJ | 08052-2802 | K43191 | 66.90 | * |
| KARL J BROWN | 563 W HOLTZMULLER RD | | WEST MANCHEST | OH | 45382-9775 | K29612 | 66.90 | * |
| KARL R BLACKBURN | 876 BRIXHAM RD | | COLUMBUS | OH | 43204-1002 | K51127 | 66.90 | * |
| KARL SEGHORN | 3610 WHETSTONE LN | | FORT WAYNE | IN | 46815-6359 | K58141 | 66.90 | * |
| KARL W SCHROEDER | 19133 MAPLES RD | | MONROEVILLE | IN | 46773-9767 | K38788 | 66.90 | * |
| KARLA ADAMS | 10021 W BURNS DR | | SUN CITY | AZ | 85351-1230 | K13744 | 66.90 | * |
| KARLA G CARRELL | PO BOX 20234 | | AMARILLO | TX | 79114-2234 | K32216 | 66.90 | * |
| KARLA GREEN | 300 N LEE AVE | | FULLERTON | CA | 92833-2407 | K22014 | 66.90 | * |
| KARLA HORTON | 603 N 23RD ST | | LAMESA | TX | 79331-2207 | K43739 | 66.90 | * |
| KARLA M COLE | 2624 W GRAND BLVD | | DETROIT | MI | 48208-1237 | K49842 | 66.90 | * |
| KARLA MESSER | 306 N RAILROAD AVE | | COLUMBUS | KS | 66725-1238 | K48236 | 66.90 | * |
| KARLA VASSER | 28338 LOOKOUT POINT LN | | MENIFEE | CA | 92585-3175 | K27024 | 66.90 | * |
| KARLA WIGHT | 64 MUGWHY LN | | PORTLAND | ME | 04103-2080 | K13587 | 66.90 | * |
| KARLEEN MEVIG | 270 SKIFF PT APT A1 | | CLEARWATER BE | FL | 33767-2160 | K13816 | 66.90 | * |
| KARLLA SENSKE | 8541 ALDRICH AVE S | | BLOOMINGTON | MN | 55420-2216 | K18575 | 66.90 | * |
| KARMEN LAWRENCE | 8059 PILMER DR | | DES MOINES | IA | 50320-6846 | K21411 | 66.90 | * |
| KARN ALM | 12711 COLORADO BLVD UNIT 120 | | THORNTON | CO | 80241-2815 | K33059 | 66.90 | * |
| KAROL D LIGHTNER | 214 DAVIS AVE | | DES MOINES | IA | 50315-7307 | K20527 | 66.90 | * |
| KAROL GABRIELSON | 24400 RIVERCLIFF CV | | SPICEWOOD | TX | 78669-2654 | K19314 | 66.90 | * |
| KAROLE PANDO | 5475 E SORRENTO DR | | LONG BEACH | CA | 90803-3627 | K32950 | 66.90 | * |
| KAROLYN KOEKKOEK | 8064 CRIMSON LEAF CT | | GAINESVILLE | VA | 20155-1737 | K39960 | 66.90 | * |
| KAROLYN O CARLYLE | 178 MONTGOMERY RD | | DAYTON | TN | 37321-7331 | K40108 | 66.90 | * |
| KAROLYN SAMMAN | 9319 W CENTER ST | | MILWAUKEE | WI | 53222-4518 | K22494 | 66.90 | * |
| KARYL CASADY | 7511 N 133RD EAST AVE | | OWASSO | OK | 74055-7158 | K55880 | 66.90 | * |
| KARYL MANNELLY | 1579 GLORIA WAY | | MINDEN | NV | 89423-9029 | K32672 | 66.90 | * |
| KARYN BOTFIELD | 309 VILLAGE WAY | | LIMERICK | PA | 19468-3445 | K51199 | 66.90 | * |
| KARYN BRINKMEYER | PO BOX 38 | | HUBBARD | IA | 50122-0038 | K57043 | 66.90 | * |
| KARYN MILLER | 1004 THOMAS CROSSING DR | | BURLESON | TX | 76028-3290 | K42678 | 66.90 | * |
| KATE CLAIRE LOFF | 301 STANFORD ST | | BRUSH | CO | 80723-1623 | K39100 | 66.90 | * |
| KATE HERRIAGE JR | 506 SUNSET PL | | ATCHISON | KS | 66002-1612 | K29080 | 66.90 | * |
| KATE LEGGETT | 1925 BUFFALO DANCER TRL NE | | ALBUQUERQUE | NM | 87112-3752 | K56177 | 66.90 | * |
| KATE MILLER | 69 MELLON AVE | | TROY | NY | 12180-2738 | K52073 | 66.90 | * |
| KATE PARKER | PO BOX 1559 | | MCMINNVILLE | OR | 97128-1559 | K56025 | 66.90 | * |
| KATHALEEN CHRISCO | 105 MEETING STREET RD | | EDGEFIELD | SC | 29824-3905 | K20510 | 66.90 | * |
| KATHARINE ANN HRACH | 9036 RADIOM DR | | SAINT LOUIS | MO | 63123-5541 | K38171 | 66.90 | * |
| KATHARINE HENNESSEY | 345 N BROADWAY | | SLEEPY HOLLOW | NY | 10591-2309 | K50401 | 66.90 | * |
| KATHARINE M FRETZ | 318 ESTAUGH AVE | | HADDONFIELD | NJ | 08033-2512 | K46309 | 66.90 | * |
| KATHERELL R MORRISON W | 2501 NW 30TH TER | | FORT LAUDERDA | FL | 33311-2862 | K42827 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 295 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| KATHERINE [KATHY] KREDICH | 5831 N CAMINO ARIZPE | | TUCSON | AZ | 85718-4609 | K56005 | 66.90 | * |
| KATHERINE [KAY] JANCO | 1417 RIVERMONT CIR N | | GALLATIN | TN | 37066-5638 | K37487 | 66.90 | * |
| KATHERINE [KAY] LEVINSON | 21 DIVISION AVE | | NYACK | NY | 10960-4405 | K37489 | 66.90 | * |
| KATHERINE A SEANEY | 321 SW 1ST ST | | RICHMOND | IN | 47374-5303 | K23940 | 66.90 | * |
| KATHERINE DONOHUE | 35 PARK AVE | | BRONXVILLE | NY | 10708-1710 | K39150 | 66.90 | * |
| KATHERINE FREENY | 111 GILLIS AVE | | SEQUIM | WA | 98382-3640 | K40858 | 66.90 | * |
| KATHERINE GARRISON | 107 ALPINE VALLEY DR | | PERRY | GA | 31069-8715 | K39815 | 66.90 | * |
| KATHERINE HAFFEY | 29 REGATTA DR | | NIANTIC | CT | 06357-1643 | K48822 | 66.90 | * |
| KATHERINE HAMSKI | 25 RANDALL RD | | SHOREHAM | NY | 11786-2027 | K42701 | 66.90 | * |
| KATHERINE J [KAY] TURNER | 1412 SAGESTONE CT | | CHARLOTTE | NC | 28262-4238 | V98329 | 66.90 | * |
| KATHERINE J HOWARD | 976 OUTER DR | | FENTON | MI | 48430-2255 | K56980 | 66.90 | * |
| KATHERINE J MORGAN | 186 LAKE AVE | | FAIR HAVEN | NJ | 07704-3107 | K40537 | 66.90 | * |
| KATHERINE J TRAFICANTI | 5115 N KILDARE AVE | | CHICAGO | IL | 60630-2606 | K57408 | 66.90 | * |
| KATHERINE L JAMES | 1724 UPSHUR ST NW | | WASHINGTON | DC | 20011-5317 | K35858 | 66.90 | * |
| KATHERINE M KAUTZ | 2060 E 112TH PL | | NORTHGLENN | CO | 80233-2284 | K47306 | 66.90 | * |
| KATHERINE M LITTLE | 305 RIGGS ST | | FENTON | MI | 48430-2353 | K56244 | 66.90 | * |
| KATHERINE MANKER | 4870 WEST BROADWAY | | MONTREAL | QC | H4V 1Z9 | K45902 | 66.90 | * |
| KATHERINE R [KATHY] BEVANS | 5421 N EAST RIVER RD APT 117 | | CHICAGO | IL | 60656-1167 | K53032 | 66.90 | * |
| KATHERINE S GARTON | 5N137 FOX BLUFF CT | | SAINT CHARLES | IL | 60175-5174 | K39727 | 66.90 | * |
| KATHERINE SCHEUER | 2054 GRANT MCMAHAN BLVD | | ELY | MN | 55731-8161 | K20542 | 66.90 | * |
| KATHERINE SHECK | 23722 W LAKEPOINT DR | | CHANNAHON | IL | 60410-4002 | K55653 | 66.90 | * |
| KATHERINE STANTON | 3291 RIDGECREST CT APT 211 | | NORMAN | OK | 73072-7555 | K52554 | 66.90 | * |
| KATHERINE WESTWOOD | 31768 COUNTY ROAD JJ.5 | | LA JUNTA | CO | 81050-9540 | K20603 | 66.90 | * |
| KATHERINE WILLOX | 2759 HARBORMASTER DR SE | | SOUTHPORT | NC | 28461-8002 | K48775 | 66.90 | * |
| KATHERINE YAMASAKI | 575 W MADISON ST APT 4208 | | CHICAGO | IL | 60661-2622 | K51428 | 66.90 | * |
| KATHERLEEN PRIDE | 2021 CENTANNI DR | | SAINT BERNARD | LA | 70085-5805 | K53916 | 66.90 | * |
| KATHI SUTTON | 6805 JONES VALLEY DR SE | | HUNTSVILLE | AL | 35802-1919 | K29875 | 66.90 | * |
| KATHI TRETTER | 2066 242ND ST | | LOMITA | CA | 90717-1116 | K44033 | 66.90 | * |
| KATHI WHITE | 701 E SHERMAN ST | | HUTCHINSON | KS | 67501-7357 | K47711 | 66.90 | * |
| KATHIE [KATHY] BORDELON | 801 ESPLANADE ST | | LAKE CHARLES | LA | 70607-6311 | K33157 | 66.90 | * |
| KATHIE A BRADLEY | 348 E RICH LN | | BLACKFOOT | ID | 83221-5926 | K59472 | 66.90 | * |
| KATHIE EVANS | 6381 MACLAREN AVE NE | | OTSEGO | MN | 55301-4623 | K33847 | 66.90 | * |
| KATHIE NESLAND | 14838 JOHNSON CREEK LN SE | | RAINIER | WA | 98576-9522 | K26492 | 66.90 | * |
| KATHLEEN (KATHY) PFEIFFER | 81 S EUCLID AVE | | PITTSBURGH | PA | 15202-3812 | K41899 | 66.90 | * |
| KATHLEEN [KATHIE] PHILLIPS | 1704 RAINBOW DR | | CEDAR FALLS | IA | 50613-4566 | K60111 | 66.90 | * |
| KATHLEEN [KATHY] KUNKEL | 81 FISH RD | | WELLSBORO | PA | 16901-6913 | K43043 | 66.90 | * |
| KATHLEEN [KATHY] SELL | 4454 LONGPOINT DR | | CHEBOYGAN | MI | 49721-9778 | K60086 | 66.90 | * |
| KATHLEEN [KATIE] CELLI | 700 MCROBERTS AVE | | AURORA | OH | 44202-8714 | K38200 | 66.90 | * |
| KATHLEEN [KAY] KOLENSKY | 520 FOREST AVE | | MASSAPEQUA | NY | 11758-4803 | K36967 | 66.90 | * |
| KATHLEEN A [KATHY] WARD | 20949 FOWLERS MILL CIR | | ASHBURN | VA | 20147-4826 | K41783 | 66.90 | * |
| KATHLEEN A [KATIE] ROSSO | PO BOX 732 | | MENOMONEE FAL | WI | 53052-0732 | K39563 | 66.90 | * |
| KATHLEEN A [KAY] NASON | 45 RUTH RD | | BROOMFIELD | CO | 80020-1007 | K50536 | 66.90 | * |
| KATHLEEN A GAARE-WIESE | 13261 S EGYPT SHORES DR | | CREAL SPRINGS | IL | 62922-3842 | K60273 | 66.90 | * |
| KATHLEEN A JOHNSTON | 44 AUDUBON DR | | ASHEVILLE | NC | 28804-1202 | K59702 | 66.90 | * |
| KATHLEEN A MALPEZZI | 1131 PHEASANT RUN | | QUAKERTOWN | PA | 18951-2836 | K24408 | 66.90 | * |
| KATHLEEN A MORAN | 3045 HOBART ST APT 5B | | WOODSIDE | NY | 11377-1427 | K36745 | 66.90 | * |
| KATHLEEN A MULVANEY | 6562 W 91ST ST APT 149 | | OVERLAND PARK | KS | 66212-6028 | K33539 | 66.90 | * |
| KATHLEEN A PIPKIN | 1660 COLUMBIA ROAD 31 | | WALDO | AR | 71770-9631 | K59793 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KATHLEEN A TALTY ESQ | 3349 BEECH AVE | | BALTIMORE | MD | 21211-2607 | K38092 | 66.90 * | |
| KATHLEEN BALES | 1255 SHERMAN AVE | | MENLO PARK | CA | 94025-6012 | K48284 | 66.90 * | |
| KATHLEEN BARE | PO BOX 1244 | | KALKASKA | MI | 49646-1244 | K56156 | 66.90 * | |
| KATHLEEN BAUGHER | 166 HILLCREST AVE | | MANHASSET | NY | 11030-2318 | K58065 | 66.90 * | |
| KATHLEEN BLACK | 340 FOREST BLVD | | SHEBOYGAN FAL | WI | 53085-2556 | K46551 | 66.90 * | |
| KATHLEEN BLOMQUIST | 119 DANTZLER DR | | LEXINGTON | KY | 40503-1368 | K19508 | 66.90 * | |
| KATHLEEN BRENNAN | 604 N WILLARD AVE | | JANESVILLE | WI | 53548-2754 | K29398 | 66.90 * | |
| KATHLEEN BRIDGE | 33 CHEROKEE DR | | GREENSBURG | PA | 15601-4703 | K60791 | 66.90 * | |
| KATHLEEN BRIGGS | PO BOX 1891 | | MILWAUKEE | WI | 53201-1891 | K35726 | 66.90 * | |
| KATHLEEN BROBST | 16358 BOYCE DR | | BOKEELIA | FL | 33922-1509 | K42077 | 66.90 * | |
| KATHLEEN C CHENOWETH | 1134 BACK CREEK LOOP | | SOLOMONS | MD | 20688-3109 | V98332 | 66.90 * | |
| KATHLEEN CAPIZZANO | 14 MEADOW LARK DR | | WESTERLY | RI | 02891-2813 | K10905 | 66.90 * | |
| KATHLEEN CASSOL | 4960 NORTHLAWN CIR | | MURRYSVILLE | PA | 15668-9422 | K52502 | 66.90 * | |
| KATHLEEN CHAMBERLAIN | 51 SLOAN RD | | WEST CHESTER | PA | 19382-4305 | K49110 | 66.90 * | |
| KATHLEEN CHAPMAN | PO BOX 41 | | LOGAN | IA | 51546-0041 | K57321 | 66.90 * | |
| KATHLEEN CHASE | 40 MAPLE AVE | | LITTLE COMPTO | RI | 02837-1712 | K28012 | 66.90 * | |
| KATHLEEN CHRISTENSEN | 7534 ERSKINE ST | | OMAHA | NE | 68134-6635 | K55111 | 66.90 * | |
| KATHLEEN COFFEY | 18023 ROAD R17 | | COLUMBUS GROV | OH | 45830-9226 | K48721 | 66.90 * | |
| KATHLEEN COFFIN | 23503 GLACIER RD | | SIOUX CITY | IA | 51108-8621 | K53598 | 66.90 * | |
| KATHLEEN CONTILLO | 3034 FIVE IRON DR | | PORT SAINT LU | FL | 34952-3164 | K29814 | 66.90 * | |
| KATHLEEN CROSS | 24 SUMMIT ST | | TARRYTOWN | NY | 10591-5910 | K36837 | 66.90 * | |
| KATHLEEN D [KATHY] JONES | 2600 SE GRANGER CT | | TOPEKA | KS | 66605-2254 | K43754 | 66.90 * | |
| KATHLEEN D [KATHY] LEINBERGER | 542 CYPRESS AVE | | BATAVIA | IL | 60510-1131 | K39948 | 66.90 * | |
| KATHLEEN D KING | 6665 WESTPOINT ST | | TAYLOR | MI | 48180-1710 | K60461 | 66.90 * | |
| KATHLEEN DEOUL | 2420 STILL FOREST RD | | BALTIMORE | MD | 21208-3431 | V98328 | 66.90 * | |
| KATHLEEN DICK | PO BOX 132 | | MOUNT HOPE | KS | 67108-0132 | K51630 | 66.90 * | |
| KATHLEEN DIETZ | 2981 DARLINGTON DR | | THOUSAND OAKS | CA | 91360-4551 | K15454 | 66.90 * | |
| KATHLEEN DUFFY | 3450 MERRIMAC RD | | DAVIDSONVILLE | MD | 21035-1354 | K37259 | 66.90 * | |
| KATHLEEN DULIN | 11 WYNNEWOOD DR | | CRANBURY | NJ | 08512-2811 | K22757 | 66.90 * | |
| KATHLEEN DUNCAN | 2338 SW CRESTWOOD CT | | DALLAS | OR | 97338-2357 | K36975 | 66.90 * | |
| KATHLEEN E CASE | 4981 SAND RIPPLES LN | | COLORADO SPRI | CO | 80922-3511 | K50031 | 66.90 * | |
| KATHLEEN E WALSH | 78 LAKEVIEW DR | | PLATTSBURGH | NY | 12901-6932 | K37977 | 66.90 * | |
| KATHLEEN EASTHAM | 10799 COUNTY ROAD 151 | | KAUFMAN | TX | 75142-7818 | K49281 | 66.90 * | |
| KATHLEEN EMMONS | 2 CEDAR LN | | PEMBERTON | NJ | 08068-1202 | K55972 | 66.90 * | |
| KATHLEEN FABER | 1025 CENTRAL AVE SW | | LE MARS | IA | 51031-2538 | K56180 | 66.90 * | |
| KATHLEEN FALLS | 615 WALNUT AVE | | NORTH BEACH | MD | 20714-9643 | K42999 | 66.90 * | |
| KATHLEEN FENLASON | 1320 SOUTHBRIDGE AVE N | | SARTELL | MN | 56377-4642 | K19537 | 66.90 * | |
| KATHLEEN FINDLEY | 720 LOCUST ST | | REDDING | CA | 96001-2708 | K30158 | 66.90 * | |
| KATHLEEN G SKOLLER | 2517 HASTINGS AVE | | EVANSTON | IL | 60201-1156 | K42758 | 66.90 * | |
| KATHLEEN GIESLER | 3303 JEPSEN RD | | CEDAR FALLS | IA | 50613-9337 | K57021 | 66.90 * | |
| KATHLEEN GOENNER | 9703 100TH AVE SE | | CLEAR LAKE | MN | 55319-4550 | K21587 | 66.90 * | |
| KATHLEEN GORMAN | 78 SADDLE RIDGE DR | | HOPEWELL JUNC | NY | 12533-6044 | K40185 | 66.90 * | |
| KATHLEEN GRIESE | PO BOX 14 | | DENVER | IA | 50622-0014 | K54833 | 66.90 * | |
| KATHLEEN HAMMOND | 6301 N 102ND AVE | | OMAHA | NE | 68134-7306 | K55986 | 66.90 * | |
| KATHLEEN HAWKINS | 11373 NATURE AVE | | LE MARS | IA | 51031-8529 | K54994 | 66.90 * | |
| KATHLEEN HOEKSEMA | 207 GABARDINE AVE | | PORTAGE | MI | 49002-7021 | K19332 | 66.90 * | |
| KATHLEEN JOHNSON | 39 HEATHER LN | | LEVITTOWN | NY | 11756-3307 | K42660 | 66.90 * | |
| KATHLEEN KERR | 648 BAINBRIDGE LOOP | | WINTER GARDEN | FL | 34787-2418 | K39545 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| KATHLEEN KETT | 16893 HELMET RD | | TOMAH | WI | 54660-6787 | K54590 | 66.90 | * |
| KATHLEEN KILGALLON | PO BOX 2568 | | RANCHO SANTA | CA | 92067-2568 | K37816 | 66.90 | * |
| KATHLEEN KILKUSKIE | 303 S STATE ST | | EPHRATA | PA | 17522-2357 | K57465 | 66.90 | * |
| KATHLEEN KIRK | 3423 N WEST BRANCH DR | | GLADWIN | MI | 48624-7932 | K56272 | 66.90 | * |
| KATHLEEN KLEMS | 5296 W VILLAGE DR | | GLENDALE | AZ | 85308-5339 | K18824 | 66.90 | * |
| KATHLEEN KNUDTSON | 21850 BERNE ST | | TEHACHAPI | CA | 93561-6363 | K29433 | 66.90 | * |
| KATHLEEN KOHLMANN | 114 N DILLINGHAM ST | | GLENBEULAH | WI | 53023-1174 | K46976 | 66.90 | * |
| KATHLEEN KRIEG | 1311 GRAND BLVD | | CEDAR FALLS | IA | 50613-4309 | K54473 | 66.90 | * |
| KATHLEEN KUNASEK | 3448 E CAROL DR | | SPRINGFIELD | MO | 65809-2104 | K14002 | 66.90 | * |
| KATHLEEN L HEDLER | 28 VILLAGE DR | | EAST LYME | CT | 06333-1241 | V98282 | 66.90 | * |
| KATHLEEN L TRASK | PO BOX 23 | | TEKAMAH | NE | 68061-0023 | K60500 | 66.90 | * |
| KATHLEEN LARSON | 10216 W WILLOW WAY | | PASCO | WA | 99301-6568 | K11085 | 66.90 | * |
| KATHLEEN M JOHNSTON | PO BOX 250 | | CROYDON | PA | 19021-0250 | K24864 | 66.90 | * |
| KATHLEEN MALDONADO | PO BOX 154 | | ALTO | NM | 88312-0154 | K36740 | 66.90 | * |
| KATHLEEN MARSHALL | 50 JAY DEE LN | | BIRDSBORO | PA | 19508-7923 | K31787 | 66.90 | * |
| KATHLEEN MC BRIDE-MARINELLI | 326 E 312TH ST | | WILLOWICK | OH | 44095-3625 | K44178 | 66.90 | * |
| KATHLEEN MCGRANN | 222 FEDERAL ST | | PHILADELPHIA | PA | 19147-5310 | K28069 | 66.90 | * |
| KATHLEEN MEEHAN | 2246 79TH ST | | EAST ELMHURST | NY | 11370-2140 | K44056 | 66.90 | * |
| KATHLEEN MULHAIR | 2500 MEADOWOOD BLVD APT 250 | | NORMAN | OK | 73071-4725 | K43322 | 66.90 | * |
| KATHLEEN NISTAD | 101 S BATTERY ST | | CHARLESTON | SC | 29401-2321 | K38582 | 66.90 | * |
| KATHLEEN NOCERA | 9411 69TH AVE APT 108 | | FOREST HILLS | NY | 11375-5801 | K37450 | 66.90 | * |
| KATHLEEN NOWACKI-CORREIA | PO BOX 1584 | | LEXINGTON | VA | 24450-1584 | K49255 | 66.90 | * |
| KATHLEEN PEASPANEN | 50 LOCK ONE RD | | ASHVILLE | AL | 35953-4726 | K16701 | 66.90 | * |
| KATHLEEN PLUNKETT | 302 S MAIN ST | | MONROE CITY | MO | 63456-1625 | K28216 | 66.90 | * |
| KATHLEEN PONIKVAR | 4270 JOHNSON RD | | ORWELL | OH | 44076-9731 | K43501 | 66.90 | * |
| KATHLEEN PUTNAM | 5470 CADDIS BND APT 104 | | FITCHBURG | WI | 53711-7165 | K56888 | 66.90 | * |
| KATHLEEN R [KATHY] FOCKE | 227 ANDALE RD | | ANDALE | KS | 67001-9656 | K29079 | 66.90 | * |
| KATHLEEN REICHARDT | 2060 CHRISTY RD | | MARIETTA | OH | 45750-6456 | K60706 | 66.90 | * |
| KATHLEEN REINKE | 2628 DAY LILY RUN | | THE VILLAGES | FL | 32162-2054 | K45850 | 66.90 | * |
| KATHLEEN RHODES-HORNSBY | 22240 ROLLING HILLS LN | | YORBA LINDA | CA | 92887-2709 | K33101 | 66.90 | * |
| KATHLEEN RIVARD | 19316 MILLER RD | | SANDSTONE | MN | 55072-2805 | K53097 | 66.90 | * |
| KATHLEEN ROTHSTEIN | 72 BEARDSWORTH RD | | TIVERTON | RI | 02878-1607 | K32874 | 66.90 | * |
| KATHLEEN S NORRIS | 532 RIDER RIDGE DR | | LONGMONT | CO | 80504-4692 | K49894 | 66.90 | * |
| KATHLEEN SADLER | 3758 ELGIN DR | | IOWA CITY | IA | 52245-3995 | K57652 | 66.90 | * |
| KATHLEEN SAMUELS | 49 HOLLY MILL RD | | SELKIRK | NY | 12158-1276 | K21882 | 66.90 | * |
| KATHLEEN SAXON | PO BOX 705 | | LAKE HARMONY | PA | 18624-0705 | K30154 | 66.90 | * |
| KATHLEEN SHKUDA | 38 BARTLETT DR | | MANHASSET | NY | 11030-2121 | K53588 | 66.90 | * |
| KATHLEEN SMITH | 38 AUTUMN DR | | CROSSVILLE | TN | 38571-7337 | K53774 | 66.90 | * |
| KATHLEEN SOKOLITSKY | 4206 DERBYSHIRE LN | | ORLANDO | FL | 32812-2751 | K34526 | 66.90 | * |
| KATHLEEN STILES | 127 NANCY LN | | KING OF PRUSS | PA | 19406-2358 | K36245 | 66.90 | * |
| KATHLEEN SUSAN WILHOITE | 11081 ASHFORD GABLE PL | | JACKSONVILLE | FL | 32257-3776 | K27698 | 66.90 | * |
| KATHLEEN SYBING | 11 CAMDEN CT | | ROCKVILLE | MD | 20850-2921 | K38277 | 66.90 | * |
| KATHLEEN TALLMAN | 14149 E 1560 RD | | STOCKTON | MO | 65785-8104 | K55869 | 66.90 | * |
| KATHLEEN TURNER | 17 FOX CHASE CIR | | NEWTOWN SQUAR | PA | 19073-2405 | K50734 | 66.90 | * |
| KATHLEEN ULRICH | 170 WESTON PL | | SHENANDOAH | PA | 17976-1013 | K49473 | 66.90 | * |
| KATHLEEN WEBER | 1931 LINCOLN ST | | WISCONSIN RAP | WI | 54494-6032 | K51245 | 66.90 | * |
| KATHLEEN YERKISH | 1428 S RAMA DR | | WEST COVINA | CA | 91790-3210 | K47136 | 66.90 | * |
| KATHLEEN ZELM | 734 EASTERN AVE | | PLYMOUTH | WI | 53073-1915 | K48960 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KATHRYN [CHIC] WELCH | 2170 N LAKE FOREST DR | | MCKINNEY | TX | 75071-5156 | K36696 | 66.90 | * |
| KATHRYN [KATHY] MCCULLOCH | 3630 MEDINAH AVE W | | SOUTHPORT | NC | 28461-8120 | K41410 | 66.90 | * |
| KATHRYN [KAY] PERRY | PO BOX 190 | | DALLAS CITY | IL | 62330-0190 | K15026 | 66.90 | * |
| KATHRYN A [KATIE] RUDNER | 336 W HILLSDALE ST | | INGLEWOOD | CA | 90302-1122 | K39979 | 66.90 | * |
| KATHRYN ANDERSON | 3 WILLOWDALE CIR | | ORMOND BEACH | FL | 32174-6933 | K52125 | 66.90 | * |
| KATHRYN AUSEC | 825 MARYKNOLL DR | | LOCKPORT | IL | 60441-6222 | K52894 | 66.90 | * |
| KATHRYN BAERENT | 7416 OAK RIDGE ST | | RICHMOND | VA | 23294-3532 | K32543 | 66.90 | * |
| KATHRYN BENEDETTO | 861 CLARK RD | | SANTA BARBARA | CA | 93110-1222 | K56617 | 66.90 | * |
| KATHRYN BRAND | 8067 GRENFELL ST | | KEW GARDENS | NY | 11415-1023 | K21388 | 66.90 | * |
| KATHRYN CLAUSSEN | 612 BYRD CT | | DAYTON | OH | 45458-5807 | K43991 | 66.90 | * |
| KATHRYN DOW | 7829 MARGARET ST | | TAYLOR | MI | 48180-2409 | K60369 | 66.90 | * |
| KATHRYN FRANCES STRANG | 125 CORNERSTONE DR | | NEWTOWN SQUAR | PA | 19073-4048 | K41124 | 66.90 | * |
| KATHRYN G [KATHY] SEABER | 2548 SADDLE DR | | LANCASTER | PA | 17601-4827 | K30875 | 66.90 | * |
| KATHRYN GILBRAITH | 735 POST AVE | | ALAMOGORDO | NM | 88310-7363 | K19037 | 66.90 | * |
| KATHRYN GRAHAM | 204 BROADWAY | | KEYPORT | NJ | 07735-1004 | K29712 | 66.90 | * |
| KATHRYN GREEN | 2780 SE HOLLYHOCK CT | | HILLSBORO | OR | 97123-5205 | K33982 | 66.90 | * |
| KATHRYN HACKMAN | 740 LINCOLN GARDENS RD | | EPHRATA | PA | 17522-8428 | K60074 | 66.90 | * |
| KATHRYN HAGEL | 2037 JAMES ST | | MONTROSE | CO | 81401-5373 | K24985 | 66.90 | * |
| KATHRYN HAGGARD | 9555 W 59TH AVE APT 203 | | ARVADA | CO | 80004-5394 | K48644 | 66.90 | * |
| KATHRYN HAZLETT | 1217 LORY ST | | FORT COLLINS | CO | 80524-3905 | K20830 | 66.90 | * |
| KATHRYN IRWIN | 1607 OCONNOR DR | | SAC CITY | IA | 50583-1824 | K15785 | 66.90 | * |
| KATHRYN JAMES | 11070 YARROW ST | | WESTMINSTER | CO | 80021-2624 | K41268 | 66.90 | * |
| KATHRYN KEISER | 2421 OLD TURNPIKE RD # 137 | | LEWISBURG | PA | 17837-6523 | K19588 | 66.90 | * |
| KATHRYN KOCHEL-BOOKMILLER | 50 MAIN ST | | LANDISVILLE | PA | 17538-1144 | K58128 | 66.90 | * |
| KATHRYN LEUTHOLD | 8440 W 97TH ST | | MINNEAPOLIS | MN | 55438-1663 | K57570 | 66.90 | * |
| KATHRYN M [KATHY] HANAS | 8102 E MOCKINGBIRD ST | | WICHITA | KS | 67207-1121 | K42842 | 66.90 | * |
| KATHRYN M CONGLETON | 2606 HENDERSON AVE | | SILVER SPRING | MD | 20902-2062 | K45040 | 66.90 | * |
| KATHRYN M RIVENBARK | 1345 15TH AVE | | VERO BEACH | FL | 32960-3765 | K31014 | 66.90 | * |
| KATHRYN M SZEFLINSKI | 1328 LAKEVIEW AVE | | SOUTH MILWAUK | WI | 53172-3534 | K50198 | 66.90 | * |
| KATHRYN MALONE | 619 S KENNICOTT AVE | | ARLINGTON HEI | IL | 60005-2249 | K59960 | 66.90 | * |
| KATHRYN MCKINNEY | 2324 GREEN VALLEY DR | | BILLINGS | MT | 59102-1125 | K50798 | 66.90 | * |
| KATHRYN R MCKINNEY | 207 WHITLEY WAY | | LYNCHBURG | VA | 24503-2156 | K22992 | 66.90 | * |
| KATHRYN RAY | 1119 E 29TH PL | | BAXTER SPRING | KS | 66713-2333 | K21236 | 66.90 | * |
| KATHRYN S VAUGHAN | 2105 N JOSEY LN APT 317 | | CARROLLTON | TX | 75006-3027 | K29804 | 66.90 | * |
| KATHRYN SANDERS | 111 S SPRING ST APT 106 | | GREENCASTLE | IN | 46135-1712 | K46049 | 66.90 | * |
| KATHRYN SHERMAN | 1255 NIPIGON AVE S | | ATLANTIC BEAC | FL | 32233-2225 | K24689 | 66.90 | * |
| KATHRYN SUTTON | 7030 E 11TH AVE | | DENVER | CO | 80220-4864 | K25363 | 66.90 | * |
| KATHRYN TRAVERSI | 8413 GRINNELL WAY | | SACRAMENTO | CA | 95826-2935 | K34336 | 66.90 | * |
| KATHRYN W BRIMHALL MD | 816 COLONIAL DR | | MORRISTOWN | TN | 37814-2557 | K49402 | 66.90 | * |
| KATHRYN WINIECKI | 253 RAVENNA ST | | HUDSON | OH | 44236-3445 | K52213 | 66.90 | * |
| KATHRYN WITMER | 1323 BLACK SHEEP CIR | | EAST EARL | PA | 17519-9264 | K59037 | 66.90 | * |
| KATHY A LEGER | 5310 FARRAGUT DR | | ARLINGTON | TX | 76018-1941 | K43944 | 66.90 | * |
| KATHY ADAMS | 935 MCCAMPBELL RD | | MANSFIELD | TX | 76063-5303 | K20245 | 66.90 | * |
| KATHY ALDRICH | 12400 UPTON RD | | BATH | MI | 48808-9487 | K44760 | 66.90 | * |
| KATHY ALEXANDER | PO BOX 25 | | OAK HILL | WV | 25901-0025 | K50372 | 66.90 | * |
| KATHY APEL | 1551 JERSEY ST | | LAKE MILTON | OH | 44429-9635 | K62110 | 66.90 | * |
| KATHY ARENZ | 921 W GREEN TREE RD | | RIVER HILLS | WI | 53217-3716 | K31453 | 66.90 | * |
| KATHY BAILEY | 411 DEMPS RD | | SPARTA | TN | 38583-5415 | K12661 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KATHY BERGER | 3109 CRESCENT LN NW | | ROCHESTER | MN | 55901-1415 | K55762 | 66.90 | * |
| KATHY BONNESON | 12002 NEWHOPE RD | | OMAHA | AR | 72662-9161 | K54676 | 66.90 | * |
| KATHY BROWN | 1205 CRESCENT DR | | RICHMOND | IN | 47374-1124 | K25437 | 66.90 | * |
| KATHY BUCHANAN | 2235 SONGBIRD CT | | PLYMOUTH | WI | 53073-4997 | K48582 | 66.90 | * |
| KATHY CAMPBELL | 848 NIAGARA DR | | NORTH HUNTING | PA | 15642-1676 | K61007 | 66.90 | * |
| KATHY COGANOW | 725 HILL MEADOW DR | | DACULA | GA | 30019-3426 | K21001 | 66.90 | * |
| KATHY CURTIS | 5438 HOOSON RD | | PENDER ISLAND | BC | V0N 2M1 | K36049 | 66.90 | * |
| KATHY D HANCOCK | 14170 N 2360 RD | | MOUNTAIN VIEW | OK | 73062-9664 | K59438 | 66.90 | * |
| KATHY DANIEL | 20142 BEAVER LAKE RD | | SAINT AUGUSTA | MN | 55353-4502 | K25115 | 66.90 | * |
| KATHY ETIENNE | 2575 COUNTY ROAD 99 | | RAY | MN | 56669-9043 | K26507 | 66.90 | * |
| KATHY FARRIS | 4613 ELLSMERE LN | | RALEIGH | NC | 27604-4740 | K20998 | 66.90 | * |
| KATHY FAVREAU | 2379 MERLOT CT | | BULLHEAD CITY | AZ | 86429-7421 | K31194 | 66.90 | * |
| KATHY FERRONE | 35A GRAMERCY LN | | MANCHESTER | NJ | 08759-7100 | K38091 | 66.90 | * |
| KATHY FETTKETHER | 4801 CEDAR DR | | WEST DES MOIN | IA | 50266-4954 | K59208 | 66.90 | * |
| KATHY GHEARING | 2955 STATE ROAD 121 | | RICHMOND | IN | 47374-8234 | K24683 | 66.90 | * |
| KATHY GORNIK | 4158 GEORGETOWN RD | | LEXINGTON | KY | 40511-9066 | K49259 | 66.90 | * |
| KATHY GROW | 937 SW PRINCETON PL | | GRANTS PASS | OR | 97527-6716 | K39504 | 66.90 | * |
| KATHY HARDING | 202 WHITNEL DR | | MOUNT JULIET | TN | 37122-2506 | K37142 | 66.90 | * |
| KATHY HAWKINS | 609 TULIP LN | | ROCKVILLE | IN | 47872-1141 | K44530 | 66.90 | * |
| KATHY HENDRICKSON | 1320 GLORIA LN | | BOULDER CITY | NV | 89005-2216 | K54797 | 66.90 | * |
| KATHY HILL | 360 WOODBEND DR | | KILGORE | TX | 75662-9201 | K28130 | 66.90 | * |
| KATHY J JOHNSON | 1516 N STATE ROAD 9 | | ALBION | IN | 46701-9600 | K26341 | 66.90 | * |
| KATHY J VAN HOOSE | 2024 GEORGETOWN DR | | DENTON | TX | 76201-1739 | K25716 | 66.90 | * |
| KATHY L BERRY | 99 MIDWAY AVE | | BARRE | VT | 05641-2308 | K20997 | 66.90 | * |
| KATHY L MCCALL | 3608 DANIEL BOONE RD | | GATE CITY | VA | 24251-2887 | K27359 | 66.90 | * |
| KATHY L THUREEN | 1200 RIVERSIDE DR APT 328 | | INTERNATIONAL | MN | 56649-2162 | K25800 | 66.90 | * |
| KATHY L VANDERVEUR | 275 S BRYN MAWR AVE APT F34 | | BRYN MAWR | PA | 19010-4227 | K33872 | 66.90 | * |
| KATHY LARSON | 8010 W APACHE WAY | | BOISE | ID | 83714-1909 | K40632 | 66.90 | * |
| KATHY LEHMAN | 8224 BOSECK DR | | LAS VEGAS | NV | 89145-4531 | K40973 | 66.90 | * |
| KATHY LONGENBERGER | 341 SCHOOLHOUSE RD | | MILTON | PA | 17847-7912 | K15922 | 66.90 | * |
| KATHY LOVETINSKY | 5065 AMERICAN LEGION RD SE | | IOWA CITY | IA | 52240-9071 | K60270 | 66.90 | * |
| KATHY LUNA | 700 E HUGHES AVE | | DES MOINES | IA | 50315-2425 | K24892 | 66.90 | * |
| KATHY MADSEN | 2535 E PETROGLYPH LN | | ORO VALLEY | AZ | 85755-1952 | K40655 | 66.90 | * |
| KATHY MAIDLOW | 26 SHENANDOAH CIR | | SYLVANIA | OH | 43560-4110 | K48532 | 66.90 | * |
| KATHY MC GREW | 6156 CADAGON CT | | SALISBURY | MD | 21801-1764 | K34083 | 66.90 | * |
| KATHY MCCOY | 1411 E BLUESAGE CT | | ANDOVER | KS | 67002-7949 | K33651 | 66.90 | * |
| KATHY MCCUE | 7374 NW 121ST AVE | | OCALA | FL | 34482-1057 | K25278 | 66.90 | * |
| KATHY MCGARVEY | PO BOX 597 | | DEVILS LAKE | ND | 58301-0597 | K35332 | 66.90 | * |
| KATHY MEDEL | 24 YELLOWSTONE LN | | HOWELL | NJ | 07731-2280 | K36195 | 66.90 | * |
| KATHY MIHALIC | 27110 PARKWOOD DR | | EUCLID | OH | 44132-1629 | K46454 | 66.90 | * |
| KATHY MILLER | 806 EVERGREEN LN | | CANDO | ND | 58324-6424 | K33125 | 66.90 | * |
| KATHY PATE-LARSEN | 426 W JUNIPER AVE | | FLAGSTAFF | AZ | 86001-1317 | K33895 | 66.90 | * |
| KATHY PINGEL | 1513 FAIRLAWN CT | | JEFFERSON CIT | MO | 65109-0429 | K17341 | 66.90 | * |
| KATHY POWNELL | 1201 W THORNTON PKWY LOT 395 | | THORNTON | CO | 80260-5424 | K22707 | 66.90 | * |
| KATHY ROUSH | 10895 W PECK LAKE RD | | LOWELL | MI | 49331-9259 | K36871 | 66.90 | * |
| KATHY SATTESON | 398 BROADWAY ST # 2 | | MILTON | PA | 17847-2402 | K15619 | 66.90 | * |
| KATHY SEEFRIED | 10400 W FAIR AVE APT B | | LITTLETON | CO | 80127-5553 | K42207 | 66.90 | * |
| KATHY SLOAN | 4111 WOODHILL DR | | FORT WAYNE | IN | 46804-2975 | K47957 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KATHY SMITH | 110 MANOR WAY | | HENDERSONVILL | TN | 37075-2197 | K35470 | 66.90 | * |
| KATHY STEPHENS | 8501 CEDAR LN | | WESTMINSTER | CO | 80031-3707 | K34779 | 66.90 | * |
| KATHY TOMPKINS | 1731 56TH ST | | DES MOINES | IA | 50310-1004 | K27398 | 66.90 | * |
| KATHY TORNES | PO BOX 57 | | THREE LAKES | WI | 54562-0057 | K18578 | 66.90 | * |
| KATHY WAGNER | 343 STAFFORD ST | | PLYMOUTH | WI | 53073-1242 | K47305 | 66.90 | * |
| KATHY WATSON | 1027 BONNIE CT | | PLYMOUTH | WI | 53073-1909 | K47765 | 66.90 | * |
| KATHY WEEMS | 5542 LIME AVE | | CYPRESS | CA | 90630-3102 | K33668 | 66.90 | * |
| KATIE [KATHY] SNIDER | 225 HANE AVE | | MARION | OH | 43302-4231 | K25192 | 66.90 | * |
| KATIE CHILDS | 2519 W BENJAMIN DR | | WICHITA | KS | 67204-5521 | K29039 | 66.90 | * |
| KATIE HENDERSON | 3 NIGHTHAWK LN | | LAS CRUCES | NM | 88007-6193 | K41717 | 66.90 | * |
| KATIE L COZART | 935 STEPHENS ST | | GREENSBORO | NC | 27406-2519 | K39353 | 66.90 | * |
| KATIE L KNICKMAN | 7022 GLENDALE AVE | | OMAHA | NE | 68152-2045 | K58893 | 66.90 | * |
| KATIE LYNN DAVIS | 1308 SKY HILL PL | | WAKE FOREST | NC | 27587-9184 | K36558 | 66.90 | * |
| KATIE MCINTYRE | 2556 WELLINGTON CT | | EVANSTON | IL | 60201-4975 | K11041 | 66.90 | * |
| KATIE SHERMAN | 2237 CAL YOUNG RD | | EUGENE | OR | 97401-6444 | K18558 | 66.90 | * |
| KATIE VALENTINE | 1785 HIGHWAY 11 E | | INTERNATIONAL | MN | 56649-8739 | K18362 | 66.90 | * |
| KATRINA BANKS | 333 STILLMEADOW DR | | GARLAND | TX | 75040-3742 | V99263 | 66.90 | * |
| KATRINA HOLTHUS | 4103 CEDAR LAKE AVE | | SAINT LOUIS P | MN | 55416-3926 | K26423 | 66.90 | * |
| KATY EDMOND | 950 CHIPETA RD | | MONTROSE | CO | 81403-4610 | K23454 | 66.90 | * |
| KAY [VALERIA] NEWKIRK | 2313 INDIANOLA AVE | | DES MOINES | IA | 50315-1715 | K24269 | 66.90 | * |
| KAY A WYSONG | 3004 CRICKETT DR | | PLANO | TX | 75023-3642 | K25267 | 66.90 | * |
| KAY ANCE | 7144 LAKE LEELANAU DR | | TRAVERSE CITY | MI | 49684-9536 | K41046 | 66.90 | * |
| KAY AUSTELL | 340 MARYLEBONE DR | | KERNERSVILLE | NC | 27284-9019 | K20590 | 66.90 | * |
| KAY BENSHOOF | 9109 MISTY LN | | OKLAHOMA CITY | OK | 73160-0411 | K32175 | 66.90 | * |
| KAY BLAKE | 3316 EDENBURG DR | | AMARILLO | TX | 79106-2921 | K31927 | 66.90 | * |
| KAY BROWN | 338 UNIVERSITY AVE | | PEMBERTON | NJ | 08068-1757 | K48083 | 66.90 | * |
| KAY BRYANT | 702 E HOWARD ST | | MANCHESTER | IA | 52057-1636 | K14000 | 66.90 | * |
| KAY C SIRON | 870 E HARPER DR | | MORRIS | IL | 60450-9397 | K55383 | 66.90 | * |
| KAY CARTER | 2321 S 63RD ST | | KANSAS CITY | KS | 66106-5329 | K47589 | 66.90 | * |
| KAY CASKEY | 2645 RIVERSIDE LN NE | | ROCHESTER | MN | 55906-3456 | K40000 | 66.90 | * |
| KAY DAVIS | 5991 HELLMAN AVE | | ALTA LOMA | CA | 91737-2825 | K10717 | 66.90 | * |
| KAY DIAMANT | 325 PEBBLE ACRES DR | | SAINT LOUIS | MO | 63141-8035 | K39069 | 66.90 | * |
| KAY DOMENICK | 506 N VALLEY FORGE RD | | DEVON | PA | 19333-1482 | K39825 | 66.90 | * |
| KAY DONAKOWSKI | 821 ANTHONY ST | | ALPENA | MI | 49707-4402 | V98872 | 66.90 | * |
| KAY DONNA MITCHELL | 5711 HOLLYHOCK DR | | WEST CARROLLT | OH | 45449-2917 | K50887 | 66.90 | * |
| KAY E REHSE | 14621 SHINKLE CIR | | HUNTINGTON BE | CA | 92647-2230 | K35303 | 66.90 | * |
| KAY ELNEDA MARTIN | 73 CHESTNUT ST | | MIFFLINBURG | PA | 17844-1311 | K18857 | 66.90 | * |
| KAY F DRAIN | 4502 LARIMORE AVE | | OMAHA | NE | 68104-2448 | K52240 | 66.90 | * |
| KAY F RILEY | 370 POINDEXTER LN | | LEXINGTON | SC | 29072-7858 | K33578 | 66.90 | * |
| KAY FISHER-IRWIN | 13225 CRYSTAL WAY | | AUSTIN | TX | 78737-8839 | V99252 | 66.90 | * |
| KAY GIDEON | 1460 GRAND AVE | | MEDFORD | OR | 97504-5212 | K35707 | 66.90 | * |
| KAY HAZEL | PO BOX 1879 | | WASHINGTON | MO | 63090-8879 | K39110 | 66.90 | * |
| KAY HELMAN | 13980 WINDY OAKS RD | | COLORADO SPRI | CO | 80921-2981 | K62546 | 66.90 | * |
| KAY HULBERT | 880 DEAN DR | | NORTHGLENN | CO | 80233-5614 | K45160 | 66.90 | * |
| KAY IRSIK | 5405 6 RD | | INGALLS | KS | 67853-9044 | K30202 | 66.90 | * |
| KAY JORDAN | PO BOX 98 | | DESTIN | FL | 32540-0098 | K62800 | 66.90 | * |
| KAY KENDALL | 6236 SAN FELIPE ST | | HOUSTON | TX | 77057-2810 | K55588 | 66.90 | * |
| KAY KERL | 6909 BRYN MAWR DR | | CINCINNATI | OH | 45224-1724 | K39124 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| KAY LIEBL | 1082 COUNTRY HILLS DR | | SANTA ANA | CA | 92705-2366 | K59736 | 66.90 | * |
| KAY LYNCH | 26821 ALCON DR | | SANTA CLARITA | CA | 91350-2303 | K29076 | 66.90 | * |
| KAY MARIE ARNOLD | 3190 COUNTY ROAD 112 | | INTERNATIONAL | MN | 56649-8719 | K18083 | 66.90 | * |
| KAY MATTHEWS | 38 GREEN LINKS DR | | CAMERON | NC | 28326-6910 | K54592 | 66.90 | * |
| KAY OKINO | 28003 CALZADA DR | | RANCHO PALOS | CA | 90275-1226 | K53276 | 66.90 | * |
| KAY PERKINS | 311 FLAT IRON DR | | COLUMBUS JUNC | IA | 52738-9309 | K21255 | 66.90 | * |
| KAY PFAFFLE | 2200 MONT BLANC CIR | | PLACENTIA | CA | 92870-1822 | K54654 | 66.90 | * |
| KAY RIDGWAY | 7760 NE 106TH ST | | MITCHELLVILLE | IA | 50169-9647 | K21976 | 66.90 | * |
| KAY S MAYBERRY | 12623 IZARD ST | | OMAHA | NE | 68154-1241 | K54941 | 66.90 | * |
| KAY SABIN | 1005 NORTHVIEW DR | | CENTER POINT | IA | 52213-9451 | K54168 | 66.90 | * |
| KAY SHEAFFER | 4235 GULL RD | | LANSING | MI | 48917-4269 | K42627 | 66.90 | * |
| KAY SHERWIN | 5032 MEADOW AVE | | FINLEYVILLE | PA | 15332-1146 | K60536 | 66.90 | * |
| KAY SLOAN | 1208 EASTMOOR DR | | MASON CITY | IA | 50401-5326 | K14001 | 66.90 | * |
| KAY SPICER | 123 ARDMORE AVE | | HADDONFIELD | NJ | 08033-1427 | K15654 | 66.90 | * |
| KAY TATE | 16864 FURUBY RD | | SHAFER | MN | 55074-9793 | K54383 | 66.90 | * |
| KAY TROUT | 803 BLANTON PL | | GREENSBORO | NC | 27408-3186 | K54001 | 66.90 | * |
| KAY WISE | 12348 SEWARD ST | | OMAHA | NE | 68154-1345 | K54649 | 66.90 | * |
| KAY ZANG | 1770 COUNTRY CLUB RD APT 1 | | EL DORADO | KS | 67042-4153 | K48455 | 66.90 | * |
| KAY-ALICE DIMARE | 2347 AUSTINBURG RD | | ASHTABULA | OH | 44004-8819 | K23262 | 66.90 | * |
| KAYE CLOESSNER | 2650 HIGHWAY 865 | | WINNSBORO | LA | 71295-4989 | K63072 | 66.90 | * |
| KAYE KRALL | 512 10TH ST | | INTERNATIONAL | MN | 56649-2738 | K18412 | 66.90 | * |
| KAYE LIND | 4116 ATLANTIC AVE | | ASHTABULA | OH | 44004-2112 | K17070 | 66.90 | * |
| KAYE MCFARLIN | 6300 JAMESON RD | | AMARILLO | TX | 79106-2815 | K30593 | 66.90 | * |
| KAYE ROBINSON | 166 CHINQUIPEN | | RUSK | TX | 75785-1616 | K41834 | 66.90 | * |
| KAYLA ARENDT | 3922 GRIFFIN LN | | NEKOOSA | WI | 54457-8309 | K48705 | 66.90 | * |
| KAZ J VOGELGESANG | 9819 SAGEMOSS LN | | HOUSTON | TX | 77089-4224 | K24070 | 66.90 | * |
| KEITH [BUZZ] SITZLER | 9901 W SIGNAL BUTTE CIR | | SUN CITY | AZ | 85373-1143 | K57108 | 66.90 | * |
| KEITH ALLEN | 1036 MACK BRANCH RD | | LYNNVILLE | TN | 38472-5412 | K40699 | 66.90 | * |
| KEITH ALLEN SCHUETTE | 612 MULBERRY DR E | | WEST BEND | WI | 53090-2230 | K16196 | 66.90 | * |
| KEITH ARBUCKLE | 3982 STATE HIGHWAY 54 W | | WISCONSIN RAP | WI | 54495-9322 | K57359 | 66.90 | * |
| KEITH BROWN | 911 CANDLEWOOD WAY | | FORT WAYNE | IN | 46845-1212 | K38269 | 66.90 | * |
| KEITH BURNS | PO BOX 370506 | | LAS VEGAS | NV | 89137-0506 | K55276 | 66.90 | * |
| KEITH CULLICK | 638 FREEDOM WAY | | SHOREWOOD | IL | 60404-7005 | K49330 | 66.90 | * |
| KEITH DORSETT | PO BOX 187 | | BRUCEVILLE | IN | 47516-0187 | K44906 | 66.90 | * |
| KEITH E CLAUSEN | 1605 MERION WAY APT 41D | | SEAL BEACH | CA | 90740-4947 | K54897 | 66.90 | * |
| KEITH E NOE | PO BOX 83 | | WAGNER | SD | 57380-0083 | K16118 | 66.90 | * |
| KEITH E OSTRAND | 34109 E 231ST ST | | PLEASANT HILL | MO | 64080-8222 | K55703 | 66.90 | * |
| KEITH ELLIS | 802 S CASCADE AVE | | MONTROSE | CO | 81401-4322 | K16988 | 66.90 | * |
| KEITH EMERSON | 2553 440TH ST | | LITTLE CEDAR | IA | 50454-8505 | K58899 | 66.90 | * |
| KEITH F DAMPIER | 610 CHRISTIAN LN | | SLIDELL | LA | 70460-3238 | K51801 | 66.90 | * |
| KEITH FOSTER | 5304 SERATHER CT | | GARNER | NC | 27529-7131 | K48980 | 66.90 | * |
| KEITH GEBERS | 155 HIBISCUS AVE | | SACRAMENTO | CA | 95828-4624 | K33839 | 66.90 | * |
| KEITH GUNTER | 15784 WHITBY ST | | LIVONIA | MI | 48154-2845 | K59051 | 66.90 | * |
| KEITH H BOURLIER | 12362 HIPP ST | | TAYLOR | MI | 48180-4307 | K60222 | 66.90 | * |
| KEITH H STEFFEN | 5821 RUSSETT RD APT 1D | | MADISON | WI | 53711-3492 | K34224 | 66.90 | * |
| KEITH HERMAN | 1034 COLORADO AVE | | ALLIANCE | NE | 69301-2333 | K56539 | 66.90 | * |
| KEITH JAMES | 184 ROGUE RIVER HWY | | GOLD HILL | OR | 97525-9822 | K36580 | 66.90 | * |
| KEITH L BAKER | 1452 DUNCAN CHAPEL RD | | BOWMAN | SC | 29018-9036 | K50566 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| KEITH L EVERSON | 6120 E 161ST ST | | NOBLESVILLE | IN | 46062-9202 | K41197 | 66.90 | * |
| KEITH LEAVITT | 5930 LAKE RD W UNIT 1002 | | ASHTABULA | OH | 44004-8537 | K21002 | 66.90 | * |
| KEITH LEE | 1701 GREENBROOKE RD | | HUDSON | NC | 28638-9581 | K37925 | 66.90 | * |
| KEITH LEITNER | 5120 REED AVE | | LOUISVILLE | KY | 40214-2751 | K34654 | 66.90 | * |
| KEITH LIVERNASH | 2512 COUNTY ROAD C | | WISCONSIN RAP | WI | 54495-9220 | K47632 | 66.90 | * |
| KEITH M MCGATHEY | 3107 STATE ROAD 227 N | | RICHMOND | IN | 47374-9631 | K24294 | 66.90 | * |
| KEITH MONDELL KINARD | 414 CHURCHILL RD | | WALTERBORO | SC | 29488-3618 | K55586 | 66.90 | * |
| KEITH MOSLEY | 3907 FORDLEIGH RD APT A | | BALTIMORE | MD | 21215-2839 | K46019 | 66.90 | * |
| KEITH OLSON | 3001 REGENCY LN UNIT 202 | | AMES | IA | 50010-4289 | K14677 | 66.90 | * |
| KEITH OLSON | 501 WAKE ROBIN DR | | SHELBURNE | VT | 05482-7579 | K52233 | 66.90 | * |
| KEITH PONSFORD | 3225 ENDICOTT DR | | BOULDER | CO | 80305-6904 | K17318 | 66.90 | * |
| KEITH Q MILLER | PO BOX 261 | | LAWTON | IA | 51030-0261 | K14939 | 66.90 | * |
| KEITH RENNER | 8962 GLENCOE DR | | RIVERSIDE | CA | 92503-2123 | K34705 | 66.90 | * |
| KEITH TAPLEY | 476 TWISTED NEEDLE CT | | NORTH AUGUSTA | SC | 29841-8786 | K20991 | 66.90 | * |
| KEITH THORNTON | 1580 N OVERLAND TRAILS DR | | WASHINGTON | UT | 84780-2417 | K32374 | 66.90 | * |
| KEITH W WISE | 3330 N HERITAGE AVE | | SPRINGFIELD | MO | 65803-3756 | K53753 | 66.90 | * |
| KEITH WHISENHUNT | 1120 CANTERBURY TRL | | RICHMOND | IN | 47374-6789 | K29743 | 66.90 | * |
| KEITH ZELLER | 1944 COUNTY ROAD 800 N | | VARNA | IL | 61375-9310 | K48112 | 66.90 | * |
| KEITHA W LANE | 140 MAGNOLIA AVE | | MERRITT ISLAN | FL | 32952-4816 | K23042 | 66.90 | * |
| KELEN K PANEC | 313 S 6TH ST | | RED OAK | IA | 51566-2549 | K52708 | 66.90 | * |
| KELLEY G JONES | 10660 LAGO CANTINI ST | | LAS VEGAS | NV | 89141-0452 | K45734 | 66.90 | * |
| KELLEY MCGLINCH | 07754 STATE ROUTE 66 | | NEW BREMEN | OH | 45869-9610 | K33369 | 66.90 | * |
| KELLI HART | 3428 SHARON WAY | | WILLIAMSTON | MI | 48895-9576 | K41278 | 66.90 | * |
| KELLIE MARLENE SHOUP | 701 AMITY ST | | LOWELL | MI | 49331-1313 | K34972 | 66.90 | * |
| KELLY ABRAHAM | 2001 W LAURA AVE | | WEST PEORIA | IL | 61604-5143 | K46129 | 66.90 | * |
| KELLY B HARMON | 23640 W 191ST ST | | SPRING HILL | KS | 66083-8749 | K37300 | 66.90 | * |
| KELLY BRINKMAN | 4807 COUNTY ROAD 146 | | SOUTH HAVEN | MN | 55382-9168 | K27910 | 66.90 | * |
| KELLY D GRAINEY | 59 RIVER LN | | LEVITTOWN | PA | 19055-1408 | K30451 | 66.90 | * |
| KELLY DAREN MIDDLETON | 1330 KALA CT | | EL DORADO | KS | 67042-9113 | K48710 | 66.90 | * |
| KELLY E MERRILL | 6116 N BERKELEY BLVD | | MILWAUKEE | WI | 53217-4315 | K38933 | 66.90 | * |
| KELLY H ROBERTS | 102 PARKSIDE RD | | LEXINGTON | SC | 29072-7313 | K39095 | 66.90 | * |
| KELLY JO EVERITT | 80 RIDGEVIEW COLONY | | MILTON | PA | 17847-9700 | K15773 | 66.90 | * |
| KELLY KANICKI | 4664 SCHRAMLING RD | | PIERPONT | OH | 44082-9712 | K20851 | 66.90 | * |
| KELLY MAY | PO BOX 234 | | SARTELL | MN | 56377-0234 | K28633 | 66.90 | * |
| KELLY MURPHY | 3900 HULL AVE | | DES MOINES | IA | 50317-3952 | K55626 | 66.90 | * |
| KELLY NEFF | 5495 ENSOR TER | | WINTER PARK | FL | 32792-1193 | K55417 | 66.90 | * |
| KELLY ROSBERG | 807 PEABODY AVE | | CREIGHTON | NE | 68729-2963 | K41081 | 66.90 | * |
| KELSEY KING | 164 CARPENTER CT | | HOT SPRINGS | AR | 71901-9264 | K52543 | 66.90 | * |
| KEN (KENNY) REW | 302 W BENTON ST | | IOWA CITY | IA | 52246-5505 | K58659 | 66.90 | * |
| KEN ALEXANDER | 3810 WINDY AVE NE | | ALBANY | OR | 97322-4608 | K33295 | 66.90 | * |
| KEN BYRAM | PO BOX 133 | | ANDERSON | AL | 35610-0133 | K35408 | 66.90 | * |
| KEN COUCH | PO BOX 325 | | GARDENDALE | TX | 79758-0325 | K49950 | 66.90 | * |
| KEN DANIEL | 5630 SW FAIRLAWN RD | | TOPEKA | KS | 66610-9442 | K62485 | 66.90 | * |
| KEN ENGEN | 1180 FERNRIDGE AVE SE | | GRAND RAPIDS | MI | 49546-3818 | K35542 | 66.90 | * |
| KEN ETIENNE | 2512 CHICKASAW DR | | FLORENCE | AL | 35630-1662 | K19562 | 66.90 | * |
| KEN GASS | 2107 EVENING STAR LN | | BELLINGHAM | WA | 98229-4164 | K45312 | 66.90 | * |
| KEN GRICOSKI | 8665 STATE ROUTE 22 | | WEST CHAZY | NY | 12992-3123 | K42224 | 66.90 | * |
| KEN H WETENDORF | 424 W KENSINGTON RD | | MOUNT PROSPEC | IL | 60056-1109 | K59682 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KEN HOUGHTON | 4431 DURER PKWY | | SACRAMENTO | CA | 95823-3013 | K21588 | 66.90 | * |
| KEN KINZ | 11780 IVY AVE | | HESPERIA | CA | 92345-5078 | K33008 | 66.90 | * |
| KEN KLEINHANS | 134 E RIVERBEND DR | | PLYMOUTH | WI | 53073-2200 | K47066 | 66.90 | * |
| KEN KONING | 10950 S BURKETT RD | | MC BAIN | MI | 49657-9513 | K18858 | 66.90 | * |
| KEN KRAUSE | 1651 TOLEDO CT | | PACIFICA | CA | 94044-4436 | K54042 | 66.90 | * |
| KEN KROIS | 4290 FOOTHILL BLVD APT A | | GRANTS PASS | OR | 97526-4118 | K35766 | 66.90 | * |
| KEN L SHEETS | PO BOX 542 | | MARION | VA | 24354-0542 | K50461 | 66.90 | * |
| KEN LUTZ | 626 HAMPTON WOODS DR | | MARION | OH | 43302-6496 | K47354 | 66.90 | * |
| KEN MASTEN | 116 ADAM CT | | AUBREY | TX | 76227-9279 | K45080 | 66.90 | * |
| KEN MATHIS | 6355 SEA ISLE | | GALVESTON | TX | 77554-9661 | K51154 | 66.90 | * |
| KEN MEINECKE | 227 DANTLEY WAY | | WALNUT CREEK | CA | 94598-1804 | K39576 | 66.90 | * |
| KEN MURAWSKI | 3109 LAKEVIEW CIR | | LEAVENWORTH | KS | 66048-4972 | K34477 | 66.90 | * |
| KEN O'LEARY | PO BOX 84 | | GOLDENDALE | WA | 98620-0084 | K31949 | 66.90 | * |
| KEN P LYBECK | 3905 CITY VIEW DR | | RAPID CITY | SD | 57701-2367 | K33021 | 66.90 | * |
| KEN PIERICK | 15825 W JOSHUA TREE DR | | SURPRISE | AZ | 85374-5003 | K34870 | 66.90 | * |
| KEN PRICE | W7647 KETTLE VIEW RD | | PLYMOUTH | WI | 53073-4449 | K50445 | 66.90 | * |
| KEN RITT | 12 PENNOYER ST | | NORWALK | CT | 06853-1221 | K33555 | 66.90 | * |
| KEN SEVERINSON | 1002 SHANNON AVE NE | | DEVILS LAKE | ND | 58301-9510 | K36853 | 66.90 | * |
| KEN STEPANIK | 1776 MOFFIT GULCH RD | | BOZEMAN | MT | 59715-9632 | K11083 | 66.90 | * |
| KEN WEAVER | 3315 BROWNWOOD DR | | SNELLVILLE | GA | 30078-6814 | K58368 | 66.90 | * |
| KEN WONG | 4679 CAMBRIDGE DR | | EAGAN | MN | 55122-2710 | K30579 | 66.90 | * |
| KENDALL D WILLS | 729 N HUSHAW AVE | | CHILLICOTHE | IL | 61523-1430 | K51933 | 66.90 | * |
| KENDALL GOETZ | 4394 BEEMAN RD | | WILLIAMSTON | MI | 48895-9346 | K40454 | 66.90 | * |
| KENDELL HUGH MCWILLIAMS | 1307 HAZELWOOD ST | | BORGER | TX | 79007-2314 | K21322 | 66.90 | * |
| KENNETH [KEN] COMBS | PO BOX 205 | | YACHATS | OR | 97498-0205 | K53360 | 66.90 | * |
| KENNETH [KEN] CURPHEY | 360 BAYARD DR | | GRANTS PASS | OR | 97527-9047 | K35045 | 66.90 | * |
| KENNETH [KEN] KAYE | 15 COUNTRY DR | | WESTON | MA | 02493-1133 | K38832 | 66.90 | * |
| KENNETH [KEN] KNOX | 12800 COMANCHE RD NE UNIT 44 | | ALBUQUERQUE | NM | 87111-4389 | K46481 | 66.90 | * |
| KENNETH [KEN] METZ | 2087 HAYMAKER RD | | MONROEVILLE | PA | 15146-4749 | K31745 | 66.90 | * |
| KENNETH [KEN] OLIVERIO | PO BOX 11857 | | PHOENIX | AZ | 85061-1857 | K52983 | 66.90 | * |
| KENNETH [KEN] PULKRABEK | 11325 FELSON ST | | CERRITOS | CA | 90703-5543 | K30662 | 66.90 | * |
| KENNETH [KEN] REMINGTON JR | 1369 BAYCLIFF DR | | VIRGINIA BEAC | VA | 23454-1437 | K45000 | 66.90 | * |
| KENNETH [KEN] SAWUSCH | 23 HINKLE LN | | SCHAUMBURG | IL | 60193-1414 | K60617 | 66.90 | * |
| KENNETH [KENNY] FISHER | 4640 E LEWIS AVE | | PHOENIX | AZ | 85008-2406 | K18049 | 66.90 | * |
| KENNETH [KENNY] KASPER | 4917 FAIRFIELD CIR | | MEMPHIS | TN | 38117-4209 | K42845 | 66.90 | * |
| KENNETH A [KEN] BOLLAM | 2507 CLEARWATER LN | | PAINESVILLE | OH | 44077-9020 | K43108 | 66.90 | * |
| KENNETH A FRICK | 151 E GREENBRIER DR | | NEW ORLEANS | LA | 70128-3646 | K54816 | 66.90 | * |
| KENNETH ADAMS | 1129 MARIE AVE | | EPHRATA | PA | 17522-1525 | K59383 | 66.90 | * |
| KENNETH ARTHUR HEIMBACH | 5696 NEW COLUMBIA RD | | NEW COLUMBIA | PA | 17856-9384 | K23489 | 66.90 | * |
| KENNETH B CHRISTIE | PO BOX 151193 | | ARLINGTON | TX | 76015-7193 | K34942 | 66.90 | * |
| KENNETH BATEMAN CPA | 6 AVALON CT | | FLEMINGTON | NJ | 08822-3383 | K13854 | 66.90 | * |
| KENNETH BENNAGE | 780 N MILL RD | | MILTON | PA | 17847-7704 | K15239 | 66.90 | * |
| KENNETH BEVERING | 2090 KEOKUK ST LOT 72 | | HAMILTON | IL | 62341-1267 | K15203 | 66.90 | * |
| KENNETH BOEHLE | 19004 LOUIS RD | | GRASS VALLEY | CA | 95945-8648 | K52373 | 66.90 | * |
| KENNETH BONN | 13123 ASHEFORD WOODS LN | | CHARLOTTE | NC | 28278-7846 | K54275 | 66.90 | * |
| KENNETH BROKAW | 2228 W MAXWELL AVE | | SPOKANE | WA | 99201-2915 | K35364 | 66.90 | * |
| KENNETH BRUCE STEINBACK | 189 REGATTA DR | | JUPITER | FL | 33477-4012 | K39202 | 66.90 | * |
| KENNETH C [KEN] MCKIVETT | 26521 ROCKHURST LN | | RANCHO PALOS | CA | 90275-2455 | K26411 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.            Page 304 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KENNETH C BUETOW | 2012 CARMAN DR | | SAGINAW | MI | 48602-2914 | K38497 | 66.90 | * |
| KENNETH CARLSON | 1100 SHADOW MOUNTAIN PL | | LAS VEGAS | NV | 89108-1533 | K61897 | 66.90 | * |
| KENNETH CASEY | 136 RIDGE CREST CIR | | LIMA | OH | 45801-3810 | K45017 | 66.90 | * |
| KENNETH CELIANO | 802 S WASHINGTON AVE | | PARK RIDGE | IL | 60068-4809 | K20161 | 66.90 | * |
| KENNETH CHARD | 8478 SUNFISH LN | | MAINEVILLE | OH | 45039-9568 | K48141 | 66.90 | * |
| KENNETH COOK | PO BOX 282 | | WILLIAMS | OR | 97544-0282 | K40331 | 66.90 | * |
| KENNETH D HILL | 1476 HANCOCK LN | | CHESTERBROOK | PA | 19087-1119 | K34867 | 66.90 | * |
| KENNETH D KRAYNICK | 6355 LAKE OAK LNDG | | CUMMING | GA | 30040-9574 | K61524 | 66.90 | * |
| KENNETH D WILSON | 104 ANDULUSIAN TRL | | SIMPSONVILLE | SC | 29681-5501 | K56024 | 66.90 | * |
| KENNETH DEHAAN | PO BOX 912 | | BEECHER | IL | 60401-0912 | K53998 | 66.90 | * |
| KENNETH DWIGHT DURANT | 704 E SOUTH ST | | ALGONA | IA | 50511-3535 | K59153 | 66.90 | * |
| KENNETH E [KEN] RHUE | 5924 TRENT WALK DR | | LITHONIA | GA | 30038-1965 | K52874 | 66.90 | * |
| KENNETH E BUSKE | 302 MARINA VILLAGE WAY | | BENICIA | CA | 94510-3253 | K25579 | 66.90 | * |
| KENNETH E DAWSON | 1718 LAUDERDALE DR | | RICHMOND | VA | 23238-4008 | K39261 | 66.90 | * |
| KENNETH E GEHMAN | 13 WILHELM AVE | | LEBANON | PA | 17042-7252 | K28164 | 66.90 | * |
| KENNETH E LEVIN | 11148 PORT ROYAL DR | | SAINT LOUIS | MO | 63146-5639 | K43967 | 66.90 | * |
| KENNETH E RODENBO | 12083 JENNINGS RD | | LINDEN | MI | 48451-9475 | K56572 | 66.90 | * |
| KENNETH EIPEL | 434 E 52ND ST APT 2G | | NEW YORK | NY | 10022-6576 | K62221 | 66.90 | * |
| KENNETH ELGART | 99 NOANETT RD | | NEEDHAM HEIGH | MA | 02494-2433 | K10598 | 66.90 | * |
| KENNETH FICHTMAN | 7207 BIG BEND DR | | SPRING HILL | FL | 34606-3479 | K62303 | 66.90 | * |
| KENNETH FOSTER | 1520 E BATES UNIT G4 | | SPRINGFIELD | MO | 65804-8410 | K53189 | 66.90 | * |
| KENNETH G MILLER | 4111 TERRA GRANADA DR APT 2A | | WALNUT CREEK | CA | 94595-4363 | K57024 | 66.90 | * |
| KENNETH G WEABER JR | 355 RICHLAND DR | | LANCASTER | PA | 17601-3631 | K43145 | 66.90 | * |
| KENNETH GARDNER | 1520 MATTERN AVE | | DES MOINES | IA | 50316-1618 | K54832 | 66.90 | * |
| KENNETH GARLAND MILLER | 1203 VISTA SUPERBA ST | | GLENDALE | CA | 91205-3745 | K33705 | 66.90 | * |
| KENNETH GORDON | 210 THREAD NEEDLE RD E | | AUGUSTA | GA | 30907-3751 | K21022 | 66.90 | * |
| KENNETH GRAESSER | 38832 N ASHLEY DR | | LAKE VILLA | IL | 60046-5121 | K56045 | 66.90 | * |
| KENNETH GREENLY | 132 FURLONG WAY | | RED LION | PA | 17356-8776 | K57542 | 66.90 | * |
| KENNETH GUIN RENSHAW | 254 N TAYLOR AVE | | PIGGOTT | AR | 72454-2154 | K37809 | 66.90 | * |
| KENNETH GUSTAFSON | 2028 COUNTY ROAD 115 | | SAINT AUGUSTA | MN | 56301-8717 | K19234 | 66.90 | * |
| KENNETH HALDEMAN | 519 HIGHLAND AVE | | IOWA CITY | IA | 52240-4516 | K28394 | 66.90 | * |
| KENNETH HAMILTON | 1212 3RD ST NE APT 102 | | WASECA | MN | 56093-4015 | K21873 | 66.90 | * |
| KENNETH HARPER | 50 THREE SISTERS RD | | SAINT JAMES | NY | 11780-1225 | K62287 | 66.90 | * |
| KENNETH HEMMELGARN | 17965 SUNRISE CIR NW | | ELK RIVER | MN | 55330-1629 | K22842 | 66.90 | * |
| KENNETH HOOGERHEIDE | 2488 PLAINVIEW ST | | KALAMAZOO | MI | 49009-2025 | K17044 | 66.90 | * |
| KENNETH HUGHES | 4472 RUNKLE AVENUE EXT | | ASHTABULA | OH | 44004-7706 | K16494 | 66.90 | * |
| KENNETH IRVING | 4229 ANDERSON AVE SE | | IOWA CITY | IA | 52240-9388 | K56535 | 66.90 | * |
| KENNETH J [KEN] GRAY | 1050 STARKEY RD APT 303 | | LARGO | FL | 33771-5467 | K47720 | 66.90 | * |
| KENNETH J ANDERSON | 2201 STRODEN CIR | | GOLDEN VALLEY | MN | 55427-3147 | K20458 | 66.90 | * |
| KENNETH J ERNST | 10183 WEBB RD | | HAMMOND | LA | 70403-7203 | K51577 | 66.90 | * |
| KENNETH J HUDSON | 88 CENTRAL ST | | HUDSON | NH | 03051-4600 | K40453 | 66.90 | * |
| KENNETH J KAYE | 9934 67TH RD APT 6H | | FOREST HILLS | NY | 11375-3050 | K54584 | 66.90 | * |
| KENNETH J WARZYN | 6351 CLARK LAKE DR | | TRINITY | FL | 34655-6014 | K34493 | 66.90 | * |
| KENNETH J WESNER | 3911 BURGUNDY BAY BLVD W | | MEDINA | OH | 44256-8278 | K54835 | 66.90 | * |
| KENNETH JAFFE | 1805 S BALSAM ST APT 122 | | LAKEWOOD | CO | 80232-6778 | K18472 | 66.90 | * |
| KENNETH JOHNSTON | 2818 PINDELL AVE | | LOUISVILLE | KY | 40217-2030 | K34350 | 66.90 | * |
| KENNETH K HIKIDA | 6313 DOLORES DR | | OAK FOREST | IL | 60452-2717 | K53227 | 66.90 | * |
| KENNETH KAMA | 22348 DERBY RD | | WOODHAVEN | MI | 48183-3700 | K58352 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| KENNETH KEEFER JR | 704 ARNOLD RD | | NEW COLUMBIA | PA | 17856-9504 | K16866 | 66.90 * | |
| KENNETH KENNEDY | PO BOX 24 | | BIG FALLS | MN | 56627-0024 | K25724 | 66.90 * | |
| KENNETH KEYS | 2068 W HIGH ST | | LIMA | OH | 45805-2350 | K46461 | 66.90 * | |
| KENNETH KLOTZ | 232 MAPLE AVE | | SARATOGA SPRI | NY | 12866-1810 | K38318 | 66.90 * | |
| KENNETH L [KEN] ASA | 45 CLOVER LN | | REEDS SPRING | MO | 65737-9211 | K56229 | 66.90 * | |
| KENNETH L [KEN] KADIS | 22 CHESTNUT PL APT 505 | | BROOKLINE | MA | 02445-7568 | K12831 | 66.90 * | |
| KENNETH L BREW | 52950 CARNATION RD | | DELTA | CO | 81416-9487 | K20051 | 66.90 * | |
| KENNETH L CARLSON | 11012 FAIRWAY RIDGE LN | | FISHERS | IN | 46037-9133 | K38548 | 66.90 * | |
| KENNETH L CHRISTENSEN | 15009 KELLY RD | | MISHAWAKA | IN | 46544-9230 | K49547 | 66.90 * | |
| KENNETH L KLEINSCHMIDT | PO BOX 593 | | PERU | NY | 12972-0593 | K43016 | 66.90 * | |
| KENNETH L MOREY | 7311 OAK CREST RD | | RIVERTON | IL | 62561-9785 | K55655 | 66.90 * | |
| KENNETH L REAVES | 6803 FEGENBUSH LN | | LOUISVILLE | KY | 40228-1371 | K34820 | 66.90 * | |
| KENNETH L STEWART | 555 E MILL ST | | REPUBLIC | MO | 65738-1913 | K22068 | 66.90 * | |
| KENNETH LEE MIETZ | 710 CENTRAL AVE | | ROCKDALE | IL | 60436-2512 | K50763 | 66.90 * | |
| KENNETH LOSIN | 1025 S BASSWOOD CIR | | BLOOMINGTON | IN | 47403-5842 | K44430 | 66.90 * | |
| KENNETH LYON | 1423 CEDAR ST | | RUPERT | ID | 83350-1173 | K18957 | 66.90 * | |
| KENNETH M HAFFEY CPA | 12845 KINGSWAY DR | | CHESTERLAND | OH | 44026-3011 | K46456 | 66.90 * | |
| KENNETH M LOVE | 2782 PATRICK AVE | | COLUMBUS | OH | 43231-2333 | K25246 | 66.90 * | |
| KENNETH M THOMPSON | 11068 S TOPVIEW RD | | SOUTH JORDAN | UT | 84095-7719 | K58545 | 66.90 * | |
| KENNETH M TOWNSEND | PO BOX 1045 | | MONTROSE | CO | 81402-1045 | K17048 | 66.90 * | |
| KENNETH METZE | 608 GRAY ST | | EDGEFIELD | SC | 29824-3404 | K33880 | 66.90 * | |
| KENNETH MOONEY | 976 SERENA DR | | PACIFICA | CA | 94044-3526 | K57438 | 66.90 * | |
| KENNETH MORGAN ROBERTS | 360 ISLAND RD | | SAVANNAH | GA | 31406-8911 | K48867 | 66.90 * | |
| KENNETH N KNEISLEY | 209 SUTHERLAND RD | | LANCASTER | PA | 17603-9053 | K28257 | 66.90 * | |
| KENNETH N LARSEN | 5948 YORK AVE N | | BROOKLYN CENT | MN | 55429-2641 | K18348 | 66.90 * | |
| KENNETH NEESE | 2701 OLD WOODS TRL | | PLAINFIELD | IL | 60586-7760 | K49028 | 66.90 * | |
| KENNETH NICHOLS | 340 SUMMER LN | | RICHMOND | CA | 94806-1968 | K52001 | 66.90 * | |
| KENNETH P BORCHELT | 1420 ST MARY CIR APT 116 | | HOBART | IN | 46342 | K40309 | 66.90 * | |
| KENNETH PARKER | 4710 HERMANO DR | | TARZANA | CA | 91356-4516 | K56656 | 66.90 * | |
| KENNETH PAULSON | 6438 88TH AVE NE | | WEBSTER | ND | 58382-9656 | K33759 | 66.90 * | |
| KENNETH R [KEN] KAPAUN | 1098 E MCNAIR DR | | TEMPE | AZ | 85283-4732 | K28774 | 66.90 * | |
| KENNETH R [KEN] MACK | 12906 CHILLICOTHE RD | | CHESTERLAND | OH | 44026-3116 | K34626 | 66.90 * | |
| KENNETH R HARRISON | 1878 NASH CT | | DAYTON | OH | 45439-2620 | K51721 | 66.90 * | |
| KENNETH R KAUFFMAN | 5920 MAIN ST | | EAST PETERSBU | PA | 17520-1520 | K30737 | 66.90 * | |
| KENNETH R MESSER | 1304 E APACHE TRL | | GRANBURY | TX | 76048-6330 | K30081 | 66.90 * | |
| KENNETH R SCOTT | 5469 PINE GROVE AVE | | NORFOLK | VA | 23502-4924 | K56949 | 66.90 * | |
| KENNETH R THOMAS JR | 304 ACADEMY ST APT 201 | | CAMBRIDGE | MD | 21613-1803 | K50264 | 66.90 * | |
| Kenneth R. Krieger | 7604 Augusta Avenue | | Hudson | FL | 34667-0000 | | 364.53 | ARI: Wages |
| KENNETH RICHARDS | 3345 OLD CAROLINA RD | | VIRGINIA BEAC | VA | 23457-1170 | K39937 | 66.90 * | |
| KENNETH ROLFE | 301 SE FOUNDATION DR | | DALLAS | OR | 97338-9755 | K42241 | 66.90 * | |
| KENNETH S HOWARD | 1610 S BROADWAY ST | | LEAVENWORTH | KS | 66048-3737 | K39823 | 66.90 * | |
| KENNETH SATTERFIELD | 7714 MARTEL PL | | SPRINGFIELD | VA | 22152-1945 | K38527 | 66.90 * | |
| KENNETH SMITH | 11399 WESTSIDE AVE | | FORESTVILLE | CA | 95436-9736 | K53503 | 66.90 * | |
| KENNETH STANLEY | 306 OWL LN | | TRENTON | GA | 30752-4911 | K58775 | 66.90 * | |
| KENNETH T ULBRICH | 192 ALVIS RD | | ELDRIDGE | AL | 35554-3503 | K60042 | 66.90 * | |
| KENNETH TIFFANY | 1209 NORWOOD DR | | ABERDEEN | SD | 57401-1554 | K56307 | 66.90 * | |
| KENNETH V TOIGO | 18627 ABBY AVE | | EUCLID | OH | 44119-1726 | K43984 | 66.90 * | |
| KENNETH VAN METER | 25760 W MINOOKA RD | | MINOOKA | IL | 60447-9456 | K51462 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KENNETH VLIETSTRA | 112 OAK FOREST DR | | BRISTOL | TN | 37620-2715 | K17564 | 66.90 | * |
| KENNETH W BRIGGS | 6501 STILLCREST WAY | | DAYTON | OH | 45414-5909 | K25710 | 66.90 | * |
| KENNETH W DOHRN | 2305 SE 5TH CT | | CAPE CORAL | FL | 33990-4304 | K16481 | 66.90 | * |
| KENNETH W FAULKNER | 101 PINE AVE | | DUMAS | TX | 79029-3212 | K30845 | 66.90 | * |
| KENNETH W HANEY SR | RR 2 BOX 2956 | | BIRCH TREE | MO | 65438-9276 | K34872 | 66.90 | * |
| KENNETH W HUNTER SR | 564 DELMAR ST | | TERRYTOWN | LA | 70056-2860 | K51647 | 66.90 | * |
| KENNETH WHITE | 25 CHARLIE LEWIS RD | | TRENTON | TN | 38382-9483 | K29562 | 66.90 | * |
| KENNETH WHITLEY | 1181 ROWENA AVE | | GRASS LAKE | MI | 49240-9339 | K10365 | 66.90 | * |
| KENNETH WOLTERS | 24180 COUNTY ROAD 75 | | SAINT AUGUSTA | MN | 56301-8708 | K24749 | 66.90 | * |
| KENNETH WOTRUBA | 2420 LOVEWOOD DR | | WISCONSIN RAP | WI | 54494-1543 | K48213 | 66.90 | * |
| KENNETH WRIGHT | 3744 CHARLES BROWN CV | | BARTLETT | TN | 38133-2085 | K35600 | 66.90 | * |
| KENNETH WYRSCH | PO BOX 5332 | | FALLON | NV | 89407-5332 | K52491 | 66.90 | * |
| KENNY [KEN] BRYANT | 1459 SCOTT HILL RD | | POTTSBORO | TX | 75076-6316 | K15233 | 66.90 | * |
| KENNY DART | 8150 GRAND BLANC RD | | SWARTZ CREEK | MI | 48473-7609 | K59156 | 66.90 | * |
| KENNY IVIE | 2945 SHELLEY DR | | GRAND JUNCTIO | CO | 81503-2355 | K36662 | 66.90 | * |
| KENT A RUSS | 512 E BRENTRIDGE DR | | BRANDON | FL | 33511-7208 | K40122 | 66.90 | * |
| KENT E SOPER | 9211 N COUNCIL RD APT 503 | | OKLAHOMA CITY | OK | 73132-1340 | K38424 | 66.90 | * |
| KENT E THOMSON | 1313 COUNTY ROAD 22 NW | | ALEXANDRIA | MN | 56308-4957 | K38423 | 66.90 | * |
| KENT LOSEE | 7845 POPPY LN | | SALINE | MI | 48176-9560 | V99906 | 66.90 | * |
| KENT SMITH | 1265 HCR 4235 | | HILLSBORO | TX | 76645-6008 | K28589 | 66.90 | * |
| KENT STEWART | 2126 E WINCHCOMB DR | | PHOENIX | AZ | 85022-4609 | K46968 | 66.90 | * |
| KENYON PRYER | 2115 BROOKHAVEN DR | | LIMA | OH | 45805-1067 | K48056 | 66.90 | * |
| KEOKUK HIGH SCHOOL | KEOKUK COMMUNITY SCHOOL FOUN | 2285 MIDDLE RD | KEOKUK | IA | 52632-2834 | | 0.00 | ** |
| KEOKUK HIGH SCHOOL | c/o KRIS (ANDERSON) PAYNE | 2285 MIDDLE RD | KEOKUK | IA | 52632-2834 | | 0.00 | ** |
| KERIN MUIR | 7 REVELSTONE CT | | NEWARK | DE | 19711-2981 | K38131 | 66.90 | * |
| KERMIT C SAUER | 302 CARDINAL DR | | QUARRYVILLE | PA | 17566-9298 | K30020 | 66.90 | * |
| KERRI ELLEN FERRIS | 51 CHESTNUT GROVE RD | | SHIPPENSBURG | PA | 17257-9676 | K44474 | 66.90 | * |
| KERRIANN BROSKY | 73 SAMMIS ST | | HUNTINGTON | NY | 11743-3517 | K41129 | 66.90 | * |
| KERRY KAEHLER | 1528 DEAN ST | | SCHENECTADY | NY | 12309-5102 | K25453 | 66.90 | * |
| KERRY M SCHNEIDER | 11 COLBY DR | | BYRAM TOWNSHI | NJ | 07821-3904 | K42795 | 66.90 | * |
| KERRY NAUHAUS | 550 MARKET ST | | PITTSBURGH | PA | 15222-1820 | K46276 | 66.90 | * |
| KERRY SCHWARTZ | 11772 YALE DR | | CARMEL | IN | 46032-4658 | K58780 | 66.90 | * |
| KESTUTIS Z [GUS] VAINIUNAS | 5629 MARY ST | | OMAHA | NE | 68152-2344 | K60421 | 66.90 | * |
| KEVIN A O'CONNELL | 270 ROBINWOOD LN | | HILLSBOROUGH | CA | 94010-7159 | K57396 | 66.90 | * |
| KEVIN A PERKINS | 46 LATHROP RD | | UNCASVILLE | CT | 06382-2615 | V98341 | 66.90 | * |
| KEVIN B FLANAGAN | 258 ASYLUM ST | | NORWICH | CT | 06360-4152 | V98401 | 66.90 | * |
| KEVIN BECKINGTON | 10246 PLEASANT LAKE RD | | ANN ARBOR | MI | 48103-9323 | K10136 | 66.90 | * |
| KEVIN CAVANAUGH | 139 TRIBLE RD | | WATERLOO | IA | 50702-4644 | K55217 | 66.90 | * |
| KEVIN CONE | 761 610TH ST | | STORM LAKE | IA | 50588-7537 | K13660 | 66.90 | * |
| KEVIN COOK | 2131 HARMONY CIR | | SAINT GEORGE | UT | 84790-8507 | K51654 | 66.90 | * |
| KEVIN DOHERTY | 1230 UPPER GREYSTONE DR | | PLYMOUTH | WI | 53073-4567 | K48706 | 66.90 | * |
| KEVIN DOYLE | PO BOX 8641 | | CEDAR RAPIDS | IA | 52408-8641 | K56090 | 66.90 | * |
| KEVIN E GERBER | 507 HENSLEY ST | | LITITZ | PA | 17543-2406 | K27592 | 66.90 | * |
| KEVIN F LYNCH | 59 FOURTH ST | | AUBURN | ME | 04210-6834 | K52128 | 66.90 | * |
| KEVIN FAUGHNAN | 26 WILLOCKS CIR | | SOMERSET | NJ | 08873-7462 | K13947 | 66.90 | * |
| KEVIN FLOYD | 29 GEORGIA ST | | CRANFORD | NJ | 07016-2741 | K21343 | 66.90 | * |
| KEVIN GARRY | 2505 SADDLEBACK CT | | SANTA ROSA | CA | 95401-0805 | K57434 | 66.90 | * |
| KEVIN HALE | PO BOX 587 | | COLLINSVILLE | TX | 76233-0587 | K42780 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KEVIN HOWE | 194 MONTICELLO LN | | WEST JEFFERSO | NC | 28694-9076 | K58057 | 66.90 | * |
| KEVIN J FORDE | 50 FLINT LOCKE LN | | MEDFIELD | MA | 02052-1916 | K10611 | 66.90 | * |
| KEVIN J KELLY | 21 MISTY PINE RD | | FAIRPORT | NY | 14450-2653 | K21556 | 66.90 | * |
| KEVIN J MCLAUGHLIN | 11546 SAN RAFAEL RD | | LUSBY | MD | 20657-3763 | K22719 | 66.90 | * |
| KEVIN J. SMITH | 801 PRINCETON RD | | LINDEN | NJ | 07036-5909 | K14547 | 66.90 | * |
| KEVIN JEROME DOBARD | 4112 COLEMAN RD N | | VALDOSTA | GA | 31602-4909 | K56771 | 66.90 | * |
| KEVIN KENNEDY | 4108 DANUBE CT | | OLNEY | MD | 20832-2837 | K13651 | 66.90 | * |
| KEVIN KISSNER | 4205 ROOSEVELT RD | | SAINT CLOUD | MN | 56301-9532 | K27987 | 66.90 | * |
| KEVIN KLEIN | W7425 COUNTY ROAD Z | | PLYMOUTH | WI | 53073-3758 | K50819 | 66.90 | * |
| KEVIN L SCALES | 9713 CULPEPPER CT | | CINCINNATI | OH | 45231-2411 | K40224 | 66.90 | * |
| KEVIN LAVOI | 14184 107TH ST SE | | BECKER | MN | 55308-4526 | K25277 | 66.90 | * |
| KEVIN M SMITH | 290 N BRANDON BLVD | | BRANDON | MS | 39042-8332 | K50624 | 66.90 | * |
| KEVIN MULLANEY | 2527 26TH AVE | | SAN FRANCISCO | CA | 94116-2906 | K53445 | 66.90 | * |
| KEVIN MURPHY | 3611 ARGYLE RD TRLR 1 | | KEOKUK | IA | 52632-9776 | K16217 | 66.90 | * |
| KEVIN P KRAFT SR | 4933 81ST AVE NE | | DEVILS LAKE | ND | 58301-9634 | K36748 | 66.90 | * |
| KEVIN P RAINVILLE | 123 BOULDER RD | | MANCHESTER | CT | 06040-4505 | V98811 | 66.90 | * |
| KEVIN PREVOST | 515 VILLAGE DR APT 31 | | MARSHALL | MN | 56258-1566 | K26772 | 66.90 | * |
| KEVIN R LAIR | 44 OAKLAWN DR | | METAIRIE | LA | 70005-3408 | K50995 | 66.90 | * |
| KEVIN SANDERS | 2709 ROMAN WAY | | WEST COLUMBIA | SC | 29170-1223 | K49973 | 66.90 | * |
| KEVIN SATTERLY | 2048 GLEN OAKS DR | | CORALVILLE | IA | 52241-3225 | K57476 | 66.90 | * |
| KEVIN W KOLANDER | 3115 CYPRESS POND PASS | | DULUTH | GA | 30097-3722 | K31125 | 66.90 | * |
| KEVIN W KOORIE | 545 CENTRAL AVE APT 16 | | JEFFERSON | LA | 70121-1404 | K52398 | 66.90 | * |
| KEVIN W KURTZ | 6056 HUBBARDSTON RD | | HUBBARDSTON | MI | 48845-9717 | K40183 | 66.90 | * |
| KEVIN WICKER | RR 1 BOX 1143 | | MYRTLE | MO | 65778-9742 | K40540 | 66.90 | * |
| KEVIN WILLIAMS | 714 HEADLEE ST | | DENTON | TX | 76201-0801 | K28250 | 66.90 | * |
| KIM A TRUTTSCHEL | 5496 N 400 E | | GREENFIELD | IN | 46140-8941 | K49491 | 66.90 | * |
| KIM ADEE | 1569 E BRIARCLIFF ST | | FAYETTEVILLE | AR | 72703-3812 | K20482 | 66.90 | * |
| KIM BELLIS | 5101 S DEERFIELD AVE | | MECHANICSBURG | PA | 17050-2492 | K24026 | 66.90 | * |
| KIM DAVIS | 5204 15TH ST | | LUBBOCK | TX | 79416-5416 | K42781 | 66.90 | * |
| KIM HALDORSON | 1215 LINCOLN PARK DR | | DULUTH | MN | 55806-1129 | K19140 | 66.90 | * |
| KIM HEUSEL | 6818 MARKSMAN CT | | INDIANAPOLIS | IN | 46260-6432 | K24678 | 66.90 | * |
| KIM L FREDERICK | 11110 WOODVINE LN | | NEW ORLEANS | LA | 70128-2924 | K59518 | 66.90 | * |
| KIM M REHKOPF | PO BOX 644 | | DUMAS | TX | 79029-0644 | K34196 | 66.90 | * |
| KIM MANKUS | 2547 VERMILION LAKE RD | | COOK | MN | 55723-8843 | K20194 | 66.90 | * |
| KIM MANLEY | 807 2ND ST | | INTERNATIONAL | MN | 56649-2001 | K19269 | 66.90 | * |
| KIM MANTEL | 12473 N FALLEN SHADOWS DR | | MARANA | AZ | 85658-4392 | K31444 | 66.90 | * |
| KIM MAUN | 4201 T ST | | SACRAMENTO | CA | 95819-4735 | K61959 | 66.90 | * |
| KIM O'BRYON | 1712 SPANISH TRL | | PLANO | TX | 75023-3033 | K20880 | 66.90 | * |
| KIM R OHANIAN | 14117 59TH AVE | | FLUSHING | NY | 11355-5304 | K42004 | 66.90 | * |
| KIM REVOIR | 1667 VT ROUTE 100 | | MORETOWN | VT | 05660-9150 | K62874 | 66.90 | * |
| KIM SANDVIG | 7003 BONNACREST DR | | HERMITAGE | TN | 37076-1103 | K35652 | 66.90 | * |
| KIMBERLEY ANN FRAZIER | PO BOX 265 | | LEMITAR | NM | 87823-0265 | K38255 | 66.90 | * |
| KIMBERLY A WESBUR | 21025 13TH AVE | | SAINT AUGUSTA | MN | 55320-1219 | K25221 | 66.90 | * |
| KIMBERLY ANDERSON | 14663 MAHAN DR | | TALLAHASSEE | FL | 32309-8696 | K22007 | 66.90 | * |
| KIMBERLY BROWN | 630 RANDY SMITH DR | | SPRINGVILLE | IN | 47462-5109 | K17381 | 66.90 | * |
| KIMBERLY CELLA | 2652 ARTILLERY PT SW | | MARIETTA | GA | 30064-5027 | K42396 | 66.90 | * |
| KIMBERLY HERSHMAN | 21411 US HIGHWAY 18 | | APPLE VALLEY | CA | 92307-3502 | K19038 | 66.90 | * |
| KIMBERLY J PORCELLI | 2055 HELMSFORD DR | | WOLVERINE LAK | MI | 48390-2423 | K60282 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KIMBERLY JEPKO | PO BOX 335 | | ELYSBURG | PA | 17824-0335 | K17646 | 66.90 | * |
| KIMBERLY KAY KLUMB | 1415 ROSALIE LN | | GREEN BAY | WI | 54304-2924 | K49196 | 66.90 | * |
| KIMBERLY KLEESATTEL | 2361 ROCKNE DR | | CONCORD | CA | 94518-2522 | K16466 | 66.90 | * |
| KIMBERLY MEYERS | 1803 CARLSBROOK LN | | PORTAGE | MI | 49024-4107 | K17664 | 66.90 | * |
| KIMBERLY MOSS | PO BOX 515 | | EAST ORLEANS | MA | 02643-0515 | K60364 | 66.90 | * |
| KIMBERLY PORTZLINE | 16526 W 9TH AVE | | GOLDEN | CO | 80401-3718 | K33253 | 66.90 | * |
| KIMBERLY ROCHELLE HOUSTON-PHILPOT | 4706 BLOSSOM CIR | | MIDLAND | MI | 48642-6832 | K40383 | 66.90 | * |
| KIMBERLY RUSH | 13716 FIELDSTONE WAY | | GAINESVILLE | VA | 20155-6669 | K24909 | 66.90 | * |
| KIMBERLY RUSSELL-MCGOWAN | 47 HIGHFIELD RD | | COLONIA | NJ | 07067-4103 | K22310 | 66.90 | * |
| KIMBERLY S DOYLE | 15 PINE CONE RD | | MAHOPAC | NY | 10541-8700 | K41005 | 66.90 | * |
| KIMBERLY SCHMIDTBAUER | 316 17TH ST | | INTERNATIONAL | MN | 56649-3500 | K23266 | 66.90 | * |
| KIMBERLY SETHER KOEHN | 1044 WINTERBERRY RD | | OCONOMOWOC | WI | 53066-1782 | K54857 | 66.90 | * |
| KIMMIE TOWNSEND | 435 NORTH AVE W | | WESTFIELD | NJ | 07090-1433 | K51718 | 66.90 | * |
| KIMRA VAN VICKLE | 620 TREATY WAY | | GREENVILLE | OH | 45331-9389 | K32002 | 66.90 | * |
| KIPPY MASSEY | PO BOX 578 | | TOM BEAN | TX | 75489-0578 | K25875 | 66.90 | * |
| KIRA L BUTLER | 1419 BOWIE LN | | FRISCO | TX | 75033-1553 | K45885 | 66.90 | * |
| KIRBY MARTZALL | 2074 PINE DR | | LANCASTER | PA | 17601-5734 | K62712 | 66.90 | * |
| KIRK ADAMS | 342 GREEN ST | | EDGEWATER PAR | NJ | 08010-1730 | K52846 | 66.90 | * |
| KIRK CARSON | 511 WILLOW ST | | ONALASKA | WI | 54650-9024 | K58034 | 66.90 | * |
| KIRK D GAES | 113 BIRCH ST | | LAKESIDE | IA | 50588-7721 | K14715 | 66.90 | * |
| KIRK HARMAN | 62 ELMWOOD DR | | VERSAILLES | OH | 45380-9562 | K36200 | 66.90 | * |
| KIRK RIPPLINGER | 2005 4TH ST NE | | JAMESTOWN | ND | 58401-3926 | K33170 | 66.90 | * |
| KIRK SCHWIETE | 706 SE 10TH ST | | ANKENY | IA | 50021-3801 | K14579 | 66.90 | * |
| KIRT BUNCH | 130 W FULLIAM AVE | | MUSCATINE | IA | 52761-3021 | K15983 | 66.90 | * |
| KITT PENDERGAST | 1601 FAIRWAY DR | | LIMA | OH | 45805-3846 | K56287 | 66.90 | * |
| KITTIE GAYMAN | 8 CHERRY ST | | FRAMINGHAM | MA | 01701-4434 | K56878 | 66.90 | * |
| KITTY BEATTY | 1202 CAROLINA AVE | | SAINT CLOUD | FL | 34769-3819 | K35407 | 66.90 | * |
| KITTY MEITZNER | 2701 S LARKIN DR | | WICHITA | KS | 67216-1259 | K29229 | 66.90 | * |
| KLARIS PETERSEN | PO BOX 242 | | MERLIN | OR | 97532-0242 | K36761 | 66.90 | * |
| K-LYNN MAY NICHOLS | 717 TIMEA ST | | KEOKUK | IA | 52632-4836 | K15119 | 66.90 | * |
| KOENE GRAVES | PO BOX 3470 | | PASO ROBLES | CA | 93447-3470 | K35362 | 66.90 | * |
| KOGER LAKE | PO BOX 3208 | | LEESVILLE | SC | 29070-1208 | K33472 | 66.90 | * |
| Konica | 100 Williams Dr | | Ramsey | NJ | 07446-2907 | 284034 | 851.63 | ** |
| KOREY KOLLBAUM | 2466 590TH ST | | FONDA | IA | 50540-7545 | K18879 | 66.90 | * |
| KORY L BOEHMER | 8683 48TH ST NE | | DEVILS LAKE | ND | 58301-9558 | K36463 | 66.90 | * |
| KOSTAS G [CHARLES] DOIKOS | 7940 GLENFINNAN CIR | | FORT MYERS | FL | 33912-4054 | K19200 | 66.90 | * |
| KRAEMER L PITTARI | 29565 EZELL RD | | LACOMBE | LA | 70445-5405 | K51888 | 66.90 | * |
| KRESSEY G CAMP | 109 CAROLINE DR | | CROSS | SC | 29436-3043 | K20408 | 66.90 | * |
| KRISTA L WOODARD | 3192 GARST ST | | WOODBURN | IA | 50275-8007 | K29461 | 66.90 | * |
| KRISTA MORRISSEY | 5604 N 162ND ST | | OMAHA | NE | 68116-3740 | K37593 | 66.90 | * |
| KRISTEE WATTS | 525 GREENRIDGE RD | | GEORGETOWN | TX | 78628-3849 | K57506 | 66.90 | * |
| KRISTEN A PLASTINO-ARNOLD | 8210 COUNTRY SIDE DR | | SAN ANTONIO | TX | 78209-2234 | K32946 | 66.90 | * |
| KRISTI ANNE FIX | 4267 MONTDALE AVE | | LAS VEGAS | NV | 89121-2617 | K18341 | 66.90 | * |
| KRISTI K GLODOSKI | 6831 NORTHSTAR CT | | WISCONSIN RAP | WI | 54494-9505 | K46340 | 66.90 | * |
| KRISTI M METZ | 739 MAJESTIC MOUNTAINS BLVD | | WALLAND | TN | 37886-2092 | K30714 | 66.90 | * |
| KRISTI WINKELMANN | PO BOX 1103 | | ELIZABETH | CO | 80107-1103 | K60159 | 66.90 | * |
| KRISTIN PARSONS | 565 TROON RD | | DOVER | DE | 19904-2366 | K41906 | 66.90 | * |
| KRISTINA A SHANDER | 2880 HOLLY ST | | DENVER | CO | 80207-2737 | K44384 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| KRISTINA CARPENTER | 2121 PLYMOUTH GAGEVILLE RD | | ASHTABULA | OH | 44004-9635 | K15813 | 66.90 | * |
| KRISTINE (KRIS) OLSON | 900 SW 83RD AVE | | PORTLAND | OR | 97225-6308 | K59144 | 66.90 | * |
| KRISTINE DISPENSA | 15431 23RD AVE | | WHITESTONE | NY | 11357-3722 | K36931 | 66.90 | * |
| KRISTINE DUSSEAU | 19800 BREWER RD | | DUNDEE | MI | 48131-9613 | V99365 | 66.90 | * |
| KRISTINE HARRINGTON | 6499 W HOWE RD | | DEWITT | MI | 48820-7804 | K43673 | 66.90 | * |
| KRISTY L KINIETZ | 120 ESWINE DR | | ETNA | OH | 43062-9683 | K59058 | 66.90 | * |
| KRISTY LABER | 710 6TH ST NE | | DEVILS LAKE | ND | 58301-2629 | K32530 | 66.90 | * |
| KURT DECMAN | 17 COASTAL WALK | | SAINT MARYS | GA | 31558-3849 | K60849 | 66.90 | * |
| KURT FAIRCHILD | 65 LITTLE DEER ISLE RD | | LITTLE DEER I | ME | 04650-3149 | K58321 | 66.90 | * |
| KURT HIRSCHHORN | 20 5TH AVE APT 14E | | NEW YORK | NY | 10011-8860 | K42146 | 66.90 | * |
| KURT M SCHMIDT | 405 S BELMONT ST | | WICHITA | KS | 67218-1307 | K40070 | 66.90 | * |
| KURT OSTWINKLE | 7065 HILLTOP WAY | | BOISE | ID | 83709-6863 | K25118 | 66.90 | * |
| KURT P COLEMAN | 15020 GEMINI DR | | HUNTERTOWN | IN | 46748-9701 | K41421 | 66.90 | * |
| KURT REIF | 840 WATERFORD CT | | LAKE ZURICH | IL | 60047-3324 | K48424 | 66.90 | * |
| KURT RUTZ | 1579 VALLEY CREST DR | | COLUMBUS | OH | 43228-9569 | K50939 | 66.90 | * |
| KURT SIEHS | 1145 RAINBOW CT | | MUKWONAGO | WI | 53149-1057 | K46964 | 66.90 | * |
| KWONG F [BILLY] WONG | 35 CLAFLIN RD | | BROOKLINE | MA | 02445-4402 | K14311 | 66.90 | * |
| KYLE CLARK | 1512 BRYAN AVE | | BELLEVUE | NE | 68005-2885 | K20865 | 66.90 | * |
| KYLE E STANTON | 2380 M DR S | | ATHENS | MI | 49011-9379 | K56573 | 66.90 | * |
| L ANN PHILLIPS | 2014 BIDWELL RD | | MUSCATINE | IA | 52761-3646 | K22433 | 66.90 | * |
| L B FISHER JR | 17300 DALLAS PKWY STE 3050 | | DALLAS | TX | 75248-1172 | K52035 | 66.90 | * |
| L DONALD RANDINO DO | 6424 BRISA DEL MAR DR | | EL PASO | TX | 79912-7317 | K36398 | 66.90 | * |
| L DUKE GOLDEN | 10558 MILLERTON RD | | CLOVIS | CA | 93619-9603 | K27543 | 66.90 | * |
| L GEORGE HENISEE JR | 131 CHESWOLD LN | | HAVERFORD | PA | 19041-1801 | K48900 | 66.90 | * |
| L LEON BERNARD JR | 217 N BLAKE RD | | NORFOLK | VA | 23505-4403 | K52531 | 66.90 | * |
| L M SMITH JR | 653 PAWLEY RD | | MOUNT PLEASAN | SC | 29464-3563 | K30611 | 66.90 | * |
| L MICHAEL BARRETT JR | 1444 N PAYNE AVE | | WICHITA | KS | 67203-2817 | K33835 | 66.90 | * |
| L MICHAEL MILLER | 7407 ARBOR OAKS DR | | DALLAS | TX | 75248-2205 | K34834 | 66.90 | * |
| L PAUL FESPERMAN | 95 HOLLY TREE CIR | | DUNCAN | SC | 29334-9462 | K32477 | 66.90 | * |
| L PETER TENNEY | 27 VICTORIA WAY | | ALBANY | NY | 12209-1149 | K31795 | 66.90 | * |
| L RANKIN VASTERLING | 10411 JEFFERSON HWY APT 221 | | NEW ORLEANS | LA | 70123-1881 | K51162 | 66.90 | * |
| L T GRIFFIN | 301 N WILSON ST | | MADISONVILLE | TX | 77864-1568 | K10295 | 66.90 | * |
| LA DELL BLASINGAME | 7956 SADDLE RIDGE TRCE | | NASHVILLE | TN | 37221-1023 | K41872 | 66.90 | * |
| LA NELL COCKERELL | 501 NE 2000 | | ANDREWS | TX | 79714-9157 | K26541 | 66.90 | * |
| LA RAE WATKINS | 1618 GOLDRUSH RD APT 127 | | BULLHEAD CITY | AZ | 86442-8383 | K40189 | 66.90 | * |
| LA ROSE M HUNT | PO BOX 99233 | | SAN DIEGO | CA | 92169-1233 | K53631 | 66.90 | * |
| LA VERNE GEER | 1382 KEENAN DR APT 110 | | INTERNATIONAL | MN | 56649-9524 | K19894 | 66.90 | * |
| LABRON BOYKIN | 668 N DEARBORN AVE | | KANKAKEE | IL | 60901-2413 | K49767 | 66.90 | * |
| LACY L JOHNSON | 4000 SMOKEY RD | | ATHENS | GA | 30601-4023 | K59804 | 66.90 | * |
| LADINE MCKINNEY | 3001 S VAN BUREN ST | | AMARILLO | TX | 79109-3737 | K29226 | 66.90 | * |
| LADONNA KIENITZ | 2180 VISTA ENTRADA | | NEWPORT BEACH | CA | 92660-3934 | K53881 | 66.90 | * |
| LADONNA RAE KOCH | 1504 CROSS CREEK RD | | VALPARAISO | IN | 46383-0514 | K39076 | 66.90 | * |
| LADORIS JAMES | 3893 BOLTON ST | | AUGUSTA | GA | 30909-9557 | K60469 | 66.90 | * |
| LAEL ANDERSON | 504 CENTER ST E | | ROSEAU | MN | 56751-1511 | K17953 | 66.90 | * |
| LAETITIA F RHATIGAN | 11 GARLAND CT | | ALBANY | NY | 12202-1005 | K21464 | 66.90 | * |
| LALA MAE BODINE HATCH | 45 W 500 S | | HEBER CITY | UT | 84032-2245 | K19696 | 66.90 | * |
| LALITA RUDY | 105 6TH ST E | | BRADENTON | FL | 34208-1125 | K25347 | 66.90 | * |
| LAMAE E ROBERTS | 3604 N 75TH ST | | OMAHA | NE | 68134-5004 | K55922 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| LAMAR HAMILTON ELLIS JR | PO BOX 30956 | | SEA ISLAND | GA | 31561-0956 | K48927 | 66.90 | * |
| LAMARR LUNDBERG | 675 JACKSON PKWY # 373 | | WILLIAMS BAY | WI | 53191-9793 | K51067 | 66.90 | * |
| LAMBERT SCOTT RISER | 4173 OLD WHITMIRE HWY | | NEWBERRY | SC | 29108-7331 | K31035 | 66.90 | * |
| LAMESA HIGH SCHOOL | LAMESA HIGH SCHOOL | 600 N 14TH ST | LAMESA | TX | 79331 | | 0.00 | ** |
| LAMESA HIGH SCHOOL | c/o LISA TELCHIK | 600 N 14TH ST | LAMESA | TX | 79331 | | 0.00 | ** |
| LAMONT ROBERTSON | 3643 W 84TH ST | | CHICAGO | IL | 60652-3225 | K51417 | 66.90 | * |
| LANA BENTLEY | 4046 N RANIER | | MESA | AZ | 85215-0819 | K56333 | 66.90 | * |
| LANA DENOOYER | 4012 DUKE ST | | KALAMAZOO | MI | 49008-3178 | K20050 | 66.90 | * |
| LANA DIANA ROSS | 6475 LITTLEWOOD RD | | KERNERSVILLE | NC | 27284-7006 | K26380 | 66.90 | * |
| LANA PLEMONS | 12700 N 113TH AVE APT 22 | | YOUNGTOWN | AZ | 85363-1076 | K60247 | 66.90 | * |
| LANA WALLA | 10863 W THUNDERBIRD BLVD | | SUN CITY | AZ | 85351-2653 | K41216 | 66.90 | * |
| LANA WALZ | 3 KETCHUM AVE | | SAINT JAMES | NY | 11780-2914 | K47648 | 66.90 | * |
| LANCE LICHTER | W63N674 WASHINGTON AVE | | CEDARBURG | WI | 53012-2073 | K42830 | 66.90 | * |
| LANCE SCHACHTERLE | 32 MASSACHUSETTS AVE | | WORCESTER | MA | 01602-2123 | K57588 | 66.90 | * |
| LANCE SIDDENS | 4927 PARKVIEW RD | | DULUTH | MN | 55804-2655 | K21011 | 66.90 | * |
| LANCE T NELSON | 3601 ROSEMONT CT | | LOUISVILLE | KY | 40218-1675 | K32651 | 66.90 | * |
| LANDON JEFFERS | 25 WOODLOT LN | | HUNTINGTON | NY | 11743-2440 | K58947 | 66.90 | * |
| LANDY E BONELLI MD | 1434 N 122ND ST | | WAUWATOSA | WI | 53226-3122 | K35820 | 66.90 | * |
| LANE BACON | 8345 COUNTY ROAD G | | VERONA | WI | 53593-8822 | K20461 | 66.90 | * |
| LANE COLLEGE | c/o SHARRON T BURNETT | 545 LANE AVE | JACKSON | TN | 38301 | | 0.00 | ** |
| LANELL SKIPPER | 1167 PECAN ACRES LN LOT 6 | | VIDALIA | LA | 71373-5514 | K48148 | 66.90 | * |
| LANELLE GROH | 2309 WESLEY CIR | | BOSSIER CITY | LA | 71111-5914 | K48486 | 66.90 | * |
| LANETTE L PERRYMAN | 1033 B AVE STE 101 PMB 172 | | CORONADO | CA | 92118-3439 | K25893 | 66.90 | * |
| LANNY D KENNER | 3223 MOONSTONE LN | | BISMARCK | ND | 58503-6311 | K36629 | 66.90 | * |
| LANNY M PIGG | 10150 HIGHWAY 601 | | MIDLAND | NC | 28107-7736 | K32425 | 66.90 | * |
| LANNY ROBBINS | 5757 ENCHANTED FRST | | SANFORD | MI | 48657-9141 | K53376 | 66.90 | * |
| LARAE BASILONE | 2481 HI RIDGE DR | | IRWIN | PA | 15642-2106 | K60480 | 66.90 | * |
| LARAINE LEITCH | 91 THOMPSON AVE | | BABYLON | NY | 11702-3404 | K37616 | 66.90 | * |
| LARAINE RICHTER | 718 TRIMBLE BLVD | | BROOKHAVEN | PA | 19015-2109 | K49471 | 66.90 | * |
| LAREE DOSSETT | 13011 APRIL LN | | MINNETONKA | MN | 55305-2734 | K21044 | 66.90 | * |
| LARETHA MILES | 811 LINK DR APT 40 | | DUNCANVILLE | TX | 75116-2653 | K10483 | 66.90 | * |
| LARISSA BORST | 61 S SAINT PAUL ST | | HAMILTON | VA | 20158-9033 | K11236 | 66.90 | * |
| LARREE RENDA | 5 SANTA MARIA LN | | HILLSBOROUGH | CA | 94010-6855 | K21569 | 66.90 | * |
| LARRIANNE [SAMM] STARK | 4930 S 975 E | | ZIONSVILLE | IN | 46077-8682 | K27737 | 66.90 | * |
| LARRIE M LOVETT SR | 4933 MARSH RABBIT CV | | DECATUR | GA | 30035-3014 | K60093 | 66.90 | * |
| LARRY [ACE] LEVINE | 112 WASHINGTON PL | | PITTSBURGH | PA | 15219-3450 | K40367 | 66.90 | * |
| LARRY [BUTCH] HOUGLUM | 19764 5TH ST NE | | CEDAR | MN | 55011-4412 | K18417 | 66.90 | * |
| LARRY A GORNISH | 1019 LAVAL DR | | SAINT LOUIS | MO | 63132-4013 | K43288 | 66.90 | * |
| LARRY A JACKSON | PO BOX 1119 | | PACIFIC PALIS | CA | 90272-1119 | K40640 | 66.90 | * |
| LARRY A SCHROEDER | 1396 PEONY LN | | BOONE | IA | 50036-7572 | K54334 | 66.90 | * |
| LARRY A WICKS | 3615 E REDFIELD CT | | GILBERT | AZ | 85234-3107 | K62707 | 66.90 | * |
| LARRY ALAN ROCHLEAU | 2317 HIGHWAY 169 | | ALGONA | IA | 50511-7157 | K55947 | 66.90 | * |
| LARRY B MARGOLIAN | 2800 ALBROOK CIR | | LAS VEGAS | NV | 89117-3634 | K10639 | 66.90 | * |
| LARRY BALL | 7248 BENNETT LAKE RD | | FENTON | MI | 48430-9071 | K56499 | 66.90 | * |
| LARRY BARNARD | 835 ADAIR AVE NE | | ATLANTA | GA | 30306-3705 | K42210 | 66.90 | * |
| LARRY BASS | 3220 47TH ST | | DES MOINES | IA | 50310-3558 | K23034 | 66.90 | * |
| LARRY BICKHART | 685 WOODLAWN AVE | | EPHRATA | PA | 17522-1924 | K57616 | 66.90 | * |
| LARRY BRANDT | 6950 DAKOTA CT | | WISCONSIN RAP | WI | 54494-9509 | K47761 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LARRY BROWN | 4226 CASCADE FALLS DR | | SARASOTA | FL | 34243-4269 | K52805 | 66.90 | * |
| LARRY BRYANT | 13326 VERONICA RD | | FARMERS BRANC | TX | 75234-4917 | K16116 | 66.90 | * |
| LARRY C COUVILLON | 154 BAILEY LN | | LONG BEACH | MS | 39560-6305 | K57099 | 66.90 | * |
| LARRY C HARTER | 5062 VININGS BLVD | | DUBLIN | OH | 43016-7139 | K32956 | 66.90 | * |
| LARRY C PATRICK | 16 CEDAR DR | | LUGOFF | SC | 29078-9317 | K33577 | 66.90 | * |
| LARRY CATALDO | 9792 PINE ST | | TAYLOR | MI | 48180-3406 | K58835 | 66.90 | * |
| LARRY CHRISTMAN | 8215 427TH ST | | RICE | MN | 56367-8200 | K24778 | 66.90 | * |
| LARRY CLAY | 2805 EDISON AVE | | SACRAMENTO | CA | 95821-2463 | K56173 | 66.90 | * |
| LARRY COFFEE | 52413 SCOTT ST | | SOUTH BEND | IN | 46637-2958 | K60133 | 66.90 | * |
| LARRY COGLAN | 5038 660TH ST SE | | LONE TREE | IA | 52755-9561 | K57257 | 66.90 | * |
| LARRY CONROY | 400 N HADDON AVE UNIT 104 | | HADDONFIELD | NJ | 08033-1733 | K40906 | 66.90 | * |
| LARRY COPELAND | 11950 COUNTY ROAD 45 | | FINDLAY | OH | 45840-9051 | K45459 | 66.90 | * |
| LARRY CUNNINGHAM | 350 VOGAN DR | | MERCER | PA | 16137-9105 | K50499 | 66.90 | * |
| LARRY D [ROCKHEAD] ROBB | 9346 MONROE ST | | OMAHA | NE | 68127-4445 | K52652 | 66.90 | * |
| LARRY D BUCHANAN | 4414 LORCARDO DR NE | | CEDAR RAPIDS | IA | 52402-2315 | K26167 | 66.90 | * |
| LARRY D HILSMIER | 12532 CARROLL RIDGE DR | | FORT WAYNE | IN | 46818-8798 | K38944 | 66.90 | * |
| LARRY D JONES | 1463 ROZELLA WAY | | GALLATIN | TN | 37066-7571 | K35754 | 66.90 | * |
| LARRY D KECK | 23536 GODDARD RD | | TAYLOR | MI | 48180-4115 | K60459 | 66.90 | * |
| LARRY D MOLCK | 1610 HOSMER LN | | CREST HILL | IL | 60403-2032 | K51882 | 66.90 | * |
| LARRY D WOLCOTT | 2313 PINNEBERG AVE | | ROCKVILLE | MD | 20851-1519 | K54499 | 66.90 | * |
| LARRY DAVIS | 14005 LILLIAN CIR | | OMAHA | NE | 68138-6262 | K56688 | 66.90 | * |
| LARRY DAVISON | 1012 7TH ST | | INTERNATIONAL | MN | 56649-2513 | K24553 | 66.90 | * |
| LARRY DEAN TOOTHMAN | 246 SOQUEL ST | | KLAMATH FALLS | OR | 97601-1464 | K31780 | 66.90 | * |
| LARRY DEWAYNE STEPHEN | 211 RUSKIN ST | | LAKE MARY | FL | 32746-3513 | K39189 | 66.90 | * |
| LARRY DOHRN | 1505 OAKLAND RD | | MOUNTAIN HOME | AR | 72653-5988 | K21771 | 66.90 | * |
| LARRY DON WHITE | 6006 DEVON DR | | AMARILLO | TX | 79109-6514 | K28675 | 66.90 | * |
| LARRY E COOK | 14313 OXFORD DR | | EDMOND | OK | 73013-7090 | K22539 | 66.90 | * |
| LARRY E HOWARD | 922 HIGHWAY 39 E | | ATHENS | TN | 37303-6497 | K25098 | 66.90 | * |
| LARRY E SMITH | 6170 MILLBANK DR | | CENTERVILLE | OH | 45459-2241 | K45453 | 66.90 | * |
| LARRY EUGENE HART | 6606 SW 15TH ST | | DES MOINES | IA | 50315-5429 | K21212 | 66.90 | * |
| LARRY F DUFFY | 24845 S RIVER TRL | | CHANNAHON | IL | 60410-8633 | K49563 | 66.90 | * |
| LARRY F TEMPLE | 138 ANTON DR | | SAN ANTONIO | TX | 78223-3318 | K44298 | 66.90 | * |
| LARRY FINCK | 5285 BOSSLER RD | | ELIZABETHTOWN | PA | 17022-9522 | K15881 | 66.90 | * |
| LARRY FUERST | 1945 E 38TH ST | | BROOKLYN | NY | 11234-4805 | K58818 | 66.90 | * |
| LARRY GAMBLE | 834 W LOWER SPRINGBORO RD | | SPRINGBORO | OH | 45066-8740 | K38830 | 66.90 | * |
| LARRY GEISER | 122 BUNGALOW AVE | | GREENFIELD | MA | 01301-1444 | K17456 | 66.90 | * |
| LARRY GRABOWSKI | 3264 BULLWINKLE DR | | RENO | NV | 89512-1134 | K61585 | 66.90 | * |
| LARRY HAMLIN | 9612 NORFOLK ST | | MANASSAS | VA | 20109-3222 | K45940 | 66.90 | * |
| LARRY HARVILL | 211 E OVERHILL DR | | OLD HICKORY | TN | 37138-1534 | K35412 | 66.90 | * |
| LARRY HILKERT | 2160 LAURENCE DR | | CLEARWATER | FL | 33764-6466 | K22805 | 66.90 | * |
| LARRY HINSON | PO BOX 2205 | | FRIENDSWOOD | TX | 77549-2205 | K38603 | 66.90 | * |
| LARRY HOGAN | 8900 S MULLEN HILL RD TRLR 8 | | SPOKANE | WA | 99224-9273 | K18750 | 66.90 | * |
| LARRY J WILEY | 141 BEEKIN DR | | HILLSBORO | OH | 45133-1529 | K53944 | 66.90 | * |
| LARRY JAMES | 2612 ELK LN | | GRANTS PASS | OR | 97527-9188 | K30913 | 66.90 | * |
| LARRY JENSEN | 6594 53RD ST N | | OAKDALE | MN | 55128-1513 | K18922 | 66.90 | * |
| LARRY JEROME | PO BOX 772 | | INTERNATIONAL | MN | 56649-0772 | K19224 | 66.90 | * |
| LARRY JOSEPH EVANS | 318 SOUTHVIEW ST | | GRAHAM | TX | 76450-3432 | K48392 | 66.90 | * |
| LARRY JUNGLES | 709 CENTRAL AVE | | ROCKDALE | IL | 60436-2511 | K55654 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LARRY K COLE | 3656 SETTLERS RD | | DUBLIN | OH | 43016-4335 | K23876 | 66.90 | * |
| LARRY KENNEDY | 3328 COUNTY ROAD 2 S | | INTERNATIONAL | MN | 56649-9133 | K26366 | 66.90 | * |
| LARRY KRUMM | 5000 LARCHVIEW DR | | DAYTON | OH | 45424-2401 | K57981 | 66.90 | * |
| LARRY L ERICKSON MD | 1909 EDGEBROOK DR UNIT C | | MODESTO | CA | 95354-1651 | K21369 | 66.90 | * |
| LARRY L FULLERTON | PO BOX 291 | | WELCOME | MN | 56181-0291 | K20362 | 66.90 | * |
| LARRY L HAYES | 613 NW KIMBERLY CIR | | ANKENY | IA | 50023-1526 | K27528 | 66.90 | * |
| LARRY L KOPPEN | 222 MADISON ST UNIT 103 | | JOLIET | IL | 60435-8220 | K60540 | 66.90 | * |
| LARRY L MCDOWALL | 4316 225TH ST | | SAINT AUGUSTA | MN | 56301-9283 | K19473 | 66.90 | * |
| LARRY L ROSENBERG | 66960 N BIG HILL RD | | STURGIS | MI | 49091-8804 | K34924 | 66.90 | * |
| LARRY L SOBER | 4730 EASTER TER | | NORTH PORT | FL | 34286-7778 | K40232 | 66.90 | * |
| LARRY L WREN | 4901 PHEASANT ST | | LIMA | OH | 45807-1446 | K45804 | 66.90 | * |
| LARRY L ZENTGRAF | PO BOX 302 | | MANHATTAN | IL | 60442-0302 | K39944 | 66.90 | * |
| LARRY LANGE | 2583 HAWTHORNE WAY | | SALINE | MI | 48176-1666 | V98914 | 66.90 | * |
| LARRY LEE | 2718 SWAFFORD RD | | KNOXVILLE | TN | 37932-1300 | K17172 | 66.90 | * |
| LARRY LEED | 17138 SE 117TH CIR | | SUMMERFIELD | FL | 34491-7886 | K57584 | 66.90 | * |
| LARRY LEMAHIEU | 1540 TOPAZ RANCH RD | | WELLINGTON | NV | 89444-9420 | K49518 | 66.90 | * |
| LARRY LESTER ERWIN | 106 CENTURY OAKS DR | | EASLEY | SC | 29642-8256 | K35562 | 66.90 | * |
| LARRY M ASHBY | 8209 OAK CREEK LN | | DENTON | TX | 76208-2184 | K28097 | 66.90 | * |
| LARRY M LA BORDE | PO BOX 10668 | | KNOXVILLE | TN | 37939-0668 | K13205 | 66.90 | * |
| LARRY M SHAW | 910 CAMPBELL ST | | JOLIET | IL | 60435-6934 | K50570 | 66.90 | * |
| LARRY MARSHALL | 1318 KILKEE CT | | GARLAND | TX | 75044-3528 | K42590 | 66.90 | * |
| LARRY MATZDORF | N6443 RANGELINE RD | | SHEBOYGAN | WI | 53083-2310 | K47065 | 66.90 | * |
| LARRY MCGRIEVY | 1645 SUNRISE DR | | LIMA | OH | 45805-4066 | K44139 | 66.90 | * |
| LARRY MEREDITH | PO BOX 75 | | BEAVER | OH | 45613-0075 | K53498 | 66.90 | * |
| LARRY MICKEY | 6704 S 139TH AVENUE CIR | | OMAHA | NE | 68137-4007 | K56347 | 66.90 | * |
| LARRY MIKESELL | 3336 CLANDARA AVE | | LAS VEGAS | NV | 89121-3711 | K25018 | 66.90 | * |
| LARRY MILLER | 15336 ROAD 29 | | MADERA | CA | 93638-2018 | K31092 | 66.90 | * |
| LARRY MOFFETT | 6937 NOBLE AVE | | CINCINNATI | OH | 45239-4424 | K38953 | 66.90 | * |
| LARRY MORGAN | 4297 N HIGHWAY 94 | | SAINT CHARLES | MO | 63301-6928 | K15446 | 66.90 | * |
| LARRY MORRISON | 521 BOYD ST | | DES MOINES | IA | 50313-4818 | K21977 | 66.90 | * |
| LARRY N JOHNSON | 1271 TURNER SCHOOL RD | | FANCY GAP | VA | 24328-4285 | K33275 | 66.90 | * |
| LARRY NAHINURK | 522 7TH AVE SE | | DEVILS LAKE | ND | 58301-3734 | K32331 | 66.90 | * |
| LARRY NANNINI | 1515 ANNIE ST | | DALY CITY | CA | 94015-1918 | K58986 | 66.90 | * |
| LARRY ORTON | 608 BRIDGEVIEW PL | | EDMOND | OK | 73003-9003 | K16261 | 66.90 | * |
| LARRY OWENS | PO BOX 70 | | WHITESTOWN | IN | 46075-0070 | K25578 | 66.90 | * |
| LARRY OWINGS | 23220 BARNES LN | | COLFAX | CA | 95713-9011 | K29435 | 66.90 | * |
| LARRY PALS | 425 PIERCE AVE UNIT 501 | | CAPE CANAVERA | FL | 32920-3199 | K53523 | 66.90 | * |
| LARRY POTTS | 7002 BRAZIL BLVD | | GEORGETOWN | IN | 47122-8645 | K36364 | 66.90 | * |
| LARRY PRICE | 8 PARK TER | | AURORA | MO | 65605-2855 | K34448 | 66.90 | * |
| LARRY R CROCKETT | 2608 NORTHRIDGE CT | | ANN ARBOR | MI | 48108-9659 | K23743 | 66.90 | * |
| LARRY R PFEIL | S79W31480 GREEN MEADOWS DR | | MUKWONAGO | WI | 53149-9229 | K39945 | 66.90 | * |
| LARRY R REID | 1692 BROWN AVE | | GALESBURG | IL | 61401-1977 | K24721 | 66.90 | * |
| LARRY RADER | 3700 COUNTY ROAD 30 | | ETHELSVILLE | AL | 35461-3126 | K54324 | 66.90 | * |
| LARRY RAYMOND MD | 8030 WITTS MILL LN | | CINCINNATI | OH | 45255-5730 | K35337 | 66.90 | * |
| LARRY REED | 106 KENDALL FALLS RD | | COMFORT | TX | 78013-3811 | K55447 | 66.90 | * |
| LARRY RICHARD MARTZ | 2205 PRIMROSE DR | | FORT COLLINS | CO | 80526-2128 | K20832 | 66.90 | * |
| LARRY RICHARDSON | 1401 CAVES CAMP RD | | WILLIAMS | OR | 97544-9698 | K33805 | 66.90 | * |
| LARRY ROBBINS | 13242 TORREY RD | | FENTON | MI | 48430-1038 | K56529 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LARRY ROSENOW | 817 ASPEN DR | | GRINNELL | IA | 50112-2286 | K53096 | 66.90 | * |
| LARRY S BARRIOS | 61200 N MILITARY RD | | SLIDELL | LA | 70461-1804 | K62271 | 66.90 | * |
| LARRY SCACCIA | 3620 N OKETO AVE | | CHICAGO | IL | 60634-3426 | K57666 | 66.90 | * |
| LARRY SCHABEL | 3035 SCOTCH RIDGE RD | | CARLISLE | IA | 50047-3166 | K20235 | 66.90 | * |
| LARRY SCHNEIDER | 191 COLONY DR | | HOLBROOK | NY | 11741-2847 | K48633 | 66.90 | * |
| LARRY SCHROCK | 517 MURPHYS ESTATE DR | | THE VILLAGES | FL | 32162-6070 | K44045 | 66.90 | * |
| LARRY SHAY | 6502 N QUEEN FRANCES LN | | PEORIA | IL | 61615-7801 | K46777 | 66.90 | * |
| LARRY SIMON | 22754 ARROWHEAD LN | | SHELL KNOB | MO | 65747-7508 | K20813 | 66.90 | * |
| LARRY SMITH | 505 AUGUSTA RD | | HERMITAGE | TN | 37076-1539 | K41523 | 66.90 | * |
| LARRY SMRCKA | 1127 13TH AVE S | | CLINTON | IA | 52732-6206 | K59106 | 66.90 | * |
| LARRY SOLL | 2358 SUNSHINE CANYON DR | | BOULDER | CO | 80302-9724 | K46446 | 66.90 | * |
| LARRY SPICKNELL | 3253 KEMLER RD | | EATON RAPIDS | MI | 48827-9201 | K43402 | 66.90 | * |
| LARRY STIERLI | 11055 SOSPEL PL | | LAS VEGAS | NV | 89141-3818 | K30591 | 66.90 | * |
| LARRY SUTHERLIN | 1718 ESTHER CT | | PLAINFIELD | IN | 46168-9336 | K46520 | 66.90 | * |
| LARRY T SCHMIDT | 5 DORCHESTER DR APT T3 | | PITTSBURGH | PA | 15241-1022 | K38321 | 66.90 | * |
| LARRY THOME | 8306 W 55TH ST S | | CLEARWATER | KS | 67026-9011 | K31271 | 66.90 | * |
| LARRY THOMPSON | PO BOX 20369 | | WICKENBURG | AZ | 85358-5369 | K48283 | 66.90 | * |
| LARRY VASKO | 116 FARMSTEAD DR | | LANCASTER | PA | 17603-7912 | K61482 | 66.90 | * |
| LARRY W ANDERSON | PO BOX 745 | | INTERNATIONAL | MN | 56649-0745 | K25622 | 66.90 | * |
| LARRY W SHULER | 158 IBIS POINT RD | | SANTEE | SC | 29142-9172 | K30610 | 66.90 | * |
| LARRY W WIEDMAYER | 3725 NOTTEN RD | | GRASS LAKE | MI | 49240-9107 | V98867 | 66.90 | * |
| LARRY WALKER | 4020 E COUNTY LINE N | | WHITE BEAR LA | MN | 55110-1613 | K19268 | 66.90 | * |
| LARRY WALLACE | 225 S FERN AVE | | WICHITA | KS | 67213-4037 | K54017 | 66.90 | * |
| LARRY WARD | 118 W SOUTH ST | | WILLIAMSTON | MI | 48895-1340 | K40501 | 66.90 | * |
| LARRY WEED | 7890 HIGHWAY 2 | | DEVILS LAKE | ND | 58301-9619 | K34928 | 66.90 | * |
| LARRY WENGER | 3135 CAMPUS DR APT 129 | | SAN MATEO | CA | 94403-3133 | K57288 | 66.90 | * |
| LARRY WILLIAM ABERNATHY | 1026 KEYSTONE LN | | CLEMSON | SC | 29631-2026 | K20782 | 66.90 | * |
| LARRY WILLIAM GRAY JR | 611 TREIBLEY RD | | NEW COLUMBIA | PA | 17856-9075 | K22674 | 66.90 | * |
| LARRY WILLIS | 928B CALDWELL LN | | NASHVILLE | TN | 37204-4016 | K43757 | 66.90 | * |
| LARRY WINEGARDNER | 2119 PRAIRIE ROSE DR | | LIMA | OH | 45807-1496 | K44966 | 66.90 | * |
| LARRY WINSLOW | 3920 POUDRE DR | | LOVELAND | CO | 80538-4862 | K58956 | 66.90 | * |
| LARRY WITTMER | 234 BROADMORE RD SW | | CEDAR RAPIDS | IA | 52404-1042 | K56961 | 66.90 | * |
| LARRY YANDL | 6367 N ROUND BARN RD | | WILLIAMSBURG | IN | 47393-9741 | K25823 | 66.90 | * |
| LARRY ZOCHER | 4428 KATHERINE ST | | DEARBORN HEIG | MI | 48125-2618 | K60060 | 66.90 | * |
| LARY ARMENTROUT | 683 BRIDLE RIDGE CIR | | EAGAN | MN | 55123-1682 | K56323 | 66.90 | * |
| LARY R WILSON | 1604 MANCHESTER CT | | NAPLES | FL | 34109-0429 | K12407 | 66.90 | * |
| LAS LOMAS HIGH SCHOOL | c/o PAT CHURCH | 1460 S MAIN ST | WALNUT CREEK | CA | 94596-5383 | | 0.00 | ** |
| LASONIA M MCDANIEL | 2276 OVERTON RD | | AUGUSTA | GA | 30904-3455 | K20383 | 66.90 | * |
| LATIFAH HAQQ | 706 MEADOWDALE PL | | SHREVEPORT | LA | 71108-5713 | K14411 | 66.90 | * |
| LATINA YVETTE QUINN | 5858 N 65TH ST | | MILWAUKEE | WI | 53218-1923 | K34627 | 66.90 | * |
| LATRISHA STEWART JEMISON | 4165 DODSON CHAPEL RD | | HERMITAGE | TN | 37076-2742 | K43759 | 66.90 | * |
| LAURA [LAURIE] FELBER | 5789 FRAME RD | | ELKVIEW | WV | 25071-7030 | K39996 | 66.90 | * |
| LAURA B TRIGGS | 3858 N RIVER ST | | ARLINGTON | VA | 22207-4650 | K25879 | 66.90 | * |
| LAURA BECK | 790 SKYVIEW DR | | MILTON | PA | 17847-7600 | K17547 | 66.90 | * |
| LAURA BROWN | 390 PAGE DR | | MOUNT JULIET | TN | 37122-3404 | K36329 | 66.90 | * |
| LAURA C KENNEDY | 381 ROUTE 390 | | TAFTON | PA | 18464-9770 | K25079 | 66.90 | * |
| LAURA CAVANAGH | 142 BRIGHTON DR | | SEWICKLEY | PA | 15143-8866 | K41399 | 66.90 | * |
| LAURA DENTON | 11701 FERNSHIRE RD | | GAITHERSBURG | MD | 20878-1927 | K26584 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LAURA DREY | 2248 CRANFORD RD | | DURHAM | NC | 27705-1008 | K39089 | 66.90 | * |
| LAURA DUGGAN | 4714 BOULDER PL | | LA MESA | CA | 91941-5577 | K45879 | 66.90 | * |
| LAURA E FISH | 49 OAK HILL DR | | SHARON | MA | 02067-2308 | K10881 | 66.90 | * |
| LAURA EDDLESTON | 990 CRANBROOK RD | | BLOOMFIELD HI | MI | 48304-2723 | K42295 | 66.90 | * |
| LAURA ELLIS | 10 SANDT LN | | LONG VALLEY | NJ | 07853-3304 | K39974 | 66.90 | * |
| LAURA HALLE | 4792 87TH AVE NE | | DEVILS LAKE | ND | 58301-8702 | K31719 | 66.90 | * |
| LAURA HUMPHREY | 1379 JENKINS AVE | | GRANTS PASS | OR | 97527-9209 | K32795 | 66.90 | * |
| LAURA J HAAS | 3716 COUNTRY CLUB CIR | | FORT WORTH | TX | 76109-1034 | K33516 | 66.90 | * |
| LAURA J SILVER | 89 NEEDHAM ST APT 2168 | | NEWTON | MA | 02461-1638 | K17790 | 66.90 | * |
| LAURA JEAN MCCLOUD | 4329 ODONAHUE DR | | JOLIET | IL | 60431-8959 | K57056 | 66.90 | * |
| LAURA KERSHNER | 97 HENRY ST | | CAMBRIDGE | MA | 02139-4728 | K50074 | 66.90 | * |
| LAURA L HARLEY | 10 WINCHESTER ST | | HAVERHILL | MA | 01835-8124 | K20606 | 66.90 | * |
| LAURA L PRADOS | 7021 STAGECOACH TRL | | KNOXVILLE | TN | 37909-1112 | K22976 | 66.90 | * |
| LAURA L THORSON | 18388 430TH ST | | LELAND | IA | 50453-7584 | K58638 | 66.90 | * |
| LAURA L VAN DYKE | 3990 WRIGHT AVE | | SAINT ANN | MO | 63074-1965 | K38539 | 66.90 | * |
| LAURA M GRIFFITH | 16 ELIZABETH RD | | SOUTH BERWICK | ME | 03908-2174 | K24145 | 66.90 | * |
| LAURA MCDONAGH | 7 WARRENTON CT | | HUNTINGTON | NY | 11743-3760 | K42358 | 66.90 | * |
| LAURA MCMAHAN | 231 DEVIN DR | | LEXINGTON | SC | 29072-9753 | K33802 | 66.90 | * |
| LAURA MURPHY | 40 LADEIRA AVE | | PORTSMOUTH | RI | 02871-2504 | K25543 | 66.90 | * |
| LAURA N JACOBS | 1501 ALLVIEW DR | | ROCKVILLE | MD | 20854-2618 | K47019 | 66.90 | * |
| LAURA OLSON | 105 W DIVISION ST | | RICHLAND | IA | 52585-9519 | K15481 | 66.90 | * |
| LAURA PEITZMEIER | 208 ROSE AVE | | YUTAN | NE | 68073-3021 | K53715 | 66.90 | * |
| LAURA REINHOLZ | 7 PARSONS WAY | | SOUTHAMPTON | MA | 01073-9216 | K39831 | 66.90 | * |
| LAURA ROCHE | 4678 MARGO WAY | | LOXAHATCHEE | FL | 33470-2394 | K42204 | 66.90 | * |
| LAURA ROOT | 1263 RITCHIE RD | | STOW | OH | 44224-1719 | K62013 | 66.90 | * |
| LAURA ROVITTO | 234 SUMMIT AVE | | PITTSBURGH | PA | 15202-2938 | K42366 | 66.90 | * |
| LAURA S SHORTRIDGE | 4587 TOWNLINE RD | | ALBION | NY | 14411-9320 | K32699 | 66.90 | * |
| LAURA SCHNEIDER | 7168 VIA PALOMAR | | BOCA RATON | FL | 33433-5920 | K42890 | 66.90 | * |
| LAURA SLATER | 1203 BAHAMA BND APT C1 | | COCONUT CREEK | FL | 33066-2517 | K46905 | 66.90 | * |
| LAURA SMITH | 5803 INGRAM RD APT 1801 | | SAN ANTONIO | TX | 78228-3459 | K22508 | 66.90 | * |
| LAURA STEELE | 2763 S E ST | | RICHMOND | IN | 47374-6782 | K36571 | 66.90 | * |
| LAURA WINGET | 1007 FAIRWOOD AVE | | MARION | OH | 43302-1631 | K50676 | 66.90 | * |
| LAURA WOLFSWINKEL | 2136 CANDELERO ST | | SANTA FE | NM | 87505-5603 | K54318 | 66.90 | * |
| LAURA YANTZ | 5583 GOVERNORS POND CIR | | ALEXANDRIA | VA | 22310-2349 | K25212 | 66.90 | * |
| LAURA ZEIGEL | 1510 WAZEE ST UNIT 2 | | DENVER | CO | 80202-5936 | K18960 | 66.90 | * |
| LAURAL ARMSTRONG | 705 NORTH ST | | PORTSMOUTH | VA | 23704-2447 | K15425 | 66.90 | * |
| LAURANE FERBER | 22 ALAN LOOP | | STATEN ISLAND | NY | 10304-4460 | K49508 | 66.90 | * |
| LAURELLA TUTTLE | 11 VALLEY TRL | | ROUND ROCK | TX | 78664-9751 | K50206 | 66.90 | * |
| LAUREN DARR | 1443 CAROL ST | | PARK RIDGE | IL | 60068-1205 | K26755 | 66.90 | * |
| LAUREN RUBEL | 13294 AVILA BEACH CV | | DELRAY BEACH | FL | 33446-5640 | K54914 | 66.90 | * |
| LAUREN SMITH | 603 CHAPEL HILL WEST DR | | INDIANAPOLIS | IN | 46214-3605 | K24536 | 66.90 | * |
| LAURENCE CARR | 2000 LANCASHIRE AVE UNIT 203 | | LOUISVILLE | KY | 40205-2970 | V99033 | 66.90 | * |
| LAURENCE D KOPLAN | 1311 COMMONWEALTH AVE | | WEST NEWTON | MA | 02465-2912 | K10679 | 66.90 | * |
| LAURENCE E PLOUFFE | 10 MEADOW LN | | OLD LYME | CT | 06371-1706 | V98613 | 66.90 | * |
| LAURENCE E REYNOLDS | 10 FELLS MANOR RD | | CALDWELL | NJ | 07006-6126 | K45797 | 66.90 | * |
| LAURENCE FISHBACH | 972 GRAND VIEW LN | | AURORA | OH | 44202-8845 | K48264 | 66.90 | * |
| LAURENCE MANLEY | 6266 CAMINITO DEL OESTE | | SAN DIEGO | CA | 92111-6829 | K48309 | 66.90 | * |
| LAURENCE SCHIFFER | 244 GAY AVE | | CLAYTON | MO | 63105-3622 | K40790 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LAURENCE T [LARRY] GERSKY SR | 23855 MARY ST | | TAYLOR | MI | 48180-2336 | K59116 | 66.90 | * |
| LAURETTA [NADINE] RICE | 4111 EMMAUS CHURCH RD | | MOUNT OLIVE | NC | 28365-8237 | K26563 | 66.90 | * |
| LAURIE A LEEDS | 4300 SANDLEWOOD LN | | HOFFMAN ESTAT | IL | 60192-1230 | K59553 | 66.90 | * |
| LAURIE ANDERSON | 128 TERRACE AVE | | UPPER DARBY | PA | 19082-1224 | K34930 | 66.90 | * |
| LAURIE D HART | 33857 ROAD 160 | | VISALIA | CA | 93292-9164 | K15353 | 66.90 | * |
| LAURIE E SOLOMON | 500 W BRADLEY RD APT 229A | | MILWAUKEE | WI | 53217-2621 | K40602 | 66.90 | * |
| LAURIE J GOODLOCK | 4100 FREIERMUTH RD | | STOCKBRIDGE | MI | 49285-9520 | K29834 | 66.90 | * |
| LAURIE LOMBARDI | 48 ACREBROOK DR | | CHICOPEE | MA | 01020-2102 | K46315 | 66.90 | * |
| LAURIE MROCZEK | 24511 63RD AVE | | MATTAWAN | MI | 49071-9523 | K45932 | 66.90 | * |
| LAURIE NATTBOY | 167 E 61ST ST APT 22E | | NEW YORK | NY | 10065-8150 | K46240 | 66.90 | * |
| LAURIE SUE CHECKOWAY | 8565 E VIA DE SERENO | | SCOTTSDALE | AZ | 85258-3945 | K14534 | 66.90 | * |
| LAURIE WARREN | 26730 NEW LANCASTER RD | | LOUISBURG | KS | 66053-8005 | K25226 | 66.90 | * |
| LAURIE WILCOX | 633 W FLETCHER ST | | HAXTUN | CO | 80731-2740 | K16727 | 66.90 | * |
| LAURINE WILLIAMS | 910 PINEDALE LN | | DALLAS | TX | 75241-1939 | V99766 | 66.90 | * |
| LAURIS BARR | 535N COUNTY ROAD 441 | | MANISTIQUE | MI | 49854-8848 | K40570 | 66.90 | * |
| LAVAUGHN ENIS | 2112 MELANIE LN APT A | | MARION | IL | 62959-4753 | K50971 | 66.90 | * |
| LAVELLE WALLS | 209 SHOREWOOD DR | | INTERNATIONAL | MN | 56649-2145 | K18355 | 66.90 | * |
| LAVENA FARMER | 16812 KICKAPOO RD | | LEAVENWORTH | KS | 66048-8495 | K39610 | 66.90 | * |
| LAVERA MITCHELL | 901 N GARDEN BLVD APT | | LEWISVILLE | TX | 75077-2971 | K42343 | 66.90 | * |
| LAVERAL [LEA] FITZ | 43 HILLCREST DR | | SUGAR GROVE | IL | 60554-9183 | K56358 | 66.90 | * |
| LAVERNE EBNER | 8727 RIVERDALE RD | | PLATTSMOUTH | NE | 68048-4810 | K55189 | 66.90 | * |
| LAVERNE GROVES | 701 MAPLE AVE | | GREENCASTLE | IN | 46135-2139 | K44537 | 66.90 | * |
| LAVERNE HARTMAN | 2456 TANANA DR | | NORTH POLE | AK | 99705-6035 | K26122 | 66.90 | * |
| LAVERNE HINES-POWELL | 1865 STANGER AVE | | WILLIAMSTOWN | NJ | 08094-8726 | K41554 | 66.90 | * |
| LAVERNE KAILIMAI | 11290 RAWSONVILLE RD | | BELLEVILLE | MI | 48111-9445 | K58858 | 66.90 | * |
| LAVERNE KARSTEADT | 1204 PARKWOOD BLVD APT C | | SHEBOYGAN | WI | 53081-7294 | K55256 | 66.90 | * |
| LAVERNE LORD | 245 SILENT MEADOW DR | | LAKE SAINT LO | MO | 63367-2623 | K34227 | 66.90 | * |
| LAVERNE PIERCE | 719 LYONS ST | | NEW ORLEANS | LA | 70115-1626 | K12495 | 66.90 | * |
| LAVERNE SMITH | 1893 STATE ROUTE 44 N | | SHINGLEHOUSE | PA | 16748-1900 | K23647 | 66.90 | * |
| LAVERNE STEELE | 1641 20TH AVE UNIT 101 | | INTERNATIONAL | MN | 56649-2135 | K19119 | 66.90 | * |
| LAVINA HURST | 5831 EISENHOWER AVE | | GREAT BEND | KS | 67530-3139 | K48891 | 66.90 | * |
| LAVINA SCHWANINGER | 28100 SW 14TH ST | | MARTELL | NE | 68404-6157 | K53883 | 66.90 | * |
| LAVONDA CRIDER | 3475 PURDY RD | | HUNTINGDON | TN | 38344-8049 | K32070 | 66.90 | * |
| LAVONNE M TENNYSON | 2205 8TH AVE N | | GRAND FORKS | ND | 58203-2950 | K37595 | 66.90 | * |
| LAWANA MOORE | 3204 75TH ST | | LUBBOCK | TX | 79423-1307 | K43657 | 66.90 | * |
| LAWRENCE [BILL] STROCK JR | 256 MARIGOLD RD | | ORANGEBURG | SC | 29115-9629 | K58401 | 66.90 | * |
| LAWRENCE [LARRY] HAMMOND | 25 DOGWOOD LN | | MOUNTVILLE | PA | 17554-1227 | K31016 | 66.90 | * |
| LAWRENCE [LARRY] KOHLS | 400 THOMAS CHAPEL DR | | ARLINGTON | TX | 76014-3024 | K48989 | 66.90 | * |
| LAWRENCE [LARRY] MEANS | 1772 RAY ST | | LIBERTY | MO | 64068-2687 | K14916 | 66.90 | * |
| LAWRENCE [LARRY] ORTH | 4711 STONECREST TER | | SAINT JOSEPH | MO | 64506-3145 | K28459 | 66.90 | * |
| LAWRENCE [LARRY] SINGER | 731 EATON RD | | DREXEL HILL | PA | 19026-1506 | K45181 | 66.90 | * |
| LAWRENCE [ROCKY] BANGS | 1221 PARKER PL UNIT 7 | | SAN DIEGO | CA | 92109-5423 | K30371 | 66.90 | * |
| LAWRENCE A (LARRY) MARABLE | 983 VAN BUREN AVE | | OGDEN | UT | 84404-5151 | K12550 | 66.90 | * |
| LAWRENCE A DICKEY | 2640 N CAMINO VALLE VERDE | | TUCSON | AZ | 85715-3412 | K45115 | 66.90 | * |
| LAWRENCE ALMO | 20622 N 103RD DR | | PEORIA | AZ | 85382-2263 | K52770 | 66.90 | * |
| LAWRENCE AMADO | 723 CENTER AVE | | MARTINEZ | CA | 94553-4666 | K53216 | 66.90 | * |
| LAWRENCE BARNARD | 15355 BUCK ST | | TAYLOR | MI | 48180-5124 | K60173 | 66.90 | * |
| LAWRENCE BURDELL | 476 BANDY RD | | BIDWELL | OH | 45614-9113 | K51087 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| LAWRENCE C [L C] KNIES JR | 1317 8TH ST | | OLD HICKORY | TN | 37138-3210 | K37138 | 66.90 | * |
| LAWRENCE C CANIPE SR | 132 BUTLER AVE | | NORTH AUGUSTA | SC | 29841-3456 | K20064 | 66.90 | * |
| LAWRENCE C EPSTEIN | 3700 ISLAND BLVD # C205 | | AVENTURA | FL | 33160-4952 | K58265 | 66.90 | * |
| LAWRENCE C LITTLE | 127 KINSLEY RD | | PEMBERTON | NJ | 08068-1505 | K48217 | 66.90 | * |
| LAWRENCE C LOJE | 4076 SQUIRE HILL DR | | FLUSHING | MI | 48433-3101 | K43712 | 66.90 | * |
| LAWRENCE DAVIS | 1090 WILLIAMS RD | | COLUMBUS | OH | 43207-5165 | K32123 | 66.90 | * |
| LAWRENCE DODGE | 235 NE 64TH ST | | DES MOINES | IA | 50327-9172 | K23223 | 66.90 | * |
| LAWRENCE DUNPHY | 1413 WARFORD ST | | PERRY | IA | 50220-1625 | K54745 | 66.90 | * |
| LAWRENCE E [LARRY] SCHAUF | 13956 N HONEY BEE TRL | | ORO VALLEY | AZ | 85755-4740 | K30498 | 66.90 | * |
| LAWRENCE E COFFEY | 700 JOHN RINGLING BLVD APT W | | SARASOTA | FL | 34236-1567 | K51698 | 66.90 | * |
| LAWRENCE E FANSHER | 1800 SW D ST | | RICHMOND | IN | 47374-5022 | K32999 | 66.90 | * |
| LAWRENCE E MEYER | 35403 EUCLID AVE W2 | | WILLOUGHBY | OH | 44094 | K44004 | 66.90 | * |
| LAWRENCE E MILLER | 1530 4TH ST | | SIMI VALLEY | CA | 93065-3211 | K29864 | 66.90 | * |
| LAWRENCE E STREETER | 6450 PIERCE ST | | ARVADA | CO | 80003-4543 | K24883 | 66.90 | * |
| LAWRENCE E SUMNER | 3651 E BARANCA CT | | GILBERT | AZ | 85297-8271 | K17639 | 66.90 | * |
| LAWRENCE G DUNNIGAN | 5487 KALES AVE | | OAKLAND | CA | 94618-1504 | K54293 | 66.90 | * |
| LAWRENCE GEHRET | 8510 DAWSON RD | | FORT LORAMIE | OH | 45845-9733 | K36948 | 66.90 | * |
| LAWRENCE GREEN | 1335 VANDALE PL | | ANDERSON | SC | 29626-6752 | K59629 | 66.90 | * |
| LAWRENCE H [LARRY] SAWTELLE | 105 CORONA ST | | WARWICK | RI | 02886-1724 | K27925 | 66.90 | * |
| LAWRENCE H LESCH SR | 28 POWWOW RIVER RD | | KINGSTON | NH | 03848-3345 | K48992 | 66.90 | * |
| LAWRENCE HAMM | 3274 PELOT LN | | WISCONSIN RAP | WI | 54495-9321 | K48657 | 66.90 | * |
| LAWRENCE J [LARRY] FRAZIN MD | 301 W RAVINE BAYE RD | | BAYSIDE | WI | 53217-1336 | K41939 | 66.90 | * |
| LAWRENCE JAYNES LYNCH MD | 401 ARLINGTON RD | | SAVANNAH | GA | 31419-2844 | K46651 | 66.90 | * |
| LAWRENCE JOHNSON | 3310 BARRINGTON RD | | BLOOMINGTON | IL | 61704-8361 | K47728 | 66.90 | * |
| LAWRENCE KURTH | 210 E MIAMI ST | | PAOLA | KS | 66071-1746 | K53149 | 66.90 | * |
| LAWRENCE LIEBERMAN | 1915 WESTMINSTER CIR APT 1 | | VERO BEACH | FL | 32966-8081 | K58251 | 66.90 | * |
| LAWRENCE LUKENDA | 5 FURBER AVE | | LINDEN | NJ | 07036-3615 | K15063 | 66.90 | * |
| LAWRENCE NOLAN | 364 SAN BENITO WAY | | SAN FRANCISCO | CA | 94127-2533 | K51756 | 66.90 | * |
| LAWRENCE OLIVER | 3905 SHADY LN | | WILLIAMSBURG | VA | 23188-2554 | K21347 | 66.90 | * |
| LAWRENCE OLSON | 45 MCKENZIE CT | | MILTON | WV | 25541-8617 | K39207 | 66.90 | * |
| LAWRENCE P [LARRY] DOUGHERTY | 7129 RIVERVIEW AVE | | EDGELY | PA | 19007-5826 | K25944 | 66.90 | * |
| LAWRENCE P [LARRY] JOUET SR | 5232 MEADOWDALE ST | | METAIRIE | LA | 70006-3926 | K51298 | 66.90 | * |
| LAWRENCE P WARREN | 142 LONGSHORE AVE | | YARDLEY | PA | 19067-1730 | K25727 | 66.90 | * |
| LAWRENCE R KIRCHNER | 430 LOCH RIDGE RD | | WETUMPKA | AL | 36092-7406 | K43044 | 66.90 | * |
| LAWRENCE SANTA MARIA | 21190 JIMMERSALL LN | | GROVELAND | CA | 95321-9554 | K54224 | 66.90 | * |
| LAWRENCE TIEFENBACH | 26315 E WEXFORD DR | | PERRYSBURG | OH | 43551-9069 | K43448 | 66.90 | * |
| LAWRENCE VINCENT JONES | 3013 TUSK RD | | JACKSONVILLE | FL | 32209-2244 | K40731 | 66.90 | * |
| LAWRENCE W DICKENSON | 4343 GRAMERCY CIR | | ALEXANDRIA | VA | 22309-1223 | K38109 | 66.90 | * |
| LAWRENCE WOLFE | PO BOX 365 | | RACINE | OH | 45771-0365 | K51218 | 66.90 | * |
| LAWSON M [BILL] ALEXANDER | PO BOX 94 | | CHARLOTTESVIL | IN | 46117-0094 | K24061 | 66.90 | * |
| LAYNE KELLEY | 1290 PARKVIEW DR | | NEW RICHMOND | WI | 54017-2379 | K27022 | 66.90 | * |
| LCDR BERNARD HARVEY | 18 HEMLOCK LN | | MONROE | CT | 06468-1033 | K46096 | 66.90 | * |
| LCDR VICTOR SAMUEL SMITH RET | 3570 MEADOW LAKE DR W | | SLIDELL | LA | 70461-5555 | K56724 | 66.90 | * |
| LCOL MORRIS R ROBERTS USMC | 809 BAY ST | | GREEN COVE SP | FL | 32043-3205 | K29870 | 66.90 | * |
| LE MARS HIGH SCHOOL | | 921 3RD AVE SW | LE MARS | IA | 51031 | | 0.00 | ** |
| LE ROY WAYNE NIELSEN | 831 WYNDSTONE DR | | ELWOOD | IL | 60421-6048 | K53209 | 66.90 | * |
| LE ROY WILLARD BRANSON | 12242 SANDRA CIR | | OMAHA | NE | 68137-3413 | K52599 | 66.90 | * |
| LEAETTA JACKSON | 1410 14TH ST | | INTERNATIONAL | MN | 56649-2858 | K18253 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LEAH JENNETT | 784 TAMARACK DR | | SAN RAFAEL | CA | 94903-3722 | K13653 | 66.90 | * |
| LEAH JONSON | 109 YEOPIM CIR | | HERTFORD | NC | 27944-9653 | K30991 | 66.90 | * |
| LEAH MAE [TINKER] BYARS | 312 WOODWARD BLVD | | SUMMERVILLE | SC | 29483-3136 | K37703 | 66.90 | * |
| LEAH MITCHELL | 2356 REDWOOD AVE | | GRANTS PASS | OR | 97527-6236 | K35657 | 66.90 | * |
| LEAH PUZZO | 135 HILLCREST AVE | | LEONIA | NJ | 07605-1508 | K53552 | 66.90 | * |
| LEAH R SCHAEFER | 14660 SE 175TH ST | | WEIRSDALE | FL | 32195-3002 | K60873 | 66.90 | * |
| LEAH WARSHAW | 16490 TIMBERLAKES DR APT 203 | | FORT MYERS | FL | 33908-4363 | K53203 | 66.90 | * |
| LEAH ZENDEL | 6 WANDERING TRAIL CT | | POTOMAC | MD | 20854-2373 | K45443 | 66.90 | * |
| LEANNE ENSELL COATES | PO BOX 211 | | KINGSVILLE | OH | 44048-0211 | K25162 | 66.90 | * |
| LEANNE MILLS | 8638 302ND ST | | CHISAGO CITY | MN | 55013-9642 | K21357 | 66.90 | * |
| LEANNE SIMONSON | 6133 E MOUNTAIN VIEW RD | | PARADISE VALL | AZ | 85253-1801 | K35983 | 66.90 | * |
| LEATRICE HALL-MARKS | 5948 2ND ST | | SHREVEPORT | LA | 71108-4004 | V99833 | 66.90 | * |
| LEATRICE HELEN MILLER | 10015 W ROYAL OAK RD APT 111 | | SUN CITY | AZ | 85351-3114 | K60642 | 66.90 | * |
| LEATRICE SNOWDEN | 3701 CONSHOHOCKEN AVE APT 60 | | PHILADELPHIA | PA | 19131-5510 | K60801 | 66.90 | * |
| LEAVENWORTH HIGH SCHOOL | LEAVENWORTH PUBLIC SCHOOLS E | 2012 10TH AVE | LEAVENWORTH | KS | 66048-4207 | | 0.00 | ** |
| LEAVENWORTH HIGH SCHOOL | c/o AMY SLOAN | 2012 10TH AVE | LEAVENWORTH | KS | 66048-4207 | | 0.00 | ** |
| LEE [SHIRLEY] WYANT JR | 5219 GROUSE RUN DR | | STOCKTON | CA | 95207-5334 | K34165 | 66.90 | * |
| LEE A BROWN | 10020 DESPERADO | | WACO | TX | 76708-6195 | K38176 | 66.90 | * |
| LEE A FURLONG | 632 CONSTITUTION CIR | | CLAIRTON | PA | 15025-1047 | K60740 | 66.90 | * |
| LEE ANN GRAY | 471 N CATARACT RD | | CLOVERDALE | IN | 46120-8053 | K44683 | 66.90 | * |
| LEE ANN PICKERING | 208 N 28TH ST | | RICHMOND | VA | 23223-7328 | K39530 | 66.90 | * |
| LEE ANN RITTINGER | 132 FERRIS DR | | BROOKLYN | MI | 49230-9776 | V99161 | 66.90 | * |
| LEE ANN SINNER | 1667 HIGHWAY 348 | | DELTA | CO | 81416-8953 | K17604 | 66.90 | * |
| LEE BARRY SANDLER | 343 SCOTTSDALE RD | | PLEASANT HILL | CA | 94523-5117 | K35297 | 66.90 | * |
| LEE BOOZER MAYER | 1074 SPEARMAN RD | | NEWBERRY | SC | 29108-6751 | K34074 | 66.90 | * |
| LEE BULLOCK | 1406 NW 122ND ST APT 111 | | OKLAHOMA CITY | OK | 73114-8038 | K62962 | 66.90 | * |
| LEE C WALP CFP | 124 BENTLEY LN | | LANCASTER | PA | 17603-6223 | K26711 | 66.90 | * |
| LEE DORFMAN | 1003 NW SHATTUCK WAY APT 344 | | GRESHAM | OR | 97030-3763 | K34868 | 66.90 | * |
| LEE FELDMAN | 2045 S FILLMORE ST | | DENVER | CO | 80210-3516 | K38173 | 66.90 | * |
| LEE HAGER | 14814 S VALLEY RD | | WYOMING | IL | 61491-8947 | K51677 | 66.90 | * |
| LEE HAINES | 158 PARK AVE | | EPHRATA | PA | 17522-2020 | K57783 | 66.90 | * |
| LEE HALLAUX | 43 EUREKA LAKE RD | | EUREKA | KS | 67045-9488 | K33309 | 66.90 | * |
| LEE HEIKKINEN | 2642 QUEENSLAND DR | | ELLICOTT CITY | MD | 21042-2383 | K31363 | 66.90 | * |
| LEE HICKERSON | 15808 27TH AVE N | | PLYMOUTH | MN | 55447-1928 | K35677 | 66.90 | * |
| LEE HIEGER | 9009 N MAY AVE APT 159 | | OKLAHOMA CITY | OK | 73120-4463 | K29709 | 66.90 | * |
| LEE HUNT | 208 GLEN DR | | GALLIPOLIS | OH | 45631-1519 | K35646 | 66.90 | * |
| LEE KIKEL | 5053 MEADOWRIDGE LN | | GIBSONIA | PA | 15044-8235 | K46345 | 66.90 | * |
| LEE LOVE | 9021 SMOKEY HILL LN | | INDIAN LAND | SC | 29707-5526 | K42463 | 66.90 | * |
| LEE MCGRAW JR | 9805 CHAMBERS CIR | | LOUISVILLE | KY | 40299-3419 | K32647 | 66.90 | * |
| LEE MECUM | 435 S CENTRAL AVE | | STOCKTON | CA | 95204-5111 | K55438 | 66.90 | * |
| LEE PARODI | 133 SHENANDOAH WAY | | LOCHBUIE | CO | 80603-7758 | K58316 | 66.90 | * |
| LEE R DOUGLASS | 1250 WEST PIONEER PARKWAY AP | | ARLINGTON | TX | 76013-6291 | K27270 | 66.90 | * |
| LEE R WHITAKER | 1502 NATHAN DR | | MARION | IL | 62959-3879 | K48903 | 66.90 | * |
| LEE RAYMOND | 910 PENNSYLVANIA AVE APT 110 | | KANSAS CITY | MO | 64105-1348 | K21812 | 66.90 | * |
| LEE RUTH MILLER | 5346 ASCOT BND | | BOCA RATON | FL | 33496-1605 | K12829 | 66.90 | * |
| LEE VANDER HEIDE | 2272 MARK WEST SPRINGS RD | | SANTA ROSA | CA | 95404-8631 | K31730 | 66.90 | * |
| LEE W VAN VOORHIS | 2601 HICKORY TRL APT 13 | | IOWA CITY | IA | 52245-3554 | K15088 | 66.90 | * |
| LEE WELLIVER | 2990 SHAKESPEARE RD | | MILTON | PA | 17847-8324 | K15691 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| LEE WHITESIDE | 1384 N ACADEMY ST | | GALESBURG | IL | 61401-1665 | K50722 | 66.90 | * |
| LEEANN CHRISTENSEN | 7048 QUAIL SPRING AVE | | TWENTYNINE PA | CA | 92277-6529 | K42595 | 66.90 | * |
| LEEROY DYKES | 33908 227TH ST | | EASTON | KS | 66020-7074 | K33313 | 66.90 | * |
| LEESAN TRUMBLY | 1320 NW LAWNRIDGE AVE | | GRANTS PASS | OR | 97526-1218 | K35811 | 66.90 | * |
| LEIANN L NEITZKE | 139 WALLACE CT | | BARTLETT | IL | 60103-6527 | K49670 | 66.90 | * |
| LEIGH A BALL | 648 FERN MEADOW DR | | UNIVERSAL CIT | TX | 78148-3704 | K55408 | 66.90 | * |
| LEIGH WARD | 2538 BIRD LN APT C | | PORTSMOUTH | VA | 23702-2339 | K13211 | 66.90 | * |
| LEILA GOULD | 301 SEVILLE M | | DELRAY BEACH | FL | 33446-2159 | K54527 | 66.90 | * |
| LELA DARLENE BRATTAIN | 744 N US HIGHWAY 231 | | GREENCASTLE | IN | 46135-9271 | K48490 | 66.90 | * |
| LELA SMITH | 5053 BLUE SPRUCE CT | | STOCKTON | CA | 95207-5201 | V99605 | 66.90 | * |
| LELAND [PETE] HOELTZEL | 245 DOAK CREEK RD | | LIBBY | MT | 59923-9704 | K33027 | 66.90 | * |
| LELAND D LARSON | 20 MANITOU TER | | MANITOU SPRIN | CO | 80829-1742 | K26817 | 66.90 | * |
| LELAND HOWARD | 907 6400 RD | | MONTROSE | CO | 81403-4642 | K17261 | 66.90 | * |
| LELAND L WORLOW | 3308 HANNAH HILL CV | | JONESBORO | AR | 72404-7911 | K41017 | 66.90 | * |
| LEM DAVIS JR | 211 NARCISSUS ST | | LAKE JACKSON | TX | 77566-5861 | K11117 | 66.90 | * |
| LEMAN SHELBY | 2450 KROUSE RD LOT 233 | | OWOSSO | MI | 48867-9308 | K57246 | 66.90 | * |
| LENA REGINA WILLIAMS | 801 NOTTINGHAM RD | | PORTSMOUTH | VA | 23701-2118 | K13170 | 66.90 | * |
| LENA STULL | 762 OLD WESTTOWN RD | | WEST CHESTER | PA | 19382-4959 | K33550 | 66.90 | * |
| LENARD TAPLEY | 6720 92ND ST | | LUBBOCK | TX | 79424-6777 | K41643 | 66.90 | * |
| LENDA VOGLER | PO BOX 34 | | LAMESA | TX | 79331-0034 | K47963 | 66.90 | * |
| LENDALL L ROBERTS | PO BOX 51472 | | KNOXVILLE | TN | 37950-1472 | K13202 | 66.90 | * |
| LENN SCHNEIDER | 5931 SEMINOLE CENTRE CT APT | | FITCHBURG | WI | 53711-5169 | K55224 | 66.90 | * |
| LENNACE CEBEREK | 744 TWOMEY AVE | | CALVERTON | NY | 11933-1358 | K30097 | 66.90 | * |
| LENNELL HERBERT-MARSHALL | 298 ANSLEM DR | | LYNCHBURG | VA | 24504-4254 | K37910 | 66.90 | * |
| LENNI ANNE SADOWSKI | 132 LAKESIDE DR | | GRASS LAKE | MI | 49240-9625 | K60279 | 66.90 | * |
| LENNY WEBER | 1317 AUTUMNVIEW DR | | BATAVIA | OH | 45103-2797 | K44196 | 66.90 | * |
| LENORA K WAIDE | 1109 E OLIVE ST | | WICHITA FALLS | TX | 76310-0130 | K27314 | 66.90 | * |
| LENORA KRIEGER | 37094 VINCENT ST | | WESTLAND | MI | 48186-3920 | K61665 | 66.90 | * |
| LENORA LONEY | 1122 7TH AVE | | INTERNATIONAL | MN | 56649-2718 | K18589 | 66.90 | * |
| LENORE BOWMAN | 5055 W PATTERSON AVE | | CHICAGO | IL | 60641-3414 | K53980 | 66.90 | * |
| LENORE BRUNS | 1214 BEHAN RD | | CRYSTAL LAKE | IL | 60014-2604 | K52820 | 66.90 | * |
| LENORE HOENIG | 3104 CUNNINGHAM DR | | ALEXANDRIA | VA | 22309-2209 | K40553 | 66.90 | * |
| LENORE K ERICKSON | 1454 STERLING AVE | | JOLIET | IL | 60432-2669 | K57990 | 66.90 | * |
| LENORE KATZ | 10564 FLATLANDS 10TH ST | | BROOKLYN | NY | 11236-4618 | K50204 | 66.90 | * |
| LENORE LEVINE | 1273 NORTH AVE APT 2D4 | | NEW ROCHELLE | NY | 10804-2739 | K52479 | 66.90 | * |
| LENORE MILLER | 511 POST RD | | GREENLAND | NH | 03840-2320 | K50216 | 66.90 | * |
| LENORE SCANLIN | 41 WALDHEIM PARK | | ALLENTOWN | PA | 18103-6774 | K31899 | 66.90 | * |
| LENORE WOLPA | 471 LEYDEN ST | | DENVER | CO | 80220-5953 | K57228 | 66.90 | * |
| LEO [JUMPY] ROBINSON | 1400 S 12TH ST | | BURLINGTON | IA | 52601-3751 | K15439 | 66.90 | * |
| LEO A DOLAN SR | 217 HAWTHORN RD | | KING OF PRUSS | PA | 19406-1841 | K36823 | 66.90 | * |
| LEO BRIDAL | 10012 HIGHWAY 92 | | INDIANOLA | IA | 50125-7006 | K21081 | 66.90 | * |
| LEO BRUNETTE | PO BOX 590 | | LA CENTER | WA | 98629-0590 | K19267 | 66.90 | * |
| LEO CAREY | 4189 KNOLLCREST CIR N | | AUGUSTA | GA | 30907-1638 | K41443 | 66.90 | * |
| LEO H CZAJKOWSKI | 199 SEELEY ST | | BROOKLYN | NY | 11218-1233 | K19949 | 66.90 | * |
| LEO J ZIEGLER | 1104 FAIR ST SE | | DEVILS LAKE | ND | 58301-3214 | K35130 | 66.90 | * |
| LEO JOSEPH PUTCHINSKI | 4200 LORIMAR DR | | PLANO | TX | 75093-6923 | K38039 | 66.90 | * |
| LEO KARSNIA | 2224 COUNTY ROAD 140 | | INTERNATIONAL | MN | 56649-8748 | K18189 | 66.90 | * |
| LEO L LANGUIRAND | 246 MARTHA ANNE DR | | SHREVEPORT | LA | 71115-3029 | K25252 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LEO LANO | 11985 LAMBERT | | TUSTIN | CA | 92782-1240 | K30411 | 66.90 | * |
| LEO MARTIN | 1014 HIGHWAY W | | ELDON | MO | 65026-4870 | K16194 | 66.90 | * |
| LEO P LANN | 6950 ROOSEVELT AVE | | MENTOR | OH | 44060-5048 | K43067 | 66.90 | * |
| LEO R CAMPBELL JR | 170 BOCA CIEGA POINT BLVD S | | MADEIRA BEACH | FL | 33708-2728 | K43647 | 66.90 | * |
| LEO R SIMPSON | 14824 BOTHELL WAY NE APT 260 | | LAKE FOREST P | WA | 98155-7660 | K37967 | 66.90 | * |
| LEO RETTIG | 1500 PALISADE AVE APT 3D | | FORT LEE | NJ | 07024-5322 | K52670 | 66.90 | * |
| LEO SCULLY | 1406 SPRINGHAVEN CIR NE | | MASSILLON | OH | 44646-2565 | K32220 | 66.90 | * |
| LEO SEILER SR | 2020 FLORA CT | | GRAND JUNCTIO | CO | 81501-6914 | K30088 | 66.90 | * |
| LEO URBANSKI | 6956 E BROAD ST # 303 | | COLUMBUS | OH | 43213-1517 | K61824 | 66.90 | * |
| LEOLA BROOKS | 999 SW 18TH ST | | BOCA RATON | FL | 33486-6823 | K44648 | 66.90 | * |
| LEOLA HUTCHINS | 4340 JANE AVE | | PFAFFTOWN | NC | 27040-9733 | K35151 | 66.90 | * |
| LEON ATTABIT | 2270 RISING HILL RD | | PLACERVILLE | CA | 95667-3829 | K52492 | 66.90 | * |
| LEON CACIOPPO JR | 79 LIVE OAK DR | | SLIDELL | LA | 70461-1305 | K56845 | 66.90 | * |
| LEON COHORN | 1677 BATTLE CREEK DR | | FRISCO | TX | 75034-6569 | K41993 | 66.90 | * |
| LEON D JACKSON | 17 COBDEN ST | | ROXBURY | MA | 02119-1327 | K14078 | 66.90 | * |
| LEON DEAHL PENDLETON | 8033 WATERVIEW BLVD | | LAKEWOOD RANC | FL | 34202-2259 | K44912 | 66.90 | * |
| LEON ENGELKING | 28325 RODGERS DR | | SANTA CLARITA | CA | 91350-3823 | K27047 | 66.90 | * |
| LEON ESPE | 407 S 20TH ST | | LEAVENWORTH | KS | 66048-2106 | K17995 | 66.90 | * |
| LEON GLASS | 1361 STATE ROUTE 57 | | PORT MURRAY | NJ | 07865-4031 | K10605 | 66.90 | * |
| LEON H HAYEN | 1060 SW SUNFLOWER CT | | TOPEKA | KS | 66604-2176 | K53724 | 66.90 | * |
| LEON HARRIS GOLINSKY | 11377 SW 84TH ST APT 106 | | MIAMI | FL | 33173-3642 | K30380 | 66.90 | * |
| LEON JOHNSON | 1250 BEAVER DR | | ERIE | PA | 16509-2905 | K14987 | 66.90 | * |
| LEON P [PAT] ZAK | PO BOX 18 | | EGG HARBOR | WI | 54209-0018 | K47458 | 66.90 | * |
| LEON PRICE | PO BOX 311121 | | CAPITOL HEIGH | MD | 20731-1121 | K13264 | 66.90 | * |
| LEON R LEASE | PO BOX 409 | | BERESFORD | SD | 57004-0409 | K19901 | 66.90 | * |
| LEON RESTER WILSON JR | 3362 MOUNTAINBROOK AVE | | NORTH CHARLES | SC | 29420-8714 | K49991 | 66.90 | * |
| LEON SCHMIDT JR | 2311 RIVER BIRCH LN | | WISCONSIN RAP | WI | 54494-0729 | K48387 | 66.90 | * |
| LEON STEINKE | 1610 LARCHMONT RD | | DAVIS | IL | 61019-9631 | K46731 | 66.90 | * |
| LEON W HOSTE | 811 ORCHARD AVE | | POINT PLEASAN | NJ | 08742-2424 | K38809 | 66.90 | * |
| LEON WEILER | 427 LASHER RD | | CLYDE | NY | 14433-9441 | K57694 | 66.90 | * |
| LEONA DHAININ | 13235 W DESERT GLEN DR | | SUN CITY WEST | AZ | 85375-4828 | K20735 | 66.90 | * |
| LEONA EKKER | 519 3RD ST N | | SARTELL | MN | 56377-1748 | K19347 | 66.90 | * |
| LEONA LARSON | 5178 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9005 | K22985 | 66.90 | * |
| LEONA SHOQUIST | 3552 COUNTY ROAD 120 | | INTERNATIONAL | MN | 56649-8826 | K21263 | 66.90 | * |
| LEONA VANSCOYK | 2142 CENTURY PARK LN APT 210 | | LOS ANGELES | CA | 90067-3323 | K41453 | 66.90 | * |
| LEONARD [LARRY] WALKOVIAK | 11198 58TH AVE | | SEMINOLE | FL | 33772-7211 | K17997 | 66.90 | * |
| LEONARD [LEN] RAUSCH | 201 EAGLE RDG | | ROANOKE | VA | 24012-9089 | K60748 | 66.90 | * |
| LEONARD A GODDY MD | 1212 PARK HILLS DR | | LOUISVILLE | KY | 40207-4312 | K40399 | 66.90 | * |
| LEONARD A WILSON SR | 4205 57TH CT | | VERO BEACH | FL | 32967-1655 | K39738 | 66.90 | * |
| LEONARD ABRAHAM | 340 MILL VALLEY RD | | BELCHERTOWN | MA | 01007-9162 | K46270 | 66.90 | * |
| LEONARD B SANFORD | 1253 SHAWNEE RD | | MADISON | TN | 37115-5467 | K36294 | 66.90 | * |
| LEONARD D SIMMONS JR | 3104 AUDUBON TRCE | | JEFFERSON | LA | 70121-1565 | K50623 | 66.90 | * |
| LEONARD DRUMMOND JR | 306 PEBBLE LN APT A | | AIKEN | SC | 29801-6101 | K22005 | 66.90 | * |
| LEONARD F HAMMOND | 11900 MAXFIELD BLVD | | HARTLAND | MI | 48353-3532 | K39912 | 66.90 | * |
| LEONARD FAKE | 211 MAIN ST | | AKRON | PA | 17501-1237 | K58425 | 66.90 | * |
| LEONARD FISCHETTI | 26 SADDLE CT | | MONROE TWP | NJ | 08831-3503 | K20556 | 66.90 | * |
| LEONARD FOSTER | 1316 GRINNELL DR | | RICHARDSON | TX | 75081-5919 | K62645 | 66.90 | * |
| LEONARD FRIED | 28 SOLS POINT RD | | CLINTON | CT | 06413-2320 | K52525 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LEONARD G [LEN] BISIGNARO | 4221 TERRACE ST | | PHILADELPHIA | PA | 19128-5016 | K39613 | 66.90 | * |
| LEONARD G STARNES | 3148 W COLLEGE ST | | SHREVEPORT | LA | 71109-2712 | K60499 | 66.90 | * |
| LEONARD GORDON | 276 RIVERSIDE DR APT 10H | | NEW YORK | NY | 10025-5273 | K47232 | 66.90 | * |
| LEONARD J ALBAUGH | 9 COLUMBIA AVE | | JAMESTOWN | RI | 02835-1307 | K26350 | 66.90 | * |
| LEONARD J ARTIGLIERE | 3 ELMWOOD LN | | WASHINGTON | NJ | 07882-4010 | K43337 | 66.90 | * |
| LEONARD J BARCHIE | 270 PARKWAY DR | | PITTSBURGH | PA | 15228-2128 | K60732 | 66.90 | * |
| LEONARD J JEANSONNE | 776 MYSTIC AVE | | GRETNA | LA | 70056-3006 | K52092 | 66.90 | * |
| LEONARD JUNG | 2909 TALLOW LN | | BOWIE | MD | 20715-2002 | K27726 | 66.90 | * |
| LEONARD KUCERA | 3527 BENJAMIN ST NE | | MINNEAPOLIS | MN | 55418-1526 | K19219 | 66.90 | * |
| LEONARD M COUNIHAN | 1055 NE MADRONA DR | | HERMISTON | OR | 97838-2091 | K13877 | 66.90 | * |
| LEONARD M PURSELL | 5944 UPPER YORK RD | | NEW HOPE | PA | 18938-9794 | K24161 | 66.90 | * |
| LEONARD MARTIN | 104 KAYLA LN | | ELKVIEW | WV | 25071-7472 | K57902 | 66.90 | * |
| LEONARD MCCOY | 2113 QUAKER PL | | CHESAPEAKE | VA | 23325-4737 | K16952 | 66.90 | * |
| LEONARD MORRISON | 110 CHENEY CREEK RD | | GRANTS PASS | OR | 97527-9505 | K34202 | 66.90 | * |
| LEONARD PRZEKOPSKI JR | 36 PINE RD | | COLCHESTER | CT | 06415-2415 | K10245 | 66.90 | * |
| LEONARD RHODES | 8626 STONE OAK DR | | HOLLAND | OH | 43528-9250 | K28838 | 66.90 | * |
| LEONARD S MORAVEC | 2309 W EDGEWOOD LN | | MCHENRY | IL | 60051-4619 | K59740 | 66.90 | * |
| LEONARD SIMON | 272 SOUTHPORT LN UNIT 32 | | KIMBERLING CI | MO | 65686-9109 | K18444 | 66.90 | * |
| LEONARD STALNAKER | 16964 NE SATCHELL CREEK RD | | CASSODAY | KS | 66842-9037 | K49132 | 66.90 | * |
| LEONARD T MARTIN | 2018 NOTTINGHAM DR | | AUGUSTA | GA | 30906-4730 | K20097 | 66.90 | * |
| LEONARD THOMAS | 7002 N AYCLIFFE DR | | PEORIA | IL | 61614-1088 | V99829 | 66.90 | * |
| LEONARD WARRENS | 1450 E HIGH ST | | LIMA | OH | 45804-2918 | K50434 | 66.90 | * |
| LEONE BURWELL | 5073 CEDARDALE LN | | FLUSHING | MI | 48433-1015 | K56702 | 66.90 | * |
| LEONE RUSBULT | PO BOX 113 | | PARNELL | IA | 52325-0113 | K57738 | 66.90 | * |
| LEONORA GIRRIER | 100 STONEY HOLLOW RD | | TIVERTON | RI | 02878-2762 | K36970 | 66.90 | * |
| LEONORA STANLEY | 3121 N NEW YORK AVE | | PEORIA | IL | 61603-1253 | K51093 | 66.90 | * |
| LEONTYNE R TABB | 16047 MARSHFIELD AVE | | HARVEY | IL | 60426-4920 | K51671 | 66.90 | * |
| LEOPOLD A SZCZYGIEL JR | 283 LEBANON AVE | | LEBANON | CT | 06249-2305 | K11317 | 66.90 | * |
| LEORA BERRY | 101 FARRS RD | | KINGSTON | TN | 37763-6377 | K44873 | 66.90 | * |
| LEOTA ANN [LEE] MARTZ | 3359 MUIRFIELD RD | | LIMA | OH | 45805-4015 | K49388 | 66.90 | * |
| LEOTA COUNTER | 1340 N SUMMITLAWN ST | | WICHITA | KS | 67212-2969 | K49520 | 66.90 | * |
| LEROY [LEE] CRUMMER | 5950 SWAN CREEK DR | | TOLEDO | OH | 43614-1021 | K56528 | 66.90 | * |
| LEROY BOTTENSEK | 2917 1ST ST S | | WISCONSIN RAP | WI | 54494-5730 | K51279 | 66.90 | * |
| LEROY BROWER | 6160 N BAYSHORE DR | | IRONS | MI | 49644-9023 | K42783 | 66.90 | * |
| LEROY CHERNE | 9817 328TH ST | | SAINT JOSEPH | MN | 56374-9694 | K20423 | 66.90 | * |
| LEROY E BUDDE | 766 85TH LN NW | | COON RAPIDS | MN | 55433-6080 | K30645 | 66.90 | * |
| LEROY ERB | 189 MCLAUGHLIN RD | | MILTON | PA | 17847-8060 | K16608 | 66.90 | * |
| LEROY GRAY | 315 OSTEND PL | | FAR ROCKAWAY | NY | 11691-4427 | K53708 | 66.90 | * |
| LEROY J URSIN | 1300 WISTERIA DR | | METAIRIE | LA | 70005-1060 | K53652 | 66.90 | * |
| LEROY JONES | 1015 E 118TH TER | | KANSAS CITY | MO | 64131-3828 | V99376 | 66.90 | * |
| LEROY LINCOLN | 1667 35TH AVE | | AVON | IL | 61415-9218 | K47179 | 66.90 | * |
| LEROY LOMMEL | 1313 ROOSEVELT RD | | SAINT CLOUD | MN | 56301-5170 | K21643 | 66.90 | * |
| LEROY MARKS | 657 W EISENHOWER RD | | LANSING | KS | 66043-2204 | K44443 | 66.90 | * |
| LEROY MINK | 7905 BRONZEROCK DR | | SAN ANTONIO | TX | 78244-3332 | K60038 | 66.90 | * |
| LEROY MORROW JR | 7350 POPHAM PL | | SOLON | OH | 44139-5797 | K47563 | 66.90 | * |
| LEROY PICKETT | 327 8TH ST | | DOWNERS GROVE | IL | 60515-5340 | K54416 | 66.90 | * |
| LEROY SPATH | 12808 NICOLLET AVE APT 101 | | BURNSVILLE | MN | 55337-2813 | K21781 | 66.90 | * |
| LEROY WALKER | 7207 OLD COLORADO CITY HWY | | BIG SPRING | TX | 79720-0565 | K48294 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| LEROY WALLIN | 1768 WAINWRIGHT DR | | RESTON | VA | 20190-3442 | K51256 | 66.90 | * |
| LERUTH SIEVERT | 2631 COBBLESTONE CT | | PLOVER | WI | 54467-2591 | K14056 | 66.90 | * |
| LES D LEVY | 5313 TOBY LN | | KENNER | LA | 70065-2345 | K57485 | 66.90 | * |
| LES LAW | 25271 WESTRIDGE RD | | GOLDEN | CO | 80403-8349 | K58996 | 66.90 | * |
| LESA BRUNS | 5066 SUGAR CAY CT | | CARMEL | IN | 46033-9546 | K26342 | 66.90 | * |
| LESA VEITH | 508 CEDAR CREST DR | | WEST DES MOIN | IA | 50265-5149 | K27026 | 66.90 | * |
| LESLEY BRITTAIN KENT-SELIM | 1200 ORMOND AVE | | DREXEL HILL | PA | 19026-2622 | K31916 | 66.90 | * |
| LESLEY E ENSIGN VERLIN | 6076 CORRIGAN AVE NE | | LOWELL | MI | 49331-9737 | K35731 | 66.90 | * |
| LESLIE [MAX] FRISBY | 4004 SOUTHLAKE CIR | | SEDALIA | MO | 65301-9322 | K48451 | 66.90 | * |
| LESLIE A HARTJE | 293 N STATE COLLEGE BLVD APT | | ORANGE | CA | 92868-5715 | K17617 | 66.90 | * |
| LESLIE ALLGYER | 136 RED WELL RD | | NEW HOLLAND | PA | 17557-9515 | K58856 | 66.90 | * |
| LESLIE ALTER | 8333 AUSTIN ST APT 4F | | KEW GARDENS | NY | 11415-1820 | K49125 | 66.90 | * |
| LESLIE ANN GLAZA | PO BOX 141123 | | GRAND RAPIDS | MI | 49514-1123 | K29276 | 66.90 | * |
| LESLIE BAIRD | 3373 EGNER AVE NE | | CEDAR SPRINGS | MI | 49319-8843 | K56386 | 66.90 | * |
| LESLIE BELL | 26 COLONIAL DR APT 1 | | CLINTON | IL | 61727-2632 | K46404 | 66.90 | * |
| LESLIE BERGER | 6306 VIA PALLADIUM | | BOCA RATON | FL | 33433-3848 | K20213 | 66.90 | * |
| LESLIE BUTLER | 5061 WOLF RUN SHOALS RD | | PRINCE WILLIA | VA | 22192-5766 | K41881 | 66.90 | * |
| LESLIE CARNINE | 2718 W GREEN ACRES RD | | ROGERS | AR | 72758-9141 | K15195 | 66.90 | * |
| LESLIE E [EBBY] NOLTING | 6706 PALATINE AVE N | | SEATTLE | WA | 98103-5232 | K24401 | 66.90 | * |
| LESLIE E [LES] SNIVELY | 985 N ALAMEDA AVE | | KLAMATH FALLS | OR | 97601-2505 | K39096 | 66.90 | * |
| LESLIE E SMITH | 945 GARRISON RIDGE BLVD | | KNOXVILLE | TN | 37922-5157 | K17870 | 66.90 | * |
| LESLIE EKLUND | 2214 LISTER RD NE | | OLYMPIA | WA | 98506-3615 | K18640 | 66.90 | * |
| LESLIE GAITA | 35 BELLEVUE AVE | | MELROSE | MA | 02176-3215 | K13238 | 66.90 | * |
| LESLIE HOLLINGSWORTH | 1561 VALLEY VIEW RD | | COVINGTON | GA | 30016-8995 | K57547 | 66.90 | * |
| LESLIE HOOF | 1617 ALLEN ST | | NORTH LITTLE | AR | 72114-3339 | K56929 | 66.90 | * |
| LESLIE J KAUSEK | 8227 CONSTANCE DR | | SARASOTA | FL | 34243-2026 | K44036 | 66.90 | * |
| LESLIE J MENDELSOHN | 1007 WINDSOR DR | | FRAMINGHAM | MA | 01701-5002 | K10725 | 66.90 | * |
| LESLIE JOSE | 6 POND VIEW LN | | MALVERN | PA | 19355-2889 | K59374 | 66.90 | * |
| LESLIE K LERNER | 77 POND AVE APT 801 | | BROOKLINE | MA | 02445-7114 | K12905 | 66.90 | * |
| LESLIE L LOUSHIN | 18627 AGILE PINES DR | | HUMBLE | TX | 77346-8006 | K43321 | 66.90 | * |
| LESLIE LIDONNICI | 235 E 22ND ST APT 4T | | NEW YORK | NY | 10010-4633 | K51106 | 66.90 | * |
| LESLIE LUCE | 8833 W CARIBBEAN LN | | PEORIA | AZ | 85381-2803 | K55643 | 66.90 | * |
| LESLIE MCFALLS | 1740 WHITE OAK RIVER RD | | MAYSVILLE | NC | 28555-9330 | K24976 | 66.90 | * |
| LESLIE MUNDJER | 10440 QUEENS BLVD APT 2D | | FOREST HILLS | NY | 11375-8129 | K50871 | 66.90 | * |
| LESLIE O SMITH | 18129 AMERICAN BEAUTY DR UNI | | CANYON COUNTR | CA | 91387-5464 | K59426 | 66.90 | * |
| LESLIE REICH | 3501 N OCEAN DR APT 8H | | HOLLYWOOD | FL | 33019-3818 | K38987 | 66.90 | * |
| LESLIE ROBINSON | 1004 WOODSIDE PKWY | | SILVER SPRING | MD | 20910-4140 | K37159 | 66.90 | * |
| LESLIE TUZZIO | 32 BIRCH RUN AVE | | DENVILLE | NJ | 07834-9321 | K15829 | 66.90 | * |
| LESLIE V WILDIN | 304 FAIRLANE RD | | ALGONA | IA | 50511-3412 | K57018 | 66.90 | * |
| LESLIE WHITEHEAD | 544 ALBANY DR | | HERMITAGE | TN | 37076-1420 | K35844 | 66.90 | * |
| LESLIE YEAGER | 396 COVINGTON DR | | ADVANCE | NC | 27006-7892 | K59000 | 66.90 | * |
| LESLIE YERKES | PO BOX 176 | | BUCKINGHAM | PA | 18912-0176 | K41597 | 66.90 | * |
| LESSIE MAE HARRIS | 2012 AUGUSTA CT | | SUFFOLK | VA | 23435-3306 | K13548 | 66.90 | * |
| LESTER [ALLEN] SIMMONS | 727 LANHAM RD | | EDGEFIELD | SC | 29824-3810 | K21511 | 66.90 | * |
| LESTER [LES] ETIENNE | 1409 OAKWOOD DR | | ALBERT LEA | MN | 56007-1542 | K18757 | 66.90 | * |
| LESTER C FARWELL II | 313 CHEYENNE DR | | BERTHOUD | CO | 80513-1343 | K35952 | 66.90 | * |
| LESTER DALE ANDERSON | 2700 E VALLEY PKWY SPC 171 | | ESCONDIDO | CA | 92027-2957 | K62782 | 66.90 | * |
| LESTER F SCHWAB | 130 TRACE LOOP | | MANDEVILLE | LA | 70448-7558 | K50276 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LESTER GEORGE CONNER | 1517 SYCAMORE ST | | HADDON HEIGHT | NJ | 08035-1529 | K48181 | 66.90 | * |
| LESTER GOLDBERG | 389 DINSMOOR DR | | CHESTERFIELD | MO | 63017-2964 | K42322 | 66.90 | * |
| LESTER GRUNIG | 903 E LAKESHORE DR APT 2 | | STORM LAKE | IA | 50588-2617 | K13949 | 66.90 | * |
| LESTER L [BUZZY] WEED JR | 629 WILLOWBANK RD | | GEORGETOWN | SC | 29440-3326 | K30613 | 66.90 | * |
| LESTER LAMMERS | 1709 14TH AVE N | | ESTHERVILLE | IA | 51334-1470 | K58950 | 66.90 | * |
| LESTER LEFKOWITZ | 7334 PRINCETON AVE | | LA MESA | CA | 91942-8718 | K48792 | 66.90 | * |
| LESTER MAURER JR | 7 OLYMPIA PARK PLZ | | MCKEESPORT | PA | 15132-6111 | K61389 | 66.90 | * |
| LESTER R PUGH | 1612 S MESA AVE | | MONTROSE | CO | 81401-5024 | K17209 | 66.90 | * |
| LESTER RASTORFER | 2440 7TH ST | | EUREKA | CA | 95501-1201 | K54448 | 66.90 | * |
| LESTER SMITH | 1214 W 132ND ST | | GARDENA | CA | 90247-1506 | V99312 | 66.90 | * |
| LESTER THEISEN | 12114 IDAHO AVE N | | CHAMPLIN | MN | 55316-2108 | K20636 | 66.90 | * |
| LEVERNA ATCHLEY-ANGEL | 607 VEINTE DR | | DELTA | CO | 81416-2947 | K17373 | 66.90 | * |
| LEVESSIE DAVIS | 541 NW 12TH ST | | FLORIDA CITY | FL | 33034-2079 | K59798 | 66.90 | * |
| LEW FELBERBAUM | 2706 SUNDOWNER DR | | SAINT CHARLES | MO | 63303-5056 | K38205 | 66.90 | * |
| LEWAYNE L WHITE | 3145 W BETTY ELYSE LN | | PHOENIX | AZ | 85053-3932 | K50522 | 66.90 | * |
| LEWIE EDWIN SHEALY | PO BOX 61178 | | SAVANNAH | GA | 31420-1178 | K30440 | 66.90 | * |
| LEWIS [HAROLD] HAYNES | 388 BALENTINE LAKE RD | | WARE SHOALS | SC | 29692-2703 | K51881 | 66.90 | * |
| LEWIS BRUNNER | 605 MAGNOLIA ST | | THOMASVILLE | GA | 31792-6561 | K44651 | 66.90 | * |
| LEWIS DUNCAN | 916 RUSWOOD CIR | | ABILENE | TX | 79601-4654 | K44465 | 66.90 | * |
| LEWIS E STAHL | 1498 WEEPING WILLOW LN | | SHERIDAN | WY | 82801-8640 | K23074 | 66.90 | * |
| LEWIS FADALE JR | 2118 PINE BLUFFS CT | | HIGHLAND | MI | 48357-4328 | K26912 | 66.90 | * |
| LEWIS GLICK | 316 N BROADWAY ST | | GREENVILLE | OH | 45331-2225 | K32124 | 66.90 | * |
| LEWIS HERBERT COOK II | 100 HOMESTEAD VLG APT 78 | | FAIRHOPE | AL | 36532-7306 | K58112 | 66.90 | * |
| LEWIS HILL | 12723 JASPER LEAF | | SAN ANTONIO | TX | 78253-5533 | K27045 | 66.90 | * |
| LEWIS HOGAN PHD | 940 5TH AVE SW | | ALBANY | OR | 97321-1906 | K30621 | 66.90 | * |
| LEWIS J THOMAS JR | 7251 KINGSBURY BLVD | | SAINT LOUIS | MO | 63130-4141 | K34099 | 66.90 | * |
| LEWIS LAWLESS | 6128 NEILL RD | | GRANTS PASS | OR | 97527-9638 | K35847 | 66.90 | * |
| LEWIS M MOTON SR | 4485 TANGELO AVE | | COCOA | FL | 32926-2847 | K41388 | 66.90 | * |
| LEWIS ROSENBAUM | 17 ABBOTT RD | | SOMERSET | NJ | 08873-2344 | K51832 | 66.90 | * |
| LEWIS TERRY GOSE | 2139 S COUNTY RD 50 W | | GREENCASTLE | IN | 46135-8877 | K46419 | 66.90 | * |
| LEWIS VENUTI | 136 GARFIELD AVE | | CLEMENTON | NJ | 08021-3901 | K44315 | 66.90 | * |
| LEXIE WILBURN | 6200 WOODFORD PL NE | | ALBUQUERQUE | NM | 87110-1352 | K17917 | 66.90 | * |
| LIBBY CASTLEMAN | 14318 OLD HENRY RD | | LOUISVILLE | KY | 40245-2059 | K44707 | 66.90 | * |
| LIBBY G BRENNER | 469 LAWRENCE RD | | BROOMALL | PA | 19008-3747 | K40962 | 66.90 | * |
| LILA BELOFSKY | 17228 BALBOA POINT WAY | | BOCA RATON | FL | 33487-1013 | K25911 | 66.90 | * |
| LILA BONNEL | 37 DALLEY RD | | RIVERTON | WY | 82501-9478 | K54469 | 66.90 | * |
| LILA E RUSS | 2324 WOODHILL CT | | PLAINFIELD | IL | 60586-6993 | K55901 | 66.90 | * |
| LILA FREUNDEL | 12788 TOUCHSTONE PL | | WEST PALM BEA | FL | 33418-6984 | K49586 | 66.90 | * |
| LILA KIMBALL | 9504 W MAPLE CT | | WEST ALLIS | WI | 53214-4149 | K22478 | 66.90 | * |
| LILBURNE LAIDLAW | 220 SIDERIUS LN | | BIGFORK | MT | 59911-6208 | K34562 | 66.90 | * |
| LILITA CARLSON | 12439 LAMONT ST | | OMAHA | NE | 68144-4116 | K58221 | 66.90 | * |
| LILLIAN [SALLY] RUMMELHART | 822 10TH AVE SW # A | | MOUNT VERNON | IA | 52314-9554 | K57996 | 66.90 | * |
| LILLIAN BANKS | 201 ADKINS ST | | MARSHALL | TX | 75670-3103 | V99607 | 66.90 | * |
| LILLIAN BARTHELL | 11270 RED FOX DR | | MAPLE GROVE | MN | 55369-6329 | K50957 | 66.90 | * |
| LILLIAN BOSSCHER | 1116 BOWES RD APT 7 | | LOWELL | MI | 49331-9578 | K35460 | 66.90 | * |
| LILLIAN BOWMAN | 107 CHERRY HILLS LN | | LOUISVILLE | KY | 40245-5084 | K61256 | 66.90 | * |
| LILLIAN C EMBICK | 1501 CALIFORNIA AVE | | FORT WAYNE | IN | 46805-5018 | K38304 | 66.90 | * |
| LILLIAN CARLSON | 7801 POTTERS MILL CT | | DERWOOD | MD | 20855-1025 | K56986 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LILLIAN CLANCY | 67 OAK RD | | CANTON | MA | 02021-2605 | K13423 | 66.90 | * |
| LILLIAN DELORES BROWN | 5105 GREENBROOK DR | | PORTSMOUTH | VA | 23703-2011 | K14861 | 66.90 | * |
| LILLIAN FRAZIER | 3536 N RURAL ST | | INDIANAPOLIS | IN | 46218-1264 | K47427 | 66.90 | * |
| LILLIAN GARCIA | 3314 85TH ST | | JACKSON HEIGH | NY | 11372-1534 | K37620 | 66.90 | * |
| LILLIAN GILBERT | 7540 NORENE DR | | WHITMORE LAKE | MI | 48189-9738 | V99303 | 66.90 | * |
| LILLIAN J MITCHELL | 8375 CARDOVA RD | | RICHMOND | VA | 23227-1507 | K52905 | 66.90 | * |
| LILLIAN JANET [JAN] GARRISON | 2801 SPENCER RD APT 24104 | | DENTON | TX | 76208-6071 | K40204 | 66.90 | * |
| LILLIAN L MENDENHALL | 2480 N BEACH RD | | ENGLEWOOD | FL | 34223-9106 | K23938 | 66.90 | * |
| LILLIAN LEGOTINO | 621 ROCKINGHORSE CT | | STEDMAN | NC | 28391-9071 | K37618 | 66.90 | * |
| LILLIAN LYNCH | 3061 COUNTY ROAD 125 | | INTERNATIONAL | MN | 56649-8720 | K18687 | 66.90 | * |
| LILLIAN M ERDODY | 41350 FOX RUN APT 517 | | NOVI | MI | 48377-5047 | K44159 | 66.90 | * |
| LILLIAN M HOFFMEYER | 8345 JACKSON ST | | TAYLOR | MI | 48180-2925 | K58492 | 66.90 | * |
| LILLIAN MORAIS | PO BOX 4032 | | MIDDLETOWN | RI | 02842-0032 | K26850 | 66.90 | * |
| LILLIAN MORELAND | 10500 SW 17TH CT | | MIRAMAR | FL | 33025-1736 | K41241 | 66.90 | * |
| LILLIAN PATRICIA NORMAN | 4256 HATTON POINT RD | | PORTSMOUTH | VA | 23703-4000 | K14138 | 66.90 | * |
| LILLIAN STOEPPEL | 10918 HUGHES RD | | CINCINNATI | OH | 45251-4528 | K40124 | 66.90 | * |
| LILLIAN T LA BARBARA | 6 N CREEK RD | | NORTHPORT | NY | 11768-1049 | K36783 | 66.90 | * |
| LILLIAN ZAGGY | 1122 BIRCH LN | | WESTERN SPRIN | IL | 60558-2102 | K56447 | 66.90 | * |
| LILLIE WILLIAMS | 1211 COLTRANE DR | | PORTSMOUTH | VA | 23701-3818 | K13699 | 66.90 | * |
| LILY TRIVELPIECE | 316 HEPBURN ST | | MILTON | PA | 17847-2454 | K17689 | 66.90 | * |
| LILYANN DISSINGER | 3922 SW 13TH ST | | DES MOINES | IA | 50315-3016 | K20898 | 66.90 | * |
| LIMA CITY HIGH SCHOOLS | LIMA CITY SCHOOLS FOUNDATION | 1 SPARTAN WAY | LIMA | OH | 45801 | | 0.00 | ** |
| LIMA CITY HIGH SCHOOLS | c/o PEGGY EHORA | 1 SPARTAN WAY | LIMA | OH | 45801 | | 0.00 | ** |
| LIN KREBS | 3249 LOVERS LN | | RAVENNA | OH | 44266-8931 | K61321 | 66.90 | * |
| LIN STENNES | 4580 ENGLISH OAKS LN NW | | LILBURN | GA | 30047-3539 | K33216 | 66.90 | * |
| LINCOLN HIGH SCHOOL | LINCOLN HIGH SCHOOL | 1801 16TH ST S | WISCONSIN RAP | WI | 54494-5499 | | 0.00 | ** |
| LINCOLN HIGH SCHOOL | c/o LORI STANTON | 1801 16TH ST S | WISCONSIN RAP | WI | 54494-5499 | | 0.00 | ** |
| LINDA [JOE] DRIVER | 6340 N 700 E | | FREMONT | IN | 46737-8870 | K52268 | 66.90 | * |
| LINDA A CUMBERBATCH RN | 25707 TOURNAMENT RD | | VALENCIA | CA | 91355-2360 | K53566 | 66.90 | * |
| LINDA A FRIED | 4 DUFFYS BRIDGE RD | | KATONAH | NY | 10536-2801 | K53864 | 66.90 | * |
| LINDA A HAUGEN | 54405 AVENIDA HERRERA | | LA QUINTA | CA | 92253-3697 | K42662 | 66.90 | * |
| LINDA A LOKE | 3138 S AUSTIN ST | | MILWAUKEE | WI | 53207-2604 | K43049 | 66.90 | * |
| LINDA A MARVELLE | 20 INDIAN AVE APT 21 | | PORTSMOUTH | RI | 02871-5122 | K27579 | 66.90 | * |
| LINDA A PETERS | 3802 S 77TH ST | | MILWAUKEE | WI | 53220-1602 | K39801 | 66.90 | * |
| LINDA A RICH | 29221 LIDO BAY DR | | SUN CITY | CA | 92585-5621 | K30843 | 66.90 | * |
| LINDA A SEALES | PO BOX 232 | | LA CONNER | WA | 98257-0232 | K60044 | 66.90 | * |
| LINDA AKARMAN | 1132 CENTER ST | | WHITE OAK | PA | 15131-2902 | K60790 | 66.90 | * |
| LINDA ALCORN | 1812 VALLEY DR | | RICHMOND | IN | 47374-1534 | K27572 | 66.90 | * |
| LINDA ALLEN | 29 COWDIN ST | | BELMONT | MA | 02478-4236 | K15301 | 66.90 | * |
| LINDA ALLEN | 14361 HUNT CLUB LN | | SPRING HILL | FL | 34609-0318 | K33242 | 66.90 | * |
| LINDA ALLISON | 998 ROAD P | | HUGOTON | KS | 67951-5200 | K15384 | 66.90 | * |
| LINDA ANDERSON | 400 N LINCOLN ST | | WHITE PIGEON | MI | 49099-9729 | K14736 | 66.90 | * |
| LINDA ANDERSON | 408 ASHWOOD CT | | BOONE | IA | 50036-7194 | K15154 | 66.90 | * |
| LINDA ANDERSON | 120 S SHORE DR | | FAIR PLAY | SC | 29643-2348 | K62506 | 66.90 | * |
| LINDA ANDREWS | 212 E SOUTH ST | | CENTERVILLE | IN | 47330-1442 | K28970 | 66.90 | * |
| LINDA ANN BARNES | 2335 SEGWUN AVE SE | | LOWELL | MI | 49331-9510 | K34838 | 66.90 | * |
| LINDA ANN KILGORE | 1804 LOG RIDGE TRL | | TALLAHASSEE | FL | 32312-3760 | K47045 | 66.90 | * |
| LINDA ANN RHODES | 4878 66TH AVE | | HYATTSVILLE | MD | 20784-1419 | K15190 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| LINDA ASHLEY | 6285 MANDALAY DR | | PARMA HEIGHTS | OH | 44130-2919 | K62765 | 66.90 | * |
| LINDA BASIL | 215 LEISURE LN | | MONTGOMERY | TX | 77356-4714 | K53907 | 66.90 | * |
| LINDA BAUGHER | 1366 E 21ST ST | | IDAHO FALLS | ID | 83404-6281 | K40966 | 66.90 | * |
| LINDA BEATTY | 345 SHORT BARK RD | | MADISONVILLE | TN | 37354-4051 | K14952 | 66.90 | * |
| LINDA BEITELSPACHER | 11508 K42 | | LE MARS | IA | 51031-8870 | K53680 | 66.90 | * |
| LINDA BENO | 3614 POND WAY | | WHITE OAK | PA | 15131-2535 | K61092 | 66.90 | * |
| LINDA BERRY | 908 13TH STREET CIR SW | | ALTOONA | IA | 50009-2417 | K25559 | 66.90 | * |
| LINDA BIDDLE | 5557 SE MAPLE DR | | CARLISLE | IA | 50047-9531 | K26632 | 66.90 | * |
| LINDA BLACK | 22041 LOPEZ ST | | WOODLAND HILL | CA | 91364-1610 | K48378 | 66.90 | * |
| LINDA BOOTH | 3712 HAZELTON ETNA RD SW | | PATASKALA | OH | 43062-9197 | K53635 | 66.90 | * |
| LINDA BOTHWELL | 216 E WHITE ST | | PILOT POINT | TX | 76258-4248 | K29690 | 66.90 | * |
| LINDA BOWKER | 403 WOOD ST | | BURLINGTON | NJ | 08016-4505 | K24332 | 66.90 | * |
| LINDA BOWMAN | 2129 GREENPINE DR | | CINCINNATI | OH | 45231-2100 | K40128 | 66.90 | * |
| LINDA BROCK | 3644 E HANTHORN RD | | LIMA | OH | 45804-4266 | K45750 | 66.90 | * |
| LINDA BROWN | 9 SPOTTSWOOD DR | | MILTON | PA | 17847-9664 | K15504 | 66.90 | * |
| LINDA BROWN | 406 N 19TH ST | | LAMESA | TX | 79331-2510 | K41698 | 66.90 | * |
| LINDA BROWNLEE | 9 WINDING CREEK TRL | | GARLAND | TX | 75043-1481 | K26000 | 66.90 | * |
| LINDA BRYANT | 3618 DELARUA PL | | VALRICO | FL | 33596-8456 | K17135 | 66.90 | * |
| LINDA BUCKLEY | 143 HUGHES AVE | | SELLERSVILLE | PA | 18960-2702 | K43054 | 66.90 | * |
| LINDA BURBRIDGE | PO BOX 252 | | CENTERVILLE | IN | 47330-0252 | K26441 | 66.90 | * |
| LINDA BURGOR | 17803 FAIRFAX LN | | ROMULUS | MI | 48174-9562 | K60396 | 66.90 | * |
| LINDA BURROWS | 1116 CEDAR CREEK DR APT 6 | | MODESTO | CA | 95355-5215 | K20497 | 66.90 | * |
| LINDA BUTLER | 4300 WISTERIA LANDING CIR UN | | LOUISVILLE | KY | 40218-4798 | K60181 | 66.90 | * |
| LINDA C EDELSTEIN | 1439 DAPPLEGREY LN | | AUSTIN | TX | 78727-4613 | K35872 | 66.90 | * |
| LINDA C STEELE | PO BOX 785 | | CLOVERDALE | IN | 46120-0785 | K45778 | 66.90 | * |
| LINDA C WITTEMBERG | 7259 UPLAND ST | | PITTSBURGH | PA | 15208-1231 | K46278 | 66.90 | * |
| LINDA CALVASINA | 136 BALCONES BND | | BOERNE | TX | 78006-8595 | K56117 | 66.90 | * |
| LINDA CARIS | 2205 8TH STREET DR | | WATSONTOWN | PA | 17777-8004 | K14992 | 66.90 | * |
| LINDA CARLSTEN | 638 PALISADES DR | | MOUNT PLEASAN | SC | 29464-8122 | K53436 | 66.90 | * |
| LINDA CARNEY | 735 HAPPY HOLLOW CT | | GREENWOOD | IN | 46142-8309 | K46288 | 66.90 | * |
| LINDA CARVER | 1208 ROOSEVELT AVE | | CARTERET | NJ | 07008-1513 | K31254 | 66.90 | * |
| LINDA CAVALIER | 4 FLOWER HILL CT | | HUNTINGTON | NY | 11743-2336 | K60986 | 66.90 | * |
| LINDA CHOATE | 37776 WALNUT ST | | ROMULUS | MI | 48174-4715 | K58431 | 66.90 | * |
| LINDA CHRISTINE SHERR | PO BOX 2899 | | GULF SHORES | AL | 36547-2899 | K30580 | 66.90 | * |
| LINDA CHUBB | 1540 TALL TREE DR | | TRENTON | MI | 48183-1860 | K58488 | 66.90 | * |
| LINDA CLARK | 13485 LINDSLEY RD | | SALINE | MI | 48176-9303 | K10042 | 66.90 | * |
| LINDA COBB | 111 CEDAR DR N | | GREENWOOD | SC | 29649-1307 | K33477 | 66.90 | * |
| LINDA COGSHALL | 769 SHEEP PEN RD LOT 3 | | UNADILLA | NY | 13849-2178 | K21600 | 66.90 | * |
| LINDA COMER | 16100 INDUSTRIAL PARK RD | | BRISTOL | VA | 24202-3722 | K22241 | 66.90 | * |
| LINDA CONROY | 26 W EDGEWOOD AVE | | LINWOOD | NJ | 08221-1702 | K43190 | 66.90 | * |
| LINDA COPPOCK | 3473 AULT VIEW AVE | | CINCINNATI | OH | 45208-2518 | K29310 | 66.90 | * |
| LINDA CORNELIUS | 205 RICHARDS WAY | | EXTON | PA | 19341-3126 | K37712 | 66.90 | * |
| LINDA COUNTS | 6107 COTTLE CT | | STATESBORO | GA | 30461-4928 | K15696 | 66.90 | * |
| LINDA CRUZ | 20950 WAHRMAN RD | | NEW BOSTON | MI | 48164-9426 | K58834 | 66.90 | * |
| LINDA D CRISER | 14009 E PEPPERTREE ST | | WICHITA | KS | 67228-8719 | K36658 | 66.90 | * |
| LINDA D GATTON | 806 VIRGINIA CT | | HUTCHINSON | KS | 67502-2058 | K32674 | 66.90 | * |
| LINDA D MARFFIE | 30 ORCHARD RD | | FLORHAM PARK | NJ | 07932-2514 | K37573 | 66.90 | * |
| LINDA D ROCKHOLD | 512 W REBECCA AVE | | IOWA PARK | TX | 76367-1232 | K31984 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LINDA D SCALES | 5004 QUAIL HOLLOW DR | | RALEIGH | NC | 27609-5483 | K13455 | 66.90 | * |
| LINDA DARLENE MARKUM | 10233 S 175TH DR | | GOODYEAR | AZ | 85338-5507 | K49980 | 66.90 | * |
| LINDA DAVIS | 6607 BRODIE LN APT 1116 | | AUSTIN | TX | 78745-4654 | K42532 | 66.90 | * |
| LINDA DELEONARDIS | 300 CAROLINE HILL RD | | LEXINGTON | SC | 29072-7177 | K20811 | 66.90 | * |
| LINDA DENMARK | 8831 CUYAMACA ST | | CORONA | CA | 92883-2111 | K42265 | 66.90 | * |
| LINDA DERRICK | 3339 ELK LN | | GRANTS PASS | OR | 97527-9191 | K36357 | 66.90 | * |
| LINDA DINKINS | 300 NEUMANN DR | | EAST PEORIA | IL | 61611-3039 | K46535 | 66.90 | * |
| LINDA DONOHOE | 4330 WILLIAMSBURG RD | | DALLAS | TX | 75220-1932 | K50030 | 66.90 | * |
| LINDA DOUGLAS | 3650 47TH AVE S | | MINNEAPOLIS | MN | 55406-2941 | K20790 | 66.90 | * |
| LINDA DREES | 9345 SEIBT RD | | BRADFORD | OH | 45308-9605 | K33015 | 66.90 | * |
| LINDA DUBOIS | 977 SWAN POND CIRCLE RD | | HARRIMAN | TN | 37748-5109 | K60053 | 66.90 | * |
| LINDA EBERT | 145 N PARK DR | | SPARTANBURG | SC | 29302-2729 | K30208 | 66.90 | * |
| LINDA EMERSON | 20 SHEFFIELD PL | | MASHPEE | MA | 02649-2244 | K10914 | 66.90 | * |
| LINDA EPLEY | 4898 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9002 | K24115 | 66.90 | * |
| LINDA FLECK | 8933 STATE ROUTE 274 | | NEW BREMEN | OH | 45869-9501 | K31882 | 66.90 | * |
| LINDA G GIROT | 1124 RANCH RD | | CONNERSVILLE | IN | 47331-1012 | K49338 | 66.90 | * |
| LINDA GALE FINKEL-TALVADKAR | 4109 38TH ST NW | | WASHINGTON | DC | 20016-2217 | K15936 | 66.90 | * |
| LINDA GAUL | 4238 SUBURBAN DR | | WATERLOO | IA | 50702-4951 | K56011 | 66.90 | * |
| LINDA GAYLE FRANKLIN | 5938 OLD US HWY 70 W | | BLACK MTN | NC | 28711-8309 | K43756 | 66.90 | * |
| LINDA GLADFELDER | 8416 FAIR HAVEN CT | | FORT WORTH | TX | 76179-3209 | K53538 | 66.90 | * |
| LINDA GOLTRY | 183 EASTWOOD DR | | NEWPORT NEWS | VA | 23602-7320 | K54052 | 66.90 | * |
| LINDA HARDIE | 1511 SW PARK AVE APT 816 | | PORTLAND | OR | 97201-7805 | K33202 | 66.90 | * |
| LINDA HARNISH | 121 E CHURCH ST | | STEVENS | PA | 17578-9529 | K57427 | 66.90 | * |
| LINDA HARRIS | 2221 ALAMEDA CT | | ODESSA | TX | 79763-2273 | K31814 | 66.90 | * |
| LINDA HEARIN | 8406 ARTESIA AVE | | HELOTES | TX | 78023-4709 | K43596 | 66.90 | * |
| LINDA HEATH | 1801 PINEDALE ST | | MEDFORD | OR | 97504-5171 | K40718 | 66.90 | * |
| LINDA HELMS | 5425 COUNTY ROAD 22 | | CENTRE | AL | 35960-8105 | K18583 | 66.90 | * |
| LINDA HERRMAN | 906 NW C ST | | RICHMOND | IN | 47374-4068 | K27457 | 66.90 | * |
| LINDA HOUSER | PO BOX 10538 | | COLLEGE STATI | TX | 77842-0538 | K24851 | 66.90 | * |
| LINDA HUBER | 108 NORTHWOOD BLVD | | GREENCASTLE | IN | 46135-1330 | K49048 | 66.90 | * |
| LINDA HUTCHINSON | 3 BLOOMFIELD DR | | EPHRATA | PA | 17522-9168 | K57352 | 66.90 | * |
| LINDA HYATT | 1601 WARD RD | | ARDMORE | OK | 73401-1212 | K54372 | 66.90 | * |
| LINDA INNELLA | 2 YALE RD | | HEWITT | NJ | 07421-2519 | K37408 | 66.90 | * |
| LINDA IRMSCHER | 10401 MOHAWK CT | | FORT WAYNE | IN | 46804-4928 | K24925 | 66.90 | * |
| LINDA J AMAN | 243 LAKEWOOD LANDING DR | | BUMPASS | VA | 23024-4606 | K34952 | 66.90 | * |
| LINDA J BREWER | 517 STONE LAKE CT | | AUGUSTA | KS | 67010-2399 | K30717 | 66.90 | * |
| LINDA J GERBERS | 2865 E MUNCIE RD | | COLUMBIA CITY | IN | 46725-9319 | K40935 | 66.90 | * |
| LINDA J KLAUSNER | 12 RINGS TER | | HAMPTON | NH | 03842-2798 | V99891 | 66.90 | * |
| LINDA J LEVIN | 615 HEATH ST UNIT 205 | | CHESTNUT HILL | MA | 02467-2146 | K15250 | 66.90 | * |
| LINDA J PIERPOINT | 9017 W 115TH TER | | OVERLAND PARK | KS | 66210-1744 | K52651 | 66.90 | * |
| LINDA J RANDALL | 7032 S LEWIS CT | | LITTLETON | CO | 80127-2946 | K25588 | 66.90 | * |
| LINDA JACOBSON | 133 WINDSOR AVE | | HADDONFIELD | NJ | 08033-1418 | K42863 | 66.90 | * |
| LINDA JEAN MONSEN | 1833 KNOXVILLE AVE | | LONG BEACH | CA | 90815-3438 | K51251 | 66.90 | * |
| LINDA JEAN TRUSKEY | 1030 OAK KNOLL DR | | HARRISBURG | PA | 17111-4673 | K57390 | 66.90 | * |
| LINDA JENKINS | 84 S PACIFIC AVE | | VENTURA | CA | 93001-3455 | K55082 | 66.90 | * |
| LINDA JENSON | 1320 CHESTNUT ST | | GRAND FORKS | ND | 58201-5635 | K36706 | 66.90 | * |
| LINDA JONES | 913 MISSION DR | | RICE LAKE | WI | 54868-1920 | K18588 | 66.90 | * |
| LINDA JONES | 26196 OLD RIVER RD | | MONROE | OR | 97456-9626 | K32151 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LINDA JOY GOLDNER | 530 S 2ND ST APT 746 | | PHILADELPHIA | PA | 19147-2426 | K39043 | 66.90 | * |
| LINDA JOYCE CRAPO | 25921 E OLYMPIC AVE | | NEWMAN LAKE | WA | 99025-9671 | K20298 | 66.90 | * |
| LINDA JOYCE MCALLISTER | 609 ROBINSON GAP RD | | MONROE | VA | 24574-3098 | K43997 | 66.90 | * |
| LINDA K OLSON-HELLERUD | 120 11TH ST N | | WISCONSIN RAP | WI | 54494-4548 | K48178 | 66.90 | * |
| LINDA K PARSONS | 503 WAXWOOD DR | | BRENTWOOD | TN | 37027-5621 | K28636 | 66.90 | * |
| LINDA KAROUB | 2040 RIDGELINE AVE | | VISTA | CA | 92081-8810 | K32564 | 66.90 | * |
| LINDA KAY HAWTHORNE | PO BOX 189653 | | SACRAMENTO | CA | 95818-9653 | K42107 | 66.90 | * |
| LINDA KAYE FRANCISCO | 3417 E ARMY POST RD | | DES MOINES | IA | 50320-9611 | K21219 | 66.90 | * |
| LINDA KEATING | 5 LINCOLN ST | | BALDWIN | NY | 11510-4323 | K47020 | 66.90 | * |
| LINDA KEUTZER | 2002 SHOOTING PARK RD | | PERU | IL | 61354-1667 | K44915 | 66.90 | * |
| LINDA KILHEFNER | 909 S SPRUCE ST | | ELIZABETHTOWN | PA | 17022-2759 | K57627 | 66.90 | * |
| LINDA KING | 38 PERRY AVE | | MIDDLETOWN | RI | 02842-5913 | K27576 | 66.90 | * |
| LINDA KING | 19766 SW OAK ST | | BEAVERTON | OR | 97007-4325 | K40190 | 66.90 | * |
| LINDA KING JAMES | 116 S 7TH ST | | RICHMOND | IN | 47374-5426 | K23767 | 66.90 | * |
| LINDA KIRKNER | 325 STUMP RD | | DANVILLE | PA | 17821-6840 | K15958 | 66.90 | * |
| LINDA KIRSTEIN | 3820 HULL AVE | | DES MOINES | IA | 50317-3950 | K29568 | 66.90 | * |
| LINDA KNAUSS | 916 CAPITOL RD | | NORRISTOWN | PA | 19403-4002 | K33556 | 66.90 | * |
| LINDA KOCH | 1950 S OAKWOOD RD | | OSHKOSH | WI | 54904-8341 | K57015 | 66.90 | * |
| LINDA KOHN | PO BOX 142 | | WATERLOO | NE | 68069-0142 | K54655 | 66.90 | * |
| LINDA KULLA | 22 MARLIN LN | | PORT WASHINGT | NY | 11050-1707 | K52756 | 66.90 | * |
| LINDA L BIDEN | 2216 N H ST | | MIDLAND | TX | 79705-7521 | K42131 | 66.90 | * |
| LINDA L CLARK | 6804 TIMBERWOLF LN | | DES MOINES | IA | 50320-6502 | K20908 | 66.90 | * |
| LINDA L CULVER | 4326 STATE ST | | OMAHA | NE | 68112-1655 | K53719 | 66.90 | * |
| LINDA L ELSBERRY | 501 COUNTRY CLUB DR | | CARMEL VALLEY | CA | 93924-9542 | K59389 | 66.90 | * |
| LINDA L FERGIONE-BROWN | 8836 GREENHAVEN DR | | FORT WORTH | TX | 76179-2912 | K10904 | 66.90 | * |
| LINDA L JONES | 855 S FULTON AVE | | FORT LUPTON | CO | 80621-1250 | K28328 | 66.90 | * |
| LINDA L LEARY | 776 NEWTON ST | | CHESTNUT HILL | MA | 02467-2606 | K11327 | 66.90 | * |
| LINDA L LEIGHTLEY | 10301 MONROE CT | | FAIRFAX | VA | 22030-3229 | K25063 | 66.90 | * |
| LINDA L SORELL | PO BOX 12 | | MANHATTAN | KS | 66505-0012 | K33519 | 66.90 | * |
| LINDA L WHITE | 2105 S 90TH ST | | OMAHA | NE | 68124-2005 | K52959 | 66.90 | * |
| LINDA LAGRON | 321 N WASHINGTON ST | | METAMORA | IL | 61548-9456 | K45271 | 66.90 | * |
| LINDA LAST | 427 TEAKWOOD ST | | MESQUITE | TX | 75149-4761 | K33176 | 66.90 | * |
| LINDA LEASE | 133 LAKEVIEW TRL | | SUGARLOAF | PA | 18249-1063 | K44667 | 66.90 | * |
| LINDA LEE RESSLER | PO BOX 743 | | CLAYPOOL | AZ | 85532-0743 | K57179 | 66.90 | * |
| LINDA LEMBKE | 3615 BLUESTEM RD | | NORWALK | IA | 50211-9687 | K28864 | 66.90 | * |
| LINDA LEMING | 545 SOUTHPOINT DR | | LEXINGTON | KY | 40515-5121 | K48658 | 66.90 | * |
| LINDA LENT | 15143 12TH AVE | | WHITESTONE | NY | 11357-1829 | K37409 | 66.90 | * |
| LINDA LEONARD | 13025 SE ORIENT DR UNIT 36 | | BORING | OR | 97009-9557 | K36044 | 66.90 | * |
| LINDA LEVINE | 8142 GILMAN CT | | LA JOLLA | CA | 92037-2933 | K62772 | 66.90 | * |
| LINDA LEWIS | 7804 WERNER AVE | | CINCINNATI | OH | 45231-3129 | K38876 | 66.90 | * |
| LINDA LINCOLN | 2537 RICHWOOD DR | | RICHMOND | IN | 47374-4660 | K26944 | 66.90 | * |
| LINDA LORENCHICK | 4921 1ST ST | | MCKEESPORT | PA | 15132-6202 | K61605 | 66.90 | * |
| LINDA LOU COLLINS | 5 CLIFTON DR | | RICHMOND | IN | 47374-1954 | K28975 | 66.90 | * |
| LINDA LOU GILLES | 3494 SHAWNEE RD | | LIMA | OH | 45806-1455 | K50793 | 66.90 | * |
| LINDA LOU NELSON | 100 SUNRISE DR | | WEST MONROE | LA | 71291-7339 | K30302 | 66.90 | * |
| LINDA LOUISE GIBSON | 1888 WALNUT HILL PARK DR | | COLUMBUS | OH | 43232-3049 | K47322 | 66.90 | * |
| LINDA LOVE | 507 JONES LN | | HENDERSONVILL | TN | 37075-8514 | K35606 | 66.90 | * |
| LINDA LUCACHICK | 101 E 2ND AVE N | | AURORA | MN | 55705-1311 | K19225 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LINDA M CREWS | 27450 W 3RD AVE | | HILLIARD | FL | 32046-7930 | K37340 | 66.90 | * |
| LINDA M DAVIS | 5521 HILL GAIL RD | | VIRGINIA BEAC | VA | 23462-4039 | K47378 | 66.90 | * |
| LINDA M LIVENGOOD | 4933 LABRADORE DR | | ROANOKE | VA | 24012-8537 | K27445 | 66.90 | * |
| LINDA M MARZANO | 31 BEACH AVE | | HULL | MA | 02045-2701 | K11515 | 66.90 | * |
| LINDA M MCGHEE | 4476 WINTERGREEN DR | | TROY | MI | 48098-4371 | K59119 | 66.90 | * |
| LINDA M SINGER | 1400 CALIFORNIA AVE | | WHITE OAK | PA | 15131-1618 | K61724 | 66.90 | * |
| LINDA MACK | 2539 THOMAS AVE S | | MINNEAPOLIS | MN | 55405-2345 | K17391 | 66.90 | * |
| LINDA MAGYAR | 2206 ORIOLE ST | | MCKEESPORT | PA | 15132-1239 | K60630 | 66.90 | * |
| LINDA MALLORY | 1456 AUDUBON DR | | BROWNSBURG | IN | 46112-8321 | K45824 | 66.90 | * |
| LINDA MANKUS | 2483 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8943 | K22212 | 66.90 | * |
| LINDA MARCIS | 39513 VILLAGE RUN DR | | NORTHVILLE | MI | 48168-3481 | K60315 | 66.90 | * |
| LINDA MARIE NEWTON | 110 TIMKA DR | | BALLWIN | MO | 63011-3741 | K48791 | 66.90 | * |
| LINDA MARSH | 2 CHRISSY CT | | BEAR | DE | 19701-1747 | K47042 | 66.90 | * |
| LINDA MATZKIN | 99 FLORENCE ST # 30 | | CHESTNUT HILL | MA | 02467-1935 | K41455 | 66.90 | * |
| LINDA MAURY | 3044 HIGHWAY 224 N | | KELLOGG | IA | 50135-8732 | K56012 | 66.90 | * |
| LINDA MILLER | 214 DIXIE AVE | | KALAMAZOO | MI | 49001-3635 | K18274 | 66.90 | * |
| LINDA MINNICK | 12107 BEAVANS RD | | FORT WAYNE | IN | 46819-9735 | K38458 | 66.90 | * |
| LINDA MOYER | 160 HASTINGS WAY SW | | POPLAR GROVE | IL | 61065-9088 | K47630 | 66.90 | * |
| LINDA MURPHY | 100 SW 15TH ST | | RICHMOND | IN | 47374-5102 | K28841 | 66.90 | * |
| LINDA MYERS | 272 KESTERSON RD | | PARKERSBURG | WV | 26101-7422 | K31849 | 66.90 | * |
| LINDA NELSON | 13748 SW TANOAK CT | | PORTLAND | OR | 97223-5668 | K31907 | 66.90 | * |
| LINDA NELSON | 7372 24TH ST SE | | BUFFALO | MN | 55313-5110 | K46264 | 66.90 | * |
| LINDA NIZEL | 6070 WILDCAT RUN | | WEST PALM BEA | FL | 33412-3005 | K10925 | 66.90 | * |
| LINDA OAKES | 1738 LOCERBIE DR | | MURFREESBORO | TN | 37128-5028 | K35981 | 66.90 | * |
| LINDA OATLEY | 253 MAPLE RUN | | MASON | MI | 48854-2527 | K43708 | 66.90 | * |
| LINDA OHMAN | 13949 HIGHWAY 149 | | MURPHYSBORO | IL | 62966-4829 | K16659 | 66.90 | * |
| LINDA OLSON | 20043 103RD PL SE | | KENT | WA | 98031-1565 | K26082 | 66.90 | * |
| LINDA ORSBORN | 3859 SW N ST | | RICHMOND | IN | 47374-4835 | K24459 | 66.90 | * |
| LINDA OTT | PO BOX 22 | | CHERRYVALE | KS | 67335-0022 | K15441 | 66.90 | * |
| LINDA PAAR | 17618 KETTERING TRL | | LAKEVILLE | MN | 55044-9343 | K27287 | 66.90 | * |
| LINDA PACANOWSKI | 1378 DIAMOND DR | | HOFFMAN ESTAT | IL | 60192-3825 | K59509 | 66.90 | * |
| LINDA PACE | 262 S PASEO CERRO UNIT A | | GREEN VALLEY | AZ | 85614-0965 | K61687 | 66.90 | * |
| LINDA PARRINELLO | 15 ANNA ST | | DENVILLE | NJ | 07834-1301 | K37366 | 66.90 | * |
| LINDA PAUST | 3411 DOROTHY LN | | RICHMOND | IN | 47374-6747 | K26531 | 66.90 | * |
| LINDA PELTZER | 2056 N BULLINGER CT | | WICHITA | KS | 67203-2041 | K29125 | 66.90 | * |
| LINDA PERKINS | 1008 WHITE BLUFF DR | | WHITNEY | TX | 76692-2020 | K49032 | 66.90 | * |
| LINDA PIKE | 5247 HUNTER RD | | GREENVILLE | OH | 45331-9334 | K33120 | 66.90 | * |
| LINDA POPPELREITER | 8160 LOCKLIN LN | | COMMERCE TOWN | MI | 48382-2227 | K61486 | 66.90 | * |
| LINDA POWERS | 4 WILSON CT | | MANALAPAN | NJ | 07726-2925 | K52672 | 66.90 | * |
| LINDA PUGH | 1714 MILTON AVE | | LIMA | OH | 45805-2284 | K44732 | 66.90 | * |
| LINDA R FORD | 3301 S GOLDFIELD RD LOT 5068 | | APACHE JUNCTI | AZ | 85119-4533 | K58590 | 66.90 | * |
| LINDA R KRAUSE | 630 12TH ST | | BARABOO | WI | 53913-1513 | K56291 | 66.90 | * |
| LINDA R PATTON | 1568 CRAYTON AVE | | LIMA | OH | 45805-3722 | K44044 | 66.90 | * |
| LINDA R SIMPSON | 11707 UDALL RD | | HIRAM | OH | 44234-9704 | K51720 | 66.90 | * |
| LINDA RAMIAN | 1029 S DUNTON AVE | | ARLINGTON HEI | IL | 60005-3152 | K59552 | 66.90 | * |
| LINDA RAWLINGS | 2607 WOLFLIN AVE PMB 227 | | AMARILLO | TX | 79109-1825 | K31170 | 66.90 | * |
| LINDA RHODES | 1624 PHEASANT RUN | | RICHMOND | IN | 47374-7906 | K29465 | 66.90 | * |
| LINDA RICHARDS | 1119 MONONGAHELA BLVD | | WHITE OAK | PA | 15131-1523 | K61564 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LINDA ROATH | PO BOX 594 | | WILLIAMS | AZ | 86046-0594 | K46359 | 66.90 | * |
| LINDA ROLLINS | 1702 SE ANECI ST | | PORT SAINT LU | FL | 34983-4502 | K32649 | 66.90 | * |
| LINDA S MINNICK | 306 NEW HERITAGE DR | | COOKEVILLE | TN | 38506-3002 | K22052 | 66.90 | * |
| LINDA S SCHARFF | 765 CARAMBOLA DR | | MERRITT ISLAN | FL | 32952-4001 | K43266 | 66.90 | * |
| LINDA SACKETT | 1319 AVALON DR | | SPRINGVILLE | UT | 84663-6505 | K32268 | 66.90 | * |
| LINDA SANCHEZ | 2201 CANAL ST | | VIOLET | LA | 70092-3308 | K54061 | 66.90 | * |
| LINDA SAVARD | 362 WALDON RD | | ORION | MI | 48359-1356 | K39388 | 66.90 | * |
| LINDA SCHULTZ | 1215 E COMMERCIAL ST | | ALGONA | IA | 50511-1902 | K54877 | 66.90 | * |
| LINDA SCOTT | 1250 MEDLEY DR | | SAN JOSE | CA | 95121-2539 | K39821 | 66.90 | * |
| LINDA SEAMENS | 834 CANTON HOLLOW RD LOT 30 | | KNOXVILLE | TN | 37934-4111 | K21270 | 66.90 | * |
| LINDA SHEEHAN | 62 EDUCATION LN | | PORTSMOUTH | RI | 02871-2706 | K27681 | 66.90 | * |
| LINDA SIMPSON | 9715 GRAND AVE | | OMAHA | NE | 68134-2622 | K56762 | 66.90 | * |
| LINDA SKINNER | 5 PIONEER ST | | ALDEN | KS | 67512-9330 | K48036 | 66.90 | * |
| LINDA SLANINA | 4550 S RIVER RD E | | GENEVA | OH | 44041-9637 | K19907 | 66.90 | * |
| LINDA SMALL | 9 SULLIVAN DR | | RANDOLPH | MA | 02368-2532 | K12901 | 66.90 | * |
| LINDA SMITH | 760 JEPSON LN | | MIDDLETOWN | RI | 02842-4670 | K29626 | 66.90 | * |
| LINDA SMITH | 7204 E GRAND RIVER AVE LOT 1 | | PORTLAND | MI | 48875-8773 | K40606 | 66.90 | * |
| LINDA SMITH | 820 PEREGRINE DR | | NORTH HUNTING | PA | 15642-6326 | K61756 | 66.90 | * |
| LINDA SNYDER | 329 E HIGH ST | | LONDON | OH | 43140-9726 | K22053 | 66.90 | * |
| LINDA SOLANO | 865 BROADWAY AVE APT 198A | | HOLBROOK | NY | 11741-4945 | K41733 | 66.90 | * |
| LINDA SPECHT | PO BOX 1239 | | FLORENCE | OR | 97439-0060 | K37108 | 66.90 | * |
| LINDA STAUFFER | 201 4TH AVE S | | HUMBOLDT | IA | 50548-2134 | K55993 | 66.90 | * |
| LINDA STEVENS | 512 ASHFORTH WAY | | CHESAPEAKE | VA | 23322-8888 | K48966 | 66.90 | * |
| LINDA STOKES | 700 FARWOOD CIR | | HADDONFIELD | NJ | 08033-1068 | K45553 | 66.90 | * |
| LINDA STONE | 8384 GRAND MESSINA CIR | | BOYNTON BEACH | FL | 33472-7103 | K47008 | 66.90 | * |
| LINDA SUE BELLAMY | 1500 NW 180TH TER | | MIAMI GARDENS | FL | 33169-4138 | K42068 | 66.90 | * |
| LINDA SUE CAMPBELL | 13252 CUMING ST | | OMAHA | NE | 68154-5279 | K54571 | 66.90 | * |
| LINDA SULAM | 1506 THURBER ST | | HERNDON | VA | 20170-2565 | K47476 | 66.90 | * |
| LINDA SUSAN SMITH | 681 STATE ROUTE 1241 | | MAYFIELD | KY | 42066-9153 | K47619 | 66.90 | * |
| LINDA SUSMAN | 1767 PARK AVE | | MERRICK | NY | 11566-2835 | K51097 | 66.90 | * |
| LINDA SVOBODA | 9633 CALLAWAY CT | | DENTON | TX | 76207-5603 | K54594 | 66.90 | * |
| LINDA SWARTZ | 18124 AKINS DR | | SPRING HILL | FL | 34610-1047 | K33739 | 66.90 | * |
| LINDA TERRELL | 7700 VARANN RD | | RICHMOND | VA | 23231-7324 | K39917 | 66.90 | * |
| LINDA THOMAS | 1336 GOLFSIDE DR | | WINTER PARK | FL | 32792-5134 | K53180 | 66.90 | * |
| LINDA THOMLEY | 20980 LIBERTY ST | | NEW CANEY | TX | 77357-4568 | K59329 | 66.90 | * |
| LINDA TILANDER | 1516 MAIN AVE | | INTERNATIONAL | MN | 56649-3322 | K18921 | 66.90 | * |
| LINDA TUCKER | PO BOX 4 | | OLD HICKORY | TN | 37138-0004 | K37244 | 66.90 | * |
| LINDA VANCE | 9035 E CAMINO DEL SANTO | | SCOTTSDALE | AZ | 85260-7637 | K56218 | 66.90 | * |
| LINDA VAUGHN | 645 CONCORD CADES RD | | TRENTON | TN | 38382-9293 | K35559 | 66.90 | * |
| LINDA VON PEIN | 4591 S C ST | | RICHMOND | IN | 47374-6027 | K42961 | 66.90 | * |
| LINDA W CLEMONS | 9663 HILLSIDE TRL | | SAN ANTONIO | TX | 78250-1732 | K13471 | 66.90 | * |
| LINDA WALLS | 455 POMPE WAY | | RENO | NV | 89506-9487 | K34025 | 66.90 | * |
| LINDA WALTERS | 1014 FOREST HILL LN | | LEAVENWORTH | KS | 66048-9245 | K34994 | 66.90 | * |
| LINDA WARD | 1001 PINE ISLAND SHRS | | SUMMERTON | SC | 29148-8572 | K32540 | 66.90 | * |
| LINDA WARD | 5174 WALSH WAY | | SAN DIEGO | CA | 92115-1147 | K50761 | 66.90 | * |
| LINDA WERTMAN | 1185 MEXICO RD | | MILTON | PA | 17847-7844 | K18501 | 66.90 | * |
| LINDA WESTBROOK | 4709 MARSH RD | | KINGSLEY | MI | 49649-9614 | K42036 | 66.90 | * |
| LINDA WHITWELL | 43 TJ SCOTT RD | | MILAN | TN | 38358-5330 | K32912 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LINDA WICKRE-MAYER | 19839 IVEY RD | | CHELSEA | MI | 48118-9479 | K33177 | 66.90 | * |
| LINDA WILLETT | 9780 N US HIGHWAY 27 | | FOUNTAIN CITY | IN | 47341-9450 | K32871 | 66.90 | * |
| LINDA WILLIAMS | 2149 NE 43RD ST | | OCALA | FL | 34479-2586 | K21710 | 66.90 | * |
| LINDA WILLIAMSON | 2013 LAKEVIEW DR | | GREENCASTLE | IN | 46135-9419 | K45915 | 66.90 | * |
| LINDA WILSON | 2133 N WINTHROP AVE | | PEORIA | IL | 61604-3001 | K45666 | 66.90 | * |
| LINDA WINTERS | 7517 ALABA AVE | | YUCCA VALLEY | CA | 92284-6129 | K34153 | 66.90 | * |
| LINDA WIRTH | 1 GRIER LN | | BELLA VISTA | AR | 72715-4939 | K54495 | 66.90 | * |
| LINDA WRIGHT | 151 S PERRY ST | | HAGERSTOWN | IN | 47346-1523 | K25196 | 66.90 | * |
| LINDA Y MC GRATH | 2580 NW 99TH AVE | | CORAL SPRINGS | FL | 33065-6209 | K10972 | 66.90 | * |
| LINDA YAGEL | 27504 273RD ST | | HINTON | IA | 51024-8906 | K55440 | 66.90 | * |
| LINDA YONCE | 1109 PRICE CIR | | WEST COLUMBIA | SC | 29169-4013 | K30614 | 66.90 | * |
| LINDA ZIEGLER | 834 SE SPIRES RD | | EL DORADO | KS | 67042-8623 | K47557 | 66.90 | * |
| LINDA ZIMMERMAN | 44 VALLEYBROOK DR | | LANCASTER | PA | 17601-4617 | K31050 | 66.90 | * |
| LINDALOU HAUERSPERGER | 605 EDEN PARK DR | | RANTOUL | IL | 61866-1509 | K27013 | 66.90 | * |
| LINDSAY BERGE | 914 PARKWATCH DR | | BALLWIN | MO | 63011-3640 | K36710 | 66.90 | * |
| LINDSAY J GEIST | 126 LAFAYETTE CT | | TRAPPE | PA | 19426-2232 | K39336 | 66.90 | * |
| LINDSAY WILLIAMS | 643 HANCOCK CT | | FERNDALE | MI | 48220-2415 | K22946 | 66.90 | * |
| LINDSEY JACKSON | 22 BROOKSHIRE DR | | RICHMOND HILL | GA | 31324-7327 | K60832 | 66.90 | * |
| LINDY S WILSON | 16447 GRAYVILLE DR | | LA MIRADA | CA | 90638-2719 | K34729 | 66.90 | * |
| LINETTE M MACFADYEN | 621 FOREST DR | | FENTON | MI | 48430-1811 | K56273 | 66.90 | * |
| LINN MARTIN | 883 GAIL PL | | LANCASTER | PA | 17601-5813 | K27968 | 66.90 | * |
| LINNEA NELSON | 5581 W COUNTY ROAD 8E | | BERTHOUD | CO | 80513-9614 | K57611 | 66.90 | * |
| LINTON A FLEURY | 218 ORCHARD RD | | RIVER RIDGE | LA | 70123-2651 | K50135 | 66.90 | * |
| LINWOOD [LENNY] AYOTTE | 1121 COPPET ST | | FAIRBANKS | AK | 99709-4722 | K18127 | 66.90 | * |
| LINWOOD W MAHONEY | 414 VAL LN | | MILLVILLE | NJ | 08332-4774 | K47127 | 66.90 | * |
| LINZIE STALEY | 427 BARNWELL ST | | COLUMBIA | SC | 29205-3005 | K27534 | 66.90 | * |
| LIONEL FENDELL | 11554 BRIARWOOD CIR APT 4 | | BOYNTON BEACH | FL | 33437-1952 | K56810 | 66.90 | * |
| LISA A BOLANDER | 1709 BLUEGATE CT | | FORT COLLINS | CO | 80526-3333 | K32514 | 66.90 | * |
| LISA A HAEFNER | 573 FRIENDSHIP AVE | | LANCASTER | PA | 17601-4493 | K27700 | 66.90 | * |
| LISA A NYLEN | 34 BROWNVILLE AVE | | IPSWICH | MA | 01938-2033 | K11971 | 66.90 | * |
| LISA A ROSEN | 1020 MARVISTA AVE | | SEAL BEACH | CA | 90740-5842 | K41446 | 66.90 | * |
| LISA B KATZMAN | 533 HARBOR LAKE CT | | MARIETTA | GA | 30066-6140 | K32698 | 66.90 | * |
| LISA BOSTAPH | 4550 N BLUEGRASS AVE | | BOISE | ID | 83703-3106 | K26496 | 66.90 | * |
| LISA FREELAND | 105A KELLY CV | | MOUNT LAUREL | NJ | 08054-2735 | K54079 | 66.90 | * |
| LISA JO HAYES | 2908 MELBOURNE TER | | MOUNT JULIET | TN | 37122-7541 | K35935 | 66.90 | * |
| LISA JOY TURNER | 6469 N RANGE LINE RD | | GLENDALE | WI | 53209-3203 | K45394 | 66.90 | * |
| LISA KLEIN | 1905 ERIK RD | | CEDAR FALLS | IA | 50613-7945 | K22103 | 66.90 | * |
| LISA LANDO | 210 CONCORD ST | | EAST WILLISTO | NY | 11596-1908 | K53665 | 66.90 | * |
| LISA LEIGHTON | 651 PERALTA AVE # B | | SAN FRANCISCO | CA | 94110-5744 | K15599 | 66.90 | * |
| LISA M DAVIS | 5910 ALMADEN DR | | NAPLES | FL | 34119-4627 | K37679 | 66.90 | * |
| LISA M JEFFERSON | 3795 GREENSBURG PIKE | | PITTSBURGH | PA | 15221-3983 | K61289 | 66.90 | * |
| LISA M LYONS CPCU | 335 THORLEY RD | | NEW CUMBERLAN | PA | 17070-3133 | K28487 | 66.90 | * |
| LISA M NELSON | 117 BENT CREEK CT | | PALATINE | IL | 60067-9022 | K38697 | 66.90 | * |
| LISA M PATALUNA | 273 W WOODLAKE CIR | | MOUNT WASHING | KY | 40047-6183 | K42195 | 66.90 | * |
| LISA M ROSETTY | 41578 N VARGAS DR | | QUEEN CREEK | AZ | 85140-4253 | K23003 | 66.90 | * |
| LISA MANDRELL | 8813 MALLOW DR | | KNOXVILLE | TN | 37922-6029 | K18664 | 66.90 | * |
| LISA MARCOTT | 1316 PROSPECT AVE | | WAUSAU | WI | 54403-6663 | K47575 | 66.90 | * |
| LISA MARIE FARGO | 3381 S 42ND ST | | CUMMING | IA | 50061-7811 | K22712 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LISA POET | 554 W MAIN ST | | MANCHESTER | MI | 48158-8654 | K13126 | 66.90 | * |
| LISA RICHARD | 808 COVERED WAGON DR | | CHEYENNE | WY | 82007-1672 | K42219 | 66.90 | * |
| LISA SCHENONE | 325 GROSVENOR ST | | DOUGLASTON | NY | 11363-1010 | K39051 | 66.90 | * |
| LISA SIEBEL | 1231 BALLENTRACE BLVD | | LEBANON | TN | 37087-5732 | K35469 | 66.90 | * |
| LISA SKAGGS | 18075 33RD AVE | | CLEARWATER | MN | 55320-1412 | K29085 | 66.90 | * |
| LISA SNELLING | PO BOX 700 | | ELM MOTT | TX | 76640-0700 | K31415 | 66.90 | * |
| LISA T KASPERSKI RN | 14991 CHICKENBRISTLE RD | | FARMERSVILLE | OH | 45325-9298 | K59420 | 66.90 | * |
| LISA WILTS | 3051 BRANCH RD SW | | ALEXANDRIA | MN | 56308-6417 | K30331 | 66.90 | * |
| LISBETH K [LIZ] SCHLESINGER | 437 MCKINLEY AVE | | LIBERTYVILLE | IL | 60048-2734 | K37228 | 66.90 | * |
| LISSA MCMEEKEN | 5703 S NEW HOPE RD | | BELMONT | NC | 28012-8773 | K34687 | 66.90 | * |
| LITA BOUDAKIAN | 72 WATERWORKS DR | | EAST ROCHESTE | NY | 14445-1936 | K62622 | 66.90 | * |
| LITA M [LEE] PELKO | 1775 STEVENS ST | | EAST PETERSBU | PA | 17520-1143 | K29526 | 66.90 | * |
| LITA SAUL | 113 BETHPOLAMY CT | | DAYTON | OH | 45415-2512 | K47351 | 66.90 | * |
| LIVIA MORROW | 1311 N COUNTY ROAD 1050 E | | TUSCOLA | IL | 61953-7824 | K30292 | 66.90 | * |
| LIZ BEAVER | 6502 E SHEPHERD HLS | | TUCSON | AZ | 85710-1127 | K37698 | 66.90 | * |
| LIZA LEE COLLINS | 30370 N OAK GROVE AVE | | LIBERTYVILLE | IL | 60048-1415 | K10771 | 66.90 | * |
| LIZZIE P JENKINS | 17904 SW 183RD AVE | | ARCHER | FL | 32618-5084 | K53251 | 66.90 | * |
| LLARILYN E BUCKINGHAM | 1420 W LAKE RD | | BRANCHPORT | NY | 14418-9683 | K34764 | 66.90 | * |
| LLOYD A LOONEY | 3935 HAMILTON VIEW WAY | | DACULA | GA | 30019-3046 | K21596 | 66.90 | * |
| LLOYD ADAMS | 1201 MOUND RD # B | | MIAMISBURG | OH | 45342-3211 | K25820 | 66.90 | * |
| LLOYD C FINKBEINER | 5573 AUSTIN RD | | SALINE | MI | 48176-9604 | V98701 | 66.90 | * |
| LLOYD C PETERSEN | 112 RANCH AVE | | MARSHALL | MN | 56258-1102 | K55475 | 66.90 | * |
| LLOYD CHEZICK | 35 REDBIRD TRL | | ROCKPORT | TX | 78382-7912 | K23613 | 66.90 | * |
| LLOYD CLIFTON THOMAS | 830 MURRAH RD | | NORTH AUGUSTA | SC | 29860-8996 | K25039 | 66.90 | * |
| LLOYD COOPER | 3991 S COUNTY ROAD 150 W | | GREENCASTLE | IN | 46135-8671 | K45610 | 66.90 | * |
| LLOYD D MILLER | 7590 PRATT LAKE AVE SE | | ALTO | MI | 49302-9609 | K35152 | 66.90 | * |
| LLOYD DUNCAN | 1001 GOODWIN LN | | WEST CHESTER | PA | 19382-7323 | K38508 | 66.90 | * |
| LLOYD E NISSLEY | 6373 CAMINITO LUISITO | | SAN DIEGO | CA | 92111-7216 | V98992 | 66.90 | * |
| LLOYD FREI | 912 FAIRCHILD ST | | IOWA CITY | IA | 52245-3022 | K57153 | 66.90 | * |
| LLOYD FUNK | 2528 N RENWOOD AVE | | PEORIA | IL | 61604-2238 | K46864 | 66.90 | * |
| LLOYD GERHART | 1390 SPRING HILL RD | | CAMDEN | SC | 29020-9775 | K58284 | 66.90 | * |
| LLOYD GEYER JR | 466 TURKEY CRK | | ALACHUA | FL | 32615-9303 | K48462 | 66.90 | * |
| LLOYD GREENWELL | 3553 SE BLUESTEM RD | | EL DORADO | KS | 67042-8719 | K55078 | 66.90 | * |
| LLOYD H LUNDBERG | 6112 HILLCREST RD | | DOWNERS GROVE | IL | 60516-1735 | K56075 | 66.90 | * |
| LLOYD H OLDS | PO BOX 2452 | | HARBOR | OR | 97415-0316 | K33266 | 66.90 | * |
| LLOYD J FRANKLIN | 29 SOLJER DR | | WATERFORD | CT | 06385-4313 | V99438 | 66.90 | * |
| LLOYD JOHNSON | 245 VILLAGE GREEN DR | | PORT JEFF STA | NY | 11776-4534 | K54460 | 66.90 | * |
| LLOYD LEON GREEN | 11239 LAKELAND CIR | | FORT MYERS | FL | 33913-6924 | K25514 | 66.90 | * |
| LLOYD N STEINER JR | 6120 N 95TH ST | | MILWAUKEE | WI | 53225-1603 | K39802 | 66.90 | * |
| LLOYD PATE [BUCK] REGAN | 128 MARION AVE | | CLYO | GA | 31303-3241 | K30609 | 66.90 | * |
| LLOYD R (MIKE) MULL | 250 PARKVIEW HEIGHTS RD APT | | EPHRATA | PA | 17522-9493 | K62104 | 66.90 | * |
| LLOYD ROSENBERGER | 10762 MIDWAY RD | | CLARKSVILLE | MI | 48815-9759 | K36870 | 66.90 | * |
| LLOYD SIMMONS | 23241 KENSINGTON ST | | TAYLOR | MI | 48180-3579 | K58796 | 66.90 | * |
| LLOYD SKIME JR | W7846 PARK ST | | ONALASKA | WI | 54650-9727 | K21782 | 66.90 | * |
| LLOYD SPOONHOLTZ | 7285 SELLS RD | | EAU CLAIRE | MI | 49111-9624 | K21443 | 66.90 | * |
| LLOYD TRAUT | 1315 SOUTHBRIDGE AVE N | | SARTELL | MN | 56377-4642 | K26031 | 66.90 | * |
| LLOYD W MEYER | 1307 W MULBERRY LN | | ARLINGTON HEI | IL | 60005-1159 | K60091 | 66.90 | * |
| LLOYD WEBER | 206 CALDWELL PL | | OSKALOOSA | IA | 52577-1750 | K15482 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LOA MOLTRUM | 6440 YOUNGMONT AVE | | LAS VEGAS | NV | 89103-3254 | K35328 | 66.90 | * |
| LOANNE BATES | 611 W MAIN ST APT 43 | | LEAD | SD | 57754-1574 | K54280 | 66.90 | * |
| LOCKE DAVOLI | 7374 MILAN AVE | | SAINT LOUIS | MO | 63130-1400 | K39255 | 66.90 | * |
| LOCKPORT TOWNSHIP HIGH SCHOOL | c/o STEVE CARDAMONE | 1333 E SEVENTH ST | LOCKPORT | IL | 60441 | | 0.00 | ** |
| LODEMA HALE | 2723 WASHINGTON AVE | | SAINT ALBANS | WV | 25177-2147 | K32833 | 66.90 | * |
| LOIS [JERI] LEACH | 2002 BOARDWALK PLACE DR APT | | O FALLON | MO | 63368-3905 | K40076 | 66.90 | * |
| LOIS [LOU] WHEELAND | 1673 S TRENTON ST | | DENVER | CO | 80231-2608 | K27025 | 66.90 | * |
| LOIS A SEIWERT | 650 N 311TH ST W | | GARDEN PLAIN | KS | 67050-9204 | K30806 | 66.90 | * |
| LOIS ALLAIRE | 1691 S COUNTY LINE RD | | ONAWAY | MI | 49765-9687 | K21461 | 66.90 | * |
| LOIS ANN MANASTERSKI | N2030 COUNTY ROAD K | | WAUPACA | WI | 54981-8353 | K33628 | 66.90 | * |
| LOIS ANN SCHNYDER | 173 SATELLITE DR | | MILTON | PA | 17847-2106 | K16973 | 66.90 | * |
| LOIS ANNE WOLFE | 3703 JEFFERSON ST | | HYATTSVILLE | MD | 20782-3835 | K15294 | 66.90 | * |
| LOIS ARNOLD | 706 BLAKE DR | | FORT WAYNE | IN | 46804-1010 | K47913 | 66.90 | * |
| LOIS ASHLEY | RR 72 BOX 2061 | | ALTON | MO | 65606-9600 | K50090 | 66.90 | * |
| LOIS BAKER | PO BOX 225 | | MARTENSDALE | IA | 50160-0225 | K26688 | 66.90 | * |
| LOIS BATHKE | 7831 DEER LN | | WISCONSIN RAP | WI | 54494-9119 | K46505 | 66.90 | * |
| LOIS BLAKE | 8512 FOWLER AVE | | OMAHA | NE | 68134-3153 | K52346 | 66.90 | * |
| LOIS BOCKENKAMP | 46 VILLAGE VIEW PL | | CHESTERFIELD | MO | 63017-1970 | K40485 | 66.90 | * |
| LOIS BOELSTLER | 284 ELDERFIELDS RD | | MANHASSET | NY | 11030-1626 | K38198 | 66.90 | * |
| LOIS BOSWELL | 84 RIDGELAND RD | | GREENCASTLE | IN | 46135-7680 | K47279 | 66.90 | * |
| LOIS BOYER | 10611 CRIMSON LN | | NEW PORT RICH | FL | 34655-2257 | K15486 | 66.90 | * |
| LOIS BREKKE | 502 SHOREWOOD DR | | INTERNATIONAL | MN | 56649-2100 | K19035 | 66.90 | * |
| LOIS BRITTON | 3500 W ELM ST APT 215 | | LIMA | OH | 45807-2298 | K49691 | 66.90 | * |
| LOIS BRODEN | 1902 TARA ST | | CORPUS CHRIST | TX | 78412-4816 | K21204 | 66.90 | * |
| LOIS BROWN | 12274 GREEN MEADOW DR APT E | | COLUMBIA | MD | 21044-2841 | K48267 | 66.90 | * |
| LOIS BYRUM | 1310 W 113TH ST S | | JENKS | OK | 74037-2161 | K62668 | 66.90 | * |
| LOIS CAROL SCHLAR | 823 COLONIA RD | | ELIZABETH | NJ | 07208-1202 | K37719 | 66.90 | * |
| LOIS CLARK | 690 S COUNTY ROAD 125 W | | GREENCASTLE | IN | 46135-7864 | K46591 | 66.90 | * |
| LOIS DAMMEYER | 1515 SPRINGFIELD AVE | | WAPAKONETA | OH | 45895-7415 | K31740 | 66.90 | * |
| LOIS DAU | 15 E COLLEGE ST | | ALGONA | IA | 50511-3302 | K56086 | 66.90 | * |
| LOIS DEITZ | 4241 BOND AVE | | HOLT | MI | 48842-1417 | K42950 | 66.90 | * |
| LOIS DIAMOND | 1160 EMILYS WALK LN W | | JACKSONVILLE | FL | 32221-4313 | K45376 | 66.90 | * |
| LOIS DOYLE | N2639 KELLEEN DR | | WAUPACA | WI | 54981-8316 | K53979 | 66.90 | * |
| LOIS E KONING | 6016 SALEM LN | | PORTAGE | MI | 49002-2911 | K16893 | 66.90 | * |
| LOIS E OLSON | 1496 AKRON DR | | NEKOOSA | WI | 54457-8121 | K55388 | 66.90 | * |
| LOIS EATON | 3364 S 114TH ST | | OMAHA | NE | 68144-4654 | K55431 | 66.90 | * |
| LOIS EDDLEMAN | 234 GARVER LN | | LOS ALAMOS | NM | 87544-3513 | K17265 | 66.90 | * |
| LOIS EPSTEIN | 19 NOCHE VISTA LN | | TIBURON | CA | 94920-1107 | K10637 | 66.90 | * |
| LOIS F GREGOIRE | 3105 WILLOWRIDGE RD UNIT B | | MARION | IA | 52302-1797 | K21294 | 66.90 | * |
| LOIS F LAMA | 3770 13TH AVE SW | | NAPLES | FL | 34117-5328 | K25734 | 66.90 | * |
| LOIS FENNER | 1115 SW 53RD ST | | CORVALLIS | OR | 97333-2634 | K33264 | 66.90 | * |
| LOIS FERGUSON | 2101 S GARFIELD AVE APT 430 | | LOVELAND | CO | 80537-7378 | K54468 | 66.90 | * |
| LOIS FISHER | 2204 HIGHWAY 367 N | | NEWPORT | AR | 72112-2328 | K34360 | 66.90 | * |
| LOIS FORSCHLER | 5228 COURTYARD DR | | GONZALES | LA | 70737-8576 | K54728 | 66.90 | * |
| LOIS FOSTER | 1 N BREAKERS ROW APT 221 | | PALM BEACH | FL | 33480-4013 | K13484 | 66.90 | * |
| LOIS FRILOUX | 117 RED BARN DR | | CARENCRO | LA | 70520-5916 | K56723 | 66.90 | * |
| LOIS FUSS | 13761 68TH ST SE | | ALTO | MI | 49302-9504 | K34916 | 66.90 | * |
| LOIS G HURLEY | 840 GUFFY HOLLOW RD | | SEVIERVILLE | TN | 37876-1767 | K22306 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LOIS GALLAWAY | 2605 10TH AVE | | LEAVENWORTH | KS | 66048-4272 | K33817 | 66.90 | * |
| LOIS GAST | 122 RAINBOW DR # 2280 | | LIVINGSTON | TX | 77399-1022 | K48318 | 66.90 | * |
| LOIS GIBSON | 6042 INDIANA AVE | | KANSAS CITY | MO | 64130-4455 | K14996 | 66.90 | * |
| LOIS GILLIOM | 8731 E 600 N | | CHURUBUSCO | IN | 46723-9328 | K31008 | 66.90 | * |
| LOIS GOODPASTURE | 218 PAINTED ROCK DR | | KERRVILLE | TX | 78028-9465 | K22536 | 66.90 | * |
| LOIS GRIFFITH | 31222 FLOWERIDGE DR | | RANCHO PALOS | CA | 90275-6238 | K34903 | 66.90 | * |
| LOIS GROSS | 1 W FRANKLIN ST APT 204 | | TROY | OH | 45373-3266 | K32280 | 66.90 | * |
| LOIS HANNA | 2662 GINGERTREE DR | | ASHTABULA | OH | 44004-4802 | K16618 | 66.90 | * |
| LOIS HAPPEL | 124 RIVER WALK TRL | | NEW MARKET | AL | 35761-7672 | K57498 | 66.90 | * |
| LOIS HENDRICKS | 25771 JUNIPER AVE | | NEW PRAGUE | MN | 56071-8897 | K60040 | 66.90 | * |
| LOIS HEROUX | 8015 CASUARINA DR | | PORT RICHEY | FL | 34668-3006 | K44689 | 66.90 | * |
| LOIS HOLLCROFT | 712 BLUEBONNET DR | | ALLEN | TX | 75002-4435 | K30813 | 66.90 | * |
| LOIS HOLM | 3097 COUNTY ROAD 20 | | INTERNATIONAL | MN | 56649-8704 | K19565 | 66.90 | * |
| LOIS J ANDERSON | 10285 MAJESTIC DR | | LARGO | FL | 33774-5031 | K60874 | 66.90 | * |
| LOIS J FLETCHER | 16 OCEAN CREST DR | | ORMOND BEACH | FL | 32176-3116 | K35492 | 66.90 | * |
| LOIS J LANGE | 113 COUNTRY CLUB RD | | DEVILS LAKE | ND | 58301-8980 | K35172 | 66.90 | * |
| LOIS J NEWBAUER | 3876 HUMBERT RD | | JOHNS ISLAND | SC | 29455-3602 | K50284 | 66.90 | * |
| LOIS J ROBERTS | 2701 CREEK RD | | HAINESPORT | NJ | 08036-2707 | K45135 | 66.90 | * |
| LOIS J WALTON | 1305 VALLEY BROOK AVE | | SACRAMENTO | CA | 95831-4052 | K49379 | 66.90 | * |
| LOIS JEAN BRINK | PO BOX 221 | | PATOKA | IN | 47666-0221 | K17130 | 66.90 | * |
| LOIS JENKINS | 8827 28TH AVE SW | | SEATTLE | WA | 98126-3705 | K18910 | 66.90 | * |
| LOIS JOHNS | 3260 OLD FREDERICKTOWN RD | | FARMINGTON | MO | 63640-7521 | K40587 | 66.90 | * |
| LOIS KECK | 89157 547 AVE | | CROFTON | NE | 68730-4052 | K54109 | 66.90 | * |
| LOIS KING | 315 W 20TH ST | | SEDALIA | MO | 65301-7319 | K57360 | 66.90 | * |
| LOIS KRAMER | 4631 26TH ST E | | TUSCALOOSA | AL | 35404-5176 | K52009 | 66.90 | * |
| LOIS KREKOW | 270 520TH ST | | MARCUS | IA | 51035-7099 | K54942 | 66.90 | * |
| LOIS L PRAEFKE | 7183 N NAVAJO AVE | | GLENDALE | WI | 53217-3867 | K39754 | 66.90 | * |
| LOIS LAZICH | 1341 BALBOA AVE | | BURLINGAME | CA | 94010-4705 | K33585 | 66.90 | * |
| LOIS LEEK | 976 TOWN MOUNTAIN RD | | HAYESVILLE | NC | 28904-9354 | K47901 | 66.90 | * |
| LOIS LEROY | N14725 17TH AVE N | | NECEDAH | WI | 54646-7140 | K50025 | 66.90 | * |
| LOIS LEVEQUE | 4650 HILLCREST DR | | MIDDLETON | WI | 53562-4143 | K54426 | 66.90 | * |
| LOIS LUMSDEN | 1543 WALNUT DR | | CHEYENNE | WY | 82001-5529 | K55394 | 66.90 | * |
| LOIS M CASSIDY | 830 AUDUBON WAY APT 114 | | LINCOLNSHIRE | IL | 60069-3843 | K36277 | 66.90 | * |
| LOIS M KAISER | 445 E DUPONT RD APT 43 | | FORT WAYNE | IN | 46825-2098 | K40596 | 66.90 | * |
| LOIS MARBACH | 6464 229TH ST | | OAKLAND GDNS | NY | 11364-2712 | K57085 | 66.90 | * |
| LOIS MARIE BEST | 8007 ZELMA FIELDS AVE | | LOUISVILLE | KY | 40228-2226 | K33237 | 66.90 | * |
| LOIS MARIE WHITE | 2202 AMELIA AVE | | SHREVEPORT | LA | 71108-5610 | K18133 | 66.90 | * |
| LOIS MATSCHNIG | 2323 PLYMOUTH ST | | OSHKOSH | WI | 54901-1728 | K55846 | 66.90 | * |
| LOIS MC LEAN | 4220 15TH PL S | | WISCONSIN RAP | WI | 54494-6795 | K48117 | 66.90 | * |
| LOIS MCLEAN | 1506 COUNTRY LN | | EWING | NJ | 08628-3323 | K43142 | 66.90 | * |
| LOIS MEEHAN | 68 WAYNE AVE | | RIVER EDGE | NJ | 07661-1810 | K48941 | 66.90 | * |
| LOIS MEISENBACH | 5233 HARBOR RD | | LOWER LAKE | CA | 95457-9776 | K52145 | 66.90 | * |
| LOIS MOODY | 3443 ESPLANADE AVE APT 611 | | NEW ORLEANS | LA | 70119-2969 | K58743 | 66.90 | * |
| LOIS MORT | 1209 GERRADS CROSS | | WEBSTER | NY | 14580-9151 | K54814 | 66.90 | * |
| LOIS NIEMAN | 13538 E 50TH ST | | YUMA | AZ | 85367-8508 | K38648 | 66.90 | * |
| LOIS NORMAN | 2724 W RESERVOIR BLVD | | PEORIA | IL | 61615-4137 | K51315 | 66.90 | * |
| LOIS OTTILIE PERRINE | 4724 W JEFFERSON BLVD | | FORT WAYNE | IN | 46804-6828 | K38263 | 66.90 | * |
| LOIS PAULA ANDERS | 53057 CARNATION RD | | DELTA | CO | 81416-8423 | K17832 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LOIS POWELL | PO BOX 1012 | | ALTAVILLE | CA | 95221-1012 | K30367 | 66.90 | * |
| LOIS PRAECHTER | 7800 ELIZABETH ST | | CINCINNATI | OH | 45231-3516 | K39419 | 66.90 | * |
| LOIS PYE | 1310 JACKSON AVE | | RIVER FOREST | IL | 60305-1110 | K25952 | 66.90 | * |
| LOIS R RICHARDSON | 2105 BLOOMING HILLS DR APT 3 | | PRESCOTT | AZ | 86301-6548 | K37776 | 66.90 | * |
| LOIS ROBINS | 6017 SHADY OAK LN | | BETHESDA | MD | 20817-6025 | K41207 | 66.90 | * |
| LOIS ROHRER | 138 HUNTINGWOOD DR | | LANCASTER | PA | 17602-1391 | K57934 | 66.90 | * |
| LOIS SACKETT | 18412 EMILE CIR | | ELKHORN | NE | 68022-5669 | K53522 | 66.90 | * |
| LOIS SANDERSON | 775 N COPUS RD | | LIMA | OH | 45807-1968 | K46491 | 66.90 | * |
| LOIS SCHROCK | PO BOX 183 | | PARADISE | PA | 17562-0183 | K26300 | 66.90 | * |
| LOIS SHER | 578 SARAH LN APT 404 | | SAINT LOUIS | MO | 63141-6975 | K38855 | 66.90 | * |
| LOIS SHOCKLEY-WOOTTEN | 5030 SPENCER RD | | SNOW HILL | MD | 21863-3676 | K38973 | 66.90 | * |
| LOIS SHRANATAN | 13678 LORETTA CT | | IRWIN | PA | 15642-1731 | K61740 | 66.90 | * |
| LOIS STAATS | 3230 N CARLOCK ST | | WICHITA | KS | 67204-4152 | K53000 | 66.90 | * |
| LOIS STARR | PO BOX 327 | | TOWANDA | KS | 67144-0327 | K55448 | 66.90 | * |
| LOIS STAUFFER | 1747 PEACHTREE CIR | | WHITEHALL | PA | 18052-4305 | K58156 | 66.90 | * |
| LOIS STUBER | 1512 3RD ST | | FORT WAYNE | IN | 46808-2670 | K38869 | 66.90 | * |
| LOIS SULLIVAN | 278 SEYMOUR ST | | AUBURN | NY | 13021-2445 | K16060 | 66.90 | * |
| LOIS TREMBOT | 14134 BAYWOOD VILLAGES DR | | CHESTERFIELD | MO | 63017-3421 | K39975 | 66.90 | * |
| LOIS TUTTLE | 6752 PARKVIEW DR | | CINCINNATI | OH | 45224-1730 | K38752 | 66.90 | * |
| LOIS VANDEWARKER | 1187 W 1460 N | | CLINTON | UT | 84015-6681 | K30761 | 66.90 | * |
| LOIS VERDERBER | 3821 MULBERRY POINT CT | | DUMFRIES | VA | 22025-1843 | K39035 | 66.90 | * |
| LOIS VERVOORT | 4211 RIDGEVIEW LN | | WISCONSIN RAP | WI | 54494-6748 | K47392 | 66.90 | * |
| LOIS WALKER | 1714 13TH ST | | BEDFORD | IN | 47421-3116 | K12969 | 66.90 | * |
| LOIS WARNOCK | 16434 DORCHESTER PL | | LOCKPORT | IL | 60441-6013 | K54366 | 66.90 | * |
| LOIS WILBUR | 901 SW 15TH ST | | RICHMOND | IN | 47374-5181 | K27917 | 66.90 | * |
| LOIS WILSON | 1465 NW 5TH CT | | GRESHAM | OR | 97030-5307 | K32043 | 66.90 | * |
| LOIS WRIGHT | 6906 N 63RD ST | | OMAHA | NE | 68152-2239 | K53626 | 66.90 | * |
| LOLA BROWN | 2243 300TH ST | | MONTROSE | IA | 52639-9503 | K16303 | 66.90 | * |
| LOLA FISHER | PO BOX 3390 | | IDYLLWILD | CA | 92549-3390 | K54113 | 66.90 | * |
| LOLA GRIMES | 458 N CENTRAL VALLEY DR | | CENTRAL POINT | OR | 97502-1571 | K31768 | 66.90 | * |
| LOLA HILL | 8603 20TH AVE | | NORWALK | IA | 50211-9323 | K22280 | 66.90 | * |
| LOLA HOTARD | 2292 MARINER BEACH DR | | OAK HARBOR | WA | 98277-8600 | K51496 | 66.90 | * |
| LOLA JACOBSON | 9999 COLLINS AVE PH 1B | | BAL HARBOUR | FL | 33154-1848 | K18878 | 66.90 | * |
| LOLA L LOVINS | 28788 BEECHWOOD AVE | | FLAT ROCK | MI | 48134-9710 | K58726 | 66.90 | * |
| LOLA MONEYPENNY | 10322 U S HIGHWAY 33 W | | CAMDEN | WV | 26338-8265 | K61489 | 66.90 | * |
| LOLA POE | 2930 S MAIN ST | | SAPULPA | OK | 74066-7101 | K51789 | 66.90 | * |
| LOLA STRUM | 3910 E GLENEAGLE PL | | CHANDLER | AZ | 85249-9444 | K54421 | 66.90 | * |
| LOLA SZYMANSKI | 720 N GUYER ST | | HOBART | IN | 46342-2047 | K50207 | 66.90 | * |
| LOLITA ANN JENKINS | 802 TAZEWELL ST | | PORTSMOUTH | VA | 23701-3228 | K13064 | 66.90 | * |
| LOLITA EVETTE BRECKENRIDGE | 426 N ARMISTEAD ST APT 102 | | ALEXANDRIA | VA | 22312-3413 | K13759 | 66.90 | * |
| LOLITA MOONE | 3571 COUNTY ROAD 24 | | INTERNATIONAL | MN | 56649-8909 | K19082 | 66.90 | * |
| LON D MAY | 1029 4TH AVE | | LEAVENWORTH | KS | 66048-3203 | K41224 | 66.90 | * |
| LON PARDUE | 2308 SEABOARD AVE | | MIDLAND | TX | 79705-8514 | K55165 | 66.90 | * |
| LONI WENDT | 608 N MADISON ST | | WAUPUN | WI | 53963-1111 | K48854 | 66.90 | * |
| LONNA CHESNEY | 332 N LYON AVE SPC 45 | | HEMET | CA | 92543-2565 | K35124 | 66.90 | * |
| LONNIE KELLY | 2494 NASSAU DR | | COLUMBUS | OH | 43232-7214 | K28479 | 66.90 | * |
| LONNIE LEE BONE | 111 ACACIA DR APT 108 | | INDIAN HEAD P | IL | 60525-4403 | K21247 | 66.90 | * |
| LONNIE REIMAN | 1095 RANGER RD | | WISCONSIN RAP | WI | 54494-9118 | K48212 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LONNIE RITCHIE | 4975 BLANTON RD | | EUGENE | OR | 97405-4906 | K31207 | 66.90 | * |
| LONNIE SLOAN JR | 1111 JAMAL LN E | | PORTSMOUTH | VA | 23701-3746 | K13259 | 66.90 | * |
| LONNIE SPEIGHT | PO BOX 18307 | | SAN JOSE | CA | 95158-8307 | K13544 | 66.90 | * |
| LONNIE STE MARIE | PO BOX 56 | | CAMP MEEKER | CA | 95419-0056 | K29479 | 66.90 | * |
| LONNIE WILKERSON | 556 E PEARL ST | | LA GRANGE | TX | 78945-2049 | K14404 | 66.90 | * |
| LONNY SCHNEIDER | PO BOX 144 | | CASCADE | WI | 53011-0144 | K47459 | 66.90 | * |
| LONZETTA SMITH-ALLEN | 7821 ROCKDALE RD | | FORT WORTH | TX | 76134-4637 | K14789 | 66.90 | * |
| LORA A METZ | 3800 S A ST APT 214C | | RICHMOND | IN | 47374-6094 | K25127 | 66.90 | * |
| LORA BELLE [LUTTY] HOUSTON | 1214 REESE AVE | | LIMA | OH | 45804-2053 | K50385 | 66.90 | * |
| LORA REYNOLDS | 1501 REDWOOD AVE | | GRANTS PASS | OR | 97527-6053 | K36852 | 66.90 | * |
| LORAINE JOHNSON | 725 ROYAL AVE APT 42 | | MEDFORD | OR | 97504-6451 | K37318 | 66.90 | * |
| LORAINE PARRY | 103 LINDOWER LN | | ASHLAND | OH | 44805-4364 | K34000 | 66.90 | * |
| LORAINE PEARROW | 41 LYNN CV | | MARION | AR | 72364-2513 | K47443 | 66.90 | * |
| LORANNE PLESS | 19173 OAK ST | | APPLE VALLEY | CA | 92308-4903 | K50910 | 66.90 | * |
| LOREAN GRAHAM | 6538 PARSONS BLVD APT 1B | | FLUSHING | NY | 11365-4548 | K17059 | 66.90 | * |
| LOREDITH HAULDREN | 38 SUN VALLEY DR | | GALLIPOLIS | OH | 45631-2606 | K60387 | 66.90 | * |
| LOREN GREENFIELD | 973 N ACADEMY ST | | GALESBURG | IL | 61401-2642 | K60357 | 66.90 | * |
| LOREN KOBER | 2281 ADAMS ST | | WEST BRANCH | IA | 52358-8610 | K56989 | 66.90 | * |
| LOREN LESHER | 1660 NE LAURELWOOD CIR | | CANBY | OR | 97013-2959 | K40187 | 66.90 | * |
| LORENA A [ANN] MELL | 167 MAPLEHURST BLVD | | BATTLE CREEK | MI | 49017-5239 | K48138 | 66.90 | * |
| LORENA GRAHAM | 2420 VOLUNTEER PKWY APT 1 | | BRISTOL | TN | 37620-6820 | K23332 | 66.90 | * |
| LORENA RITTER | 234 ROCKBOWL SPGS | | KUTTAWA | KY | 42055-5971 | K51030 | 66.90 | * |
| LORENE JONES | 9563 CEDAR ST | | BELLFLOWER | CA | 90706-6580 | K29224 | 66.90 | * |
| LORENE K GRONSKEI | 1961 MANKATO CIR NE | | HAM LAKE | MN | 55304-5440 | K26367 | 66.90 | * |
| LORENE LANTING | 3152 GIANT FOREST LOOP | | CHINO HILLS | CA | 91709-1508 | K17313 | 66.90 | * |
| LORENE M MELVIN | 2921 NW 186TH TER | | MIAMI GARDENS | FL | 33056-3130 | K39428 | 66.90 | * |
| LORENZ J [LARRY] SCHIRATTI | 1900 WAR EAGLE DR | | NORTH LITTLE | AR | 72116-4434 | K55506 | 66.90 | * |
| LORENZO FALLAW | 340 GOLD NUGGET PT | | PROSPERITY | SC | 29127-9370 | K35231 | 66.90 | * |
| LORENZO PETERSON | 6700 SWINDON PL | | MANASSAS | VA | 20112-5569 | K18699 | 66.90 | * |
| LORETTA ANN SZCZEPINSKI | PO BOX 128 | | GREENHURST | NY | 14742-0128 | K49941 | 66.90 | * |
| LORETTA BARCHERS | 7373 E 29TH ST N APT W112 | | WICHITA | KS | 67226-3419 | K46597 | 66.90 | * |
| LORETTA BLANC | 2761 HEAD DR | | ERIE | PA | 16506-5001 | K55562 | 66.90 | * |
| LORETTA BRYAN | 7938 RIDGEGATE WEST DR | | INDIANAPOLIS | IN | 46268-1830 | K25668 | 66.90 | * |
| LORETTA COX | 2053 LAKE AVE | | CHARLESTON | SC | 29414-6218 | K32732 | 66.90 | * |
| LORETTA DE CAMPI | 7717 DIXON RD | | SAINT GERMAIN | WI | 54558-8885 | K56125 | 66.90 | * |
| LORETTA DEERHAKE | 2770 ORLENES ST | | NORTH FORT MY | FL | 33917-6095 | K58466 | 66.90 | * |
| LORETTA DONALDSON | 5941 ROBINSON AVE | | ALLEN PARK | MI | 48101-2861 | K59018 | 66.90 | * |
| LORETTA FROEHLICH | 2905 STAFFORDSHIRE DR | | CARROLLTON | TX | 75007-4826 | K42958 | 66.90 | * |
| LORETTA J COSTELLO | 103 S DUBUQUE ST | | ANAMOSA | IA | 52205-1519 | K20703 | 66.90 | * |
| LORETTA J RIZZUTI | 200 HARTFORD AVE | | DES MOINES | IA | 50315-1355 | K30066 | 66.90 | * |
| LORETTA JANE STOLTZFUS | 535 LENOVER RD | | PARKESBURG | PA | 19365-9549 | K27891 | 66.90 | * |
| LORETTA K KEPLEY | 2005 3RD AVE | | CANYON | TX | 79015-3032 | K28611 | 66.90 | * |
| LORETTA KLUG | 500 2ND AVE N | | SAUK RAPIDS | MN | 56379-1614 | K22119 | 66.90 | * |
| LORETTA L ELLIOTT | 416 OATFIELD LN | | GOSHEN | IN | 46526-1681 | K45351 | 66.90 | * |
| LORETTA L PEARSON | 3 W WOODLAND RD | | OAKWOOD HILLS | IL | 60013-1218 | K52812 | 66.90 | * |
| LORETTA LEE | 207 LISHAKILL RD | | SCHENECTADY | NY | 12309-3223 | K20249 | 66.90 | * |
| LORETTA M BARKER | 42647 WINDFLOWER DR | | ASHBURN | VA | 20148-6886 | K38837 | 66.90 | * |
| LORETTA MADRU | 9535 CARRIAGE LN | | FORT WAYNE | IN | 46804-3917 | K24103 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LORETTA MANGAN | 160 E LAKE BLVD APT D1 | | MAHOPAC | NY | 10541-1686 | K37044 | 66.90 | * |
| LORETTA MCGARRY | 888 BRENTWOOD DR | | BILOXI | MS | 39532-2261 | K21275 | 66.90 | * |
| LORETTA PASTOR | 308 MARIGOLD DR | | GREENSBURG | PA | 15601-9594 | K61179 | 66.90 | * |
| LORETTA PATTERSON | 1010 SCOTT PARK DR APT 301 | | IOWA CITY | IA | 52245-3979 | K58748 | 66.90 | * |
| LORETTA SAATHOFF | 1766 S COUNTY ROAD 100 E | | GREENCASTLE | IN | 46135-8132 | K44969 | 66.90 | * |
| LORI & TIM BARDOLE | 2074 285TH ST | | RIPPEY | IA | 50235-7010 | K59207 | 66.90 | * |
| LORI A CHAMBERLAIN | 228 COBBLESTONE LN | | LANCASTER | PA | 17601-3369 | K34328 | 66.90 | * |
| LORI A PRESTON | 9108 BEHNER BROOK CT | | INDIANAPOLIS | IN | 46250-1448 | K41029 | 66.90 | * |
| LORI A THOMPSON | 11609 ENGLISH ELM DR | | NEW PORT RICH | FL | 34654-1910 | K45355 | 66.90 | * |
| LORI ALBRECHT | 18117 BIG PINE CT | | CHESTERFIELD | MO | 63005-4939 | K57500 | 66.90 | * |
| LORI ANN QUALIA | 1408 S FRIENDSWOOD DR UNIT 9 | | FRIENDSWOOD | TX | 77546-5093 | K23892 | 66.90 | * |
| LORI BANGHART | 6316 PEACEDALE AVE | | EDINA | MN | 55424-1928 | K18487 | 66.90 | * |
| LORI CLAUSON | 6 GOLF CLUB RD | | GREENWICH | CT | 06830-4848 | K53987 | 66.90 | * |
| LORI CLEARE | 10221 CENTREPARK DR APT 1731 | | HOUSTON | TX | 77043-1363 | K55497 | 66.90 | * |
| LORI ELSNER | 3732 3RD AVE W | | HIBBING | MN | 55746-2808 | K20188 | 66.90 | * |
| LORI FANTINI | 103 MILL DR | | LEVITTOWN | PA | 19056-3620 | K27541 | 66.90 | * |
| LORI JOHNSON | 2819 HACKNEY WAY | | JAMESTOWN | NC | 27282-8643 | K28545 | 66.90 | * |
| LORI L KUIPERS | 1112 CHENNAULT AVE | | CLOVIS | CA | 93611-0350 | K13252 | 66.90 | * |
| LORI LASANSKY | 2 SAND HILL CT NE | | IOWA CITY | IA | 52240-9120 | K58150 | 66.90 | * |
| LORI LYMAN | 428 SHOREWOOD DR | | INTERNATIONAL | MN | 56649-2110 | K20863 | 66.90 | * |
| LORI MARIE METZGER | 707 MAIN ST | | WATSONTOWN | PA | 17777-1513 | K15662 | 66.90 | * |
| LORI MATTOX | 202 HIDDEN HARBOUR DR | | MOUNT JULIET | TN | 37122-6908 | K35741 | 66.90 | * |
| LORI NELSON | 6019 SW 5TH ST | | DES MOINES | IA | 50315-5726 | K26376 | 66.90 | * |
| LORI ROETHLER | 2512 NW CAMELOT PL | | BLUE SPRINGS | MO | 64015-2959 | K57710 | 66.90 | * |
| LORI VANN-MEWES | 1598 UNIVERSITY AVE | | SAN JOSE | CA | 95126-1641 | K29041 | 66.90 | * |
| LORIE A DOTTER | 2037 BALLY DR | | NORTHAMPTON | PA | 18067-9591 | K15210 | 66.90 | * |
| LORIE THOMAS | 15082 220TH ST | | BOX ELDER | SD | 57719-8101 | K59477 | 66.90 | * |
| LORIE ZANDI | 2401 W LYNN LN | | PERU | IN | 46970-7288 | K48152 | 66.90 | * |
| LORILEE CURRY | 98 N FORSYTHE ST | | FRANKLIN | IN | 46131-2554 | K61749 | 66.90 | * |
| LORNA BOGENSCHNEIDER | 622 N MILWAUKEE ST | | THERESA | WI | 53091-9517 | K49171 | 66.90 | * |
| LORNA M FUGLESTEN | 910 N BUSE ST | | FERGUS FALLS | MN | 56537-1133 | K35420 | 66.90 | * |
| LORNA MURPHY | 7503 N GARFIELD AVE | | GLADSTONE | MO | 64118-2346 | K35443 | 66.90 | * |
| LORNA NEGUS | 1080 SILVERCREST WAY APT 302 | | IOWA CITY | IA | 52240-2959 | K59033 | 66.90 | * |
| LORNA RANCK | PO BOX 21 | | WHITE DEER | PA | 17887-0021 | K15760 | 66.90 | * |
| LORNA ROBINSON | RR 4 BOX 445 | | CHECOTAH | OK | 74426-9203 | K30704 | 66.90 | * |
| LORNA SMITH | 9565 PARK ST | | BELLFLOWER | CA | 90706-5725 | K31241 | 66.90 | * |
| LORNA SPARROW | 108 CRESTVIEW DR | | HAMILTON | IL | 62341-1101 | K20531 | 66.90 | * |
| LORRAIN [LOREN] BARKLEY | 636 MISSION DR | | CAMARILLO | CA | 93010-1149 | K47978 | 66.90 | * |
| LORRAINE [LORRI] MARSHALL | 5618 75TH AVENUE CT W | | TACOMA | WA | 98467-4512 | K44337 | 66.90 | * |
| LORRAINE A BLAKE-REID | 489 E 23RD ST | | BROOKLYN | NY | 11226-7508 | K50475 | 66.90 | * |
| LORRAINE A SCHEETZ USMC | 52 FLEMING CT | | GROTON | CT | 06340-4006 | K17281 | 66.90 | * |
| LORRAINE ALEXANDER | 4011 AZURE WAY | | PENSACOLA | FL | 32507-8622 | K52319 | 66.90 | * |
| LORRAINE B HECKEL | 223 NEW HAVEN DR | | LITITZ | PA | 17543-8666 | K30691 | 66.90 | * |
| LORRAINE B KNOUSE | 50 FAIRVIEW DR APT 304 | | LITITZ | PA | 17543-9237 | K27379 | 66.90 | * |
| LORRAINE BARNES | 222 E 2ND ST APT 216 | | DULUTH | MN | 55805-1824 | K18406 | 66.90 | * |
| LORRAINE BOIKE | 326 ASHBERRY LN | | HINCKLEY | OH | 44233-9411 | K60260 | 66.90 | * |
| LORRAINE BUSMAN | 11743 84TH AVE | | ALLENDALE | MI | 49401-7501 | K58356 | 66.90 | * |
| LORRAINE BYRES | 196 KOEHL ST | | MASSAPEQUA PA | NY | 11762-2214 | K42199 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LORRAINE CASSEL | 302 W SUNHILL RD | | MANHEIM | PA | 17545-9790 | K58043 | 66.90 | * |
| LORRAINE COLEMAN | 156 COUNTRY GLENN AVE | | GRANITEVILLE | SC | 29829-3974 | K30778 | 66.90 | * |
| LORRAINE DAVIS | 1204 1/2 9TH ST | | ONAWA | IA | 51040-1847 | K55032 | 66.90 | * |
| LORRAINE DOLORES MASARIK | 11 CLAY ST | | SOUTH AMBOY | NJ | 08879-1040 | K30504 | 66.90 | * |
| LORRAINE DONOVAN | 6321 JEBENS AVE | | DAVENPORT | IA | 52806-1666 | K58654 | 66.90 | * |
| LORRAINE DOUGLAS | 6104 KIRBY RD | | BETHESDA | MD | 20817-6650 | K37414 | 66.90 | * |
| LORRAINE ENGEBRETSON | 5376 MATTERHORN DR NE | | FRIDLEY | MN | 55421-1364 | K19824 | 66.90 | * |
| LORRAINE ENOS | 21501 S CLEARVIEW CT | | OREGON CITY | OR | 97045-9104 | K30909 | 66.90 | * |
| LORRAINE FOLKESTAD | 4081 KENTUCKY AVE N | | CRYSTAL | MN | 55427-1323 | K22264 | 66.90 | * |
| LORRAINE GERKEN | 1307 MORNING GLORY LN | | VISTA | CA | 92084-7221 | K20054 | 66.90 | * |
| LORRAINE HARRIS | 529 E FRONT ST | | FLORENCE | NJ | 08518-1510 | K47076 | 66.90 | * |
| LORRAINE HERON | 3421 DEERWOOD CIR | | HOOVER | AL | 35216-4815 | K33914 | 66.90 | * |
| LORRAINE HILL | 306 4TH AVE NE | | SAINT CLOUD | MN | 56304-0317 | K24859 | 66.90 | * |
| LORRAINE JOYAL | 11821 CYPRESS CORNER LN APT | | HOUSTON | TX | 77065-1142 | K18085 | 66.90 | * |
| LORRAINE KINTZ | 20314 PORCUPINE LOOP | | FORT PIERRE | SD | 57532-5405 | K59063 | 66.90 | * |
| LORRAINE LOHEIDE | 4405 N TAMERA AVE | | FRESNO | CA | 93722-4146 | K42318 | 66.90 | * |
| LORRAINE M JOYNT | 6004 W WOODBRIDGE PL | | PEORIA | IL | 61615-9214 | K21127 | 66.90 | * |
| LORRAINE MAGARIAN | 273 CAMBRIDGE RD APT 705 | | WOBURN | MA | 01801-6077 | K53159 | 66.90 | * |
| LORRAINE MALCOLM | 1920 CHURCHMAN AVE APT D | | BEECH GROVE | IN | 46107-1000 | K49548 | 66.90 | * |
| LORRAINE MCCURRY | 907 11TH ST SW | | HUMBOLDT | IA | 50548-2425 | K56231 | 66.90 | * |
| LORRAINE MCNEAL | 8220 NATURES WAY APT 209 | | LAKEWOOD RANC | FL | 34202-4208 | K53748 | 66.90 | * |
| LORRAINE MEEUWSEN | 5800 LONGBOW DR | | SEBRING | FL | 33876-7476 | K36062 | 66.90 | * |
| LORRAINE MULLAHY | 10615 VILLAGE LAKE RD | | WINDERMERE | FL | 34786-5935 | K11838 | 66.90 | * |
| LORRAINE PERKINS | 2831 GOLDEN AVE | | LONG BEACH | CA | 90806-1406 | K15477 | 66.90 | * |
| LORRAINE PHILLIPS | 1320 ANDERSEN LN | | EUGENE | OR | 97404-2856 | K33580 | 66.90 | * |
| LORRAINE RUBIN | 847 PROVIDENCE RD | | MALVERN | PA | 19355-3407 | K37962 | 66.90 | * |
| LORRAINE S CLARK | 131 E FOXBRIAR FOREST CIR | | THE WOODLANDS | TX | 77382-5394 | K32080 | 66.90 | * |
| LORRAINE SAKLI | 5640 60TH ST | | MASPETH | NY | 11378-2318 | K37155 | 66.90 | * |
| LORRAINE SPARKS | 1200 CLAYTON CT | | MASON | MI | 48854-9206 | K48247 | 66.90 | * |
| LORRAINE STEWARD | 1725 ORLEANS AVE | | KEOKUK | IA | 52632-2912 | K15648 | 66.90 | * |
| LORRAINE T JENKINS | 146 RIDGEWOOD RD | | MIDDLETOWN | RI | 02842-6242 | K27413 | 66.90 | * |
| LORRAINE TANNER | 12085 STATE ROUTE 44 | | WATSONTOWN | PA | 17777-8103 | K15751 | 66.90 | * |
| LORRAINE TAYLOR | 201 E MCGREGOR ST APT 4 | | ALGONA | IA | 50511-2709 | K56319 | 66.90 | * |
| LORRAINE THOMAS | 633 LEGER DR | | NOKOMIS | FL | 34275-3596 | K52810 | 66.90 | * |
| LORRAINE TRACY | 109 WATERFORD CIR | | BERWYN | PA | 19312-2519 | K36635 | 66.90 | * |
| LORRAINE Y JOHNSON | 45 OLD MILL RD | | EPHRATA | PA | 17522-1806 | K57386 | 66.90 | * |
| LORRETTA [LYNN] NELSON | 8510 SANDUSKY AVE | | KANSAS CITY | KS | 66112-1849 | K48529 | 66.90 | * |
| LORRETTA A CORWIN | 1413 E PARIS AVE | | PEORIA | IL | 61603-1640 | K44576 | 66.90 | * |
| LORRIE BIELICKE | 4466 W PINE BLVD APT 17F | | SAINT LOUIS | MO | 63108-2340 | K38968 | 66.90 | * |
| LOTA MAE MILLER | PO BOX 685 | | BURNS FLAT | OK | 73624-0685 | K47542 | 66.90 | * |
| LOTTA TUCKER | 6548 43RD ST APT 2201 | | LUBBOCK | TX | 79407-1957 | K43438 | 66.90 | * |
| LOU [CORNEL] CHAPMAN | 3059 WOODRIDGE WAY | | PORTSMOUTH | OH | 45662-2442 | K50856 | 66.90 | * |
| LOU ELLEN LAFOLLETTE | 1516 CRYSTALLINE DR SE | | CALEDONIA | MI | 49316-7987 | K41623 | 66.90 | * |
| LOU KESSLER | 545 AVALON PL | | CORALVILLE | IA | 52241-3447 | K59456 | 66.90 | * |
| LOU KUHLMAN | 5184 HATHAWAY RD | | LEBANON | OH | 45036-9724 | K39314 | 66.90 | * |
| LOUAN MAE PFEIFLE | 307 S MADISON ST | | PERRY | MI | 48872-8143 | K40096 | 66.90 | * |
| LOUANN SHIGAKI | 5042 CORNELL AVE | | WESTMINSTER | CA | 92683-2715 | K29321 | 66.90 | * |
| LOUIE JOHNSON | 861627 N HAMPTON CLUB WAY | | FERNANDINA BE | FL | 32034-8707 | K48589 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 337 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| LOUIE LYN HARRELL | 1201 SHARON AVE | | MARION | SC | 29571-2133 | K34281 | 66.90 | * |
| LOUIS A [LOUIE] KLEMP JR | 1816 PINE RIDGE DR | | LEAVENWORTH | KS | 66048-5416 | K35854 | 66.90 | * |
| LOUIS A CROW | 847 W MAIN ST | | VAN WERT | OH | 45891-1416 | K50921 | 66.90 | * |
| LOUIS A SCIALDONE | 51 GERRISH ST | | BRIGHTON | MA | 02135-1704 | K11128 | 66.90 | * |
| LOUIS ABLER | 1921 SHOREWOOD TER | | WISCONSIN RAP | WI | 54494-2064 | K48909 | 66.90 | * |
| LOUIS ALPERN MD | 4171 N MESA ST STE D100 | | EL PASO | TX | 79902-1400 | K44844 | 66.90 | * |
| LOUIS ALT | 328 WAYNE TER | | UNION | NJ | 07083-9121 | K13565 | 66.90 | * |
| LOUIS BEGLEY | 925 PARK AVE | | NEW YORK | NY | 10028-0210 | K47446 | 66.90 | * |
| LOUIS BULLOCK | 1204 NOUVELLE DR | | MIAMISBURG | OH | 45342-6303 | K24874 | 66.90 | * |
| LOUIS C BAKER | 2619 BUCKINGHAM RD | | ELLICOTT CITY | MD | 21043-3597 | K13843 | 66.90 | * |
| LOUIS C DURANTE | 1424 LINCOLN ST | | PHOENIXVILLE | PA | 19460-1441 | K39457 | 66.90 | * |
| LOUIS C WEBB | 7 BURNWOOD | | SAN ANTONIO | TX | 78254-5571 | K10078 | 66.90 | * |
| LOUIS DELAIR JR | PO BOX 4047 | | MERRIFIELD | VA | 22116-4047 | K57880 | 66.90 | * |
| LOUIS DEUTSCH | 1870 211TH ST APT 2H | | BAYSIDE | NY | 11360-1823 | K57235 | 66.90 | * |
| LOUIS DOMINIC DE MELLO | 181 SYCAMORE VISTA DR | | CHINO VALLEY | AZ | 86323-6780 | K52471 | 66.90 | * |
| LOUIS FERRIGNO | 310 W MAIN ST | | LOS GATOS | CA | 95030-6807 | K57633 | 66.90 | * |
| LOUIS FRED STOCKAMP | 5110 N 450 W LOT 24 | | ANGOLA | IN | 46703-8439 | K39022 | 66.90 | * |
| LOUIS FURNA | 38 MAPLE LN | | BLACKSTONE | VA | 23824-9542 | K28115 | 66.90 | * |
| LOUIS GAEFKE | 23639 W MCCLINTOCK RD | | CHANNAHON | IL | 60410-3056 | K50575 | 66.90 | * |
| LOUIS H MOORE | 1153 BERGEN PKWY, STE. I, #4 | | EVERGREEN | CO | 80439-9501 | K53272 | 66.90 | * |
| LOUIS HILDMAN | 935 CANDY LN | | CANTONMENT | FL | 32533-6985 | K55603 | 66.90 | * |
| LOUIS IAROSSI | 736 E WOODLAWN AVE | | MAPLE SHADE | NJ | 08052-1228 | K42861 | 66.90 | * |
| LOUIS J [BUD] SCHAUB | 2978 CHIPPER DR NE | | PALM BAY | FL | 32905-5705 | K41150 | 66.90 | * |
| LOUIS J [LOUGAS] GASPARI | PO BOX 960 | | BRYN MAWR | PA | 19010-0960 | K36397 | 66.90 | * |
| LOUIS J BODETTE JR | PO BOX 125 | | WALTON | IN | 46994-0125 | K52528 | 66.90 | * |
| LOUIS J ENGOLIA JR | 1560 ORPHEUM AVE | | METAIRIE | LA | 70005-1464 | K53923 | 66.90 | * |
| LOUIS J LORIO | 23122 PECAN GROVE DR | | ROBERT | LA | 70455-1806 | K53824 | 66.90 | * |
| LOUIS J MARSEGLIA | 341 MADISON ST | | BRISTOL | PA | 19007-4125 | K24611 | 66.90 | * |
| LOUIS J SALOY JR | 40322 CREST RIDGE DR | | GONZALES | LA | 70737-7148 | K54709 | 66.90 | * |
| LOUIS M BRAVO | 640 N BEAU CHENE DR APT 3 | | MANDEVILLE | LA | 70471-7104 | K54726 | 66.90 | * |
| LOUIS MCANLY HILLS | 360 HARRINGTON AVE | | CONCORD | MA | 01742-4035 | K51197 | 66.90 | * |
| LOUIS MIDKIFF | 1555 HOLLY TRL SE | | BROOKHAVEN | MS | 39601-8780 | K36518 | 66.90 | * |
| LOUIS P MILNER III | 13120 ELMHURST CIR | | ANCHORAGE | AK | 99515-4016 | K62804 | 66.90 | * |
| LOUIS PETRO | 60 E KATHRYN CT | | SHELTON | WA | 98584-6630 | K49037 | 66.90 | * |
| LOUIS R BAHOR | 707 LOWRY ST | | MANCHESTER | TN | 37355-2319 | K56768 | 66.90 | * |
| LOUIS R LISTERMANN | 2464 TIMBERCROFT CT | | CINCINNATI | OH | 45239-6614 | K38686 | 66.90 | * |
| LOUIS SCHLATER | 91 CONNIE LN | | ROSSBURG | OH | 45362-9602 | K31209 | 66.90 | * |
| LOUIS W DASHER | 2027 LEGOMA DR | | FORT WAYNE | IN | 46819-2015 | K39725 | 66.90 | * |
| LOUIS WEST | 513 E MUSTANG ST | | CROWLEY | TX | 76036-2827 | K42895 | 66.90 | * |
| LOUISE [ELAINE] LE CAM | 3775 MODOC RD APT 138 | | SANTA BARBARA | CA | 93105-4458 | K53286 | 66.90 | * |
| LOUISE ALFORD | 25231 DERRINGER RD | | PUNTA GORDA | FL | 33983-6060 | K53486 | 66.90 | * |
| LOUISE BLASKE | 9366 85TH AVE | | MILACA | MN | 56353-4524 | K30330 | 66.90 | * |
| LOUISE BROCK | 2951 N GOVERNEOUR ST APT 215 | | WICHITA | KS | 67226-1767 | K30807 | 66.90 | * |
| LOUISE BYRNE | 222 E MAIN ST | | KAHOKA | MO | 63445-1739 | K21495 | 66.90 | * |
| LOUISE CHAPMAN | 239 HIPP ISLAND RD | | LEESVILLE | SC | 29070-7172 | K30959 | 66.90 | * |
| LOUISE CORSOVER | 855 MAIN ST | | FRANKLIN | NY | 13775-2001 | K62156 | 66.90 | * |
| LOUISE CUSTER | 3631 HIGHWAY 11 E | | INTERNATIONAL | MN | 56649-8808 | K20746 | 66.90 | * |
| LOUISE EGLAND | 1368 COUNTY ROAD G | | NEKOOSA | WI | 54457-9780 | K46986 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LOUISE ENGLEMAN | 837 LIMEKILN RD | | NEW CUMBERLAN | PA | 17070-2318 | K19441 | 66.90 | * |
| LOUISE FERRANTE | 6761 CHURCH ST | | HANOVER PARK | IL | 60133-3906 | K53827 | 66.90 | * |
| LOUISE FULLER | 18 WARREN ST | | CABOT | AR | 72023-3815 | K36383 | 66.90 | * |
| LOUISE HERZL-BETZ | 659 EUCLID AVE | | ELMIRA | NY | 14901-1916 | K33782 | 66.90 | * |
| LOUISE JACKSON | 1161 E 225TH ST APT 1B | | BRONX | NY | 10466-5509 | K13101 | 66.90 | * |
| LOUISE JOHNSON | 199 PREWITTS WAY | | SOMERSET | KY | 42503-4458 | K23328 | 66.90 | * |
| LOUISE KOCH | 2801 UNION ST APT 6H | | FLUSHING | NY | 11354-1734 | K62760 | 66.90 | * |
| LOUISE LAPINSKI | 803 S MAIN ST | | MOUNT PROSPEC | IL | 60056-4233 | K56678 | 66.90 | * |
| LOUISE LESNIAK | 975 BAYSIDE CV | | NEWPORT BEACH | CA | 92660-7419 | K36338 | 66.90 | * |
| LOUISE LEWANDOWSKI | 4651 S BLACK SWAN DR | | SALT LAKE CIT | UT | 84117-4809 | K41023 | 66.90 | * |
| LOUISE M KENNEDY | 105 KETEWAMOKE AVE | | BABYLON | NY | 11702-1907 | K21793 | 66.90 | * |
| LOUISE M MOORE-AUSTIN | 230 SW CLAY ST | | TOPEKA | KS | 66606-1134 | K34343 | 66.90 | * |
| LOUISE MCNAMARA | 5209 KNOB HILL CT | | MINNETONKA | MN | 55345-4510 | K44243 | 66.90 | * |
| LOUISE MENCKEN | 2839 DEER TRAIL RD | | THOMSON | GA | 30824-6516 | K31199 | 66.90 | * |
| LOUISE MYERS | PO BOX 251 | | CAIRO | OH | 45820-0251 | K45207 | 66.90 | * |
| LOUISE PRIGMORE | 7502 SE US HIGHWAY 77 | | LEON | KS | 67074-7900 | K50682 | 66.90 | * |
| LOUISE ROY | PO BOX 297 | | DORRIS | CA | 96023-0297 | K32510 | 66.90 | * |
| LOUISE TRESTED | 30 DOXSEY PL APT 413 | | LYNBROOK | NY | 11563-3406 | K58318 | 66.90 | * |
| LOUISE VAN DYKE | 3202 N NEW YORK AVE | | PEORIA | IL | 61603-1256 | K46133 | 66.90 | * |
| LOUISE VANZAGO | 14928 SEWARD PLZ | | OMAHA | NE | 68154-1054 | K53994 | 66.90 | * |
| LOUISE WELLER | 13006 WESTBROOK DR | | FAIRFAX | VA | 22030-8233 | K25593 | 66.90 | * |
| LOVYE J CLEMONS | 7626 S HALLDALE AVE | | LOS ANGELES | CA | 90047-2515 | K10142 | 66.90 | * |
| LOWELL [TOMMY] MILLS | 1950 MCCLAIN ST | | GREENVILLE | MS | 38701-7719 | K23798 | 66.90 | * |
| LOWELL E CLAPP | 4819 5TH AVE # 1 | | KENOSHA | WI | 53140-2924 | K20756 | 66.90 | * |
| LOWELL E FRAME | 2636 FAUST CT | | CARMEL | IN | 46033-8433 | K38881 | 66.90 | * |
| LOWELL ENSEY | 4831 N HEDGEROW CT | | BEL AIRE | KS | 67220-1662 | K55692 | 66.90 | * |
| LOWELL HIGH SCHOOL | LOWELL ALUMNI ASSOCIATION | 11700 VERGENNES RD | LOWELL | MI | 49331 | | 0.00 | ** |
| LOWELL HIGH SCHOOL | c/o LYNN DROWN | 11700 VERGENNES RD | LOWELL | MI | 49331 | | 0.00 | ** |
| LOWELL JOHNSON | 1926 VIENNA AVE | | WOODBINE | IA | 51579-5052 | K53850 | 66.90 | * |
| LOWELL MIESSE | 3113 N DELMAR CT | | PEORIA | IL | 61604-1507 | K46054 | 66.90 | * |
| LOWELL NEES | 3100 TECUMSEH CIR | | PIQUA | OH | 45356-9711 | K47089 | 66.90 | * |
| LOWELL W FINDLEY | 14145 ROAD 26 | | DOLORES | CO | 81323-9231 | K53474 | 66.90 | * |
| LOWER MERION / HARRITON HIGH SCHOOL | LOWER MERION/HARRITON ALUMNI | 315 EAST MONTGOMERY AVE | ARDMORE | PA | 19003 | | 0.00 | ** |
| LOWER MERION / HARRITON HIGH SCHOOL | c/o JONI RASH-BLUM | 315 EAST MONTGOMERY AVE | ARDMORE | PA | 19003 | | 0.00 | ** |
| LOY CHRISTENSEN | 1000 N VINE ST | | CRESTON | IA | 50801-1661 | K54417 | 66.90 | * |
| LOYCE MARIE WHYTE | 1634 PENDLETON RD | | AUGUSTA | GA | 30904-4802 | K20553 | 66.90 | * |
| LOYCE WILKINS | 28427 ROSE VERVAIN DR | | SPRING | TX | 77386-3941 | V99689 | 66.90 | * |
| LOYD CLYDE SPURGEON | 8 SWIFT CREEK CT | | SAINT PETERS | MO | 63376-5962 | K44391 | 66.90 | * |
| LOYD D KEITH | 2961 DIXON RD | | MARYVILLE | TN | 37801-9580 | K36600 | 66.90 | * |
| LOYDE FOSTER | 13510 DE ALCALA DR | | LA MIRADA | CA | 90638-2848 | K28822 | 66.90 | * |
| LT RICKEY L GILES SR | PO BOX 1262 | | LEAVENWORTH | KS | 66048-0962 | K35048 | 66.90 | * |
| LTC DONALD E SHIARLA | 5975 CRYSTAL SPRINGS CT N | | KEIZER | OR | 97303-3886 | K55628 | 66.90 | * |
| LTC DONALD J REED | 5670 FLAG WAY | | COLORADO SPRI | CO | 80919-4434 | K25994 | 66.90 | * |
| LTC GASPER V ABENE | 9920 CASTLEWOOD DR | | PLANO | TX | 75025-5263 | K53273 | 66.90 | * |
| LTC JAKE A SALTAMACHIA | 120 TEMPLETON DR | | LAFAYETTE | LA | 70508-5626 | K56872 | 66.90 | * |
| LTC PATRICIA A KRAUSE USA | 2706 CREEKSTONE CT | | PHENIX CITY | AL | 36867-2402 | K28458 | 66.90 | * |
| LTC ROBERT J JACOBSON | 234 N LAWSON RD | | POQUOSON | VA | 23662-1838 | K10668 | 66.90 | * |
| LTC VALERIE H DAVIS | 1931 S DOUBLETREE LN | | TUCSON | AZ | 85713-6721 | K22514 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LTCL EDGAR R CANCEL USA | 1007 MACY LN SE | | JACKSONVILLE | AL | 36265-3908 | K51928 | 66.90 | * |
| LTCL JAMES F [JACK] GREY RET | 1273 GARY WAY | | CARMICHAEL | CA | 95608-6107 | K46952 | 66.90 | * |
| LTCL JIM HEATH USA | 600 HEADLEE ST | | DENTON | TX | 76201-0853 | K27068 | 66.90 | * |
| LTCL JOHN A MUTTER | 134 MOUNTAINVIEW DR | | CANYON LAKE | TX | 78133-6463 | K57790 | 66.90 | * |
| LTCL ROE EDWARD WALKER RET | 9653 AIR PARK DR | | GRANBURY | TX | 76049-4451 | K49231 | 66.90 | * |
| LU ANN CARMICHAEL | 4011 WILLOW CREEK RD | | FLORENCE | SC | 29505-8816 | K47083 | 66.90 | * |
| LU ELLEN ROBERTSON | 83 MAY RIVER PT | | BLUFFTON | SC | 29910-5516 | K31460 | 66.90 | * |
| LU PORTE | 5330 BEACON HILL RD APT 312 | | MINNETONKA | MN | 55345-5862 | K25504 | 66.90 | * |
| LUANN BRISCO | 468538 E 923 RD | | BUNCH | OK | 74931-5140 | K29308 | 66.90 | * |
| LUANN M WEEMS | 5205 S PEYTON HWY | | COLORADO SPRI | CO | 80930-9513 | K22065 | 66.90 | * |
| LUANN SHIELDS | 11441 FM 1923 | | MORSE | TX | 79062-3007 | K31171 | 66.90 | * |
| LUANNE HELTON | 1120 CUMMINS RD APT 111 | | DES MOINES | IA | 50315-2622 | K24517 | 66.90 | * |
| LUANNE WAGNER | 3463 SAPELO AVE | | NORTH PORT | FL | 34286-8933 | K52887 | 66.90 | * |
| LUAYNE PINGLETON | 9630 ISLAND FORD RD | | HANSON | KY | 42413-9725 | K44735 | 66.90 | * |
| LUCIA CAMPER | 14382 HORSESHOE POINT LN | | SMITHFIELD | VA | 23430-3900 | K22420 | 66.90 | * |
| LUCIA DAHLSTRAND | 200 GLENWOOD CIR APT D7 | | MONTEREY | CA | 93940-6758 | K55064 | 66.90 | * |
| LUCIA HANNA | 12534 BARKLEY ST | | LEAWOOD | KS | 66209-2570 | K51331 | 66.90 | * |
| LUCIA M BIEHLER RN | 12914 W ALDERNY ST | | WICHITA | KS | 67235-7017 | K42691 | 66.90 | * |
| LUCIANN GRAZIANO | 9908 VINE ST | | THORNTON | CO | 80229-2488 | K21087 | 66.90 | * |
| LUCIEN A SALVANT | 9383 LAKE ABBY LN | | BONITA SPRING | FL | 34135-8882 | K52130 | 66.90 | * |
| LUCILE ROBERTS | 2 ANDERSON CT | | MARLTON | NJ | 08053-5599 | K47717 | 66.90 | * |
| LUCILLE A HUSTEDT | 1087 COUNTY ROAD JJ | | NEKOOSA | WI | 54457-9516 | K46955 | 66.90 | * |
| LUCILLE ANN JENSEN | 10225 N 72ND ST | | OMAHA | NE | 68122-2207 | K55434 | 66.90 | * |
| LUCILLE BARBER | 3876 G 1/4 RD | | PALISADE | CO | 81526-8707 | K13703 | 66.90 | * |
| LUCILLE CAZZETTO | 501 GRANTLAND AVE | | WEST HEMPSTEA | NY | 11552-2709 | K49246 | 66.90 | * |
| LUCILLE COCHRAN | 5808 NW 53RD ST | | WARR ACRES | OK | 73122-6213 | K62748 | 66.90 | * |
| LUCILLE COX | 706 MILLSTONE POINTE DR | | GREENCASTLE | IN | 46135-2317 | K45573 | 66.90 | * |
| LUCILLE DIELE | 702 W 26TH ST | | MERCED | CA | 95340-3629 | K18994 | 66.90 | * |
| LUCILLE GEIB | PO BOX 116 | | BASSETT | NE | 68714-0116 | K19498 | 66.90 | * |
| LUCILLE GRIFFIN | 1409 SW BRIDGE ST | | GRANTS PASS | OR | 97526-5818 | K34816 | 66.90 | * |
| LUCILLE HARR | 422 MARYLE CT | | NEWPORT NEWS | VA | 23602-6536 | K61698 | 66.90 | * |
| LUCILLE I BAIN | 139 GORE RD | | REVERE | MA | 02151-2032 | K19798 | 66.90 | * |
| LUCILLE J ARDREY | 3451 THIRD AVE | | BENSALEM | PA | 19020-1716 | K22752 | 66.90 | * |
| LUCILLE M JOHNSON | 220 PIONEER PL | | NEW LENOX | IL | 60451-9732 | K49527 | 66.90 | * |
| LUCILLE M NAHRWOLD | 1024 SHOREWORTH TRL | | FORT WAYNE | IN | 46819-1428 | K39687 | 66.90 | * |
| LUCILLE M SCHEWE | 4901 S 153RD ST APT 313 | | OMAHA | NE | 68137-5050 | K52553 | 66.90 | * |
| LUCILLE M SHANLEY | 16747 RICKENBACKER CIR | | RIVERSIDE | CA | 92518-2913 | K44015 | 66.90 | * |
| LUCILLE MARIE ESPOSITO | 11 ALMA AVE | | MADISON | NJ | 07940-2403 | K38152 | 66.90 | * |
| LUCILLE MAXWELL | 295 TARA WOODS DR | | RIVERDALE | GA | 30274-3185 | K41619 | 66.90 | * |
| LUCILLE MILLER | 3134 E CALAVEROS DR | | PHOENIX | AZ | 85028-5312 | K54326 | 66.90 | * |
| LUCILLE MILLER | 554 RIDGE AVE | | EPHRATA | PA | 17522-9228 | K58243 | 66.90 | * |
| LUCILLE SCHWARZ | 50 PARK AVE APT 2G | | NEW YORK | NY | 10016-3076 | K53288 | 66.90 | * |
| LUCILLE SNELL | 4324 MIRAMAR AVE NE | | GRAND RAPIDS | MI | 49525-1530 | K36446 | 66.90 | * |
| LUCILLE TOSCHLOG | 3304 NW C ST | | RICHMOND | IN | 47374-4510 | K33613 | 66.90 | * |
| LUCILLE WALLER | 333 OGLE RD | | SEYMOUR | TN | 37865-5817 | K12971 | 66.90 | * |
| LUCILLE WALTARI | 5255 STATE RD LOT 68 | | ASHTABULA | OH | 44004-6230 | K18103 | 66.90 | * |
| LUCILLE WESTFALL | 2248 ROCKEFELLER RD | | WICKLIFFE | OH | 44092-2021 | K43232 | 66.90 | * |
| LUCILLE WITNER | 217 GLENDALE DR | | PULASKI | TN | 38478-5102 | K61508 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| LUCILLE YERY | 411 LIBERTY BLVD | | LOCUST GROVE | VA | 22508-5139 | K49699 | 66.90 | * |
| LUCINDA EVANS | 1284 GLENGARY WAY | | HENDERSON | KY | 42420-2577 | K24790 | 66.90 | * |
| LUCINDA J [CINDY] GREGORY | 351 MAIN ST | | PINEY FLATS | TN | 37686-4825 | K32267 | 66.90 | * |
| LUCINDA TODD | 112 E MAIN ST | | RUSSIA | OH | 45363-9701 | K33017 | 66.90 | * |
| LUCIO COSTANZO | 106 AVENUE A | | PORT JEFFERSO | NY | 11777-1878 | K62336 | 66.90 | * |
| LUCIUS A GARDNER JR | 3462 FRIENDSHIP RD | | OLAR | SC | 29843-2135 | K57603 | 66.90 | * |
| LUCIUS EVENSON | 7064 FRENCHTOWN RD | | BELLEVILLE | WI | 53508-9532 | K18907 | 66.90 | * |
| LUCIUS P BERNARD | 4704 TENBURY LN | | ROCKLIN | CA | 95677-4486 | K33767 | 66.90 | * |
| LUCREZIA FAZIO | 29 E FULTON DR | | DES MOINES | IA | 50315-1583 | K22043 | 66.90 | * |
| LUCREZIA SMITH | 1924 SPRINGVIEW DR | | LAS VEGAS | NV | 89146-3011 | K41068 | 66.90 | * |
| LUCY A MEE | 283 VILLAGE RUN E | | ENCINITAS | CA | 92024-3045 | K27262 | 66.90 | * |
| LUCY ANTCZAK | 3643 N CUMBERLAND AVE | | CHICAGO | IL | 60634-1910 | K51605 | 66.90 | * |
| LUCY BAMBREY | 3861 S NARCISSUS WAY | | DENVER | CO | 80237-1239 | K44070 | 66.90 | * |
| LUCY BENEDICT | 2535 UNION AVE | | FAIRFIELD | IA | 52556-8529 | K16120 | 66.90 | * |
| LUCY C MONAHAN | 7 RICHARTSON RD | | PEABODY | MA | 01960-1509 | K13298 | 66.90 | * |
| LUCY DELLA ROSA | 1324 TORREY ST | | DAVIS | CA | 95618-5062 | K43471 | 66.90 | * |
| LUCY GRYGORCEWICZ | 30 NORMANDY DR | | PARSIPPANY | NJ | 07054-4068 | K50732 | 66.90 | * |
| LUCY INEZ SELLERS | 221 REBECCA LN | | WALNUT RIDGE | AR | 72476-8440 | K42355 | 66.90 | * |
| LUCY J BELCHER | 11504 JONES RD | | SANGER | TX | 76266-3333 | K27806 | 66.90 | * |
| LUCY RODES | 11350 WOODSTOCK RD APT 2105 | | ROSWELL | GA | 30075-7536 | K38439 | 66.90 | * |
| LUCY SAAD | 138 E WINTER AVE | | NEW CASTLE | PA | 16101-2376 | K61425 | 66.90 | * |
| LUCY THOMPSON | 895 WAFFORD LN | | BETHLEHEM | PA | 18017-3877 | K57575 | 66.90 | * |
| LUELLA ASMUSSEN | 10010 E 222ND ST | | PECULIAR | MO | 64078-9274 | K49017 | 66.90 | * |
| LUELLA BAKER | 103 MIFFLIN PL | | MIFFLINBURG | PA | 17844-9317 | K16765 | 66.90 | * |
| LUELLA F [FRANKIE] WELSH | 11725 W ALDERNY CT UNIT 59 | | WICHITA | KS | 67212-6566 | K28456 | 66.90 | * |
| LUELLA HENNING | 3231 137TH AVE NW | | ANDOVER | MN | 55304-3783 | K53843 | 66.90 | * |
| LUELLA MOORE | 1276 MUNROE FALLS KENT RD | | KENT | OH | 44240-3254 | K62302 | 66.90 | * |
| LUELLA N AUCHARD | 314 SHANE CIR | | PERRY | GA | 31069-3776 | K22957 | 66.90 | * |
| LUELLA NEUMANN-SCHUETTE | 11175 27TH AVE SE UNIT 307 | | BECKER | MN | 55308-4676 | K20694 | 66.90 | * |
| LUELLA W DUES | 558 SHROYER RD | | DAYTON | OH | 45419-4049 | K31389 | 66.90 | * |
| LUIS PEREZ | 604 N L ST | | LAKE WORTH | FL | 33460-3030 | K20620 | 66.90 | * |
| LUKE J BRUINING | 5442 SUNFIELD AVE | | LAKEWOOD | CA | 90712-1854 | K20536 | 66.90 | * |
| LUKE M GHERGICH | 119 ORMOND OAKS DR | | DESTREHAN | LA | 70047-3527 | K50132 | 66.90 | * |
| LULA MAE KNAPP | 1315 SCHOONER CT | | SAINT PAUL | MN | 55125-9295 | K20083 | 66.90 | * |
| LULA PHILLIPS | 6 RICHARDSON CIR | | SIDNEY | AR | 72577-9301 | K34911 | 66.90 | * |
| LULA SIMMS JR | 4501 LAFON DR | | NEW ORLEANS | LA | 70126-4115 | K55977 | 66.90 | * |
| LUNELLE ZEECK | 161 BRIDGEWATER CIR | | MIDLAND | TX | 79707-6112 | K42674 | 66.90 | * |
| LUTHER [GERALD] MCKINLEY | 108 ELDORADO AVE | | CENTERVILLE | GA | 31028-1404 | K30102 | 66.90 | * |
| LUTHER D LEE | PO BOX 116 | | LA CROSSE | FL | 32658-0116 | K39844 | 66.90 | * |
| LUTHER LACY | 1413 HOLCOMB PL | | PLACENTIA | CA | 92870-7463 | K28499 | 66.90 | * |
| LUTHER ROSE | 113 DAVIDSON AVE | | SAVANNAH | GA | 31419-3013 | K42555 | 66.90 | * |
| LUTHER WILLARD WORRELL | 761 TEAKWOOD CT | | WEST COLUMBIA | SC | 29169-4964 | K57984 | 66.90 | * |
| LUVERNE NEILS | 834 2ND AVE N | | SAUK RAPIDS | MN | 56379-1645 | K21545 | 66.90 | * |
| LYDE MARIE NEWMAN | 180 JEROME AVE | | MINEOLA | NY | 11501-3305 | K37203 | 66.90 | * |
| LYDELL E TAYLOR | 2204 7TH AVE S | | SAINT CLOUD | MN | 56301-5829 | K21235 | 66.90 | * |
| LYDIA ANN ABERLI | 4115 GAUDET RD | | LOUISVILLE | KY | 40299-6817 | K33069 | 66.90 | * |
| LYDIA BROWN | 51849 TOWNSHIP ROAD 186 | | FRESNO | OH | 43824-9776 | K61375 | 66.90 | * |
| LYETTA AWALT | 800 E GORDON AVE | | EFFINGHAM | IL | 62401-3723 | K45473 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 341 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LYLA FINCH | 261 E 100 S | | TOOELE | UT | 84074-2701 | K33222 | 66.90 | * |
| LYLA HENDRICKSON | 12505 SW NORTH DAKOTA ST | | PORTLAND | OR | 97223-3284 | K41074 | 66.90 | * |
| LYLA K BONJOUR | 1100 W ASHLAND AVE | | INDIANOLA | IA | 50125-2209 | K21891 | 66.90 | * |
| LYLE BUDDENHAGEN | 91 DEERPATH RD | | TRACY | MN | 56175-2029 | K55989 | 66.90 | * |
| LYLE D SCHMIDT | 927 CLAYTON DR | | WORTHINGTON | OH | 43085-3301 | K19573 | 66.90 | * |
| LYLE LAWRENCE | 16 BROOK ST | | PLYMPTON | MA | 02367-1713 | K53553 | 66.90 | * |
| LYLE M STEVEN | 946 MAGNOLIA ST | | SLIDELL | LA | 70460-1914 | K54821 | 66.90 | * |
| LYLE THOMAS [TOM] HUNTRESS | 1712 ELLISON ST | | WELLINGTON | TX | 79095-4302 | K44561 | 66.90 | * |
| LYLE ZELLER | 118 MOUNTVIEW LN | | ETHEL | WA | 98542-9703 | K54305 | 66.90 | * |
| LYMAN HUNTINGTON WHITNEY | PO BOX 68 | | GARRISON | MN | 56450-0068 | K39465 | 66.90 | * |
| LYN E BISESI | 171 TRUDY AVE | | MUNROE FALLS | OH | 44262-1012 | K62014 | 66.90 | * |
| LYN L FOSH_ | 2149 PRAIRIE VW E | | AMES | IA | 50010-4555 | K26630 | 66.90 | * |
| LYNDA CULBERTSON | 10429 COUNTY ROAD 289 | | ANNA | TX | 75409-3213 | K26007 | 66.90 | * |
| LYNDA D BEAR | 7447 MONTCLAIR DR | | FORT WAYNE | IN | 46804-5550 | K39636 | 66.90 | * |
| LYNDA ELLIOTT | 435 E 79TH ST | | NEW YORK | NY | 10075-1034 | K58268 | 66.90 | * |
| LYNDA FAITH | 3057 COUNTY ROAD 20 | | INTERNATIONAL | MN | 56649-8702 | K18865 | 66.90 | * |
| LYNDA FOURRIER | 397 INDIAN HILLS DR | | WATERLOO | WI | 53594-1018 | K43318 | 66.90 | * |
| LYNDA HACKSTAFF | 27W322 MELROSE LN | | WINFIELD | IL | 60190-1081 | K37611 | 66.90 | * |
| LYNDA HILL | 4420 VZ COUNTY ROAD 2144 | | WILLS POINT | TX | 75169-7900 | K43576 | 66.90 | * |
| LYNDA L LYDICK | 4201 BEAUPORT RD | | INDIANAPOLIS | IN | 46222-1418 | K29156 | 66.90 | * |
| LYNDA MORTON | 11916 W 109TH ST APT 419 | | OVERLAND PARK | KS | 66210-3992 | K14580 | 66.90 | * |
| LYNDA REED | 3392 CHEYENNE DR | | GRANTS PASS | OR | 97527-8728 | K35478 | 66.90 | * |
| LYNDA ROUSSEY | 6615 MONTE AVE | | FORT WAYNE | IN | 46835-3847 | K45736 | 66.90 | * |
| LYNDA SMITH | 524 SYCAMORE PT | | WOODSTOCK | GA | 30189-6764 | K35614 | 66.90 | * |
| LYNDA TRIPP | 125 HIGHLAND ST APT 104 | | TAUNTON | MA | 02780-4739 | K63068 | 66.90 | * |
| LYNDA VAUGHN | 4120 ELM ST | | EAST CHICAGO | IN | 46312-3003 | K59722 | 66.90 | * |
| LYNDAL A DERRYBERRY-BURCH | 200 E WEBSTER ST APT 1016 | | MADISON | TN | 37115-4848 | K35927 | 66.90 | * |
| LYNDON LARSEN | 438 3RD ST | | INTERNATIONAL | MN | 56649-2310 | K18421 | 66.90 | * |
| LYNETTE HUNGERFORD | 4749 N VIEWPOINT DR APT B | | PRESCOTT VALL | AZ | 86314-6608 | K20729 | 66.90 | * |
| LYNETTE KLUCK | 1150 MCKINLEY ST | | WISCONSIN RAP | WI | 54495-3340 | K48343 | 66.90 | * |
| LYNETTE P MAIN | 3679 HUNTLEIGH DR | | LIMA | OH | 45806-1328 | K51440 | 66.90 | * |
| LYNN [VERA] BRADY | 1309 LAVALL DR | | DAVIDSONVILLE | MD | 21035-1136 | K37734 | 66.90 | * |
| LYNN A BELANGER | 3782 TOWN ROAD 243 | | INTERNATIONAL | MN | 56649-8930 | K23495 | 66.90 | * |
| LYNN A GREENE | 2453 STATE ROAD 227 N | | RICHMOND | IN | 47374-1774 | K26846 | 66.90 | * |
| LYNN A PROCTOR-SHIPMAN | 2218 VIA TESORO | | ALPINE | CA | 91901-3162 | K37439 | 66.90 | * |
| LYNN AKERS | 3411 W CHARTWELL RD | | PEORIA | IL | 61614-2323 | K46134 | 66.90 | * |
| LYNN ALAN WRIGHTNOUR | 2503 DOUGLAS RD | | ASHTABULA | OH | 44004-9294 | K21949 | 66.90 | * |
| LYNN ANN WEINSTEIN | 2606 BRIDGEWOOD CIR | | BOCA RATON | FL | 33434-4118 | K34487 | 66.90 | * |
| LYNN BOWEN | 3 MAHOOD TRCE | | HUNTINGTON | WV | 25705-2601 | K61070 | 66.90 | * |
| LYNN BURTON | 12632 REMLER DR W | | JACKSONVILLE | FL | 32223-2779 | K29540 | 66.90 | * |
| LYNN C COOK | 1700 CEDAR CREEK RD | | LOUISVILLE | KY | 40229-3763 | K34711 | 66.90 | * |
| LYNN C SCULL | 10 GOODWIN CIR | | HARTFORD | CT | 06105-5201 | K40019 | 66.90 | * |
| LYNN COE | 118 LANTERN CT | | NICHOLASVILLE | KY | 40356-9712 | K34172 | 66.90 | * |
| LYNN CRESSY | 5654 MIRABEL LN | | COLORADO SPRI | CO | 80923-4154 | K55749 | 66.90 | * |
| LYNN D RUSSELL | 2135 MARTINSBURG PIKE | | WINCHESTER | VA | 22603-4716 | K41379 | 66.90 | * |
| LYNN DELLATORRE | 733 VIA DEL SOL | | NORTH FORT MY | FL | 33903-1572 | K39868 | 66.90 | * |
| LYNN DROWN | 2900 16 MILE RD NE | | CEDAR SPRINGS | MI | 49319-9446 | K37341 | 66.90 | * |
| LYNN DUNAWAY | 3410 N EL VISTA AVE | | PEORIA | IL | 61604-1219 | K45234 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LYNN EWAN | 252 ASTRAL PT | | SPRING BRANCH | TX | 78070-5089 | K25783 | 66.90 | * |
| LYNN FOLEY | 11 BRIAR RIDGE PL | | SELKIRK | NY | 12158-1267 | K25511 | 66.90 | * |
| LYNN FOX | 2905 SEDGEWICK DR | | LYNCHBURG | VA | 24503-3331 | K40762 | 66.90 | * |
| LYNN GERSMAN | 917 MURPHY DR | | JOLIET | IL | 60435-2835 | K51373 | 66.90 | * |
| LYNN GIROUX | 957 LACLAIR ST | | PITTSBURGH | PA | 15218-1024 | K41739 | 66.90 | * |
| LYNN GREEN | 1004 FAIRFIELD AVE | | NORTH AUGUSTA | SC | 29841-3329 | K20642 | 66.90 | * |
| LYNN GURNEY | 8 PELEG RD | | PORTSMOUTH | RI | 02871-3830 | K26163 | 66.90 | * |
| LYNN HITE | 1006 ELLEN DR | | WHITE HALL | AR | 71602-9508 | K35425 | 66.90 | * |
| LYNN HOCHHAUSER | 3344 SCOTT AVE N | | GOLDEN VALLEY | MN | 55422-2748 | K41824 | 66.90 | * |
| LYNN HOOVER | 317 STRASBURG DR | | PORT CHARLOTT | FL | 33954-3308 | K39140 | 66.90 | * |
| LYNN JOHNSON | 2 NORTHFIELD CT | | LAMBERTVILLE | NJ | 08530-1039 | K37832 | 66.90 | * |
| LYNN JOHNSON | 189 PHEASANT HOLLOW DR | | BURR RIDGE | IL | 60527-5050 | K51693 | 66.90 | * |
| LYNN JORDAN RN | 3 COUNTRY CLUB CT | | MOUNT SINAI | NY | 11766-1219 | K53460 | 66.90 | * |
| LYNN KAMAKARIS | 9266 CORNELL ST | | TAYLOR | MI | 48180-3475 | K60130 | 66.90 | * |
| LYNN KARGMAN | 221 MOUNT AUBURN ST APT 703 | | CAMBRIDGE | MA | 02138-4852 | K14484 | 66.90 | * |
| LYNN KEMPER | 2360 BATES RD | | O FALLON | MO | 63368-7023 | K38101 | 66.90 | * |
| LYNN KREINER | 2407 DUNLAP ST | | LANSING | MI | 48911-1716 | K43660 | 66.90 | * |
| LYNN LEE | 369 MONTEZUMA AVE # 113 | | SANTA FE | NM | 87501-2835 | K14818 | 66.90 | * |
| LYNN LORAIN GERDES | 12432 N GOLF DR | | MEQUON | WI | 53092-2463 | K34762 | 66.90 | * |
| LYNN MALONEY | 2196 ORANGE DR | | PORT ORANGE | FL | 32128-6576 | K40965 | 66.90 | * |
| LYNN MANNAN | 365 HARLAN ST | | GREENEVILLE | TN | 37745-4415 | K32317 | 66.90 | * |
| LYNN MCNEARY | 886 BANEBERRY DR | | SUN PRAIRIE | WI | 53590-4301 | K48961 | 66.90 | * |
| LYNN MEALS | 1137 EATON DR | | AKRON | OH | 44312-4094 | K61377 | 66.90 | * |
| LYNN NEWCOMER | 3009 W TIVERTON | | WILLIAMSBURG | VA | 23185-8717 | K47949 | 66.90 | * |
| LYNN OSMUN RN | 907 HILLCREST LN | | LEWISBURG | PA | 17837-9517 | K30837 | 66.90 | * |
| LYNN PERRY | 214 BOSTON ST UNIT A | | SEATTLE | WA | 98109-2376 | K29662 | 66.90 | * |
| LYNN PURVES | 5708 EVERGREEN ST | | MIDLAND | MI | 48642-3140 | K43645 | 66.90 | * |
| LYNN ROBERTS | 22717 RIFLE RIDGE RD | | ELKHORN | NE | 68022-2418 | K56205 | 66.90 | * |
| LYNN SZALLAR | 40 SENECA TRL | | DENVILLE | NJ | 07834-1108 | K51786 | 66.90 | * |
| LYNN WATKINS | 7849 MONROE BLVD | | TAYLOR | MI | 48180-2449 | K60013 | 66.90 | * |
| LYNN WILSON | 28 VIRGINIA AVE | | REHOBOTH BEAC | DE | 19971-2813 | K36670 | 66.90 | * |
| LYNN WINKLER | 6462 W COUNTY ROAD 710 S | | REELSVILLE | IN | 46171-9635 | K47283 | 66.90 | * |
| LYNN WINSLOW | 1306 FIR AVE | | VENICE | FL | 34285-7907 | K21880 | 66.90 | * |
| LYNN WOLF | 6115 Y AVE | | AURELIA | IA | 51005-7007 | K14007 | 66.90 | * |
| LYNNE BUSHYEAGER | 1243 TIDEWOOD DR | | BETHEL PARK | PA | 15102-1029 | K61234 | 66.90 | * |
| LYNNE C TYROLER | 1418 NORTHFIELD PARK BLVD | | WARRENSBURG | MO | 64093-9773 | K14003 | 66.90 | * |
| LYNNE CAUDILL | 1002 E 260 S | | LAYTON | UT | 84041-4433 | K22780 | 66.90 | * |
| LYNNE CHARLTON | 120 LANTERN LN | | NORTH KINGSTO | RI | 02852-5600 | K45014 | 66.90 | * |
| LYNNE DICKENS | 3005 ASHLAND AVE | | SAINT JOSEPH | MO | 64506-1501 | K42248 | 66.90 | * |
| LYNNE DOLAN | 2770 BOULDER DR | | BURNSVILLE | MN | 55337-5003 | K55457 | 66.90 | * |
| LYNNE E BOOGHER | 10736 SANTA FE LINE RD | | WAPAKONETA | OH | 45895-8857 | K59913 | 66.90 | * |
| LYNNE EDGAR | 3927 INDIAN RIVER DR E | | VERO BEACH | FL | 32963-1406 | K53458 | 66.90 | * |
| LYNNE GRAMZA | 4903 NW 57TH ST | | TAMARAC | FL | 33319-2815 | K60505 | 66.90 | * |
| LYNNE HARRIS | 1936 TURNSTONE RD | | REDMOND | OR | 97756-7353 | K57010 | 66.90 | * |
| LYNNE JACKSON | 314 DE LA MARE AVE APT 2 | | FAIRHOPE | AL | 36532-2330 | K10036 | 66.90 | * |
| LYNNE LEVINE | 73 NEWPORT AVE | | TAPPAN | NY | 10983-1605 | K62561 | 66.90 | * |
| LYNNE MARTINA | 31 LANTERN LN | | CHERRY HILL | NJ | 08002-1623 | K41556 | 66.90 | * |
| LYNNE MCCAY | 26 BATTERY POINT DR | | FREDERICKSBUR | VA | 22406-5471 | K56225 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| LYNNE PETERSON | 1662 LEISURE WORLD | | MESA | AZ | 85206-2322 | K57778 | 66.90 | * |
| LYNNE ROBERTS | 1449 JANET ST | | SYCAMORE | IL | 60178-1056 | K60310 | 66.90 | * |
| LYNNE WILSON | 356 COUNTRYSIDE DR | | BROADVIEW HEI | OH | 44147-3412 | K43360 | 66.90 | * |
| LYNNETTE GILLOCK-GRAHAM | 2449 MAIA LOOP | | SPRINGFIELD | OR | 97477-6549 | K40480 | 66.90 | * |
| LYNNETTE JANE ACKLEY | 116 UPPER MARKET ST | | MILTON | PA | 17847-1820 | K23648 | 66.90 | * |
| LYNNETTE JENKNER | 518 MANNING AVE | | MCKEESPORT | PA | 15132-3621 | K62058 | 66.90 | * |
| LYNNETTE MCCULLOH | 22007 TRAILRIDGE BLVD | | ELKHORN | NE | 68022-2508 | K55150 | 66.90 | * |
| LYNORA [LYN] SIMMS | 645 STEPHENSON ST | | SHREVEPORT | LA | 71104-4321 | K53442 | 66.90 | * |
| LYNORA W BUDD | 244 RIDGE RD | | SOUTHAMPTON | NJ | 08088-3511 | K48199 | 66.90 | * |
| LYNTHUS [LINK] LEWIS | 19630 LEAPWOOD AVE | | CARSON | CA | 90746-2347 | K24794 | 66.90 | * |
| LYNWOOD L BATTLE | 2700 ASHLAND AVE UNIT 57 | | CINCINNATI | OH | 45206-1473 | K50493 | 66.90 | * |
| M [ANDREA] HARRINGTON | 6 MILLSTONE LN | | LINCOLN | MA | 01773-4405 | K30162 | 66.90 | * |
| M [BOBBI] SEGAL | 5517 HOBART AVE | | WEST PALM BEA | FL | 33405-3420 | K21335 | 66.90 | * |
| M ALEX MELTON | 317 JACKSON AVE | | NORTH AUGUSTA | SC | 29841-3537 | K21474 | 66.90 | * |
| M CAROL KENNEDY | 280 SQUIRE LN | | LIMA | OH | 45805-3613 | K45203 | 66.90 | * |
| M CAROLE GALLIS | 3 DEWEY DR | | ANNAPOLIS | MD | 21401-2242 | K36673 | 66.90 | * |
| M CARTER FLOYD JR | 1116 SHADY LANE CIR | | TALLADEGA | AL | 35160-2941 | K20149 | 66.90 | * |
| M CONNIE WALLACE | 10426 BOB GRAY RD | | KNOXVILLE | TN | 37932-2609 | K15669 | 66.90 | * |
| M CRAIG BELITZ | PO BOX 50786 | | KNOXVILLE | TN | 37950-0786 | K15079 | 66.90 | * |
| M ELIZABETH [BETTY] WEIDMAN | 300 SAINT MARK AVE APT 1116 | | LITITZ | PA | 17543-2247 | K57457 | 66.90 | * |
| M EVONNE PENNINGTON | 3942 KENSINGTON AVE | | KANSAS CITY | MO | 64130-1544 | K17918 | 66.90 | * |
| M JANE HUNTER | 2100 CIRCLE DR APT 136 | | SCOTTSBLUFF | NE | 69361-1783 | K52510 | 66.90 | * |
| M JEAN KNAPP | 217 N WYNNEWOOD AVE | | NARBERTH | PA | 19072-2134 | K43241 | 66.90 | * |
| M JEANIE NORD | 1420 NORMA DR | | BLOOMINGTON | IL | 61704-8661 | K48137 | 66.90 | * |
| M JO AARSBY | 255 TEXAS ST APT H230 | | RAPID CITY | SD | 57701-7320 | K31838 | 66.90 | * |
| M JOAN KNUTSON | 205 STARLINE AVE | | LAFAYETTE | CO | 80026-2541 | K56832 | 66.90 | * |
| M JUDITH RHODES | 22707 ELM BARK ST | | TOMBALL | TX | 77375-5410 | K34582 | 66.90 | * |
| M KAY RAMOS | 1808 QUAIL MEADOWS CIR | | VACAVILLE | CA | 95687-6565 | K39862 | 66.90 | * |
| M LOUISE NEWBERRY | 1790 BRANDON RD | | ROCKDALE | IL | 60436-9512 | K51048 | 66.90 | * |
| M PATRICIA SIMMONS | 27 STONYTOWN RD | | MANHASSET | NY | 11030-1117 | K57667 | 66.90 | * |
| M PHILLIP RUGGEIRO | 4009 CALLE SONORA OESTE UNIT | | LAGUNA WOODS | CA | 92637-3220 | K57237 | 66.90 | * |
| M R [RILEY] PHILLIPS | PO BOX 445 | | STAR | NC | 27356-0445 | K50503 | 66.90 | * |
| M SCOTT GIBSON | PO BOX 208 | | FLATWOODS | WV | 26621-0208 | K50011 | 66.90 | * |
| M VIRGINIA FLETCHER | 10126 EARNSHAW ST | | LENEXA | KS | 66215-1987 | K33988 | 66.90 | * |
| MABEL GRISWOLD | 3400 KINGS NECK DR | | VIRGINIA BEAC | VA | 23452-5848 | K29466 | 66.90 | * |
| MABEL I GILES | 124 FRANKLIN ST | | MILFORD | MI | 48381-2403 | K61774 | 66.90 | * |
| MABEL N RADOSEVICH | 305 15TH AVE SW | | ALTOONA | IA | 50009-1111 | K22705 | 66.90 | * |
| MABEL ULM | 2225 VINCENT ST | | MOGADORE | OH | 44260-1345 | K62834 | 66.90 | * |
| MABLE COCKRILL | 4025 MAIN ST | | OLD HICKORY | TN | 37138-2443 | K38196 | 66.90 | * |
| MABLE MC COY | 837 TAMMY COVE LN | | JACKSONVILLE | FL | 32218-7650 | K42920 | 66.90 | * |
| MACE B TAMSE CFP | 3450 S OCEAN BLVD | | HIGHLAND BEAC | FL | 33487-2586 | K45427 | 66.90 | * |
| MACK A CARTER JR | 10 APACHIE CV | | JACKSON | TN | 38305-1501 | K35689 | 66.90 | * |
| MACK CROCKETT | 306 S 21ST ST | | RICHMOND | IN | 47374-5736 | K30348 | 66.90 | * |
| MACK H JENKINS | 220 HIGHGATE HILL RD | | INDIAN SPRING | AL | 35124-3828 | K59701 | 66.90 | * |
| MACKIE SPRUILL | PO BOX 467 | | ORIENTAL | NC | 28571-0467 | K56249 | 66.90 | * |
| MACY E STEIN | 2400 NE 1ST LN APT 416 | | BOYNTON BEACH | FL | 33435-1936 | K42416 | 66.90 | * |
| MADDALENA GALDI | 8907 LANDIS AVE | | SEA ISLE CITY | NJ | 08243-1043 | K49115 | 66.90 | * |
| MADELEINE THOMAS | 4841 WOODFIELD DR | | CARMEL | IN | 46033-9424 | K48156 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MADELENE VARGO | 3503 BANKVIEW DR | | JOLIET | IL | 60431-4803 | K52318 | 66.90 | * |
| MADELINE CHURCHILL | 7910 LEAVENWORTH ST | | OMAHA | NE | 68114-5330 | K53842 | 66.90 | * |
| MADELINE CUNNINGHAM | 6007 MARQUETTE TER | | BETHESDA | MD | 20817-1752 | K20893 | 66.90 | * |
| MADELINE FARRELL | 1512 CARLETON TER | | HENDERSONVILL | NC | 28791-1522 | K37098 | 66.90 | * |
| MADELINE MARTINEZ | URB EL ROSARIO 31 CALLE E | | VEGA BAJA | PR | 00693-5411 | K47651 | 66.90 | * |
| MADELINE REYNOLDS | 117 GRAND ST | | PORTSMOUTH | VA | 23702-1017 | K13553 | 66.90 | * |
| MADELINE RUSSO | 56 S MANOR DR | | WHITE PLAINS | NY | 10603-1904 | K38123 | 66.90 | * |
| MADELYN PICONE | 49 HASTINGS RD | | MANCHESTER | NJ | 08759-6726 | K39294 | 66.90 | * |
| MADELYNE MCKEE | 1675 GOVERNORS WAY | | BLUE BELL | PA | 19422-2562 | K49147 | 66.90 | * |
| MADISON HIGH SCHOOL | MADISON PUBLIC SCHOOLS | 170 RIDGEDALE AVE | MADISON | NJ | 7940 | | 0.00 | ** |
| MADISON HIGH SCHOOL | c/o DR. MICHAEL ROSSI | 170 RIDGEDALE AVE | MADISON | NJ | 7940 | | 0.00 | ** |
| MADONNA [DONNA] GOUGH | 2115 W JUBILEE LN | | DUNLAP | IL | 61525-8601 | K47497 | 66.90 | * |
| MADONNA HARRIS | 1502 ALBIN POND RD | | GREENCASTLE | IN | 46135-9222 | K44814 | 66.90 | * |
| MADONNA LOMENCH | 4 JAMES CT | | WEST LONG BRA | NJ | 07764-1109 | K29379 | 66.90 | * |
| MAE BERRY | 1160 N CAMBRIDGE AVE APT 5 | | CHICAGO | IL | 60610-2934 | K52284 | 66.90 | * |
| MAE CAROLYN MAURI | 4 ALDEN LN | | PORT WASHINGT | NY | 11050-4403 | K55957 | 66.90 | * |
| MAE ELIZABETH SWAN | 6404 SHAFFER LN | | LOUISVILLE | KY | 40291-3520 | K33240 | 66.90 | * |
| MAE MAXWELL | 613 BLUEBERRY LN | | LEBANON | PA | 17046-4507 | K58044 | 66.90 | * |
| MAE RUTH JOHNSON | 11122 TURFGRASS WAY | | INDIANAPOLIS | IN | 46236-8321 | K19449 | 66.90 | * |
| MAEBELLE POWELL | 1203 W 6TH ST | | IDA GROVE | IA | 51445-1559 | K55543 | 66.90 | * |
| MAGGIE PETZA | 8718 MISSION RD | | JESSUP | MD | 20794-3942 | K34674 | 66.90 | * |
| Mail Finance | 478 Wheelers Farms Rd | | Milford | CT | 06461-9105 | h0908110E | 74.13 | ** |
| MAJ HENRY E REEBER | 25 CREST LN | | WATSONVILLE | CA | 95076-9641 | K41327 | 66.90 | * |
| MAJ KENNETH ANDERSON | 258 RIVERSIDE DR | | EL PASO | TX | 79915-4524 | K33437 | 66.90 | * |
| MAJ LA VERNE A WESTLING USAF | 4103 RAMADA TRL | | GEORGETOWN | TX | 78628-1510 | K56725 | 66.90 | * |
| MAJ LAWRENCE T ZILISCH USA | 1460 HUNTINGTON AVE | | GROVER BEACH | CA | 93433-2884 | K36476 | 66.90 | * |
| MAJ NANCY R FLESHER | 8935 E 5TH ST | | TUCSON | AZ | 85710-3041 | K54898 | 66.90 | * |
| MAJ SEAN F COUNIHAN USA | 8160 SYDNEY LN | | AVON | IN | 46123-7682 | K17337 | 66.90 | * |
| MAJOR HARRIS JR | 5424 CASTLE DR | | WICHITA FALLS | TX | 76306-1370 | K14034 | 66.90 | * |
| MALCOLM B GORDON | 7611 VINISTE DR | | BOYNTON BEACH | FL | 33472-7395 | K46379 | 66.90 | * |
| MALCOLM BOULTON | PO BOX 273 | | BEAVERTON | MI | 48612-0273 | K56334 | 66.90 | * |
| MALCOLM E SMITH | 1758 PIERCE ST | | DANIEL ISLAND | SC | 29492-8229 | K49435 | 66.90 | * |
| MALCOLM O WATSON | 1717 49TH AVE NE | | COLUMBIA HEIG | MN | 55421-2044 | K19854 | 66.90 | * |
| MALCOM GRUVER | 1826 N STONEY POINT ST | | WICHITA | KS | 67212-7400 | K48923 | 66.90 | * |
| MALISSA MATCHETTE | 19370 SPRINGFIELD CIR | | JEFFERSONTON | VA | 22724-2258 | K27575 | 66.90 | * |
| MALVENE HEYZ | 905 CENTER ST | | MCKEESPORT | PA | 15132-6608 | K61413 | 66.90 | * |
| MAMIE A MORLAN | 2100 MEADOW CHASE LN UNIT 21 | | DES MOINES | IA | 50320-1863 | K20602 | 66.90 | * |
| MAMIE LLOYD | 2401 STATE ROUTE 93 | | OAK HILL | OH | 45656-9794 | K51169 | 66.90 | * |
| MANDY BRACKEN | 124 WOODGLEN CIR | | DEVILS LAKE | ND | 58301-9037 | K33696 | 66.90 | * |
| MANFRED DERKATSCH | 713 STRATTON RD | | FORT WAYNE | IN | 46825-5440 | K40386 | 66.90 | * |
| MANHASSET HIGH SCHOOL | TOWER FOUNDATION OF MANHASSE | 200 MEMORIAL PLACE | MANHASSET | NY | 11030-2300 | | 0.00 | ** |
| MANHASSET HIGH SCHOOL | c/o PAUL PETRAS | 200 MEMORIAL PLACE | MANHASSET | NY | 11030-2300 | | 0.00 | ** |
| MANHEIM TOWNSHIP HIGH SCHOOL | MANHEIM TOWNSHIP HIGH ALUMNI | PO BOX 5134 SCHOOL RD | LANCASTER | PA | 17606-5134 | | 0.00 | ** |
| MANHEIM TOWNSHIP HIGH SCHOOL | c/o KRISTIN KOPP | PO BOX 5134 SCHOOL RD | LANCASTER | PA | 17606-5134 | | 0.00 | ** |
| MANUEL BOTELHO JR | 172 PECKHAM AVE | | MIDDLETOWN | RI | 02842-5772 | K25349 | 66.90 | * |
| MANUEL F FLORES JR | 4134 CHERRY POINT CT | | ANTIOCH | CA | 94531-9110 | K51544 | 66.90 | * |
| MANUEL JESSE BORGES | 172 MOUSE MILL RD | | WESTPORT | MA | 02790-4124 | K25308 | 66.90 | * |
| MANUEL VIEIRA | 5850 E KEMPER RD | | CINCINNATI | OH | 45241-2139 | K25775 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MAPLE [DIANE] HUFFMASTER | 322 NEVADA 165 | | WALDO | AR | 71770-8610 | K34241 | 66.90 | * |
| Maple Press | PO Box 2695 | | York | PA | 17405-2695 | Alumni Res | Unknown | ** |
| MARA RAY SUCHY | 1325 E ALTADENA DR | | ALTADENA | CA | 91001-2005 | K38276 | 66.90 | * |
| MARALOU CROSS | 294 WREN RIDGE DR | | EAGLE POINT | OR | 97524-9731 | K34022 | 66.90 | * |
| MARC COMER | 3 MARISA CT | | OCEAN | NJ | 07712-3534 | K32993 | 66.90 | * |
| MARC DARLING | 100 DENNISTON AVE APT 64 | | PITTSBURGH | PA | 15206-4043 | K41531 | 66.90 | * |
| MARC KUSINITZ | 12805 BLACK OAK DR | | LAUREL | MD | 20708-2319 | K29264 | 66.90 | * |
| MARC LOWENSTEIN | 1105 LAVENDER LN | | ABSECON | NJ | 08201-4319 | K62605 | 66.90 | * |
| MARC MOUTON | 69164 TAVERNY CT | | MADISONVILLE | LA | 70447-3232 | K54080 | 66.90 | * |
| MARC S WEINSWEIG | 14114 CHINKAPIN DR | | ROCKVILLE | MD | 20850-7403 | K46745 | 66.90 | * |
| MARC STOCKMAN | 301 COUNTY ROAD 4984 | | DESDEMONA | TX | 76445-7110 | K61586 | 66.90 | * |
| MARC W GORDON | 17717 PRESTON RD APT 901 | | DALLAS | TX | 75252-5786 | K16588 | 66.90 | * |
| MARCELA L GRANATELLI | 10519 BORSON ST | | NORWALK | CA | 90650-2102 | K56389 | 66.90 | * |
| MARCELLA B PERSHEY | 825 HORSESHOE DR | | JOLIET | IL | 60435-5947 | K51060 | 66.90 | * |
| MARCELLA F MCNEIL | 1206 ALCINDOR RD | | PORTSMOUTH | VA | 23701-3812 | K14229 | 66.90 | * |
| MARCELLA FOYT | 2901 2ND AVE E | | INTERNATIONAL | MN | 56649-4411 | K27485 | 66.90 | * |
| MARCELLA HARE | 502 MICHIGAN AVE | | TROY | OH | 45373-2143 | K32430 | 66.90 | * |
| MARCELLA LEITZ | 954 BRENTON RD | | DREXEL HILL | PA | 19026-1604 | K49472 | 66.90 | * |
| MARCELLA SIEBEL | 2541 VICTARRA CIR | | LUTZ | FL | 33559-3708 | K53377 | 66.90 | * |
| MARCELLA ZIEGLMEIER | 520 1ST ST NE APT 75 | | SARTELL | MN | 56377-1228 | K30113 | 66.90 | * |
| MARCELLUS MCLAUGHLIN | PO BOX 830 | | MUKILTEO | WA | 98275-0830 | K15368 | 66.90 | * |
| MARCI SPIEGLE | 115 BUCKNER AVE | | HADDONFIELD | NJ | 08033-2911 | K45446 | 66.90 | * |
| MARCIA [JO] GALVIN | 457 MAPLEVIEW RD | | MACEDONIA | OH | 44056-1033 | K47610 | 66.90 | * |
| MARCIA BERNHARDT | 233 BERNHARDT RD | | IRON RIVER | MI | 49935-8265 | K40095 | 66.90 | * |
| MARCIA BOUMAN | 1700 8TH ST | | MARTIN | MI | 49070-9754 | K17597 | 66.90 | * |
| MARCIA BUTTGEN | 1510 LYON AVE | | WATERLOO | IA | 50702-3442 | K55808 | 66.90 | * |
| MARCIA CARLSTROM | 2911 TOWN ROAD 174 | | KABETOGAMA | MN | 56669-9041 | K21814 | 66.90 | * |
| MARCIA CLARK | 7027 4 MILE RD | | FRANKSVILLE | WI | 53126-9437 | K61060 | 66.90 | * |
| MARCIA COFFEEN | 5208 RAVEN OAKS DR | | OMAHA | NE | 68152-1749 | K58413 | 66.90 | * |
| MARCIA COX | 4881 US HIGHWAY 27 N LOT 34 | | RICHMOND | IN | 47374-1086 | K34461 | 66.90 | * |
| MARCIA D JONES | 30 OLD FIVE NOTCH RD | | EDGEFIELD | SC | 29824-3340 | K31084 | 66.90 | * |
| MARCIA DANOVITZ | 2677 N OCEAN BLVD APT 22 | | BOCA RATON | FL | 33431-7190 | K44251 | 66.90 | * |
| MARCIA E KELLY | 5897 OGILBY DR | | HUDSON | OH | 44236-3957 | K24215 | 66.90 | * |
| MARCIA E MILDENBURGER | 10120 E LITTLE YORK RD | | SCOTTSBURG | IN | 47170-5249 | K38994 | 66.90 | * |
| MARCIA F MURPHY | 3 HILLSIDE AVE | | ALBANY | NY | 12205-4305 | K20426 | 66.90 | * |
| MARCIA FELDMAN | 11816 CRESTA VERDE DR APT C | | SAINT LOUIS | MO | 63146-4751 | K38988 | 66.90 | * |
| MARCIA FINNEY | 4370 WILLOUGHBY RD | | HOLT | MI | 48842-9763 | K42189 | 66.90 | * |
| MARCIA HARLACHER | 1699 N TERRY ST SPC 159 | | EUGENE | OR | 97402-7714 | K31473 | 66.90 | * |
| MARCIA HEIM | 5712 JESSICA CT NW | | ALBUQUERQUE | NM | 87120-3320 | K33025 | 66.90 | * |
| MARCIA J MCCARTY | 40 SW 10TH ST | | RICHMOND | IN | 47374-4014 | K25536 | 66.90 | * |
| MARCIA JOAN JAFFE | 26300 VILLAGE LN APT P8 | | BEACHWOOD | OH | 44122-7547 | K49266 | 66.90 | * |
| MARCIA JOHNSON | 1246 N 24TH PL | | FORT DODGE | IA | 50501-2109 | K53918 | 66.90 | * |
| MARCIA JUHASZ | 904 TINGLER RD W | | RICHMOND | IN | 47374-9203 | K29348 | 66.90 | * |
| MARCIA KING | 305 W JACOB ST | | GREENCASTLE | IN | 46135-1273 | K44379 | 66.90 | * |
| MARCIA KINSINGER | 401 SW 19TH ST | | RICHMOND | IN | 47374-5005 | K24151 | 66.90 | * |
| MARCIA LACEY | PO BOX 124 | | HOVLAND | MN | 55606-0124 | K23378 | 66.90 | * |
| MARCIA LANTTO | 2241 BUFFALO ST | | WHITE BEAR LA | MN | 55110-2332 | K56352 | 66.90 | * |
| MARCIA LEE | 231 MOONLIGHT BAY DR | | PANAMA CITY B | FL | 32407-2826 | K62865 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 346 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARCIA MARTIN | 230 S 12TH ST | | SAC CITY | IA | 50583-2002 | K19676 | 66.90 | * |
| MARCIA PFLEIGER-BLAIR | 10940 LARRY DR | | NORTHGLENN | CO | 80233-3461 | K54795 | 66.90 | * |
| MARCIA PORTER | PO BOX 401 | | LOCKWOOD | CA | 93932-0401 | K57194 | 66.90 | * |
| MARCIA R JOHNSON | 88 KINGSBURY LN | | GLASTONBURY | CT | 06033-2085 | K20607 | 66.90 | * |
| MARCIA R MCHUGH | 6951 S SUNDOWN DR | | CHANDLER | AZ | 85249-8649 | K34755 | 66.90 | * |
| MARCIA SAWYER | 14903 W GOLDWATER RIDGE DR | | SURPRISE | AZ | 85374-9552 | K40132 | 66.90 | * |
| MARCIA STAPLETON | 10 MARVILL DR | | ALBANY | NY | 12211-1206 | K21168 | 66.90 | * |
| MARCIA T PESSIN | 10 RIVER HAVEN LN | | EAST FALMOUTH | MA | 02536-7136 | K13140 | 66.90 | * |
| MARCIA TAYLOR | 2114 COLERIDGE DR | | SILVER SPRING | MD | 20910-1109 | K25712 | 66.90 | * |
| MARCIA THIBODO | 3784 BURGUNDY DR | | EAGAN | MN | 55122-3165 | K49510 | 66.90 | * |
| MARCIA WALTERS | 4825 LUSTER LEAF CIR APT 403 | | MYRTLE BEACH | SC | 29577-7711 | K27947 | 66.90 | * |
| MARCIA WEISS | 7618 DUNOON AVE | | DALLAS | TX | 75248-1641 | K60563 | 66.90 | * |
| MARCIA WHEELER | 1248 N BAY SHORE DR | | VIRGINIA BEAC | VA | 23451-3764 | K29102 | 66.90 | * |
| MARCIDENE BENNING | 9629 BOYD CIR | | OMAHA | NE | 68134-3868 | K52911 | 66.90 | * |
| MARCIE BRIGHTWELL | 4012 15TH ST | | DES MOINES | IA | 50313-3028 | K21446 | 66.90 | * |
| MARCIE MOON | 452 PEARSON DR | | NEW WILMINGTO | PA | 16142-5218 | K61683 | 66.90 | * |
| MARCUS BOHRN | 10960 ARCADIA AVE | | APPLE VALLEY | CA | 92308-3678 | K28400 | 66.90 | * |
| MARCY ALTIMANO | 17368 W LILAC ST | | GOODYEAR | AZ | 85338-2572 | K48288 | 66.90 | * |
| MARCY DOCKENDORF | 527 6TH ST SW | | SAINT STEPHEN | MN | 56375-9664 | K26178 | 66.90 | * |
| MARCY J GOLDMAN | 1009 N SWEETZER AVE APT 8 | | WEST HOLLYWOO | CA | 90069-4359 | K34394 | 66.90 | * |
| MARDEL ROCK | PO BOX 351 | | PLAINFIELD | IL | 60544-0351 | K56003 | 66.90 | * |
| MARDELL D HASKINS | 2345 E MAIN ST LOT 107 | | MESA | AZ | 85213-9117 | K22655 | 66.90 | * |
| MAREE GILLIAM | PO BOX 691 | | LEXINGTON | SC | 29071-0691 | K32679 | 66.90 | * |
| MARELLA LOGSDON | 11 COTTONWOOD LN | | SEAL BEACH | CA | 90740-5969 | K34129 | 66.90 | * |
| MARGARET [DIANNE] JORDAN | PO BOX 2253 | | SPRINGFIELD | OH | 45501-2253 | K44520 | 66.90 | * |
| MARGARET [GARBY] WOODS | 286 S ELM ST APT 15 | | WALLINGFORD | CT | 06492-4800 | K49824 | 66.90 | * |
| MARGARET [GEGE] KREISCHER | 608 COLEBROOK CT | | LUTZ | FL | 33548-6186 | K50918 | 66.90 | * |
| MARGARET [JERRY] EDWARDS | 17 ARDMORE CT | | NICEVILLE | FL | 32578-3927 | K30136 | 66.90 | * |
| MARGARET [JUNE] RIDDLE MAYS | 182 PRIVATE ROAD 8809 | | BEN WHEELER | TX | 75754-5062 | K43003 | 66.90 | * |
| MARGARET [MAGGIE] HYER | 6714 DUBLIN LOOP W | | COLORADO SPRI | CO | 80918-1221 | K35908 | 66.90 | * |
| MARGARET [MARGE] GEORGANTAS | 1381 FM 812 | | CEDAR CREEK | TX | 78612-3335 | K52395 | 66.90 | * |
| MARGARET [MICKEY] SEUSY | 1501 FLORIDA ST NE | | ALBUQUERQUE | NM | 87110-6807 | K25459 | 66.90 | * |
| MARGARET [MOKIE] STEISKAL | 7350 FALLS VIEW CIR | | DELAWARE | OH | 43015-6013 | K11743 | 66.90 | * |
| MARGARET [PEG] O'HARA | 420 APPLETON DR | | VERNON HILLS | IL | 60061-1712 | K37254 | 66.90 | * |
| MARGARET [PEGGY] ANDRADE | 3823 W STATE AVE | | PHOENIX | AZ | 85051-8264 | K49798 | 66.90 | * |
| MARGARET [PEGGY] BREESE | 17 LONG ISLAND RD | | SAVANNAH | GA | 31441-3043 | K40757 | 66.90 | * |
| MARGARET [PEGGY] CROWDER | 7620 MARKET CART WAY | | LOUISVILLE | KY | 40291-2939 | K35249 | 66.90 | * |
| MARGARET [PEGGY] HOWARD | 128 BONA TERRA DR | | MOUNT CARMEL | IL | 62863-2624 | K51078 | 66.90 | * |
| MARGARET [PEGGY] KINDEM | 1807 N 4TH ST | | GRAND FORKS | ND | 58203-1614 | K37755 | 66.90 | * |
| MARGARET [PEGGY] LACOSTE | 236 LICHTY BLVD | | WATERLOO | IA | 50701-9042 | K57204 | 66.90 | * |
| MARGARET [PEGGY] SHAW | 1438 NUMBER 10 RD | | NEW COLUMBIA | PA | 17856-9353 | K16308 | 66.90 | * |
| MARGARET [PEGGY] THOMAS | 28 HILLSIDE RD | | HACKETTSTOWN | NJ | 07840-4142 | K34075 | 66.90 | * |
| MARGARET A [PEGGY] FRIEDEN | 217 W PLEASANTVIEW DR | | HURST | TX | 76054-3609 | K28512 | 66.90 | * |
| MARGARET A AUTEN | 212 W RUSSELL ST | | SALINE | MI | 48176-1134 | V99248 | 66.90 | * |
| MARGARET A DAVIS | 487 KENNON CIR | | PALO PINTO | TX | 76484-3752 | K13203 | 66.90 | * |
| MARGARET A DELANEY | 56 COREY LN | | NIANTIC | CT | 06357-1335 | V99207 | 66.90 | * |
| MARGARET A FORBES | 709 W 5TH ST | | SAINT AUGUSTI | FL | 32084-3918 | K39368 | 66.90 | * |
| MARGARET A HALL | 501 HARRELL LN APT B | | CANYON | TX | 79015-4261 | K32701 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.         Page 347 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARGARET A HANSON | 808 PALMERO WAY | | BOULDER CITY | NV | 89005-3536 | K40765 | 66.90 | * |
| MARGARET A MORIARTY | 68 OLD MIDDLETOWN RD | | WHARTON | NJ | 07885-2822 | K38438 | 66.90 | * |
| MARGARET A O'CONNOR | 2301 SABAL RIDGE CT APT H | | PALM BEACH GA | FL | 33418-8973 | K16731 | 66.90 | * |
| MARGARET A OSTREM | 106 RIDGEVIEW ST | | WEST DES MOIN | IA | 50265-5124 | K26985 | 66.90 | * |
| MARGARET A RASH | 8024 83RD AVE N | | BROOKLYN PARK | MN | 55445-2130 | K19610 | 66.90 | * |
| MARGARET A SANDERS | 241 EDISON FROGJUMP RD | | TRENTON | TN | 38382-9740 | K36155 | 66.90 | * |
| MARGARET A STEVENS | 5336 BROWN LN | | MADISONVILLE | TX | 77864-7051 | K59394 | 66.90 | * |
| MARGARET A YARUS | 4 SUFFOLK WAY | | GRAYSLAKE | IL | 60030-9601 | K53549 | 66.90 | * |
| MARGARET AHLGRIM | 9029 W SILVER LAKE RD | | MEARS | MI | 49436-9670 | K59683 | 66.90 | * |
| MARGARET AKARD | 2209 HIGHWAY 126 | | BRISTOL | TN | 37620-1509 | K22186 | 66.90 | * |
| MARGARET ANN HOOKER | 3209 JANET DR | | AMARILLO | TX | 79109-3253 | K31819 | 66.90 | * |
| MARGARET ANN LANGER | 7717 ARDENDALE RD | | RICHMOND | VA | 23225-1959 | K22269 | 66.90 | * |
| MARGARET ANN TONN | 4452 OAK VIEW DR | | SARASOTA | FL | 34232-3462 | K61545 | 66.90 | * |
| MARGARET ANN WILLEY | 40 W FAIRWAYS CIR | | SMYRNA | DE | 19977-1828 | K24563 | 66.90 | * |
| MARGARET ARMSTRONG | 10235 LAVONNE DR | | IRWIN | PA | 15642-2640 | K61473 | 66.90 | * |
| MARGARET BARNUM | 2820 BURDETTE ST APT 712 | | NEW ORLEANS | LA | 70125-2543 | K55263 | 66.90 | * |
| MARGARET BASSFORD | 2431 SE 8TH ST | | DES MOINES | IA | 50315-7406 | K22224 | 66.90 | * |
| MARGARET BEAMON | 25470 PUMALO ST | | SAN BERNARDIN | CA | 92404-6508 | K12980 | 66.90 | * |
| MARGARET BERGER | 955 MEARS CT | | STANFORD | CA | 94305-1041 | K49360 | 66.90 | * |
| MARGARET BOE | 29000 CALLE ALTA | | MURRIETA | CA | 92563-5642 | K32093 | 66.90 | * |
| MARGARET BOWMAN | 14015 STATE ROUTE 139 | | JACKSON | OH | 45640-9701 | K50892 | 66.90 | * |
| MARGARET BOYETT | 945 TATE RD | | CANTONMENT | FL | 32533-6460 | K35904 | 66.90 | * |
| MARGARET BREWER | 809 N OAK ST | | ROANOKE | TX | 76262-5007 | K42549 | 66.90 | * |
| MARGARET BURCH | 1754 HOWARD AVE | | DES PLAINES | IL | 60018-3026 | K19493 | 66.90 | * |
| MARGARET BURGESS | 6678 CIBOLA RD | | SAN DIEGO | CA | 92120-2129 | K18069 | 66.90 | * |
| MARGARET C [PEGGY] SPARROW | 1404 PALMER ST | | VIRGINIA BEAC | VA | 23456-1487 | K25232 | 66.90 | * |
| MARGARET CARLILE | 4616 N NELSON DR | | PEORIA | IL | 61614-5762 | K44575 | 66.90 | * |
| MARGARET CARLISLE | 115 JONES ST # A | | EL DORADO | KS | 67042-1471 | K55587 | 66.90 | * |
| MARGARET CATHERINE MCCLURE | 1536 READE CIR | | SAINT CLOUD | FL | 34772-9192 | K27065 | 66.90 | * |
| MARGARET COLBERT | 152 BRIGHT OAKS CIR | | CARY | IL | 60013-1522 | K56988 | 66.90 | * |
| MARGARET COLE | 5913 DOG LEG CT | | GRANBURY | TX | 76049-4184 | K25960 | 66.90 | * |
| MARGARET COOK | 2921 S 7TH ST | | KEOKUK | IA | 52632-3617 | K14822 | 66.90 | * |
| MARGARET COYNE | 6149 N NASSAU AVE | | CHICAGO | IL | 60631-2608 | K51601 | 66.90 | * |
| MARGARET D BRADLEY | PO BOX 521 | | EAST MACHIAS | ME | 04630-0521 | K22550 | 66.90 | * |
| MARGARET D GATES | 408 CRANE ST | | SWEETWATER | TX | 79556-4604 | K36348 | 66.90 | * |
| MARGARET D PRUITT | 5408 DEWEY ST | | WICHITA FALLS | TX | 76306-1305 | K13049 | 66.90 | * |
| MARGARET DIANE ANDREJCIK | 367 JOHN ST | | SOUTH AMBOY | NJ | 08879-1745 | K36810 | 66.90 | * |
| MARGARET DOIEL | 2565 315TH ST | | MISSOURI VALL | IA | 51555-8060 | K59785 | 66.90 | * |
| MARGARET DOUGLAS | 13597 HERITAGE RD | | CARLETON | MI | 48117-9426 | K60019 | 66.90 | * |
| MARGARET E [MEG] GREEN | 21 ALGONQUIN AVE | | ANDOVER | MA | 01810-5527 | K33130 | 66.90 | * |
| MARGARET E CLENDENEN | 1411 E MCNAIR DR | | TEMPE | AZ | 85283-5021 | K12966 | 66.90 | * |
| MARGARET E GREEN | 7552 SE MARSH FERN LN | | HOBE SOUND | FL | 33455-7842 | K39440 | 66.90 | * |
| MARGARET E HALE | 14480 N74 RD | | MONTROSE | CO | 81401-9738 | K19421 | 66.90 | * |
| MARGARET E LEE | 3356 CIRCLE OAKS TRL | | DELAND | FL | 32724-1340 | K22455 | 66.90 | * |
| MARGARET E MCQUILLAN | 416A HERITAGE VLG | | SOUTHBURY | CT | 06488-1727 | K62017 | 66.90 | * |
| MARGARET E STRIGGOW | 70 HAVEN LN | | TIGER | GA | 30576-2214 | K59681 | 66.90 | * |
| MARGARET EDWARDS | 845 W 12TH ST | | MEDFORD | OR | 97501-3421 | K33838 | 66.90 | * |
| MARGARET ELAINE ZIMMERMAN | 100 LAKE BLVD APT 603 | | BUFFALO GROVE | IL | 60089-4381 | K26779 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 348 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARGARET EVANS | 600 WALL ST | | MILTON | PA | 17847-2228 | K15694 | 66.90 | * |
| MARGARET FENNER | 30008 FERN DR | | WILLOWICK | OH | 44095-4844 | K46361 | 66.90 | * |
| MARGARET FINNEGAN | 7607 WEBSTER RD | | MIDDLEBURG HE | OH | 44130-6604 | K56263 | 66.90 | * |
| MARGARET FINNIN | 1507 GLENLEAF DR | | PEACHTREE COR | GA | 30092-6114 | K60813 | 66.90 | * |
| MARGARET FISCHIONE | 9375 DOROTHY DR | | STREETSBORO | OH | 44241-5418 | K43404 | 66.90 | * |
| MARGARET FLOWERS | 85 KEENELAND TRL | | CORBIN | KY | 40701-8544 | K60822 | 66.90 | * |
| MARGARET GOOD | 882 VALLEY CREST DR | | CARSON CITY | NV | 89705-6883 | K31220 | 66.90 | * |
| MARGARET H PIERCE | 11983 WINDSOR MOSS | | ELLICOTT CITY | MD | 21042-7113 | K20643 | 66.90 | * |
| MARGARET HAINES | 523 MYSTIC LN | | ARNOLD | MD | 21012-2007 | K50408 | 66.90 | * |
| MARGARET HARRELL | 6224 SAINT JAMES DR | | CARMICHAEL | CA | 95608-0941 | K44776 | 66.90 | * |
| MARGARET HARTMAN | 11 HIGH RIDGE RD | | SANTA FE | NM | 87506-0125 | K25605 | 66.90 | * |
| MARGARET HELENA SMITH | 382 ROLLING MEADOWS LN | | KYLE | TX | 78640-5122 | K25354 | 66.90 | * |
| MARGARET HILL | 2755 BARNES STORE RD | | PROVIDENCE | KY | 42450-9453 | K60134 | 66.90 | * |
| MARGARET HOLMSTEAD | 2130 COUNTY ROAD 123 | | INTERNATIONAL | MN | 56649-8812 | K26983 | 66.90 | * |
| MARGARET HONEYCUTT | 801 N POPLAR ST | | APPLETON CITY | MO | 64724-1528 | K16739 | 66.90 | * |
| MARGARET IRENE VOSS | 13104 N 103RD PL | | SCOTTSDALE | AZ | 85260-9002 | K22069 | 66.90 | * |
| MARGARET J [PEG] STAUFFER | 58 REDWOOD CIR | | EPHRATA | PA | 17522-9542 | K59264 | 66.90 | * |
| MARGARET J [PEGGY] VERGERONT | 2109 MADISON ST | | MADISON | WI | 53711-2131 | K41304 | 66.90 | * |
| MARGARET J DE BIASSE | 48 PATRICK DR | | MANAHAWKIN | NJ | 08050-5322 | K39248 | 66.90 | * |
| MARGARET J JOHNSON | 5221 44TH ST | | SACRAMENTO | CA | 95820-5133 | V99317 | 66.90 | * |
| MARGARET J MCCLURE | 4570 ALLENTOWN RD | | LIMA | OH | 45807-1926 | K47355 | 66.90 | * |
| MARGARET JACKSON | 1682 COLEUS CV | | LAKELAND | FL | 33803-1628 | K61554 | 66.90 | * |
| MARGARET JANE LUCAS | 11683 PARKWAY DR | | IRWIN | PA | 15642-2062 | K61631 | 66.90 | * |
| MARGARET JOHNSON | PO BOX 1204 | | BENTON | IL | 62812-5204 | K22657 | 66.90 | * |
| MARGARET KAETTERHENRY | 796 FAIRWAY DR | | MOSINEE | WI | 54455-8278 | K47098 | 66.90 | * |
| MARGARET KALLA | 1302 E MINNESOTA ST | | SAINT JOSEPH | MN | 56374-8646 | K21462 | 66.90 | * |
| MARGARET KASPAR | 13330 DEL MONTE DR APT 10R | | SEAL BEACH | CA | 90740-4555 | K49306 | 66.90 | * |
| MARGARET KELLY-MACDONALD | 219 WESTRIDGE PL N | | PHOENIXVILLE | PA | 19460-3380 | K25664 | 66.90 | * |
| MARGARET KENNEFICK | 2029 TURTLE POND DR | | RESTON | VA | 20191-4005 | K37087 | 66.90 | * |
| MARGARET KENNY | 14 BEAVER DAM RD | | RANDOLPH | NJ | 07869-3803 | K37543 | 66.90 | * |
| MARGARET KIELY | 23 WISTERIA AVE | | MINEOLA | NY | 11501-4627 | K37568 | 66.90 | * |
| MARGARET KING | 7572 MESTER RD | | CHELSEA | MI | 48118-9519 | V99155 | 66.90 | * |
| MARGARET L BALDUCKI | 1255 ORCUTT RD SPC B29 | | SAN LUIS OBIS | CA | 93401-4989 | K28792 | 66.90 | * |
| MARGARET L MEYER | 2151 SHENANDOAH DR | | LEAVENWORTH | KS | 66048-6533 | K33234 | 66.90 | * |
| MARGARET LANYON | 661 CALERA ST APT 1 | | PITTSBURGH | PA | 15207-1924 | K48104 | 66.90 | * |
| MARGARET LEUSENRING | 249 GEORGE ST | | SOUTH AMBOY | NJ | 08879-1737 | K31558 | 66.90 | * |
| MARGARET LEWIS | 2456 CATALINA CT | | RICHLAND | WA | 99354-1928 | K36111 | 66.90 | * |
| MARGARET LOMAX | 1612 CALVARY RD | | BEL AIR | MD | 21015-6408 | K41104 | 66.90 | * |
| MARGARET LORD | 917 RAPPAIX CT | | TOWSON | MD | 21286-7909 | K22236 | 66.90 | * |
| MARGARET LORENZ | 1213 N CENTER ST | | JOLIET | IL | 60435-4317 | K58785 | 66.90 | * |
| MARGARET LYERLY | 1398 STOKES RD | | MEDFORD | NJ | 08055-8633 | K42772 | 66.90 | * |
| MARGARET M ALWINE | 683 TRENTON RD | | FAIRLESS HILL | PA | 19030-2407 | K26185 | 66.90 | * |
| MARGARET M MCALEVY | 34312 HIDE A WAY CT | | FRANKFORD | DE | 19945-3123 | K27028 | 66.90 | * |
| MARGARET M MOORE | 351 GARFIELD ST | | BRISTOL | PA | 19007-4101 | K25480 | 66.90 | * |
| MARGARET M. WIKER | 919 BAY STREET #58 | | FALL RIVER | MA | 2724 | K59838 | 66.90 | * |
| MARGARET MARKEY | 211 CERET CT SW | | VIENNA | VA | 22180-6209 | K37447 | 66.90 | * |
| MARGARET MARTIN | 8 MONROE AVE APT 2 | | BAYVILLE | NY | 11709-1300 | K40963 | 66.90 | * |
| MARGARET MARY [MIMI] BARKER-FLANIGAN | 1309 ARROWMINK RD | | VILLANOVA | PA | 19085-2147 | K49188 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| MARGARET MARY VIOLI | 349 WALNUT LN | | MASON | OH | 45040-2012 | K49002 | 66.90 | * |
| MARGARET MASHAW | 85 SEASCAPE AVE | | MIDDLETOWN | RI | 02842-5855 | K27058 | 66.90 | * |
| MARGARET MASON | 11004 CEDAR CREEK RD | | LOUISVILLE | KY | 40229-2412 | K48331 | 66.90 | * |
| MARGARET MCCARTER | 1279 SPRINGLAKE RD | | YORK | SC | 29745-8708 | K30949 | 66.90 | * |
| MARGARET MCCAULEY | 2718 E 58TH ST | | DAVENPORT | IA | 52807-3541 | K55568 | 66.90 | * |
| MARGARET MCDONNELL | 12952 MIRAR DE VALLE | | VALLEY CENTER | CA | 92082-7132 | K37894 | 66.90 | * |
| MARGARET MCLEAN DUNCAN | 3620 GENERAL BATE DR | | NASHVILLE | TN | 37204-3813 | K37312 | 66.90 | * |
| MARGARET MILLER | 508 W MULLER RD | | EAST PEORIA | IL | 61611-4708 | K48016 | 66.90 | * |
| MARGARET MOON | 3876 HARTWELL RD | | SARANAC | MI | 48881-9739 | K37443 | 66.90 | * |
| MARGARET MORETZ | 8645 WAGNER RD | | BRISTOL | VA | 24202-2311 | K22917 | 66.90 | * |
| MARGARET MORROW | 102 E MORNINGSIDE DR | | OAK RIDGE | TN | 37830-8300 | K33429 | 66.90 | * |
| MARGARET MORROW | A76 WOODSIDE GDNS | | ROSELLE PARK | NJ | 07204-1007 | K38049 | 66.90 | * |
| MARGARET N [TRICKY] WATERHOUSE | 2807 DANBURY LN | | TOMS RIVER | NJ | 08755-2574 | K30325 | 66.90 | * |
| MARGARET P MELLO | 24 N BEACON TER | | MIDDLETOWN | RI | 02842-4815 | K28010 | 66.90 | * |
| MARGARET PIDY LINDERMAN | 5398 S 3375 W | | ROY | UT | 84067-9283 | K14731 | 66.90 | * |
| MARGARET PONIKVAR | 5820 RIDGEVIEW LN | | WILLOUGHBY | OH | 44094-3083 | K43229 | 66.90 | * |
| MARGARET PORTEUS | PO BOX 495 | | OYSTER BAY | NY | 11771-0495 | K42089 | 66.90 | * |
| MARGARET PRYOR | 428 N HITE AVE APT 18 | | LOUISVILLE | KY | 40206-1127 | K45018 | 66.90 | * |
| MARGARET R [MAGGIE] MCFERRAN | 100 MADELINE CT | | CORRALES | NM | 87048-6911 | K32646 | 66.90 | * |
| MARGARET R [PEGGY] COOPER | 7 MCKENZIE CIR | | NORTH AUGUSTA | SC | 29841-4319 | K28962 | 66.90 | * |
| MARGARET R FLOOD | 15 PRINCE ST | | BROOKLINE | MA | 02445-7504 | K10602 | 66.90 | * |
| MARGARET R MCCULLEY | 6801 ANTELOPE BLVD | | INDIANAPOLIS | IN | 46278-1877 | K60966 | 66.90 | * |
| MARGARET REIS | 723 UNION AVE | | ROMEOVILLE | IL | 60446-1431 | K42561 | 66.90 | * |
| MARGARET RELLSTAB | 413 KENTUCKY TRL | | BROWNS MILLS | NJ | 08015-5528 | K47156 | 66.90 | * |
| MARGARET REYNOLDS | 4611 S T CIR | | FORT SMITH | AR | 72903-3504 | K33172 | 66.90 | * |
| MARGARET ROBERTSON | 316 FITE RD | | ARKADELPHIA | AR | 71923-8555 | K34190 | 66.90 | * |
| MARGARET ROBSON | 3201 JEROME PRAIRIE RD | | GRANTS PASS | OR | 97527-9153 | K35619 | 66.90 | * |
| MARGARET ROSE | 3111 CANAL AVE APT 210 | | GRANTS PASS | OR | 97527-6373 | K33263 | 66.90 | * |
| MARGARET RUTTER-TODD | 4128 TORONTO ST | | AMES | IA | 50014-3847 | K55624 | 66.90 | * |
| MARGARET S MATHIS | 1261 MCGIRTS CREEK DR E | | JACKSONVILLE | FL | 32221-3106 | K39940 | 66.90 | * |
| MARGARET S MOORE | 4005 SPRING MEADOW CRES | | CHESAPEAKE | VA | 23321-3117 | K13985 | 66.90 | * |
| MARGARET SCHMELING | 201 PARK AVE | | MADISON | MN | 56256-1700 | K19069 | 66.90 | * |
| MARGARET SCHUCKER | 2830 COLT RD | | RANCHO PALOS | CA | 90275-6506 | K40853 | 66.90 | * |
| MARGARET SCHULTZ | 61 DUNSTABLE RD | | SOUTHAMPTON | NJ | 08088-1003 | K47203 | 66.90 | * |
| MARGARET SENECAL | 14 WINSLOW DR | | SCHENECTADY | NY | 12309-3216 | K19910 | 66.90 | * |
| MARGARET SHAFFER | 720 HIDDEN VALLEY DR | | RICHMOND | IN | 47374-5154 | K24335 | 66.90 | * |
| MARGARET SHARP | 585 CHENERY ST | | SAN FRANCISCO | CA | 94131-3031 | K55710 | 66.90 | * |
| MARGARET SHOQUIST | 327 N 52ND AVE W APT 3 | | DULUTH | MN | 55807-2580 | K18316 | 66.90 | * |
| MARGARET SKOOG | 15377 479TH AVE | | MILBANK | SD | 57252-5936 | K54526 | 66.90 | * |
| MARGARET SMITH | 1316 N WILLIAM ST | | JOLIET | IL | 60435-4148 | K53757 | 66.90 | * |
| MARGARET SPROTT | 11514 REGENCY DR | | POTOMAC | MD | 20854-3733 | K27936 | 66.90 | * |
| MARGARET SUE KAUFMAN | 72 QUISISANA DR | | KENTFIELD | CA | 94904-1524 | K39201 | 66.90 | * |
| MARGARET SZABOLSCKY | 6221 HARDIN PINES RD | | REMINGTON | VA | 22734-2336 | K29450 | 66.90 | * |
| MARGARET THERESA BARTLETT | 235 E 95TH ST APT 12D | | NEW YORK | NY | 10128-4018 | K50390 | 66.90 | * |
| MARGARET THOMPSON | 23146 MARBLE WAY | | CALIFORNIA | MD | 20619-2176 | K22233 | 66.90 | * |
| MARGARET THOMPSON | 441 PAPAYA CIR | | BAREFOOT BAY | FL | 32976-6852 | K26834 | 66.90 | * |
| MARGARET TON | 20 DOWNING PARK CT | | BREVARD | NC | 28712-4081 | K55817 | 66.90 | * |
| MARGARET TRAVIS | 2265 DENNIS RD | | WILLIAMSTON | MI | 48895-9745 | K41391 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARGARET VENEKLASEN | 205 WILLIAMS ST | | SANTA FE | NM | 87501-1120 | K50218 | 66.90 | * |
| MARGARET WALDORF | 14916 HUMMINGBIRD HL | | COLLINSVILLE | OK | 74021-5669 | K48473 | 66.90 | * |
| MARGARET WATTS | 1114 SE 10TH ST | | OCALA | FL | 34471-4569 | K29448 | 66.90 | * |
| MARGARET WESTER | RR 1 BOX 59B | | GOLDEN EAGLE | IL | 62036-9708 | K47636 | 66.90 | * |
| MARGARET WESTERMAIER | 309 HUTCHINSON AVE | | HADDONFIELD | NJ | 08033-3915 | K49347 | 66.90 | * |
| MARGARET WHITE | 360 GEORGE ST | | SOUTH AMBOY | NJ | 08879-1740 | K31936 | 66.90 | * |
| MARGARET WILLIAMS | 5717 E HAMPTON BLVD | | OAKLAND GARDE | NY | 11364-2035 | K37287 | 66.90 | * |
| MARGARET WOLFE | 15 BANBURY LN | | SOUTHAMPTON | NJ | 08088-1222 | K47489 | 66.90 | * |
| MARGARET WOOLEY | PO BOX 550 | | MOUNTAIN HOME | ID | 83647-0550 | K25444 | 66.90 | * |
| MARGARET WRIGHT | 7512 CHERRY BLOSSOM LN | | KNOXVILLE | TN | 37931-3489 | K12476 | 66.90 | * |
| MARGARETTE [RITA] DALEY | 1310 ROYAL PALM LN | | CARROLLTON | TX | 75007-1034 | K49577 | 66.90 | * |
| MARGARITA F [VICKY] GIBSON | 8904 PEABODY ST | | MANASSAS | VA | 20110-2515 | K31684 | 66.90 | * |
| MARGARY ESPEY | 341 N 8TH AVE E | | HARTLEY | IA | 51346-1216 | K54582 | 66.90 | * |
| MARGE BALL | 26686 SADDLEBACK DR | | MISSION VIEJO | CA | 92691-5146 | K39605 | 66.90 | * |
| MARGE GLICK | 121 PEARSON RD | | BELTON | SC | 29627-9236 | K60070 | 66.90 | * |
| MARGE PITTENRIDGE | 13900 S HARVEY AVE | | OKLAHOMA CITY | OK | 73170-6872 | K29543 | 66.90 | * |
| MARGE SMITH | 9027 VINEWOOD LN N | | MAPLE GROVE | MN | 55369-9594 | K34661 | 66.90 | * |
| MARGE STRUM | 434 W MAIN ST | | NEW HAMPTON | IA | 50659-1612 | K13755 | 66.90 | * |
| MARGEAN POWERS | 2920 CRYSTAL LN | | KALAMAZOO | MI | 49009-2108 | K17506 | 66.90 | * |
| MARGEE STRUB | 1011 MERCHANTS DR APT 103 | | DALLAS | GA | 30132-7526 | K58931 | 66.90 | * |
| MARGENE GRANGER | 730 SORRENTO INLT | | NOKOMIS | FL | 34275-1421 | K26230 | 66.90 | * |
| MARGENE ODOM | 601 KITSON ST | | GREENWOOD | SC | 29646-2185 | K36197 | 66.90 | * |
| MARGENE OLSON | 16836 16TH AVE SW | | NORMANDY PARK | WA | 98166-3457 | K32238 | 66.90 | * |
| MARGENE SULLIVAN | 15405 CANA PINE CREEK RD | | CHICO | CA | 95973-9428 | K31566 | 66.90 | * |
| MARGERY A HANNAH | 620 IDA ST | | JOLIET | IL | 60436-2749 | K55651 | 66.90 | * |
| MARGERY CORNWELL | 86 SAINT JAMES PL | | BROOKLYN | NY | 11238-1211 | K48398 | 66.90 | * |
| MARGERY DOSS | 3115 EDWARDS PL | | MARYLAND HEIG | MO | 63043-1869 | K42445 | 66.90 | * |
| MARGERY ELLIS | 230 W JOLIET HWY | | NEW LENOX | IL | 60451-2112 | K49959 | 66.90 | * |
| MARGERY FOX | 2225 ALICE RD | | SARASOTA | FL | 34231-4205 | K31837 | 66.90 | * |
| MARGERY KRON | 15 ASHWOOD DR | | IOWA CITY | IA | 52245-3202 | K59999 | 66.90 | * |
| MARGERY MCFARLAND | 79 SONGBIRD LN | | TIVERTON | RI | 02878-2379 | K25204 | 66.90 | * |
| MARGERY SORENSON | 120 W KURLENE DR | | MACOMB | IL | 61455-1008 | K52344 | 66.90 | * |
| MARGIE B LABADIE | 217 S EDINBOROUGH ST | | RED SPRINGS | NC | 28377-1233 | K40295 | 66.90 | * |
| MARGIE BYNUM | 23 W TOWNHOUSE LN | | GRAND PRAIRIE | TX | 75052-6222 | K41869 | 66.90 | * |
| MARGIE CALHOUN | 370 E 77TH ST | | SHREVEPORT | LA | 71106-4918 | K16729 | 66.90 | * |
| MARGIE LEACH RN | 14331 BROADGREEN DR | | HOUSTON | TX | 77079-6604 | K27935 | 66.90 | * |
| MARGIE PEARL WOODS | 1219 ROWELL AVE | | JOLIET | IL | 60433-2813 | K51146 | 66.90 | * |
| MARGIE POMMER | 1047 ROYALIST RD | | MOUNT PLEASAN | SC | 29464-9562 | K34386 | 66.90 | * |
| MARGIE WIDMANN | 1138 YOUNGS FORD RD | | GLADWYNE | PA | 19035-1326 | K40922 | 66.90 | * |
| MARGIE WRIGHT | 25 GLENWOOD RD | | ALBANY | NY | 12204-2406 | K20282 | 66.90 | * |
| MARGO FOSTER | 129 SOMERS AVE | | MOORESTOWN | NJ | 08057-3437 | K41754 | 66.90 | * |
| MARGO G WILLIAMS | 486 BRENDA DR | | MADISON | AL | 35758-1364 | K22658 | 66.90 | * |
| MARGO STRONG | 3329 M ST | | EUREKA | CA | 95503-5459 | K27162 | 66.90 | * |
| MARGO WALTER | 1579 N WATSON WAY | | EAGLE | ID | 83616-7015 | K39943 | 66.90 | * |
| MARGUERITE [PEGGI] STEPHENS | 9950 RAMM RD | | MONCLOVA | OH | 43542-9505 | K60386 | 66.90 | * |
| MARGUERITE ALBERT | 1028 HORACE ST | | NEW ORLEANS | LA | 70114-1726 | K53963 | 66.90 | * |
| MARGUERITE BANKS | PO BOX 669 | | EL DORADO | KS | 67042-0669 | K55876 | 66.90 | * |
| MARGUERITE BLOOM | 74 BROWN RD | | SCARSDALE | NY | 10583-5304 | K58552 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARGUERITE BURG | 15791 PRENTISS POINTE CIR AP | | FORT MYERS | FL | 33908-4191 | K60358 | 66.90 | * |
| MARGUERITE DAVISON | 3031 COUNTY ROAD 2 S | | INTERNATIONAL | MN | 56649-9145 | K19855 | 66.90 | * |
| MARGUERITE G JOHNSON | 108 S BOYD ST | | RINCON | GA | 31326-9220 | K31767 | 66.90 | * |
| MARGUERITE KOSLUCHER | 2010 5TH AVE E APT 205 | | HIBBING | MN | 55746-1783 | K18684 | 66.90 | * |
| MARGUERITE L CULP | 7960 CENTER ST APT 122 | | MENTOR | OH | 44060-7867 | K38843 | 66.90 | * |
| MARGUERITE M COLLARD | 3014 D 1/2 RD | | GRAND JUNCTIO | CO | 81504-2513 | K18122 | 66.90 | * |
| MARGUERITE MULLIN | 2405 15TH ST # 214 | | TROY | NY | 12180-1702 | K22731 | 66.90 | * |
| MARGUERITE NALBACH | 35 OAKVIEW AVE | | FARMINGDALE | NY | 11735-2724 | K53412 | 66.90 | * |
| MARGUERITE THOMAS | 1760 MORANE MANOR DR | | SAINT GEORGE | UT | 84790-4830 | K46489 | 66.90 | * |
| MARGUERITE TRICARICO | 237 SPRUCE DR | | BRICK | NJ | 08723-7150 | K32781 | 66.90 | * |
| MARIA [MARY] SCHWEGEL | 63602 N DOUGLASS RD | | WEST RICHLAND | WA | 99353-9160 | K23323 | 66.90 | * |
| MARIA A BALL | 70 1/2 S 16TH ST | | RICHMOND | IN | 47374-5645 | K26535 | 66.90 | * |
| MARIA BROOK | 2305 PLEASURE DR | | RENO | NV | 89509-3516 | K28535 | 66.90 | * |
| MARIA C CURCIARELLO | 435 W ERIE ST APT 1502 | | CHICAGO | IL | 60654-6981 | K21468 | 66.90 | * |
| MARIA CRISTINA PARDO | 26823 82ND AVE | | NEW HYDE PARK | NY | 11040-1814 | K51915 | 66.90 | * |
| MARIA E STEIN | 1377 E STATE HIGHWAY 159 | | FAYETTEVILLE | TX | 78940-5139 | K23041 | 66.90 | * |
| MARIA FASULO | 802 70TH ST | | BROOKLYN | NY | 11228-1013 | K42562 | 66.90 | * |
| MARIA GAMEZ | PO BOX 35 | | TECOPA | CA | 92389-0035 | K38613 | 66.90 | * |
| MARIA NITTI | 16915 21ST RD | | WHITESTONE | NY | 11357-4103 | K37901 | 66.90 | * |
| MARIA O'HARA | 71 MONTROSE RD | | COLTS NECK | NJ | 07722-1641 | K38351 | 66.90 | * |
| MARIA PECCIA | 315 CARNATION DR | | FARMINGDALE | NY | 11735-7012 | K41273 | 66.90 | * |
| MARIA PRASSINOS | 300 PARSIPPANY RD APT 30J | | PARSIPPANY | NJ | 07054-5147 | K38532 | 66.90 | * |
| MARIA RISPOLI | 613 MASSACHUSETTS AVE | | ALDAN | PA | 19018-3214 | K50727 | 66.90 | * |
| MARIA ROBERTS | 720 WILDWOOD DR | | LAKE DALLAS | TX | 75065-2522 | K29144 | 66.90 | * |
| MARIA ROSE MASSA | 15054 20TH AVE | | WHITESTONE | NY | 11357-3133 | K37308 | 66.90 | * |
| MARIA WEISSMAN | 289 WELLESLEY ST | | WESTON | MA | 02493-2621 | K10691 | 66.90 | * |
| MARIALICE C SANDISON | 2207 GRANDVIEW BLVD | | SIOUX CITY | IA | 51104-3838 | K54239 | 66.90 | * |
| MARIAN ALLEN | 27608 MAYFAIR AVE | | BROWNSTOWN TO | MI | 48183-4897 | K58531 | 66.90 | * |
| MARIAN BARNES | 3812 BOYER RD | | FALLON | NV | 89406-8225 | V98868 | 66.90 | * |
| MARIAN C FLANIGAN | 4830 W 103RD AVE | | WESTMINSTER | CO | 80031-2325 | K28683 | 66.90 | * |
| MARIAN CAUDILL | 6115 LOVERS LN | | FERN CREEK | KY | 40291-1237 | K33029 | 66.90 | * |
| MARIAN CHOPPY | 716 W GLENVIEW DR | | WEST GROVE | PA | 19390-2102 | K20091 | 66.90 | * |
| MARIAN DAVIS | 17401 MULLEN RD | | MEADVILLE | PA | 16335-6235 | K61109 | 66.90 | * |
| MARIAN E KNEER PHD | 13919 S TAMARACK DR | | PLAINFIELD | IL | 60544-6354 | K46320 | 66.90 | * |
| MARIAN E STAUFFER | 15056 COUNTRY TRL | | LEROY | MI | 49655-8111 | K36520 | 66.90 | * |
| MARIAN ERMELS | 914 WATER ST | | WEBSTER CITY | IA | 50595-2031 | K54869 | 66.90 | * |
| MARIAN F MANDELL-JACOBSON | 75 HIGHLAND ST | | WEST NEWTON | MA | 02465-2404 | K10832 | 66.90 | * |
| MARIAN GALVIN | 12517 PEPPERWOOD DR | | SAINT LOUIS | MO | 63146-3813 | K22993 | 66.90 | * |
| MARIAN GIRRENS | 606 N BAY COUNTRY ST | | WICHITA | KS | 67235-1336 | K40613 | 66.90 | * |
| MARIAN GROFF | 148 RESERVOIR RD | | STRASBURG | PA | 17579-9713 | K27336 | 66.90 | * |
| MARIAN I OSTER | 39 KEVIN CT | | LEOLA | PA | 17540-1331 | K58038 | 66.90 | * |
| MARIAN J BJORNSTAD | 3400 WAGNER HEIGHTS RD APT 2 | | STOCKTON | CA | 95209-4887 | K32923 | 66.90 | * |
| MARIAN JANSSEN | 981 STONEBROOK DR # 2 | | ALBANY | MN | 56307-4105 | K19311 | 66.90 | * |
| MARIAN KLING | 444 W BROAD ST UNIT 304 | | FALLS CHURCH | VA | 22046-3346 | K44389 | 66.90 | * |
| MARIAN KNIGHT | 5609 CREEK BED LN | | HIGH POINT | NC | 27265-3195 | K62038 | 66.90 | * |
| MARIAN LECOUNT | 801 TRAVIS ST | | SPRING GREEN | WI | 53588-9447 | K52917 | 66.90 | * |
| MARIAN MCGRANE | 52 BEECH ST | | FLORAL PARK | NY | 11001-3103 | K37355 | 66.90 | * |
| MARIAN NOE | 318 MONROE NUNLEY RD | | HAZEL GREEN | AL | 35750-8222 | K30060 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARIAN PAGEL | 2275 STATE HIGHWAY 19 | | MARSHALL | MN | 56258-5450 | K54854 | 66.90 | * |
| MARIAN PENCHEFF | 94 HADLEY RD APT 205 | | GREENVILLE | PA | 16125-1264 | K50380 | 66.90 | * |
| MARIAN PERRY | PO BOX 304 | | PATEROS | WA | 98846-0304 | K54256 | 66.90 | * |
| MARIAN R SIEGLE | 2311 RADCLIFF VILLAGE DR SE | | GRAND RAPIDS | MI | 49546-7724 | K44053 | 66.90 | * |
| MARIAN RICKEY | 4705 W WASHINGTON ST | | SPRINGFIELD | IL | 62711-9278 | K46814 | 66.90 | * |
| MARIAN SCHOENER | 310 KENWOOD AVE | | JOLIET | IL | 60435-1350 | K50838 | 66.90 | * |
| MARIAN SCHWARTZ | 27110 GRAND CENTRAL PKWY APT | | FLORAL PARK | NY | 11005-1231 | K55676 | 66.90 | * |
| MARIAN SLOPE | 1063 W VALENCIA MESA DR | | FULLERTON | CA | 92833-2236 | K31729 | 66.90 | * |
| MARIAN SMITH | 806 S EAST ST | | FENTON | MI | 48430-2905 | K56326 | 66.90 | * |
| MARIAN TURK | 801 N VENETIAN DR APT 801 | | MIAMI BEACH | FL | 33139-1068 | K57767 | 66.90 | * |
| MARIAN VANDERHAM | 2655 HIGHRIDGE DR | | CHINO HILLS | CA | 91709-4877 | K30661 | 66.90 | * |
| MARIAN WILLIAMS | 1450 HONEYSUCKLE DR NE | | ALBUQUERQUE | NM | 87122-1144 | K39516 | 66.90 | * |
| MARIANN MENGES | 6 ANFRED WALK | | SAINT LOUIS | MO | 63132-4902 | K42362 | 66.90 | * |
| MARIANNA SPAIN | 8550 N GRANBY AVE APT 214 | | KANSAS CITY | MO | 64154-1238 | K36168 | 66.90 | * |
| MARIANNA TEETER | 310 N DIVISION ST | | UNION CITY | OH | 45390-1620 | K31739 | 66.90 | * |
| MARIANNE ALLEN | 1530 PALISADE AVE | | FORT LEE | NJ | 07024-5471 | K61974 | 66.90 | * |
| MARIANNE BRACCHI | 602 SABAL PALM LN | | PALM BEACH GA | FL | 33418-8076 | K37770 | 66.90 | * |
| MARIANNE BRUNEMANN | 14726 OSPREY POINT DR | | FORT MYERS | FL | 33908-7912 | K39214 | 66.90 | * |
| MARIANNE FUJITA | 1419 W 187TH ST | | GARDENA | CA | 90248-3916 | K60539 | 66.90 | * |
| MARIANNE HARDEN WYLLY | 3691 SINCLAIR DAM RD NE | | MILLEDGEVILLE | GA | 31061-9321 | K22048 | 66.90 | * |
| MARIANNE KESSLER | 3369 N 125TH ST | | OMAHA | NE | 68164-4288 | K52699 | 66.90 | * |
| MARIANNE KISSINGER | 37 EASTPORT CT | | RED BANK | NJ | 07701-5431 | K36885 | 66.90 | * |
| MARIANNE LABARBARA | 504 BASSI DR | | MCKEESPORT | PA | 15132-6601 | K60983 | 66.90 | * |
| MARIANNE LAMPE | 404 BROAD ST | | GRINNELL | IA | 50112-2408 | K18078 | 66.90 | * |
| MARIANNE MAURER | 41700 STANDISH DR | | CLINTON TOWNS | MI | 48038-2199 | K55804 | 66.90 | * |
| MARIANNE OLESKI | 5520 ABEL MERRIL RD | | COLUMBUS | OH | 43221-5552 | K47834 | 66.90 | * |
| MARIANNE REID JONES | 2110 PEBBLE BEACH DR | | LEAGUE CITY | TX | 77573-4452 | K24044 | 66.90 | * |
| MARIANNE SAYLOR | 960 WESTPORT DR | | PORT EDWARDS | WI | 54469-1171 | K47631 | 66.90 | * |
| MARIANNE SCHAFFNER | 1645 RIDGEFIELD RD | | FREEPORT | IL | 61032-6125 | K49853 | 66.90 | * |
| MARIANNE SELZ | N4722 US HIGHWAY 12 | | HUMBIRD | WI | 54746-8010 | K48798 | 66.90 | * |
| MARIANNE SHEEHAN | 2404 SIERRA HEIGHTS DR | | LAS VEGAS | NV | 89134-5136 | K61937 | 66.90 | * |
| MARIANNE SMOOT | 12471 HANDLES PEAK WAY | | PEYTON | CO | 80831-4463 | K24157 | 66.90 | * |
| MARIANNE SOLEM | 604 MARION ST | | DES MOINES | IA | 50315-3574 | K20706 | 66.90 | * |
| MARIANNE WONSON | 121 WALNUT ST | | HADDONFIELD | NJ | 08033-1854 | K44215 | 66.90 | * |
| MARIANNE ZEIGLER | 3400 MAPLEWOOD ST | | SIOUX CITY | IA | 51104-2239 | K57217 | 66.90 | * |
| MARIBETH SAUDER | 3111 LITITZ PIKE APT 204 | | LITITZ | PA | 17543-8427 | K29633 | 66.90 | * |
| MARIBETH WITKOWSKI | 960 S COLONIAL PKWY | | SAUKVILLE | WI | 53080-2204 | K53208 | 66.90 | * |
| MARIE [LUCIE] DAVIDSON | 5400 N NORTHWEST HWY APT 514 | | CHICAGO | IL | 60630-1150 | K53218 | 66.90 | * |
| MARIE [RERE] BOYLAN | 328 SHEFFIELD AVE | | MILL VALLEY | CA | 94941-3860 | K34236 | 66.90 | * |
| MARIE ABLOVE | 7425 PELICAN BAY BLVD APT 16 | | NAPLES | FL | 34108-5507 | K58249 | 66.90 | * |
| MARIE AVENI | 6733 WATERFORD LN | | MENTOR | OH | 44060-4568 | K43623 | 66.90 | * |
| MARIE BAGAROZZA | 861 WRAIGHT AVE | | BRICK | NJ | 08724-2144 | K39439 | 66.90 | * |
| MARIE BEHNKE | 101 PLAZA REAL S APT 933 | | BOCA RATON | FL | 33432-4852 | K52107 | 66.90 | * |
| MARIE BLEDSOE | 39 CLIFT TRL | | ROSSVILLE | GA | 30741-1419 | K59973 | 66.90 | * |
| MARIE BOWKER | 3165 DIUBLE RD | | ANN ARBOR | MI | 48103-9605 | K14753 | 66.90 | * |
| MARIE BURROUGHS | 11 MINE HILL RD | | WEST REDDING | CT | 06896-2701 | K50389 | 66.90 | * |
| MARIE DELEHANTY | 632 LYNBROOK AVE | | TONAWANDA | NY | 14150-7310 | K23444 | 66.90 | * |
| MARIE DONALDSON | 5740 LAGUNA PARK DR | | ELK GROVE | CA | 95758-4754 | K17710 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARIE DUCA | 145 EASTBOURNE CT UNIT B | | RIDGE | NY | 11961-8049 | K61921 | 66.90 * | |
| MARIE E DELORENZO | 42 CLERMONT ST | | ALBANY | NY | 12203-2403 | K20875 | 66.90 * | |
| MARIE E HECK | 300 HIGH GABLES DR APT 401 | | GAITHERSBURG | MD | 20878-7429 | K21875 | 66.90 * | |
| MARIE F STRYSIK | 2305 GREEN ST | | CREST HILL | IL | 60403-1725 | K50303 | 66.90 * | |
| MARIE FARRELL | 127 BLOCK ST | | WILLIAMSTON | MI | 48895-9019 | K42506 | 66.90 * | |
| MARIE FORD | 2107 PINE VALLEY DR | | TIMONIUM | MD | 21093-3013 | K16567 | 66.90 * | |
| MARIE GAFFNEY-NELSON | 13225 SHADOW CANYON TRL | | BROOMFIELD | CO | 80020-5573 | K14672 | 66.90 * | |
| MARIE HAASE | 1840 COMISKY CT | | ELY | IA | 52227-9664 | K26503 | 66.90 * | |
| MARIE HANCHARIK | 720 ASHTON CT | | NORTH HUNTING | PA | 15642-3693 | K62448 | 66.90 * | |
| MARIE HANNAN | 18 E LIDO PROMENADE | | LINDENHURST | NY | 11757-6705 | K49996 | 66.90 * | |
| MARIE HAWORTH | 525 W EL NORTE PKWY SPC 114 | | ESCONDIDO | CA | 92026-3910 | V98862 | 66.90 * | |
| MARIE HERBST | 175 TAYLOR AVE | | CHESHIRE | CT | 06410-2152 | K61972 | 66.90 * | |
| MARIE HOPKINS | 1614 CATHERINES LAKE RD | | JACKSONVILLE | NC | 28540-8752 | K61658 | 66.90 * | |
| MARIE KAELIN | 166 N PEMBERTON RD | | PEMBERTON | NJ | 08068-1321 | K53058 | 66.90 * | |
| MARIE KATHLEEN VAUGHN | 7119 LANGDON LN | | HOUSTON | TX | 77074-4735 | K34990 | 66.90 * | |
| MARIE KENNY | RR 2 BOX 1498 | | WHEATLAND | MO | 65779-9700 | K33175 | 66.90 * | |
| MARIE L [MARY LOU] DISALVO | 11 ALMOND LN | | LEVITTOWN | PA | 19055-1209 | K24448 | 66.90 * | |
| MARIE LAMB | PO BOX 7293 | | PORTSMOUTH | VA | 23707-0293 | K13468 | 66.90 * | |
| MARIE LASCH | 54 GLASTON CT | | VOORHEESVILLE | NY | 12186-9567 | K21069 | 66.90 * | |
| MARIE LAVIN | 19 SHOREDALE DR | | MANHASSET | NY | 11030-2221 | K37815 | 66.90 * | |
| MARIE LAWRENCE | 1736 LANCEWOOD PL | | LIMA | OH | 45805-1023 | K45405 | 66.90 * | |
| MARIE M HIGINBOTHAM | 36 HIGHLAND AVE | | MADISON | NJ | 07940-2150 | K45539 | 66.90 * | |
| MARIE MANCUSO | 1460 N SANDBURG TER APT 503 | | CHICAGO | IL | 60610-5552 | K56679 | 66.90 * | |
| MARIE MARSHALL | 430 S KEITH ST | | CROSBYTON | TX | 79322-3024 | K24938 | 66.90 * | |
| MARIE MASTERS | 912 5TH AVE SE | | SAINT CLOUD | MN | 56304-1406 | K29509 | 66.90 * | |
| MARIE MEALIFF | 4101 ASHWORTH RD | | WEST DES MOIN | IA | 50265-3051 | K14433 | 66.90 * | |
| MARIE MULLAN | 590 SANDSTONE DR | | ATHENS | GA | 30605-3438 | K53894 | 66.90 * | |
| MARIE NYITRAY | 11833 JAMES ST APT A19 | | HOLLAND | MI | 49424-7717 | K17154 | 66.90 * | |
| MARIE REALI | 330 GREENBRIAR DR | | AVON LAKE | OH | 44012-2156 | K44507 | 66.90 * | |
| MARIE SCOTT | 1210 S F ST APT 17 | | OSKALOOSA | IA | 52577-3729 | K15201 | 66.90 * | |
| MARIE SKOWRON | PO BOX 182 | | CENTER HARBOR | NH | 03226-0182 | K45136 | 66.90 * | |
| MARIE STEWARD | 722 N WASHINGTON ST | | LOWELL | MI | 49331-1156 | K36090 | 66.90 * | |
| MARIE STIEGLER | 20 RIDGEWOOD AVE | | STATEN ISLAND | NY | 10312-3813 | K49205 | 66.90 * | |
| MARIE STRZELEC | 7810 BROOKHAVEN AVE | | DARIEN | IL | 60561-4510 | K53701 | 66.90 * | |
| MARIE SUTHERLAND | PO BOX 263 | | SOUTH PITTSBU | TN | 37380-0263 | K27554 | 66.90 * | |
| MARIE T TRAVISON | 17 WESTERN AVE | | DELMAR | NY | 12054-1612 | K26822 | 66.90 * | |
| MARIE VAROZ | 2495 E CINNABAR LN | | SALT LAKE CIT | UT | 84121-3926 | K45239 | 66.90 * | |
| MARIE WOLFSTIRM | 101 FREEPORT BLVD | | TOMS RIVER | NJ | 08757-6119 | K30094 | 66.90 * | |
| MARIE ZAK | 24463 HERITAGE DR | | WOODHAVEN | MI | 48183-3767 | K43927 | 66.90 * | |
| MARIE ZAREN | 3166 HIGHWAY 332 | | INTERNATIONAL | MN | 56649-8921 | K18309 | 66.90 * | |
| MARIEANNE WASON | 246 LITTLE NECK RD | | CENTERPORT | NY | 11721-1146 | K62147 | 66.90 * | |
| MARIEN WONER | 248 EDINBURGH RD | | SAN ANGELO | TX | 76901-9504 | K44846 | 66.90 * | |
| MARIETTA GANN | 312 MARMATON RD | | EL DORADO | KS | 67042-3078 | K47706 | 66.90 * | |
| MARIETTA KLAPPER | 8543 QUAIL HOLLOW RD | | INDIANAPOLIS | IN | 46260-2208 | K25991 | 66.90 * | |
| MARIGAY ALLEN | 6147 FARMSTEAD PL | | COLORADO SPRI | CO | 80925-1347 | K55542 | 66.90 * | |
| MARIJANE BUINING | 13246 N 108TH AVE | | SUN CITY | AZ | 85351-2616 | K17043 | 66.90 * | |
| MARIKAY LINDSTROM | 708 MONTCLAIR DR | | SANTA PAULA | CA | 93060-1659 | K30884 | 66.90 * | |
| MARILEA SWENSON | 1871 PACIFIC BEACH DR | | SAN DIEGO | CA | 92109-6168 | K37102 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARILLA [RILLA] BAXTER | 3735 BRANDYWINE ST | | SAN DIEGO | CA | 92117-5738 | K46724 | 66.90 | * |
| MARILOU CROUCH | 413 S YALE AVE | | ARLINGTON HEI | IL | 60005-2237 | K59950 | 66.90 | * |
| MARILOU REED | 1715 W BROADLAND LN | | LAKE FOREST | IL | 60045-4817 | K59847 | 66.90 | * |
| MARILYN [BOOTS] TILLMAN | 2325 NW HIGHLAND AVE SPC 7 | | GRANTS PASS | OR | 97526-3359 | K37012 | 66.90 | * |
| MARILYN [MARY LYNN] DEATON | 3700 WOOD HILL DR | | TALLAHASSEE | FL | 32303-2068 | K39397 | 66.90 | * |
| MARILYN [MERNIE] FIDAY | 3495 AMERICAN DR APT 301 | | COLORADO SPRI | CO | 80917-5733 | K49292 | 66.90 | * |
| MARILYN [SUE] PRIEST | 2379 GRAHAM SCHOOL RD | | GALLIPOLIS | OH | 45631-9073 | K58137 | 66.90 | * |
| MARILYN A KING | 251 N FERNWOOD DR | | LIMA | OH | 45805-2150 | K49627 | 66.90 | * |
| MARILYN A LINDNER-BOMBECK | 823 S STUHR RD | | GRAND ISLAND | NE | 68801-8106 | K38362 | 66.90 | * |
| MARILYN A SCHULTZ | 1326 ALMDALE DR | | FORT WAYNE | IN | 46818-8430 | K38914 | 66.90 | * |
| MARILYN A SCOTT | 4205 HUNTER GREEN CT | | HENRICO | VA | 23294-5629 | K37981 | 66.90 | * |
| MARILYN A WERNER | 5 FAIRWAY DR | | NORTH WINDHAM | CT | 06256-1351 | K24975 | 66.90 | * |
| MARILYN AGEE | 3601 WATERFORD ST | | RICHMOND | IN | 47374-7929 | K28422 | 66.90 | * |
| MARILYN ALLEN | 5512 PLEASANT CENTER RD | | YODER | IN | 46798-9746 | K38915 | 66.90 | * |
| MARILYN AYALA | 1701 HOOVER TRL | | MCHENRY | IL | 60051-3608 | K54970 | 66.90 | * |
| MARILYN BARGE | 352 W WOOD ST | | VERSAILLES | OH | 45380-1232 | K32434 | 66.90 | * |
| MARILYN BIRMINGHAM | 8539 ATHENIAN DR | | UNIVERSAL CIT | TX | 78148-2603 | K53887 | 66.90 | * |
| MARILYN BONCELA | 2919 EMERALD LAKES BLVD | | WILLOUGHBY HI | OH | 44092-2718 | K43987 | 66.90 | * |
| MARILYN BRIAN | 65 OLD FORT DR | | HILTON HEAD | SC | 29926-2699 | K44674 | 66.90 | * |
| MARILYN BROWN | PO BOX 106 | | FAIRVIEW | MO | 64842-0106 | K32026 | 66.90 | * |
| MARILYN BURNS | 19 BRIARFIELD LN | | HUNTINGTON | NY | 11743-3844 | K55537 | 66.90 | * |
| MARILYN CHAMBERLAIN | 6967 E CALLE CERCA | | TUCSON | AZ | 85715-4903 | K35785 | 66.90 | * |
| MARILYN CLARK | 7459 FM 1388 | | KAUFMAN | TX | 75142-8733 | K24027 | 66.90 | * |
| MARILYN COOPER | 21 SCARBROUGH LOOP | | HUMBOLDT | TN | 38343-8419 | K30143 | 66.90 | * |
| MARILYN COOPER | 191 PRESIDENTIAL BLVD UNIT 8 | | BALA CYNWYD | PA | 19004-1261 | K37847 | 66.90 | * |
| MARILYN COOVERT | 1731 OAK ST | | HAMILTON | IL | 62341-1732 | K14914 | 66.90 | * |
| MARILYN CRAWLEY | PO BOX 140103 | | NASHVILLE | TN | 37214-0103 | K44790 | 66.90 | * |
| MARILYN CURNOW | PO BOX 655 | | POSTVILLE | IA | 52162-0655 | K58607 | 66.90 | * |
| MARILYN DAKINS | 8050 SHEILA LN | | WISCONSIN RAP | WI | 54494-9213 | K55659 | 66.90 | * |
| MARILYN DELAY | 1701 CAMPUS DR UNIT 1420 | | CLIVE | IA | 50325-6622 | K21031 | 66.90 | * |
| MARILYN DOUGLAS | 360 MACLANE ST | | PALO ALTO | CA | 94306-3303 | K43355 | 66.90 | * |
| MARILYN E HAMBY | 123 E KIRKWOOD AVE | | DES MOINES | IA | 50315-1719 | K22135 | 66.90 | * |
| MARILYN E LEGAN | 1805 KELLY AVE | | CREST HILL | IL | 60403-2315 | K54208 | 66.90 | * |
| MARILYN E WEISMAN | 31 DEERFIELD RD | | WEST CALDWELL | NJ | 07006-8009 | K50641 | 66.90 | * |
| MARILYN ELGIN | 206 DOGWOOD LN | | UPPER SANDUSK | OH | 43351-9605 | K15534 | 66.90 | * |
| MARILYN ELMORE | 3309 W OAKELLAR AVE | | TAMPA | FL | 33611-2919 | K52162 | 66.90 | * |
| MARILYN ERICKSON | 5496 5TH AVE N | | WISCONSIN RAP | WI | 54495-9204 | K48635 | 66.90 | * |
| MARILYN ESTHER CHARETTE | 88 SOMERSETT DR | | MYSTIC | CT | 06355-2152 | K24472 | 66.90 | * |
| MARILYN EVANS | 7979 WASTLER RD | | BROOKVILLE | OH | 45309-7230 | K60404 | 66.90 | * |
| MARILYN F SNYDER | 9123 LOXFORD ST | | LITHIA SPRING | GA | 30122-6414 | K33559 | 66.90 | * |
| MARILYN FANNON | 3945 HICKORY ST | | SEAFORD | NY | 11783-2603 | K62496 | 66.90 | * |
| MARILYN FAUSER | 603 E WILLCOX AVE | | PEORIA | IL | 61603-1851 | K44787 | 66.90 | * |
| MARILYN FLORO | 4176 ENGLISH HOLLY CIR | | RICHMOND | VA | 23294-5933 | K20370 | 66.90 | * |
| MARILYN FRANKS | 405 SUNSET ST APT B | | CLIFTON | TX | 76634-1878 | K23540 | 66.90 | * |
| MARILYN GAFFEY | 9 THE WOODS NE | | IOWA CITY | IA | 52240-7986 | K58423 | 66.90 | * |
| MARILYN GALBRAITH | 9900 BOULDIN RD | | IRWIN | PA | 15642-2410 | K46307 | 66.90 | * |
| MARILYN GAUTHIER | 1016 S 21ST ST | | RICHMOND | IN | 47374-6533 | K26648 | 66.90 | * |
| MARILYN GETTINGER | 121 SEVERIN CT | | CRANFORD | NJ | 07016-3140 | K41454 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARILYN GILL | 34 FAIRVIEW AVE | | MADISON | NJ | 07940-1630 | K42741 | 66.90 | * |
| MARILYN GREEN | 6844 BRANDY LN | | QUINLAN | TX | 75474-4004 | K45941 | 66.90 | * |
| MARILYN GRUNEWALD | 726 MAQUAM SHORE RD | | SWANTON | VT | 05488-8438 | K53082 | 66.90 | * |
| MARILYN GUINN | 3103 NE 171ST ST | | RIDGEFIELD | WA | 98642-8099 | K40276 | 66.90 | * |
| MARILYN H POTTER | 995 DYE MILL RD | | TROY | OH | 45373-4275 | K34610 | 66.90 | * |
| MARILYN HAGLE | PO BOX 147 | | BLOOMING GROV | TX | 76626-0147 | K56061 | 66.90 | * |
| MARILYN HANSEN | 500 HUNTINGTON RD | | EASLEY | SC | 29642-1943 | K55048 | 66.90 | * |
| MARILYN HARRIS | 367 CLIFF OVERLOOK | | NOBLESVILLE | IN | 46062-8480 | K25490 | 66.90 | * |
| MARILYN HAYDEN | 6920 WHITMORE PL | | NEW ORLEANS | LA | 70128-2605 | K57709 | 66.90 | * |
| MARILYN HILL | 22049 2ND AVE | | OTSEGO | MI | 49078-9406 | K36958 | 66.90 | * |
| MARILYN HODGES | 2782 LITTLE SULPHUR CREEK RD | | BIG SANDY | TN | 38221-4363 | K16121 | 66.90 | * |
| MARILYN HOLLAND | 1831 RAVENWOOD DR APT 10 | | MOBERLY | MO | 65270-3042 | K50803 | 66.90 | * |
| MARILYN HOLMES | 18531 MORRIS AVE | | HOMEWOOD | IL | 60430-3625 | K60426 | 66.90 | * |
| MARILYN HUGHEY | 3101 OLD PECOS TRL UNIT 684 | | SANTA FE | NM | 87505-9548 | K35187 | 66.90 | * |
| MARILYN HUMPHREY | 159 WARTMAN RD | | COLLEGEVILLE | PA | 19426-1720 | K57538 | 66.90 | * |
| MARILYN IRVIN | 2254 S RIVERSIDE DR TRLR 52 | | IOWA CITY | IA | 52246-5851 | K59306 | 66.90 | * |
| MARILYN IRVING | 326 NW PLEASANT VIEW DR | | GRANTS PASS | OR | 97526-1025 | K32228 | 66.90 | * |
| MARILYN J ALLMANDINGER | 4005 HANNA ST | | FORT WAYNE | IN | 46806-1821 | K38684 | 66.90 | * |
| MARILYN J BOGUE | 3898 N BROADWAY | | GENEVA | OH | 44041-7745 | K20127 | 66.90 | * |
| MARILYN J FANCHER | 2770 E CROSS RD | | MADISON | IN | 47250-8414 | K29051 | 66.90 | * |
| MARILYN J FICELI | 1185 KENSINGTON ST NW | | GRAND RAPIDS | MI | 49534-2174 | K37233 | 66.90 | * |
| MARILYN J SWANSON | PO BOX 2794 | | DURANGO | CO | 81302-2794 | K52649 | 66.90 | * |
| MARILYN JANE HATHAWAY | 2101 MARIYANA AVE | | GALLUP | NM | 87301-5629 | K46492 | 66.90 | * |
| MARILYN JOHNSON | 15 VIRGINIA AVE | | LAKE HOPATCON | NJ | 07849-1532 | K47092 | 66.90 | * |
| MARILYN JONES | 1122 N SAGINAW ST | | HOLLY | MI | 48442-1353 | K56369 | 66.90 | * |
| MARILYN K NELSON-FOSTER | 85 FLINTTOWN RD | | GANDEEVILLE | WV | 25243-8603 | K61352 | 66.90 | * |
| MARILYN KACHMAR | 821 HARTMAN ST | | MCKEESPORT | PA | 15132-1524 | K60973 | 66.90 | * |
| MARILYN KAE HUGHES | 9205 N HOLMES CT | | KANSAS CITY | MO | 64155-3317 | K21807 | 66.90 | * |
| MARILYN KAPOLKA | 791 DOTY DR | | WADSWORTH | OH | 44281-1612 | K61361 | 66.90 | * |
| MARILYN KENNEDY | 2654 W CENTURY BLVD | | CITRUS SPRING | FL | 34434-4814 | K32391 | 66.90 | * |
| MARILYN KING | PO BOX 2409 | | BUNNELL | FL | 32110-2409 | K55445 | 66.90 | * |
| MARILYN KOBLITZ | 44 SPYGLASS DR | | LITTLETON | CO | 80123-6651 | K50447 | 66.90 | * |
| MARILYN KUMMER | PO BOX 548 | | OLD HICKORY | TN | 37138-0548 | K39065 | 66.90 | * |
| MARILYN L CAHOON | 9435 TANNIS RD | | CLARKSVILLE | MI | 48815-9727 | K35147 | 66.90 | * |
| MARILYN L CURRY | 2179 CANE HILL DR | | FRISCO | TX | 75034-0894 | K24465 | 66.90 | * |
| MARILYN LARSEN | 3406 COUNTRY HILL DR | | FAIRFAX | VA | 22030-2016 | K48673 | 66.90 | * |
| MARILYN LARSON | 10816 BIRKDALE CT | | FORT WAYNE | IN | 46814-9311 | K37784 | 66.90 | * |
| MARILYN LEACH | 408 N 5TH ST | | MARSHALL | MN | 56258-1122 | K28094 | 66.90 | * |
| MARILYN LEE | 1341 NORTON ST | | WISCONSIN RAP | WI | 54494-3068 | K47242 | 66.90 | * |
| MARILYN LEHMULLER | 99 AYERS RD | | LOCUST VALLEY | NY | 11560-2305 | K37417 | 66.90 | * |
| MARILYN LEROY | 5522 BRADSHAW ST | | SHAWNEE | KS | 66216-1617 | K36430 | 66.90 | * |
| MARILYN LIPTON-HENZEL | 8924 GARNER CT | | TRINITY | FL | 34655-4619 | K48492 | 66.90 | * |
| MARILYN LISS | 12053 LAKE PLACID DR | | SAINT LOUIS | MO | 63146-5110 | K41188 | 66.90 | * |
| MARILYN LOPEZ | 1103 CHARLESWORTH AVE | | JOLIET | IL | 60432-1204 | K51250 | 66.90 | * |
| MARILYN LOUISE TALLMAN | 102 ASHLEY CT | | FLORENCE | AL | 35630-2745 | K39340 | 66.90 | * |
| MARILYN LOWMAN | 142 SAGE DR | | PALM SPRINGS | CA | 92264-6461 | K55268 | 66.90 | * |
| MARILYN LYNN FISHER | 940 PAYTON AVE | | DES MOINES | IA | 50315-5043 | K25181 | 66.90 | * |
| MARILYN M PEACHE | 1738 PEBBLE BEACH DR | | HOFFMAN ESTAT | IL | 60169-1172 | K44212 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARILYN M ST JOHN | 6600 CONSTITUTION BLVD APT 7 | | PORTAGE | MI | 49024-8905 | K21838 | 66.90 | * |
| MARILYN MADDEN | 180 SCHOONER BEND AVE | | SUMMERVILLE | SC | 29483-5385 | K29942 | 66.90 | * |
| MARILYN MAHAFFEY | 581 HOMEWOOD ACRES CIR | | EASTABOGA | AL | 36260-5560 | K15571 | 66.90 | * |
| MARILYN MALONEY | 723 MULDOWNEY AVE | | WEST MIFFLIN | PA | 15122-1130 | K55966 | 66.90 | * |
| MARILYN MANOOGIAN | 9644 WILLIAM ST | | TAYLOR | MI | 48180-3727 | K58634 | 66.90 | * |
| MARILYN MANSFIELD | 120 SEACLUSION CIR | | PANAMA CITY B | FL | 32413-5708 | K32624 | 66.90 | * |
| MARILYN MATHEWS | 4247 COUNTY ROAD 79 | | LITTLEFORK | MN | 56653-9420 | K26771 | 66.90 | * |
| MARILYN MCCHESNEY | PO BOX 54 | | CAMPBELL | MN | 56522-0054 | K33627 | 66.90 | * |
| MARILYN MCEVOY | 1928 7TH AVE | | INTERNATIONAL | MN | 56649-3648 | K19000 | 66.90 | * |
| MARILYN MCKAIN | 530 STONY BATTERY RD | | LANDISVILLE | PA | 17538-1408 | K27382 | 66.90 | * |
| MARILYN MIGGINS-MOORE | 5475 NE SUNSET PL | | BAINBRIDGE IS | WA | 98110-3656 | K19495 | 66.90 | * |
| MARILYN MINER | 8200 ELLE CIR APT 1804 | | FORT WORTH | TX | 76120-2685 | K38550 | 66.90 | * |
| MARILYN MISENER | 15254 OAK SPRING ST | | SAN ANTONIO | TX | 78232-4242 | K21601 | 66.90 | * |
| MARILYN MORGAN | 4211 BACKMEYER RD | | RICHMOND | IN | 47374-7109 | K28294 | 66.90 | * |
| MARILYN MORGAN | 255 WILLISON AVE | | BATTLE CREEK | MI | 49014-6613 | K42435 | 66.90 | * |
| MARILYN MORITT | 1414 RIDGE RD | | SYOSSET | NY | 11791-9671 | K58319 | 66.90 | * |
| MARILYN MOSS | 248-38 DEEPDALE AVE | | LITTLE NECK | NY | 11362-1233 | K52626 | 66.90 | * |
| MARILYN N DEVALON | 38305 GRAND OAKS AVE | | PALM DESERT | CA | 92211-1251 | K51695 | 66.90 | * |
| MARILYN NEILIS | 924 COPLEY LN | | JOLIET | IL | 60431-9302 | K50220 | 66.90 | * |
| MARILYN OEHLERKING | 8816 286TH ST | | MURDOCK | NE | 68407-2304 | K54279 | 66.90 | * |
| MARILYN OLSASKY | 5101 NW 66TH AVE | | JOHNSTON | IA | 50131-1128 | K23574 | 66.90 | * |
| MARILYN ORRISON | 4800 WINDSOR HWY | | POTTERVILLE | MI | 48876-8783 | K43007 | 66.90 | * |
| MARILYN PEARL | 7600 MERLIN CT | | RANCHO CUCAMO | CA | 91730-8323 | K28754 | 66.90 | * |
| MARILYN PEARL | 5503 NW CLUB HOUSE CV | | PARKVILLE | MO | 64152-3207 | K42194 | 66.90 | * |
| MARILYN PETERSON | 2038 EMMA LEE LN | | HANFORD | CA | 93230-1605 | K21164 | 66.90 | * |
| MARILYN PHILLIPS | 2663 COUNTY ROAD 94 | | INTERNATIONAL | MN | 56649-8754 | K18528 | 66.90 | * |
| MARILYN POORTENGA | 7848 N GLENEAGLE DR | | KALAMAZOO | MI | 49048-8627 | K17161 | 66.90 | * |
| MARILYN PUNKE | 501 OAKMONT WAY | | CIBOLO | TX | 78108-4348 | K53787 | 66.90 | * |
| MARILYN R HOLLENBECK | 6108 N ROSEWOOD DR | | BEVERLY HILLS | FL | 34465-2230 | K60872 | 66.90 | * |
| MARILYN R SMITH | 486 MECHLIN CORNER RD | | PITTSTOWN | NJ | 08867-5018 | K43795 | 66.90 | * |
| MARILYN RAMEY | 680 E HEATHER DR | | BLOOMINGTON | IN | 47401-8440 | K28742 | 66.90 | * |
| MARILYN RICE | 6426 E CALLE PEGASO | | TUCSON | AZ | 85750-5657 | K44691 | 66.90 | * |
| MARILYN RICHTERS | 411 S CENTER ST | | VERSAILLES | OH | 45380-1105 | K31783 | 66.90 | * |
| MARILYN ROGERS | 46 ELM ST | | PAWLING | NY | 12564-1021 | K62492 | 66.90 | * |
| MARILYN S [KANDY] DAVIDSON | 1170 TIMBER WALK DR | | LOGANVILLE | GA | 30052-5055 | K20702 | 66.90 | * |
| MARILYN S BRENNER | 3433 BUTLER CT | | FORT WAYNE | IN | 46808-1367 | K46800 | 66.90 | * |
| MARILYN SARGENT | 174 TALL GRASS RD | | NEW LENOX | IL | 60451-3518 | K58471 | 66.90 | * |
| MARILYN SCHOONBECK | 3219 S PARK ST | | KALAMAZOO | MI | 49001-4732 | K17816 | 66.90 | * |
| MARILYN SEFCHOVICH | 548 PINE WOOD LN | | LOS GATOS | CA | 95032-1318 | K15352 | 66.90 | * |
| MARILYN SEIBERT | 3623 DENSMORE AVE N | | SEATTLE | WA | 98103-8233 | K32629 | 66.90 | * |
| MARILYN SMITH | PO BOX 77 | | SACKETS HARBO | NY | 13685-0077 | K56492 | 66.90 | * |
| MARILYN SPENCER | 1C COUNTRY CLUB LN | | MILFORD | MA | 01757-2258 | K16821 | 66.90 | * |
| MARILYN STOFKO | 2024 TIN TOP RD APT 1501 | | WEATHERFORD | TX | 76086-8117 | K56074 | 66.90 | * |
| MARILYN STREETER | 3015 MISTY WAY DR | | WYLIE | TX | 75098-6413 | K44860 | 66.90 | * |
| MARILYN STRONG | 655 E BROCKTON AVE | | MADISON HEIGH | MI | 48071-4323 | K40176 | 66.90 | * |
| MARILYN SUE WARNER | 1670 CARDIGAN AVE | | VENTURA | CA | 93004-2968 | K24365 | 66.90 | * |
| MARILYN SWANSON | 622 LARIMER AVE | | EAST MCKEESPO | PA | 15035-1323 | K60676 | 66.90 | * |
| MARILYN SWARTZ | 26 CORTLAND DR | | SHARON | MA | 02067-3315 | K12702 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| MARILYN TAYLOR SFO | PO BOX 186 | | OWINGS | MD | 20736-0186 | K36744 | 66.90 | * |
| MARILYN TRIPLETT | 441 W CARTER AVE | | CLARKSVILLE | IN | 47129-2313 | K43127 | 66.90 | * |
| MARILYN VAN ETTEN | 5 WILD MAGNOLIA LN | | OKATIE | SC | 29909-4211 | K27365 | 66.90 | * |
| MARILYN VANDERHEYDEN | 1667 HOLLAND AVE | | CLOVIS | CA | 93611-5145 | K43509 | 66.90 | * |
| MARILYN W GURY | 9609 OAKHAM WAY | | ELK GROVE | CA | 95757-5116 | K56193 | 66.90 | * |
| MARILYN WALL | 199 HARRYS GTWY | | APPLETON | WI | 54914-8747 | K48185 | 66.90 | * |
| MARILYN WEBSTER | 1621 HIGHWAY 41A N | | SHELBYVILLE | TN | 37160-5504 | V99652 | 66.90 | * |
| MARILYN WEINTRAUB | 301 IRONWOOD CIR | | ELKINS PARK | PA | 19027-1336 | K54115 | 66.90 | * |
| MARILYN WEISMORE | 1510 KILBORN DR | | PETOSKEY | MI | 49770-8712 | V99037 | 66.90 | * |
| MARILYN WELLER | 107 LEATHERMAN DR | | EATON | OH | 45320-1035 | K32905 | 66.90 | * |
| MARILYN WITHROW | 121 S 17TH ST | | RICHMOND | IN | 47374-5648 | K24291 | 66.90 | * |
| MARILYN Y JENNINGS | 103 MEETING RD | | SUFFOLK | VA | 23435-1763 | K12799 | 66.90 | * |
| MARILYN ZANE | 2280 STONE HEDGE DR NE | | KEIZER | OR | 97303-1069 | K48269 | 66.90 | * |
| MARILYN ZIEBELL | 201 CLEARBROOK CT | | SCHAUMBURG | IL | 60193-3129 | K61663 | 66.90 | * |
| MARILYNN DICK | 16 BROADFIELD | | TRENTON | TN | 38382-2902 | K30901 | 66.90 | * |
| MARILYNN J SHAFTER | 617 DARLINGTON CT | | FORT WAYNE | IN | 46825-1103 | K38744 | 66.90 | * |
| MARILYNN MCCULLOUGH-SIMMS | 6044 PRATT ST | | OMAHA | NE | 68104-2719 | K52871 | 66.90 | * |
| MARILYNN WEINBERG | 2 ATHERTON RD | | FOXBORO | MA | 02035-1603 | K20121 | 66.90 | * |
| MARILYNNE BROWN | 596 DICHTER ST | | EL CAJON | CA | 92019-2572 | K54157 | 66.90 | * |
| MARIN CATHOLIC HIGH SCHOOL | c/o JANIE ORTHEY ROCKETT | 675 SIR FRANCIS DRAKE BLVD | KENTFIELD | CA | 94904 | | 0.00 | ** |
| MARINA BURGSTAHLER | 3913 SHELLEY LN | | ANNANDALE | VA | 22003-2235 | K37486 | 66.90 | * |
| MARINA JO JETT-SWANEY | 675 W LANE AVE | | LIMA | OH | 45801-2767 | K51562 | 66.90 | * |
| MARINUS [REN] REUGEBRINK | PO BOX 202 | | CALPINE | CA | 96124-0202 | K33873 | 66.90 | * |
| MARIO MANNI | 2 ESSEX PL | | DEER PARK | NY | 11729-3504 | K34005 | 66.90 | * |
| MARIO ROSSI | 13 HERRICK AVE | | DIX HILLS | NY | 11746-6734 | K62580 | 66.90 | * |
| MARION [MIMI] SEITZ | 2095 CALIFORNIA ST APT 309 | | SAN FRANCISCO | CA | 94109-4305 | K39663 | 66.90 | * |
| MARION [MIMI] STANG | 1290 VALLEY VIEW DR NW | | SALEM | OR | 97304-3037 | K54222 | 66.90 | * |
| MARION A KNOLL | 702 MINNESOTA ST | | BURT | IA | 50522-5049 | K56228 | 66.90 | * |
| MARION A LEWELLEN | 1000 COBBLESTONE CIR | | MUSKOGEE | OK | 74403-8640 | K47592 | 66.90 | * |
| MARION A PHIPPS | 8682 S CEDAR ST | | MOHAVE VALLEY | AZ | 86440-8568 | K44262 | 66.90 | * |
| MARION B GIBSON | 215 LINDEN LN | | LOUISVILLE | KY | 40206-2317 | K26544 | 66.90 | * |
| MARION B WATTS NEWTON | 1580 TURBOT AVE | | WATSONTOWN | PA | 17777-8137 | K15207 | 66.90 | * |
| MARION BLACK | 119 OAK ST | | FORTY FORT | PA | 18704-4033 | K61250 | 66.90 | * |
| MARION BOKAUSEK | 7737 FERN DR | | MENTOR ON THE | OH | 44060-3216 | K43036 | 66.90 | * |
| MARION BURG | 13302 W CASTLE ROCK DR | | SUN CITY WEST | AZ | 85375-4806 | K30868 | 66.90 | * |
| MARION BURKHART | 532 S STATE ST | | EPHRATA | PA | 17522-2336 | K58704 | 66.90 | * |
| MARION BURLESON WILLIAMS JR | 537 TARPON AVE | | FERNANDINA BE | FL | 32034-2139 | K48555 | 66.90 | * |
| MARION CAREY | 860 SAN CARLOS CT | | FREMONT | CA | 94539-3610 | K56767 | 66.90 | * |
| MARION CATHCART | 904 SURREY TRL | | HUTCHINSON | KS | 67502-3356 | K50805 | 66.90 | * |
| MARION CUDDAHY | 9101 NEW FALLS RD APT C18 | | LEVITTOWN | PA | 19054-1812 | K31659 | 66.90 | * |
| MARION E DEBROSSE | 13056 COMPASS POINT DR | | STRONGSVILLE | OH | 44136-8002 | K62177 | 66.90 | * |
| MARION E VOIGT | W175N7853 WILDWOOD DR APT 30 | | MENOMONEE FAL | WI | 53051-4140 | K34538 | 66.90 | * |
| MARION EDWARDS | 842 PLANTATION BLVD | | GALLATIN | TN | 37066-4496 | K36382 | 66.90 | * |
| MARION EUGENE ZEIGLER | 125 HILLCREST DR | | KINGSTON | TN | 37763-6847 | K51874 | 66.90 | * |
| MARION F HOSKINS | 907 E CURTIS AVE | | PARMA | ID | 83660-5963 | K51670 | 66.90 | * |
| MARION GEIGES | 4233 MONROE ST | | HOLLYWOOD | FL | 33021-7344 | K42420 | 66.90 | * |
| MARION GIBBS | 5033 S 92ND ST | | OMAHA | NE | 68127-2437 | K58652 | 66.90 | * |
| MARION H HOLMES | 1523 STAUNTON DR | | MOON TOWNSHIP | PA | 15108-8975 | K38615 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARION HERSEY | 5141 GREBEL LN | | SARASOTA | FL | 34232-2614 | K33775 | 66.90 | * |
| MARION HUBER | 1081 PALM AVE APT B216 | | NORTH FORT MY | FL | 33903-4356 | K56445 | 66.90 | * |
| MARION JOLLY | 582 MAIN ST | | TOBYHANNA | PA | 18466-7703 | K53490 | 66.90 | * |
| MARION JOYCE CARR-CRAIN | 1701 LAWRENCE AVE | | EAST SAINT LO | IL | 62207-2038 | K12846 | 66.90 | * |
| MARION KELLY | 8130 AINSWORTH DR | | KNOXVILLE | TN | 37909-2201 | K12967 | 66.90 | * |
| MARION KLINGER | 413 N 9TH ST | | SUNBURY | PA | 17801-2043 | K15490 | 66.90 | * |
| MARION L ENGEL | 237 CORONADO ST | | ISLIP TERRACE | NY | 11752-2409 | K62243 | 66.90 | * |
| MARION L ROSSI | 730 30TH ST NW | | CANTON | OH | 44709-3114 | K49878 | 66.90 | * |
| MARION LARUE VANDIVERE | 2011 COUNTY ROAD 8 | | ODONNELL | TX | 79351-1813 | K42383 | 66.90 | * |
| MARION LEON MCLEMORE | PO BOX 1565 | | GREER | SC | 29652-1565 | K50039 | 66.90 | * |
| MARION MAHONE | 3289 MEADOW RDG | | REDDING | CT | 06896-3228 | K56437 | 66.90 | * |
| MARION MARTIN | 3 KERSHAW PL | | NORTH AUGUSTA | SC | 29841-2744 | K21280 | 66.90 | * |
| MARION MILLER | 5100 230TH ST | | SAINT AUGUSTA | MN | 56301-9232 | K21731 | 66.90 | * |
| MARION NEAL | 887B WINDERMERE AVE | | DREXEL HILL | PA | 19026-1537 | K42370 | 66.90 | * |
| MARION PARNELL | 413 BRIDSON ST | | FENTON | MI | 48430-1860 | K56638 | 66.90 | * |
| MARION POTTINGER | 1465 N HAMETOWN RD | | AKRON | OH | 44333-1055 | K39083 | 66.90 | * |
| MARION ROBBINS | 1325 OSAUKA RD NE | | SAUK RAPIDS | MN | 56379-4561 | K19506 | 66.90 | * |
| MARION STRAS VAUGHAN | 100 NETHERLAND LN APT 339 | | KINGSPORT | TN | 37660-7249 | K24403 | 66.90 | * |
| MARION SUCHOWICKI | 110 CAMPBELL AVE | | HAVERTOWN | PA | 19083-1524 | K36954 | 66.90 | * |
| MARION T CALDWELL JR | 210 AVENIDA LA PALMA | | NOKOMIS | FL | 34275-2018 | K29682 | 66.90 | * |
| MARION TURNER | 1910 ROANOKE AVE | | PORTSMOUTH | VA | 23704-5347 | K13731 | 66.90 | * |
| MARION VENNA | 3 TEE TIME LN | | SOUTH WEYMOUT | MA | 02190-4207 | K25996 | 66.90 | * |
| MARION VOTE | 385 NE 17TH AVE | | HILLSBORO | OR | 97124-3410 | K45688 | 66.90 | * |
| MARION W CLARK | 755 HOPE FERRY RD | | LEXINGTON | SC | 29072-9606 | K37470 | 66.90 | * |
| MARION WAESCH | 2237 S PEBBLE BEACH AVE | | TUCSON | AZ | 85710-7201 | K52360 | 66.90 | * |
| MARION WAITE | 20 KNOB HILL RD | | ALBANY | NY | 12211-1112 | K22217 | 66.90 | * |
| MARION WEBSTER | PO BOX 44 | | MINGO | IA | 50168-0044 | K20595 | 66.90 | * |
| MARIPAT HOLT | 1400 LAUREL AVE APT 1008 | | MINNEAPOLIS | MN | 55403-1270 | K18240 | 66.90 | * |
| MARIS MATTINGLY | 9230 NIKI PL APT 102 | | MANASSAS | VA | 20110-6747 | K48323 | 66.90 | * |
| MARISA CHASE | 14711 W 93RD TER | | LENEXA | KS | 66215-3026 | K35243 | 66.90 | * |
| MARISA MC COY | 7 PARKER RD | | WELLESLEY | MA | 02482-2229 | K14016 | 66.90 | * |
| MARITA FISHER | 144 WALNUT HILL LN | | HAVERTOWN | PA | 19083-2840 | K49189 | 66.90 | * |
| MARITHA GOBER | 110 BELT LINE RD APT 5311 | | GARLAND | TX | 75040-0965 | K29370 | 66.90 | * |
| MARITZA GUILLOCHEAU | 1535 TREELINE DR | | MALVERN | PA | 19355-9764 | K15666 | 66.90 | * |
| MARJAY LASKE | 6514 BELLEVIEW DR | | COLUMBIA | MD | 21046-1000 | K46792 | 66.90 | * |
| MARJEAN CHILES DELIDUKA | 11019 SWALLOW ST NW | | COON RAPIDS | MN | 55433-4165 | K13860 | 66.90 | * |
| MARJIE HUCKESTEIN | 2626 SEDER RD | | ALGER | MI | 48610-9711 | K59040 | 66.90 | * |
| MARJO THOMPSEN | 3420 N 125TH AVE | | OMAHA | NE | 68164-4297 | K54439 | 66.90 | * |
| MARJORIE [COOKIE] LUKE | 3680 HIGHWAY 8 | | TROY | ID | 83871-9611 | K53084 | 66.90 | * |
| MARJORIE [DEEDA] BRADFORD | 674 CARLSON RD | | COALMONT | TN | 37313-7918 | K52014 | 66.90 | * |
| MARJORIE [MARGE] ANDERSON | 2420 MERIDIAN DR | | JOLIET | IL | 60431-1237 | K53539 | 66.90 | * |
| MARJORIE [MARGE] MOULTON | 1010 5TH ST S | | SAINT JAMES | MN | 56081-1906 | K26573 | 66.90 | * |
| MARJORIE [MARGE] RANKIN | 7340 SE US HIGHWAY 160 | | SHARON | KS | 67138-9036 | K30850 | 66.90 | * |
| MARJORIE [MARGIE] FLORES | 25 HAKOI HEMA PL | | KIHEI | HI | 96753-7350 | K46436 | 66.90 | * |
| MARJORIE [MARNIE] HARTLEY | 5086 ISLAND VIEW DR | | LINDEN | MI | 48451-9031 | K56370 | 66.90 | * |
| MARJORIE A CARRIER | 50 HIGHLAND ST UNIT 160 | | TAUNTON | MA | 02780-7002 | K15465 | 66.90 | * |
| MARJORIE A SPEELMAN | 393 E 4TH ST | | MINSTER | OH | 45865-1312 | K31393 | 66.90 | * |
| MARJORIE A STERNIN | 801A SEDGEFIELD DR | | MOUNT LAUREL | NJ | 08054-1854 | K25895 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARJORIE A YELLETS | 2011 ASPEN LN | | COLUMBIA | PA | 17512-9780 | K30184 | 66.90 | * |
| MARJORIE ABRAMS | 238 8TH ST E | | SAINT PAUL | MN | 55101-2304 | K46219 | 66.90 | * |
| MARJORIE B MORRIS | 565 ESPLANADE UNIT 202 | | REDONDO BEACH | CA | 90277-4051 | K26798 | 66.90 | * |
| MARJORIE BERRY | 22250 OXFORD ST | | DEARBORN | MI | 48124-3471 | K19017 | 66.90 | * |
| MARJORIE BUCK | 1291 JOURNEYS END DR | | LA CANADA FLI | CA | 91011-1710 | K42680 | 66.90 | * |
| MARJORIE BUCKLEY | 309 GEORGIAN DR | | CINNAMINSON | NJ | 08077-4306 | K34967 | 66.90 | * |
| MARJORIE CAMPBELL | 28211 OAKLANDS RD | | EASTON | MD | 21601-8257 | K39921 | 66.90 | * |
| MARJORIE CHRISTENSEN | 235 HAMPSHIRE DR | | HOYT LAKES | MN | 55750-1235 | K18075 | 66.90 | * |
| MARJORIE CHRISTOPHER | 103 PINE HILL RD | | PORT JEFFERSO | NY | 11777-2124 | K60549 | 66.90 | * |
| MARJORIE COAR | 256 HAWTHORNE AVE | | HADDONFIELD | NJ | 08033-1404 | K40812 | 66.90 | * |
| MARJORIE E GEHRING | 7087 SOUTHERN VISTA DR | | ENON | OH | 45323-1547 | K51470 | 66.90 | * |
| MARJORIE EISENZIMMER | 2265 N LEMA DR | | MESA | AZ | 85215-2619 | K32330 | 66.90 | * |
| MARJORIE EVANS | PO BOX 335 | | RIO GRANDE | OH | 45674-0335 | K50932 | 66.90 | * |
| MARJORIE FRENCHWOOD | 6158 GLENHURST DR | | HOUSTON | TX | 77033-1247 | V99369 | 66.90 | * |
| MARJORIE GAYNOR CULLEN | 3374 DOLOMAR DR | | CINCINNATI | OH | 45239-4064 | K39265 | 66.90 | * |
| MARJORIE GENSLER | 180 MARYELLEN DR | | NORTH VERSAIL | PA | 15137-2445 | K43302 | 66.90 | * |
| MARJORIE GUINN | 11618 SE 166TH PL | | RENTON | WA | 98058-5342 | K32276 | 66.90 | * |
| MARJORIE GUNDY | 302 S KANSAS AVE | | BURRTON | KS | 67020-8884 | K49944 | 66.90 | * |
| MARJORIE HARTMAN | 111 EMERSON ST APT 1225 | | DENVER | CO | 80218-3790 | K57227 | 66.90 | * |
| MARJORIE HECHT | 383 S HILLCREST DR TRLR 28 | | MONTROSE | CO | 81401-4191 | K16944 | 66.90 | * |
| MARJORIE HUFF | 713 OSBORN DR | | SAULT SAINTE | MI | 49783-9275 | K40458 | 66.90 | * |
| MARJORIE J BEALS | 4012 EASTON BLVD | | DES MOINES | IA | 50317-5646 | K22493 | 66.90 | * |
| MARJORIE J GOREN | 99 DAVENPORT ST | | TAUNTON | MA | 02780-4335 | K11246 | 66.90 | * |
| MARJORIE J LOVELL | 3650 ANTIEM ST | | SAN DIEGO | CA | 92111-4304 | K19536 | 66.90 | * |
| MARJORIE JOHNSON | 2008 BODEGA LN | | MODESTO | CA | 95350-3629 | K60851 | 66.90 | * |
| MARJORIE KAHN | 24 NAPLES RD | | BROOKLINE | MA | 02446-5721 | K16290 | 66.90 | * |
| MARJORIE KLASKO | 25 COUNTRY WALK | | CHERRY HILL | NJ | 08003-2553 | K38770 | 66.90 | * |
| MARJORIE KOHARSKI | 914 GREEN GROVE RD | | NEPTUNE | NJ | 07753-2908 | K15121 | 66.90 | * |
| MARJORIE L [MARGIE] SIMON | 20 N 3RD ST STE 601 | | PHILADELPHIA | PA | 19106-2137 | K34066 | 66.90 | * |
| MARJORIE LINDBERG | 10413 W GULF HILLS DR | | SUN CITY | AZ | 85351-1618 | K56581 | 66.90 | * |
| MARJORIE MARES | 2252 TABLE ROCK RD SPC 57 | | MEDFORD | OR | 97501-1428 | K19176 | 66.90 | * |
| MARJORIE MARTINDALE | 105 SHADOW RANCH LN | | ROSEBURG | OR | 97470-1128 | K36534 | 66.90 | * |
| MARJORIE MCCLURE | 26056 S GOUGAR RD | | MANHATTAN | IL | 60442-9229 | K49773 | 66.90 | * |
| MARJORIE MCKNIGHT | 6067 MYRA AVE | | BUENA PARK | CA | 90620-4336 | K28760 | 66.90 | * |
| MARJORIE MEGSON | 15721 FOXBEND CT APT 2W | | ORLAND PARK | IL | 60462-6582 | K15258 | 66.90 | * |
| MARJORIE MINK | 2147 JACKSON PIKE | | BIDWELL | OH | 45614-9359 | K50984 | 66.90 | * |
| MARJORIE NEVE | 1502 ALBERT ST N | | SAINT PAUL | MN | 55108-2304 | K24312 | 66.90 | * |
| MARJORIE OCCHIALINO | 6 BRIAR AVE | | ALBANY | NY | 12203-2604 | K22030 | 66.90 | * |
| MARJORIE PALMER | 20 FOX HILL DR | | WESTFIELD | MA | 01085-4015 | K56811 | 66.90 | * |
| MARJORIE PAYTON | 2670 FRANKS DR | | LIMA | OH | 45807-1628 | K49630 | 66.90 | * |
| MARJORIE PERLOW | PO BOX 2136 | | BIGFORK | MT | 59911-2136 | K51572 | 66.90 | * |
| MARJORIE RICHARDSON | PO BOX 470970 | | AURORA | CO | 80047-0970 | V99604 | 66.90 | * |
| MARJORIE ROOST | 1910 GRAND AVE | | KEOKUK | IA | 52632-2942 | K19587 | 66.90 | * |
| MARJORIE SALMON | 1501 BEACON ST APT 1604 | | BROOKLINE | MA | 02446-4606 | K10670 | 66.90 | * |
| MARJORIE STANSBURY | 1280 HERITAGE TRL | | MESQUITE | NV | 89034-1042 | V99159 | 66.90 | * |
| MARJORIE TAYLOR | 445 VILLAGE DR | | COLUMBUS | OH | 43214-2829 | K43830 | 66.90 | * |
| MARJORIE TICHNOR | 2311 GREAT MEADOW RD | | DEDHAM | MA | 02026-4074 | K20041 | 66.90 | * |
| MARJORIE TRASK | 5613 ZEINER CT | | ATWATER | CA | 95301-9590 | K33603 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARJORIE WALDNER | 160 SAGO PALM RD | | VERO BEACH | FL | 32963-3701 | K43129 | 66.90 | * |
| MARJORIE WILLIAMS | 1123 CEDAR CREEK DR | | MONROE | MI | 48162-9706 | K58916 | 66.90 | * |
| MARJORIE WILLSON | 1050 RAYMOND RD | | HANFORD | CA | 93230-1635 | K36525 | 66.90 | * |
| MARJORIE ZWITKOWITS | 17 REDWOOD DR | | NORTHAMPTON | PA | 18067-8959 | K42604 | 66.90 | * |
| MARJORY [SUE] BILEY | 1617 ORANGE AVE | | PRESCOTT | IA | 50859-8024 | K21038 | 66.90 | * |
| MARJORY OHL | 10105 GATE DR | | INDIANAPOLIS | IN | 46239-8979 | K15547 | 66.90 | * |
| MARJORY PLATTE | 4402 STONEHURST AVE | | HOLT | MI | 48842-2031 | K58121 | 66.90 | * |
| MARJORY VANDERSTEEG | 712 DOUSMAN ST | | GREEN BAY | WI | 54303-2808 | K47245 | 66.90 | * |
| MARK A [JOE] PATACH | 15101 WHITMORE CIR | | BENNINGTON | NE | 68007-7459 | K60424 | 66.90 | * |
| MARK A BRUICK | 12818 EDGERTON RD | | NEW HAVEN | IN | 46774-9522 | K40688 | 66.90 | * |
| MARK A KAELIN | 3035 W VALANNA CT | | GLENDALE | WI | 53209-2506 | K40449 | 66.90 | * |
| MARK A PRESTON | 4445 AVENIDA DE LOS ARBOLES | | YORBA LINDA | CA | 92886-3124 | K33007 | 66.90 | * |
| MARK A SPELKER | 11 COURSEN WAY | | MADISON | NJ | 07940-2801 | K43796 | 66.90 | * |
| MARK A STOELTING | 536 BRENTFIELD LN | | GREENCASTLE | IN | 46135-1168 | K44492 | 66.90 | * |
| MARK ALAN BLESSING II | 33012 W 128TH ST | | EXCELSIOR SPR | MO | 64024-6228 | K21634 | 66.90 | * |
| MARK ALDON WEISS | 12 LOCBURY CT APT G | | GERMANTOWN | MD | 20874-3841 | K41748 | 66.90 | * |
| MARK ANDREW DITTRICK | 1315 GIRL SCOUT RD | | DENVER | PA | 17517-9555 | K60796 | 66.90 | * |
| MARK B SHUMOW | 755 TANAGER LN | | GENEVA | IL | 60134-3151 | K40094 | 66.90 | * |
| MARK BAUMAN | 15564 156TH ST | | BLOOMER | WI | 54724-4490 | K47993 | 66.90 | * |
| MARK BIGELOW | 97 WILLOW RD | | SANBORNTON | NH | 03269-2035 | K56160 | 66.90 | * |
| MARK BRATUS | 1 BAY ST | | SOUTH AMBOY | NJ | 08879-2501 | K36900 | 66.90 | * |
| MARK BRICE | 8 THURSBY LN | | BELLA VISTA | AR | 72714-5120 | K55298 | 66.90 | * |
| MARK BUTI | 10019 E TONEY AVE | | TERRE HAUTE | IN | 47805-9627 | K60710 | 66.90 | * |
| MARK C BATSON | 102 ELM ST | | NEW LENOX | IL | 60451-1466 | K56855 | 66.90 | * |
| MARK C MCAVOY | 11408 E RAMONA AVE | | MESA | AZ | 85212-4143 | K32027 | 66.90 | * |
| MARK CHALPIN | 116 BILLINGSGATE LN | | GAITHERSBURG | MD | 20877-3725 | K11039 | 66.90 | * |
| MARK CLARK COWELL | 3 HILLSIDE LN | | NEW HOPE | PA | 18938-1701 | K47113 | 66.90 | * |
| MARK COBLITZ | 850 PUGH RD | | WAYNE | PA | 19087-2054 | K16840 | 66.90 | * |
| MARK D BOGARD | 4121 N 19TH ST | | OMAHA | NE | 68110-1608 | K58260 | 66.90 | * |
| MARK D WARD SR | PO BOX 544 | | KELLER | TX | 76244-0544 | K36451 | 66.90 | * |
| MARK DAMES | 3603 BANKVIEW DR | | JOLIET | IL | 60431-4877 | K52090 | 66.90 | * |
| MARK DAPORE | 4680 BRAID LN | | MASON | OH | 45040-6850 | K33372 | 66.90 | * |
| MARK DELP | 3305 S 32ND AVE | | OMAHA | NE | 68105-4014 | K20310 | 66.90 | * |
| MARK DESIMOWICH | N6783 CEDAR VALLEY RD | | FREDONIA | WI | 53021-9764 | K48823 | 66.90 | * |
| MARK DEVANE | 400 FIRETHORN CT | | MANHATTAN | KS | 66503-8219 | K48552 | 66.90 | * |
| MARK E [SHEEPDOG] SCHUTZ | 9719 HOUSCHILT RD | | YORKSHIRE | OH | 45388-9738 | K34373 | 66.90 | * |
| MARK E DIETERICH | 36 CARRYBACK DR SW | | PATASKALA | OH | 43062-9550 | K43721 | 66.90 | * |
| MARK E LE BLANC | PO BOX 659 | | INTERNATIONAL | MN | 56649-0659 | K20655 | 66.90 | * |
| MARK E NUSBAUM | 105 CHAMBERLAIN HILL RD | | EAST GREENBUS | NY | 12061-3705 | K21795 | 66.90 | * |
| MARK E WATKINS | 300 ROE AVE | | SYRACUSE | NY | 13210-3741 | K33407 | 66.90 | * |
| MARK EDWARDS | 1932 EDENBRIDGE WAY | | NASHVILLE | TN | 37215-5809 | K58296 | 66.90 | * |
| MARK EXTEIN | 1327 BALLS HILL RD | | MCLEAN | VA | 22101-3427 | K44248 | 66.90 | * |
| MARK F MACDONALD ESQ | 8794 DUVEEN DR | | WYNDMOOR | PA | 19038-7462 | K42587 | 66.90 | * |
| MARK FOX | 370 17TH ST STE 3300 | | DENVER | CO | 80202-1387 | K60025 | 66.90 | * |
| MARK GERARD LEBLANC | 2311 SAINT CHARLES AVE | | NEW ORLEANS | LA | 70130-5823 | K57525 | 66.90 | * |
| MARK GERKEN | 12732 REDDING RD | | FORT WAYNE | IN | 46814-9530 | K38685 | 66.90 | * |
| MARK GROESCHEL | 7333 W LISBON AVE | | MILWAUKEE | WI | 53216-2744 | K46396 | 66.90 | * |
| MARK H RUBIN | 144 KNIGHTSBRIDGE RD | | WYNNEWOOD | PA | 19096-1212 | K42001 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARK H SLATER | 4218 VASSAR ST | | DEARBORN HEIG | MI | 48125-2404 | K59196 | 66.90 | * |
| MARK HAMNER | 1052 SIR LANCELOT CIR | | LEWISVILLE | TX | 75056-5761 | K32299 | 66.90 | * |
| MARK HINTGEN | 258 OSTEGO DR | | FORT MYERS BE | FL | 33931-2831 | K55398 | 66.90 | * |
| MARK J [JACK] HORVATH | 8366 JEANETTE LN | | CINCINNATI | OH | 45249-2367 | K50628 | 66.90 | * |
| MARK J ADAIR | 12810 CALAWAY DR | | FORT WAYNE | IN | 46845-2313 | K39639 | 66.90 | * |
| MARK J CARTER | PO BOX 338 | | SOUTH AMBOY | NJ | 08879-0338 | K35748 | 66.90 | * |
| MARK J DREWS | 2209 S 16TH TER | | LEAVENWORTH | KS | 66048-4187 | K33917 | 66.90 | * |
| MARK J KLIMOWICZ | 24 CABLE RD | | LEVITTOWN | PA | 19057-1608 | K24159 | 66.90 | * |
| MARK KNAPKE | PO BOX 333 | | KALIDA | OH | 45853-0333 | K34289 | 66.90 | * |
| MARK KUNK | 47 W WATER ST | | VERSAILLES | OH | 45380-1208 | K33435 | 66.90 | * |
| MARK L GUSHNER | 2860 LE BATEAU DR | | PALM BEACH GA | FL | 33410-1267 | K34218 | 66.90 | * |
| MARK L HOFFMAN | 3829 MIRAMONTES CIR | | WELLINGTON | FL | 33414-8829 | K40856 | 66.90 | * |
| MARK L TURK | 501 TIMBERLINE DR | | JOLIET | IL | 60431-4830 | K49107 | 66.90 | * |
| MARK MALENO | 122 ACRE LN | | HICKSVILLE | NY | 11801-4428 | K53940 | 66.90 | * |
| MARK MAULT | 6730 FOUST RD | | COLUMBUS GROV | OH | 45830-9420 | K45860 | 66.90 | * |
| MARK MELZER | 102 INVERNESS DR | | CANONSBURG | PA | 15317-3612 | K43609 | 66.90 | * |
| MARK MILLER | 1124 9TH ST | | INTERNATIONAL | MN | 56649-2538 | K26927 | 66.90 | * |
| MARK NEWTON | 4570 54TH AVE SW | | SEATTLE | WA | 98116-3941 | K34137 | 66.90 | * |
| MARK O CHASE | 23931 MASCH AVE | | WARREN | MI | 48091-4734 | K24836 | 66.90 | * |
| MARK O'CONNOR | 169 MADISON GDNS | | OLD BRIDGE | NJ | 08857-2809 | K31704 | 66.90 | * |
| MARK O'GRADY | 2239 S BRANCH RD | | BRANCHBURG | NJ | 08853-4179 | K17385 | 66.90 | * |
| MARK OLSON | 3020 FULTON ST E | | GRAND RAPIDS | MI | 49506-1814 | K35426 | 66.90 | * |
| MARK P DOUGLASS | 38477 SYCAMORE CT | | WESTLAND | MI | 48185-5686 | K58724 | 66.90 | * |
| MARK P HEENAN | 6227 E 9TH ST N | | WICHITA | KS | 67208-3657 | K30373 | 66.90 | * |
| MARK P KOENIG | 22105 S CHIPMUNK TRL | | WOODHAVEN | MI | 48183-1510 | K60055 | 66.90 | * |
| MARK POEPPELMAN | 6433 RED STONE LOOP | | DUBLIN | OH | 43016-7056 | K36411 | 66.90 | * |
| MARK R GAGNE | 41 PARK ST | | NORWICH | CT | 06360-5938 | K50925 | 66.90 | * |
| MARK R HOLLENSEN | 6770 S HIGHWAY A1A | | MELBOURNE BEA | FL | 32951-3807 | K29852 | 66.90 | * |
| MARK R SCHAEFER | 4316 BUTLER RD | | FORT WAYNE | IN | 46808-1670 | K48872 | 66.90 | * |
| MARK R VRABEL | 1425 S MAIN ST | | NORTH CANTON | OH | 44720-4245 | K60445 | 66.90 | * |
| MARK RAMUNDO | 20732 W ALSAP RD | | BUCKEYE | AZ | 85396-1666 | K16855 | 66.90 | * |
| MARK RITZEMA | 525 N HUDSON ST | | LOWELL | MI | 49331-1346 | K35273 | 66.90 | * |
| MARK ROBARGE | 4 MEECH AVE | | GROTON | CT | 06340-5808 | V99706 | 66.90 | * |
| MARK S KINGKADE | 1335 ROSE AVE | | DES MOINES | IA | 50315-3023 | K22411 | 66.90 | * |
| MARK S LEVIN | 50 BELMONT AVE APT 611 | | BALA CYNWYD | PA | 19004-2428 | K37333 | 66.90 | * |
| MARK SAUNDERS | 1129 JUBERT TRL | | MEDINA | MN | 55340-3707 | K39547 | 66.90 | * |
| MARK STEINER | 23675 DELMERE DR APT 211 | | NORTH OLMSTED | OH | 44070-1608 | K57160 | 66.90 | * |
| MARK STELLINGA | 603 JACKSON ST | | TIFFIN | IA | 52340-4728 | K57160 | 66.90 | * |
| MARK STEWARD | PO BOX 36 | | BURNS | KS | 66840-0036 | K48192 | 66.90 | * |
| MARK STONER | 26 GREEN ACRE RD | | LITITZ | PA | 17543-8770 | K33196 | 66.90 | * |
| MARK THOMPSON | 14714 KRYPTON ST NW | | RAMSEY | MN | 55303-5629 | K21647 | 66.90 | * |
| MARK VAN VOORHIS | 2323 EASTHILLS DR UNIT 34 | | BAKERSFIELD | CA | 93306-3165 | K16427 | 66.90 | * |
| MARK W HICKMAN | 2113 3RD AVE E APT 114 | | INTERNATIONAL | MN | 56649-4064 | K20355 | 66.90 | * |
| MARK W WEEKS | 8086 RIVERS AVE STE A | | NORTH CHARLES | SC | 29406-9821 | K35476 | 66.90 | * |
| MARK WASSUM SR | 54 HOMESTEAD RD | | LEVITTOWN | PA | 19056-1335 | K24278 | 66.90 | * |
| MARK WEINBERG | PO BOX 400 | | POLAND | ME | 04274-0400 | K10929 | 66.90 | * |
| MARK WEINSTEIN | 3230 DORSETT LN | | YORK | PA | 17402-4103 | K47409 | 66.90 | * |
| MARK WENK | 2580 E VALLEY RD | | ADRIAN | MI | 49221-8308 | K10041 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARK WHETSTONE | 125 S DIXIE DR | | VANDALIA | OH | 45377-2123 | K49927 | 66.90 | * |
| MARK WILLIAM GELDERSMA | 12465 MCPHERSON ST NE | | LOWELL | MI | 49331-9399 | K40014 | 66.90 | * |
| MARK YOUNG | 12 SAINT ANDREWS DR | | STORM LAKE | IA | 50588-7800 | K13866 | 66.90 | * |
| MARK ZURWELL | 2415 JAYWOOD DR | | TITUSVILLE | FL | 32780-8306 | K24507 | 66.90 | * |
| MARKEL L ALBRECHT | PO BOX 343 | | TABERNASH | CO | 80478-0343 | K50766 | 66.90 | * |
| MARKUS P HACKENBERG | PO BOX 281745 | | SAN FRANCISCO | CA | 94128-1745 | K52203 | 66.90 | * |
| MARLA GRAYBILL | 2798 FOUR LAKES DR | | PARK CITY | UT | 84060-6932 | K27736 | 66.90 | * |
| MARLA JEAN MAIER | 1800 S WASHINGTON AVE | | ROSWELL | NM | 88203-3625 | K55395 | 66.90 | * |
| MARLA PORIS | 7673 GRANVILLE DR | | TAMARAC | FL | 33321-8748 | K55682 | 66.90 | * |
| MARLA TENNYSON | 211 BLUEBERRY PT | | BRANDENBURG | KY | 40108-7022 | K34956 | 66.90 | * |
| MARLAN TEVIS | 13990 76TH AVE N | | OSSEO | MN | 55311-2754 | K54803 | 66.90 | * |
| MARLEE RICHARDSON | 14130 KAHLER PL | | BROOMFIELD | CO | 80023-4547 | K40155 | 66.90 | * |
| MARLENE [KAY] MIMS | 6402 INDIAN PATH | | SAN ANGELO | TX | 76901-4922 | K48251 | 66.90 | * |
| MARLENE [MUFFY] BRYAN | PO BOX 874 | | PATAGONIA | AZ | 85624-0874 | K18631 | 66.90 | * |
| MARLENE BAKER | 1406 LAKEVIEW DR | | LAKE WORTH | FL | 33461-6048 | K44457 | 66.90 | * |
| MARLENE BORTMAN | 18 VAN NESS AVE | | SHREWSBURY | MA | 01545-2672 | K14122 | 66.90 | * |
| MARLENE C FOODY | 1103 CHURCH RD | | ORELAND | PA | 19075-2304 | K39807 | 66.90 | * |
| MARLENE D BERNER | 4000 W WHITE RIVER BLVD | | MUNCIE | IN | 47304-4203 | K38546 | 66.90 | * |
| MARLENE DOMASKY | 1979 W 28TH AVE | | APACHE JUNCTI | AZ | 85120-9504 | K47576 | 66.90 | * |
| MARLENE EISENSTEIN | 8350 DELCREST DR APT 505 | | SAINT LOUIS | MO | 63124-2163 | K40592 | 66.90 | * |
| MARLENE ERICKSON | 1609 5TH AVE E | | INTERNATIONAL | MN | 56649-3114 | K18076 | 66.90 | * |
| MARLENE EVANGELINE HINES | 14217 GOLDEN GIVEN RD E | | TACOMA | WA | 98445-2749 | K13543 | 66.90 | * |
| MARLENE FERGUSON | 210 N 9TH ST APT 113 | | RICHMOND | IN | 47374-3300 | K30831 | 66.90 | * |
| MARLENE GADEN | 13951 STATE HIGHWAY 13 S | | WISCONSIN RAP | WI | 54494-8560 | K47452 | 66.90 | * |
| MARLENE HECKMANN | 637 N BOMPART AVE | | SAINT LOUIS | MO | 63119-1965 | K44941 | 66.90 | * |
| MARLENE HESSLER | 8390 RIVER RIDGE DR | | COOPERSVILLE | MI | 49404-9766 | K36174 | 66.90 | * |
| MARLENE J [KELLY] GUY | 1486 W FAIRWAY WOOD CT | | TUCSON | AZ | 85737-9025 | K34828 | 66.90 | * |
| MARLENE J BERNSTEIN | 16910 NE 7TH CT | | NORTH MIAMI B | FL | 33162-2418 | K44717 | 66.90 | * |
| MARLENE KOLBE | 2241 STONE GATE DR | | DUPO | IL | 62239-1915 | K54746 | 66.90 | * |
| MARLENE L MCGEHEE | 16203 PENN MANOR LN | | BOWIE | MD | 20716-1751 | K25542 | 66.90 | * |
| MARLENE M MURPHY | 6578 US HIGHWAY 19 S | | PERRY | FL | 32348-0747 | K58453 | 66.90 | * |
| MARLENE MILLETT | 11070 EASTON RD | | NEW LOTHROP | MI | 48460-9759 | K56419 | 66.90 | * |
| MARLENE PALMER | 1142 VIA MAVIS | | SANTA MARIA | CA | 93455-5651 | K30190 | 66.90 | * |
| MARLENE PATTY | 1761 SE BLUESTEM RD | | EL DORADO | KS | 67042-8868 | K47981 | 66.90 | * |
| MARLENE R KOCH | 11551 VILLAGE LN | | EVANSVILLE | IN | 47725-1191 | K39205 | 66.90 | * |
| MARLENE ROSE CROWDER | 3206 SENATE AVE | | FORT WAYNE | IN | 46806-2627 | K24334 | 66.90 | * |
| MARLENE ROSKE | 32713 COUNTY ROAD 2 | | SAINT JOSEPH | MN | 56374-9618 | K26127 | 66.90 | * |
| MARLENE RUTH WEBBER | 3941 TAMIAMI TRL UNIT 3157 | | PUNTA GORDA | FL | 33950-7925 | K49532 | 66.90 | * |
| MARLENE SCHMALZ | 2403 JENNY LIND ST | | MCKEESPORT | PA | 15132-5033 | K61859 | 66.90 | * |
| MARLENE TEY | 419 E ANDERSON AVE | | PHOENIX | AZ | 85022-2369 | K53629 | 66.90 | * |
| MARLENE TUCKER | 2213 MACFARLANE DR | | JOLIET | IL | 60435-3245 | K50054 | 66.90 | * |
| MARLENE VAUGHN | 3701 COLUMBIA ST APT 2A | | PORTSMOUTH | VA | 23707-2900 | K13545 | 66.90 | * |
| MARLENE WARDEN | 811 W HAPPFIELD DR | | ARLINGTON HEI | IL | 60004-7141 | K55254 | 66.90 | * |
| MARLENE WIELGUS | PO BOX 485 | | LAKE DELTON | WI | 53940-0485 | K45616 | 66.90 | * |
| MARLENE WOLFE REICHEL | 2495 S QUEBEC ST APT 12 | | DENVER | CO | 80231-6067 | K45830 | 66.90 | * |
| MARLIN JOHNSON | 1234 S WATERVILLE RD | | OCONOMOWOC | WI | 53066-9259 | K47760 | 66.90 | * |
| MARLON D RICHARDSON | 5109 PERFECTION LN | | HOPE MILLS | NC | 28348-7547 | K13473 | 66.90 | * |
| MARLYN JOY SHIPLEY | 1015 IRIS DR | | IRWIN | PA | 15642-4337 | K61029 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARLYN K BURCH | 3314 SW WESTOVER RD | | TOPEKA | KS | 66604-2560 | K49316 | 66.90 | * |
| MARLYN WOOL | 550 HOFFMAN DR | | BRYN MAWR | PA | 19010-1745 | K37437 | 66.90 | * |
| MARLYS BJUSTROM | 512 N CLARKE ST | | ALGONA | IA | 50511-2224 | K54396 | 66.90 | * |
| MARLYS CURRY | PO BOX 573 | | OGDEN | IA | 50212-0573 | K21334 | 66.90 | * |
| MARLYS E HANSON | 3117 15TH ST NW | | BEMIDJI | MN | 56601-8798 | K18416 | 66.90 | * |
| MARLYS INGERSON | 4301 38TH ST SE | | MINOT | ND | 58701-2939 | K32239 | 66.90 | * |
| MARLYS J HILTON | 29767 STINGLEY GULCH RD | | HOTCHKISS | CO | 81419-6705 | K17170 | 66.90 | * |
| MARLYS PAVEL | 10646 E MISSION LN | | SCOTTSDALE | AZ | 85258-6112 | K58951 | 66.90 | * |
| MARLYSE WEBSTER | 5599 MCCOY RD | | OXFORD | OH | 45056-9254 | K39696 | 66.90 | * |
| MAROLYN RIPPE | 717 W CHERYL AVE | | HURST | TX | 76053-4905 | K25499 | 66.90 | * |
| MARQUITA CHAVIS | 719 S 21ST ST | | RICHMOND | IN | 47374-6526 | K26389 | 66.90 | * |
| MARSCINE BROWN | 911 S 8TH ST | | BURLINGTON | IA | 52601-5943 | K14821 | 66.90 | * |
| MARSHA BANKS | 80591 HOYLAKE DR | | INDIO | CA | 92201-8907 | K40839 | 66.90 | * |
| MARSHA BRANCA | 4983 WOODHAVEN DR | | SALT LAKE CIT | UT | 84123-4366 | K21389 | 66.90 | * |
| MARSHA DAVIS | 344 HOGAN ST | | CENTREVILLE | MI | 49032-9549 | K40240 | 66.90 | * |
| MARSHA FREID | 15 S GREEN CT | | LARKSPUR | CA | 94939-1527 | K38907 | 66.90 | * |
| MARSHA G PURMORT | 3323 FOREST LAKE CIR | | SARASOTA | FL | 34232-4705 | K34784 | 66.90 | * |
| MARSHA HEINSOHN | 724 COLLEGE AVE | | STORM LAKE | IA | 50588-1533 | K15263 | 66.90 | * |
| MARSHA J KILLIAN | 304 DONNA DR | | ELIZABETH | PA | 15037-2512 | K60567 | 66.90 | * |
| MARSHA KAY MYEROWITZ | 100 WARWICK DR | | MONROEVILLE | PA | 15146-4826 | K42909 | 66.90 | * |
| MARSHA KLEINSTUB | 4141 BAYSHORE BLVD APT 1205 | | TAMPA | FL | 33611-1802 | K42859 | 66.90 | * |
| MARSHA KURTH | 5819 W 84TH ST | | OVERLAND PARK | KS | 66207-1631 | K60267 | 66.90 | * |
| MARSHA OSBORN | 2612 SE QUAIL PL | | BARTLESVILLE | OK | 74006-4340 | K49058 | 66.90 | * |
| MARSHA SHEEHAN | 210 STEPHENS RUN ST | | STEPHENS CITY | VA | 22655-2883 | K17065 | 66.90 | * |
| MARSHA SMITH | 173 VOYAGER DR | | WEST NEWTON | PA | 15089-9753 | K62488 | 66.90 | * |
| MARSHA SPAK | 680 N LAKE SHORE DR APT 1002 | | CHICAGO | IL | 60611-4478 | K39836 | 66.90 | * |
| MARSHA WILCOX | 9654 BAILEY DR NE | | LOWELL | MI | 49331-9777 | K35392 | 66.90 | * |
| MARSHA ZEIEN | 12643 LAPORTE RD | | LA PORTE CITY | IA | 50651-2169 | K57445 | 66.90 | * |
| MARSHALL [KUPE] KUPERSTEIN | 1623 INDIAN RIVER DR UNIT 30 | | SEBASTIAN | FL | 32958-1647 | K43292 | 66.90 | * |
| MARSHALL GARY HILES | 208 BRUCE ST | | EATON | OH | 45320-1852 | K38828 | 66.90 | * |
| MARSHALL H CHRISTENSEN JR | 11465 COUNTY ROAD 40 | | BENNINGTON | NE | 68007-8005 | K52607 | 66.90 | * |
| MARSHALL HARGER | 630 GAMBER LN | | LINDEN | MI | 48451-9755 | K56284 | 66.90 | * |
| MARSHALL HOWARD TRACKMAN | 776 WOODGATE CT | | SAN LEANDRO | CA | 94579-2419 | K51144 | 66.90 | * |
| MARSHALL KIMMEL | 995 EAGLE RD | | BIDWELL | OH | 45614-9030 | K60680 | 66.90 | * |
| MARSHALL TATUM | 1454 ADELE AVE SW | | ATLANTA | GA | 30314-2504 | K60216 | 66.90 | * |
| MARSHALL WEINSTEIN | 1900 CLENDENIN LN | | RIVERWOODS | IL | 60015-1726 | K41341 | 66.90 | * |
| MARSHALL WNUK | 611 BROWN AVE APT 204 | | TURTLE CREEK | PA | 15145-1142 | K43515 | 66.90 | * |
| MARSHELL SHONKWILER | 22652 MADISON RD | | SOUTH BEND | IN | 46614-9435 | K45720 | 66.90 | * |
| MARTAIN ALVIA FARLEY | 1294 CHANNINGS LAKE CT | | LAWRENCEVILLE | GA | 30043-6410 | K49710 | 66.90 | * |
| MARTHA (MARTY) RINGENBERG | 12705 OHIO IND STATE LINE RD | | HICKSVILLE | OH | 43526-9723 | K39030 | 66.90 | * |
| MARTHA (MATSIE) RANDALL | 5147 BERCOT RD | | FREELAND | WA | 98249-9787 | K53229 | 66.90 | * |
| MARTHA [MARTIE] TAYLOR | 112 BAY AVE | | MILTON | DE | 19968-1257 | K44127 | 66.90 | * |
| MARTHA [MARTY] DESCH | 610 COVINGTON PL | | LANCASTER | PA | 17601-6406 | K27898 | 66.90 | * |
| MARTHA A BUNKLEY | 86 INDIAN HILLS DR | | RYDAL | GA | 30171-1658 | K20063 | 66.90 | * |
| MARTHA A LANINGHAM | 3022 VICKSBURG RD | | JOHNSON CITY | TN | 37604-6388 | K22516 | 66.90 | * |
| MARTHA A MCINDOE | 174 SWAN LAKE DR | | PATCHOGUE | NY | 11772-2965 | K23898 | 66.90 | * |
| MARTHA A WHITWORTH | 8208 DELTA CIR | | LOUISVILLE | KY | 40228-3113 | K34171 | 66.90 | * |
| MARTHA ANN BRADY | 517 MIZE CT | | UNIONDALE | NY | 11553-2113 | K48655 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARTHA ANN BURN | 107 FREEMAN GREEN DR APT 3D | | ELIZABETHTOWN | KY | 42701-1662 | K34478 | 66.90 | * |
| MARTHA ANN WILEY | 747 BAKER PLACE RD | | GROVETOWN | GA | 30813-4001 | K59862 | 66.90 | * |
| MARTHA BALL | 721 W KIBBY ST | | LIMA | OH | 45804-1020 | K43933 | 66.90 | * |
| MARTHA BILLING | 4514 DOWDEN ST | | SPRINGFIELD | OH | 45503-7417 | K57980 | 66.90 | * |
| MARTHA BIRNBAUM | 7 HANCOCK PL | | CAMBRIDGE | MA | 02139-2208 | K12073 | 66.90 | * |
| MARTHA BURKLEY | 5633 BRICKSTONE PL | | HILLIARD | OH | 43026-3882 | K24085 | 66.90 | * |
| MARTHA CAROLUS | 203 SANDI CT | | BELLEVUE | NE | 68005-2436 | K55484 | 66.90 | * |
| MARTHA CASSANDRA BULLUCK | 2678 LAKESHIRE LN | | INDIANAPOLIS | IN | 46268-3217 | K13357 | 66.90 | * |
| MARTHA CHUTE | 8021 CHRISTIAN CT APT 112 | | LOUISVILLE | KY | 40222-9015 | K35953 | 66.90 | * |
| MARTHA COCHRANE | 47209 64TH AVE | | LAWRENCE | MI | 49064-9729 | K50485 | 66.90 | * |
| MARTHA COLEMAN | PO BOX 1292 | | BANNER ELK | NC | 28604-1292 | K30117 | 66.90 | * |
| MARTHA EASTERDAY | 9785 DETLING RD | | ANSONIA | OH | 45303-8940 | K33484 | 66.90 | * |
| MARTHA ENGLEMAN | 827 DATESMAN VLG | | WEST MILTON | PA | 17886-7169 | K15959 | 66.90 | * |
| MARTHA EVELYN LARSEN | 619 LAUREL LAKE DR APT 203 | | COLUMBUS | NC | 28722-7452 | K36349 | 66.90 | * |
| MARTHA F JONES | 1303 SORIN ST | | SOUTH BEND | IN | 46617-2129 | K25124 | 66.90 | * |
| MARTHA FAIRLEY | 11125 VERA CRUZ AVE N | | CHAMPLIN | MN | 55316-3510 | K54015 | 66.90 | * |
| MARTHA FERRARO | 4 DORSET RD | | MANCHESTER | NJ | 08759-6806 | K30752 | 66.90 | * |
| MARTHA FLANNERY | 2530 SW PLUM CT | | PORTLAND | OR | 97219-6234 | K19665 | 66.90 | * |
| MARTHA GARCIA | 6230 FM 722 | | DUMAS | TX | 79029-6804 | K32217 | 66.90 | * |
| MARTHA GERTRUDE PERKINS | 4832 TWIN VALLEY DR | | AUSTIN | TX | 78731-3548 | K43001 | 66.90 | * |
| MARTHA GILREE | 216 PEARL ST | | ATHENS | GA | 30601-2915 | K59570 | 66.90 | * |
| MARTHA GILSTRAP | 1908 W RIGGIN RD | | MUNCIE | IN | 47304-1168 | K24870 | 66.90 | * |
| MARTHA GREULICH | 19241 MONTROSE DR | | SOUTH BEND | IN | 46614-5872 | K32607 | 66.90 | * |
| MARTHA HAIGLER | 102 WITTENBERG DR | | CHAPIN | SC | 29036-7859 | K32727 | 66.90 | * |
| MARTHA HAMMONDS | 2910 VINE ST | | HUMBOLDT | TN | 38343-2744 | K31667 | 66.90 | * |
| MARTHA HART | 1808 BEKAH RD | | GERMANTOWN | TN | 38138-2802 | K31334 | 66.90 | * |
| MARTHA HARTLE | 28 ELIZABETH ST | | SAYREVILLE | NJ | 08872-1623 | K29988 | 66.90 | * |
| MARTHA HAWLEY | 4 VALLEY FORGE DR | | WHEATLEY HEIG | NY | 11798-1215 | K36781 | 66.90 | * |
| MARTHA HENSON | 4818 ROYAL OAK DR | | SAN ANGELO | TX | 76904-4547 | K43005 | 66.90 | * |
| MARTHA HERBST | 8837 HEMINGWAY DR | | SAINT LOUIS | MO | 63126-1929 | K17234 | 66.90 | * |
| MARTHA HOSKINS | 2911 CREEKSIDE DR | | LOUISVILLE | KY | 40241-2106 | K33597 | 66.90 | * |
| MARTHA J KELLEY | 95 ANTHONY AVE | | OLD HICKORY | TN | 37138-2203 | K35596 | 66.90 | * |
| MARTHA J SNYDER | 428 BLACK HALL RD | | EPSOM | NH | 03234-4309 | K10876 | 66.90 | * |
| MARTHA JACKSON | 1283 SAND OAK DR | | LUGOFF | SC | 29078-9110 | K35402 | 66.90 | * |
| MARTHA JACOBSEN | 427 BROOKES WALK | | WOODSTOCK | GA | 30188-5184 | K38663 | 66.90 | * |
| MARTHA JANE SIMPSON | 1101 CHICKASAW RD | | PARIS | TN | 38242-4304 | K29338 | 66.90 | * |
| MARTHA JOAN RYGELSKI | 2603 LOCUST LN | | RICHMOND | IN | 47374-6564 | K23812 | 66.90 | * |
| MARTHA KASTING | 302 OLD FARM RD | | LOUISVILLE | KY | 40207-2308 | K36509 | 66.90 | * |
| MARTHA KASTRONIS | 488 CARMALOT ST | | NORTH HUNTING | PA | 15642-2505 | K61789 | 66.90 | * |
| MARTHA KENDALL | 410 LOCKHART CT | | VANDALIA | OH | 45377-9755 | K34894 | 66.90 | * |
| MARTHA KOHLMEYER | 6723 S ANTHONY BLVD APT E536 | | FORT WAYNE | IN | 46816-2065 | K40119 | 66.90 | * |
| MARTHA L [MARTI] MILNE | 1006 RED OAK DR | | CHERRY HILL | NJ | 08003-2631 | K41218 | 66.90 | * |
| MARTHA L MEEK | 33508 290TH ST | | BATTLE LAKE | MN | 56515-9309 | K54467 | 66.90 | * |
| MARTHA L PATTERSON | 3600 VAN TASSEL ST | | AMARILLO | TX | 79121-1732 | K28821 | 66.90 | * |
| MARTHA LAMB | 272 BAYVILLE RD | | LOCUST VALLEY | NY | 11560-1402 | K36936 | 66.90 | * |
| MARTHA LASSITER | 9375 WHITEFIELD AVE | | SAVANNAH | GA | 31406-6944 | K31109 | 66.90 | * |
| MARTHA LEE CHILD | 1474 EVANS FARM DR | | MCLEAN | VA | 22101-5652 | K62825 | 66.90 | * |
| MARTHA LEN NELSON | 2603 BROOKFIELD LN | | DENTON | TX | 76209-1372 | K33097 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARTHA LEZINSKY | 8172 N BROOK WAY | | CITRUS SPRING | FL | 34433-5163 | K48669 | 66.90 | * |
| MARTHA LOOCK | 7603 MATHER RD N | | LAKELAND | FL | 33810-1270 | K49465 | 66.90 | * |
| MARTHA LOU [LOU] CONNER | 505 JOHNSON RD | | KENT | OH | 44240-1827 | K61570 | 66.90 | * |
| MARTHA M PARKER | 529 DIAMOND AVE | | SOUTH SAN FRA | CA | 94080-2731 | K24592 | 66.90 | * |
| MARTHA MAE BECKMAN | PO BOX 342 | | KALONA | IA | 52247-0342 | K56533 | 66.90 | * |
| MARTHA MARCHETTI | 82 BAYVIEW PARK | | MIDDLETOWN | RI | 02842-4879 | K25606 | 66.90 | * |
| MARTHA MC QUADE | 894 GARFIELD ST | | FRANKLIN SQUA | NY | 11010-3730 | K37198 | 66.90 | * |
| MARTHA MCMANIS | PO BOX 184 | | KEOKUK | IA | 52632-0184 | K16526 | 66.90 | * |
| MARTHA MIKESELL | 231 MARKET PL # 319 | | SAN RAMON | CA | 94583-4743 | K59316 | 66.90 | * |
| MARTHA MOHN | 9700 SEMINOLE BLVD | | SEMINOLE | FL | 33772-2527 | K49917 | 66.90 | * |
| MARTHA MONROE | 3617 OAKMONT DR | | GRAND PRAIRIE | TX | 75052-6720 | K42973 | 66.90 | * |
| MARTHA MURRAY | 12 BIRCH HILL RD | | ALBANY | NY | 12211-2003 | K25328 | 66.90 | * |
| MARTHA NELL PORTER | 2665 HIGHWAY 152 | | ALAMO | TN | 38001-5903 | K30816 | 66.90 | * |
| MARTHA NISSLEY | 21 RIDGEWOOD DR | | AKRON | PA | 17501-1121 | K57937 | 66.90 | * |
| MARTHA PAES | 6317 HOPI DR | | NORTH LITTLE | AR | 72116-5306 | K26256 | 66.90 | * |
| MARTHA PAULETTE DARLIN | 2601 COUNTY ROAD 540 | | POPLAR BLUFF | MO | 63901-9180 | K34633 | 66.90 | * |
| MARTHA PITNEY | 32 BROOK RD | | HANNIBAL | MO | 63401-2572 | K38443 | 66.90 | * |
| MARTHA POLAND | 2484 EDGEVALE RD | | COLUMBUS | OH | 43221-1163 | K51173 | 66.90 | * |
| MARTHA R TALLENT | 3905A LIPRIE ST | | ORANGE | TX | 77630-4231 | K17097 | 66.90 | * |
| MARTHA RANDOLPH | 9764 MATTHEWS HWY | | TECUMSEH | MI | 49286-7714 | V98926 | 66.90 | * |
| MARTHA RASMUSEN | 30427 165TH AVE | | EAGLE BEND | MN | 56446-9793 | K24080 | 66.90 | * |
| MARTHA RUFF | 1413 ROBBINWOOD CT | | LONGVIEW | TX | 75601-4161 | K25315 | 66.90 | * |
| MARTHA S BRELAND | 6628 REXFORD LN | | WILLIAMSBURG | VA | 23188-7267 | K12850 | 66.90 | * |
| MARTHA SCHWEITZER | 1702 LARKMOOR LN | | LOUISVILLE | KY | 40218-3012 | K32695 | 66.90 | * |
| MARTHA SECHMAN | 8103 N MAPLE DR | | MOORESVILLE | IN | 46158-6599 | K45755 | 66.90 | * |
| MARTHA SEECH | 1776 DREW AVE APT 137W | | COLUMBUS | OH | 43235-7429 | K43745 | 66.90 | * |
| MARTHA SPENCER | 10504 COUNTY ROAD 335 | | NEW PARIS | OH | 45347-1604 | K24960 | 66.90 | * |
| MARTHA STROHM | 1225 ARMSTRONG DR | | SOUTH PARK | PA | 15129-9452 | K61831 | 66.90 | * |
| MARTHA T OGARY | 3630 PINE RIDGE CT APT 311 | | MOLINE | IL | 61265-6562 | K55840 | 66.90 | * |
| MARTHA TOPIK | 7 DICKENS CT | | IRVINE | CA | 92617-4028 | V98697 | 66.90 | * |
| MARTHA VALENTI | 118 HAYPATH RD | | BETHPAGE | NY | 11714-1427 | K36923 | 66.90 | * |
| MARTHA VARNER | 1151 S MAIN ST APT 127 | | WAKE FOREST | NC | 27587-9649 | K39503 | 66.90 | * |
| MARTHA VENTER | 46 CLIFF ST | | NEW HAVEN | CT | 06511-1344 | K32960 | 66.90 | * |
| MARTHA WALDRON | 271 NORTHAMPTON RD | | AMHERST | MA | 01002-2546 | K39570 | 66.90 | * |
| MARTHA WEDGE-BLAKE | 740 N PINE ST | | LANCASTER | PA | 17603-2826 | K26302 | 66.90 | * |
| MARTHA WRIGHT | 1739 LATHAM AVE | | LIMA | OH | 45805-1633 | K45205 | 66.90 | * |
| MARTHA ZELL | 2929 WEAVER RD | | LANCASTER | PA | 17601-2935 | K28259 | 66.90 | * |
| MARTIN [MART] JEPKEMA | 29780 COUNTY ROAD 352 | | LAWTON | MI | 49065-7407 | K17815 | 66.90 | * |
| MARTIN A FERMAN | 8710 LINCOLN DR | | HUNTINGTON WO | MI | 48070-1266 | K47506 | 66.90 | * |
| MARTIN BARON | 157 EXETER ST | | BROOKLYN | NY | 11235-3723 | K46293 | 66.90 | * |
| MARTIN BARTA | 432 S BOROS DR | | PUEBLO WEST | CO | 81007-2819 | K55321 | 66.90 | * |
| MARTIN D PRENDERGAST | 479 E 309TH ST | | WILLOWICK | OH | 44095-3715 | K46114 | 66.90 | * |
| MARTIN E NEMITZ | 601 DAVID AVE | | SHEBOYGAN FAL | WI | 53085-1703 | K18378 | 66.90 | * |
| MARTIN F [BUD] SCHEIMANN | 3029 SEAFARER CV | | FORT WAYNE | IN | 46815-8522 | K39580 | 66.90 | * |
| MARTIN F CARUS | 250 GORGE RD APT 14D | | CLIFFSIDE PAR | NJ | 07010-1300 | K57084 | 66.90 | * |
| MARTIN F GOLDSMITH | 9460 N BETHANNE DR | | BROWN DEER | WI | 53223-1210 | K33874 | 66.90 | * |
| MARTIN G BERKMAN | 10907 MARTINGALE CT | | POTOMAC | MD | 20854-1500 | K49357 | 66.90 | * |
| MARTIN GARY FLYNN | 11650 HERON DR | | LAKEVIEW | MI | 48850-9752 | K35010 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| MARTIN GRIFFIN | 658 SPRINGBROOK N | | IRVINE | CA | 92614-7921 | K33424 | 66.90 | * |
| MARTIN HOFFER | 1724 SW 110TH TER | | DAVIE | FL | 33324-7184 | K54806 | 66.90 | * |
| MARTIN JACOBS | 36 MAYO AVE | | NEEDHAM | MA | 02492-3324 | K13530 | 66.90 | * |
| MARTIN JD CARBAUGH | 7928 CLARIDGE PL | | FORT WAYNE | IN | 46825-3396 | K39033 | 66.90 | * |
| MARTIN K JUNGKUNTZ | 2115 E HUMES LN | | FLORISSANT | MO | 63033-1716 | K38646 | 66.90 | * |
| MARTIN L GREEN | 16 FOREST KNL | | PITTSFORD | NY | 14534-3602 | K59549 | 66.90 | * |
| MARTIN L KRANINGER | 13603 N MARTIN WAY | | MEQUON | WI | 53097-1750 | K32131 | 66.90 | * |
| MARTIN M MANTHEY | 825 NAVARRE AVE | | NEW ORLEANS | LA | 70124-2707 | K57402 | 66.90 | * |
| MARTIN O LEHMAN | 1326 GABY HILLS DR | | DANDRIDGE | TN | 37725-4845 | K38741 | 66.90 | * |
| MARTIN R FEIT | 434 CHESHIRE FARM LN | | SAINT LOUIS | MO | 63141-8555 | K40593 | 66.90 | * |
| MARTIN R FELLER MD | 5 KNOX PL | | DIX HILLS | NY | 11746-5505 | K51512 | 66.90 | * |
| MARTIN TIERNEY | 5270 HARBORD DR | | OAKLAND | CA | 94618-2513 | K54604 | 66.90 | * |
| MARTIN W FLAVIN | 8795 SE 177TH GRASSMERE ST | | THE VILLAGES | FL | 32162-0886 | K40380 | 66.90 | * |
| MARTIN W LIPTAK | 5010 GRANDVIEW DR | | FORT MILL | SC | 29707-5859 | K43356 | 66.90 | * |
| MARTIN WAYNE EVENS | 863 BATES ST | | BATESVILLE | AR | 72501-6930 | K46059 | 66.90 | * |
| MARTINA G SULLIVAN | 1580 WAMPANOAG TRL APT 202 | | BARRINGTON | RI | 02806-1711 | K29259 | 66.90 | * |
| MARTINA HASLAM | 28 KEEHER AVE | | NEWPORT | RI | 02840-2320 | K26659 | 66.90 | * |
| MARTINA T COLL | 495 MERIDIAN LN | | YORK | PA | 17402-3620 | K22631 | 66.90 | * |
| MARTINE VAN NORMAN | 1351 DEL RIO CT APT 1 | | CONCORD | CA | 94518-3890 | K34576 | 66.90 | * |
| MARTY HESS | 3900 N PARKWOOD LN | | BEL AIRE | KS | 67220-2023 | K28734 | 66.90 | * |
| MARTY JONES | 9277 COLLEGE CORNER RD | | GREENS FORK | IN | 47345-9774 | K29684 | 66.90 | * |
| MARTY LASKIN | 5756 246TH CRES | | DOUGLASTON | NY | 11362-1908 | K50146 | 66.90 | * |
| MARTY MCCARRON | 541 HELMET AVE | | WATERLOO | IA | 50703 | K56825 | 66.90 | * |
| MARTY MITCHELL | 455 WILDWOOD FOREST DR APT 4 | | SPRING | TX | 77380-2768 | K49622 | 66.90 | * |
| MARTY VAN WINKLE | 125 RYAN CIR | | ROLAND | IA | 50236-1017 | K13958 | 66.90 | * |
| MARTYNA THERESA SKIDMORE | 324 EASTBOURNE AVE | | LONG BRANCH | NJ | 07740-5502 | K29295 | 66.90 | * |
| MARV L DOSCH | 2516 CABEZON DR NE | | RIO RANCHO | NM | 87144-6733 | K33589 | 66.90 | * |
| MARVA RUPERT | 961 FRANKLIN TOWN HOUSE RD | | JACKSON | OH | 45640-8057 | K50893 | 66.90 | * |
| MARVEL DARROUGH | 216 S BELMONT ST | | WICHITA | KS | 67218-1304 | K33536 | 66.90 | * |
| MARVEL RUDD | PO BOX 645 | | CANYONVILLE | OR | 97417-0645 | K30677 | 66.90 | * |
| MARVIE ALLEN | PO BOX 466 | | EAST PALATKA | FL | 32131-0466 | K41448 | 66.90 | * |
| MARVIN [DEACON] HAYES | 5107 N 54TH ST | | OMAHA | NE | 68104-1704 | K57979 | 66.90 | * |
| MARVIN [MARV] ROONEY | 5049 STILLWATER BLVD N | | STILLWATER | MN | 55082-1033 | K21844 | 66.90 | * |
| MARVIN BEY | 108 PERIDOT DR | | ANNA | OH | 45302-8640 | K31396 | 66.90 | * |
| MARVIN BITLER | 7628 CLOUSER CT | | LAKELAND | FL | 33810-5113 | K59912 | 66.90 | * |
| MARVIN BROEKHUIZEN | 109 E SOUTH ST | | DECATUR | MI | 49045-1228 | K22000 | 66.90 | * |
| MARVIN C [DUSTY] DECKER | 2710 N 115TH PLZ APT 202 | | OMAHA | NE | 68164-9602 | K60290 | 66.90 | * |
| MARVIN CALLOWAY | 2913 N WHITTEN AVE | | TYLER | TX | 75702-1225 | K15000 | 66.90 | * |
| MARVIN DEARCHS | 19192 ROAD 223 | | SAUCIER | MS | 39574-8242 | K54540 | 66.90 | * |
| MARVIN E DE VRIES | 809 TURWILL LN | | KALAMAZOO | MI | 49006-2742 | K16763 | 66.90 | * |
| MARVIN E JEMTRUD | PO BOX 451 | | LARIMORE | ND | 58251-0451 | K31650 | 66.90 | * |
| MARVIN F STABELFELDT | W2068 ILLINOIS RD | | IRON RIDGE | WI | 53035-9619 | K37394 | 66.90 | * |
| MARVIN HJ GRUBER | 130 RIVER MEADOW DR | | ROCHESTER | NY | 14623-4815 | K51489 | 66.90 | * |
| MARVIN J SALATO | 18 SALATO LN | | MINOOKA | IL | 60447-9753 | K57127 | 66.90 | * |
| MARVIN LEE FRANCIS | 837 WOODCREST DR | | DOVER | DE | 19904-2440 | K13842 | 66.90 | * |
| MARVIN LEE JONES | PO BOX 676 | | HENDERSON | TX | 75653-0676 | K10563 | 66.90 | * |
| MARVIN LETO JR | 5242 SW 158TH AVE | | MIRAMAR | FL | 33027-4989 | K54189 | 66.90 | * |
| MARVIN LEVY | 1018 WASHINGTON LN | | RYDAL | PA | 19046-1709 | K32991 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARVIN M SWARTZ | 900 COVE CAY DR UNIT 6G | | CLEARWATER | FL | 33760-1214 | K19956 | 66.90 | * |
| MARVIN MARION | 10509 JORDAN RD | | SALINE | MI | 48176-9690 | V98874 | 66.90 | * |
| MARVIN MENNING | 4429 SOLOMONS ISLAND RD | | HARWOOD | MD | 20776-9503 | K53573 | 66.90 | * |
| MARVIN MERRITT | 14473 266TH RD | | ARKANSAS CITY | KS | 67005-6071 | K36950 | 66.90 | * |
| MARVIN MYER | 716 N MUHLENBERG ST | | ALLENTOWN | PA | 18104-3938 | K62083 | 66.90 | * |
| MARVIN O NEVINS | 9157 W ACOMA DR | | PEORIA | AZ | 85381-3781 | K53182 | 66.90 | * |
| MARVIN OWENS | 1129 MOUNT WATER LN | | LAWRENCEVILLE | GA | 30043-6237 | K54268 | 66.90 | * |
| MARVIN PEDERSEN | 5414 SW CHARLESTOWN ST | | SEATTLE | WA | 98116-3144 | K53242 | 66.90 | * |
| MARVIN PLUCKEBAUM | 319 WOODLAND WEST DR | | GREENFIELD | IN | 46140-8892 | K33280 | 66.90 | * |
| MARVIN RACOWSKY | 2146 E LYNWOOD ST | | MESA | AZ | 85213-2253 | K45283 | 66.90 | * |
| MARVIN RUBIN | 5719 N KINGS HWY | | ALEXANDRIA | VA | 22303-1402 | K43053 | 66.90 | * |
| MARVIN SITTNER | 1554 NE 70TH AVE | | HUDSON | KS | 67545-9022 | K54525 | 66.90 | * |
| MARVIN WILLIAMS | 3725 250TH AVE | | KEOKUK | IA | 52632-9737 | K16385 | 66.90 | * |
| MARVIN WILLIAMS | 2 TWIN FORKS DR | | NORTH AUGUSTA | SC | 29860-7007 | K28919 | 66.90 | * |
| MARVIN ZELKOWITZ M.D. | 3235 VOLLMER RD STE 110 | | FLOSSMOOR | IL | 60422-2069 | K44268 | 66.90 | * |
| MARVIS BOWMAN | 5301 PINNACLE RD | | DAYTON | OH | 45417-6441 | K45710 | 66.90 | * |
| MARVISS WARREN | 1201 SE BLUESTEM RD | | EL DORADO | KS | 67042-8823 | K55197 | 66.90 | * |
| MARY [BUNNY] WINSTON | 5379 THORNAPPLE LN NW | | ACWORTH | GA | 30101-7886 | K33939 | 66.90 | * |
| MARY [CHRISTINE] KING | 115 CROSSWYNDS DR | | SAUNDERSTOWN | RI | 02874-2403 | K58676 | 66.90 | * |
| MARY [KATHLEEN] HANNA | 7972 STONEGATE DR | | CINCINNATI | OH | 45255-3135 | K34246 | 66.90 | * |
| MARY [LEE] CULLER | 208 FINLEY ST | | NORTH WILKESB | NC | 28659-3230 | K23464 | 66.90 | * |
| MARY [LENA] ROBERSON | 1650 S 5TH ST | | RICHMOND | IN | 47374-6822 | K30528 | 66.90 | * |
| MARY [MOLLY] CAMPBELL | 116 WOODSEDGE DR | | MILTON | PA | 17847-9698 | K21054 | 66.90 | * |
| MARY [SUE] BAILEY | 2594 MONTEGO PL | | MEDFORD | OR | 97504-5072 | K31387 | 66.90 | * |
| MARY [TERRY] PITT | 118 HOUSATONIC DR | | MILFORD | CT | 06460-5034 | K57947 | 66.90 | * |
| MARY A FERRAIRA | 805 SHADYWOOD DR APT D206 | | PERKASIE | PA | 18944-1575 | K38399 | 66.90 | * |
| MARY A HELMSING | 430 SW 2ND ST | | RICHMOND | IN | 47374-5321 | K29053 | 66.90 | * |
| MARY A POLLITT | PO BOX 221 | | METAMORA | MI | 47030-0221 | K46184 | 66.90 | * |
| MARY A RAMSELL | 575 NW 6TH ST APT 15 | | EARLHAM | IA | 50072-1026 | K28732 | 66.90 | * |
| MARY A SNOVER | 6 WASHINGTON RD APT 9 | | PARLIN | NJ | 08859-1068 | K29384 | 66.90 | * |
| MARY A WHITE | 3146 BEAVER POND TRL | | VALRICO | FL | 33596-7931 | K35957 | 66.90 | * |
| MARY ADAMS | 3642 S SLATE FORD RD | | SCOTTSBURG | IN | 47170-6214 | K32541 | 66.90 | * |
| MARY ADAMS | 1600 N OAK ST APT 1210 | | ARLINGTON | VA | 22209-2756 | K52740 | 66.90 | * |
| MARY AGNES FAVER | 159 E 3RD AVE | | ROSELLE | NJ | 07203-1211 | K14157 | 66.90 | * |
| MARY ALICE DANIELS | 7315 VECINO DR | | DALLAS | TX | 75241-5730 | K12066 | 66.90 | * |
| MARY ALICE FLETCHER | RR 1 BOX 2330 | | STILWELL | OK | 74960-9776 | K18793 | 66.90 | * |
| MARY ALICE HAYMOND | 111 KENSINGTON DR | | SPARTANBURG | SC | 29306-3916 | K41636 | 66.90 | * |
| MARY ALICE IVEY | 506 SCOTTS WAY | | AUGUSTA | GA | 30909-3238 | K20095 | 66.90 | * |
| MARY ALICE LIVINGSTON | 4899 N FOXTAIL DR | | CASTLE ROCK | CO | 80109-2819 | K33126 | 66.90 | * |
| MARY ALICE MALONEY | 1106 LORRAINE DR | | FRANKLIN SQUA | NY | 11010-1834 | K37043 | 66.90 | * |
| MARY ALICE POAG | 919 MEADOW VIEW DR | | RICHARDSON | TX | 75080-3009 | K56778 | 66.90 | * |
| MARY ALICE SCHAEFER RN | 2100 FRANKLIN LN | | ROCKAWAY | NJ | 07866-5815 | K31331 | 66.90 | * |
| MARY ALVARADO | 3235 GILCREST TER | | COLORADO SPRI | CO | 80906-4510 | K40617 | 66.90 | * |
| MARY AMMONS | 2447 KANSAS AVE | | OMAHA | NE | 68111-1341 | K56477 | 66.90 | * |
| MARY ANDREWS | 13227 COPPER COVE WAY | | HERNDON | VA | 20171-3023 | K40188 | 66.90 | * |
| MARY ANN [TERI] YOUNG | 7218 EATON CT | | DEXTER | MI | 48130-9818 | K34790 | 66.90 | * |
| MARY ANN ATER | PO BOX 617 | | CHESAPEAKE | OH | 45619-0617 | K51474 | 66.90 | * |
| MARY ANN BERGHELA | 64 GRENADA TER | | WATERVLIET | NY | 12189-3408 | K21957 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARY ANN BOLDUC | 158 TOM AVE | | EPHRATA | PA | 17522-2483 | K59460 | 66.90 | * |
| MARY ANN BURGHGRAVE | 1712 ADONIS WAY | | SACRAMENTO | CA | 95864-1702 | K47519 | 66.90 | * |
| MARY ANN BURNS | 403 W AUGUSTA AVE | | AUGUSTA | KS | 67010-1701 | K47496 | 66.90 | * |
| MARY ANN CASPER | 6706 BRILEY DR | | NORTH RICHLAN | TX | 76180-8164 | K20427 | 66.90 | * |
| MARY ANN CASPERSOM | 1260 W HARBOR DR | | ARBOR VITAE | WI | 54568-9703 | K46734 | 66.90 | * |
| MARY ANN CLARK | 2309 N 71ST ST | | OMAHA | NE | 68104-3854 | K55632 | 66.90 | * |
| MARY ANN COLCLOUGH | 21111 SHAW LN | | HUNTINGTON BE | CA | 92646-7143 | K37052 | 66.90 | * |
| MARY ANN CONDER | 1896 NW L ST | | RICHMOND | IN | 47374-1416 | K29571 | 66.90 | * |
| MARY ANN CONROY | 8508 W BEKEMEYER ST | | WICHITA | KS | 67212-3263 | K29329 | 66.90 | * |
| MARY ANN CRIVOLIO | 4082 SW 47TH AVE | | OCALA | FL | 34474-9668 | K19013 | 66.90 | * |
| MARY ANN EBERT | 3357 ROHRET RD SW | | IOWA CITY | IA | 52246-8471 | K58149 | 66.90 | * |
| MARY ANN EDEEN | 704A LIVERPOOL CIR | | MANCHESTER | NJ | 08759-5381 | K62594 | 66.90 | * |
| MARY ANN EGAN | 5340 N LOWELL AVE APT 207 | | CHICAGO | IL | 60630-1772 | K52735 | 66.90 | * |
| MARY ANN EVEN | 21 ANTELOPE DR | | WHEATLAND | WY | 82201-8929 | K35946 | 66.90 | * |
| MARY ANN FERRAGUTO | 3251 WOODLAND LN | | ALEXANDRIA | VA | 22309-2250 | V98028 | 66.90 | * |
| MARY ANN GRIFFITHS | 405 RANKIN DR | | ENGLEWOOD | OH | 45322-1141 | K33728 | 66.90 | * |
| MARY ANN HAHN | 127 PARKVIEW DR | | DANVILLE | IN | 46122-9045 | K35487 | 66.90 | * |
| MARY ANN HARSKI | 6 WESTWOOD DR | | HADDONFIELD | NJ | 08033-3861 | K42718 | 66.90 | * |
| MARY ANN HEALY | PO BOX 326 | | AMAWALK | NY | 10501-0326 | K36743 | 66.90 | * |
| MARY ANN HINCH | 1350 NW 171ST ST | | MIAMI | FL | 33169-5215 | K50352 | 66.90 | * |
| MARY ANN HOSKINSON | 2040 ADAMS ST | | WILMINGTON | NC | 28401-6906 | K48371 | 66.90 | * |
| MARY ANN HULL | 5689 STRATHMORE LN | | DUBLIN | OH | 43017-8550 | K33868 | 66.90 | * |
| MARY ANN INMAN | 1135 W COUNTY ROAD 125 S | | GREENCASTLE | IN | 46135-8478 | K45026 | 66.90 | * |
| MARY ANN JACKSON | 1711 E 12TH ST | | DES MOINES | IA | 50316-2003 | K22650 | 66.90 | * |
| MARY ANN JACOBS | 1121 CHESTER RD | | BLYTHEWOOD | SC | 29016-8458 | K31514 | 66.90 | * |
| MARY ANN JOHNSON | 5562 COUNTY ROAD 72 W | | LITTLEFORK | MN | 56653-9153 | K19469 | 66.90 | * |
| MARY ANN KATTELMAN | 3312 EMERALD LAKES DR UNIT 2 | | CINCINNATI | OH | 45211-1984 | K38598 | 66.90 | * |
| MARY ANN KENDALL | 1318 BEECH AVE | | TORRANCE | CA | 90501-2423 | K38166 | 66.90 | * |
| MARY ANN KIRKLAND | 1822 ROBIN RD | | NORTH AUGUSTA | SC | 29841-3153 | K21513 | 66.90 | * |
| MARY ANN KLEIN | 728 STATE ROAD 57 LOT 38 | | PLYMOUTH | WI | 53073-4296 | K50083 | 66.90 | * |
| MARY ANN KOCHEL | 1416 EUNICE AVE | | JOLIET | IL | 60433-8517 | K50695 | 66.90 | * |
| MARY ANN KOEHLER | 85 ASHLAND CT | | WAUKEE | IA | 50263-8513 | K22499 | 66.90 | * |
| MARY ANN LI CAUSI | 189 PRIVATE ROAD 1400 S | | MORGAN | TX | 76671-3283 | K53931 | 66.90 | * |
| MARY ANN LUEDKE | 314 N HIGHLAND AVE APT 213 | | PLYMOUTH | WI | 53073-2074 | K54862 | 66.90 | * |
| MARY ANN M MCMANUS | 222 KELSO CT | | CARY | NC | 27511-6549 | K22510 | 66.90 | * |
| MARY ANN MALISHESKI | 417 WELLINGTON CIR | | WAITE PARK | MN | 56387-4519 | K21061 | 66.90 | * |
| MARY ANN MALONEY | 8 GLORIA ST | | CLARK | NJ | 07066-2512 | K14546 | 66.90 | * |
| MARY ANN MARCHESE | 3710 NW 120TH WAY | | SUNRISE | FL | 33323-2616 | K37517 | 66.90 | * |
| MARY ANN NIBLACK | 2015 SADDLEBACK DR | | CASTLE ROCK | CO | 80104-9494 | K28960 | 66.90 | * |
| MARY ANN PAINTER | 12000 N 90TH ST UNIT 2119 | | SCOTTSDALE | AZ | 85260-8634 | K53866 | 66.90 | * |
| MARY ANN PEDRO | 85 BRIARWOOD AVE | | MIDDLETOWN | RI | 02842-5807 | K24542 | 66.90 | * |
| MARY ANN PETERS | 705 E PARKER AVE | | DAVIS | OK | 73030-3156 | K34285 | 66.90 | * |
| MARY ANN PIERCE | 5327 LANCE DR | | KNOXVILLE | TN | 37909-1816 | K13603 | 66.90 | * |
| MARY ANN PLUMP | 8 ELGAR ST | | ELWOOD | NY | 11731-5612 | K36890 | 66.90 | * |
| MARY ANN PLUTH | 2316 BIRCH ST | | JOLIET | IL | 60435-1701 | K60757 | 66.90 | * |
| MARY ANN POPOVICH | 3817 SARAH ST | | MCKEESPORT | PA | 15132-1534 | K60705 | 66.90 | * |
| MARY ANN PRONTIKER | 152 ROYAL OAK DR APT 607 | | WHITE OAK | PA | 15131-2015 | K62651 | 66.90 | * |
| MARY ANN RUSS | 212 HURST DR | | OLD HICKORY | TN | 37138-2802 | K36253 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| MARY ANN SANBORN | 309 SHEEK ST N | | DOVER | MN | 55929-2710 | K18574 | 66.90 * | |
| MARY ANN SCHLOTT | 1001 E OREGON RD | | LITITZ | PA | 17543-9205 | K59309 | 66.90 * | |
| MARY ANN SELTZER | 22 OAKWOOD LN | | PLAINVIEW | NY | 11803-2234 | K62236 | 66.90 * | |
| MARY ANN SMITH | 5360 EMERYWOOD DR | | BUENA PARK | CA | 90621-1633 | K28905 | 66.90 * | |
| MARY ANN SMRZ | 1999 SLEEPY HOLLOW RD | | JUNCTION CITY | WI | 54443-9741 | K47890 | 66.90 * | |
| MARY ANN SPENCER | 1717 W 14TH ST | | ASHTABULA | OH | 44004-2921 | K18171 | 66.90 * | |
| MARY ANN STARR | 331 N LIME ST | | LANCASTER | PA | 17602-2356 | K29359 | 66.90 * | |
| MARY ANN STEINKE | 1617 CANDLEGLOW ST | | CASTLE ROCK | CO | 80109-3624 | K31747 | 66.90 * | |
| MARY ANN STODDARD | 2562 MAGELLAN LN | | VISTA | CA | 92081-8709 | K31268 | 66.90 * | |
| MARY ANN SUMMERS | 6908 HALLWOOD CT | | LOUISVILLE | KY | 40291-2476 | K33134 | 66.90 * | |
| MARY ANN SVEC | 27701 SOLON RD | | SOLON | OH | 44139-3466 | K51004 | 66.90 * | |
| MARY ANN TEST | 4334 UPLAND DR | | MADISON | WI | 53705-5041 | K40862 | 66.90 * | |
| MARY ANN TROSTLE | 2531 SHAW AVE | | CUYAHOGA FALL | OH | 44223-1533 | K61568 | 66.90 * | |
| MARY ANN VON SEGGERN | 6860 PIERSHILL LN | | CARY | NC | 27519-1566 | K38385 | 66.90 * | |
| MARY ANN WARNER | 2711 FAIRLANE PL | | CHINO HILLS | CA | 91709-1240 | K32212 | 66.90 * | |
| MARY ANN WEGNER | 6535 N ALBERTA CT | | GLENDALE | WI | 53217-4020 | K40942 | 66.90 * | |
| MARY ANN WENZEL | 994 AIRPORT RD | | FALMOUTH | KY | 41040-8893 | K24583 | 66.90 * | |
| MARY ANN WERTENBERGER | 246 MIDWAY ST | | DUNDEE | MI | 48131-1125 | V99447 | 66.90 * | |
| MARY ANN WHITE | 6604 S 46TH ST | | OMAHA | NE | 68117-2644 | K55432 | 66.90 * | |
| MARY ANN WHITMORE | 4 CIRCLE WOOD RD | | ROCHESTER | NY | 14625-2179 | K42509 | 66.90 * | |
| MARY ANN WRIGHT | 7113 NUBBIN RIDGE DR | | KNOXVILLE | TN | 37919-8150 | K15978 | 66.90 * | |
| MARY ANN YOUNG | 10519 WALTER THOMPSON DR | | VIENNA | VA | 22181-3031 | V98696 | 66.90 * | |
| MARY ANNA WATSON | 852 CHESTNUT DR | | FRANKFORT | KY | 40601-2467 | K23308 | 66.90 * | |
| MARY ANNE BANTA-NELSON | 8 DAVID DR | | MONTVILLE | NJ | 07045-9521 | K26868 | 66.90 * | |
| MARY ANNE GASSMANN | 7185 STATE ROAD B | | DITTMER | MO | 63023-1707 | K42705 | 66.90 * | |
| MARY ANNE HARLAN | 6199 W HODGES DR | | RICHLAND | IN | 47634-9167 | K38386 | 66.90 * | |
| MARY ANNE KRISTEL | 16070 VIA MONTEVERDE | | DELRAY BEACH | FL | 33446-2351 | K44161 | 66.90 * | |
| MARY ANNE LANINGHAM | 301 SPYGLASS HILL PL | | SALISBURY | NC | 28144-9493 | K23275 | 66.90 * | |
| MARY ANNE MCDONALD | 28254 SHADYLANE DR | | FARMINGTON HI | MI | 48336-2151 | K60261 | 66.90 * | |
| MARY ANNE PAGE | 5230 65TH PL APT 3B | | MASPETH | NY | 11378-1321 | K37380 | 66.90 * | |
| MARY ANNE ROSS | 12354 MEDALIST PKWY | | CARMEL | IN | 46033-8932 | K26872 | 66.90 * | |
| MARY ANNE SAWERS | 2922 CROYDON ST | | DENTON | TX | 76209-1336 | K26064 | 66.90 * | |
| MARY ANNE THIEDE | 11330 PARDEE RD | | TAYLOR | MI | 48180-4229 | K58795 | 66.90 * | |
| MARY ANNE TUTTLE | 277 MOUNT FAIR CIR | | SWANSEA | MA | 02777-1029 | K44893 | 66.90 * | |
| MARY ANNE WALSH | 105 CHESTER AVE | | FOLSOM | PA | 19033-3611 | K49242 | 66.90 * | |
| MARY ANNETTE COOK | 185 BEECHTREE LN | | MOUNT WASHING | KY | 40047-7139 | K37501 | 66.90 * | |
| MARY ANSON | 314 SIB RUMERY ST | | WAYLAND | MI | 49348-1332 | K18173 | 66.90 * | |
| MARY ARNOLD | 5784 HEMLOCK RD | | VESPER | WI | 54489-9734 | K46754 | 66.90 * | |
| MARY ARNOLD | 400 GRANT ST APT A11 | | EAST TAWAS | MI | 48730-1685 | K59008 | 66.90 * | |
| MARY ASBRIDGE | 74 OLD RUTHERFORD KENTON RD | | KENTON | TN | 38233-3414 | K31148 | 66.90 * | |
| MARY AUBIN | 3807 STUDSTILL RD | | VALDOSTA | GA | 31605-7716 | K56919 | 66.90 * | |
| MARY B GAINEY | 6 KATZMAN PL | | NEWPORT | RI | 02840-1910 | K37654 | 66.90 * | |
| MARY BABICH | 1230 BUELL CT | | JOLIET | IL | 60435-6875 | K57129 | 66.90 * | |
| MARY BARTELL | 191 HARVEST AVE | | STATEN ISLAND | NY | 10310-2815 | K35989 | 66.90 * | |
| MARY BARTKOWSKI | 4726 SOUTHERN TRL | | MYRTLE BEACH | SC | 29579-7229 | K21740 | 66.90 * | |
| MARY BASS | PO BOX 544 | | YANTIS | TX | 75497-0544 | K50037 | 66.90 * | |
| MARY BELEW | 1705 MAPLE ST | | QUINCY | IL | 62301-1958 | K42704 | 66.90 * | |
| MARY BELLE BRANDON | 2259 220TH ST | | DONNELLSON | IA | 52625-9182 | K14980 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARY BELLE KNOLLINGER | 49 WILLIAMBURG CIR | | WHEELING | WV | 26003 | K22051 | 66.90 | * |
| MARY BELLE KOHLI | 211 OLD CEDAR PT | | CHAPIN | SC | 29036-8110 | K45344 | 66.90 | * |
| MARY BERRY | 9 RAMBLING LN | | MALVERN | PA | 19355-3023 | K49234 | 66.90 | * |
| MARY BETH BRADY | 26 MILL SPRING RD | | MANHASSET | NY | 11030-3430 | K54986 | 66.90 | * |
| MARY BETH D'ANGELO | 475 MANHASSET WOODS RD | | MANHASSET | NY | 11030-1663 | K54770 | 66.90 | * |
| MARY BETH GARNER | 102 CHERYL CT | | HENDERSONVILL | TN | 37075-2201 | K35643 | 66.90 | * |
| MARY BETH MILLER | 1795 BARRINGTON RD | | COLUMBUS | OH | 43221-3838 | K57214 | 66.90 | * |
| MARY BETH NIEDZWIECKI | 182 MIDWAY AVE | | FANWOOD | NJ | 07023-1053 | K36267 | 66.90 | * |
| MARY BETTERMAN | 525 E 315TH ST | | WILLOWICK | OH | 44095-4216 | K50110 | 66.90 | * |
| MARY BICKNELL | 5739 33RD AVE NE | | SEATTLE | WA | 98105-2320 | K46835 | 66.90 | * |
| MARY BOETTCHER | 303 MANHATTAN AVE | | WEST BABYLON | NY | 11704-5531 | K39147 | 66.90 | * |
| MARY BOND | 1 BEACH DR SE UNIT 812 | | SAINT PETERSB | FL | 33701-3924 | K49647 | 66.90 | * |
| MARY BORTNER | 11 GRIFFITH AVE | | MALVERN | PA | 19355-2614 | K49186 | 66.90 | * |
| MARY BOUDRIE | 2385 BLUEBUSH RD | | MONROE | MI | 48162-9643 | K58445 | 66.90 | * |
| MARY BOWERS | 4034 ARDARA DR | | TALLAHASSEE | FL | 32309-2802 | K43805 | 66.90 | * |
| MARY BOYD | 1 MEADOW LN | | ROCHESTER | NY | 14618-3431 | K23698 | 66.90 | * |
| MARY BRANNAN | 11668 N COUNTY ROAD 300 W | | BRAZIL | IN | 47834-6902 | K47359 | 66.90 | * |
| MARY BROSSMAN | 405 BROSSMAN RD | | EPHRATA | PA | 17522-9502 | K58279 | 66.90 | * |
| MARY BROWN | 21618 COGGINS RD | | POTEAU | OK | 74953-8674 | K31817 | 66.90 | * |
| MARY BUCHANAN | 733 JOHNSON ST | | WATERLOO | IA | 50702-2231 | K54925 | 66.90 | * |
| MARY BUSHMAKER | 528 SCARLETT WAY | | MC CORMICK | SC | 29835-2933 | K46957 | 66.90 | * |
| MARY C ASH | 401 7TH AVE APT 407 | | FAIRBANKS | AK | 99701-4966 | K52245 | 66.90 | * |
| MARY C BLEICHERT | 187 DUNSBACH FERRY RD | | COHOES | NY | 12047-4923 | K26930 | 66.90 | * |
| MARY C HOLLINGSHEAD | 517 W PINE ST | | JOHNSON CITY | TN | 37604-6625 | K23467 | 66.90 | * |
| MARY C LARSH | 152 WOODLAND DR | | EATON | OH | 45320-9671 | K27497 | 66.90 | * |
| MARY C LOVE | 332 PAXSON LN | | LANGHORNE | PA | 19047-8255 | K24710 | 66.90 | * |
| MARY C MCENULTY | 6612 E ZIMMERLY CT | | WICHITA | KS | 67207-2845 | K29121 | 66.90 | * |
| MARY C MURPHY | 2229 LAUREL COVE DR | | VIRGINIA BEAC | VA | 23454-2000 | K20669 | 66.90 | * |
| MARY C SHORTT | 838 FAIR ST APT E107 | | CARMEL | NY | 10512-3095 | K23082 | 66.90 | * |
| MARY CANOLE | 87 GIRARD AVE APT 307 | | NEWPORT | RI | 02840-1161 | K27064 | 66.90 | * |
| MARY CAROLYN KLUTE | 1275 HENLEY RD | | RICHMOND | IN | 47374-7132 | K24872 | 66.90 | * |
| MARY CATHERINE BRANDT | 247 PORTERVILLE RD | | BRIGHTON | TN | 38011-4138 | K30639 | 66.90 | * |
| MARY CATHERINE LINDLER | 90 MANVILLE AVE | | BARNWELL | SC | 29812-1589 | K31995 | 66.90 | * |
| MARY CHISHOLM | 49 LAFAYETTE ST | | HUNTINGTON | NY | 11743-5228 | K53707 | 66.90 | * |
| MARY CHRISTIANSEN | 1708 FOX VALLEY DR SW | | ROCHESTER | MN | 55902-3432 | K53890 | 66.90 | * |
| MARY CHRISTIE | 1207 JACKSON AVE APT 205 | | NEW ORLEANS | LA | 70130-5173 | K46014 | 66.90 | * |
| MARY CLEONA ESTUS | PO BOX 926 | | CHINO VALLEY | AZ | 86323-0926 | K19596 | 66.90 | * |
| MARY CMARIK | 2650 ATHENA DR | | TROY | MI | 48083-2468 | K44228 | 66.90 | * |
| MARY COHEN-EHLEN | 1209 DU MOTIER DR | | BALLWIN | MO | 63011-3612 | K54887 | 66.90 | * |
| MARY COLE | 899 NORMANDY RD | | NORMANDY | TN | 37360-3149 | K35688 | 66.90 | * |
| MARY COLE | 2360 BULL PEN RD | | CASHIERS | NC | 28717-9525 | K49729 | 66.90 | * |
| MARY COLLIER | 302 S WALNUT ST | | MCPHERSON | KS | 67460-4731 | K32333 | 66.90 | * |
| MARY COOK | 204 BREEZY HILL RD | | BATESBURG-LEE | SC | 29070-8921 | K30615 | 66.90 | * |
| MARY CRITTENDEN | PO BOX 45 | | GREENWAY | AR | 72430-0045 | K40436 | 66.90 | * |
| MARY CROPF | 7912 CLAREDALE DR | | BARTLETT | TN | 38133-2083 | K15545 | 66.90 | * |
| MARY D BANK | 1905 CLEMSON DR | | RICHARDSON | TX | 75081-2627 | K14820 | 66.90 | * |
| MARY D CASAVECCHIA | 6050 TULIP ST | | PHILADELPHIA | PA | 19135-4222 | K40336 | 66.90 | * |
| MARY D GALLITELLI | 303 BROADWAY | | MENANDS | NY | 12204-2707 | K22394 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY DAUGHERTY | PO BOX 89 | | WARREN | IN | 46792-0089 | K62526 | 66.90 | * |
| MARY DAVIDSON | 1134 POTTAWATOMIE ST | | LEAVENWORTH | KS | 66048-1729 | K37867 | 66.90 | * |
| MARY DAVIS | 54 WHITEHALL | | BRISTOL | TN | 37620-2950 | K30520 | 66.90 | * |
| MARY DE LUCA | 12409 EAGLESWOOD DR APT A | | HUDSON | FL | 34667-2486 | K51770 | 66.90 | * |
| MARY DEDOES | 3237 CANDLE RIDGE DR | | ORLANDO | FL | 32822-4057 | K16890 | 66.90 | * |
| MARY DEGAGNE | 33337 29TH PL SW | | FEDERAL WAY | WA | 98023-2715 | K36903 | 66.90 | * |
| MARY DEW | 2316 W 9TH ST | | GREELEY | CO | 80634-5914 | K55239 | 66.90 | * |
| MARY DIANE KNOX | 6532 HALSEY DR | | WOODRIDGE | IL | 60517-1341 | K51153 | 66.90 | * |
| MARY DICKERT | 1527 BOUNDARY ST | | NEWBERRY | SC | 29108-3829 | K32222 | 66.90 | * |
| MARY DILISSIO | 313 LINCOLN AVE | | BRISTOL | PA | 19007-5312 | K23184 | 66.90 | * |
| MARY DOLORES LANDGRAF | 115 W END AVE | | HADDONFIELD | NJ | 08033-2617 | K42771 | 66.90 | * |
| MARY DONNELLY-NIEGOCKI | 33 RIVERSIDE DR APT 1D | | NEW YORK | NY | 10023-8013 | K38346 | 66.90 | * |
| MARY DORMER-GASKEY | 6110 78TH ST | | MIDDLE VLG | NY | 11379-1336 | K42289 | 66.90 | * |
| MARY DRANSFIELD | 12 KAREN DR | | NEW FAIRFIELD | CT | 06812-4614 | K36727 | 66.90 | * |
| MARY DRESSLER ED.D | 426 SCHOOL LN | | WAYNE | PA | 19087-5431 | K49833 | 66.90 | * |
| MARY DUNPHY | PO BOX 47 | | MC EWENSVILLE | PA | 17749-0047 | K20078 | 66.90 | * |
| MARY E [MELLAN] BLOUNT | 13542 LOBLOLLY LN | | CLERMONT | FL | 34711-7615 | K13440 | 66.90 | * |
| MARY E ARMES RN | 803 N KNIGHT CIR | | MARION | IN | 46952-2466 | K27794 | 66.90 | * |
| MARY E BURNS | 668 E COUNTY ROAD 300 N | | CENTERPOINT | IN | 47840-8294 | K44739 | 66.90 | * |
| MARY E CLEARY | 1018 CUYLER CT | | SLINGERLANDS | NY | 12159-9555 | K23571 | 66.90 | * |
| MARY E DEITZ | 5654 DOCKSIDE LN | | MARION STATIO | MD | 21838-2748 | K37173 | 66.90 | * |
| MARY E FOLEY | 10221 NEWPORT CIR | | TAMPA | FL | 33612-7346 | K26625 | 66.90 | * |
| MARY E HAMMERLE | 8230 DUESLER ST | | DOWNEY | CA | 90242-2418 | K46427 | 66.90 | * |
| MARY E HEAD | 45 COURT ST | | WEST HAVEN | CT | 06516-5022 | K16150 | 66.90 | * |
| MARY E HETZEL | 481 CLOVERFIELD LN | | FORT WRIGHT | KY | 41011-5145 | K25230 | 66.90 | * |
| MARY E MAXWELL | 1855 MAPLECREST RD | | FORT WAYNE | IN | 46815-7655 | K52038 | 66.90 | * |
| MARY E REICHENBERGER | 501 S SUMMITLAWN ST | | WICHITA | KS | 67209-2245 | K32271 | 66.90 | * |
| MARY E SUTHERLAND | PO BOX 134 | | CASTLEWOOD | VA | 24224-0134 | K38722 | 66.90 | * |
| MARY E VAN METER | 745 GLEASON RD | | PIKETON | OH | 45661-9698 | K50930 | 66.90 | * |
| MARY E VENTURI | 1605 PORTOLA AVE | | STOCKTON | CA | 95209-2549 | K32223 | 66.90 | * |
| MARY EBEL | 28 WINNEBAGO DR | | MILFORD | OH | 45150-1624 | K24435 | 66.90 | * |
| MARY EILEEN PIRKLE | 103 OAK RDG | | MONROE | GA | 30655-2274 | K23089 | 66.90 | * |
| MARY EILERS | 2640 15TH ST N | | SAINT CLOUD | MN | 56303-1616 | K19435 | 66.90 | * |
| MARY ELIZABETH ALADJ | 205 JAY DR | | ROCKVILLE | MD | 20850-4708 | K15944 | 66.90 | * |
| MARY ELIZABETH BUFFINGTON | 2506 BIRD LN APT A | | PORTSMOUTH | VA | 23702-2324 | K13106 | 66.90 | * |
| MARY ELIZABETH KOEHLER | 100 2ND ST SE APT 902 | | MINNEAPOLIS | MN | 55414-2129 | K52061 | 66.90 | * |
| MARY ELIZABETH LONG | 31 WESTGATE LN | | STORRS MANSFI | CT | 06268-1506 | K20250 | 66.90 | * |
| MARY ELIZABETH MINKALIS | 1060 EASY ST UNIT C | | CROWN POINT | IN | 46307-3745 | K26500 | 66.90 | * |
| MARY ELIZABETH WALLACE | 721 W PECAN ST | | BLYTHEVILLE | AR | 72315-1637 | K34310 | 66.90 | * |
| MARY ELLEN BAHL | 2420 BRYONAIRE RD | | MANSFIELD | OH | 44903-7407 | K46095 | 66.90 | * |
| MARY ELLEN BANASZEK | 124 LANCASTER RD | | CANAAN | ME | 04924-3136 | V98711 | 66.90 | * |
| MARY ELLEN BRANTLEY PHD | 3537 PRESERVE DR SE | | ATLANTA | GA | 30339-3737 | K29809 | 66.90 | * |
| MARY ELLEN BULICK | 455 S MAIN ST APT 327 | | AMHERST | OH | 44001-2127 | K43111 | 66.90 | * |
| MARY ELLEN FORD | 25 BROOKLINE AVE | | ALBANY | NY | 12203-1804 | K20141 | 66.90 | * |
| MARY ELLEN GEISWITE | 507 LIBERTY ST | | WATSONTOWN | PA | 17777-1135 | K15342 | 66.90 | * |
| MARY ELLEN GRACE WICHSER | 5402 S CLAIBORNE AVE | | NEW ORLEANS | LA | 70125-4904 | K55023 | 66.90 | * |
| MARY ELLEN HARRIGAN | 109 ROCKY TOCK ST | | LA VERGNE | TN | 37086-3214 | K36928 | 66.90 | * |
| MARY ELLEN KIMBALL APR | 1015 LAKESHORE DR | | OSCEOLA | IA | 50213-1604 | K56505 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY ELLEN MERRILL | 3714 DELANO DR | | EATON RAPIDS | MI | 48827-9677 | K58530 | 66.90 | * |
| MARY ELLEN MILLER | 44 DORCHESTER DR | | PAINESVILLE | OH | 44077-5016 | K44040 | 66.90 | * |
| MARY ELLEN MOORADIAN | 3364 HOLLY WOODS CT | | QUINTON | VA | 23141-1338 | K36547 | 66.90 | * |
| MARY ELLEN RADMANN | 28 MAYWOOD PL | | SAINT PAUL | MN | 55117-5620 | K19313 | 66.90 | * |
| MARY ELLEN SHOEMAKER | 315 OSCEOLA MILL RD | | GORDONVILLE | PA | 17529-9713 | K29255 | 66.90 | * |
| MARY ELLEN TERRACCIANO | 68 POPLAR ST | | GARDEN CITY | NY | 11530-6327 | K50450 | 66.90 | * |
| MARY ELLEN TRACY | 6031 PALISADE DR | | HUNTINGDON BE | CA | 92647-3224 | K19501 | 66.90 | * |
| MARY ELLEN TROCHESSET | 5424 SUNSET VIEW DR | | MONONGAHELA | PA | 15063-4625 | K61804 | 66.90 | * |
| MARY F [FRITZIE] SMITH | 1811 WHITE SANDS DR | | GREAT BEND | KS | 67530-3020 | K28455 | 66.90 | * |
| MARY F HERRIOTT | 10410 HILLTOP RD | | OMAHA | NE | 68134-2925 | K55987 | 66.90 | * |
| MARY F LEMOS | 227 HOWARD ST | | MELROSE | MA | 02176-2007 | K25422 | 66.90 | * |
| MARY F TAYLOR | 616 NORTHRIDGE ST | | DENTON | TX | 76201-0829 | K29522 | 66.90 | * |
| MARY F TONINI | 4301 PARK AVE UNIT 220 | | DES MOINES | IA | 50321-3453 | K25117 | 66.90 | * |
| MARY FAHEY | 6985 INDIAN LORE CT | | WEST BEND | WI | 53090-8923 | K55974 | 66.90 | * |
| MARY FARRAR | 1710 7TH ST SW LOT 21 | | RUSKIN | FL | 33570-5520 | K59209 | 66.90 | * |
| MARY FELDMANN | 520 MCCOLM ST | | PLYMOUTH | WI | 53073-2352 | K50398 | 66.90 | * |
| MARY FIELD | 2707 WESTERN AVE | | DAVENPORT | IA | 52803-1434 | K55318 | 66.90 | * |
| MARY FITZNER | 246 KNOX GALLUPVILLE RD | | BERNE | NY | 12023-2018 | K20248 | 66.90 | * |
| MARY FLANDERS | 103 SHAWNEE AVE E | | BIG STONE GAP | VA | 24219-2811 | K24643 | 66.90 | * |
| MARY FLORENCE | 9901 NE 4TH ST APT 21 | | BELLEVUE | WA | 98004-5666 | K55705 | 66.90 | * |
| MARY FOWLER | 120 MAKALAUNA ST | | KIHEI | HI | 96753-7568 | K48653 | 66.90 | * |
| MARY FRANCES BOBB | 231 HIDEAWAY TRL | | BEAVERTOWN | PA | 17813-9223 | K49237 | 66.90 | * |
| MARY FRANCES LANDY-BROWN | 3486 MONTE CARLO DR | | AUGUSTA | GA | 30906-5717 | K60047 | 66.90 | * |
| MARY FRANCES LOWN | 801 STANTON DR | | NORTH AUGUSTA | SC | 29841-3267 | K33524 | 66.90 | * |
| MARY FRANCES NICOLE JELLISON | 219 N L ST APT 103 | | LAKE WORTH | FL | 33460-3490 | K41828 | 66.90 | * |
| MARY FRANCES SHEPARD-KING | 42 MEANY RD APT D4 | | WRIGHTSTOWN | NJ | 08562-1630 | K55171 | 66.90 | * |
| MARY FROST | 2342 KILLARNEY CT NW | | OLYMPIA | WA | 98502-3445 | K55566 | 66.90 | * |
| MARY G PISKORSKI | 437 S VAIL AVE | | ARLINGTON HEI | IL | 60005-1847 | K61957 | 66.90 | * |
| MARY GALBRAITH | 3930 N HARCOURT PL | | SHOREWOOD | WI | 53211-2444 | K16111 | 66.90 | * |
| MARY GASTON | 3236 S COUNTY ROAD 200 W | | GREENCASTLE | IN | 46135-8108 | K45471 | 66.90 | * |
| MARY GERAGHTY | 613 WINCHESTER LN | | MONROE TOWNSH | NJ | 08831-2005 | K53172 | 66.90 | * |
| MARY GESSLER | 6251 ASH ST | | MISSION | KS | 66205-3006 | K38419 | 66.90 | * |
| MARY GIESLER | 17 GIRARD AVE | | CHATHAM | NJ | 7928 | K40544 | 66.90 | * |
| MARY GLOMSKI | 19932 VOGEL LN | | KIEL | WI | 53042-4641 | K46879 | 66.90 | * |
| MARY GLOVER | 405 SILVER CREEK RD | | GREER | SC | 29650-3419 | K33478 | 66.90 | * |
| MARY GORDON | PO BOX 1202 | | KALAMA | WA | 98625-1100 | K55627 | 66.90 | * |
| MARY GRACE PORTER | 357 WOODBRIDGE DR UNIT A | | RIDGE | NY | 11961-8366 | K62332 | 66.90 | * |
| MARY GUMTOW | 4998 WILLOW RD | | SALINE | MI | 48176-9369 | V98932 | 66.90 | * |
| MARY HABER | 6765 PENN AVE | | PITTSBURGH | PA | 15208-2346 | K44396 | 66.90 | * |
| MARY HAINLEY | 820 12TH ST APT 12 | | MANNING | IA | 51455-1400 | K60960 | 66.90 | * |
| MARY HAMMERBACHER RNC | 12801 E CREST RIDGE CIR | | WICHITA | KS | 67230-1630 | K33261 | 66.90 | * |
| MARY HANKOSKY | 1024 CRESCENT DR | | RICHMOND | IN | 47374-1148 | K23804 | 66.90 | * |
| MARY HANNOVER | 708 N CHURCH ST | | ALGONA | IA | 50511-1709 | K54714 | 66.90 | * |
| MARY HARRISON | 14906 XIT TRL | | AMARILLO | TX | 79118-3441 | K28276 | 66.90 | * |
| MARY HAWKINS | 1608 WILDWOOD DR | | ROUND ROCK | TX | 78681-7240 | K34899 | 66.90 | * |
| MARY HAWKINSON | PO BOX 122 | | KANDIYOHI | MN | 56251-0122 | K31041 | 66.90 | * |
| MARY HAYES | 625 ANDERSON ST | | GREENCASTLE | IN | 46135-1833 | K44767 | 66.90 | * |
| MARY HAYFORD | 1400 HOLBROOK ST | | WENATCHEE | WA | 98801-1673 | K31289 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY HEATHCOTE | 11471 BUCKINGHAM WAY | | SPRING HILL | FL | 34609-5652 | K61922 | 66.90 | * |
| MARY HEETER | 2658 VILILLY CIR W | | GROVE CITY | OH | 43123-8898 | K51304 | 66.90 | * |
| MARY HELEN CHAVEZ | 902 LAMP POST CIR SE | | ALBUQUERQUE | NM | 87123-4119 | K18511 | 66.90 | * |
| MARY HELEN HALSEY | 4723 S NEW COLUMBUS RD | | ANDERSON | IN | 46013-3968 | K27872 | 66.90 | * |
| MARY HELEN MCKINLEY | 192 WEST BYP | | TRENTON | TN | 38382-7932 | K29385 | 66.90 | * |
| MARY HELEN NICHOLS | 3737 HOMELAND DR | | LOS ANGELES | CA | 90008-4921 | K33801 | 66.90 | * |
| MARY HELMER | PO BOX 740575 | | ORANGE CITY | FL | 32774-0575 | K29910 | 66.90 | * |
| MARY HERKENHINE | 339 S BROMFIELD RD | | KETTERING | OH | 45429-2754 | K27152 | 66.90 | * |
| MARY HERO | 517 MOORE PL | | LINDEN | NJ | 07036-2964 | K14249 | 66.90 | * |
| MARY HOLTZ | 110 MANCHESTER AVE | | KEYPORT | NJ | 07735-1915 | K29943 | 66.90 | * |
| MARY HORSTMAN | 4646 HARRIS RD | | WILLIAMSTON | MI | 48895-9153 | K40048 | 66.90 | * |
| MARY HUCKELBERRY | 13412 IRONWOOD RD APT 7 | | ELY | MN | 55731-8109 | K54376 | 66.90 | * |
| MARY HULL | 10535 S GLENVIEW LN | | OLATHE | KS | 66061-7427 | K22537 | 66.90 | * |
| MARY HUNTER | 421 NW 201ST AVE | | PEMBROKE PINE | FL | 33029-3360 | K39954 | 66.90 | * |
| MARY I TRAVERS | PO BOX 760727 | | SAN ANTONIO | TX | 78245-0727 | K62219 | 66.90 | * |
| MARY J [JAMIE] HAHN | 625 GLEN WILLOW DR | | KNOXVILLE | TN | 37934-1736 | K19477 | 66.90 | * |
| MARY J FLEMING | 1204 E BROWNING AVE | | PAMPA | TX | 79065-5002 | K30369 | 66.90 | * |
| MARY J HILLMAN | 8106 W 200 S | | RUSSIAVILLE | IN | 46979-9732 | K26947 | 66.90 | * |
| MARY J JENKINS | 62 HORIZON RD | | BROWNS MILLS | NJ | 08015-3856 | K48860 | 66.90 | * |
| MARY J PINEGAR | 3235 NE 48TH AVE | | DES MOINES | IA | 50317-5473 | K51157 | 66.90 | * |
| MARY J SCHUETT | 8855 N PORT WASHINGTON RD AP | | BAYSIDE | WI | 53217-1631 | K48947 | 66.90 | * |
| MARY J TYNAN | 6 HART ST | | BROOKLINE | MA | 02445-6756 | K10830 | 66.90 | * |
| MARY JAMISON | 3026 54TH ST APT 322 | | LUBBOCK | TX | 79413-4238 | K48293 | 66.90 | * |
| MARY JANE [JEAN] FUOCO | 4329 VALMONTE DR | | SACRAMENTO | CA | 95864-3166 | K20008 | 66.90 | * |
| MARY JANE BEEBE | 98 KING PHILIP AVE | | BRISTOL | RI | 02809-4330 | K30720 | 66.90 | * |
| MARY JANE BUSH | 3557 VINEYARD HILLS CT | | GRASS LAKE | MI | 49240-8509 | V99250 | 66.90 | * |
| MARY JANE CHAIN | 105 S NARBERTH AVE APT J | | NARBERTH | PA | 19072-2345 | K38893 | 66.90 | * |
| MARY JANE DAVIS | 609 STONEY CREEK DR | | DAUPHIN | PA | 17018-9611 | K39334 | 66.90 | * |
| MARY JANE DAY | 450 DAYS LN | | SPARTA | KY | 41086-9594 | K38650 | 66.90 | * |
| MARY JANE DEWYER | 115 HORSESHOE DR | | WHITE OAK | PA | 15131-3222 | K61627 | 66.90 | * |
| MARY JANE EGBERT | 16202 N 33RD ST | | PHOENIX | AZ | 85032-3108 | K52811 | 66.90 | * |
| MARY JANE FAIRMAN | 270 KANE RD | | PITTSBURGH | PA | 15239-2809 | K40573 | 66.90 | * |
| MARY JANE GENOESE | 36 BROOKLAKE RD | | FLORHAM PARK | NJ | 07932-2817 | K43680 | 66.90 | * |
| MARY JANE GOWANS | 929 TRAFALGER ST | | EAST LANSING | MI | 48823-1326 | K42565 | 66.90 | * |
| MARY JANE HIMES | 4302 MARATHON PKWY | | LITTLE NECK | NY | 11363-1937 | K37093 | 66.90 | * |
| MARY JANE JENSEN | 1139 LAURALYNN DR | | LATROBE | PA | 15650-4718 | K60555 | 66.90 | * |
| MARY JANE JORDAN | 6004 ELLESMERE CT UNIT C | | KINGSTOWNE | VA | 22315-4872 | K25764 | 66.90 | * |
| MARY JANE KINMAN | 155 CARONDELET PLZ UNIT 902 | | SAINT LOUIS | MO | 63105-0029 | K12435 | 66.90 | * |
| MARY JANE LANG | 24551 DOLPHIN COVE DR | | PUNTA GORDA | FL | 33955-1883 | K37415 | 66.90 | * |
| MARY JANE LAURIELLO | 448 MELROSE AVE | | HADDON TOWNSH | NJ | 08108-2519 | K43812 | 66.90 | * |
| MARY JANE LEMMER | 10 E WASHINGTON ST | | HORNELL | NY | 14843-1419 | K47888 | 66.90 | * |
| MARY JANE LEUGERS | 204 WESTMINSTER DR | | GREENVILLE | OH | 45331-2761 | K38575 | 66.90 | * |
| MARY JANE MCAFEE MURPHY | 2308 COVENT GARDEN RD | | VIRGINIA BEAC | VA | 23456-7809 | K40896 | 66.90 | * |
| MARY JANE MICHALIK | 3848 S SACRAMENTO AVE | | CHICAGO | IL | 60632-2341 | K60943 | 66.90 | * |
| MARY JANE RANDALL | 1201 MENOR ST APT 105 | | WINFIELD | KS | 67156-4244 | K48446 | 66.90 | * |
| MARY JANE SAVAGE | 12800 SPRUCE TREE WAY APT 30 | | RALEIGH | NC | 27614-8272 | K33865 | 66.90 | * |
| MARY JANE SCHNUPP | 71 FONTANA AVE | | LEBANON | PA | 17042-4723 | K59526 | 66.90 | * |
| MARY JANE SCHUKNECHT | 228 GLEN HOLLOW RD | | MADISON | WI | 53705-1166 | K54975 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY JANE SHOULTZ | 2865 MAIN ST APT 272 | | ANN ARBOR | MI | 48103-6971 | K56863 | 66.90 | * |
| MARY JANE TONEY | 3020 N US HIGHWAY 231 | | GREENCASTLE | IN | 46135-8448 | K47281 | 66.90 | * |
| MARY JANE WECHTER | 823 HIGH ST | | AKRON | PA | 17501-1417 | K62207 | 66.90 | * |
| MARY JANE WEIDNER | 1806 IL ROUTE 23 | | HARVARD | IL | 60033-9423 | K59498 | 66.90 | * |
| MARY JANE ZEMEK | 721 WALNUT ST E | | DEVILS LAKE | ND | 58301-3153 | K34514 | 66.90 | * |
| MARY JAYNE WOODWARD | 232 N STONEHEDGE DR | | COLUMBIA | SC | 29210-4222 | K21746 | 66.90 | * |
| MARY JEAN BANNERT | 2274 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8922 | K24905 | 66.90 | * |
| MARY JEAN CARROLL | 2967 JACKS RUN RD APT 312 | | WHITE OAK | PA | 15131-2548 | K60888 | 66.90 | * |
| MARY JEAN JACOBY | 4 ARMISTEAD KY | | COLTS NECK | NJ | 07722-1754 | K40677 | 66.90 | * |
| MARY JEAN OSTERKIL | 1295 S CAWSTON AVE SPC 412 | | HEMET | CA | 92545-9115 | K49400 | 66.90 | * |
| MARY JEAN STEGMAN | 4291 RALEIGH WAY | | TALLAHASSEE | FL | 32311-3339 | K49649 | 66.90 | * |
| MARY JEAN VAN DYKE | 6279 AVENIDA GORRION | | GOLETA | CA | 93117-2057 | K46181 | 66.90 | * |
| MARY JEANNE LINDINGER-OLSEN | 25606 GRAF RD | | HARVARD | IL | 60033-8959 | K49191 | 66.90 | * |
| MARY JEANNE WOLF | 840 DRIFTWOOD AVE | | COLUMBUS | IN | 47203-1027 | K33594 | 66.90 | * |
| MARY JENKINS | 69 FRANCIS MARION CIR | | BEAUFORT | SC | 29907-1929 | K32153 | 66.90 | * |
| MARY JO BAUMGARTNER | 1404 WILMETTE ST | | PORT CHARLOTT | FL | 33980-1956 | K45735 | 66.90 | * |
| MARY JO BRADLEY | 28660 490TH ST | | WALNUT | IA | 51577-4132 | K55511 | 66.90 | * |
| MARY JO BRIDGFORD | 10777 EMMA LN | | NEWBURGH | IN | 47630-9496 | K24619 | 66.90 | * |
| MARY JO CLARK | 426 TIKTIN DR | | CHATTANOOGA | TN | 37415-5115 | K36647 | 66.90 | * |
| MARY JO COOGAN | 1541 FILLMORE CT | | LOUISVILLE | CO | 80027-1001 | K50066 | 66.90 | * |
| MARY JO ELIZABETH DESOTA | 8816 MADISON ST NE | | BLAINE | MN | 55434-2339 | K25890 | 66.90 | * |
| MARY JO FALK | 49949 350TH ST | | SALOL | MN | 56756-9609 | K18313 | 66.90 | * |
| MARY JO FERRITER | 103 ASHRIDGE CT | | COLUMBIA | SC | 29212-1967 | K21390 | 66.90 | * |
| MARY JO HODGES | 1322 SE 6TH AVE | | OAK HARBOR | WA | 98277-3987 | K51287 | 66.90 | * |
| MARY JO JEFFERS | 4969 GREENMOUNT PIKE | | RICHMOND | IN | 47374-9607 | K23861 | 66.90 | * |
| MARY JO JOHNSON | 14 FIELDSTONE TRL | | SPARTA | NJ | 07871-2854 | K44191 | 66.90 | * |
| MARY JO LARSEN | 1814 INDIAN MEADOWS LN | | FORT COLLINS | CO | 80525-1421 | K56536 | 66.90 | * |
| MARY JO LOUISE | 7308 220TH ST | | OAKLAND GARDE | NY | 11364-3038 | K48520 | 66.90 | * |
| MARY JO MENCH | 207 SAINT MARTINS LN | | SMYRNA | TN | 37167-6373 | K37853 | 66.90 | * |
| MARY JO MILLER | PO BOX 165 | | BRIMFIELD | IL | 61517-0165 | K49352 | 66.90 | * |
| MARY JO PANKO | 1341 17TH ST S | | WISCONSIN RAP | WI | 54494-5425 | K47933 | 66.90 | * |
| MARY JO PETTERSON | 140 BEACH SUMMIT CT | | JUPITER | FL | 33477-9629 | K46072 | 66.90 | * |
| MARY JO SCHENK | 3706 23RD ST | | GREAT BEND | KS | 67530-7448 | K29230 | 66.90 | * |
| MARY JO STEVENSON FULLEN | PO BOX 81 | | NINOLE | HI | 96773-0081 | K30728 | 66.90 | * |
| MARY JO TRESTER | 8896 HIDDEN HILLS DR | | CENTERVILLE | IN | 47330-9541 | K23998 | 66.90 | * |
| MARY JO TUBESING | 218 N ROUND BARN RD | | RICHMOND | IN | 47374-4529 | K25679 | 66.90 | * |
| MARY JO WHITE | PO BOX 1324 | | GREEN VALLEY | AZ | 85622-1324 | K52862 | 66.90 | * |
| MARY JO ZACHOW | 235 PARK CREST DR | | THIENSVILLE | WI | 53092-1758 | K35960 | 66.90 | * |
| MARY JOANNE BROWN | 1231 CROSS CREEK RD | | BURGETTSTOWN | PA | 15021-2401 | K43391 | 66.90 | * |
| MARY JOANNE KOETTING | 936 WYNSTAY CIR | | VALLEY PARK | MO | 63088-1444 | K39978 | 66.90 | * |
| MARY JOHANSSON | 52 MISSIONARY RD #26 | | CROMWELL | CT | 06416-2170 | K29003 | 66.90 | * |
| MARY JOLING | 841 WASHINGTON ST | | WISCONSIN RAP | WI | 54494-3539 | K46512 | 66.90 | * |
| MARY JUDE | 1402 SHORE RD | | LAMOINE | ME | 04605-4630 | K30855 | 66.90 | * |
| MARY JUDITH [JUDY] KUC | 86 WHITE PINE DR | | COLTS NECK | NJ | 07722-1531 | K31937 | 66.90 | * |
| MARY JUNE PACKER | 3712 CHANNEL VIEW PT | | MUSKEGON | MI | 49441-6429 | K35306 | 66.90 | * |
| MARY K ADAMS | 59 1300TH ST | | CHANUTE | KS | 66720-5393 | K26247 | 66.90 | * |
| MARY K GREGORY | 268 WOODEND RD | | BONNER SPRING | KS | 66012-1390 | K31328 | 66.90 | * |
| MARY K HUMPHREY | 366 PASADENA AVE | | COLUMBUS | OH | 43228-6114 | K25601 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY K MASTY | 9682 OHIO PL | | BOCA RATON | FL | 33434-2306 | K42364 | 66.90 | * |
| MARY K NELSON | 5801G N PULASKI RD # 215-W | | CHICAGO | IL | 60646-6055 | K51899 | 66.90 | * |
| MARY K VANDEN BERGE | 21100 STATE ST SPC 318 | | SAN JACINTO | CA | 92583-8318 | K31269 | 66.90 | * |
| MARY KATHERINE RAGLOW | 215 WARNER ST | | WALBRIDGE | OH | 43465-1135 | K43069 | 66.90 | * |
| MARY KATHERINE SIMON | 32 S TURBOT AVE OFC | | MILTON | PA | 17847-2498 | K22381 | 66.90 | * |
| MARY KATHRYN [KATHY] SPOTTS | 8660 SC HIGHWAY 395 | | NEWBERRY | SC | 29108-7133 | K30612 | 66.90 | * |
| MARY KATHRYN GROGG | 1607 OSCEOLA ST | | JOHNSON CITY | TN | 37604-7117 | K24220 | 66.90 | * |
| MARY KAY DECKER | 3801 AFTON BRAE DR | | ANNISTON | AL | 36207-6468 | K60660 | 66.90 | * |
| MARY KAY FELLER | 5072 JAMES HILL RD | | DAYTON | OH | 45429-5440 | K40936 | 66.90 | * |
| MARY KAY KENT | 8250 76TH ST S | | COTTAGE GROVE | MN | 55016-2007 | K55055 | 66.90 | * |
| MARY KAY LARSEN | 1259 S HILL DR | | WATERLOO | IA | 50701-5046 | K56054 | 66.90 | * |
| MARY KAY MARTIN | 1327 OAK ST APT A | | SANTA MONICA | CA | 90405-4728 | K58789 | 66.90 | * |
| MARY KAY PROCTOR | 26427 S LAKEVIEW DR | | SUN LAKES | AZ | 85248-6954 | K25663 | 66.90 | * |
| MARY KAY WESTEMEIER | 375 SHERIDAN RD | | WATERLOO | IA | 50701-4023 | K54766 | 66.90 | * |
| MARY KAYE HUNTEMAN | 3411 BRECKENRIDGE DR | | RICHMOND | IN | 47374-8304 | K46084 | 66.90 | * |
| MARY KAYE TOLEN | 201 HANOVER RD | | EVANSVILLE | IN | 47710-4211 | K24140 | 66.90 | * |
| MARY KELLEHER | 4 ASPEN CT | | ALBANY | NY | 12203-5354 | K20466 | 66.90 | * |
| MARY KISH | 425 FREMONT CT | | BERRYVILLE | VA | 22611-1441 | K61418 | 66.90 | * |
| MARY KLINE | 1015 KERR DR SW | | AIKEN | SC | 29803-5396 | K32460 | 66.90 | * |
| MARY KOEHLER | PO BOX 367 | | FISH CREEK | WI | 54212-0367 | K43257 | 66.90 | * |
| MARY KRATOCHVIL | 4203 ELM AVE | | BROOKFIELD | IL | 60513-1903 | K45969 | 66.90 | * |
| MARY KYLE | 336 HEPBURN ST | | MILTON | PA | 17847-2414 | K16348 | 66.90 | * |
| MARY L GEORGE | 24199 W MAIN ST | | COLUMBUS | NJ | 08022-1916 | K14316 | 66.90 | * |
| MARY L HUDSON | 4500 HILLSBORO AVE N | | NEW HOPE | MN | 55428-4753 | K42412 | 66.90 | * |
| MARY L JONES | 1713 IRMA ST | | CHARLOTTE | NC | 28216-4815 | K13257 | 66.90 | * |
| MARY L MARTIN | 251 W HOMEWAY LOOP | | CITRUS SPGS | FL | 34434-8109 | K30454 | 66.90 | * |
| MARY L NEAL | 12961 FILMORE ST | | PACOIMA | CA | 91331-1834 | V99518 | 66.90 | * |
| MARY L OLSON | 1075 PARK AVE | | NEW YORK | NY | 10128-1003 | K59834 | 66.90 | * |
| MARY L SEXTON | 2651 CASTLE PL | | LA CROSSE | WI | 54601-6493 | K28569 | 66.90 | * |
| MARY L SPRINKMAN | 7417 N LONGACRE RD | | FOX POINT | WI | 53217-3541 | K36286 | 66.90 | * |
| MARY L TAYLOR | 900 HAYES RD APT C8 | | GAYLORD | MI | 49735-7347 | K46355 | 66.90 | * |
| MARY L TUCKER | 531 BELMONTE PARK N APT 111 | | DAYTON | OH | 45405-4707 | K59921 | 66.90 | * |
| MARY L YAHNKE | 28595 HORSESHOE LN | | GRAVOIS MILLS | MO | 65037-4013 | K51463 | 66.90 | * |
| MARY LAMAR | 510 OZARK TRL | | MADISON | WI | 53705-2539 | K55657 | 66.90 | * |
| MARY LANDWEHR | 3509 ARGYLE RD | | KEOKUK | IA | 52632-9753 | K15748 | 66.90 | * |
| MARY LANSING | 214 COLUMBIA TPKE | | RENSSELAER | NY | 12144-4130 | K23218 | 66.90 | * |
| MARY LAPE | 6792 KERN DR | | CINCINNATI | OH | 45247-3386 | K38875 | 66.90 | * |
| MARY LASHWAY | 53-567 KAMEHAMEHA HWY APT 21 | | HAUULA | HI | 96717-9677 | K17906 | 66.90 | * |
| MARY LASOTA | 162 ALOE CT | | RICHLAND | WA | 99352-8615 | K55132 | 66.90 | * |
| MARY LEANN BENNETT | 3720 TAMARAK DR | | SPRINGFIELD | IL | 62712-8956 | K47444 | 66.90 | * |
| MARY LEE TOOLE | 2002 MAGNOLIA PKWY | | GROVETOWN | GA | 30813-3087 | K20032 | 66.90 | * |
| MARY LEWIS | 23731 S FRONTAGE RD | | CHANNAHON | IL | 60410-3131 | K56356 | 66.90 | * |
| MARY LILJEHULT | 3456 STEPHEN LN | | WANTAGH | NY | 11793-3106 | K38583 | 66.90 | * |
| MARY LINDA HAHN | 152 EDINBURG RD | | TRENTON | NJ | 08619-1712 | K30298 | 66.90 | * |
| MARY LINDEMAN | 661 N PRESTON TRL | | WICHITA | KS | 67230-1525 | K32401 | 66.90 | * |
| MARY LITTLE | 2589 N LIGHTWOOD AVE | | BETHEL PARK | PA | 15102-2050 | K60493 | 66.90 | * |
| MARY LOIS SCOTT | 1935 NW 13TH ST | | OKLAHOMA CITY | OK | 73106-2009 | K62583 | 66.90 | * |
| MARY LOU AUER | 3576 SW WILLOW BROOK DR | | TOPEKA | KS | 66614-3865 | K48918 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY LOU BAUM RN | 16 SUMMERWOOD | | ALISO VIEJO | CA | 92656-1437 | K36893 | 66.90 | * |
| MARY LOU BONAGURO | 11 MATTHEWS CT | | BROOKLYN | NY | 11218-4309 | K48494 | 66.90 | * |
| MARY LOU BRILES | 1015 LUSTER LN | | DES MOINES | IA | 50315-6622 | K21804 | 66.90 | * |
| MARY LOU BURNELL | PO BOX 76 | | SPRAGUE | MB | R0A 1Z0 | K18972 | 66.90 | * |
| MARY LOU CAPPS | 114 E MEADOWBROOK DR | | CHATTANOOGA | TN | 37415-2826 | K37343 | 66.90 | * |
| MARY LOU CLARK | 19 BON AIRE LN | | RICHMOND | IN | 47374-1921 | K23742 | 66.90 | * |
| MARY LOU CONN | 3208 N BIGELOW ST | | PEORIA | IL | 61604-1630 | K51186 | 66.90 | * |
| MARY LOU COXON | 7533 STONE RIDGE RD | | ORR | MN | 55771-8481 | K45725 | 66.90 | * |
| MARY LOU CULKIN | 101 WILLOW LN | | VALLEY STREAM | NY | 11580-7013 | K49022 | 66.90 | * |
| MARY LOU DAVIS | 684 DUNDEE CT | | WENTZVILLE | MO | 63385-2858 | K21154 | 66.90 | * |
| MARY LOU DICKERSON | 13 AMELIA DR | | SCHENECTADY | NY | 12309-3201 | K20252 | 66.90 | * |
| MARY LOU DUGAN | 411 W NEVILLE ST | | WOOLSTOCK | IA | 50599-8046 | K54740 | 66.90 | * |
| MARY LOU GARLAND | 1060 ARGYLL WOODS | | DANVILLE | KY | 40422-2715 | V98864 | 66.90 | * |
| MARY LOU GREENHOE | 1133 YEOMANS ST LOT 133 | | IONIA | MI | 48846-1962 | K48245 | 66.90 | * |
| MARY LOU HAMMER | 16500 WATERGAP RD | | WILLIAMS | OR | 97544-9564 | K42339 | 66.90 | * |
| MARY LOU HASTINGS | 1421 S KING CT | | DENVER | CO | 80219-3956 | K48547 | 66.90 | * |
| MARY LOU JENNINGS | 620 E VISTA AVE | | PHOENIX | AZ | 85020-4062 | K43930 | 66.90 | * |
| MARY LOU KOGER HUFFMAN | 6628 TWELVE OAKS DR | | ANDERSON | IN | 46013-9671 | K49416 | 66.90 | * |
| MARY LOU LAUER | 3802 W WESTPORT ST | | WICHITA | KS | 67203-1423 | K29542 | 66.90 | * |
| MARY LOU NEWCOMB | 340 HOUK RD | | LOUDON | TN | 37774-6284 | K12598 | 66.90 | * |
| MARY LOU O'BRIEN | 50 PLAZA ST E APT 8C | | BROOKLYN | NY | 11238-5004 | K48953 | 66.90 | * |
| MARY LOU ONOFRIO | 1101 SERENADE LN | | RICHARDSON | TX | 75081-4445 | K28571 | 66.90 | * |
| MARY LOU RICHMOND | 9851 W ORAIBI DR | | PEORIA | AZ | 85382-4106 | K48787 | 66.90 | * |
| MARY LOU ROGERS | 2309 MEADOW RIDGE CT | | WHEELERSBURG | OH | 45694-9078 | K52094 | 66.90 | * |
| MARY LOU RUPPRECHT | 2435 WHISPER WALK DR | | SPRING HILL | FL | 34604-7245 | K43343 | 66.90 | * |
| MARY LOU SAVAGE | 613 ARCHER ST | | MCKEESPORT | PA | 15132-3610 | K61530 | 66.90 | * |
| MARY LOU SEGER | 55 PINEHURST AVE | | ALBANY | NY | 12203-2507 | K21735 | 66.90 | * |
| MARY LOU SIEMENS | 5020 N BELLAIRE AVE | | KANSAS CITY | MO | 64119-3827 | K32339 | 66.90 | * |
| MARY LOU SMITH | 5722 GONDOLIER DR | | NEW BERN | NC | 28560-9005 | K38977 | 66.90 | * |
| MARY LOU STAHL | 211 ARAPAHOE CT | | JUNCTION CITY | KS | 66441-8837 | K48127 | 66.90 | * |
| MARY LOU TREVINO | 1551 W 4270 S | | SALT LAKE CIT | UT | 84123-2243 | K17602 | 66.90 | * |
| MARY LOU ZELAZNY | 1065 CLIFFVIEW DR | | EASTLAKE | OH | 44095-2359 | K43873 | 66.90 | * |
| MARY LOUISA [POLLY] PINNEY | 12108 LAKEWOOD CT | | FORT MYERS | FL | 33908-2833 | K36019 | 66.90 | * |
| MARY LOUISE BUDA | 11736 MEREDITH AVE | | OMAHA | NE | 68164-2226 | K34637 | 66.90 | * |
| MARY LOUISE CESTONE | 46 MAPLETREE RD | | TOMS RIVER | NJ | 08753-5237 | K49113 | 66.90 | * |
| MARY LOUISE COBOURN | 1514 BRANDYWINE BLVD | | WILMINGTON | DE | 19809-2212 | K49383 | 66.90 | * |
| MARY LOUISE GESUALDI | 1419 WILSON AVE | | BRISTOL | PA | 19007-4213 | K24663 | 66.90 | * |
| MARY LOUISE PICKERING | 3454 CYPRESS GROVE DR | | EUSTIS | FL | 32736-2506 | K49152 | 66.90 | * |
| MARY LOUISE POLI | 33 QUAIL CT | | MANORVILLE | NY | 11949-2602 | K41004 | 66.90 | * |
| MARY LOUISE PRATT | 12 CORNELIA DR | | WALLINGFORD | CT | 06492-2862 | K25681 | 66.90 | * |
| MARY LOUISE WILSON-GRIMM | 3616 KENNESAW PL | | MELBOURNE | FL | 32934-2903 | K57025 | 66.90 | * |
| MARY LOUISE YOUNG | PO BOX 284 | | MAYETTA | KS | 66509-0284 | K46263 | 66.90 | * |
| MARY LOURDES OLIVER-SLOAN | 1800 MILL RD APT T353 WEST | | BOOTHWYN | PA | 19061-2559 | K32008 | 66.90 | * |
| MARY LU WETMORE | 2601 HAVELOCK CT | | STEILACOOM | WA | 98388-4018 | K27211 | 66.90 | * |
| MARY LUBRANO | PO BOX 460 | | GRAMERCY | LA | 70052-0460 | K53443 | 66.90 | * |
| MARY LUCILLE DONDERO | 769 BRETTINGHAM CT | | WEST CHESTER | PA | 19382-1813 | K50221 | 66.90 | * |
| MARY LYN [LYN] O'BRYAN | 228 CIRCLE DR | | WICHITA | KS | 67218-1208 | K32779 | 66.90 | * |
| MARY LYNN JERNIGAN | 150 QUINCY RD | | CHEYENNE | WY | 82009-4126 | K42670 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY LYNN JOHNSON | 8811 FERNDALE RD | | LOUISVILLE | KY | 40291-2629 | K36434 | 66.90 | * |
| MARY LYNN SHENDAL | 1303 TURTLE CV | | MANCHESTER | MO | 63011-4272 | K44340 | 66.90 | * |
| MARY LYNNE CHASE | 847 WOODLAND AVE | | SCHENECTADY | NY | 12309-6114 | V98857 | 66.90 | * |
| MARY LYNNE SCHMITT | 516 W STRATFORD DR | | PEORIA | IL | 61614-7250 | K48065 | 66.90 | * |
| MARY M BARGERSTOCK | 8520 ROBERT ST | | TAYLOR | MI | 48180-2382 | K60253 | 66.90 | * |
| MARY M BLOOM | 636 SHERIDAN RD APT 2D | | HIGHWOOD | IL | 60040-1013 | K51813 | 66.90 | * |
| MARY M GIBSON | 12604 EARLY RUN LN | | RIVERVIEW | FL | 33578-3324 | K26780 | 66.90 | * |
| MARY M KERR | 132 COOLIDGE AVE | | PARLIN | NJ | 08859-1545 | K32384 | 66.90 | * |
| MARY M LYONS | 761 HAVENWOOD DR | | DALLAS | TX | 75232-4317 | K23087 | 66.90 | * |
| MARY M REICHERT | 508 ACORN CT W | | NEW HOPE | PA | 18938-1545 | K24189 | 66.90 | * |
| MARY M SEEDLOCK | 1627 EDINBURGH DR | | TUCKER | GA | 30084-8310 | K22830 | 66.90 | * |
| MARY M SMITH | 4177 E MAIN ST | | BELLEVILLE | PA | 17004-9219 | K35648 | 66.90 | * |
| MARY MAHONY | 50 KAREMARK DR | | BURLINGTON | NJ | 08016-4148 | K36108 | 66.90 | * |
| MARY MAJKOWSKI | 17 RHODE ST | | SAYREVILLE | NJ | 08872-1359 | K31703 | 66.90 | * |
| MARY MARGARET RUDOLPH | 4963 SLABTOWN RD | | LIMA | OH | 45807-9525 | K47837 | 66.90 | * |
| MARY MARGARET TRAVERSE | 2172 CRANSTON RD | | UNIVERSITY HE | OH | 44118-3031 | K50469 | 66.90 | * |
| MARY MARGARET YOUNG | 10653 NE 150TH ST | | CASSODAY | KS | 66842-9073 | K49817 | 66.90 | * |
| MARY MARIE SATTERLEE | 3600 E CLARENDON AVE | | PHOENIX | AZ | 85018-5119 | K23502 | 66.90 | * |
| MARY MARTENS | 1379 N 14TH ST | | FORT DODGE | IA | 50501-7531 | K54881 | 66.90 | * |
| MARY MC CAFFERTY | 7609 BLACKSHEAR DR | | DAYTON | OH | 45424-2120 | K48984 | 66.90 | * |
| MARY MCALPIN | 146 SPENCER AVE | | LYNBROOK | NY | 11563-3410 | K43763 | 66.90 | * |
| MARY MCBRIDE | 8168 BIRCH ST | | WINDSOR | CA | 95492-9473 | K20326 | 66.90 | * |
| MARY MCCALL | 303 CHOATE ST | | PORTSMOUTH | VA | 23707-4569 | K15126 | 66.90 | * |
| MARY MCWILLIAMS | 90 BEACHHURST DR | | NORTH CAPE MA | NJ | 08204-3370 | K33199 | 66.90 | * |
| MARY MEACHUM HEGARTY | 231 WILD CHERRY LN | | NORTHUMBERLND | PA | 17857-9681 | K16351 | 66.90 | * |
| MARY MICHAEL [MIKE] MADISON | 831 N WESTVIEW DR | | DERBY | KS | 67037-1856 | K31093 | 66.90 | * |
| MARY MIELNIK | 118 MONTROSE AVE | | IOWA CITY | IA | 52245-3326 | K58035 | 66.90 | * |
| MARY MILLER | 2635 N GUNNELL RD | | EATON RAPIDS | MI | 48827-9342 | K42952 | 66.90 | * |
| MARY MILLS | 104 NAVAHO DR | | KEOKUK | IA | 52632-2023 | K16782 | 66.90 | * |
| MARY MOORE | 8842 SHELLFLOWER DR | | SOUTHAVEN | MS | 38671-5377 | K51863 | 66.90 | * |
| MARY MOORE | 13490 SYCAMORE ST | | SOUTHGATE | MI | 48195-1342 | K60184 | 66.90 | * |
| MARY MORRIS | 43000 12 OAKS CRESCENT DR AP | | NOVI | MI | 48377-3428 | K58678 | 66.90 | * |
| MARY MOST | 3511 N OAKLEY AVE | | CHICAGO | IL | 60618-6023 | K54455 | 66.90 | * |
| MARY MOUGIN | 3122 500TH ST SW | | RIVERSIDE | IA | 52327-9791 | K57281 | 66.90 | * |
| MARY MOULTON | 975 BULL CREEK RD | | GRANTS PASS | OR | 97527-7516 | K39056 | 66.90 | * |
| MARY MUNSTEREIFEL | 8013 SHIRLEY ST | | METAIRIE | LA | 70003-6539 | K54274 | 66.90 | * |
| MARY MURCHIE | 45 PEMBERTON AVE APT C9 | | JAMESTOWN | RI | 02835-1443 | K28143 | 66.90 | * |
| MARY MUSOLF | 2403 LAUREL DR | | CINNAMINSON | NJ | 08077-3828 | K36541 | 66.90 | * |
| MARY NAHAN | 7606 SALEM RD | | FALLS CHURCH | VA | 22043-3210 | K30268 | 66.90 | * |
| MARY NAHIKIAN | 200 GLEN EDDY DR | | NISKAYUNA | NY | 12309-4967 | K21552 | 66.90 | * |
| MARY NAKAYAMA | 1425 LUNETA DR | | DEL MAR | CA | 92014-2535 | K15468 | 66.90 | * |
| MARY NANCY ADAMS | 417 SPRINGVIEW LN | | NASHVILLE | TN | 37214-3016 | K44925 | 66.90 | * |
| MARY NAPPI | 244 DAVID ST | | SOUTH AMBOY | NJ | 08879-1712 | K29647 | 66.90 | * |
| MARY NELL STRAUTMAN | 28487 NEVADA AVE | | WARSAW | MO | 65355-5568 | K30899 | 66.90 | * |
| MARY NIZZI | 1328 ROSE AVE | | DES MOINES | IA | 50315-3022 | K21288 | 66.90 | * |
| MARY NUNES | 5 INDIANA CT APT B | | MATAWAN | NJ | 07747-4464 | K35746 | 66.90 | * |
| MARY O'CONNOR | 265 VALLEY STREAM LN | | CHESTERBROOK | PA | 19087-5861 | K40291 | 66.90 | * |
| MARY OEFF | 10987 WINDJAMMER DR N | | INDIANAPOLIS | IN | 46256-9672 | K30496 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY O'MALLEY | 46 WEBSTER ST | | NEWPORT | RI | 02840-4031 | K27043 | 66.90 | * |
| MARY ORRIN | 2574 DOVILLE RANCH RD | | FALLBROOK | CA | 92028-9138 | K28270 | 66.90 | * |
| MARY PADILLA | 359 JUDY DR | | AMES | IA | 50010-9246 | K53479 | 66.90 | * |
| MARY PAGE | 2219 N NEWBERRY ST | | DERBY | KS | 67037-2366 | K30428 | 66.90 | * |
| MARY PARISH | 3637 JACKSON ST | | SHREVEPORT | LA | 71109-4105 | K18036 | 66.90 | * |
| MARY PARKER | 327 N 10TH ST APT 12 | | RICHMOND | IN | 47374-3184 | K25194 | 66.90 | * |
| MARY PARRIOTT | 2141 W SHANNON ST | | CHANDLER | AZ | 85224-6978 | K54573 | 66.90 | * |
| MARY PAT BUTTERFIELD | 4 BROADWAY APT G03 | | ROCKPORT | MA | 01966-1519 | K43765 | 66.90 | * |
| MARY PAT MCKENDRY | 17006 CROCHERON AVE APT 2B | | FLUSHING | NY | 11358-2217 | K37353 | 66.90 | * |
| MARY PAT WALSH | 500 N MANOA RD | | HAVERTOWN | PA | 19083-3517 | K49676 | 66.90 | * |
| MARY PAUL HARTMAN | 506 SANDHURST DR | | PETERSBURG | VA | 23805-7843 | K22515 | 66.90 | * |
| MARY PAULETTE GIBSON | 373 SUNDOWN WAY | | STONE MOUNTAI | GA | 30087-6164 | K52990 | 66.90 | * |
| MARY PECK | 4970 IRON HORSE TRL | | COLORADO SPRI | CO | 80917-1152 | K55486 | 66.90 | * |
| MARY PEPIOT | 80 ELMWOOD DR | | VERSAILLES | OH | 45380-9562 | K31574 | 66.90 | * |
| MARY PETERSEN | 34 N WINDSOR CIR | | STORM LAKE | IA | 50588-2061 | K13814 | 66.90 | * |
| MARY PFRUENDER | 5059 MARLOWE AVE SE | | GRAND RAPIDS | MI | 49548-7655 | K18790 | 66.90 | * |
| MARY PIERCE | 11535 WINDRIDGE DR | | PICKERINGTON | OH | 43147-9140 | K51533 | 66.90 | * |
| MARY PIFER | 109 PALMETTO LN | | LARGO | FL | 33770-2624 | K57240 | 66.90 | * |
| MARY PORTER | 1332 RAMBLEWOOD TRL | | CLEVELAND | OH | 44121-4071 | K43365 | 66.90 | * |
| MARY R P GAINES | 1411 QUIET CT | | PORTSMOUTH | VA | 23701-3617 | K12666 | 66.90 | * |
| MARY R VECERA | 18 N 20TH ST | | RICHMOND | IN | 47374-3430 | K26285 | 66.90 | * |
| MARY RAUSCH | 1155 215TH ST | | CLEARWATER | MN | 55320-1221 | K25938 | 66.90 | * |
| MARY RAUTER | 358 SHADOW CREEK DR | | BRENTWOOD | TN | 37027-7869 | K35200 | 66.90 | * |
| MARY RAVENSCROFT | 1809 W 5TH ST APT 3 | | STORM LAKE | IA | 50588-3044 | K53716 | 66.90 | * |
| MARY RAYMOND | 2823 COVENTRY WAY | | SARASOTA | FL | 34231-6925 | K27549 | 66.90 | * |
| MARY REED | 306 E 19TH ST | | SPENCER | IA | 51301-2339 | K54070 | 66.90 | * |
| MARY REGAN | 291 SUNSET RD | | STRAFFORD | PA | 19087-2438 | K38035 | 66.90 | * |
| MARY RICHARDSON | 3831 NW 7TH ST | | FORT LAUDERDA | FL | 33311-6313 | K44153 | 66.90 | * |
| MARY RIDGLEY | 3729 SCOFIELD ST | | METAIRIE | LA | 70002-1508 | K52981 | 66.90 | * |
| MARY RILEY | 1210 OAKLAND AVE | | JOLIET | IL | 60435-4245 | K50569 | 66.90 | * |
| MARY RITA MERSMANN | 8702 MICHAEL EDWARD DR | | LOUISVILLE | KY | 40291-1525 | K32645 | 66.90 | * |
| MARY RODDEN | 1175 BOWLING GREEN DR | | CLOVER | SC | 29710-9635 | K60284 | 66.90 | * |
| MARY ROOT | 3419 41ST ST | | MOLINE | IL | 61265-7838 | K59531 | 66.90 | * |
| MARY ROSBOROUGH | 3215 SILVER SPRINGS DR | | LA PORTE | TX | 77571-6935 | K54024 | 66.90 | * |
| MARY ROSE LUEDTKE | 636 AVENIDA SEVILLA UNIT Q | | LAGUNA HILLS | CA | 92637-4511 | K51988 | 66.90 | * |
| MARY ROSS | 9105 FORTUNA DR APT 8410 | | MERCER ISLAND | WA | 98040-3175 | K52049 | 66.90 | * |
| MARY RUPERTUS | 31 SEELEY RD | | BRIDGETON | NJ | 08302-9423 | K41777 | 66.90 | * |
| MARY RUTH JONES | 3845 E SANDALWOOD AVE | | TERRE HAUTE | IN | 47805-1385 | K44539 | 66.90 | * |
| MARY RUTH KRAFT | 17413 N 2000 EAST RD | | NORMAL | IL | 61761-9308 | K46778 | 66.90 | * |
| MARY S FREDERICK | 2525 COUNTY LINE RD TRLR 215 | | DES MOINES | IA | 50321-3355 | K21629 | 66.90 | * |
| MARY SAFEWRIGHT | 4708 COLONIAL HARBOR DR | | LOUISVILLE | TN | 37777-3045 | K50013 | 66.90 | * |
| MARY SAITTA | 3162 ROYAL BIRKDALE WAY | | PORT ORANGE | FL | 32128-6807 | K37253 | 66.90 | * |
| MARY SALMON | 10 HOBCAW LN | | SAVANNAH | GA | 31411-2508 | K38287 | 66.90 | * |
| MARY SANCHEZ | 1296 WEIZEN DR | | SPARKS | NV | 89441-4871 | K23040 | 66.90 | * |
| MARY SCAFFIDO | 4605 N 135TH ST | | BROOKFIELD | WI | 53005-1208 | K42708 | 66.90 | * |
| MARY SCHREIFELS | 1001 38TH AVE N | | SAINT CLOUD | MN | 56303-2158 | K19356 | 66.90 | * |
| MARY SCHWALLER | W8204 STATE ROAD 67 | | PLYMOUTH | WI | 53073-3708 | K50781 | 66.90 | * |
| MARY SCUDELLARI | 1405 APPLETON WAY | | WHIPPANY | NJ | 07981-1770 | K39721 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MARY SEIDEL | 54 W MAIN ST | | GREENWICH | OH | 44837-1031 | K50888 | 66.90 | * |
| MARY SHAW | 444 W OVERLOOK MOUNTAIN RD | | BUDA | TX | 78610-3013 | K55011 | 66.90 | * |
| MARY SIEMS | 2669 BLAZING STAR DR | | IOWA CITY | IA | 52240-6845 | K58293 | 66.90 | * |
| MARY SILVIA | 87 GIRARD AVE APT 309 | | NEWPORT | RI | 02840-1160 | K24978 | 66.90 | * |
| MARY SIMKINS | 1804 N MAIN ST | | GREENVILLE | SC | 29609-4729 | K31800 | 66.90 | * |
| MARY SMITH | 9027 VINEWOOD LN N | | MAPLE GROVE | MN | 55369-9594 | K44013 | 66.90 | * |
| MARY SNYDER | 1441 6530 RD | | MONTROSE | CO | 81401-8872 | K17212 | 66.90 | * |
| MARY STAHLE | 3017 PEACEFUL DR | | RIVERSIDE | IA | 52327-9201 | K61465 | 66.90 | * |
| MARY STELLA CRONBERGER | 3574 CREEKSTONE WAY | | WAKE FOREST | NC | 27587-8380 | K56650 | 66.90 | * |
| MARY STEWART | 12 ROWE CT | | BOSTON | MA | 02131-4310 | K14587 | 66.90 | * |
| MARY STIBOREK | 1407 E DOVE RD | | SOUTHLAKE | TX | 76092-3906 | K27373 | 66.90 | * |
| MARY STINES | 680 58TH PL | | WEST DES MOIN | IA | 50266-6007 | K26689 | 66.90 | * |
| MARY STOCKARD | 14960 WAX MYRTLE AVE | | BATON ROUGE | LA | 70817-4620 | K57959 | 66.90 | * |
| MARY STOCKINGER | 54 WASHINGTON CT | | PALM HARBOR | FL | 34684-1456 | K37070 | 66.90 | * |
| MARY STROMAN | PO BOX 3295 | | SAINT AUGUSTI | FL | 32085-3295 | K42256 | 66.90 | * |
| MARY STUART FORMAN | 4511 220TH PL | | BAYSIDE | NY | 11361-3648 | K61904 | 66.90 | * |
| MARY SUE FELDMANN | 12205 W UNDERWOOD PKWY | | WAUWATOSA | WI | 53226-3645 | K47732 | 66.90 | * |
| MARY SUE PUHATCH | 2308 CLINTON ST | | MUNHALL | PA | 15120-2643 | K60987 | 66.90 | * |
| MARY SUE SHANNON | 5458 HIGHWAY 822 | | DUBACH | LA | 71235-3548 | K62912 | 66.90 | * |
| MARY SUE WINNEKE | 720 GRAND AVE | | LEAVENWORTH | KS | 66048-2320 | K32489 | 66.90 | * |
| MARY SUMERISKI | 4 RUGBY ST | | BROWNS MILLS | NJ | 08015-2006 | K49197 | 66.90 | * |
| MARY SUMMERS | 9 PHEASANT RUN | | VOORHEESVILLE | NY | 12186-9674 | K21463 | 66.90 | * |
| MARY SUTCH | 116 STURGIS ST N | | MANKATO | MN | 56001-1818 | K20013 | 66.90 | * |
| MARY SVOBODA | 118 TINKERS TRL | | CHARDON | OH | 44024-2801 | K44509 | 66.90 | * |
| MARY SWIERSZ | 1872 WILLOW CIRCLE DR | | CREST HILL | IL | 60403-2092 | K49764 | 66.90 | * |
| MARY T DEMOS | 80 LOCUST LN | | NEEDHAM | MA | 02492-1014 | K13911 | 66.90 | * |
| MARY T HOYT | PO BOX 476 | | JARRELL | TX | 76537-0476 | K32585 | 66.90 | * |
| MARY T. SULLO | 115D REVERE ST | | CANTON | MA | 02021-2954 | K14120 | 66.90 | * |
| MARY TAEGER | 13803 BEAVERDALE RD | | WEST BURLINGT | IA | 52655-8570 | K15541 | 66.90 | * |
| MARY TERESE LARET | 3304 QUENTIN DR | | YOUNGSTOWN | OH | 44511-1206 | K43860 | 66.90 | * |
| MARY TERESE YOSTPILLE | 1610 WOODLEDGE CIR | | STATE COLLEGE | PA | 16803-1874 | K41843 | 66.90 | * |
| MARY THERESA YOUNG | 3 SHEFFIELD AVE | | NEWPORT | RI | 02840-1617 | K27323 | 66.90 | * |
| MARY THRASHER | 6819 JONATHAN AVE | | CYPRESS | CA | 90630-4923 | K28991 | 66.90 | * |
| MARY TILTON | 804 SOUTH ST | | POINT PLEASAN | NJ | 08742-4547 | K29591 | 66.90 | * |
| MARY TINDALL | 20168 HIGHWAY 3 | | AKRON | IA | 51001-8732 | K55832 | 66.90 | * |
| MARY V DE BLASE | 3700 N BERNARD ST | | CHICAGO | IL | 60618-4207 | K57001 | 66.90 | * |
| MARY V MCCALL | 303 CHOATE ST | | PORTSMOUTH | VA | 23707-4569 | K13262 | 66.90 | * |
| MARY V SOUZA | 152 MAPLE AVE | | MIDDLETOWN | RI | 02842-4859 | K24636 | 66.90 | * |
| MARY VANICE BARNETT | 700 W 3RD ST | | ROANOKE RAPID | NC | 27870-1624 | K22047 | 66.90 | * |
| MARY VERHOVEK | 41399 HAGLEY PL | | LEESBURG | VA | 20175-8601 | K18520 | 66.90 | * |
| MARY VORMITTAG | 150 DOGWOOD PL | | LYNCHBURG | VA | 24502-4586 | K36930 | 66.90 | * |
| MARY WALKER | 2822 S WEXLEY RD | | BLOOMINGTON | IN | 47401-4362 | K52428 | 66.90 | * |
| MARY WHITE | 11190 LLOYD ST NW | | CANAL FULTON | OH | 44614-9604 | K51183 | 66.90 | * |
| MARY WILKINS | 3530 DAMIEN AVE SPC 153 | | LA VERNE | CA | 91750-3213 | K52168 | 66.90 | * |
| MARY WILLIAMS | 1604 CRYSTAL LAKE DR | | PORTSMOUTH | VA | 23701-3632 | K13700 | 66.90 | * |
| MARY WILLIAMS | 353 LOOMIS AVE | | FORT DODGE | IA | 50501-2416 | K15319 | 66.90 | * |
| MARY WILLIAMS | 5811 BRIGADE LN APT 212 | | INDIANAPOLIS | IN | 46216-2199 | K25122 | 66.90 | * |
| MARY WYNN | 229 CEDAR RIDGE CIR | | SAINT AUGUSTI | FL | 32080-6575 | K28341 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MARY ZACK | 1510 TAYLOR AVE | | HOOD RIVER | OR | 97031-1559 | K30970 | 66.90 | * |
| MARY ZUPAN | 6539 MENTOR PARK BLVD | | MENTOR | OH | 44060-3725 | K43412 | 66.90 | * |
| MARYALICE DITZLER | 3003 KUMQUAT DR | | EDGEWATER | FL | 32141-6211 | K59283 | 66.90 | * |
| MARYANN BUTTERFIELD | PO BOX 352 | | RIDGECREST | CA | 93556-0352 | K28719 | 66.90 | * |
| MARYANN DOWNIE | 212 CHRISTIAN HILL RD | | BROOKLYN | CT | 06234-2508 | K12365 | 66.90 | * |
| MARYANN DWYER | 125 MAIN ST APT 202 | | STAMFORD | NY | 12167-1150 | K61903 | 66.90 | * |
| MARYANN J HOGAN | 4751 PARSONS BLVD | | FLUSHING | NY | 11355-2328 | K37652 | 66.90 | * |
| MARYANN KOESTNER | 1501 TOLLIS PKWY APT 157 | | BROADVIEW HEI | OH | 44147-1888 | K44091 | 66.90 | * |
| MARYANN LARONGA-EMMETT | 1577 HENRY RD | | WANTAGH | NY | 11793-3121 | K49415 | 66.90 | * |
| MARYANN MC AFEE MNRN | 29132 195TH ST | | LEAVENWORTH | KS | 66048-7655 | K33232 | 66.90 | * |
| MARYANN NOLA | 1906 BIG CYPRESS ST NE | | PALM BAY | FL | 32905-3324 | K60532 | 66.90 | * |
| MARYANN ROSS | 1900 BIRDSEYE CREEK RD | | GOLD HILL | OR | 97525-6762 | K41535 | 66.90 | * |
| MARYANN SUE REEVES | 5582 WHITES BRIDGE RD | | BELDING | MI | 48809-9237 | K34841 | 66.90 | * |
| MARYANN TRAPP | 2230 CHERRY BLOSSOM CT N | | BETHLEHEM | PA | 18020-7808 | K25728 | 66.90 | * |
| MARYANN WHITTEN | 31 MIDDLESEX RD | | MERRIMACK | NH | 03054-2773 | K26160 | 66.90 | * |
| MARYANN WILCOX | 5924 5TH AVE N APT A12 | | SAINT PETERSB | FL | 33710-7067 | K29588 | 66.90 | * |
| MARYANN WRIGHT | RR 2 BOX 150 | | LAWRENCEVILLE | IL | 62439-9674 | K50056 | 66.90 | * |
| MARYANNA KOTTLER | 10407 N BALBOA DR | | SUN CITY | AZ | 85351-4260 | K52005 | 66.90 | * |
| MARYANNE COLAMAIO-BEAMESDERFER | 157 MAIN ST | | STOUCHSBURG | PA | 19567-1633 | K50735 | 66.90 | * |
| MARY-ANNE D'ESPOSITO | 14 BERKSHIRE RD | | HICKSVILLE | NY | 11801-3306 | K37874 | 66.90 | * |
| MARYANNE MCCORMACK | 1303 CAMPBELLRD | | HOUSTON | TX | 77024-5308 | K37880 | 66.90 | * |
| MARYBEL WEAVER | 520 E WARD ST | | VERSAILLES | OH | 45380-1436 | K35852 | 66.90 | * |
| MARYBETH O'CONNOR | 7900 NIEMAN DR | | CINCINNATI | OH | 45224-1216 | K41385 | 66.90 | * |
| MARYBETH RHODESIDE | 4928 WATER GROVE LN | | ELLICOTT CITY | MD | 21043-6620 | K49617 | 66.90 | * |
| MARY-ELLEN CRAMER-RAUP | 19 HOEFER ST | | LATHAM | NY | 12110-4717 | K24183 | 66.90 | * |
| MARYELLEN KELLY | 24 SUGARMAPLE LN | | LEVITTOWN | PA | 19055-2005 | K24409 | 66.90 | * |
| MARYELLEN MOONEY | 42 SE 114TH RD | | WILBURTON | OK | 74578-5528 | K62862 | 66.90 | * |
| MARYJANE BURNS | 802 WILD VIOLET DR | | PITTSBURGH | PA | 15239-2376 | K42510 | 66.90 | * |
| MARYJEAN BUTLER | 938 PENNINGTON ST APT A12 | | ELIZABETH | NJ | 07202-1599 | K24900 | 66.90 | * |
| MARYJEAN MOSER | 1614 NUMBER 10 RD | | NEW COLUMBIA | PA | 17856-9354 | K15728 | 66.90 | * |
| MARYJEAN PENARANDA | 418 S QUEEN ANNE DR | | FAIRLESS HILL | PA | 19030-3023 | K31890 | 66.90 | * |
| MARYJO MOTT | 4337 RIVER GLEN DR | | JOLIET | IL | 60431-8944 | K51155 | 66.90 | * |
| MARYJO VONDERCRONE | 1510 PEACH TREE LN | | HATFIELD | PA | 19440-2113 | K51529 | 66.90 | * |
| MARYLEE A GERVIN | 8419 S SHORE DR | | CLARKSTON | MI | 48348-2675 | K27103 | 66.90 | * |
| MARYLIN LESCHER | 3036 150TH ST | | FLUSHING | NY | 11354-2452 | K36784 | 66.90 | * |
| MARYLOU BRASHLER | 17539 WOODBROOK LN | | LOCKPORT | IL | 60441-5856 | K49329 | 66.90 | * |
| MARYLOU C BORNHORST | 11021 CONOVER RD | | VERSAILLES | OH | 45380-9477 | K33366 | 66.90 | * |
| MARYLOU HEGARTY | 310 BASSWOOD CT | | BELLEVUE | NE | 68005-2004 | K36282 | 66.90 | * |
| MARYLOU I DODD | 207 GAME DR | | MUNROE FALLS | OH | 44262-1703 | K61454 | 66.90 | * |
| MARYLOU RISPOLI | 54 LYNHURST AVE | | STATEN ISLAND | NY | 10305-1809 | K30787 | 66.90 | * |
| MARYLYN HUFFORD | 11811 GERALDINE AVE | | CLEVELAND | OH | 44111-1712 | K43028 | 66.90 | * |
| MARYLYN MEYERSON | 20 W 86TH ST | | NEW YORK | NY | 10024-3604 | K47096 | 66.90 | * |
| MARYLYN WEBER | 635 ARKANSAS CT SE | | RIO RANCHO | NM | 87124-4396 | K34758 | 66.90 | * |
| MARYLYNN MCPHIE | PO BOX 648 | | RINDGE | NH | 03461-0648 | K47798 | 66.90 | * |
| MARY-MARGARET E WARD | 541 RUTLEDGE ST | | JACKSON | MI | 49203-1113 | K45099 | 66.90 | * |
| MARZELLE [SANDY] FERGUSON | 11300 GOLDLEAF LN | | OKLAHOMA CITY | OK | 73131-3259 | K47470 | 66.90 | * |
| MASAKO UMEKUBO | 17016 MERIT AVE | | GARDENA | CA | 90247-5822 | K54690 | 66.90 | * |
| MASON JOHNSON | 12379 CALLE ALBARA APT 1 | | EL CAJON | CA | 92019-4842 | K60464 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| MATHEW RUGGIERI | PO BOX 796 | | CHAMPION | PA | 15622-0796 | K41683 | 66.90 | * |
| MATILDA [TILLIE] MOYER | 283 LAKE CLUB CIR APT A | | HENDERSONVILL | NC | 28792-4874 | K46807 | 66.90 | * |
| MATT D MERCURIO | 6206 FAIRHURST AVE | | CINCINNATI | OH | 45213-1214 | K27455 | 66.90 | * |
| MATT MANGUS | 7415 S COUNTY ROAD 445 W | | REELSVILLE | IN | 46171-9674 | K46179 | 66.90 | * |
| MATT PICCIOLO | 1821 POST RD APT 1D | | NEW BRAUNFELS | TX | 78130-2746 | K51840 | 66.90 | * |
| MATT VERHUEL | 940 14TH ST | | WEST DES MOIN | IA | 50265-3423 | K29962 | 66.90 | * |
| MATTHEW A [MATT] SCHLAPP | 3812 WASHINGTON WOODS DR | | ALEXANDRIA | VA | 22309-2734 | K31146 | 66.90 | * |
| MATTHEW BOHNERT | 811 WACO ST LOT 11 | | EL DORADO | KS | 67042-3371 | K48880 | 66.90 | * |
| MATTHEW COLE | PO BOX 280 | | WILMETTE | IL | 60091-0280 | K58418 | 66.90 | * |
| MATTHEW ENSCH | 1014 BALMORAL DR | | DELAWARE | OH | 43015-7172 | K57175 | 66.90 | * |
| MATTHEW EUGENE DUNN | 200 LAKE TOMACHEECHEE DR | | RINCON | GA | 31326-5123 | K48831 | 66.90 | * |
| MATTHEW FEKETE | 592 LANDER DR | | CLEVELAND | OH | 44143-2039 | K49747 | 66.90 | * |
| MATTHEW GRIZELY | 9377 LANDINGS LN UNIT 205 | | DES PLAINES | IL | 60016-5272 | K51597 | 66.90 | * |
| MATTHEW HEMMELGARN | 13041 MISSISSIPPI RD NW | | ELK RIVER | MN | 55330-1733 | K26776 | 66.90 | * |
| MATTHEW KAMM | 1915 SEMINOLE BLVD LOT 141 | | LARGO | FL | 33778-1348 | K50019 | 66.90 | * |
| MATTHEW LUKETIC | 423 LEMON ST | | MCKEESPORT | PA | 15132-7317 | K61692 | 66.90 | * |
| MATTHEW M STRICKLER | 523 TIMBER LN | | DEVON | PA | 19333-1234 | K39239 | 66.90 | * |
| MATTHEW MOSKOWITZ | 10 MAYFLOWER RD | | FRAMINGHAM | MA | 01701-4239 | K15185 | 66.90 | * |
| MATTHEW PETTI | 7809 CINDY LN | | BETHESDA | MD | 20817-6908 | K16335 | 66.90 | * |
| MATTHEW PRICE | 19 SCHOOLHOUSE PL | | RIDGEFIELD | CT | 06877-1025 | K48075 | 66.90 | * |
| MATTHEW S CARROLL | 44 THURSTON AVE | | NEWPORT | RI | 02840-1762 | K29197 | 66.90 | * |
| MATTHEW VILA | 44 BARRINGTON DR | | WHEELING | WV | 26003-6667 | K12691 | 66.90 | * |
| MATTHEW WILLIAM WITHERS III | 811 GREENFIELD ST | | JOLIET | IL | 60433-2518 | K54661 | 66.90 | * |
| MATTIE CHANCE | 2621 EMBURY DR | | ROCKFORD | IL | 61103-9555 | K52921 | 66.90 | * |
| MATTIE LEE SMITH | 2203 S HIGHWAY 137 | | LAMESA | TX | 79331-5953 | K43704 | 66.90 | * |
| MATTIE MEADOWS | 281 PALMA ST | | NORTH VERSAIL | PA | 15137-1431 | K60947 | 66.90 | * |
| MATTIE NORWOOD | 7310 EASY ST | | CAMP SPRINGS | MD | 20748-4119 | K13263 | 66.90 | * |
| MATTIE REE STREETER | 5 WINTER RIDGE CT | | WINTER HAVEN | FL | 33881-5812 | K39427 | 66.90 | * |
| MAUDE JONES | 1204 W NORFOLK AVE APT 405 | | NORFOLK | NE | 68701-4949 | K56251 | 66.90 | * |
| MAUDE M JOHNS | 405 JACKS CANYON RD APT 233 | | SEDONA | AZ | 86351-7863 | K52359 | 66.90 | * |
| MAUDE STORR | 2001 NW 3RD CT | | FORT LAUDERDA | FL | 33311-8707 | K39420 | 66.90 | * |
| MAUREEN A BEATTY | 2726 OAK TRCE | | BEAVERCREEK | OH | 45431-8572 | K23314 | 66.90 | * |
| MAUREEN ASHARE | 65 ERIC DR | | MIDDLE ISLAND | NY | 11953-2620 | K37368 | 66.90 | * |
| MAUREEN BENNETT | 1271 LAURA LN | | NICEVILLE | FL | 32578-4723 | K36971 | 66.90 | * |
| MAUREEN BROTHERS | 111 E WASHINGTON ST APT 215 | | PAINESVILLE | OH | 44077-3404 | K47275 | 66.90 | * |
| MAUREEN BURIAN-MCLAREN | 135 VALLEY CIR NE | | WARREN | OH | 44484-1084 | K45605 | 66.90 | * |
| MAUREEN C NOLAN | 2402 PALMER AVE | | BRISTOL | PA | 19007-5705 | K33934 | 66.90 | * |
| MAUREEN CAMDEN | 548 S SPOONBILL DR | | SARASOTA | FL | 34236-1820 | K53618 | 66.90 | * |
| MAUREEN COOPER | 252 GREEN ST | | WOODBRIDGE | NJ | 07095-2008 | K29592 | 66.90 | * |
| MAUREEN FERNER | 10355 MAINE DR | | CROWN POINT | IN | 46307-7068 | K57325 | 66.90 | * |
| MAUREEN FIRTH | 4206 74TH TER E | | SARASOTA | FL | 34243-5123 | K37970 | 66.90 | * |
| MAUREEN G DALY | 11775 W 240TH ST | | BELLE PLAINE | MN | 56011-8223 | K43643 | 66.90 | * |
| MAUREEN HAVERT | 3055 75TH AVE SE | | SAINT CLOUD | MN | 56304-9750 | K25695 | 66.90 | * |
| MAUREEN HENDRICKS | 7110 45TH ST | | CHEVY CHASE | MD | 20815-6035 | K10584 | 66.90 | * |
| MAUREEN J CANNON | 4 SOUTH LN | | ENGLEWOOD | CO | 80113-7023 | K35083 | 66.90 | * |
| MAUREEN LETOCHA | 444 RATHTON RD | | YORK | PA | 17403-2866 | K31234 | 66.90 | * |
| MAUREEN LEWIS | 1208 TREMONT DR | | CEDAR PARK | TX | 78613-6708 | V98814 | 66.90 | * |
| MAUREEN LOONAM | 8 PLYMOUTH RD | | DIX HILLS | NY | 11746-7832 | K42142 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| MAUREEN LUGG | 150 W MAPLE ST APT 1012 | | CHICAGO | IL | 60610-2893 | K36739 | 66.90 | * |
| MAUREEN MAGILL | 22 ELOVAR DR | | BROWNDALE | PA | 18421-9523 | K36840 | 66.90 | * |
| MAUREEN MARIE CAHILL | 815 59TH ST | | WEST DES MOIN | IA | 50266-7518 | K55498 | 66.90 | * |
| MAUREEN MC GILL | 23346 SW 55TH WAY APT A | | BOCA RATON | FL | 33433-7381 | K20548 | 66.90 | * |
| MAUREEN MCCARTHY | 362 PACIFIC ST # 2 | | BROOKLYN | NY | 11217-2218 | K53778 | 66.90 | * |
| MAUREEN MCDANIEL | 1154 WINBORN DR | | CHARLESTON | SC | 29412-4834 | V98462 | 66.90 | * |
| MAUREEN MCKEVITT | 138 RAYLINSKI RD | | BALLSTON LAKE | NY | 12019-1120 | K22358 | 66.90 | * |
| MAUREEN MULHALL | 11 MANCHESTER CT | | BERWYN | PA | 19312-1863 | K37354 | 66.90 | * |
| MAUREEN MURRAY | 1 CASTLE HARBOR RD | | HALESITE | NY | 11743-1209 | K38391 | 66.90 | * |
| MAUREEN NAGLE | 29 REEVES AVE | | FARMINGDALE | NY | 11735-1626 | K41719 | 66.90 | * |
| MAUREEN PATRICIA HANSON | 455 TITUS AVE APT 102 | | ROCHESTER | NY | 14617-3546 | K48821 | 66.90 | * |
| MAUREEN QUEALLY | 9 FROST POND RD | | GREENLAWN | NY | 11740-2203 | K39436 | 66.90 | * |
| MAUREEN RAMSEY | 57 SHEFFIELD PL | | SOUTHAMPTON | NJ | 08088-1306 | K22545 | 66.90 | * |
| MAUREEN REHOR | 15454 12TH AVE | | BEECHHURST | NY | 11357-1939 | K42698 | 66.90 | * |
| MAUREEN RIENZO | 11A SATURN BLVD | | HAUPPAUGE | NY | 11788-2608 | K37042 | 66.90 | * |
| MAUREEN RUBEN | 576 CHALETTE DR | | BEVERLY HILLS | CA | 90210-1916 | K41761 | 66.90 | * |
| MAUREEN SCHUMACHER | 11010 BELAIRE DR | | IRWIN | PA | 15642-6329 | K61423 | 66.90 | * |
| MAUREEN THOMAS | 5803 N BANANA RIVER BLVD APT | | CAPE CANAVERA | FL | 32920-3986 | K23183 | 66.90 | * |
| MAUREEN WALSH | 43 LAUREL LEDGE RD | | STAMFORD | CT | 06903-1520 | K18815 | 66.90 | * |
| MAUREEN WELLNER | 9 WATERSEDGE | | GLEN COVE | NY | 11542-1775 | K37416 | 66.90 | * |
| MAUREEN WHEAT | 8901 W 94TH ST | | OVERLAND PARK | KS | 66212-3959 | K20165 | 66.90 | * |
| MAUREEN WITTLER | 738 GIBBS LN | | DOVER | OH | 44622-1246 | K25399 | 66.90 | * |
| MAUREEN YOUNG | 84-1389 MAUNAOLU ST | | WAIANAE | HI | 96792-4607 | K33359 | 66.90 | * |
| MAURICE [JACK] SEGHERS SR | 1613 GIUFFRIAS AVE | | METAIRIE | LA | 70001-3660 | K50234 | 66.90 | * |
| MAURICE CHAIT | 1866 E YALE DR | | TEMPE | AZ | 85283-2257 | K41808 | 66.90 | * |
| MAURICE D KOGUT | 49 SEA MARSH RD | | CENTERVILLE | MA | 02633-3671 | K55677 | 66.90 | * |
| MAURICE D LEONE | 1115 OAK AVE SE | | MASSILLON | OH | 44646-7151 | K20894 | 66.90 | * |
| MAURICE E DAVIS | 7602 BARRET RD | | WEST CHESTER | OH | 45069-2603 | K25089 | 66.90 | * |
| MAURICE F HOWARD | 3202 WESTENEDGE DR | | COLUMBUS | IN | 47203-1626 | K36827 | 66.90 | * |
| MAURICE GOESER | 12826 299TH AVE NW | | PRINCETON | MN | 55371-3644 | K33439 | 66.90 | * |
| MAURICE GOWER | 27 VINCENTOWN PEMBERTON RD | | PEMBERTON | NJ | 08068-1751 | K47897 | 66.90 | * |
| MAURICE J HYDER | 19194 HIGHLANDER DR | | TWAIN HARTE | CA | 95383-9660 | K27848 | 66.90 | * |
| MAURICE J RABIDOUX | 7201 2ND AVE S | | SAINT PETERSB | FL | 33707-1106 | K40052 | 66.90 | * |
| MAURICE JENNINGS | 8151 PEPPERWOOD DR | | WEST CHESTER | OH | 45069-1862 | K25099 | 66.90 | * |
| MAURICE KAHN | PO BOX 399 | | NORTH BENNING | VT | 05257-0399 | K44685 | 66.90 | * |
| MAURICE LAFAYETTE | 713 CALMAR VISTA RD | | DANVILLE | CA | 94526-2254 | K52684 | 66.90 | * |
| MAURICE R STEPHENS | 1503 N HAYDEN ISLAND DR | | PORTLAND | OR | 97217-8299 | K46185 | 66.90 | * |
| MAURICE SCHROEDER | PO BOX 36 | | DANUBE | MN | 56230-0036 | K60177 | 66.90 | * |
| MAURINE ALFREY | 275 PINE HOLLOW LN | | HOUSTON | TX | 77056-1501 | K62784 | 66.90 | * |
| MAURINE FLIPPER | 40 CAMINO ALTO APT 2103 | | MILL VALLEY | CA | 94941-2963 | K10291 | 66.90 | * |
| MAURINE H WILLIE | 3706 SUN VALLEY DR | | HOUSTON | TX | 77025-4137 | K10292 | 66.90 | * |
| MAURINE LEMBKE | 5815 SE 27TH ST UNIT 401 | | DES MOINES | IA | 50320-2766 | K23086 | 66.90 | * |
| MAURO RUSSO | 48 POPLAR PL | | FANWOOD | NJ | 07023-1733 | K62479 | 66.90 | * |
| MAURY H HENDLER JR | 10 SYCAMORE DR | | SANDS POINT | NY | 11050-1133 | K62241 | 66.90 | * |
| MAVIS TANEM | 2830 HIGHWAY 53 | | INTERNATIONAL | MN | 56649-8900 | K19528 | 66.90 | * |
| MAX BARTELS | 840 OAKCREST ST | | IOWA CITY | IA | 52246-3409 | K61192 | 66.90 | * |
| MAX BREADMAN | 1235 OLIVETTE DR | | SAINT LOUIS | MO | 63132-2322 | K41971 | 66.90 | * |
| MAX DOAN | 152 W REGENT DR | | CLARKSVILLE | TN | 37043-5434 | K44772 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| MAX DOMANN | 6701 N OVERLAND DR | | KANSAS CITY | MO | 64151-1724 | K40581 | 66.90 | * |
| MAX DRAPER | 3799 KENSINGTON DR | | MARIETTA | GA | 30066-2566 | K35879 | 66.90 | * |
| MAX E TURNER | 5276 WILDWOOD | | RIVERTON | IL | 62561-9676 | K53343 | 66.90 | * |
| MAX EVANS | 13810 METCALF AVE APT 12320 | | OVERLAND PARK | KS | 66223-7892 | K24032 | 66.90 | * |
| MAX G SAVICKAS | 12980 CASSIE LN | | CHESTERLAND | OH | 44026-3262 | K50384 | 66.90 | * |
| MAX O PALMER | 2909 WOODLAND AVE APT 1112 | | DES MOINES | IA | 50312-3834 | K49721 | 66.90 | * |
| MAX RASANSKY | 200 W NOKOMIS CT | | MILWAUKEE | WI | 53217-2609 | K36559 | 66.90 | * |
| MAX WILLIAMSON | 217 E HAZELWOOD ST | | MORTON | IL | 61550-2867 | K44742 | 66.90 | * |
| MAXCINE FRENCH | 13409 NW INDIAN SPRING DR | | VANCOUVER | WA | 98685-1633 | K35232 | 66.90 | * |
| MAXELL BROWN | PO BOX 16382 | | CHESAPEAKE | VA | 23328-6382 | K14081 | 66.90 | * |
| MAXFIELD M METZGER | PO BOX 607 | | ROYAL CENTER | IN | 46978-0607 | K52775 | 66.90 | * |
| MAXIE JO LAMBRIGHT | 2429 WILLIAM A DIEHL CT APT | | DEFIANCE | OH | 43512-7801 | K57501 | 66.90 | * |
| MAXINE [MICKY] CONARD | 2172 ARNOLD AVE SPC 33 | | GRANTS PASS | OR | 97527-9143 | K35659 | 66.90 | * |
| MAXINE BARNETT | 2210 TERRELL ST | | BEAUMONT | TX | 77701-8042 | K10426 | 66.90 | * |
| MAXINE BARRINGER | 1401 S 9TH ST | | LAMESA | TX | 79331-7253 | K44166 | 66.90 | * |
| MAXINE BOTTOMS | 5005 OVERDOWNS DR | | PLANO | TX | 75023-4944 | K42866 | 66.90 | * |
| MAXINE BRACKEN | 3505 COLUMBINE CT | | EVANS | CO | 80620-1705 | K59129 | 66.90 | * |
| MAXINE BROAM | 128 TANGLEWOOD LN | | LANCASTER | PA | 17601-3316 | K36264 | 66.90 | * |
| MAXINE BROWN | 831 POPLAR COVE DR | | BROWNSTOWN | IN | 47220-1976 | K18465 | 66.90 | * |
| MAXINE CHADWICK | 414 COLLEGE ST | | WILMER | TX | 75172-1304 | K28281 | 66.90 | * |
| MAXINE CHELF | 1614 GROVEWOOD RD | | MISSION | TX | 78573-8433 | K49076 | 66.90 | * |
| MAXINE CLARK | 120 RACQUET RD | | JAMESTOWN | RI | 02835-2929 | K24471 | 66.90 | * |
| MAXINE CLARK | 853 WOODMONT RD | | ANNAPOLIS | MD | 21401-6907 | K57198 | 66.90 | * |
| MAXINE DAHL | 1409 BELSLY BLVD | | MOORHEAD | MN | 56560-5194 | K18517 | 66.90 | * |
| MAXINE DAVIES | 5 BROOKSIDE ST | | FILLMORE | IN | 46128-9622 | K44426 | 66.90 | * |
| MAXINE DEE MCKEE | 8048 LOMBARD WAY | | DUBLIN | OH | 43016-8430 | K46654 | 66.90 | * |
| MAXINE GOLDFARB | 6384 VIA ROSA | | BOCA RATON | FL | 33433-6481 | K49855 | 66.90 | * |
| MAXINE HAMILTON | 650 KEYSTONE CT | | YELLOW SPRING | OH | 45387-1921 | K14616 | 66.90 | * |
| MAXINE HOCHMAN | 42 TOPPING ST | | STATEN ISLAND | NY | 10306-5753 | K18295 | 66.90 | * |
| MAXINE L EDMISTON | 1191 QUINTUPLET DR | | CASSELBERRY | FL | 32707-3510 | K61640 | 66.90 | * |
| MAXINE LEIS | 917 FRANKLIN ST | | LIMA | OH | 45804-1625 | K56406 | 66.90 | * |
| MAXINE LOSSING | 214 WHEELER CT | | SALINE | MI | 48176-1137 | K10134 | 66.90 | * |
| MAXINE MARTIN | PO BOX 4954 | | OMAHA | NE | 68104-0954 | K55828 | 66.90 | * |
| MAXINE PETROSKY | 41 CONSHOHOCKEN STATE RD APT | | BALA CYNWYD | PA | 19004-2419 | K33602 | 66.90 | * |
| MAXINE RAVERT | 329 HEPBURN ST | | MILTON | PA | 17847-2413 | K16058 | 66.90 | * |
| MAXINE RUPPERT | 2959 IRELAND AVE NW | | TIFFIN | IA | 52340-9385 | K57415 | 66.90 | * |
| MAXINE SCHAFER | 13992 E MARINA DR APT 231 | | AURORA | CO | 80014-3750 | K40102 | 66.90 | * |
| MAXINE SIMMONS | 30 FOX HARBOR DR | | TROY | OH | 45373-1081 | K17958 | 66.90 | * |
| MAXINE STEWART | 3558 E NORWICH AVE | | FRESNO | CA | 93726-2451 | K15192 | 66.90 | * |
| MAXINE TYLER | 505 ARMY POST RD APT 203 | | DES MOINES | IA | 50315-6246 | K25513 | 66.90 | * |
| MAXINE WILSON | PO BOX 151254 | | DALLAS | TX | 75315-1254 | V99380 | 66.90 | * |
| MAY CROWE | 2597 HIGHWAY 218 | | DONNELLSON | IA | 52625-9687 | K16095 | 66.90 | * |
| MAY KITTELSON | 3696 COUNTY ROAD 142 | | INTERNATIONAL | MN | 56649-8954 | K17951 | 66.90 | * |
| MAY MCDANIEL | 350 EVESBORO MEDFORD RD | | MARLTON | NJ | 08053-5702 | K41411 | 66.90 | * |
| MAY METTLER | 2615 SW 151ST PL | | BURIEN | WA | 98166-1638 | K46509 | 66.90 | * |
| MAYDA J BAGGS | PO BOX 385 | | BOWIE | TX | 76230-0385 | K28565 | 66.90 | * |
| MAYDENE SCHWIETERT | 4729 S PACIFIC HWY UNIT 28 | | PHOENIX | OR | 97535-9618 | K31283 | 66.90 | * |
| MAYLENNE R CONLEY | 321 SW F ST | | RICHMOND | IN | 47374-5228 | K26390 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.              No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| MAYSON A CALLAWAY | 1135 STILLWOOD DR NE | | ATLANTA | GA | 30306-3535 | K56104 | 66.90 | * |
| MBNA | PO Box 15796 | | Wilmington | DE | 19850-5796 | 5474-1502 | 19,623.71 | ** |
| MC KEESPORT AREA HIGH SCHOOL | | 1960 EDEN PARK BLVD | MC KEESPORT | PA | 15132-7617 | | 0.00 | ** |
| MCPO ROBERT L NICHOLSON RET | 28 INDIAN HILL RD | | UNCASVILLE | CT | 06382-2071 | K53873 | 66.90 | * |
| MEDA PEEPLES | PO BOX 402 | | WHITE ROCK | SC | 29177-0402 | K48357 | 66.90 | * |
| MEG SMITHER | 1508 RIDGE RD | | RALEIGH | NC | 27607-6731 | K34580 | 66.90 | * |
| MEL J COLON | 5979 BUFORD HWY NE STE B4 | | DORAVILLE | GA | 30340-1368 | K51734 | 66.90 | * |
| MEL LINDLEY | 3301 GRAYBAR DR | | GARLAND | TX | 75040-3411 | K31629 | 66.90 | * |
| MEL NORRICK | 185 HIDDEN VALLEY LN | | ROGUE RIVER | OR | 97537-5564 | K34079 | 66.90 | * |
| MELANIE ALFT | 512 VERMONT AVE | | ST CLOUD | FL | 34769 | K46954 | 66.90 | * |
| MELANIE BEAUSTON | 3930 MAGNOLIA LEAF LN | | SUWANEE | GA | 30024-3939 | K22594 | 66.90 | * |
| MELANIE BUERKLE | PO BOX 215 | | PORT TOWNSEND | WA | 98368-0215 | K39827 | 66.90 | * |
| MELANIE CERVERA | 508 HOME VIEW DR | | ADKINS | TX | 78101-2626 | K20230 | 66.90 | * |
| MELANIE COLLINS | 798 WALNUT RIDGE DR | | LA VERGNE | TN | 37086-4016 | K40768 | 66.90 | * |
| MELANIE FUNCANNON | 18901 COUNTY ROAD 47.7 | | BONCARBO | CO | 81024-2036 | K45082 | 66.90 | * |
| MELANIE HOWIE | 488 KEWANEE DR | | BYRON | GA | 31008-4217 | K21989 | 66.90 | * |
| MELANIE SACKS | 7818 EXETER BLVD E | | TAMARAC | FL | 33321-8795 | K48794 | 66.90 | * |
| MELBA DIXON | 3123 S WOODLAND ST | | AMARILLO | TX | 79103-5510 | K28283 | 66.90 | * |
| MELBA EITNIEAR | 2490 US HWY 62-180 W | | SEMINOLE | TX | 79360 | K43440 | 66.90 | * |
| MELBA J JOHNSON | 14202 TORREY VISTA DR | | HOUSTON | TX | 77014-1834 | V99698 | 66.90 | * |
| MELBA LADD | PO BOX 366 | | DEPORT | TX | 75435-0366 | K62964 | 66.90 | * |
| MELBA NELL MORELAND | 3428 CHARLESTON ST | | HOUSTON | TX | 77021-1212 | K10293 | 66.90 | * |
| MELBA RAMONA FLOYD | 633 COUNTY ROAD 1371 | | BOONEVILLE | MS | 38829-9607 | K17669 | 66.90 | * |
| MELINDA A COOK | 239 SEDILLO HILL RD | | TIJERAS | NM | 87059-7319 | K58439 | 66.90 | * |
| MELINDA ANN WHYTE | 4037 LAMORNA DR | | PLANO | TX | 75093-6910 | K39835 | 66.90 | * |
| MELINDA JACOBS | 720 BLAIR CT APT B | | SUNNYVALE | CA | 94087-1126 | K56540 | 66.90 | * |
| MELINDA MOORE | 18101 POINT LOOKOUT DR APT 4 | | HOUSTON | TX | 77058-3771 | K32705 | 66.90 | * |
| MELINDA POLLOWITZ | 16613 TAUNTON VALE RD | | LOUISVILLE | KY | 40245-4493 | K55250 | 66.90 | * |
| MELINDA R GAYLER LVN | 424 NW CHARLYNE DR | | BURLESON | TX | 76028-4526 | K35656 | 66.90 | * |
| MELINDA ROBINS | 114 BRADFORD DR | | NORTH AUGUSTA | SC | 29860-8951 | K20471 | 66.90 | * |
| MELINDA STONE | 9607 OTTERBEIN RD | | CINCINNATI | OH | 45241-3375 | K40527 | 66.90 | * |
| MELISSA [LISA] MOE | 15 UPPER LAKE CT | | CHICO | CA | 95928-7335 | K33843 | 66.90 | * |
| MELISSA A CRANDALL | 4871 HIGHWAY 11 | | INTERNATIONAL | MN | 56649-9002 | K20727 | 66.90 | * |
| MELISSA A FLOWERS | 113 HAWTHORNE AVE | | PIKESVILLE | MD | 21208-4820 | K45886 | 66.90 | * |
| MELISSA ANNE HENRY | 816 W DEERBROOK DR | | PEORIA | IL | 61615-1013 | K49501 | 66.90 | * |
| MELISSA BISSELL | 2423 POCOMOKE CT | | SIMI VALLEY | CA | 93065-5803 | K50490 | 66.90 | * |
| Melissa Data | 22382 Avenida Empresa | | Rancho Santa Margarit | CA | 92688-2112 | | 2,490.74 | ARI: Wages |
| MELISSA HAUCK | 128 KENNER AVE | | NASHVILLE | TN | 37205-2219 | K30923 | 66.90 | * |
| MELISSA KRAFT | 209 E MILLER AVE | | MUNHALL | PA | 15120-3227 | K60792 | 66.90 | * |
| MELISSA MERCADO | 22 LEE DR | | OLD LYME | CT | 06371-2111 | V98615 | 66.90 | * |
| MELISSA TAUBE | 201 WILLIAMSBURG DR | | GREER | SC | 29651-5675 | K38873 | 66.90 | * |
| MELISSA VOYLES-LEWIS | 3611 SCENIC HWY | | PENSACOLA | FL | 32504-9006 | K25862 | 66.90 | * |
| MELODEE ADAMS | PO BOX 1449 | | GRANTS PASS | OR | 97528-0121 | K32167 | 66.90 | * |
| MELODIE DONOHUE | 102 MONTCLAIR RD N | | BARNEGAT | NJ | 08005-2611 | K41759 | 66.90 | * |
| MELODY HORGAN | 19632 E UTAH PL | | AURORA | CO | 80017-4615 | K18144 | 66.90 | * |
| MELODY IRVIN | 36 INVERNESS DR | | BLUFFTON | SC | 29910-4962 | K49389 | 66.90 | * |
| MELODY KELLY | 2109 KAYEWOOD DR | | DENTON | TX | 76209-2109 | K34049 | 66.90 | * |
| MELODY KEMPTON | 12139 WHITEBARK DR | | INDIANAPOLIS | IN | 46236-8360 | K31850 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MELODY MORRELL | 2084 LABONA DR | | EUGENE | OR | 97404-2131 | K33809 | 66.90 | * |
| MELVA HELWIG | 1517 TRANSCONTINENTAL DR | | METAIRIE | LA | 70001-3156 | K50816 | 66.90 | * |
| MELVA KAZZEE | 1213 NEWBERRY RD | | POCAHONTAS | AR | 72455-3523 | K35823 | 66.90 | * |
| MELVA WITT | 22006 CHESTNUT RD | | COUNCIL BLUFF | IA | 51503-7407 | K54141 | 66.90 | * |
| MELVEN LOBSTEIN | 2919 COUNTY ROAD O | | LAMESA | TX | 79331-5922 | K42896 | 66.90 | * |
| MELVENA [VENIE] YONKOUSKI | 128 S YALE ST | | LAS VEGAS | NV | 89107-2723 | K46234 | 66.90 | * |
| MELVIN [MEL] HACKMAN | 329 NOEL DR | | MONROEVILLE | PA | 15146-1523 | K44944 | 66.90 | * |
| MELVIN [MEL] NIERENGARTEN | 881 CASTLEBRIDGE DR | | MURRELLS INLE | SC | 29576-7533 | K19233 | 66.90 | * |
| MELVIN [WAYNE] HALEY | 3211 WOODBRIDGE LN | | SMYRNA | TN | 37167-8326 | K37400 | 66.90 | * |
| MELVIN BERGSTEIN | 1104 FRICK LN | | PITTSBURGH | PA | 15217-2572 | K44994 | 66.90 | * |
| MELVIN C SEAL | 14525 CLAYTON RD APT 429 | | BALLWIN | MO | 63011-2762 | K36676 | 66.90 | * |
| MELVIN COTTON | 223 CHIANTI CT | | FLORISSANT | MO | 63031-6537 | K40557 | 66.90 | * |
| MELVIN E GRUWELL | 316 LAFAYETTE AVE | | STORY CITY | IA | 50248-1456 | K22740 | 66.90 | * |
| MELVIN E LANGSTON | PO BOX 112428 | | CARROLLTON | TX | 75011-2428 | K13275 | 66.90 | * |
| MELVIN E VELDMAN | W4626 COUNTY ROAD C | | PLYMOUTH | WI | 53073-4250 | K54958 | 66.90 | * |
| MELVIN EIREW | 1755 SEVEN HILLS DR | | HEMET | CA | 92545-7793 | K38938 | 66.90 | * |
| MELVIN ELBEIN | 1046 KING HENRY CT | | SAINT LOUIS | MO | 63146-5528 | K39681 | 66.90 | * |
| MELVIN FANNING | 1028 W MAPLEWOOD ST | | SPRINGFIELD | MO | 65807-4761 | K34682 | 66.90 | * |
| MELVIN G HERR | 601 LINCOLN RD | | LITITZ | PA | 17543-8900 | K31750 | 66.90 | * |
| MELVIN GRAHL | 25187 DALLAS DR | | GROSSE ILE | MI | 48138-1755 | K58528 | 66.90 | * |
| MELVIN HELMICH | PO BOX 493 | | MOUNT VERNON | OH | 43050-0493 | K31538 | 66.90 | * |
| MELVIN HOLBROOK | PO BOX 543 | | COQUILLE | OR | 97423-0543 | K40253 | 66.90 | * |
| MELVIN JAGER | 2647 WULFURT RD UNIT 6 | | SANIBEL | FL | 33957-2237 | K49778 | 66.90 | * |
| MELVIN KLOOSTER | 7325 E ML AVE | | KALAMAZOO | MI | 49048-9504 | K18509 | 66.90 | * |
| MELVIN KONIETZKI | 1012 W 4TH ST | | NEKOOSA | WI | 54457-1050 | K49091 | 66.90 | * |
| MELVIN L [LEE] GARDNER | 7501 WYNGATE DR | | CLARKSTON | MI | 48348-4771 | K60507 | 66.90 | * |
| MELVIN L FAULCON | 1115 FAULCON RD | | LITTLETON | NC | 27850-9239 | K15671 | 66.90 | * |
| MELVIN LINDNER | 2387 JOHNSON STREET RD | | KEOKUK | IA | 52632-9740 | K22311 | 66.90 | * |
| MELVIN LOHMAN | 627 S 74TH TER | | KANSAS CITY | KS | 66111-2710 | K37219 | 66.90 | * |
| MELVIN MASBRUCH | 4242 BERKFORD CIR NE | | ATLANTA | GA | 30319-1752 | K57779 | 66.90 | * |
| MELVIN MC DANIEL | 8250 SALEM RD | | ATHENS | OH | 45701-9143 | K52063 | 66.90 | * |
| MELVIN MILENDER | 11820 COYOTE RD NW | | BEMIDJI | MN | 56601-9203 | K19122 | 66.90 | * |
| MELVIN MILLER | 716 BLACK ROCK RD | | GLADWYNE | PA | 19035-1401 | K36368 | 66.90 | * |
| MELVIN MULLINS | 2527 S 17TH AVE | | BROADVIEW | IL | 60155-3923 | K55466 | 66.90 | * |
| MELVIN PARIS | 257 PINEVIEW DR | | MOORESVILLE | IN | 46158-2774 | K47753 | 66.90 | * |
| MELVIN SCHLENDER | 1039 W 31ST ST N | | WICHITA | KS | 67204-4328 | K54107 | 66.90 | * |
| MELVIN SRADER | 1106 N BRIARWOOD RD | | DERBY | KS | 67037-3713 | K50760 | 66.90 | * |
| MELVIN ST CYR | 9301 DINKINS ST | | NEW ORLEANS | LA | 70127-1125 | K54289 | 66.90 | * |
| MELVIN STUCKE | 11451 STATE ROUTE 185 | | VERSAILLES | OH | 45380-9413 | K33653 | 66.90 | * |
| MELVIN TALLEY | 515 GETTYSBURG | | COATESVILLE | IN | 46121-8959 | K45221 | 66.90 | * |
| MELVIN W GOLDBERG | 1230 C ST SE | | WASHINGTON | DC | 20003-1433 | K37557 | 66.90 | * |
| MELVIN WAGNER | 4910 PLEASANT ST UNIT 4 | | WEST DES MOIN | IA | 50266-5400 | K50032 | 66.90 | * |
| MELVIN WEILER | 135 E MOHLER CHURCH RD | | EPHRATA | PA | 17522-9226 | K58936 | 66.90 | * |
| MELVIN WING | 37033 BONE MESA RD | | PAONIA | CO | 81428-6404 | K17574 | 66.90 | * |
| MELVYN SIMONS | 635 WELD ST | | WEST ROXBURY | MA | 02132-1739 | K22309 | 66.90 | * |
| MENDLE E ADAMS | 678 MEADOWLANE DR | | CLEVELAND | OH | 44143-1946 | K25670 | 66.90 | * |
| MERCEDES MARIONEAUX | 231 HISTORIC MAIN ST | | GARYVILLE | LA | 70051-3202 | K56672 | 66.90 | * |
| MEREDITH BROWN | 2302 CHESHIRE LN | | ALEXANDRIA | VA | 22307-1814 | K34030 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MEREDITH LEE | 202 MIDDLESEX AVE | | VOORHEES | NJ | 08043-1344 | K45552 | 66.90 * | |
| MERI PHILLIPS | 5518 PRIMROSE AVE | | LISLE | IL | 60532-2739 | K45233 | 66.90 * | |
| MERL L RIGGS | PO BOX 460351 | | AURORA | CO | 80046-0351 | K57233 | 66.90 * | |
| MERL MITCHEL | 6404 SE 23RD AVE APT 104 | | PORTLAND | OR | 97202-5456 | K51286 | 66.90 * | |
| MERLE B PULVER | 4121 NW 53RD ST | | OKLAHOMA CITY | OK | 73112-2101 | K53677 | 66.90 * | |
| MERLE CELESTE LINKEMER | 15801 THOMAS RIDGE CT | | CHESTERFIELD | MO | 63017-8726 | K39469 | 66.90 * | |
| MERLE F SHARP | 210 NORTHVIEW DR | | ZELIENOPLE | PA | 16063-1160 | K60941 | 66.90 * | |
| MERLE GINGERICH | 217 MEADOW LN | | LANCASTER | PA | 17601-3705 | K60361 | 66.90 * | |
| MERLE HORNER | 1963 PARSNIP LN APT B | | JOPLIN | MO | 64804-8141 | K15682 | 66.90 * | |
| MERLE M CAPELLO CPP | 53 WICKEY AVE | | WESTBURY | NY | 11590-2004 | K38846 | 66.90 * | |
| MERLE MAE SACHSE | 32019 ROBINSON HILL RD | | GOLDEN | CO | 80403-7739 | K35537 | 66.90 * | |
| MERLE MATTHEWS | 303 HUNT WAY CT | | HERNDON | VA | 20170-5315 | K53836 | 66.90 * | |
| MERLE V SCHAAL | 2620 W TIMBERLAKE DR | | LINCOLN | NE | 68522-9141 | K53042 | 66.90 * | |
| MERLENE HANZUK | 2131 BANBURY DR | | ANCHORAGE | AK | 99504-3360 | K17907 | 66.90 * | |
| MERLIN ESSIG | 3219 WRIGHT RD SW | | ROCHESTER | MN | 55902-1410 | K55375 | 66.90 * | |
| MERLIN J ZIMMERMAN | 2293 CROSSROADS DR | | LEWISBURG | PA | 17837-7422 | K16483 | 66.90 * | |
| MERLIN STOVER | 4035 SUNNER AVE | | SPIRIT LAKE | IA | 51360-7665 | K53480 | 66.90 * | |
| MERLIN SWITSER | 3405 DON ALVAREZ DR | | CARLSBAD | CA | 92010-9034 | K37833 | 66.90 * | |
| MERLL KORNDOERFER | 3315 PATZKE LN | | RACINE | WI | 53405-1279 | K36592 | 66.90 * | |
| MERLYN A ARNOLD | 1347 S WEYANT AVE | | COLUMBUS | OH | 43227-1941 | K52137 | 66.90 * | |
| MERRI MANN | 11 ISLAND AVE APT 2102 | | MIAMI BEACH | FL | 33139-1346 | K17014 | 66.90 * | |
| MERRILIE ROUSSEAU | 46501 WOODALL RD | | SHELBY TOWNSH | MI | 48317-4171 | K16372 | 66.90 * | |
| MERRILL ROSS JR | 3109 BRIDGEWAY DR | | WEST LAFAYETT | IN | 47906-5253 | K16990 | 66.90 * | |
| MERRILL VANDERHOOF | 220 ACHIEVEMENT DR | | BRILLION | WI | 54110-1267 | K55453 | 66.90 * | |
| MERRILYN MC GLOIN | 1247 PANTHER GULCH RD | | WILLIAMS | OR | 97544-9749 | K34409 | 66.90 * | |
| MERRY M SOUDER | 2604 DIXON RD | | FREDERICK | MD | 21704-8125 | K22417 | 66.90 * | |
| MERVIN [VAN] GREENE | 1922 E SUNDANCE DR | | POST FALLS | ID | 83854-9534 | K43061 | 66.90 * | |
| MERVIN CRANE | 207 NW 17TH ST | | RICHMOND | IN | 47374-3927 | K24065 | 66.90 * | |
| MERWYN CLAAR | 834 WASHINGTON CROSSING RD | | NEWTOWN | PA | 18940-2706 | K60889 | 66.90 * | |
| METHURIA [MARY] RASHAD | 10408 W 116TH TER APT 213 | | OVERLAND PARK | KS | 66210-3840 | K22954 | 66.90 * | |
| MGEN JOHN A BRASHEAR USAF | 12145 MOUNTAIN LAUREL DR | | ROSWELL | GA | 30075-1221 | K45645 | 66.90 * | |
| MGEN RICHARD ALFRED GUSTAFSON USMC | 3006 NEUSE RIVER DR | | NEW BERN | NC | 28560-6739 | K49376 | 66.90 * | |
| MGEN WALTER E BRINKER | 7400 CRESTWAY DR APT 520 | | SAN ANTONIO | TX | 78239-3090 | K15575 | 66.90 * | |
| MICHAEL [BOHANNAN] ASBURY | 6726 VERNON AVE | | SAINT LOUIS | MO | 63130-2522 | K39400 | 66.90 * | |
| MICHAEL [MICKEY] BERSANO | 255 WILLIAM ST | | NEW LENOX | IL | 60451-1934 | K60467 | 66.90 * | |
| MICHAEL [MIKE] GRAHAM | 846 PARKSVILLE PATH | | THE VILLAGES | FL | 32162-1450 | K39755 | 66.90 * | |
| MICHAEL [MIKE] LAZZARINI | 1205 OKANOGAN AVE | | WENATCHEE | WA | 98801-3612 | K58094 | 66.90 * | |
| MICHAEL [MIKE] PARMLEY | 801 S SPRING HOLLOW DR | | WICHITA | KS | 67230-9123 | K33471 | 66.90 * | |
| MICHAEL [MIKE] PLATT | PO BOX 188 | | KNAPP | WI | 54749-0188 | K36394 | 66.90 * | |
| MICHAEL [MIKE] WILSON | 1076 LEEDALE AVE | | CLEVELAND | OH | 44107-1230 | K46116 | 66.90 * | |
| MICHAEL A BROWN | 900 S BRADDOCK AVE | | PITTSBURGH | PA | 15221-3422 | K44552 | 66.90 * | |
| MICHAEL A CALABRESE | 7314 IDYLBROOK CT | | FALLS CHURCH | VA | 22043-1513 | K45005 | 66.90 * | |
| MICHAEL A CARRONE | PO BOX 743 | | CARRIERE | MS | 39426-0741 | K50243 | 66.90 * | |
| MICHAEL A CHIPOLETTI SR | 24 CROSS ST | | MADISON | NJ | 07940-2130 | K38848 | 66.90 * | |
| MICHAEL A CLAY | 21201 EASTFARM LN | | NORTHVILLE | MI | 48167-9025 | K33179 | 66.90 * | |
| MICHAEL A COLEMAN | PO BOX 41 | | WICKLIFFE | OH | 44092-0041 | K44257 | 66.90 * | |
| MICHAEL A CRAMER | PO BOX 7223 | | LANCASTER | PA | 17604-7223 | K30078 | 66.90 * | |
| MICHAEL A DELORD JR | 103 N 5TH ST APT B1 | | BARDSTOWN | KY | 40004-1474 | K56551 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MICHAEL A GREEN | 363 PARKSIDE DR | | HOLLISTER | MO | 65672-5200 | K29122 | 66.90 * | |
| MICHAEL A HALPERSON | 78 CANNON FORGE DR | | FOXBORO | MA | 02035-5217 | K11173 | 66.90 * | |
| MICHAEL A STIEGLITZ | 9719 CHATHAM OAKS TRL | | CHARLOTTE | NC | 28210-7812 | K39787 | 66.90 * | |
| MICHAEL A VILLA | 901 MAIN ST STE 3700 | | DALLAS | TX | 75202-3742 | K50196 | 66.90 * | |
| MICHAEL A WEBER | 4111 FRANKLIN CT | | ZION | IL | 60099-1913 | K59514 | 66.90 * | |
| MICHAEL AARON CLARK | 3603 NORWICH RD | | NEW BERN | NC | 28562-5123 | K13365 | 66.90 * | |
| MICHAEL ABRAHAM HELFANT | 4844 GREENTREE LN APT A | | BOYNTON BEACH | FL | 33436-0959 | K58317 | 66.90 * | |
| MICHAEL ADAMS | 480 LLOYD RD | | CLEVELAND | OH | 44132-1731 | K46761 | 66.90 * | |
| MICHAEL ALTON SCOTT | 5229 SWANNER RD | | KNOXVILLE | TN | 37918-9000 | K23368 | 66.90 * | |
| MICHAEL ANGELO HAIRSTON | 1602 STRATFORD ST | | PORTSMOUTH | VA | 23701-3335 | K20156 | 66.90 * | |
| MICHAEL ANTHONY JIMENEZ | 314 S KENILWORTH AVE | | LIMA | OH | 45805-3241 | K45569 | 66.90 * | |
| MICHAEL ARNDT SR | 8911 MILL RD | | WISCONSIN RAP | WI | 54494-8925 | K46787 | 66.90 * | |
| MICHAEL B MCADAM SR | 932 MARTIN BEHRMAN WALK | | METAIRIE | LA | 70005-2140 | K50362 | 66.90 * | |
| MICHAEL B STYER | 100 OVERBROOK RD | | BALTIMORE | MD | 21212-1713 | K28988 | 66.90 * | |
| MICHAEL B VAN CLEVE | 60 NETCONG RD | | BUDD LAKE | NJ | 07828-2125 | K37829 | 66.90 * | |
| MICHAEL BAKER | 1003 STRAWBERRY CT | | SAUK RAPIDS | MN | 56379-4635 | K24657 | 66.90 * | |
| MICHAEL BLOOM | 473 FDR DR APT 1303 | | NEW YORK | NY | 10002-1084 | K58108 | 66.90 * | |
| MICHAEL BROWN | 1173 DOG POND RD | | EAST CALAIS | VT | 05650-8149 | K41505 | 66.90 * | |
| MICHAEL C [MIKE] MALEVER PHD | 11416 E KILLARNEY ST | | WICHITA | KS | 67206-4317 | K29492 | 66.90 * | |
| MICHAEL C HILDRETH | 19 LEONARD ST | | HOPKINTON | MA | 01748-1724 | K12268 | 66.90 * | |
| MICHAEL C PERRY | 1256 STONEWOOD CT | | PAINESVILLE | OH | 44077-5106 | K49078 | 66.90 * | |
| MICHAEL C RUSSO | 10912 COUNTY LINE RD | | DES MOINES | IA | 50320-6405 | K21764 | 66.90 * | |
| MICHAEL C WAGNER PE | 2409 E 51ST ST | | SIOUX FALLS | SD | 57103-5203 | K31987 | 66.90 * | |
| MICHAEL CALABRESE JR | 453 FONTANA DR | | PALM SPRINGS | FL | 33461-1509 | K58763 | 66.90 * | |
| MICHAEL CARRICK | 8226 ENCHANTED RIDGE CT SE | | TURNER | OR | 97392-9409 | K57973 | 66.90 * | |
| MICHAEL CENTANNI | 1155 15TH ST NW STE 410 | | WASHINGTON | DC | 20005-2748 | K19715 | 66.90 * | |
| MICHAEL CHANEY | 33 PEPPER RD | | BROWNS MILLS | NJ | 08015-3028 | K47032 | 66.90 * | |
| MICHAEL CHILDS | 765 BROADWAY ST | | MIDDLEPORT | OH | 45760-1321 | K60300 | 66.90 * | |
| MICHAEL CHRYSTAL | 61758 TAM MCARTHUR LOOP | | BEND | OR | 97702-1090 | K51590 | 66.90 * | |
| MICHAEL CLIFFORD RYAN | 46 VALLEY RD | | MANHASSET | NY | 11030-1437 | K53336 | 66.90 * | |
| MICHAEL CUSIMANO | 2416 LOS PRADOS WAY | | ANTIOCH | CA | 94509-6405 | K55144 | 66.90 * | |
| MICHAEL D BESSETTE | 23823 S GLENBURN DR | | SUN LAKES | AZ | 85248-6247 | V99169 | 66.90 * | |
| MICHAEL D MANKO | 8098 TILBY RD | | NORTH ROYALTO | OH | 44133-1638 | K48626 | 66.90 * | |
| MICHAEL D PLUMMER | 4612 VILLA GREEN DR | | NASHVILLE | TN | 37215-4332 | K51009 | 66.90 * | |
| MICHAEL D VARGA | 3 SAN CARLOS ST | | BELLEVILLE | MI | 48111-2925 | K58681 | 66.90 * | |
| MICHAEL D WRIGHT | 3 WIMBLEDON WAY | | BELLA VISTA | AR | 72715-8408 | K24488 | 66.90 * | |
| MICHAEL DALGAARD | 1511 BABY DOLL RD E | | PORT ORCHARD | WA | 98366-4834 | K62020 | 66.90 * | |
| MICHAEL DIETZ | 11500 SOBER RD | | WEBBERVILLE | MI | 48892-9514 | K40502 | 66.90 * | |
| MICHAEL DRUDY | 13759 BROMLEY POINT DR | | JACKSONVILLE | FL | 32225-2634 | K30654 | 66.90 * | |
| MICHAEL DUANE JUHOLA | 1401 CANDLEWOOD DR | | COLUMBUS | OH | 43235-1621 | K16030 | 66.90 * | |
| MICHAEL E ANDERSON | 2686 PORTERFIELD RD | | RICHMOND | IN | 47374-9663 | K24677 | 66.90 * | |
| MICHAEL E KELLY | 14411 CALICO FIELD DR | | CYPRESS | TX | 77429-6906 | K19340 | 66.90 * | |
| MICHAEL E MARCOVSKY | 7115 MACAPA DR | | LOS ANGELES | CA | 90068-2003 | K44027 | 66.90 * | |
| MICHAEL E MCWHORTER | 2853 SPAULDING ST | | OMAHA | NE | 68111-2978 | K55610 | 66.90 * | |
| MICHAEL E RUSSELL | 6308 AMACHER HOLLOW RD | | ARENA | WI | 53503-9408 | K42645 | 66.90 * | |
| MICHAEL E TEANEY | 7113 OAKLEY RD | | GLENN DALE | MD | 20769-9434 | K51433 | 66.90 * | |
| MICHAEL EBSEN | 1409 NELA AVE | | BELLE ISLE | FL | 32809-6121 | K51281 | 66.90 * | |
| MICHAEL ELBEIN | 6710 W 66TH TER | | SHAWNEE MISSI | KS | 66202-4145 | K38990 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| MICHAEL ERPELDING | PO BOX 3379 | | SIOUX CITY | IA | 51102-3379 | K60451 | 66.90 | * |
| MICHAEL F EUBANKS | 127 MAHOGANY DR | | RICHMOND | KY | 40475-9823 | K32898 | 66.90 | * |
| MICHAEL F HELMER | 3631 YOUNG AVE | | NAPA | CA | 94558-2649 | K10583 | 66.90 | * |
| MICHAEL F LEENEY | 1950 CAMINO DE LA REINA UNIT | | SAN DIEGO | CA | 92108-5512 | K42209 | 66.90 | * |
| MICHAEL F MILLER | 17929 LIV LN | | EDEN PRAIRIE | MN | 55346-4101 | K55546 | 66.90 | * |
| MICHAEL FERMAN | 1120 CONWYCK LN | | SAINT LOUIS | MO | 63131-2630 | K43798 | 66.90 | * |
| MICHAEL FLAHERTY | 6511 SOUTHGROVE RD | | MENTOR | OH | 44060-3449 | K50672 | 66.90 | * |
| MICHAEL FOX | 6417 N CINCINNATI ST TRLR 39 | | SPOKANE | WA | 99208-5298 | K56129 | 66.90 | * |
| MICHAEL FREEMAN | 3727 ALBATROSS ST | | SAN DIEGO | CA | 92103-3924 | K29366 | 66.90 | * |
| MICHAEL FREY | 57 VALLECITO LN | | WALNUT CREEK | CA | 94596-5815 | K53501 | 66.90 | * |
| MICHAEL FROHRIP | 3324 GERRARD AVE | | EAU CLAIRE | WI | 54701-7001 | K18523 | 66.90 | * |
| MICHAEL FROST | 32 OVERLOOK DR | | WESTFIELD | MA | 01085-2517 | K55178 | 66.90 | * |
| MICHAEL G BARRY | 1109 1/2 SPRUCE ST | | LEAVENWORTH | KS | 66048-2331 | K39916 | 66.90 | * |
| MICHAEL G JENNINGS CPA | 1250 AMOL LN | | COLUMBUS | OH | 43235-2103 | K59393 | 66.90 | * |
| MICHAEL G MEYERS | 2508 COUNTY ROAD 2270 | | MOBERLY | MO | 65270-4615 | K29294 | 66.90 | * |
| MICHAEL G PARR | 2210 NE MADISON AVE | | PEORIA | IL | 61603-2908 | K49470 | 66.90 | * |
| MICHAEL G ROGERS | 68 JEFFERSON VLY | | COATESVILLE | IN | 46121-8935 | K45792 | 66.90 | * |
| MICHAEL G TURNER | 1463 MARBELLA ST | | SANDY | UT | 84093-2245 | K29918 | 66.90 | * |
| MICHAEL GLENN HALISON | 3515 HUNTER LN | | RICHMOND | VA | 23237-2713 | K15564 | 66.90 | * |
| MICHAEL GOODIN | 226 FLINT CT | | SONOMA | CA | 95476 | K53502 | 66.90 | * |
| MICHAEL GRILL | 3009 NORTH CT | | WILLIAMSBURG | VA | 23185-3829 | K47653 | 66.90 | * |
| MICHAEL H ROWE | 8 JOHNSFIELD CT | | MELVILLE | NY | 11747-1627 | K57096 | 66.90 | * |
| MICHAEL HACKETT | 524 COUNTRY OAKS DR | | EL PASO | TX | 79932-3143 | K25896 | 66.90 | * |
| MICHAEL HENNIGAN | 1827 E 45TH ST | | ASHTABULA | OH | 44004-6105 | K16873 | 66.90 | * |
| MICHAEL HENRY | 22 SAINT ANDREWS CT | | WESTAMPTON | NJ | 08060-4721 | K26673 | 66.90 | * |
| MICHAEL HUCAL JR | 15 HOLLY LN | | BARTONVILLE | IL | 61607-2102 | K47144 | 66.90 | * |
| MICHAEL I [MIKE] MCGOWAN | 455 E OGDEN AVE APT 711 | | MILWAUKEE | WI | 53202-2585 | K39757 | 66.90 | * |
| MICHAEL I BABBITZ | 1359 LYONS RD | | COCONUT CREEK | FL | 33063-3927 | K42886 | 66.90 | * |
| MICHAEL J [MIKE] SPECTOR | 2114 E KENSINGTON BLVD | | SHOREWOOD | WI | 53211-1223 | K35387 | 66.90 | * |
| MICHAEL J BARILLA | 522 KNOLLWOOD RD | | MINERAL BLUFF | GA | 30559-3060 | K43453 | 66.90 | * |
| MICHAEL J BENCIC | 14821 PHEASANT HILL CT | | CHESTERFIELD | MO | 63017-5411 | K44285 | 66.90 | * |
| MICHAEL J BLOW | 7464 WATERWOOD DR | | GREENWOOD | LA | 71033-3366 | V99619 | 66.90 | * |
| MICHAEL J BURAS | 3524 CLEARY AVE | | METAIRIE | LA | 70002-4502 | K54362 | 66.90 | * |
| MICHAEL J DOHERTY | 1122 W 30TH ST S | | WICHITA | KS | 67217-2456 | K43040 | 66.90 | * |
| MICHAEL J FOX | PO BOX 959 | | TOMBSTONE | AZ | 85638-0959 | K56489 | 66.90 | * |
| MICHAEL J JANESCH | 25654 GLENBROOK BLVD | | EUCLID | OH | 44117-1875 | K52463 | 66.90 | * |
| MICHAEL J JORDAN | 43 WESTMONT DR | | DALY CITY | CA | 94015-3046 | K52535 | 66.90 | * |
| MICHAEL J LINDSEY | 24 HI LEA FARM RD | | COLCHESTER | CT | 06415-1779 | V98750 | 66.90 | * |
| MICHAEL J MCGEE | 10620 103RD AVE N | | MAPLE GROVE | MN | 55369-2819 | K20546 | 66.90 | * |
| MICHAEL J MCGINNIS JR | 126 STONEY RIDGE LN | | LYNDHURST | VA | 22952-2916 | K30068 | 66.90 | * |
| MICHAEL J MCNEILL PHD | 10 E OAK RIDGE DR | | ALGONA | IA | 50511-1039 | K54713 | 66.90 | * |
| MICHAEL J MURPHY | 1131 LANTERN SQ APT 3 # APTS | | WATERLOO | IA | 50701-4765 | K56235 | 66.90 | * |
| MICHAEL J PAUSIC | 13224 DANGELO DR | | BOWIE | MD | 20720-4726 | K49428 | 66.90 | * |
| MICHAEL J RILEY | 10624 BUTTON WILLOW DR | | LAS VEGAS | NV | 89134-7374 | K53178 | 66.90 | * |
| MICHAEL J ROBERTSON | 832 E UNIVERSITY AVE | | FRESNO | CA | 93704-6125 | K29328 | 66.90 | * |
| MICHAEL J UNDERWOOD | 8725 BUFFALO DR | | COMMERCE TOWN | MI | 48382-3411 | K46711 | 66.90 | * |
| MICHAEL J VERSACKAS MD | 804 36TH ST | | WEST DES MOIN | IA | 50265-3134 | K55768 | 66.90 | * |
| MICHAEL J WEINSTEIN | 8210 FOREST HILLS DR | | ELKINS PARK | PA | 19027-1505 | K34488 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MICHAEL JAMES FORTSON | 20002 ALVO AVE | | CARSON | CA | 90746-2575 | K54711 | 66.90 | * |
| MICHAEL JENSEN | 935 N PORTER AVE | | WICHITA | KS | 67203-3147 | K45532 | 66.90 | * |
| MICHAEL JOHNSON | 6305 FERNCLIFF LN | | LOUISVILLE | KY | 40291-2231 | K33319 | 66.90 | * |
| MICHAEL JOHNSON | 4653 GLENDALE AVE | | TOLEDO | OH | 43614-1910 | K50420 | 66.90 | * |
| MICHAEL JOHNSON | 8408 VICTORY LN | | MACHESNEY PAR | IL | 61115-2380 | K60448 | 66.90 | * |
| MICHAEL JOSEPH LANTZY | 2040 HIGH ST | | CROYDON | PA | 19021-8024 | K30920 | 66.90 | * |
| MICHAEL K [MJ] JAFFE | 11300 LAKESHORE DR | | GRAND HAVEN | MI | 49417-8826 | K37749 | 66.90 | * |
| MICHAEL K YERKES | 13916 KIRKLAND RDG | | EDMOND | OK | 73013-7057 | K55633 | 66.90 | * |
| MICHAEL KAIHLANEN | 1040 HASENWINKEL RD | | COMFORT | TX | 78013-3343 | K16255 | 66.90 | * |
| MICHAEL KENNEDY | 1656 FAIRWAY DR | | LIMA | OH | 45805-3847 | K45568 | 66.90 | * |
| MICHAEL KENNY | 15451 OVERBROOK LN | | OVERLAND PARK | KS | 66224-9798 | K53349 | 66.90 | * |
| MICHAEL KIRCHNER | 21 KAREN CT | | LITITZ | PA | 17543-9243 | K26261 | 66.90 | * |
| MICHAEL KIRILA | 3100 CANFIELD RD | | YOUNGSTOWN | OH | 44511-2809 | K50849 | 66.90 | * |
| MICHAEL KLINE | 10099 WATERMAN RD | | BROOKLYN | MI | 49230-9587 | V99657 | 66.90 | * |
| MICHAEL KLOOSTER | 10452 36TH ST S | | SCOTTS | MI | 49088-9326 | K21098 | 66.90 | * |
| MICHAEL KOSTECKI | 300 SAINT FRANCIS LN | | NEW LENOX | IL | 60451-1721 | K48982 | 66.90 | * |
| MICHAEL KRICHENA | 1116 RIDGEWOOD AVE | | JOLIET | IL | 60432-2516 | K57174 | 66.90 | * |
| MICHAEL KROEKER | 4510 E ENGLISH ST | | WICHITA | KS | 67218-1416 | K32676 | 66.90 | * |
| MICHOEL KRYWUCKI CHFC | 1233 GLENBROOK TER | | NICHOLS HILLS | OK | 73116-5701 | K47111 | 66.90 | * |
| MICHAEL L [MIKE] HUDSON | 7805 BERKSHIRE BLVD | | POWELL | TN | 37849-3737 | K13096 | 66.90 | * |
| MICHAEL L CAMPANA JR | 7697 NE 199TH STREET RD | | CITRA | FL | 32113-2813 | K41155 | 66.90 | * |
| MICHAEL L COLTEN | 1502 BRIANWOOD RD | | DECATUR | GA | 30033-1723 | K12273 | 66.90 | * |
| MICHAEL L GERBER | 1535 EL PASO REAL | | LA JOLLA | CA | 92037-6303 | K41012 | 66.90 | * |
| MICHAEL L HAHN | 1801 DEER PATH CT | | WAUKESHA | WI | 53189-8232 | K39995 | 66.90 | * |
| MICHAEL L MARKHAM | 1030 W BEWICK ST | | FORT WORTH | TX | 76110-6735 | K26656 | 66.90 | * |
| MICHAEL L RILEY | 2658 HOLTMAN DR NE | | GRAND RAPIDS | MI | 49525-1863 | K16831 | 66.90 | * |
| MICHAEL L SANFORD | 1002 E US HWY 380 #20 | | DECATUR | TX | 76234-3120 | K35700 | 66.90 | * |
| MICHAEL LAMAR MCCABE | 209 KERR ST | | BELVEDERE | SC | 29841-2657 | K20974 | 66.90 | * |
| MICHAEL LAMPE | 2219 EASTLAND DR | | ALGONA | IA | 50511-7318 | K20491 | 66.90 | * |
| MICHAEL LANDERS | 415 WATER ST | | PORTSMOUTH | RI | 02871-4228 | K42841 | 66.90 | * |
| MICHAEL LARKIN | 2118 RAMPART DR | | ALEXANDRIA | VA | 22308-1536 | K46236 | 66.90 | * |
| MICHAEL LEE | 2327 MORTON AVE | | FLINT | MI | 48507-4445 | K56206 | 66.90 | * |
| MICHAEL LONG | 515 COVINGTON PL | | SLINGERLANDS | NY | 12159-9517 | K20406 | 66.90 | * |
| MICHAEL LONG | 104 STONE HOUSE LN | | COLUMBIA | PA | 17512-9406 | K29421 | 66.90 | * |
| MICHAEL M HUCK | 62 S 7TH ST | | MCCONNELLSVILL | OH | 43756-1302 | K49939 | 66.90 | * |
| MICHAEL M MILLAR | 5232 EMERALD ST | | TORRANCE | CA | 90503-2724 | K42008 | 66.90 | * |
| MICHAEL M PHILLIPS MD | 9916 CARTER RD | | BETHESDA | MD | 20817-1415 | K48384 | 66.90 | * |
| MICHAEL MALUCHNIK | 310 DEWITT ST | | LINDEN | NJ | 07036-5060 | K15614 | 66.90 | * |
| MICHAEL MARCUCCI | 4928 N RAEBURN DR | | CINCINNATI | OH | 45223-1225 | K41584 | 66.90 | * |
| MICHAEL MARTIN | 355 KREUTZ CREEK RD | | YORK | PA | 17406-8013 | K31231 | 66.90 | * |
| MICHAEL MCCAUGHEY | 5318 FONTHILL CT | | LANGHORNE | PA | 19047-3439 | K23181 | 66.90 | * |
| MICHAEL MCCULLOUGH | 2024 87TH TRL N | | BROOKLYN PARK | MN | 55443-3710 | K54761 | 66.90 | * |
| MICHAEL MCKEOUGH | 12108 MARKET TRL | | LAKE VIEW TER | CA | 91342-6216 | K11237 | 66.90 | * |
| MICHAEL MCMAHON | 2337 GLACIER LN | | SANTA MARIA | CA | 93455-5725 | K18202 | 66.90 | * |
| MICHAEL MERCER | 4530 SYCAMORE ST | | HOLT | MI | 48842-1636 | K44802 | 66.90 | * |
| MICHAEL MILLER | 506 E ASH LN | | EULESS | TX | 76039-2473 | K38877 | 66.90 | * |
| MICHAEL MILLER | 1459 LAKE DR | | KNOXVILLE | IA | 50138-8844 | K57812 | 66.90 | * |
| MICHAEL MOELLER | 1917 14TH ST S | | SAINT CLOUD | MN | 56301-4855 | K24605 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MICHAEL NOVAK | 5676 WHISPERING WILLOW WAY | | FORT MYERS | FL | 33908-4519 | K22535 | 66.90 | * |
| MICHAEL O CONNICK | 6 PELICAN CV | | DIAMONDHEAD | MS | 39525-3983 | K56722 | 66.90 | * |
| MICHAEL O'LEARY | PO BOX 143 | | RANIER | MN | 56668-0143 | K23887 | 66.90 | * |
| MICHAEL O'LEARY | 1590 24TH AVE | | SAN FRANCISCO | CA | 94122-3314 | K53806 | 66.90 | * |
| MICHAEL P DONOHOE | 816 PARU ST | | ALAMEDA | CA | 94501-4032 | K54225 | 66.90 | * |
| MICHAEL P GIRSCH | 7101 YORK AVE S STE 140 | | EDINA | MN | 55435-4448 | K62339 | 66.90 | * |
| MICHAEL PALMIERI | 4012 COLEMAN ST | | PITTSBURGH | PA | 15207-1127 | K43099 | 66.90 | * |
| MICHAEL PARODI | 2212 SOUTHAMPTON WAY | | SAN MATEO | CA | 94403-1533 | K58102 | 66.90 | * |
| MICHAEL PAVEY | 1137 OAKVIEW DR | | COLUMBUS JUNC | IA | 52738-1240 | K55300 | 66.90 | * |
| MICHAEL PERRONNE | PO BOX 95 | | CLEVELAND | WI | 53015-0095 | K53103 | 66.90 | * |
| MICHAEL PIERSON | 4121 17TH AVE SE | | CALGARY | AB | T2A 0T1 | K50227 | 66.90 | * |
| MICHAEL PLATT ESQ | 3310 N LEISURE WORLD BLVD AP | | SILVER SPRING | MD | 20906-5687 | K49809 | 66.90 | * |
| MICHAEL R COURNOYER | 1505 SE JONATHAN AVE | | DALLAS | OR | 97338-9228 | K41116 | 66.90 | * |
| MICHAEL R MAGOTEAUX | 2250 CARDO RD | | FORT LORAMIE | OH | 45845-9743 | K33123 | 66.90 | * |
| MICHAEL R MALEC | 1007 KICKAPOO ST | | LEAVENWORTH | KS | 66048-1360 | K32690 | 66.90 | * |
| MICHAEL R MASON | 3020 N WISCONSIN AVE | | PEORIA | IL | 61603-1934 | K47520 | 66.90 | * |
| MICHAEL RAUSCH | 16019 RAMSEY BLVD NW | | RAMSEY | MN | 55303-6907 | K19707 | 66.90 | * |
| MICHAEL RAY JACOBSON | 5237 E 7TH ST | | TUCSON | AZ | 85711-2350 | K43485 | 66.90 | * |
| MICHAEL RAY RUGH | 1218 PINE RD | | CARLISLE | PA | 17015-9319 | K18450 | 66.90 | * |
| MICHAEL REICH | PO BOX 4 | | WEST MILTON | PA | 17886-0004 | K20115 | 66.90 | * |
| MICHAEL RENDE | 100 BELVEDERE AVE | | SAN CARLOS | CA | 94070-4819 | K55915 | 66.90 | * |
| MICHAEL RICCI | PO BOX 202 | | HILLSIDE | NJ | 07205-0202 | K23027 | 66.90 | * |
| MICHAEL RICHARDS | 5719 E PARADISE LN | | SCOTTSDALE | AZ | 85254-1203 | K18884 | 66.90 | * |
| MICHAEL ROBERT GEIGER | 320 E COLE RD | | FREMONT | OH | 43420-4806 | K46714 | 66.90 | * |
| MICHAEL ROGINSKI | 6387 COPPER LN | | PITTSVILLE | WI | 54466-9306 | K52216 | 66.90 | * |
| MICHAEL ROSS SENTA | PO BOX 949 | | PALMER | AK | 99645-0949 | K38297 | 66.90 | * |
| MICHAEL RUDE | 1751 25TH AVE S | | WISCONSIN RAP | WI | 54495-5646 | K54591 | 66.90 | * |
| MICHAEL S DANIEL | 8005 AVANTI WAY | | LOUISVILLE | KY | 40291-2403 | K33136 | 66.90 | * |
| MICHAEL S FISCHER MD | 100 TORTOISE ST | | SLIDELL | LA | 70461-3843 | K53568 | 66.90 | * |
| MICHAEL SARMENTO | 2163 CHAMBERS LN | | GRANTS PASS | OR | 97526-5887 | K38840 | 66.90 | * |
| MICHAEL SCHMIDT | 611 S SAINT FRANCIS ST | | WICHITA | KS | 67202-4525 | K45703 | 66.90 | * |
| MICHAEL SEDLACEK | 3110 PRAIRIE DU CHIEN RD NE | | IOWA CITY | IA | 52240-7804 | K57162 | 66.90 | * |
| MICHAEL SHELDON BERRY | 3 HOBONNY LN | | CHARLESTON | SC | 29407-9609 | K48415 | 66.90 | * |
| MICHAEL SHERIDAN | 13172 E 116TH ST | | FISHERS | IN | 46037-9719 | K57452 | 66.90 | * |
| MICHAEL SHMOOKLER | 883 CROSS RD | | SCHWENKSVILLE | PA | 19473-2133 | K41123 | 66.90 | * |
| MICHAEL SIMMERMAN | 307 S JACKSON ST | | GREENCASTLE | IN | 46135-1619 | K45962 | 66.90 | * |
| MICHAEL SIMSON | 2 FAWN RUN | | PITTSFORD | NY | 14534-9795 | K42139 | 66.90 | * |
| MICHAEL SLUSHER | 7434 SW ARTHURS RD | | TOPEKA | KS | 66610-1626 | K36764 | 66.90 | * |
| MICHAEL STAPLETON | 700 SAN JUAN PL | | SAN RAMON | CA | 94583-2851 | K55063 | 66.90 | * |
| MICHAEL STASKO | 86 VICKSBURG ST | | SAN FRANCISCO | CA | 94114-3325 | K53649 | 66.90 | * |
| MICHAEL SULLIVAN | 5 MAYWOOD DR | | OLD LYME | CT | 06371-1544 | K28872 | 66.90 | * |
| MICHAEL T [MIKE] HOGAN | 6413 E 11TH ST N | | WICHITA | KS | 67206-1301 | K31758 | 66.90 | * |
| MICHAEL T [MIKE] ROBERTSON | 1708 NW 193RD CIR | | EDMOND | OK | 73012-3552 | K43552 | 66.90 | * |
| MICHAEL T DUNCAN | 415 S 28TH ST | | RICHMOND | IN | 47374-6709 | K25906 | 66.90 | * |
| MICHAEL T HUBER | 110 JULIANA PL | | SAINT MARYS | GA | 31558-3636 | K47919 | 66.90 | * |
| MICHAEL T KIRKPATRICK | 7611 SCHWEIGER ST | | SHAWNEE MISSI | KS | 66217-3031 | K35198 | 66.90 | * |
| MICHAEL T SOLIS | 6311 CHARLES ST | | OMAHA | NE | 68132-1219 | K53093 | 66.90 | * |
| MICHAEL T STRYCHARZ | 7 ALLYSON CT | | ALBANY | NY | 12205-4941 | K21884 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|--------------|
| MICHAEL T ULAND | 2226 32ND AVE | | SAN FRANCISCO | CA | 94116-1625 | K56922 | 66.90 | * |
| MICHAEL TARKETT | 133 UNION MILL TER | | MOUNT LAUREL | NJ | 08054-3265 | K44060 | 66.90 | * |
| MICHAEL TELVEN | 200 DOGWOOD DR | | CONWAY | SC | 29526-3205 | K14372 | 66.90 | * |
| MICHAEL TERRENCE WESSON | 768 DONE ROVEN RD | | AUGUSTA | GA | 30906-9707 | K20552 | 66.90 | * |
| MICHAEL THELEN | 211 NORTH ST APT 306 | | PLYMOUTH | WI | 53073-1952 | K47302 | 66.90 | * |
| MICHAEL THOMPSON | 15412 W ST | | OMAHA | NE | 68137-2497 | K54371 | 66.90 | * |
| MICHAEL TIMKO | 4795 PARE LN | | TRENTON | MI | 48183-4531 | K59330 | 66.90 | * |
| MICHAEL TOWLE | 1748 CARLETON CT | | REDWOOD CITY | CA | 94061-2666 | K54178 | 66.90 | * |
| MICHAEL TZOUANAKIS | 1000 S JACKSON ST | | GREENCASTLE | IN | 46135-1960 | K44422 | 66.90 | * |
| MICHAEL VAN HAMERSVELD | 2500 BRETON RD SE # 2000 | | GRAND RAPIDS | MI | 49546-5630 | K18338 | 66.90 | * |
| MICHAEL VARENHORST MD | 7811 E HARTMOOR ST | | WICHITA | KS | 67206-3845 | K14961 | 66.90 | * |
| MICHAEL VOBORA | 1089 CHAPEL HILL RD | | DE QUEEN | AR | 71832-9013 | K31573 | 66.90 | * |
| MICHAEL VON DER HAAR | 11975 92ND AVE N | | MAPLE GROVE | MN | 55369-3996 | K18579 | 66.90 | * |
| MICHAEL W ASHENFELDER | PO BOX 584 | | JOSEPH CITY | AZ | 86032-0584 | K23046 | 66.90 | * |
| MICHAEL W BROSNAN | 183 OAKLAND ST APT D | | MANCHESTER | CT | 06042-2186 | V99800 | 66.90 | * |
| MICHAEL W CAPLIN | 1120 CHESAPEAKE BLVD | | GRAYSLAKE | IL | 60030-1193 | K41721 | 66.90 | * |
| MICHAEL W STEINMETZ | 21690 COUNTY HWY DD | | RICHLAND CENT | WI | 53581-6239 | K36401 | 66.90 | * |
| MICHAEL W TEEL | 1453 SALEM CT | | OCEANSIDE | CA | 92057-1810 | K32095 | 66.90 | * |
| MICHAEL W WILLIAMS | 2256 HIGHWAY 11 E | | INTERNATIONAL | MN | 56649-8741 | K18717 | 66.90 | * |
| MICHAEL WALTERS | 500 INWOOD RD | | LINDEN | NJ | 07036-5326 | K17614 | 66.90 | * |
| MICHAEL WAYNE WILVER | 1196 CROMWELL LN | | BELLEVILLE | IL | 62221-7987 | K17393 | 66.90 | * |
| MICHAEL WOLF | 430 WAKEFIELD CT | | WALES | WI | 53183-9771 | K42303 | 66.90 | * |
| MICHAELE OBERBROECKLING | 20714 GREAT LAUREL CT | | KINGWOOD | TX | 77346-1330 | K29652 | 66.90 | * |
| MICHAELEEN WHITROCK | 1041 BROADWAY ST | | WISCONSIN RAP | WI | 54494-2847 | K54120 | 66.90 | * |
| MICHAELENE CYCHOSZ | 216 MAIN ST | | JUNCTION CITY | WI | 54443-9478 | K25034 | 66.90 | * |
| MICHAL ANN SCHAFER | 16920 FOUR SEASONS DR | | DUMFRIES | VA | 22025-3620 | K53981 | 66.90 | * |
| MICHEAL DEVYLDER | 1119 E NORTHWOOD DR | | BRAZIL | IN | 47834-1232 | K44487 | 66.90 | * |
| MICHELE A BREEN | 174 EAST ST | | HINGHAM | MA | 02043-2020 | K11129 | 66.90 | * |
| MICHELE B MILLER | 7735 E MANITOU TRL-92 | | ROANOKE | IN | 46783-9203 | K39481 | 66.90 | * |
| MICHELE BANKS | PO BOX 47 | | EL DORADO | KS | 67042-0047 | K47743 | 66.90 | * |
| MICHELE BROWER | 8518 104TH ST | | RICHMOND HILL | NY | 11418-1123 | K36795 | 66.90 | * |
| MICHELE CAIN | 6385 CONIFER LN | | CINCINNATI | OH | 45247-5771 | K41814 | 66.90 | * |
| MICHELE HILLIS | 407 S PINE ST | | FENTON | MI | 48430-2358 | K56465 | 66.90 | * |
| MICHELE KING | 3703 PLANTATION DR | | HERMITAGE | TN | 37076-1839 | K37722 | 66.90 | * |
| MICHELE L GORDON | 7856 NESTING PINE PL | | LAS VEGAS | NV | 89143-4469 | K52757 | 66.90 | * |
| MICHELE MIGCHELBRINK | 2667 OVERBROOK DR | | TOLEDO | OH | 43614-5523 | K61270 | 66.90 | * |
| MICHELE NOTTURNO | 10960 LONGSHORE WAY W | | NAPLES | FL | 34119-8815 | K40409 | 66.90 | * |
| MICHELE ODESHOO | 4825 N CLAREMONT AVE | | CHICAGO | IL | 60625-1909 | K53548 | 66.90 | * |
| MICHELE RAMES SMITH | 442 RIVER NORTH DR | | NORTH AUGUSTA | SC | 29841-5420 | K20990 | 66.90 | * |
| MICHELE WEISS | 2406 82ND ST APT 2F | | BROOKLYN | NY | 11214-2722 | K54699 | 66.90 | * |
| MICHELE WILLIAMS GRANT | 1006 COOLIDGE ST | | PORTSMOUTH | VA | 23704-6514 | K21939 | 66.90 | * |
| MICHELLE [SHELLY] LEFEBVRE | 3 FREEDOM CIR | | HANSCOM AFB | MA | 01731-2644 | K33085 | 66.90 | * |
| MICHELLE A GOLLA | 2556 EUDORA ST | | DENVER | CO | 80207-3215 | K26094 | 66.90 | * |
| MICHELLE A VOJTEK | 554 SHUMAKER DR | | MONROEVILLE | PA | 15146-1056 | K37426 | 66.90 | * |
| MICHELLE BARENIE | 1401 LEIGH CT | | AUGUSTA | GA | 30909-6738 | K58832 | 66.90 | * |
| MICHELLE C HOMMERDING | PO BOX 213 | | CEDARVILLE | CA | 96104-0213 | K29486 | 66.90 | * |
| MICHELLE C PERRY | 14631 W 70TH TER | | SHAWNEE | KS | 66216-3920 | K36039 | 66.90 | * |
| MICHELLE FARKAS | 182 SHADOW RIDGE DR | | PITTSBURGH | PA | 15238-2132 | K44797 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MICHELLE FARRINGTON | 2910 THREE ACRES LN | | SAINT LOUIS | MO | 63125-3930 | K39047 | 66.90 | * |
| MICHELLE GRANTHAM | 508 GOLDEN HARVEST RD | | KNOXVILLE | TN | 37934-4736 | K16376 | 66.90 | * |
| MICHELLE JOHNSON | 6444 BROOKLYN RD | | JACKSON | MI | 49201-8594 | K12235 | 66.90 | * |
| MICHELLE LYNN | 76 CHAPEL ST | | KINGSTON | NY | 12401-6746 | K61983 | 66.90 | * |
| MICHELLE LYNN VAUDT | 5309 WOODLAND AVE | | WEST DES MOIN | IA | 50266-6367 | K54173 | 66.90 | * |
| MICHELLE M BOOKER | 2937 GODDARD CIR | | LEAVENWORTH | KS | 66048-4792 | K39918 | 66.90 | * |
| MICHELLE MACK | 2024 E HURD RD | | MONROE | MI | 48162-9353 | K61893 | 66.90 | * |
| MICHELLE ROBINSON | 23350 MCALLISTER ST | | SOUTHFIELD | MI | 48033-2963 | K60145 | 66.90 | * |
| MICHELLE WARD | 721 SCOTT LN | | WALLINGFORD | PA | 19086-6734 | K49201 | 66.90 | * |
| MICHELLE Y DECKER | 1908 CHISWICK RD | | KNOXVILLE | TN | 37922-8543 | K12299 | 66.90 | * |
| MICHELLE Y KEIL | 12505 CEDAR BEND DR | | DALLAS | TX | 75244-7014 | K47001 | 66.90 | * |
| MICKEY COFFMAN | 132 TAYLOR ST | | TRENTON | TN | 38382-3316 | K29507 | 66.90 | * |
| MICKEY DARCY | 29538 WOODWAY DR | | WICKLIFFE | OH | 44092-2248 | K43496 | 66.90 | * |
| MICKEY DEEGAN | 160 W 13TH ST | | DEER PARK | NY | 11729-4928 | K36935 | 66.90 | * |
| MICKEY FARRELL | 32 MEADOWVIEW DR | | WOODSTOWN | NJ | 08098-2547 | K49386 | 66.90 | * |
| MICKEY LUBIN | 5068 N 25TH PL | | PHOENIX | AZ | 85016-3627 | K45547 | 66.90 | * |
| MICKEY MITCHELL DENNEY | PO BOX 8153 | | HERMITAGE | TN | 37076-8153 | K35221 | 66.90 | * |
| MICKEY ROGERS | 11851 SAINT TRINIANS CT | | RESTON | VA | 20191-2723 | K53482 | 66.90 | * |
| MIDPARK HIGH SCHOOL | c/o PAM SIMON | 7000 PAULA DR | MIDDLEBURG HT | OH | 44130-3598 | | 0.00 | ** |
| MIGUEL [MIKE] PARETS | 414 OLIVE ST | | PALATKA | FL | 32177-3543 | K51792 | 66.90 | * |
| MIGUEL D REGUEIRO MD | 624 POIA RD | | SEWICKLEY | PA | 15143-1047 | K36440 | 66.90 | * |
| MIKE A HANLIN | 17807 ROUTE 84 N | | EAST MOLINE | IL | 61244-9765 | K23552 | 66.90 | * |
| MIKE A MAKELA | 1743 N LYNHURST DR | | SPEEDWAY | IN | 46224-5501 | K24389 | 66.90 | * |
| MIKE AICHER | PO BOX 456 | | SOLON | IA | 52333-0456 | K56716 | 66.90 | * |
| MIKE ARNETT | 1819 RIDGE RD | | EL DORADO | KS | 67042-4033 | K51267 | 66.90 | * |
| MIKE ATHEN | 913 3RD AVE NE | | SARTELL | MN | 56377-1152 | K22611 | 66.90 | * |
| MIKE BARTHOLOMEW | 127 640TH ST | | ALTA | IA | 51002-7583 | K14348 | 66.90 | * |
| MIKE BECKER | 1028 CEDAR BROOK DR | | VILLA HILLS | KY | 41017-4454 | K40218 | 66.90 | * |
| MIKE BUCKLER | 985 DEER RUN DR | | MELBOURNE | FL | 32940-6797 | K25711 | 66.90 | * |
| MIKE CUDMORE | 22837 ASPEN RD | | SHEVLIN | MN | 56676-4178 | K20968 | 66.90 | * |
| MIKE D JENKINS | 405 WOODLAND RD | | MADISON | NJ | 07940-2423 | K40180 | 66.90 | * |
| MIKE DAVIS | 4703 CRESTHAVEN DR | | COLLEYVILLE | TX | 76034-4580 | K29746 | 66.90 | * |
| MIKE DERISON | 400 W 43RD ST APT 38G | | NEW YORK | NY | 10036-6316 | K54021 | 66.90 | * |
| MIKE DONOHUE | 2652 BROCKWAY RD | | WINSTON | OR | 97496-9653 | K32534 | 66.90 | * |
| MIKE EMIZAWA | 3612 LONG LAKE DR SE | | LACEY | WA | 98503-4054 | K17666 | 66.90 | * |
| MIKE FLYNN | 582 LOWELL RD | | GROTON | MA | 01450-1439 | K11461 | 66.90 | * |
| MIKE GALATI | 21 NORTON AVE | | LEMONT | IL | 60439-3944 | K53742 | 66.90 | * |
| MIKE GIBSON | 120 SHEATH DR | | COLUMBIA | SC | 29212-2211 | K22325 | 66.90 | * |
| MIKE GIRSCH RPH | 1608 UNION RD | | CEDAR FALLS | IA | 50613-9221 | K60110 | 66.90 | * |
| MIKE GORNEK | 2711 BRISTOL CT | | SUGAR LAND | TX | 77478-3615 | K39927 | 66.90 | * |
| MIKE GUTHRIE | 1322 BRIARWOOD DR | | LANSING | MI | 48917-1708 | K48750 | 66.90 | * |
| MIKE HARRINGTON | 17295 MELLEN LN | | JUPITER | FL | 33478-5204 | K35863 | 66.90 | * |
| MIKE HENDERSON | 10850 N HIGHWAY | | PLATTE CITY | MO | 64079-8382 | K37389 | 66.90 | * |
| MIKE HITCHCOCK | 6100 SE 4TH ST | | DES MOINES | IA | 50315-5815 | K21766 | 66.90 | * |
| MIKE HUTCHINGS | 2180 INVERNESS CT | | OVIEDO | FL | 32765-5841 | K54823 | 66.90 | * |
| MIKE J NOLTIMIER | 203 N 6TH AVE | | HILL CITY | KS | 67642-1824 | K33851 | 66.90 | * |
| MIKE JENKINS | 255 ELM LODGE DR | | KINGSLAND | TX | 78639-3823 | K43168 | 66.90 | * |
| MIKE JONES | PO BOX 1582 | | GRANTS PASS | OR | 97528-0134 | K35851 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MIKE K KOSTECKI | 231 ASPEN ST | | WALLA WALLA | WA | 99362-2669 | K34209 | 66.90 | * |
| MIKE KARLEN | 975 MOON LAKE DR | | NAPLES | FL | 34104-6604 | K32989 | 66.90 | * |
| MIKE KAUFMANN | 4465 WINDMILL CREEK WAY | | COLORADO SPRI | CO | 80911-3187 | K55713 | 66.90 | * |
| MIKE KEARNS | 3385 MIDDLE RD | | KEOKUK | IA | 52632-3004 | K15540 | 66.90 | * |
| MIKE KELLER | 82 RIVERSIDE DR | | PORT REPUBLIC | NJ | 08241-9768 | K28546 | 66.90 | * |
| MIKE LOSO | PO BOX 101 | | SAINT JOSEPH | MN | 56374-0101 | K25841 | 66.90 | * |
| MIKE MCBRIDE | 13147 QUAY ST NW | | MINNEAPOLIS | MN | 55448-3508 | K18194 | 66.90 | * |
| MIKE MCMAHON | 60 HAMMOND HL | | SAUNDERSTOWN | RI | 02874-3509 | K54370 | 66.90 | * |
| MIKE MCPHERSON | 17124 HAWTHORNE RD | | CARTHAGE | MO | 64836-8640 | K32951 | 66.90 | * |
| MIKE MUDRAK | 58 CRANBERRY RUN | | SOUTHAMPTON | NJ | 08088-3566 | K38336 | 66.90 | * |
| MIKE NOWAK | 90 CASPERSON AVE | | NORTH KINGSTO | RI | 02852-2235 | V99893 | 66.90 | * |
| MIKE PATON | 216 GREENFIELD PKWY | | DES MOINES | IA | 50320-6924 | K21815 | 66.90 | * |
| MIKE PORSCH | 3009 LEONA DR | | STORM LAKE | IA | 50588-2704 | K14101 | 66.90 | * |
| MIKE R FISHER | 711 S 12TH ST | | ADEL | IA | 50003-2307 | K54926 | 66.90 | * |
| MIKE RAUPP | 307 ARROWOOD RD | | JONESBOROUGH | TN | 37659-6933 | K56785 | 66.90 | * |
| MIKE RINDERLE | 4372 BOOMER RD | | CINCINNATI | OH | 45247-7947 | K43784 | 66.90 | * |
| MIKE RUDDICK | 107 BYRD RD | | WEST MONROE | LA | 71292-0145 | K63077 | 66.90 | * |
| MIKE SCOTT | 469 WHITESTONE CT | | CINCINNATI | OH | 45231-2716 | K38691 | 66.90 | * |
| MIKE SHEEHY | 11299 ROBINSON DR NW APT 109 | | COON RAPIDS | MN | 55433-7472 | K18243 | 66.90 | * |
| MIKE TILLER | 2350 BERING DR APT 71 | | HOUSTON | TX | 77057-4729 | K56582 | 66.90 | * |
| MIKE WARD | 1840 TERRACE DR | | EL DORADO | KS | 67042-4000 | K47912 | 66.90 | * |
| MIKE WASHBURN | 6761 3 MILE RD NE | | ADA | MI | 49301-9538 | K10661 | 66.90 | * |
| MIKE WEIMER | 107 NICHOLAS RD | | LANCASTER | PA | 17603-9423 | K32306 | 66.90 | * |
| MIKIE BARKER | PO BOX 214 | | CAMBRIDGE | IA | 50046-0214 | K19997 | 66.90 | * |
| MILAGROS TORRES | 3904 LAKECLIFF DR | | HARKER HEIGHT | TX | 76548-8605 | K48081 | 66.90 | * |
| MILAN SHAW | 600 W ORANGE ST | | CLARINDA | IA | 51632-2959 | K55581 | 66.90 | * |
| MILAN WASHOWICH | 1919 MYER AVE | | MCKEESPORT | PA | 15133-3243 | K62684 | 66.90 | * |
| MILBREY ZELLEY | PO BOX 2 | | COPAKE FALLS | NY | 12517-0002 | K44800 | 66.90 | * |
| MILDRED [MIDGE] RADER | PO BOX 1174 | | KEOKUK | IA | 52632-1174 | K14782 | 66.90 | * |
| MILDRED [MILLIE] DREESE | 2832 SUPPLEE MILL RD | | WINFIELD | PA | 17889-9452 | K15915 | 66.90 | * |
| MILDRED A COZZENS | 94 STORM KING DR | | PORTSMOUTH | RI | 02871-2153 | K24935 | 66.90 | * |
| MILDRED A PANKERS | 3445 S 50TH ST | | OMAHA | NE | 68106-3828 | K53292 | 66.90 | * |
| MILDRED ABLE | PO BOX 2578 | | ORANGEBURG | SC | 29116-2578 | K59812 | 66.90 | * |
| MILDRED AGNEW | PO BOX 482 | | WALCOTT | IA | 52773-0482 | K52909 | 66.90 | * |
| MILDRED ANDERSON | 69 AVERILL AVE | | ROCHESTER | NY | 14620-1205 | K60799 | 66.90 | * |
| MILDRED BOYCE | 3430 KEENE RD | | NICHOLASVILLE | KY | 40356-8701 | K14271 | 66.90 | * |
| MILDRED CONNER | 220 WINDMEADOWS ST | | ALTAMONTE SPR | FL | 32701-3576 | K17744 | 66.90 | * |
| MILDRED EHLERS | 716 N 26TH ST | | SHEBOYGAN | WI | 53081-3727 | K55496 | 66.90 | * |
| MILDRED EILEEN MORSE | 4503 WEATHERSFIELD CT | | LEAGUE CITY | TX | 77573-6229 | K43851 | 66.90 | * |
| MILDRED ELIZABETH HOXIE | 2324 FLOWERDALE CT | | DOUGLASVILLE | GA | 30135-7909 | K18132 | 66.90 | * |
| MILDRED GRIFFITH | 3201 SE 33RD TER LOT 12 | | OKEECHOBEE | FL | 34974-6897 | K46006 | 66.90 | * |
| MILDRED HENDERSON | 994 NISSLEY RD | | LANCASTER | PA | 17601-1435 | K45049 | 66.90 | * |
| MILDRED K KOTSCHEVAR | 110 15TH AVE N APT 317 | | WAITE PARK | MN | 56387-1685 | K21791 | 66.90 | * |
| MILDRED KENDRICK | 1 7TH ST APT 601 | | AUGUSTA | GA | 30901-1305 | K59872 | 66.90 | * |
| MILDRED KLEIN | 8500 ROYAL PALM BLVD APT A11 | | CORAL SPRINGS | FL | 33065-5716 | K57168 | 66.90 | * |
| MILDRED LOIS HAWKINS | 1428 HOLT DR | | PORTSMOUTH | VA | 23701-3627 | K17098 | 66.90 | * |
| MILDRED M CARRICO | 605 GOLFVIEW TER | | LEBANON | KY | 40033-1948 | K35051 | 66.90 | * |
| MILDRED M GRAHAM | 1729 N FELTON ST | | PHILADELPHIA | PA | 19151-3441 | K36952 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MILDRED M SMITH | 9505 WOODSMILL RUN | | FORT WAYNE | IN | 46835-9463 | K39075 | 66.90 | * |
| MILDRED MASON | 11 SPYGLASS DR | | LITTLETON | CO | 80123-6638 | K18154 | 66.90 | * |
| MILDRED PHELPS | 4221 NW 16TH AVE | | OAKLAND PARK | FL | 33309-4510 | K25857 | 66.90 | * |
| MILDRED RANZINI | 43 SWEETWATER DR | | BELLE MEAD | NJ | 08502-5132 | K52074 | 66.90 | * |
| MILDRED RENDLEMAN | 7603 WASHINGTON STATE CT | | LOUISVILLE | KY | 40228-2260 | K34541 | 66.90 | * |
| MILDRED RUTH MILLER | 1967 JACKSON RD | | KNOXVILLE | TN | 37921-5019 | K13537 | 66.90 | * |
| MILDRED SIMMS | 1210 ROOSEVELT BLVD | | PORTSMOUTH | VA | 23701-3744 | K13160 | 66.90 | * |
| MILDRED SWINEA | 5008 BONNAWELL DR | | HERMITAGE | TN | 37076-1809 | K36602 | 66.90 | * |
| MILDRED TOWSEY | 1190 OXFORD AVE | | LIMA | OH | 45804-1047 | K47614 | 66.90 | * |
| MILDRED WATERS | PO BOX 2782 | | PALESTINE | TX | 75802-2782 | K16230 | 66.90 | * |
| MILDRED WILLIS | 1011 CRAIN ST | | EVANSTON | IL | 60202-1206 | K55028 | 66.90 | * |
| MILDRED WRIGHT | 111 S BUNGALOW PL | | PONTIAC | IL | 61764-2500 | K51843 | 66.90 | * |
| MILDRED YVONNE PHILPOT | 34192 BOND RD | | LEBANON | OR | 97355-9480 | K35849 | 66.90 | * |
| MILDRED ZIMMERMAN | 3001 LITITZ PIKE PO BOX 5093 | | LANCASTER | PA | 17606-5093 | K57997 | 66.90 | * |
| MILES C GERBERDING | 17726 N RIDGEWOOD DR | | ARCADIA | MI | 49613-5100 | K45284 | 66.90 | * |
| MILES RUBIN | 13082 MINDANAO WAY APT 33 | | MARINA DEL RE | CA | 90292-7682 | K57904 | 66.90 | * |
| MILFORD PIERCE | 2409 ANDREW PL | | NASHVILLE | TN | 37216-4303 | K30430 | 66.90 | * |
| MILLARD MARTIN | 2070 THELON DR | | YORK | PA | 17408-4224 | K48667 | 66.90 | * |
| MILLER LEE JEWELL SR | 10122 MARY DELL LN | | LOUISVILLE | KY | 40299-1231 | K42400 | 66.90 | * |
| MILLIE KUHNERT | 326 CONNIE LN | | MERLIN | OR | 97532-9705 | K35127 | 66.90 | * |
| MILLIE R GROGAN | 3227 SANTEE DR | | MURRELLS INLE | SC | 29576-8269 | K45320 | 66.90 | * |
| MILLIE SUE KRNA | 3866 CHARLOTTE ST | | KANSAS CITY | MO | 64109-2614 | K56000 | 66.90 | * |
| MILLIE UNDERWOOD | 6043 OLIVA AVE | | LAKEWOOD | CA | 90712-1033 | K30744 | 66.90 | * |
| MILO HARPER | 1087 CLARK AVE | | BILLINGS | MT | 59102-5459 | K20833 | 66.90 | * |
| MILT HERMAN | 1945 GULF OF MEXICO DR UNIT | | LONGBOAT KEY | FL | 34228-3324 | K51320 | 66.90 | * |
| MILTON [ARTIE] DECKER | 3366 SNOWY BUTTE LN | | CENTRAL POINT | OR | 97502-1560 | K30565 | 66.90 | * |
| MILTON AREA SENIOR HIGH SCHOOL | MILTON HIGH SCHOOL ALUMNI AS | 700 MAHONING ST | MILTON | PA | 17847 | | 0.00 | ** |
| MILTON AREA SENIOR HIGH SCHOOL | c/o GEORGE VENIOS | 700 MAHONING ST | MILTON | PA | 17847 | | 0.00 | ** |
| MILTON B LEWIS | 2727 S OCEAN BLVD APT 304 | | HIGHLAND BEAC | FL | 33487-1837 | K13234 | 66.90 | * |
| MILTON BLACK | 900 S COLLEGE ST APT C4 | | TRENTON | TN | 38382-2822 | K36225 | 66.90 | * |
| MILTON BURFORD | 12210 ARBOR PARK PL | | BAKERSFIELD | CA | 93311-9295 | K39199 | 66.90 | * |
| MILTON D ALMOND | 574 N MAIN ST | | DAVIDSON | NC | 28036-9475 | K50665 | 66.90 | * |
| MILTON EARL HILL | 4110 BELT RD | | CAPITOL HEIGH | MD | 20743-5711 | K18430 | 66.90 | * |
| MILTON ESTNER | 1502 SE COLCHESTER CIR | | PORT SAINT LU | FL | 34952-4272 | K62596 | 66.90 | * |
| MILTON H BROWN | 3920 NADINA CV | | FORT WAYNE | IN | 46815-5851 | K51484 | 66.90 | * |
| MILTON H OSBORN | 3801 VILLAGE VIEW DR APT 121 | | GAINESVILLE | GA | 30506-4335 | K45942 | 66.90 | * |
| MILTON HILL | 1422 LAKE FOREST DR | | PORTSMOUTH | VA | 23701-3149 | K13371 | 66.90 | * |
| MILTON M DUREAU JR | 73 DOESCHER DR | | HARAHAN | LA | 70123-4855 | K59060 | 66.90 | * |
| MILTON PODOLSKY | 180 E PEARSON ST APT 3606 | | CHICAGO | IL | 60611-2135 | K57049 | 66.90 | * |
| MILTON SCHMIDT | 3306 BRYN MAWR DR | | IRVING | TX | 75062-4533 | K30230 | 66.90 | * |
| MILTON ZOUPAS | 3752 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8942 | K18287 | 66.90 | * |
| MIMI BORKSTROM | 1107 S VIRGINIA AVE | | CLARKSVILLE | IN | 47129-3047 | K33862 | 66.90 | * |
| MINA TEMPLE | 1501 E MAGNOLIA RD APT 290 | | SALINA | KS | 67401-9116 | K56036 | 66.90 | * |
| MINDI DAVIS | 4371 ALDER DR | | SAN DIEGO | CA | 92116-2323 | K34340 | 66.90 | * |
| MINDY KOVINOW | 2925 EASTBROOK CT | | LEXINGTON | KY | 40502-2900 | K41451 | 66.90 | * |
| MINNIE BROWN | 116 PITTS AVE | | OLD HICKORY | TN | 37138-2628 | K35978 | 66.90 | * |
| MINNIE DEVANCE-HUDSON | 1512 BURMEISTER RD | | FORT WORTH | TX | 76134-3622 | K19324 | 66.90 | * |
| MINNIE LEA CALDWELL | PO BOX 176 | | PERRYVILLE | AR | 72126-0176 | K34231 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| MINNIE SCHOLL | 139 OLD FARM LN | | MILTON | PA | 17847-2166 | K23775 | 66.90 | * |
| MIRCHELLE JOHNSON | 5459 CHATHAM WOODS CT | | COLUMBUS | GA | 31907-1849 | K59624 | 66.90 | * |
| MIRIAM [MICKI] ROTEMAN | 954 LINDENDALE DR | | PITTSBURGH | PA | 15243-1934 | K42262 | 66.90 | * |
| MIRIAM [TOOTIE] MANGUM | 3001 W LAKE AVE APT B5 | | PEORIA | IL | 61615-7300 | K50339 | 66.90 | * |
| MIRIAM A PEPPER | 161 CARRANZA RD | | TABERNACLE | NJ | 08088-9304 | K53174 | 66.90 | * |
| MIRIAM ARONSON | 5742 COBBLER PL | | ROGERS | AR | 72758-8672 | K14413 | 66.90 | * |
| MIRIAM BAILEY | 261 CHAMBERLAIN RD | | CARLISLE | OH | 45005-3207 | K51535 | 66.90 | * |
| MIRIAM CEDARBAUM | 500 PEARL ST FL 8 | | NEW YORK | NY | 10007-1316 | K50715 | 66.90 | * |
| MIRIAM CHILDS | 100 PARK BLVD APT 15A | | CHERRY HILL | NJ | 08034-3415 | K41321 | 66.90 | * |
| MIRIAM EIDLITZ | 1835 NW 13TH ST APT 104 | | DELRAY BEACH | FL | 33445-7463 | K49502 | 66.90 | * |
| MIRIAM FABER | 40 E INVERNESS DR | | TUCSON | AZ | 85737-7678 | K43582 | 66.90 | * |
| MIRIAM GUY | 9974 KREMMLING RD | | AUSTIN | CO | 81410-8224 | K18123 | 66.90 | * |
| MIRIAM HAWK | 7122 N WILLOW BEND POINTE | | PEORIA | IL | 61614-1188 | K46180 | 66.90 | * |
| MIRIAM J INSKEEP | 200 HUNT CLUB DR UNIT 129 | | SAINT CHARLES | IL | 60174-2302 | K23965 | 66.90 | * |
| MIRIAM JANE SERE | 2300 PRYTANIA ST | | NEW ORLEANS | LA | 70130-5806 | K55277 | 66.90 | * |
| MIRIAM KORFHAGE | 1010 AMERICAN EAGLE BLVD APT | | SUN CITY CENT | FL | 33573-5276 | K42649 | 66.90 | * |
| MIRIAM MOORE | 34 MIDDLE CREEK RD | | LITITZ | PA | 17543-9137 | K57579 | 66.90 | * |
| MIRIAM NEFF | 3649 W BERYL RD | | PHOENIX | AZ | 85051-1334 | K41903 | 66.90 | * |
| MIRIAM R FRANKEL | 161 FRANKLIN CORNER RD APT D | | LAWRENCEVILLE | NJ | 08648-2590 | K39969 | 66.90 | * |
| MIRIAM R MALONE | 23301 SCOTT DR | | FARMINGTON HI | MI | 48336-2843 | K22532 | 66.90 | * |
| MIRIAM RUBMAN | 261 ARGYLE RD | | BROOKLYN | NY | 11218-4301 | K45989 | 66.90 | * |
| MIRIAM SEUTE | 1339 METROPOLITAN AVE | | LEAVENWORTH | KS | 66048-1253 | K34953 | 66.90 | * |
| MIRIAM SOULE KINSEY | 508 COEUR DE ROYALE DR APT 2 | | SAINT LOUIS | MO | 63141-6938 | K38816 | 66.90 | * |
| MIRIAM V AGCAOILI | PO BOX 373 | | KURTISTOWN | HI | 96760-0373 | K26372 | 66.90 | * |
| MIRIAM WALDOW | 74 CLARA ST | | BROOKLYN | NY | 11218-3010 | K48435 | 66.90 | * |
| MIRIAM WENDEL | 6687 BURCH RD | | VERSAILLES | OH | 45380-9536 | K31999 | 66.90 | * |
| MITCH R SEIBEL | 8903 56TH ST SE | | ADRIAN | ND | 58472-9541 | K38518 | 66.90 | * |
| MITCHELL A YOKUM | 2341 EASTER LN | | NEW ORLEANS | LA | 70114-3423 | K57758 | 66.90 | * |
| MITCHELL B KRAUSE D.O. | 917 HONEYSUCKLE LN | | WYNNEWOOD | PA | 19096-1649 | K33780 | 66.90 | * |
| MITCHELL DUNN | 3501 OAKMEADOW LN | | CINCINNATI | OH | 45239-3824 | K48618 | 66.90 | * |
| MITCHELL FLOGAUS | 1994 PRESERVE CIR E | | CANTON | MI | 48188-2223 | K59325 | 66.90 | * |
| MITCHELL JIM HARDMAN JR | 148 ALEXANDER CT | | HAYSVILLE | KS | 67060-1158 | K29128 | 66.90 | * |
| MITCHELL L BRUINING | 1765 DEERFIELD CT | | DORR | MI | 49323-9430 | K36831 | 66.90 | * |
| MITCHELL PATTERSON | 7672 N INDIAN LAKE DR | | SCOTTS | MI | 49088-8735 | K22574 | 66.90 | * |
| MITCHELL RUMP | 10 LITTERER RD | | DANVILLE | PA | 17821-9379 | K17626 | 66.90 | * |
| MITCHELL W BABCOCK | 4154 CLARK AVE | | WILLOUGHBY | OH | 44094-6153 | K50098 | 66.90 | * |
| MITZI [MICHELLE] CARAFIDES | 1737 WISTERIA LN | | WEST CHESTER | PA | 19380-4212 | K40524 | 66.90 | * |
| MITZI FRANCIS-HOPKINS | 219-8500 GENERAL CURRIE | | RICHMOND | BC | V6Y 3V4 | K57326 | 66.90 | * |
| MITZI GREEN | 711 N 20TH ST | | LAMESA | TX | 79331-2523 | K42385 | 66.90 | * |
| MITZI LEON | 14042 FORESTVALE DR | | CHESTERFIELD | MO | 63017-3223 | K44881 | 66.90 | * |
| M'LEE MCDONALD | 5323 20TH ST | | LUBBOCK | TX | 79407-2109 | K44169 | 66.90 | * |
| MOLLY B ALVIS | 7300 HAPPY WEST RD | | HAPPY | TX | 79042-3242 | K29643 | 66.90 | * |
| MOLLY E MCCOY | 9736 SARATOGA ST | | OMAHA | NE | 68134-2641 | K55920 | 66.90 | * |
| MOLLY MAXWELL | 2444 BYRNES RD | | MINNETONKA | MN | 55305-2812 | K54882 | 66.90 | * |
| MOLLY MCVAY-WALTERS | 1919 POPLAR ST | | HOLLAND | MI | 49424-2405 | K31792 | 66.90 | * |
| MONA HAAS | 3469 MISSISSIPPI RIVER RD | | KEOKUK | IA | 52632-9554 | K14735 | 66.90 | * |
| MONA HUFF | 6547 BETHLEHEM RD | | PLEASUREVILLE | KY | 40057-9549 | K56982 | 66.90 | * |
| MONA LEE [MONIE] PETERSON | 6362 CHIMNEY CT | | MASON | OH | 45040-3695 | K16830 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| MONG YANG | 78 REAGAN DR | | EPHRATA | PA | 17522-1237 | K58618 | 66.90 | * |
| MONICA A KING | 25277 WARD ST | | TAYLOR | MI | 48180-2028 | K62322 | 66.90 | * |
| MONICA ANN TAFOYA | 1178 LAKE BLVD SPC 46 | | REDDING | CA | 96003-1758 | K30848 | 66.90 | * |
| MONICA CERVANTES | 3808 W FALLEN LEAF LN | | GLENDALE | AZ | 85310-3315 | K40063 | 66.90 | * |
| MONICA MARSHALL | 25785 PLAYER DR | | VALENCIA | CA | 91355-2309 | K10687 | 66.90 | * |
| MONICA SENNELL | 316 N VAN DIEN AVE | | RIDGEWOOD | NJ | 07450-2729 | K37204 | 66.90 | * |
| MONICA WHITNEY | 4442 SW LAKE FLORA RD | | PORT ORCHARD | WA | 98367-7468 | K39218 | 66.90 | * |
| MONNA FERER | 4513 MAIN ST APT 2 | | MUNHALL | PA | 15120-3331 | K42261 | 66.90 | * |
| MONTE ARRIN RICHARDS | 921 AMER DR | | FORT WASHINGT | MD | 20744-5934 | K14773 | 66.90 | * |
| MONTE G ALTMAN | 67 BLACK BEAR DR UNIT 1511 | | WALTHAM | MA | 02451-0220 | K22894 | 66.90 | * |
| MONTE MANKA | 976 AQUAMARINE LN | | CORONA | CA | 92882-3844 | K51190 | 66.90 | * |
| MONTE P ANDERS | 32702 RIDGE TOP LN | | CASTAIC | CA | 91384-3082 | K19422 | 66.90 | * |
| MONTE S PICHSON | 1602 E 52ND ST | | BROOKLYN | NY | 11234-3824 | K56185 | 66.90 | * |
| MONTIE G DERSHEM | HC 63 BOX 266 | | EUFAULA | OK | 74432-9758 | K33800 | 66.90 | * |
| MONTROSE HIGH SCHOOL | MONTROSE EDUCATION FOUNDATIO | 600 SOUTH SELIG AVE | MONTROSE | CO | 81401 | | 0.00 | ** |
| MONTROSE HIGH SCHOOL | c/o DEANN BALASH | 600 SOUTH SELIG AVE | MONTROSE | CO | 81401 | | 0.00 | ** |
| MOONEEN BOOTH | 559 MOLLY LN | | ROCKAWAY BEAC | MO | 65740-9453 | K55164 | 66.90 | * |
| MOREEN BUTCHEE | 2223 S 4TH ST | | LAMESA | TX | 79331-6505 | K42342 | 66.90 | * |
| MORENE MARTIN | 145 SONTAG DR | | FRANKLIN | TN | 37064-5757 | K35972 | 66.90 | * |
| MORGAN E FOOSE JR | 190 CLEARVIEW DR | | QUARRYVILLE | PA | 17566-9256 | K27693 | 66.90 | * |
| MORRIS BATEMAN | 15321 63RD STREET CT E | | SUMNER | WA | 98390-2667 | K33301 | 66.90 | * |
| MORRIS G CLARK | W5929 DAISY CT | | APPLETON | WI | 54915-7470 | K59465 | 66.90 | * |
| MORRIS L TODD | 724 CORDELL CT | | OLIVETTE | MO | 63132-3415 | K13539 | 66.90 | * |
| MORRIS P MARLBROUGH | 117 SCHALLODIN PL | | HAMMOND | LA | 70403-3422 | K56721 | 66.90 | * |
| MORRIS WEAVER | 7822 SW MAPLELEAF ST | | TIGARD | OR | 97223-1008 | K53595 | 66.90 | * |
| MORTIMER CAMERON | 1122 LAKE RD | | CONNEAUT | OH | 44030-1139 | K45646 | 66.90 | * |
| MORTON A EPSTEIN | 11 WILLIAM LN | | MOUNT SINAI | NY | 11766-3021 | K46297 | 66.90 | * |
| MORTON BUNIS | 3 CULLEN DR | | WEST ORANGE | NJ | 07052-1703 | K53324 | 66.90 | * |
| MORTON FREILICHER | 200 E 57TH ST APT 9N | | NEW YORK | NY | 10022-2866 | K53110 | 66.90 | * |
| MORTON KIRSCH | 705 N FREDERICK ST | | ARLINGTON | VA | 22203-1412 | K39878 | 66.90 | * |
| MORTON ZIMMERMAN | 555 NORTH AVE APT 11F | | FORT LEE | NJ | 07024-2413 | K57986 | 66.90 | * |
| MOSES CLARENCE WHITAKER | 2728 WESTMINSTER AVE | | NORFOLK | VA | 23504-4528 | K13441 | 66.90 | * |
| MOSES KING JR | 8112 NASHUA DR | | MIDLOTHIAN | VA | 23112-7620 | K30616 | 66.90 | * |
| MOTHER OF MERCY HIGH SCHOOL | c/o LISA FLUEGEMAN '78 | 3036 WERK RD | CINCINNATI | OH | 45211-7099 | | 0.00 | ** |
| MOUNT HEALTHY HIGH SCHOOL | MOUNT HEALTHY HS ALUMNI ASSN | 8101 HAMILTON AVE | CINCINNATI | OH | 45231 | | 0.00 | ** |
| MOUNT HEALTHY HIGH SCHOOL | c/o STEVE HARNESS | 8101 HAMILTON AVE | CINCINNATI | OH | 45231 | | 0.00 | ** |
| MOUZON SCHURLKNIGHT | 1888 JAMESON RD | | EASLEY | SC | 29640-7839 | K30439 | 66.90 | * |
| MOZETTE EDWARDS | 3275 OASIS CT | | SUMTER | SC | 29150-9764 | K53950 | 66.90 | * |
| MRS DONALD W DEKARSKE | 365 THAXTON LANDING RD | | ANACOCO | LA | 71403-3129 | K46953 | 66.90 | * |
| MRS JOHN A SHERRELL | 298 JAMES MOORE CIR | | JACKSON | GA | 30233-2421 | K50924 | 66.90 | * |
| MRS WENDELL SCOTT | 2455 S ST ANDREWS PL APT 612 | | LOS ANGELES | CA | 90018-2049 | V99811 | 66.90 | * |
| MRS. PAM BORIE | 8311 SUNNY RIDGE CT | | LOUISVILLE | KY | 40299-1382 | K34619 | 66.90 | * |
| MSGR G PATRICK GARRITY V E | PO BOX 3755 | | KNOXVILLE | TN | 37927-3755 | K31934 | 66.90 | * |
| MSGR MICHAEL NESTOR | 867 N CONCORD ST | | GILBERT | AZ | 85234-8753 | K61225 | 66.90 | * |
| MSGT JENNIFER JAMES USAR | 3145 ASHTON BROOKE DR APT 1 | | BEAVERCREEK | OH | 45431-8902 | K60323 | 66.90 | * |
| MSGT JOHN D DANDRIDGE | 100 BROOKE DR | | MONROE | NC | 28112-6338 | K50211 | 66.90 | * |
| MSGT JOHN RODNEY MANOGUE | 901 SETTLEMENT DR | | WILLIAMSBURG | VA | 23188-2644 | K49600 | 66.90 | * |
| MSGT RALPH C HURLBURT USAF | 2410 MEADOW DR | | BLAIR | NE | 68008-1158 | K56219 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MURDO SMITH | 1095 29TH AVE N | | NAPLES | FL | 34103-4560 | K54147 | 66.90 | * |
| MURIEL BRAUNSTEIN | 7114 WARRENS WAY | | WANAQUE | NJ | 07465-1648 | K48565 | 66.90 | * |
| MURIEL BUCKLEY | 1834 CYPRESS MESA DR | | HENDERSON | NV | 89012-6160 | K37907 | 66.90 | * |
| MURIEL CLACK | 1900 EFFINGHAM ST | | PORTSMOUTH | VA | 23704-5744 | K16903 | 66.90 | * |
| MURIEL FARLEY | 1144 LITTLE BROOK LN | | GOODVIEW | VA | 24095-3608 | K43767 | 66.90 | * |
| MURIEL LAURALPH BROOKS-CARTER | 1725 NEWPORT AVE | | PASADENA | CA | 91103-1442 | K14266 | 66.90 | * |
| MURIEL MYERS | 5022 WATERBECK ST | | FULSHEAR | TX | 77441-4143 | K46410 | 66.90 | * |
| MURIEL R CLARK | 718 REGENCY LN E | | HOPKINS | MN | 55343-4701 | K21064 | 66.90 | * |
| MURIEL ROSE MARTIN | 809 LAKE VERMILLION CT | | SLIDELL | LA | 70461-3803 | K44270 | 66.90 | * |
| MURLYN R NIEMAN | 25639 RUSTY ST | | TAYLOR | MI | 48180-3290 | K58571 | 66.90 | * |
| MURRAY CHASS | 22-20 RADBURN RD | | FAIR LAWN | NJ | 07410-4524 | K43432 | 66.90 | * |
| MURRAY LAMAR DAVIS | 20 LEAWOOD CT | | COLUMBIA | SC | 29206-1364 | K30904 | 66.90 | * |
| MURRAY POPLE | 1337 21ST AVE | | ROCK ISLAND | IL | 61201-4411 | K45617 | 66.90 | * |
| MURRELL DEAN PORTER | 10707 PROVIDENCE DR | | LOUISVILLE | KY | 40291-4437 | K34095 | 66.90 | * |
| MUZETTE COOPER | 2150 S COLLEGE ST | | TRENTON | TN | 38382-3945 | K30945 | 66.90 | * |
| MYNNE SCHMIDT | 637 BIG TIMBER DR | | JOLIET | IL | 60431-4872 | K54548 | 66.90 | * |
| MYRA ALEXANDER | 250 E WYNNEWOOD RD APT C16 | | WYNNEWOOD | PA | 19096-1553 | K43699 | 66.90 | * |
| MYRA BURGESS | 504 N PARK ST | | HEBER SPRINGS | AR | 72543-2633 | K35786 | 66.90 | * |
| MYRA HOGAN | 2331 WELLINGTON AVE | | SANTA BARBARA | CA | 93105-3939 | K38584 | 66.90 | * |
| MYRA JOANN CAVINESS | 2220 COTTONWOOD LAKE DR | | WINDOM | MN | 56101-1261 | K18236 | 66.90 | * |
| MYRA L LANDAU | 217 TIMBER RIDGE RD | | PITTSBURGH | PA | 15238-2436 | K40857 | 66.90 | * |
| MYRA LEON | 67 HOFFMAN LN | | BLAUVELT | NY | 10913-1719 | K52478 | 66.90 | * |
| MYRA M CARRIER | 5023 NASSAU DR | | FORT WAYNE | IN | 46815-7538 | K40970 | 66.90 | * |
| MYRA ROTHENBERG | 413 CLOVER FORK DR | | KNOXVILLE | TN | 37934-2608 | K50433 | 66.90 | * |
| MYRA TUCKER | 270 CUMBERLAND OAKS DR | | TULLAHOMA | TN | 37388-7739 | K37488 | 66.90 | * |
| MYRIL SHEINKOPF | 1100 SALEM ST APT 35 | | LYNNFIELD | MA | 01940-1582 | K13625 | 66.90 | * |
| MYRLE ANN DOUGHERTY | 3D SHELLY CT | | POCASSET | MA | 02559-2279 | K10600 | 66.90 | * |
| MYRNA AGAN | 910 ELDER LN | | DES MOINES | IA | 50315-3435 | K21181 | 66.90 | * |
| MYRNA DUKE | 3319 EDGEWATER DR | | MEDFORD | OR | 97504-8489 | K35512 | 66.90 | * |
| MYRNA F MATT | 297 N MAIN ST | | CAMDEN | OH | 45311-1122 | K27255 | 66.90 | * |
| MYRNA FEAGANS | 617 CONCERT ST | | KEOKUK | IA | 52632-5517 | K14737 | 66.90 | * |
| MYRNA FLORAY | 5008 SHRINE PARK RD | | LEAVENWORTH | KS | 66048-4817 | K54146 | 66.90 | * |
| MYRNA GOLDMAN | 3112 CHESTERWOOD WAY | | SOMERSET | NJ | 08873-5900 | K46819 | 66.90 | * |
| MYRNA KLEIN | 14242 RIVERSIDE DR UNIT 104 | | SHERMAN OAKS | CA | 91423-2336 | K51095 | 66.90 | * |
| MYRNA LAMPTON | 603 K ST | | PENROSE | CO | 81240-9547 | K17427 | 66.90 | * |
| MYRNA LANGOWSKI | 3820 HERITAGE RIDGE DR | | WISCONSIN RAP | WI | 54494-3494 | K46203 | 66.90 | * |
| MYRNA M EGETH | 333 E 34TH ST APT 9C | | NEW YORK | NY | 10016-5231 | K53171 | 66.90 | * |
| MYRNA PATTERSON | 200 ARNOLD DR | | MCKEESPORT | PA | 15132-7507 | K61477 | 66.90 | * |
| MYRNA PETERS | 2616 SOUTHEAST PKWY | | RICHMOND | IN | 47374-5853 | K30349 | 66.90 | * |
| MYRNA S NETTLETON | 374 HERMITAGE AVE | | COOKEVILLE | TN | 38501-4503 | K22343 | 66.90 | * |
| MYRNA SCHEUERMANN | 3266 S COUNTY ROAD 200 W | | GREENCASTLE | IN | 46135-8108 | K45527 | 66.90 | * |
| MYRNA STONE | 6526 JAYSVILLE SAINT JOHNS R | | GREENVILLE | OH | 45331-9250 | K31879 | 66.90 | * |
| MYRNA THROCKMORTON | PO BOX 668 | | HOLDENVILLE | OK | 74848-0668 | K51045 | 66.90 | * |
| MYRON BOOR | 3018 CAMBRIDGE ST | | SAINT JOSEPH | MO | 64506-1164 | K57034 | 66.90 | * |
| MYRON WAYNE GORDON | 1608 7TH AVE | | INTERNATIONAL | MN | 56649-3645 | K19778 | 66.90 | * |
| MYRTA E GALARZA | 27 TOLEDO LN | | WILLINGBORO | NJ | 08046-3743 | K47735 | 66.90 | * |
| MYRTICE JACKSON | 1036 NE SAVAGE ST | | GRANTS PASS | OR | 97526-1347 | K31710 | 66.90 | * |
| MYRTLE DOWNS | 22800 CIVIC CENTER DR APT 22 | | SOUTHFIELD | MI | 48033-7168 | K10593 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| MYRTLE GREGG-LAFAY | 7034 MANITOU WAY | | GRAND LEDGE | MI | 48837-9338 | K40644 | 66.90 | * |
| MYRTLE M [MERT] JOSEPH | 1725 E GRANT AVE | | VINELAND | NJ | 08361-7260 | K40991 | 66.90 | * |
| MYRTLE MCKEAN | 66 MONTROSE AVE | | FANWOOD | NJ | 07023-1109 | K22290 | 66.90 | * |
| MYRTLE R CLARK | 224 LONGVIEW PT | | HOT SPRINGS | AR | 71913-8700 | K30885 | 66.90 | * |
| MYRTLE SUE MEADOWS | 3366 MANTILLA DR | | LEXINGTON | KY | 40513-1039 | K36191 | 66.90 | * |
| MYRTLE TODD | PO BOX 33 | | CAMAK | GA | 30807-0033 | K20289 | 66.90 | * |
| N DOUGLAS MCNABB | 505 WHEELER AVE | | JOLIET | IL | 60436-2073 | K54659 | 66.90 | * |
| N ERMA BRACKMAN | 20 HALL RD | | COLUMBIA CROS | PA | 16914-7909 | K18264 | 66.90 | * |
| N ETHEL VERSOLA | 418 W COTA ST | | SANTA BARBARA | CA | 93101-3445 | K37553 | 66.90 | * |
| NADINE C SCHATZ | 12050 SE WIESE RD | | DAMASCUS | OR | 97089-8356 | K39606 | 66.90 | * |
| NADINE HENZ | 210 3RD ST S APT 201 | | SAINT CLOUD | MN | 56301-4454 | K23567 | 66.90 | * |
| NADINE JEWETT | 4231 US ROUTE 322 | | WILLIAMSFIELD | OH | 44093-9717 | K16402 | 66.90 | * |
| NADINE M TOLVIN | 160 E 65TH ST APT 18B | | NEW YORK | NY | 10065-6664 | K35509 | 66.90 | * |
| NADINE MILLER | 8110 OAKDALE AVE | | WINNETKA | CA | 91306-1935 | K20788 | 66.90 | * |
| NADINE THOMPSON | 1620 BEREA CHURCH QUINCY RD | | HIDDENITE | NC | 28636-9103 | K33680 | 66.90 | * |
| NAN DURAND | 2516 GOOD SHEPHERD DR | | BROWNWOOD | TX | 76801-7807 | K54153 | 66.90 | * |
| NAN HALL | RR 2 BOX 2133 | | ALTON | MO | 65606-9622 | K43085 | 66.90 | * |
| NANCI R GOUTHRO | 180 MANTHORNE RD | | WEST ROXBURY | MA | 02132-1329 | K11178 | 66.90 | * |
| NANCY A DEVOLI | 2169 SAMPSON RD | | CAMDEN | MI | 49232-9549 | K58490 | 66.90 | * |
| NANCY A HICOK PORTER | 9514 BLUEWATER HWY | | LOWELL | MI | 49331-9298 | K36175 | 66.90 | * |
| NANCY A HOFFMAN | 222 GIRARD AVE | | HORSHAM | PA | 19044-3243 | K28344 | 66.90 | * |
| NANCY ABBOTT | 1411 N 13TH ST | | CAMBRIDGE | OH | 43725-1019 | K22693 | 66.90 | * |
| NANCY ADEN | 2515 W LODGE DR | | PHOENIX | AZ | 85041-9608 | K40927 | 66.90 | * |
| NANCY ALLEN | 304 PENNWOOD DR | | RICHLANDTOWN | PA | 18955-1041 | K60076 | 66.90 | * |
| NANCY ANDERSON | 5912 COUNTY ROAD 262 | | EAST BERNARD | TX | 77435-7714 | K53200 | 66.90 | * |
| NANCY ANDIS | 613 RIDGE AVE | | GREENCASTLE | IN | 46135-1350 | K45350 | 66.90 | * |
| NANCY ANN KARR | 84 ALETHA RD | | NEEDHAM | MA | 02492-3902 | K38579 | 66.90 | * |
| NANCY ARUFFO | 5312 CHEROKEE ST | | HOUSTON | TX | 77005-1702 | K44126 | 66.90 | * |
| NANCY AZZAM | 2300 NOBLE AVE N | | GOLDEN VALLEY | MN | 55422-3602 | K33830 | 66.90 | * |
| NANCY B GRIDLEY | 24 BRADRICK LN | | WEST MILFORD | NJ | 07480-2917 | K38730 | 66.90 | * |
| NANCY BAER | 3806 ROAN CIR | | GARLAND | TX | 75043-1921 | K29896 | 66.90 | * |
| NANCY BAIJ | 1600 E HIGH ST | | MOUNT PLEASAN | MI | 48858-8928 | K56525 | 66.90 | * |
| NANCY BAKER | 306 PAOLI POINTE DR | | PAOLI | PA | 19301-1381 | K16741 | 66.90 | * |
| NANCY BANKS | 252 MCGREGOR CIR | | LEXINGTON | SC | 29072-8788 | K40756 | 66.90 | * |
| NANCY BAUMGART | 9287 COACHHOUSE LN | | ESTERO | FL | 33928-4240 | K47400 | 66.90 | * |
| NANCY BEA HEFLEY | PO BOX 1150 | | SILVER SPRING | NV | 89429-1150 | K30134 | 66.90 | * |
| NANCY BEALER | 104 MATTHEW DR | | READING | PA | 19608-9415 | K57541 | 66.90 | * |
| NANCY BERG | 721 RICE ST E | | WAYZATA | MN | 55391-1722 | K19270 | 66.90 | * |
| NANCY BERKMAN | 413D DEDHAM ST | | NEWTON | MA | 02459-3300 | K12695 | 66.90 | * |
| NANCY BERLAND PHD | 3421 BROOKWOOD TRCE | | MOUNTAIN BROO | AL | 35223-2879 | K43599 | 66.90 | * |
| NANCY BERNTSON | 822 N 350 W | | AMERICAN FORK | UT | 84003-1188 | K35618 | 66.90 | * |
| NANCY BERRY | 13879 E SARATOGA DR | | AURORA | CO | 80015-4291 | K58953 | 66.90 | * |
| NANCY BEST | 1107 CLEISTES LN | | RICHMOND | TX | 77469-2012 | K28093 | 66.90 | * |
| NANCY BLUM | 7361 HICKMAN ST | | CINCINNATI | OH | 45231-4464 | K39350 | 66.90 | * |
| NANCY BOETTCHER | 3207 SPRING CANYON RD | | BELTON | TX | 76513-2595 | K41844 | 66.90 | * |
| NANCY BORSON | 2809 GETCHELL RD | | DULUTH | MN | 55810-1143 | K19651 | 66.90 | * |
| NANCY BOUSH | 3427 BROOKWOOD DR | | FAIRFAX | VA | 22030-2043 | K22188 | 66.90 | * |
| NANCY BRACKBILL | 188 BROOKSIDE LN | | NAZARETH | PA | 18064-9109 | K27713 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NANCY BREADHEFT | 8419 KINGLET DR | | ENGLEWOOD | FL | 34224-7765 | K27743 | 66.90 | * |
| NANCY BRINO | 45 LEE AVE | | EAST WILLISTO | NY | 11596-2424 | K37771 | 66.90 | * |
| NANCY BROWN SHOWERS | 3715 W 4TH ST | | WATERLOO | IA | 50701-4505 | K21179 | 66.90 | * |
| NANCY BRUCE | 26 LAUREL WAY | | MADISON | NJ | 07940-1002 | K42600 | 66.90 | * |
| NANCY BRYANT | 3109 MCGREGOR BLVD | | FORT MYERS | FL | 33901-6737 | K56375 | 66.90 | * |
| NANCY BUCK | 500 FISHER DR | | WATSONTOWN | PA | 17777-8042 | K16200 | 66.90 | * |
| NANCY BYROM | 928 SPORTSMAN DR | | TRINITY | TX | 75862-8369 | K27327 | 66.90 | * |
| NANCY C AZZAM | 2300 NOBLE AVE N | | GOLDEN VALLEY | MN | 55422-3602 | K35589 | 66.90 | * |
| NANCY C HOPKINS | PO BOX 43853 | | LOUISVILLE | KY | 40253-0853 | K59227 | 66.90 | * |
| NANCY C LAWTON | 2 SHETLAND PONY CT | | SAINT PETERS | MO | 63376-3777 | K45043 | 66.90 | * |
| NANCY C RANGEL | 27082 NOGAL | | MISSION VIEJO | CA | 92692-3418 | K55088 | 66.90 | * |
| NANCY CALDER | PO BOX 251 | | COLERAINE | MN | 55722-0251 | K19081 | 66.90 | * |
| NANCY CARDEN | 324 ECHO VALLEY LN | | NEWTOWN SQUAR | PA | 19073-1620 | K50458 | 66.90 | * |
| NANCY CARTER | 15461 E HIGHWAY 264 | | LOWELL | AR | 72745-8550 | K51322 | 66.90 | * |
| NANCY CENCULA | 9145 CORDOBA BLVD | | SPARKS | NV | 89441-9298 | K45196 | 66.90 | * |
| NANCY CHERNETT | 441 ATHENS AVE | | WYNNEWOOD | PA | 19096-2522 | K38716 | 66.90 | * |
| NANCY CHESSOR | 1161 HIGHWAY 100 W | | CENTERVILLE | TN | 37033-5248 | K37307 | 66.90 | * |
| NANCY CLEM | 108 N POE ST # A | | LAKE ELSINORE | CA | 92530-3628 | K31346 | 66.90 | * |
| NANCY COONEY | 9223 DALBERG ST | | BELLFLOWER | CA | 90706-2120 | K31921 | 66.90 | * |
| NANCY COSTELLO | 6512 ALFANO DR | | HARRISBURG | PA | 17112-4404 | K37562 | 66.90 | * |
| NANCY COUCH | 14617 N 125TH AVE | | EL MIRAGE | AZ | 85335-5909 | K26468 | 66.90 | * |
| NANCY COVINGTON | 306 NEWCASTLE RD | | KNOXVILLE | TN | 37909-2619 | K13250 | 66.90 | * |
| NANCY COX | 811 WILDROSE SPRINGS DR | | SAINT CHARLES | IL | 60174-5594 | K22821 | 66.90 | * |
| NANCY CRAWFORD | 9559 EASTERN VIEW LN APT 1 | | MIDLAND | VA | 22728-1803 | K58582 | 66.90 | * |
| NANCY CREW | 306 CHURCH ST | | NAPOLEON | OH | 43545-5789 | K43992 | 66.90 | * |
| NANCY CULVER | 814 SAINT ANDREWS WAY | | MARYVILLE | TN | 37801-8648 | K37811 | 66.90 | * |
| NANCY CUNNINGHAM | 1509 WALNUT ST | | PITTSBURGH | PA | 15218-1431 | K60550 | 66.90 | * |
| NANCY CUSKE | 1173 LAKE PT | | WESTERVILLE | OH | 43082-7485 | K46841 | 66.90 | * |
| NANCY DAGEN | 59 PEBBLE CREEK DR | | LITITZ | PA | 17543-7639 | K26806 | 66.90 | * |
| NANCY DAILEY | 3937 HIGHLAND DR | | RICHMOND | IN | 47374-4858 | K27544 | 66.90 | * |
| NANCY DANNELS | 2494 RIVER RD | | COWANSVILLE | PA | 16218-3110 | K60890 | 66.90 | * |
| NANCY DAUBERMAN | 2139 LINCOLN ST | | WILLIAMSPORT | PA | 17701-5548 | K16062 | 66.90 | * |
| NANCY DAVIS | 1173 SILVERSTONE RD | | HOLLAND | MI | 49424-2791 | K58106 | 66.90 | * |
| NANCY DAVIS | 3218 FRENCH CREEK RD | | EVERETT | PA | 15537-5254 | K60821 | 66.90 | * |
| NANCY DAWSON | 17911 HURSHTOWN RD | | GRABILL | IN | 46741-9673 | K44899 | 66.90 | * |
| NANCY DELUCIO | 3473 UNION PIKE | | RICHMOND | IN | 47374-9202 | K24837 | 66.90 | * |
| NANCY DENNINGS | 815 WILLIAMS ST | | SAINT MARYS | OH | 45885-1561 | K56189 | 66.90 | * |
| NANCY DERING MOCK | 3 CREEK BANK DR | | MECHANICSBURG | PA | 17050-1814 | K30993 | 66.90 | * |
| NANCY DESMOND | 25 BARKER ST APT 304 | | MOUNT KISCO | NY | 10549-1631 | K31901 | 66.90 | * |
| NANCY DOSS | 805 WASHINGTON ACRES RD | | HAMPSTEAD | NC | 28443-2051 | K14687 | 66.90 | * |
| NANCY DROCKELMAN | 10238 N ADAMS CHURCH RD | | BATESVILLE | IN | 47006-8614 | K38793 | 66.90 | * |
| NANCY E CORRELL | 2217 W WELLS ST | | MILWAUKEE | WI | 53233-1958 | K36375 | 66.90 | * |
| NANCY E ELMER | 2309 GRAND AVE | | LEAVENWORTH | KS | 66048-4278 | K34378 | 66.90 | * |
| NANCY E EVERSON | 404 CHESWICK PL APT 436 | | BRYN MAWR | PA | 19010-1247 | K33322 | 66.90 | * |
| NANCY E FIALKOWSKI | 190 ASHLEY WAY | | BLOOMINGDALE | IL | 60108-2931 | K59508 | 66.90 | * |
| NANCY E KELLEY | 113 ROXBURY RD | | NIANTIC | CT | 06357-1110 | V98512 | 66.90 | * |
| NANCY E LEACH | 2514 BLAIR BLVD | | NASHVILLE | TN | 37212-4808 | K36654 | 66.90 | * |
| NANCY E MOTSINGER | 106 LEE ANN CT | | BLANCHESTER | OH | 45107-1024 | K28477 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| NANCY E REAMS | 529 BAKER DR | | HURST | TX | 76054-3425 | K62493 | 66.90 | * |
| NANCY E THIM | 72 SUNSET BEACH RD | | BRANFORD | CT | 06405-5042 | K22291 | 66.90 | * |
| NANCY EBERLE | 2104 COLLEGE ST | | GRAND ISLAND | NE | 68803-2714 | K60328 | 66.90 | * |
| NANCY EKERN | 3133 HUELANI PL | | HONOLULU | HI | 96822-1238 | K46141 | 66.90 | * |
| NANCY ELIZABETH FOX | 1166 HUNTERBROOK RD | | YORKTOWN HEIG | NY | 10598-6218 | K15592 | 66.90 | * |
| NANCY ELLIOTT | 1404 ROOSEVELT BLVD | | PORTSMOUTH | VA | 23701-3622 | K13560 | 66.90 | * |
| NANCY EPPICH | 8363 VILLA MARINA CT | | MENTOR | OH | 44060-2039 | K50513 | 66.90 | * |
| NANCY ERWIN | 867 TIMBER TRAIL CT | | SOUTH LYON | MI | 48178-9068 | K32395 | 66.90 | * |
| NANCY EVALE | 6 SPRING ST | | MEXICO | NY | 13114-4490 | K35381 | 66.90 | * |
| NANCY EVANS | 229 MORRISON AVE | | GREENSBURG | PA | 15601-3411 | K60969 | 66.90 | * |
| NANCY EVENSON | 333 MAPLE ST | | DIMONDALE | MI | 48821-9500 | K43532 | 66.90 | * |
| NANCY FAGERLIE | 212 HURSTDALE DR | | PRUDENVILLE | MI | 48651-9425 | K18084 | 66.90 | * |
| NANCY FINN | W3331 COUNTY ROAD J | | GREEN LAKE | WI | 54941-9690 | K55246 | 66.90 | * |
| NANCY FISHWICK | 22 GOLF COTTAGE DR | | NAPLES | FL | 34105-7113 | K55576 | 66.90 | * |
| NANCY FLETCHER | 3180 NW DIVISION ST APT 130 | | GRESHAM | OR | 97030-5206 | K57111 | 66.90 | * |
| NANCY FOREMAN | 902 1 MILE RD | | LEVERING | MI | 49755-9708 | K58664 | 66.90 | * |
| NANCY FRANCIS | 16 ACAPULCO DR | | ROGERS | AR | 72756-8205 | K18580 | 66.90 | * |
| NANCY FRAZER | 3208 NW C ST | | RICHMOND | IN | 47374-4554 | K27300 | 66.90 | * |
| NANCY FREER | 10024 AVENIDA VISTA SOL NW | | ALBUQUERQUE | NM | 87114-5902 | K29146 | 66.90 | * |
| NANCY FRIEDMANN | 706 N HILLSIDE DR | | LONG BEACH | CA | 90815-4713 | K31325 | 66.90 | * |
| NANCY FULLERTON | 2367 NADEAU RD | | MONROE | MI | 48162-9313 | K58350 | 66.90 | * |
| NANCY GANTNER | 744 SHERMAN WAY | | WEST BEND | WI | 53090-2421 | K51568 | 66.90 | * |
| NANCY GEBERDT | 473 NEW YORK AVE | | LINCOLN PARK | MI | 48146-3150 | K58526 | 66.90 | * |
| NANCY GEIGER | 8271 E US HIGHWAY 33 | | CHURUBUSCO | IN | 46723-9396 | K23331 | 66.90 | * |
| NANCY GEYERHAHN | 12 ELIZABETHAN DR | | KENNEBUNKPORT | ME | 04046-6515 | K10839 | 66.90 | * |
| NANCY GIBSON | PO BOX 81 | | TRENTON | TN | 38382-0081 | K31061 | 66.90 | * |
| NANCY GOODMAN | 6 EVERGREEN LN | | LARCHMONT | NY | 10538-1027 | K53872 | 66.90 | * |
| NANCY GRAVES | 11 GIRDLER RD | | MARBLEHEAD | MA | 01945-2204 | K22395 | 66.90 | * |
| NANCY GREEN | 1903 N SALEM DR | | INDEPENDENCE | MO | 64058-1327 | K22182 | 66.90 | * |
| NANCY GRIFFIN | 548 WESTGATE DR | | NAPA | CA | 94558-1239 | K51351 | 66.90 | * |
| NANCY GRUEN | 7545 WENTWORTH LN | | MENTOR | OH | 44060-7273 | K50644 | 66.90 | * |
| NANCY H ISHMAEL | 1 CHENAULT DR | | MOUNT STERLIN | KY | 40353-1121 | K22298 | 66.90 | * |
| NANCY HAMMER | 3618 CARLTON DR | | CEDAR FALLS | IA | 50613-5762 | K55097 | 66.90 | * |
| NANCY HANCOCK | 5141 CHURCH RD | | MOUNT LAUREL | NJ | 08054-9623 | K40763 | 66.90 | * |
| NANCY HANSEN | 547 TOWER RD | | HADLEY | NY | 12835-2749 | K57362 | 66.90 | * |
| NANCY HARMS | PO BOX 553 | | ROGERSVILLE | MO | 65742-0553 | K22344 | 66.90 | * |
| NANCY HEALY | 23214 N PADARO CT | | SUN CITY WEST | AZ | 85375-1628 | K13865 | 66.90 | * |
| NANCY HEIMAN | 10 LONGWOOD DR UNIT 321 | | WESTWOOD | MA | 02090-1142 | K53287 | 66.90 | * |
| NANCY HENDRICKS | 427 MAHONING ST | | MILTON | PA | 17847-2211 | K15339 | 66.90 | * |
| NANCY HERZOG | 4786 KELLOGG CIR | | BOULDER | CO | 80303-1109 | K48076 | 66.90 | * |
| NANCY HEVEKER | 11350 JAMES ST | | IRWIN | PA | 15642-4480 | K61693 | 66.90 | * |
| NANCY HICKMAN | 849 JEFFERSON AVE | | CHERRY HILL | NJ | 08002-3706 | K41265 | 66.90 | * |
| NANCY HOEFERLE | 500 GRANDVIEW DR | | NORMAL | IL | 61761-3141 | K15848 | 66.90 | * |
| NANCY HOTALING | PO BOX 203 | | PALENVILLE | NY | 12463-0203 | K21361 | 66.90 | * |
| NANCY HURLEY | 927 JEFFERSON ST | | MCKEESPORT | PA | 15132-1625 | K60972 | 66.90 | * |
| NANCY J ARFLACK | 7821 W ACRES DR | | KNOXVILLE | TN | 37919-7180 | K14856 | 66.90 | * |
| NANCY J BARRY | 3604 BISCAYNE ST | | QUINCY | IL | 62305-4740 | K15982 | 66.90 | * |
| NANCY J BONO | 62 MAY ST | | NEW BRITAIN | CT | 06052-1012 | V99246 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| NANCY J KIRBY | 429 MONTGOMERY AVE APT C204 | | HAVERFORD | PA | 19041-1730 | K44250 | 66.90 | * |
| NANCY J LOWMAN | 1163 SW BOSWELL AVE | | TOPEKA | KS | 66604-1448 | K35521 | 66.90 | * |
| NANCY J NICHOLAS ANDRADE | 1221 BUNTS RD | | LAKEWOOD | OH | 44107-2611 | K55910 | 66.90 | * |
| NANCY J ROWLEY | PO BOX 856 | | PLAINFIELD | IL | 60544-0856 | K55934 | 66.90 | * |
| NANCY J SAMPSON | 7765 120TH ST SW | | MOTLEY | MN | 56466-2579 | K32246 | 66.90 | * |
| NANCY J SAWYER | 3 DUNN ESTS | | SCARBOROUGH | ME | 04074-8430 | K37782 | 66.90 | * |
| NANCY J TALBERT | 2230 BRITTANY LN | | POWHATAN | VA | 23139-6027 | K24218 | 66.90 | * |
| NANCY J TIBURSKI | 4562 GOLDEN RIDGE DR | | OCEANSIDE | CA | 92056-2936 | K27236 | 66.90 | * |
| NANCY JACKSON | 1107 W 4TH ST | | FRIONA | TX | 79035-2303 | K28764 | 66.90 | * |
| NANCY JANE AMES | 1806 COOL SPRING DR | | ALEXANDRIA | VA | 22308-1630 | K50171 | 66.90 | * |
| NANCY JANE CAMARDA | 4001 CREE DR | | ORMOND BEACH | FL | 32174-9320 | K40511 | 66.90 | * |
| NANCY JEDELE | 4620 S ZEEB RD | | ANN ARBOR | MI | 48103-9662 | V98876 | 66.90 | * |
| NANCY JO KAUFMAN | 1961 W HIDDEN RESERVE CT | | MEQUON | WI | 53092-5565 | K39864 | 66.90 | * |
| NANCY JOHNSON | 5957 DRAPER ST | | WOLCOTT | NY | 14590-1148 | K16784 | 66.90 | * |
| NANCY JOHNSON | 7253 SOUTHSIDE BLVD | | NAMPA | ID | 83686-9431 | K33822 | 66.90 | * |
| NANCY JOHNSON | 5 BRANDYWINE DR | | GLENMOORE | PA | 19343-1005 | K36637 | 66.90 | * |
| NANCY JONES | 201 TIMBER CREEK CT | | COLUMBUS GROV | OH | 45830-1062 | K44964 | 66.90 | * |
| NANCY K HILLIARD | 102 RED OAK LN | | FLOWER MOUND | TX | 75028-3501 | K30708 | 66.90 | * |
| NANCY K RODDY | PO BOX 529 | | EAST MIDDLEBU | VT | 05740-0529 | K37777 | 66.90 | * |
| NANCY KERSTEN | 206 E RIVER ST | | WEEPING WATER | NE | 68463-4308 | K52453 | 66.90 | * |
| NANCY KOHLER | 7195 WILLOW RD | | CLINTON | MI | 49236-9408 | K10076 | 66.90 | * |
| NANCY KROFT | 1783 RITCHIE RD | | STOW | OH | 44224-1856 | K61729 | 66.90 | * |
| NANCY L GIACCHETTI | 6679 LAKEWAY DR | | CHANHASSEN | MN | 55317-7578 | K21592 | 66.90 | * |
| NANCY L GILBERT | 2404 NAPA TRL | | WAUKESHA | WI | 53188-4668 | K39796 | 66.90 | * |
| NANCY L KRECKLER | 3331 2ND ST S | | WISCONSIN RAP | WI | 54494-5799 | K48732 | 66.90 | * |
| NANCY L MARTIN | 135 APPLEBLOSSOM LN | | SHAKOPEE | MN | 55379-8244 | K34551 | 66.90 | * |
| NANCY L REED | 1133 YEOMANS ST LOT 93 | | IONIA | MI | 48846-1953 | K40832 | 66.90 | * |
| NANCY L SAWALL | PO BOX 875 | | PENROSE | CO | 81240-0875 | K61754 | 66.90 | * |
| NANCY L SCHMIDT | 1640 TOWNSHIP AVE | | WISCONSIN RAP | WI | 54494-6481 | K46435 | 66.90 | * |
| NANCY L VANHISE | PO BOX 168 | | JULIUSTOWN | NJ | 08042-0168 | K48916 | 66.90 | * |
| NANCY LAPPIN | 2917 E HIGH ST UNIT 41 | | SANATOGA | PA | 19464-3155 | K40827 | 66.90 | * |
| NANCY LARKIN | 101 ELIZABETH DR | | GLASGOW | KY | 42141-3415 | K22692 | 66.90 | * |
| NANCY LARSON | 2280 SALLY PL | | TURLOCK | CA | 95382-2820 | K31857 | 66.90 | * |
| NANCY LATCH | 6501 N 142ND CIR | | OMAHA | NE | 68164-1212 | K53669 | 66.90 | * |
| NANCY LAWSON | 7045 TOBIK TRL | | PARMA HEIGHTS | OH | 44130-4652 | K16497 | 66.90 | * |
| NANCY LEE HATFIELD | 5850 N ROLLIN HWY | | ADDISON | MI | 49220-9311 | K25772 | 66.90 | * |
| NANCY LEE MEILAHN | 2723 W BUENA VISTA DR | | GREELEY | CO | 80634-7717 | K46611 | 66.90 | * |
| NANCY LEE SCHUMAN | 1018 PEARSON DR | | JOLIET | IL | 60435-3256 | K55253 | 66.90 | * |
| NANCY LEE TAYLOR | 5109 OAK CENTER DR | | OAK LAWN | IL | 60453-3939 | K52004 | 66.90 | * |
| NANCY LEHRER | 170 BOULEVARD SE APT H517 | | ATLANTA | GA | 30312-2382 | K43797 | 66.90 | * |
| NANCY LEITMANN | 285 FAIRLAWN DR | | BERKELEY | CA | 94708-2220 | K57961 | 66.90 | * |
| NANCY LEMKUIL | N6505 RANGELINE RD | | SHEBOYGAN | WI | 53083-2329 | K49130 | 66.90 | * |
| NANCY LESSING | 47 WALTON AVE | | NEW PROVIDENC | NJ | 07974-1745 | K23893 | 66.90 | * |
| NANCY LIZOTTE | 23972 PASEO DEL CAMPO | | LAGUNA NIGUEL | CA | 92677-2405 | K31979 | 66.90 | * |
| NANCY LONEY | 1306 7TH AVE | | INTERNATIONAL | MN | 56649-2720 | K21690 | 66.90 | * |
| NANCY LONGACRE | 11548 DOGWOOD FOREST DR | | PINE BLUFF | AR | 71603-8799 | K15105 | 66.90 | * |
| NANCY LUDWIG | 4853 WINTON CIR | | SAINT AUGUSTI | FL | 32086-5632 | K57509 | 66.90 | * |
| NANCY LYNN CLAY | 241 WIMBLEDON LAKE DR | | PLANTATION | FL | 33324-2445 | K30727 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| NANCY M BEASLEY | 1110 SADDLE RDG | | PORTAGE | WI | 53901-9799 | K61183 | 66.90 | * |
| NANCY M BROMBERG | 6120 WYNNWOOD RD | | BETHESDA | MD | 20816-2017 | K54500 | 66.90 | * |
| NANCY M JOHNSON | 133 CRESCENT DR | | CHALFONT | PA | 18914-1923 | K30651 | 66.90 | * |
| NANCY M KETTNER | 23887 41ST AVE | | SAINT AUGUSTA | MN | 56301-8759 | K25557 | 66.90 | * |
| NANCY MACK | 2229 RIDGE RD | | MCKEESPORT | PA | 15135-3036 | K62184 | 66.90 | * |
| NANCY MANNING | 1791 GOAT ISLAND RD | | SUMMERTON | SC | 29148-7501 | K26813 | 66.90 | * |
| NANCY MARIA DI BLASI | 556 MERCER ST FL 2 | | ALBANY | NY | 12208-3204 | K22399 | 66.90 | * |
| NANCY MASCARO-MILLER | 25162 CRISLER ST | | TAYLOR | MI | 48180-3234 | K59932 | 66.90 | * |
| NANCY MC LOUGHLIN | 89 MILLER AVE | | FLORAL PARK | NY | 11001-3323 | K39512 | 66.90 | * |
| NANCY MCCAHEY | 180 FATIMA DR | | WARREN | RI | 02885-3808 | K24701 | 66.90 | * |
| NANCY MCCUEAN | 115 GENERAL BRADDOCK DR | | BRADDOCK | PA | 15104-2703 | K41396 | 66.90 | * |
| NANCY MCDONALD | 7540 CORBETT DR | | CANTON | MI | 48187-2414 | K22416 | 66.90 | * |
| NANCY MCKAY | 29704 W 184TH ST | | GARDNER | KS | 66030-9585 | K26825 | 66.90 | * |
| NANCY MCKEOWN-STONE | 428 OAK ST | | AUDUBON | NJ | 08106-2127 | K26744 | 66.90 | * |
| NANCY MEDLOCK | 32 OLIVEIRA AVE | | ACUSHNET | MA | 02743-2505 | K20148 | 66.90 | * |
| NANCY MEINHARDT | 1 GREENBRIER CT | | KEOKUK | IA | 52632-2104 | K22349 | 66.90 | * |
| NANCY MERTZ | 2750 S BEVERLY CIR | | MESA | AZ | 85210-7607 | K18382 | 66.90 | * |
| NANCY MESSIMER | PO BOX 165 | | WHITE DEER | PA | 17887-0165 | K15217 | 66.90 | * |
| NANCY MESSNER | 68175 RIDGE RD | | NORTH BEND | OR | 97459-7517 | K37788 | 66.90 | * |
| NANCY MICHEL | 25260 LYRA CT | | SUN CITY | CA | 92586-3812 | K59348 | 66.90 | * |
| NANCY MINNICK | 331 E WALNUT ST | | LANCASTER | PA | 17602-2403 | K27278 | 66.90 | * |
| NANCY MITCHELL | 1026 MORNINGSIDE LN | | MARTINSVILLE | VA | 24112-5508 | K25747 | 66.90 | * |
| NANCY MLACHAK | 1341 BELL RD | | CHAGRIN FALLS | OH | 44022-4251 | K43925 | 66.90 | * |
| NANCY MOERER | 7520 E 53RD ST | | TULSA | OK | 74145-7711 | K54602 | 66.90 | * |
| NANCY MORRISON | 500 N TARRANT PKWY APT 611 | | KELLER | TX | 76248-5683 | K42275 | 66.90 | * |
| NANCY MOZGA | 1617 60TH ST | | DES MOINES | IA | 50322-6105 | K14384 | 66.90 | * |
| NANCY MURCHIO | 12 BAYSIDE | | ROCKAWAY PT | NY | 11697-1142 | K49637 | 66.90 | * |
| NANCY MURRAY | 2117 COVENTRY TRL | | TRAVERSE CITY | MI | 49686-2084 | K58541 | 66.90 | * |
| NANCY NEWMAN | 257 E 255TH ST | | EUCLID | OH | 44132-1005 | K52802 | 66.90 | * |
| NANCY NICKEY | 32 S TURBOT AVE APT 2321 | | MILTON | PA | 17847-2559 | K16306 | 66.90 | * |
| NANCY NICOL | 1404 N MAY ST | | JOLIET | IL | 60435-4050 | K49910 | 66.90 | * |
| NANCY NOEL | 1506 W 18TH ST | | SIOUX FALLS | SD | 57104-4604 | K53852 | 66.90 | * |
| NANCY NURMINEN | 304 W OAK AVE | | EL SEGUNDO | CA | 90245-2213 | K16071 | 66.90 | * |
| NANCY NUSS | 1411 MARION ST | | LEAVENWORTH | KS | 66048-4139 | K39235 | 66.90 | * |
| NANCY OVERZET | 18 KINGS MILL CIR UNIT 212 | | MADISON | WI | 53718-3405 | K51394 | 66.90 | * |
| NANCY OWSTON | 4625 PLAPORT ST | | PITTSBURGH | PA | 15207-2155 | K40949 | 66.90 | * |
| NANCY P MURPHY | 2600 ARMSTRONG CIR | | GASTONIA | NC | 28054-7263 | K41130 | 66.90 | * |
| NANCY PARKIN | 308 S LEMEN ST | | FENTON | MI | 48430-2307 | K60762 | 66.90 | * |
| NANCY PATTON | 1221 S WEIMER RD | | BLOOMINGTON | IN | 47403-2863 | K25198 | 66.90 | * |
| NANCY PELZER | 513 6TH AVE NE | | SAINT CLOUD | MN | 56304-0117 | K25889 | 66.90 | * |
| NANCY PETTET | 38520 HOLM AVE | | NORTH BRANCH | MN | 55056-4806 | K17963 | 66.90 | * |
| NANCY PHILIPPS | 47 BELLE AVE | | RONKONKOMA | NY | 11779-4904 | K62245 | 66.90 | * |
| NANCY PHILLIPS | 1909 PONDEROSA PL | | LOVELAND | CO | 80538-8626 | K41286 | 66.90 | * |
| NANCY POPP | 10900 WILLOW RD | | WILLIS | MI | 48191-9729 | V99039 | 66.90 | * |
| NANCY POTTS | 23015 DURANT ST NE | | BETHEL | MN | 55005-9524 | K22847 | 66.90 | * |
| NANCY PRUITT | 650 WOOD FOREST RD | | KINGSLAND | TX | 78639-9747 | K43002 | 66.90 | * |
| NANCY PRYMAK PRATT | 15900 FAIRWAY DR | | DUMFRIES | VA | 22025-1620 | K61935 | 66.90 | * |
| NANCY R BENSON | 1029 SE SWOFFORD LN | | PORT ORCHARD | WA | 98367-9648 | K24379 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NANCY RACETTE | 3901 N ATHENIAN AVE | | WICHITA | KS | 67204-3428 | K28572 | 66.90 | * |
| NANCY RAMSEY | 1108 FAIRACRES RD | | RICHMOND | IN | 47374-1146 | K32462 | 66.90 | * |
| NANCY RANSOM | 1975 DEAN AVE | | HOLT | MI | 48842-1513 | K42484 | 66.90 | * |
| NANCY RHEUBLE | 6179 STONEBROOK WAY | | CENTERVILLE | IN | 47330-9794 | K25305 | 66.90 | * |
| NANCY RHODES | 300 SANGO DR | | CLARKSVILLE | TN | 37043-6822 | K38723 | 66.90 | * |
| NANCY RICHARDS | 1225 N CHESTER RD | | WEST CHESTER | PA | 19380-6874 | K38712 | 66.90 | * |
| NANCY RIEKE | 9427 CAMBERWELL DR | | FORT WAYNE | IN | 46804-4765 | K45957 | 66.90 | * |
| NANCY RILEY | 117 GEORGETOWNE DR | | ELON | NC | 27244-8314 | K22185 | 66.90 | * |
| NANCY RINER | 404 N 6TH ST | | TOWANDA | KS | 67144-8904 | K49906 | 66.90 | * |
| NANCY RODGERS | 310 N HARRIS ST | | SALINE | MI | 48176-1211 | K43575 | 66.90 | * |
| NANCY RUTH KIELER | 625 E EDISON AVE | | DES MOINES | IA | 50315-1426 | K21408 | 66.90 | * |
| NANCY S GOLDBERG | 101 W 79TH ST APT 15B | | NEW YORK | NY | 10024-6479 | K10608 | 66.90 | * |
| NANCY S LAZEAR | 805 E CAPITOL ST SE | | WASHINGTON | DC | 20003-1347 | K41212 | 66.90 | * |
| NANCY S UTLEY | 939 PLEASURE AVE | | OCEAN CITY | NJ | 08226-3413 | K25629 | 66.90 | * |
| NANCY S VAN SCIVER | 411 KAIOLU ST APT 552 | | HONOLULU | HI | 96815-2226 | K41460 | 66.90 | * |
| NANCY SANDERS | 506 FRANKLIN BROADWAY ST | | DONNELLSON | IA | 52625-9281 | K15542 | 66.90 | * |
| NANCY SANFORD | 6367 STATE ROAD 227 S | | RICHMOND | IN | 47374-9423 | K28244 | 66.90 | * |
| NANCY SCHAENEN | 56 MIDWOOD TER | | MADISON | NJ | 07940-2735 | K32866 | 66.90 | * |
| NANCY SCHMITZ | 170 LOWDER RD | | WATERLOO | IA | 50703-1041 | K57488 | 66.90 | * |
| NANCY SCHROEDER | 36909 BASS LAKE DR | | COHASSET | MN | 55721-2062 | K21689 | 66.90 | * |
| NANCY SCLIGHT | 92 MEADOW LN | | RICHBORO | PA | 18954-1832 | K17643 | 66.90 | * |
| NANCY SHAIN | 731 CLUB CIR | | LOUISVILLE | CO | 80027-3236 | K56987 | 66.90 | * |
| NANCY SHIPMAN | 2567 285TH ST | | OSKALOOSA | IA | 52577-9099 | K56755 | 66.90 | * |
| NANCY SINNOTT | 29828 HILLARY AVE | | EASTON | MD | 21601-4894 | K43230 | 66.90 | * |
| NANCY SMITH | 2044 LAKE RD | | RIDGEWAY | SC | 29130-9658 | K33159 | 66.90 | * |
| NANCY SNOWMAN | 20270 NW 100TH AVENUE RD | | MICANOPY | FL | 32667-7775 | K25516 | 66.90 | * |
| NANCY SPENCE LILLIE | 135 W GLOUCESTER ST | | GLADSTONE | OR | 97027-2032 | K35515 | 66.90 | * |
| NANCY SPENCER | 4688 W VICTORY RD | | MERIDIAN | ID | 83642-6846 | K62157 | 66.90 | * |
| NANCY SPICER | 390 RARITAN DR | | VALPARAISO | IN | 46385-8811 | K61148 | 66.90 | * |
| NANCY SPITTERS | 10620 CYPRESS TRAIL DR | | ORLANDO | FL | 32825-5037 | K23301 | 66.90 | * |
| NANCY STARLING ROSS | 225 BIG BEAR RD | | MOSCA | CO | 81146-9778 | K13585 | 66.90 | * |
| NANCY STAUFFER | 250 PARKVIEW HEIGHTS RD APT | | EPHRATA | PA | 17522-9493 | K62005 | 66.90 | * |
| NANCY STEFANI | 34 E PARK AVE | | DES MOINES | IA | 50315-7736 | K22364 | 66.90 | * |
| NANCY STEPHENS | 21A FRANKLIN LN | | WHITING | NJ | 08759-6341 | K40619 | 66.90 | * |
| NANCY STEWART | 1100 N RIVER RD UNIT 3309 | | SHOREWOOD | IL | 60404-7711 | K49762 | 66.90 | * |
| NANCY STROTHER | 1550 S TREASURE DR | | NORTH BAY VIL | FL | 33141-4127 | K31067 | 66.90 | * |
| NANCY STYER | 200 LAUREL LAKE DR APT W235 | | HUDSON | OH | 44236-2170 | K45093 | 66.90 | * |
| NANCY SUE GREENMAN | 12948 WHITEHORSE LN | | DES PERES | MO | 63131-2241 | K41084 | 66.90 | * |
| NANCY SYLVANDER | 733 MCKEE RD | | WHITE OAK | PA | 15131-2528 | K60858 | 66.90 | * |
| NANCY TANK | 3395 SHADYVIEW LN N | | PLYMOUTH | MN | 55447-1160 | K20174 | 66.90 | * |
| NANCY TARNOFF | 5005 JASMINE DR | | ROCKVILLE | MD | 20853-1636 | K22054 | 66.90 | * |
| NANCY THOMPSON | 204 PIEDMONT AVE | | BELVEDERE | SC | 29841-2628 | K31576 | 66.90 | * |
| NANCY THOMPSON | 1120 S 1ST ST | | BLACKWELL | OK | 74631-4311 | K50035 | 66.90 | * |
| NANCY TRUELOCK | 2425 S EVANS AVE | | EL RENO | OK | 73036-5944 | K30893 | 66.90 | * |
| NANCY VENIER | PO BOX 157 | | WELLS | NY | 12190-0157 | K57913 | 66.90 | * |
| NANCY VISSER | 1615 SOUTHERN AVE | | KALAMAZOO | MI | 49001-4355 | K17314 | 66.90 | * |
| NANCY VORVA | 602 E KALAMAZOO ST | | BLOOMINGDALE | MI | 49026-9729 | K42545 | 66.90 | * |
| NANCY WALDON | 163 NORTHVIEW DR | | SARTELL | MN | 56377-3214 | K31485 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NANCY WALTERS | 726 BROADWAY ST | | MILTON | PA | 17847-2410 | K15690 | 66.90 | * |
| NANCY WALTERS | 715 QUINCE ST UNIT 2234 | | OMAK | WA | 98841-9314 | K32741 | 66.90 | * |
| NANCY WALTZ | 45 STONEBRIDGE DR | | WINCHESTER | IN | 47394-8204 | K24367 | 66.90 | * |
| NANCY WARREN | 157 NEAL KINSY RD | | TRENTON | TN | 38382-9436 | K29718 | 66.90 | * |
| NANCY WEBSTER | 10671 DORMAR CT | | SAN JOSE | CA | 95127-2709 | K43571 | 66.90 | * |
| NANCY WESNER | 359 CAMERON AVE | | MILTON | PA | 17847-2001 | K19487 | 66.90 | * |
| NANCY WIGGERS | 25 DONALD ST | | HOLBROOK | NY | 11741-1108 | K38124 | 66.90 | * |
| NANCY WILKE | 506 GALWAY DR | | O FALLON | MO | 63366-7400 | K38207 | 66.90 | * |
| NANCY WILKERSON | 1581 NORTHBROOK DR | | LIMA | OH | 45805-1069 | K45853 | 66.90 | * |
| NANCY WILKINS | 1901 WINDSOR PL | | FINDLAY | OH | 45840-7062 | K49650 | 66.90 | * |
| NANCY WILLIAMS | 103 LAKE POINTE LN | | STARKVILLE | MS | 39759-4243 | K13251 | 66.90 | * |
| NANCY WOOD | 11503 N 100 E | | ALEXANDRIA | IN | 46001-8045 | K23319 | 66.90 | * |
| NANCY WOODWARD | 961 TOWNSHIP ROAD 185 | | BELLEFONTAINE | OH | 43311-9109 | K51237 | 66.90 | * |
| NANCY WRIGHT | PO BOX 437 | | ALPINE | AZ | 85920-0437 | K34973 | 66.90 | * |
| NANCY YACKO | 4709 NORITAKE CT | | JOLIET | IL | 60431-7502 | K57798 | 66.90 | * |
| NANCY ZELEZNIKAR | 20771 AQUATIC LN | | HUNTINGTON BE | CA | 92646-6602 | K49375 | 66.90 | * |
| NANCY ZUSI | 119 PINEHURST DR | | NEW BERN | NC | 28562-2942 | K43572 | 66.90 | * |
| NANCYE RHODENHISER | 1257 MARYWOOD LN APT 202 | | RICHMOND | VA | 23229-6060 | K22503 | 66.90 | * |
| NANETTE BELLAVANCE | 289 E MOUNTAIN RD | | NEWPORT | NH | 03773-1957 | K37257 | 66.90 | * |
| NANETTE GIBSON | 48 CHASE RD | | MANHASSET | NY | 11030-2503 | K37453 | 66.90 | * |
| NANNIE GREENWELL | 6913 MOUNT WASHINGTON RD | | LOUISVILLE | KY | 40229-2447 | K32847 | 66.90 | * |
| NANNIE LOUISE JENNINGS | 1600 BELAFONTE DR | | PORTSMOUTH | VA | 23701-3801 | K13733 | 66.90 | * |
| NAOMA ANDERSEN | N6667 E LONG LAKE RD | | WILD ROSE | WI | 54984-6739 | K55202 | 66.90 | * |
| NAOMI [EDNA] LEE | 122 MILLSTONE LN | | GODWIN | NC | 28344-9086 | K24149 | 66.90 | * |
| NAOMI C SMITH | PO BOX 359 | | RAYVILLE | LA | 71269-0359 | K18206 | 66.90 | * |
| NAOMI CHARLENE DEFORGE | 7002 HIGHWAY 17 | | SCOTTS VALLEY | CA | 95066-2826 | K21523 | 66.90 | * |
| NAOMI EVANS | 2934 BRIDLE CREEK DR SW | | CONYERS | GA | 30094-5696 | K39356 | 66.90 | * |
| NAOMI HASKELL | 3437 CRICKLEWOOD ST | | TORRANCE | CA | 90505-6622 | K20593 | 66.90 | * |
| NAOMI HAWKINS | 1823 N 110TH AVE | | OMAHA | NE | 68154-1607 | K58068 | 66.90 | * |
| NAOMI HECK | 33 WINDSOR WAY | | CAMP HILL | PA | 17011-1752 | K43252 | 66.90 | * |
| NAOMI KATZ | PO BOX 205 | | SOUTH EGREMON | MA | 01258-0205 | K47721 | 66.90 | * |
| NAOMI KING | 18660 COYLE ST | | DETROIT | MI | 48235-2830 | K54387 | 66.90 | * |
| NAOMI L TROUT | 826 CAMINITO DEL MAR | | CARLSBAD | CA | 92011-2401 | K26746 | 66.90 | * |
| NAOMI MAYERS | PO BOX 51 | | PROSPERITY | SC | 29127-0051 | K38705 | 66.90 | * |
| NAOMI NEFT | 525 E 86TH ST APT 9F | | NEW YORK | NY | 10028-7514 | K48073 | 66.90 | * |
| NAOMI PHLIPOT | 110 MARKER RD APT 19 | | VERSAILLES | OH | 45380-9483 | K36627 | 66.90 | * |
| NAOMI R VANLEY | 4458 MYRTLE AVE | | LONG BEACH | CA | 90807-2440 | K59610 | 66.90 | * |
| NAOMI SOLOMON | 20090 BOCA WEST DR APT 353 | | BOCA RATON | FL | 33434-5235 | K46906 | 66.90 | * |
| NAOMI VERMEULEN | 11516 FRESHWIND CT | | SAN DIEGO | CA | 92127-2048 | K59488 | 66.90 | * |
| NAOMI WILLIAMS | 1915 STEINER AVE | | AUGUSTA | GA | 30901-3434 | K59696 | 66.90 | * |
| NARVY E GARRETT | 4275 SILVER LAKE HIGHLANDS A | | STOW | OH | 44224-2355 | K61571 | 66.90 | * |
| NATALIE [SCOTTIE] BERRY | 19 POCONO RD APT 430A | | DENVILLE | NJ | 07834-2983 | K44606 | 66.90 | * |
| NATALIE ARMBRISTER | 201 LAKE POINTE DR APT 105 | | OAKLAND PARK | FL | 33309-3557 | K47668 | 66.90 | * |
| NATALIE AROUH | 50905 PARADISE EAST DR | | LA QUINTA | CA | 92253-2945 | K49185 | 66.90 | * |
| NATALIE BRODSKY | 3310 N LEISURE WORLD BLVD AP | | SILVER SPRING | MD | 20906-5663 | K40466 | 66.90 | * |
| NATALIE CUBAN | 128 N CRAIG ST APT 305 | | PITTSBURGH | PA | 15213-2758 | K40802 | 66.90 | * |
| NATALIE MUCHIN | 411 E RAVINE BAYE RD | | BAYSIDE | WI | 53217-1330 | K37509 | 66.90 | * |
| NATALIE R BIRBARIE | 43 STANNARD AVE | | BRANFORD | CT | 06405-4431 | K14303 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NATALIE STAVSETH | 2173 COUNTY ROAD 121 | | INTERNATIONAL | MN | 56649-8843 | K20276 | 66.90 | * |
| NATALIE WALKER | 2917 GRAND AVE APT 114 | | DES MOINES | IA | 50312-4266 | K54639 | 66.90 | * |
| NATHAN E TAVES | 2140 E LINKER RD | | COLUMBIA CITY | IN | 46725-8927 | K38222 | 66.90 | * |
| NATHAN FRANK FROLKEY | 104 LAKESHORE DRIVE LN | | SHELL KNOB | MO | 65747-7220 | K53846 | 66.90 | * |
| NATHAN J WOODWARD | 530 N EAST ST | | FENTON | MI | 48430-2724 | K56460 | 66.90 | * |
| NATHAN LANDIS | 640 N PRESIDENT AVE | | LANCASTER | PA | 17603-2622 | K25233 | 66.90 | * |
| NATHAN STANTON | 905 SUNNY HILL LN | | HARRISBURG | PA | 17111-4664 | K41684 | 66.90 | * |
| NATHANIEL [NAT] THOMPSON | 5936 SW 61ST AVE | | SOUTH MIAMI | FL | 33143-2248 | K39355 | 66.90 | * |
| NATHANIEL D JOHNSON JR | 105 COUNTRYSIDE PL SE | | SMYRNA | GA | 30080-3879 | K21622 | 66.90 | * |
| NATHANIEL KING JR | 224 CANADA WAY | | LOS ALAMOS | NM | 87544-3431 | K55504 | 66.90 | * |
| NATHANIEL S WASHINGTON SR | 7235 DOSTIE DR E | | JACKSONVILLE | FL | 32209-1348 | K40036 | 66.90 | * |
| NATHANIEL WAKEFIELD | 16352 FAIRWAY LN | | HUNTINGTON BE | CA | 92649-2722 | K46035 | 66.90 | * |
| NATISHA DANIELS-THOMPSON | 6907 LAYSAN TEAL CT | | LOUISVILLE | KY | 40228-1196 | K38511 | 66.90 | * |
| Navy Federal Credit Union | PO Box 3700 | | Merrifield | VA | 22116-3700 | 4060-9554 | 14,630.31 | **: Rev Acct |
| NEAL DUNHAM MACDONALD | 24131 W OAK LN | | JOLIET | IL | 60404-7607 | K49333 | 66.90 | * |
| NEAL H [SKIP] MIDDLETON | 1740 PEBBLE BEACH LN | | LADY LAKE | FL | 32159-2239 | K60649 | 66.90 | * |
| NEAL J BUCKSTEIN | 342 COLEMAN DR | | MONROEVILLE | PA | 15146-4828 | K40360 | 66.90 | * |
| NEAL J SNYDER | 16 MIDDLE CREEK RD | | LITITZ | PA | 17543-9137 | K58202 | 66.90 | * |
| NEAL P VAN DER VOORN | PO BOX 164 | | WAUNA | WA | 98395-0164 | K29191 | 66.90 | * |
| NEAL STREBLOW | 1221 GLOVERVILLE TER | | THE VILLAGES | FL | 32162-8732 | K50397 | 66.90 | * |
| NEAL STRITTMATTER | 2377 RESERVOIR RD | | RICHMOND | IN | 47374-1729 | K31970 | 66.90 | * |
| NEAL VANDERBILT | 48 GRANDVIEW CT | | BATTLE CREEK | MI | 49015-5022 | K17662 | 66.90 | * |
| NEAL W MOORE | 11403 SE 66TH ST | | BELLEVUE | WA | 98006-6409 | K32755 | 66.90 | * |
| NED M HAGAN | 821 S CRESTWAY ST | | WICHITA | KS | 67218-2215 | K28733 | 66.90 | * |
| NEDRA FARLEY | 8001 MERISSA LN NE | | ALBUQUERQUE | NM | 87122-3763 | K30700 | 66.90 | * |
| NEIL [PETER] ANDERSON | 45 GRAND VIEW LN | | BELLINGHAM | WA | 98229-2743 | K59919 | 66.90 | * |
| NEIL BUTTEIGER | 15992 WOODLET WAY CT | | CHESTERFIELD | MO | 63017-5048 | K40928 | 66.90 | * |
| NEIL D BRESLIN | 15 PINEDALE AVE | | DELMAR | NY | 12054-3012 | K20583 | 66.90 | * |
| NEIL D TREFZGER | 29470 VALLEY VIEW DR | | WICKLIFFE | OH | 44092-2031 | K43664 | 66.90 | * |
| NEIL ECKHOFF | 8316 BRAUN CT | | ARVADA | CO | 80005-5815 | K55346 | 66.90 | * |
| NEIL H BERKOW | 5711 OSTROM AVE | | ENCINO | CA | 91316-1407 | K46331 | 66.90 | * |
| NEIL J ANGELOTTI | 14358 MAPLE ROCK CT | | CENTREVILLE | VA | 20121-5705 | K43720 | 66.90 | * |
| NEIL J COCINO | 15 WOODSIDE LN | | FLEMINGTON | NJ | 08822-3221 | K41288 | 66.90 | * |
| NEIL J DUPAN | 2173 N KIRTLAND PL | | HUDSON | OH | 44236-5303 | K43748 | 66.90 | * |
| NEIL KAFKO | 63 DEAN ST | | BROOKLYN | NY | 11201-6245 | K46017 | 66.90 | * |
| NEIL L CHAYET | 26 WINTER ST | | SALEM | MA | 01970-3807 | K14069 | 66.90 | * |
| NEIL O LEUNEBERG | 1320 SUNSET BLVD | | FLINT | MI | 48507-4061 | K56238 | 66.90 | * |
| NEIL ROLDE | PO BOX 304 | | YORK | ME | 03909-0304 | K15419 | 66.90 | * |
| NEIL STIERLE | 10390 WATERS RD | | ANN ARBOR | MI | 48103-9657 | K17683 | 66.90 | * |
| NEIL TRACY | 4091 WOODBRIER DR | | FORT MYERS | FL | 33905-6424 | V99157 | 66.90 | * |
| NEIL WHITE | 3512 ECHO VALLEY CIR | | LA GRANGE | KY | 40031-9676 | K18268 | 66.90 | * |
| NEITA WOODWARD | 225 ELM LODGE DR | | KINGSLAND | TX | 78639-3823 | K42916 | 66.90 | * |
| NELCY ALEXANDER PHIPPS-MILES | 71 BROADFORD RD | | HAILEY | ID | 83333-8302 | K39882 | 66.90 | * |
| NELDA BLAKE | 1740 PIPER LN APT 101 | | DAYTON | OH | 45440-5071 | K47316 | 66.90 | * |
| NELDA J REXROAT | 913 COMANCHE CT | | ULYSSES | KS | 67880-1500 | K30025 | 66.90 | * |
| NELDA JEAN BROWN | 6605 68TH DR E | | PALMETTO | FL | 34221-8553 | K55937 | 66.90 | * |
| NELDA SANDERS | 1022 COCOVILLE RD | | MANSURA | LA | 71350-4219 | K36405 | 66.90 | * |
| NELL ESENY | 489 WESTCHESTER DR | | NORTH HUNTING | PA | 15642-2677 | K60548 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NELL JEAN HAMILTON | 4200 OLD OMEN RD APT 1201 | | TYLER | TX | 75707-2141 | K27807 | 66.90 | * |
| NELLA CRISS | 7505 E 10TH CIR N | | WICHITA | KS | 67206-3844 | K22784 | 66.90 | * |
| NELLAURA FLANCE | 1477 LAMBERT ST | | DELTONA | FL | 32725-7434 | K58133 | 66.90 | * |
| NELLIE FULLER | 123 NW KENSINGTON LN | | LAKE CITY | FL | 32055-5176 | K53435 | 66.90 | * |
| NELLIE FULMER | 619 SCHELL RD | | TURBOTVILLE | PA | 17772-8641 | K16565 | 66.90 | * |
| NELLIE GORGES | 225 S RIDGEWOOD DR | | WICHITA | KS | 67218-1622 | K31699 | 66.90 | * |
| NELLIE STODDARD | 4263 SHADOWWOOD DR | | VALDOSTA | GA | 31605-4943 | K57558 | 66.90 | * |
| NELLIE TREVETT | 7922 AZALEA DR | | BUENA PARK | CA | 90620-1920 | K30664 | 66.90 | * |
| NELSON DUGAN | 3843 NORTHERN HILLS DR | | ROCKY MOUNT | NC | 27804-8297 | K48687 | 66.90 | * |
| NELSON E WIDELL | 75 WOOSAMONSA RD | | PENNINGTON | NJ | 08534-3804 | K44952 | 66.90 | * |
| NELSON FISHER | 61 WASHINGTON ST | | TURBOTVILLE | PA | 17772-8548 | K16201 | 66.90 | * |
| NELWYN PARISH | 2322 AIRLINE RD | | LONGVIEW | TX | 75605-5163 | K12144 | 66.90 | * |
| Neopost Florida | 4913 W Laurel St | | Tampa | FL | 33607-3811 | TA9248 | 264.51 | ** |
| NETTA GROLLMAN | 79 COUNTRY CLUB LN | | BELMONT | MA | 02478-1120 | K46704 | 66.90 | * |
| NEVA ABBOUD | 174 8TH ST | | BETHPAGE | NY | 11714-1802 | K37202 | 66.90 | * |
| NEVA HAMAN | PO BOX 1495 | | IOWA CITY | IA | 52244-1495 | K57251 | 66.90 | * |
| NEVA HELMS | 11596 NIAGARA DR | | MIRA LOMA | CA | 91752-3044 | K31600 | 66.90 | * |
| NEVILLE HIGH SCHOOL | NEVILLE ALUMNI & FRIENDS ASS | 600 FORSYTHE AVE | MONROE | LA | 71201-4000 | | 0.00 | ** |
| NEVILLE HIGH SCHOOL | c/o DANA JEFFERSON | 600 FORSYTHE AVE | MONROE | LA | 71201-4000 | | 0.00 | ** |
| NEWBERRY COLLEGE | NEWBERRY COLLEGE | 2100 COLLEGE ST | NEWBERRY | SC | 29108-2197 | | 0.00 | ** |
| NEWBERRY COLLEGE | c/o REVEREND JOHN DERRICK | 2100 COLLEGE ST | NEWBERRY | SC | 29108-2197 | | 0.00 | ** |
| NICHOLAS A CHIAROLANZIO | 537 CAMBRIDGE DR | | BURBANK | CA | 91504-2937 | K37906 | 66.90 | * |
| NICHOLAS C [NICK] LOVE | 990 MARGO CT APT F | | MONTROSE | CO | 81401-5665 | K18712 | 66.90 | * |
| NICHOLAS C DEFELICE | 6410 TEN POINT CIR | | TRAFFORD | PA | 15085-2314 | K60602 | 66.90 | * |
| NICHOLAS CYPRUS | 215 TRUMBULL RD | | MANHASSET | NY | 11030-2116 | K53664 | 66.90 | * |
| NICHOLAS DIBARTOLOMEO | 615 WARDSHIRE PL | | LOUISVILLE | KY | 40223-6119 | K50333 | 66.90 | * |
| NICHOLAS E SEEHAFER | 1546 11TH AVE | | MOLINE | IL | 61265-3140 | K51637 | 66.90 | * |
| NICHOLAS G [NICK] VAN PATTEN | 6020 MCKINLEY AVE | | DES MOINES | IA | 50321-1657 | K29679 | 66.90 | * |
| NICHOLAS J [JACK] PETERS | 1696 WILLOW CIRCLE DR | | CREST HILL | IL | 60403-2087 | K54479 | 66.90 | * |
| NICHOLAS J BRAZEAU SR | 630 3RD ST S | | WISCONSIN RAP | WI | 54494-4365 | K46956 | 66.90 | * |
| NICHOLAS J GAGLIANO | 3709 METAIRIE HEIGHTS AVE | | METAIRIE | LA | 70002-1824 | K55918 | 66.90 | * |
| NICHOLAS J MATRANGA | 357 BADEN PL | | STATEN ISLAND | NY | 10306-6044 | K53433 | 66.90 | * |
| NICHOLAS LAVITOLA | 1107 AUTUMN HILL CT | | CROZET | VA | 22932-3145 | K15153 | 66.90 | * |
| NICHOLAS M FATICA JR | 7523 CADLE AVE UNIT 6 | | MENTOR | OH | 44060-5712 | K52307 | 66.90 | * |
| NICHOLAS MERRIAM | 3833 MAHOPAC ST | | JEFFERSON VAL | NY | 10535-1301 | K35615 | 66.90 | * |
| NICHOLAS MUELLER | 1868 W BRANTWOOD CT | | GLENDALE | WI | 53209-3415 | K43299 | 66.90 | * |
| NICHOLAS R DOLJAC | 29604 GRAND BLVD | | WICKLIFFE | OH | 44092-2127 | K45295 | 66.90 | * |
| NICHOLAS R STRANIERO | 6913 N MAIN ST | | GRANGER | IN | 46530-8039 | K46255 | 66.90 | * |
| NICHOLAS S MATULICH | 149 CAROLINE AVE | | RIVER RIDGE | LA | 70123-1858 | K54136 | 66.90 | * |
| NICHOLAS SCHLOTTER | 510 ROBERT CT | | MAHTOMEDI | MN | 55115-2024 | K14634 | 66.90 | * |
| NICHOLAS URSIN | 320 CRYSTAL ST | | NEW ORLEANS | LA | 70124-2620 | K50554 | 66.90 | * |
| NICHOLAS WHITNEY JR | 510 GRANDVIEW DR | | HUDSON | WI | 54016-5819 | K57012 | 66.90 | * |
| NICHOLE JENNINGS | 3918 SE 15TH ST | | DES MOINES | IA | 50320-1451 | K29890 | 66.90 | * |
| NICK HOUSEMAN | 2097 105TH ST | | EARLHAM | IA | 50072-8636 | K21767 | 66.90 | * |
| NICK KOSTIS | 39204 COURSEVIEW DR | | AVON | OH | 44011-4799 | K51651 | 66.90 | * |
| NICK N MENEGAS | 1306 CANTERBURY LN | | GLENVIEW | IL | 60025-3141 | K57795 | 66.90 | * |
| NICK SCHWAB | PO BOX 750 | | GUERNSEY | WY | 82214-0750 | K54230 | 66.90 | * |
| NICK SULLIVAN | 20300 SAUMS RD APT 1014 | | KATY | TX | 77449-1851 | K48256 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| NICK TUTOROW | 880 E CASE BLVD | | ALBANY | IN | 47320-8916 | K16834 | 66.90 | * |
| NICKALA [NICKI] MCKENNA | 1209 W 6TH ST | | STORM LAKE | IA | 50588-2909 | K14011 | 66.90 | * |
| NICKIE ANDERSON | 1412 E EUCLID AVE | | INDIANOLA | IA | 50125-1640 | K20992 | 66.90 | * |
| NICKIE ROSS | 3630 CHESTER BLVD | | RICHMOND | IN | 47374-1023 | K25346 | 66.90 | * |
| NICK-VLAD [VLADETA] NIKOLIC | 3317 W PENSACOLA AVE | | CHICAGO | IL | 60618-1207 | K52569 | 66.90 | * |
| NICOLA MCSWAIN | 3325 CALIFORNIA RD | | OKEANA | OH | 45053-9568 | K38962 | 66.90 | * |
| NICOLAS J NIEBOER | 1183 TANAGER LN | | KALAMAZOO | MI | 49009-2847 | K16891 | 66.90 | * |
| NICOLE HAMBURGER | 2082 CENTRAL DR N | | EAST MEADOW | NY | 11554-5114 | K37455 | 66.90 | * |
| NICOLE SCHIMMENTI | 3432 E PINOT NOIR AVE | | GILBERT | AZ | 85298-9093 | K49041 | 66.90 | * |
| NICOLE VALENTINE | 104 OCEAN AVE | | MASSAPEQUA | NY | 11758-6505 | K42321 | 66.90 | * |
| NICOLET HIGH SCHOOL | NICOLET HIGH SCHOOL FOUNDATI | 6701 N JEAN NICOLET RD | GLENDALE | WI | 53217-3799 | | 0.00 | ** |
| NICOLET HIGH SCHOOL | c/o FERNE HECKER | 6701 N JEAN NICOLET RD | GLENDALE | WI | 53217-3799 | | 0.00 | ** |
| NICOLETTE TROUBALOS | 61 BROAD REACH UNIT M38B | | NORTH WEYMOUT | MA | 02191-2277 | K14041 | 66.90 | * |
| NIGEL K FOUNDLING | 860 LOVERS LN | | LEBANON | PA | 17046-9362 | K59284 | 66.90 | * |
| NIHLA DAVIS | PO BOX 130 | | NORTH STAR | OH | 45350-0130 | K31608 | 66.90 | * |
| NILAH CAIAZZO | 510 W MAIN ST APT 653 | | RICHMOND | IN | 47374-4081 | K27259 | 66.90 | * |
| NINA BOGLE | 95 ANTHONY AVE | | OLD HICKORY | TN | 37138-2203 | K35605 | 66.90 | * |
| NINA BONNEY | 452 NIXON RD | | PEMBROKE | NH | 03275-3504 | K21017 | 66.90 | * |
| NINA CAHILL | 321 TAINTOR DR | | SOUTHPORT | CT | 06890-1340 | K52182 | 66.90 | * |
| NINA HURST | 605 WOODBERRY DR | | DANVILLE | IN | 46122-7808 | K44815 | 66.90 | * |
| NINA K SHUFORD | 3 27TH AVE | | ISLE OF PALMS | SC | 29451-2401 | K30382 | 66.90 | * |
| NINA KEARNEY | 44 BAYARD ST | | ALLSTON | MA | 02134-1427 | K15297 | 66.90 | * |
| NINA KIESS | 108 COVE DR | | MANHASSET | NY | 11030-1311 | K57801 | 66.90 | * |
| NINA L GILSTRAP | 7230 STONE MEADOW CIR | | ROWLETT | TX | 75088-4211 | V99524 | 66.90 | * |
| NINA M SABATINO | 40 STARLIGHT DR | | COMMACK | NY | 11725-3522 | K62115 | 66.90 | * |
| NINA MARTIN | 783 SILVER LN | | EUGENE | OR | 97404-2242 | K34693 | 66.90 | * |
| NINA ROSA | 696 DICKERSON RD | | WILLOWICK | OH | 44095-4223 | K43282 | 66.90 | * |
| NINA RUBIN MD | 120 SEAVER ST | | BROOKLINE | MA | 02445-5719 | K46333 | 66.90 | * |
| NINA S ARNFELD | 1533 BEACON ST | | BROOKLINE | MA | 02446-4601 | K20608 | 66.90 | * |
| NINA SCRIPPS | PO BOX 414 | | FRANKLIN | NC | 28744-0414 | K36644 | 66.90 | * |
| NINA SINGLETON | 1402 S 1ST ST | | LAMESA | TX | 79331-6056 | K42531 | 66.90 | * |
| NINA STRICKLER | 6016 TRAFALGAR LN | | DUBLIN | OH | 43016-8319 | K62323 | 66.90 | * |
| NINA VAN GILDER | 13240 ENID BLVD | | FENTON | MI | 48430-1152 | K58604 | 66.90 | * |
| NINA WINTERS | 409 E DES MOINES ST | | WAYLAND | MO | 63472-9716 | K16597 | 66.90 | * |
| NIRAJ [NICK] AGARWAL | 39 CROSBY ST APT 4N | | NEW YORK | NY | 10013-3254 | K43601 | 66.90 | * |
| NITA CROWNOVER | 301 BRADLEY LN | | DUMAS | TX | 79029-3453 | K29985 | 66.90 | * |
| NITA ELLIOTT | 9215 FORDSHIRE DR | | HOUSTON | TX | 77025-3906 | K38789 | 66.90 | * |
| NITA GILLHAM | 34266 HIGHWAY 113 | | PEETZ | CO | 80747-9523 | K56444 | 66.90 | * |
| NITA RAE RANDOLPH | 8152 WADEBRIDGE CIR | | HUNTINGTON BE | CA | 92646-2037 | K45084 | 66.90 | * |
| NOAH HAIRSTON | 745 OAK ST | | LIMA | OH | 45804-1038 | K48013 | 66.90 | * |
| NOAH ROBBINS | 18 HASTINGS LNDG | | HASTINGS ON H | NY | 10706-2915 | K49485 | 66.90 | * |
| NOEL EDWARD CASEBOLT JR | 1325 STORY DR | | KNOXVILLE | IA | 50138-8965 | K27099 | 66.90 | * |
| NOEL GAGNON | 6215 11TH AVE S | | RICHFIELD | MN | 55423-1702 | K19266 | 66.90 | * |
| NOEL HERTZ | 4236 N ASHLAND AVE | | CHICAGO | IL | 60613-1202 | K51247 | 66.90 | * |
| NOEL K ANDREWS | 2000 MITCHELL DR | | PENINSULA | OH | 44264-9650 | K61608 | 66.90 | * |
| NOELLE RICHARDSON | 1859 N 150TH CT | | OMAHA | NE | 68154-1060 | K52961 | 66.90 | * |
| NOLA ANN EITEN | PO BOX 399 | | WELLSBURG | IA | 50680-0399 | K54824 | 66.90 | * |
| NOLA E FALCONE | 245 S BEACH RD | | HOBE SOUND | FL | 33455-2512 | K20336 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| NOLA J HYLAND | 3901 MANDEVILLE CANYON RD | | LOS ANGELES | CA | 90049-1029 | K57230 | 66.90 | * |
| NOLA LANGLEY | 3224 ST IVES BLVD | | SPRING HILL | FL | 34609-3148 | K42390 | 66.90 | * |
| NOLAN CARTER PERCY | 5811 HIGHLAND RD | | SAINT FRANCIS | LA | 70775-6503 | K48414 | 66.90 | * |
| NOLAN L WIGGINS | 2 YAUN CIR | | NORTH AUGUSTA | SC | 29841-9246 | K21391 | 66.90 | * |
| NOLAN PAUL LEWIS | 2219 SPLENDOR CT | | ARLINGTON | TX | 76010-3207 | K58959 | 66.90 | * |
| NOLEN [DEL] RENFRO | 731 NW AMELIA DR | | GRANTS PASS | OR | 97526-1003 | K31286 | 66.90 | * |
| NOLLIE L SMITH | 1100 SPRUCE AVE | | ATWATER | CA | 95301-2728 | K53627 | 66.90 | * |
| NONA GREEN | 3639 MARJORIE LN | | SEAFORD | NY | 11783-2431 | K50438 | 66.90 | * |
| NONA M SCHUBERT | N57W34433 NICKELS POINT RD | | OCONOMOWOC | WI | 53066-2535 | K38235 | 66.90 | * |
| NONETTE C BENEDETTO | 30 WERTMAN LN | | ALBANY | NY | 12211-2106 | K20090 | 66.90 | * |
| NORA ALLEN | PO BOX 133 | | FERRIS | TX | 75125-0133 | K10428 | 66.90 | * |
| NORA B LAW | 324 E GRAY ST | | DES MOINES | IA | 50315-1742 | K20520 | 66.90 | * |
| NORA L KEETER | PO BOX 454 | | YELLVILLE | AR | 72687-0454 | K41127 | 66.90 | * |
| NORA LUCKE-BAKER | 1734 NW 16TH ST | | NEWCASTLE | OK | 73065-5924 | K58273 | 66.90 | * |
| NORA MARIE BROWN | 430 AZALEA LN | | DUNCANVILLE | TX | 75137-2531 | K26002 | 66.90 | * |
| NORA MILES | 44 COOK AVE APT 102 | | MADISON | NJ | 07940-1851 | K39870 | 66.90 | * |
| NORA MOON | 2179 EARWOOD DR SW | | MARIETTA | GA | 30060-4852 | K30334 | 66.90 | * |
| NORA RANSOM | 3325 NEWBURY ST | | MANHATTAN | KS | 66503-0303 | K34277 | 66.90 | * |
| NORA TUMINARO | 1671 CHELMSFORD CT UNIT 1 | | BARTLETT | IL | 60103-0717 | K48302 | 66.90 | * |
| NORBERT DORSCH | 2272 85TH ST NE | | MONTICELLO | MN | 55362-3185 | K25658 | 66.90 | * |
| NORBERT F STANGLER | 11891 LOFTON AVE S | | HASTINGS | MN | 55033-9450 | K26083 | 66.90 | * |
| NORBERT FISCHER | 545 ORCHID LN N | | PLYMOUTH | MN | 55447-3926 | K19046 | 66.90 | * |
| NORBERT MENKE | 6508 KENVIEW DR | | CINCINNATI | OH | 45243-2324 | K38687 | 66.90 | * |
| NORBERT O SCHEDLER | 1120 NICOLE CIR | | CONWAY | AR | 72034-6040 | K38213 | 66.90 | * |
| NORE WILLIAM SWANSON III | 6395 E STAGECOACH TRL | | APPLE RIVER | IL | 61001-9782 | K59532 | 66.90 | * |
| NOREEN DENN-HOUSE | 70 MATHER AVE | | SCHENECTADY | NY | 12304-2513 | K26133 | 66.90 | * |
| NOREEN DHEIN | 6278 155TH ST NW | | CLEARWATER | MN | 55320-2104 | K20817 | 66.90 | * |
| NOREEN HARRISON | 207 W WYNNBROOK DR | | HENDERSONVILL | NC | 28792-8015 | K49378 | 66.90 | * |
| NOREEN KOEHN | 6734 24TH ST N | | SAINT CLOUD | MN | 56303-4797 | K22904 | 66.90 | * |
| NOREEN SCILEPPI | 15 GAINES PL | | HUNTINGTON | NY | 11743-1520 | K39972 | 66.90 | * |
| NORINE JASTER | 14160 NORTH RD | | FENTON | MI | 48430-1394 | K56607 | 66.90 | * |
| NORM ANDERSON | 63415 OVERTREE RD | | BEND | OR | 97701-7080 | K14252 | 66.90 | * |
| NORMA [JEANNE] HARKLESS | 1235 RITCHIE RD | | STOW | OH | 44224-1719 | K61609 | 66.90 | * |
| NORMA ANDERSON | 2165 LEEVILLE RD | | MT JULIIET | TN | 37124 | K36777 | 66.90 | * |
| NORMA B PRENTICE | 901 E CAMINO REAL APT 9B | | BOCA RATON | FL | 33432-6345 | K56593 | 66.90 | * |
| NORMA BARTO | 130 CORAL CAY DR | | PALM BEACH GA | FL | 33418-4007 | K40273 | 66.90 | * |
| NORMA BILLARD | 38 APPLEGATE LN | | FALMOUTH | ME | 04105-1744 | K10836 | 66.90 | * |
| NORMA BILLINGS | 1614 FRANCIS WAY | | LONGMONT | CO | 80501-2569 | K55473 | 66.90 | * |
| NORMA BREIMEIER | 5230 25TH ST | | NEW SALEM | ND | 58563-9138 | K14255 | 66.90 | * |
| NORMA BUTTERS | 404 READING RD APT 402 | | CINCINNATI | OH | 45202-1487 | K39084 | 66.90 | * |
| NORMA COLE | 1125 WILKIN RD | | DANVILLE | IL | 61832-1671 | K23800 | 66.90 | * |
| NORMA DALTON | 5524 KNOLLWOOD DR | | SAINT CLOUD | MN | 56303-4682 | K18636 | 66.90 | * |
| NORMA DANCIS | 701 KING FARM BLVD APT 518 | | ROCKVILLE | MD | 20850-6182 | K41548 | 66.90 | * |
| NORMA DODDS | 1 PINE RUN DR | | DILLSBURG | PA | 17019-9111 | K44123 | 66.90 | * |
| NORMA E BROWN | 8586 BUNTON RD | | WILLIS | MI | 48191-9740 | K58339 | 66.90 | * |
| NORMA E CAMPBELL | 43 TOPPA BLVD # 2 | | NEWPORT | RI | 02840-2364 | K25023 | 66.90 | * |
| NORMA EDMUNDSON | 12643 ROBISON BLVD APT 114 | | POWAY | CA | 92064-4427 | K61855 | 66.90 | * |
| NORMA ELAINE PEAL | 259 FERRY RD | | LOPEZ ISLAND | WA | 98261-8383 | K47979 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 409 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NORMA FLORAY | 728 EISENHOWER RD | | LEAVENWORTH | KS | 66048-5500 | K32335 | 66.90 | * |
| NORMA GILLAM | 22293 ROUNDUP DR | | WALNUT | CA | 91789-1487 | K10294 | 66.90 | * |
| NORMA GILLILAND | 1720 PEACOCK RD | | RICHMOND | IN | 47374-3969 | K30394 | 66.90 | * |
| NORMA GRABIAK | 654 CLAY PIKE | | IRWIN | PA | 15642-2317 | K61036 | 66.90 | * |
| NORMA HUMPHREY | 2080 STATE ROAD 227 N | | RICHMOND | IN | 47374-1770 | K24423 | 66.90 | * |
| NORMA J BECKER | 10111 INVERNESS MAIN ST UNIT | | ENGLEWOOD | CO | 80112-5727 | K39707 | 66.90 | * |
| NORMA J COLE | 2125 BRINKER RD APT 132 | | DENTON | TX | 76208-2941 | K34688 | 66.90 | * |
| NORMA J MARCINEK-BENAK | 203 W 10TH ST | | NORTH PLATTE | NE | 69101-3013 | K54465 | 66.90 | * |
| NORMA J STITES | 1198 KURTZ RD | | HOLLY | MI | 48442-8314 | K56742 | 66.90 | * |
| NORMA J TUERSON | 404 BURKE AVE | | HARVEY | ND | 58341-1129 | K34453 | 66.90 | * |
| NORMA J WADE | 2011 BRANDYWINE CT | | FORT WAYNE | IN | 46845-1587 | K39692 | 66.90 | * |
| NORMA JEAN DANIELS | 964 GREY VILLAGE CIR | | MARIETTA | GA | 30068-2287 | K26783 | 66.90 | * |
| NORMA JEAN MCCARTHY | 6611 N COBBLESTONE CT | | PEORIA | IL | 61614-2406 | K49025 | 66.90 | * |
| NORMA JEAN PETERSON | 655 E MAIN ST SPC 97 | | SAN JACINTO | CA | 92583-7797 | K52809 | 66.90 | * |
| NORMA JEAN UFFELMAN | 17728 SCHROEDER RD | | DECATUR | IN | 46733-9611 | K38683 | 66.90 | * |
| NORMA JEAN WRIGHT | 171 PALOMINO LN | | VALPARAISO | IN | 46383-8006 | K15029 | 66.90 | * |
| NORMA JO HARLACHER | 2349 PARKWAY DR | | CAMARILLO | CA | 93010-2122 | K33050 | 66.90 | * |
| NORMA JOHNSTON | 30 AMBER LN | | LEVITTOWN | NY | 11756-4011 | K36924 | 66.90 | * |
| NORMA K SMITH | 3695 LAKEVIEW CT | | SANTA MARIA | CA | 93455-2925 | K27209 | 66.90 | * |
| NORMA LEE MERKEL | 1303 SOUTHLAWN DR | | DES MOINES | IA | 50315-5064 | K20521 | 66.90 | * |
| NORMA NEALY | 1456 APPLEGATE AVE | | GRANTS PASS | OR | 97527-9202 | K31583 | 66.90 | * |
| NORMA PARIN | 10638 H B HOLE RD | | VERSAILLES | OH | 45380-9739 | K33582 | 66.90 | * |
| NORMA PAYNE | 1763 INVERARY DR | | ORLANDO | FL | 32826-5266 | K45114 | 66.90 | * |
| NORMA PETERS | PO BOX 353 | | GILCREST | CO | 80623-0353 | K47581 | 66.90 | * |
| NORMA PETERS | 357 N PRAIRIE AVE APT 2 | | JOLIET | IL | 60435-6949 | K57273 | 66.90 | * |
| NORMA R SMITH | 4 OBER RD | | PRINCETON | NJ | 08540-4918 | K62334 | 66.90 | * |
| NORMA R WILLIAMS | 5267 ARUBA CIR | | AUGUSTA | GA | 30909-5795 | K59819 | 66.90 | * |
| NORMA RAMSEY | PO BOX 140 | | INTERNATIONAL | MN | 56649-0140 | K19460 | 66.90 | * |
| NORMA RONAI | 4 CENDRY LN | | EAST NORTHPOR | NY | 11731-5112 | K62363 | 66.90 | * |
| NORMA ROSE | 3091 MILL VISTA RD UNIT 1603 | | HIGHLANDS RAN | CO | 80129-2428 | K55196 | 66.90 | * |
| NORMA SCHNEIDER | 3 E NAVAJO ST | | COUNCIL BLUFF | IA | 51501-8347 | K55341 | 66.90 | * |
| NORMA SGROI | 5801 13TH AVE | | BROOKLYN | NY | 11219-4907 | K58620 | 66.90 | * |
| NORMA SUE BRAY | 1901 YELLOWSTONE DR | | LAMPASAS | TX | 76550-3491 | K42475 | 66.90 | * |
| NORMA SUE GWARTNEY | 11881 E 38TH ST | | TULSA | OK | 74146-2834 | K34400 | 66.90 | * |
| NORMA THOMAN | 4550 COMMODORE DR | | STOW | OH | 44224-1116 | K62719 | 66.90 | * |
| NORMA VANDERMEER | 7179 MAIDA LN | | FORT MYERS | FL | 33908-4255 | K17796 | 66.90 | * |
| NORMA WALKER | 3753 E AVENUE I SPC 111 | | LANCASTER | CA | 93535-2430 | K26345 | 66.90 | * |
| NORMA WOOD | 10500 ROSEWAY BLVD | | IRWIN | PA | 15642-9754 | K60857 | 66.90 | * |
| NORMA Y LARNER | 14300 PARK DR | | MECOSTA | MI | 49332-9797 | K42283 | 66.90 | * |
| NORMAN A [NORM] CUMMINGS | 2420 N CALHOUN RD | | BROOKFIELD | WI | 53005-4444 | K39287 | 66.90 | * |
| NORMAN A FIFOLT | 8172 CONOVER CT | | MENTOR | OH | 44060-2437 | K44322 | 66.90 | * |
| NORMAN ALAN RUDMAN | 10912 CROWN COLONY DR APT C | | AUSTIN | TX | 78747-1664 | K41086 | 66.90 | * |
| NORMAN ARN | 10721 CANFIELD DR | | AUSTIN | TX | 78739-1976 | K57161 | 66.90 | * |
| NORMAN ASMER | 1037 CRESTWATER CT | | WEST COLUMBIA | SC | 29169-6068 | K57093 | 66.90 | * |
| NORMAN BETTENHAUSEN | 2356 E 10000N RD | | MANTENO | IL | 60950-3121 | K58073 | 66.90 | * |
| NORMAN BLANE HARTY | 201 N CATALPA ST | | DEXTER | MO | 63841-1607 | K36443 | 66.90 | * |
| NORMAN CORENTHAL | 3534 77TH ST APT 2 | | JACKSON HEIGH | NY | 11372-4583 | K52764 | 66.90 | * |
| NORMAN D EISLEY | 3790 STATE ROUTE 54 | | TURBOTVILLE | PA | 17772-8524 | K20565 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| NORMAN D SCHMELZER SR | 2809 93RD ST E | | PALMETTO | FL | 34221-1691 | K42061 | 66.90 | * |
| NORMAN DOLLIN | 168 LONG LN | | KIRKWOOD | PA | 17536-9530 | K39106 | 66.90 | * |
| NORMAN E WAGNER | 3406 CENTERFIELD RD | | HARRISBURG | PA | 17109-2427 | K34974 | 66.90 | * |
| NORMAN E WINKELMAN | 1105 2ND AVE SW | | JAMESTOWN | ND | 58401-5462 | K54008 | 66.90 | * |
| NORMAN F HAUSFATER | 232 CARLYLE LAKE DR | | SAINT LOUIS | MO | 63141-7544 | K39774 | 66.90 | * |
| NORMAN GERON | 3615 HEMLOCK FARMS | | HAWLEY | PA | 18428-9159 | K50869 | 66.90 | * |
| NORMAN GINSBURG PHD | 15 VIRGINIA RAIL LN | | HILTON HEAD I | SC | 29926-1855 | K44124 | 66.90 | * |
| NORMAN GOOD | 1300 FURNACE HILL RD | | STEVENS | PA | 17578-9778 | K58516 | 66.90 | * |
| NORMAN HOLLIS | 249 COULTER RD | | WHITE OAK | PA | 15131-3203 | K60912 | 66.90 | * |
| NORMAN J HUHN | 3231 NOLT RD | | LANCASTER | PA | 17601-1505 | K35759 | 66.90 | * |
| NORMAN JOHNSON | PO BOX 102 | | JEFFERS | MN | 56145-0102 | K19217 | 66.90 | * |
| NORMAN LANGELAND | 646 AQUAVIEW DR | | KALAMAZOO | MI | 49009-9653 | K17632 | 66.90 | * |
| NORMAN M BEEMAN | 1582 JENNIFER DR | | TWINSBURG | OH | 44087-2711 | K43450 | 66.90 | * |
| NORMAN MASKE | 912 FRANK DR | | CHAMPAIGN | IL | 61821-4234 | K56992 | 66.90 | * |
| NORMAN ORLANDI | PO BOX 215 | | MADISON | PA | 15663-0215 | K61279 | 66.90 | * |
| NORMAN PERRIN | 14728 ALABAMA CT | | FONTANA | CA | 92336-0836 | K30742 | 66.90 | * |
| NORMAN R ANDERSON | 3919 PARK AVE | | BROOKFIELD | IL | 60513-1922 | K59499 | 66.90 | * |
| NORMAN REIMERS | 11744 SNOW RD | | BAKERSFIELD | CA | 93314-8760 | K53693 | 66.90 | * |
| NORMAN S BAIER JR | PO BOX 661 | | SUNAPEE | NH | 03782-0661 | K52592 | 66.90 | * |
| NORMAN SHERRAN | 29 ANDERSON AVE | | SCARSDALE | NY | 10583-5215 | K52970 | 66.90 | * |
| NORMAN SHONTZ | 8748 ROBBEN RD | | DIXON | CA | 95620-9608 | K48222 | 66.90 | * |
| NORMAN SILVERBERG | 42 GRYPHON DR | | MONROE TOWNSH | NJ | 08831-7936 | K48906 | 66.90 | * |
| NORMAN VEEN | 14998 ODESSA PL | | BOUTON | IA | 50039-4468 | K54945 | 66.90 | * |
| NORMAN WEAVERLING | 7200 W MILITARY DR TRLR 26 | | SAN ANTONIO | TX | 78227-2972 | K46732 | 66.90 | * |
| NORMAND LAMBERT | 76 COVEWOOD DR | | ACTON | ME | 04001-5602 | K50848 | 66.90 | * |
| NORMON DAVIS | 15304 E 3000S RD | | PEMBROKE TOWN | IL | 60958-4888 | K55467 | 66.90 | * |
| NORNA PRIOR | PO BOX 16 | | MC DERMOTT | OH | 45652-0016 | K51889 | 66.90 | * |
| NORRIS J LIVELY | 737 SKYLINE DR | | LANCASTER | PA | 17601-4441 | K28440 | 66.90 | * |
| NORRIS SKOGSTAD | 59 ANNA AVE | | FAIRBANKS | AK | 99701-1703 | K24475 | 66.90 | * |
| NORTH AUGUSTA HIGH SCHOOL | NORTH AUGUSTA HIGH SCHOOL FO | 2000 KNOBCONE AVE | NORTH AUGUSTA | SC | 29841-2099 | | 0.00 | ** |
| NORTH AUGUSTA HIGH SCHOOL | c/o JENNIFER (GROVE) TOOLE | 2000 KNOBCONE AVE | NORTH AUGUSTA | SC | 29841-2099 | | 0.00 | ** |
| NORVAL WEIGEL | PO BOX 615 | | CANYONVILLE | OR | 97417-0615 | K41119 | 66.90 | * |
| NOVA EUGENE [GENE] STUCKER | 1504 SOUTHMORE BLVD | | HOUSTON | TX | 77004-5848 | K34471 | 66.90 | * |
| NOVELLA WILLIAMS | 1612 LANSING AVE | | PORTSMOUTH | VA | 23704-4318 | K13213 | 66.90 | * |
| NUEL K SCHNEIDER | 105 BUCCANEER CT | | SWANSBORO | NC | 28584-9424 | V98820 | 66.90 | * |
| NYLENE VAN PATTEN | 2503 GOTCH PARK RD | | HUMBOLDT | IA | 50548-8819 | K55648 | 66.90 | * |
| O ERNEST MOSIER JR | 696 EMERIL DR | | DECATUR | GA | 30032-1195 | K50547 | 66.90 | * |
| O STEPHEN MURPHY JR | 1812 CAROL SUE AVE | | GRETNA | LA | 70056-4114 | K51205 | 66.90 | * |
| OCELL MILLER JR | 7033 HUNNICUT RD | | DALLAS | TX | 75227-1319 | K10143 | 66.90 | * |
| ODELL FLOWERS | 996 HOWLISTON CT | | JOLIET | IL | 60433-9570 | K51745 | 66.90 | * |
| ODELL HOLLEMAN | 5555 E THRILL PL | | DENVER | CO | 80207-2044 | V99602 | 66.90 | * |
| ODESSA ANDERSON | 3933 BUCKINGHAM RD | | LOS ANGELES | CA | 90008-1708 | V99914 | 66.90 | * |
| ODESSA BRYSON | 5965 ARMSTRONG RD | | ELKTON | FL | 32033-3121 | K40130 | 66.90 | * |
| OLAF P MELHOUSE | 7108 CANYON CT | | FORT WORTH | TX | 76137-4462 | K33489 | 66.90 | * |
| OLATHE HIGH SCHOOL | MONTROSE EDUCATION FOUNDATIO | 410 HIGHWAY 50 BUSINESS LP | OLATHE | CO | 81425 | | 0.00 | ** |
| OLEDA WILLIAMS | 9350 PARDEE RD | | TAYLOR | MI | 48180-3528 | K58873 | 66.90 | * |
| OLEVIA KINSEY | 80 MAGPIE DR | | CASTLE ROCK | WA | 98611-8971 | K17431 | 66.90 | * |
| OLGA LOGUE | 133 N PROSPECT ST | | KENT | OH | 44240-2241 | K26588 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| OLGA RAE BENTLEY | 1406 JERSEY LN | | WATERLOO | IA | 50701-9013 | K60112 | 66.90 | * |
| OLGA WHOLEY | 25705 LOMITA LINDA CT | | LOS ALTOS HIL | CA | 94024-6303 | K42991 | 66.90 | * |
| OLGA ZITZMANN | 4657 158TH ST | | FLUSHING | NY | 11358-3609 | K62732 | 66.90 | * |
| OLIN B JENKINS | 3209 WILMOT AVE APT 3C | | COLUMBIA | SC | 29205-2674 | K30443 | 66.90 | * |
| OLIN ROGER COOK | 18860 LUCKEY RD | | ATASCOSA | TX | 78002-5518 | K50118 | 66.90 | * |
| OLIVE ELAINE WILLIAMSON | 417 WHITAKER ST | | ENFIELD | NC | 27823-1440 | K17407 | 66.90 | * |
| OLIVER E BRUECK | 1232 ELM ST | | NEW HAVEN | IN | 46774-1606 | K39633 | 66.90 | * |
| OLIVIA ARTALEJO | 1828 W 26TH ST | | ODESSA | TX | 79763-2132 | K33467 | 66.90 | * |
| OLIVIA KRAPE | 106 DORY RD S | | NORTH PALM BE | FL | 33408-4406 | K17877 | 66.90 | * |
| OLIVIA MINTER | 8620 SANDHURST DR | | KNOXVILLE | TN | 37923-5544 | K13437 | 66.90 | * |
| OLIVIA ROBINSON | 2620 ELLIOTT AVE | | WILLOW GROVE | PA | 19090-4408 | K12604 | 66.90 | * |
| OLIVIA SAUER | 3929 W MURIEL DR | | GLENDALE | AZ | 85308-3018 | K31989 | 66.90 | * |
| OLLIE SMITH | 1214 W 132ND ST | | GARDENA | CA | 90247-1506 | K20265 | 66.90 | * |
| OLYMPIA DORWIN | 5815 PRINCESS JEANNE AVE NE | | ALBUQUERQUE | NM | 87110-5246 | K29236 | 66.90 | * |
| OMAH HELLER | 561 LANCASTER CT | | SALINE | MI | 48176-1188 | K10097 | 66.90 | * |
| OMAHA NORTH HIGH SCHOOL | OMAHA NORTH HIGH MAGNET SCHO | 4410 N 36TH ST | OMAHA | NE | 68111 | | 0.00 | ** |
| OMAHA NORTH HIGH SCHOOL | c/o LINDA TOWNSELL | 4410 N 36TH ST | OMAHA | NE | 68111 | | 0.00 | ** |
| ONITA ELAM | 124 GEORGE ALLEN AVE | | CORAL GABLES | FL | 33133-4847 | K41297 | 66.90 | * |
| OPAL JOHNSON | RR 1 BOX 1688 | | ALTON | MO | 65606-9764 | K34188 | 66.90 | * |
| OPAL KATSMA | 5825 N OZARK AVE | | CHICAGO | IL | 60631-2285 | K57405 | 66.90 | * |
| OPAL KISH | 6702 AUGUSTA ST | | BONNERS FERRY | ID | 83805-8501 | K46000 | 66.90 | * |
| OPAL MILLER | 2122 S 16TH ST | | RICHMOND | IN | 47374-7318 | K26893 | 66.90 | * |
| OPAL THOMPSON | 6222 AMY AVE | | GARDEN GROVE | CA | 92845-1808 | K30486 | 66.90 | * |
| OPHELIA [FELI] HORICH | 7530 FAIRINGTON DR | | SAN ANTONIO | TX | 78244-1524 | K29025 | 66.90 | * |
| OPRA ROBINSON | 2315 NW 13TH ST | | FORT LAUDERDA | FL | 33311-5238 | K40847 | 66.90 | * |
| ORA LEE CASTLEMAN | 3947 VIA SALICE | | CAMPBELL | CA | 95008-2662 | K40237 | 66.90 | * |
| ORA MICKEY BOTELHO | 310 VAUCLUSE AVE | | MIDDLETOWN | RI | 02842-5745 | K27263 | 66.90 | * |
| ORA ROSS | 6220 MARTWAY ST APT 207 | | MISSION | KS | 66202-3383 | K56484 | 66.90 | * |
| ORANGEL N FRANCOIS | 5385 YELLOW PINE DR | | MCDONOUGH | GA | 30252-6878 | K54288 | 66.90 | * |
| ORCHARD PARK HIGH SCHOOL | c/o CHERYL CONNORS | 4040 BAKER RD | ORCHARD PARK | NY | 14127-2098 | | 0.00 | ** |
| OREN [SCOTT] DESHONG | 13488 S31 HWY | | MILO | IA | 50166-4708 | K26691 | 66.90 | * |
| OREN J ROESLER DDS | 1325 SPRING DR | | BROOKFIELD | WI | 53005-5529 | K35342 | 66.90 | * |
| OREN LAVEE | 1413 GREENFIELD AVE APT 203 | | LOS ANGELES | CA | 90025-3487 | K51389 | 66.90 | * |
| ORENE WIPPER | 13387 BRENDA BLVD | | BECKER | MN | 55308-9528 | K22392 | 66.90 | * |
| ORIN L SIMON | 920 15TH ST | | INTERNATIONAL | MN | 56649-2837 | K23846 | 66.90 | * |
| ORINDA BERNHART | 7135 HALPIN RD | | NEW TRIPOLI | PA | 18066-2324 | K57936 | 66.90 | * |
| ORLETA SHAULIS | 1856 E SHERWOOD RD | | WILLIAMSTON | MI | 48895-9650 | K40137 | 66.90 | * |
| ORLEY MORGAN | 5319 W 103RD PL | | OVERLAND PARK | KS | 66207-3841 | K38904 | 66.90 | * |
| ORMAN ROEHM | 13211 ABEL RD | | CLINTON | MI | 49236-9413 | V99653 | 66.90 | * |
| ORMAND LEAVEL | 8650 VILLA LA JOLLA DR UNIT | | LA JOLLA | CA | 92037-2361 | K44442 | 66.90 | * |
| ORVAL E MORANDY | 1108 N BROADWAY ST | | LEAVENWORTH | KS | 66048-1460 | K33380 | 66.90 | * |
| ORVAL MOORE | 125 RUSTLING ELM WAY | | AZLE | TX | 76020-7501 | K41954 | 66.90 | * |
| ORVILLE BOHMAN | 11535 STATE ROUTE 47 | | VERSAILLES | OH | 45380-9730 | K32323 | 66.90 | * |
| ORVILLE KIRK | 5247 NORTHLAND AVE | | SAINT LOUIS | MO | 63113-1018 | V99771 | 66.90 | * |
| ORVILLE WESTLUND | 2611 BUSBY RD | | OAK HARBOR | WA | 98277-8632 | K20773 | 66.90 | * |
| ORZELLA STEED | 2041 OTTAWA ST APT 104A | | LEAVENWORTH | KS | 66048-1182 | K38709 | 66.90 | * |
| OSCAR FRANCIS | 2382 WALKER LN | | KEOKUK | IA | 52632-9529 | K15643 | 66.90 | * |
| OSCAR JAEGER ESQ | 729 KATHLEEN PL | | BROOKLYN | NY | 11235-5163 | K50832 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 412 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| OSCAR ROBERT [BOBBY] HORTON | 1236 YOUNG RD | | CASSATT | SC | 29032-9642 | K30041 | 66.90 | * |
| OSCAR T CHRISTENSEN | 13642 CUMING ST | | OMAHA | NE | 68154-5270 | K54987 | 66.90 | * |
| OSIA G LANG | 1008 THEODORE ST | | CREST HILL | IL | 60403-2375 | K48991 | 66.90 | * |
| OSKAR HASCHKE | 6326 N IMPERIAL DR | | PEORIA | IL | 61614-3329 | K46530 | 66.90 | * |
| OTHO JACKSON BRAGG JR | 255 JAY ARMENTROUT RD | | JONESBOROUGH | TN | 37659-4503 | K48592 | 66.90 | * |
| OTIS N DAVIS | 997 HIDDEN OAKS DR | | BEAUMONT | CA | 92223-8527 | K43694 | 66.90 | * |
| OTIS SHULER CULCLASURE | 701 HAMMOND CROSS RD | | SAINT MATTHEW | SC | 29135-7732 | K31072 | 66.90 | * |
| OTTO F FUHRMAN | 10705 N 200 W | | DECATUR | IN | 46733-8756 | K45438 | 66.90 | * |
| OTTO MAJEWSKE | 4002 KINGSTON DR | | ANCHORAGE | AK | 99504-4439 | K17905 | 66.90 | * |
| OTTO STORER | 204 FIDDLERS POINT DR | | SAINT AUGUSTI | FL | 32080-6133 | K39988 | 66.90 | * |
| OUR LADY OF MERCY ACADEMY | OUR LADY OF MERCY ACADEMY | 815 CONVENT RD | SYOSSET | NY | 11791 | | 0.00 | ** |
| OUR LADY OF MERCY ACADEMY | c/o PAT GENOVESE DILOLLO | 815 CONVENT RD | SYOSSET | NY | 11791 | | 0.00 | ** |
| OWEN G CHRISTIE | 19531 WEMBLEY AVE | | ORLANDO | FL | 32833-5554 | K41353 | 66.90 | * |
| OWEN J NICHOLS | 7376 HAWKSTONE AVE SW | | PORT ORCHARD | WA | 98367-7631 | K56050 | 66.90 | * |
| OWEN LARSON | 3942 N EAGLE RD | | WILLMAR | MN | 56201-9172 | K24516 | 66.90 | * |
| OWEN NELSON | 2232 OGDEN CT | | SAINT PAUL | MN | 55119-5636 | K18241 | 66.90 | * |
| OWEN WIDMAYER | W3228 MACLEAN RD | | ELKHORN | WI | 53121-4431 | K59375 | 66.90 | * |
| OZZIE SMITH JR | 7930 SLATE PARK AVE | | REYNOLDSBURG | OH | 43068-7271 | K29257 | 66.90 | * |
| OZZIE SMITH SR | 1111 S I ST | | RICHMOND | IN | 47374-6364 | K26521 | 66.90 | * |
| P J FLANAGAN | 300 BRASSELL DR | | MARSHALL | TX | 75672-7716 | V99695 | 66.90 | * |
| P JOYCE SAWYER | 9813 W SHASTA DR | | SUN CITY | AZ | 85351-2068 | K18826 | 66.90 | * |
| P MICHAEL HOCH | 6339 LONGWOOD RD | | LIBERTYVILLE | IL | 60048-9447 | K28461 | 66.90 | * |
| PABLO PALMIERI | 15398 SW 25TH TER | | MIAMI | FL | 33185-5742 | K41620 | 66.90 | * |
| PAIGE KAUFMAN | 571 MEADOW LAKE DR | | MENDON | VT | 05701-6758 | K25699 | 66.90 | * |
| PAIGE THEISS | PO BOX 153 | | AUSTINBURG | OH | 44010-0153 | K19160 | 66.90 | * |
| PAINE COLLEGE | PAINE COLLEGE | 1235 15TH ST | AUGUSTA | GA | 30901 | | 0.00 | ** |
| PAINE COLLEGE | c/o HELENE CARTER | 1235 15TH ST | AUGUSTA | GA | 30901 | | 0.00 | ** |
| PALLIE SCHUFF | 620 WESTCHESTER DR | | EVANSVILLE | IN | 47710-4260 | K30592 | 66.90 | * |
| PALMEDA ROBINSON | 1919 3RD AVE | | LEAVENWORTH | KS | 66048-3828 | K37016 | 66.90 | * |
| PALMIRA GALL | 1201 YALE PL APT 508 | | MINNEAPOLIS | MN | 55403-1956 | K10675 | 66.90 | * |
| PAM ADKINS | PO BOX 463 | | BROOKLYN | MI | 49230-0463 | K58487 | 66.90 | * |
| PAM BAKER | PO BOX 1733 | | DUMAS | TX | 79029-1733 | K29439 | 66.90 | * |
| PAM BERNARD | 326 W HIGHLAND ST | | BOISE | ID | 83706-3924 | K32881 | 66.90 | * |
| PAM BRACELAND | 126 CRUMP RD | | EXTON | PA | 19341-1510 | K36056 | 66.90 | * |
| PAM DAULTON | 1179 TOWNSHIP ROAD 174 | | WEST LIBERTY | OH | 43357-9599 | K32751 | 66.90 | * |
| PAM FARMER | 1520 OLD JELLICO CREEK RD | | WILLIAMSBURG | KY | 40769-7510 | K59160 | 66.90 | * |
| PAM FREDERICK | 117 SIMON CRESTWAY | | WAUNAKEE | WI | 53597-1721 | K47299 | 66.90 | * |
| PAM HAGEMEYER | 2811 HATFIELD RD | | LEBANON | OH | 45036-9734 | K42451 | 66.90 | * |
| PAM HARVEY | 2922 CREST TERRACE DR | | CHATTANOOGA | TN | 37404-5567 | K53871 | 66.90 | * |
| PAM JENNINGS | 3575 540TH ST SW | | RIVERSIDE | IA | 52327-9775 | K57537 | 66.90 | * |
| PAM JENSON | 2094 COUNTY ROAD 137 | | INTERNATIONAL | MN | 56649-8736 | K18851 | 66.90 | * |
| PAM KELLY | 4685 DEERHAVEN PARK DR | | LOWELL | MI | 49331-8786 | K44356 | 66.90 | * |
| PAM KENNEDY | 13824 FOGGY HILLS CT | | CLIFTON | VA | 20124-2408 | K53837 | 66.90 | * |
| PAM KOVACICH | 6000 CORTADERIA ST NE APT 32 | | ALBUQUERQUE | NM | 87111-8006 | K45117 | 66.90 | * |
| PAM LANGFITT | 11628 HAMRICK PL | | JACKSONVILLE | FL | 32223-0708 | K59407 | 66.90 | * |
| PAM LARSON | 19742 COUNTY ROAD W66 | | COLUMBUS JUNC | IA | 52738-8912 | K57421 | 66.90 | * |
| PAM LOCH | 310 CEDAR AVE N | | WATKINS | MN | 55389-1027 | K26326 | 66.90 | * |
| PAM MCALISTER | PO BOX 630 | | OVERGAARD | AZ | 85933-0630 | K33102 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PAM MCMAHON | 2665 HIGHLAND OAKS DR | | EUGENE | OR | 97405-5921 | K33223 | 66.90 | * |
| PAM MULLEN | 2606 CLUBLAKE TRL | | MCKINNEY | TX | 75070-4006 | K57047 | 66.90 | * |
| PAM MURRELL | 190 TIMBERLINE DR | | EAST PEORIA | IL | 61611-9612 | K47618 | 66.90 | * |
| PAM PETERSON | 936 SIMON CT | | SOUTH BEND | IN | 46615-3626 | K24535 | 66.90 | * |
| PAM R WILKINSON | PO BOX 1856 | | DISCOVERY BAY | CA | 94505-7856 | K24810 | 66.90 | * |
| PAM RUANE | 5809 W 131ST ST | | OVERLAND PARK | KS | 66209-3640 | K35804 | 66.90 | * |
| PAM SARTOR | 1519 TRAILWOOD LN SW | | FARIBAULT | MN | 55021-6500 | K18691 | 66.90 | * |
| PAM SCHULTE | 25 FAWN RDG | | NEWNAN | GA | 30265-1282 | K52751 | 66.90 | * |
| PAM STROHMAIER | 1216 BANK ST | | KEOKUK | IA | 52632-4322 | K15788 | 66.90 | * |
| PAM TAIT | 5082 DOVEWOOD DR | | HUNTINGTON BE | CA | 92649-1406 | K33156 | 66.90 | * |
| PAM TROY | 47-682 HUI KELU ST APT 1 | | KANEOHE | HI | 96744-4633 | K35153 | 66.90 | * |
| PAM WHITMAN | 2102 E ROBIN CT | | PEORIA HEIGHT | IL | 61616-4434 | K49737 | 66.90 | * |
| PAMA LEE THOMPSON | 11847 COLUMBET AVE | | GILROY | CA | 95020-9211 | K29536 | 66.90 | * |
| PAMALA E [PAM] JACKSON | 1705 NW 4TH ST | | ABILENE | KS | 67410-3565 | K59280 | 66.90 | * |
| PAMALA PERKINS | 2074 ASPEN GLADE DR | | KINGWOOD | TX | 77339-1758 | K55877 | 66.90 | * |
| PAMALEE CORRIGAN | 901 S PINE ST | | NEWTON | KS | 67114-4425 | K54693 | 66.90 | * |
| PAMELA [PAM] ARNOTT | 242 MAPLE AVE APT 510 | | WESTBURY | NY | 11590-3277 | K37750 | 66.90 | * |
| PAMELA [PAM] BINNIG | 6181 BAHIA DEL MAR BLVD APT | | SAINT PETERSB | FL | 33715-2361 | K29784 | 66.90 | * |
| PAMELA [PAM] DENNE'E | 441 BRENTWOOD DR | | WISCONSIN RAP | WI | 54494-5718 | K47124 | 66.90 | * |
| PAMELA [PEEJAY] FINNEY | 1602 9TH AVE | | LEWISTON | ID | 83501-3110 | K19040 | 66.90 | * |
| PAMELA A DILLEY | 3030 HAMLET CIR | | EAST LANSING | MI | 48823-6388 | K42453 | 66.90 | * |
| PAMELA ANN GLOVER | 1787 CALHOUN ST N | | WYNNE | AR | 72396-4012 | K43296 | 66.90 | * |
| PAMELA ANN ROBY | 203 PALO VERDE TER | | SANTA CRUZ | CA | 95060-3212 | K34457 | 66.90 | * |
| PAMELA BATSON | 1562 IBIS DR | | ORANGE PARK | FL | 32065-7398 | K34629 | 66.90 | * |
| PAMELA BLYSKAL | 5 SHERWOOD DR | | HUNTINGTON | NY | 11743-5138 | K44246 | 66.90 | * |
| PAMELA BOSTIC | 1002 LAKEVIEW DR | | BEVERLY | OH | 45715-8914 | K51724 | 66.90 | * |
| PAMELA C SMITH | 7260 PEANUT LN | | MECHANICSVILL | VA | 23116-4806 | K22469 | 66.90 | * |
| PAMELA CORNACCHIONE | 211 W 10TH ST | | CARUTHERSVILL | MO | 63830-1803 | K40528 | 66.90 | * |
| PAMELA DAZEY | 17257 OTTAWA AVE | | SPRING LAKE | MI | 49456-1854 | K32347 | 66.90 | * |
| PAMELA E TYNAN | 1037 WHITEGATE RD | | WAYNE | PA | 19087-2182 | K29216 | 66.90 | * |
| PAMELA F FARIA | 70 MAPLE ST | | AUBURNDALE | MA | 02466-2335 | V98285 | 66.90 | * |
| PAMELA FRANCES JOHNSTON | 86 W MAIN RD | | MIDDLETOWN | RI | 02842-4934 | K27805 | 66.90 | * |
| PAMELA FRANZEN | 21 N FRANKLIN ST | | ATHENS | NY | 12015-1402 | K21494 | 66.90 | * |
| PAMELA G WOODSON | 5445 WESLEYAN DR STE 409 | | VIRGINIA BEAC | VA | 23455-6940 | K26653 | 66.90 | * |
| PAMELA HARDING | 233 CREST ST | | WETHERSFIELD | CT | 06109-1418 | K22371 | 66.90 | * |
| PAMELA HENRY | 134 W HARMON DR | | GREENVILLE | OH | 45331-2336 | K31909 | 66.90 | * |
| PAMELA HILL | 9668 TOWNLINE RD | | IRON | MN | 55751-8014 | K19431 | 66.90 | * |
| PAMELA J REDDICK | 2496 LAVISTA CT | | DUBUQUE | IA | 52002-2705 | K57736 | 66.90 | * |
| PAMELA JOYCE CHANCE | 423 E RIDGE DR | | PINEVILLE | LA | 71360-4701 | K44978 | 66.90 | * |
| PAMELA KENNEDY | PO BOX 213 | | KENO | OR | 97627-0213 | K35583 | 66.90 | * |
| PAMELA KERNS | 5108 NW 67TH ST | | KANSAS CITY | MO | 64151-1932 | K23304 | 66.90 | * |
| PAMELA L CRUME | 1809 RIDGE RD | | LEAVENWORTH | KS | 66048-4043 | K34699 | 66.90 | * |
| PAMELA LOFGREN | 3153 COUNTY ROAD 112 | | INTERNATIONAL | MN | 56649-8719 | K23212 | 66.90 | * |
| PAMELA M [PAM] SUTLIFF | 4535 CHERYL DR | | BETHLEHEM | PA | 18017-8405 | K36196 | 66.90 | * |
| PAMELA MCCLURE | PO BOX 173 | | LINDEN | MI | 48451-0173 | K56164 | 66.90 | * |
| PAMELA NEVILLE | 1511 CENTER RD | | LANCASTER | PA | 17603-4731 | K28388 | 66.90 | * |
| PAMELA PASSMORE | 1297 WINDSOR PL | | RICHMOND | IN | 47374-7162 | K25582 | 66.90 | * |
| PAMELA REBER JONES | 5227 HILLGROVE DR | | LORAIN | OH | 44053-1801 | K50131 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PAMELA ROSEN | N108W14890 BEL AIRE LN | | GERMANTOWN | WI | 53022-4202 | K40695 | 66.90 * | |
| PAMELA SHAW | 3612 SAINT JOHNS RD | | WISCONSIN RAP | WI | 54495-9286 | K49214 | 66.90 * | |
| PAMELA SHERMAN | 1937 HARDWOOD PATH | | LAKE VILLA | IL | 60046-7584 | K61599 | 66.90 * | |
| PAMELA SMITH | 24 PAYNE ST | | JACKSON | OH | 45640-1868 | K55153 | 66.90 * | |
| PAMELA SPADONI | 4537 FOXTAIL DR | | NAZARETH | PA | 18064-9666 | K27183 | 66.90 * | |
| PAMELA SUBLER | 6580 PLESENTON DR | | WORTHINGTON | OH | 43085-2931 | K32285 | 66.90 * | |
| PAMELA SVENBY | PO BOX 11 | | KEOSAUQUA | IA | 52565-0011 | K55099 | 66.90 * | |
| PAMELA TALARICO | 1430 PELHAM DR | | FORT WAYNE | IN | 46825-4122 | K38267 | 66.90 * | |
| PAMELA WAGNER | 2425 HOLLY HALL ST APT B30 | | HOUSTON | TX | 77054-3931 | V99690 | 66.90 * | |
| PAMELA WEAVER | 661 JUNIPER PL | | FRANKLIN LAKE | NJ | 07417-1738 | K30507 | 66.90 * | |
| PAMELA WILSON | 625 BRIGHTVIEW DR | | SIMPSONVILLE | KY | 40067-6564 | K34479 | 66.90 * | |
| PAMELA WOOD | 36 BROOKDALE DR | | STAMFORD | CT | 06903-4121 | K37315 | 66.90 * | |
| PAMELA WOODS | 112 LONG HOLLOW WAY | | HENDERSONVILL | TN | 37075-8791 | K35506 | 66.90 * | |
| PAMELA WUNDER PHD | 16 PINE PL | | NEWARK | DE | 19711-3439 | K42789 | 66.90 * | |
| PAMELA YOUNGBERG | 1702 LINKSIDE WAY SW | | OCEAN ISLE BE | NC | 28469-6418 | K19959 | 66.90 * | |
| PAMELLA E BOUIE | 2721 MONROE ST | | NEW ORLEANS | LA | 70118-2252 | K54487 | 66.90 * | |
| PAMELLA E MACWILLIAMS | 48 N 2ND ST | | INDIANA | PA | 15701-2001 | K61505 | 66.90 * | |
| PAMLA ANN STEINER | 6255 NORTHERN HILLS DR | | OMAHA | NE | 68152-1020 | K60325 | 66.90 * | |
| PARKER CROWELL | 280 COCONUT PALM RD | | VERO BEACH | FL | 32963-3707 | K28024 | 66.90 * | |
| PARTHENIA WASHINGTON | 12933 E OUTER DR | | DETROIT | MI | 48224-4206 | K48488 | 66.90 * | |
| PAS RONALD J WILLIAMS | 3839 FOXRIDGE DR | | MANHATTAN | KS | 66502-8934 | K52920 | 66.90 * | |
| PASCAL P ALFANO JR | 26196 GLENBROOKE DR | | DENHAM SPRING | LA | 70726-6553 | K50236 | 66.90 * | |
| PASCAL SALVADOR RANATZA | 15 OPENWOOD DR E | | CARRIERE | MS | 39426-7224 | K55462 | 66.90 * | |
| PASCUAL PUERTOLAS | PO BOX 1315 | | COBB | CA | 95426-1315 | K53446 | 66.90 * | |
| PAT [PATTY] CRAWFORD | 534 DON TOMAS CT | | HENDERSON | NV | 89015-6960 | K57027 | 66.90 * | |
| PAT ANDERSON | 102 8TH AVE NW APT 5A | | OELWEIN | IA | 50662-1500 | K54538 | 66.90 * | |
| PAT BEATTY | 913 BAFFIN DR | | CANAL FULTON | OH | 44614-8493 | K52321 | 66.90 * | |
| PAT BELLCOUR-GRONBERG | 9941 W HOPE CIR S | | SUN CITY | AZ | 85351-4224 | K13819 | 66.90 * | |
| PAT BRYAN | 2541 N BOONVILLE AVE | | SPRINGFIELD | MO | 65803-2409 | K47590 | 66.90 * | |
| PAT CATTON | 8725 W SMITHVILLE RD | | MAPLETON | IL | 61547-9403 | K47569 | 66.90 * | |
| PAT CHRISMAN | 13917 OHERN ST | | OMAHA | NE | 68137-1570 | K54895 | 66.90 * | |
| PAT CHRISTIAN | 2561 MCINTIRE RD | | MORROW | OH | 45152-9646 | K24505 | 66.90 * | |
| PAT CORWIN | 653 GOLDEN WILLOW RD | | EVERGREEN | CO | 80439-4239 | K50482 | 66.90 * | |
| PAT COUCH | 3212 STRADA ANGELO | | FLORENCE | SC | 29501-8963 | K33345 | 66.90 * | |
| PAT CRAFT | 29 STONEY CREEK DR | | CLIFTON PARK | NY | 12065-6640 | K20109 | 66.90 * | |
| PAT DOLEHANTY | 4068 HIGHLAND DR | | RICHMOND | IN | 47374-4823 | K25904 | 66.90 * | |
| PAT DYSART | 7520 COUNTY ROAD 277 | | ANNA | TX | 75409-4213 | K57559 | 66.90 * | |
| PAT ERVIN | 1100 LIBERTY AVE APT 601 | | PITTSBURGH | PA | 15222-4243 | K61565 | 66.90 * | |
| PAT FAST | 6704 GLENDALE RD | | LOUISVILLE | KY | 40291-2341 | K32545 | 66.90 * | |
| PAT FINN | 19 DEB MAR WOODS PL | | MOUNTAIN HOME | AR | 72653-6429 | K54888 | 66.90 * | |
| PAT FIUST | 107 HITHERDELL LN | | NORTH BABYLON | NY | 11703-5118 | K48561 | 66.90 * | |
| PAT FOTHERGILL | 729 HARBOR WAY | | KNOXVILLE | TN | 37934-4862 | K49870 | 66.90 * | |
| PAT FRAIZER | 2472 BEDFORD DR | | NEW ORLEANS | LA | 70131-4702 | K22079 | 66.90 * | |
| PAT GARRISON | 236 EUNICE ST | | EL DORADO | KS | 67042-3334 | K55490 | 66.90 * | |
| PAT GEHRING | PO BOX 1037 | | EL DORADO | KS | 67042-1037 | K55999 | 66.90 * | |
| PAT GIUNTA | 3042 FIVE IRON DR | | PORT ST LUCIE | FL | 34952-3164 | K25244 | 66.90 * | |
| PAT GOODWIN | 280 MONKEY RD | | ELGIN | TX | 78621-5506 | K62820 | 66.90 * | |
| PAT GRAY | 7085 BLOOMFIELD RD LOT 72 | | DES MOINES | IA | 50320-1862 | K30338 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PAT GRAY | 646 N US HIGHWAY 421 | | DELPHI | IN | 46923-8720 | K44907 | 66.90 | * |
| PAT HANDYSIDE | 1400 LE CLAIRE ST | | WARSAW | IL | 62379-1459 | K15866 | 66.90 | * |
| PAT HANSEN | 3737 121ST AVE SE | | VALLEY CITY | ND | 58072-9582 | K20086 | 66.90 | * |
| PAT HASSEIN | 7029 CLIFTON KNOLL CT | | ALEXANDRIA | VA | 22315-3962 | K53555 | 66.90 | * |
| PAT HICKEY | PO BOX 957088 | | DULUTH | GA | 30095-9519 | K12133 | 66.90 | * |
| PAT HILLIGAS | 325 HIGH ST APT 3A12 | | BROOKLYN | IA | 52211-9263 | K15271 | 66.90 | * |
| PAT HOWES | 105 LINDLEY RD | | CRESTVIEW | FL | 32536-9524 | K49023 | 66.90 | * |
| PAT JACOBS | 6963 195TH AVE NE | | OAK PARK | MN | 56357-8981 | K22168 | 66.90 | * |
| PAT KARRICK | 1225 3RD ST APT 5 | | HENRY | IL | 61537-1369 | K45125 | 66.90 | * |
| PAT KENNELL | 900 W GRAND OAK DR | | PEORIA | IL | 61615-1150 | K46235 | 66.90 | * |
| PAT KOPHAMER | 146 FOREST LN | | STATE ROAD | NC | 28676-9248 | K40162 | 66.90 | * |
| PAT L [PATTY] WAMSLEY | 7701 CASE RD | | BROOKLYN | MI | 49230-8514 | K58521 | 66.90 | * |
| PAT LANE | 100 E PARK AVE | | DES MOINES | IA | 50315-7738 | K21966 | 66.90 | * |
| PAT LOVEDAY-HANEY | 2848 N 2ND ST | | SAINT AUGUSTI | FL | 32084-1854 | K33030 | 66.90 | * |
| PAT MAYER | 408 KINSEY ST | | RICHMOND | IN | 47374-4127 | K27671 | 66.90 | * |
| PAT MCKENNA | 1535 650TH ST | | STORM LAKE | IA | 50588-7486 | K14866 | 66.90 | * |
| PAT MICHALOWSKI | 9133 RENDALIA ST | | BELLFLOWER | CA | 90706-4221 | K32096 | 66.90 | * |
| PAT MYERS CPA | 5239 KATY ARBOR LN | | KATY | TX | 77494-2958 | K31553 | 66.90 | * |
| PAT NAESE | 2687 ELM LN | | STURGEON BAY | WI | 54235-9483 | K49568 | 66.90 | * |
| PAT NEILSON | 283 ELMWOOD AVE | | EAST AURORA | NY | 14052-2613 | K48051 | 66.90 | * |
| PAT ORWICK-SUSAG | 1541 ADVENT ST | | HARVEY | ND | 58341-1801 | K37756 | 66.90 | * |
| PAT PRYMEK | 6501 SW 17TH ST | | DES MOINES | IA | 50315-5452 | K59257 | 66.90 | * |
| PAT R CANIFF | 528 WHEATLEY RD | | ASHLAND | KY | 41101-2344 | K50737 | 66.90 | * |
| PAT R PERKINS | 431 BRODIE LN | | ASHDOWN | AR | 71822-9606 | K29537 | 66.90 | * |
| PAT RENTSCHLER | 4521 S FARMERS RETREAT RD | | DILLSBORO | IN | 47018-9076 | K38694 | 66.90 | * |
| PAT RICE | 909 FAIRLANE AVE | | NORTH AUGUSTA | SC | 29841-3330 | K21700 | 66.90 | * |
| PAT RIDGLEY | 121 PELLA LN | | NEW BERN | NC | 28562-2263 | K25715 | 66.90 | * |
| PAT RIGSBY | 5878 W HELM RD | | WILLIAMSBURG | VA | 47393-9738 | K28534 | 66.90 | * |
| PAT RITTER | 3912 BRIGADOON DR SE | | OLYMPIA | WA | 98501-4100 | K54873 | 66.90 | * |
| PAT ROBINSON | 8400 US HIGHWAY 380 | | CROSSROADS | TX | 76227-2531 | K25647 | 66.90 | * |
| PAT SCHAFER | 6842 OAKLAND DR | | PORTAGE | MI | 49024-3345 | K42684 | 66.90 | * |
| PAT SCHMIDT | 679 ALVARADO | | NORTH PORT | FL | 34287-2554 | K49372 | 66.90 | * |
| PAT SHEETS | 929 NW MORGAN LN | | GRANTS PASS | OR | 97526-3322 | K17714 | 66.90 | * |
| PAT SHOCKLEY | 3514 KAREN ST | | LANSING | MI | 48911-2814 | K42033 | 66.90 | * |
| PAT SHOEMAKER | 779 FISHER DR | | WATSONTOWN | PA | 17777-8038 | K15761 | 66.90 | * |
| PAT SHRINER | 219 BROWNSVILLE AVE | | LIBERTY | IN | 47353-1002 | K25199 | 66.90 | * |
| PAT SMITH | 122 W SHERIDAN ST | | GREENSBURG | IN | 47240-1437 | K33132 | 66.90 | * |
| PAT TROCANO | 750 STATE ROUTE 571 | | UNION CITY | OH | 45390-9009 | K23990 | 66.90 | * |
| PAT TURNER | 44 SUNSET DR | | GREENCASTLE | IN | 46135-1966 | K44968 | 66.90 | * |
| PAT VAN BUSKIRK | PO BOX 386 | | MARS | PA | 16046-0386 | K27358 | 66.90 | * |
| PAT WALSH | PO BOX 783284 | | WICHITA | KS | 67278-3284 | K33468 | 66.90 | * |
| PAT WEHRY | 7130 SW HAVERHILL RD | | EL DORADO | KS | 67042-7953 | K49063 | 66.90 | * |
| PAT WEIDENKOPF | PO BOX 130670 | | BIG BEAR LAKE | CA | 92315-8973 | K59412 | 66.90 | * |
| PAT WELLS | PO BOX 3419 | | HOMOSASSA SPR | FL | 34447-3419 | K47918 | 66.90 | * |
| PAT WILLIAMS | 1415 LAKE SHORE CIR SE | | ALTOONA | IA | 50009-2762 | K21813 | 66.90 | * |
| PAT WRIGHT | 1451 FOSTER RD | | PLEASANTON | TX | 78064-6628 | K30510 | 66.90 | * |
| PAT WRIGHT | 261 CATALPA DR | | VERSAILLES | OH | 45380-9407 | K32888 | 66.90 | * |
| PAT ZARR | 120 SOLAR PL | | MILTON | PA | 17847-2156 | K15762 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PATI ROOT | 3330 SPRINGCREST DR | | HAMILTON | OH | 45011-7854 | K40082 | 66.90 | * |
| PATMAN C WRIGHT | 1242 HITCH RD | | MARYVILLE | TN | 37804-2341 | K11995 | 66.90 | * |
| PATRIC WANTY | 211 CLARK ST | | SALINE | MI | 48176-1207 | K10039 | 66.90 | * |
| PATRICA CARPINO | 517 VIA EL RISCO | | SAN CLEMENTE | CA | 92673-6608 | K21840 | 66.90 | * |
| PATRICE [TREESE] PILKINGTON | 5031 MERCEDES BND | | WATERLOO | IA | 50701-9377 | K56269 | 66.90 | * |
| PATRICE E DUSENBURY | 19160 COLAHAN DR | | ROCKY RIVER | OH | 44116-2805 | K50857 | 66.90 | * |
| PATRICE KRIMPELBEIN | 12420 LAUREL LN | | ELM GROVE | WI | 53122-1436 | K43386 | 66.90 | * |
| PATRICE M WARD | 1047 WILLOW OAKS CIR | | PASADENA | TX | 77506-5133 | K49646 | 66.90 | * |
| PATRICIA [JILL] REILLY | 466 SAINT DAVIDS AVE | | WAYNE | PA | 19087-4203 | K49241 | 66.90 | * |
| PATRICIA [LYNN] LANDIS | 817 HORNIG RD | | LANCASTER | PA | 17601-5711 | K26318 | 66.90 | * |
| PATRICIA [PAM] MAGIL | 301 W KENNEDY RD | | NORTH WALES | PA | 19454-5605 | K50576 | 66.90 | * |
| PATRICIA [PAT] AUST | 19 MAYRIDGE DR | | SHENANDOAH | IA | 51601-2233 | K14813 | 66.90 | * |
| PATRICIA [PAT] BAILEY | 102 E SAINT CLOUD PL | | WICHITA | KS | 67230-1614 | K53117 | 66.90 | * |
| PATRICIA [PAT] FOSTER | PO BOX 76 | | MONTANDON | PA | 17850-0076 | K21998 | 66.90 | * |
| PATRICIA [PAT] HARMAN | 2038 SULLIVAN LN | | BARDSTOWN | KY | 40004-7803 | K33857 | 66.90 | * |
| PATRICIA [PAT] MARKER | 5647 PARK ELWOOD RD | | RICHMOND | IN | 47374-9610 | K32362 | 66.90 | * |
| PATRICIA [PAT] MELLENDORF | 1507 LONGHORN DR | | METAMORA | IL | 61548-8495 | K47474 | 66.90 | * |
| PATRICIA [PAT] MILLER | 937 GOLDENROD ST | | HOMESTEAD | PA | 15120-2938 | K43137 | 66.90 | * |
| PATRICIA [PAT] ORMBERG | 30 WEDGEMERE RD | | WEST YARMOUTH | MA | 02673-3773 | K10634 | 66.90 | * |
| PATRICIA [PAT] POHMER | 94 GENESEE DR | | COMMACK | NY | 11725-4032 | K38002 | 66.90 | * |
| PATRICIA [PAT] STOWE | 1801 N HAGADORN RD APT 228 | | EAST LANSING | MI | 48823-2287 | K43227 | 66.90 | * |
| PATRICIA [PAT] ZEZELIC | 251 ERIN LN | | EAST SETAUKET | NY | 11733-6455 | K37905 | 66.90 | * |
| PATRICIA [PATSY] NICHOLAS | 5611 LOCUST WAY | | LOUISVILLE | KY | 40229-2312 | K34743 | 66.90 | * |
| PATRICIA [PATSY] NINE | 3571 S MILLBROOK AVE | | SPRINGFIELD | MO | 65807-6203 | K26884 | 66.90 | * |
| PATRICIA [PATTI] MARTINO | 2100 MEDITERRANEAN AVE #111 | | VIRGINIA BEAC | VA | 23451-4153 | K27540 | 66.90 | * |
| PATRICIA [PATTY] BAHR | 3673 COUNTY ROAD 21 | | INTERNATIONAL | MN | 56649-8800 | K18017 | 66.90 | * |
| PATRICIA [PATTY] BLEDSOE | 1402 S LOGAN AVE | | INDEPENDENCE | MO | 64055-1645 | K23658 | 66.90 | * |
| PATRICIA [PATTY] SLUDER | 1106 E POST OAK ST | | DERBY | KS | 67037-2427 | K48126 | 66.90 | * |
| PATRICIA [PATTY] VAUGHN | 1287 MARTHA WASHINGTON DR | | WAUWATOSA | WI | 53213-2941 | K47372 | 66.90 | * |
| PATRICIA [TRISHA] MAURO | 115A AMITY LN | | BOILING SPRIN | SC | 29316-8392 | K42602 | 66.90 | * |
| PATRICIA A [PAT] ROACH | 11803 E BAYLEY ST | | WICHITA | KS | 67207-4366 | K32103 | 66.90 | * |
| PATRICIA A [PAT] SALVATO | 11677 JUREANE DR | | ORLANDO | FL | 32836-6120 | K17025 | 66.90 | * |
| PATRICIA A [PATSY] GALLANT | 8464 RAMATH DR | | CHARLOTTE | NC | 28211-5687 | K13487 | 66.90 | * |
| PATRICIA A BATT | PO BOX 22 | | STAMFORD | NE | 68977-0022 | K14554 | 66.90 | * |
| PATRICIA A BONELLI | 85 OUTLOOK LN | | LEVITTOWN | PA | 19055-1515 | K24088 | 66.90 | * |
| PATRICIA A BOROS | 21980 CRICKET LN | | STRONGSVILLE | OH | 44149-1127 | K43154 | 66.90 | * |
| PATRICIA A BRANDON | 2927 WESTVIEW DR | | RICHMOND | IN | 47374-1128 | K24720 | 66.90 | * |
| PATRICIA A CARLTON | 3049 WOODED WAY | | JEFFERSONVILL | IN | 47130-5995 | K26935 | 66.90 | * |
| PATRICIA A COMBS | 124 AUSTIN DR | | WARTBURG | TN | 37887-3310 | K13095 | 66.90 | * |
| PATRICIA A COTTER | 9 ERIE AVE | | ROCKAWAY | NJ | 07866-1117 | K38851 | 66.90 | * |
| PATRICIA A DEAN | 3135 N WALKER LN E | | ARLINGTON HEI | IL | 60004-1647 | K61733 | 66.90 | * |
| PATRICIA A DONNELLY | 146 MOUNTAIN GATE RD | | ASHLAND | MA | 01721-2385 | K13327 | 66.90 | * |
| PATRICIA A FANTOZZI | N51W27535 LETTIE LN | | PEWAUKEE | WI | 53072-1044 | K57721 | 66.90 | * |
| PATRICIA A FERGUSON | 1811 GLASGOW CT | | MYRTLE BEACH | SC | 29575-5632 | K23094 | 66.90 | * |
| PATRICIA A FLETCHER | 231 SHIRLEY CIR | | WEATHERFORD | TX | 76087-2102 | V98207 | 66.90 | * |
| PATRICIA A FRYER | 10888 GUFFEY RILLTON RD | | RILLTON | PA | 15678-2731 | K61504 | 66.90 | * |
| PATRICIA A GOIN | 2073 KELLOGG DR | | FENTON | MI | 48430-1448 | K56379 | 66.90 | * |
| PATRICIA A HINRICHS | 5032 BURNS AVE | | BARTONVILLE | IL | 61607-2219 | K59883 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PATRICIA A KELLY | 908 SPENCER DR | | CROYDON | PA | 19021-6292 | K25006 | 66.90 | * |
| PATRICIA A LEWIS | 608 PENDER CT | | BERRYVILLE | VA | 22611-1446 | V98274 | 66.90 | * |
| PATRICIA A MARSHALL | 13407 READS CT | | HOUSTON | TX | 77015-1342 | K10306 | 66.90 | * |
| PATRICIA A MCCOY | 7668 STATE ROAD 38 | | GREENS FORK | IN | 47345-9708 | K25126 | 66.90 | * |
| PATRICIA A MEEKER | 3440 OLENTANGY RIVER RD APT | | COLUMBUS | OH | 43202-1567 | K41794 | 66.90 | * |
| PATRICIA A QUADE | 33719 IKE AVE | | LEESBURG | FL | 34788-4622 | K37641 | 66.90 | * |
| PATRICIA A RAULERSON | 1 BRIGGS RD | | LAKE HOPATCON | NJ | 07849-2129 | K39874 | 66.90 | * |
| PATRICIA A SALZER | 104 12TH ST N | | SARTELL | MN | 56377-1401 | K30824 | 66.90 | * |
| PATRICIA A SCHAERER | 7 COUNTRYSIDE LN | | LITITZ | PA | 17543-9460 | K37979 | 66.90 | * |
| PATRICIA A SCOTT | 10826 KEELBOAT CV | | NEW HAVEN | IN | 46774-9574 | K39309 | 66.90 | * |
| PATRICIA A SIMONSMEIER | 19021 17TH ST | | PRINCETON | MN | 55371-3114 | K26554 | 66.90 | * |
| PATRICIA A SINI | 12 WINDY RIDGE PL | | WATERFORD | CT | 06385-2100 | V99299 | 66.90 | * |
| PATRICIA A STAUNING | 1222 W AVENUE H7 | | LANCASTER | CA | 93534-5451 | K25257 | 66.90 | * |
| PATRICIA A TANCREDI | 47 BALDY HILL RD | | ALBURTIS | PA | 18011-2002 | K27569 | 66.90 | * |
| PATRICIA A WARD | 2209 VALMONT ST | | NEW ORLEANS | LA | 70115-6458 | K53905 | 66.90 | * |
| PATRICIA A WITKOWSKI | 7922 MCKINLEY ST | | TAYLOR | MI | 48180-2486 | K60140 | 66.90 | * |
| PATRICIA A YESENOSKY | 5132 W 62ND ST | | MISSION | KS | 66205-3051 | K27295 | 66.90 | * |
| PATRICIA A ZIEL | PO BOX 362 | | MEDINAH | IL | 60157-0362 | K61358 | 66.90 | * |
| PATRICIA ACKER | 1375 PASADENA AVE S LOT 137 | | SOUTH PASADEN | FL | 33707-3730 | K38440 | 66.90 | * |
| PATRICIA ANDERSON | 9261 24TH ST NE | | TOLNA | ND | 58380-9570 | K32133 | 66.90 | * |
| PATRICIA ANN [PAT] ROBINSON | 430 HIGH ST APT 1 | | PORTSMOUTH | VA | 23704-3650 | K21153 | 66.90 | * |
| PATRICIA ANN [PAT] WALTERS | 3704 INDIANOLA AVE | | DES MOINES | IA | 50320-1459 | K25807 | 66.90 | * |
| PATRICIA ANN AKINS | 413 N 10TH ST | | BENTON | IL | 62812-3017 | K50864 | 66.90 | * |
| PATRICIA ANN ANTHONY | 1415 BLAIRWOOD LN | | CHESAPEAKE | VA | 23320-3078 | K29893 | 66.90 | * |
| PATRICIA ANN BOOKOUT | PO BOX 2 | | WISEMAN | AR | 72587-0002 | K40786 | 66.90 | * |
| PATRICIA ANN MADDOCK | 1738 RESERVOIR RD | | RICHMOND | IN | 47374-1728 | K34012 | 66.90 | * |
| PATRICIA ANN MONTGOMERY | 3340 DEL SOL BLVD SPC 192 | | SAN DIEGO | CA | 92154-3460 | K53470 | 66.90 | * |
| PATRICIA ANN MYERS | 6909 HARVARD LN | | CANTON | MI | 48187-2501 | V98822 | 66.90 | * |
| PATRICIA ANN WALLACE | 945 LEGACY LNDG APT 418 | | VIRGINIA BEAC | VA | 23464-3662 | K14031 | 66.90 | * |
| PATRICIA ANN WRIGHT | 1009 FOUTS DR | | IRVING | TX | 75061-4131 | K28648 | 66.90 | * |
| PATRICIA ANNE BUDZILEK | 30120 MEADOWBROOK DR | | WICKLIFFE | OH | 44092-1228 | K45399 | 66.90 | * |
| PATRICIA ANNE WEINBERG | 9808 SW 108TH TER | | MIAMI | FL | 33176-2884 | K57511 | 66.90 | * |
| PATRICIA ARETZ | 175 W NORTH ST APT 330A | | NAZARETH | PA | 18064-1421 | K51951 | 66.90 | * |
| PATRICIA ARNOLD | 104 RIVER OAKS DR | | COLD SPRING | MN | 56320-1500 | K19608 | 66.90 | * |
| PATRICIA BAILIE | 360 WOODBEND DR | | KILGORE | TX | 75662-9201 | K62505 | 66.90 | * |
| PATRICIA BALZELL | 4603 BALFOUR RD TRLR 106 | | BRENTWOOD | CA | 94513-1647 | K51920 | 66.90 | * |
| PATRICIA BAYONNE-JOHNSON | 3809 E CONGRESS AVE | | SPOKANE | WA | 99223-5440 | K56486 | 66.90 | * |
| PATRICIA BELL | 33106 ALVA DR | | EASTLAKE | OH | 44095-3942 | K43276 | 66.90 | * |
| PATRICIA BERLS | 6 LAKESIDE DR NW | | SUSSEX | NJ | 07461-4744 | K38239 | 66.90 | * |
| PATRICIA BERTHELOT | 2203 ELMWOOD AVE | | STOW | OH | 44224-4141 | K61275 | 66.90 | * |
| PATRICIA BINKLEY | 1012 ESTURBRIDGE CT | | ANTIOCH | TN | 37013-2533 | K36605 | 66.90 | * |
| PATRICIA BOARD | 10316 DARLING RD | | VENTURA | CA | 93004-2425 | K34985 | 66.90 | * |
| PATRICIA BOATMAN | 62045 CODY RD | | BEND | OR | 97701-9306 | K35193 | 66.90 | * |
| PATRICIA BODDEN | 1590 THORNFIELD LN APT 1 | | ROSELLE | IL | 60172-4052 | K56019 | 66.90 | * |
| PATRICIA BORCHERS | 214 CENTRAL AVE SE | | LE MARS | IA | 51031-2032 | K53639 | 66.90 | * |
| PATRICIA BORGESON | 5811 N 42ND ST | | OMAHA | NE | 68111-1428 | K57166 | 66.90 | * |
| PATRICIA BOSGRAAF | 16160 JAMES ST | | HOLLAND | MI | 49424-6055 | K17633 | 66.90 | * |
| PATRICIA BOTTA | 413D BROMLEY PL | | WYCKOFF | NJ | 07481-1533 | K37186 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PATRICIA BOYCE | 1174 MAUL CAMP RUN RD | | RAVENSWOOD | WV | 26164-5275 | K59100 | 66.90 | * |
| PATRICIA BRADLEY | 146 BEECH ST | | FLORAL PARK | NY | 11001-3302 | K52111 | 66.90 | * |
| PATRICIA BRISCOE | PO BOX 112 | | GALES FERRY | CT | 06335-0112 | K36887 | 66.90 | * |
| PATRICIA BROADNAX | 7531 PINEWOOD DR | | CHATTANOOGA | TN | 37421-1820 | K60830 | 66.90 | * |
| PATRICIA BROCKWAY | 3929 COVENTRY VALLEY DR | | WATERFORD | MI | 48329-3923 | K61001 | 66.90 | * |
| PATRICIA BROWN | 206 PANTHER RUN | | DESTREHAN | LA | 70047-3135 | K60305 | 66.90 | * |
| PATRICIA BROWN | 3433 E 426 RD | | OOLOGAH | OK | 74053-4087 | K62468 | 66.90 | * |
| PATRICIA BROWN-CURTIS | 2606 MARGUERITE DR | | LOUISVILLE | KY | 40216-1826 | K33087 | 66.90 | * |
| PATRICIA BRUBAKER | 3522 S JASPER AVE | | YUMA | AZ | 85365-4175 | K55471 | 66.90 | * |
| PATRICIA BRYAN | 3090 WINDING LN | | WESTLAKE VILL | CA | 91361-3213 | K37688 | 66.90 | * |
| PATRICIA BUCKLEY | 548 ROSELLE AVE | | EL CAJON | CA | 92021-6319 | K46430 | 66.90 | * |
| PATRICIA BUTLER | 5006 VIOLET LN | | MADISON | WI | 53714-2131 | K47457 | 66.90 | * |
| PATRICIA CACCAVALE | 191 KINGS RD | | MADISON | NJ | 07940-2231 | K37861 | 66.90 | * |
| PATRICIA CALDERON | 5 BICKFORD RD | | MALDEN | MA | 02148-4017 | K10932 | 66.90 | * |
| PATRICIA CARNEY | 805 STUART ST | | ADAIR | IA | 50002-1117 | K20598 | 66.90 | * |
| PATRICIA CHAPLIN | 3520 HARTSVILLE HWY | | DARLINGTON | SC | 29540-9506 | K31249 | 66.90 | * |
| PATRICIA COBEY | 75 MUTINY PL | | KEY LARGO | FL | 33037-2326 | K52290 | 66.90 | * |
| PATRICIA CONCREE | 698 W WASHINGTON ST | | HANSON | MA | 02341-1516 | K25140 | 66.90 | * |
| PATRICIA CONLEY | 5041 BENNINGTON WAY | | HIGH POINT | NC | 27262-8473 | K54301 | 66.90 | * |
| PATRICIA COOPER | 3313 MORKEL DR | | GODFREY | IL | 62035-1844 | K58970 | 66.90 | * |
| PATRICIA CORNETT | 1143 W ORCHARD PARK DR | | LIBERTY | IN | 47353-8542 | K27260 | 66.90 | * |
| PATRICIA COULAZ | 3530 CORPORAL STONE ST | | BAYSIDE | NY | 11361-1736 | K62290 | 66.90 | * |
| PATRICIA COYLE | 67 DANE ST | | SAYREVILLE | NJ | 08872-1105 | K30031 | 66.90 | * |
| PATRICIA CURLEY | 104 N PINE AVE APT 405 | | ARLINGTON HEI | IL | 60004-6177 | K60797 | 66.90 | * |
| PATRICIA CURRIN | 2189 PHILLIPS AVE | | HOLT | MI | 48842-1369 | K42177 | 66.90 | * |
| PATRICIA DARMAN | 500 ATLANTIC AVE UNIT 15F | | BOSTON | MA | 02210-2245 | K13492 | 66.90 | * |
| PATRICIA DELISA | 163 LOWER CROSS RD | | ONEONTA | NY | 13820-4617 | K31007 | 66.90 | * |
| PATRICIA DORSEY | 709 RIDGEMOUNT DR | | LAS VEGAS | NV | 89107-1558 | K42359 | 66.90 | * |
| PATRICIA DOW | 777A SENDA VERDE | | SANTA BARBARA | CA | 93105-5441 | K56576 | 66.90 | * |
| PATRICIA DUCOMMUN | PO BOX 339 | | MARCUS | IA | 51035-0339 | K53317 | 66.90 | * |
| PATRICIA DUFFEY | 1310 FOSTER RD APT 204 | | IOWA CITY | IA | 52245-1594 | K56743 | 66.90 | * |
| PATRICIA DUNAWAY | 9114 CATTAIL LN | | WEST CHESTER | OH | 45069-2983 | K39731 | 66.90 | * |
| PATRICIA DUNHAM | 1017 CEDAR ST | | WEBSTER CITY | IA | 50595-2717 | K57218 | 66.90 | * |
| PATRICIA DUNN | 300 W ELM ST STE 2314 | | CONSHOHOCKEN | PA | 19428-1832 | K49618 | 66.90 | * |
| PATRICIA E ALPERTI | 10198 E SUNRISE MEADOW PL | | TUCSON | AZ | 85747-5500 | K38136 | 66.90 | * |
| PATRICIA E MAGOTO | 241 KENILWORTH AVE | | DAYTON | OH | 45405-4009 | K33727 | 66.90 | * |
| PATRICIA EATON | 470 HOLLYWOOD DR | | SALINE | MI | 48176-1112 | V98756 | 66.90 | * |
| PATRICIA ERIE | 310 E 46TH ST APT 14J | | NEW YORK | NY | 10017-3021 | K51464 | 66.90 | * |
| PATRICIA ESKOZ | PO BOX 891 | | CASTLE ROCK | CO | 80104-0891 | K18713 | 66.90 | * |
| PATRICIA FARMER | 30240 LONGHORN DR | | CANYON LAKE | CA | 92587-7645 | K24428 | 66.90 | * |
| PATRICIA FERRERI | 3037 KANDE LN | | DURANT | OK | 74701-1667 | K25951 | 66.90 | * |
| PATRICIA FINUOLI | 3237 ETHAN ALLEN CT | | BENSALEM | PA | 19020-1821 | K41484 | 66.90 | * |
| PATRICIA FLACHS | 4247 WATSON AVE | | HOLT | MI | 48842-1731 | K43529 | 66.90 | * |
| PATRICIA FLYNN | 502 MCINDOE ST APT B | | WAUSAU | WI | 54403-4752 | K18834 | 66.90 | * |
| PATRICIA FRITZ | 4305 EL RANCHO DR | | DAVENPORT | IA | 52806-4823 | K52861 | 66.90 | * |
| PATRICIA GAIL MONTEFERRANTE | 30429 HUNTER CT | | OCEAN VIEW | DE | 19970-3840 | K37941 | 66.90 | * |
| PATRICIA GALLOWAY | 101 KENNETT RD | | OLD HICKORY | TN | 37138-2113 | K41758 | 66.90 | * |
| PATRICIA GARD | 2742 TINGLER RD W | | RICHMOND | IN | 47374-9272 | K24067 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PATRICIA GOLDSBOROUGH | 18 VILLAGE DR | | GREENWOOD LAK | NY | 10925-2241 | K37902 | 66.90 | * |
| PATRICIA GOLDSMITH LINZY | 66801 RAINBOW RD | | VANDALIA | MI | 49095-8711 | K40217 | 66.90 | * |
| PATRICIA GORRELL | 55 WASHINGTON ST # B | | GROVELAND | MA | 01834-1142 | K51748 | 66.90 | * |
| PATRICIA GRACE | 1220 BAY RIDGE PKWY | | BROOKLYN | NY | 11228-2402 | K37454 | 66.90 | * |
| PATRICIA GROSS | 111 CAROLINE ST APT 712 | | HOMESTEAD | PA | 15120-3484 | K43564 | 66.90 | * |
| PATRICIA GUSTIN | 206 CLEARVIEW RD | | NEW CUMBERLAN | PA | 17070-2803 | K17063 | 66.90 | * |
| PATRICIA HALTOM | 8255 LOCUST LAKE RD | | SPENCER | IN | 47460-5506 | K52270 | 66.90 | * |
| PATRICIA HAMPTON | 11138 N STONE CREEK DR | | DUNLAP | IL | 61525-9797 | K46676 | 66.90 | * |
| PATRICIA HANCOCK-MCHENRY | 20083 E CASPIAN CIR | | AURORA | CO | 80013-6286 | K55765 | 66.90 | * |
| PATRICIA HARPER | 3688 MAYO RD | | VONORE | TN | 37885-1708 | K32842 | 66.90 | * |
| PATRICIA HASKELL | 122 RESIDENCE ST | | EL DORADO | KS | 67042-1544 | K50402 | 66.90 | * |
| PATRICIA HAWK | 2516 PHILLIPS RD | | LEBANON | TN | 37087-7370 | K60814 | 66.90 | * |
| PATRICIA HERSHEY | 104 BRIDLEWOOD CT S | | LANCASTER | PA | 17603-2190 | K26297 | 66.90 | * |
| PATRICIA HILL-STUART | 8620 53RD AVE S | | SEATTLE | WA | 98118-4701 | K59806 | 66.90 | * |
| PATRICIA HOLLIDAY | 809 E MICHIGAN AVE | | LANSING | MI | 48912-1415 | K42184 | 66.90 | * |
| PATRICIA HOOD | 900 S A ST APT 609 | | RICHMOND | IN | 47374-5564 | K26047 | 66.90 | * |
| PATRICIA HORTON | 966 N DEER CREEK DR | | PAYSON | AZ | 85541-2046 | K18529 | 66.90 | * |
| PATRICIA HUFFMAN | 9601 RIVERSIDE RD | | ATHENS | AL | 35611-7725 | K35548 | 66.90 | * |
| PATRICIA HURLEIGH | 24 SUMTER AVE | | EAST WILLISTO | NY | 11596-2433 | K38347 | 66.90 | * |
| PATRICIA J [P J] ALBAMONTI | 29 COSMO ST | | WESTERLY | RI | 02891-5912 | K11742 | 66.90 | * |
| PATRICIA J [PAT] SEDWICK | 14211 CINDYWOOD DR | | HOUSTON | TX | 77079-6613 | K23666 | 66.90 | * |
| PATRICIA J [PATTI] RISEMAN | 19 BARNEY HILL RD | | WAYLAND | MA | 01778-3601 | K10871 | 66.90 | * |
| PATRICIA J CAIN | 93 GORSKI DR | | SOUTH WINDSOR | CT | 06074-2462 | K10660 | 66.90 | * |
| PATRICIA J FOSTER | 608 SW 1ST ST | | RICHMOND | IN | 47374-5307 | K23951 | 66.90 | * |
| PATRICIA J FOWLER | 114 GARDEN VIEW CT | | PIEDMONT | SC | 29673-7768 | K32855 | 66.90 | * |
| PATRICIA J GRAHAM | 7520 DENTON HILL RD | | FENTON | MI | 48430-9484 | K57925 | 66.90 | * |
| PATRICIA J STIGALL | 3836 E EL CARMEN AVE | | ORANGE | CA | 92869-2510 | K38311 | 66.90 | * |
| PATRICIA JACKSON | 1311 DAYTON ST | | AURORA | CO | 80010-3208 | K54827 | 66.90 | * |
| PATRICIA JANSEN SCHAUB | 905 HOLLAND RD | | GERMANTOWN HI | IL | 61548-8890 | K22118 | 66.90 | * |
| PATRICIA JEFFERY | 9890 PRESTON TRL W | | PONTE VEDRA B | FL | 32082-3558 | K23274 | 66.90 | * |
| PATRICIA JENNINGS | 615 YALE DR | | ELIZABETHTOWN | KY | 42701-3147 | K49112 | 66.90 | * |
| PATRICIA JOANNE BYARD | 429 MILETREE RD | | EAST PEORIA | IL | 61611-9530 | K47223 | 66.90 | * |
| PATRICIA JOBE | 287 MIDWAY RD | | GATE CITY | VA | 24251-5257 | K28533 | 66.90 | * |
| PATRICIA JOHNSON | PO BOX 380 | | ABERDEEN PROV | MD | 21005-0380 | K12634 | 66.90 | * |
| PATRICIA JOHNSON | 3630 38TH AVE S APT 80 | | SAINT PETERSB | FL | 33711-4394 | K56165 | 66.90 | * |
| PATRICIA JONES | PO BOX 337 | | BUCKLEY | WA | 98321-0337 | K35041 | 66.90 | * |
| PATRICIA JORDAN | 45 KATHERINE BLVD APT 308 | | PALM HARBOR | FL | 34684-3648 | K33330 | 66.90 | * |
| PATRICIA K CANNON | 817 FAIRVIEW AVE | | LIMA | OH | 45804-1721 | K45747 | 66.90 | * |
| PATRICIA K DODSON | 901 23RD AVE | | VERO BEACH | FL | 32960-3942 | K44983 | 66.90 | * |
| PATRICIA KAY MILBERN | 2201 LA REATA LN | | AMARILLO | TX | 79124-1010 | K31864 | 66.90 | * |
| PATRICIA KAY SAUER | 4639 ANITA DR | | INDIANAPOLIS | IN | 46217-3401 | K45474 | 66.90 | * |
| PATRICIA KAYE CAMPBELL | 8680 W 44TH PL | | WHEAT RIDGE | CO | 80003-3202 | K18280 | 66.90 | * |
| PATRICIA KELCH | 1002 WRIGHT ST | | PLEASANT HILL | MO | 64080-1080 | K46678 | 66.90 | * |
| PATRICIA KELSOE | 4371 COUNTRY CLUB RD | | DENTON | TX | 76210-3225 | K28151 | 66.90 | * |
| PATRICIA KERLEY | 2441 GRAND AVE | | BELLMORE | NY | 11710-3547 | K39566 | 66.90 | * |
| PATRICIA KINDLER | 21307 STATE HIGHWAY C | | CASSVILLE | MO | 65625-8633 | K61816 | 66.90 | * |
| PATRICIA KINNEY | 9708 HAINES AVE NE | | ALBUQUERQUE | NM | 87112-4037 | K39998 | 66.90 | * |
| PATRICIA KLEBS | 21375 OLD WINDSOR RD | | WELCH | MN | 55089-9546 | K53476 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.                    Page 420 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PATRICIA KOENIG | 9812 KAPALUA LN | | ELK GROVE | CA | 95624-5003 | K36649 | 66.90 | * |
| PATRICIA KONZ | 920 LEE AVE | | HOWARDS GROVE | WI | 53083-1235 | K46883 | 66.90 | * |
| PATRICIA KULL | 10182 CEDAR POND DR | | VIENNA | VA | 22182-2903 | K37090 | 66.90 | * |
| PATRICIA KULOW | 803 MOCKINGBIRD LN | | PLYMOUTH | WI | 53073-2454 | K49516 | 66.90 | * |
| PATRICIA L BANE | 6431 S HEINBAUGH RD | | RICHMOND | IN | 47374-9465 | K25639 | 66.90 | * |
| PATRICIA L BRULE | 4430 WINSTON LN S | | SARASOTA | FL | 34235-3209 | V98382 | 66.90 | * |
| PATRICIA L BUTCKO | 6750 BETHEL CHURCH RD STE A | | SALINE | MI | 48176-8738 | K38502 | 66.90 | * |
| PATRICIA L DALRYMPLE | 1220 BROADWAY ST | | DENTON | TX | 76201-2712 | K25157 | 66.90 | * |
| PATRICIA L KELLY | 1201 W NORTHMOOR RD APT 228 | | PEORIA | IL | 61614-3466 | K51731 | 66.90 | * |
| PATRICIA L KRAUSS | PO BOX 876196 | | WASILLA | AK | 99687-6196 | K31520 | 66.90 | * |
| PATRICIA L MCCLANE | 1620 AGAWELA AVE | | KNOXVILLE | TN | 37919-8319 | K15937 | 66.90 | * |
| PATRICIA L MILLER | 1800 RESERVOIR RD LOT 609 | | LIMA | OH | 45804-2969 | K45657 | 66.90 | * |
| PATRICIA L STOUSE | 1103 WESTWOOD DR | | MOUNT CARMEL | IL | 62863-2420 | K38819 | 66.90 | * |
| PATRICIA LACKEY | 23509 W GRINTON DR | | PLAINFIELD | IL | 60586-7888 | K51794 | 66.90 | * |
| PATRICIA LANGHAM | 3507 BELL OAK RD | | WILLIAMSTON | MI | 48895-9555 | K40106 | 66.90 | * |
| PATRICIA LEA ARMSTRONG | 18 TABBS DR | | WILLIAMSPORT | PA | 17701-9646 | K15804 | 66.90 | * |
| PATRICIA LEE | 1434 NORWOOD ST | | DEER PARK | TX | 77536-3714 | K31021 | 66.90 | * |
| PATRICIA LEE MATTSON | 715 E 39TH ST | | HIBBING | MN | 55746-3133 | K19609 | 66.90 | * |
| PATRICIA LEONHARDT | 52 COVE RD | | HUNTINGTON | NY | 11743-2252 | K19863 | 66.90 | * |
| PATRICIA LICHER | 3259 CEDARWOOD RD | | FAIRBORN | OH | 45324-2211 | K47344 | 66.90 | * |
| PATRICIA LINDVALL | PO BOX 21 | | LITTLEFORK | MN | 56653-0021 | K25417 | 66.90 | * |
| PATRICIA LITTLEJOHN | 2003 LEAH CT | | MOUNT JULIET | TN | 37122-3560 | K36921 | 66.90 | * |
| PATRICIA LITTON | 1509 ESTHER ST | | IOWA CITY | IA | 52240-2589 | K58079 | 66.90 | * |
| PATRICIA LOELIGER | 535 CLAREMONT RD | | SPRINGFIELD | PA | 19064-3414 | K49663 | 66.90 | * |
| PATRICIA LORD-MILLER | 9 LAUREL LEAF CT | | POTOMAC | MD | 20854-1769 | K52765 | 66.90 | * |
| PATRICIA LOU MORRISON | 2634 STATE ROAD 227 N | | RICHMOND | IN | 47374-1776 | K30471 | 66.90 | * |
| PATRICIA LOUCKS | 8608 W EUCALYPTUS AVE | | MUNCIE | IN | 47304-9356 | K59010 | 66.90 | * |
| PATRICIA M MARTHOUSE | 1644 W STROHM DR | | CHAMBERSBURG | PA | 17202-8008 | K45586 | 66.90 | * |
| PATRICIA M MYERS | 4500 S ATLANTIC AVE | | NEW SMYRNA BE | FL | 32169-4006 | K20368 | 66.90 | * |
| PATRICIA M TERZIAN | 6 ALFRED DR E | | ALBANY | NY | 12205-2912 | K20089 | 66.90 | * |
| PATRICIA MACCHIAROLO | 232 SPRUCE RD | | BEDFORD | PA | 15522-6458 | K60946 | 66.90 | * |
| PATRICIA MAHON | 3434 E CHALLAS ENTRANCE | | CRETE | IL | 60417-1806 | K54096 | 66.90 | * |
| PATRICIA MAHONEY | 442 CHARLES ST APT 1B | | NEW IBERIA | LA | 70560-3855 | K24372 | 66.90 | * |
| PATRICIA MALDONADO | 1006 PARK ST | | MCKEESPORT | PA | 15132-2151 | K61863 | 66.90 | * |
| PATRICIA MANNING | 4 HILL CT | | GLEN HEAD | NY | 11545-1583 | K37039 | 66.90 | * |
| PATRICIA MARTIN | 2650 W MARKET ST APT 405B | | LIMA | OH | 45805-2144 | K49004 | 66.90 | * |
| PATRICIA MARX | 9625 S FULLER LN | | GLASFORD | IL | 61533-9711 | K47391 | 66.90 | * |
| PATRICIA MASLANKA | 40985 REDWING SONG LN | | LOVETTSVILLE | VA | 20180-2271 | K38240 | 66.90 | * |
| PATRICIA MASSA | 135 BARN RUN CT | | HUNTINGTON ST | NY | 11746-1951 | K37733 | 66.90 | * |
| PATRICIA MATHIAS | 1890 MEXICO RD | | MILTON | PA | 17847-7850 | K24071 | 66.90 | * |
| PATRICIA MATTHEWS | 212 GLENMONT RD | | GLENMONT | NY | 12077-4413 | K20695 | 66.90 | * |
| PATRICIA MC GARVEY | 845 LANDING DR | | GROVETOWN | GA | 30813-7004 | K23272 | 66.90 | * |
| PATRICIA MCDONALD | 8910 PENNSYLVANIA RUN RD | | LOUISVILLE | KY | 40228-2548 | K32544 | 66.90 | * |
| PATRICIA MCHUGH | 267 HILL ST | | MINEOLA | NY | 11501-3244 | K37623 | 66.90 | * |
| PATRICIA MCLAREN | 2822 FAIRWAY AVE | | REDDING | CA | 96002-1330 | K60293 | 66.90 | * |
| PATRICIA MEADOWS | 9419 LESLIE DEANN CT | | BAKERSFIELD | CA | 93312-5067 | K34609 | 66.90 | * |
| PATRICIA MEIWES | 5418 COUNTY ROAD JJ | | HEREFORD | TX | 79045-7317 | K62542 | 66.90 | * |
| PATRICIA MEYER | PO BOX 334 | | SOUTH INTL FA | MN | 56679-0334 | K18571 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PATRICIA MICHAELS | 625 E SCOTT ST | | FOND DU LAC | WI | 54935-2906 | K47633 | 66.90 | * |
| PATRICIA MINCHIN | 1109 PROSPECT RIDGE BLVD | | HADDON HEIGHT | NJ | 08035-1642 | K17775 | 66.90 | * |
| PATRICIA MITCHELL | 2146 WESLEY LN | | GREENVILLE | NC | 27858-7939 | K19942 | 66.90 | * |
| PATRICIA MOE | PO BOX 311 | | ALBERT CITY | IA | 50510-0311 | K16592 | 66.90 | * |
| PATRICIA MOORE | 746 SAINT JOHNS PL | | BROOKLYN | NY | 11216-4205 | K52762 | 66.90 | * |
| PATRICIA MORGAN | 1209 CAMPO SANO AVE | | CORAL GABLES | FL | 33146-1159 | K35131 | 66.90 | * |
| PATRICIA MORGAN | 119 CLAREMONT CIR | | BROOKLYN | MI | 49230-9704 | K58533 | 66.90 | * |
| PATRICIA MORRELL | 58 WYATT RD | | GARDEN CITY | NY | 11530-3143 | K36991 | 66.90 | * |
| PATRICIA MURPHY | 5697 BROOK HOLLOW DR | | BROOMFIELD | CO | 80020-3934 | K42141 | 66.90 | * |
| PATRICIA N WALKER | 641 OAKDALE AVE | | BELVEDERE | SC | 29841-2350 | K21205 | 66.90 | * |
| PATRICIA NALE | PO BOX 1291 | | EAGLE POINT | OR | 97524-1291 | K35706 | 66.90 | * |
| PATRICIA NAVARRO | 26883 CALLE ALCALA | | MISSION VIEJO | CA | 92691-2618 | K61208 | 66.90 | * |
| PATRICIA NOREUIL | 23128 BROADWAY RD | | MORTON | IL | 61550-9634 | K46056 | 66.90 | * |
| PATRICIA NOURSE | 6666 BROOKMONT TER | | NASHVILLE | TN | 37205-4658 | K43622 | 66.90 | * |
| PATRICIA OLDHAM | 215 WATER ST APT B | | LEWISBURG | TN | 37091-2791 | K35549 | 66.90 | * |
| PATRICIA O'MARY | 287 SANTA ANITA CT | | SIERRA MADRE | CA | 91024-2647 | K54626 | 66.90 | * |
| PATRICIA OVERTON | 5985 SHEPHERDS POND | | ALPHARETTA | GA | 30004-7801 | K38390 | 66.90 | * |
| PATRICIA PAINTER | 2595 N COUNTY ROAD 2530 | | LA HARPE | IL | 61450-9272 | K56560 | 66.90 | * |
| PATRICIA PARRISH | 2834 E SHADY FOREST LN | | ORANGE | CA | 92867-1917 | K61881 | 66.90 | * |
| PATRICIA PATTERSON | 2751 CONETREE RD | | TRAVERSE CITY | MI | 49685-9394 | K39144 | 66.90 | * |
| PATRICIA PEARSALL | 5155 SIESTA DEL RIO DR | | JACKSONVILLE | FL | 32258-2242 | K49614 | 66.90 | * |
| PATRICIA PFLEEGOR | 1818 BROADWAY | | MILTON | PA | 17847-8944 | K15219 | 66.90 | * |
| PATRICIA PILLARD | 815 DIAMOND K LN | | JOLIET | IL | 60433-9566 | K50306 | 66.90 | * |
| PATRICIA PLACE | 1770 COUNTRY CLUB RD APT 5 | | EL DORADO | KS | 67042-4153 | K50804 | 66.90 | * |
| PATRICIA PROKSCH | 7401 N BRITTANY PARK PL | | PEORIA | IL | 61614-1833 | K46132 | 66.90 | * |
| PATRICIA PRUSAK | 4664 BOWES AVE | | WEST MIFFLIN | PA | 15122-1902 | K61104 | 66.90 | * |
| PATRICIA QUADE | 33719 IKE AVE | | LEESBURG | FL | 34788-4622 | K23933 | 66.90 | * |
| PATRICIA R HARP | 18275 MURPHY CIR | | TINLEY PARK | IL | 60487-4782 | K49420 | 66.90 | * |
| PATRICIA R MALCHIODI | 2454 DEER RIDGE LN | | NORTH CHARLES | SC | 29406-9179 | K27790 | 66.90 | * |
| PATRICIA R MCCAHON | 17 N HANOVER ST APT 2A | | POTTSTOWN | PA | 19464-9520 | K49300 | 66.90 | * |
| PATRICIA RECH | PO BOX 364 | | CHESHIRE | MA | 01225-0364 | K36804 | 66.90 | * |
| PATRICIA REID | 8145 263RD ST | | FLORAL PARK | NY | 11004-1518 | K48328 | 66.90 | * |
| PATRICIA REINAGLE | 11326 LENOIR ST | | ALLEN PARK | MI | 48101-1016 | K58344 | 66.90 | * |
| PATRICIA REPP | 4555 W CORAL CIR | | NORTH FORT MY | FL | 33903-4619 | K41066 | 66.90 | * |
| PATRICIA RESIDES | 41 DEGREEN RD | | DANVILLE | PA | 17821-8311 | K17134 | 66.90 | * |
| PATRICIA REYNOLDS | 415 ARCHER ST | | MCKEESPORT | PA | 15132-3606 | K61212 | 66.90 | * |
| PATRICIA RICHARDS | 7019 NEW POST DR APT 6 | | NORTH FORT MY | FL | 33917-3478 | K18945 | 66.90 | * |
| PATRICIA RIECKS | 5966 OAK HILL WEST DR | | PLAINFIELD | IN | 46168-9327 | K45075 | 66.90 | * |
| PATRICIA RIEHL | 24 PINE GROVE AVE | | MANAHAWKIN | NJ | 08050-6039 | K30247 | 66.90 | * |
| PATRICIA RIMMELE | 22 SHAWONDASSEE DR | | STONINGTON | CT | 06378-2424 | K46440 | 66.90 | * |
| PATRICIA RODAK | 16920 HEREFORD RD | | MONKTON | MD | 21111-1416 | K30719 | 66.90 | * |
| PATRICIA RODENBAUGH | 3426 HANCOCK BRIDGE PKWY UNI | | NORTH FORT MY | FL | 33903-7080 | K49571 | 66.90 | * |
| PATRICIA ROSE | 39 EVERETT ST | | SHERBORN | MA | 01770-1527 | K13023 | 66.90 | * |
| PATRICIA ROSS | 45 OLDFIELD WAY | | BLUFFTON | SC | 29909-7012 | K42523 | 66.90 | * |
| PATRICIA ROSS | 962 RAVINE DR | | VILLA HILLS | KY | 41017-3679 | K57870 | 66.90 | * |
| PATRICIA RUMER | 2025 DUTCH HOLLOW RD | | ELIDA | OH | 45807-1814 | K45652 | 66.90 | * |
| PATRICIA RUNDELL | PO BOX 281 | | INTERNATIONAL | MN | 56649-0281 | K19120 | 66.90 | * |
| PATRICIA RUTHERFORD | 358 WESTBEND RD | | EAST MILLSBOR | PA | 15433-1105 | K60707 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PATRICIA S DODSON | 725 N KANSAS CT | | BENTON | KS | 67017-9013 | K52720 | 66.90 | * |
| PATRICIA S ROBERTS | 108 WILDERNESS LN | | WILLIAMSBURG | VA | 23188-7101 | K21079 | 66.90 | * |
| PATRICIA SANDERS | 2316 DREXEL AVE | | FORT WAYNE | IN | 46806-1385 | K38455 | 66.90 | * |
| PATRICIA SCHOPPE | 1535 STATE HIGHWAY 155 | | SAINT GERMAIN | WI | 54558-8907 | K44393 | 66.90 | * |
| PATRICIA SCHUETZ | 442 TWO MILE AVE | | WISCONSIN RAP | WI | 54494-6559 | K49271 | 66.90 | * |
| PATRICIA SCHULDT | 621 QUAIL CREEK DR | | GALLIPOLIS | OH | 45631-8403 | K52636 | 66.90 | * |
| PATRICIA SCOTTO | 29 MAPLE DR | | SPRING LAKE | NJ | 07762-2153 | K42520 | 66.90 | * |
| PATRICIA SEKELY | 341 DEERFOOT TRL | | CHANHASSEN | MN | 55317-8604 | K44358 | 66.90 | * |
| PATRICIA SERAPIGLIA | 25 JANE DR | | NORTH BABYLON | NY | 11703-2307 | K37695 | 66.90 | * |
| PATRICIA SEXTON | 622 LOOK AVE | | MARION | VA | 24354-1659 | K27357 | 66.90 | * |
| PATRICIA SISSOM | 800 PREACHER SPRY RD | | BRADYVILLE | TN | 37026-5137 | K58333 | 66.90 | * |
| PATRICIA SLADARITZ | 311 CHURCHILL BLVD | | SAN ANGELO | TX | 76903-8616 | K52588 | 66.90 | * |
| PATRICIA SMITH | N6435 RANGELINE RD | | SHEBOYGAN | WI | 53083-2310 | K48032 | 66.90 | * |
| PATRICIA SNAYD | 20 PHEASANT RUN RD | | WILTON | CT | 06897-2317 | K51571 | 66.90 | * |
| PATRICIA SOBECKI | 719 TIOGA TRL | | WILLOUGHBY | OH | 44094-7228 | K15888 | 66.90 | * |
| PATRICIA SOFRANKO | 115 CEDARMERE RD | | OWINGS MILLS | MD | 21117-2405 | K60948 | 66.90 | * |
| PATRICIA SPOTTS | 440 BROWN AVE | | MILTON | PA | 17847-2326 | K16864 | 66.90 | * |
| PATRICIA STEELE | 233 KENVILLA DR | | TUCKER | GA | 30084-1908 | K55969 | 66.90 | * |
| PATRICIA STELZEL | 6410 N BETHMAUR LN | | GLENDALE | WI | 53209-3318 | K42331 | 66.90 | * |
| PATRICIA STODDARD | 12740 GATEWAY PARK RD APT 23 | | POWAY | CA | 92064-2078 | K48055 | 66.90 | * |
| PATRICIA STRITTMATTER | 6186 TALL OAKS RD | | MENTOR | OH | 44060-3157 | K43158 | 66.90 | * |
| PATRICIA SUE COX | 5740 DITZLER RD | | HARROD | OH | 45850-8771 | K47390 | 66.90 | * |
| PATRICIA SWEENEY | 403 AIRPORT AVE | | WISCONSIN RAP | WI | 54494-6517 | K48441 | 66.90 | * |
| PATRICIA TAYLOR | 1225 LUTHER LN APT 411 | | ARLINGTON HEI | IL | 60004-8135 | K60393 | 66.90 | * |
| PATRICIA TERRANOVA | 3 MOUNTAIN VIEW CT | | NORTHPORT | NY | 11768-2353 | K60118 | 66.90 | * |
| PATRICIA TESSLER | 4254 SHERWOOD FOREST CT | | ANN ARBOR | MI | 48103-9472 | K33965 | 66.90 | * |
| PATRICIA TIRPAK | 206 HAINES ST E | | LANOKA HARBOR | NJ | 08734-2821 | K18325 | 66.90 | * |
| PATRICIA TODD | 16 BROADLEAF CV | | JACKSON | TN | 38305-5349 | K29456 | 66.90 | * |
| PATRICIA TURNER | 5B QUAIL CIR | | SMITHFIELD | RI | 02917-2531 | K26955 | 66.90 | * |
| PATRICIA UHL | 630 HARMONY DR APT 367 | | NEW OXFORD | PA | 17350-8224 | K47714 | 66.90 | * |
| PATRICIA VERD | 22841 LORINDA RD NW | | POULSBO | WA | 98370-9723 | K52222 | 66.90 | * |
| PATRICIA WALSH | 15 SHERRIN RD | | CHESTNUT HILL | MA | 02467-3227 | K11779 | 66.90 | * |
| PATRICIA WARBURTON | 2 YACHT CLUB EST | | OGALLALA | NE | 69153-5810 | K32436 | 66.90 | * |
| PATRICIA WEISS | 2803 WHISPER LN | | HENDERSON | NV | 89074-3230 | K38808 | 66.90 | * |
| PATRICIA WELLMAN | 1830 RAVINE DR | | GURNEE | IL | 60031-6013 | K40978 | 66.90 | * |
| PATRICIA WELSH | 1723 PENNSYLVANIA AVE | | SUN PRAIRIE | WI | 53590-1717 | K55258 | 66.90 | * |
| PATRICIA WHITEHOUSE | PO BOX 487 | | TAWAS CITY | MI | 48764-0487 | K56740 | 66.90 | * |
| PATRICIA WILLIAMS | 11 DORSET RD | | MANCHESTER | NJ | 08759-6819 | K47249 | 66.90 | * |
| PATRICIA WIZGIRD | PO BOX 127 | | BRUSSELS | WI | 54204-0127 | K49947 | 66.90 | * |
| PATRICIA WYATT | 625 S 20TH ST | | RICHMOND | IN | 47374-6515 | K24764 | 66.90 | * |
| PATRICIA Y KRUG | 10118 W CALUMET RD | | MILWAUKEE | WI | 53224-3206 | K43511 | 66.90 | * |
| PATRICIA YARDLEY | 906 ROSEWOOD DR | | NEWTON | NJ | 07860-4565 | K15313 | 66.90 | * |
| PATRICIA YOUNG | 3333 BRECKINRIDGE DR | | INDIANAPOLIS | IN | 46228-2749 | K47168 | 66.90 | * |
| PATRICIA YOUNG | 274 STATE ST | | JACKSON | OH | 45640-1171 | K53638 | 66.90 | * |
| PATRICIA YURMANOVICH | N3595 TIMBERVIEW RD | | WALDO | WI | 53093-1207 | K50162 | 66.90 | * |
| PATRICIA ZARECOR | 1033 S COLLEGE ST | | TRENTON | TN | 38382-3126 | K31275 | 66.90 | * |
| PATRICIA ZIMMERMANN | 1445 S LORRAINE RD APT 307 | | WHEATON | IL | 60189-7066 | K51495 | 66.90 | * |
| PATRICIA ZUBROD | 16346 300TH ST | | TEMPLETON | IA | 51463-8502 | K21442 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PATRICIA ZWILLING | 17 PHEASANT RDG | | NEWNAN | GA | 30265-2724 | K22172 | 66.90 | * |
| PATRICK A TREMPE | 25815 S ASHWOOD DR | | SUN LAKES | AZ | 85248-6870 | K35818 | 66.90 | * |
| PATRICK A TROY | 1343 OREGON CREEK WAY | | PLUMAS LAKE | CA | 95961-9014 | K44832 | 66.90 | * |
| PATRICK B O'LEARY | 3376 GRAVENSTEIN HWY S | | SEBASTOPOL | CA | 95472-5253 | K52426 | 66.90 | * |
| PATRICK BECKHAM MD | 1212 HAVRE LAFITTE DR | | AUSTIN | TX | 78746-6858 | K48203 | 66.90 | * |
| PATRICK BREUER | 168 LESTER RD | | FREDONIA | KY | 42411-7653 | K60453 | 66.90 | * |
| PATRICK BROWN | 1298 AURELIUS RD | | HOLT | MI | 48842-9673 | K58292 | 66.90 | * |
| PATRICK CRISPO | 1629 SPRING AVENUE EXT | | WYNANTSKILL | NY | 12198-3008 | K20696 | 66.90 | * |
| PATRICK D [PAT] SAWYER DMD | 256 PEEL RD | | LANGHORNE | PA | 19047-8203 | K25630 | 66.90 | * |
| PATRICK D CORCORAN | 7923 MEADOWLARK LN S | | REYNOLDSBURG | OH | 43068-4926 | K43746 | 66.90 | * |
| PATRICK D KELLY | 707 CREEKBRIAR LN | | SAINT LOUIS | MO | 63122-2221 | K28735 | 66.90 | * |
| PATRICK D QUINN | 2802 SOM CENTER RD STE 102 | | WILLOUGHBY HIL | OH | 44094-8903 | K56285 | 66.90 | * |
| PATRICK E SHERIDAN | 91 E 200TH ST | | EUCLID | OH | 44119-1009 | K44508 | 66.90 | * |
| PATRICK ELLISON | 711 HICKORY ST | | HAMILTON | IL | 62341-1443 | K17489 | 66.90 | * |
| PATRICK FREEMAN | 625 OAK ST | | LAGUNA BEACH | CA | 92651-2920 | K54501 | 66.90 | * |
| PATRICK J [PAT] CROWLEY | 4831 CRYSTAL RIVER CT | | INDIANAPOLIS | IN | 46240-6435 | K37462 | 66.90 | * |
| PATRICK J BOYCE | 36555 GARRETTS COVE DR | | EASTLAKE | OH | 44095-5402 | K46037 | 66.90 | * |
| PATRICK J DODSON | PO BOX 120 | | ISLAMORADA | FL | 33036-0120 | K44357 | 66.90 | * |
| PATRICK J DOWNS | 185 LEE ST | | HARROGATE | TN | 37752-7304 | K18428 | 66.90 | * |
| PATRICK J HEVER | 3235 ELIZABETH DR UNIT 36 | | PERRY | OH | 44081-9102 | K45339 | 66.90 | * |
| PATRICK J HOGAN | 855 COLE CT | | COVINGTON | LA | 70433-7904 | K51295 | 66.90 | * |
| PATRICK J MAHONEY | 4433 TAKACH RD | | PRINCE GEORGE | VA | 23875-2414 | K48802 | 66.90 | * |
| PATRICK J MICHAELS | W8645 COUNTY ROAD F | | CASCADE | WI | 53011-1125 | K50782 | 66.90 | * |
| PATRICK J WHITCRAFT | 317 BLOSSOM RD | | WOODLAND PARK | CO | 80863-8104 | K40800 | 66.90 | * |
| PATRICK KELLEHER | 326 CENTRAL AVE | | MOUNTAINSIDE | NJ | 07092-1946 | K15521 | 66.90 | * |
| PATRICK KOPSA | 300 2ND AVE | | LAUREL | IA | 50141-7724 | K57831 | 66.90 | * |
| PATRICK LAUBY | 2121 EVERGREEN LN | | WISCONSIN RAP | WI | 54494-3161 | K52843 | 66.90 | * |
| PATRICK MCCOY | 5016 N WINCHESTER AVE APT 3R | | CHICAGO | IL | 60640-2641 | K53610 | 66.90 | * |
| PATRICK MCNAMARA | 1340 S OCEAN BLVD APT 1909 | | POMPANO BEACH | FL | 33062-6909 | K44142 | 66.90 | * |
| PATRICK O'CONNELL | 14824 E 94TH ST N | | OWASSO | OK | 74055-5006 | K30716 | 66.90 | * |
| PATRICK O'NEILL | 4739 BRAEBURN DR SE | | GRAND RAPIDS | MI | 49546-2367 | K37134 | 66.90 | * |
| PATRICK PUCCI | 6743 CATANIA DR | | BOYNTON BEACH | FL | 33472-7357 | K62150 | 66.90 | * |
| PATRICK R MCLOUGHLIN | 44410 S EL MACERO DR | | EL MACERO | CA | 95618-1030 | K51760 | 66.90 | * |
| PATRICK R RYAN | 2508 24TH ST | | KENOSHA | WI | 53140-1726 | K50027 | 66.90 | * |
| PATRICK T MILLIGAN | 31 DEVON RD | | NEWTOWN | PA | 18940-3813 | K24127 | 66.90 | * |
| PATRICK URBAN | 630 EMERSON PL | | SEVERNA PARK | MD | 21146-3443 | K61805 | 66.90 | * |
| PATRICK V COST | 7550 OHIO ST | | MENTOR | OH | 44060-4845 | K43747 | 66.90 | * |
| PATRICK W GROSS | 7401 GLENBROOK RD | | BETHESDA | MD | 20814-1327 | K61245 | 66.90 | * |
| PATSIE ODELL | PO BOX 269 | | FREELANDVILLE | IN | 47535-0269 | K15437 | 66.90 | * |
| PATSY [PAT] HUTTON | 404 DENNING FORD RD | | PORTLAND | TN | 37148-5109 | K35934 | 66.90 | * |
| PATSY A [PAT] PAYNE | 225 SENDERO DR | | WAXAHACHIE | TX | 75165-1562 | K29984 | 66.90 | * |
| PATSY A FOLK | 143 COLLEGE MANOR DR | | SHELBY | NC | 28152-8056 | K31130 | 66.90 | * |
| PATSY AUNKST | 9 JO ANN LN | | MILTON | PA | 17847-2113 | K15754 | 66.90 | * |
| PATSY AYRES | RR 1 BOX 81M | | GOODWELL | OK | 73939-9781 | K28403 | 66.90 | * |
| PATSY BOARDMAN | 2222 S 3RD ST | | LAMESA | TX | 79331-5035 | K41568 | 66.90 | * |
| PATSY COLEY | 2310 ISABELLA ST | | HOUSTON | TX | 77004-4332 | K10379 | 66.90 | * |
| PATSY DAUGHERTY | 3259 TEST RD | | RICHMOND | IN | 47374-4967 | K28973 | 66.90 | * |
| PATSY DORALINE TWITTY | 4536 TABERNACLE RD | | LANCASTER | SC | 29720-8207 | K32038 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 424 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PATSY FAWVER | 5629 DRESSLER RIDGE RD | | MOUNT PLEASAN | PA | 17853-7931 | K22604 | 66.90 * | |
| PATSY KLUEVER | 30543 WILDVIEW RD | | BOVEY | MN | 55709-5529 | K19531 | 66.90 * | |
| PATSY LAUWAERT | 8019 KILDARE AVE | | SKOKIE | IL | 60076-3239 | K57869 | 66.90 * | |
| PATSY LUKENS | 4519 NEWCOMER RD | | STOW | OH | 44224-5005 | K61728 | 66.90 * | |
| PATSY MASSEY | 304 HICKORY DR | | OLD HICKORY | TN | 37138-1124 | K36324 | 66.90 * | |
| PATSY ROGERS | PO BOX 220 | | SEAGOVILLE | TX | 75159-0220 | K43705 | 66.90 * | |
| PATSY ROGERS | 7189 W COUNTY ROAD 75 S | | GREENCASTLE | IN | 46135-8348 | K44419 | 66.90 * | |
| PATSY SCHMALZ | 510 ESTATE ST # A | | GRAND JUNCTIO | CO | 81504-5386 | K17829 | 66.90 * | |
| PATSY SHULL | 1424 VAN FLEET AVE | | CINCINNATI | OH | 45231-4424 | K39086 | 66.90 * | |
| PATSY WEAVER | 28219 122ND ST SE | | MONROE | WA | 98272-9533 | K33112 | 66.90 * | |
| PATSY WELLS | 3203 S POLK AVE | | LAKELAND | FL | 33803-4531 | K32846 | 66.90 * | |
| PATSY WHITEHEAD | 6207 HIGHGATE LN | | DALLAS | TX | 75214-2157 | K43348 | 66.90 * | |
| PATT BROWN | 543 WHITE COTTAGE RD S | | ANGWIN | CA | 94508-9624 | K13862 | 66.90 * | |
| PATTA HUDDLESTON | 2559 WILMHURST RD | | DELAND | FL | 32720-1468 | K38769 | 66.90 * | |
| PATTERSON CURTIS | PO BOX 4452 | | PAGOSA SPRING | CO | 81157-4452 | K51839 | 66.90 * | |
| PATTI A MCMAHON | 245 GREENBROOK DR | | STOUGHTON | MA | 02072-4972 | K27998 | 66.90 * | |
| PATTI ANN HURLBURT | 15236 E VIA DEL PALO | | GILBERT | AZ | 85298-9709 | K55051 | 66.90 * | |
| PATTI BLAIR | 421 HILL ST | | WISCONSIN RAP | WI | 54494-4325 | K46145 | 66.90 * | |
| PATTI L NAULT | 1412 WHEAT GRASS | | HUDSON | WI | 54016-9281 | K34540 | 66.90 * | |
| PATTI M BOUCHER | 609 KEARNEY ST STE A | | EL CERRITO | CA | 94530-3157 | K37950 | 66.90 * | |
| PATTI P LEVENSON | 12246 S NORTHSHORE DR | | KNOXVILLE | TN | 37922-5437 | K15359 | 66.90 * | |
| PATTI RICE | 114 BEVERLY FARMS DR | | SHARPSBURG | GA | 30277-3586 | K20781 | 66.90 * | |
| PATTI SONCKSEN | 6104 NW 10TH ST | | LINCOLN | NE | 68521-3713 | K53747 | 66.90 * | |
| PATTIE CURTIS | 4727 LEISURE LN | | TRENTON | MI | 48183-4563 | K60183 | 66.90 * | |
| PATTIE WILCOX | 7026 NEWHALL DR | | HIGHLANDS RAN | CO | 80130-4110 | K35995 | 66.90 * | |
| PATTY [PAT] DAVIDSON | 220 RED COAT PASS, 11682 BIG | | BIG CANOE | GA | 30143-5145 | K60700 | 66.90 * | |
| PATTY BORDER FORD | 2319 45TH ST | | MOLINE | IL | 61265-5024 | K21006 | 66.90 * | |
| PATTY BROWN | 1017 HAMPTON CT | | RICHMOND | IN | 47374-6582 | K24104 | 66.90 * | |
| PATTY BRUYERE | PO BOX 617 | | INTERNATIONAL | MN | 56649-0617 | K23075 | 66.90 * | |
| PATTY CARL | 7611 BAUMAN AVE | | OMAHA | NE | 68122-1619 | K53633 | 66.90 * | |
| PATTY CLIFTON | 199 POWELL CREEK RD | | WILLIAMS | OR | 97544-9577 | K32346 | 66.90 * | |
| PATTY COOPER | 1 E ROCKWOOD DR | | CONWAY | AR | 72034-2905 | K34721 | 66.90 * | |
| PATTY FRYE | 565 10TH AVENUE DR SE | | HICKORY | NC | 28602-5114 | K14523 | 66.90 * | |
| PATTY J BRISTOW | 8908 LONGVIEW DR | | JOHNSTON | IA | 50131-1755 | K57019 | 66.90 * | |
| PATTY J GEORGE | 22838 ZION PKWY NW | | BETHEL | MN | 55005-9315 | K28108 | 66.90 * | |
| PATTY KOIVISTO | 1707 S HUBERT AVE | | TAMPA | FL | 33629-5614 | K62809 | 66.90 * | |
| PATTY LAMSON | 3320 DOROTHY LN | | RICHMOND | IN | 47374-6746 | K24682 | 66.90 * | |
| PATTY LOHR PEARSON | PO BOX 2086 | | ELKINS | WV | 26241-2086 | K58508 | 66.90 * | |
| PATTY MOILANEN | 1415 RIDGEVIEW LN | | BISMARCK | ND | 58501-3073 | K33056 | 66.90 * | |
| PATTY PARADISO | 1404 W MAIN ST | | RICHMOND | IN | 47374-3959 | K25758 | 66.90 * | |
| PATTY PHILLIPS | 1000 S IDAHO RD # 328 | | APACHE JUNCTI | AZ | 85119-6431 | K47412 | 66.90 * | |
| PATTY REHN | 1285 62ND ST W | | NORTHFIELD | MN | 55057-4280 | K25111 | 66.90 * | |
| PATTY ROLLINS | 27 MEADOW LN | | LEWISBURG | PA | 17837-1269 | K15798 | 66.90 * | |
| PATTY SARCONE | 120 NE 41ST ST UNIT 107 | | ANKENY | IA | 50021-6004 | K26931 | 66.90 * | |
| PATTY SCHWIETE | 51 PLEASANT LN | | KEOKUK | IA | 52632-2349 | K14611 | 66.90 * | |
| PATTY SUE BROWN-WRIGHT | 106 S GREENWOOD ST | | EUREKA | KS | 67045-2109 | K48806 | 66.90 * | |
| PATTY THOMPSON | 1411 BAY SHORE DR | | GROVE | OK | 74344-2627 | K18500 | 66.90 * | |
| PATTY TOMASZEWSKI | N92W5838 DORCHESTER DR | | CEDARBURG | WI | 53012-1432 | K43970 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PATTY VAIL | 9816 SASKATCHEWAN AVE | | SAN DIEGO | CA | 92129-3505 | K34669 | 66.90 | * |
| PATTY WESTFALL | 3908 BAUMBERGER RD | | STOW | OH | 44224-2412 | K62620 | 66.90 | * |
| PAUL (JEFF) MEDVES | 18838 SUTWIK CIR | | EAGLE RIVER | AK | 99577-8657 | K49303 | 66.90 | * |
| PAUL [DUANE] COOK | 5708 PARKHILL PL | | BARTLESVILLE | OK | 74006-9110 | K37498 | 66.90 | * |
| PAUL [FRED] VERMILLION | 700 BRADFORD DR | | FORT WALTON B | FL | 32547-3241 | K44736 | 66.90 | * |
| PAUL A AMODEO SR | 17079 OHARA DR | | PORT CHARLOTT | FL | 33948-2255 | K26929 | 66.90 | * |
| PAUL A FARBER | 113 N BREAD ST APT 3A | | PHILADELPHIA | PA | 19106-4613 | K53620 | 66.90 | * |
| PAUL A IRONSIDE MD | 42687 CAPRI DR | | BERMUDA DUNES | CA | 92203-8039 | K41107 | 66.90 | * |
| PAUL A MURPHY | 24 MARY ST APT 315 | | NEWPORT | RI | 02840-3033 | K28373 | 66.90 | * |
| PAUL A NAPOLI | 5023 COUNTRY CLUB DR | | BRENTWOOD | TN | 37027-5173 | K43665 | 66.90 | * |
| PAUL A SCARLATA | 6703 CONGRESSIONAL TER | | FAYETTEVILLE | PA | 17222-9403 | K62532 | 66.90 | * |
| PAUL A SHUTT | 318 ASHLAND AVE | | AURORA | IL | 60505-5164 | K52813 | 66.90 | * |
| PAUL AGNE | 15762 DUTTON RD | | GREGORY | MI | 48137-9583 | K58304 | 66.90 | * |
| PAUL ALLEY | 55 OAK MEADOW RD | | EVANSVILLE | IN | 47725-9286 | K31661 | 66.90 | * |
| PAUL ANDERSON | 2214 4TH AVE E | | INTERNATIONAL | MN | 56649-4132 | K19895 | 66.90 | * |
| PAUL ANTOL | 7182 121ST ST W | | APPLE VALLEY | MN | 55124-6266 | K24752 | 66.90 | * |
| PAUL APOLLO | 6351 POINTE PLEASANT CIR | | DELRAY BEACH | FL | 33484-2493 | K51620 | 66.90 | * |
| PAUL ARNETT | 3188 W BREESE RD | | LIMA | OH | 45806-1512 | K45683 | 66.90 | * |
| PAUL B APPLE | 11611 EDGEWOOD AVE N | | CHAMPLIN | MN | 55316-2833 | K61259 | 66.90 | * |
| PAUL B GUPTILL | 3908 IVANHOE BLVD | | COLUMBIA | MO | 65203-0492 | K37431 | 66.90 | * |
| PAUL B WILSON | 1025 NICHOLSON RD | | WYNNEWOOD | PA | 19096-2001 | K33923 | 66.90 | * |
| PAUL BAMBERG | 141 PRENDIVILLE WAY | | MARLBOROUGH | MA | 01752-6738 | K28192 | 66.90 | * |
| PAUL BILBEN | 1317 9TH ST | | INTERNATIONAL | MN | 56649-2539 | K21385 | 66.90 | * |
| PAUL BOTTKE | 1505 ELLIS AVE | | IOWA FALLS | IA | 50126-1801 | K53188 | 66.90 | * |
| PAUL BROWN | 191 OLD DELP RD | | LANCASTER | PA | 17601-3264 | K27974 | 66.90 | * |
| PAUL C DAVENPORT | 1314 OAKLAND PKWY | | LIMA | OH | 45805-2408 | K47317 | 66.90 | * |
| PAUL C LUND | 265 QUARRYSTONE LN | | BEREA | OH | 44017-2564 | K56715 | 66.90 | * |
| PAUL CARLSON | 15049 HALEY HOLW | | AUSTIN | TX | 78728-4457 | K34070 | 66.90 | * |
| PAUL CHATELAIN | 3 JOYCE AVE | | NEW ORLEANS | LA | 70121-2209 | K51027 | 66.90 | * |
| PAUL CONE | 130 BRIARWOOD LN | | SUMMERVILLE | SC | 29483-3708 | K32726 | 66.90 | * |
| PAUL COOPER | 415 PENNINGTON TITUSVILLE RD | | TITUSVILLE | NJ | 08560-2012 | K38335 | 66.90 | * |
| PAUL CURTIS | 7000 BARKLEY CRK NE | | ROCKFORD | MI | 49341-9661 | K56504 | 66.90 | * |
| PAUL D BORDEN PHD | 12152 GOLD BLUFF LN | | GOLD RIVER | CA | 95670-4526 | K53857 | 66.90 | * |
| PAUL DONALD (DON) TEEFY | 6501 WOODLAKE DR APT 603 | | RICHFIELD | MN | 55423-1394 | K58235 | 66.90 | * |
| PAUL DOUGLAS HARRISON | 1926 PLUMB CREEK CIR | | KNOXVILLE | TN | 37932-2049 | K15734 | 66.90 | * |
| PAUL E BUCKLEY | 61 ENNSBROOK DR | | EAST FALMOUTH | MA | 02536-6177 | K11784 | 66.90 | * |
| PAUL E COURNET | 258 E AUGUSTA LN | | SLIDELL | LA | 70458-8835 | K52132 | 66.90 | * |
| PAUL E HAMMERSTROM JR | 153 SUMMER ST | | MILFORD | NH | 03055-4139 | K60591 | 66.90 | * |
| PAUL E MONTAGNET | 47 CHATEAU DU LAC | | KENNER | LA | 70065-2060 | K50322 | 66.90 | * |
| PAUL E NITSICK | 610 MAIN ST | | SPRINGFIELD | NE | 68059-3220 | K55069 | 66.90 | * |
| PAUL E PEARSON | 1534 MEDITERRANEAN CT | | PRESCOTT | AZ | 86301-5548 | K46571 | 66.90 | * |
| PAUL E PILLSBURY | 7175 N NOFFKE DR | | CALEDONIA | MI | 49316-8805 | K52475 | 66.90 | * |
| PAUL E RODIBAUGH JR | 114 NARRAGANSETT DR | | MCKEESPORT | PA | 15135-3317 | K60786 | 66.90 | * |
| PAUL E SAMPSON | 12954 REDSTONE DR | | HUNTLEY | IL | 60142-6399 | K61556 | 66.90 | * |
| PAUL E WASHINGTON | 22727 CIELO VIS | | SAN ANTONIO | TX | 78255-9501 | K26799 | 66.90 | * |
| PAUL EDWARD TINNESZ | 257 HARBOR DR | | LAVALLETTE | NJ | 08735-1437 | K16191 | 66.90 | * |
| PAUL ELLISON | 639 LAKENGREN DR | | EATON | OH | 45320-2614 | K27846 | 66.90 | * |
| PAUL ENGEL | 77 HAWTHORNE AVE | | ALBANY | NY | 12203-2125 | K26426 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 426 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PAUL ESSMAN | 4136 BOULDER DR | | LINCOLN | NE | 68516-2918 | K54474 | 66.90 | * |
| PAUL EUGENE GEYMANN | 4927 SE FORDHAM DR | | BARTLESVILLE | OK | 74006-2814 | K58924 | 66.90 | * |
| PAUL F HEIDER | 88 PINE ST | | TEWKSBURY | MA | 01876-3729 | K14696 | 66.90 | * |
| PAUL F KLAPPER | 301 MISSION ST UNIT 36C | | SAN FRANCISCO | CA | 94105-6654 | K19201 | 66.90 | * |
| PAUL F STEEN | 2363 VILLAGE SQ | | MISSOULA | MT | 59801-2100 | K53650 | 66.90 | * |
| PAUL FRAMPTON | 4516 FRANKLIN ST | | OMAHA | NE | 68104-5125 | K57358 | 66.90 | * |
| PAUL FRAUSTO | 1014 KRINGS LN | | JOLIET | IL | 60435-3835 | K48981 | 66.90 | * |
| PAUL FREDERICK WESTERHAUS | 3024 TENNESSEE AVE | | KENNER | LA | 70065-4738 | K55461 | 66.90 | * |
| PAUL G ANDRIESSE | 7312 PINEWALK DR S | | MARGATE | FL | 33063-8104 | K27158 | 66.90 | * |
| PAUL G DILLENBERGER | 10101 HORSESHOE TRL | | EDEN PRAIRIE | MN | 55347-4722 | K41845 | 66.90 | * |
| PAUL G EVANS | 3421 CIRCLE CLOSE | | MADISON | WI | 53705-1409 | K19512 | 66.90 | * |
| PAUL G SCHOEN | 21 WINNIE PALMER CT | | MONROE TOWNSH | NJ | 08831-8833 | K50250 | 66.90 | * |
| PAUL GARDNER SARGENT | 148 BARROWS ST | | NORTON | MA | 02766-3123 | K25494 | 66.90 | * |
| PAUL GEORGE | 49 WINDY LN | | SUNBURST | MT | 59482-9714 | K36014 | 66.90 | * |
| PAUL GLISCHINSKI | 9428 CORONADO DR | | LA GRANGE | CA | 95329-9603 | K51386 | 66.90 | * |
| PAUL GOLDINER | 255 HUGUENOT ST APT 2204 | | NEW ROCHELLE | NY | 10801-8303 | K51488 | 66.90 | * |
| PAUL GOLLNER | 379 W RIVER RD | | PALATKA | FL | 32177-7063 | K42574 | 66.90 | * |
| PAUL H [SONNY] CROSBY | 1415 MOUNTAIN MEADOW RD | | KALISPELL | MT | 59901-8413 | K60725 | 66.90 | * |
| PAUL H BUNCH JR | 1415 OLD MARTINTOWN RD | | NORTH AUGUSTA | SC | 29860-9602 | K20208 | 66.90 | * |
| PAUL HEINTZ | 7315 N MANNING DR | | PEORIA | IL | 61614-1917 | K49949 | 66.90 | * |
| PAUL HERZBERG | 2416 BLAISDELL AVE | | MINNEAPOLIS | MN | 55404-3365 | K47822 | 66.90 | * |
| PAUL HOOGERHEIDE | 2800 CEDAR AVE | | LONG BEACH | CA | 90806-1447 | K16900 | 66.90 | * |
| PAUL HOPPERDIETZEL | 531 E MAIN ST | | SAINT ANTHONY | ID | 83445-1550 | K38647 | 66.90 | * |
| PAUL HUFFER | 171 RIDGE CREST CIR | | LIMA | OH | 45801-3809 | K45998 | 66.90 | * |
| PAUL I ANDERSON | 9717 SUNRISE BEACH DR NW | | GIG HARBOR | WA | 98332-7512 | K20010 | 66.90 | * |
| PAUL J DONDLINGER | 20 PLAZA DEL CENTRO | | SANTA FE | NM | 87506-7992 | K31509 | 66.90 | * |
| PAUL J HOULIHAN | 149 NW 48TH BLVD | | GAINESVILLE | FL | 32607-2279 | K50266 | 66.90 | * |
| PAUL J SCHNEIDER | 2692 NE HIGHWAY 70 LOT 472 | | ARCADIA | FL | 34266-8524 | K21432 | 66.90 | * |
| PAUL J SPRAGUE | 1921 HILLCREST DR | | LIMA | OH | 45805-2619 | K45110 | 66.90 | * |
| PAUL J STORMO | 6200 BALDER LN | | EDINA | MN | 55439-1102 | K19494 | 66.90 | * |
| PAUL J SWEENEY | 201 REILLYWOOD AVE | | HADDONFIELD | NJ | 08033-2203 | K41404 | 66.90 | * |
| PAUL JAGNOW | 1516 TRACY LN | | IOWA CITY | IA | 52240-5832 | K59832 | 66.90 | * |
| PAUL JOCHNAU | 209 SHERWOOD CT | | SOMERSET | NJ | 08873-6029 | K48072 | 66.90 | * |
| PAUL JOHN VAN ALLEN | 34 S CRICKET TER | | ARDMORE | PA | 19003-2204 | K36955 | 66.90 | * |
| PAUL JOHNSON | 860 CENTER ST | | WISCONSIN RAP | WI | 54494-1818 | K50875 | 66.90 | * |
| PAUL JONES | 16051 177TH ST | | HUTCHINSON | MN | 55350-7142 | K26723 | 66.90 | * |
| PAUL JOSEPH CASTELLANO | 200 RUTHERGLEN DR | | OAKDALE | PA | 15071-9730 | K44460 | 66.90 | * |
| PAUL K FORT | 161 CARLISLE AVE | | TRENTON | NJ | 08620-1253 | K47115 | 66.90 | * |
| PAUL KREIDER | 3220 SIMPSON AVE | | OCEAN CITY | NJ | 08226-2042 | K43738 | 66.90 | * |
| PAUL KUCHENBUCH | 9 LABELLE TER | | RICHLAND | MI | 49083-9611 | K28421 | 66.90 | * |
| PAUL L CONTI | 635 S PARK BLVD | | GLEN ELLYN | IL | 60137-6918 | K59435 | 66.90 | * |
| PAUL L GOENNER | 10022 82ND ST SE | | CLEAR LAKE | MN | 55319-9609 | K24890 | 66.90 | * |
| PAUL L HARVEY | 704 SAND DRIFT CT | | CHESAPEAKE | VA | 23322-6409 | K14862 | 66.90 | * |
| PAUL L LISS | 221 THUMB LAKE RD | | VANDERBILT | MI | 49795-9765 | K60155 | 66.90 | * |
| PAUL L STROLE | 1546 CORTLAND CT | | GRAND JUNCTIO | CO | 81506-5244 | K22675 | 66.90 | * |
| PAUL LAMBRECHT | 30 SPRINGCREST APT 234 | | GREENVILLE | SC | 29607-4034 | K56309 | 66.90 | * |
| PAUL LAWRENCE | 1407 KELLERS CHAPEL RD | | JONESBORO | AR | 72404-9481 | K35108 | 66.90 | * |
| PAUL LENTFER | 1115 ROOSEVELT ST | | WATERLOO | IA | 50707-4023 | K55736 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PAUL LINDHAG | 1018 KODIAK ST | | FAIRBANKS | AK | 99709-4832 | K18129 | 66.90 | * |
| PAUL LIVESAY | 4383 N COUNTY ROAD 325 W | | GREENCASTLE | IN | 46135-8411 | K47049 | 66.90 | * |
| PAUL M BROWN | 229 LAVENDER HILL LN | | PETALUMA | CA | 94952-1873 | K51280 | 66.90 | * |
| PAUL M CICERO | 606 PROSPECT AVE | | MORRISVILLE | PA | 19067-2230 | K30004 | 66.90 | * |
| PAUL M EHRLICH | 511 N WISCONSIN ST | | PORT WASHINGT | WI | 53074-1641 | K49293 | 66.90 | * |
| PAUL M FERNANDEZ III | 7624 RIVER RD | | MILTON | FL | 32583-8686 | K53060 | 66.90 | * |
| PAUL M GAGNET SR | 4001 METAIRIE CT | | METAIRIE | LA | 70002-1933 | K54298 | 66.90 | * |
| PAUL M GOIN | 4370 COUNTY ROAD 417 | | MUENSTER | TX | 76252-3305 | K31011 | 66.90 | * |
| PAUL M JENKINS | 59 N BROAD ST | | LITITZ | PA | 17543-1025 | K11322 | 66.90 | * |
| PAUL MALLORY | 4250 FORESTBROOK DR | | LIVERPOOL | NY | 13090-2434 | K21550 | 66.90 | * |
| PAUL MEPYANS | 8877 E ML AVE | | KALAMAZOO | MI | 49048-9649 | K18711 | 66.90 | * |
| PAUL MURGATROYD | 2028 UPPER LAKE DR | | RESTON | VA | 20191-3645 | K46736 | 66.90 | * |
| PAUL NEWTON | 7902 JONQUIL DR | | LOUISVILLE | KY | 40258-2444 | K34295 | 66.90 | * |
| PAUL NOMECOS | 3505 KATHERINE WAY | | URBANA | MD | 21704-7023 | K60806 | 66.90 | * |
| PAUL O FILTER | PO BOX 175 | | DILLSBORO | IN | 47018-0175 | K50127 | 66.90 | * |
| PAUL OLSON | 2412 NE 16TH AVE | | PORTLAND | OR | 97212-4228 | K59258 | 66.90 | * |
| PAUL P COMBEL | 916 NAVARRE AVE | | NEW ORLEANS | LA | 70124-2710 | K52131 | 66.90 | * |
| PAUL PARKER JR | 45 SHINNECOCK DR | | PALM COAST | FL | 32137-1510 | K41159 | 66.90 | * |
| PAUL PATTERSON | 3440 JENNINGS ST | | SIOUX CITY | IA | 51104-1951 | K13657 | 66.90 | * |
| PAUL PHILLIPPE | 1055 CHESTNUT ST | | SYRACUSE | NE | 68446-9784 | K55824 | 66.90 | * |
| PAUL R DEVRIES | 5142 GREEN MEADOW RD | | KALAMAZOO | MI | 49009-1256 | K18337 | 66.90 | * |
| PAUL R HEFFNER | 1831 WOODBINE CIR | | AUSTELL | GA | 30168-5031 | K51436 | 66.90 | * |
| PAUL R MARIANO | 1414 DELMONT AVE | | HAVERTOWN | PA | 19083-2628 | K33389 | 66.90 | * |
| PAUL R REMELIUS | 5520 SE AULT AVE | | STUART | FL | 34997-6433 | K62510 | 66.90 | * |
| PAUL R VASELANEY | 24494 S RIDGE RD | | BEAVERCREEK | OR | 97004-9765 | K51090 | 66.90 | * |
| PAUL R WIGGINS | 16239 SW 16TH ST | | PEMBROKE PINE | FL | 33027-5131 | K47254 | 66.90 | * |
| PAUL REICH | 225 VINE ST | | MILTON | PA | 17847-1613 | K15655 | 66.90 | * |
| PAUL RIPPERT | 388 PIEZZI RD | | SANTA ROSA | CA | 95401-5534 | K55690 | 66.90 | * |
| PAUL S ALDERMAN | 2227 E PALMAIRE AVE | | PHOENIX | AZ | 85020-5633 | K45974 | 66.90 | * |
| PAUL S DEAN JR | 10610 EAGLE GLEN DR | | CONCORD | TN | 37922-5564 | K12188 | 66.90 | * |
| PAUL S KRAMER | 4800 QUEEN PALM LN | | TAMARAC | FL | 33319-3544 | K43097 | 66.90 | * |
| PAUL S SELYA | 306 SPRUCE RD | | FLOURTOWN | PA | 19031-2237 | K19279 | 66.90 | * |
| PAUL SCHOCKMAN | 16633 REDWOOD ST | | FOUNTAIN VALL | CA | 92708-2321 | K32230 | 66.90 | * |
| PAUL SEARS | 2131 WESTMINSTER DR | | RIVERSIDE | CA | 92506-5529 | K54993 | 66.90 | * |
| PAUL SELBY | 131 CLEMSON DR | | OAK RIDGE | TN | 37830-7665 | K59182 | 66.90 | * |
| PAUL SMITH | PO BOX 771 | | LAKE CITY | TN | 37769-0771 | K53497 | 66.90 | * |
| PAUL SMITH | 219 W RIVERVIEW DR | | ALGONA | IA | 50511-3215 | K54170 | 66.90 | * |
| PAUL SNELLER | 130 VALLEY RD | | MONTEZUMA | IA | 50171-8423 | K55647 | 66.90 | * |
| PAUL SPAUDE | 6354 E BAY LN | | RICHLAND | MI | 49083-8707 | K47150 | 66.90 | * |
| PAUL STEPHAN | 401 BOTTLEBRUSH AVE | | LAKE PLACID | FL | 33852-9084 | K33114 | 66.90 | * |
| PAUL T HURBAN | 33592 NANDINA LN | | MURRIETA | CA | 92563-3400 | K50366 | 66.90 | * |
| PAUL T WHITE JR | 423 HOLMES AVE | | LIMA | OH | 45804-2033 | K46416 | 66.90 | * |
| PAUL V BEHNEN | 3956 SWEET SHADOW AVE | | COLUMBUS | OH | 43230-7399 | K25673 | 66.90 | * |
| PAUL V BUTLER | 1051 PENNINGTON LN | | CUPERTINO | CA | 95014-4929 | K52783 | 66.90 | * |
| PAUL V SERENIUS DDS | 321 VILLAGE SQUARE DR | | DAYTON | OH | 45458-4047 | K52795 | 66.90 | * |
| PAUL V WEBB | 124 LONESOME PINE TRL | | MOULTRIE | GA | 31788-8700 | K38974 | 66.90 | * |
| PAUL W BEVERUNG | 3853 ANNETTA CENTERPOINT RD | | ALEDO | TX | 76008-2569 | K34276 | 66.90 | * |
| PAUL W DOENGES | 3122 WILLOW OAKS DR | | FORT WAYNE | IN | 46809-1853 | K39933 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PAUL W HAWKINS | 1821 EAGLE MESA AVE | | HENDERSON | NV | 89012-6200 | K48186 | 66.90 | * |
| PAUL W KAUFMAN | 25 LA VIS | | SANTA FE | NM | 87505-9002 | K44267 | 66.90 | * |
| PAUL W PITTS | 19 COLCHESTER DR | | JACKSON | NJ | 08527-4782 | K14086 | 66.90 | * |
| PAUL WAGONER | 324 COLUMBIA ST | | CAMBRIDGE | MA | 02141-1310 | K44699 | 66.90 | * |
| PAUL WALPOLE | 200 COMMERCE ST | | OLD HICKORY | TN | 37138-2426 | K36408 | 66.90 | * |
| PAUL WALTHER | 1399 FOXTAIL CT | | LAKE MARY | FL | 32746-4467 | K37961 | 66.90 | * |
| PAUL WELDON | 413 SPRINGTIME CT | | ANTIOCH | TN | 37013-1219 | K35627 | 66.90 | * |
| PAUL WOJCIECHOWSKI | 524 IRON RIDGE RD | | HANOVER | PA | 17331-6838 | K33045 | 66.90 | * |
| PAULA A MORRISON | 1019 GARRISON RIDGE BLVD | | KNOXVILLE | TN | 37922-5158 | K15364 | 66.90 | * |
| PAULA ADKINS | 854 N LIBERTY ST | | ARLINGTON | VA | 22205-1415 | K47947 | 66.90 | * |
| PAULA BERGER | 3630 N VALLEY DR | | WISCONSIN RAP | WI | 54494-8034 | K55424 | 66.90 | * |
| PAULA BRULAND | 18114 HOWE CIR | | OMAHA | NE | 68130-4234 | K55784 | 66.90 | * |
| PAULA C HOLLANDSWORTH | 6054 MCGUIRE ST | | TAYLOR | MI | 48180-1146 | K58728 | 66.90 | * |
| PAULA CANNON | 4380 HERITAGE DR APT 2A | | LIVERPOOL | NY | 13090-2042 | K11123 | 66.90 | * |
| PAULA CASPER | 22528 MERIDIANA DR | | BOCA RATON | FL | 33433-6311 | K13184 | 66.90 | * |
| PAULA CROSS | 758 DEEMS RD | | MINERAL WELLS | WV | 26150-8115 | K23556 | 66.90 | * |
| PAULA DOUGLAS | 111 CRANES ROOST | | ROYAL PALM BE | FL | 33411-8632 | K21562 | 66.90 | * |
| PAULA FASS | 1211 GRIZZLY PEAK BLVD | | BERKELEY | CA | 94708-2127 | K49396 | 66.90 | * |
| PAULA FRANCES EBBITT | 63 MOUNT VERNON ST APT 4 | | CAMBRIDGE | MA | 02140-2746 | K28297 | 66.90 | * |
| PAULA FRANKLIN | 1 CRESTWOOD DR | | TROPHY CLUB | TX | 76262-5635 | K43443 | 66.90 | * |
| PAULA HANSON | 500 18TH ST NE | | WATERTOWN | SD | 57201-2051 | K61618 | 66.90 | * |
| PAULA HUGHES | 6129 CIRCLEVIEW DR | | NORTH RICHLAN | TX | 76180-8015 | K26001 | 66.90 | * |
| PAULA J LEWIS | 10891 MILLBROOK LN | | OLATHE | KS | 66061-9107 | K31505 | 66.90 | * |
| PAULA J PETRUSKEWIC | 3513 76TH ST APT 21 | | JACKSON HEIGH | NY | 11372-4564 | K62350 | 66.90 | * |
| PAULA JOHNSON | 1229 DONELSON AVE | | OLD HICKORY | TN | 37138-3217 | K35607 | 66.90 | * |
| PAULA K HUSE | 3312 SW 318TH PL | | FEDERAL WAY | WA | 98023-2239 | K33573 | 66.90 | * |
| PAULA K MARTIN | 732 VISTA ABAJO DR NE | | ALBUQUERQUE | NM | 87123-2247 | K54466 | 66.90 | * |
| PAULA KANT | 6801 E PRICE RD | | SAINT JOHNS | MI | 48879-8137 | K36844 | 66.90 | * |
| PAULA KORTZ | 6673 DYER RD SW | | SOUTH BOARDMA | MI | 49680-9406 | K42220 | 66.90 | * |
| PAULA KREMERS | 4 SILVER FOX LN | | HILTON HEAD | SC | 29926-1130 | K53142 | 66.90 | * |
| PAULA KREPCIK | 17281 NEWPORT RD | | ANAMOSA | IA | 52205-7677 | K21711 | 66.90 | * |
| PAULA LAXTON | 3203 BOWMAN RD | | GRANITE FALLS | NC | 28630-9526 | K47642 | 66.90 | * |
| PAULA LEIFRIG | 2518 WOODWIND DR | | RICHMOND | TX | 77406-2360 | K39128 | 66.90 | * |
| PAULA M JAMISON | 17470 270TH RD | | WHITING | KS | 66552-9313 | K36278 | 66.90 | * |
| PAULA M PEDRO | PO BOX 449 | | WILLIAMS | OR | 97544-0449 | K39553 | 66.90 | * |
| PAULA MARIE SENATORE-DIGIACOMO | 1421 WYNNEWOOD RD | | ARDMORE | PA | 19003-3124 | K33995 | 66.90 | * |
| PAULA MINOR | 3392 LIONEL RD | | MIMS | FL | 32754-5307 | K23867 | 66.90 | * |
| PAULA NEWTON | 1818 LOWELL AVE | | LIMA | OH | 45805-3126 | K47434 | 66.90 | * |
| PAULA PUCKETT | 3301 GERALDINE LN | | RICHMOND | IN | 47374-6755 | K29892 | 66.90 | * |
| PAULA ROSALIE MYERS | 15268 SPRINGRUN DR | | CHESTERFIELD | MO | 63017-1920 | K42790 | 66.90 | * |
| PAULA SCHMIDT | 17816 CADDY DR | | DERWOOD | MD | 20855-1004 | K26697 | 66.90 | * |
| PAULA SLIEFERT | 18948 96TH PL N | | MAPLE GROVE | MN | 55311-1225 | K14257 | 66.90 | * |
| PAULA SMITH | 4718 SPINNING WHEEL DR | | BRIGHTON | CO | 80601-4637 | K18767 | 66.90 | * |
| PAULA WEIS | 25 MARION AVE | | STONY BROOK | NY | 11790-2403 | K61121 | 66.90 | * |
| PAULA YOUNG MAYBERRY | 329 W 20TH ST | | HUNTINGBURG | IN | 47542-9180 | K26951 | 66.90 | * |
| PAULETTA KOONS | 3365 E BETHEL LN | | BLOOMINGTON | IN | 47408-9386 | K44540 | 66.90 | * |
| PAULETTA STEWART | 2635 VI POST RD | | RICHMOND | IN | 47374-9494 | K26995 | 66.90 | * |
| PAULETTE CAMDEN | 2923 TROPICAL DR | | INDIANAPOLIS | IN | 46205-1588 | K29825 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PAULETTE DE CORIOLIS | 7912 170TH AVE NE UNIT 206 | | REDMOND | WA | 98052-0906 | K42800 | 66.90 | * |
| PAULETTE DISMANG | 3805 N MARYBELLE AVE APT 809 | | PEORIA | IL | 61615-3997 | K46536 | 66.90 | * |
| PAULETTE EVANS | 319 GIBBS RD | | NEW PARIS | OH | 45347-9109 | K23764 | 66.90 | * |
| PAULETTE F FRENCH | 1770 W PLACITA CANOA AZUL | | GREEN VALLEY | AZ | 85642-8072 | K46839 | 66.90 | * |
| PAULETTE FERRAS | 4490 RIVER ASH CT | | CONCORD | CA | 94521-4402 | K62613 | 66.90 | * |
| PAULETTE GARBO | 1152 BISHOP RD | | SALINE | MI | 48176-9402 | V99364 | 66.90 | * |
| PAULETTE KETCHAM | 509 OAK ST | | GEORGETOWN | KY | 40324-1949 | K43255 | 66.90 | * |
| PAULETTE SERRANI | 2435 BERKLEY AVE | | FORT WAYNE | IN | 46815-6903 | K40490 | 66.90 | * |
| PAULINA HEVIA | 7600 SW 176TH ST | | PALMETTO BAY | FL | 33157-6322 | K23128 | 66.90 | * |
| PAULINE [POLLY] BOWERS | 1126 E TIMBER RIDGE RD | | PRESCOTT | AZ | 86303-6407 | K56182 | 66.90 | * |
| PAULINE [POLLY] GIBBLE | PO BOX 5093 | | LANCASTER | PA | 17606-5093 | K28658 | 66.90 | * |
| PAULINE A BARTON | 1216 JANE ELLEN | | LOWELL | MI | 49331-1232 | K34881 | 66.90 | * |
| PAULINE ANDRES | 830 D ST | | PETALUMA | CA | 94952-4133 | K14525 | 66.90 | * |
| PAULINE BROWDER | 1319 N BEVERLY AVE | | TUCSON | AZ | 85712-4905 | K50770 | 66.90 | * |
| PAULINE BRUNSWICK | 4234 CHILDRENS HOME BRADFORD | | GREENVILLE | OH | 45331-9319 | K34254 | 66.90 | * |
| PAULINE CUMMINS | 34 NW 16TH ST | | RICHMOND | IN | 47374-3920 | K23994 | 66.90 | * |
| PAULINE CURRY | 14 STUART DR | | EAST BRUNSWIC | NJ | 08816-3808 | K48777 | 66.90 | * |
| PAULINE DREW | 4101 W ILES AVE APT 2121 | | SPRINGFIELD | IL | 62711-7144 | K56880 | 66.90 | * |
| PAULINE FARNSWORTH | 3305 VOELLER AVE | | GROVE CITY | OH | 43123-3123 | K54991 | 66.90 | * |
| PAULINE HINESLY | 3275 DEER TRAIL LN | | MEDFORD | OR | 97501-9302 | K18279 | 66.90 | * |
| PAULINE M ELLINGSON | 2154 GOLDEN AVE | | LONG BEACH | CA | 90806-4117 | K46739 | 66.90 | * |
| PAULINE MCMILLAN | 69 ASTER ST | | BROWNS MILLS | NJ | 08015-2962 | K47824 | 66.90 | * |
| PAULINE MEANEY | 11677 JUREANE DR | | ORLANDO | FL | 32836-6120 | K17026 | 66.90 | * |
| PAULINE MIFSUD | 81 EASTVIEW DR | | HOLLISTER | CA | 95023-5526 | K52147 | 66.90 | * |
| PAULINE MITCHELL | 3390 JOHN TREE HILL RD | | POWHATAN | VA | 23139-4520 | K23039 | 66.90 | * |
| PAULINE MOSER | 1533 LANTERNS REST RD UNIT 2 | | MYRTLE BEACH | SC | 29579-6517 | K15216 | 66.90 | * |
| PAULINE RIESEN | 544 ELIZABETH DR | | WOOD DALE | IL | 60191-2336 | K57635 | 66.90 | * |
| PAULINE SCHOBERT | 24 WEST ST | | NEWPORT | RI | 02840-6810 | K25065 | 66.90 | * |
| PAULINE THERESA JANKOWSKI | 38 HARTFORD RD | | WHITING | NJ | 08759-2248 | K29240 | 66.90 | * |
| PAULINE WARNER | PO BOX 347 | | MOUND | MN | 55364-0347 | K23826 | 66.90 | * |
| PAULINE YVONNE PATRISS | 44 CHAPMAN ST | | NEWINGTON | CT | 06111-1701 | K24541 | 66.90 | * |
| Paypal Credit Services | PO Box 965005 | | Orlando | FL | 32896-5005 | 5218-5310 | 8,786.00 | **: Rev Acct |
| PAZETTA MALLETTE | 4011 W HAMILTON RD | | NASHVILLE | TN | 37218-2114 | K10214 | 66.90 | * |
| PEABODY HIGH SCHOOL | PEABODY HIGH SCHOOL ALUMNI A | 2609 HIGHWAY 45 S BY PASS | TRENTON | TN | 38382 | | 0.00 | ** |
| PEABODY HIGH SCHOOL | c/o JENNY CORBIN | 2609 HIGHWAY 45 S BY PASS | TRENTON | TN | 38382 | | 0.00 | ** |
| PEARL EMMA HORNER | 317 CHESTERFIELD ARNEYTOWN R | | WRIGHTSTOWN | NJ | 08562-2029 | K46999 | 66.90 | * |
| PEARL L SWIG | 5751 COLUMBINE WAY | | POLLOCK PINES | CA | 95726-9419 | K11447 | 66.90 | * |
| PEARLIE A JOHNSON | 509 JULIUS DAVIS LN | | MARSHALL | TX | 75672-3352 | K10259 | 66.90 | * |
| PEARLINE WATSON | 2243 ELDEROAKS LN | | DALLAS | TX | 75232-3310 | K18811 | 66.90 | * |
| PEDRO R QUINONES | PO BOX 1133 | | BROWNS MILLS | NJ | 08015-8133 | K48277 | 66.90 | * |
| PEGGIE CARSTEN | 3022 LOESS HILLS TRL | | MISSOURI VALL | IA | 51555-5003 | K56066 | 66.90 | * |
| PEGGIE J MCLAIN | 101 CARSON AVE | | DUMAS | TX | 79029-3515 | K31299 | 66.90 | * |
| PEGGY A CRICHTON | 253 RICHMOND AVE | | AMITYVILLE | NY | 11701-4238 | K22183 | 66.90 | * |
| PEGGY A SVOMA | W20614 PRAIRIE RD W | | STRUM | WI | 54770-7923 | K41752 | 66.90 | * |
| PEGGY A TOMPKINS | 1829 OTTER HILL RD | | BEDFORD | VA | 24523-6261 | K45499 | 66.90 | * |
| PEGGY ADAMS | 21 MOUNT ORANGE RD | | TRENTON | TN | 38382-9615 | K30207 | 66.90 | * |
| PEGGY ANN POOL | 26463 HAMRE PL | | HEMET | CA | 92544-6481 | K12420 | 66.90 | * |
| PEGGY ANN VINSON | 126 LIGHTHOUSE DR | | PORTSMOUTH | VA | 23703-5473 | K13271 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PEGGY ARSENEAU | 2019 4TH AVE N APT 308 | | SAUK RAPIDS | MN | 56379-2778 | K25114 | 66.90 | * |
| PEGGY BECK | 809 N 21ST ST | | LAMESA | TX | 79331-2417 | K41565 | 66.90 | * |
| PEGGY BOTHELL | 5643 480TH ST SE | | IOWA CITY | IA | 52240-8347 | K59489 | 66.90 | * |
| PEGGY BURKE | 8710 DRIFTWOOD DR | | COLLEGE STATI | TX | 77845-5573 | K40362 | 66.90 | * |
| PEGGY C WILCOX | 61 UNION AVE | | CENTER MORICH | NY | 11934-3331 | K37814 | 66.90 | * |
| PEGGY CARLSON | 7761 LOST LAKE TRL | | LAKE SHORE | MN | 56468-3001 | K22356 | 66.90 | * |
| PEGGY DALEY | N19956 PARADISE LN | | GALESVILLE | WI | 54630-8123 | K55810 | 66.90 | * |
| PEGGY DE PROPHETIS | 104 S PRINCETON AVE | | SWARTHMORE | PA | 19081-1517 | K58140 | 66.90 | * |
| PEGGY DROOK | 12 REDWOOD DR | | RICHMOND | IN | 47374-2888 | K25824 | 66.90 | * |
| PEGGY DUNSTON | 48490 BAILEYS BAY RD | | BIG STONE CIT | SD | 57216-8211 | K44822 | 66.90 | * |
| PEGGY EMMONS | PO BOX 45 | | GREEN FOREST | AR | 72638-0045 | K34630 | 66.90 | * |
| PEGGY FERGUSON | PO BOX 621 | | DUMAS | TX | 79029-0621 | K33194 | 66.90 | * |
| PEGGY GARN | 3624 N 101ST ST | | OMAHA | NE | 68134-4506 | K57006 | 66.90 | * |
| PEGGY GENUNG | 22790 PAHUTE RD | | APPLE VALLEY | CA | 92308-7415 | K39123 | 66.90 | * |
| PEGGY GREER | 121 CHOCTAW DR | | HENDERSONVILL | TN | 37075-4639 | K35690 | 66.90 | * |
| PEGGY GWYNN | 184 S HILL DR | | WESTAMPTON | NJ | 08060-5728 | K47155 | 66.90 | * |
| PEGGY HADWIN | 400 S BROADWAY PL APT 1259 | | TUCSON | AZ | 85710-3792 | K42631 | 66.90 | * |
| PEGGY HARTMAN | 416 SW 15TH ST | | RICHMOND | IN | 47374-5108 | K33252 | 66.90 | * |
| PEGGY HAYES | 2950 PINE VALLEY DR | | MIRAMAR BEACH | FL | 32550-7837 | K54647 | 66.90 | * |
| PEGGY HENEMYRE | 330 10TH ST NE | | NAPLES | FL | 34120-5074 | K24422 | 66.90 | * |
| PEGGY HILL | 440 PINE ST | | ROGUE RIVER | OR | 97537-5505 | K35236 | 66.90 | * |
| PEGGY HOGAN | 8595 WHITTAKER RD | | YPSILANTI | MI | 48197-9434 | V98996 | 66.90 | * |
| PEGGY HOLE | 2226 NORTHRIDGE LN | | WASHINGTON | IL | 61571-1945 | K45269 | 66.90 | * |
| PEGGY HOMAN | 1804 WHITE DEER PIKE | | NEW COLUMBIA | PA | 17856-9248 | K15962 | 66.90 | * |
| PEGGY J BAIR | 301 CANNONBALL DR W | | CAMP POINT | IL | 62320-1034 | K14978 | 66.90 | * |
| PEGGY J BLAISING | 13642 RUSHMORE LN | | SANTA ANA | CA | 92705-2608 | K50523 | 66.90 | * |
| PEGGY J REED | 8812 MIDDLEBROOK PIKE | | KNOXVILLE | TN | 37923-1614 | K12231 | 66.90 | * |
| PEGGY JOHNSON | N4957 1208TH ST | | PRESCOTT | WI | 54021-7617 | K18537 | 66.90 | * |
| PEGGY JONES | 2546 W CARDINAL ST | | SPRINGFIELD | MO | 65810-1309 | K48601 | 66.90 | * |
| PEGGY KNOEPFLE | 1700 W WASHINGTON ST APT B40 | | SPRINGFIELD | IL | 62702-6455 | K38403 | 66.90 | * |
| PEGGY KOCH | 1542 600TH ST | | CHEROKEE | IA | 51012-7176 | K14093 | 66.90 | * |
| PEGGY L CARLSON | 241 CREST CT | | BLOOMINGDALE | IL | 60108-1603 | K52942 | 66.90 | * |
| PEGGY L PETERS | 917 GOLDEN ARROW ST | | GREAT FALLS | VA | 22066-2520 | K43770 | 66.90 | * |
| PEGGY LASO | 156 ALSPACH RD | | ONALASKA | WA | 98570-9409 | K38070 | 66.90 | * |
| PEGGY LEE MCHUGH | 71 KINGS XING | | CALICO ROCK | AR | 72519-8976 | K40297 | 66.90 | * |
| PEGGY LENTI | BOX 62 | | FORT LANGLEY | BC | V1M 2R4 | K40926 | 66.90 | * |
| PEGGY LINABITZ | 1025 3RD ST NE | | DEVILS LAKE | ND | 58301-3229 | K32752 | 66.90 | * |
| PEGGY LOUISE BONE | 3308 LINDLAVISTA WAY | | DES MOINES | IA | 50310-5026 | K20596 | 66.90 | * |
| PEGGY LOWES | 18 JAMES PL | | MANASQUAN | NJ | 08736-2814 | K23369 | 66.90 | * |
| PEGGY M CIN | 5703 SPRUCE MILL DR | | MORRISVILLE | PA | 19067-7220 | K45183 | 66.90 | * |
| PEGGY M RUTLAND | 424 SHORECREST DR | | CLEMSON | SC | 29631-1411 | K22278 | 66.90 | * |
| PEGGY MANIS | PO BOX 447 | | MADISON | TN | 37116-0447 | K38634 | 66.90 | * |
| PEGGY MARCH MD | 1511 S LAKE SHORE DR | | SARASOTA | FL | 34231-3405 | K41226 | 66.90 | * |
| PEGGY MASON | 380 FLAMINGO DR | | VENICE | FL | 34285-3001 | K26728 | 66.90 | * |
| PEGGY MATTHEWS | 104 OLD WESTMORELAND RD | | PORTLAND | TN | 37148-1926 | K38807 | 66.90 | * |
| PEGGY MC DERMOTT | 580 WHITNEY TER | | MEDFORD | OR | 97504-3708 | K37319 | 66.90 | * |
| PEGGY MCLAUGHLIN | 2018 N ADDISON ST | | SPOKANE | WA | 99207-2234 | K25168 | 66.90 | * |
| PEGGY MCRAE | 102 MAID MARIAN CT | | HINESVILLE | GA | 31313-6324 | K59728 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 431 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PEGGY MICHIE | 922 OHIO ST APT 216 | | BANGOR | ME | 04401-3078 | K34819 | 66.90 | * |
| PEGGY MILLER | 904 E MILWAUKEE AVE APT 17 | | STORM LAKE | IA | 50588-3501 | K13817 | 66.90 | * |
| PEGGY NICHOLSON | 425 SW 17TH ST | | RICHMOND | IN | 47374-5134 | K28414 | 66.90 | * |
| PEGGY OLDHAM | 303 S MADISON ST | | KNIGHTSTOWN | IN | 46148-1334 | K32837 | 66.90 | * |
| PEGGY OTTO | PO BOX 122 | | DORR | MI | 49323-0122 | K43561 | 66.90 | * |
| PEGGY PETTIFORD | 1916 PINEY GROVE CHURCH RD | | KNOXVILLE | TN | 37909-1735 | K13053 | 66.90 | * |
| PEGGY ROSS | 1 MCKNIGHT PL APT 407 | | SAINT LOUIS | MO | 63124-2235 | K40301 | 66.90 | * |
| PEGGY SARNO | 45 W 54TH ST APT 3E | | NEW YORK | NY | 10019-5404 | K62327 | 66.90 | * |
| PEGGY SHAPLAND | 3560 TWIN OAKS DR | | WONDER LAKE | IL | 60097-8179 | K57829 | 66.90 | * |
| PEGGY SIMPLER | 185 GRAYLYN CREST DR | | NEW COLUMBIA | PA | 17856-9417 | K23604 | 66.90 | * |
| PEGGY SKINNER | 2718 60TH ST | | DES MOINES | IA | 50322-5118 | K14012 | 66.90 | * |
| PEGGY STORY | 410 HARVESTER DR | | NORTH AUGUSTA | SC | 29860-7702 | K21834 | 66.90 | * |
| PEGGY SUE TREBNIK | 41305 BROWN RD | | FALL RIVER MI | CA | 96028-9726 | K60218 | 66.90 | * |
| PEGGY SWAILS | 174 HOBCAW DR | | MOUNT PLEASAN | SC | 29464-2545 | K35564 | 66.90 | * |
| PEGGY TAYLOR | 501 SPRINGVIEW DR | | SANFORD | FL | 32773-5950 | V98506 | 66.90 | * |
| PEGGY WESTBROOK | PO BOX 77 | | GAIL | TX | 79738-0077 | K41871 | 66.90 | * |
| PEGGY WHITFORD | 1242 RAINIER LN | | OAK HARBOR | WA | 98277-8444 | K10770 | 66.90 | * |
| PEGGY WILKINS | 1111 SUNFLOWER TRL | | ORLANDO | FL | 32828-5349 | K28506 | 66.90 | * |
| PEGGY WOODWARD | 208 WESTERN ST | | LEAVENWORTH | KS | 66048-1740 | K40112 | 66.90 | * |
| PEGGY YOCKEY | 1770 COYOTE POINT DR | | COLORADO SPGS | CO | 80904-1053 | K29231 | 66.90 | * |
| PEMBERTON TOWNSHIP HIGH SCHOOL | PEMBERTON TOWNSHIP HIGH SCHO | 148 ARNEY'S MOUNT RD | PEMBERTON | NJ | 8068 | | 0.00 | ** |
| PEMBERTON TOWNSHIP HIGH SCHOOL | c/o MIKE PINTO | 148 ARNEY'S MOUNT RD | PEMBERTON | NJ | 8068 | | 0.00 | ** |
| PENELOPE DIETZ | 1110 PARKMORE CT | | LELAND | NC | 28451-7996 | V98333 | 66.90 | * |
| PENELOPE EVANCIC | 13785 WATERCHASE WAY | | JACKSONVILLE | FL | 32224-0808 | K44063 | 66.90 | * |
| PENELOPE L (PENNY) ROBERTS | 704 AVON PL | | ALEXANDRIA | VA | 22314-1205 | K40724 | 66.90 | * |
| PENELOPE LAFRANCE | 10121 WOODBURY DR APT 205 | | MANASSAS | VA | 20109-3783 | K17960 | 66.90 | * |
| PENELOPE SEDLOCK | 1121 6TH AVE | | LEAVENWORTH | KS | 66048-3224 | K36664 | 66.90 | * |
| PENNEE CASE | 1294 LAWRENCE RD | | CLOQUET | MN | 55720-2925 | K18086 | 66.90 | * |
| PENNY BRUCE | 21 LONG CRESCENT DR | | BRISTOL | VA | 24201-3521 | K22696 | 66.90 | * |
| PENNY HAWKINS | 110 STURBRIDGE LN | | TRUMBULL | CT | 06611-1047 | K28470 | 66.90 | * |
| PENNY HUGHES | 15471 MEYER RD | | LEAVENWORTH | KS | 66048-6365 | K37302 | 66.90 | * |
| PENNY KAISER | 3099 EDEN RD | | LESLIE | MI | 49251-9390 | K42348 | 66.90 | * |
| PENNY MCCULLOUGH | 109 COTTAGE PL | | NASHVILLE | TN | 37214-2048 | K36190 | 66.90 | * |
| PENNY SANDS | 3297 MILL CREEK RD | | GALLIPOLIS | OH | 45631-8225 | K51704 | 66.90 | * |
| PENNY SAWYER | 3132 GARMON OAK CT | | LAWRENCEVILLE | GA | 30044-5116 | K22457 | 66.90 | * |
| PENNY SCHENCK | 2766 S E ST | | RICHMOND | IN | 47374-6772 | K24928 | 66.90 | * |
| PENNY ZLATEC | 4070 MINNETONKA DR | | LINDEN | MI | 48451-9470 | K58747 | 66.90 | * |
| PERCIVAL RAVENEL PORCHER | 1690 N WOODMERE DR APT 14 | | CHARLESTON | SC | 29407-2812 | K53327 | 66.90 | * |
| PERICLES STRICKLAND | 3845 W HIGHWAY 326 | | OCALA | FL | 34482-7611 | K39939 | 66.90 | * |
| PERRY BAHM | 8750 SW 50TH PL | | COOPER CITY | FL | 33328-4358 | K60438 | 66.90 | * |
| PERRY EDDINS | 112 WISTERIA WAY | | BOWLING GREEN | KY | 42104-7621 | K36328 | 66.90 | * |
| PERRY H KAY SR | PO BOX 710962 | | HOUSTON | TX | 77271-0962 | K10526 | 66.90 | * |
| PERRY PARADISO | 176 CAMINO DE HERRERA | | SAN ANSELMO | CA | 94960-1355 | K27252 | 66.90 | * |
| PERRY RICHARD PERRYMAN | 100 INDEPENDENCE PL STE 201 | | TYLER | TX | 75703-1327 | K43349 | 66.90 | * |
| PERRY RUDMAN | 8720 E MALLARD LN | | WILMINGTON | IL | 60481-9226 | K55001 | 66.90 | * |
| PETE HANSEN | 112 GRAND AVE | | STORM LAKE | IA | 50588-1607 | K55337 | 66.90 | * |
| PETE KEMLING | 14392 HOLDEN CT | | SAN JOSE | CA | 95124-4509 | K57598 | 66.90 | * |
| PETE RIPPLINGER | 8372 33RD ST SE | | JAMESTOWN | ND | 58401-9655 | K31614 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PETER [PETE] ARMBRUST | PO BOX 404 | | MURRYSVILLE | PA | 15668-0404 | K25768 | 66.90 | * |
| PETER [PETE] FISCHER | N6605 MEADOWLARK RD | | WITTENBERG | WI | 54499-8128 | K40446 | 66.90 | * |
| PETER [PETE] KRZYZKOWSKI | 19 SPRING ST | | SOUTH RIVER | NJ | 08882-1655 | K30506 | 66.90 | * |
| PETER ANDREWS | 5161 COLLINS AVE APT 504 | | MIAMI BEACH | FL | 33140-2719 | K53772 | 66.90 | * |
| PETER BARRY | 744 WEDGE DR APT 10 | | NAPLES | FL | 34103-4444 | K40151 | 66.90 | * |
| PETER C ROLLINS | 2023 JORDAN | | STILLWATER | OK | 74074-1371 | K13295 | 66.90 | * |
| PETER C VORUM | 1886 SOUTHLAWN DR | | FAIRBORN | OH | 45324-3954 | K39718 | 66.90 | * |
| PETER CORDEIRO | 23 BURGESS RD | | PLYMOUTH | MA | 02360-3550 | K25250 | 66.90 | * |
| PETER D BEWLEY | 2174 MIRAMONTE WAY | | NAPLES | FL | 34105-3074 | K42721 | 66.90 | * |
| PETER D KITTOWER | 6205 S 195TH DR | | BUCKEYE | AZ | 85326-4811 | K40321 | 66.90 | * |
| PETER D MECHTEL | 8618 72ND ST SE | | CLEAR LAKE | MN | 55319-9573 | K25745 | 66.90 | * |
| PETER E ROCHE | 655 ENTERPRISE DR APT 8 | | ROHNERT PARK | CA | 94928-2437 | K22736 | 66.90 | * |
| PETER E SMITH | 748 DEER CREEK DR | | KING OF PRUSS | PA | 19406-1534 | K44954 | 66.90 | * |
| PETER ESHELMAN | 618 FIVEPOINTVILLE RD | | DENVER | PA | 17517-8982 | K57901 | 66.90 | * |
| PETER G APICELLA | 36321 EDDY RD | | WILLOUGHBY HI | OH | 44094-8414 | K43502 | 66.90 | * |
| PETER G BOWLER | 12428 COVINGTON CT | | CHARLOTTE | NC | 28277-4608 | K25611 | 66.90 | * |
| PETER G GUSTAFSON | 1325 HUNGRY HOLLOW RD | | WINNSBORO | SC | 29180-8946 | K31063 | 66.90 | * |
| PETER G RAPP II | 1195 WEDGEWOOD AVE APT 1001 | | NASHVILLE | TN | 37203-5442 | K37779 | 66.90 | * |
| PETER G VAVALIDES | PO BOX 2172 | | ALPHARETTA | GA | 30023-2172 | K13342 | 66.90 | * |
| PETER GERGAY | 78 DELMAR ST | | SAN FRANCISCO | CA | 94117-4006 | K40363 | 66.90 | * |
| PETER HEXUM | PO BOX 86 | | IRON RIVER | WI | 54847-0086 | K21028 | 66.90 | * |
| PETER HUCKABA | 75 LESLIE SCRUGGS RD | | HUMBOLDT | TN | 38343-5634 | K31688 | 66.90 | * |
| PETER J [PETE] COAKLEY | 4845 N BISON ST | | WICHITA | KS | 67204-2616 | K30897 | 66.90 | * |
| PETER J [PJ] VANDE RYDT | 56 FARM LN | | WESTWOOD | MA | 02090-1108 | K12156 | 66.90 | * |
| PETER J DELFYETT | 12230 BENTON ST | | SPRINGFIELD G | NY | 11413-1051 | K62342 | 66.90 | * |
| PETER J GRUBER | 105 SUMMIT VW | | GLEN ROSE | TX | 76043-5336 | K49088 | 66.90 | * |
| PETER J STEIN | 26 ARROWHEAD DR | | GUILFORD | CT | 06437-3137 | K50795 | 66.90 | * |
| PETER K MAITLAND | 444 S PARKSIDE AVE | | ELMHURST | IL | 60126-3936 | K51574 | 66.90 | * |
| PETER K SOLECKI | 4080 FRONT ST APT 404 | | SAN DIEGO | CA | 92103-2081 | K39052 | 66.90 | * |
| PETER KING | 144 CANAL WALK BLVD | | SOMERSET | NJ | 08873-7381 | K27849 | 66.90 | * |
| PETER KRAWCZYK | 217 LAUREL MEADOWS DR | | WEST COLUMBIA | SC | 29169-2312 | K20800 | 66.90 | * |
| PETER L GOODWIN | 1233 FLICKER CIR | | EAGAN | MN | 55123-1115 | K22013 | 66.90 | * |
| PETER L HAUSE | 10610 OXFORD CT | | GREAT FALLS | VA | 22066-4218 | K16963 | 66.90 | * |
| PETER LAMBERT | 4755 ALONZO AVE | | ENCINO | CA | 91316-3605 | K15612 | 66.90 | * |
| PETER LANGLOIS | 7464 GADSBY SQ | | ALEXANDRIA | VA | 22315-5288 | K35030 | 66.90 | * |
| PETER M CELESTINA | 22015 N CALLE ROYALE | | SCOTTSDALE | AZ | 85255-4938 | K43929 | 66.90 | * |
| PETER MAGGI | 86 CLIFTON AVE | | HULL | MA | 02045-2604 | K11837 | 66.90 | * |
| PETER MCCANN | 3154 REFLECTION LN | | OOLTEWAH | TN | 37363-6978 | K41220 | 66.90 | * |
| PETER MURCHISON | 12 CHELSEA CIR | | CLOVERDALE | CA | 95425-4002 | K53397 | 66.90 | * |
| PETER NEPA | 777 S FEDERAL HWY APT N109 | | POMPANO BEACH | FL | 33062-5952 | K25567 | 66.90 | * |
| PETER O'CONNELL | 1131 MARY KEVIN DR | | SLIDELL | LA | 70461-5355 | K52133 | 66.90 | * |
| PETER P DOUGHERTY | 528 MANOR BROOK DR | | CHAGRIN FALLS | OH | 44022-4505 | K44256 | 66.90 | * |
| PETER R BAKKALA | 51 WESSON TER | | NORTHBOROUGH | MA | 01532-1955 | V98617 | 66.90 | * |
| PETER R STROBL | 2 CAROLINA DR | | PERRYSBURG | OH | 43551-3616 | K50223 | 66.90 | * |
| PETER R TYSON | 26 WOOSAMONSA RD | | PENNINGTON | NJ | 08534-3803 | K36611 | 66.90 | * |
| PETER ROBERTS | 34 HILL RD | | ALLENTOWN | NJ | 08501-1410 | K53587 | 66.90 | * |
| PETER S KADETSKY | 117 GILMAN AVE | | NASHVILLE | TN | 37205-4434 | K10676 | 66.90 | * |
| PETER SEELEY | 8803 N THOMPSON AVE | | CLOVIS | CA | 93619-9017 | K52446 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PETER STRAUSS | 156 BRITE AVE | | SCARSDALE | NY | 10583-1427 | K28158 | 66.90 | * |
| PETER T MAHLOCK | 10310 KEEN PL | | FORT WAYNE | IN | 46825-1514 | K38372 | 66.90 | * |
| PETER TRAHON | 113 PAYSON RD | | CHESTNUT HILL | MA | 02467-3271 | K13588 | 66.90 | * |
| PETER VAN | 7665 LA CORNICHE CIR | | BOCA RATON | FL | 33433-6007 | K12541 | 66.90 | * |
| PETER WARNER | 804 GLEN AVE | | HOWARDS GROVE | WI | 53083-1149 | K49056 | 66.90 | * |
| PETER WASSERBURGER | 337 BEDAL LN | | CAMPBELL | CA | 95008-6541 | K58214 | 66.90 | * |
| PETER WILLIAM SILBERSTEIN | 1631 TAWNYBERRY CT | | TRINITY | FL | 34655-5348 | K48649 | 66.90 | * |
| PETER WIRTZ | N7499 GOLF COURSE RD | | PLYMOUTH | WI | 53073-2702 | K49169 | 66.90 | * |
| PETER ZOMAYA | 2020 W HUNT AVE | | CHICAGO | IL | 60643-5934 | K52586 | 66.90 | * |
| PHIL BLACK MD | 7230 PENNSYLVANIA AVE | | KANSAS CITY | MO | 64114-1319 | K33009 | 66.90 | * |
| PHIL BURNETTE | 1458 HIGH GROVE WAY | | ORLANDO | FL | 32818-5642 | K45365 | 66.90 | * |
| PHIL GREENWOOD | 18 BABCOCK LN | | WILLINGBORO | NJ | 08046-1604 | K47035 | 66.90 | * |
| PHIL HYATT | 109 SW HEMLOCK ST | | DUNDEE | OR | 97115-9522 | K40668 | 66.90 | * |
| PHIL LANGSTRAAT | 14592 KENNEDY ST | | INDIANOLA | IA | 50125-8252 | K54577 | 66.90 | * |
| PHIL PERDUE | 4903 MEADOW CREEK CT | | CRESTWOOD | KY | 40014-8600 | K32537 | 66.90 | * |
| PHIL PILGRIM | PO BOX 464 | | PORT TOWNSEND | WA | 98368-0464 | K30172 | 66.90 | * |
| PHIL STEVENS | 840 S WOLF RD | | COLUMBIA CITY | IN | 46725-9737 | K24466 | 66.90 | * |
| PHILIP A BAIRD | PO BOX 987 | | E FALMOUTH | MA | 02536-0987 | K16234 | 66.90 | * |
| PHILIP A BREAM | 4246 COOPER LN | | HOLT | FL | 32564-9475 | K57278 | 66.90 | * |
| PHILIP A DIEDERICH | 2268 EMORY LN | | NORMAL | IL | 61761-6501 | K39411 | 66.90 | * |
| PHILIP A SECHLER | 1833 MACARTHUR DR | | MC LEAN | VA | 22101-5339 | K38062 | 66.90 | * |
| PHILIP A STEVENS | 16015 W 150TH TER | | OLATHE | KS | 66062-2672 | K34449 | 66.90 | * |
| PHILIP ARLIA | 800 PENNSYLVANIA AVE | | IRWIN | PA | 15642-3734 | K61231 | 66.90 | * |
| PHILIP ARMANINO | 1022 ARMSBY WAY | | SUISUN CITY | CA | 94585-3700 | K53029 | 66.90 | * |
| PHILIP B CARLO | 3815 AUSTINBURG RD | | ASHTABULA | OH | 44004-9308 | K22435 | 66.90 | * |
| PHILIP BARISH | 2812 S OCEANSHORE BLVD | | FLAGLER BEACH | FL | 32136-4015 | K57805 | 66.90 | * |
| PHILIP BRANDIS | 14 HILLSIDE RD UNIT C | | GREENBELT | MD | 20770-7791 | K46576 | 66.90 | * |
| PHILIP C MUSGRAVE | PO BOX 8 | | TRENTON | SC | 29847-0008 | K30055 | 66.90 | * |
| PHILIP CLAUDSON | 2385 TABLE ROCK RD SPC 119 | | MEDFORD | OR | 97501-1567 | K35705 | 66.90 | * |
| PHILIP D BLEDSOE | 5485 CANNON BRIDGE RD | | COPE | SC | 29038-9255 | K20470 | 66.90 | * |
| PHILIP DALEY | 1071 BEARD RD | | WATERFORD | CA | 95386-8705 | K52987 | 66.90 | * |
| PHILIP DOWLING | 782 SUTTON DR | | WALNUT CREEK | CA | 94598-4664 | K51810 | 66.90 | * |
| PHILIP E GALLUCCIO | 34 W MONTGOMERY AVE APT 232 | | ARDMORE | PA | 19003-1427 | K13857 | 66.90 | * |
| PHILIP E KECK | 1922 N COUNTY ROAD 0 EW | | FRANKFORT | IN | 46041-7802 | K40278 | 66.90 | * |
| PHILIP F PAULIN | 483 MCNEIL DR | | SAGAMORE HILL | OH | 44067-2519 | K46763 | 66.90 | * |
| PHILIP H STUTZ | 28910 HONEYSUCKLE CT | | LAKEMOOR | IL | 60051-2237 | K50487 | 66.90 | * |
| PHILIP H YOUNG | 43 SYCAMORE LN | | LEXINGTON | VA | 24450-1799 | K39042 | 66.90 | * |
| PHILIP ITZKOWITZ | 8312 FAIRWOOD DR | | PASADENA | MD | 21122-4648 | K49587 | 66.90 | * |
| PHILIP J BAROTT | 2906 CASA DEL NORTE DR NE | | ALBUQUERQUE | NM | 87112-2116 | K19607 | 66.90 | * |
| PHILIP J CAREY | 205 MURRAY DR | | DOYLESTOWN | PA | 18901-3316 | K39194 | 66.90 | * |
| PHILIP J SCHOFFMAN | 1549 CORNER CROSSING RD | | DELAND | FL | 32720-2587 | K23420 | 66.90 | * |
| PHILIP KRIEGER | 2200 BREVARD RD NE | | SAINT PETERSB | FL | 33704-3542 | K42286 | 66.90 | * |
| PHILIP LEIBERT | 769C MARLTON RD | | MONROE TOWNSH | NJ | 08831-7259 | K51265 | 66.90 | * |
| PHILIP LYDE | 3460 HERITAGE VALLEY RD SW | | ATLANTA | GA | 30331-2310 | K59805 | 66.90 | * |
| PHILIP M MATHIS | 600 ASHTON PL NE APT 305 | | CEDAR RAPIDS | IA | 52402-8334 | K42696 | 66.90 | * |
| PHILIP M STEBBINS | 415 SIEGMUND ST | | JOLIET | IL | 60433-2029 | K51461 | 66.90 | * |
| PHILIP M TOUSSAINT | 1170 W PORTVIEW DR | | PORT WASHINGT | WI | 53074-2320 | K40600 | 66.90 | * |
| PHILIP MARSALA | 8552 S KINGS COVE DR | | SALT LAKE CIT | UT | 84121-6006 | K48162 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.         No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PHILIP MITCHELL | 915 BIRDIE WAY | | SAINT AUGUSTI | FL | 32080-9179 | K58438 | 66.90 | * |
| PHILIP MUSKIN | 1700 YORK AVE | | NEW YORK | NY | 10128-7814 | K50654 | 66.90 | * |
| PHILIP N CHISESI | 4641 CARTHAGE ST | | METAIRIE | LA | 70002-1468 | K53823 | 66.90 | * |
| PHILIP R GLOTFELTY III MD | 635 N LINDEN ST | | MARSHALL | MI | 49068-1054 | K34917 | 66.90 | * |
| PHILIP S SLAUGH | 514 GRANT AVENUE EXT | | WEST MIFFLIN | PA | 15122-3831 | K60691 | 66.90 | * |
| PHILIP SCHAENMAN | 10605 VANTAGE CT | | POTOMAC | MD | 20854-4244 | K62456 | 66.90 | * |
| PHILIP SPEARS VAVALIDES | 4307 SHOAL CREEK DR | | GREENSBORO | NC | 27410-8669 | K12482 | 66.90 | * |
| PHILIP W HEINE | 1328 WHISPERING PINES DR | | HOUSTON | TX | 77055-6855 | K39526 | 66.90 | * |
| PHILIP WAYNE MORRIS | 15426 SHANE PARKS LN | | JACKSONVILLE | FL | 32218-1481 | K49493 | 66.90 | * |
| PHILIP WOLTERSOM | 3810 CANTERBURY AVE | | KALAMAZOO | MI | 49006-2702 | K19810 | 66.90 | * |
| PHILLIECIA Y CARTER | 1402 GENTLE BEND DR | | MISSOURI CITY | TX | 77489-4110 | K18095 | 66.90 | * |
| PHILLIP [PHILROY] EARLYWINE | 3006 STATE ROAD 121 | | RICHMOND | IN | 47374-8233 | K29745 | 66.90 | * |
| PHILLIP H BOWER | 2195 STOPPER DR | | MONTOURSVILLE | PA | 17754-9697 | K15181 | 66.90 | * |
| PHILLIP KREIDLER | 777 S WEBB RD | | GEUDA SPRINGS | KS | 67051-8071 | K33213 | 66.90 | * |
| PHILLIP L MCGALLIARD | 4336 S CATHAY WAY | | AURORA | CO | 80015-2805 | K27581 | 66.90 | * |
| PHILLIP M MOORE | 103 S 4TH ST | | RICHMOND | IN | 47374-4220 | K30474 | 66.90 | * |
| PHILLIP MILLER | 517 ALCAZAR CT | | LADY LAKE | FL | 32159-5619 | K58340 | 66.90 | * |
| PHILLIP NIEZGOCKI SR | 1200 13TH ST SE | | SAINT CLOUD | MN | 56304-1922 | K20887 | 66.90 | * |
| PHILLIP P YOUNG | 40695 US HIGHWAY 63 | | CABLE | WI | 54821-4601 | K58987 | 66.90 | * |
| PHILLIP REED SR | 7300 MORRISON RD | | NEW ORLEANS | LA | 70126-3007 | K54666 | 66.90 | * |
| PHILLIP ROSSON | 3117 ASHBY ST | | BAKERSFIELD | CA | 93308-1436 | K41765 | 66.90 | * |
| PHILLIP T SHAFER | 290 N JAY ST | | WEST MILTON | OH | 45383-1708 | K50008 | 66.90 | * |
| PHILLIP T STRANIERO | PO BOX 37 | | HICKORY CORNE | MI | 49060-0037 | K55420 | 66.90 | * |
| PHILLIP URBAN | 1803 CHEROKEE ST | | LEAVENWORTH | KS | 66048-2117 | K36050 | 66.90 | * |
| PHILLIP VERDI | 200 PEPPERIDGE AVE | | GENEVA | OH | 44041-7107 | K25466 | 66.90 | * |
| PHILLIP W BORCHELT | 6435 ROCKINGHAM DR | | FORT WAYNE | IN | 46835-2652 | K38554 | 66.90 | * |
| PHILLIP W PHIPPS | 1902 N BAZIL AVE | | INDIANAPOLIS | IN | 46219-1943 | K43228 | 66.90 | * |
| PHOEBE BAXTER | 751 CHAMPLAIN DR | | KING OF PRUSS | PA | 19406-1517 | K36808 | 66.90 | * |
| PHOEBE CRANE | 1585 N US HIGHWAY 421 | | WHITESTOWN | IN | 46075-9383 | K25197 | 66.90 | * |
| PHOEBE MEEKS | 1008 ALVEDA AVE | | EL CAJON | CA | 92019-3455 | K26824 | 66.90 | * |
| PHYLLIS [KAY] TAYLOR | 910 BETHESDA RD | | BATESVILLE | AR | 72501-9589 | K34230 | 66.90 | * |
| PHYLLIS [PHYL] SCHAUER | 6455 N 39TH ST | | AUGUSTA | MI | 49012-9767 | K16897 | 66.90 | * |
| PHYLLIS [SOOKY] KARP | 15063 SW 16TH ST | | PEMBROKE PINE | FL | 33027-2370 | K47801 | 66.90 | * |
| PHYLLIS A BALLARD | 795 S 770 W | | WOODS CROSS | UT | 84087-1547 | K31956 | 66.90 | * |
| PHYLLIS A LOGSTON | 3188 PINOLE VALLEY RD | | PINOLE | CA | 94564-1843 | K20902 | 66.90 | * |
| PHYLLIS A MARTIN | 707 N CHICAGO AVE | | ARLINGTON HEI | IL | 60005-1002 | K59852 | 66.90 | * |
| PHYLLIS A WILSON | 8125 STILES RD | | NORTH CHESTER | VA | 23235-4623 | K22295 | 66.90 | * |
| PHYLLIS ANN PETERSON | 3820 JIM SMITH RD | | WENATCHEE | WA | 98801-9707 | K58109 | 66.90 | * |
| PHYLLIS B BAILEY | 423 LOCUST ST | | INDIANA | PA | 15701-3021 | K56858 | 66.90 | * |
| PHYLLIS B FOSNAUGH | PO BOX 435 | | MANHATTAN | IL | 60442-0435 | K49140 | 66.90 | * |
| PHYLLIS B LYNCH | 2440 BETHEL RD | | NICHOLASVILLE | KY | 40356-9585 | K14953 | 66.90 | * |
| PHYLLIS BADEN | 22185 CHELAN LOOP | | WEST LINN | OR | 97068-8207 | K29417 | 66.90 | * |
| PHYLLIS BARKER | 264 N EAST ST | | BRIGHTON | MI | 48116-1641 | K58345 | 66.90 | * |
| PHYLLIS BARRIX | 53 EMERALD LAKE DR | | JACKSON | TN | 38305-1571 | K31666 | 66.90 | * |
| PHYLLIS BIGLER | 302 TWEED | | WINFIELD | KS | 67156-1521 | K47493 | 66.90 | * |
| PHYLLIS BRASHER | PO BOX 86 | | SHARON | TN | 38255-0086 | K30103 | 66.90 | * |
| PHYLLIS BROWN | 761 RUTH LAKE CT | | HINSDALE | IL | 60521-8123 | K52539 | 66.90 | * |
| PHYLLIS BURDELL | 1321 WOLFE AVE | | BRADDOCK | PA | 15104-2749 | K60482 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| PHYLLIS BURKHOLDER | 232 MILLER RD | | AKRON | PA | 17501-1152 | K57893 | 66.90 | * |
| PHYLLIS BURKHOLDER | 222 W FARMERSVILLE RD | | LEOLA | PA | 17540-9721 | K59382 | 66.90 | * |
| PHYLLIS CALVERT | 8215 W 17TH ST N | | WICHITA | KS | 67212-1454 | K49701 | 66.90 | * |
| PHYLLIS CHAMBLIN | 13820 METCALF AVE APT 11002 | | OVERLAND PARK | KS | 66223-7864 | K58649 | 66.90 | * |
| PHYLLIS COHEN | 83 CORNWALL CIR | | YORKTOWN HEIG | NY | 10598-1037 | K47802 | 66.90 | * |
| PHYLLIS COMMONS | 411 NE TOWN TER | | JENSEN BEACH | FL | 34957-6805 | K53409 | 66.90 | * |
| PHYLLIS COSTON | 62 S FLORIDA ST | | BUCKHANNON | WV | 26201-2664 | K46486 | 66.90 | * |
| PHYLLIS DIANNE STRICKLIN | 248 RABBIT TRAIL RD | | LEOMA | TN | 38468-5664 | K35261 | 66.90 | * |
| PHYLLIS E BIERI | 725 BOWES RD APT L8 | | LOWELL | MI | 49331-1689 | K34919 | 66.90 | * |
| PHYLLIS ESHLEMAN | 1252 BEAVER VALLEY PIKE | | WILLOW STREET | PA | 17584-8929 | K26609 | 66.90 | * |
| PHYLLIS FRISBY | 571 GRIGGS ST S | | SAINT PAUL | MN | 55116-1612 | K50759 | 66.90 | * |
| PHYLLIS GALLO | 2553 LAKE VISTA DR | | TOLEDO | OH | 43614-2681 | K51508 | 66.90 | * |
| PHYLLIS HABERMAN | 932 SW PRINCESS CIR | | GRANTS PASS | OR | 97527-6718 | K35190 | 66.90 | * |
| PHYLLIS HEIN | 377 CONCORD DR | | OREGON | WI | 53575-3616 | K26894 | 66.90 | * |
| PHYLLIS HOLLINGER | 218 COBBLESTONE LN | | LANCASTER | PA | 17601-3369 | K31233 | 66.90 | * |
| PHYLLIS I AUTZEN | 13930 WEIR ST | | OMAHA | NE | 68137-1536 | K58023 | 66.90 | * |
| PHYLLIS J DEWEY | 3280 BRETON RD SE | | KENTWOOD | MI | 49512-2708 | K34968 | 66.90 | * |
| PHYLLIS JACKSON | 930 630TH ST | | STORM LAKE | IA | 50588-7542 | K14009 | 66.90 | * |
| PHYLLIS JEAN BROWN | 11908 SAND DOLLAR CIR | | INDIANAPOLIS | IN | 46256-9683 | K23944 | 66.90 | * |
| PHYLLIS JENNINGS | 2685 RANDALL AVE | | CENTRAL POINT | OR | 97502-8428 | K32525 | 66.90 | * |
| PHYLLIS JOHNSON | 27251 REGIO | | MISSION VIEJO | CA | 92692-3206 | K16953 | 66.90 | * |
| PHYLLIS JOHNSON | 4100 BAKER LN | | BARTONVILLE | IL | 61607-2215 | K45362 | 66.90 | * |
| PHYLLIS KASPER | 525 MAIN ST | | DOWAGIAC | MI | 49047-1710 | K27670 | 66.90 | * |
| PHYLLIS KIDDOO | 2403 W 27TH ST S | | WICHITA | KS | 67217-1768 | K48737 | 66.90 | * |
| PHYLLIS KLEIMAN | 11407 HOLLOWSTONE DR | | ROCKVILLE | MD | 20852-3122 | K33347 | 66.90 | * |
| PHYLLIS KNOTT | 1231 FARMCREST DR | | UNION | KY | 41091-9071 | K60506 | 66.90 | * |
| PHYLLIS KNUDSON | 2313 BRIARWOOD LN | | SYCAMORE | IL | 60178-2803 | K51764 | 66.90 | * |
| PHYLLIS KORTVELESY | 87 DEVALINDER DR | | NEWARK | DE | 19702-4783 | K62193 | 66.90 | * |
| PHYLLIS KRUMREY | 3407 KINSEY AVE | | DES MOINES | IA | 50317-2713 | K53953 | 66.90 | * |
| PHYLLIS L ARMBRUST | 681 RAINBOW DR | | CHULA VISTA | CA | 91911-6845 | K31977 | 66.90 | * |
| PHYLLIS L DICKERSON | 16234 TACONIC CIR | | DUMFRIES | VA | 22025-1529 | K39433 | 66.90 | * |
| PHYLLIS LAPKA | 11 WENDY LN | | MASSAPEQUA PA | NY | 11762-3733 | K53339 | 66.90 | * |
| PHYLLIS LEE | 26 MAPLE GROVE CT | | MADISON | WI | 53719-1545 | K50296 | 66.90 | * |
| PHYLLIS LEGLER | 1630 ILLINOIS ST | | LAWRENCE | KS | 66044-4040 | K34374 | 66.90 | * |
| PHYLLIS LINK | 716 BUTLER ST | | COLDWATER | OH | 45828-1110 | K37792 | 66.90 | * |
| PHYLLIS LOWDER | 16811 BURDETTE ST APT 109 | | OMAHA | NE | 68116-2778 | K55145 | 66.90 | * |
| PHYLLIS LUMPA | PO BOX 130 | | CASCADE | IA | 52033-0130 | K60456 | 66.90 | * |
| PHYLLIS M ADELMANN | 13719 S COTTONWOOD LN | | PLAINFIELD | IL | 60544-9345 | K53177 | 66.90 | * |
| PHYLLIS M BARLOW | 322 S STATE ROAD 129 | | MILAN | IN | 47031-9182 | K47917 | 66.90 | * |
| PHYLLIS M KRAUSE | 315 W 15TH ST | | LINDEN | NJ | 07036-4705 | K31511 | 66.90 | * |
| PHYLLIS M NIEZABITOWSKI | 122 E WILSON ST | | ELMHURST | IL | 60126-4431 | K47327 | 66.90 | * |
| PHYLLIS MAC INTYRE | 64 SALT BOX RD | | SOUTH YARMOUT | MA | 02664-2326 | K12012 | 66.90 | * |
| PHYLLIS MAHONEY | 7649 DEERFIELD AVE | | WOODRIDGE | IL | 60517-2841 | K50410 | 66.90 | * |
| PHYLLIS MARCHAL | 9521 SANDUSKY RD | | HARROD | OH | 45850-8413 | K50386 | 66.90 | * |
| PHYLLIS MARTIN | 21015 17TH AVENUE CT E | | SPANAWAY | WA | 98387-7525 | K19700 | 66.90 | * |
| PHYLLIS MARTIN | 9 COGGESHALL CIR | | MIDDLETOWN | RI | 02842-4642 | K31803 | 66.90 | * |
| PHYLLIS MESSINGER | 16 BIRCH ST | | MECHANICSBURG | PA | 17050-2707 | K15722 | 66.90 | * |
| PHYLLIS MONK | 4840 RIVER DR | | PLOVER | WI | 54467-9583 | K47371 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| PHYLLIS NAPPI | 11 PAGODA LN | | FREEHOLD | NJ | 07728-4154 | K29596 | 66.90 | * |
| PHYLLIS NATHAN | 15 JARMAIN RD | | MONROE | NY | 10950-4264 | K52045 | 66.90 | * |
| PHYLLIS NELSON | 2930 1ST AVE NE | | DEVILS LAKE | ND | 58301-4110 | K31656 | 66.90 | * |
| PHYLLIS OEHLERKING | 111 N MAPLE ST | | MOUNT PROSPEC | IL | 60056-2525 | K61381 | 66.90 | * |
| PHYLLIS O'LEARY | 16 JAMAICA RD | | BROOKLINE | MA | 02445-7040 | K14126 | 66.90 | * |
| PHYLLIS PATIENT | 10810 CADDIE CT | | PORT RICHEY | FL | 34668-2701 | K45970 | 66.90 | * |
| PHYLLIS R DANA | 22 ESTY FARM RD | | NEWTON CENTER | MA | 02459-3607 | K22720 | 66.90 | * |
| PHYLLIS RAE BUTLER | 2430 BRAZILIA DR APT 8 | | CLEARWATER | FL | 33763-3702 | K50966 | 66.90 | * |
| PHYLLIS RAUCHER | 9749 VIA GRANDE W | | WELLINGTON | FL | 33411-6547 | K54020 | 66.90 | * |
| PHYLLIS RIGGLEMAN | 417 ERIE CT | | SHELBYVILLE | KY | 40065-8554 | K29019 | 66.90 | * |
| PHYLLIS ROGERS | 1238 CARRIE AVE | | DES MOINES | IA | 50315-3429 | K20945 | 66.90 | * |
| PHYLLIS ROSENFELD | 106 GREENBRIER B | | WEST PALM BEA | FL | 33417-2327 | K40750 | 66.90 | * |
| PHYLLIS S BRESLOF | 2 PARTRIDGE HL | | SHARON | MA | 02067-1531 | K10874 | 66.90 | * |
| PHYLLIS S WALKER | 399 WARREN DR | | SAN FRANCISCO | CA | 94131-1033 | K35133 | 66.90 | * |
| PHYLLIS SANTALA SMITH | 14260 MONTECITO DR | | VICTORVILLE | CA | 92395-4651 | K30414 | 66.90 | * |
| PHYLLIS SATIN | 16171 BLATT BLVD APT 201 | | WESTON | FL | 33326-1476 | K52759 | 66.90 | * |
| PHYLLIS SCHULMAN | 505 EAGLETON COVE TRCE | | PALM BEACH GA | FL | 33418-8497 | K39399 | 66.90 | * |
| PHYLLIS SEMENKO | 4 SAINT THERESE CT APT 7 | | HOMESTEAD | PA | 15120-3705 | K41900 | 66.90 | * |
| PHYLLIS SHINGLER | 118 AMERICANA RD | | PALMER | TX | 75152-9583 | K50089 | 66.90 | * |
| PHYLLIS SIGNORELLI | 22 E GOLDEN ST | | BEVERLY HILLS | FL | 34465-3200 | K53277 | 66.90 | * |
| PHYLLIS SJULSON | 39154 335TH AVE SE | | FOSSTON | MN | 56542-9470 | K18644 | 66.90 | * |
| PHYLLIS SMITH | 101 CROSSWINDS LN | | MURRYSVILLE | PA | 15668-1202 | K60734 | 66.90 | * |
| PHYLLIS STEIERWALD | 894 ORCHARD ST | | AKRON | PA | 17501-1542 | K57389 | 66.90 | * |
| PHYLLIS STERN | 1333 MOON DR | | YARDLEY | PA | 19067-3225 | K26408 | 66.90 | * |
| PHYLLIS STIERSTORFER | 7049 QUEENSCOURT LN | | MACUNGIE | PA | 18062-8988 | K27756 | 66.90 | * |
| PHYLLIS SUMNER | 2550 S ELLSWORTH RD UNIT 106 | | MESA | AZ | 85209-1199 | K18070 | 66.90 | * |
| PHYLLIS THORPE | 7717 JEROME AVE | | SAINT LOUIS | MO | 63143-1103 | K62740 | 66.90 | * |
| PHYLLIS W DEWS | 904 RODNEY DR SW | | ATLANTA | GA | 30311-2360 | K59660 | 66.90 | * |
| PHYLLIS WALDRON | 2410 MEMORIAL DR APT B205 | | BRYAN | TX | 77802-2844 | K55390 | 66.90 | * |
| PHYLLIS WESLER | 8341 FREED RD | | NEW PARIS | OH | 45347-9286 | K25058 | 66.90 | * |
| PHYLLIS WHITFORD | 817 COURTLAND AVE | | PARK RIDGE | IL | 60068-4833 | K47892 | 66.90 | * |
| PHYLLIS WILLIAMS | 633 SWEETWATER CIR | | OLD HICKORY | TN | 37138-2062 | K35411 | 66.90 | * |
| PHYLLIS WILLIAMS | 2142 TUSCANY GARDENS DR | | POWELL | TN | 37849-5379 | K51907 | 66.90 | * |
| PHYLLIS WIMER | 115 CORRY AVE | | LANCASTER | PA | 17601-3933 | K29011 | 66.90 | * |
| PHYLLIS WOLFE | 654 S PARKCREST ST | | GILBERT | AZ | 85296-9533 | K48788 | 66.90 | * |
| PHYLLIS WRAY | 505 COLLEGE AVE | | RICHMOND | IN | 47374-5218 | K25859 | 66.90 | * |
| PHYLLIS Y ROSEN | 82 PARKWAY DR UNIT A | | FREEHOLD | NJ | 07728-3431 | K45835 | 66.90 | * |
| PHYLLIS YENDRICK | 1434 MILL CREEK RD | | MANAHAWKIN | NJ | 08050-5341 | K37636 | 66.90 | * |
| PHYLLIS YORK | 116 CANAL DR | | PRUDENVILLE | MI | 48651-9721 | K50886 | 66.90 | * |
| PHYLLIS ZARZOUR | 8615 HERTS RD | | SPRING | TX | 77379-6720 | K57143 | 66.90 | * |
| PHYLLISS HARRIS | 3224 EMERALD PL | | KOKOMO | IN | 46902-5670 | K25706 | 66.90 | * |
| PIERRE E THIBODEAUX | 3708 45TH ST | | METAIRIE | LA | 70001-3927 | K52129 | 66.90 | * |
| PINA T BARRY | 20 BEECH AVE | | POMPTON LAKES | NJ | 07442-2444 | K45480 | 66.90 | * |
| PLESANT M PARK III | 6735 SE RATNER RD | | BERRYTON | KS | 66409-9693 | K50455 | 66.90 | * |
| PLYMOUTH HIGH SCHOOL | PLYMOUTH EDUCATION FOUNDATIO | 125 HIGHLAND AVE | PLYMOUTH | WI | 53073 | | 0.00 | ** |
| PLYMOUTH HIGH SCHOOL | c/o ANNE TROKA | 125 HIGHLAND AVE | PLYMOUTH | WI | 53073 | | 0.00 | ** |
| POLLY ANN TAUSCH | PO BOX 36424 | | ALBUQUERQUE | NM | 87176-6424 | K49213 | 66.90 | * |
| POLLY HAIRELL | 405 BALLYSHANNON DR | | DACULA | GA | 30019-6576 | K53419 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.     Page 437 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| POLLY HALL | 901 SHARONWOOD DR | | ANDERSON | SC | 29621-7062 | K20511 | 66.90 | * |
| POLLY MITCHELL | 10S211 HAMPSHIRE LN E | | WILLOWBROOK | IL | 60527-6043 | K36659 | 66.90 | * |
| POLLY THORNTON | 6134 POLK ST | | NEW PORT RICH | FL | 34653-3739 | K58870 | 66.90 | * |
| POLLY WHITMORE | 205 HUMPHREY ST | | MARBLEHEAD | MA | 01945-1618 | K53181 | 66.90 | * |
| POLLYANN SERSEN | 2612 TULANE DR | | FORT COLLINS | CO | 80525-2132 | K19397 | 66.90 | * |
| POLLYANNA PLATT | PO BOX 12747 | | SALEM | OR | 97309-0747 | K31281 | 66.90 | * |
| POMALEE AMOS | 14540 RED ROCK DR | | PLATTE CITY | MO | 64079-9127 | K35523 | 66.90 | * |
| POOH KAYE | 460 COUNTY HIGHWAY 40 | | WORCESTER | NY | 12197-2817 | K15421 | 66.90 | ** |
| Premium Sound | 13146 Curry Dr | | Spring Hill | FL | 34609-0933 | Alumni Res | 2,704.85 | ** |
| PRESTON PUGH | 1155 S CENTRAL AVE | | LIMA | OH | 45804-2029 | K51730 | 66.90 | * |
| PRISCILLA [PADDY] MORGAN | 50 HIGHLAND ST UNIT 212 | | TAUNTON | MA | 02780-7012 | K13417 | 66.90 | * |
| PRISCILLA BISHOP | 7584 SHAWNEE LN APT 327 | | WEST CHESTER | OH | 45069-7445 | K41091 | 66.90 | * |
| PRISCILLA CAMPBELL | 4120 THORNHILL LN | | SAINT PAUL | MN | 55127-3610 | K59788 | 66.90 | * |
| PRISCILLA DAVIS | 229 KING CHARLES RD | | COLUMBIA | SC | 29209-2241 | K53355 | 66.90 | * |
| PRISCILLA FLOHR-CAIN | 2301 CARSON ST | | MCKEESPORT | PA | 15132-7807 | K60622 | 66.90 | * |
| PRISCILLA HODECKER | 237 EVANS RD | | LITITZ | PA | 17543-9408 | K26359 | 66.90 | * |
| PRISCILLA JOHNSON | 1911 ROHRET RD SW | | OXFORD | IA | 52322-9192 | K56904 | 66.90 | * |
| PRISCILLA L LUTZ | PO BOX 124 | | UNCASVILLE | CT | 06382-0124 | V98809 | 66.90 | * |
| PRISCILLA LARSEN | 25140 ALLSPICE ST | | HEMET | CA | 92544-2737 | K33671 | 66.90 | * |
| PRISCILLA NITZKE | 913 CAPISTRANO DR | | SALINAS | CA | 93901-2306 | K14378 | 66.90 | * |
| PRISCILLA PEEBBLES | 45 KENSINGTON LN | | BEDFORD | NH | 03110-6071 | K62778 | 66.90 | * |
| PRISCILLA ROLLINS | 21 MEADOWVIEW LN | | IPSWICH | MA | 01938-2579 | K12272 | 66.90 | * |
| PRISCILLA ROLLYSON | 303 WASHINGTON ST APT 15 | | MARIETTA | OH | 45750-2112 | K50890 | 66.90 | * |
| PRISCILLA WATSON | 3009 MCCLURE LN | | WHITE OAK | PA | 15131-2107 | K62449 | 66.90 | * |
| PROF EBOH C [MAZI] EZEANI | 307 S WATERFORD RD | | SILVER SPRING | MD | 20901-2529 | K59181 | 66.90 | * |
| PROF GORDON FELLMAN | 15 SHERMAN ST | | CAMBRIDGE | MA | 02138-6729 | K52835 | 66.90 | * |
| PROF MILLARD SUSMAN | 2707 COLGATE RD | | MADISON | WI | 53705-2234 | K38534 | 66.90 | * |
| PROSPER ETCHEMENDY | 1115 20 MILE CREEK RD | | LOST SPRINGS | WY | 82224-8601 | K18620 | 66.90 | * |
| PROSPER G SICK | 5803 DIMAGGIO PL | | METAIRIE | LA | 70003-3873 | K53121 | 66.90 | * |
| PURVIN RODGERS | 1702 NORTHRIDGE DR | | TYLER | TX | 75702-1743 | K10183 | 66.90 | * |
| PUTNAM CITY HIGH SCHOOL | PUTNAM CITY HIGH SCHOOL | 5300 NW 50TH ST | OKLAHOMA CITY | OK | 73122-5399 | | 0.00 | ** |
| Q MARIE JAMES | 1163 62ND ST | | WEST DES MOIN | IA | 50266-2327 | K52654 | 66.90 | * |
| QUARTUS GRAVES JR | 6 W EDEN ELM CIR | | THE WOODLANDS | TX | 77381-3125 | K52013 | 66.90 | * |
| QUEENIE M DOWNTON-HARRIS | 301 E HANTHORN RD | | LIMA | OH | 45804-2457 | K45256 | 66.90 | * |
| QUINCY M HUGHES | 12538 MALLARD RD | | SANGER | TX | 76266-3914 | K24983 | 66.90 | * |
| QUINCY TARRANCE | 5 UPPER MEADOW WAY | | GREENVILLE | SC | 29609-7152 | K49494 | 66.90 | * |
| R DARLEEN HAMMOND | 733 N 3RD ST | | PHILADELPHIA | PA | 19123-2903 | K36419 | 66.90 | * |
| R DAVID STAUFFER | 3044 SW 70TH LN | | GAINESVILLE | FL | 32608-5216 | K38322 | 66.90 | * |
| R DIANNE HIBBS | 11840 CRANBERRY LAKE RD | | MARCELLUS | MI | 49067-9345 | K39951 | 66.90 | * |
| R DUANE [RAY] ANDERSON | PO BOX 277 | | DADE CITY | FL | 33526-0277 | K49879 | 66.90 | * |
| R ELAINE HOLLMAN | 6219 S CALHOUN ST | | FORT WAYNE | IN | 46807-3514 | K39983 | 66.90 | * |
| R ELIZABETH STRAUSS | 12 E 28TH DIVISION HWY | | LITITZ | PA | 17543-9652 | K59138 | 66.90 | * |
| R ERIC DELAROSA CPA | 607 OLIVER ST | | PASCAGOULA | MS | 39567-1452 | K51645 | 66.90 | * |
| R J HARMON | 9269 IRISH RD | | GOODRICH | MI | 48438-9440 | K56601 | 66.90 | * |
| R JAY ARMSTRONG | 812 SAINT JOSEPH ST | | LANCASTER | PA | 17603-5464 | K26301 | 66.90 | * |
| R KAY REINART | 606 PHILLIPS DR | | DUMAS | TX | 79029-4639 | K33878 | 66.90 | * |
| R MERLE CHALLENDER | 423 LANDING ST APT 3C | | LUMBERTON | NJ | 08048-1209 | K47699 | 66.90 | * |
| R MICHAEL HINSHAW | 1641 SOUTHWOOD DR | | ASHLAND | OH | 44805-3464 | K25059 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| R MICHAEL SHAFT | 2185 MITCHELL RD | | WILLIAMSTON | MI | 48895-9600 | K40643 | 66.90 | * |
| R SCOTT RYDER | 7594 STABLEBROOK CIR | | KALAMAZOO | MI | 49009-3915 | K30071 | 66.90 | * |
| R THOMAS [TOM] DONAHUE | 201 CHEYENNE TRL | | MEDFORD LAKES | NJ | 08055-1304 | K43700 | 66.90 | * |
| R WARD SUTTON | PO BOX 8555 | | ROCKY MOUNT | NC | 27804-1555 | K50311 | 66.90 | * |
| R WAYNE LATIMER | 612 PINE AVE | | DUMAS | TX | 79029-2610 | K29756 | 66.90 | * |
| R WES TEMPLE | 130 SKYFIELDS DR | | GROTON | MA | 01450-1814 | K61834 | 66.90 | * |
| R WILSON [TIGER] WILMER JR | 66 DEER RIDGE RD | | BASKING RIDGE | NJ | 07920-3401 | K51954 | 66.90 | * |
| RABB STEVEN B JACOBS | 533 N KEYSTONE ST | | BURBANK | CA | 91506-1919 | K20043 | 66.90 | * |
| RABBI DAVID BERNSTEIN | 26 PAIKEN DR | | SPRING VALLEY | NY | 10977-3844 | K42114 | 66.90 | * |
| RABBI JEFFREY ROTH | 734 OLD POST RD | | NEW PALTZ | NY | 12561-4537 | K48467 | 66.90 | * |
| RACHAEL TOWNSEND | 299 S 48TH ST | | RICHMOND | IN | 47374-6044 | K23943 | 66.90 | * |
| RACHEL COOME | 3209 PLACER RD | | WOLF CREEK | OR | 97497-9778 | K32482 | 66.90 | * |
| RACHEL DERR | 288 STRYKER AVE | | MONTGOMERY | PA | 17752-9547 | K16218 | 66.90 | * |
| RACHEL HINES | 2016 SPRUCE ST | | MURPHYSBORO | IL | 62966-2341 | K34304 | 66.90 | * |
| RACHEL L ELSE | 1206 BLACKBURN ST | | MARSHALL | TX | 75670-0908 | K17610 | 66.90 | * |
| RACHEL MAGER-THOMATZ | 8557 HIGHWAY 21 N | | BABBITT | MN | 55706-8136 | K20200 | 66.90 | * |
| RACHEL O HARRIS | 28 MANLY ST | | PORTSMOUTH | VA | 23702-1020 | K12609 | 66.90 | * |
| RACHEL OWEN | 140 DUTTON MILL RD | | MALVERN | PA | 19355-3328 | K45907 | 66.90 | * |
| RACHEL PERSICANO | 5922 CENTRAL FALLS DR | | HOUSTON | TX | 77041-5905 | K53259 | 66.90 | * |
| RACHEL SANDERS | 505 STRYKER AVE | | JOLIET | IL | 60436-1946 | K54588 | 66.90 | * |
| RACHEL WAGGONER | 14590 SW 124TH PL | | MIAMI | FL | 33186-7408 | K32352 | 66.90 | * |
| RACHELL MATHIS | 2367 BARBARO DR | | BARTLETT | TN | 38134-5701 | K37285 | 66.90 | * |
| RAE A BEEBE | 220 BROAD ST | | FLORENCE | NJ | 08518-1311 | K47536 | 66.90 | * |
| RAE A NEUNABER | 1007 PEPPARD DR | | BEL AIR | MD | 21014-6933 | K38271 | 66.90 | * |
| RAE CREBS | 67 MARSH RD | | MILTON | PA | 17847-9226 | K15548 | 66.90 | * |
| RAE KURASZ | 3465 N EDISON ST | | ARLINGTON | VA | 22207-1829 | K24123 | 66.90 | * |
| RAE WEST | 1000 SUNSET DR | | FUQUAY VARINA | NC | 27526-2190 | K47029 | 66.90 | * |
| RAESHON LAROSE SYKES | 9 ROSE TREE VLG | | MEDIA | PA | 19063-2038 | K14150 | 66.90 | * |
| RAFAEL GONZALEZ | 14034 SW 276TH WAY | | HOMESTEAD | FL | 33032-8825 | K55572 | 66.90 | * |
| RAFAEL I LISSACK | 252 S 3RD ST | | PHILADELPHIA | PA | 19106-3811 | K14759 | 66.90 | * |
| RAINER MILLER | 6970 S HOLLY CIR STE 200 | | CENTENNIAL | CO | 80112-1066 | K26009 | 66.90 | * |
| RAKESH K GORE | 13719 FLATBUSH AVE | | NORWALK | CA | 90650-3460 | K29022 | 66.90 | * |
| RALENE A MELVIN | 103 REDWOOD DR | | MORTON | IL | 61550-1225 | K46531 | 66.90 | * |
| RALPH [MARKENA] MILLER | 1311 ROOSEVELT BLVD | | PORTSMOUTH | VA | 23701-3630 | K13208 | 66.90 | * |
| RALPH [NEIL] MITCHELL | 2068 GRACELAND DR | | GOODLETTSVLLE | TN | 37072-4251 | K39829 | 66.90 | * |
| RALPH A ABREO | 622 MEDINAH DR | | AIKEN | SC | 29803-5949 | K32731 | 66.90 | * |
| RALPH A BONGARD | 15442 SE 22ND PL | | BELLEVUE | WA | 98007-6310 | K48803 | 66.90 | * |
| RALPH A SANDELLO SR | 7 HOWARD ST | | MADISON | NJ | 07940-1210 | K37819 | 66.90 | * |
| RALPH A SCOTT JR | 1425 ROBERTSON RD | | CHUCKEY | TN | 37641-4227 | K52622 | 66.90 | * |
| RALPH BARSI | 1263 LERIDA WAY | | PACIFICA | CA | 94044-3635 | K52986 | 66.90 | * |
| RALPH BONNER | 26 ANASAZI TRAILS LOOP | | PLACITAS | NM | 87043-8760 | K18179 | 66.90 | * |
| RALPH BROWN | 271 COUNTY ROAD 510 | | BERRYVILLE | AR | 72616-4546 | K33127 | 66.90 | * |
| RALPH BUCK BLACK | PO BOX 6 | | PROSPERITY | SC | 29127-0006 | K34020 | 66.90 | * |
| RALPH C SMITH | 9 MOUNTAIN VIEW AVE | | STAATSBURG | NY | 12580-5902 | K30273 | 66.90 | * |
| RALPH CHIANESE | 40 STORY LN | | CLINTON CORNE | NY | 12514-2825 | K51105 | 66.90 | * |
| RALPH CLARKE NASH JR | 700 NEW HAMPSHIRE AVE NW | | WASHINGTON | DC | 20037-2407 | K40784 | 66.90 | * |
| RALPH D GOUBEAUX | 2787 PAINTED CAVE RD | | SANTA BARBARA | CA | 93105-9770 | K32231 | 66.90 | * |
| RALPH D JONES | 8858 SW 194TH CT | | DUNNELLON | FL | 34432-2794 | K46113 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RALPH DAVID MANGANELLO | 3 WAVERLY PL | | METAIRIE | LA | 70003-2553 | K56846 | 66.90 | * |
| RALPH DEUTSCHMAN | 1141 EXCELLER CT APT 101 | | CASSELBERRY | FL | 32707-6712 | K53736 | 66.90 | * |
| RALPH E BASS | N107W14088 OVERLOOK CT | | GERMANTOWN | WI | 53022-6206 | K35977 | 66.90 | * |
| RALPH E BRYAN | 2411 CRESTMOOR RD APT PH4 | | NASHVILLE | TN | 37215-2035 | K38194 | 66.90 | * |
| RALPH E MASON JR | 6205 OYSTER BAY CT | | BRIDGEVILLE | PA | 15017-3469 | K44077 | 66.90 | * |
| RALPH E SCHULTZ | 1064 NE HEFLEY ST | | GRANTS PASS | OR | 97526-1338 | K53520 | 66.90 | * |
| RALPH F HANSEN | 10389 W MOHAWK LN | | PEORIA | AZ | 85382-2255 | K48790 | 66.90 | * |
| RALPH F SHELTON USN | 15495 HIGHWAY 87 N | | JAY | FL | 32565-2337 | K52420 | 66.90 | * |
| RALPH F TREPAL | 4386 ARCHER RD | | CLEVELAND | OH | 44105-6096 | K46708 | 66.90 | * |
| RALPH FEIGH | PO BOX 302 | | LUCERNE | CA | 95458-0302 | K45061 | 66.90 | * |
| RALPH FENWICK | 1131 AVENUE C ST | | GREENCASTLE | IN | 46135-1433 | K47357 | 66.90 | * |
| RALPH FLOYD GWIN | 5249 GREAT FALLS HWY | | GREAT FALLS | SC | 29055-8801 | K32734 | 66.90 | * |
| RALPH FOGUE | 2625 VINE ST APT 314 | | WEST DES MOIN | IA | 50265-3290 | K21900 | 66.90 | * |
| RALPH FORD | 129 EASTSHORE DR | | MORTON | IL | 61550-1101 | K45358 | 66.90 | * |
| RALPH FRANCIS | 9224 SHADBUSH CIR | | DAYTON | OH | 45458-5913 | K31291 | 66.90 | * |
| RALPH FRASER | 1010 E 5TH ST | | DELTA | CO | 81416-2511 | K17374 | 66.90 | * |
| RALPH G HOSELEY | 2178 S CROSSCREEK LN | | BOISE | ID | 83706-6705 | K30757 | 66.90 | * |
| RALPH G KARST | 1842 N DENENE ST | | WICHITA | KS | 67212-6703 | K47663 | 66.90 | * |
| RALPH GAMPP | 334 GAMPP LN | | PORTSMOUTH | OH | 45662-8944 | K54003 | 66.90 | * |
| RALPH GOLDBACH | 152 ROYAL OAK DR APT 308 | | WHITE OAK | PA | 15131-2010 | K61190 | 66.90 | * |
| RALPH H TONGE | 466 RUBY DR | | ABERDEEN | MD | 21001-1726 | K53175 | 66.90 | * |
| RALPH HANCOCK | 917 COTTONWOOD DR | | LANSING | KS | 66043-6264 | K37299 | 66.90 | * |
| RALPH HARDY | PO BOX 4104 | | ALBANY | GA | 31706-4104 | K59623 | 66.90 | * |
| RALPH HARPER | 111 BLUFF ST APT 214 | | ISHPEMING | MI | 49849-2058 | K51396 | 66.90 | * |
| RALPH HAUSLER | N5245 OAK RD | | PLYMOUTH | WI | 53073-3940 | K49404 | 66.90 | * |
| RALPH J FIELDS | 1421 OLINO ST | | HONOLULU | HI | 96818-1930 | K32336 | 66.90 | * |
| RALPH J GRAFF | 312 N MERAMEC AVE APT 103 | | SAINT LOUIS | MO | 63105-3770 | K41340 | 66.90 | * |
| RALPH J MOSER JR | 2755 HOLLANDALE LN | | DALLAS | TX | 75234-2034 | K25920 | 66.90 | * |
| RALPH J SIERRA JR | 12817 SCOTTISH PINE LN | | CLERMONT | FL | 34711-7690 | K58226 | 66.90 | * |
| RALPH J TARSITANO | 6820 SENECA RD | | MAYFIELD | OH | 44143-3523 | K43865 | 66.90 | * |
| RALPH KUIVINEN | 31345 SAINT ANDREWS | | WESTLAKE | OH | 44145-5023 | K16325 | 66.90 | * |
| RALPH L LIVINGSTON | 1715 NW 12TH RD | | GAINESVILLE | FL | 32605-5333 | K25992 | 66.90 | * |
| RALPH LUNSFORD | 4997 COUNTY ROAD 48 | | WATERLOO | OH | 45688-9332 | K51171 | 66.90 | * |
| RALPH M WEILER | 1216 DIVISION HWY | | EPHRATA | PA | 17522-8827 | K58300 | 66.90 | * |
| RALPH MARTIN | 178 SALIENT LN | | MOUNT JULIET | TN | 37122-6165 | K36648 | 66.90 | * |
| RALPH O BURKHARDT | 520 SW 20TH ST | | RICHMOND | IN | 47374-5012 | K27498 | 66.90 | * |
| RALPH ORR | RR 1 BOX 1386 | | ALTON | MO | 65606-9748 | K34446 | 66.90 | * |
| RALPH PERRY | 41 BRADLEY TER | | PORTSMOUTH | RI | 02871-4101 | K31541 | 66.90 | * |
| RALPH POLISE | 112 BROOKLAWN DR | | MORRIS PLAINS | NJ | 07950-2705 | K40482 | 66.90 | * |
| RALPH RAY | 113 EASTSIDE DR | | WHITE HOUSE | TN | 37188-8914 | K36836 | 66.90 | * |
| RALPH S MILLER | 3612 RIDGEBRIAR DR | | DALLAS | TX | 75234-7918 | K26572 | 66.90 | * |
| RALPH S TILLITT | 2602 LATOKA DR SW | | ALEXANDRIA | MN | 56308-9125 | K27049 | 66.90 | * |
| RALPH SLAGER | 2507 SANDCHERRY DR SE | | GRAND RAPIDS | MI | 49512-9099 | K17508 | 66.90 | * |
| RALPH SONNENSCHEIN | 1240 LOS PADRES CT | | CHESTERFIELD | MO | 63017-2404 | K38731 | 66.90 | * |
| RALPH STEVER | 1 SHAWNEE CT APT 101 | | PARKVILLE | MD | 21234-8603 | K46726 | 66.90 | * |
| RALPH STOUT | 2811 W MAIN ST | | RICHMOND | IN | 47374-4609 | K23986 | 66.90 | * |
| RALPH THOLE | 22260 STATE HIGHWAY 15 | | SAINT AUGUSTA | MN | 56301-9207 | K20243 | 66.90 | * |
| RALPH TROMBA | 9141 BLUE LAKE CT | | FORT MYERS | FL | 33967-5270 | K47926 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| RALPH W ARDITO | 14 WINDSOR AVE | | AUGUSTA | ME | 04330-6642 | K30012 | 66.90 | * |
| RALPH W MARSH | 1516 GREENHILL RD | | WEST CHESTER | PA | 19380-5809 | K33035 | 66.90 | * |
| RAMA C MARTIN | 4710 MOUNTAIN VIEW RD | | DELTA | CO | 81416-8815 | K18682 | 66.90 | * |
| RAMON A [RAY] COMBS | 4550 PEEPLES RD | | OAK RIDGE | NC | 27310-9763 | K50041 | 66.90 | * |
| RAMONA B SAATZER | 17 SPENCER RD | | ROBERTS | MT | 59070-9407 | K19352 | 66.90 | * |
| RAMONA C MCCAIN | 1911 LANARK AVE | | DALLAS | TX | 75203-4522 | V99371 | 66.90 | * |
| RAMONA DE BOER | 4082 CLOVERCROFT RD | | FRANKLIN | TN | 37067-5825 | K54315 | 66.90 | * |
| RAMONA DUNLAP | 8 BAYVIEW PARK | | MIDDLETOWN | RI | 02842-4874 | K25682 | 66.90 | * |
| RAMONA E DEBOER | 4082 CLOVERCROFT RD | | FRANKLIN | TN | 37067-5825 | K50526 | 66.90 | * |
| RAMONA MENDENHALL | 231 S FAIRWAY CIR | | ANDOVER | KS | 67002-9044 | K56691 | 66.90 | * |
| RAMONA MOORE | 1015 HANNOVER CIR | | STOCKBRIDGE | GA | 30281-7964 | K59863 | 66.90 | * |
| RAMONA OEHLERKING | 34206 HIGHWAY 1 | | MURDOCK | NE | 68407-2134 | K53300 | 66.90 | * |
| RAMONA S SMITH | PO BOX 234 | | DANA | NC | 28724-0234 | K11994 | 66.90 | * |
| RAMONA STATHOULOPOULOS | 127 97TH ST | | BROOKLYN | NY | 11209-7601 | K58230 | 66.90 | * |
| RANDAL [RANDY] GANS | 8810 S 35TH ST | | BELLEVUE | NE | 68147-2214 | K56254 | 66.90 | * |
| RANDAL V KLINE | 345 W MOUNT AIRY RD | | STEVENS | PA | 17578-9664 | K62614 | 66.90 | * |
| RANDALL [RANDY] STEVENS | 138 GREEN MOUNTAIN DR | | IOWA CITY | IA | 52245-3816 | K60269 | 66.90 | * |
| RANDALL CLEMENTS | 4400 HOLT RD APT 322 | | HOLT | MI | 48842-1688 | K42285 | 66.90 | * |
| RANDALL COLLINS | 348 WALTON HEATH WAY | | AIKEN | SC | 29803-8099 | K44812 | 66.90 | * |
| RANDALL DAWSON | 120 S 4TH ST | | MOUND CITY | KS | 66056-5402 | K50479 | 66.90 | * |
| RANDALL DUNLAP | 494 5TH AVE | | SAN FRANCISCO | CA | 94118-3104 | K57410 | 66.90 | * |
| RANDALL H [RANDY] ANDERSEN | 24 VICTORIA WAY | | CROSSVILLE | TN | 38558-2762 | K54193 | 66.90 | * |
| RANDALL L ALLEN | 25 WINDSOR WAY | | STAFFORD | VA | 22556-1026 | K57028 | 66.90 | * |
| RANDALL MEYER JACOBS | PO BOX 471 | | SANIBEL | FL | 33957-0471 | K46599 | 66.90 | * |
| RANDI ELLIOTT | 340 W 28TH ST APT 4B | | NEW YORK | NY | 10001-4735 | K52311 | 66.90 | * |
| RANDI GERBER-KATZ | 3400 LOUIS DR | | PLANO | TX | 75023-1114 | K47402 | 66.90 | * |
| RANDI JENSEN | 2800 LEAGUE CITY PKWY #115 | | LEAGUE CITY | TX | 77573-1665 | K33205 | 66.90 | * |
| RANDI JO TIBBETTS | 197 LUNINBORG ST | | HENDERSON | NV | 89074-8718 | K46901 | 66.90 | * |
| RANDOLPH [RANDY] NIMTZ | PO BOX 341 | | PLEASANT LAKE | MI | 49272-0341 | K60397 | 66.90 | * |
| RANDOLPH E [RANDY] PORTER | 7200 SHADYVILLA LN APT 97 | | HOUSTON | TX | 77055-5217 | K35575 | 66.90 | * |
| RANDOLPH NAUMAN | 1000 FAIRWOOD DR | | ANCHORAGE | AK | 99518-2941 | K55930 | 66.90 | * |
| RANDY [GLENN] MILLS | 239 VILLAGE CIRCLE DR | | SHEPHERDSVILL | KY | 40165-6636 | K61024 | 66.90 | * |
| RANDY BALL | 1217 STARKEY ST | | AUGUSTA | KS | 67010-1843 | K55166 | 66.90 | * |
| RANDY CAMPBELL | 10525 BREEDSHILL DR | | CINCINNATI | OH | 45231-1707 | K39318 | 66.90 | * |
| RANDY D BREDEHOFT | 1550 WILDER AVE APT A808 | | HONOLULU | HI | 96822-4629 | K24753 | 66.90 | * |
| RANDY FOLTZ | 2310 MALRAUX DR | | VIENNA | VA | 22182-5043 | K59525 | 66.90 | * |
| RANDY FUCHS | 8 KINNICUT RD | | POUND RIDGE | NY | 10576-1800 | K58812 | 66.90 | * |
| RANDY GARRISON | 11988 STATE ROUTE 185 | | VERSAILLES | OH | 45380-9414 | K32683 | 66.90 | * |
| RANDY GENE GIBSON | 225 GRANVIL DR | | LOUISVILLE | KY | 40218-3223 | K32441 | 66.90 | * |
| RANDY GOERNDT | 1446 NIGHTHAWK AVE | | AFTON | IA | 50830-8108 | K30829 | 66.90 | * |
| RANDY HALL | 682 CLAUDE JONES RD | | MURFREESBORO | TN | 37129-7956 | K35178 | 66.90 | * |
| RANDY J DAVIS | 207 CARSON AVE | | DUMAS | TX | 79029-3425 | K32028 | 66.90 | * |
| RANDY K DIXON | 3000 LINDA DR | | ENNIS | TX | 75119-7624 | K35173 | 66.90 | * |
| RANDY L CURRY | PO BOX 9 | | ALUM CREEK | WV | 25003-0009 | K50017 | 66.90 | * |
| RANDY L SPEED | 221 N SILVER MAPLE DR | | SLIDELL | LA | 70458-5484 | K55463 | 66.90 | * |
| RANDY LAMB | 1200 ASPENWOOD DR | | SEVEN HILLS | OH | 44131-5865 | K51270 | 66.90 | * |
| RANDY LEE NADEAU | 6169 WELLINGTON ST | | TAYLOR | MI | 48180-1035 | K58593 | 66.90 | * |
| RANDY LOWE | 4310 URBANDALE AVE | | DES MOINES | IA | 50310-3459 | K54641 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RANDY MISEJKA | 9418 N HARRISON ST | | KANSAS CITY | MO | 64155-3351 | K54150 | 66.90 | * |
| RANDY O'KEEFE | 5011 TOWER RD | | WISCONSIN RAP | WI | 54494-9535 | K51520 | 66.90 | * |
| RANDY S FRITZ | 919 WEMBLEY DR | | ISLAND LAKE | IL | 60042-9577 | K60246 | 66.90 | * |
| RANDY W WELLS | 169 GORDON DR | | SPARTANBURG | SC | 29301-2951 | K30388 | 66.90 | * |
| RAQUEL CARR | 1416 UNION AVE | | BELVIDERE | IL | 61008-5658 | K60433 | 66.90 | * |
| RAUL A AGUILAR | 11 SHERWOOD CT | | SAN FRANCISCO | CA | 94127-1662 | K57940 | 66.90 | * |
| RAY A CRAIG | 9405 GRAND AVE | | OMAHA | NE | 68134-2650 | K55433 | 66.90 | * |
| RAY A MORES | 1333 CITADEL DR | | JOLIET | IL | 60435-5182 | K57197 | 66.90 | * |
| RAY ATLESON | 560 NE F ST STE A PMB 925 | | GRANTS PASS | OR | 97526-2300 | K40148 | 66.90 | * |
| RAY BARKER | 730 E 260TH ST | | EUCLID | OH | 44132-2302 | K47133 | 66.90 | * |
| RAY BENTON | 2875 WOODLAND DR NW | | WASHINGTON | DC | 20008-2743 | K57811 | 66.90 | * |
| RAY C WILLIAMS | 12 WOODLAND CIR | | DOWNINGTOWN | PA | 19335-3347 | K35473 | 66.90 | * |
| RAY E [RAYMOND] MARENTETTE | 9089 88TH ST | | HOWARD CITY | MI | 49329-9065 | K35068 | 66.90 | * |
| RAY E WOMBACHER | 3644 ELGIN DR | | IOWA CITY | IA | 52245-3972 | K56834 | 66.90 | * |
| RAY FRENCH | 6002 GREENWAYS DR | | AMARILLO | TX | 79119-4925 | K29323 | 66.90 | * |
| RAY HATRIDGE | 3615 KINGS CT | | DENTON | TX | 76209-7939 | K25266 | 66.90 | * |
| RAY HUBBARD | 647 JUNCTION RD | | GLENDALE | OR | 97442-3706 | K32277 | 66.90 | * |
| RAY JAMESON | 1006 SE 125TH AVE | | VANCOUVER | WA | 98683-6131 | K19390 | 66.90 | * |
| RAY K HUDSON | 3205 HAZELWOOD RD | | KNOXVILLE | TN | 37921-1420 | K17447 | 66.90 | * |
| RAY KENNEDY | 5421 TOWN ROAD 189 | | LITTLEFORK | MN | 56653-9415 | K23496 | 66.90 | * |
| RAY L CARTER | 2306 BEECHWOOD DR | | WAXHAW | NC | 28173-9358 | K16564 | 66.90 | * |
| RAY L TOEPFERT JR | 5367 SHADOW HILL CT | | TAYLOR MILL | KY | 41015-4112 | K40222 | 66.90 | * |
| RAY LEE COX | 7156 ROUNDTREE RD | | SULPHUR | OK | 73086-8963 | K63053 | 66.90 | * |
| RAY MILLER | 2079 SKYLINE DR | | STOUGHTON | WI | 53589-3255 | K59551 | 66.90 | * |
| RAY PRINCE | 1430 S COCALICO RD | | DENVER | PA | 17517-9438 | K58081 | 66.90 | * |
| RAY ROBINSON | 1471 NW 180TH ST | | BURNS | KS | 66840-8871 | K55123 | 66.90 | * |
| RAY SMITH | 17311 NW 47TH AVE | | MIAMI GARDENS | FL | 33055-3633 | K40493 | 66.90 | * |
| RAY THOMPSON | 1005 95TH ST NW | | RICE | MN | 56367-7601 | K29673 | 66.90 | * |
| RAY VESELY | 1200 LINCOLN ST UNIT 417 | | BELLINGHAM | WA | 98229-5740 | K58512 | 66.90 | * |
| RAY W MERKEL | 1969 ROLLINGWOOD CT | | FLORENCE | KY | 41042-9114 | K61818 | 66.90 | * |
| RAY WHITE | 918 KINGSRIDGE CT | | BALLWIN | MO | 63021-2025 | K17634 | 66.90 | * |
| RAY ZANG | 20042 W 1ST ST | | PRATT | KS | 67124-7780 | K50036 | 66.90 | * |
| RAY ZIMMERMAN | 2040 DUBAY DR | | MOSINEE | WI | 54455-9333 | K51244 | 66.90 | * |
| RAYDENE RHOADS | PO BOX 379 | | BUSHLAND | TX | 79012-0379 | K48147 | 66.90 | * |
| RAYMOND [RAY] JEMTRUD | 817 8TH ST NE | | DEVILS LAKE | ND | 58301-2301 | K32244 | 66.90 | * |
| RAYMOND A [RAY] REES | 3700 OAKES DR | | HAYWARD | CA | 94542-1719 | K35497 | 66.90 | * |
| RAYMOND A JENSEN SR | 601 MONTEREY ST | | MCKEESPORT | PA | 15132-3628 | K60955 | 66.90 | * |
| RAYMOND A LA FACE | 3574 W WINDOVER CT | | MURRYSVILLE | PA | 15668-2129 | K40577 | 66.90 | * |
| RAYMOND A WISHART JR | 44 WESTMINSTER DR S | | SOUTHAMPTON | NJ | 08088-1023 | K47075 | 66.90 | * |
| RAYMOND ALT | 36 CIRCLE DR W | | MILTON | DE | 19968-9407 | K17616 | 66.90 | * |
| RAYMOND ARTHUR CAMARA | 259 PELLETIER LN | | TIVERTON | RI | 02878-3007 | K24470 | 66.90 | * |
| RAYMOND B BANGHART | 500 W ROSEDALE AVE APT TR-B5 | | WEST CHESTER | PA | 19382-5329 | K17131 | 66.90 | * |
| RAYMOND B FOX | 2903 SWEETLEAF TER | | MOUNT LAUREL | NJ | 08054-4936 | K43435 | 66.90 | * |
| RAYMOND BALUKIN | 148 ALCAN DR | | PITTSBURGH | PA | 15239-2361 | K42121 | 66.90 | * |
| RAYMOND BROERMAN | 13859 VERSAILLES YORKSHIRE R | | YORKSHIRE | OH | 45388-9702 | K33688 | 66.90 | * |
| RAYMOND CORREIRO | 60 LEWIS ST | | TIVERTON | RI | 02878-4223 | K27067 | 66.90 | * |
| RAYMOND CYRA | 9841 SYLVAN SHORE DR | | MINOCQUA | WI | 54548-9249 | K54056 | 66.90 | * |
| RAYMOND DE LUCIO | 911044 HOLUNAPE ST | | KAPOLEI | HI | 96707-2638 | K24066 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RAYMOND E CENTA | 4901 EARLSCOURT CIR NW | | CANTON | OH | 44718-1592 | K45100 | 66.90 | * |
| RAYMOND E WYNNE SR | 130 ALEXANDER MCGREGOR RD | | PAWTUCKET | RI | 02861-3714 | K53540 | 66.90 | * |
| RAYMOND EUGENE KIRKLAND | 2804 GUILFORD AVE | | BALTIMORE | MD | 21218-4418 | K31993 | 66.90 | * |
| RAYMOND FINK | PO BOX 134 | | WILLIAMSTON | MI | 48895-0134 | K46353 | 66.90 | * |
| RAYMOND G [BRUCKY] BRUCKMAN | 1259 HIGHLAND GREENS DR | | VENICE | FL | 34285-5666 | K18502 | 66.90 | * |
| RAYMOND G DERIENZO SR | PO BOX 359 | | BAMBERG | SC | 29003-0359 | K50010 | 66.90 | * |
| RAYMOND GENE BARRY | 2402 HARRISON AVE | | PARKERSBURG | WV | 26104-2852 | K47923 | 66.90 | * |
| RAYMOND H WEED | 4308 62ND AVE NE | | MINNEWAUKAN | ND | 58351-9594 | K32051 | 66.90 | * |
| RAYMOND HARRIS | 9507 W BURNS DR | | SUN CITY | AZ | 85351-1401 | K15845 | 66.90 | * |
| RAYMOND J [IRISH] COONEY | 27 EDWARD CT | | NEW PROVIDENC | NJ | 07974-1770 | K42737 | 66.90 | * |
| RAYMOND J GRADY | 4242 E WEST HWY APT 612 | | CHEVY CHASE | MD | 20815-5951 | K29002 | 66.90 | * |
| RAYMOND J HAGAMANN | 10818 W WEDGEWOOD DR | | SUN CITY | AZ | 85351-1036 | K49331 | 66.90 | * |
| RAYMOND JACKSON | 620 NORTHAVEN CT | | JACKSONVILLE | AR | 72076-3446 | K34401 | 66.90 | * |
| RAYMOND JAMES CLARK | 62 LINCOLN AVE | | NORTHPORT | NY | 11768-3015 | K37085 | 66.90 | * |
| RAYMOND JOSEPH FERREIRA | 15 CHURCH LN | | PORTSMOUTH | RI | 02871-4103 | K25351 | 66.90 | * |
| RAYMOND K REDENSHEK | 31709 DOUGLAS DR | | WILLOWICK | OH | 44095-4328 | K43408 | 66.90 | * |
| RAYMOND K WICKER | PO BOX 398 | | NEWBERRY | SC | 29108-0398 | K30607 | 66.90 | * |
| RAYMOND L [BUNNY] OAKES | 7315 ROTHERWOOD DR | | KNOXVILLE | TN | 37919-7417 | K17379 | 66.90 | * |
| RAYMOND L [RAY] DOHERTY | 4910 GOLF DR | | HOUSTON | TX | 77018-1426 | K52366 | 66.90 | * |
| RAYMOND L BITZER | 532 EASTBROOK RD | | RIDGEWOOD | NJ | 07450-2113 | K43219 | 66.90 | * |
| RAYMOND L JOHNSON JR | 2204 MASON AVE | | JOLIET | IL | 60435-5426 | K52815 | 66.90 | * |
| RAYMOND L ZACCAGNINI | 4817 FAIRWAY POINTE CT | | LOUISVILLE | KY | 40241-3432 | K49261 | 66.90 | * |
| RAYMOND LITTLE | 444 W WOODRIDGE LN | | PEORIA | IL | 61614-2956 | K44640 | 66.90 | * |
| RAYMOND LOWE | 4714 29TH ST | | DICKINSON | TX | 77539-5518 | K25310 | 66.90 | * |
| RAYMOND M MALINCHAK | 600 BECKMAN DR | | MCKEESPORT | PA | 15132-7413 | K60974 | 66.90 | * |
| RAYMOND M MC NEIL | 110 W MARKET ST | | FREEBURG | PA | 17827-9742 | K50959 | 66.90 | * |
| RAYMOND MCSHANE | 24110 COUNTRYSIDE DR | | MINOOKA | IL | 60447-9279 | K51498 | 66.90 | * |
| RAYMOND MILLER | 9225 W 100TH ST | | OVERLAND PARK | KS | 66212-4110 | K15067 | 66.90 | * |
| RAYMOND OSBORN | 5919 N 154TH AVE | | OMAHA | NE | 68116-4308 | K53714 | 66.90 | * |
| RAYMOND OWEN | 252 LIGHT LN | | SHEPHERDSVILL | KY | 40165-7226 | K35095 | 66.90 | * |
| RAYMOND P HUARD | 6551 FOYLE WAY | | SAN DIEGO | CA | 92117-4211 | V99564 | 66.90 | * |
| RAYMOND PRIMKA | 22 PIN OAK DR | | LAWRENCEVILLE | NJ | 08648-3141 | K30503 | 66.90 | * |
| RAYMOND R JOHNSON | 941 GREEN CASTLE DR | | DALLAS | TX | 75232-1209 | K10305 | 66.90 | * |
| RAYMOND RIDORE | 1284 E 52ND ST | | BROOKLYN | NY | 11234-2309 | K46577 | 66.90 | * |
| RAYMOND ROBERT | 4 BIRCHWOOD CT APT 3N | | MINEOLA | NY | 11501-4513 | K61907 | 66.90 | * |
| RAYMOND ROEHRIG | 210 GRANVIL DR | | LOUISVILLE | KY | 40218-3224 | K35780 | 66.90 | * |
| RAYMOND SCHWARTZ | 6723 BARNHURST DR | | SAN DIEGO | CA | 92117-4208 | K54935 | 66.90 | * |
| RAYMOND SCOTT | 3116 IWV RD SW | | IOWA CITY | IA | 52246-8474 | K59781 | 66.90 | * |
| RAYMOND SHOQUIST | 3457 14TH AVE W APT 1 | | SEATTLE | WA | 98119-1651 | K23211 | 66.90 | * |
| RAYMOND SPARKS | 308 25TH ST | | WEST DES MOIN | IA | 50265-6243 | K22368 | 66.90 | * |
| RAYMOND T BRISCO | 1634 MONICA LN | | ANDERSON | IN | 46013-2598 | K30584 | 66.90 | * |
| RAYMOND THOMPKINS | 1723 PLANK RD | | NORTH AUGUSTA | SC | 29841-2919 | K61307 | 66.90 | * |
| RAYMOND TOTH | 160 FLORENCE AVE | | COLONIA | NJ | 07067-1813 | K13694 | 66.90 | * |
| RAYMOND V MOSHER | 117 WOLCOTT AVE | | MIDDLETOWN | RI | 02842-5920 | K25493 | 66.90 | * |
| RAYMOND V WAYNE | 7101 4TH AVE APT B2 | | BROOKLYN | NY | 11209-1630 | K46504 | 66.90 | * |
| RAYMOND W RAWLINGS | 18 SHERMAN ST # 2 | | PORTLAND | ME | 04101-2317 | K39016 | 66.90 | * |
| RAYMOND W UHLHORN | 1461 QUAIL LAKE DR | | VENICE | FL | 34293-1458 | K58289 | 66.90 | * |
| RAYMOND WILSON | 632 S KATE ST | | FORT WORTH | TX | 76108-1412 | K14880 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RAYMOND ZADD | 2056 MCCLAREN LN | | BROADVIEW HEI | OH | 44147-3600 | K51506 | 66.90 | * |
| RAYMOND ZADZILKO | 3444 NEW GERMANY RD | | EBENSBURG | PA | 15931-4319 | K14050 | 66.90 | * |
| RAYNER K [RAY] ROSICH | 6613 S GRAY ST | | LITTLETON | CO | 80123-6880 | K50484 | 66.90 | * |
| RAYNITA HOUGLUM | 601 9TH AVE | | INTERNATIONAL | MN | 56649-2541 | K26421 | 66.90 | * |
| REA ZEINER | 496 S COUNTY ROAD 100 E | | GREENCASTLE | IN | 46135-7848 | K47280 | 66.90 | * |
| REBA DEAN | 202 N 16TH ST | | LAMESA | TX | 79331-3310 | K42382 | 66.90 | * |
| REBA J FONZI | 602 KING ST | | OLEAN | NY | 14760-3008 | K43971 | 66.90 | * |
| REBA MILLER | 2049 STONECREST LN | | LINCOLN | CA | 95648-8700 | K32669 | 66.90 | * |
| REBA SWEIGART | 313 E MAIN ST | | MOUNT JOY | PA | 17552-1517 | K58039 | 66.90 | * |
| REBECCA [BECKY] CHAVEZ | 883 W 2650 N | | CLINTON | UT | 84015-9141 | K19039 | 66.90 | * |
| REBECCA [BECKY] DILLANDER | 102 CHERRY ST | | VINE GROVE | KY | 40175-1004 | K34706 | 66.90 | * |
| REBECCA [BECKY] LOOSE | 312 CRESCENT AVE | | EPHRATA | PA | 17522-1506 | K58910 | 66.90 | * |
| REBECCA [BECKY] PANZI | 1008 JEROLEMAN ST | | DUNLAP | IA | 51529-1222 | K55872 | 66.90 | * |
| REBECCA [BECKY] STONE | 2546 W MONTEREY WAY | | PHOENIX | AZ | 85017-5104 | K55083 | 66.90 | * |
| REBECCA [BECKY] WEINHANDL | 607 MAPLE ST | | MARENGO | IL | 60152-3451 | K38020 | 66.90 | * |
| REBECCA A WEAVER | 5055 BLUE SKY LN | | CUMMING | GA | 30040-6436 | K18981 | 66.90 | * |
| REBECCA AMATO | 12944 PLEASANT RIDGE DR | | WALKER | LA | 70785-8305 | K58450 | 66.90 | * |
| REBECCA B PINCUS | 21549 JUEGO CIR APT 7D | | BOCA RATON | FL | 33433-2063 | K39240 | 66.90 | * |
| REBECCA D SNYDER | 5604 RIVER FALLS DR | | CHARLOTTE | NC | 28215-9652 | K16377 | 66.90 | * |
| REBECCA DICKEY | 507 ELKS RD | | RICHMOND | IN | 47374-3632 | K24062 | 66.90 | * |
| REBECCA F GRUNBAUM | 7242 DARTMOUTH AVE | | SAINT LOUIS | MO | 63130-3005 | K38680 | 66.90 | * |
| REBECCA GRAVES | 706 TIMBERVIEW AVE | | SPRINGFIELD | OH | 45502-7954 | K32202 | 66.90 | * |
| REBECCA HAUSER | 138 S CHURCHILL DR | | FAYETTEVILLE | NC | 28303-5065 | K61690 | 66.90 | * |
| REBECCA HENDERSON | PO BOX 98 | | SANFORD | FL | 32772-0098 | K40730 | 66.90 | * |
| REBECCA JEAN FREDERICKSON | 7300 SHOSHONE AVE | | LAKE BALBOA | CA | 91406-2338 | K21633 | 66.90 | * |
| REBECCA JENSEN | 2316 ROEMIG ST SW | | CEDAR RAPIDS | IA | 52404-6157 | K57077 | 66.90 | * |
| REBECCA JONES | 5075 WALKER ST | | NORTH CHARLES | SC | 29405-4351 | K30604 | 66.90 | * |
| REBECCA L JEWISON | 2518 S J ST | | RICHMOND | IN | 47374-4588 | K30126 | 66.90 | * |
| REBECCA LANE | 8009 MARGARET ST | | TAYLOR | MI | 48180-2463 | K58765 | 66.90 | * |
| REBECCA M PRINE | 1919 NORTHWOOD DR | | KNOXVILLE | TN | 37923-1308 | K15386 | 66.90 | * |
| REBECCA MAHOLOVICH | 614 N MAIN ST | | EUREKA | IL | 61530-1046 | K42062 | 66.90 | * |
| REBECCA MAXWELL | 3700 BUCHANAN AVE SPC 15 | | RIVERSIDE | CA | 92503-4866 | K51991 | 66.90 | * |
| REBECCA NULL | PO BOX 852 | | NIWOT | CO | 80544-0852 | K45074 | 66.90 | * |
| REBECCA PIERCE | 825 ESSEX PKWY NW APT 245 | | ROCHESTER | MN | 55901-3435 | K55443 | 66.90 | * |
| REBECCA POST | 399 HESS ST S | | HAMILTON | ON | L8P 3R2 | K39460 | 66.90 | * |
| REBECCA RIDPATH | 3205 BLUE RIDGE DR | | CEDAR PARK | TX | 78613-5420 | K33415 | 66.90 | * |
| REBECCA ROMSTAD | 2209 14TH ST S | | SAINT CLOUD | MN | 56301-4852 | K22174 | 66.90 | * |
| REBECCA SMITH | 2175 BIG IVY RD | | PURLEAR | NC | 28665-9103 | K59646 | 66.90 | * |
| REBECCA STOVER | 4843 LAKEWOOD DR | | NORWALK | IA | 50211-1819 | K21409 | 66.90 | * |
| REBECCA SUE KUHNS | 10 LAFAYETTE DR | | PALMYRA | VA | 22963-2932 | K21885 | 66.90 | * |
| REBECCA T HELFER | 10317 BILSTON CT APT 1 | | SAINT LOUIS | MO | 63146-5832 | K39117 | 66.90 | * |
| REBECCA THOMAS | 217 13TH ST NW | | DEVILS LAKE | ND | 58301-1521 | K38380 | 66.90 | * |
| REBECCA WESTBROOK | 534 AUDUBON CIR | | NORTH AUGUSTA | SC | 29841-2701 | K20290 | 66.90 | * |
| REBECCAH [BECKY] COLLINS | 1207 FAGLEY DR | | SEYMOUR | TN | 37865-4342 | K36259 | 66.90 | * |
| REDEMPTORIST REGIONAL CATHOLIC H.S. | c/o CHRIS PORCHE '80 | 4000 SAINT GERARD AVE | BATON ROUGE | LA | 70805-2999 | | 0.00 | ** |
| REED SNYDER | 409 EDGEHILL DR | | AKRON | PA | 17501-1250 | K57592 | 66.90 | * |
| REED WIEGLE | 800 LITTLE CONESTOGA RD | | GLENMOORE | PA | 19343-2008 | K36591 | 66.90 | * |
| REEN WHITHAM | 4218 WIGHTMAN ST | | SAN DIEGO | CA | 92105-2618 | K30210 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| REENE BUTTERBAUGH | 2347 QUAKER AVE | | NEW LONDON | IA | 52645-9104 | K56914 | 66.90 | * |
| REGENA FERGUSON | 612 S 8TH ST APT 5 | | DEMING | NM | 88030-4049 | K51324 | 66.90 | * |
| REGESTON A PARKER | 3709 NOVUS CT | | GRAND PRAIRIE | TX | 75052-7004 | V99379 | 66.90 | * |
| REGINA [REGGIE] GRZYWACZ | 2519 53RD ST | | LUBBOCK | TX | 79413-4407 | K42526 | 66.90 | * |
| REGINA A BLAIR | 4600 W PENDLETON PL | | PEORIA | IL | 61615-2839 | K45671 | 66.90 | * |
| REGINA APUZZO | 1185 MOUNT EYRE RD | | WASHINGTON CR | PA | 18977-1441 | K24610 | 66.90 | * |
| REGINA BARR | 1453 E 6TH ST | | DELTA | CO | 81416-2966 | K18177 | 66.90 | * |
| REGINA COLLINS | 28031 CHAPULIN | | MISSION VIEJO | CA | 92692-2341 | K49783 | 66.90 | * |
| REGINA D BROWN | 715 S 4TH ST | | WAPELLO | IA | 52653-1413 | K53889 | 66.90 | * |
| REGINA GAGNE | 14 SEAVIEW AVE | | JAMESTOWN | RI | 02835-1645 | K28425 | 66.90 | * |
| REGINA HAGGERTY | 6 EDEN CIR | | BROOMALL | PA | 19008-4136 | K49108 | 66.90 | * |
| REGINA M HAHN | 5234 PLOVER CIR | | FORT WAYNE | IN | 46818-2515 | K38315 | 66.90 | * |
| REGINA MACK | 3603 JAMAICA DR | | AUGUSTA | GA | 30909-2617 | K59695 | 66.90 | * |
| REGINA MIYAMOTO | 10745 BOTHWELL RD | | CHATSWORTH | CA | 91311-1913 | K58162 | 66.90 | * |
| REGINA PETTUS | 2460 PEACHTREE RD NW APT 405 | | ATLANTA | GA | 30305-4154 | K42702 | 66.90 | * |
| REGINA VAN ANTWERPEN-SPAHN | 1829 W ZEDLER LN | | MEQUON | WI | 53092-5430 | K35868 | 66.90 | * |
| REGINALD SHULL | 3212 BECKER RD | | WOODBURN | IN | 46797-9441 | K39982 | 66.90 | * |
| REGIS J OBRINGER | 784 BALDWIN RD | | PITTSBURGH | PA | 15207-1929 | K43260 | 66.90 | * |
| REGIS J OBRINGER JR | 5174 CURRY RD | | PITTSBURGH | PA | 15236-2542 | K45328 | 66.90 | * |
| REID C PIXLER | 3166 E DESERT WILLOW RD | | PHOENIX | AZ | 85048-8312 | K23884 | 66.90 | * |
| REIKO SCOTT | 36455 S EVERETT BOWMAN TRL | | WICKENBURG | AZ | 85390-2429 | K52104 | 66.90 | * |
| REINHOLD C [REINY] DAHLKE III | 4827 MOUNT PILGRIM CHURCH RD | | PROSPERITY | SC | 29127-7341 | K58189 | 66.90 | * |
| REINOLD BOETTCHER | 9311 RAMBOUILLET RDG | | ROSCOE | IL | 61073-7280 | K47573 | 66.90 | * |
| REITA RIVERS | 140 MARION DR | | ATHENS | GA | 30606-4922 | K22747 | 66.90 | * |
| REKITA WHITE | 435 GARDEN AVE | | BROWNS MILLS | NJ | 08015-1829 | K54287 | 66.90 | * |
| RELDA BUCKHEIT | 1940 CASCADES DR APT 9 | | NAPLES | FL | 34112-2711 | K37097 | 66.90 | * |
| REMA MARQUIS | 916 FOREST HILLS BLVD | | RICHMOND | IN | 47374-6698 | K24204 | 66.90 | * |
| RENAE MALONEY | 1958 COUNTY ROAD 138 | | INTERNATIONAL | MN | 56649-8752 | K24006 | 66.90 | * |
| RENARD BERGSTROM | 521 12TH AVE NE | | DEVILS LAKE | ND | 58301-2713 | K34572 | 66.90 | * |
| RENE' DAWN LAMBERT | 4412 WILLIAMS HWY | | GRANTS PASS | OR | 97527-8797 | K36458 | 66.90 | * |
| RENE GOTTHEIM | 320 E SHORE RD APT 14C | | GREAT NECK | NY | 11023-1735 | K45583 | 66.90 | * |
| RENE W RIZAN | 25518 HIGHWAY 435 | | ABITA SPRINGS | LA | 70420-2752 | K55459 | 66.90 | * |
| RENEE B FENN | PO BOX 32 | | WILLIAMS | OR | 97544-0032 | K33785 | 66.90 | * |
| RENEE CAREY | 11856 S IRONWOOD DR | | YUMA | AZ | 85367-5877 | K19940 | 66.90 | * |
| RENEE DANZL | 24557 400TH ST NW | | STRANDQUIST | MN | 56758-9766 | K26775 | 66.90 | * |
| RENEE FANSHAWE | 301 NORRISTOWN RD APT D104 | | AMBLER | PA | 19002-2772 | K49424 | 66.90 | * |
| RENEE FLEISCHER | 15524 KILLARNEY ST | | HOWARD BEACH | NY | 11414-2855 | K55169 | 66.90 | * |
| RENEE GOLDMAN | 444 HENDRICKS ISLE APT 501 | | FORT LAUDERDA | FL | 33301-3881 | K41819 | 66.90 | * |
| RENEE HENSON | 2683 N WHITEWATER CLUB DR | | PALM SPRINGS | CA | 92262-2688 | K42144 | 66.90 | * |
| RENEE LEEDY | 1257 DEVONSHIRE WAY | | GRANTS PASS | OR | 97527-6206 | K31822 | 66.90 | * |
| RENEE LINK | 10113 MANGROVE DR APT 102 | | BOYNTON BEACH | FL | 33437-1329 | K53854 | 66.90 | * |
| RENEE RADFORD | 405 5TH ST | | INTERNATIONAL | MN | 56649-2401 | K18297 | 66.90 | * |
| RENEE ROGNESS | 409 23RD TER E | | WILLISTON | ND | 58801-6200 | K35772 | 66.90 | * |
| RENEE SOBOLESKI | 128 PARK AVENUE | | INTERNATIONAL | MN | 56649-2118 | K18478 | 66.90 | * |
| RENETTA BRIDGE | 21155 WOODED COVE DR | | ELWOOD | IL | 60421-9615 | K50571 | 66.90 | * |
| RET CAROLYN CARROLL USA | 4294 FM 2808 | | KEMPNER | TX | 76539-5763 | K20993 | 66.90 | * |
| RETA FOREE | 487 FLINO RD | | SIDNEY | AR | 72577-9193 | K40907 | 66.90 | * |
| RETA GAIL THRUSH | 7698 REDBUD CT | | NEWARK | CA | 94560-2244 | K49264 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RETTA KALINOWSKI | 11307 CURRITUCK CT | | FREDERICKSBUR | VA | 22407-3722 | K59969 | 66.90 | * |
| RETTA MIZAK | 175 LINCOLN AVE | | HOMESTEAD | PA | 15120-2329 | K41100 | 66.90 | * |
| REV ALLEN ROSS | 7764 N VIA ATASCADERO | | TUCSON | AZ | 85743-8101 | K44643 | 66.90 | * |
| REV ANDREW B WOOD | 4491 MINNIE HALL RD | | AUTRYVILLE | NC | 28318-7076 | K58209 | 66.90 | * |
| REV ANDREW BROWN | PO BOX 280517 | | HOUSTON | TX | 77228-0517 | K11026 | 66.90 | * |
| REV ASHLEY H PECKHAM | 31 W MAIN RD | | PORTSMOUTH | RI | 02871-1406 | K24436 | 66.90 | * |
| REV BEAUFORT ROBERTS | PO BOX 3207 | | BRUNSWICK | GA | 31521-3207 | K59686 | 66.90 | * |
| REV BOBBY WALKER | 20 MALLORY ST | | BATESVILLE | AR | 72501-5343 | K35964 | 66.90 | * |
| REV BUTLER W SMITH | 3506 HIGHWAY 62 W | | POCAHONTAS | AR | 72455-8908 | K34226 | 66.90 | * |
| REV CAROLYNN PALIN | 1840 LEFFLER DR | | LIMA | OH | 45806-1719 | K45402 | 66.90 | * |
| REV CHARLES MITCHELL | 823 WESTERMAN CT | | VILLA HILLS | KY | 41017-1093 | K35684 | 66.90 | * |
| REV CLARENCE K DERRICK JR | 1413 ROSE PARK DR | | CHARLESTON | SC | 29412-8172 | K31736 | 66.90 | * |
| REV CLARENCE LEE | 31 N DEER CLIFF DR | | CRAWFORDSVILL | IN | 47933-2259 | K45520 | 66.90 | * |
| REV CONSTANTINE T DIMAS | PO BOX 363 | | KECHI | KS | 67067-0363 | K56451 | 66.90 | * |
| REV CRAIG STEIMEL | PO BOX 10 | | NORWAY | IA | 52318-0010 | K57330 | 66.90 | * |
| REV DANIEL MURRAY SHULL JR | 111 PLANTATION DR | | MOORE | SC | 29369-9794 | K30753 | 66.90 | * |
| REV DARLINE BALM-DEMMEL | 603 W 9TH ST | | CEDAR FALLS | IA | 50613-2961 | K54251 | 66.90 | * |
| REV DAVID E BRIDGFORTH | 128 PENDOCK LN | | PIEDMONT | SC | 29673-8194 | K30955 | 66.90 | * |
| REV DAVID EUGENE RICHEY | 147 BRADLEY 147 RD | | WARREN | AR | 71671-9173 | K39703 | 66.90 | * |
| REV DAVID L KNIGHT | PO BOX 4188 | | BUTTE | MT | 59702-4188 | K23902 | 66.90 | * |
| REV DEAN E BYROM | 171 COBBLESTONE DR | | PITTSBURGH | PA | 15237-1288 | K62618 | 66.90 | * |
| REV DENNIS SHEHAN | PO BOX 1519 | | ATASCADERO | CA | 93423-1519 | K54643 | 66.90 | * |
| REV DOLLIE HUMPHREY | HC 2 BOX 807 | | ANAHUAC | TX | 77514-9605 | K10868 | 66.90 | * |
| REV DOLORES TAYLOR | 210 WOODLAND DR | | EUSTIS | FL | 32726-7805 | K22723 | 66.90 | * |
| REV DONALD B LOADHOLDT | PO BOX 444 | | WHITE ROCK | SC | 29177-0444 | K30905 | 66.90 | * |
| REV DONALD SMITH | 1210 MIXON AVE | | BAY MINETTE | AL | 36507-5115 | K34447 | 66.90 | * |
| REV DR ALLEN WARD BEACH | 806 ARBORETUM DR | | HESSTON | KS | 67062-8948 | K33507 | 66.90 | * |
| REV E ARDEN HALLMAN JR | 322 CHURCH ST | | LEESVILLE | SC | 29070-7780 | K36233 | 66.90 | * |
| REV E LEDELL BAILEY | 2420 BRITTANY LN | | SEARCY | AR | 72143-7064 | K34308 | 66.90 | * |
| REV EARL S KING JR | 14362 SPRINGBROOK CT | | WOODBRIDGE | VA | 22193-3401 | K32356 | 66.90 | * |
| REV EDWARD RALPH BENOWAY | 1233 FOX CHAPEL DR | | LUTZ | FL | 33549-8707 | K34248 | 66.90 | * |
| REV EDWIN THRESS | 56 ROBINSON CIR | | SEAFORD | DE | 19973-1539 | K38785 | 66.90 | * |
| REV ELDON NOLTE | 3416 E 52ND ST | | DES MOINES | IA | 50317-4955 | K53051 | 66.90 | * |
| REV EUGENE L EPTING JR | 14 BLACK FOREST DR | | SAVANNAH | GA | 31410-2709 | K31110 | 66.90 | * |
| REV FRANK R HAIG | 4501 N CHARLES ST | | BALTIMORE | MD | 21210-2601 | K40337 | 66.90 | * |
| REV FRED C LOWERY | 211 WILLOW VALLEY SQ | | LANCASTER | PA | 17602-4861 | K27754 | 66.90 | * |
| REV FRED JENSEN | PO BOX 272 | | CAMBRIDGE CIT | IN | 47327-0272 | K48172 | 66.90 | * |
| REV FRED W GOLKE | 5114 LONG LAKE RD | | MOUNDS VIEW | MN | 55112-4823 | K39410 | 66.90 | * |
| REV GEORGE D PLVAN | 309 WEAVER AVE | | EMPORIA | VA | 23847-1231 | K39579 | 66.90 | * |
| REV GEORGE M MASON | 2940 WHEATFIELD FARMS DR | | O FALLON | MO | 63368-7848 | K22128 | 66.90 | * |
| REV GEORGE M RUSHE | 126 LAKE VISTA DR | | CHAPIN | SC | 29036-8469 | K30819 | 66.90 | * |
| REV GERALD [GERRY] MARTIN | 924 8TH ST | | CLAY CENTER | KS | 67432-2620 | K54374 | 66.90 | * |
| REV GERALD E CHRISTENSEN | 707 BLUFF ST | | NECEDAH | WI | 54646-7863 | K58117 | 66.90 | * |
| REV HARLAN WINTER | 319 S 5TH ST | | WAPELLO | IA | 52653-1455 | K54904 | 66.90 | * |
| REV HAROLD G WILLIAMS | 104 CALVIN WAY | | HUNTINGDON | PA | 16652-2708 | K15292 | 66.90 | * |
| REV HAROLD J MCCOY SR | 1044 POTRERO CIR | | SUISUN CITY | CA | 94585-4139 | V99765 | 66.90 | * |
| REV HAROLD W KAMMAN | 7707 W BRITTON RD APT 2201 | | OKLAHOMA CITY | OK | 73132-1532 | K38763 | 66.90 | * |
| REV HENRY F WITTE | 1013 S NEWTON ST | | SIOUX CITY | IA | 51106-1337 | K43339 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.          Page 446 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| REV HENRY N BRANDT | PO BOX 807 | | PROSPERITY | SC | 29127-0807 | K30107 | 66.90 | * |
| REV HERBERT N OSBORNE | 12401 PARCHMENT DR | | HUDSON | FL | 34667-2572 | K51631 | 66.90 | * |
| REV ION SPOR PHD | 7785 6025 RD | | OLATHE | CO | 81425-9378 | K22001 | 66.90 | * |
| REV J BILL SMITH | 4240 VASHTI RD | | TAYLORSVILLE | NC | 28681-8476 | K37397 | 66.90 | * |
| REV J PIERCE EVANS JR | PO BOX 7 | | LITTLE MOUNTA | SC | 29075-0007 | K31871 | 66.90 | * |
| REV JAMES D MASSEY JR | 2410 BRISTOL DR | | MACON | GA | 31217-4504 | K60878 | 66.90 | * |
| REV JAMES L [JIM] LEY | 161 LYDIA LN | | WEST CHESTER | PA | 19382-6102 | K34750 | 66.90 | * |
| REV JAMES M DURGIN | 3316 CHADWOOD DR | | NEW ALBANY | IN | 47150-4291 | K26704 | 66.90 | * |
| REV JAMES P HABERKOST | 544 SUNSET AVE | | LA GRANGE | IL | 60525-6117 | K39584 | 66.90 | * |
| REV JAMES ROARK | PO BOX 1076 | | WILLIAMSBURG | KY | 40769-3076 | K35125 | 66.90 | * |
| REV JAMES W ALLISON | PO BOX 638 | | NEW LEXINGTON | OH | 43764-0638 | K51379 | 66.90 | * |
| REV JAMES W SHELDON | 221 BRITTANY LN | | PITTSFORD | NY | 14534-4319 | K32736 | 66.90 | * |
| REV JERRY GREER | 19800 BURNHAM AVE | | LYNWOOD | IL | 60411-9752 | K34228 | 66.90 | * |
| REV JESSE HODGES | 4711 VICTORIA WATTS PL | | JONESBORO | AR | 72404-8387 | K40196 | 66.90 | * |
| REV JOHN A MALCOLMSON | 26 MAPLE ST | | WEST BOYLSTON | MA | 01583-1809 | K10633 | 66.90 | * |
| REV JOHN DARLINGTON | 1800 9TH ST SW | | WILLMAR | MN | 56201-3919 | K29302 | 66.90 | * |
| REV JOHN ROBERT MUHLIG JR | 3850 GALLERIA WOODS DR APT 1 | | HOOVER | AL | 35244-3062 | K36184 | 66.90 | * |
| REV JOHN W SCHWARTZ | 34089 OLD FORGE CT | | STERLING HEIG | MI | 48312-5649 | K60200 | 66.90 | * |
| REV JOHN WESLEY ATCHISON | RR 1 BOX 1792 | | SUMMERSVILLE | MO | 65571-9647 | K35825 | 66.90 | * |
| REV JOHNNY R HATNEY | 119 E WALKER ST | | AUGUSTA | GA | 30901-1745 | K59924 | 66.90 | * |
| REV JOSEPH M SCHNEIDER | 119 W FAYETTE ST | | MANCHESTER | IA | 52057-1515 | K55807 | 66.90 | * |
| REV KAREN R TEWS | 1310 WHITFIELD DR | | GENEVA | IL | 60134-1674 | K59739 | 66.90 | * |
| REV KARL FREDERICK SUHR | 2269 CHRYSLER TER NE | | ATLANTA | GA | 30345-3808 | K30725 | 66.90 | * |
| REV KATHRYN E YATES | 322 N 2ND ST APT 2006 | | HARRISBURG | PA | 17101-1337 | K59720 | 66.90 | * |
| REV LARRY CONNORS | 12724 SADDLE WAY | | KNOXVILLE | TN | 37922-6676 | K19941 | 66.90 | * |
| REV LARRY CONRAD | 6048 CYPRESS COVE DR | | THE COLONY | TX | 75056-4617 | K50645 | 66.90 | * |
| REV LARRY KENT WOLFF | 78 STONEYKIRK DR | | PINEHURST | NC | 28374-9046 | K36232 | 66.90 | * |
| REV LOUISE SHOEMAKER | 1 HILLCREST AVE APT 200 | | MORRISVILLE | PA | 19067-1154 | K38233 | 66.90 | * |
| REV MARGARET ALSTON | 828 BAINBRIDGE BLVD | | CHESAPEAKE | VA | 23324-2543 | K13343 | 66.90 | * |
| REV MARTIN P OTILLIO | 2217 GREEN ACRES RD | | METAIRIE | LA | 70003-2009 | K56552 | 66.90 | * |
| REV MARYLIZ CLARK | 18 MINDY DR | | MOORESTOWN | NJ | 08057-3024 | K41686 | 66.90 | * |
| REV MEL LUETCHENS | 33919 WAVERLY RD | | MURDOCK | NE | 68407-2141 | K53521 | 66.90 | * |
| REV MILAN J BABEL | 6406 LARCHMONT DR | | MOUNT PLEASAN | WI | 53406-5124 | K38214 | 66.90 | * |
| REV ORLANDO E TRIER | 6439 NE 35TH PL | | PORTLAND | OR | 97211-7271 | K38454 | 66.90 | * |
| REV PATRICK CLEMENTS | 3388 CHAMPIONSHIP DR S | | SALEM | OR | 97302-9806 | K58495 | 66.90 | * |
| REV PAUL L POLK | 4915 QUAILGATE DR | | SPRING | TX | 77373-8556 | K19929 | 66.90 | * |
| REV PAUL WEINERT | 424 E 22ND ST | | FALLS CITY | NE | 68355-1712 | K54006 | 66.90 | * |
| REV PEGGY KIERAS | 54 PARKER AVE | | HOLDEN | MA | 01520-2428 | K54908 | 66.90 | * |
| REV PETER J MARS | PO BOX 188 | | NORTH MONMOUT | ME | 04265-0188 | K10870 | 66.90 | * |
| REV PHILIP H SCHOENHERR | 2365 CHAMBERS ST | | EUGENE | OR | 97405-1860 | K39211 | 66.90 | * |
| REV RAY LEE BORCHELT | 3662 S MARLBOROUGH DR | | TUCKER | GA | 30084-8313 | K40212 | 66.90 | * |
| REV RAY OHLENDORF | 4046 NC HIGHWAY 16 N | | TAYLORSVILLE | NC | 28681-8438 | K53432 | 66.90 | * |
| REV RICHARD PAULUS | PO BOX 397 | | WEST BRANCH | IA | 52358-0397 | K59520 | 66.90 | * |
| REV RICHARD STADELMANN | 5538 SPREEN RD | | BRENHAM | TX | 77833-6650 | K23751 | 66.90 | * |
| REV RICKEY KENDRICK | 7729 S CRANDON AVE | | CHICAGO | IL | 60649-4118 | K45096 | 66.90 | * |
| REV ROBERT L PRICE | 1905 N EAST ST | | KIRKSVILLE | MO | 63501-2518 | K54023 | 66.90 | * |
| REV ROBERT LINK | 1029 SITKA CT | | LOVELAND | CO | 80538-4052 | K53150 | 66.90 | * |
| REV ROBERT MADER | PO BOX 1698 | | SAINT CLOUD | MN | 56302-1698 | K49775 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| REV ROBERT SCHWANKE | 874 ELM ST NE | | HUTCHINSON | MN | 55350-1287 | K53477 | 66.90 | * |
| REV ROBERT VAN KUREN | 3307 TIMBERVIEW ST | | FLINT | MI | 48532-3756 | K59136 | 66.90 | * |
| REV ROGER WEDL | 7506 BIRKDALE DR | | NEWARK | CA | 94560-1512 | K20016 | 66.90 | * |
| REV RONALD W DEYOUNG | 15959 VERA CT | | OAK FOREST | IL | 60452-3736 | K35061 | 66.90 | * |
| REV ROY MCKAY | PO BOX 222 | | ABERDEEN | MS | 39730-0222 | K48006 | 66.90 | * |
| REV RUSSELL L SAUERWEIN | 103 JACKS LN | | CENTRE HALL | PA | 16828-9112 | K41367 | 66.90 | * |
| REV STANLEY BOLDS | 44 S STARR AVE | | PITTSBURGH | PA | 15202-3408 | K54336 | 66.90 | * |
| REV STEPHEN C LOVELADY | 609 12TH ST | | SILVIS | IL | 61282-1528 | K60135 | 66.90 | * |
| REV SUSAN KENNEDY | 507 SPRING GARDEN ST | | POTTSVILLE | PA | 17901-1650 | K22191 | 66.90 | * |
| REV THEODORE E ALLWARDT | 98126 W BENHAM LN SPC 29 | | BROOKINGS | OR | 97415-8518 | K42855 | 66.90 | * |
| REV THOMAS ALEXANDER WRIGHT | 5315 WOODSTEAD WAY | | ORLANDO | FL | 32819-3934 | K39896 | 66.90 | * |
| REV THOMAS N GREEN | 415 GRAMATAN AVE APT 3H | | MOUNT VERNON | NY | 10552-2907 | K39685 | 66.90 | * |
| REV THOMAS SEAGRAVE | 455 W 20TH AVE | | SAN MATEO | CA | 94403-1335 | K53352 | 66.90 | * |
| REV VICTOR H COHEA | 9701 HAMMOND ST | | NEW ORLEANS | LA | 70127-3519 | K52425 | 66.90 | * |
| REV WELDON H LEIMER | 1737 TIMBER HEIGHTS DR | | INDIANAPOLIS | IN | 46280-1593 | K38787 | 66.90 | * |
| REV WILLIAM BRYAN KYZER SR | 555 FOREMOST DR | | LEXINGTON | SC | 29073-8519 | K31994 | 66.90 | * |
| REV WILLIAM W LEVERGOOD | 628 E KEARNEY ST | | SPRINGFIELD | MO | 65803-3426 | K60379 | 66.90 | * |
| REV WILNER MAXY | 20420 NW 9TH CT | | MIAMI | FL | 33169-2372 | K46403 | 66.90 | * |
| REVA PRAY | PO BOX 78 | | HASTINGS | FL | 32145-0078 | K42290 | 66.90 | * |
| REX BAUMBACK | 3156 RAINBOW RIDGE DR | | PRESCOTT | AZ | 86303-5767 | K57073 | 66.90 | * |
| REX BOYLSTON | 129 HARBRA CT | | LEXINGTON | SC | 29072-9552 | K32519 | 66.90 | * |
| REX BRANDSTATTER | 2159 LYNNCREST DR | | CORALVILLE | IA | 52241-2892 | K58422 | 66.90 | * |
| REX DAVIS | 1502 LOOP DR | | SAN ANGELO | TX | 76904-7701 | K42479 | 66.90 | * |
| REX G PHILLIPS | 3946 CAUSEWAY DR NE | | LOWELL | MI | 49331-9408 | K35630 | 66.90 | * |
| REX HOULETTE | 1104 NE 4TH ST | | DUMAS | TX | 79029-3402 | K32422 | 66.90 | * |
| REX I HYZER | 3026 N BASS LAKE RD | | PIERSON | MI | 49339-9411 | K36131 | 66.90 | * |
| REX L SPENCER | 303 N MILL ST | | CELINA | OH | 45822-1644 | K32000 | 66.90 | * |
| REX MCKEE | 2368 RIDGE RD | | TRAER | IA | 50675-9374 | K59035 | 66.90 | * |
| REX PATTY | 1912 SE INDIANA AVE | | TOPEKA | KS | 66607-1426 | K49671 | 66.90 | * |
| REX ROBERTS | 421 S ROSEDALE AVE | | LIMA | OH | 45805-3353 | K45346 | 66.90 | * |
| REX ROBINSON | 5481 ROCKPOINTE DR | | CLIFTON | VA | 20124-0941 | K43011 | 66.90 | * |
| REX SURBER SR | 9711 TRADING POST RD | | LEO | IN | 46765-9316 | K20976 | 66.90 | * |
| REX W JOYNER | 6610 QUAIL RIDGE LN | | FORT WAYNE | IN | 46804-2876 | K40065 | 66.90 | * |
| REYNALDO A GREGORY | 4838 S SEDGEWICK RD | | LYNDHURST | OH | 44124-1109 | K52465 | 66.90 | * |
| REYNOLDS E NORRIS | 33 E MAIN ST | | NORTH EAST | PA | 16428-1340 | K15808 | 66.90 | * |
| RHEA-JOY R SIMONICH | 24058 BROWN LN | | PLAINFIELD | IL | 60586-8281 | K49610 | 66.90 | * |
| RHETT RILEY | 129 LAKEVIEW DR | | EUTAWVILLE | SC | 29048-9495 | K37002 | 66.90 | * |
| RHODA GRIMSKY | 1047 FERNGATE LN | | CREVE COEUR | MO | 63141-6129 | K40304 | 66.90 | * |
| RHODA JONES | 2129 WESLEY ST | | MCKEESPORT | PA | 15132-7640 | K60913 | 66.90 | * |
| RHODA KESSELMAN-RABINOWITZ | 20 CONSHOHOCKEN STATE RD APT | | BALA CYNWYD | PA | 19004-3325 | K37710 | 66.90 | * |
| RHODA LASH | 27 SHADY LN | | SYOSSET | NY | 11791-1407 | K49505 | 66.90 | * |
| RHODA LENGLE | 1621 GOOD SHEPHERD RD | | MONTOURSVILLE | PA | 17754-8088 | K20532 | 66.90 | * |
| RHODA LUCAS | 123 ROUTE 530 | | SOUTHAMPTON | NJ | 08088-1643 | K47335 | 66.90 | * |
| RHODA MOUNTZ | 314 DECLARATION AVE | | EPHRATA | PA | 17522-7004 | K57467 | 66.90 | * |
| RHODA SUTHERLAND | 50 HOLLY LN | | PAOLA | KS | 66071-1843 | K18250 | 66.90 | * |
| RHONA KATZ | 130 E 18TH ST APT 4H | | NEW YORK | NY | 10003-2436 | K49952 | 66.90 | * |
| RHONDA ABEL | 5503 MALLARD POINTE CT | | MILFORD | OH | 45150-9417 | K39005 | 66.90 | * |
| RHONDA BAILEY | 215 E 23RD ST | | DES MOINES | IA | 50317-2217 | K20948 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| RHONDA BERNDT | 18101 RYANWOOD DR | | RIVERVIEW | MI | 48193-8138 | K58874 | 66.90 | * |
| RHONDA CLARADY | 1824 BIMINI WAY | | SEABROOK | TX | 77586-2924 | K52432 | 66.90 | * |
| RHONDA ELIFRITZ-RIX | 2415 E ROSEMONTE DR | | PHOENIX | AZ | 85050-3110 | K32127 | 66.90 | * |
| RHONDA FITCHETT | 1912 1ST AVE N | | FORT DODGE | IA | 50501-6742 | K14624 | 66.90 | * |
| RHONDA HALL | 2216 W BANNOCK ST | | BOISE | ID | 83702-4924 | K32472 | 66.90 | * |
| RHONDA HORTON | 8302 FARM ROAD 71 W | | TALCO | TX | 75487-3623 | K29060 | 66.90 | * |
| RHONDA JONES | 1800 RESERVOIR RD LOT 82 | | LIMA | OH | 45804-2961 | K45211 | 66.90 | * |
| RHONDA KORTE | 37768 S HURON RD | | NEW BOSTON | MI | 48164-9661 | K58399 | 66.90 | * |
| RHONDA MARIA RICHARDSON | 101 MIDWAY FARMS DR | | LEXINGTON | SC | 29072-7718 | K31565 | 66.90 | * |
| RHONDA MATHIS | 436 LAMB ST | | PERRY | MI | 48872-8521 | K42436 | 66.90 | * |
| RHONDA MAYFIELD | PO BOX 2651 | | SPRINGFIELD | VA | 22152-0651 | K14899 | 66.90 | * |
| RHONDA MCPHERON | 5171 ASTER ST | | ELIDA | OH | 45807-1366 | K48012 | 66.90 | * |
| RHONDA METHFESSEL | 224 PARMER DR | | DES MOINES | IA | 50315-7743 | K25560 | 66.90 | * |
| RHONDA R FEICHT | 2601 PEBBLE BEACH DR | | VALPARAISO | IN | 46383-3284 | K16972 | 66.90 | * |
| RHONDA SIKORA | 25836 MARTIN DR | | SPIRIT LAKE | IA | 51360-7306 | K59428 | 66.90 | * |
| RHONDA STOVER | PO BOX 202 | | SOUTHWICK | MA | 01077-0202 | K41585 | 66.90 | * |
| RHONDA TASSIN | 15856 S BLACKFOOT CT | | OLATHE | KS | 66062-6608 | K22598 | 66.90 | * |
| RHONDA WALSH | 3852 BAYBERRY LN | | SEAFORD | NY | 11783-1503 | K36997 | 66.90 | * |
| RIC CALLAHAN | 8636 GRUENEWALD LN | | CHARLOTTE | NC | 28210-5862 | K10963 | 66.90 | * |
| RIC FRAMBACH | 682 BRIDAL ROW | | DES MOINES | IA | 50314-1712 | K56821 | 66.90 | * |
| RICARDO DE PEDRO | 7 CALLE DUQUE | | GUAYAMA | PR | 00784-5507 | K51420 | 66.90 | * |
| RICH JORGENSEN | 207 E SOUTHWIND DR | | SCHALLER | IA | 51053-7740 | K14010 | 66.90 | * |
| RICH LALOR | 3550 FEDERAL BLVD | | DENVER | CO | 80211-2802 | K57653 | 66.90 | * |
| RICH PERKOSKI | 3716 LIBERTY WAY | | MCKEESPORT | PA | 15133-2004 | K60486 | 66.90 | * |
| RICH ROHDE | 915 SW HUNTER ST | | DALLAS | OR | 97338-2101 | K36759 | 66.90 | * |
| RICHARD (TINK) JACKSON | 2426 S COUNTY ROAD 50 W | | GREENCASTLE | IN | 46135-8879 | K46287 | 66.90 | * |
| RICHARD [DICK] CASEBIER | 4391 CEDAR RD | | DELTA | CO | 81416-9403 | K17601 | 66.90 | * |
| RICHARD [DICK] FRY | 36 ROLLING RIDGE DR | | MILTON | PA | 17847-9690 | K15211 | 66.90 | * |
| RICHARD [DICK] HILER | 418 MOHICAN TRL | | WILMINGTON | NC | 28409-3423 | K25707 | 66.90 | * |
| RICHARD [DICK] HOUSTON | 39 E CONCORD AVE | | KANSAS CITY | MO | 64112-2873 | K55079 | 66.90 | * |
| RICHARD [DICK] KILLIAN | 350 E DESERT INN RD UNIT E20 | | LAS VEGAS | NV | 89109-9007 | K30624 | 66.90 | * |
| RICHARD [DICK] KLINE | 442 CROSSLANDS DR | | KENNETT SQUAR | PA | 19348-2051 | K52110 | 66.90 | * |
| RICHARD [DICK] LEHMANN | 1426 IRVINGSIDE LN SW | | BEMIDJI | MN | 56601-4189 | K20191 | 66.90 | * |
| RICHARD [DICK] LOOMIS | 1432 BLACKBERRY AVE | | ARROYO GRANDE | CA | 93420-6705 | K53326 | 66.90 | * |
| RICHARD [DICK] MAX | 18055 SABINI CT | | MORGAN HILL | CA | 95037-3421 | K52730 | 66.90 | * |
| RICHARD [DICK] MURPHY | 5110 HERBERT HOOVER HWY NE | | IOWA CITY | IA | 52240-8388 | K58657 | 66.90 | * |
| RICHARD [DICK] NEWACHECK | 819 MOUNTAIN VIEW DR | | LAFAYETTE | CA | 94549-4213 | K49640 | 66.90 | * |
| RICHARD [DICK] RATTRAY | 8308 COLBY PKWY APT 211 | | URBANDALE | IA | 50322-7008 | K54007 | 66.90 | * |
| RICHARD [DICK] TAYLOR | 311 BELMONT AVE | | GREENVILLE | SC | 29601-4303 | K44158 | 66.90 | * |
| RICHARD [DICK] THULEAN | 1801 E CRESTWOOD DR | | PEORIA | IL | 61614-7911 | K47422 | 66.90 | * |
| RICHARD [DICK] VITOSH | 1105 VILLAGE FARM CT | | IOWA CITY | IA | 52240-2919 | K59256 | 66.90 | * |
| RICHARD [DICK] WYTHES | PO BOX 991 | | BOCA GRANDE | FL | 33921-0991 | K53257 | 66.90 | * |
| RICHARD [OSCAR] RAU | 5016 E BAKER ST | | TUCSON | AZ | 85711-2159 | K25752 | 66.90 | * |
| RICHARD [RICH] GAUTHIER | PO BOX 437 | | MORRISTOWN | MN | 55052-0437 | K22935 | 66.90 | * |
| RICHARD [RICK] ASHBY JR | 9 APPLE HILL DR | | LITITZ | PA | 17543-8212 | K26595 | 66.90 | * |
| RICHARD [RICK] BARDACH | 560 N ST SW APT N602 | | WASHINGTON | DC | 20024-4622 | K59536 | 66.90 | * |
| RICHARD [RICK] BERNSTEIN | 8011 W KENSINGTON DR | | MEQUON | WI | 53097-3455 | K45643 | 66.90 | * |
| RICHARD [RICK] PETERSON | 320 E 2ND ST | | STORM LAKE | IA | 50588-2565 | K14865 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD A [DICK] GILMORE | 725 CARDINAL LN | | COPPELL | TX | 75019-3424 | K23942 | 66.90 | * |
| RICHARD A BURTNETT PE | 1693 BERNICE DR | | IRWIN | PA | 15642-1705 | K60736 | 66.90 | * |
| RICHARD A CHRISTINA CPA | 208 MONTCLAIR RD S | | BARNEGAT | NJ | 08005-2613 | K30297 | 66.90 | * |
| RICHARD A COON SFO | 1800 RESERVOIR RD LOT 718 | | LIMA | OH | 45804-2970 | K45148 | 66.90 | * |
| RICHARD A DALESSIO | 361 ZENITH LN | | JUNO BEACH | FL | 33408-2033 | K55670 | 66.90 | * |
| RICHARD A ESREY JR | 235 BENTBOUGH DR | | LEESBURG | FL | 34748-9117 | K37540 | 66.90 | * |
| RICHARD A FLESNER | 5011 N MONTCLAIR AVE APT 3C | | PEORIA HEIGHT | IL | 61616-5255 | K50024 | 66.90 | * |
| RICHARD A JOHNSON JR | 5004 PRESBYTERIAN DR | | CONWAY | SC | 29526-8618 | K48405 | 66.90 | * |
| RICHARD A KAMPA | 6764 E DAVID DR | | TUCSON | AZ | 85730-1638 | K50183 | 66.90 | * |
| RICHARD A KING | 11249 CARON ST | | LOWELL | MI | 49331-9663 | K35827 | 66.90 | * |
| RICHARD A LENTZ | 150 E WYNNEWOOD RD APT 10D | | WYNNEWOOD | PA | 19096-1526 | K37921 | 66.90 | * |
| RICHARD A MEINZER | 599 GOODALE HILL RD | | GLASTONBURY | CT | 06033-4022 | K38201 | 66.90 | * |
| RICHARD A MORGAN | 7 VAUGHN CT | | PORTSMOUTH | VA | 23701-3828 | K13845 | 66.90 | * |
| RICHARD A MULFORD | 1231 WISTERIA DR | | MALVERN | PA | 19355-9736 | K34065 | 66.90 | * |
| RICHARD A OUTLAND | 1744 CIRCLEWOOD DR | | RACINE | WI | 53402-1528 | K38237 | 66.90 | * |
| RICHARD A SHERER | 2420 CURTIS AVE UNIT A | | REDONDO BEACH | CA | 90278-2104 | K31918 | 66.90 | * |
| RICHARD A VAIRIN JR | 23372 LOWE DAVIS RD | | COVINGTON | LA | 70435-6510 | K53074 | 66.90 | * |
| RICHARD A VARGO | 2007 SUNFLOWER DR | | SPRING HILL | TN | 37174-2279 | K58484 | 66.90 | * |
| RICHARD A WILSON | 8105 READ ST | | OMAHA | NE | 68122-1425 | K55152 | 66.90 | * |
| RICHARD A YARGER | 34928 STACCATO ST | | PALM DESERT | CA | 92211-3082 | K61553 | 66.90 | * |
| RICHARD ACH | 4812 N 18TH ST | | TACOMA | WA | 98406-3316 | K21060 | 66.90 | * |
| RICHARD ALBEN | 1705 DORWALDT BLVD | | SCHENECTADY | NY | 12309-5113 | K46602 | 66.90 | * |
| RICHARD ALLEN | 2348 BRADFORD PL | | EDMOND | OK | 73012-4382 | K33876 | 66.90 | * |
| RICHARD ALLEN KEISER JR | 532 CANTERBURY RD | | VIRGINIA BEAC | VA | 23452-7002 | K16399 | 66.90 | * |
| RICHARD ALLEN MEESE SR | 263 CENTER ST APT 1A | | NEW COLUMBIA | PA | 17856-8966 | K16742 | 66.90 | * |
| RICHARD ALT | 1510 NE 126TH ST | | VANCOUVER | WA | 98685-3138 | K34857 | 66.90 | * |
| RICHARD ALTO | 125 ROYAL CIR | | MADISON HEIGH | VA | 24572-5013 | K60475 | 66.90 | * |
| RICHARD ANDERSON | 14498 EDDY LAKE RD | | FENTON | MI | 48430-1532 | K56782 | 66.90 | * |
| RICHARD ANSELM WIESNER | 1845 LACROSSE AVE | | SAINT PAUL | MN | 55119-4809 | K26619 | 66.90 | * |
| RICHARD ATTERBURY | 320 ISLAND OAK DR | | AUSTIN | TX | 78748-3893 | K41602 | 66.90 | * |
| RICHARD B ADAMS JR | 1699 CATESBY | | EL PASO | TX | 79911-3038 | K46967 | 66.90 | * |
| RICHARD B BARNES | 809 W RIORDAN RD STE 100-313 | | FLAGSTAFF | AZ | 86001-0855 | K20017 | 66.90 | * |
| RICHARD B BURCHARD | 90 BURCHARD LN | | BONNOTS MILL | MO | 65016-2325 | K29342 | 66.90 | * |
| RICHARD B SCHWARTZ | 308 EATON CT | | WARRINGTON | PA | 18976-3618 | K35676 | 66.90 | * |
| RICHARD BACH | 2929 LYNNHAVEN DR | | VIRGINIA BEAC | VA | 23451-1522 | K38090 | 66.90 | * |
| RICHARD BALKOVEC | 3516 N 107TH PLAZA STE 122 | | OMAHA | NE | 68134 | K56805 | 66.90 | * |
| RICHARD BARBOUR | 15153 STILLFIELD PL | | CENTREVILLE | VA | 20120-3910 | K21477 | 66.90 | * |
| RICHARD BARNES | 705 E CORRINGTON AVE | | PEORIA | IL | 61603-1935 | K46093 | 66.90 | * |
| RICHARD BATTAGLIA | 202 LAUDERDALE RD | | NASHVILLE | TN | 37205-1822 | K15226 | 66.90 | * |
| RICHARD BEATTY | 104 BOUVANT DR | | PRINCETON | NJ | 08540-1224 | K48564 | 66.90 | * |
| RICHARD BEFFA | 9 VALLEY VIEW RD | | MORRISTOWN | NJ | 07960-4817 | K47038 | 66.90 | * |
| RICHARD BELL | 345 HAWTHORNE DR | | LANCASTER | PA | 17603-4209 | K26357 | 66.90 | * |
| RICHARD BLOMQUIST | 2903 W HIDDEN LAKE RD | | MEQUON | WI | 53092-5300 | K61433 | 66.90 | * |
| RICHARD BOHANNAN | 104 WHEELER CT | | EAST PEORIA | IL | 61611-4354 | K46011 | 66.90 | * |
| RICHARD BORING ROBERTS | 5008 KNOB VIEW TRL | | WINSTON SALEM | NC | 27104-5121 | K32274 | 66.90 | * |
| RICHARD BRACE | 3731 PARAISO WAY | | LA CRESCENTA | CA | 91214-1045 | K61817 | 66.90 | * |
| RICHARD BRANGAN | 1224 PLYMOUTH ROCK WAY | | GREENWOOD | IN | 46142-1946 | K28050 | 66.90 | * |
| RICHARD BROCKMAN | 931 JO ANN DR | | WILMINGTON | IL | 60481-1651 | K50092 | 66.90 | * |

Legend:

\* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

\*\* = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD BROOKNER | 4759 S PRAIRIE HILLS DR | | GREEN VALLEY | AZ | 85622-5809 | K45697 | 66.90 | * |
| RICHARD BROWN | 369 E COMO DR | | PUEBLO WEST | CO | 81007-1386 | K51285 | 66.90 | * |
| RICHARD BULLOCK | 13511 PIMBERTON DR | | HUDSON | FL | 34669-0802 | K33931 | 66.90 | * |
| RICHARD BURGE | 1608 N NORTH ST | | PEORIA | IL | 61604-4132 | K47225 | 66.90 | * |
| RICHARD BURLEY | PO BOX 242 | | HILLMAN | MI | 49746-0242 | K56327 | 66.90 | * |
| RICHARD BURTON CORNWELL | PO BOX 93 | | OLATHE | CO | 81425-0093 | K17321 | 66.90 | * |
| RICHARD BYRD [DICK] WILKE | 904 CLYDE | | WINFIELD | KS | 67156-1517 | K53116 | 66.90 | * |
| RICHARD C BADER | 1836 N KASPAR AVE | | ARLINGTON HEI | IL | 60004-3720 | K61193 | 66.90 | * |
| RICHARD C BERG | 11038 STATE HIGHWAY 96 | | OLNEY SPRINGS | CO | 81062-9784 | K31612 | 66.90 | * |
| RICHARD C BROWN | 750 SYCAMORE ST | | DECATUR | GA | 30030-2062 | K52904 | 66.90 | * |
| RICHARD C DAVISSON | 8207 INDIAN SCHOOL RD NE | | ALBUQUERQUE | NM | 87110-4867 | K44099 | 66.90 | * |
| RICHARD C GARVIN | 1217 WINDERMERE CT | | EASLEY | SC | 29642-8364 | K31033 | 66.90 | * |
| RICHARD C LAFLEUR | PO BOX 892 | | DEVILS LAKE | ND | 58301-0892 | K34927 | 66.90 | * |
| RICHARD C SCHLAMEL | 4 PARKESS ST | | STAFFORD SPRI | CT | 06076-1110 | K34357 | 66.90 | * |
| RICHARD C SCHUST | 5899 S 455 E | | WOLCOTTVILLE | IN | 46795-8802 | K39258 | 66.90 | * |
| RICHARD C WATTS | 167 BRIDGEWATER CIR | | MIDLAND | TX | 79707-6112 | K28249 | 66.90 | * |
| RICHARD C WERNER | 66 WINDSOR CT | | NEW BRIGHTON | MN | 55112-3373 | K51527 | 66.90 | * |
| RICHARD CALABRESE | 201 HILLCREST AVE | | BLACKWOOD | NJ | 08012-4910 | K42910 | 66.90 | * |
| RICHARD CAREY | 1414 GERMANIA DR | | DES MOINES | IA | 50311-2629 | K54004 | 66.90 | * |
| RICHARD CARLISLE NORTON | 3601 HIGHWAY 34 W | | LATTA | SC | 29565-4445 | K49820 | 66.90 | * |
| RICHARD CAULFIELD | 12 MOUNTAIN ASH RD | | EAST BRIDGEWA | MA | 02333-1585 | K10727 | 66.90 | * |
| RICHARD CHAMBERS | 907 5TH AVE | | IOWA CITY | IA | 52240-6403 | K14005 | 66.90 | * |
| RICHARD CHILDS | 5800 WINDSOR DR | | FAIRWAY | KS | 66205-3344 | K53437 | 66.90 | * |
| RICHARD CLARK | 811 S TOPEKA ST | | EL DORADO | KS | 67042-2655 | K50038 | 66.90 | * |
| RICHARD CLEVENGER | 596 SALISBURY RD S | | RICHMOND | IN | 47374-7426 | K26278 | 66.90 | * |
| RICHARD CLIFFORD ANTHONY | 104 WESTWIND RD | | WAKEFIELD | RI | 02879-1500 | K25492 | 66.90 | * |
| RICHARD COLTER | PO BOX 952 | | GORE | OK | 74435-0952 | K34612 | 66.90 | * |
| RICHARD CONRAD | 210 W SEMINARY ST | | GREENCASTLE | IN | 46135-1644 | K45571 | 66.90 | * |
| RICHARD COURTESIS | 194 SMITH ST APT BB | | FREEPORT | NY | 11520-4308 | K53083 | 66.90 | * |
| RICHARD CRANDALL CREIGHTON | 5632 STYRON RD | | ORIENTAL | NC | 28571-9218 | K28114 | 66.90 | * |
| RICHARD CUSACK | 22 S WASHINGTON ST | | PORT WASHINGT | NY | 11050-3223 | K55025 | 66.90 | * |
| RICHARD D [DICK] HAWLEY | 1184 CAROLYN CT | | EAST PEORIA | IL | 61611-1100 | K48068 | 66.90 | * |
| RICHARD D [DICK] SPENCER | 805 NE WISTERIA LN | | ANKENY | IA | 50021-6679 | K21407 | 66.90 | * |
| RICHARD D [RICK] WHEELER | 1510 ANTHONY WAY | | MOUNT JULIET | TN | 37122-3553 | K43758 | 66.90 | * |
| RICHARD D ANDERMAN | 39812 PARTRIDGE DR | | ASKOV | MN | 55704-4076 | K21732 | 66.90 | * |
| RICHARD D BROWN | 13524 WRIGHT ST | | OMAHA | NE | 68144-3435 | K56027 | 66.90 | * |
| RICHARD D INMAN | 3616 VILLAGE RUN DR | | DES MOINES | IA | 50314-5112 | K22209 | 66.90 | * |
| RICHARD D KEWLEY | 2755 FOX RUN | | APPLETON | WI | 54914-8727 | K35057 | 66.90 | * |
| RICHARD D MERICA | 2220 TULIP WAY | | SACRAMENTO | CA | 95821-4615 | K52551 | 66.90 | * |
| RICHARD D PETRULIS | 2914 MARGARETTA DR | | WESTLAKE | OH | 44145-4676 | K48874 | 66.90 | * |
| RICHARD D PHIPPS | 3433 TULANE CT | | IOWA CITY | IA | 52245-4038 | K56899 | 66.90 | * |
| RICHARD D WINCHELL | 3048 SE KLAMATH RD | | PRINEVILLE | OR | 97754-8368 | K33635 | 66.90 | * |
| RICHARD D YOWELL | 17 COBBLESTONE DR | | HORSHAM | PA | 19044-1847 | K49707 | 66.90 | * |
| RICHARD DANA | 104 S HECLA ST | | LAURIUM | MI | 49913-2428 | K40141 | 66.90 | * |
| RICHARD DARWIN KEELER | 8433 COUNTY ROAD 1233A | | GODLEY | TX | 76044-3941 | K33748 | 66.90 | * |
| RICHARD DAVID NICHOLS | 5015 CLEBURNE CT | | PLEASANT HILL | IA | 50327-7080 | K21257 | 66.90 | * |
| RICHARD DAVID STUHR | 305 BUTTONWOOD CT | | COCOA | FL | 32926-3162 | K38378 | 66.90 | * |
| RICHARD DECKER | 9467 E SUTTON DR | | SCOTTSDALE | AZ | 85260-4309 | K35584 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD DEMSKI | 5052 UNION ST | | FINLEYVILLE | PA | 15332-1141 | K61738 | 66.90 | * |
| RICHARD DI MARTINI | 1491 ARGYLE RD | | BERWYN | PA | 19312-1903 | K35723 | 66.90 | * |
| RICHARD DIRCKSEN | 10100 OLD STATE ROUTE 121 | | VERSAILLES | OH | 45380-9586 | K33054 | 66.90 | * |
| RICHARD DU BOIS | 135 DELAWARE DR | | LANSING | MI | 48911-5027 | K43528 | 66.90 | * |
| RICHARD DUVAL | 1102 VINE ST | | JOLIET | IL | 60435-4310 | K50065 | 66.90 | * |
| RICHARD E [RICK] BRADFORD | 1022 MOUNTAIN BREEZE LN | | BRISTOL | TN | 37620-8769 | K26136 | 66.90 | * |
| RICHARD E ALEXANDER | 6401 AUGUSTA BLVD | | SEMINOLE | FL | 33777-4725 | K52878 | 66.90 | * |
| RICHARD E AMMON | 3652 HEDGEWOOD DR | | WINTER PARK | FL | 32792-3028 | K24242 | 66.90 | * |
| RICHARD E BAKER | 29319 CRESTHAVEN DR | | WILLOWICK | OH | 44095-4534 | K47215 | 66.90 | * |
| RICHARD E BISHOP | 2206 E CAPE COD DR | | BLOOMINGTON | IN | 47401-6124 | K39308 | 66.90 | * |
| RICHARD E CLEVER | 3276 ANDORA DR | | SAN JOSE | CA | 95148-1203 | K42232 | 66.90 | * |
| RICHARD E COOLEY | 5888 AUGUSTA LN | | GRAND BLANC | MI | 48439-9472 | K56415 | 66.90 | * |
| RICHARD E DAY | 261 CITY VIEW DR | | FORT LAUDERDA | FL | 33311-9122 | K61386 | 66.90 | * |
| RICHARD E DEAN | 990 DEAN CIR | | TALLASSEE | AL | 36078-3524 | K35220 | 66.90 | * |
| RICHARD E GIBSON | 11758 WHITMORE ST | | OMAHA | NE | 68142-1639 | K57231 | 66.90 | * |
| RICHARD E GILL | 205 WESTMINSTER WAY | | ANDERSON | IN | 46013-4462 | K25193 | 66.90 | * |
| RICHARD E GRUNER | 16 LOBLOLLY CT | | MANDEVILLE | LA | 70448-7551 | K50136 | 66.90 | * |
| RICHARD E HERRINGTON | 2455 HIDDEN RIVER LN | | FRANKLIN | TN | 37069-6933 | K33218 | 66.90 | * |
| RICHARD E KISTLER | 996 MIRROR LAKE CT | | RENO | NV | 89511-8516 | K61067 | 66.90 | * |
| RICHARD E LEWIS | 7180 ROSS DR | | COLORADO SPRI | CO | 80920-3311 | K16776 | 66.90 | * |
| RICHARD E MILLER | 110 EVELYN CT | | OLDSMAR | FL | 34677-2305 | K25755 | 66.90 | * |
| RICHARD E ORR | 2617 MAPLECREST RD APT 226 | | BETTENDORF | IA | 52722-3393 | K22129 | 66.90 | * |
| RICHARD E RALEIGH | 10705 RUNYAN LAKE RD | | FENTON | MI | 48430-2449 | K59007 | 66.90 | * |
| RICHARD E SCHIAVO | 187 PATERSON AVE APT 154 | | MIDLAND PARK | NJ | 07432-1862 | K52760 | 66.90 | * |
| RICHARD E TONNELL | 1021 DIAMOND WILLOW CIR | | WAITE PARK | MN | 56387-2028 | K21119 | 66.90 | * |
| RICHARD E. HAUSE SR | 347 WALL ST | | MILTON | PA | 17847-2016 | K14995 | 66.90 | * |
| RICHARD EARL ATCHISON | 247 PUTT PUTT LN | | MURPHY | NC | 28906-4905 | K40299 | 66.90 | * |
| RICHARD EMMERT | 4031 KENNETT PIKE APT 38 | | WILMINGTON | DE | 19807-2032 | K59189 | 66.90 | * |
| RICHARD ENGLAR | 86-311 HOKUPAA ST | | WAIANAE | HI | 96792-2971 | K16603 | 66.90 | * |
| RICHARD EUGENE MCMINN | 56 BILL EDWARDS RD | | HUMBOLDT | TN | 38343-5018 | K36849 | 66.90 | * |
| RICHARD EVANS MD | 7 FERN HL | | GREAT BARRING | MA | 01230-1062 | K45621 | 66.90 | * |
| RICHARD F ABBOTT | 8533 SCARLETT DR | | BATON ROUGE | LA | 70806-8525 | K61345 | 66.90 | * |
| RICHARD F AHLES | 1 WEST ST UNIT 222 | | SIMSBURY | CT | 06070-5402 | K37822 | 66.90 | * |
| RICHARD F GOSLINE | 521 HOOD BLVD | | FAIRLESS HILL | PA | 19030-3021 | K25811 | 66.90 | * |
| RICHARD F GOUBEAUX | 635 WILLOW VALLEY SQ | | LANCASTER | PA | 17602-4869 | K32921 | 66.90 | * |
| RICHARD F KRAUS | 122 SE RIDGEVIEW CT | | LEES SUMMIT | MO | 64063-2900 | K23945 | 66.90 | * |
| RICHARD F LEWIS | 8171 WEBER RD | | SALINE | MI | 48176-9207 | V98709 | 66.90 | * |
| RICHARD F NOREM | 400 WALDEN DR | | ALEXANDRIA | LA | 71303-2951 | K56812 | 66.90 | * |
| RICHARD F PORRO | 70 SHADY OAK CT | | ALVIN | TX | 77511-9249 | K49609 | 66.90 | * |
| RICHARD F SULLIVAN | 23 UPPER OAK DR | | SAN RAFAEL | CA | 94903-1731 | K17637 | 66.90 | * |
| RICHARD FASSINO | 510 EASTRIDGE DR | | HAILEY | ID | 83333-8571 | K51795 | 66.90 | * |
| RICHARD FEIMAN | 910 5TH AVE APT 2D | | NEW YORK | NY | 10021-4161 | K56400 | 66.90 | * |
| RICHARD FELDMAN | 10 KNOLLCREST DR | | ANDOVER | MA | 01810-3256 | K40069 | 66.90 | * |
| RICHARD FELDMANN | 444 E RHINE ST | | ELKHART LAKE | WI | 53020-1948 | K53689 | 66.90 | * |
| RICHARD FLINT | 106 ANDREWS BLVD | | PLAINFIELD | IN | 46168-9769 | K46592 | 66.90 | * |
| RICHARD FORREST GRIMSLEY II | 125 GENEVA AVE | | HADDON TOWNSH | NJ | 08108-2451 | K40821 | 66.90 | * |
| RICHARD FOULK | 3670 CRESTWOOD DR | | BEAUMONT | TX | 77706-3733 | K54197 | 66.90 | * |
| RICHARD FRAHER | 306 NEWMAN DR | | SOUTH SAN FRA | CA | 94080-3015 | K54981 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD FRANCIS | 137 W WOOD ST | | VERSAILLES | OH | 45380-1229 | K31952 | 66.90 | * |
| RICHARD FRANCIS CAROLAN | 295 RUMSTICK RD | | BARRINGTON | RI | 02806-4922 | K11511 | 66.90 | * |
| RICHARD FRANCIS III | 4798 TARTAN LN | | HOLT | MI | 48842-1936 | K44355 | 66.90 | * |
| RICHARD FREEBORN | 129 KAY ST | | NEWPORT | RI | 2840 | K28645 | 66.90 | * |
| RICHARD FRIEDMAN | 36 BALA AVE | | BALA CYNWYD | PA | 19004-3154 | K44456 | 66.90 | * |
| RICHARD FRIEDRICH | 1100 NORTH ST | | GUTHRIE CTR | IA | 50115-1220 | K54906 | 66.90 | * |
| RICHARD FRITH | 4737 96TH AVE NE | | CRARY | ND | 58327-9354 | K37478 | 66.90 | * |
| RICHARD G BOZARTH | 210 BURRS MILL RD | | SOUTHAMPTON | NJ | 08088-3549 | K52976 | 66.90 | * |
| RICHARD G HENNEK | 16074 NAKOMIS DR | | AVON | MN | 56310-9669 | K22845 | 66.90 | * |
| RICHARD G KAHN | 582 MAIN ST | | CHATHAM | MA | 02633-2203 | K37807 | 66.90 | * |
| RICHARD G KALB | 6873 HELENA DR NE | | BREMERTON | WA | 98311-9534 | K18915 | 66.90 | * |
| RICHARD G STEELE | 61582 ROOSEVELT RD | | BARNESVILLE | OH | 43713-9607 | K51158 | 66.90 | * |
| RICHARD GLEASON | 5 LINTON AVE | | ALBANY | NY | 12205-3231 | K23383 | 66.90 | * |
| RICHARD GOOD | 10699W TWIN BAY RD | | HAYWARD | WI | 54843-6692 | K58465 | 66.90 | * |
| RICHARD GOREN | 12335 PLEASANT GREEN WAY | | BOYNTON BEACH | FL | 33437-2052 | K13668 | 66.90 | * |
| RICHARD GUNDERSON | 733 2 1/2 ST N | | SARTELL | MN | 56377-1714 | K20364 | 66.90 | * |
| RICHARD GUSTAFSON | 10009 OXBOROUGH RD | | BLOOMINGTON | MN | 55437-2350 | K18919 | 66.90 | * |
| RICHARD H [DICK] DRISCOLL MD | 2333 43RD AVE E APT 103 | | SEATTLE | WA | 98112-2786 | K37963 | 66.90 | * |
| RICHARD H BELTZ SR | 219 CROSSHILL RD | | WYNNEWOOD | PA | 19096-3123 | K37842 | 66.90 | * |
| RICHARD H BURTON | 504 1ST ST NE APT 113 | | SARTELL | MN | 56377-1237 | K19044 | 66.90 | * |
| RICHARD H KLEINHANS | 134 E RIVERBEND DR | | PLYMOUTH | WI | 53073-2200 | K46998 | 66.90 | * |
| RICHARD H MILLER | 3803 SOMERSET DR APT 203 | | PRAIRIE VILLA | KS | 66208-5172 | V99304 | 66.90 | * |
| RICHARD H PHILLIPS | 402 HEATHWOOD DR | | AIKEN | SC | 29803-6119 | K31457 | 66.90 | * |
| RICHARD H REINKING | 4317 SPATZ AVE | | FORT WAYNE | IN | 46806-4726 | K39021 | 66.90 | * |
| RICHARD H ROEDER | 5909 SE 34TH ST | | DES MOINES | IA | 50320-9301 | K22134 | 66.90 | * |
| RICHARD H WALDROP | 2864 ST GEORGE DR | | DAVENPORT | FL | 33837-1542 | K59078 | 66.90 | * |
| RICHARD HALES | 7080 LINDEN RD | | MACUNGIE | PA | 18062-9440 | K33327 | 66.90 | * |
| RICHARD HANNERT | 1010 NORTH BLVD | | UNIVERSAL CIT | TX | 78148-3915 | K47106 | 66.90 | * |
| RICHARD HARMON | 25 SHEFFIELD DR | | FORKED RIVER | NJ | 08731-5648 | K13570 | 66.90 | * |
| RICHARD HAROLD BOND | 231 BEND RD | | DYERSBURG | TN | 38024-8601 | K30252 | 66.90 | * |
| RICHARD HENNIG | 1005 ELM ST | | SAN CARLOS | CA | 94070-3823 | K51587 | 66.90 | * |
| RICHARD HIGGINS | 2505 HERBERTSVILLE RD | | POINT PLEASAN | NJ | 08742-2261 | K14544 | 66.90 | * |
| RICHARD I SCRUGGS | 320 PETTIBONE ST | | SOUTH LYON | MI | 48178-1221 | V98755 | 66.90 | * |
| RICHARD ISGRIGG | 154 WINDING WOODS TRL | | MOUNT WASHING | KY | 40047-6845 | K33239 | 66.90 | * |
| RICHARD J [RICK] VON FLATERN | 2939 CRAWFORD ST | | HOUSTON | TX | 77004-2744 | K11383 | 66.90 | * |
| RICHARD J [SKIP] LUBENOW | 14722 COURTYARD CIR | | BURNSVILLE | MN | 55306-6198 | K39900 | 66.90 | * |
| RICHARD J [TINY] DEDRICK | 723 N ROOSEVELT AVE | | OCONOMOWOC | WI | 53066-2856 | K42690 | 66.90 | * |
| RICHARD J ALLEY | 3312 COLLEGE AVE | | TERRE HAUTE | IN | 47803-2321 | K27802 | 66.90 | * |
| RICHARD J ANGELINI | 1535 CONCHESTER HWY | | GARNET VALLEY | PA | 19060-2107 | K34583 | 66.90 | * |
| RICHARD J BLAHA | 179 NOBSCUSSETT RD | | DENNIS | MA | 02638-1207 | K62362 | 66.90 | * |
| RICHARD J BOLES | 606 ELIZABETH DR | | MURRELLS INLE | SC | 29576-8446 | K11783 | 66.90 | * |
| RICHARD J BONDE PHD | 28400 CRESTHAVEN DR | | WILLOWICK | OH | 44095-4515 | K46161 | 66.90 | * |
| RICHARD J BRYL | 103 CRYSTAL LANE CT | | DEVILS LAKE | ND | 58301-9677 | K32058 | 66.90 | * |
| RICHARD J GADD | 140 SCHOTT RD | | LAKE ARIEL | PA | 18436-4576 | K48499 | 66.90 | * |
| RICHARD J GAUL | 13100 116TH ST | | LARGO | FL | 33778-1855 | K35494 | 66.90 | * |
| RICHARD J GRAY SR | 3829 LAKE TRAIL RD | | KENNER | LA | 70065-3315 | K57440 | 66.90 | * |
| RICHARD J HAMPTON JR | 2627 COMET ST | | NEW ORLEANS | LA | 70131-5103 | K57225 | 66.90 | * |
| RICHARD J HOLLAND | 106 HILLSIDE VILLAGE DR | | WEST BOYLSTON | MA | 01583-2460 | K29457 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD J HUGGINS | 489 POPE RD S | | ELLABELL | GA | 31308-8079 | K48411 | 66.90 | * |
| RICHARD J JAKSIC | 1171 NORWOOD RD | | CLEVELAND | OH | 44103-1550 | K51619 | 66.90 | * |
| RICHARD J KIMMINAU | 4760 N GLENDALE ST | | BEL AIRE | KS | 67220-1431 | K30374 | 66.90 | * |
| RICHARD J LEAHY | 2501 EVERGREEN LN | | SAINT JOSEPH | MO | 64503-2028 | K14669 | 66.90 | * |
| RICHARD J LYONS | 3131 ESSINGTON WAY | | BENSALEM | PA | 19020-1574 | K28370 | 66.90 | * |
| RICHARD J MAHLER | 3420 N JUGTOWN RD | | MORRIS | IL | 60450-7388 | K43545 | 66.90 | * |
| RICHARD J MIRIANI | 1424 CHARTWELL RD | | SCHAUMBURG | IL | 60195-3242 | K51742 | 66.90 | * |
| RICHARD J NOBLE | 10300 BUSHMAN DR APT 210 | | OAKTON | VA | 22124-2825 | K50574 | 66.90 | * |
| RICHARD J OSBORNE | 36233 FERNWAY CIR | | AVON | OH | 44011-3421 | K46762 | 66.90 | * |
| RICHARD J PAUL | 307 CHESTNUT AVE | | LINDENWOLD | NJ | 08021-2253 | K43652 | 66.90 | * |
| RICHARD J PHILIPPSEN | 988 IRONWOOD RD | | BEAUMONT | CA | 92223-8530 | K51665 | 66.90 | * |
| RICHARD J SCHMIDT | 15806 ORANGE BLOSSOM LN | | LOS GATOS | CA | 95032-3535 | K16829 | 66.90 | * |
| RICHARD J SCHMIDT | 478 COUNTRY LN | | CRYSTAL LAKE | IL | 60012-3339 | K59885 | 66.90 | * |
| RICHARD J STEELE | 14 GOODROW RD | | WEYMOUTH | MA | 02188-1821 | K12502 | 66.90 | * |
| RICHARD J TALBOT PHD | 4882 DELAWARE DR | | LARKSPUR | CO | 80118-8501 | K50688 | 66.90 | * |
| RICHARD J VOVK | 2501 DEEP VALLEY TRL | | PLANO | TX | 75023-7865 | K47874 | 66.90 | * |
| RICHARD JACKSON | 1358 AVALON DR | | MADISON | OH | 44057-1202 | K43113 | 66.90 | * |
| RICHARD JETER | 3520 102ND ST | | LUBBOCK | TX | 79423-5148 | K41641 | 66.90 | * |
| RICHARD JEWETT | 6812 S CORTEZ ST | | TAMPA | FL | 33616-2505 | K51851 | 66.90 | * |
| RICHARD JOYCE | 11428 W GRANGE HALL RD | | BRIMFIELD | IL | 61517-9585 | K47052 | 66.90 | * |
| RICHARD K VAN WAGENEN | 3915 NEBRASKA AVE | | OMAHA | NE | 68111-1157 | K53783 | 66.90 | * |
| RICHARD KACSUTA | 2036 STATE ROUTE 30 | | LIGONIER | PA | 15658-1172 | K40366 | 66.90 | * |
| RICHARD KATES | 47 PENNIMAN RD | | BROOKLINE | MA | 02445-4136 | K14175 | 66.90 | * |
| RICHARD KELLER | 3103 ALAMEDA BLVD | | KOKOMO | IN | 46902-3969 | K25102 | 66.90 | * |
| RICHARD KELLEY | 4139 NEW HOPE RD | | GRANTS PASS | OR | 97527-9072 | K31789 | 66.90 | * |
| RICHARD KLOOSTERMAN | 8543 GULL RD | | RICHLAND | MI | 49083-8629 | K17359 | 66.90 | * |
| RICHARD KOEPKE | 12 SHERWOOD DR | | WESTLAKE VILL | CA | 91361-4810 | K51063 | 66.90 | * |
| RICHARD KREMER | 665 E WARD ST | | VERSAILLES | OH | 45380-1439 | K36087 | 66.90 | * |
| RICHARD KREMER | 13917 SUN FOREST DR | | PENN VALLEY | CA | 95946-9550 | K52641 | 66.90 | * |
| RICHARD KURSELL | 742 MEADOW WOOD DR | | JOLIET | IL | 60431-4865 | K56887 | 66.90 | * |
| RICHARD L [DICK] ATKINS | 36 AMANDA AVE | | LEOLA | PA | 17540-1903 | K29067 | 66.90 | * |
| RICHARD L [DICK] BACON | 1 SCARBOROUGH LN | | BELLA VISTA | AR | 72715-2367 | K52238 | 66.90 | * |
| RICHARD L [DICK] BELL | 6801 N 67TH PLZ APT 2 | | OMAHA | NE | 68152-2182 | K57828 | 66.90 | * |
| RICHARD L BARNES JR | 3226 RAVINE HOLLOW CT | | LAMBERTVILLE | MI | 48144-9693 | K53749 | 66.90 | * |
| RICHARD L BERTI | 806 ROONEY DR | | JOLIET | IL | 60435-2910 | K50057 | 66.90 | * |
| RICHARD L BOLDREY | 178 WELLINGTON CIR | | GURNEE | IL | 60031-6221 | K32652 | 66.90 | * |
| RICHARD L BROWN DC | PO BOX 933 | | CLARKSVILLE | VA | 23927-0933 | K15744 | 66.90 | * |
| RICHARD L CHELLIS | 53 COLUMBIA AVE | | JAMESTOWN | RI | 02835-1323 | K25643 | 66.90 | * |
| RICHARD L CLEVELAND | 1731 MAPLE AVE | | PORTSMOUTH | VA | 23704-4621 | K13344 | 66.90 | * |
| RICHARD L GABEL | 1225 W 1ST AVE | | EL DORADO | KS | 67042-1505 | K50298 | 66.90 | * |
| RICHARD L GRAY | 12613 FEATHERING DR | | FRISCO | TX | 75034-0320 | K53333 | 66.90 | * |
| RICHARD L REED | 8722 SE SOUNDINGS PL | | HOBE SOUND | FL | 33455-4231 | K48457 | 66.90 | * |
| RICHARD L ROSE | 1918B NANTUCKET DR | | HOUSTON | TX | 77057-2914 | K15056 | 66.90 | * |
| RICHARD L SMITH | 426 OLIVE ST APT 8 | | LEAVENWORTH | KS | 66048-2749 | K34698 | 66.90 | * |
| RICHARD L VAN NORMAN | 1417 W DAYTONA DR | | PEORIA | IL | 61614-4105 | K48837 | 66.90 | * |
| RICHARD LAMBERT | 925 GRANDVIEW AVE | | WATERLOO | IA | 50703-5633 | K55401 | 66.90 | * |
| RICHARD LAMPL | 201 GRANT ST APT 601 | | SEWICKLEY | PA | 15143-1353 | K41678 | 66.90 | * |
| RICHARD LAND | 1305 PILGRIM DR | | MADISON | TN | 37115-5939 | K16479 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD LANDFIELD | 1350 E YORBA LINDA BLVD | | PLACENTIA | CA | 92870-3833 | K13883 | 66.90 | * |
| RICHARD LAUMAN | 4874 S HOLLAND ST | | DENVER | CO | 80123-1974 | K42709 | 66.90 | * |
| RICHARD LESHER | 207 E HOMESTEAD AVE | | COLLINGSWOOD | NJ | 08108-1931 | K41324 | 66.90 | * |
| RICHARD LIBONATE | 171 MARINA DEL REY CT | | CLEARWATER | FL | 33767-2948 | K15611 | 66.90 | * |
| RICHARD LOFTON | 3267 BROOKSHIRE DR | | KEOKUK | IA | 52632-2141 | K17739 | 66.90 | * |
| RICHARD LONG | 1 AERIE EST | | CHARLESTON | WV | 25302-4955 | K49880 | 66.90 | * |
| RICHARD LUNDE | 3832 HOLDEN CIR | | LOS ALAMITOS | CA | 90720-2218 | K54110 | 66.90 | * |
| RICHARD M ABRAMS | 604 S WASHINGTON SQ APT 602 | | PHILADELPHIA | PA | 19106-4121 | K35385 | 66.90 | * |
| RICHARD M BROOKS | PO BOX 3416 | | KETCHUM | ID | 83340-3416 | K35301 | 66.90 | * |
| RICHARD M BRUSKOFF | | | | | | K33206 | 66.90 | * |
| RICHARD M CLAY | 104 N CHEYENNE DR | | WARSAW | IN | 46582-7296 | K30264 | 66.90 | * |
| RICHARD M COULTER JR | 508 HOGANS RUN | | COLUMBIA | SC | 29229-3371 | K48938 | 66.90 | * |
| RICHARD M GORDON | 1100 PENN CENTER BLVD APT 70 | | PITTSBURGH | PA | 15235-5329 | K43138 | 66.90 | * |
| RICHARD M HALL | 3755 E 82ND ST STE 110 | | INDIANAPOLIS | IN | 46240-4340 | K44486 | 66.90 | * |
| RICHARD M HULL | 5706 BRIERCREST AVE | | LAKEWOOD | CA | 90713-1432 | K32814 | 66.90 | * |
| RICHARD M JOHNSON | 759 MOHICAN LN | | SAINT PAUL | MN | 55120-1634 | K25934 | 66.90 | * |
| RICHARD M KRAVITZ | 4317 MYERS PARK DR | | DURHAM | NC | 27705-1663 | K34327 | 66.90 | * |
| RICHARD M QUALTERS | 395 SW 64TH TER | | MARGATE | FL | 33068-1538 | K61314 | 66.90 | * |
| RICHARD M WARE | 1777 BRIGHTWATERS BLVD NE | | SAINT PETERSB | FL | 33704-3815 | K34323 | 66.90 | * |
| RICHARD MALCOM | 2568 CORY AVE | | SCHALLER | IA | 51053-7592 | K14714 | 66.90 | * |
| RICHARD MAREDA | 2303 RUE MAISON | | BILOXI | MS | 39532-3215 | K31757 | 66.90 | * |
| RICHARD MCDERMOTT | 3127 POCAHONTAS RD | | CEDAR FALLS | IA | 50613-1134 | K56340 | 66.90 | * |
| RICHARD MCNEIL | 559 INMAN AVE | | CINNAMINSON | NJ | 08077-1605 | K48395 | 66.90 | * |
| RICHARD MELANCON JR | 696 AUKAI PL | | DIAMONDHEAD | MS | 39525-3552 | K56720 | 66.90 | * |
| RICHARD MORRIS | 1508 MADEWOOD RD | | LA PLACE | LA | 70068-3210 | K51472 | 66.90 | * |
| RICHARD MURPHY | 2030 SUNDOWNER RIDGE DR | | BALLWIN | MO | 63011-1716 | K37378 | 66.90 | * |
| RICHARD MURRAY | 3209 HILLSIDE DR | | BURLINGAME | CA | 94010-5913 | K53696 | 66.90 | * |
| RICHARD N [DICK] KEIL | 89 KENDALL DR | | RINGWOOD | NJ | 07456-1824 | K53919 | 66.90 | * |
| RICHARD N ERICKSON | 735 SE PONDS EDGE CIR | | ANKENY | IA | 50021-4000 | K23503 | 66.90 | * |
| RICHARD NEIL ERNEST | 105 W 7TH ST | | TRENTON | TN | 38382-2517 | K30939 | 66.90 | * |
| RICHARD O'CONNOR | 1118A LONG BEACH BLVD | | BEACH HAVEN | NJ | 08008-5630 | K32910 | 66.90 | * |
| RICHARD ORRVICK | 930 ALDERMAN RD | | PALMYRA | NY | 14522-9540 | K61446 | 66.90 | * |
| RICHARD ORTEGA | 38739 SUMAC AVE | | PALMDALE | CA | 93550-3739 | K21140 | 66.90 | * |
| RICHARD P [RUPE] RUPERT | 1984 COMANCHE CT | | GRAFTON | WI | 53024-9365 | K38474 | 66.90 | * |
| RICHARD P GLASGOW | 2356 GAYLORD RD UNIT 3A | | CREST HILL | IL | 60403-1478 | K49326 | 66.90 | * |
| RICHARD P JOHNSON | 75 COACH TRL | | EADS | TN | 38028-3185 | K32337 | 66.90 | * |
| RICHARD P PLATTS | PO BOX 988 | | KETTLE FALLS | WA | 99141-0988 | K34164 | 66.90 | * |
| RICHARD P TURNER | PO BOX 191 | | AVON LAKE | OH | 44012-0191 | K61835 | 66.90 | * |
| RICHARD PANZA | 32353 BRANDON PL | | AVON LAKE | OH | 44012-2548 | K21594 | 66.90 | * |
| RICHARD PARMALEE | 5946 LOUNSBURY RD | | WILLIAMSTON | MI | 48895-9620 | K41168 | 66.90 | * |
| RICHARD PARRISH | 4000 139TH ST NE | | SURREY | ND | 58785-9590 | K54686 | 66.90 | * |
| RICHARD PARSONS | 10926 TANGLEBERRY CT | | CINCINNATI | OH | 45240-3354 | K39734 | 66.90 | * |
| RICHARD PEARSON | 5935 BRADFORD LN | | LANSING | MI | 48917-1206 | K48483 | 66.90 | * |
| RICHARD PIASSOLI | 3926 SANDY CIR | | PALM SPRINGS | CA | 92262-8860 | K54842 | 66.90 | * |
| RICHARD PIEART | 905 S LOCUST ST | | VISALIA | CA | 93277-4809 | K21215 | 66.90 | * |
| RICHARD POKORNY | 81979 HIGHWAY 11 | | BURWELL | NE | 68823-8105 | K54524 | 66.90 | * |
| RICHARD PRINDLE | 1753 FLOWER ST | | WATERLOO | IA | 50701-3206 | K54974 | 66.90 | * |
| RICHARD R LEE | 335 MAPLE LN | | LIMA | OH | 45805-2455 | K46933 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD R MORSE | 14642 PIKE 377 | | BOWLING GREEN | MO | 63334-2900 | K44415 | 66.90 | * |
| RICHARD R VON BRIESEN | 559 RIVER RIDGE DR | | GLENBURNIE | ON | K0H 1S0 | K35103 | 66.90 | * |
| RICHARD R WILSON | 3875 SPENCEVILLE RD | | WHEATLAND | CA | 95692-9723 | K18909 | 66.90 | * |
| RICHARD RASHID | 1043 DALY RD | | ASHTABULA | OH | 44004-9166 | K17879 | 66.90 | * |
| RICHARD REID | 1111 BROOKWOOD RD | | JACKSONVILLE | FL | 32207-4221 | K24722 | 66.90 | * |
| RICHARD RINALDI | 18560 LAMBERT LAKE RD | | SONORA | CA | 95370-9334 | K51660 | 66.90 | * |
| RICHARD RINGFELT | 107 WOODINGHAM DR | | VENICE | FL | 34292-3927 | K54751 | 66.90 | * |
| RICHARD ROBINSON | 6425 BIG BASS RD NE | | BEMIDJI | MN | 56601-8675 | K19791 | 66.90 | * |
| RICHARD ROCK | PO BOX 726 | | WILMINGTON | IL | 60481-0726 | K51254 | 66.90 | * |
| RICHARD RODAL | 4064 AUTUMN WOOD PL | | RICHMOND | IN | 47374-4584 | K28109 | 66.90 | * |
| RICHARD ROSSI | 1026 E ELMHURST AVE | | PEORIA | IL | 61603-1445 | K45168 | 66.90 | * |
| RICHARD RUEF | 1217 MAGNOLIA LN | | LINCOLN | CA | 95648-8424 | K57398 | 66.90 | * |
| RICHARD S BERGER | 10307 COLONY CT | | HOUSTON | TX | 77041-8823 | K45322 | 66.90 | * |
| RICHARD S GORDON | 7 CARLSON LN | | PALM COAST | FL | 32137-8150 | K35252 | 66.90 | * |
| RICHARD S KOTARSKI | 7649 E VIA DEL PLACITO | | SCOTTSDALE | AZ | 85258-4205 | K54608 | 66.90 | * |
| RICHARD S LAIRD | PO BOX 1141 | | TWAIN HARTE | CA | 95383-1141 | K39558 | 66.90 | * |
| RICHARD S ROLLINS | 2526 BEAVER AVE | | DES MOINES | IA | 50310-3906 | K25892 | 66.90 | * |
| RICHARD S SCHIFFRIN | 127 KNIGHTSBRIDGE RD | | WYNNEWOOD | PA | 19096-1212 | K35455 | 66.90 | * |
| RICHARD S ZAZYCKI | 1045 WALLACE AVE | | ROTTERDAM | NY | 12306-2007 | K29604 | 66.90 | * |
| RICHARD SANDSTROM | 11017 112TH AVE SW | | TACOMA | WA | 98498-1460 | K20009 | 66.90 | * |
| RICHARD SCHEER | 370 RIVERSIDE DR | | NEW YORK | NY | 10025-2179 | K55678 | 66.90 | * |
| RICHARD SCHNEIDER | 5232 WITHERSPOON WAY | | HOLT | MI | 48842-9579 | K41390 | 66.90 | * |
| RICHARD SCHOELLER | 452 11TH ST | | BROOKLYN | NY | 11215-4308 | K61889 | 66.90 | * |
| RICHARD SCOTT | 485 CHANDLER DR | | ROSEBURG | OR | 97471-5735 | K35126 | 66.90 | * |
| RICHARD SEEGER | 720 GREENWICH ST APT 10A | | NEW YORK | NY | 10014-2548 | V98877 | 66.90 | * |
| RICHARD SEELIG | 1341 MILWAUKEE ST | | DELAFIELD | WI | 53018-1632 | K40319 | 66.90 | * |
| RICHARD SEIF | 13357 LARRAY LN | | CEDAR SPRINGS | MI | 49319-8245 | K35260 | 66.90 | * |
| RICHARD SEWARD | 989 REGATTA DR | | SACRAMENTO | CA | 95833 | K15523 | 66.90 | * |
| RICHARD SPALDING | 8705 NEW HAMPTON RD NE | | ALBUQUERQUE | NM | 87111-1890 | K23750 | 66.90 | * |
| RICHARD STRAIT | 307 ROBINSON AVE APT 102 | | LOWELL | AR | 72745-8006 | K28837 | 66.90 | * |
| RICHARD SULLIVAN | 248 RED HILL LN | | IOWA CITY | IA | 52245-9315 | K57244 | 66.90 | * |
| RICHARD SZCZEPANIAK | 6 BRIXAM COR | | BARNEGAT | NJ | 08005-1729 | K20392 | 66.90 | * |
| RICHARD T [CHIP] SMITH JR | 220 S ENGLEWOOD DR | | ROCKY MOUNT | NC | 27804-3620 | K33249 | 66.90 | * |
| RICHARD T [RICK] HOY | 373 BRICKYARD POINT RD N | | BEAUFORT | SC | 29907-1038 | K22848 | 66.90 | * |
| RICHARD T [TOD] DOEBLER | PO BOX 842 | | MENOMONEE FAL | WI | 53052-0842 | K43185 | 66.90 | * |
| RICHARD T BRANDENBURG | 810 INDIANA AVE LOT 108 | | RICHMOND | IN | 47374-2719 | K26998 | 66.90 | * |
| RICHARD T BRENDEL | 114 HIGH FOREST DR | | BELLEVILLE | IL | 62226-5411 | K45242 | 66.90 | * |
| RICHARD T JONES | 740 GREENTREE RD | | PACIFIC PALIS | CA | 90272-3909 | K48509 | 66.90 | * |
| RICHARD T MORRISON | 4177 AMSTERDAM RD SW | | BOWERSTON | OH | 44695-9610 | K62127 | 66.90 | * |
| RICHARD TABIN | 44 TRUXTON RD | | ISLAND PARK | NY | 11558-1416 | K48308 | 66.90 | * |
| RICHARD THALER | 260 PARK AVE S APT 9B | | NEW YORK | NY | 10010-7259 | K12705 | 66.90 | * |
| RICHARD THALL | 810 ONEIL WAY | | INCLINE VILLA | NV | 89451-9123 | K52731 | 66.90 | * |
| RICHARD THAYER | PO BOX 298 | | WOLFEBORO FAL | NH | 03896-0298 | K13943 | 66.90 | * |
| RICHARD THEISEN | 3020 EDGERTON ST | | LITTLE CANADA | MN | 55117-1208 | K21618 | 66.90 | * |
| RICHARD TOMKOWITZ | 6108 SMITHFIELD ST | | MCKEESPORT | PA | 15135-1149 | K60635 | 66.90 | * |
| RICHARD TRUMAN | 10111 FAIRMOUNT RD | | LOUISVILLE | KY | 40291-3145 | K33317 | 66.90 | * |
| RICHARD V GONSER | 481 DONNALEE DR | | MONROE | MI | 48162-3310 | V99442 | 66.90 | * |
| RICHARD VEACH | 483 OAKLEAF TRL | | SUWANEE | GA | 30024-1056 | K60759 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RICHARD W [RICH] DERINGER | 4950 SABRA LN | | ANNANDALE | VA | 22003-4001 | K34442 | 66.90 | * |
| RICHARD W EDWARDS | 4490 FILBY RD | | RICHMOND | IN | 47374-9379 | K24362 | 66.90 | * |
| RICHARD W HARTING | 10331 CIELITO LINDO NE | | ALBUQUERQUE | NM | 87111-3629 | K59786 | 66.90 | * |
| RICHARD W HEISS | 41350 FOX RUN APT 210 | | NOVI | MI | 48377-5038 | K45044 | 66.90 | * |
| RICHARD W HESS | 2117 BRANDYWINE CT | | FORT WAYNE | IN | 46845-1589 | K42747 | 66.90 | * |
| RICHARD W HOOVER | 30 S 3RD ST | | WEST MILTON | PA | 17886-8034 | K17392 | 66.90 | * |
| RICHARD W HUGHES | 1219 LAKESIDE DR | | LINCOLNTON | GA | 30817-2434 | K30681 | 66.90 | * |
| RICHARD W KAEUPER | 151 VILLAGE LN | | ROCHESTER | NY | 14610-3039 | K30350 | 66.90 | * |
| RICHARD W KIMBALL | 1219 LIMERICK RD | | PAPILLION | NE | 68046-3068 | K53780 | 66.90 | * |
| RICHARD W KOPP | 2509 BROADWAY TER | | LEAVENWORTH | KS | 66048-4318 | K32586 | 66.90 | * |
| RICHARD W KRAGH | 28W495 DOUGLAS RD | | NAPERVILLE | IL | 60564-9595 | K54143 | 66.90 | * |
| RICHARD WALKER | 1730 PAYTON AVE | | DES MOINES | IA | 50315-4961 | K21963 | 66.90 | * |
| RICHARD WALTER | 7340 ELIZABETH ST | | CINCINNATI | OH | 45231-4469 | K48224 | 66.90 | * |
| RICHARD WEAVER | PO BOX 115 | | WEST MILTON | PA | 17886-0115 | K15794 | 66.90 | * |
| RICHARD WELLER | 8005 VALLEY VIEW RD | | CUSTER | WA | 98240-9523 | K16604 | 66.90 | * |
| RICHARD WHELPLEY | 3009 US 601 HWY | | YADKINVILLE | NC | 27055-6838 | K16493 | 66.90 | * |
| RICHARD WHISTON | 1857 WELLINGTON W | | CARSON CITY | NV | 89703-7456 | K52167 | 66.90 | * |
| RICHARD WILLHARDT | 26964 PINE DR | | EVERGREEN | CO | 80439-5400 | K34132 | 66.90 | * |
| RICHARD WILLIAM EDWARDS | 104 DOVENSHIRE DR | | CROSSVILLE | TN | 38558-8888 | K34100 | 66.90 | * |
| RICHARD WINOKUR | 240 HENLEYS MILL RD | | PITTSBORO | NC | 27312-8911 | K55075 | 66.90 | * |
| RICHARD WINTER | 25 LOOP RD | | WATSONTOWN | PA | 17777-9102 | K15293 | 66.90 | * |
| RICHARD WIRTH | 1407 WALNUT ST | | CAMP HILL | PA | 17011-3967 | K35992 | 66.90 | * |
| RICHARD WOLFE | 41 3RD ST | | TURBOTVILLE | PA | 17772-8670 | K20987 | 66.90 | * |
| RICHARD WOLZ | PO BOX 706 | | POWAY | CA | 92074-0706 | K57374 | 66.90 | * |
| RICHARD YECIES | 73 SPRINGWOOD DR | | SOUTHAMPTON | PA | 18966-3054 | K60787 | 66.90 | * |
| RICHARD ZAMSKY | 1417 S ATLANTIC DR | | LAKE WORTH | FL | 33462-4718 | K36769 | 66.90 | * |
| RICHMOND HIGH SCHOOL | RICHMOND HIGH SCHOOL ALUMNI | 380 HUB ETCHISON PKWY | RICHMOND | IN | 47374-5398 | | 0.00 | ** |
| RICHMOND HIGH SCHOOL | c/o MARY LOU GRIFFEY | 380 HUB ETCHISON PKWY | RICHMOND | IN | 47374-5398 | | 0.00 | ** |
| RICK B O'DELL | 1820 EDEN RD | | MASON | MI | 48854-9233 | K40054 | 66.90 | * |
| RICK BRITT | 224 LAKE CHATEAU DR | | HERMITAGE | TN | 37076-3009 | K40015 | 66.90 | * |
| RICK BROWN | 2704 S 48TH AVE | | OMAHA | NE | 68106-3912 | K56512 | 66.90 | * |
| RICK CROCKETT | 46-063 EMEPELA PL APT S200 | | KANEOHE | HI | 96744-3969 | K28081 | 66.90 | * |
| RICK GRAF | 28646 AVOCADO PL | | SANTA CLARITA | CA | 91390-4106 | K12404 | 66.90 | * |
| RICK GUFFEY | 855 STRAHAN RD | | NEW COLUMBIA | PA | 17856-9065 | K20295 | 66.90 | * |
| RICK LINDER | 5230 BENJAMIN ST | | ALEXANDRIA | LA | 71303-4005 | K25370 | 66.90 | * |
| RICK MILBURN | PO BOX 190146 | | BOISE | ID | 83719-0146 | K41798 | 66.90 | * |
| RICK RIETMANN | 10009 STARDUST DR | | BOISE | ID | 83709-0358 | K32388 | 66.90 | * |
| RICK ROCHE | 371 COUNTY ROAD 24 | | INTERNATIONAL | MN | 56649-8960 | K24776 | 66.90 | * |
| RICK S VOLZ | 2501 BLANCHARD AVE | | MORAINE | OH | 45439-2129 | K39477 | 66.90 | * |
| RICK STAR | 4675 SOMERSET CT | | BROOKFIELD | WI | 53045-8156 | K35206 | 66.90 | * |
| RICK ULAND | PO BOX 460211 | | SAN FRANCISCO | CA | 94146-0211 | K55689 | 66.90 | * |
| RICKEY D RAINES | 28A WATERVIEW COVE | | JACKSON | TN | 38305-1597 | K34018 | 66.90 | * |
| RICKI KAPLAN | 14090 METTAWA WOODS DR | | METTAWA | IL | 60045-1017 | K44069 | 66.90 | * |
| RICKY D MULKEY | 3919 HAMPTON RD | | DENTON | TX | 76207-3233 | K37545 | 66.90 | * |
| RICKY E WALLACE | 1242 WEBSTER RD | | DANVILLE | KY | 40422-9762 | K42902 | 66.90 | * |
| RICKY ISREAL | 226 HIGH PL | | JACKSON | OH | 45640-1914 | K51653 | 66.90 | * |
| RICKY S HEIL | 523 W CHESTNUT ST | | PORT WASHINGT | WI | 53074-2106 | K41359 | 66.90 | * |
| RIDGE VIOLETT | 4210 SE 12TH ST | | DES MOINES | IA | 50315-3727 | K21374 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RIGGS / PIERRE HIGH SCHOOL | c/o KIM BRAKKE | 1010 SOUTH BROADWAY | PIERRE | SD | 57501 | | 0.00 | ** |
| RIMA HIMELSTEIN MD | 520 WILDFLOWER LN | | MEDIA | PA | 19063-1672 | K42352 | 66.90 | * |
| RISA LANGEDAL | 615 J ST | | KEOKUK | IA | 52632-4513 | K16692 | 66.90 | * |
| RITA A BOHNKE | 13411 FACKLER RD | | MONROEVILLE | IN | 46773-9540 | K38268 | 66.90 | * |
| RITA BECK | 1175 BLUE IRIS CT | | WISCONSIN RAP | WI | 54494-4241 | K46913 | 66.90 | * |
| RITA BELL | 14223 EVENTIDE DR | | CYPRESS | TX | 77429-3907 | K36986 | 66.90 | * |
| RITA E BUTCHER | 137 DARIEN RD | | HOWELL | NJ | 07731-1807 | K45240 | 66.90 | * |
| RITA EVEN | 3452 BUENA VISTA AVE | | GLENDALE | CA | 91208-1505 | K50900 | 66.90 | * |
| RITA FORSLOF | 1603 HOLMAN ST | | LEAVENWORTH | KS | 66048-4157 | K34563 | 66.90 | * |
| RITA GIBBONS | 1919 SANDY HILL RD APT C-4 | | PLYMOUTH MEET | PA | 19462-2339 | K37667 | 66.90 | * |
| RITA GILHOOL | 131 PUTNEY LN | | MALVERN | PA | 19355-3210 | K34143 | 66.90 | * |
| RITA GRISANTE | 2400 LEBANON CHURCH RD | | WEST MIFFLIN | PA | 15122-2559 | K41145 | 66.90 | * |
| RITA HEMPHILL | 6120 MIDDLEBELT RD APT 312 | | GARDEN CITY | MI | 48135-2402 | K60011 | 66.90 | * |
| RITA HERBERT | PO BOX 999 | | CARBONDALE | CO | 81623-0999 | K29275 | 66.90 | * |
| RITA HIGGINS | 150 MAVIS PL | | SAN RAMON | CA | 94583-2827 | K37895 | 66.90 | * |
| RITA I BEAN | 4450 COLOROW RD | | OLATHE | CO | 81425-9590 | K17435 | 66.90 | * |
| RITA J FRAPPIER | PO BOX 704 | | GALES FERRY | CT | 06335-0704 | K10363 | 66.90 | * |
| RITA JORDAN | 16 RAMBLEWOOD RD | | SHOREHAM | NY | 11786-2300 | K41786 | 66.90 | * |
| RITA LOWE | 3777 INDEPENDENCE AVE APT 14 | | BRONX | NY | 10463-1424 | K58419 | 66.90 | * |
| RITA M KRICK | 1924 PEACH TREE LN | | BETHLEHEM | PA | 18015-5251 | K26593 | 66.90 | * |
| RITA M MUMMA | 1002 CLEARVIEW AVE | | EPHRATA | PA | 17522-1339 | K58246 | 66.90 | * |
| RITA MANN | 2112 4TH AVE | | MUSCATINE | IA | 52761-4609 | K16049 | 66.90 | * |
| RITA MATTIOLI | 721 W HAVERFORD RD | | BRYN MAWR | PA | 19010-3114 | K37992 | 66.90 | * |
| RITA MC CLOUD | 10887 E PEAR TREE DR | | CORNVILLE | AZ | 86325-5521 | K37754 | 66.90 | * |
| RITA MCCARTAN | 220 E 54TH ST APT 2J | | NEW YORK | NY | 10022-4838 | K20246 | 66.90 | * |
| RITA MCKENNA | 65 WESTMONT ST | | WEST HARTFORD | CT | 06117-2928 | K53985 | 66.90 | * |
| RITA MILLER | 30 SKYVIEW OVAL | | TAPPAN | NY | 10983-1115 | K45763 | 66.90 | * |
| RITA MILLER | 195 TINLEY PARK CIR | | DELAWARE | OH | 43015-7171 | K51175 | 66.90 | * |
| RITA MISICH | 7527 PARKER DR | | MENTOR | OH | 44060-6125 | K43498 | 66.90 | * |
| RITA MOSLEY | 122 ADDISON CT | | WATERLOO | IA | 50701-1752 | K55054 | 66.90 | * |
| RITA P GILLEN | 6408 HIRAM AVE | | ASHTABULA | OH | 44004-7633 | K19771 | 66.90 | * |
| RITA PIERCE | 829 ASH CIR | | PLYMOUTH | WI | 53073-4068 | K51523 | 66.90 | * |
| RITA RANGE | 4224 28TH PL W | | SEATTLE | WA | 98199-1441 | K57050 | 66.90 | * |
| RITA S COX | 171 LINCOLN AVE # 1 | | ALBANY | NY | 12206-1402 | K28529 | 66.90 | * |
| RITA SAND | 307 23RD AVE N | | SAINT CLOUD | MN | 56303-3842 | K21426 | 66.90 | * |
| RITA SCHIELTZ | 214 PARK END DR | | DAYTON | OH | 45415-3531 | K33583 | 66.90 | * |
| RITA SESTOKAS-SHINE | 8641 HICKORY HOLLOW DR | | CHARDON | OH | 44024-9630 | K43677 | 66.90 | * |
| RITA SIERRA | 36134 WEBER DR | | STERLING HEIG | MI | 48310-4645 | K50774 | 66.90 | * |
| RITA SLOM | 400 BELLEVUE AVE APT 320 | | NEWPORT | RI | 02840-6959 | K24632 | 66.90 | * |
| RITA STEVENS | 9713 WINGFIELD RD | | LOUISVILLE | KY | 40291-3642 | K33858 | 66.90 | * |
| RITA SWEENEY | 2209 PHEASANT RUN DR | | MOUNT JULIET | TN | 37122-2464 | K36613 | 66.90 | * |
| RITA TANSKI | 120 REID AVE | | PORT WASHINGT | NY | 11050-3919 | K37185 | 66.90 | * |
| RITA THOMAS | 2002 SKY HAWK AVE | | PAPILLION | NE | 68133-2348 | K56392 | 66.90 | * |
| RITA TWICHELL | 4417 KELLER RD | | HOLT | MI | 48842-2167 | K42183 | 66.90 | * |
| RITA WHITE | 37553 N DIANNE LN | | NEW BOSTON | MI | 48164-8005 | K58536 | 66.90 | * |
| RITA WILCOX | 2348 W ALPINE AVE | | STOCKTON | CA | 95204-2702 | K58238 | 66.90 | * |
| RITA WROBLEWSKI | 169 E 69TH ST APT 6A | | NEW YORK | NY | 10021-5163 | K53068 | 66.90 | * |
| RITA ZECHER | 5600 MUNHALL RD APT 1008 | | PITTSBURGH | PA | 15217-2045 | K48622 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.      No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RITA ZOLP | 679 ASPEN GRV | | SHEBOYGAN FAL | WI | 53085-2596 | K47456 | 66.90 | * |
| ROANNA JEAN HOLM | 230 HOPE WAY | | NIPOMO | CA | 93444-9539 | K17638 | 66.90 | * |
| ROB BICKEL | 411 W PINE ST | | MARENGO | IA | 52301-1226 | K59840 | 66.90 | * |
| ROB HOUDEK OD | 524 AMARILLO ST | | DENTON | TX | 76201-4006 | K25361 | 66.90 | * |
| ROB MORRISON | 9012 COACH WAY | | CHAPEL HILL | NC | 27516-9744 | K50540 | 66.90 | * |
| ROBB JOHNSON | 180 HARRIS DR | | AUSTIN | TX | 78737-4605 | K40782 | 66.90 | * |
| ROBBIE D DAVIS | 4400 TROUP HWY APT 300 | | TYLER | TX | 75703-2314 | K42096 | 66.90 | * |
| ROBBIE HORTON | 3120 SW 61ST ST | | OKLAHOMA CITY | OK | 73159-1202 | K62639 | 66.90 | * |
| ROBBIE L COX | 1141 ENGLEMEADE DR | | SHREVEPORT | LA | 71107-5528 | K10053 | 66.90 | * |
| ROBBIE L WINCHESTER | 3345 E UNIVERSITY DR UNIT 52 | | MESA | AZ | 85213-8667 | K34604 | 66.90 | * |
| ROBBIE MENDOZA | 6607 LOQUAT LN | | ORLANDO | FL | 32807-4947 | K35156 | 66.90 | * |
| ROBBY RAY COX | 518 HAMPSHIRE ST | | LONGVIEW | TX | 75605-3718 | K12370 | 66.90 | * |
| ROBERT [BOB] BARNES | 181 BERT ST | | DELTA | CO | 81416-2254 | K17320 | 66.90 | * |
| ROBERT [BOB] BARRON | 6303 BENEFIELD AVE | | ODESSA | TX | 79762-2920 | K41867 | 66.90 | * |
| ROBERT [BOB] CARBONE | 23 CORNELL RD | | BALA CYNWYD | PA | 19004-2104 | K36318 | 66.90 | * |
| ROBERT [BOB] COCHRAN | 6928 SUNRISE CT | | MIDLAND | TX | 79707-1415 | K45602 | 66.90 | * |
| ROBERT [BOB] CONNELLY | 5020 ASHLEY WOODS DR | | GRANITE BAY | CA | 95746-6492 | K57788 | 66.90 | * |
| ROBERT [BOB] DUNCAN | 684 BENICIA DR APT 66 | | SANTA ROSA | CA | 95409-3069 | K58749 | 66.90 | * |
| ROBERT [BOB] FRAPPIER | 4 BARCLAY CT | | NEWTOWN | PA | 18940-1555 | K35781 | 66.90 | * |
| ROBERT [BOB] HENDRICKSON | 10726 258TH ST | | CHISAGO CITY | MN | 55013-7441 | K22727 | 66.90 | * |
| ROBERT [BOB] HYBERT | 6386 WOODLAND CIR | | ASHTABULA | OH | 44004-4817 | K18666 | 66.90 | * |
| ROBERT [BOB] KITTENDORF | 9007 CLARK VIEW CT | | LOUISVILLE | KY | 40214-7609 | K58800 | 66.90 | * |
| ROBERT [BOB] KLOOSTERMAN | 1828 FELICIANA TER | | THE VILLAGES | FL | 32162-4021 | K17935 | 66.90 | * |
| ROBERT [BOB] KOHLS | 9012 SUNCREST AVE SW | | ALBUQUERQUE | NM | 87121-8845 | K46437 | 66.90 | * |
| ROBERT [BOB] KONDRAS | 1100 SYLVAN DR | | HADDON HEIGHT | NJ | 08035-1226 | K40816 | 66.90 | * |
| ROBERT [BOB] LEE | 2105 WAYMON ST | | SHREVEPORT | LA | 71118-3397 | K63074 | 66.90 | * |
| ROBERT [BOB] MAXWELL | 1401 E 7TH ST APT 6 | | SIOUX FALLS | SD | 57103-1456 | K32132 | 66.90 | * |
| ROBERT [BOB] PAYNE | 2220 GREENBAY DR | | HANOVER PARK | IL | 60133-6015 | K14986 | 66.90 | * |
| ROBERT [BOB] RICHARDS | 4510 ORANGEWOOD LN | | BOWIE | MD | 20715-1133 | K34908 | 66.90 | * |
| ROBERT [BOB] SIMPSON JR | 92 COUNTRY CLUB DR | | CANYON | TX | 79015-1826 | K29704 | 66.90 | * |
| ROBERT [BOB] WEIKERT | 1937 LITITZ PIKE | | LANCASTER | PA | 17601-3805 | K29974 | 66.90 | * |
| ROBERT [BOB] WILROY | 504 HAMPTON TRACE LN | | COLUMBIA | SC | 29209-1935 | K25999 | 66.90 | * |
| ROBERT [BOBBY] ROLLINS JR | 604 LINDEN DR | | WAYCROSS | GA | 31501-6908 | K20287 | 66.90 | * |
| ROBERT [GREG] SOURBER | 1112 CREST LN | | LANCASTER | PA | 17601-4468 | K28902 | 66.90 | * |
| ROBERT [SCOTT] MCNEILL | 126 S OLD CREEK RD | | VERNON HILLS | IL | 60061-3174 | K51914 | 66.90 | * |
| ROBERT [STEVE] DAWSON | PO BOX 1422 | | COSHOCTON | OH | 43812-6422 | K50771 | 66.90 | * |
| ROBERT [TED] ANDERSON | 1220 ELKS RD | | RICHMOND | IN | 47374-2091 | K25821 | 66.90 | * |
| ROBERT [VOIGHT] SHEALY | 130 CHESHIRE RD | | LEXINGTON | SC | 29072-2702 | K30672 | 66.90 | * |
| ROBERT A [BOB] BIXLER | 135 S ALPINE DR | | YORK | PA | 17408-6296 | K41595 | 66.90 | * |
| ROBERT A [BOB] HENDEE | 122 W MARQUETTE ST | | BERLIN | WI | 54923-1125 | K34274 | 66.90 | * |
| ROBERT A [BOB] LIND | 1457 OLEANDER DR SW | | LILBURN | GA | 30047-3227 | K56623 | 66.90 | * |
| ROBERT A ABRAMS | 922 PARK ST UNIT F | | LA CONNER | WA | 98257-4706 | K43692 | 66.90 | * |
| ROBERT A BLOHM | 33000 W KIRTLAN WAY | | FORT BRAGG | CA | 95437-8369 | K59411 | 66.90 | * |
| ROBERT A BYER | 23 GREENWOOD RD | | BREWSTER | MA | 02631-1047 | K13880 | 66.90 | * |
| ROBERT A COLE | 2313 PULASKI RD | | KNOXVILLE | TN | 37914-2936 | K12551 | 66.90 | * |
| ROBERT A COLOMBO | 909 CASSIE DR | | JOLIET | IL | 60435-2937 | K54382 | 66.90 | * |
| ROBERT A DIESTEL | 21 BARRY DR | | GALES FERRY | CT | 06335-1803 | K14750 | 66.90 | * |
| ROBERT A ELICKER | 24826 11TH AVE S | | DES MOINES | WA | 98198-8535 | K17399 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT A FRANK | 35 LOUNSBURY RD | | RIDGEFIELD | CT | 06877-4710 | K10603 | 66.90 | * |
| ROBERT A HAYS | 28 LYONS ST | | ROCHESTER | NH | 03867-1849 | K27168 | 66.90 | * |
| ROBERT A JOHNSON | 47 LAURELHURST DR | | LADERA RANCH | CA | 92694-0204 | K29145 | 66.90 | * |
| ROBERT A KECK | 29885 KIAWAH DR | | DAGSBORO | DE | 19939-3395 | K41329 | 66.90 | * |
| ROBERT A LAMBERT | 2173 PATHFINDER RD | | FLORISSANT | CO | 80816-7006 | K48929 | 66.90 | * |
| ROBERT A LATTERELL | 1380 HERITAGE DR APT 9 | | NEW RICHMOND | WI | 54017-2556 | K22322 | 66.90 | * |
| ROBERT A LOCKE | 7402 MARINA DR | | HOLMES BEACH | FL | 34217-1124 | K58602 | 66.90 | * |
| ROBERT A MAUER | 601 HARRISON ST | | FRENCHTOWN | NJ | 08825-1118 | K24565 | 66.90 | * |
| ROBERT A MILLER | 2133 N LYNHURST DR | | INDIANAPOLIS | IN | 46224-5004 | K47176 | 66.90 | * |
| ROBERT A MULLER | PO BOX 431 | | HAVERFORD | PA | 19041-0431 | K33660 | 66.90 | * |
| ROBERT A PAVLICK | 25 EMORY ST | | MARY ESTHER | FL | 32569-1619 | K55525 | 66.90 | * |
| ROBERT A PERKINS | 10908 PIEDMONT DR | | FREDERICKSBUR | VA | 22407-5022 | K39298 | 66.90 | * |
| ROBERT A PETERSON | 802 CREETOWN CT | | LOUISVILLE | KY | 40243-1713 | K43778 | 66.90 | * |
| ROBERT A SCOTT | 212 WARE ST | | SHELBY | NC | 28150-4341 | K13345 | 66.90 | * |
| ROBERT A SHIVELY | 741 ALBANY AVE | | VENTURA | CA | 93004-2373 | K55985 | 66.90 | * |
| ROBERT A UTKE | 1456 LARPENTEUR AVE W | | FALCON HEIGHT | MN | 55113-6303 | K34492 | 66.90 | * |
| ROBERT A VERTOCNIK | 2050 E 226TH ST | | EUCLID | OH | 44117-2108 | K45297 | 66.90 | * |
| ROBERT ABILD | 1715 E 7TH ST | | ATLANTIC | IA | 50022-1912 | K23424 | 66.90 | * |
| ROBERT ABRAHAM | 3445 HEATHER DR | | AUGUSTA | GA | 30909-2707 | K59574 | 66.90 | * |
| ROBERT ADAIR | 7911 SHADY HOLLOW LN | | SAN ANTONIO | TX | 78255-1228 | K41564 | 66.90 | * |
| ROBERT ADAMS | 114 OVERLAKE KNL | | HOLLY LAKE RA | TX | 75765-7550 | K57289 | 66.90 | * |
| ROBERT ALLEN DICKSON | 1315 ACROPOLIS DR | | LAFAYETTE | CO | 80026 | K41101 | 66.90 | * |
| ROBERT ALLEN LATTA | 431 W VINE ST | | NEW WILMINGTO | PA | 16142-1408 | K62301 | 66.90 | * |
| ROBERT ANDREW COHEN | 204 QUAYSIDE CIR APT 502 | | MAITLAND | FL | 32751-5778 | K40260 | 66.90 | * |
| ROBERT ANDREW DUNNE | 21035 SOELL DR | | ABITA SPRINGS | LA | 70420-3101 | K51700 | 66.90 | * |
| ROBERT ANTHONY BARANSKI | 1004 KELLY AVE | | JOLIET | IL | 60435-4543 | K51931 | 66.90 | * |
| ROBERT ANTHONY MARKELZ MD | 4223 BAY BEACH LN APT A5 | | FORT MYERS BE | FL | 33931-4919 | K53267 | 66.90 | * |
| ROBERT ANTOL | 65 DUNN LN | | POUGHQUAG | NY | 12570-5607 | K21852 | 66.90 | * |
| ROBERT AUFDEMBERGE | 8431 SW 77TH ST | | AUBURN | KS | 66402-9519 | K33819 | 66.90 | * |
| ROBERT B COE | 1 RIVERPLACE DR APT 212 | | LA CROSSE | WI | 54601-8529 | K58781 | 66.90 | * |
| ROBERT B DAHLQUIST | 5 QUARRY RD | | MASON CITY | IA | 50401-2510 | K59789 | 66.90 | * |
| ROBERT B FREDRICKSON | 3374 LAKE BEND DR | | VALLEY PARK | MO | 63088-2524 | K37536 | 66.90 | * |
| ROBERT B GOLDEN | 516 AURORA AVE | | METAIRIE | LA | 70005-3214 | K51937 | 66.90 | * |
| ROBERT B GRACE | 7719 DEERWOOD POINT CT | | JACKSONVILLE | FL | 32256-2820 | K55903 | 66.90 | * |
| ROBERT B HILLSON | 105 CASA GRANDE CT | | PALM BEACH GA | FL | 33418-1706 | K15003 | 66.90 | * |
| ROBERT B HOPLER | 6228 WINTER PARK DR | | NORTH RICHLAN | TX | 76180-5355 | K38151 | 66.90 | * |
| ROBERT B JAGGARD | 1668 MONARCH DR | | VENICE | FL | 34293-0305 | K42650 | 66.90 | * |
| ROBERT B MARCUS | 115 GRINGO INDEPENDENCE RD | | ALIQUIPPA | PA | 15001-6014 | K42072 | 66.90 | * |
| ROBERT B STUART | 2000 W CESSNA WAY | | TUCSON | AZ | 85755-8895 | K53141 | 66.90 | * |
| ROBERT BALLARD | 729 S CARMENCITA DR | | WEST COVINA | CA | 91790-3532 | K32565 | 66.90 | * |
| ROBERT BANKS | 764 WHIPPOORWILL CIR | | SEYMOUR | TN | 37865-3310 | K13566 | 66.90 | * |
| ROBERT BASS | 2240 COUNTY ROAD 98 | | INTERNATIONAL | MN | 56649-8922 | K19470 | 66.90 | * |
| ROBERT BAUER | 2859 190TH ST | | MARSHALLTOWN | IA | 50158-8939 | K15579 | 66.90 | * |
| ROBERT BAYNHAM | 210 CREEK DR | | CLARKS HILL | SC | 29821-2040 | K20823 | 66.90 | * |
| ROBERT BEARD | 911 MAURICE CIR | | STEVENS | PA | 17578-9619 | K57750 | 66.90 | * |
| ROBERT BECK | 281 SHAWMUT AVE | | BOSTON | MA | 02118-2146 | K53357 | 66.90 | * |
| ROBERT BELL | 9111 E BAY HARBOR DR APT 2D | | BAY HARBOR IS | FL | 33154-2711 | K51364 | 66.90 | * |
| ROBERT BENCIC DDS | 4093 TAM O SHANTER | | TALLAHASSEE | FL | 32309-2729 | K45010 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT BERSCHET | 10 CHATEAU WAY | | NAPLES | FL | 34112-9122 | K60160 | 66.90 | * |
| ROBERT BEVERING SR | PO BOX 704 | | HIXSON | TN | 37343-0704 | K22477 | 66.90 | * |
| ROBERT BILLHIME SR | 215 CENTER RD | | MILTON | PA | 17847-9405 | K17837 | 66.90 | * |
| ROBERT BOSSMAN | 32 LAURUS LN | | NEWTON CENTER | MA | 02459-3138 | K10931 | 66.90 | * |
| ROBERT BOUDOURES | 77 PLATA CT | | NOVATO | CA | 94947-3731 | K39312 | 66.90 | * |
| ROBERT BRAUNSCHWEIG | 27343 94TH AVE | | DONAHUE | IA | 52746-9702 | K57052 | 66.90 | * |
| ROBERT BRECHKA | 45 THORNTON ST | | HILLSBOROUGH | NJ | 08844-7028 | K13562 | 66.90 | * |
| ROBERT BRENNAN | PO BOX 357 | | SOMERVILLE | MA | 02143-0009 | K57640 | 66.90 | * |
| ROBERT BROWN | 117 ABBEYWOOD CIR | | STREAMWOOD | IL | 60107-1053 | K60162 | 66.90 | * |
| ROBERT BROWNER | 16772 W BELL RD STE 110/200 | | SURPRISE | AZ | 85374-9702 | K33404 | 66.90 | * |
| ROBERT BUDNY | 352 TALON DR | | SALISBURY | NC | 28147-5901 | K49397 | 66.90 | * |
| ROBERT BUFFIN | 351 MAGNOLIA ST | | HALF MOON BAY | CA | 94019-2051 | K51706 | 66.90 | * |
| ROBERT C [BOB] BIRNEY | 5804 COLLEGE CREEK PL | | WILLIAMSBURG | VA | 23185-3763 | K41280 | 66.90 | * |
| ROBERT C [BOB] HELLER | 200 FORDHAM WAY | | KNOXVILLE | TN | 37934-3839 | K37720 | 66.90 | * |
| ROBERT C [BOB] LINDSAY | 6005 GREENTREE RD | | MADISON | WI | 53711-3125 | K17165 | 66.90 | * |
| ROBERT C [BOB] RUSSELL | 6685 SE 55TH CT | | CARLISLE | IA | 50047-9751 | K21250 | 66.90 | * |
| ROBERT C [BOB] SPRECKELMEIER | 2229 RIPPLEBROOK DR | | CINCINNATI | OH | 45231-2841 | K42749 | 66.90 | * |
| ROBERT C [BOB] ZIRNSTEIN SR | 77-6466 KILOHANA ST | | KAILUA KONA | HI | 96740-9743 | K28129 | 66.90 | * |
| ROBERT C BARTLEMAY | 21343 E CAMINA PLATA | | QUEEN CREEK | AZ | 85142-6992 | K25592 | 66.90 | * |
| ROBERT C BLACK | 228 E CARAMILLO ST | | COLORADO SPRI | CO | 80907-7419 | K27851 | 66.90 | * |
| ROBERT C BRACKELSBERG | 3655 235TH AVE | | KEOKUK | IA | 52632-9756 | K14520 | 66.90 | * |
| ROBERT C BROWNE | 111 CANYON RIM DR | | FOLSOM | CA | 95630-2035 | K53213 | 66.90 | * |
| ROBERT C BUSH | 15401 CASA CLUB DR | | BAKERSFIELD | CA | 93306-9556 | K26406 | 66.90 | * |
| ROBERT C DIETERLE SR | 303 CALLE DESCANSO | | SAN CLEMENTE | CA | 92673-3005 | V99152 | 66.90 | * |
| ROBERT C DOUGLAS | 2 PUTNAM PL | | WINTHROP | MA | 02152-2666 | K12318 | 66.90 | * |
| ROBERT C ELLIS | 237 POINT CIR | | PILOT POINT | TX | 76258-4455 | K26726 | 66.90 | * |
| ROBERT C HALLISY JR | 1143 QUILLIAMS RD | | CLEVELAND HEI | OH | 44121-1835 | K51717 | 66.90 | * |
| ROBERT C HUFFMAN | 1401 N MURRAY ST | | WICHITA | KS | 67212-4215 | K58470 | 66.90 | * |
| ROBERT C JONES | PO BOX 8321 | | HUNTINGTON | WV | 25705-0321 | K33707 | 66.90 | * |
| ROBERT C KLUTE | 410 BACH AVE | | KIRKWOOD | MO | 63122-5302 | K28691 | 66.90 | * |
| ROBERT C LINE | 214 W NORTH ST | | ELIDA | OH | 45807-1061 | K52476 | 66.90 | * |
| ROBERT C MCLAUGHLIN | 95 WINTERGREEN DR | | MIDDLETOWN | RI | 02842-7232 | K26442 | 66.90 | * |
| ROBERT C THOMAS | 20 SARACENO | | NEWPORT COAST | CA | 92657-1306 | K24462 | 66.90 | * |
| ROBERT C UMSCHEID | 885 CRABAPPLE LN | | ESTES PARK | CO | 80517-9777 | K37914 | 66.90 | * |
| ROBERT C YENTEMA | 4255 SPENCER ST APT 101 | | LAS VEGAS | NV | 89119-5546 | K39572 | 66.90 | * |
| ROBERT CALVERLEY | 7820 DEER RD | | WISCONSIN RAP | WI | 54494-9033 | K48910 | 66.90 | * |
| ROBERT CAMPBELL | 37 E RIDGE RD | | LOUDONVILLE | NY | 12211-1477 | K20376 | 66.90 | * |
| ROBERT CAREY SMOAK | PO BOX 414 | | BAMBERG | SC | 29003-0414 | K30058 | 66.90 | * |
| ROBERT CARNAHAN | 4484 CLOVERLEAF DR SE | | GRAND RAPIDS | MI | 49546-6221 | K39146 | 66.90 | * |
| ROBERT CAVALIERE | 44 MACGREGOR AVE | | ROSLYN HEIGHT | NY | 11577-1909 | K52598 | 66.90 | * |
| ROBERT CAVANAGH | 246 AUBURN DR | | EASTON | PA | 18042-7119 | K30300 | 66.90 | * |
| ROBERT CHAPMAN | 2437 FORMAX DR | | ORLANDO | FL | 32828-9327 | K60538 | 66.90 | * |
| ROBERT CLAMAN | 525 PENNSYLVANIA ST | | CARLISLE | IA | 50047-7776 | K21440 | 66.90 | * |
| ROBERT CLAYTON VISCONTI | 650 N PAGE ST | | SOUTHERN PINE | NC | 28387-4145 | K48994 | 66.90 | * |
| ROBERT CONDON | 5485 MALLARD PT | | GAINESVILLE | GA | 30504-9014 | K36678 | 66.90 | * |
| ROBERT COOK SR | 27162 HIGHWAY KK | | RUSH HILL | MO | 65280-2112 | K20918 | 66.90 | * |
| ROBERT COOPER | 5401 W BUSINESS 83 | | HARLINGEN | TX | 78552-3633 | K55745 | 66.90 | * |
| ROBERT CORREY | 907 BUFFALO RD | | LEWISBURG | PA | 17837-1205 | K17239 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.       Page 461 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT COSTELLO | 785 S CITY VIEW RD | | PONCA CITY | OK | 74604-5845 | K13575 | 66.90 | * |
| ROBERT COSTELLO | 205 TILLOTSON RD | | FANWOOD | NJ | 07023-1431 | K19451 | 66.90 | * |
| ROBERT CULP | 854 DATESMAN VLG | | WEST MILTON | PA | 17886-7170 | K15208 | 66.90 | * |
| ROBERT D [BOB] ANDREWS | PO BOX 1957 | | WRIGHTWOOD | CA | 92397-1957 | K20006 | 66.90 | * |
| ROBERT D [BOB] DONOVAN | 3135 W GALLAHER FERRY RD | | KNOXVILLE | TN | 37932-1024 | K15735 | 66.90 | * |
| ROBERT D [DOUG] LIGHT | 814 WILLOWBROOK PL | | COOPERSBURG | PA | 18036-1432 | K34751 | 66.90 | * |
| ROBERT D [DUANE] BREWER | 491 FM 457 | | BAY CITY | TX | 77414-7535 | K28450 | 66.90 | * |
| ROBERT D ANDERSON | 5909 PRAIRIE ROSE CIR | | SAINT CLOUD | MN | 56303-1138 | K22702 | 66.90 | * |
| ROBERT D BAKER | 5620 CRABTREE RD | | BLOOMFIELD HI | MI | 48301-1205 | K20748 | 66.90 | * |
| ROBERT D BROWN | 6137 N ROCKLAND DR | | PRESCOTT VALL | AZ | 86314-3105 | K15576 | 66.90 | * |
| ROBERT D CANFIELD | 4179 CAUSEWAY DR NE | | LOWELL | MI | 49331-9410 | K34920 | 66.90 | * |
| ROBERT D FRASER | 1507 W ACRES RD | | JOLIET | IL | 60435-5847 | K49774 | 66.90 | * |
| ROBERT D JENNINGS | 130 THOMPSON DR SE APT 108 | | CEDAR RAPIDS | IA | 52403-1703 | K56985 | 66.90 | * |
| ROBERT D JOHNSON | 14909 ORCHARD DR | | BURNSVILLE | MN | 55306-4922 | K18443 | 66.90 | * |
| ROBERT D KERN | 506 CINDERELLA DR | | CLAREMONT | CA | 91711-5126 | K62352 | 66.90 | * |
| ROBERT D KRINSKY | 370 1ST AVE APT MF | | NEW YORK | NY | 10010-4945 | K49504 | 66.90 | * |
| ROBERT D MANSZEWSKI | 13669 OBERLEY DR | | LOWELL | MI | 49331-9354 | K39770 | 66.90 | * |
| ROBERT D SMITH | 2262 CR 4500 | | COFFEYVILLE | KS | 67337-8500 | K52926 | 66.90 | * |
| ROBERT DALE STEVERSON | 2504 CALADIUM RD | | JACKSONVILLE | FL | 32211-4015 | K38934 | 66.90 | * |
| ROBERT DALLY | 13311 FOXGLOVE DR NW | | GIG HARBOR | WA | 98332-7831 | K49443 | 66.90 | * |
| ROBERT DARRAH | 3913 83RD ST | | URBANDALE | IA | 50322-2907 | K56110 | 66.90 | * |
| ROBERT DAVIS | 5821 E PEA RIDGE RD APT 17 | | HUNTINGTON | WV | 25705-2653 | K40326 | 66.90 | * |
| ROBERT DAVIS | 16217 SW INDIANWOOD CIR | | INDIANTOWN | FL | 34956-3643 | K40387 | 66.90 | * |
| ROBERT DEGROFF | N2901 CAMP RIVERSITE RD | | SHEBOYGAN FAL | WI | 53085-2618 | K47577 | 66.90 | * |
| ROBERT DERRICK | 132 APPLE ST | | CREVE COEUR | IL | 61610-3210 | K47142 | 66.90 | * |
| ROBERT DEVANY | 3827 PERRY AVE N | | ROBBINSDALE | MN | 55422-2009 | K55518 | 66.90 | * |
| ROBERT DIENS | 3586 SEASHORE AVE | | GREENBANK | WA | 98253-9743 | K60871 | 66.90 | * |
| ROBERT DINGMANN | 9201 COUNTY ROAD 23 SE | | BECKER | MN | 55308-8910 | K22841 | 66.90 | * |
| ROBERT DIRCKSEN | 12144 REED RD | | VERSAILLES | OH | 45380-9712 | K33754 | 66.90 | * |
| ROBERT DONALD ALCORN | 2927 DELANO DR | | COLUMBIA | SC | 29204-3342 | K35572 | 66.90 | * |
| ROBERT DONOVAN | 9130 SARAH CT | | MENTOR | OH | 44060-1641 | K43079 | 66.90 | * |
| ROBERT DYER | 6 MARI NOL CIR | | CLIFTON PARK | NY | 12065-4520 | K24117 | 66.90 | * |
| ROBERT DYER JR | PO BOX 1954 | | PRINCE GEORGE | VA | 23875-1976 | K17644 | 66.90 | * |
| ROBERT E [BOB] HENDRICKS | 3633 DORIS DR | | AMARILLO | TX | 79109-4401 | K23418 | 66.90 | * |
| ROBERT E [BOB] JOHNSON SR | 958 S 23RD ST APT 290 | | RICHMOND | IN | 47374-6662 | K25989 | 66.90 | * |
| ROBERT E [BOB] MOODY | 10722 MASTERS DR | | CLERMONT | FL | 34711-6297 | K40904 | 66.90 | * |
| ROBERT E [BOB] SCHAEFER | 6332 AMBERWOOD DR | | ALTA LOMA | CA | 91701-3222 | K29750 | 66.90 | * |
| ROBERT E [BOB] SECRIST | 615 16TH ST E | | INTERNATIONAL | MN | 56649-3136 | K18692 | 66.90 | * |
| ROBERT E [BOB] SWABB | 11671 CHRISTIANSBURG JACKSON | | SAINT PARIS | OH | 43072-9667 | K31210 | 66.90 | * |
| ROBERT E [GENE] WALLS | 510 FOLIAGE LN | | SPRINGBORO | OH | 45066-9319 | K27732 | 66.90 | * |
| ROBERT E ALEXANDER | 7407 W 81ST PL | | ARVADA | CO | 80003-1633 | K41776 | 66.90 | * |
| ROBERT E BRENNAN | 13948 SE 94TH CT | | SUMMERFIELD | FL | 34491-8225 | K43862 | 66.90 | * |
| ROBERT E COOK | 11101 SW 66TH AVE | | PORTLAND | OR | 97223-9178 | K35136 | 66.90 | * |
| ROBERT E CURTIS | 1744 WELSHIRE DR | | DAVENPORT | IA | 52806-2561 | K17580 | 66.90 | * |
| ROBERT E DANIELS | 811 E FRANKLIN ST | | CHAPEL HILL | NC | 27514-3222 | K53232 | 66.90 | * |
| ROBERT E DUNPHY | 55 ARMAND RD | | RIDGEFIELD | CT | 06877-3033 | K52341 | 66.90 | * |
| ROBERT E ENGLISH | 9936 MUELLER ST | | TAYLOR | MI | 48180-3567 | K26680 | 66.90 | * |
| ROBERT E JAGENBURG | 14 VALLEY RD | | PLANDOME | NY | 11030-1437 | K53869 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT E JOHNSON | 215 SANDY BEACH DR | | DAGSBORO | DE | 19939-9736 | K62708 | 66.90 | * |
| ROBERT E KILLICK | 5369 ILLINOIS RD | | EAGLE RIVER | WI | 54521-8553 | K47481 | 66.90 | * |
| ROBERT E KRUSE | 6 CADDY RD | | NORWALK | CT | 06851-1604 | K52294 | 66.90 | * |
| ROBERT E LAYMAN | 6108 RICHLAND DR | | FORT WAYNE | IN | 46804-3039 | K38260 | 66.90 | * |
| ROBERT E LONG | 405 HILLDALE RD | | HOLTWOOD | PA | 17532-9628 | K28753 | 66.90 | * |
| ROBERT E MASON | 30 LARK AVE | | OLD BETHPAGE | NY | 11804-1430 | K62835 | 66.90 | * |
| ROBERT E MISH | 230 WILLETTS AVE | | NEW LONDON | CT | 06320-3410 | K12689 | 66.90 | * |
| ROBERT E PETERSON | 1201 30TH ST | | PERRY | IA | 50220-2303 | K53781 | 66.90 | * |
| ROBERT E SCHUDY | 4157 RIDGE RD | | WISCONSIN RAP | WI | 54495-9362 | K49210 | 66.90 | * |
| ROBERT E SEYMOUR | 750 WEAVER DAIRY RD APT 219 | | CHAPEL HILL | NC | 27514-1467 | K31278 | 66.90 | * |
| ROBERT E SHANAHAN III | 122 TRAILS END | | BROWNSBURG | IN | 46112-9245 | V98289 | 66.90 | * |
| ROBERT E SHEPHERD | 725 W THORNTON AVE SPC 112 | | HEMET | CA | 92543-7707 | K28684 | 66.90 | * |
| ROBERT E THOMAS | 1434 RIDGE ST | | RICHMOND | IN | 47374-1837 | K28690 | 66.90 | * |
| ROBERT E TUCKER ESQ | 2600 CROASDAILE FARM PKWY AP | | DURHAM | NC | 27705-1342 | K44350 | 66.90 | * |
| ROBERT EATON | 303 FOX CATCHER DR | | MYRTLE BEACH | SC | 29588-8689 | K60906 | 66.90 | * |
| ROBERT ECKWEILER | 667 S COATE RD | | ORANGE | CA | 92869-5131 | K52831 | 66.90 | * |
| ROBERT EDISON DALTON | 405 OVERALL DR | | BRENTWOOD | TN | 37027-7649 | K36193 | 66.90 | * |
| ROBERT EDWARD GILLESPIE JR | 11216 OAKWOOD DR | | DUNKIRK | MD | 20754-9415 | K48409 | 66.90 | * |
| ROBERT EVANS | 106 W KENDALL DR | | YORKVILLE | IL | 60560-1037 | K51796 | 66.90 | * |
| ROBERT EWALD | 3961 HIGHWAY 332 | | INTERNATIONAL | MN | 56649-8908 | K21009 | 66.90 | * |
| ROBERT EWING KORHN | 107 HAIGLER ST | | ABBEVILLE | SC | 29620-1615 | K50049 | 66.90 | * |
| ROBERT F [BOB] BAIN | 122 LAUREL LOOP | | MAGGIE VALLEY | NC | 28751-7683 | K46197 | 66.90 | * |
| ROBERT F [BOB] MINSHALL | 11780 SPARKLEBERRY LN | | JACKSONVILLE | FL | 32223-0707 | K39139 | 66.90 | * |
| ROBERT F [BOB] PATTERSON JR | 31 DOGWOOD DR | | JACKSON | TN | 38305-8840 | K34197 | 66.90 | * |
| ROBERT F [STU] STEWARD | 17412 3RD AVENUE KP N | | LAKEBAY | WA | 98349-9701 | K31779 | 66.90 | * |
| ROBERT F CARRINO | 822 GOLD CREEK DR | | DAWSONVILLE | GA | 30534-3168 | K23640 | 66.90 | * |
| ROBERT F CASWELL | 47 HARRISON AVE | | GLENS FALLS | NY | 12801-2733 | V99249 | 66.90 | * |
| ROBERT F CUDWORTH | 203 STONE ST | | MOOSIC | PA | 18507-1532 | K24588 | 66.90 | * |
| ROBERT F DUMAINE | 9806 HOBART DR | | SUGAR LAND | TX | 77498-1024 | K50926 | 66.90 | * |
| ROBERT F FRIELER | 9716 WINDSOR LAKE BLVD | | COLUMBIA | SC | 29223-2026 | K52570 | 66.90 | * |
| ROBERT F GALLAGHER | 3 WHEATON CTR APT 611 | | WHEATON | IL | 60187-4969 | K56469 | 66.90 | * |
| ROBERT F KIEFER | 1004 SMOKETREE DR | | COVINGTON | LA | 70433-5045 | K51258 | 66.90 | * |
| ROBERT F MITCHELL JR | 2325 N 134TH ST | | OMAHA | NE | 68164-4041 | K55921 | 66.90 | * |
| ROBERT F NORTON | 25801 LAKE SHORE BLVD APT 11 | | EUCLID | OH | 44132-1131 | K46561 | 66.90 | * |
| ROBERT F PASTERIS | 2707 NORTHMOOR DR | | NAPERVILLE | IL | 60564-6027 | K50568 | 66.90 | * |
| ROBERT F POWELL | 3825 RIDGELAKE DR APT 321 | | METAIRIE | LA | 70002-1701 | K50104 | 66.90 | * |
| ROBERT F PRATT | 17450 MOUNTAIN DR | | BROOKINGS | OR | 97415-8270 | K61607 | 66.90 | * |
| ROBERT F SMITH | 11030 GULF SHORE DR APT 801 | | NAPLES | FL | 34108-1739 | K52565 | 66.90 | * |
| ROBERT F WOLF | 2085 MONTURA VW UNIT 102 | | COLORADO SPRI | CO | 80919-6550 | K54844 | 66.90 | * |
| ROBERT FAIRCHILD | PO BOX 775 | | MORGAN | UT | 84050-0775 | K20493 | 66.90 | * |
| ROBERT FARRAND JR | 1328 NW WASHINGTON BLVD | | GRANTS PASS | OR | 97526-1248 | K37594 | 66.90 | * |
| ROBERT FEINSTEIN | 32 BALSAM DR | | HICKSVILLE | NY | 11801-2051 | K47230 | 66.90 | * |
| ROBERT FINK | 18 NEPTUNE CT | | SOMERSET | NJ | 08873-2938 | K58550 | 66.90 | * |
| ROBERT FIORELLINO | 723 BROOKSIDE RD | | RAHWAY | NJ | 07065-1806 | K13230 | 66.90 | * |
| ROBERT FISHER | 2151 BAKER ST | | AURORA | IL | 60506-1707 | K19960 | 66.90 | * |
| ROBERT FLINT | 535 W MULBERRY ST | | KOKOMO | IN | 46901-4453 | K45410 | 66.90 | * |
| ROBERT FORD | 316 S AVENUE B | | GALLOWAY | NJ | 08205-9404 | K13691 | 66.90 | * |
| ROBERT FORONATO | 6010 SW 2ND ST | | DES MOINES | IA | 50315-5705 | K21492 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT FOX | 3558 WEDGEWOOD DR | | LAPEER | MI | 48446-2989 | K41503 | 66.90 | * |
| ROBERT FRANKLIN TAYLOR | 233 SAN JUAN DR | | PONTE VEDRA | FL | 32082-1817 | K37658 | 66.90 | * |
| ROBERT G [BOB] YAMAMOTO | 3201 THATCHER AVE | | MARINA DEL RE | CA | 90292-5555 | K55919 | 66.90 | * |
| ROBERT G ANDERS | 15115 INTERLACHEN DR APT 401 | | SILVER SPRING | MD | 20906-5670 | K36508 | 66.90 | * |
| ROBERT G CARNEY | 7053 CORNELL LN | | MENTOR | OH | 44060-5177 | K43414 | 66.90 | * |
| ROBERT G DAVID | 4713 JOLLIFF WOODS DR | | CHESAPEAKE | VA | 23321-1358 | K41437 | 66.90 | * |
| ROBERT G DENNIS | 3214 PALMETTO BLVD | | EDISTO ISLAND | SC | 29438-3567 | K51876 | 66.90 | * |
| ROBERT G GREEN | PO BOX 3684 | | DANBURY | CT | 06813-3684 | K26035 | 66.90 | * |
| ROBERT G JULIUS | 1918 WILLOW STREET PIKE | | LANCASTER | PA | 17602-4834 | K28899 | 66.90 | * |
| ROBERT G KELLY | 99 NORUMBEGA RD APT 215 | | WESTON | MA | 02493-2482 | K14361 | 66.90 | * |
| ROBERT G PENNOCK | 101 DANIEL CT | | RICHLANDS | NC | 28574-8188 | K36607 | 66.90 | * |
| ROBERT G RODRIGUEZ | PO BOX 317 | | GRANVILLE | OH | 43023-0317 | K52232 | 66.90 | * |
| ROBERT G SHARTLE | 7645 W NORWOOD ST | | CHICAGO | IL | 60631-3808 | K59399 | 66.90 | * |
| ROBERT G WALTER | 204 E 4TH AVE | | CHEYENNE | WY | 82001-1414 | K56831 | 66.90 | * |
| ROBERT G WEISSHAUPT | 207 WHITE ST | | BROWNS MILLS | NJ | 08015-4523 | K47649 | 66.90 | * |
| ROBERT GASKELL | 3105 SUN VALLEY DR | | PICKERINGTON | OH | 43147-8744 | K16747 | 66.90 | * |
| ROBERT GEORGE MCCURDY | 400 BELGIAN RD | | SCHWENKSVILLE | PA | 19473-1859 | K48897 | 66.90 | * |
| ROBERT GIDLOW | 5927 WILLOW WOOD LN | | DALLAS | TX | 75252-2666 | K40024 | 66.90 | * |
| ROBERT GLASHOW | 30 ARGYLE AVE APT 104 | | RIVERSIDE | RI | 02915-1135 | K12069 | 66.90 | * |
| ROBERT GOLDENBERG | 6030 MCNAUGHTEN GROVE LN | | COLUMBUS | OH | 43213-5103 | K25858 | 66.90 | * |
| ROBERT GOODKIND | 226 DARTMOUTH DR NE | | ALBUQUERQUE | NM | 87106-2114 | K53585 | 66.90 | * |
| ROBERT GRATZ | 88 MATLACK DR | | VOORHEES | NJ | 08043-4717 | K47250 | 66.90 | * |
| ROBERT GREEN | 538 BISHOP AVE | | PLYMOUTH | WI | 53073-1406 | K48886 | 66.90 | * |
| ROBERT GREENBERG EDD | 177 SOUTHARD AVE | | ROCKVILLE CEN | NY | 11570-2615 | K51189 | 66.90 | * |
| ROBERT GROSSMAN | 8098 GRANT RD | | ARPIN | WI | 54410-9551 | K48078 | 66.90 | * |
| ROBERT GUILLOCHEAU | 1535 TREELINE DR | | MALVERN | PA | 19355-9764 | K55430 | 66.90 | * |
| ROBERT GURWITZ | 5501 NEWCASTLE AVE APT 122 | | ENCINO | CA | 91316-2176 | K13075 | 66.90 | * |
| ROBERT GWYNNE-VAUGHAN | 16249 DURSLEY CT | | WESTFIELD | IN | 46074-5400 | K52952 | 66.90 | * |
| ROBERT H [MIDGE] CHALMERS | 58 CURTIS RD | | FRAMINGHAM | MA | 01702-7427 | K10667 | 66.90 | * |
| ROBERT H BOHNSACK | 10925 N PEELER PT | | CRYSTAL RIVER | FL | 34428-7288 | K52126 | 66.90 | * |
| ROBERT H CHRISTIE | 2267 E MIRABEAU ST | | SPRINGFIELD | MO | 65804-3828 | K54103 | 66.90 | * |
| ROBERT H HAM | 208 W 27TH ST | | MINNEAPOLIS | MN | 55408-1503 | K27782 | 66.90 | * |
| ROBERT H JOHNSON | 8 STARBEAM LN | | HYANNIS | MA | 02601-2194 | K11966 | 66.90 | * |
| ROBERT H JORDAN PHD | 2047 CAPTAIN SHREVE DR | | SHREVEPORT | LA | 71105-3819 | K43682 | 66.90 | * |
| ROBERT H LESHER | 107 REAGAN DR | | EPHRATA | PA | 17522-1240 | K58280 | 66.90 | * |
| ROBERT H LEWE | 408 TWO LOCH PL | | CHARLESTON | SC | 29414-6883 | K40829 | 66.90 | * |
| ROBERT H MARSHALL | 60 KNOLLWOOD DR | | MAYS LANDING | NJ | 08330-3617 | K48571 | 66.90 | * |
| ROBERT H ROHNER | 1282 W SUGAR MOUNTAIN RD | | BUSHKILL | PA | 18324-8769 | K38396 | 66.90 | * |
| ROBERT H SCHOENLEBER | 8687 ELSINORE CT | | CHARLESTON | SC | 29406-9502 | K36512 | 66.90 | * |
| ROBERT H SCHROEDER | PO BOX 224 | | ARLINGTON | OH | 45814-0224 | K38544 | 66.90 | * |
| ROBERT H SCRUGGS | PO BOX 4193 | | GREENVILLE | SC | 29608-4193 | K50148 | 66.90 | * |
| ROBERT H UNTERREINER JR | 3222 BON AIR AVE | | LOUISVILLE | KY | 40220-1769 | K33318 | 66.90 | * |
| ROBERT HAMILTON JR | 402 WINDING WAY | | LANCASTER | PA | 17602-4845 | K59711 | 66.90 | * |
| ROBERT HARBER | 719 BRISTOL DR | | RAYMORE | MO | 64083-9053 | K33537 | 66.90 | * |
| ROBERT HARMON | 808 N MERIDIAN ST | | BRAZIL | IN | 47834-1648 | K46374 | 66.90 | * |
| ROBERT HARPER | 9650 OZGA ST | | ROMULUS | MI | 48174-1334 | K59270 | 66.90 | * |
| ROBERT HARRIS | 53 LOG HILL LN | | BALLWIN | MO | 63011-3234 | K41019 | 66.90 | * |
| ROBERT HARTMAN JR | 206 DERWENT BLVD | | FORT MYERS | FL | 33908-3413 | K40159 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT HENDERSON | 1010 NW MORGAN LN | | GRANTS PASS | OR | 97526-3379 | K37111 | 66.90 | * |
| ROBERT HERSH | 11565 PRIVADO WAY | | BOYNTON BEACH | FL | 33437-1925 | K44189 | 66.90 | * |
| ROBERT HERSHBERGER PHD | 2511 VISTA DR SE | | HUNTSVILLE | AL | 35803-1365 | K54253 | 66.90 | * |
| ROBERT HETRICK | 40 RIVER DR | | NORTH PEKIN | IL | 61554-1046 | K46053 | 66.90 | * |
| ROBERT HEURUNG | 12718 COUNTY ROAD 3 | | AVON | MN | 56310-9508 | K21619 | 66.90 | * |
| ROBERT HILLS DIETZ JR | 6807 FLAGSTONE WAY | | FLOWERY BRANC | GA | 30542-5066 | K48686 | 66.90 | * |
| ROBERT HOLDER | 19 POND AVE APT C | | NEWPORT | RI | 02840-2175 | K26199 | 66.90 | * |
| ROBERT HOMAN | 5730 SPRINGTOWN RD | | WATSONTOWN | PA | 17777-8506 | K15917 | 66.90 | * |
| ROBERT HUGHES | 407 HILLVIEW ST | | MCKEESPORT | PA | 15132-7312 | K61830 | 66.90 | * |
| ROBERT I EVANS | 767 VIOLET ST | | TALLAHASSEE | FL | 32308-6274 | K52082 | 66.90 | * |
| ROBERT J [BOB] POWERS | 511 1ST TER | | LANSING | KS | 66043-1601 | K39556 | 66.90 | * |
| ROBERT J [BUBBA] KOLBASOWSKI | 220 WHITE HORSE RD | | CHATSWORTH | NJ | 08019-2250 | K54704 | 66.90 | * |
| ROBERT J BAHR | 3202 HIGHWAY 53 | | INTERNATIONAL | MN | 56649-8923 | K17955 | 66.90 | * |
| ROBERT J BAUMGARTNER | 1855 MAYFLOWER AVE | | BRONX | NY | 10461-4103 | K62129 | 66.90 | * |
| ROBERT J BRAUNFELD | 206 HARDWICKE LN | | VILLANOVA | PA | 19085-1405 | K36556 | 66.90 | * |
| ROBERT J BURNS | 6046 GENERAL HAIG ST | | NEW ORLEANS | LA | 70124-3822 | K50140 | 66.90 | * |
| ROBERT J BUSH | 1946 RIDGE MEADOW CT | | TWINSBURG | OH | 44087-1687 | K44361 | 66.90 | * |
| ROBERT J CANGELOSI MD | 4201 FRENCHMEN ST | | NEW ORLEANS | LA | 70122-3839 | K57909 | 66.90 | * |
| ROBERT J CRISSMAN AIA | 11525 SE 152ND ST | | OKLAHOMA CITY | OK | 73165-6804 | K29028 | 66.90 | * |
| ROBERT J DEBOER | 613 4 BAYS DR | | NOKOMIS | FL | 34275-3009 | K17934 | 66.90 | * |
| ROBERT J DICKINSON | 204 PAMELA DR | | ALLISON PARK | PA | 15101-3713 | K62700 | 66.90 | * |
| ROBERT J DIETZEL | 5986 CAMPBELL RD | | MENTOR ON THE | OH | 44060-3022 | K43156 | 66.90 | * |
| ROBERT J FITZPATRICK | 1203 GREEN VIEW WAY | | TOMS RIVER | NJ | 08753-7318 | K15059 | 66.90 | * |
| ROBERT J GAYLOR | PO BOX 336 | | NEW HAVEN | MO | 63068-0336 | K40552 | 66.90 | * |
| ROBERT J GOODMAN | 5136 WEDDINGTON DR | | TROTWOOD | OH | 45426-1960 | K45015 | 66.90 | * |
| ROBERT J GRAVINA | 13875 ROYAL MELBOURNE SQ | | SAN DIEGO | CA | 92128-3643 | K39014 | 66.90 | * |
| ROBERT J GROSS | 635 LLOYD RD | | WICKLIFFE | OH | 44092-2362 | K47137 | 66.90 | * |
| ROBERT J GULA | 5703 ALBER RD | | SALINE | MI | 48176-9711 | V99306 | 66.90 | * |
| ROBERT J HALMAN | PO BOX 3108 | | ASHTABULA | OH | 44005-3108 | K19639 | 66.90 | * |
| ROBERT J HAYS | 4019 GREEN CREST DR | | HOUSTON | TX | 77082-4050 | K53542 | 66.90 | * |
| ROBERT J HEMBREE | PO BOX 6797 | | ASHEVILLE | NC | 28816-6797 | K49887 | 66.90 | * |
| ROBERT J HOERR | 1212 W DETROIT ST | | NEW BUFFALO | MI | 49117-1634 | K46569 | 66.90 | * |
| ROBERT J JACOB | 221 YORKTOWN CT | | EASLEY | SC | 29642-9042 | K60954 | 66.90 | * |
| ROBERT J JENKINS | 1301 E BROADWAY BLVD | | SEDALIA | MO | 65301-6202 | K34135 | 66.90 | * |
| ROBERT J KLINE | 9387 FULTON ST E | | ADA | MI | 49301-8914 | K34918 | 66.90 | * |
| ROBERT J KYRYLUK | 2626 PEARL DR NE | | BEMIDJI | MN | 56601-8523 | K28103 | 66.90 | * |
| ROBERT J LARSEN | 5414 SE 26TH CT | | DES MOINES | IA | 50320-2644 | K53147 | 66.90 | * |
| ROBERT J LUKETIC | 902 WASHINGTON BLVD | | MCKEESPORT | PA | 15133-3841 | K60593 | 66.90 | * |
| ROBERT J MC ENANEY | 438 MANNING BLVD | | ALBANY | NY | 12206-2109 | K22612 | 66.90 | * |
| ROBERT J MISNER | 725 13TH ST | | INTERNATIONAL | MN | 56649-2745 | K17999 | 66.90 | * |
| ROBERT J MORLEY | 12961 HIMEBAUGH AVE | | OMAHA | NE | 68164-1329 | K60497 | 66.90 | * |
| ROBERT J PHINN | P.O BOX 658 | | LEVITTOWN | PA | 19058 | K32251 | 66.90 | * |
| ROBERT J SEARFOSS | 1205 GREENWAY AVE | | TAVARES | FL | 32778-2913 | K52931 | 66.90 | * |
| ROBERT J SERILLO | 7 ESSEX PL | | MADISON | NJ | 07940-2315 | K48701 | 66.90 | * |
| ROBERT J SJOBERG | 1129 ROSEMARY LN | | DANVILLE | VA | 24541-4111 | K27678 | 66.90 | * |
| ROBERT J SMILK | 3 QUINCE CIR | | NEWTOWN | PA | 18940-9288 | K33871 | 66.90 | * |
| ROBERT J STRITTMATTER III | 950 HAMILTON DR | | ALLEN | TX | 75002-8167 | K46977 | 66.90 | * |
| ROBERT JAMES BRUNET | 4521 BARNETT ST | | METAIRIE | LA | 70006-2043 | K55234 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.   No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| ROBERT JAN BIEBER | 2443 TIMBERLAKE DR | | JAMES CREEK | PA | 16657-7617 | K59285 | 66.90 | * |
| ROBERT JANZ | 5760 COUNTY ROAD F | | WISCONSIN RAP | WI | 54495-9237 | K48077 | 66.90 | * |
| ROBERT JOHNSON II | 470 SNAVELY MILL RD | | LITITZ | PA | 17543-9729 | K60336 | 66.90 | * |
| ROBERT JOHNSTON | PO BOX 518 | | WHIGHAM | GA | 39897-0518 | K56376 | 66.90 | * |
| ROBERT K [BOB] LINDSTROM | 2937 WILDERNESS BLVD E | | PARRISH | FL | 34219-9275 | K49380 | 66.90 | * |
| ROBERT K [KELLY] KEYS | 295 ROBIN DALE DR | | LEOLA | PA | 17540-1635 | K30406 | 66.90 | * |
| ROBERT K ALLEN | 12703 W MAPLEWOOD DR | | SUN CITY WEST | AZ | 85375-4619 | K51044 | 66.90 | * |
| ROBERT K BRISKE | 5758 N MULLIGAN AVE | | CHICAGO | IL | 60646-6131 | K56217 | 66.90 | * |
| ROBERT K CODDINGTON | 306 E NORTH ST | | CENTERVILLE | IN | 47330-1056 | K29969 | 66.90 | * |
| ROBERT K KAYSER | 6125 AGERTER RD | | LIMA | OH | 45806-9345 | K48062 | 66.90 | * |
| ROBERT K MAYBERRY | 6149 STATE 210 W | | MOTLEY | MN | 56466-2164 | K54685 | 66.90 | * |
| ROBERT K NOBLIN | 1475 E 57TH ST | | BROOKLYN | NY | 11234-4003 | K48843 | 66.90 | * |
| ROBERT KACENA | 112 PARSONS AVE | | IOWA CITY | IA | 52245-3330 | K56612 | 66.90 | * |
| ROBERT KARLSENG | 4541 SOUTHGATE DR | | PLANO | TX | 75024-2138 | K57554 | 66.90 | * |
| ROBERT KEGLEY | 15631 S MALLARD LN | | HOMER GLEN | IL | 60491-6770 | K49961 | 66.90 | * |
| ROBERT KEHRBERG | 1933 EDENVIEW LN | | WEST COVINA | CA | 91792-1314 | K46607 | 66.90 | * |
| ROBERT KELLY | 6314 SENATORS DR | | CORPUS CHRIST | TX | 78413-2516 | K40917 | 66.90 | * |
| ROBERT KERST | 1776 WESTOVER LN | | MANSFIELD | OH | 44906-3369 | K44138 | 66.90 | * |
| ROBERT KEVIN O'CONNELL SR | 8033 HOLLAND RD # 215 | | ALEXANDRIA | VA | 22306-3133 | K27215 | 66.90 | * |
| ROBERT KILEFNER | 608 WOODCREST AVE | | LITITZ | PA | 17543-9303 | K58298 | 66.90 | * |
| ROBERT KILHEFNER | 419 LYNCROFT DR | | GAHANNA | OH | 43230-2645 | K62052 | 66.90 | * |
| ROBERT KINDSCHI | 6854 SAVANNAH CT | | LAFAYETTE | IN | 47909-9315 | K54780 | 66.90 | * |
| ROBERT KINNEY | PO BOX 912 | | PRAIRIE VIEW | TX | 77446-0912 | K19322 | 66.90 | * |
| ROBERT KLIMAS | 3871 MEADOW RIDGE CT NW | | CONCORD | NC | 28027-8129 | K15151 | 66.90 | * |
| ROBERT KLINSING | 106 BERTHA AVE N | | IHLEN | MN | 56164-2313 | K55545 | 66.90 | * |
| ROBERT KOLBE | 636 W 21ST ST | | SIOUX FALLS | SD | 57105-0613 | K54050 | 66.90 | * |
| ROBERT KOPF | 675 HILLSIDE AVE | | GLEN ELLYN | IL | 60137-4616 | K33925 | 66.90 | * |
| ROBERT KRAMER | 3821 HAGERMAN RD | | TODDVILLE | IA | 52341-9766 | K54250 | 66.90 | * |
| ROBERT L [BOB] MARSHALL | 307 JONES AVE | | WARRENSBURG | MO | 64093-2232 | K49904 | 66.90 | * |
| ROBERT L [BOB] MC LAUGHLIN | 4356 BRICKER RD | | KENOCKEE | MI | 48006-3709 | K58540 | 66.90 | * |
| ROBERT L [BOB] TYSON | 6775 BEACH DR SW | | SEATTLE | WA | 98136-1760 | K35096 | 66.90 | * |
| ROBERT L BLACKWELL JR | 212 LOMBARDY DR | | BENNETTSVILLE | SC | 29512-2742 | K50086 | 66.90 | * |
| ROBERT L BONNAFFONS | 4417 HENICAN PL | | METAIRIE | LA | 70003-1201 | K50777 | 66.90 | * |
| ROBERT L BRUGGER | PO BOX 243 | | FLORALA | AL | 36442-0243 | K62530 | 66.90 | * |
| ROBERT L CHANDLER | 3825 WAWONAISSA TRL | | FORT WAYNE | IN | 46809-1456 | K29610 | 66.90 | * |
| ROBERT L COY | 26 S FARMERSVILLE RD | | LEOLA | PA | 17540-1614 | K30994 | 66.90 | * |
| ROBERT L CROUCH | 6236 OAK HILLS PLZ | | OMAHA | NE | 68137-4419 | K53668 | 66.90 | * |
| ROBERT L DAUBER | 6106 FAIRVIEW CT | | GRANBURY | TX | 76049-4228 | K50084 | 66.90 | * |
| ROBERT L ECKBRETH | 4915 LOUGEAN AVE | | PITTSBURGH | PA | 15207-2147 | K43604 | 66.90 | * |
| ROBERT L EHRMANN | 10 LONGWOOD DR UNIT 372 | | WESTWOOD | MA | 02090-1144 | K11320 | 66.90 | * |
| ROBERT L FINK | 411 E 10TH ST APT 18F | | NEW YORK | NY | 10009-4212 | K51100 | 66.90 | * |
| ROBERT L GILLMAN | 118 LIBERTY ST | | RITTMAN | OH | 44270-1307 | K50012 | 66.90 | * |
| ROBERT L GORDON MD | 58 GASPEE POINT DR | | WARWICK | RI | 02888-4918 | K30228 | 66.90 | * |
| ROBERT L HACKER | 2593 COLONIAL ST | | YORKTOWN HEIG | NY | 10598-3403 | K59038 | 66.90 | * |
| ROBERT L HERMAN | 3400 S OCEAN BLVD APT 3D2 | | PALM BEACH | FL | 33480-7608 | K54911 | 66.90 | * |
| ROBERT L INGRAM | 1214 TANGLE BRIAR DR | | SEABROOK | TX | 77586-4525 | K10049 | 66.90 | * |
| ROBERT L JACOBBERGER-BROCK | 9915 RUSTLELEAF DR | | DALLAS | TX | 75238-2140 | K55580 | 66.90 | * |
| ROBERT L JACOBSEN | 1183 JOHN HANCOCK DR | | BOLINGBROOK | IL | 60490-2144 | K49583 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT L JENNINGS | 428 S ZELTA | | WICHITA | KS | 67207 | K42100 | 66.90 | * |
| ROBERT L JONES | 2526 HANOVER ST | | HEPHZIBAH | GA | 30815-6666 | K59730 | 66.90 | * |
| ROBERT L LEWMAN | 2005 STRINGER GAP RD | | GRANTS PASS | OR | 97527-9574 | K33906 | 66.90 | * |
| ROBERT L MUSHKIN | 8171 BAY COLONY DR APT 703 | | NAPLES | FL | 34108-7563 | K12699 | 66.90 | * |
| ROBERT L PFEIFFER | 831 COLE RD | | MEADOW VISTA | CA | 95722-9566 | K51872 | 66.90 | * |
| ROBERT L PFEIL | 2107 MARABOU PL | | GOSHEN | IN | 46528-5731 | K53375 | 66.90 | * |
| ROBERT L SANDERSON | 1905 W WOODBURY LN | | MILWAUKEE | WI | 53209-1849 | K36025 | 66.90 | * |
| ROBERT L STOCKAMP | 1685 ASHLEY AVE NE | | NORTH CANTON | OH | 44720-1763 | K38552 | 66.90 | * |
| ROBERT L SULASKI | 6716 N WHITE FIR DR | | EDWARDS | IL | 61528-9424 | K46572 | 66.90 | * |
| ROBERT L SWAN | 112 N LAKESIDE DR APT 3F | | MCPHERSON | KS | 67460-4524 | K16562 | 66.90 | * |
| ROBERT L TURNER | 74 CHESTNUT ST | | WILLIMANTIC | CT | 06226-2402 | V98650 | 66.90 | * |
| ROBERT L TUTTLE | 5673 CASTOR WAY | | NOBLESVILLE | IN | 46062-6955 | K43378 | 66.90 | * |
| ROBERT L WERTZ | 214 SKYVIEW LN | | LITITZ | PA | 17543-9123 | K36452 | 66.90 | * |
| ROBERT LAKE | 106 CATHERINE ST | | WASHINGTON | IL | 61571-2663 | K50368 | 66.90 | * |
| ROBERT LARICCIA | 1179 GORDON RD | | LYNDHURST | OH | 44124-1347 | K46039 | 66.90 | * |
| ROBERT LAROCHE JR | 3475 HICKORY HILL RD | | JOHNS ISLAND | SC | 29455-7120 | K49319 | 66.90 | * |
| ROBERT LARRY KELLY | 126 GLEN HAVEN CIR | | AIKEN | SC | 29803-1009 | K27511 | 66.90 | * |
| ROBERT LASKE | 14 CIRCLE DR | | MIDDLETOWN | RI | 02842-4606 | K48214 | 66.90 | * |
| ROBERT LASSER | 32417 E 1800 NORTH RD | | COLFAX | IL | 61728-7521 | K49529 | 66.90 | * |
| ROBERT LAVERN [VERN] FREEMAN | 583 HEIDEL ST | | GRAND JUNCTIO | CO | 81504-4872 | K18176 | 66.90 | * |
| ROBERT LEE ARMANTROUT | 1068 VISALIA DR | | COSTA MESA | CA | 92626-2117 | K44562 | 66.90 | * |
| ROBERT LEE STEPHENS | 805 S GULPH RD | | KING OF PRUSS | PA | 19406-3761 | K37390 | 66.90 | * |
| ROBERT LEVY | 4051 SW 1ST ST | | PLANTATION | FL | 33317-3713 | K11092 | 66.90 | * |
| ROBERT LEWIS | 1102 MICHIGAN ST | | PERRYTON | TX | 79070-3710 | K37396 | 66.90 | * |
| ROBERT LEWIS DRESHFIELD | 17443 SUN MEADOW TRL | | STRONGSVILLE | OH | 44149-5839 | K10601 | 66.90 | * |
| ROBERT LEWIS FELT | 2150 W RANDOLPH ST BLDG 801G | | SAINT CHARLES | MO | 63301-0844 | K40484 | 66.90 | * |
| ROBERT LINCOLN | 8226 N DEL MAR AVE | | FRESNO | CA | 93711-6017 | K36392 | 66.90 | * |
| ROBERT LOUIS WILKERSON | 1203 BENTON LN | | REIDSVILLE | NC | 27320-6006 | K50810 | 66.90 | * |
| ROBERT LOVEJOY | 1640 HORN RD | | PAHRUMP | NV | 89048-4586 | K30588 | 66.90 | * |
| ROBERT M [BOB] MCALAINE | 707 PENNSTONE RD | | BRYN MAWR | PA | 19010-2912 | K35199 | 66.90 | * |
| ROBERT M [BOBBY] LITTLE | 13393 EISENHOWER DR | | PORT CHARLOTT | FL | 33953-2300 | K60201 | 66.90 | * |
| ROBERT M ALLBRIGHT | 117 PONCE DE LEON ST | | ROYAL PALM BE | FL | 33411-1212 | K57951 | 66.90 | * |
| ROBERT M ALLEN | 10802 TRADEWIND DR | | OAKTON | VA | 22124-1800 | K43372 | 66.90 | * |
| ROBERT M BRANCHEAU | 14557 QUIET ACRES RD | | JOHANNESBURG | MI | 49751-8752 | K56571 | 66.90 | * |
| ROBERT M CLEMENTS | 9014 CHERI LN | | YPSILANTI | MI | 48197-9451 | K59081 | 66.90 | * |
| ROBERT M COOPER JR | 214 KING RD | | DE QUEEN | AR | 71832-9298 | K31055 | 66.90 | * |
| ROBERT M CORBIN | 9 JEFFERSON CT | | WAYNESBORO | VA | 22980-6596 | K49725 | 66.90 | * |
| ROBERT M DONADIEU | 62 SPICEBERRY LN | | BERKELEY SPRI | WV | 25411-4998 | K23338 | 66.90 | * |
| ROBERT M KING SR | 1839 MAHALIA DR | | WACO | TX | 76705-2773 | K55000 | 66.90 | * |
| ROBERT M LITSCHEWSKI | 13714 A LA ENTRADA ST | | CORPUS CHRIST | TX | 78418-6059 | K34922 | 66.90 | * |
| ROBERT M MAYER | PO BOX 18107 | | PANAMA CITY B | FL | 32417-8107 | K48198 | 66.90 | * |
| ROBERT M PERRY | 835 SILVERWOOD CT | | LAKE ZURICH | IL | 60047-2844 | K36361 | 66.90 | * |
| ROBERT M PESTAK | 9772 ANDREA DR | | MENTOR | OH | 44060-7209 | K50626 | 66.90 | * |
| ROBERT M SINGER PHD | 892 COUNTRY CLUB DR | | TEANECK | NJ | 07666-5647 | K48632 | 66.90 | * |
| ROBERT M TEFFT | 11711 AUSTIN RD | | BROOKLYN | MI | 49230-9519 | V99362 | 66.90 | * |
| ROBERT MARTIN | 2000 N VOLUSIA AVE LOT B55 | | ORANGE CITY | FL | 32763-2810 | K62165 | 66.90 | * |
| ROBERT MARTIN [BOB] FLEMING | 3488 IVY DR | | MURRYSVILLE | PA | 15668-1605 | K40646 | 66.90 | * |
| ROBERT MCCARTHY | 310 OAK AVE | | ELIZABETH | PA | 15037-1630 | K60670 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ROBERT MCCAUGHEY | 9 KENWOOD DR N | | LEVITTOWN | PA | 19055-2414 | K23133 | 66.90 | * |
| ROBERT MCGALLICHER JR | 110 CLEARVIEW RD | | EPHRATA | PA | 17522-9729 | K57430 | 66.90 | * |
| ROBERT MCGUFFIN PHM | 1821 LAKEMONT LN | | SAINT LOUIS | MO | 63138-1224 | K60769 | 66.90 | * |
| ROBERT MCINTYRE | 496 QUAIL RUN | | EAGLE POINT | OR | 97524-9022 | K53241 | 66.90 | * |
| ROBERT MCKEE | 351 HOLLY ST | | PENSACOLA | FL | 32514-3158 | K17928 | 66.90 | * |
| ROBERT MECKELNBURG MD | 105 WOODS LN | | LANDENBERG | PA | 19350-9109 | K41612 | 66.90 | * |
| ROBERT MERLE MORRIS | 24032 W OAK ST | | PLAINFIELD | IL | 60544-2833 | K49100 | 66.90 | * |
| ROBERT MERRICK | 11104 BRYANT RD | | MOKENA | IL | 60448-1115 | K55798 | 66.90 | * |
| ROBERT METZGER | 34 HARRISON RD | | MILTON | PA | 17847-7528 | K18434 | 66.90 | * |
| ROBERT MEYER | 3 BURT LN | | FAYETTEVILLE | NY | 13066-1707 | K54412 | 66.90 | * |
| ROBERT MICHAEL WILKERSON | 6944 BETHEL RD | | GREENBRIER | TN | 37073-5709 | K35217 | 66.90 | * |
| ROBERT MILES DAVENPORT | 4012 HORN SPRINGS RD | | LEBANON | TN | 37087-1987 | K36532 | 66.90 | * |
| ROBERT MILTNER | 866 E WOODLEAF DR | | PUEBLO | CO | 81007-1567 | K43868 | 66.90 | * |
| ROBERT MITCHELL | 4777 GLEN ECHO WAY | | CENTRAL POINT | OR | 97502-9707 | K40147 | 66.90 | * |
| ROBERT MOAG JR | 1311 HAREWOOD SQ | | WEXFORD | PA | 15090-9758 | K42333 | 66.90 | * |
| ROBERT MOHNING | 633 E DESERT PARK LN | | PHOENIX | AZ | 85020-4083 | K59372 | 66.90 | * |
| ROBERT MOLINE | W875 SPRING COULEE RD | | GENOA | WI | 54632-8861 | K55036 | 66.90 | * |
| ROBERT MORENO | 824 WINESAP CT APT 302 | | PROSPECT HEIG | IL | 60070-2346 | K59484 | 66.90 | * |
| ROBERT MORRIS BARNES | 1034 RIVERSIDE DR | | LOWELL | MI | 49331-9651 | K36379 | 66.90 | * |
| ROBERT MORSE | 1735 HIAWATHA CT NE | | ROCHESTER | MN | 55906-8014 | K18996 | 66.90 | * |
| ROBERT MULL | 6718 COUNTY LINE RD | | LAKELAND | FL | 33811-1759 | K15713 | 66.90 | * |
| ROBERT MUSSER | 329 BOIARDI LN | | MILTON | PA | 17847-9671 | K17137 | 66.90 | * |
| ROBERT N [BOB] LYNEMA | 8089 MISTYVIEW DR SW | | BYRON CENTER | MI | 49315-8017 | K19384 | 66.90 | * |
| ROBERT N [BOB] SANTELLO | 1550 OHIO AVE | | LAWRENCEVILLE | NJ | 08648-4651 | K35916 | 66.90 | * |
| ROBERT N BURNS | 2321 WESTMERE ST | | HARVEY | LA | 70058-2233 | K58361 | 66.90 | * |
| ROBERT N ROACH | 790 IVES RD | | EAST GREENWIC | RI | 02818-4628 | K10399 | 66.90 | * |
| ROBERT N SIEBEN | 38745 160TH AVE | | AVON | MN | 56310-9728 | K24081 | 66.90 | * |
| ROBERT NAIMAN | 301 BURR OAK AVE | | DEERFIELD | IL | 60015-4720 | K57765 | 66.90 | * |
| ROBERT NEBRIG | 20 GRANADA CT | | PORTOLA VALLE | CA | 94028-7737 | K33699 | 66.90 | * |
| ROBERT NEUBERT | 9565 BRAYES MANOR DR | | MENTOR | OH | 44060-7167 | K51868 | 66.90 | * |
| ROBERT NIETHAMMER | 9122 WHISPERING PINES DR | | SALINE | MI | 48176-9235 | K10251 | 66.90 | * |
| ROBERT NIMMO | 636 DEER RUN RD | | BELLVILLE | TX | 77418-9608 | K60084 | 66.90 | * |
| ROBERT O STARKEY | 2005 SIGNAL POINT RD | | KNOXVILLE | TN | 37922-6146 | K50784 | 66.90 | * |
| ROBERT O'CONNOR | 1203 E ILLINOIS ST | | WHEATON | IL | 60187-5967 | K44911 | 66.90 | * |
| ROBERT OGDEN BEATTIE | 7 EASTNOR RD | | NEWPORT | RI | 02840-3839 | K26650 | 66.90 | * |
| ROBERT P [BUD] CARLSON | 6390 CROW VALLEY DR | | BETTENDORF | IA | 52722-6220 | K55106 | 66.90 | * |
| ROBERT P EBEL | 2427 139TH RD | | SHELBY | NE | 68662-5543 | K38920 | 66.90 | * |
| ROBERT P FRYER | 15 DEERFIELD PL | | BALLSTON SPA | NY | 12020-2712 | K27663 | 66.90 | * |
| ROBERT P GEGENHEIMER | 701 LAFAYETTE ST | | GRETNA | LA | 70053-6135 | K52440 | 66.90 | * |
| ROBERT P HAMILTON | 5293 FISH HATCHERY RD | | GRANTS PASS | OR | 97527-9549 | K38798 | 66.90 | * |
| ROBERT P JOHNSON | 9430 POINCIANA PL APT 104 | | DAVIE | FL | 33324-4814 | K35025 | 66.90 | * |
| ROBERT P LACZKO | 289 HOLLY HILL RD | | RICHBORO | PA | 18954-1948 | K44226 | 66.90 | * |
| ROBERT P SUPER | 117 LESOINE DR | | HENRYVILLE | PA | 18332-7825 | K37827 | 66.90 | * |
| ROBERT PAETZNICK | 1629 INNSBRUCK CIR W | | MINNEAPOLIS | MN | 55421-2018 | K19731 | 66.90 | * |
| ROBERT PARKE | 105 LAKEVIEW BLVD | | PLYMOUTH | MA | 02360-2845 | K14592 | 66.90 | * |
| ROBERT PARKS | PO BOX 6328 | | PORTSMOUTH | VA | 23703-0328 | K19543 | 66.90 | * |
| ROBERT PAUL BACKER | 100 26TH AVE N | | SAINT CLOUD | MN | 56303-4231 | K24656 | 66.90 | * |
| ROBERT PAUL WOLF | 33 ROAD 3DX | | CODY | WY | 82414-9644 | K44101 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT PAYNE | 13850 CARLSTEAD DR | | PICKERINGTON | OH | 43147-8720 | K27624 | 66.90 | * |
| ROBERT PERRILL | 10650 W BARNEY LN | | TUCSON | AZ | 85743-9571 | K55785 | 66.90 | * |
| ROBERT PETITJEAN | 9828 CONOVER RD | | VERSAILLES | OH | 45380-9508 | K32235 | 66.90 | * |
| ROBERT PHILLIPS | 3130 WESTFIELD DR | | CAPE GIRARDEA | MO | 63701-4120 | K36377 | 66.90 | * |
| ROBERT PITSCH | 908 CEDAR DR | | KILL DEVIL HI | NC | 27948-8015 | K50711 | 66.90 | * |
| ROBERT PITTMAN | 1285 NW 179TH TER | | MIAMI | FL | 33169-4123 | K39601 | 66.90 | * |
| ROBERT PRIMS | 15609 PLEASANT VALLEY RD | | UNION | IL | 60180-9785 | K59418 | 66.90 | * |
| ROBERT QUEEN | 925 MCLAUGHLIN CIR | | BELLEVUE | NE | 68005-3220 | K53674 | 66.90 | * |
| ROBERT QUIMBO | 2255 DERRY WAY | | SOUTH SAN FRA | CA | 94080-5506 | K51504 | 66.90 | * |
| ROBERT R BUTCHER | 2062 SW 35TH ST | | ANKENY | IA | 50023-5900 | K27238 | 66.90 | * |
| ROBERT R CANNON | 1206 AMOS AVE | | DES MOINES | IA | 50315-6547 | K21959 | 66.90 | * |
| ROBERT R CLEMENS | 1624 PINE HARRIER CIR | | SARASOTA | FL | 34231-3353 | K15946 | 66.90 | * |
| ROBERT R EARL | 1 WYNDHAM RD | | VOORHEES | NJ | 08043-2906 | K40961 | 66.90 | * |
| ROBERT R HIPPLER III | 1783 NEIGHBOR ST | | FERNANDINA BE | FL | 32034-1987 | K50178 | 66.90 | * |
| ROBERT R KRESS | 210 ALBEMARLE DR | | PENLLYN | PA | 19422-1102 | K40547 | 66.90 | * |
| ROBERT R LOCKWOOD | 740 MICHIGAN AVE | | EVANSTON | IL | 60202-2512 | K59550 | 66.90 | * |
| ROBERT R SAMPSELL | 102 FOUNTAIN DR | | YORK | PA | 17402-9113 | K16860 | 66.90 | * |
| ROBERT R SEARS OD | 5762 TOWNSHIP ROAD 276 | | MILLERSBURG | OH | 44654-7815 | K14095 | 66.90 | * |
| ROBERT R SISLER | 711 INDIAN RIDGE RD | | LOUISVILLE | KY | 40207-1750 | K49497 | 66.90 | * |
| ROBERT R WOOD | 1137 VOLONNE DR | | ROSEVILLE | CA | 94551-1964 | K40509 | 66.90 | * |
| ROBERT RADTKE | 415 FRANCIS AVE | | CASCADE | WI | 53011-1392 | K49055 | 66.90 | * |
| ROBERT RALSTON SNOW | 1103 BEECHTREE CT | | HARTSVILLE | SC | 29550-7809 | K24959 | 66.90 | * |
| ROBERT RAPAWAY | 1114 13TH AVE | | INTERNATIONAL | MN | 56649-2834 | K22609 | 66.90 | * |
| ROBERT RAY BROWN | 8403 CEDAR CREEK RD | | LOUISVILLE | KY | 40291-3209 | K48195 | 66.90 | * |
| ROBERT REDFORD | 6517 KENSINGTON PL | | DOWNERS GROVE | IL | 60516-2467 | K43177 | 66.90 | * |
| ROBERT REESE | PO BOX 368 | | HILLS | IA | 52235-0368 | K57737 | 66.90 | * |
| ROBERT REID HEOS SR | 900 AMHERST DR | | NORTH AUGUSTA | SC | 29841-3201 | K48355 | 66.90 | * |
| ROBERT REIMERS | 231 S ELM ST | | GARDNER | KS | 66030-1325 | K34110 | 66.90 | * |
| ROBERT RICHARD CORRADINI | 9805 SW 115TH CT | | MIAMI | FL | 33176-2582 | K41018 | 66.90 | * |
| ROBERT RICHARDS | 11540 HIGHLAND PARK | | LOGAN | OH | 43138-8618 | K50998 | 66.90 | * |
| ROBERT RILEY | 9303 BAYSHORE RD LOT H4 | | PALMETTO | FL | 34221-9697 | K31493 | 66.90 | * |
| ROBERT RILEY | 1392 HEMINGWAY LN | | MOUNT JOY | PA | 17552-7266 | K61801 | 66.90 | * |
| ROBERT RIVESMAN | 412 ABBEY LN | | LEAGUE CITY | TX | 77573-1837 | K46386 | 66.90 | * |
| ROBERT ROBINS | 25 W ELM ST APT 16 | | GREENWICH | CT | 06830-6469 | K45485 | 66.90 | * |
| ROBERT ROCKS | 12489 GRAINWOOD WAY | | SAN DIEGO | CA | 92131-2283 | K55971 | 66.90 | * |
| ROBERT ROEDIGER | 19798 WALLACE RD | | ATCHISON | KS | 66002-5026 | K35246 | 66.90 | * |
| ROBERT ROSENBROOK | 386 640TH ST | | ALTA | IA | 51002-7585 | K15260 | 66.90 | * |
| ROBERT ROTH | 3720 DARYL DR | | LANDISVILLE | PA | 17538-1514 | K57552 | 66.90 | * |
| ROBERT ROY CREEKMORE | PO BOX 71 | | OLD FORT | NC | 28762-0071 | K31604 | 66.90 | * |
| ROBERT RUBIN | 539 COEUR DE ROYALE DR APT 1 | | SAINT LOUIS | MO | 63141-6923 | K38489 | 66.90 | * |
| ROBERT RUBINSTEIN | 201 HIGH GABLES DR APT 307 | | GAITHERSBURG | MD | 20878-7403 | K47018 | 66.90 | * |
| ROBERT RUSSELL PERRINE | 65 OSPREY DR | | OLD BRIDGE | NJ | 08857-3593 | K54303 | 66.90 | * |
| ROBERT S [STEVE] LOWE | 415 DEEPWOOD PL | | NORTH AUGUSTA | SC | 29841-3101 | K25661 | 66.90 | * |
| ROBERT S [STEVE] MINNIS | 1213 HOPKINS DR | | DENTON | TX | 76205-8119 | K27853 | 66.90 | * |
| ROBERT S BARNES | 2717 HIGHLAND AVE S APT 211 | | BIRMINGHAM | AL | 35205-1725 | K62885 | 66.90 | * |
| ROBERT S BROWN | 4402 ORR DR | | CHANTILLY | VA | 20151-2705 | K33139 | 66.90 | * |
| ROBERT S COMA | 48 LONG POINT DR | | FERNANDINA BE | FL | 32034-6405 | K61103 | 66.90 | * |
| ROBERT S HIKIDA | 15 LONGVIEW HEIGHTS RD | | ATHENS | OH | 45701-3335 | K51819 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ROBERT S LAFAYE JR | PO BOX 823 | | BEAUFORT | SC | 29901-0823 | K48892 | 66.90 | * |
| ROBERT S MALONE | PO BOX 954 | | GULF SHORES | AL | 36547-0954 | K26164 | 66.90 | * |
| ROBERT S ROGERS III | 102 BOMAR GARDENS ST | | CHERAW | SC | 29520-1719 | K48647 | 66.90 | * |
| ROBERT S RUBENSTEIN | 1635 BRYANT ST | | PALO ALTO | CA | 94301-3514 | K11125 | 66.90 | * |
| ROBERT S TREZZA | 35 DEER LN | | WANTAGH | NY | 11793-1807 | K62425 | 66.90 | * |
| ROBERT S WEISS | 17630 RINALDI ST | | GRANADA HILLS | CA | 91344-3321 | K53363 | 66.90 | * |
| ROBERT SAGE | 439 DEDHAM ST # D | | NEWTON | MA | 02459-3300 | K12945 | 66.90 | * |
| ROBERT SAMUELSON | 1801 20TH ST UNIT J21 | | AMES | IA | 50010-5166 | K33057 | 66.90 | * |
| ROBERT SANCHEZ | 53 CAMELLIA AVE | | SAN FRANCISCO | CA | 94112-1538 | K52068 | 66.90 | * |
| ROBERT SAVAGE | 19401 LINWOOD DR | | CLINTON TOWNS | MI | 48038-4994 | K58519 | 66.90 | * |
| ROBERT SAVETT | 528 PUTNAM RD | | MERION STATIO | PA | 19066-1039 | K37178 | 66.90 | * |
| ROBERT SCHIEDEL | 182 W F AVE | | KALAMAZOO | MI | 49009-5443 | K17707 | 66.90 | * |
| ROBERT SCHNEIDER | 18411 PIERS END DR | | NOBLESVILLE | IN | 46062-6650 | K30582 | 66.90 | * |
| ROBERT SLOVENEC | 13861 TRENTON OVAL | | STRONGSVILLE | OH | 44136-8248 | K51617 | 66.90 | * |
| ROBERT SMITH | 68 BOSTON PARK | | MUSCATINE | IA | 52761-5907 | K57375 | 66.90 | * |
| ROBERT STAAB | 30 NECK RD | | OLD LYME | CT | 06371-4404 | K19958 | 66.90 | * |
| ROBERT STAKE | 3484 STATE HIGHWAY 73 | | WISCONSIN RAP | WI | 54495-8809 | K48987 | 66.90 | * |
| ROBERT STICHMAN | 4001 N OCEAN BLVD APT B1408 | | BOCA RATON | FL | 33431-5333 | K54019 | 66.90 | * |
| ROBERT STULL | 503 EDWARDS ST | | ADA | OH | 45810-1117 | K51439 | 66.90 | * |
| ROBERT SULLIVAN | 84 LAWNVIEW DR | | BRAINTREE | MA | 02184-1507 | K24650 | 66.90 | * |
| ROBERT T ABRAMS ESQ | 288 KENT ST | | BROOKLINE | MA | 02446-5415 | K11571 | 66.90 | * |
| ROBERT T BRAND | 3118 N OAKLAND AVE | | MILWAUKEE | WI | 53211-3048 | K42398 | 66.90 | * |
| ROBERT T HUGHES | 22 ROLLINGVIEW DR | | PAOLI | PA | 19301-1728 | K37960 | 66.90 | * |
| ROBERT T VEON | 5 NORTHERN HILLS PL | | TEXARKANA | AR | 71854-8213 | K42127 | 66.90 | * |
| ROBERT T WATSON | 955 E LAKE DR | | GAINESVILLE | GA | 30506-1729 | K62154 | 66.90 | * |
| ROBERT THOMAS MCKEE | 259 RESERVOIR RD | | VANDERBILT | PA | 15486-1245 | K61826 | 66.90 | * |
| ROBERT THOMAS MUFFLEY SR | 113 MCNUTTS CREEK CT | | ATHENS | GA | 30606-3862 | K51879 | 66.90 | * |
| ROBERT TODD | 20310 VAN DORN ST | | EAGLE | NE | 68347-4016 | K59735 | 66.90 | * |
| ROBERT TUTSON | 1945 W 3RD ST | | JACKSONVILLE | FL | 32209-7151 | K43075 | 66.90 | * |
| ROBERT TUTTLE | 10247 E HOUGHTON LAKE DR | | HOUGHTON LAKE | MI | 48629-8630 | K43271 | 66.90 | * |
| ROBERT V BARNES | 501 S EAST ST | | FENTON | MI | 48430-2390 | K59252 | 66.90 | * |
| ROBERT V SIMMONDS | 7652 S SPOTSWOOD CT | | LITTLETON | CO | 80120-4411 | K52646 | 66.90 | * |
| ROBERT V STOIA | 20731 FARGO DR | | CUPERTINO | CA | 95014-1903 | K11324 | 66.90 | * |
| ROBERT VEDDER | 8588 GRASSMERE CT | | MANCELONA | MI | 49659-7829 | K10075 | 66.90 | * |
| ROBERT VERNON HOUSEMAN | 2269 SAINT CHARLES RD | | WINTERSET | IA | 50273-8127 | K21560 | 66.90 | * |
| ROBERT W [BILL] GUTHRIE | RR 1 BOX 212 | | BELINGTON | WV | 26250-9764 | K37332 | 66.90 | * |
| ROBERT W [BILL] SCHWAB | 3840 N CHESTERBROOK RD | | ARLINGTON | VA | 22207-4562 | K53023 | 66.90 | * |
| ROBERT W ANDERSON JR | 9815 CAMDEN AVE | | OMAHA | NE | 68134-2618 | K58219 | 66.90 | * |
| ROBERT W BEREND ESQ | 132 E 35TH ST APT 13H | | NEW YORK | NY | 10016-3892 | K51831 | 66.90 | * |
| ROBERT W BOOHER | 2010 EASTWOOD DR | | MARYVILLE | TN | 37803-6314 | K18140 | 66.90 | * |
| ROBERT W DAY | 3994 MEANDERING LN | | TALLAHASSEE | FL | 32308-5953 | K40920 | 66.90 | * |
| ROBERT W EHLERS | PO BOX 96 | | NORTH STAR | OH | 45350-0096 | K31523 | 66.90 | * |
| ROBERT W EVANS | 2442 W DEL MAR DR | | CRAWFORDSVLLE | IN | 47933-5001 | K56082 | 66.90 | * |
| ROBERT W FIELD | 15334 6800 RD | | MONTROSE | CO | 81401-7422 | K25032 | 66.90 | * |
| ROBERT W GARROD III | 34 MARLBORO RD | | MANHASSET | NY | 11030-3308 | K52618 | 66.90 | * |
| ROBERT W GOULD | 1621 SUGARLAND DR | | SHERIDAN | WY | 82801-5728 | K56414 | 66.90 | * |
| ROBERT W GUERRI | 519 GORDON AVE | | PENN VALLEY | PA | 19072-1530 | K34866 | 66.90 | * |
| ROBERT W HANDLEY | 609 HIGHWAY 466 | | LADY LAKE | FL | 32159-3721 | K40943 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERT W HARVEY | 413 FLANDERS DR | | INDIALANTIC | FL | 32903-4039 | K27111 | 66.90 | * |
| ROBERT W HUNT SR | 1308 DONELSON AVE | | OLD HICKORY | TN | 37138-3220 | K36528 | 66.90 | * |
| ROBERT W LANHAM | 140 SADDLEBROOK WAY | | ALVATON | KY | 42122-9700 | K34298 | 66.90 | * |
| ROBERT W MORRIS | 1013 BANK ST | | KEOKUK | IA | 52632-4638 | K20765 | 66.90 | * |
| ROBERT W MOYER | 3575 PALMER DR | | TITUSVILLE | FL | 32780-5320 | K27341 | 66.90 | * |
| ROBERT W PADGETT | 601 N BLACK HORSE PIKE APT C | | WILLIAMSTOWN | NJ | 08094-1027 | K47512 | 66.90 | * |
| ROBERT W PARKS | 655 W IRVING PARK RD APT 500 | | CHICAGO | IL | 60613-6306 | K37537 | 66.90 | * |
| ROBERT W PELKEY | 404 TAURUS ST | | MISSION | TX | 78572-6516 | K21970 | 66.90 | * |
| ROBERT W RANGE | 7653 W MERCER WAY | | MERCER ISLAND | WA | 98040-5538 | K58692 | 66.90 | * |
| ROBERT W VOLK | 964 E ELFINWILD RD | | ALLISON PARK | PA | 15101-3911 | K61737 | 66.90 | * |
| ROBERT W WHITLEDGE JR | 902 DESOTO DR | | BARTONVILLE | IL | 61607-1716 | K45832 | 66.90 | * |
| ROBERT W WILLIFORD SR | 2601 S 17TH ST | | LEAVENWORTH | KS | 66048-4007 | K36665 | 66.90 | * |
| ROBERT W WINGARD JR | 1583 COUNTS FERRY RD | | LEXINGTON | SC | 29072-8308 | K35431 | 66.90 | * |
| ROBERT WAGNER | 3123 WYNBROOKE CIR | | LOUISVILLE | KY | 40241-3122 | K46415 | 66.90 | * |
| ROBERT WARNER | 1221 32ND ST S | | WISCONSIN RAP | WI | 54494-5575 | K50835 | 66.90 | * |
| ROBERT WARNER | 230 W ELDER RD | | HARRISON | MI | 48625-8502 | K58720 | 66.90 | * |
| ROBERT WASELOVICH | 10761 SMETANA RD APT 304 | | HOPKINS | MN | 55343-8086 | K20134 | 66.90 | * |
| ROBERT WAYNE PEARSON | 564 SPRINGMONT BLVD | | OLD HICKORY | TN | 37138-1556 | K36035 | 66.90 | * |
| ROBERT WAYNE RIVERS | 1109 CRYSTAL VIEW CT | | CHAPIN | SC | 29036-8307 | K30057 | 66.90 | * |
| ROBERT WEBSTER | 932 SOMERSET ST | | NEW LENOX | IL | 60451-2051 | K49072 | 66.90 | * |
| ROBERT WEINER | 2 LEIGHTON CT | | ATLANTA | GA | 30327-4308 | K62442 | 66.90 | * |
| ROBERT WESLEY WHITMAN | 2604 EAGLE DR | | JOLIET | IL | 60436-1071 | K53762 | 66.90 | * |
| ROBERT WESTCOTT | 2129 TERRA LN | | CORALVILLE | IA | 52241-3464 | K56542 | 66.90 | * |
| ROBERT WIETECHA | 4437 7TH ST NE | | MINNEAPOLIS | MN | 55421-2236 | K22726 | 66.90 | * |
| ROBERT WILKERSON | 5312 W BEAVER CREEK DR | | POWELL | TN | 37849-4909 | K20719 | 66.90 | * |
| ROBERT WILLIAMS | 23442 EL TORO RD APT E207 | | LAKE FOREST | CA | 92630-6925 | K52668 | 66.90 | * |
| ROBERT WILSON | 123 CAPRI ST | | SUGAR LAND | TX | 77478-3303 | K23709 | 66.90 | * |
| ROBERT WILSON HOLLIS IV | 9817 WILSON BLVD | | BLYTHEWOOD | SC | 29016-9023 | K48807 | 66.90 | * |
| ROBERT WIMBERLY | PO BOX 343 | | WINDER | GA | 30680-0343 | K59564 | 66.90 | * |
| ROBERT WISE | 3059 OAKRIDGE RD NE | | NORTH LIBERTY | IA | 52317-9533 | K60037 | 66.90 | * |
| ROBERT WITKOWSKI | W8217 COUNTY ROAD U | | PLYMOUTH | WI | 53073-4422 | K46966 | 66.90 | * |
| ROBERT WRIGHT | 821 VASSAR DR | | FENTON | MI | 48430-2231 | K56828 | 66.90 | * |
| ROBERT WUERTHNER | 168 BROWN ST | | KENNEBUNK | ME | 04043-7205 | K37122 | 66.90 | * |
| ROBERT ZANGWILL | 19260 CALAHAN ST | | NORTHRIDGE | CA | 91324-2709 | K44023 | 66.90 | * |
| ROBERT ZUKOWSKI | 16261 SW 274TH ST | | HOMESTEAD | FL | 33031-2934 | K44400 | 66.90 | * |
| ROBERT ZWACK | 13543 55TH ST NE | | SAINT MICHAEL | MN | 55376-3271 | K20775 | 66.90 | * |
| ROBERTA [BOBBIE] WEISSMAN | 27110 GRAND CENTRAL PKWY APT | | FLORAL PARK | NY | 11005-1206 | K54258 | 66.90 | * |
| ROBERTA ANDREWS | 4113 ROLLING OAKS DR | | WINTER HAVEN | FL | 33880-1637 | K57992 | 66.90 | * |
| ROBERTA ARNOLD | 16105 HOWDEN DR | | WESTFIELD | IN | 46074-5522 | K44971 | 66.90 | * |
| ROBERTA BLACK | 31 OAKLAND CT | | TEQUESTA | FL | 33469-2744 | K47571 | 66.90 | * |
| ROBERTA BURWELL | 121 YONA WAY | | LOUDON | TN | 37774-2724 | K26279 | 66.90 | * |
| ROBERTA CAWTHORN | 1225 CONNER AVE | | EL DORADO | KS | 67042-3624 | K55878 | 66.90 | * |
| ROBERTA E [BOBBIE] ARONSON | PO BOX 2192 | | NATICK | MA | 01760-0016 | K13237 | 66.90 | * |
| ROBERTA EARNEST | 538 LINCOLN ST | | MILTON | PA | 17847-1314 | K16398 | 66.90 | * |
| ROBERTA EDELMAN | 11080 BAYBREEZE WAY | | BOCA RATON | FL | 33428-1250 | K46330 | 66.90 | * |
| ROBERTA EISNER | 11 SADDLE CT | | PIKESVILLE | MD | 21208-1331 | K49506 | 66.90 | * |
| ROBERTA EUNSON | 2408 PARGOUD BLVD | | MONROE | LA | 71201-2327 | K62946 | 66.90 | * |
| ROBERTA FAYE BIEBER | 543 CABLE ST | | LOCHBUIE | CO | 80603-5877 | K17824 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROBERTA FISHMAN | 30 FEENEY WAY | | PORTLAND | ME | 04103-3559 | K12904 | 66.90 | * |
| ROBERTA HARRIS | 28684 GREENWOOD PL | | CASTAIC | CA | 91384-4309 | K54572 | 66.90 | * |
| ROBERTA HAUPT | 33 CLOVER RD | | PORT DEPOSIT | MD | 21904-1304 | K18265 | 66.90 | * |
| ROBERTA HERR | 4963 142ND AVE NW | | WILLISTON | ND | 58801-8634 | K28161 | 66.90 | * |
| ROBERTA J OLDHAM | 6 HURD CT | | LEBANON | TN | 37087-2678 | K23278 | 66.90 | * |
| ROBERTA JAFFIE | 5839 GRAND HARBOUR CIR | | BOYNTON BEACH | FL | 33437-4235 | K50902 | 66.90 | * |
| ROBERTA JANE ELDER | 4012 W COURTLAND ST | | PEORIA | IL | 61615-2950 | K46087 | 66.90 | * |
| ROBERTA KAYE | 702 FERRIS LN | | WILLIAMSTOWN | NJ | 08094-9705 | K48797 | 66.90 | * |
| ROBERTA L GOLDMAN | 23 WESTGATE RD APT 6 | | CHESTNUT HILL | MA | 02467-3403 | K11867 | 66.90 | * |
| ROBERTA LOWRY | 7787 TOMMY ST APT 14 | | SAN DIEGO | CA | 92119-1739 | K20151 | 66.90 | * |
| ROBERTA M TAYLOR | 2 EMERSON ST | | NATICK | MA | 01760-1819 | K13004 | 66.90 | * |
| ROBERTA MADAR-PRUETT | 1419 GLADDING AVE | | ASHTABULA | OH | 44004-2411 | K15986 | 66.90 | * |
| ROBERTA MIZAK | 4 SAINT THERESE CT APT 206 | | HOMESTEAD | PA | 15120-3705 | K44213 | 66.90 | * |
| ROBERTA MOCKENSTURM | 1804 OAKDALE LN S | | CLEARWATER | FL | 33764-6460 | K12908 | 66.90 | * |
| ROBERTA PETERS | 23 TERRACE DR | | CRAFTON | PA | 15205-4311 | K60559 | 66.90 | * |
| ROBERTA RAINEY | 14418 WEIR CIR | | OMAHA | NE | 68137-1425 | K56119 | 66.90 | * |
| ROBERTA RENCK | 7316 S DWYER RD | | OKEANA | OH | 45053-9413 | K40879 | 66.90 | * |
| ROBERTA SCHOTT | 37 NASSAU PL | | PRINCETON JUN | NJ | 08550-1655 | K31154 | 66.90 | * |
| ROBERTA SHAW | 318 S MARKS ST | | THUNDER BAY | ON | P7E 1M2 | K19305 | 66.90 | * |
| ROBERTA TILLER | 550 WASHINGTON TER | | AUDUBON | NJ | 08106-2221 | K45052 | 66.90 | * |
| ROBERTA TRIMBLE | 720 LUPIN LN | | WEST COVINA | CA | 91791-2834 | K61047 | 66.90 | * |
| ROBERTA WEINBERG | 290 STANLEY RD | | MONROE | CT | 06468-1521 | K36992 | 66.90 | * |
| ROBERTA ZAPP | 10000 PENFOLD CT | | POTOMAC | MD | 20854-2157 | K10641 | 66.90 | * |
| ROBERTO [CHICO] DAVILA | K8 CALLE BAMBOO DR | | GUAYNABO | PR | 00966-3144 | K51711 | 66.90 | * |
| ROBERTO BENITEZ | 2516 S 21ST ST | | OMAHA | NE | 68108-1328 | K39406 | 66.90 | * |
| ROBIN ASSAD | 5372 MOUNTAIN VIEW AVE | | YORBA LINDA | CA | 92886-4911 | K55849 | 66.90 | * |
| ROBIN BOLDING | 1160 E BLUE LICK RD | | SHEPHERDSVILL | KY | 40165-7023 | K37798 | 66.90 | * |
| ROBIN C SMITH | 183 S BILLUPS ST | | ATHENS | GA | 30606-3603 | K60132 | 66.90 | * |
| ROBIN CAHOON | 10291 W GRAND RIVER AVE | | LOWELL | MI | 49331-9265 | K36682 | 66.90 | * |
| ROBIN CARVER | 11871 VENICE BLVD | | FOLEY | AL | 36535-8122 | K41365 | 66.90 | * |
| ROBIN D WALLACE | 5807 SNYDER AVE | | BROOKLYN | NY | 11203-4815 | K54531 | 66.90 | * |
| ROBIN DENSON | PO BOX 875 | | SPIRIT LAKE | ID | 83869-0875 | K49933 | 66.90 | * |
| ROBIN JOHNSON | 2910 18TH ST S | | SAINT CLOUD | MN | 56301-4702 | K21424 | 66.90 | * |
| ROBIN L GOODMAN | 115 EDGEMONT RD | | COLUMBIA | PA | 17512-9720 | K36008 | 66.90 | * |
| ROBIN MOON | 1113 EASTWOOD AVE | | MARSHALL | MN | 56258-2188 | K54579 | 66.90 | * |
| ROBIN ZEMBER | 24 E SWARTZVILLE RD | | DENVER | PA | 17517-9119 | K57632 | 66.90 | * |
| ROBYN GALIARDI | 217 E JAMES ST | | MUNHALL | PA | 15120-2715 | K45548 | 66.90 | * |
| ROBYN HELMER-TALLON | 4536 MCPHERSON AVE | | SAINT LOUIS | MO | 63108-1904 | K32195 | 66.90 | * |
| ROCCO A MORGAN | 14717 59TH AVE S | | TUKWILA | WA | 98168-4538 | K50325 | 66.90 | * |
| ROCHELLE A POWLESS | 1325 RONA LN | | GREEN BAY | WI | 54313-1480 | K52988 | 66.90 | * |
| ROCHELLE DUESER | 10759 THISTLE RDG | | FISHERS | IN | 46038-2251 | K46895 | 66.90 | * |
| ROCHELLE FOLEY | 14 JOANNE DR | | SICKLERVILLE | NJ | 08081-4934 | K15797 | 66.90 | * |
| ROCHELLE LEE | 7A BEDFORDSHIRE DR | | MONROE TOWNSH | NJ | 08831-5490 | K54997 | 66.90 | * |
| ROCHELLE MCCARTHY | 3625 W NETTLE CREEK DR | | MORRIS | IL | 60450-8731 | K50411 | 66.90 | * |
| ROCHELLE ROSENBERG | 777 BRICKELL AVE STE 1010 | | MIAMI | FL | 33131-2807 | K36612 | 66.90 | * |
| ROCHELLE TABOH | 19264 GUNTHER CT | | SARATOGA | CA | 95070-4015 | K48437 | 66.90 | * |
| ROCINDA STEWART | 1831 ALAMBRA CIR | | APOPKA | FL | 32703-2611 | K39793 | 66.90 | * |
| ROD D ALLEN | 187 GALEWOOD CIR | | SAN FRANCISCO | CA | 94131-1131 | K33636 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROD HALL | 1835 NELSON WAY | | SAN JOSE | CA | 95124-3628 | K51056 | 66.90 | * |
| ROD ROMICK | 5061 80TH AVE | | ALTA | IA | 51002-7407 | K15019 | 66.90 | * |
| ROD SEARLE | 3860 JAMESTOWN CURV | | SAINT PAUL | MN | 55129-4931 | K42222 | 66.90 | * |
| ROD THURMOND | 4127 LOUIS RD SW | | LILBURN | GA | 30047-3021 | K20972 | 66.90 | * |
| RODERIC MOORE | 2 WILSON CIR | | MILTON | PA | 17847-9646 | K15795 | 66.90 | * |
| RODERICK A METTE | 5468 ROWE TRL | | MILTON | FL | 32571-9557 | K61277 | 66.90 | * |
| RODERICK WALLACE | 858 55TH ST | | BROOKLYN | NY | 11220-3213 | K30953 | 66.90 | * |
| RODGER ADKINS | 16771 E ASHBROOK DR APT A | | FOUNTAIN HILL | AZ | 85268-2026 | K29180 | 66.90 | * |
| RODNEY A BOURGEOIS | 2613 SELLS ST | | METAIRIE | LA | 70003-3538 | K51422 | 66.90 | * |
| RODNEY A VIRGADAMO | 1364 SIGUR AVE | | METAIRIE | LA | 70005-1220 | K57039 | 66.90 | * |
| RODNEY D SMITH | 4673 DYE MOUND RD | | FORESTBURG | TX | 76239-3128 | K32368 | 66.90 | * |
| RODNEY GRILL | PO BOX 519 | | S INTERNATION | MN | 56679-0519 | K18018 | 66.90 | * |
| RODNEY KNIGHT | 3609 HEIGHTS CT | | SAINT CLOUD | MN | 56301-4583 | K33910 | 66.90 | * |
| RODNEY LEHTONEN | 115 SHEFFIELD | | SALINE | MI | 48176-1020 | K10040 | 66.90 | * |
| RODNEY OGLE | 3162 MOUNT KUEBLER DR S | | SALEM | OR | 97302-9499 | K36757 | 66.90 | * |
| RODNEY P NAP | 5940 E ISLAND DR | | OSHKOSH | WI | 54904-7032 | K50954 | 66.90 | * |
| RODNEY RAMACHER | 18374 180TH AVE S | | BARNESVILLE | MN | 56514-9203 | K27021 | 66.90 | * |
| RODNEY RESSLER | 691 AUTUMN GLEN DR | | MELBOURNE | FL | 32940-6406 | K59216 | 66.90 | * |
| ROGENE KRAUS | 1023 DAVENPORT RD | | PLYMOUTH | WI | 53073-1411 | K48216 | 66.90 | * |
| ROGER A BJERKE | 90 SECRET TOWN LN | | COLFAX | CA | 95713-9455 | K23079 | 66.90 | * |
| ROGER A STILES | 3384 DURAHART ST | | RIVERSIDE | CA | 92507-3459 | K54680 | 66.90 | * |
| ROGER ALAN RUDY | 5787 GOSPEL ST | | MOUNT JACKSON | VA | 22842-9425 | K33160 | 66.90 | * |
| ROGER ARNOLD | 2628 LOGAN GAP RD | | RIPLEY | OH | 45167-8825 | K48097 | 66.90 | * |
| ROGER ATTERBERG | PO BOX 585 | | KEOKUK | IA | 52632-0585 | K16053 | 66.90 | * |
| ROGER B ESTES | 915 BROWER RD | | LIMA | OH | 45801-2518 | K45905 | 66.90 | * |
| ROGER B PEIKIN | 635 14TH ST | | SANTA MONICA | CA | 90402-2929 | K35865 | 66.90 | * |
| ROGER BAKER | 1439 VALLEY DR | | NORCO | CA | 92860-3928 | K48722 | 66.90 | * |
| ROGER BELCHER | 2500 OLD MILITARY RD LOT 4 | | MOBILE | AL | 36605-3342 | K21887 | 66.90 | * |
| ROGER BERGIA | 6723 N GEM CT | | PEORIA | IL | 61614-2901 | K45919 | 66.90 | * |
| ROGER CARL STAUFFER | 1365 MONTCALM AVE SE | | LOWELL | MI | 49331-9314 | K37513 | 66.90 | * |
| ROGER CORNETT | 1261 WINDSOR PL | | RICHMOND | IN | 47374-7162 | K25396 | 66.90 | * |
| ROGER D ARTZ | 37 FOREST HILLS RD | | PITTSBURGH | PA | 15221-3707 | K44549 | 66.90 | * |
| ROGER E TOMPKINS | 1388 SPRING HILL CIR | | KERNERSVILLE | NC | 27284-7548 | K40377 | 66.90 | * |
| ROGER E VAN CAMP | 57 ROSEDELL DR | | WESTFIELD | MA | 01085-1738 | K39672 | 66.90 | * |
| ROGER E WATTS | 397 LOCUST ST | | MILTON | PA | 17847-2521 | K18376 | 66.90 | * |
| ROGER GOUT | 6582 WINONA AVE | | ALLEN PARK | MI | 48101-2324 | K58441 | 66.90 | * |
| ROGER HAMMOND | 603 7TH ST SE | | DEVILS LAKE | ND | 58301-3729 | K33533 | 66.90 | * |
| ROGER HINCKLEY | 10350 MAINES RD | | PARMA | MI | 49269-9692 | K15976 | 66.90 | * |
| ROGER HOYNE | 1114 BAYENES CT SE | | OLYMPIA | WA | 98513-7726 | K59943 | 66.90 | * |
| ROGER J BROEKER JR | 1 EVEREST DR | | HACKETTSTOWN | NJ | 07840-2843 | K37539 | 66.90 | * |
| ROGER J CRAFT | 3946 UNION PIKE | | RICHMOND | IN | 47374-9268 | K29615 | 66.90 | * |
| ROGER J PERRET JR | 3520 LAKE TRAIL DR | | KENNER | LA | 70065-3310 | K54137 | 66.90 | * |
| ROGER J SEIFERT | PO BOX 8 | | VESPER | WI | 54489-0008 | K51358 | 66.90 | * |
| ROGER JASPERSE | 7181 FAIRWAY DR S | | FAYETTEVILLE | PA | 17222-9427 | K39390 | 66.90 | * |
| ROGER JOHN AUBIN | 48 LAWTON BROOK LN | | PORTSMOUTH | RI | 02871-1032 | K27157 | 66.90 | * |
| ROGER KARLOSKE | 5931 COOLIDGE RD | | ARPIN | WI | 54410-9633 | K55845 | 66.90 | * |
| ROGER KOBA | 4300 MARSH RD | | MARIETTA | GA | 30066-1829 | K38241 | 66.90 | * |
| ROGER KOSTREBA | 20573 QUINCY ST NW | | ELK RIVER | MN | 55330-8612 | K29133 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROGER L HEIDER | 1105 MAYPER DR | | CARTER LAKE | IA | 51510-1329 | K52304 | 66.90 | * |
| ROGER L HUEGLIN | 11 BLUEBERRY HILL PL | | WILTON | CT | 06897-1406 | K52019 | 66.90 | * |
| ROGER L JELLUM | 810 HOLLEY RIDGE RD | | HENRY | VA | 24102-3183 | K34854 | 66.90 | * |
| ROGER L KEITH | 2608 150TH AVE | | ALGONA | IA | 50511-7027 | K54159 | 66.90 | * |
| ROGER L LAIRD | 11901 PLAINVIEW RD | | KRUM | TX | 76249-4058 | K24811 | 66.90 | * |
| ROGER LEFLER | PO BOX 33490 | | LAS VEGAS | NV | 89133-3490 | K32574 | 66.90 | * |
| ROGER LINDSAY JONES | 319 ROLLING MEADOW CT | | SPARTANBURG | SC | 29303-4306 | K30046 | 66.90 | * |
| ROGER LONGRIE | 7402 HITCHCOCK RD | | WHITE LAKE | MI | 48383-2049 | K55888 | 66.90 | * |
| ROGER LUTKIEWICZ | 549 N 27TH ST | | GRAND JUNCTIO | CO | 81501-7966 | K23557 | 66.90 | * |
| ROGER M PATCHES | 4535 STARVIEW RD | | MOUNT WOLF | PA | 17347-9737 | K26354 | 66.90 | * |
| ROGER MARIEN | 1200 RIVERSIDE DR APT 318 | | INTERNATIONAL | MN | 56649-2132 | K19605 | 66.90 | * |
| ROGER MARKELL | 400 E MAIN ST APT 402 | | MIDLAND | MI | 48640-6507 | K42544 | 66.90 | * |
| ROGER MCFADDEN | 5337 INDIAN MEADOW CT | | LAS VEGAS | NV | 89130-7066 | K51121 | 66.90 | * |
| ROGER MEHL | 1756 WHITE AVE | | LINCOLN PARK | MI | 48146-2253 | K60085 | 66.90 | * |
| ROGER NEGIN | 108 DEVONSHIRE CT | | ELYRIA | OH | 44035-3038 | K48151 | 66.90 | * |
| ROGER NEILSON | 1009 SAN MARCO RD | | VIRGINIA BEAC | VA | 23456-4295 | K16102 | 66.90 | * |
| ROGER NELSON | 230 S BRENTWOOD BLVD APT 16D | | SAINT LOUIS | MO | 63105-1638 | K46214 | 66.90 | * |
| ROGER P HARMAN | 908 S 48TH ST | | PHILADELPHIA | PA | 19143-3507 | K36674 | 66.90 | * |
| ROGER P KOVACH | PO BOX 411 | | BOLINAS | CA | 94924-0411 | K62218 | 66.90 | * |
| ROGER R SMITH | 523 S DEVINNEY ST | | LAKEWOOD | CO | 80228-2441 | K17369 | 66.90 | * |
| ROGER RANDALS | 6200 WESTCHESTER LN | | PLANO | TX | 75093-6175 | K45333 | 66.90 | * |
| ROGER RENWICK | 3581 W SHIAWASSEE RD | | FENTON | MI | 48430-8708 | K61380 | 66.90 | * |
| ROGER S LEED | 30 N OAK ST | | EPHRATA | PA | 17522-2060 | K59282 | 66.90 | * |
| ROGER S YOUNG | 4385 NOBEL DR UNIT 94 | | SAN DIEGO | CA | 92122-1577 | K36553 | 66.90 | * |
| ROGER SCOTT | 4717 OPORTO PL | | SAN DIEGO | CA | 92124-2448 | K26234 | 66.90 | * |
| ROGER TEEL | 15 RYLEY CT | | ALISO VIEJO | CA | 92656-4259 | K33006 | 66.90 | * |
| ROGER TIMKO | 520 ANGIER DR | | STORM LAKE | IA | 50588-3008 | K53524 | 66.90 | * |
| ROGER W PERALDO | 1385 DUNLORA DR | | CHARLOTTESVIL | VA | 22901-0650 | K50772 | 66.90 | * |
| ROGER W TILL | 926 E CEDAR CANYONS RD | | FORT WAYNE | IN | 46845-9777 | K42501 | 66.90 | * |
| ROGER WRIGHT | 2471 STRUTHMORE DR | | LIMA | OH | 45806-1356 | K51729 | 66.90 | * |
| ROGER YOUNGHUSBAND | 29245 S WALLINGFORD RD | | MANHATTAN | IL | 60442-9695 | K50657 | 66.90 | * |
| ROGERS HIGH SCHOOL | ROGERS HIGH SCHOOL ALUMNI AS | 15 WICKHAM RD | NEWPORT | RI | 02840-4233 | | 0.00 | ** |
| ROGERS HIGH SCHOOL | c/o COLLEEN CONKLIN MURRAY | 15 WICKHAM RD | NEWPORT | RI | 02840-4233 | | 0.00 | ** |
| ROJEAN SCHREIBER | 535 BUCKINGHAM RD APT 6109 | | RICHARDSON | TX | 75081-5183 | K18634 | 66.90 | * |
| ROLAND A HARRIS | 261 VETERANS PKWY APT 1105 | | MURFREESBORO | TN | 37128-6451 | K60999 | 66.90 | * |
| ROLAND A HARRIS JR | 261 BARFIELD CRESCENT RD APT | | MURFREESBORO | TN | 37128-6278 | K12749 | 66.90 | * |
| ROLAND BRANDT | PO BOX 154 | | WALDO | WI | 53093-0154 | K47394 | 66.90 | * |
| ROLAND C FLANAGAN | 1035 LINDEN ST | | MORTON | IL | 61550-9518 | K45357 | 66.90 | * |
| ROLAND CONSTIEN | 487 ROBIN LN SE | | MARIETTA | GA | 30067-7067 | K39883 | 66.90 | * |
| ROLAND FAHLSING | 315 LANE 100A PINE CANYON LK | | ANGOLA | IN | 46703-8717 | K38872 | 66.90 | * |
| ROLAND H MEYER | 14962 CATHY LN | | LARGO | FL | 33774-4801 | K51407 | 66.90 | * |
| ROLAND KUHLENBECK | 2102 W HOPPES RD | | LIBERTY | IN | 47353-9033 | K30351 | 66.90 | * |
| ROLAND L CUTTER | 841 ROSEWOOD DR | | RICHMOND | VA | 47374-8316 | K24360 | 66.90 | * |
| ROLAND LIONEL WILLIAMS | 1112 KENELM CT | | CHESAPEAKE | VA | 23323-2814 | K14859 | 66.90 | * |
| ROLAND MONSON | 11607 W MAY ST | | WICHITA | KS | 67209-4251 | K13955 | 66.90 | * |
| ROLANNE HENRY | 10 PINE TREE TER | | MADISON | NJ | 07940-2312 | K37864 | 66.90 | * |
| ROLF ENGELFRIED | 2841 NW 9TH AVE | | WILTON MANORS | FL | 33311-2336 | K51955 | 66.90 | * |
| ROLLA T KESTNER | 315 W STONEGATE RD | | PEORIA | IL | 61614-6034 | K45531 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROLLAND [BUTCH] DAVIS | 3390 HARDSCRABBLE RD N | | MOUND | MN | 55364-9412 | K18410 | 66.90 | * |
| ROLLEN J WINKEL | 210 W HIGHWAY | | ALTA | IA | 51002-1356 | K14040 | 66.90 | * |
| ROLLIE CARLSON | 8870 YELLOWSTONE LN N | | MAPLE GROVE | MN | 55311-1296 | K19944 | 66.90 | * |
| ROLLIE F HAGEN | 5118 E ASHLAN AVE APT 102 | | FRESNO | CA | 93727-7328 | K48443 | 66.90 | * |
| ROLLIN MIKE BURGOON | 1556 ARROYO MANOR DR | | REDDING | CA | 96003-9218 | K44141 | 66.90 | * |
| ROMELLE MARSHALL | 4061 FOREST AVE | | WESTERN SPRIN | IL | 60558-1051 | K47882 | 66.90 | * |
| ROMONA PERSON | 14967 SE 117TH AVE | | CLACKAMAS | OR | 97015-8265 | K15021 | 66.90 | * |
| RON [BUTCH] SCHWARTZENBERGER | 20031 ROAD 256 | | STRATHMORE | CA | 93267-9649 | K38616 | 66.90 | * |
| RON A SEANEY | 321 SW 1ST ST | | RICHMOND | IN | 47374-5303 | K23954 | 66.90 | * |
| RON ABBOTT | 1131 TASKER ST | | PHILADELPHIA | PA | 19148-1127 | K45025 | 66.90 | * |
| RON BURKE | 901 NE SAVAGE ST | | GRANTS PASS | OR | 97526-1341 | K36354 | 66.90 | * |
| RON CANADA | 250 WHISPERING MEADOWS DR | | OAKLAND | TN | 38060-3382 | K29598 | 66.90 | * |
| RON CANTRELL | 1613 E TAM O SHANTER ST | | ONTARIO | CA | 91761-6356 | K32468 | 66.90 | * |
| RON CAUDILL | RR 1 BOX 71A | | HASTINGS | OK | 73548-9504 | K31775 | 66.90 | * |
| RON CHAPMAN | 5734 ALLISON AVE | | DES MOINES | IA | 50310-1071 | K21673 | 66.90 | * |
| RON CICHY | 415 5TH AVE NE | | SAINT CLOUD | MN | 56304-0326 | K28042 | 66.90 | * |
| RON CRONKHITE | PO BOX 12364 | | OMAHA | NE | 68112-0364 | K52707 | 66.90 | * |
| RON DILTZ | 12657 BRECKENRIDGE DR | | EAGLE RIVER | AK | 99577-7659 | K30765 | 66.90 | * |
| RON DOAN | 1014 COLLINS CT | | BARTONVILLE | IL | 61607-1714 | K47364 | 66.90 | * |
| RON ERK | 445 SW 3RD ST | | RICHMOND | IN | 47374-5344 | K23763 | 66.90 | * |
| RON FERREIRA | 649 MALLARD CV | | HARRODSBURG | KY | 40330-8302 | K30705 | 66.90 | * |
| RON G HUTH | 6422 TAYLORSVILLE RD | | HUBER HEIGHTS | OH | 45424-3105 | K25093 | 66.90 | * |
| RON GERKEN | 290 STONE CLIFF CT | | SALINE | MI | 48176-1569 | K31591 | 66.90 | * |
| RON HAGEN | 2630 2ND ST S | | WISCONSIN RAP | WI | 54494-5827 | K46688 | 66.90 | * |
| RON HAIGHT | 408 GRAND AVE | | WEST DES MOIN | IA | 50265-3743 | K13954 | 66.90 | * |
| RON HESTER | 3660 CARFAX AVE | | LONG BEACH | CA | 90808-2803 | K29223 | 66.90 | * |
| RON J NELSON | 2403 HIGHWAY 20 | | DEVILS LAKE | ND | 58301-8647 | K31887 | 66.90 | * |
| RON KNECHTEL | 2485 DAKIN DR | | CORONA | CA | 92882-6196 | K32878 | 66.90 | * |
| RON L HILL | 32312 WILDOMAR RD | | LAKE ELSINORE | CA | 92530-0512 | K29529 | 66.90 | * |
| RON LITCHY | 401 22ND AVE N | | SAINT CLOUD | MN | 56303-3836 | K23720 | 66.90 | * |
| RON MC PEEK | 6005 LEVI RD | | SPRING | TX | 77389-3732 | K32094 | 66.90 | * |
| RON MULLER | 1909 ELKCAM BLVD | | DELTONA | FL | 32725-3924 | K55978 | 66.90 | * |
| RON NIXON | 149 S FIELDS CIR | | CHAPEL HILL | NC | 27516-7797 | K33944 | 66.90 | * |
| RON R SARNIGUET | 13165 WALKER DR | | HAMMOND | LA | 70401-6319 | K53027 | 66.90 | * |
| RON REBAL | 1110 IOWA DR | | LE CLAIRE | IA | 52753-9341 | K56994 | 66.90 | * |
| RON REIDEL | 2536 SW 31ST TER | | CAPE CORAL | FL | 33914-4754 | K38562 | 66.90 | * |
| RON S HARTER | 9423 FARMINGDALE AVE | | WALKERSVILLE | MD | 21793-9118 | K28004 | 66.90 | * |
| RON SCHREIER | 860 BROOKSIDE DR | | JEFFERSON | SD | 57038-6891 | K20797 | 66.90 | * |
| RON STUMP | 24048 TROYES LN | | MURRIETA | CA | 92562-1924 | K19284 | 66.90 | * |
| RON SUTHERLIN | 813 ELLYNN DR | | CARY | NC | 27511-4618 | K44631 | 66.90 | * |
| RON THOMPSON | 25622 SPINNAKER DR | | SAN JUAN CAPI | CA | 92675-4020 | K50630 | 66.90 | * |
| RON WATERS | 770 LIBERTY RIDGE RD | | FALMOUTH | KY | 41040-8165 | K40125 | 66.90 | * |
| RON WEAVER | 4001 WOODS POINT RD | | ROCKY FACE | GA | 30740-8938 | K37704 | 66.90 | * |
| RON WEST | 1034 W PILGER ST | | ROSEBURG | OR | 97471-2654 | K24793 | 66.90 | * |
| RON WHARTON | 3412 SAN BAR LN | | COLLEYVILLE | TX | 76034-8658 | K24789 | 66.90 | * |
| RON YNACAY-NYE | 3319 COLOMA DR | | CARSON CITY | NV | 89705-7238 | K16914 | 66.90 | * |
| RONALD [RON] CAPLE | 1936 LAWN ST | | DULUTH | MN | 55812-1156 | K19118 | 66.90 | * |
| RONALD [RON] DEMUTH | 4046 SE KING RD | | MILWAUKIE | OR | 97222-5864 | K19218 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RONALD [RON] DICKEN | 6526 W GROVE AVE | | VISALIA | CA | 93291-7928 | K57035 | 66.90 | * |
| RONALD [RON] LITTLE | 155 2ND AVE S | | SOUTH SAINT P | MN | 55075-2305 | K18970 | 66.90 | * |
| RONALD [RON] WILSON SR | 5934 SAWMILL WOODS DR | | FORT WAYNE | IN | 46835-8704 | K40121 | 66.90 | * |
| RONALD [RONN] KINKEADE | 1030 BRAZIL AVE | | SAN FRANCISCO | CA | 94112-2136 | K15396 | 66.90 | * |
| RONALD A BRISKER | 523 THOMAS DR | | SIDNEY | OH | 45365-1817 | K50986 | 66.90 | * |
| RONALD A JACOBS | 9855 LEMONWOOD WAY | | BOYNTON BEACH | FL | 33437-5468 | K48229 | 66.90 | * |
| RONALD A KUTCHICK | PO BOX 2295 | | KODIAK | AK | 99615-2295 | K40519 | 66.90 | * |
| RONALD A LICHALK | 342 CHALLEN DR | | PITTSBURGH | PA | 15236-4559 | K61041 | 66.90 | * |
| RONALD A MCCREERY | 4844 S LAGUNA AVE | | SIERRA VISTA | AZ | 85650-9756 | K60694 | 66.90 | * |
| RONALD A SWAFFORD | 1310 COMANCHE CIR | | LINCOLNTON | GA | 30817-2636 | K20261 | 66.90 | * |
| RONALD ALIC | 948 BRYN MAWR AVE | | WICKLIFFE | OH | 44092-2206 | K43107 | 66.90 | * |
| RONALD ALVIN NOYES | 163 W MONROE CIR | | JEFFERSON | OH | 44047-1083 | K16070 | 66.90 | * |
| RONALD AMES | 563 CALLAWAY DR | | HOLTS SUMMIT | MO | 65043-2543 | K54976 | 66.90 | * |
| RONALD ANTON BAIER | 1750 NW 3RD TER APT 208 | | FORT LAUDERDA | FL | 33311-4836 | K62019 | 66.90 | * |
| RONALD BATMAN | 315 JAMES ST | | MILTON | PA | 17847-1901 | K16061 | 66.90 | * |
| RONALD BAUMGARDNER | 1 EMS B37 LN LOT 97 | | WARSAW | IN | 46582-9715 | K45255 | 66.90 | * |
| RONALD BENEDETTI | 267 WALLACE AVE | | FORKED RIVER | NJ | 08731-4265 | K21310 | 66.90 | * |
| RONALD BENTON | 518 GALAXY LN | | RAYMORE | MO | 64083-9597 | K53596 | 66.90 | * |
| RONALD BIELEFELD | 472 CASE AVE | | WISCONSIN RAP | WI | 54494-5914 | K47994 | 66.90 | * |
| RONALD BUCHER | 955 MAPLE ST | | LITITZ | PA | 17543-9748 | K57899 | 66.90 | * |
| RONALD C BAUGH | 903 CLIFFORD ST | | ATHENS | TX | 75751-2959 | K28280 | 66.90 | * |
| RONALD C BUDNY | 6 MILLAY CT | | LITCHFIELD | CT | 06759-3316 | K46685 | 66.90 | * |
| RONALD C KAMP | 2640 SUMMIT DR UNIT 202 | | GLENVIEW | IL | 60025-7630 | K50073 | 66.90 | * |
| RONALD C OLDSEN | 2211 THOREAU DR | | LAKE WALES | FL | 33898-6680 | K46927 | 66.90 | * |
| RONALD CARE | 185 WARD DR | | NORTH HUNTING | PA | 15642-1652 | K61035 | 66.90 | * |
| RONALD CRABB | 1091 STATE HIGHWAY 73 S | | WISCONSIN RAP | WI | 54494-9298 | K46205 | 66.90 | * |
| RONALD CUOCO | 93 FAIRVIEW AVE APT 2 | | WESTWOOD | NJ | 07675-2200 | K50905 | 66.90 | * |
| RONALD D JAHN | 12429 SLATER ST | | OVERLAND PARK | KS | 66213-4702 | K34737 | 66.90 | * |
| RONALD D MAASSEL | 21119 HURSHTOWN RD | | GRABILL | IN | 46741-9668 | K39527 | 66.90 | * |
| RONALD D MILLS | 17105 GULF BLVD | | N REDINGTON B | FL | 33708-1497 | K58603 | 66.90 | * |
| RONALD D STEGALL | 102 OLD PLACE RD | | DEER ISLE | ME | 04627-3755 | K27571 | 66.90 | * |
| RONALD DAVIDOFF | 402 W CAPE ROYAL LN | | PHOENIX | AZ | 85023-5223 | K41307 | 66.90 | * |
| RONALD DEININGER | 18901 W MANHATTAN RD | | ELWOOD | IL | 60421-9562 | K52059 | 66.90 | * |
| RONALD DESHIELDS | 303 BARCLAY RD | | DURHAM | NC | 27712-1613 | K52086 | 66.90 | * |
| RONALD DINGLE | 555 GERMANIA RD | | GALETON | PA | 16922-9404 | K15182 | 66.90 | * |
| RONALD DUNKIN | 1154 WILD BROOK DR | | AKRON | OH | 44313-8637 | K16572 | 66.90 | * |
| RONALD DURAND | 45 WILDWOOD WAY | | SAN RAFAEL | CA | 94901-1236 | K52413 | 66.90 | * |
| RONALD E BEARBOWER | 1646 PLYMOUTH AVE | | WATERLOO | IA | 50702-3518 | K54764 | 66.90 | * |
| RONALD E KRAJEWSKI | 11242 STANLEY LN | | TWINSBURG | OH | 44087-2672 | K55219 | 66.90 | * |
| RONALD E MORGAN | PO BOX 313 | | SCOTLAND | PA | 17254-0313 | K61204 | 66.90 | * |
| RONALD E VERSTEEG | 7662 EL LOBO CIR | | LA PALMA | CA | 90623-2402 | K30494 | 66.90 | * |
| RONALD E VIRGETS | 300 N CAROLINA ST | | NEW ROADS | LA | 70760-3608 | K59776 | 66.90 | * |
| RONALD E WATTS | 33321 ANTELOPE LN | | SQUAW VALLEY | CA | 93675-9208 | K17472 | 66.90 | * |
| RONALD E WIEGANDT | 235 E GRAND RIVER RD | | WILLIAMSTON | MI | 48895-9342 | K40005 | 66.90 | * |
| RONALD EDWARD GARDNER | 435 SEGUIN ST | | NEW ORLEANS | LA | 70114-2357 | K55911 | 66.90 | * |
| RONALD ELENS | 119 DAVIS ST | | SENECA | IL | 61360-9691 | K49958 | 66.90 | * |
| RONALD F JARM | 1904 S HEIGHTS DR | | ROSWELL | NM | 88203-4218 | K43314 | 66.90 | * |
| RONALD F LONDE | 33 N MAPLE AVE | | SAINT LOUIS | MO | 63119-2436 | K41088 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| RONALD F PEHMOELLER | 11400 RIDGE RD | | LARGO | FL | 33778-3025 | K49800 | 66.90 | * |
| RONALD FUSCO | 1280 MEADOWBROOK BLVD | | STOW | OH | 44224-1281 | K61376 | 66.90 | * |
| RONALD G ATZINGER | 138 HAMPTON CT | | NORTHVILLE | MI | 48168-1549 | K59115 | 66.90 | * |
| RONALD G BIGELOW | 420 S SULLIVAN AVE | | FREMONT | MI | 49412-1552 | K56331 | 66.90 | * |
| RONALD G GALLMEYER | 1631 COLONY DR | | FORT WAYNE | IN | 46825-5003 | K38866 | 66.90 | * |
| RONALD G HAMMERSCHLAG | | | | | | K44249 | 66.90 | * |
| RONALD G MARTIN | 2019 E 48TH AVE | | SPOKANE | WA | 99223-6582 | K41876 | 66.90 | * |
| RONALD GARNER | 1950 E BADILLO ST APT 98 | | WEST COVINA | CA | 91791-1185 | K45367 | 66.90 | * |
| RONALD GENE SALMAN | 2101 HYDE PARK DR | | ASHEVILLE | NC | 28806-4820 | K50349 | 66.90 | * |
| RONALD GERMAN | 2131 ROBIN LN | | POTTSTOWN | PA | 19465-8609 | K33325 | 66.90 | * |
| RONALD GILES | 1836 FAN FARE DR | | NORTH LAS VEG | NV | 89032-0635 | K37276 | 66.90 | * |
| RONALD GOLDRICH | 1841 EAGLE TRACE BLVD W | | CORAL SPRINGS | FL | 33071-5401 | K61906 | 66.90 | * |
| RONALD GORSLINE | 4518 HARRIS RD | | WILLIAMSTON | MI | 48895-9152 | K40457 | 66.90 | * |
| RONALD GREENLEE | 4189 E CHIGGER HOLLOW SOUTH | | CRAWFORDSVILL | IN | 47933-9506 | K44488 | 66.90 | * |
| RONALD H [RON] FRITZE | 20272 EXECUTIVE DR | | TANNER | AL | 35671-3627 | K38218 | 66.90 | * |
| RONALD H GALOWICH | 1248 N ASTOR ST | | CHICAGO | IL | 60610-2308 | K52486 | 66.90 | * |
| RONALD H JOHNSON | 502 W CAMPBELL RD | | GOODLETTSVILL | TN | 37072-2910 | K36083 | 66.90 | * |
| RONALD H MILLER | 2841 ADIE RD APT 9 | | SAINT ANN | MO | 63074-3740 | K44020 | 66.90 | * |
| RONALD HETZEL | 1013 COUNTY RD S | | JUNCTION CITY | WI | 54443-9473 | K55660 | 66.90 | * |
| RONALD HOLT | 6627 VANDRE AVE | | LOUISVILLE | KY | 40228-1843 | K34525 | 66.90 | * |
| RONALD J KIHNEL | 5124 REBECCA BLVD | | KENNER | LA | 70065-3250 | K50281 | 66.90 | * |
| RONALD J ROBINSON | 3938 JONQUIL LN | | OKEMOS | MI | 48864-3732 | K56569 | 66.90 | * |
| RONALD J SPERA | 29 SNOWBALL DR | | LEVITTOWN | PA | 19056-2209 | K31129 | 66.90 | * |
| RONALD JAMES [JIM] HERCULES | 1123 PERKINS AVE | | WOOSTER | OH | 44691-4154 | K24898 | 66.90 | * |
| RONALD JOHNSON | 3006 BRAMBLE WOOD TRL | | AUGUSTA | GA | 30909-4106 | K59761 | 66.90 | * |
| RONALD JOHNSTON | 1801 CONVERSE CT | | DELTONA | FL | 32738-4156 | K49464 | 66.90 | * |
| RONALD KATZ | 2085 COWPER ST | | PALO ALTO | CA | 94301-3810 | K40369 | 66.90 | * |
| RONALD KINCADE | 2158 GLENBRIAR DR | | MOUNTAIN HOME | AR | 72653-7655 | K36378 | 66.90 | * |
| RONALD KNEPPER | 6203 ANASTASIA ST | | SIMI VALLEY | CA | 93063-3709 | K43122 | 66.90 | * |
| RONALD L [RON] REDD | PO BOX 224 | | LEXINGTON | SC | 29071-0224 | K33932 | 66.90 | * |
| RONALD L BALTES | 650 WAGNER AVE APT 204 | | GREENVILLE | OH | 45331-2643 | K34240 | 66.90 | * |
| RONALD L GOODRICH | 556 N SHORE DR LOT 9 | | SOUTH HAVEN | MI | 49090-1062 | K17157 | 66.90 | * |
| RONALD L HEILMAN | 7421 GLEN GELDER CIR | | FORT WAYNE | IN | 46804-5555 | K38917 | 66.90 | * |
| RONALD L JANSEN | PO BOX 67 | | WALTON | IN | 46994-0067 | K27694 | 66.90 | * |
| RONALD L KRUCHAN JR | 955 COUNTRYSIDE DR | | MEDINA | OH | 44256-3871 | K46669 | 66.90 | * |
| RONALD L MCDANIEL | 937 FREMONT AVE | | MORRIS | IL | 60450-1601 | K50687 | 66.90 | * |
| RONALD L MILLER | 299 RHODA DR | | LANCASTER | PA | 17601-3649 | K28204 | 66.90 | * |
| RONALD L PITTS M.D. | 10120 WENONGA LN | | LEAWOOD | KS | 66206-2445 | K32693 | 66.90 | * |
| RONALD L PURDY | 31420 GLENBRIDGE RD | | WESTLAKE VILL | CA | 91361-4721 | K51746 | 66.90 | * |
| RONALD L RAYMOR | 520 AVERY ST | | LOWELL | MI | 49331-1470 | K36028 | 66.90 | * |
| RONALD L WEAVER | 13776 MORGAN RD | | DELPHOS | OH | 45833-8804 | K45463 | 66.90 | * |
| RONALD LEE BEMIS | 17711 TANFORAN DR | | TEHACHAPI | CA | 93561-5573 | K29427 | 66.90 | * |
| RONALD LEE CROSETTO | 308 S GRUNDY ST | | GARDNER | IL | 60424-6215 | K51149 | 66.90 | * |
| RONALD LEGGITT | 41832 GLADE RD | | CANTON | MI | 48187-3774 | K59976 | 66.90 | * |
| RONALD LEPANTO | 2045 LEE DR | | ESCONDIDO | CA | 92027-1730 | K25574 | 66.90 | * |
| RONALD LEROY [RON] KIEDROWSKI | 2342 ARBORDALE AVE | | THE VILLAGES | FL | 32162-3532 | K33203 | 66.90 | * |
| RONALD LHAMON | 1040 3RD ST | | PENROSE | CO | 81240-9210 | K40216 | 66.90 | * |
| RONALD LONGNECKER | 253 CANDLEWOOD DR | | CONWAY | SC | 29526-8982 | K25432 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| RONALD LOWE | 4405 W 93RD ST | | PRAIRIE VILLA | KS | 66207-2616 | K34260 | 66.90 | * |
| RONALD LUND | 1666 BAYHILL DR | | NEW LENOX | IL | 60451-3459 | K51636 | 66.90 | * |
| RONALD M ROGERS | 609 CHELSEA WAY | | RICHMOND | IN | 47374-6604 | K30788 | 66.90 | * |
| RONALD MARKWORTH | 1331 NORTON ST | | WISCONSIN RAP | WI | 54494-3068 | K50441 | 66.90 | * |
| RONALD MARVIN VICKERY | 556 LOG LANDING RD | | SPRINGFIELD | GA | 31329-5030 | K48971 | 66.90 | * |
| RONALD MCCALL DAVIS | 911 SWEET JULIET WAY | | GREER | SC | 29650-4559 | K30821 | 66.90 | * |
| RONALD MCKINNEY | 3845 FARQUHAR AVE UNIT 105 | | LOS ALAMITOS | CA | 90720-2008 | K62044 | 66.90 | * |
| RONALD MESTICHELLI | 220 LEXINGTON RD | | SCHWENKSVILLE | PA | 19473-1204 | K33079 | 66.90 | * |
| RONALD MIGDALOF | 151 UNION AVE APT 3F | | LYNBROOK | NY | 11563-3304 | K51011 | 66.90 | * |
| RONALD MINTEN | PO BOX 909 | | ALTON | IA | 51003-0909 | K59234 | 66.90 | * |
| RONALD MOTTO | 844 CENTER ST | | MCKEESPORT | PA | 15132-6605 | K61102 | 66.90 | * |
| RONALD NAGEL | 15848 W GRANDPOINT LN | | SURPRISE | AZ | 85374-4507 | K16986 | 66.90 | * |
| RONALD NEGUS | 4750 PIERCE AVE | | PAULLINA | IA | 51046-7407 | K60065 | 66.90 | * |
| RONALD NICHOLS | 6508 MAYFAIR ST | | OCEAN SPRINGS | MS | 39564-2429 | K21901 | 66.90 | * |
| RONALD OSBORNE | 2325 E HIGHVIEW DR | | DES MOINES | IA | 50320-2764 | K53197 | 66.90 | * |
| RONALD OWENS | 1855 N LITCHFIELD ST | | WICHITA | KS | 67203-2920 | K29493 | 66.90 | * |
| RONALD P LONGO | 183 CEDRUS AVE | | EAST NORTHPOR | NY | 11731-4414 | K62770 | 66.90 | * |
| RONALD PARSONS | 23627 N 43RD DR | | GLENDALE | AZ | 85310-3917 | K15475 | 66.90 | * |
| RONALD PAUL KELLEY | 2127 SE 3RD ST | | DES MOINES | IA | 50315-1550 | K24893 | 66.90 | * |
| RONALD R ECKERT | 3222 DARDEN DR | | WOODBRIDGE | VA | 22192-3337 | K26060 | 66.90 | * |
| RONALD R HALL | 1055 SUNSET BLVD STE A | | WEST COLUMBIA | SC | 29169-6884 | K34783 | 66.90 | * |
| RONALD R TOSSMAN | 420 LITCHFIELD DR | | MOORE | SC | 29369-9371 | K59547 | 66.90 | * |
| RONALD R YUNGMANN | PO BOX 184 | | BIGELOW | MN | 56117-0184 | K42904 | 66.90 | * |
| RONALD REEVES | 34459 S LAKESIDE TER | | WILMINGTON | IL | 60481-9694 | K49422 | 66.90 | * |
| RONALD ROEMER | 3308 KENASTON DR | | FORT WAYNE | IN | 46815-6313 | K38913 | 66.90 | * |
| RONALD S HOLDEN | 3685 SUNWOOD DR | | REDDING | CA | 96002-4913 | K28498 | 66.90 | * |
| RONALD S WILSON | 9 FELLS WAY UNIT D | | LACONIA | NH | 03246-4097 | K13422 | 66.90 | * |
| RONALD SCAIFE | 14335 BELLAMY BROTHERS BLVD | | DADE CITY | FL | 33525-7611 | K40984 | 66.90 | * |
| RONALD SCHWEIZER | 25260 PELICAN CREEK CIR APT | | BONITA SPRING | FL | 34134-0962 | K49535 | 66.90 | * |
| RONALD SEIF | W5185 COUNTY ROAD C | | NEILLSVILLE | WI | 54456-8117 | K55760 | 66.90 | * |
| RONALD SIDERS | 11318 NW 115TH TER | | ALACHUA | FL | 32615-6526 | K24967 | 66.90 | * |
| RONALD SLAGLE | 1009 PAYTON AVE | | DES MOINES | IA | 50315-5046 | K21258 | 66.90 | * |
| RONALD STRAIT | 1503 STEWART DR | | SARASOTA | FL | 34232-3217 | K28840 | 66.90 | * |
| RONALD TRACY PERDUE | 504 COVINGTON CT | | ANDERSON | SC | 29621-4405 | K48770 | 66.90 | * |
| RONALD VANOVERLOOP | 8198 CHESTNUT HILL CT | | WEST CHESTER | OH | 45069-2554 | K17364 | 66.90 | * |
| RONALD W POWELL | 9471 W STATE ROUTE 163 | | OAK HARBOR | OH | 43449-9604 | K49801 | 66.90 | * |
| RONALD WEBB | PO BOX 90 | | LEMON SPRINGS | NC | 28355-0090 | K31468 | 66.90 | * |
| RONALD WEESNER | 8304 LOUIS DR SE | | HUNTSVILLE | AL | 35802-3522 | K36186 | 66.90 | * |
| RONALD WHITTAKER | 1825 GLENDALE RD | | IOWA CITY | IA | 52245-3212 | K56951 | 66.90 | * |
| RONALD WILLIAM MAU | 2824 DORSETT LN | | NEW LENOX | IL | 60451-1503 | K51068 | 66.90 | * |
| RONALD Z ZEARFOSS | 621 LAZY DIAMOND | | CANYON LAKE | TX | 78133-2413 | K15455 | 66.90 | * |
| RONALLE E HAWKINS | 12323 LANHAM SEVERN RD | | BOWIE | MD | 20720-4559 | K16824 | 66.90 | * |
| RONDA MAGINNITY | 722 W MURPHY ST | | LIMA | OH | 45801-3568 | K45465 | 66.90 | * |
| RONNA LEVY | 7804 MONTECITO PL | | DELRAY BEACH | FL | 33446-4423 | K39780 | 66.90 | * |
| RONNI CRYSTAL | 1015 ACTIVE DR | | SAINT LOUIS | MO | 63146-5005 | K42825 | 66.90 | * |
| RONNIE BEASLEY | 6647 COUNTRY CLUB RD | | OMAHA | NE | 68152-2005 | K62124 | 66.90 | * |
| RONNIE BROWN | PO BOX 457 | | SEAGOVILLE | TX | 75159-0457 | K43149 | 66.90 | * |
| RONNIE E NUTT | PO BOX 121 | | THROCKMORTON | TX | 76483-0121 | K32851 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| RONNIE FRANKEL | 560 TREMONT AVE | | WESTFIELD | NJ | 07090-1354 | K61931 | 66.90 | * |
| RONNIE MADDIX | 8007 AVANTI WAY | | LOUISVILLE | KY | 40291-2403 | K34296 | 66.90 | * |
| ROOSEVELT SMYLY JR | 3315 S WHEELER RD | | PEMBROKE TOWN | IL | 60958-5425 | K54567 | 66.90 | * |
| RORY D GJESTVANG | 3500 ENGLAND ST | | BISMARCK | ND | 58504-8967 | K33377 | 66.90 | * |
| ROSA BARNDT | 417 W SUNSET AVE | | EPHRATA | PA | 17522-1947 | K57464 | 66.90 | * |
| ROSA DANIELS | PSC 851 BOX 130 | | FPO | AE | 09834-0002 | K47466 | 66.90 | * |
| ROSA EVERETT EDD | 2228 W 17TH ST | | JACKSONVILLE | FL | 32209-4622 | K40938 | 66.90 | * |
| ROSA HOOPER | 1272 HERITAGE LN | | WAITE PARK | MN | 56387-4511 | K20199 | 66.90 | * |
| ROSA MARTIN | 6110 NW 32ND ST | | GAINESVILLE | FL | 32653-1729 | K39849 | 66.90 | * |
| ROSALEE KILLIAN | 1521 NW PROSPECT AVE | | GRANTS PASS | OR | 97526-1007 | K32796 | 66.90 | * |
| ROSALIE CARUSO | 1040 LONGVIEW RD | | KING OF PRUSS | PA | 19406-3735 | K49297 | 66.90 | * |
| ROSALIE D'ANDREA | 400 TERRY DR | | JOLIET | IL | 60435-5324 | K54629 | 66.90 | * |
| ROSALIE FREEMAN | 9887 HARBOUR LAKE CIR | | BOYNTON BEACH | FL | 33437-3820 | K52042 | 66.90 | * |
| ROSALIE GLICKMAN | 3959 BOULEVARD DR | | PITTSBURGH | PA | 15217-2619 | K45326 | 66.90 | * |
| ROSALIE I [ROSE] PIERCE | 308 E WILDER HILL LN | | MONTESANO | WA | 98563-1323 | K18630 | 66.90 | * |
| ROSALIE KELTING | PO BOX 764 | | GUTHRIE | OK | 73044-0764 | K62860 | 66.90 | * |
| ROSALIE LOUDERMILK | 715 ARROW CT | | VANDALIA | OH | 45377-1701 | K33846 | 66.90 | * |
| ROSALIE NOSKA | 2721 10TH ST S APT 103 | | WISCONSIN RAP | WI | 54494-6370 | K46247 | 66.90 | * |
| ROSALIE OLSON | 1167 KNOX HIGHWAY 4 | | ALTONA | IL | 61414-9437 | K46130 | 66.90 | * |
| ROSALIE OLSON | 1507 237TH ST | | VENTURA | IA | 50482-8916 | K54167 | 66.90 | * |
| ROSALIE PAYNE | 5795 SAN PEDRO AVE | | ATASCADERO | CA | 93422-3520 | K28271 | 66.90 | * |
| ROSALIE PIAZZA | 6218 N FRANCISCO AVE APT 2S | | CHICAGO | IL | 60659-2573 | K52333 | 66.90 | * |
| ROSALIE PILKINGTON | 425 N 10TH ST | | HAMILTON | IL | 62341-1025 | K15675 | 66.90 | * |
| ROSALIE STERNECK | 750 S HANLEY RD APT 490 | | SAINT LOUIS | MO | 63105-2658 | K38533 | 66.90 | * |
| ROSALIND BARNETT | 1010 MEMORIAL DR APT 6G | | CAMBRIDGE | MA | 02138-4866 | K62284 | 66.90 | * |
| ROSALIND HILTON | 14 SARGENT ST UNIT 1 | | NORTHFIELD | NH | 03276-4075 | K13994 | 66.90 | * |
| ROSALYN BOULWARE | 6100 PALM DR | | FORT PIERCE | FL | 34982-7574 | K28766 | 66.90 | * |
| ROSALYN G PELLEGRINI | 111 ERVIN RD | | PIPERSVILLE | PA | 18947-9393 | K24825 | 66.90 | * |
| ROSALYN PRATER | 1080 N MAIN ST | | LIMA | OH | 45801-3677 | K43935 | 66.90 | * |
| ROSAMOND D BRENNER | 310 LINDEN AVE | | WILMETTE | IL | 60091-2843 | K18978 | 66.90 | * |
| ROSAMOND FLYNN | 6208 WESTOVER WAY | | SOMERSET | NJ | 08873-5910 | K54284 | 66.90 | * |
| ROSANN KLEN | 1209 BASIN DR | | LOCKPORT | IL | 60441-2203 | K54331 | 66.90 | * |
| ROSANNA MOLINARIO | PO BOX 675 | | TICKFAW | LA | 70466-0675 | K51938 | 66.90 | * |
| ROSANNE FRATZKE | 604 EDGEWOOD BLVD | | PAPILLION | NE | 68046-6144 | K54778 | 66.90 | * |
| ROSCO TURNER | 6150 YAUPON DR | | BEAUMONT | TX | 77708-3928 | K10216 | 66.90 | * |
| ROSCOE FAUSSONE | 1601 BETTS ST NE | | ALBUQUERQUE | NM | 87112-4267 | K19333 | 66.90 | * |
| ROSE ANN FURNEY | 3703 CRESTON DR | | INDIANAPOLIS | IN | 46222-3976 | K44431 | 66.90 | * |
| ROSE ANN OLMSTEAD | 28 EASTMAN ST | | DORCHESTER | MA | 02125-2278 | K55343 | 66.90 | * |
| ROSE ANN TROYANOWSKI | 7779 STATE HIGHWAY 66 | | ROSHOLT | WI | 54473-9518 | K47526 | 66.90 | * |
| ROSE ANN WASSERMAN | 1503 N MARSHALL ST | | MILWAUKEE | WI | 53202-2029 | K42646 | 66.90 | * |
| ROSE BAILEY | 11030 LINCOLN TRL | | INDIANAPOLIS | IN | 46236-2949 | K26745 | 66.90 | * |
| ROSE BYERS | PO BOX 564 | | PAONIA | CO | 81428-0564 | K16946 | 66.90 | * |
| ROSE GADBOIS | 255 BELLA VISTA DR | | BETHLEHEM | PA | 18017-2450 | K22123 | 66.90 | * |
| ROSE HARMON | 1401 SWINTON CT | | ELBURN | IL | 60119-7843 | K14738 | 66.90 | * |
| ROSE LINDA HUNICKE | 547 TIMBER RIDGE DR | | LONGWOOD | FL | 32779-2646 | K36791 | 66.90 | * |
| ROSE M ALLIES | 4915 SWEGLE RD NE UNIT 21 | | SALEM | OR | 97301-2119 | K18955 | 66.90 | * |
| ROSE M HEHL | 36 BERKELEY CT | | MIDDLETOWN | RI | 02842-5357 | K27552 | 66.90 | * |
| ROSE M WINDJUE | 225 15TH AVE NE | | DEVILS LAKE | ND | 58301-3305 | K32829 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| ROSE MARIE [ROSIE] SCHMIDT | 425 S LAPHAM PEAK RD | | DELAFIELD | WI | 53018-2221 | K48539 | 66.90 | * |
| ROSE MARIE DINSMORE | PO BOX 307 | | BROOKLYN | MI | 49230-0307 | V98754 | 66.90 | * |
| ROSE MARIE ENDERS | 9671 CLOVERWOOD ST | | BELLFLOWER | CA | 90706-3050 | K30135 | 66.90 | * |
| ROSE MARIE KUSHNER PALOCSKO | 12051 MCKEE RD | | NORTH HUNTING | PA | 15642-2356 | K62411 | 66.90 | * |
| ROSE MARIE LAUER | 3615 CREEKVIEW RD | | SAINT CLOUD | MN | 56301-9515 | K21428 | 66.90 | * |
| ROSE MARIE LAWLOR | 30 WOODROW ST | | OAKHURST | NJ | 07755-1249 | K45277 | 66.90 | * |
| ROSE MARIE PETERS | 485 N MAPLE ST | | EPHRATA | PA | 17522-2197 | K58001 | 66.90 | * |
| ROSE MARIE SHISLER | 11808 BALCONES WAY | | AUSTIN | TX | 78750-2904 | K41983 | 66.90 | * |
| ROSE MARIE SIMMS | 1820 UNIVERSITY DR APT C1 | | CEDAR FALLS | IA | 50613-4859 | K33821 | 66.90 | * |
| ROSE MARIE STOLZ | 14002 SE LE ANN CT | | BORING | OR | 97009-9010 | K19026 | 66.90 | * |
| ROSE MARY HETTLER | 10630 JUNIPER GLEN DR | | HOUSTON | TX | 77041-8621 | K61008 | 66.90 | * |
| ROSE MARY VAN DE ZANDE | 26 N IOWA AVE | | ADDISON | IL | 60101-3813 | K51552 | 66.90 | * |
| ROSE MAURIELLO | 5 HAMPSHIRE CIR | | WOBURN | MA | 01801-5314 | K10928 | 66.90 | * |
| ROSE NEFF | 1805 NORTHBROOK DR NE | | CEDAR RAPIDS | IA | 52402-1122 | K54973 | 66.90 | * |
| ROSE PETERS | 9028 VILLA RIDGE DR | | LAS VEGAS | NV | 89134-8533 | K49500 | 66.90 | * |
| ROSE PHILLIPS | 2486 N MCDONEL ST | | LIMA | OH | 45801-1919 | K45814 | 66.90 | * |
| ROSE REEDY | 20 NYODA TRL | | TABERNACLE | NJ | 08088-9005 | K16054 | 66.90 | * |
| ROSE WIGHT | 1157 E SANDY DR | | PRESCOTT | AZ | 86303-8301 | K43934 | 66.90 | * |
| ROSE WISE | 1490 MORROW RD | | RICHMOND | IN | 47374-9231 | K23869 | 66.90 | * |
| ROSE ZUMWINKLE | 46 GLENVIEW LOOP | | SAINT CLOUD | MN | 56303-4865 | K22486 | 66.90 | * |
| ROSEANN MARSELLA | 14735 38TH AVE APT B58 | | FLUSHING | NY | 11354-4800 | K36751 | 66.90 | * |
| ROSEANNA KARBACKA | 1002 GRAND PARK DR | | FAIRFIELD | IA | 52556-4104 | K19252 | 66.90 | * |
| ROSEANNA PHILLIPS | 3370 VALDOR PL | | PENSACOLA | FL | 32503-3436 | K43653 | 66.90 | * |
| ROSEANNE DEL GAUDIO | 19 GRAND CANYON CT | | BOHEMIA | NY | 11716-4124 | K36788 | 66.90 | * |
| ROSEANNE ENNIS | 5914 69TH ST | | MASPETH | NY | 11378-2902 | K37565 | 66.90 | * |
| ROSEANNE EVANS | 106 BRANDON AVE | | TARBORO | NC | 27886-2008 | K37363 | 66.90 | * |
| ROSELEE PROCTOR | 268 PARK PL SE | | EPHRATA | WA | 98823-2213 | K17717 | 66.90 | * |
| ROSELLA LOHR | 5805 BIRCHWOOD CT | | OXON HILL | MD | 20745-2309 | K16304 | 66.90 | * |
| ROSELLA M PETERSON | 620 1ST AVE S | | SLEEPY EYE | MN | 56085-1427 | K22355 | 66.90 | * |
| ROSELLE CATHOLIC HIGH SCHOOL | ROSELLE CATHOLIC HIGH SCHOOL | 350 RARITAN RD | ROSELLE | NJ | 7203 | | 0.00 | ** |
| ROSELLE CATHOLIC HIGH SCHOOL | c/o BROTHER DAN O'RIORDAN | 350 RARITAN RD | ROSELLE | NJ | 7203 | | 0.00 | ** |
| ROSELLYN WELCH | 4301 HUNTING MEADOWS CIR | | COLORADO SPRI | CO | 80916-2459 | K27847 | 66.90 | * |
| ROSELYN WENMAN | 2410 WALDEN CT | | IOWA CITY | IA | 52246-4118 | K57449 | 66.90 | * |
| ROSELYNNE JUNE PETERS | 14070 FULTON ST E | | LOWELL | MI | 49331-9333 | K37137 | 66.90 | * |
| ROSEMARIE BALISTRERI SENDIK | 3444 N LAKE DR | | MILWAUKEE | WI | 53211-2918 | K34587 | 66.90 | * |
| ROSEMARIE FAZZONE | 5775 WOODLAND CT | | DISCOVERY BAY | CA | 94505-1409 | K44557 | 66.90 | * |
| ROSEMARIE FUNK | 29 KENDALL DR | | PARLIN | NJ | 08859-1105 | K29239 | 66.90 | * |
| ROSEMARIE KANE | 10 ADMIRALTY DR APT 2 | | MIDDLETOWN | RI | 02842-6255 | K27508 | 66.90 | * |
| ROSEMARIE P [ROSIE] SPRINGER | 10618 106TH PL | | CARMEL | IN | 46033-3827 | K40026 | 66.90 | * |
| ROSEMARIE SHAW | 47 JACKSON BLVD | | GREENCASTLE | IN | 46135-1963 | K44438 | 66.90 | * |
| ROSEMARIE SHIMRAK | 4372 DUTILLY RD | | NORTH PORT | FL | 34287-2992 | K43814 | 66.90 | * |
| ROSEMARIE VITA | 2903 WILKE RD | | ROLLING MEADO | IL | 60008-1662 | K59506 | 66.90 | * |
| ROSEMARY A FLYNN | 10 FOXFERN DR | | FAIRLESS HILL | PA | 19030-4026 | K22632 | 66.90 | * |
| ROSEMARY BORLAND | 2030 ORCHARD ST | | RACINE | WI | 53405-3767 | K46337 | 66.90 | * |
| ROSEMARY BRADLEY | 78 SHERWOOD DR | | PORTSMOUTH | RI | 02871-3832 | K28146 | 66.90 | * |
| ROSEMARY BREDESEN | PO BOX 123 | | FRIENDSHIP | WI | 53934-0123 | K50758 | 66.90 | * |
| ROSEMARY COFFMAN | 5649 DEPWEG RD | | CELINA | OH | 45822-9575 | K27550 | 66.90 | * |
| ROSEMARY CURTIN | 3785 HAHN AVE | | BETHPAGE | NY | 11714-5006 | K49606 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| ROSEMARY DENISE KUBIN | 4535 HIGHWAY 348 | | OLATHE | CO | 81425-9746 | K17533 | 66.90 | * |
| ROSEMARY DWYER | 2100 KINGS HWY LOT 998 | | PUNTA GORDA | FL | 33980-4253 | K52935 | 66.90 | * |
| ROSEMARY FAJGIER | 210 S LAKESHORE DR | | BROWNS MILLS | NJ | 08015-4016 | K47774 | 66.90 | * |
| ROSEMARY GILL | 2590 MEADOW OAK LN | | MONTICELLO | MN | 55362-9595 | K20363 | 66.90 | * |
| ROSEMARY GLAUSER | 1053 E LAKEWOOD ST | | SPRINGFIELD | MO | 65810-2451 | K57234 | 66.90 | * |
| ROSEMARY HANNA | 539 TIMBER LN | | DEVON | PA | 19333-1234 | K50728 | 66.90 | * |
| ROSEMARY HAYES | 4028 WATER POINT CT SW | | CEDAR RAPIDS | IA | 52404-7723 | K55056 | 66.90 | * |
| ROSEMARY J GRAHAM | 21 CONSTANTINE CT | | ATHENS | NY | 12015-1204 | K21874 | 66.90 | * |
| ROSEMARY KAHSAR | 9191 MONTORO DR | | CINCINNATI | OH | 45231-3015 | K38656 | 66.90 | * |
| ROSEMARY KANE | 30 CHESTNUT ST | | MASSAPEQUA | NY | 11758-5119 | K36729 | 66.90 | * |
| ROSEMARY KONCILIJA | 10803 HERALD SQUARE DR | | HOUSTON | TX | 77099-1816 | K43547 | 66.90 | * |
| ROSEMARY KOTKOWSKI | 78 WEST AVE | | MARION | MA | 02738-1946 | K43188 | 66.90 | * |
| ROSEMARY LIGHT | 7107 PONTIAC CIR | | CHANHASSEN | MN | 55317-9452 | K36725 | 66.90 | * |
| ROSEMARY MORGAN | 12 PEACEFUL DR | | MORRISVILLE | PA | 19067-5932 | K32358 | 66.90 | * |
| ROSEMARY MURPHY | 116 COLLEGE AVE | | POUGHKEEPSIE | NY | 12603-2805 | K19908 | 66.90 | * |
| ROSEMARY PATNO | 95 FOXHALL DR | | CHAGRIN FALLS | OH | 44022-4273 | K51781 | 66.90 | * |
| ROSEMARY QUINTON | 11220 SUNBURST ST | | LAKE VIEW TER | CA | 91342-6629 | K50710 | 66.90 | * |
| ROSEMARY TYRRELL | 3448 PARSONS GREENE CT | | POWDER SPRING | GA | 30127-4428 | K14596 | 66.90 | * |
| ROSEMARY WEITZEL | 2619 PINE RIDGE DR | | ANOKA | MN | 55303-6400 | K19090 | 66.90 | * |
| ROSETTA B BROWN | 2521 ASH ST | | PORTSMOUTH | VA | 23707-4211 | K21414 | 66.90 | * |
| ROSETTA BARKLEY | 3210 E MEYER BLVD | | KANSAS CITY | MO | 64132-1218 | K33308 | 66.90 | * |
| ROSETTA BRANDON | 775 MONTMARTRE DR | | SAINT LOUIS | MO | 63141-6121 | K39108 | 66.90 | * |
| ROSETTA LYMAN | 15 E 5TH ST APT 1 | | ZUMBROTA | MN | 55992-1684 | K18350 | 66.90 | * |
| ROSETTA ROBINSON | 1301 CLOUGH ST | | WAYCROSS | GA | 31501-6620 | K59748 | 66.90 | * |
| ROSEVELT COLVIN | 12521 OLD STONE DR | | INDIANAPOLIS | IN | 46236-9225 | K10778 | 66.90 | * |
| ROSIE EMERICK | 5220 HUDSON BEND RD | | AUSTIN | TX | 78734-1200 | K48352 | 66.90 | * |
| ROSIE V TRIMMELL | 1307 80TH ST E | | TACOMA | WA | 98404-3312 | K40264 | 66.90 | * |
| ROSINE JACOBS | PO BOX 1423 | | ADRIAN | MI | 49221-7423 | V99030 | 66.90 | * |
| ROSLYN BIENENSTOCK | 967 MEARS CT | | STANFORD | CA | 94305-1041 | K48757 | 66.90 | * |
| ROSLYN D SMALL | 197 MAYFAIR DR | | PITTSBURGH | PA | 15228-1144 | K44155 | 66.90 | * |
| ROSLYN M ELKINS | 414 OLD LANCASTER RD APT 301 | | HAVERFORD | PA | 19041-1572 | K35454 | 66.90 | * |
| ROSLYN SCHLANG | 810 SAINT ANDREWS RD | | HOLLYWOOD | FL | 33021-2919 | K53754 | 66.90 | * |
| ROSLYN SHORE | 4313 VILLAGE OAKS LN | | DUNWOODY | GA | 30338-5731 | K43303 | 66.90 | * |
| ROSS B REYNOLDS | 181 CRESCENT ROAD | | TORONTO | ON | M4W 1V1 | K39062 | 66.90 | * |
| ROSS BOHANON | 406 RAINBOW DR | | CREVE COEUR | IL | 61610-4274 | K47719 | 66.90 | * |
| ROSS NIFFENEGGER | 5707 FLAG CT | | FAIRFIELD | CA | 94533-9726 | K57209 | 66.90 | * |
| ROSS PAUL WALKER | 10115 INDIAN LAKE BLVD S | | INDIANAPOLIS | IN | 46236-9538 | K24963 | 66.90 | * |
| ROWE BEALE | 37 GLEN DR | | VOORHEES | NJ | 08043-1403 | K42271 | 66.90 | * |
| ROWENA CLOUGH | 8420 CEDARCREEK CT | | ELLICOTT CITY | MD | 21043-6064 | K59914 | 66.90 | * |
| ROWENA GREEN | 15038 S CULVER RD | | VICTORVILLE | CA | 92394-2134 | K39759 | 66.90 | * |
| ROWENA L BOWERMAN | 290 LINCOLN ST | | TWIN FALLS | ID | 83301-5251 | K32247 | 66.90 | * |
| ROXANA LEVAN | 323 N RIDGE RD | | MILTON | PA | 17847-7829 | K18329 | 66.90 | * |
| ROXANN KITTINGER | 10884 29 MILE RD | | ALBION | MI | 49224-9764 | K16463 | 66.90 | * |
| ROXANNA PERTZBORN | 117 BAYVIEW ST | | STORM LAKE | IA | 50588-7769 | K16777 | 66.90 | * |
| ROXANNE (ROXIE) SMITH | 50 PLUM POINT RD | | SAUNDERSTOWN | RI | 02874-2707 | K27001 | 66.90 | * |
| ROXANNE HJELDEN | 16135 WHIPPLE LN NE | | KELLIHER | MN | 56650-3115 | K18866 | 66.90 | * |
| ROXANNE L PRATT | 9536 PINTO LN | | FORT WAYNE | IN | 46804-3947 | K40877 | 66.90 | * |
| ROXEY HAMMOND | 816 PECO RD | | GRANTS PASS | OR | 97526-8239 | K36704 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| ROXY NEALEY | 14409 BUENA VISTA DR | | URBANDALE | IA | 50323-2028 | K13824 | 66.90 | * |
| ROY BALLINGER | 4404 DOUGLAS ST | | LANGLEY | WA | 98260-9559 | K32114 | 66.90 | * |
| ROY C STEINHARDT | 404 ERIE AVE | | SHEBOYGAN | WI | 53081-3508 | K46692 | 66.90 | * |
| ROY DEAN WOOD SR | 1187 FINLEY ST | | CHAPARRAL | NM | 88081-7344 | K41831 | 66.90 | * |
| ROY E WUEST | 745 TREVINO DR | | LADY LAKE | FL | 32159-5576 | K44317 | 66.90 | * |
| ROY FELTMAN | 362 ROLLING ROCK RD | | MOUNTAINSIDE | NJ | 07092-2120 | K49448 | 66.90 | * |
| ROY G [BUCK] SAUNDERS | 7806 MAGNOLIA COVE CT | | HUMBLE | TX | 77346-1608 | K19230 | 66.90 | * |
| ROY G SAUNDERS | 7806 MAGNOLIA COVE CT | | HUMBLE | TX | 77346-1608 | K17092 | 66.90 | * |
| ROY GOETSCH | 4263 TATTERSALL DR | | PLAINFIELD | IN | 46168-7924 | K49218 | 66.90 | * |
| ROY GOULD | 5518 MOCERI LN | | GRAND BLANC | MI | 48439-4364 | K56641 | 66.90 | * |
| ROY H HAMILTON | 7367 YORKSHIRE DR | | DAYTON | OH | 45414-2134 | K33612 | 66.90 | * |
| ROY H MCFALL PHD | 1891 E SLATER RD | | CHEBOYGAN | MI | 49721-8218 | K20941 | 66.90 | * |
| ROY HAUCK JR | 17 HESTER DR | | WATSONTOWN | PA | 17777-8779 | K15793 | 66.90 | * |
| ROY HOLLENBERGER | 210 PARK LN | | EDGERTON | WI | 53534-1405 | K46694 | 66.90 | * |
| ROY KROCHMAL MD | 6240 SW 102ND ST | | MIAMI | FL | 33156-3358 | K45442 | 66.90 | * |
| ROY L KOFOED JR | 12760 A ST | | OMAHA | NE | 68144-4035 | K52236 | 66.90 | * |
| ROY LEDSINGER | 310 S SCOTT ST | | LIMA | OH | 45804-1360 | K47389 | 66.90 | * |
| ROY LYNN VAIL | 99 PINE AVE | | MENA | AR | 71953-4698 | K26281 | 66.90 | * |
| ROY M RIDGE | 916 HIDDEN VALLEY DR | | RICHMOND | IN | 47374-5158 | K26747 | 66.90 | * |
| ROY MCINTIRE | 3321 W BIRKSHIRE DR | | PEORIA | IL | 61614-2306 | K46751 | 66.90 | * |
| ROY PANTER | 151 SE AIRPARK DR | | BEND | OR | 97702-2491 | K35238 | 66.90 | * |
| ROY QUILLIN MINTON | 1100 GUADALUPE ST | | AUSTIN | TX | 78701-2116 | K31727 | 66.90 | * |
| ROY R HOLLAND | 18216 HINTON ST | | RIVERVIEW | MI | 48193-7466 | K58306 | 66.90 | * |
| ROY S FASNACHT JR | 860 GREENVILLE RD # G | | DENVER | PA | 17517-9402 | K57393 | 66.90 | * |
| ROY SAATZER | PO BOX 604 | | VILLAGE MILLS | TX | 77663-0604 | K25656 | 66.90 | * |
| ROY T THORSEN | 1250 LA PERESA DR | | THOUSAND OAKS | CA | 91362-2229 | K49050 | 66.90 | * |
| ROY VANCE | 14256 88TH PL N | | MAPLE GROVE | MN | 55369-9328 | K25216 | 66.90 | * |
| ROY W HOLLAND | 1229 HIGH ST | | LEAVENWORTH | KS | 66048-2325 | K35717 | 66.90 | * |
| ROYAL GAUTIER | PO BOX 862 | | COLUMBUS | NE | 68602-0862 | K55370 | 66.90 | * |
| ROYCE E SMITH | 325 W WOOD ST | | VERSAILLES | OH | 45380-1233 | K32575 | 66.90 | * |
| ROYCE MCWHARTER | 1188 LAURELWOOD RD | | POTTSTOWN | PA | 19465-7422 | K59546 | 66.90 | * |
| ROYCE WHITWORTH | 14211 E EVANS AVE APT 374 | | AURORA | CO | 80014-1458 | K18440 | 66.90 | * |
| ROYETTE QUALLEY | 1932 MAIN AVE | | INTERNATIONAL | MN | 56649-3326 | K24818 | 66.90 | * |
| ROZANNE LANDERS-STEINHOFF | 3492 FISHINGER MILL DR | | HILLIARD | OH | 43026-9307 | K22682 | 66.90 | * |
| ROZELLA BROWN | 68790 RISUENO RD | | CATHEDRAL CIT | CA | 92234-8807 | K32758 | 66.90 | * |
| RUBY BENTHIN | 7969 TIMBER HORN CT | | LAS VEGAS | NV | 89147-4287 | K39396 | 66.90 | * |
| RUBY DODGE | 4669 MARINA DR | | MUNHALL | PA | 15120-2981 | K46521 | 66.90 | * |
| RUBY JEAN ANDERSON | 3228 LAKESHORE DR | | OLD HICKORY | TN | 37138-2213 | K37031 | 66.90 | * |
| RUBY JO WILLIAMS | 2015 E ALMA AVE | | SHERMAN | TX | 75090-4006 | K11773 | 66.90 | * |
| RUBY JO WOOD | 8566 LARKHALL CIR UNIT 807A | | HUNTINGTON BE | CA | 92646-5663 | K28319 | 66.90 | * |
| RUBY KNIGHT-JARRETT | 541 S RADIO DR | | SAN DIEGO | CA | 92114-6570 | V99615 | 66.90 | * |
| RUBY L BANKS | 6308 WILEYVALE RD | | HOUSTON | TX | 77028-4144 | K11442 | 66.90 | * |
| RUBY L WILLIAMS | 3028 ALABAMA AVE SE | | WASHINGTON | DC | 20020-3008 | K10080 | 66.90 | * |
| RUBY MCGUIRE | 616 BROAD WAY | | ROARING SPRIN | TX | 79256-2203 | K28300 | 66.90 | * |
| RUBY MIDDLETON | 890 FREDRICK DR | | EL DORADO | KS | 67042-2236 | K51191 | 66.90 | * |
| RUBY ROMINE | 801 SWEENY AVE | | BURLINGTON | IA | 52601-6353 | K15106 | 66.90 | * |
| RUBY SHAW | 1009 GLENDA ST | | TERRELL | TX | 75160-5013 | V99316 | 66.90 | * |
| RUBY WASH | 135 INNSBRUCK DR | | COLUMBIA | SC | 29212-8501 | K20512 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| RUBY WILSON | PO BOX 805 | | HARLEM | GA | 30814-0805 | K59813 | 66.90 | * |
| RUBYE BOOZER | PO BOX 1085 | | ALACHUA | FL | 32616-1085 | K23227 | 66.90 | * |
| RUDOLF HABBEN | 3732 N MONROE AVE | | PEORIA HEIGHT | IL | 61616-7632 | K50712 | 66.90 | * |
| RUDOLF TRUSHEIM | 200 SW BROOKSIDE DR APT 110 | | GRIMES | IA | 50111-2320 | K59201 | 66.90 | * |
| RUDOLPH FRAZIER | 4519 N OLIVE ST | | NORTH LITTLE | AR | 72116-7261 | K34772 | 66.90 | * |
| RUDOLPH H RISTOW JR | 687 CONGRESS PL | | NEENAH | WI | 54956-2943 | K49903 | 66.90 | * |
| RUDOLPH M KEENEY CPA | 1010 E 2ND ST | | DUMAS | TX | 79029-4102 | K30195 | 66.90 | * |
| RUDOLPH ODELL HUNT | PO BOX 5051 | | PORTSMOUTH | VA | 23703-1051 | K16442 | 66.90 | * |
| RUDY ELWELL | 1005 W MARTINTOWN RD | | NORTH AUGUSTA | SC | 29841-2045 | K21958 | 66.90 | * |
| RUFUS TOMCZAK | 12720 WILDWOOD DR | | KABETOGAMA | MN | 56669-8077 | K18633 | 66.90 | * |
| RUPERT LESLIE LEARY | 303 RIPPLEVIEW DR | | CLEMSON | SC | 29631-1628 | K49289 | 66.90 | * |
| RUSS BODE | 1408 240TH ST | | ALGONA | IA | 50511-7094 | K54672 | 66.90 | * |
| RUSS BRANSON | 13880 HIGHWAY 66 | | ASHLAND | OR | 97520-9430 | K35277 | 66.90 | * |
| RUSS HOBURG | 78281 BOVEE CIR | | PALM DESERT | CA | 92211-2333 | K57435 | 66.90 | * |
| RUSS HUYSER | 9305 CASCADE RD SE | | ADA | MI | 49301-9337 | K39378 | 66.90 | * |
| RUSS RILEY | 4506 LEE ANN CIR | | LIVERMORE | CA | 94550-7292 | K56412 | 66.90 | * |
| RUSSEL CALAWAY | 3925 N RIDGE RD E LOT 96 | | ASHTABULA | OH | 44004-4346 | K25269 | 66.90 | * |
| RUSSELL C BLACKBURN | 9444 E COCHISE PL | | SUN LAKES | AZ | 85248-7009 | K25729 | 66.90 | * |
| RUSSELL C HUGHES III | 132 SNAVELY MILL RD | | LITITZ | PA | 17543-8911 | K27226 | 66.90 | * |
| RUSSELL COX | 3737 N COUNTY ROAD 500 W | | GREENCASTLE | IN | 46135-8822 | K48337 | 66.90 | * |
| RUSSELL D KARICH | 5725 N NEWCASTLE AVE | | CHICAGO | IL | 60631-3147 | K54451 | 66.90 | * |
| RUSSELL E ADAMSON JR | 439 PYTHIAN RD | | SANTA ROSA | CA | 95409-6324 | K39466 | 66.90 | * |
| RUSSELL E HURDLE SR | 4513 WESTBOROUGH RD | | CHESAPEAKE | VA | 23321-2819 | K14601 | 66.90 | * |
| RUSSELL E RODERICK | 3110 DOWNEY BRANCH LN | | LYNN HAVEN | FL | 32444-5637 | K25256 | 66.90 | * |
| RUSSELL E SMITH | 3711 BARTLETT CT | | LOUISVILLE | KY | 40218-2772 | K36693 | 66.90 | * |
| RUSSELL E WILLIAMS | 385 HIGH FIELDS DR | | MOUNT ULLA | NC | 28125-7822 | K52227 | 66.90 | * |
| RUSSELL GIBSON | 431 CATALPA DR | | GRANTS PASS | OR | 97526-8233 | K35085 | 66.90 | * |
| RUSSELL GLAPION | 147 JULIUSTOWN RD | | BROWNS MILLS | NJ | 08015-3134 | K49550 | 66.90 | * |
| RUSSELL HOSSBACH | 113 S REED ST | | JOLIET | IL | 60436-1450 | K49934 | 66.90 | * |
| RUSSELL J KEICHEL | 1067 STEVENS BLVD | | EASTLAKE | OH | 44095-2652 | K43070 | 66.90 | * |
| RUSSELL J TRETT | 234 EDGEWOOD DR | | HIGHLAND VILL | TX | 75077-6904 | K32444 | 66.90 | * |
| RUSSELL KINKLE | 1205 E MARKET ST | | LIMA | OH | 45804-2835 | K45303 | 66.90 | * |
| RUSSELL M [SONNY] WOLFE | PO BOX 50888 | | COLORADO SPRI | CO | 80949-0888 | K51628 | 66.90 | * |
| RUSSELL MALCOLM | 8000 W ALEXANDRIA RD | | MIDDLETOWN | OH | 45042-9290 | K24028 | 66.90 | * |
| RUSSELL MARCHAL | 11066 ELIJAH YORK RD | | VERSAILLES | OH | 45380-9543 | K31954 | 66.90 | * |
| RUSSELL N BROCKMAN | 1600 HOLSAPPLE RD | | RICHMOND | IN | 47374-1346 | K31801 | 66.90 | * |
| RUSSELL RUHL | 2038 TRES PICOS DR | | YUBA CITY | CA | 95993-6108 | K46659 | 66.90 | * |
| RUSSELL TIMS | PO BOX 23291 | | SANTA FE | NM | 87502-3291 | K44449 | 66.90 | * |
| RUSSELL TINSLEY | 518 CHRISTOPHER WAY | | WINDSOR | CA | 95492-7937 | K25014 | 66.90 | * |
| RUSSELL TRAWITZ | 10010 ANTLER STA | | SAN ANTONIO | TX | 78251-4340 | K15416 | 66.90 | * |
| RUSSELL W BECKER | 8222 HARRIS RD | | MILLINGTON | MI | 48746-9238 | K56201 | 66.90 | * |
| RUSSELL W LIGHT | 12813 7TH ST SPC 24 | | YUCAIPA | CA | 92399-2203 | K49628 | 66.90 | * |
| RUSTY TERRY | 3901 WHITLAND AVE APT 3 | | NASHVILLE | TN | 37205-1939 | K35842 | 66.90 | * |
| RUTH [RUTHIE] OLSON | 9011 ROTT RD | | SAINT LOUIS | MO | 63127-1205 | K40621 | 66.90 | * |
| RUTH A COSSABOON | 311 SHILOH RD | | BRIDGETON | NJ | 08302-5750 | K22506 | 66.90 | * |
| RUTH A MOSS | 7745 N 37TH ST | | OMAHA | NE | 68112-2007 | K58895 | 66.90 | * |
| RUTH A PARNES | 1927 JUNIPER LN | | BENSALEM | PA | 19020-4436 | K59041 | 66.90 | * |
| RUTH ALLEN | 3887 GRAPE AVE | | AUGUSTA | GA | 30909-9574 | K59743 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.        Page 483 of 564

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RUTH AMEN | 18101 CATHERINE CIR | | VILLA PARK | CA | 92861-6415 | K57808 | 66.90 | * |
| RUTH ANDERSEN | 7128 WINDMILL DR | | WINNECONNE | WI | 54986-9804 | K50659 | 66.90 | * |
| RUTH ANDRES | 7721 IDLEWOOD LN | | DALLAS | TX | 75230-3201 | K41125 | 66.90 | * |
| RUTH ANN BROWER | 231 OLD TUCKERTON RD | | CHATSWORTH | NJ | 08019-2231 | K53390 | 66.90 | * |
| RUTH ANN CHRISTOPHERSEN | 503 MARSH RD | | WILMINGTON | DE | 19809-2120 | K42619 | 66.90 | * |
| RUTH ANN EVANS-BIERNOT | 4109 MIDDLEGATE DR | | KISSIMMEE | FL | 34746-6419 | K58354 | 66.90 | * |
| RUTH ANN FAHRNI | 725 BOWES RD APT L4 | | LOWELL | MI | 49331-1674 | K36129 | 66.90 | * |
| RUTH ANN GREATHOUSE | 1017 PINE HILL RD | | LITITZ | PA | 17543-8996 | K57550 | 66.90 | * |
| RUTH ANN HOARD | 6551 MELDRUM RD | | IRA | MI | 48023-2020 | K43717 | 66.90 | * |
| RUTH ANN HURSH | 1001 E OREGON RD APT 1512 | | LITITZ | PA | 17543-9205 | K57784 | 66.90 | * |
| RUTH ANN KNOLLMAN | 3501 SUNNYSIDE AVE | | CLOVIS | CA | 93611-5842 | K44016 | 66.90 | * |
| RUTH ANN LABORDE | 103 SUNSET DR | | GUN BARREL CI | TX | 75156-3623 | K41693 | 66.90 | * |
| RUTH ANN MCKAY | 4200 PONDEROSA RD | | BIG SPRING | TX | 79720-7148 | K47769 | 66.90 | * |
| RUTH ANN PETERSON | 2833 W 4TH AVE | | EL DORADO | KS | 67042-3063 | K47911 | 66.90 | * |
| RUTH ANN RAYMOND | 206 W DUPONT ST | | RIDLEY PARK | PA | 19078-2904 | K25061 | 66.90 | * |
| RUTH ANN REMETTA | 1240 VICKSBURG SOUTH DR | | GREENWOOD | IN | 46143-7322 | K39159 | 66.90 | * |
| RUTH ANNE HEIGLE | 1819 WALNUT RD | | HEATH | OH | 43056-1749 | K50941 | 66.90 | * |
| RUTH BETTINGER | 604 KINGSTON CT | | APOLLO BEACH | FL | 33572-2427 | K31826 | 66.90 | * |
| RUTH BISHOP | PO BOX 105 | | PITTSBORO | IN | 46167-0105 | K24833 | 66.90 | * |
| RUTH BIVINS | 330 NORWOOD ST | | ROCKFORD | MI | 49341-1028 | K42428 | 66.90 | * |
| RUTH BODNAR | 2311 DOROTHY ST | | WICHITA FALLS | TX | 76306-1308 | K43606 | 66.90 | * |
| RUTH BOUCHER | 22935 OEHLMANN PARK RD | | CONIFER | CO | 80433-4502 | K47782 | 66.90 | * |
| RUTH BRAMSON | 10533 ASHFIELD ST UNIT A | | HIGHLANDS RAN | CO | 80126-6713 | K10968 | 66.90 | * |
| RUTH BURCHARD | PO BOX 155 | | TOWANDA | KS | 67144-0155 | K47495 | 66.90 | * |
| RUTH BURTON | 4350 BEEKMAN PL | | SARASOTA | FL | 34235-2286 | K50889 | 66.90 | * |
| RUTH BUZZARD | 705 BUZZARD LN | | DAWSON SPRING | KY | 42408-1863 | K29716 | 66.90 | * |
| RUTH BYDASH | 1393 LINDEN CREEK DR | | MILFORD | OH | 45150-2474 | K44224 | 66.90 | * |
| RUTH CAHN | 8740 WESLEY RD | | BLOOMFIELD | NY | 14469-9559 | K60701 | 66.90 | * |
| RUTH CARR | PO BOX 686 | | PRESTON | MD | 21655-0686 | K20554 | 66.90 | * |
| RUTH CERVAY | 365 SUNSET DR APT 2006 | | DOUSMAN | WI | 53118-8843 | K55885 | 66.90 | * |
| RUTH CHANDEYSSON | 4100 27TH RD N | | ARLINGTON | VA | 22207-5116 | K38853 | 66.90 | * |
| RUTH CHIAVARI | 17432 E GRANDE BLVD | | FOUNTAIN HILL | AZ | 85268-3229 | K44098 | 66.90 | * |
| RUTH CHIVIAN | 19511 N 140TH AVE | | SUN CITY WEST | AZ | 85375-5656 | K14684 | 66.90 | * |
| RUTH CLARE FEINSON | 1752 HOBART ST NW | | WASHINGTON | DC | 20009-2908 | K13667 | 66.90 | * |
| RUTH CONARD | 13022 82ND AVE N | | MAPLE GROVE | MN | 55369-7311 | K40534 | 66.90 | * |
| RUTH CORNETT | 14618 HURON ST | | TAYLOR | MI | 48180-4747 | K60010 | 66.90 | * |
| RUTH CRANDELL | 3240 HART RD | | JACKSON | MI | 49201-8721 | K41422 | 66.90 | * |
| RUTH DENNIS | 3322 CHALFONT DR | | HOUSTON | TX | 77066-4904 | K27921 | 66.90 | * |
| RUTH DONAIS | 46 WALNUT AVE | | NORTH HAMPTON | NH | 03862-2011 | K39066 | 66.90 | * |
| RUTH E CROSBY | 10414 N 100 E | | DECATUR | IN | 46733-8404 | K39634 | 66.90 | * |
| RUTH E MCKINNIS | 603 S 14TH ST | | RICHMOND | IN | 47374-6416 | K34011 | 66.90 | * |
| RUTH E RAWLING | 816 PINE ST | | HASTINGS | MN | 55033-2561 | K46911 | 66.90 | * |
| RUTH E ROSSOW | 549 ARBOLEDA DR | | LOS ALTOS | CA | 94024-4113 | K56346 | 66.90 | * |
| RUTH E SPRINGER | 5404 TUNBRIDGE XING | | FORT WAYNE | IN | 46815-8535 | K39525 | 66.90 | * |
| RUTH EDINBERG | 341 DEL POND DR | | CANTON | MA | 02021-2755 | K14208 | 66.90 | * |
| RUTH EGLOFF | 185 CAVE RUN DR APT 6 | | ERLANGER | KY | 41018-4014 | K21638 | 66.90 | * |
| RUTH EISLEY | 179 EISLEY RD | | MILTON | PA | 17847-7533 | K15753 | 66.90 | * |
| RUTH ELIZABETH HEATH | 60859 LOUISE CT | | MONTROSE | CO | 81403-9082 | K17366 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RUTH ELLEN FROHMADER | W9945 30TH ST | | CAMP DOUGLAS | WI | 54618-9785 | K49451 | 66.90 | * |
| RUTH ELLEN GORDON | 10 COLUMBIA WAY | | MONTROSE | CO | 81401-4852 | K17205 | 66.90 | * |
| RUTH ERNESTINE POOLE | 3724 PEARCE ST | | JACKSONVILLE | FL | 32209-3828 | K39354 | 66.90 | * |
| RUTH ERNESTINE TUTLER | 5620 WESLEYAN DR APT 255 | | VIRGINIA BEAC | VA | 23455-6913 | K12876 | 66.90 | * |
| RUTH F NELSON | 9153 YARROW ST APT 1315 | | WESTMINSTER | CO | 80021-4536 | K20828 | 66.90 | * |
| RUTH FARR | 3171 LAKE RD | | CONNEAUT | OH | 44030-3215 | K17583 | 66.90 | * |
| RUTH FAX | 148 MILL ST | | NEWTON | MA | 02459-1022 | K41209 | 66.90 | * |
| RUTH FRANK | PO BOX 204 | | VERDIGRE | NE | 68783-0204 | K57851 | 66.90 | * |
| RUTH GELHAUS | PO BOX 395 | | HUBBARD | IA | 50122-0395 | K53786 | 66.90 | * |
| RUTH GORDILLO | 12700 LAKE AVE APT 706 | | LAKEWOOD | OH | 44107-1501 | K45152 | 66.90 | * |
| RUTH GRANT | 121 ROGER DR | | SANTA CRUZ | CA | 95060-2633 | K56051 | 66.90 | * |
| RUTH GUIMOND | 6417 193RD AVE NW | | PENNOCK | MN | 56279-8505 | K19945 | 66.90 | * |
| RUTH HAMILTON | 5015 7 LKS W | | WEST END | NC | 27376-9308 | K46373 | 66.90 | * |
| RUTH HAMM | 4 SERENO LN | | HOT SPRINGS V | AR | 71909-7643 | K54049 | 66.90 | * |
| RUTH HARR | 306 SCENERIDGE RD | | MCKEESPORT | PA | 15133-2222 | K61436 | 66.90 | * |
| RUTH HARRIS | 5 GRAYCREST CT | | MOUNT SINAI | NY | 11766-3408 | K47190 | 66.90 | * |
| RUTH HASENAUER | 873 GOLDEN YARROW TRL | | BERNALILLO | NM | 87004-5785 | K56494 | 66.90 | * |
| RUTH HERBERG | 101 SHOREWOOD DR APT 28 | | INTERNATIONAL | MN | 56649-2128 | K18193 | 66.90 | * |
| RUTH HESS | 3859 N NOTTINGHAM AVE | | CHICAGO | IL | 60634-2923 | K53219 | 66.90 | * |
| RUTH INGRAM | 5205 W SUNNYSIDE DR | | MEQUON | WI | 53092-2036 | K43897 | 66.90 | * |
| RUTH JACKSON | 435 SE 30TH ST | | EL DORADO | KS | 67042-9051 | K59203 | 66.90 | * |
| RUTH JANE WILKS | 4507 130TH PL NE | | MARYSVILLE | WA | 98271-8757 | K51738 | 66.90 | * |
| RUTH KASLE | 229 BRANNAN ST UNIT 3A | | SAN FRANCISCO | CA | 94107-4044 | K51041 | 66.90 | * |
| RUTH KEEFE | 7010 ROWAN HILL DR APT 203 | | CINCINNATI | OH | 45227-3361 | K39615 | 66.90 | * |
| RUTH KIEM | 16810 CHESTERFIELD BLUFFS CI | | CHESTERFIELD | MO | 63005-1662 | K38761 | 66.90 | * |
| RUTH KNOKE | 86 WHITTINGTON RD | | CHARLESTON | WV | 25312-5250 | K36505 | 66.90 | * |
| RUTH KOTCHER | 376 CENTRAL AVE APT 2K | | LAWRENCE | NY | 11559-1623 | K53338 | 66.90 | * |
| RUTH L DAVIS | 1549 CRYSTAL LAKE DR | | PORTSMOUTH | VA | 23701-3623 | K12608 | 66.90 | * |
| RUTH LEVINE | 5690 FAIRWAY PARK DR APT 104 | | BOYNTON BEACH | FL | 33437-1732 | K17443 | 66.90 | * |
| RUTH LEWIS LAY | 3041 WESTWOOD WAY | | ALPHARETTA | GA | 30004-3875 | K29672 | 66.90 | * |
| RUTH LITTLE | 358 GRAND AVE | | BROOKLYN | NY | 11238-1924 | K60314 | 66.90 | * |
| RUTH LOUISE LAUTH | 142 EVARTS ST | | NEWPORT | RI | 02840-1661 | K27156 | 66.90 | * |
| RUTH LUPETTI | 3273 S HERMAN ST | | MILWAUKEE | WI | 53207-2851 | K10247 | 66.90 | * |
| RUTH LYNCE | 12932 GOLF COURSE RD | | CONNEAUT LAKE | PA | 16316-4702 | K40505 | 66.90 | * |
| RUTH M HODGE | 718 LAWRENCE AVE | | LEAVENWORTH | KS | 66048-2487 | K35520 | 66.90 | * |
| RUTH M MORRIS | 6801 NW 33RD ST | | GAINESVILLE | FL | 32653-1367 | K39366 | 66.90 | * |
| RUTH M WERNER | 562 HORSEPOUND RD | | CARMEL | NY | 10512-4703 | K35165 | 66.90 | * |
| RUTH MANSFIELD | 214 ARNOLD DR | | MCKEESPORT | PA | 15132-7507 | K61079 | 66.90 | * |
| RUTH MARIE GARROD | 123 E FOXBRIAR FOREST CIR | | THE WOODLANDS | TX | 77382-5394 | K51965 | 66.90 | * |
| RUTH MATHER | 5043 AUTUMN GLEN ST | | KALAMAZOO | MI | 49009-8183 | K17513 | 66.90 | * |
| RUTH MCALISTER | 3544 CREEK VIEW DR | | DALLAS | TX | 75233-1708 | K29575 | 66.90 | * |
| RUTH MCCONNELL | 107 DEER RUN CIR | | CROSSVILLE | TN | 38572-6412 | K27319 | 66.90 | * |
| RUTH MILLHISLER | 4854 W LOCKE RD | | PERRY | MI | 48872-9571 | K41048 | 66.90 | * |
| RUTH MOORE | 20902 BLUE TRINITY | | SAN ANTONIO | TX | 78259-2359 | K42059 | 66.90 | * |
| RUTH MORNINGSTAR | 18660 FAIRMOUNT RD | | WAPAKONETA | OH | 45895-9047 | K44519 | 66.90 | * |
| RUTH MULDER | 1 S ROBINHOOD LN | | IVANHOE | MN | 56142-9717 | K58929 | 66.90 | * |
| RUTH NEUMANN | 329 S COLONIAL PKWY | | SAUKVILLE | WI | 53080-2537 | K34392 | 66.90 | * |
| RUTH OSBORNE | 202 LOMBARDY ST | | TRENTON | TN | 38382-3108 | K30100 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| RUTH RABIN | 5 MOHICAN LN | | IRVINGTON | NY | 10533-1021 | K54368 | 66.90 | * |
| RUTH REID | 7322 SHAFTESBURY AVE | | SAINT LOUIS | MO | 63130-2208 | K40208 | 66.90 | * |
| RUTH REISE | 843 PICK ST | | WHEATON | IL | 60187-4429 | K55979 | 66.90 | * |
| RUTH RONDBERG | 930 ASTERN WAY UNIT 306 | | ANNAPOLIS | MD | 21401-7159 | K39473 | 66.90 | * |
| RUTH ROSS | 602 SAINT FRANCIS ST | | MARKED TREE | AR | 72365-2619 | K37649 | 66.90 | * |
| RUTH RUTER | 9801 HILLOCK DR | | LOUISVILLE | KY | 40291-3462 | K34380 | 66.90 | * |
| RUTH SALISBURY | 4005 64TH ST | | URBANDALE | IA | 50322-2703 | K54667 | 66.90 | * |
| RUTH SAPP | 1001 CUNNIFF RD | | ASHLAND CITY | TN | 37015-2701 | K14877 | 66.90 | * |
| RUTH SARIS WOLFE | 1501 BEACON ST APT 1701 | | BROOKLINE | MA | 02446-4633 | K12946 | 66.90 | * |
| RUTH SELMER | 605 E BRONSON RD APT 214 | | SEYMOUR | WI | 54165-1077 | K37068 | 66.90 | * |
| RUTH SHARRATT | 2011 COUNTY ROAD 4 | | CARLTON | MN | 55718-8141 | K20236 | 66.90 | * |
| RUTH SHOCK | 6111 CARPENTER RD | | YPSILANTI | MI | 48197-8843 | K10284 | 66.90 | * |
| RUTH SPATAR | 196 RUTH AVE | | LOGAN | OH | 43138-1852 | K51345 | 66.90 | * |
| RUTH SUMMERLIN | 1540 BISHOP RD | | SALINE | MI | 48176-9455 | V99360 | 66.90 | * |
| RUTH TOWNSEND | 2705 NORTHMONT BLVD | | RICHMOND | IN | 47374-1123 | K25390 | 66.90 | * |
| RUTH TUROCZY | 974 GREENFIELD AVE | | PITTSBURGH | PA | 15217-2666 | K42459 | 66.90 | * |
| RUTH U MITCHELL | 475 SHAD LN | | APEX | NC | 27523-5548 | K44955 | 66.90 | * |
| RUTH VEASEY | 34 EASTLAND TER | | HAVERHILL | MA | 01830-2842 | K56355 | 66.90 | * |
| RUTH W FRANCK | 85 MURIEL DR | | HEATHSVILLE | VA | 22473-2144 | K22144 | 66.90 | * |
| RUTH WELSCH | 6108 122ND AVE | | FENNVILLE | MI | 49408-8413 | K56449 | 66.90 | * |
| RUTH WHIPPLE | 4845 GLEN IVY LN SW APT 207 | | ROANOKE | VA | 24018-6023 | K21803 | 66.90 | * |
| RUTH WHITED | 162 COUNTY LINE RD | | DERIDDER | LA | 70634-6128 | K35970 | 66.90 | * |
| RUTH WILLIAMS | 1222 E 36TH CT | | DES MOINES | IA | 50317-6710 | K24911 | 66.90 | * |
| RUTH WILLS | PO BOX 43 | | WEBSTER | IN | 47392-0043 | K33210 | 66.90 | * |
| RUTH WINTNER | 3514 RIDGEWOOD DR | | PITTSBURGH | PA | 15235-5230 | K42507 | 66.90 | * |
| RUTH WOOD | 509 E 17TH LN | | PORTALES | NM | 88130-9290 | K47783 | 66.90 | * |
| RUTHANN [RUE] SUHRKE-FLOWERS | 1732 HOOD LN | | MAPLE GLEN | PA | 19002-6103 | K46517 | 66.90 | * |
| RUTHANN ELLIS | 2210 MILLER ST | | LAKEWOOD | CO | 80215-1371 | K23719 | 66.90 | * |
| RUTHANN HARDING | 113 WESLYN WAY | | NICHOLASVILLE | KY | 40356-2936 | K60515 | 66.90 | * |
| RUTHANN VERGARA | 214 YOUNG DR | | PORTSMOUTH | RI | 02871-2123 | K27580 | 66.90 | * |
| RUTHANNE BEYEA | 3087 S UNION RD | | VINELAND | NJ | 08361-7654 | K42076 | 66.90 | * |
| RUTHE WRIGHT | 3008 LAKEVIEW TER | | LEAVENWORTH | KS | 66048-4867 | K34290 | 66.90 | * |
| RUTHIE ANDREWS-BUCKNER | 3615 ONEIL BLVD | | MCKEESPORT | PA | 15132-1644 | K61725 | 66.90 | * |
| RUTHIE FOUNTAINE | W5036 BLACKHAWK RD | | WILD ROSE | WI | 54984-6446 | K46439 | 66.90 | * |
| RYAN J HARRINGTON | 5109 N SANTA MONICA BLVD | | WHITEFISH BAY | WI | 53217-5537 | K50555 | 66.90 | * |
| RYAN SNODDY | 1002 DEER RUN DR | | KOKOMO | IN | 46901-9770 | K42347 | 66.90 | * |
| RYNELL NOVAK PHD | 2500 HINKLE DR APT 27 | | DENTON | TX | 76201-0765 | K41072 | 66.90 | * |
| RYTA FREESE | 2175 400TH ST | | WESTSIDE | IA | 51467-7570 | K13748 | 66.90 | * |
| S ROBERT BEANE | PO BOX 2086 | | NEW CASTLE | NH | 03854-2086 | K39561 | 66.90 | * |
| S TODD BRUCE | PO BOX 602 | | PULASKI | VA | 24301-0602 | K50071 | 66.90 | * |
| SABENA PHILLIPS | 1117 FREEHOLD CLOSE | | VIRGINIA BEAC | VA | 23455-6706 | K52597 | 66.90 | * |
| SABRINA A BLACKMON | 140 COTTSFORD DR SW | | ATLANTA | GA | 30331-8376 | K60094 | 66.90 | * |
| SABRINA Y'VES LEWIS | PO BOX 4074 | | HOUSTON | TX | 77210-4074 | K14459 | 66.90 | * |
| SACHIKO SUZUKI | 569 HYANNIS DR | | SUNNYVALE | CA | 94087-1316 | K54407 | 66.90 | * |
| SAINT BERNARD SCHOOL | SAINT BERNARD SCHOOL | 1593 NORWICH - NEW LONDON T | UNCASVILLE | CT | 06382-1399 | | 0.00 | ** |
| SAINT BERNARD SCHOOL | c/o BETTY BAILLARGEON | 1593 NORWICH - NEW LONDON T | UNCASVILLE | CT | 06382-1399 | | 0.00 | ** |
| SALINDA LEE NICHOLSON | 30 SHEOAH BLVD APT 20 | | WINTER SPRING | FL | 32708-2476 | K60662 | 66.90 | * |
| SALINE HIGH SCHOOL | SALINE HIGH SCHOOL ALUMNI AS | 1300 CAMPUS PARKWAY | SALINE | MI | 48176 | | 0.00 | ** |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SALINE HIGH SCHOOL | c/o IRENE JEDELE | 1300 CAMPUS PARKWAY | SALINE | MI | 48176 | | 0.00 | ** |
| SALLEY B MAYS | 10 DOGWOOD DR | | RICHMOND | IN | 47374-2885 | K24205 | 66.90 | * |
| SALLIE GRUSZKA | 1683 W SUNRIDGE DR | | TUCSON | AZ | 85704-8364 | K38925 | 66.90 | * |
| SALLIE HURST | 1420 FREEPORT LOOP APT 9C | | BROOKLYN | NY | 11239-2307 | K47186 | 66.90 | * |
| SALLIE MASON | 312 NE 136TH ST | | VANCOUVER | WA | 98685-2822 | K47527 | 66.90 | * |
| SALLY A MEYER | 2835 S WAGNER RD UNIT 213 | | ANN ARBOR | MI | 48103-9760 | K17684 | 66.90 | * |
| SALLY A. STIEBER | 744 E LINCOLN HWY APT 303 | | COATESVILLE | PA | 19320-3590 | K41373 | 66.90 | * |
| SALLY ADAMISIN | 20620 EMMETT ST | | TAYLOR | MI | 48180-4309 | K60804 | 66.90 | * |
| SALLY ALLEN | 413 20TH AVE W | | PALMETTO | FL | 34221-4221 | K46198 | 66.90 | * |
| SALLY AMON | 3 DUMBARTON DR | | SAINT LOUIS | MO | 63132-4409 | K39305 | 66.90 | * |
| SALLY AMUNDSON | 3512 SE 19TH ST | | DES MOINES | IA | 50320-1978 | K24912 | 66.90 | * |
| SALLY ANN VEJNOSKA | 9 BATES WAY | | WESTFIELD | NJ | 07090-3411 | K30093 | 66.90 | * |
| SALLY BAKER | 2440 WILLAKENZIE RD APT 235 | | EUGENE | OR | 97401-4899 | K16298 | 66.90 | * |
| SALLY BOGAERT | PO BOX 66 | | LINCOLN | MT | 59639-0066 | K18844 | 66.90 | * |
| SALLY CASEY | 8520 NORTHRIDGE DR | | OMAHA | NE | 68112-1735 | K52700 | 66.90 | * |
| SALLY CHOONG | PO BOX 369 | | BORING | OR | 97009-0369 | K41416 | 66.90 | * |
| SALLY CHOWAN | 1409 13TH ST | | INTERNATIONAL | MN | 56649-2855 | K19076 | 66.90 | * |
| SALLY CONLEY | 568 WOODLAKE DR | | WESTERVILLE | OH | 43081-3078 | K23760 | 66.90 | * |
| SALLY DAUGHTON | 120 PHARIS ST | | SYRACUSE | NY | 13204-1722 | K40706 | 66.90 | * |
| SALLY DESORMEAUX | 6320 GENE BALL DR | | ALEXANDRIA | LA | 71302-8604 | K63021 | 66.90 | * |
| SALLY DYK | 4638 30TH ST NW | | WASHINGTON | DC | 20008-2127 | K41630 | 66.90 | * |
| SALLY E WARFIELD | 4605 S PRIEST DR LOT 233 | | TEMPE | AZ | 85282-6532 | K34728 | 66.90 | * |
| SALLY ENCK | 36 IRONWEED DR | | PUEBLO | CO | 81001-1031 | K54943 | 66.90 | * |
| SALLY FINK | 3841 LIGHTHOUSE DR | | PALM BEACH GA | FL | 33410-5627 | K48641 | 66.90 | * |
| SALLY FOSTER | 1796 FLATLICK RD | | MOUNT WASHING | KY | 40047-6034 | K33498 | 66.90 | * |
| SALLY GEHRING | 1688 NE CRESTRIDGE DR | | BEND | OR | 97701-3910 | K27251 | 66.90 | * |
| SALLY GENTSCH | 802 CROSSBOW DR | | WOODWAY | TX | 76712-3404 | K41109 | 66.90 | * |
| SALLY GRANBERRY | 1329 SANDERS ST | | AUBURN | AL | 36830-2641 | K44566 | 66.90 | * |
| SALLY GRANT | 1549 E POETS RST | | LAYTON | UT | 84040-4522 | K38488 | 66.90 | * |
| SALLY HARGIS | 720 NE GREEN ST | | TOPEKA | KS | 66616-1309 | K33702 | 66.90 | * |
| SALLY HAUPT | 1624 S RODDIS AVE APT 303 | | MARSHFIELD | WI | 54449-4977 | K55656 | 66.90 | * |
| SALLY HAYWARD | 3950 RANCHO RD | | LAFAYETTE | CA | 94549-2822 | K52992 | 66.90 | * |
| SALLY J MCKEE | 338 KING RD | | DUNLAP | TN | 37327-3835 | K22713 | 66.90 | * |
| SALLY JEAN ALEXANDER | 45 E RODELL PL | | ARCADIA | CA | 91006-5148 | K28183 | 66.90 | * |
| SALLY KNECHT | 8012 W ELM DR | | NORRIDGE | IL | 60706-4443 | K58600 | 66.90 | * |
| SALLY KOSCO | PO BOX 7 | | JONES MILLS | PA | 15646-0007 | K60729 | 66.90 | * |
| SALLY L HANSON | 1622 NORTHRIDGE LN | | NORTH MANKATO | MN | 56003-1631 | K37475 | 66.90 | * |
| SALLY L HEAL | 4706 N MEADOW RIDGE CIR | | MC KINNEY | TX | 75070-5202 | K56952 | 66.90 | * |
| SALLY L HUTTON | 304 SW 4TH ST | | RICHMOND | IN | 47374-5349 | K24511 | 66.90 | * |
| SALLY LICHTENWALTER | 3 GINGERWILDE PL | | THE WOODLANDS | TX | 77381-5129 | K51065 | 66.90 | * |
| SALLY LOU ALBRECHT | 100 SIEGTOWN RD | | CAPE MAY COUR | NJ | 08210-1441 | K40867 | 66.90 | * |
| SALLY M COOPER | 1112 SYCAMORE ST | | HADDON HEIGHT | NJ | 08035-1616 | K45708 | 66.90 | * |
| SALLY M ROBERTS | 49 BRIAR HOLLOW LN UNIT 1002 | | HOUSTON | TX | 77027-9351 | K34176 | 66.90 | * |
| SALLY MARIE HAASE | N1640 835TH CT | | HAGER CITY | WI | 54014-8170 | K54272 | 66.90 | * |
| SALLY MARIE MARKEY | 37 OVERLOOK DR | | SPRINGFIELD | MA | 01118-1120 | K37248 | 66.90 | * |
| SALLY MARKEN | 915 GLENDALE RD | | GLENVIEW | IL | 60025-4007 | K44875 | 66.90 | * |
| SALLY MCKNIGHT | 1134 CIRCLE BEND DR | | MISSOURI CITY | TX | 77489-1510 | K26134 | 66.90 | * |
| SALLY MEHRETEAB | 410 FREEDOM BLVD | | COATESVILLE | PA | 19320-1559 | K33926 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SALLY O'SHEA | 70 VALLEYBROOK DR | | LANCASTER | PA | 17601-4617 | K32942 | 66.90 | * |
| SALLY PARR | 737 BLANCA | | NORTH PORT | FL | 34287-2597 | K48290 | 66.90 | * |
| SALLY SAYLES | 6517 W JONES RD | | PEORIA | IL | 61604-4325 | K44977 | 66.90 | * |
| SALLY SCHOENECKER | 428 DICKSON ST | | SAINT LOUIS | MO | 63122-4634 | K45900 | 66.90 | * |
| SALLY SHEPHERD | 130 SPRUCE ST APT 101 | | WYANDOTTE | MI | 48192-4045 | K58568 | 66.90 | * |
| SALLY SHRAWDER | 153 OLD ORCHARD RD | | MILTON | PA | 17847-7659 | K18100 | 66.90 | * |
| SALLY SIMMS | 853 CALLE CORTITA | | SANTA BARBARA | CA | 93109-1203 | K38642 | 66.90 | * |
| SALLY STRAND | 3879 TIMBER RIDGE CT | | PALM HARBOR | FL | 34685-3126 | K55270 | 66.90 | * |
| SALLY SUE SEABOLD | 10010 DAMASCUS HILL CT | | DAMASCUS | MD | 20872-2818 | K38827 | 66.90 | * |
| SALLY TEN HAGEN | C/O MARK TEN HAGEN | | MIDLOTHIAN | TX | 76065-6603 | K24042 | 66.90 | * |
| SALLY TOWER | 739 RODGERS CIR | | PLATTEVILLE | CO | 80651-7942 | K17473 | 66.90 | * |
| SALLY TREVARTHEN | 1241 WILLOWGATE LN | | SAINT CHARLES | IL | 60174-4181 | V99031 | 66.90 | * |
| SALLY VOLLMER | 527 WATERFOWL WAY | | CADIZ | KY | 42211-8288 | K40743 | 66.90 | * |
| SALLY WRIGHT | 3648 SW BELLE AVE | | TOPEKA | KS | 66614-4542 | K50033 | 66.90 | * |
| SALLY YARBROUGH | PO BOX 28 | | SELMA | OR | 97538-0028 | K35663 | 66.90 | * |
| SALVADOR M BROCATO | 4600 CHURCH ST | | METAIRIE | LA | 70001-3359 | K56666 | 66.90 | * |
| Salvatore Pellicane | 610 Fieldcrest Drive | | Whitesburg | GA | 30185-0000 | | Unknown | |
| SAM A GOODMAN JR | 275 HONEYSUCKLE LN | | HUNTINGDON | TN | 38344-1813 | K29992 | 66.90 | * |
| SAM EVANOFF | 136 ANTHURIUM ST | | SOLDOTNA | AK | 99669-7730 | K18647 | 66.90 | * |
| SAM GENTILE | 1703 RITCHIE RD | | STOW | OH | 44224-1856 | K61373 | 66.90 | * |
| SAM GIAMMO | 9648 REDMONT RD NE | | ALBUQUERQUE | NM | 87109-6814 | K47795 | 66.90 | * |
| SAM GRAVES | 5961 LAKE AVE | | GREENVILLE | OH | 45331-8616 | K31955 | 66.90 | * |
| SAM LOVE JR | 802 MARTIN LUTHER KING JR BL | | QUINCY | FL | 32351-3710 | K43732 | 66.90 | * |
| SAM PALMER | 83 BRATTLE ST | | ARLINGTON | MA | 02474-2824 | K13007 | 66.90 | * |
| SAM POLK | 6302 N FIELDTREE CT | | PEORIA | IL | 61615-2250 | K46980 | 66.90 | * |
| SAM RUTIGLIANO | 9671 METCALF RD | | WAITE HILL | OH | 44094-9744 | K57674 | 66.90 | * |
| SAM SHULL | 1113 WHISPERING OAK DR | | MIDLAND | MI | 48642-3084 | K28160 | 66.90 | * |
| SAM STANG | 512 SCHLUERSBURG RD | | AUGUSTA | MO | 63332-1430 | K38407 | 66.90 | * |
| SAM STORY | 4072 COWELL RD | | CONCORD | CA | 94518-1742 | K33365 | 66.90 | * |
| SAM STRAFACE | 340 CALLOWAY CT | | ROYERSFORD | PA | 19468-1053 | K36389 | 66.90 | * |
| SAM W CULLISON MD | 8319 MIDWAY RD | | DALLAS | TX | 75209-2833 | K61178 | 66.90 | * |
| SAM W ROGERS DDS | 14327 CINDYWOOD DR | | HOUSTON | TX | 77079-6614 | K28521 | 66.90 | * |
| SAMANTHA S MEEDS | 517 E DOUGLAS AVE APT 211 | | WICHITA | KS | 67202-3524 | K35576 | 66.90 | * |
| SAMMIE TOLLETTE | 2715 S CHESTER ST | | LITTLE ROCK | AR | 72206-6546 | K10334 | 66.90 | * |
| SAMMY FLAKE | 826 A1A BEACH BLVD UNIT 46 | | SAINT AUGUSTI | FL | 32080-6963 | K48645 | 66.90 | * |
| SAMMY G BOLDEN | 1107 HOLLYWOOD BLVD | | IOWA CITY | IA | 52240-7047 | K57887 | 66.90 | * |
| SAMMY OWEN | 1001 S 5TH ST | | LAMESA | TX | 79331-6807 | K47986 | 66.90 | * |
| SAMMYE J CALDWELL | 13344 CASTLETON DR | | FARMERS BRANC | TX | 75234-5115 | K25209 | 66.90 | * |
| SAMRA CARPINO | 13 TENBY LN | | MARLTON | NJ | 08053-5300 | K12150 | 66.90 | * |
| Sam's Club | PO Box 965005 | | Orlando | FL | 32896-5005 | 5213-3310 | 5,984.00 | **: Rev Acct |
| SAMUEL A [SAM] BARBARA | 2524 MICHIGAN AVE | | METAIRIE | LA | 70003-5424 | K52854 | 66.90 | * |
| SAMUEL ALLEN JR | 7432 E 24TH CT N | | WICHITA | KS | 67226-1129 | K60512 | 66.90 | * |
| SAMUEL D WALDMAN | 64 OAK KNOLL DR | | SAN ANSELMO | CA | 94960-1117 | K39904 | 66.90 | * |
| SAMUEL DAVID HANGER | 1544 CENTRAL AVE | | OCEAN CITY | NJ | 08226-3155 | K43810 | 66.90 | * |
| SAMUEL DEAN STEELE JR | 2532 ATHENS RD | | OLYMPIA FIELD | IL | 60461-1908 | K52821 | 66.90 | * |
| SAMUEL E NEWEY | 720 OAKS FIELD RD | | JACKSONVILLE | FL | 32211-7317 | K51896 | 66.90 | * |
| SAMUEL E TOWNSEND | 21 WILKINS STATION RD | | MEDFORD | NJ | 08055-9635 | K43304 | 66.90 | * |
| SAMUEL EBERLY | 135 W MOUNT AIRY RD | | STEVENS | PA | 17578-9763 | K57820 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SAMUEL HOPKINS JR | 2913 LANDON DR | | COLUMBUS | OH | 43209-3257 | K29917 | 66.90 | * |
| SAMUEL J MATOES | 7560 POST RD | | NORTH KINGSTO | RI | 02852-3901 | K27744 | 66.90 | * |
| SAMUEL J REIGER | 290 E 320TH ST | | WILLOWICK | OH | 44095-3538 | K46117 | 66.90 | * |
| SAMUEL JOSEPH LAROSA | 102 MCARTHUR DR | | MCKEESPORT | PA | 15132-7524 | K61825 | 66.90 | * |
| SAMUEL K LEBOLD | 529 KILLIN CT | | REYNOLDSBURG | OH | 43068-7100 | K23298 | 66.90 | * |
| SAMUEL KLINE | 5223 STONE BRIDGE RD | | GREENCASTLE | PA | 17225-9743 | K58615 | 66.90 | * |
| SAMUEL L DOUGLASS | 1308 ROLLING MEADOW RD | | PITTSBURGH | PA | 15241-3434 | K61252 | 66.90 | * |
| SAMUEL L GREEN | PO BOX 470 | | APPALACHIA | VA | 24216-0470 | K58559 | 66.90 | * |
| SAMUEL R HOOVER | 259 MONTGOMERY ST | | MONTGOMERY | PA | 17752-1205 | K17412 | 66.90 | * |
| SAMUEL R LAMMIE | 7915 PARSONS RD | | MONTROSE | WV | 26283-9710 | K40520 | 66.90 | * |
| SAMUEL RAY STOUDEMIRE | 1141 SWANNANOA DR | | WEST COLUMBIA | SC | 29170-3147 | K30514 | 66.90 | * |
| SAMUEL S TRUST | 24503 SAN MATEO AVE | | CARMEL | CA | 93923-9357 | K41054 | 66.90 | * |
| SAMUEL T CARSON | PO BOX 190 | | HONEY BROOK | PA | 19344-0190 | K37671 | 66.90 | * |
| SAMUEL W MENEFEE III | 133 RIVEREDGE DR | | LEOLA | PA | 17540-9746 | K27277 | 66.90 | * |
| SAMUEL WALKAMA | 18 KING PHILIP ST | | WEYMOUTH | MA | 02190-1116 | K13176 | 66.90 | * |
| SAMUEL YOUNG | 4426 VALLEY RD | | SHERMANS DALE | PA | 17090-8556 | K16962 | 66.90 | * |
| SANDER SHAPIRO | 3421 MONTE VISTA DR | | AUSTIN | TX | 78731-5722 | K40272 | 66.90 | * |
| SANDI BASACA | 416 TEAKWOOD DR | | GRANTS PASS | OR | 97526-9016 | K40435 | 66.90 | * |
| SANDI DVORAK | 11315 W MONTICELLO PL | | WESTCHESTER | IL | 60154-5932 | K55319 | 66.90 | * |
| SANDI KEY | 7255 S DEPEW ST | | LITTLETON | CO | 80128-7078 | K19064 | 66.90 | * |
| SANDI KRAFT | 5061 10TH AVE S | | FARGO | ND | 58103-7236 | K37709 | 66.90 | * |
| SANDI SMITH | 120 PINEHURST DR | | WEST DES MOIN | IA | 50265-5122 | K21809 | 66.90 | * |
| SANDRA [SAM] CRAWFORD | 501 FAIRVIEW RD | | MEDFORD | NJ | 08055-9154 | K43523 | 66.90 | * |
| SANDRA [SANDY] ABRAMSON | 16 W 77TH ST | | NEW YORK | NY | 10024-5126 | K35389 | 66.90 | * |
| SANDRA [SANDY] ALLEN | 198 N WASHINGTON ST | | HAGERSTOWN | IN | 47346-1241 | K27733 | 66.90 | * |
| SANDRA [SANDY] BIRKELAND | 4602 KINGSTON ST | | DEARBORN HEIG | MI | 48125-3242 | K59076 | 66.90 | * |
| SANDRA [SANDY] BOND | 8106 SUMMIT RIDGE LN | | JACKSONVILLE | FL | 32256-7149 | K36671 | 66.90 | * |
| SANDRA [SANDY] OPPENHEIM | 3300 S OCEAN BLVD | | PALM BEACH | FL | 33480-5637 | K62578 | 66.90 | * |
| SANDRA [SANDY] SIEWERT | 48404 BEAVER VALLEY RD | | VALLEY SPRING | SD | 57068-6701 | K47286 | 66.90 | * |
| SANDRA [SANDY] WALSH | 315 OVINGTON AVE APT 1N | | BROOKLYN | NY | 11209-1470 | K37362 | 66.90 | * |
| SANDRA A BRANDT | 181 RAINTREE CT | | LANGHORNE | PA | 19047-1012 | K22544 | 66.90 | * |
| SANDRA A KATZ | 3166 ALTA VIS UNIT A | | LAGUNA WOODS | CA | 92637-8858 | K26399 | 66.90 | * |
| SANDRA A MILLER | 10410 VAN RUITEN ST | | BELLFLOWER | CA | 90706-2763 | K28809 | 66.90 | * |
| SANDRA A SILVIA | 102 PALMER ST | | FALL RIVER | MA | 02724-3236 | K25604 | 66.90 | * |
| SANDRA ADAMS | 601 N 18TH ST | | LAMESA | TX | 79331-2505 | K44252 | 66.90 | * |
| SANDRA ALLEN | 464 3RD BEACH RD | | MIDDLETOWN | RI | 02842-5739 | K28191 | 66.90 | * |
| SANDRA AMBROSE | 23 BERNWOOD DR | | MCKEAN | PA | 16426-1345 | K17139 | 66.90 | * |
| SANDRA ANDERSON | 6634 E ELLIS ST | | MESA | AZ | 85205-6023 | K22739 | 66.90 | * |
| SANDRA ANSUINI | 29 KENNEDY BLVD | | LINCOLN | RI | 02865-3617 | K22453 | 66.90 | * |
| SANDRA APRUZZESE | 671 HEXHAM CT | | SUWANEE | GA | 30024-7576 | K20822 | 66.90 | * |
| SANDRA ATCHLEY | 61 HARRISON ST | | WILSON | AR | 72395-1329 | K35628 | 66.90 | * |
| SANDRA BAILEY | 2213 92ND ST | | LUBBOCK | TX | 79423-4331 | K45294 | 66.90 | * |
| SANDRA BAKER | 5 HONEYSUCKLE LN | | MILTON | PA | 17847-9537 | K15415 | 66.90 | * |
| SANDRA BATTAGLIA | 349 LEEDALE ST | | ALBANY | NY | 12209-2125 | K20507 | 66.90 | * |
| SANDRA BECKER | 3953 WINDFLOWER LN | | FORT WORTH | TX | 76137-1624 | K56089 | 66.90 | * |
| SANDRA BOUTELLE | 3126 E COURT ST | | IOWA CITY | IA | 52245-3900 | K56993 | 66.90 | * |
| SANDRA BREEDEN | 209 PITTS AVE | | OLD HICKORY | TN | 37138-2607 | K35157 | 66.90 | * |
| SANDRA BRINLEY | 5009 SNEAD RD | | RICHMOND | VA | 23224-6028 | K60603 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SANDRA BROCK | 11763 LASSITER DR | | CINCINNATI | OH | 45240-2003 | K38951 | 66.90 | * |
| SANDRA BURKE | 4128 GRANBY RD | | WOODBRIDGE | VA | 22193-2510 | K15960 | 66.90 | * |
| SANDRA BUTLER | 106 OAKLAND FARM RD | | PORTSMOUTH | RI | 02871-2154 | K28586 | 66.90 | * |
| SANDRA BUTTON | 4474 LIGHTHOUSE LN | | NAPLES | FL | 34112-6426 | K61763 | 66.90 | * |
| SANDRA C GOBITAS | PO BOX 55 | | HOPKINTON | RI | 02833-0055 | K41613 | 66.90 | * |
| SANDRA CASTLEMAN | 4507 PORTICO CT | | LOUISVILLE | KY | 40299-6219 | K33545 | 66.90 | * |
| SANDRA COBB | 587 SUNSET LN | | POINT PLEASAN | WV | 25550-9672 | K50999 | 66.90 | * |
| SANDRA COLLINS | 2912 N KILBOURN AVE | | CHICAGO | IL | 60641-5360 | K57526 | 66.90 | * |
| SANDRA COLSTROM | 1324 N 110TH PLZ APT 1416 | | OMAHA | NE | 68154-4508 | K60574 | 66.90 | * |
| SANDRA COTTA | 895 MIDDLE RD | | PORTSMOUTH | RI | 02871-2232 | K27509 | 66.90 | * |
| SANDRA CRAGLE | 1009 PINE ST | | BERWICK | PA | 18603-2122 | K15591 | 66.90 | * |
| SANDRA D TAYLOR | 601 OLD HERALD HARBOR RD | | CROWNSVILLE | MD | 21032-1401 | K29632 | 66.90 | * |
| SANDRA DIPKO | 2290 ALEMANY BLVD | | SAN FRANCISCO | CA | 94112-3351 | K59232 | 66.90 | * |
| SANDRA DRESSER | 2598 310TH ST | | KEOKUK | IA | 52632-9814 | K15480 | 66.90 | * |
| SANDRA DUNCAN | 126 ABBOTTSFORD | | NASHVILLE | TN | 37215-2441 | K22143 | 66.90 | * |
| SANDRA E EAST | 291 N BAXTER ST | | SUTTON | WV | 26601-1138 | K62141 | 66.90 | * |
| SANDRA E GRADY | 68 FARMINGTON AVE | | NEW LONDON | CT | 06320-3206 | V98511 | 66.90 | * |
| SANDRA E JOHNSON | PO BOX 92 | | LEEDS | ND | 58346-0092 | K33441 | 66.90 | * |
| SANDRA ENSOR | 4628 N COUNTY ROAD 325 W | | GREENCASTLE | IN | 46135-8413 | K52354 | 66.90 | * |
| SANDRA ESHLEMAN | 44 CRESTMONT CT | | LITITZ | PA | 17543-8304 | K31902 | 66.90 | * |
| SANDRA FARRANCE | 702 OAK ST | | DELAVAN | IL | 61734-9242 | K47442 | 66.90 | * |
| SANDRA FAY HOWE | 3814 CODY RD | | SHERMAN OAKS | CA | 91403-5019 | K54435 | 66.90 | * |
| SANDRA FINCHUM | 6101 EDSALL RD APT 808 | | ALEXANDRIA | VA | 22304-6005 | K34570 | 66.90 | * |
| SANDRA FISCHMAN | 6380 MORROWFIELD AVE | | PITTSBURGH | PA | 15217-2505 | K42575 | 66.90 | * |
| SANDRA FISHER | 2108 PORTSIDE PSGE | | PALM HARBOR | FL | 34685-1521 | K41047 | 66.90 | * |
| SANDRA FORSTNER | 9740 STATE HIGHWAY 54 E | | WISCONSIN RAP | WI | 54494-8708 | K47235 | 66.90 | * |
| SANDRA FOSTER | 602 LONGCASTLE DR | | GREENCASTLE | IN | 46135-9403 | K44381 | 66.90 | * |
| SANDRA FREY-LATTA | 5480 MILO DR | | JACKSON | MI | 49201-9224 | V99596 | 66.90 | * |
| SANDRA G BUTLER | 4418 HAMMERSLEY RD | | MADISON | WI | 53711-2826 | K57013 | 66.90 | * |
| SANDRA G MARSH | 5513 WOODLAND HILLS DR | | DENTON | TX | 76208-3615 | K25618 | 66.90 | * |
| SANDRA G MCMILLAN | 696 SHIPWATCH DR E | | JACKSONVILLE | FL | 32225-5406 | K37678 | 66.90 | * |
| SANDRA GARRIOTT-STEJSKAL | 520 SLATE AVE NW | | ALBUQUERQUE | NM | 87102-2157 | K48875 | 66.90 | * |
| SANDRA GIBSON | 304 ROSEMONT DR | | TRENTON | TN | 38382-3116 | K29953 | 66.90 | * |
| SANDRA GILBERT | 2135 HONEYSUCKLE DR APT 2 | | TRAVERSE CITY | MI | 49685-7065 | K59931 | 66.90 | * |
| SANDRA GLYMPH | 135 FOLK ST | | POMARIA | SC | 29126-9503 | K35326 | 66.90 | * |
| SANDRA GOLDSMITH | 210 N 2ND AVE | | HIGHLAND PARK | NJ | 08904-2423 | K44495 | 66.90 | * |
| SANDRA H HART | 9215 MUELLER ST | | TAYLOR | MI | 48180-3512 | K58444 | 66.90 | * |
| SANDRA HALTOM | 708 CASTLETON DR | | GREENCASTLE | IN | 46135-1104 | K45964 | 66.90 | * |
| SANDRA HALVERSON | PO BOX 2664 | | SIOUX CITY | IA | 51106-0664 | K59697 | 66.90 | * |
| SANDRA HAMMES | 920 S 55TH ST | | OMAHA | NE | 68106-1704 | K55634 | 66.90 | * |
| SANDRA HARTZ | 3895 HIGHWAY 423 | | MC KENZIE | TN | 38201-8492 | K40060 | 66.90 | * |
| SANDRA HECK | 8512 POPP RD | | FORT WAYNE | IN | 46845-9200 | K39887 | 66.90 | * |
| SANDRA HERDLISKA | 4787 CANYON HILLS DR | | SUISUN CITY | CA | 94534-3972 | K59281 | 66.90 | * |
| SANDRA HERTE | 1020 W WILLOW DR | | OAK CREEK | WI | 53154-2839 | K49013 | 66.90 | * |
| SANDRA HILL RN | 2021 S WHITTIER AVE | | SPRINGFIELD | IL | 62704-4647 | K59790 | 66.90 | * |
| SANDRA HOFFMAN | 586 LIMESTONE RD | | MILTON | PA | 17847-8972 | K15957 | 66.90 | * |
| SANDRA HOLDER | 1422 WOODBRIDGE RD APT 1H | | JOLIET | IL | 60436-1356 | K49332 | 66.90 | * |
| SANDRA HYDUK | 203 LOCH LOMOND ST | | SUMMERVILLE | SC | 29483-5213 | K61629 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SANDRA J BAATZ | 4441 COUNTY ROAD 58 | | AUBURN | IN | 46706-9727 | K38323 | 66.90 | * |
| SANDRA J FILES | 729 BAY RIDGE DR | | IOWA CITY | IA | 52246-5897 | K56545 | 66.90 | * |
| SANDRA J JOHNSON | 3017 SUNGOLD DR | | LAS VEGAS | NV | 89134-8634 | K22070 | 66.90 | * |
| SANDRA J LINDSTEDT | 144 CYNTHIA DR | | HACKETTSTOWN | NJ | 07840-3741 | K23170 | 66.90 | * |
| SANDRA J NYILAS | 290 BRIDLE PATH RD | | NORTH AUGUSTA | SC | 29860-7411 | K61210 | 66.90 | * |
| SANDRA J VAN HORN | 741 W KENILWORTH AVE | | PALATINE | IL | 60067-6033 | K59533 | 66.90 | * |
| SANDRA J WARD | 25512 WEXFORD AVE | | WARREN | MI | 48091-6010 | K58525 | 66.90 | * |
| SANDRA JACKSON | 4615 N NEWLAND AVE | | HARWOOD HEIGH | IL | 60706-4844 | K53829 | 66.90 | * |
| SANDRA JACOB | 340 HOLIDAY PARK DR | | PITTSBURGH | PA | 15239-2363 | K42513 | 66.90 | * |
| SANDRA JACOBS-GRIVNA | PO BOX 368 | | DEERWOOD | MN | 56444-0368 | K13867 | 66.90 | * |
| SANDRA JEAN BROWN | 127 MARLOU PKWY | | DES MOINES | IA | 50320-6933 | K21758 | 66.90 | * |
| SANDRA JEAN JACOBS | 1021 BLAIR ST | | PORTSMOUTH | VA | 23704-2209 | K13803 | 66.90 | * |
| SANDRA JOCHMANN | W4807 COUNTY ROAD PP | | PLYMOUTH | WI | 53073-4228 | K46884 | 66.90 | * |
| SANDRA JOHNSON | 2921 BRYN MAWR DR | | IRVING | TX | 75062-8901 | K26655 | 66.90 | * |
| SANDRA JUNE PULLIAM | 80 COUNCIL TRL | | WARRENSBURG | MO | 64093-2909 | K52791 | 66.90 | * |
| SANDRA K BOLT | 3338 CEDAR CREEK DR | | SALINA | KS | 67401-2850 | K47666 | 66.90 | * |
| SANDRA K BULDUC | 8103 SARPY AVE | | BELLEVUE | NE | 68147-1980 | K56394 | 66.90 | * |
| SANDRA K HEISTER | 6900 ULMERTON RD | | LARGO | FL | 33771-4948 | K51410 | 66.90 | * |
| SANDRA K MARTIN | 218 N 9TH ST | | MISSOURI VALL | IA | 51555-1834 | K52457 | 66.90 | * |
| SANDRA K MCINTOSH | 14174 CUDDY LOOP APT 101 | | WOODBRIDGE | VA | 22193-5997 | K47646 | 66.90 | * |
| SANDRA KANT | 103 OAK ST | | MANITOWISH WA | WI | 54545-9304 | K55844 | 66.90 | * |
| SANDRA KAY HOFFMAN | 1201 COUNTY ROAD 1900 E | | ROANOKE | IL | 61561-7712 | K50558 | 66.90 | * |
| SANDRA KEGLER | 14736 INKSTER RD | | REDFORD | MI | 48239-3015 | K60220 | 66.90 | * |
| SANDRA KENNEDY | 10331 MERCER AUGLAIZE COUNTY | | MENDON | OH | 45862-9728 | K46934 | 66.90 | * |
| SANDRA KENT-WALSH | 547 NARRAGANSET LN # B | | STRATFORD | CT | 06614-8318 | K44154 | 66.90 | * |
| SANDRA KILLINGBECK | 520 N KINGS HWY | | LUTHER | MI | 49656-9636 | K60412 | 66.90 | * |
| SANDRA KIRK | 2985 JONES TRL | | MURRELLS INLE | SC | 29576-8208 | K47600 | 66.90 | * |
| SANDRA KYTE | 18655 HILLTOP LN | | RIVERVIEW | MI | 48193-8077 | K58863 | 66.90 | * |
| SANDRA L [SANDY] KUDELKO | 14018 W TERRITORIAL LN | | SUN CITY WEST | AZ | 85375-2261 | K34408 | 66.90 | * |
| SANDRA L [SANDYLEE] BURNS | 42241 HIGHWAY 62 | | PROSPECT | OR | 97536-9707 | K32792 | 66.90 | * |
| SANDRA L BERRY | 14687 HIDEAWAY LAKE LN | | DELRAY BEACH | FL | 33484-8552 | K10837 | 66.90 | * |
| SANDRA L CRAIG | 3132 WILLOW SPRINGS DR | | COLUMBUS | OH | 43219-3065 | K26843 | 66.90 | * |
| SANDRA L DUPERRON | 9503 SALINA RD | | POSEN | MI | 49776-9213 | K58865 | 66.90 | * |
| SANDRA L MACELLARI | 52 SIMONTOWN RD | | PEMBERTON | NJ | 08068-1770 | K48679 | 66.90 | * |
| SANDRA L SCHMIDT | 8 SOMMERS LN | | BROWNS MILLS | NJ | 08015-6503 | K47071 | 66.90 | * |
| SANDRA LANE | 121 HILLTOP DR | | CHESTERTOWN | MD | 21620-2046 | K16021 | 66.90 | * |
| SANDRA LATHAN | 201 SAWGRASS LN | | PORTSMOUTH | VA | 23703-2285 | K12849 | 66.90 | * |
| SANDRA LAUSCH | 139 E MAIN ST # 2 | | EPHRATA | PA | 17522-2720 | K58130 | 66.90 | * |
| SANDRA LEE JACKSON | 356 N CEDAR ST | | NEWARK | OH | 43055-6859 | K53386 | 66.90 | * |
| SANDRA LEE MIZICKO | 2613 E WASHINGTON ST | | JOLIET | IL | 60433-1602 | K56886 | 66.90 | * |
| SANDRA LEE MOOTRY | 214 S RIFE ST | | DILLON | MT | 59725-2466 | K51138 | 66.90 | * |
| SANDRA LEWANDOWSKI | 4 SPORTSMAN CT | | ROTONDA WEST | FL | 33947-1908 | K53461 | 66.90 | * |
| SANDRA LONGO | 34 WHIRLAWAY DR | | TINTON FALLS | NJ | 07724-2862 | K58903 | 66.90 | * |
| SANDRA M [SANDY] BRACE | 1925 WALNUT BLVD | | ASHTABULA | OH | 44004-2820 | K18108 | 66.90 | * |
| SANDRA MAHER | 411 N OLIPHANT ST | | WEST BRANCH | IA | 52358-9789 | K59240 | 66.90 | * |
| SANDRA MARIE WHITE | 3843 PEACH ORCHARD CIR | | PORTSMOUTH | VA | 23703-2510 | K14084 | 66.90 | * |
| SANDRA MILAM | 1494 MILAM RD | | TYRONZA | AR | 72386-9463 | K35824 | 66.90 | * |
| SANDRA MINDL | 1310 11TH ST | | INTERNATIONAL | MN | 56649-2852 | K22354 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SANDRA MITCHELL | 2571 GUTHRIE AVE | | DES MOINES | IA | 50317-3096 | K22132 | 66.90 | * |
| SANDRA MITTS | 1163 MICHIGAN AVE | | COOS BAY | OR | 97420-3166 | K58994 | 66.90 | * |
| SANDRA MULLIKIN | 122 KAY AVE | | SHEBOYGAN FAL | WI | 53085-1714 | K46876 | 66.90 | * |
| SANDRA NELSON-MAURER | 1710 W 15TH ST | | ASHTABULA | OH | 44004-3013 | K16788 | 66.90 | * |
| SANDRA OLIVARES | 42524 BISCAY ST | | LANCASTER | CA | 93536-4572 | K34032 | 66.90 | * |
| SANDRA P DUTTON | 1154 DUTTON HOLLOW RD | | RURAL RETREAT | VA | 24368-2775 | K23428 | 66.90 | * |
| SANDRA PARKER | 2386 GRAHAM RD | | STOW | OH | 44224-3555 | K61427 | 66.90 | * |
| SANDRA PAXSON | 4713 BOMARC CIR | | DEL CITY | OK | 73115-4357 | K62861 | 66.90 | * |
| SANDRA PERKINS | 7458 GREENHAVEN AVE APT 233 | | SACRAMENTO | CA | 95831-5125 | K30354 | 66.90 | * |
| SANDRA POPE | 2968 N ALGER AVE | | WHITE CLOUD | MI | 49349-9440 | K16783 | 66.90 | * |
| SANDRA POWELL | 4176 LEE DR | | JASPER | IN | 47546-2785 | K26844 | 66.90 | * |
| SANDRA R DEMPSEY | 1380 WATERFORD DR | | MINNEAPOLIS | MN | 55422-4276 | K19826 | 66.90 | * |
| SANDRA RAGAN | 1630 KENSINGTON AVE | | WESTCHESTER | IL | 60154-4211 | K51753 | 66.90 | * |
| SANDRA RASKIN | 12400 MATISSE LN | | DALLAS | TX | 75230-1756 | K61338 | 66.90 | * |
| SANDRA RAY | 207 ELLIS DR | | PARIS | TN | 38242-5624 | K35539 | 66.90 | * |
| SANDRA RODRIGUES | 130 SPICE BUSH TRL | | NARRAGANSETT | RI | 02882-2428 | K29404 | 66.90 | * |
| SANDRA S [SANDY] AICHINGER | 6181 S BRADSHAW WAY | | CHANDLER | AZ | 85249-3919 | K56876 | 66.90 | * |
| SANDRA S ENSMINGER | 1701 FORT WORTH HWY | | WEATHERFORD | TX | 76086-3603 | K29183 | 66.90 | * |
| SANDRA S MULLINS | 132 PEBBLE BROOK DR | | MURFREESBORO | TN | 37127-7216 | K59194 | 66.90 | * |
| SANDRA S OEHLER | 13612 FACKLER RD | | MONROEVILLE | IN | 46773-9540 | K40687 | 66.90 | * |
| SANDRA SAARI | 4301 N BEND RD | | ASHTABULA | OH | 44004-9797 | K17925 | 66.90 | * |
| SANDRA SANDERS | 704 N CHESTNUT CT | | HERMITAGE | TN | 37076-1350 | K42491 | 66.90 | * |
| SANDRA SCHMEISSER | 1313 BROPHY AVE | | PARK RIDGE | IL | 60068-5227 | K59737 | 66.90 | * |
| SANDRA SCHMITZ | 315 REBECCA RD | | JOLIET | IL | 60435-4975 | K51116 | 66.90 | * |
| SANDRA SMITH | 5490 VZ COUNTY ROAD 4106 | | CANTON | TX | 75103-5640 | K43526 | 66.90 | * |
| SANDRA SMITTKAMP | 140 SHERIDAN AVE | | XENIA | OH | 45385-2248 | K26750 | 66.90 | * |
| SANDRA STENEN | 1415 VICTORIA ST APT 1406 | | HONOLULU | HI | 96822-3663 | K31876 | 66.90 | * |
| SANDRA SULLIVAN | 5232 NW 52ND ST | | TOPEKA | KS | 66618-3245 | K46991 | 66.90 | * |
| SANDRA TAYLOR | 965 G ST | | HAMILTON | GA | 31811-5709 | K35592 | 66.90 | * |
| SANDRA TAYLOR | 8109 STUB HWY | | EATON RAPIDS | MI | 48827-9319 | K42188 | 66.90 | * |
| SANDRA TIEMAN | 63 YARMOUTH ST | | LONGMEADOW | MA | 01106-3224 | K10788 | 66.90 | * |
| SANDRA TURNER | 613 E MILLER AVE | | DES MOINES | IA | 50315-2950 | K24658 | 66.90 | * |
| SANDRA TURNER | PO BOX 128 | | GATES MILLS | OH | 44040-0128 | K53017 | 66.90 | * |
| SANDRA VALEK | 12226 SAINT ANDREWS WAY | | FENTON | MI | 48430-8890 | K56422 | 66.90 | * |
| SANDRA VELKOFF | 890 IDYLBERRY RD | | SAN RAFAEL | CA | 94903-1236 | K36506 | 66.90 | * |
| SANDRA WATSON | 1006 SILENT HOLW | | SAN ANTONIO | TX | 78260-6237 | K58798 | 66.90 | * |
| SANDRA WATWOOD | 209 PIER POINT DR | | JACKSONS GAP | AL | 36861-2558 | K35794 | 66.90 | * |
| SANDRA WEEKES | 368 N HOMESTEAD DR | | LANDISVILLE | PA | 17538-1376 | K42836 | 66.90 | * |
| SANDRA WEPRUK | PO BOX 55 | | FORT FRANCES | ON | P9A 3M5 | K18839 | 66.90 | * |
| SANDRA WIELAND | 347 S PLEASANT VIEW RD APT 2 | | PLYMOUTH | WI | 53073-4991 | K46613 | 66.90 | * |
| SANDRA WILLIAMS | 3603 HAZELHURST PL | | BONITA | CA | 91902-2670 | K32889 | 66.90 | * |
| SANDRA WILLIAMSON | 42158 JOHN MUIR DR | | COARSEGOLD | CA | 93614-9619 | K43369 | 66.90 | * |
| SANDRA WOODARD | 668 SHERIDAN ST | | LEAVENWORTH | KS | 66048-4450 | K34133 | 66.90 | * |
| SANDRA YURKO | 5429 FORBES AVE | | PITTSBURGH | PA | 15217-1105 | K43394 | 66.90 | * |
| SANDRA ZIMNY | 2721 BLUEBERRY LN | | WISCONSIN RAP | WI | 54494-7775 | K46870 | 66.90 | * |
| SANDY AUGUSTINE | 8705 BELLMAN LN | | EAGLE RIVER | WI | 54521-8529 | K42801 | 66.90 | * |
| SANDY BOTTOMS-WALLACE | PO BOX 11641 | | LYNCHBURG | VA | 24506-1641 | K34579 | 66.90 | * |
| SANDY BROHM | 140 DEVEREUX RD | | GLENMOORE | PA | 19343-1615 | K38901 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SANDY CAIRNS | 321 BENNETT ST | | MILFORD | MI | 48381-2020 | K32015 | 66.90 | * |
| SANDY CORYELL | 211 N GORDY ST APT 2-04 | | EL DORADO | KS | 67042-1969 | K51741 | 66.90 | * |
| SANDY CREMERS | 7401 E SPEEDWAY BLVD APT 151 | | TUCSON | AZ | 85710-1579 | K35440 | 66.90 | * |
| SANDY DAILY | 129 DEN MAR CT | | GREENSBURG | PA | 15601-6422 | K61272 | 66.90 | * |
| SANDY DOCKEN | 9607 BRIGGS TRL | | NORWALK | IA | 50211-9247 | K23385 | 66.90 | * |
| SANDY FLETCHER | 15979 LIMESTONE SCHOOL RD | | LEESBURG | VA | 20176-5911 | K22297 | 66.90 | * |
| SANDY GRILLIOT | 11454 STATE ROUTE 47 | | VERSAILLES | OH | 45380-9777 | K31479 | 66.90 | * |
| SANDY HOOD | 2946 WOODCREST DR | | PANAMA CITY | FL | 32405-2033 | K34736 | 66.90 | * |
| SANDY KREBS | 5510 NORTON ST | | TORRANCE | CA | 90503-1254 | K22625 | 66.90 | * |
| SANDY LAUREN | 330 WILDWOOD AVE | | PIEDMONT | CA | 94611-3849 | K11388 | 66.90 | * |
| SANDY LYONS | 546 HORTON HILL RD | | NAUGATUCK | CT | 06770-4846 | K16081 | 66.90 | * |
| SANDY MALONE | 2309 S DAYCOR DV | | PEORIA | IL | 61607-1511 | K45167 | 66.90 | * |
| SANDY MCCAW | 301 PLYMOUTH DR | | STREAMWOOD | IL | 60107-1031 | K22285 | 66.90 | * |
| SANDY MCCONNELL | 3104 SCENIC CT | | DENVILLE | NJ | 07834-3482 | K37633 | 66.90 | * |
| SANDY MERLINI | 6 BOX ELDER CT | | ENOLA | PA | 17025-3418 | K20624 | 66.90 | * |
| SANDY NEIDIGH | 3620 ORIOLE DR | | COLUMBUS | IN | 47203-1303 | K24268 | 66.90 | * |
| SANDY PLUMMER | 1002 11TH ST | | INTERNATIONAL | MN | 56649-2823 | K18249 | 66.90 | * |
| SANDY REYNOLDS | 11952 HOUGH RD | | FOUNTAIN CITY | IN | 47341-9761 | K32363 | 66.90 | * |
| SANDY RUSSELL | 33935 HATHAWAY ST | | LIVONIA | MI | 48150-2629 | K60235 | 66.90 | * |
| SANDY S ALLSHOUSE | 2069 ECHO RD | | STOW | OH | 44224-4615 | K61596 | 66.90 | * |
| SANDY SCHER | 14450 S SANTA FE AVE | | EDMOND | OK | 73025-1802 | K43839 | 66.90 | * |
| SANDY SHELLY | 6870 E 10TH ST | | LONG BEACH | CA | 90815-4930 | K30493 | 66.90 | * |
| SANDY SHIELDS | 39680 SW OAK LN | | WILLAMINA | OR | 97396-9607 | K55884 | 66.90 | * |
| SANDY SIELER | 3919 S 175TH AVE | | OMAHA | NE | 68130-2220 | K14867 | 66.90 | * |
| SANDY SILVER | 215 3RD ST SE APT 108 | | AITKIN | MN | 56431-1799 | K19306 | 66.90 | * |
| SANDY SPENCE | 460 HOLDINESS RD | | RAYVILLE | LA | 71269-5900 | K62803 | 66.90 | * |
| SANDY WALSH | 17 MOUNTAIN VIEW BLVD | | SOUTH BURLING | VT | 05403-5825 | K52408 | 66.90 | * |
| SANDY WHERLEY | 3865 CHERRY CREEK NORTH DR S | | DENVER | CO | 80209-3806 | K20726 | 66.90 | * |
| SANDY WHITE | 9324 CUMING PLZ APT 9A | | OMAHA | NE | 68114-2401 | K56350 | 66.90 | * |
| SANFORD ISRAEL | 386 ROLLING ROCK RD | | SPRINGFIELD | NJ | 07081-3705 | K55554 | 66.90 | * |
| SANFORD J [SANDY] KORNBERG | 73 WEAVER ST APT 10 | | GREENWICH | CT | 06831-5164 | K40157 | 66.90 | * |
| SANFORD JAFFE | 200 GRAND BANKS CT | | CHESTERFIELD | MO | 63017-9507 | K39302 | 66.90 | * |
| SANFORD M LUGGER | 23532 E PHILLIPS PL | | AURORA | CO | 80016-7079 | K44547 | 66.90 | * |
| SANTA PASQUINI | 19 FOUNTAIN AVE | | ALBANY | NY | 12203-2613 | K21879 | 66.90 | * |
| SARA [ELAINE] RICARD | 31 FITCH AVE | | NEW LONDON | CT | 06320-5330 | K59124 | 66.90 | * |
| SARA ANN [SALLY] DUNCAN | 117 WOODGLEN LN | | CHAPIN | SC | 29036-7513 | K32853 | 66.90 | * |
| SARA BUNDY | 1580 S RIVER RD | | SAINT GEORGE | UT | 84790-7016 | K32990 | 66.90 | * |
| SARA COWELL | 1609 DEVON WAY | | VIRGINIA BEAC | VA | 23456-5484 | K47201 | 66.90 | * |
| SARA DIX | 437 PARK AVE | | MILTON | PA | 17847-9650 | K17872 | 66.90 | * |
| SARA E FORREST | 826 DARTMOUTH DR | | CIRCLEVILLE | OH | 43113-1248 | K22459 | 66.90 | * |
| SARA FEIDER | 2720 S LENOX ST | | MILWAUKEE | WI | 53207-2210 | K44749 | 66.90 | * |
| SARA HUMPHREY | 1004 HIGH ST | | KEOKUK | IA | 52632-4728 | K15169 | 66.90 | * |
| SARA KNEPPRATH | N2255 COUNTY ROAD CC | | WALDO | WI | 53093-1755 | K49432 | 66.90 | * |
| SARA LACEY | 3308 CLABERN DR | | AMARILLO | TX | 79121-1012 | K28727 | 66.90 | * |
| SARA LATHROP | 7 OSPREY LN | | MYSTIC | CT | 06355-3242 | K26865 | 66.90 | * |
| SARA LE MAISTRE | 6650 SOUTHRIDGE LN | | WRIGHTSVILLE | PA | 17368-9329 | K35913 | 66.90 | * |
| SARA LOU WILLEN | 1750 WEXFORD WAY | | VIENNA | VA | 22182-2151 | K20382 | 66.90 | * |
| SARA PARTRIDGE | 2207 N ATLANTIC AVE | | PEORIA | IL | 61603-2741 | K46860 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SARA RUTH ZWEIG | 5701 VIRGINIA PKWY APT 4202 | | MCKINNEY | TX | 75071-1004 | K40441 | 66.90 | * |
| SARA TOMPKINS | 14112 GREENCROFT LN | | HUNT VALLEY | MD | 21030-1110 | K45308 | 66.90 | * |
| SARA WHEAT | 202 REDBUD TRL | | SHADY SHORES | TX | 76208-5025 | K24731 | 66.90 | * |
| SARA WILKES | PO BOX 252 | | TOCCOA | GA | 30577-1404 | K59688 | 66.90 | * |
| SARA-FAY TARLIN | 6 PINE HILL BLVD | | MASHPEE | MA | 02649-2850 | K12406 | 66.90 | * |
| SARAH (SALLY) SCHLOSS | 8057 CLUBHOUSE DR | | SUFFOLK | VA | 23433-1113 | K38960 | 66.90 | * |
| SARAH C MOYER | 102 PRESIDENTIAL DR | | LIMERICK | PA | 19468-3462 | K23506 | 66.90 | * |
| SARAH CATHERINE GIBSON | PO BOX 161 | | SAN MATEO | FL | 32187-0161 | K44649 | 66.90 | * |
| SARAH CRUMLEY | 408 N CANYONWOOD DR | | DRIPPING SPRI | TX | 78620-4172 | K48681 | 66.90 | * |
| SARAH DISMUKE | 1804 PATE RD | | JULIETTE | GA | 31046-3805 | K40262 | 66.90 | * |
| SARAH E [BETTY] BLANKLEY | 10 WITHERSPOON CT | | CHESTERBROOK | PA | 19087-1206 | K38470 | 66.90 | * |
| SARAH EILAND NORET | 4608 91ST ST | | LUBBOCK | TX | 79424-5063 | K44719 | 66.90 | * |
| SARAH F ANTUNEZ | 11304 MOLLYMAWK CT | | NEW PORT RICH | FL | 34654-5069 | K12520 | 66.90 | * |
| SARAH GRAVES | 14080 ROSS MEDFORD RD | | NEW WESTON | OH | 45348-9728 | K35996 | 66.90 | * |
| SARAH HEIMBACH | 178 OLD ROUTE 45 | | MILTON | PA | 17847-8449 | K15869 | 66.90 | * |
| SARAH HOAGLAND | 3102 ANCHORAGE WAY | | OCEAN CITY | MD | 21842-5352 | K49457 | 66.90 | * |
| SARAH HOGG | 801 N 23RD ST | | LAMESA | TX | 79331-2105 | K42723 | 66.90 | * |
| SARAH J PAUL | 49 OGDEN ST | | BROWNS MILLS | NJ | 08015-3228 | K52936 | 66.90 | * |
| SARAH JANE ROBINSON | 4479 1975 RD | | FREDONIA | KS | 66736-2282 | K53731 | 66.90 | * |
| SARAH JOHNSON | 2030 CHESTER BLVD | | RICHMOND | IN | 47374-1215 | K24873 | 66.90 | * |
| SARAH K SITES | 31 PEACEFUL LN | | EPHRATA | PA | 17522-9155 | K28386 | 66.90 | * |
| SARAH KELLEY | 950 SUSQUEHANNOCK DR | | HOLTWOOD | PA | 17532-9709 | K57508 | 66.90 | * |
| SARAH KRUEGER | 200 HALBART DR | | SAN ANTONIO | TX | 78213-2210 | K26398 | 66.90 | * |
| SARAH L MCCORMICK | 522 CROWDER LN | | LONGVIEW | TX | 75603-6377 | K28818 | 66.90 | * |
| SARAH L MILLS | 3713 HEMLOCK PARK DR | | KINGSPORT | TN | 37663-2065 | K13728 | 66.90 | * |
| SARAH LARKINS | 1013 OVERHILLS CT | | OLD HICKORY | TN | 37138-1315 | K37444 | 66.90 | * |
| SARAH LEE | 601 AVENIDA SEVILLA UNIT F | | LAGUNA WOODS | CA | 92637-4553 | K35276 | 66.90 | * |
| SARAH MARSH | 2683 JODEE DR # C | | JOLIET | IL | 60436-1058 | K50091 | 66.90 | * |
| SARAH MIEDER | 918 SMOKERISE BLVD | | PORT ORANGE | FL | 32127-7936 | K18677 | 66.90 | * |
| SARAH MONTGOMERY | 9385 FLEETWOOD DR | | RENO | NV | 89506-5620 | K37647 | 66.90 | * |
| SARAH MOORE | 11 NOTRE DAME LN | | MASHPEE | MA | 02649-2161 | K52826 | 66.90 | * |
| SARAH MURPHY | 432 E ARCH ST | | INDIANAPOLIS | IN | 46202-3371 | K18706 | 66.90 | * |
| SARAH O'BRIEN | 9604 HIGHGATE RD | | COLUMBIA | SC | 29223-2149 | K13820 | 66.90 | * |
| SARAH PARSONS | 1804 SPRUCE HILLS DR | | GLEN GARDNER | NJ | 08826-3717 | K12906 | 66.90 | * |
| SARAH ROBERTSON | 365 YEATTS RD | | MARTINSVILLE | VA | 24112-0435 | K22377 | 66.90 | * |
| SARAH ROSE KEMMER | 4010 S DEAVER RD | | TUCSON | AZ | 85735-8812 | K56541 | 66.90 | * |
| SARAH S WERTZ | 761 WINYAH DR | | NORTH AUGUSTA | SC | 29841-2030 | K27478 | 66.90 | * |
| SARAH SPENTZ | 8915 PARSONS BLVD APT 11K | | JAMAICA | NY | 11432-6059 | K12533 | 66.90 | * |
| SARAH WASHINGTON | 17228 E BACA DR | | FOUNTAIN HILL | AZ | 85268-2614 | K20314 | 66.90 | * |
| SARAH WATSON | 116 S GRAYCROFT AVE | | MADISON | TN | 37115-3542 | K35398 | 66.90 | * |
| SARAH ZIMMERMAN | 1833 IVANHOE AVE | | LAFAYETTE | CA | 94549-1926 | K21761 | 66.90 | * |
| SARAJANE SCHWARTZ | 3068 N BEACHWOOD DR | | LOS ANGELES | CA | 90068-1940 | K43475 | 66.90 | * |
| SARALEE RODGERS-SCHMIDT | 39883 N CRABAPPLE DR | | ANTIOCH | IL | 60002-2336 | K54609 | 66.90 | * |
| SARALYN O DUNAWAY | 832 MIMOSA ST | | THOMSON | GA | 30824-1767 | K59655 | 66.90 | * |
| SAUNDRA A BARNES | 12500 GLADYS RETREAT CIR | | BOWIE | MD | 20720-3328 | K13934 | 66.90 | * |
| SAUNDRA DEXTER | 3085 COUNTY ROAD 112 | | INTERNATIONAL | MN | 56649-8716 | K20352 | 66.90 | * |
| SAUNDRA ENGLUND | 5502 TAWNEY AVE | | AMARILLO | TX | 79106-4808 | K30198 | 66.90 | * |
| SAUNDRA GORE | 537 MEADOWBROOK RD | | RICHMOND | IN | 47374-5069 | K25017 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SAUNDRA IVES | 1976 QUAIL COVE DR | | KALAMAZOO | MI | 49009-1869 | K17708 | 66.90 | * |
| SAUNDRA MARTIN | 6508 SHADOWBROOK RUN | | LAKELAND | FL | 33813-3654 | K47916 | 66.90 | * |
| SAUNDRA MORRISON | 5018 GARDEN DR | | SHEPHERDSVILLE | KY | 40165-8956 | K34742 | 66.90 | * |
| SAUNDRA S CHASTEEN | 4419 S B ST | | RICHMOND | IN | 47374-6017 | K26794 | 66.90 | * |
| SAUNDRA SPRING | 17512 E DICKENSON PL | | AURORA | CO | 80013-4178 | K60524 | 66.90 | * |
| SAUNDRA STUART | 1475 NE 88TH ST | | ALTOONA | IA | 50009-8859 | K22012 | 66.90 | * |
| SAVANNAH SMITH | 1601 HARRIS BRIDGE RD | | ANDERSON | SC | 29621-3501 | K26957 | 66.90 | * |
| SCHELDA WILLIAMS | PO BOX 330056 | | HOUSTON | TX | 77233-0056 | K17405 | 66.90 | * |
| SCOT J LABOURDETTE | 1100 POYDRAS ST STE 2900 | | NEW ORLEANS | LA | 70163-2900 | K59367 | 66.90 | * |
| SCOTT A [BROWNIE] BROWN | 103 18TH ST NE | | DEVILS LAKE | ND | 58301-1611 | K36165 | 66.90 | * |
| SCOTT A LEWIS | 111 RIDGELAND RD | | GREENCASTLE | IN | 46135-9450 | K46371 | 66.90 | * |
| SCOTT A RUDIN | 1133 MELVIN DR | | BENBROOK | TX | 76126-3940 | K59895 | 66.90 | * |
| SCOTT ANDREWS | 418 S HIGHLAND AVE | | PLYMOUTH | WI | 53073-2549 | K46997 | 66.90 | * |
| SCOTT B HARTMAN | 1143 MARILYN AVE | | EPHRATA | PA | 17522-1533 | K58426 | 66.90 | * |
| SCOTT BUEK | 181 WESTOVER DR | | DELRAN | NJ | 08075-2224 | K38065 | 66.90 | * |
| SCOTT BYERS | 917 S 39TH ST | | SAINT JOSEPH | MO | 64507-2147 | K53730 | 66.90 | * |
| SCOTT CHARLES MCCREERY | 8150 BRECKSVILLE RD | | BRECKSVILLE | OH | 44141-1205 | K50464 | 66.90 | * |
| SCOTT CHRISTENSON | 835 50TH ST S | | MOORHEAD | MN | 56560-7905 | K24906 | 66.90 | * |
| SCOTT CLEAVER | 4602 MILL BROOK DR | | COLLEYVILLE | TX | 76034-3696 | K45693 | 66.90 | * |
| SCOTT D BAKER | 611 TIARA WAY | | WSHNGTN CT HS | OH | 43160-1775 | K50463 | 66.90 | * |
| SCOTT D RUSSELL | 660 PARRINGTON OVAL | | NORMAN | OK | 73019-3003 | K45393 | 66.90 | * |
| SCOTT FICARRA | 7B COASTAL CT | | WESTERLY | RI | 02891-4058 | K10922 | 66.90 | * |
| SCOTT FOSDICK | 186 PLEASANT RIDGE DR | | SALINE | MI | 48176-1564 | V98930 | 66.90 | * |
| SCOTT G ARBUCKLE | 17301 CLUB HILL DR | | DALLAS | TX | 75248-1107 | K30978 | 66.90 | * |
| SCOTT HALL | 12208 118TH ST S | | BAKER | MN | 56580-5004 | K21583 | 66.90 | * |
| SCOTT HALSTEAD | 305 N 48TH ST | | GRAND FORKS | ND | 58203-2613 | K52250 | 66.90 | * |
| SCOTT HARTWELL | 712 S PUTNAM ST | | WILLIAMSTON | MI | 48895-1622 | K41094 | 66.90 | * |
| SCOTT HOUSTON | 10806 HIGHWAY 6 N | | EASTLAND | TX | 76448-5506 | K35658 | 66.90 | * |
| SCOTT J NICHOLSON | 1072 WOODGLEN RD | | WESTERVILLE | OH | 43081-3234 | K50382 | 66.90 | * |
| SCOTT LERNER | 6791 ROYAL ORCHID CIR | | DELRAY BEACH | FL | 33446-4338 | K14851 | 66.90 | * |
| SCOTT M SPANGLER | 5670 N ECHO CANYON DR | | PHOENIX | AZ | 85018-1245 | K46413 | 66.90 | * |
| SCOTT MCWILLIAMS | PO BOX 473 | | SUNRAY | TX | 79086-0473 | K28287 | 66.90 | * |
| SCOTT MILLER | 1222 PLEASANT VALLEY DR | | WATERLOO | IA | 50701-1805 | K55142 | 66.90 | * |
| SCOTT MOSTAD | 16 MOSTAD DR | | TOWNSEND | MT | 59644-9748 | K21871 | 66.90 | * |
| SCOTT N WHITCRAFT | PO BOX 531 | | LAKE GEORGE | CO | 80827-0531 | K40508 | 66.90 | * |
| SCOTT R GERYK | 4733 LARCHWOOD AVE | | PHILADELPHIA | PA | 19143-1813 | K35055 | 66.90 | * |
| SCOTT R WILLIAMSON | 644 W KEMPER PL | | CHICAGO | IL | 60614-3312 | K34660 | 66.90 | * |
| SCOTT RAGAR | 718 EICHER ST | | KEOKUK | IA | 52632-2419 | K19486 | 66.90 | * |
| SCOTT SHELLEY | 101 PARKVIEW HEIGHTS RD | | EPHRATA | PA | 17522-2614 | K57477 | 66.90 | * |
| SCOTT STEINER | 653 BEDINGTON CIR | | MANHEIM | PA | 17545-9378 | K28710 | 66.90 | * |
| SCOTT THOMPSON | 223 9TH AVE SE | | DEVILS LAKE | ND | 58301-3103 | K32632 | 66.90 | * |
| SCOTT TOAY | 524 N KEYSTONE ST | | BURBANK | CA | 91506-1924 | K14292 | 66.90 | * |
| SCOTT WINN | 2472 COUNTRY CLUB DR | | CHASE CITY | VA | 23924-4510 | K27100 | 66.90 | * |
| Scottsdale Insurance Company | 1001 Winstead Dr Ste 500 | | Cary | NC | 27513-2130 | FLT-215422 | 89.63 | ** |
| SCPO NICHOLAS I H ROBERTS USN | 18320 N ESTRELLA VISTA DR | | SURPRISE | AZ | 85374-6233 | K37696 | 66.90 | * |
| SEAN P KAYLOR | 1403 HOLLY WALK | | POUGHKEEPSIE | NY | 12603-7101 | V98699 | 66.90 | * |
| Sean S. Lastorka | 8544 Shallow Creek Ct | | New Port Richey | FL | 34653-7025 | | 275.28 | ARI: Wages |
| SEAN SULLIVAN | 2151 LUNDY LAKE DR | | ESCONDIDO | CA | 92029-5440 | K13519 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SELDON L [S.L.] VALENTINE | 3609 MCCARRELL LN | | KNOXVILLE | TN | 37920-4758 | K17965 | 66.90 * | |
| SELENA HAMILTON | 613 MACFARLANE DR | | PITTSBURGH | PA | 15235-4221 | K43608 | 66.90 * | |
| SELIG SCHNEIDER | 243 BRONWOOD AVE | | LOS ANGELES | CA | 90049-3103 | K47883 | 66.90 * | |
| SELMA LAUTER | 11731 BRIARWOOD CIR APT 3 | | BOYNTON BEACH | FL | 33437-1951 | K54053 | 66.90 * | |
| SELMA SHAPIRO | 435 EAST DR | | OAK RIDGE | TN | 37830-4104 | K10829 | 66.90 * | |
| SELMA VARNEY | 3515 W HADLEY ST APT 117 | | MILWAUKEE | WI | 53210-2564 | K56336 | 66.90 * | |
| SERENA ELIZABETH DOUGLAS | PO BOX 1337 | | BELEN | NM | 87002-1337 | K28116 | 66.90 * | |
| SERENA MELVIN | 15 WINDMILL SPGS | | GRANBY | CT | 06035-2316 | K23426 | 66.90 * | |
| SETH KOCH VMD | 1420 LOCUST ST APT 31K | | PHILADELPHIA | PA | 19102-4219 | K50867 | 66.90 * | |
| SEVERE P TURENNE | 757 MAIN ST APT 14 | | SOUTH PORTLAN | ME | 04106-5433 | K19648 | 66.90 * | |
| SEYMOUR DANIEL JR | 1235 WOODFIELD AVE | | SACRAMENTO | CA | 95831-3615 | V99659 | 66.90 * | |
| SEYMOUR PALANS | 154 OAKHURST PL | | SAN ANTONIO | TX | 78209-2135 | K41972 | 66.90 * | |
| SEYMOUR SAPERSTEIN | 11950 FOUNTAINSIDE CIR | | BOYNTON BEACH | FL | 33437-4924 | K62459 | 66.90 * | |
| SEYMOUR W [SANDY] URBAN | 2 W CHESTER PIKE APT 312 | | RIDLEY PARK | PA | 19078-1605 | K47867 | 66.90 * | |
| SFC CHESTER FISCHER | 2512 OLD CHARLESTON RD | | GEORGETOWN | SC | 29440-4112 | K49554 | 66.90 * | |
| SGM HARVEY D BANKS ARMY | 1924 QUAKER RD | | COLUMBIA | SC | 29223-3941 | K59965 | 66.90 * | |
| SHAARON ALLEN | 2051 N MAIN ST STE 208 | | COEUR D ALENE | ID | 83814-5487 | K33227 | 66.90 * | |
| SHALLIE JOHNSON | 333 PRESLEY CIR | | WATERLOO | IA | 50701-3804 | K56870 | 66.90 * | |
| SHAN ROSE | 116 PARK SHORE DR E | | COLUMBIA | SC | 29223-6017 | K33655 | 66.90 * | |
| SHANE MURRAY | PO BOX 301 | | MONTANDON | PA | 17850-0301 | K15413 | 66.90 * | |
| SHANE STONEBRAKER | 1007 WOODLAND DR | | VERSAILLES | OH | 45380-9563 | K39170 | 66.90 * | |
| SHANE W GRANZOW | 1412 15TH ST N | | MOORHEAD | MN | 56560-1733 | K27785 | 66.90 * | |
| Shanna L. Saben | 3002 Westmoreland Ct | | New Port Richey | FL | 34655-3517 | | 1,041.50 | ARI: Wages |
| SHANNON M FITZPATRICK | 4297 5TH AVE N APT 106A | | GRAND FORKS | ND | 58203-4302 | K39548 | 66.90 * | |
| SHANON ROSENO | 6731 5TH AVE | | RUDOLPH | WI | 54475-9528 | K51626 | 66.90 * | |
| SHAREN L BAKER | 3721 HUNTINGTON DR | | AMARILLO | TX | 79109-4045 | K31641 | 66.90 * | |
| SHAREN LEMEN | 569 S 23RD ST | | BLAIR | NE | 68008-1880 | K57319 | 66.90 * | |
| SHAREN WHITERABBIT | 12590 THRUSH ST NW | | COON RAPIDS | MN | 55448-1567 | K26618 | 66.90 * | |
| SHARI A GEE | PO BOX 75 | | BLACKVILLE | SC | 29817-0075 | K36041 | 66.90 * | |
| SHARI FREEMAN | 4566 CAPE COD CIR | | CARLSBAD | CA | 92010-6549 | K57420 | 66.90 * | |
| SHARI HOWARD | 719 4TH AVE | | GALLIPOLIS | OH | 45631-1501 | K58846 | 66.90 * | |
| SHARI WASHBURN | 1550 N 2ND ST | | JENKS | OK | 74037-2119 | K32218 | 66.90 * | |
| SHARI WILLIAMS | PO BOX 5132 | | GRANTS PASS | OR | 97527-0132 | K31461 | 66.90 * | |
| SHARLA WILSON | 215 CARSON AVE | | DUMAS | TX | 79029-3425 | K28612 | 66.90 * | |
| SHARLYN TAYLOR | 12311 185TH AVE SE UNIT 181 | | BIG LAKE | MN | 55309-5500 | K18638 | 66.90 * | |
| SHAROLYN WALCUTT | 5235 DIAMOND HEIGHTS BLVD AP | | SAN FRANCISCO | CA | 94131-2144 | K46493 | 66.90 * | |
| SHARON [DARLENE] COURTNEY SAGESER | 35 YATES RD | | CAMPBELLSVLLE | KY | 42718-7827 | K33773 | 66.90 * | |
| SHARON [SHERRY] ARNOLD | 1865 315TH AVE | | FORT MADISON | IA | 52627-9789 | K15280 | 66.90 * | |
| SHARON A BENDISH | 6215 HIGHWAY 1806 | | FORT RICE | ND | 58554-8919 | K33272 | 66.90 * | |
| SHARON A BURY | PO BOX 2333 | | MATTHEWS | NC | 28106-2333 | K52399 | 66.90 * | |
| SHARON A DAVIS | 1133 LEE RD | | TROY | OH | 45373-1807 | K27444 | 66.90 * | |
| SHARON A LAUGHLIN | 48 HABERSHAM CV | | HUMBOLDT | TN | 38343-8806 | K38313 | 66.90 * | |
| SHARON A PEREZ | 6902 E TIMBERON LN | | WICHITA | KS | 67206-1144 | K29646 | 66.90 * | |
| SHARON A SMITH | 1913 NANCY JANE CIR | | GARLAND | TX | 75043-1419 | K29688 | 66.90 * | |
| SHARON A STANLEY | 915 TWO NOTCH RD SE | | AIKEN | SC | 29803-5179 | K30089 | 66.90 * | |
| SHARON A WRIGHT | 10229 W FREMONT AVE | | LITTLETON | CO | 80127-3429 | K39658 | 66.90 * | |
| SHARON AHO | 29495 IVYWOOD TRL | | CHISAGO CITY | MN | 55013-9634 | K18841 | 66.90 * | |
| SHARON ANDERSON | PO BOX 282 | | WHITTIER | CA | 90608-0282 | K58908 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHARON ANN O'HARA | 541 SPRING VALLEY LN | | NASHVILLE | TN | 37214-2850 | K35168 | 66.90 | * |
| SHARON ANTISDEL | 51 HIDDEN RIVER DR | | TIPTON | IA | 52772-9380 | K53004 | 66.90 | * |
| SHARON APPLE | 14566 STATE ROUTE 127 | | NEW WESTON | OH | 45348-9503 | K32233 | 66.90 | * |
| SHARON BARNETT | 800 W 7TH ST APT 112 | | MONROE | MI | 48161-1575 | K59326 | 66.90 | * |
| SHARON BEDGOOD | 210 DEMENT ST | | MOUND CITY | KS | 66056-5225 | K54195 | 66.90 | * |
| SHARON BORDERS | 8 STILLMAN RD | | BLOOMFIELD | CT | 06002-3411 | K62072 | 66.90 | * |
| SHARON BRANNEGAN | 113 RIVER BREEZE RD | | SUFFOLK | VA | 23435-1352 | K16097 | 66.90 | * |
| SHARON BYRD | 1144 AVENUE D ST | | GREENCASTLE | IN | 46135-1840 | K44740 | 66.90 | * |
| SHARON CALDWELL | 2361 LYNNWOOD DR | | PADUCAH | KY | 42001-8698 | K46417 | 66.90 | * |
| SHARON CARMEN | 213 S STATE ST | | CHIPPEWA FALL | WI | 54729-2858 | K48533 | 66.90 | * |
| SHARON CARPENTER | 625 GLOBE MILLS RD | | MIDDLEBURG | PA | 17842-8377 | K17688 | 66.90 | * |
| SHARON CHANDLER | 1388 BIDDLE RD | | GALION | OH | 44833-9337 | K44042 | 66.90 | * |
| SHARON COOKMAN | 12680 UPPER GILCHRIST RD | | MOUNT VERNON | OH | 43050-9203 | K51034 | 66.90 | * |
| SHARON CORNIA | 11639 BRYANT ST | | YUCAIPA | CA | 92399-3128 | K46725 | 66.90 | * |
| SHARON CRIPPIN | 2709 WALNUT AVE | | GRANTS PASS | OR | 97527-9660 | K30766 | 66.90 | * |
| SHARON CROMARTIE | 663 ROOKWAY DR SE | | ADA | MI | 49301-7845 | K37511 | 66.90 | * |
| SHARON CROPSEY | 3941 HANLY RD | | OAKLAND | CA | 94602-1859 | K32116 | 66.90 | * |
| SHARON D BATES | 1306 WOOL AVE | | PORTSMOUTH | VA | 23707-3516 | K20157 | 66.90 | * |
| SHARON DELAINE DELAWDER | 429 E STONE AVE | | ADDISON | IL | 60101-2995 | K45972 | 66.90 | * |
| SHARON DIANE HOLLAND | 637 OAKDALE AVE | | BELVEDERE | SC | 29841-2350 | K21512 | 66.90 | * |
| SHARON DIBATTISTA | 4429 EBENEZER RD | | BALTIMORE | MD | 21236-1805 | K45959 | 66.90 | * |
| SHARON DUFORE | 7410 LACY DR | | BELLEVILLE | MI | 48111-5369 | K59970 | 66.90 | * |
| SHARON DUKEMAN | 182 VALLEYBROOK DR | | LANCASTER | PA | 17601-4619 | K31232 | 66.90 | * |
| SHARON DUNLAP | 7912 CEDAR CREEK RD | | LOUISVILLE | KY | 40291-3245 | K34651 | 66.90 | * |
| SHARON E AHMAD | 3532 APPLETON ST NW | | WASHINGTON | DC | 20008-2909 | K54514 | 66.90 | * |
| SHARON E GERBER | 8012 FOUNTAINHEAD PL | | FORT WAYNE | IN | 46835-4777 | K39025 | 66.90 | * |
| SHARON E GUDAS | 8807 RISING SUN AVE | | PHILADELPHIA | PA | 19115-4814 | K44247 | 66.90 | * |
| SHARON E MOROCCO | 2731 GULL POINT PL | | MILFORD | IA | 51351-7343 | K59301 | 66.90 | * |
| SHARON EGGERMAN | 410 GREEN BAY RD APT 1 | | HIGHWOOD | IL | 60040-1354 | K16601 | 66.90 | * |
| SHARON F KNAPP | 6603 DALZELL PL | | PITTSBURGH | PA | 15217-1441 | K41211 | 66.90 | * |
| SHARON FEREDAY | 1975 KAMILLE CT | | WATERLOO | IA | 50701-4536 | K55565 | 66.90 | * |
| SHARON FISHER | 46 S 3RD ST | | WEST MILTON | PA | 17886-8034 | K16394 | 66.90 | * |
| SHARON FRABONI | 901 E HINES AVE | | PEORIA HEIGHT | IL | 61616-7625 | K46944 | 66.90 | * |
| SHARON FRAKER | 5855 HAZELBROOK AVE | | LAKEWOOD | CA | 90712-1131 | K29431 | 66.90 | * |
| SHARON FYKE | PO BOX 242 | | VARNA | IL | 61375-0242 | K46326 | 66.90 | * |
| SHARON G MANN | PO BOX 207 | | MOSELEY | VA | 23120-0207 | K33882 | 66.90 | * |
| SHARON GIBBS | PO BOX 10 | | MURPHY | OR | 97533-0010 | K41075 | 66.90 | * |
| SHARON GRAE HAAS | 30 PARK LN | | DELAWARE | OH | 43015-1432 | K24593 | 66.90 | * |
| SHARON GRAHAM | PO BOX 130551 | | TYLER | TX | 75713-0551 | K47595 | 66.90 | * |
| SHARON GREINER | 30 VERTIE LN | | MILTON | PA | 17847-9586 | K15884 | 66.90 | * |
| SHARON GUTHMILLER | 212 N 5TH ST | | MENNO | SD | 57045-2112 | K59185 | 66.90 | * |
| SHARON HALEY | 3434 ROLSTON RD | | FENTON | MI | 48430-1036 | K56157 | 66.90 | * |
| SHARON HAUGEN | 1534 5TH AVE | | OROVILLE | CA | 95965-4630 | K18849 | 66.90 | * |
| SHARON HEATH | 2971 NW 151ST TER | | OPA LOCKA | FL | 33054-2541 | K41528 | 66.90 | * |
| SHARON HENDRICKS | 3107 S BIVINS ST | | AMARILLO | TX | 79103-4608 | K31640 | 66.90 | * |
| SHARON HOLLOMAN | 417 E GRAY ST | | DES MOINES | IA | 50315-1743 | K21929 | 66.90 | * |
| SHARON HORVAT | 608 CENTER ST | | MCKEESPORT | PA | 15132-6533 | K61522 | 66.90 | * |
| SHARON HOTALING | 2436 BROADMEADE RD | | LOUISVILLE | KY | 40205-2204 | K44445 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHARON HUMPHREYS | 36 TOMPKINS PL | | BROOKLYN | NY | 11231-4404 | K48466 | 66.90 | * |
| SHARON HYATT | 1250 ROAD S SE | | MOSES LAKE | WA | 98837-8952 | K32719 | 66.90 | * |
| SHARON J ANDERSON | 28754 GIMPL HILL RD | | EUGENE | OR | 97402-9010 | K33302 | 66.90 | * |
| SHARON J HOWARD | 9931 BETHEL BURLEY RD SE | | PORT ORCHARD | WA | 98367-8139 | K24769 | 66.90 | * |
| SHARON J KIRK | 4605 SOUTH ST | | LAKEWOOD | CA | 90712-1143 | K31188 | 66.90 | * |
| SHARON JACKSON | 60 JOHN COLLIER RD | | ATHENS | GA | 30607-2259 | K40698 | 66.90 | * |
| SHARON JEAN RICHIE | 307 SCOTT DR | | DWIGHT | IL | 60420-1627 | K55527 | 66.90 | * |
| SHARON JENSON | 1920 ROCKNE DR | | SOUTH BEND | IN | 46617-2243 | K44538 | 66.90 | * |
| SHARON JOHNSON | 6651 HANNA LAKE AVE SE | | CALEDONIA | MI | 49316-8366 | K35789 | 66.90 | * |
| SHARON K BEATTIE | 1630 W 13TH ST | | PORT ANGELES | WA | 98363-6804 | K58456 | 66.90 | * |
| SHARON K KORST | 507 SPRING VALLEY DR | | RALEIGH | NC | 27609-7050 | K31056 | 66.90 | * |
| SHARON K MUNSON | 1241 OAK ST | | HAMILTON | IL | 62341-1621 | K15108 | 66.90 | * |
| SHARON KAY BAUER | 6844 LANDING DR | | GRAND PRAIRIE | TX | 75054-6810 | K62079 | 66.90 | * |
| SHARON KAY BLACHLELY | 5460 E ARBOR AVE | | MESA | AZ | 85206-1416 | K22067 | 66.90 | * |
| SHARON KAY EHRICH | 504 SE ELM ST | | CORWITH | IA | 50430-5022 | K55137 | 66.90 | * |
| SHARON KAYE PARKER | 22619 S WOODSIDE DR | | CHANNAHON | IL | 60410-3282 | K51289 | 66.90 | * |
| SHARON KIEFER | 903 N LAKE ST | | HEDRICK | IA | 52563-9418 | K15473 | 66.90 | * |
| SHARON KNIPP | 5921 NW 49TH ST | | WARR ACRES | OK | 73122-4107 | K62592 | 66.90 | * |
| SHARON KNUDSEN | 3036 SAYBULA DR | | ASHTABULA | OH | 44004-2230 | K25214 | 66.90 | * |
| SHARON KORSLIN | 5910 TAMARACK RD | | VESPER | WI | 54489-9670 | K46250 | 66.90 | * |
| SHARON KOST | 115 MIANTONOMI AVE | | MIDDLETOWN | RI | 02842-5429 | K24378 | 66.90 | * |
| SHARON KRIESCH | 325 N LESTER ST | | CAPAC | MI | 48014-3139 | K25837 | 66.90 | * |
| SHARON KUMP | 22628 S DEAL AVE | | CHANNAHON | IL | 60410-3042 | K54662 | 66.90 | * |
| SHARON L GOSSMAN | 17653 NOLL RD NE | | POULSBO | WA | 98370-7428 | K32229 | 66.90 | * |
| SHARON L HOWLEY | 648 RENOLDA WOODS CT | | KETTERING | OH | 45429-3415 | K34787 | 66.90 | * |
| SHARON L KILGORE | 2660A SUMMER CREST CT | | GRAND JUNCTIO | CO | 81506-8665 | K17429 | 66.90 | * |
| SHARON L KLEINER | 103 BURNTWOOD DR | | LIMA | OH | 45805-1603 | K44236 | 66.90 | * |
| SHARON L ROBINSON | 20 LOCUST ST | | FROSTBURG | MD | 21532-1605 | K22828 | 66.90 | * |
| SHARON L WILCH | 11652 DECATUR DR | | WESTMINSTER | CO | 80234-2555 | K52647 | 66.90 | * |
| SHARON L WILSON | PO BOX 3047 | | BROOKINGS | OR | 97415-0509 | K40192 | 66.90 | * |
| SHARON LANCINA | 27424 POLK AVE | | BROWNSTOWN TW | MI | 48183-5905 | K58669 | 66.90 | * |
| SHARON LAWSON | 3761 RASPBERRY CT | | THE VILLAGES | FL | 32163-2774 | K57181 | 66.90 | * |
| SHARON LEE KERR | 1835 S PENNSYLVANIA ST | | DENVER | CO | 80210-3132 | K38674 | 66.90 | * |
| SHARON LEE RODOCKER | 1116 BARR AVE | | LANSING | MI | 48911-4018 | K42431 | 66.90 | * |
| SHARON LESHER | 1875 FURNACE HILL RD | | DENVER | PA | 17517-9559 | K59217 | 66.90 | * |
| SHARON LIMBERG | W8656 STATE HIGHWAY 23 | | GLENBEULAH | WI | 53023-1407 | K48535 | 66.90 | * |
| SHARON LUKEN | 2205 JORDAN LN | | ELGIN | IL | 60123-2568 | K53877 | 66.90 | * |
| SHARON M APREA | 934 TUSCAN LN | | SACRAMENTO | CA | 95864-6100 | K25943 | 66.90 | * |
| SHARON M CURTSINGER | 143 GOODLOE AVE | | BLOOMFIELD | KY | 40008-7123 | K34524 | 66.90 | * |
| SHARON MAC TAVISH | 2248 S KENTON WAY | | AURORA | CO | 80014-4756 | K22062 | 66.90 | * |
| SHARON MARTIN | 1354 CARPERS FARM WAY | | VIENNA | VA | 22182-1347 | K54920 | 66.90 | * |
| SHARON MCCANN | 1507 FREEMONT ST | | MCKEESPORT | PA | 15132-5330 | K61055 | 66.90 | * |
| SHARON MCCORMACK | 18 ARAPAHO TRL | | SPARTA | NJ | 07871-3101 | K53039 | 66.90 | * |
| SHARON MCGEE | 110 BOGEY HILL DR | | LAKE OZARK | MO | 65049-5755 | K37985 | 66.90 | * |
| SHARON MCGEE | 3716 LILAC RD | | SOUTH BEND | IN | 46628-3895 | K46237 | 66.90 | * |
| SHARON MCMAHON | 3412 RIDGEWAY DR | | EAU CLAIRE | WI | 54701-8142 | K49054 | 66.90 | * |
| SHARON MIKOSZ | 6042 MACBETH LN | | FORT MYERS | FL | 33908-4495 | K59848 | 66.90 | * |
| SHARON MILLER | 16923 STATE ROAD 38 | | HAGERSTOWN | IN | 47346-9779 | K27675 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHARON MYLET | 2414 W WOODLAND AVE | | PERU | IN | 46970-7286 | K52423 | 66.90 | * |
| SHARON NEEDHAM | 256 AETNA ST | | OAK HILL | OH | 45656-1002 | K57268 | 66.90 | * |
| SHARON NEEL | 16606 STATE ROUTE 104 | | LUCASVILLE | OH | 45648-8576 | K44342 | 66.90 | * |
| SHARON NEWBERRY | 1711 ANTHONY AVE | | PURCELL | OK | 73080-1768 | K33482 | 66.90 | * |
| SHARON OEHLER | 192 BLUE HERON DR | | HEATHSVILLE | VA | 22473-2335 | K46900 | 66.90 | * |
| SHARON OPIPERY | 2489 MISTY WATER DR E | | JACKSONVILLE | FL | 32246-9358 | K51342 | 66.90 | * |
| SHARON PARKER SCHROEDER | 325 E WOOD ST | | OXFORD | WI | 53952-9059 | K47934 | 66.90 | * |
| SHARON POWERS | 3829 E DOVER STRA | | TUCSON | AZ | 85706-1979 | K55076 | 66.90 | * |
| SHARON R DILLON | 6010 SAINT JOE RD APT 36 | | FORT WAYNE | IN | 46835-2064 | K39221 | 66.90 | * |
| SHARON SALA | 708 3RD ST | | MANHATTAN | IL | 60442-9121 | K56312 | 66.90 | * |
| SHARON SCHACH | 4469 LUBBOCK DR | | SIMI VALLEY | CA | 93063-1747 | K56426 | 66.90 | * |
| SHARON SCHEFFERS | 7145 N SHEFFERS LN | | KALAMAZOO | MI | 49009-6343 | K16899 | 66.90 | * |
| SHARON SCHLEICHER | 2509 PINE GROVE AVE | | SHEBOYGAN | WI | 53083-3731 | K47638 | 66.90 | * |
| SHARON SENFT | 948 PAGET DR APT F | | EPHRATA | PA | 17522-2360 | K58048 | 66.90 | * |
| SHARON SHOWERMAN | 2249 STOCKBRIDGE RD | | WILLIAMSTON | MI | 48895-9511 | K40500 | 66.90 | * |
| SHARON SIMONS | 6 SKYE PL | | HIGHLANDS RAN | CO | 80130-3974 | K28912 | 66.90 | * |
| SHARON SIMPSON | 12600 4TH AVE W APT 5H | | EVERETT | WA | 98204-6430 | K57294 | 66.90 | * |
| SHARON SLIFKA | 753 REEVES RD | | ANTIOCH | TN | 37013-3327 | K60023 | 66.90 | * |
| SHARON SMITH | PO BOX 1694 | | MARSHALL | TX | 75671-1694 | V99324 | 66.90 | * |
| SHARON SMITH | 35 GETTYSBURG DR | | CHILLICOTHE | OH | 45601-7826 | K52096 | 66.90 | * |
| SHARON SMOLAR | 20967 VIETO TER | | BOCA RATON | FL | 33433-1642 | K52405 | 66.90 | * |
| SHARON SNYDER | 2406 IMPERIAL OAKS DR | | MUSCATINE | IA | 52761-2636 | K15276 | 66.90 | * |
| SHARON SNYDER | 1631 JACOB RD | | ESTES PARK | CO | 80517-6701 | K61787 | 66.90 | * |
| SHARON SRYNIAWSKI | 24572 MIDDLEBELT RD | | NEW BOSTON | MI | 48164-9717 | K59933 | 66.90 | * |
| SHARON STURGIS | 1720 CHESTER BLVD | | RICHMOND | IN | 47374-1669 | K27258 | 66.90 | * |
| SHARON SUE HELTON | 4100 QUIET WAY | | LOUISVILLE | KY | 40219-1550 | K33455 | 66.90 | * |
| SHARON SUE ROBERTS | 561 SALCEDA LN | | MUNDELEIN | IL | 60060-4834 | K49423 | 66.90 | * |
| SHARON T SHEPHARD | 482 ALMOND RD | | PITTSGROVE | NJ | 08318-4069 | K23316 | 66.90 | * |
| SHARON TSAI | 924 MOOREFIELD CREEK RD SW | | VIENNA | VA | 22180-6244 | K49476 | 66.90 | * |
| SHARON WADE | 1825 DRENIK DR | | WICKLIFFE | OH | 44092-1511 | K45788 | 66.90 | * |
| SHARON WALKER | 5316 IRONWOOD DR | | CEDAR FALLS | IA | 50613-7923 | K55813 | 66.90 | * |
| SHARON WANDERSCHEID | 21659 CORRAL CREEK RD | | NEMO | SD | 57759-7607 | K25075 | 66.90 | * |
| SHARON WHITE | 3782 HILLVIEW RD | | SANTA MARIA | CA | 93455-3014 | K30745 | 66.90 | * |
| SHARON WILSON | 128 POMONA AVE | | PORT REPUBLIC | NJ | 08241-9747 | K40031 | 66.90 | * |
| SHARON WINKELMAN | 5909 75TH AVE SE | | SAINT CLOUD | MN | 56304-9752 | K32077 | 66.90 | * |
| SHARON WOODHULL | 10300 BURGANDY BLVD | | DIMONDALE | MI | 48821-9406 | K43310 | 66.90 | * |
| SHARON WUERDEMAN | 3080 COMPTON RD | | CINCINNATI | OH | 45251-2638 | K40219 | 66.90 | * |
| SHARRON F ADAMSKI | 285 GREENMEADOW DR | | THOUSAND OAKS | CA | 91320-4152 | K32762 | 66.90 | * |
| SHARRON GRAF | 13318 SE RAMONA ST | | PORTLAND | OR | 97236-4279 | K30289 | 66.90 | * |
| SHARRON HAMMER | 5615 PENNSWOOD AVE | | LAKEWOOD | CA | 90712-1817 | K30886 | 66.90 | * |
| SHARRON PIERCE | 446 MEAGANS LN | | LA VERNIA | TX | 78121-3901 | K30370 | 66.90 | * |
| SHARYL A BERRY | 4414 S COUNTY ROAD 150 W | | GREENCASTLE | IN | 46135-8666 | K45522 | 66.90 | * |
| SHARYN BERGIN | 120 KETTERING TRCE | | TYRONE | GA | 30290-1648 | K60834 | 66.90 | * |
| SHARYN PAUL | 55 E 87TH ST | | NEW YORK | NY | 10128-1043 | K51013 | 66.90 | * |
| SHAUN VAN VLIET | 51 DALE DR | | CHATHAM | NJ | 07928-1637 | K21905 | 66.90 | * |
| SHAVA J CARBONI | 317 E SCENIC DR | | PASS CHRISTIA | MS | 39571-4508 | K53603 | 66.90 | * |
| SHAWN SAMUEL MCELLHENNEY | 126 E WALNUT ST | | EPHRATA | PA | 17522-2241 | K58054 | 66.90 | * |
| SHEELAGH LEGGETT | 109 PALOMINO PKWY | | DES MOINES | IA | 50320-6836 | K30001 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHEILA BIRCH | 9 HASKELL DR | | BRATENAHL | OH | 44108-1100 | K50332 | 66.90 | * |
| SHEILA BOYLE | 24515 BICKFORD CT | | KATY | TX | 77494-4500 | K30900 | 66.90 | * |
| SHEILA BRIDGFORD | 1210 S Q ST LOT 103 | | RICHMOND | IN | 47374-7733 | K23866 | 66.90 | * |
| SHEILA BRUDNO | 3900 CATHEDRAL AVE NW APT 31 | | WASHINGTON | DC | 20016-5220 | K14178 | 66.90 | * |
| SHEILA BURNS | 36 HARRISON AVE | | NEWPORT | RI | 02840-4141 | K24546 | 66.90 | * |
| SHEILA CAIRNS | 2920 E 33RD ST N | | WICHITA | KS | 67219-4906 | K14815 | 66.90 | * |
| SHEILA CORRELL | 927 DAY HOLLOW RD | | ENDICOTT | NY | 13760-2018 | K36691 | 66.90 | * |
| SHEILA DERECHIN | 48 PACIO CT | | ROSELAND | NJ | 07068-1123 | K50829 | 66.90 | * |
| SHEILA GASSIE | 5776 CREEKSIDE LN | | SAINT FRANCIS | LA | 70775-7321 | K62360 | 66.90 | * |
| SHEILA GUILLOTON | 1 OLD BARGE RD | | SIMSBURY | CT | 06070-1741 | K48623 | 66.90 | * |
| SHEILA H CALANQUIN | 740 N CATALINA ST | | BURBANK | CA | 91505-3017 | K16328 | 66.90 | * |
| SHEILA HILL | 721 S CALLE ESCONDIDO | | TUCSON | AZ | 85748-7054 | K29272 | 66.90 | * |
| SHEILA HOPPER | 275 LASALLE AVE | | HAMPTON | VA | 23661-1638 | K21501 | 66.90 | * |
| SHEILA K COURT | 5076 NW 43RD CT | | LAUDERDALE LA | FL | 33319-4651 | K37865 | 66.90 | * |
| SHEILA L GREENE | 6616 NORTHGATE PKWY | | CLINTON | MD | 20735-4051 | K13804 | 66.90 | * |
| SHEILA M COOPER | 1216 SIERRA DR | | SIERRA VISTA | AZ | 85635-2038 | K38888 | 66.90 | * |
| SHEILA MECK | 97 E MAIN ST | | REINHOLDS | PA | 17569-9607 | K30741 | 66.90 | * |
| SHEILA MENDEL | 1804 SANGATE DR | | SOUTH PARK | PA | 15129-9209 | K61441 | 66.90 | * |
| SHEILA PACHULSKI | 4819 LAKE SHORE DR | | CHARLEVOIX | MI | 49720-8929 | K37303 | 66.90 | * |
| SHEILA PHELPS | 804 DUSKY SAP CT | | GRIFFIN | GA | 30223-5996 | K20332 | 66.90 | * |
| SHEILA RAPPAPORT | 4691 S WOLFF ST | | DENVER | CO | 80236-3357 | K37813 | 66.90 | * |
| SHEILA RICHMAN | 5 CHERRY BROOK LN | | EAST WINDSOR | NJ | 08520-1203 | K48381 | 66.90 | * |
| SHEILA ROSENSON | 7725 SW 115TH ST | | MIAMI | FL | 33156-4425 | K56100 | 66.90 | * |
| SHEILA SCHREIBER | 500 THREE ISLANDS BLVD APT 4 | | HALLANDALE BE | FL | 33009-2839 | K45836 | 66.90 | * |
| SHEILA VASS | 27010 GRAND CENTRAL PKWY APT | | FLORAL PARK | NY | 11005-1103 | K51318 | 66.90 | * |
| SHEILA WEISS | 1001 LANCASTER DR | | ANCHORAGE | AK | 99503-7038 | K47492 | 66.90 | * |
| SHEILAH COHEN | 2209 PICARDY MEADOW LN | | CHESTERFIELD | MO | 63017-7135 | K40623 | 66.90 | * |
| SHEIRA [CHERYL JOY] GREENWALD | 39 W LAKE BLVD | | MORRISTOWN | NJ | 07960-5073 | K40471 | 66.90 | * |
| SHELA BLOMKER | 511 1ST AVE SW | | POCAHONTAS | IA | 50574-1815 | K59298 | 66.90 | * |
| SHELAH FEISS | 1 CORNELL ST | | NEWTON | MA | 02462-1105 | K40133 | 66.90 | * |
| SHELBA GREGORY | 213 KENYA CT | | OLD HICKORY | TN | 37138-1406 | K36835 | 66.90 | * |
| SHELBIA JUNE COSTA-COOK | 203 PRINCETON CT | | SHOREWOOD | IL | 60404-9133 | K50525 | 66.90 | * |
| SHELBIE MUMMA | 49 E FRANKLIN ST | | EPHRATA | PA | 17522-2446 | K62954 | 66.90 | * |
| SHELBY J PERA | 2300 N COMMONWEALTH AVE APT | | CHICAGO | IL | 60614-4868 | K53607 | 66.90 | * |
| SHELBY JEAN WIELAND | 9024 CEDAR CREEK TER | | EDMOND | OK | 73034-2047 | K56934 | 66.90 | * |
| SHELBY LESSENTINE | 940 W WESTRIDGE CT | | UPLAND | CA | 91786-2767 | K52102 | 66.90 | * |
| SHELDON B PUTNAM | 2225 N LANEWOOD RD | | EAGLE | ID | 83616-3147 | K21644 | 66.90 | * |
| SHELDON GUSKY | 5533 POCUSSET ST | | PITTSBURGH | PA | 15217-1912 | K40364 | 66.90 | * |
| SHELDON H KONOWITZ | 555 GREEN BAY RD | | HIGHLAND PARK | IL | 60035-4913 | K16154 | 66.90 | * |
| SHELDON J OLSON | 8000 BADURA AVE UNIT 2117 | | LAS VEGAS | NV | 89113-2117 | K35164 | 66.90 | * |
| SHELDON S FERKEY | 2975 SWIGGUM LN | | WISCONSIN RAP | WI | 54495-8329 | K48347 | 66.90 | * |
| SHELDON WEIL | 925 GREENSWARD LN | | DELRAY BEACH | FL | 33445-9022 | K49355 | 66.90 | * |
| SHELEY G STONE | 1021 INMAN DR | | AMARILLO | TX | 79104-3303 | K28406 | 66.90 | * |
| SHELIA BLISS | 86 FENWOOD DR | | OLD SAYBROOK | CT | 06475-3038 | K19377 | 66.90 | * |
| SHELIA GEIST | 92 CENTRAL BLVD | | MERRICK | NY | 11566-3742 | K49268 | 66.90 | * |
| SHELIA MCAFEE | 3501 S COCHRAN AVE | | LOS ANGELES | CA | 90016-5114 | K11168 | 66.90 | * |
| SHELIA PAPP | 40229 IVYWOOD LN | | PLYMOUTH | MI | 48170-2727 | K58941 | 66.90 | * |
| SHELLEY DANA | 859 ELY RD | | QUINCY | MI | 49082-9469 | K40003 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| SHELLEY PACKARD | 7416 E ROCKWOOD RD | | WICHITA | KS | 67206-2134 | K33836 | 66.90 | * |
| SHELLEY R THOMASON | 6110 E HAWTHORNE ST | | TUCSON | AZ | 85711-1627 | K33814 | 66.90 | * |
| SHELLEY SHAPIRO | 5555 CLAIRE ROSE LN NW | | ATLANTA | GA | 30327-4830 | K20605 | 66.90 | * |
| SHELLIE MONREAN | 1902 MAIN AVE | | INTERNATIONAL | MN | 56649-3326 | K19657 | 66.90 | * |
| SHELLY A SCHAENEN | 1366 6TH AVE | | SAN FRANCISCO | CA | 94122-2504 | K41233 | 66.90 | * |
| SHELLY PIERCE | 1655 MEADOW CIR SE | | ROCHESTER | MN | 55904-5283 | K24350 | 66.90 | * |
| SHELLY SHELLENBERGER | 1001 HOLLAND RIDGE DR | | RALEIGH | NC | 27603-8652 | K29544 | 66.90 | * |
| SHEREE ALEXANDER | 4700 SANFORD ARMS | | WILLIAMSBURG | VA | 23188-7256 | K55012 | 66.90 | * |
| SHERELLE DILWORTH | 5647 S DESERT LAKES DR | | FORT MOHAVE | AZ | 86426-9298 | K18999 | 66.90 | * |
| SHERI GABRIEL | 9301 BOCA GARDENS CIR S APT | | BOCA RATON | FL | 33496-1798 | K58290 | 66.90 | * |
| SHERI PORTER | 16861 MARBLE AVE | | LE MARS | IA | 51031-8901 | K57112 | 66.90 | * |
| SHERIE L HOWARD | 4109 GREENDALE DR | | FORT WAYNE | IN | 46815-4830 | K41489 | 66.90 | * |
| SHERILYN MCCAULEY | 30 ROAD 5151 | | BLOOMFIELD | NM | 87413-9700 | K20572 | 66.90 | * |
| SHERILYN SNYDER | 253 HILL ST | | MOUNTVILLE | PA | 17554-1001 | K28893 | 66.90 | * |
| SHERMA RABINS | 13413 DEBBY ST | | VAN NUYS | CA | 91401-2404 | K42832 | 66.90 | * |
| SHERMAN C REEVES | 407 30TH ST | | OLD HICKORY | TN | 37138-2526 | K38120 | 66.90 | * |
| SHERMAN RAY SMITH JR | 603 N LIBERTY STREET EXT | | PERRYOPOLIS | PA | 15473-1301 | K49704 | 66.90 | * |
| SHERMAN WOODLEY | 201 DOGWOOD DR | | SPARTA | GA | 31087-4617 | K47517 | 66.90 | * |
| SHERRAE L CANOY | 11762 LORRAINE RD | | GULFPORT | MS | 39503-3967 | K34356 | 66.90 | * |
| SHERRI ALLEN | 4916 E CALGARY | | MURFREESBORO | TN | 37129-8066 | K41000 | 66.90 | * |
| SHERRI J ROWE | 415 NOANK RD | | MYSTIC | CT | 06355-2319 | K10768 | 66.90 | * |
| SHERRI JARVIS | 17 LEWIS DR | | GALLIPOLIS | OH | 45631-1405 | K51348 | 66.90 | * |
| SHERRI SINDERS | 1089 CROSS CREEK CT | | MCPHERSON | KS | 67460-2133 | K45717 | 66.90 | * |
| SHERRI SPECTOR | 19617 TURTLE SPRINGS WAY | | NORTHRIDGE | CA | 91326-3834 | K46062 | 66.90 | * |
| SHERRIE FRONDAL | 6735 LINCOLN AVE | | CARMICHAEL | CA | 95608-1916 | K31809 | 66.90 | * |
| SHERRILL FAYE YARBROUGH | 230 HOLLY COVE LN | | DAVISBORO | GA | 31018-5642 | K22684 | 66.90 | * |
| SHERRILL FITZPATRICK | 114 MORRIS AVE | | EVANSDALE | IA | 50707-1634 | K54971 | 66.90 | * |
| SHERRILL MARIE RIEMERSMA | 10414 SOUTHFIELD DR | | ZEELAND | MI | 49464-6858 | K52394 | 66.90 | * |
| SHERRILL ROSS-WIENEKE | 617 BAYSTONE CT | | ANNAPOLIS | MD | 21409-4621 | K30796 | 66.90 | * |
| SHERRIN WRIGHT | 8708 MICHAEL EDWARD DR | | LOUISVILLE | KY | 40291-1525 | K34456 | 66.90 | * |
| SHERRON MCCOY | 3321 BRIARGROVE LN | | SAN ANGELO | TX | 76904-7321 | K28331 | 66.90 | * |
| SHERRY A ROBBEN | 4402 S 151ST ST W | | WICHITA | KS | 67227-7933 | K28460 | 66.90 | * |
| SHERRY AKER | 503 N MAIN ST | | RUSHVILLE | IN | 46173-1639 | K45822 | 66.90 | * |
| SHERRY BROM | 4401 MAROON CIR | | BROOMFIELD | CO | 80023-4089 | K34508 | 66.90 | * |
| SHERRY CARNEY | 8 W BANBURY DR | | STOCKTON | CA | 95207-5704 | K33592 | 66.90 | * |
| SHERRY CLARK | 500 SW 17TH ST | | RICHMOND | IN | 47374-5137 | K31492 | 66.90 | * |
| SHERRY CLARK | 90 FOX RUN RD | | PINEHURST | NC | 28374-8043 | K43209 | 66.90 | * |
| SHERRY D SELTMAN | 39503 E 270TH AVE | | GILMAN CITY | MO | 64642-8159 | K35586 | 66.90 | * |
| SHERRY FINKBEINER | 9148 AUSTIN RD | | SALINE | MI | 48176-9615 | V98708 | 66.90 | * |
| SHERRY GOEHRS | 2323 BROOKS AVE | | RED WING | MN | 55066-3971 | K23890 | 66.90 | * |
| SHERRY J SCHWALM | 4011 KING TARPON DR | | PUNTA GORDA | FL | 33955-1871 | K38868 | 66.90 | * |
| SHERRY JOSEPH | 6825 ARBOR CREEK DR | | LOUISVILLE | KY | 40228-4405 | K36469 | 66.90 | * |
| SHERRY KOERTH | 175 COUNTY ROAD 415 | | WHITSETT | TX | 78075-3011 | K42540 | 66.90 | * |
| SHERRY L BROGAN | 8021 161ST RD | | WINFIELD | KS | 67156-6675 | K34170 | 66.90 | * |
| SHERRY L RYAN | 12061 CAMINITO CAMPANA | | SAN DIEGO | CA | 92128-2061 | K23545 | 66.90 | * |
| SHERRY LANGWELL | 2804 BIRDIE LOOP | | ALAMOGORDO | NM | 88310-7760 | K45118 | 66.90 | * |
| SHERRY M CROSS MAZZANTI | 1161 SE SAINT LAWRENCE WAY | | STUART | FL | 34997-5585 | K21216 | 66.90 | * |
| SHERRY M QUINN | 3 INDIAN TRL | | VERNON | NJ | 07462-3145 | K38097 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.       No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHERRY MARTIN | 1630 WILLIAMS HWY PMB 198 | | GRANTS PASS | OR | 97527-5660 | K40193 | 66.90 | * |
| SHERRY RATLIFF | 214 WINCHESTER DR | | ROSCOMMON | MI | 48653-8773 | K59195 | 66.90 | * |
| SHERRY SAGLE | W6237 SILVER SANDS RD | | CASCADE | WI | 53011-1325 | K53173 | 66.90 | * |
| SHERRY SMITH | 9948 LIGGETT ST | | BELLFLOWER | CA | 90706-3215 | K36203 | 66.90 | * |
| SHERRY STUDY | 4096 HIGH ST | | RICHMOND | IN | 47374-4574 | K32364 | 66.90 | * |
| SHERRY TRETTEL | 842 7TH AVE NW | | NEW BRIGHTON | MN | 55112-2726 | K18641 | 66.90 | * |
| SHERRY TUCKER | 2121 SHILLINGS RD NW | | KENNESAW | GA | 30152-4149 | K48504 | 66.90 | * |
| SHERRY WAGNER | 1848 RIVER SHORES DR | | KNOXVILLE | TN | 37914-6004 | K55306 | 66.90 | * |
| SHERRYL CAPORIZZO | 36 CERRETTA ST APT 29 | | STAMFORD | CT | 06907-1817 | K56797 | 66.90 | * |
| SHERRYL HILL | 299 RUBY LAKE LN | | WINTER HAVEN | FL | 33884-3267 | K50063 | 66.90 | * |
| SHERYL AMMONS | 5316 KELLYS PT | | OOLTEWAH | TN | 37363-8892 | K12483 | 66.90 | * |
| SHERYL BOHLENDER | 1427 VERMONT AVE | | TARPON SPRING | FL | 34689-3890 | K23222 | 66.90 | * |
| SHERYL E JACKSON | 6626 ROMSLEY LN | | HOUSTON | TX | 77049-3512 | K10146 | 66.90 | * |
| SHERYL EVERETT | 4230 NW 46TH PL | | DES MOINES | IA | 50310-3766 | K21968 | 66.90 | * |
| SHERYL F BEST | 2910 HODGES ST | | AMARILLO | TX | 79103-7210 | K32377 | 66.90 | * |
| SHERYL HEPPNER | 220 4TH ST NE | | PRIMGHAR | IA | 51245-1004 | K13576 | 66.90 | * |
| SHERYL JAMES | 8325 HIGHWAY 2 | | DEVILS LAKE | ND | 58301-9404 | K33443 | 66.90 | * |
| SHERYL L [SHERRY] KELLY | 5306 CALEDONIA RD | | RICHMOND | VA | 23225-3010 | K22519 | 66.90 | * |
| SHERYL MORSE | 265 E RIVER PARK CIR STE 110 | | FRESNO | CA | 93720-1576 | K38617 | 66.90 | * |
| SHERYL ROSS | 111 DREWELOW AVE | | FREDERICKSBUR | IA | 50630-9591 | K14710 | 66.90 | * |
| SHERYL S VON WESTERNHAGEN | 801 BARCLAY DR | | BOLINGBROOK | IL | 60440-6120 | K24275 | 66.90 | * |
| SHERYL WEST-CRAYTON | 19404 GALWAY AVE | | CARSON | CA | 90746-1922 | K13454 | 66.90 | * |
| SHERYLE NORTHRUP | 141 BRISTOL FERRY RD | | PORTSMOUTH | RI | 02871-1901 | K28428 | 66.90 | * |
| SHERYLEE DOUGHERTY | 8028 N LEAVETH RD | | HURLEY | WI | 54534-9265 | K48066 | 66.90 | * |
| SHIANN C BAINES | 101 BREEZEWOOD DR APT G | | GREENVILLE | NC | 27858-8091 | K18158 | 66.90 | * |
| SHINE THOMSON | 1 TAP CT | | NESCONSET | NY | 11767-1582 | K19481 | 66.90 | * |
| SHIRLEE J COX | 228 STRAWBRIDGE AVE | | HADDON TOWNSH | NJ | 08108-1809 | K41162 | 66.90 | * |
| SHIRLEE WISE | 3965 TRAPANI PL | | LAS VEGAS | NV | 89141-4214 | K28716 | 66.90 | * |
| SHIRLENE [MARTHA] TOKARSKI | 571 BERTRAM RD | | LINESVILLE | PA | 16424-6261 | K61045 | 66.90 | * |
| SHIRLEY [ANN] RUNNER | 9004 FERNDALE RD | | LOUISVILLE | KY | 40291-2634 | K33071 | 66.90 | * |
| SHIRLEY A [TOOTIE] BROCKSEN STOY | 1625 HENDERSON AVE SPC B9 | | EUGENE | OR | 97403-2320 | K33808 | 66.90 | * |
| SHIRLEY A BARTON | 3533 IVANHOE AVE | | BOYNTON BEACH | FL | 33436-3135 | K25672 | 66.90 | * |
| SHIRLEY A BAXTER | 514 W LAKEWOOD AVE | | PEORIA | IL | 61614-6023 | K47140 | 66.90 | * |
| SHIRLEY A DLUGOSCH | 4945 NE RIVER RD | | SAUK RAPIDS | MN | 56379-9303 | K20325 | 66.90 | * |
| SHIRLEY A GEHMAN | 18 PLEASURE RD | | EPHRATA | PA | 17522-2686 | K57845 | 66.90 | * |
| SHIRLEY A GLICK | 1701 CENTER ST APT A | | LEBANON | PA | 17042-4436 | K29009 | 66.90 | * |
| SHIRLEY A HORNBERGER | 405 PHILMONT DR | | LANCASTER | PA | 17601-2821 | K26486 | 66.90 | * |
| SHIRLEY A HUTSON | 1540 HIAWATHA DR | | COLORADO SPRI | CO | 80915-2613 | K17367 | 66.90 | * |
| SHIRLEY A MUCHA | 500 MASONIC LN UNIT 20 | | RICHMOND | VA | 23223-5558 | K25182 | 66.90 | * |
| SHIRLEY A SHUMATE-SINGLETARY | 717 BRITTANY FALLS CT | | NORTH LAS VEG | NV | 89031-1752 | K21786 | 66.90 | * |
| SHIRLEY A WILKENS | 123 WAGON TRAIL DR | | OGALLALA | NE | 69153-3209 | K35361 | 66.90 | * |
| SHIRLEY ALMER | 11420 JAY ST NW | | COON RAPIDS | MN | 55433-3764 | K20056 | 66.90 | * |
| SHIRLEY ANGST | PO BOX 339 | | SEVEN MILE | OH | 45062-0339 | K39267 | 66.90 | * |
| SHIRLEY ANN DZURKO | 5288 VAN BUREN RD | | DELRAY BEACH | FL | 33484-4290 | K54750 | 66.90 | * |
| SHIRLEY ANN HARTFIELD | 3 SMITH LN | | MACHIASPORT | ME | 04655-3146 | K24540 | 66.90 | * |
| SHIRLEY ANN PETERSON | 8400 PENNSYLVANIA RD APT 338 | | MINNEAPOLIS | MN | 55438-2705 | K39015 | 66.90 | * |
| SHIRLEY ANNE MORELAND | 4341 WINTHROP AVE | | INDIANAPOLIS | IN | 46205-1971 | K25433 | 66.90 | * |
| SHIRLEY APP | 119 WATERS DR | | SOUTHERN PINE | NC | 28387-2237 | K50826 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| SHIRLEY ARMOLD | 639 DANVILLE DR | | LINCOLN | NE | 68510-2310 | K55114 | 66.90 | * |
| SHIRLEY ARNOLD | 3120 COUNTY ROAD 112 | | INTERNATIONAL | MN | 56649-8719 | K18408 | 66.90 | * |
| SHIRLEY BAKER | 2514 N SPAULDING AVE | | CHICAGO | IL | 60647-1404 | K53655 | 66.90 | * |
| SHIRLEY BARTON | 612 GLEN ARBOR CT | | DALLAS | TX | 75241-1003 | K10525 | 66.90 | * |
| SHIRLEY BEAKLER | 1015 SCOTT FELTON RD | | INDIANOLA | IA | 50125-1038 | K27527 | 66.90 | * |
| SHIRLEY BEAVER | 2400 BROADWAY RD | | MILTON | PA | 17847-7816 | K15874 | 66.90 | * |
| SHIRLEY BEBEE | 2127 CHESTNUT CRES | | SALINE | MI | 48176-1668 | V98702 | 66.90 | * |
| SHIRLEY BENTZ | 118 KAREN DR | | ELIZABETH | PA | 15037-2405 | K61474 | 66.90 | * |
| SHIRLEY BERNARD | 1440 SIBLEY ST NW | | GRAND RAPIDS | MI | 49504-4948 | K47781 | 66.90 | * |
| SHIRLEY BERNHARD | 214 SHAWNEE DR | | MINOOKA | IL | 60447-8762 | K55619 | 66.90 | * |
| SHIRLEY BETTS | 458 STRATFORD LN | | FOREST GROVE | MT | 59441-8013 | K34856 | 66.90 | * |
| SHIRLEY BLATT | 930 VILLAS CT | | HIGHLAND PARK | IL | 60035-3703 | K46218 | 66.90 | * |
| SHIRLEY BOLTON | 295 ROAN DR | | GRAND CANE | LA | 71032-6221 | K38296 | 66.90 | * |
| SHIRLEY BRAHAM | 1500 WILDWOOD LN | | JOLIET | IL | 60433-2979 | K51475 | 66.90 | * |
| SHIRLEY BREEN | 3224 MCLEAN ST | | EL PASO | TX | 79936-1706 | K48955 | 66.90 | * |
| SHIRLEY BRODY | 110 CASTLE HILL RD | | MONROEVILLE | PA | 15146-4712 | K40705 | 66.90 | * |
| SHIRLEY BROWN | 5718 QUINCE RD APT 5 | | MEMPHIS | TN | 38119-7037 | K47006 | 66.90 | * |
| SHIRLEY BROWN | 502 E 4TH ST | | STOVER | MO | 65078-0940 | K58926 | 66.90 | * |
| SHIRLEY BURKE | 12 TOURAINE AVE | | HULL | MA | 02045-2229 | K19518 | 66.90 | * |
| SHIRLEY BURNAM | 147 GREENWOOD ST | | HEREFORD | TX | 79045-3849 | K15873 | 66.90 | * |
| SHIRLEY BUTLER | 1237 S APACHE LN | | PEORIA | IL | 61607-1102 | K45528 | 66.90 | * |
| SHIRLEY C WATKINS RN | 5327 DELORES LN | | SPRING | TX | 77373-7571 | K28817 | 66.90 | * |
| SHIRLEY CAMPBELL | 125 CAMBRIDGE TRL | | MADISON | AL | 35758-8651 | K30598 | 66.90 | * |
| SHIRLEY CARTER | 17701 AVALON BLVD SPC 44 | | CARSON | CA | 90746-6818 | K14875 | 66.90 | * |
| SHIRLEY CATALINE | N4091 N SAINT MARTINS PT | | HESSEL | MI | 49745-9643 | K42182 | 66.90 | * |
| SHIRLEY CHRISTENSEN | 8497 BLUEJAY ST | | MOUNTAIN IRON | MN | 55768-2038 | K18515 | 66.90 | * |
| SHIRLEY CHRISTIANSON | 2181 COUNTY ROAD 115 | | INTERNATIONAL | MN | 56649-8840 | K19115 | 66.90 | * |
| SHIRLEY CHRISTIANSON | 1300 RIVERSIDE DR TRLR 111 | | INTERNATIONAL | MN | 56649-2124 | K23029 | 66.90 | * |
| SHIRLEY CORDONNIER | 406 E WARD ST | | VERSAILLES | OH | 45380-1434 | K32922 | 66.90 | * |
| SHIRLEY COX | 75 TERI LN | | LITTLE HOCKIN | OH | 45742-9607 | K55154 | 66.90 | * |
| SHIRLEY DAVIS | 1813 STONE CRESS CT | | CERES | CA | 95307-4567 | K21960 | 66.90 | * |
| SHIRLEY DEMARCHI | 813 2ND ST | | INTERNATIONAL | MN | 56649-2201 | K19389 | 66.90 | * |
| SHIRLEY DENEISE RIDDLE | PO BOX 112869 | | ANCHORAGE | AK | 99511-2869 | K22074 | 66.90 | * |
| SHIRLEY DITMER | 5700 LOST CREEK DR | | SUMTER | SC | 29154-1335 | K36460 | 66.90 | * |
| SHIRLEY DIVELEY | 121 STONEMAN ST | | EAST PEORIA | IL | 61611-4882 | K45028 | 66.90 | * |
| SHIRLEY DONATI DUNKLEY | 9237 GREEN PINES TER | | NEW PORT RICH | FL | 34655-1177 | K35450 | 66.90 | * |
| SHIRLEY DOUGLAS | 3207 MARGARET OAKS LN | | ORLANDO | FL | 32806-6553 | K58389 | 66.90 | * |
| SHIRLEY DRESDEN | 1821 FRANKLIN ST | | KEOKUK | IA | 52632-2821 | K15789 | 66.90 | * |
| SHIRLEY DROSTE | 3111 6TH ST S APT 2 | | WISCONSIN RAP | WI | 54494-6293 | K47194 | 66.90 | * |
| SHIRLEY DUFRESNE | 2015 WOLF LN | | GRANTS PASS | OR | 97527-9238 | K30566 | 66.90 | * |
| SHIRLEY DUNNING | 490 ELMIRA AVE SE | | BANDON | OR | 97411-9462 | K32483 | 66.90 | * |
| SHIRLEY DUNNING | 10 SHERRY DR | | EAST HAMPTON | CT | 06424-1016 | K41279 | 66.90 | * |
| SHIRLEY E ENGLEMAN | 61 N PLANET AVE | | MILTON | PA | 17847-9628 | K15332 | 66.90 | * |
| SHIRLEY E MERRITT | 206 SENECA DR | | GROTON | CT | 06340-5641 | K10246 | 66.90 | * |
| SHIRLEY ERB | 3407 ARGYLE RD | | ARGYLE | IA | 52619-9641 | K19843 | 66.90 | * |
| SHIRLEY FINAN-GALLAGHER | 3362 CYNTHIA AVE APT 102 | | LAKE WORTH | FL | 33461-5836 | K41096 | 66.90 | * |
| SHIRLEY FORCIER | 44 WATERFORD LANE | | WAITE PARK | MN | 56387-4531 | K19904 | 66.90 | * |
| SHIRLEY FRAZIER | 3245 MONOGRAM AVE | | LONG BEACH | CA | 90808-4131 | K32278 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHIRLEY FRAZIER | PO BOX 54 | | SAINT GEORGE | KS | 66535-0054 | K48450 | 66.90 | * |
| SHIRLEY FREIFELD | 2099 WINGATE BEND | | WELLINGTON | FL | 33414-6244 | K55650 | 66.90 | * |
| SHIRLEY FRUEHLING | 4547 51ST ST | | DES MOINES | IA | 50310-2932 | K16690 | 66.90 | * |
| SHIRLEY GABRIEL | 6528 BIXBY WAY | | INVER GROVE H | MN | 55076-1912 | K18914 | 66.90 | * |
| SHIRLEY GEHLHAUSEN | PO BOX 114 | | NOBLE | IL | 62868-0114 | K24620 | 66.90 | * |
| SHIRLEY GERADS | 801 10TH AVE SE | | SAINT CLOUD | MN | 56304-1514 | K21065 | 66.90 | * |
| SHIRLEY GERIEN LAWLER-CONRAD | 1014 BIGFORK VALLEY VILLA | | BIGFORK | MN | 56628-8700 | K51929 | 66.90 | * |
| SHIRLEY GOUTCHER | PO BOX 534 | | PRESTON | MN | 55965-0534 | K53155 | 66.90 | * |
| SHIRLEY GRADWOHL | 6833 RIVER BIRCH RD | | MEMPHIS | TN | 38119-5615 | K29949 | 66.90 | * |
| SHIRLEY GREEN | 207 SMOKEY WOOD DR | | PITTSBURGH | PA | 15218-2709 | K42263 | 66.90 | * |
| SHIRLEY GREEN | PO BOX 503 | | HAYS | KS | 67601-0503 | K55997 | 66.90 | * |
| SHIRLEY GUIRY | 420 SAND CREEK RD APT 303 | | ALBANY | NY | 12205-2716 | K22396 | 66.90 | * |
| SHIRLEY HAAS | 2126 GRANDVIEW PL | | LA CROSSE | WI | 54601-4273 | K14726 | 66.90 | * |
| SHIRLEY HALL | 1325 LA VETA WAY | | COLORADO SPRI | CO | 80906-3054 | K31195 | 66.90 | * |
| SHIRLEY HENDRICKS | 4123 S HARRISON ST | | AMARILLO | TX | 79110-1622 | K31696 | 66.90 | * |
| SHIRLEY HICKMAN | 1031 GLENMORE AVE | | NEWARK | OH | 43055-2545 | K51691 | 66.90 | * |
| SHIRLEY HILL | 3686 E MEADOW CREEK WAY | | SAN TAN VALLE | AZ | 85140-5340 | K55198 | 66.90 | * |
| SHIRLEY HOEGGER | 1584 CAREFUL DR | | GREEN BAY | WI | 54304-2941 | K48030 | 66.90 | * |
| SHIRLEY HOFF | 38041 GRAND OAKS AVE | | PALM DESERT | CA | 92211-1245 | K28990 | 66.90 | * |
| SHIRLEY HOFFMAN | 2128 CURVING RD | | KNOXVILLE | TN | 37912-5813 | K12481 | 66.90 | * |
| SHIRLEY HOLLIDAY | 2456 OLD RAILROAD AVE | | TIMMONSVILLE | SC | 29161-9646 | K57773 | 66.90 | * |
| SHIRLEY HOLTZMAN-SCHWARTZ | 14 CURRY CT | | TURTLE CREEK | PA | 15145-1007 | K41362 | 66.90 | * |
| SHIRLEY J BROWN | 14494 SW 298TH TER | | HOMESTEAD | FL | 33033-3940 | K41496 | 66.90 | * |
| SHIRLEY J DAVIS | 268 SORRENTO RD | | POINCIANA | FL | 34759-4062 | K45758 | 66.90 | * |
| SHIRLEY J MULLINS | 9922 HALL RD | | KNOXVILLE | TN | 37923-1949 | K12185 | 66.90 | * |
| SHIRLEY J SCOVIL | 1807 OREGON ST | | OSHKOSH | WI | 54902-6964 | K15969 | 66.90 | * |
| SHIRLEY J STOCKHAM | PO BOX 283 | | MUKILTEO | WA | 98275-0283 | K48219 | 66.90 | * |
| SHIRLEY J WINEBRENNER | PO BOX 36746 | | DES MOINES | IA | 50315-0316 | K21851 | 66.90 | * |
| SHIRLEY JANE KAISER | 8916 NOTTOWAY AVE NW | | CALABASH | NC | 28467-2139 | K16611 | 66.90 | * |
| SHIRLEY JEAN SAWYER | 19570 CARMELITA AVE | | CORONA | CA | 92881-4348 | K28272 | 66.90 | * |
| SHIRLEY JO MYNATT | 8511 PORTERFIELD GAP RD | | KNOXVILLE | TN | 37920-9722 | K12192 | 66.90 | * |
| SHIRLEY JOHN | 2601 BEECHWOOD RD | | LANCASTER | PA | 17601-4801 | K60077 | 66.90 | * |
| SHIRLEY JOHNSON | 14829 SCOTCH RIDGE RD | | CARLISLE | IA | 50047-3132 | K20787 | 66.90 | * |
| SHIRLEY JONES | 3408 PHEASANT LN | | PUEBLO | CO | 81005-4013 | K31651 | 66.90 | * |
| SHIRLEY KAHLE | 105 WOODLAND AVE | | WATSONTOWN | PA | 17777-1423 | K16695 | 66.90 | * |
| SHIRLEY KALLING-THORNTON | 5909 WEDGMONT CIR N | | FORT WORTH | TX | 76133-3602 | K56627 | 66.90 | * |
| SHIRLEY KAU | 321 WASHINGTON CT | | SHEBOYGAN | WI | 53081-4137 | K46882 | 66.90 | * |
| SHIRLEY KOGER | 3211 STATE HIGHWAY 137 | | ACKERLY | TX | 79713-4043 | K48257 | 66.90 | * |
| SHIRLEY KOSHATKA | 225 E 2ND ST | | FAIRMONT | MN | 56031-2814 | K56648 | 66.90 | * |
| SHIRLEY KRUGER | 8890 WEBER RD | | SALINE | MI | 48176-9208 | K10769 | 66.90 | * |
| SHIRLEY LAMBERTS | 3123 FREYER RD | | ELIDA | OH | 45807-2006 | K45064 | 66.90 | * |
| SHIRLEY LANDRUM | 412 AREA 4 RD | | WEST MONROE | LA | 71292-8900 | K62801 | 66.90 | * |
| SHIRLEY LANE | 3503 N ROCKWOOD RD | | PEORIA | IL | 61604-1102 | K47878 | 66.90 | * |
| SHIRLEY LANGE | 209 SIENA ST | | SAN DIEGO | CA | 92114-6032 | K39819 | 66.90 | * |
| SHIRLEY LANIER | 4141 FOREMAN WAY | | HEPHZIBAH | GA | 30815-4758 | K44886 | 66.90 | * |
| SHIRLEY LIGHTFOOT | 10372 IMPERIAL AVE | | GARDEN GROVE | CA | 92843-1125 | K26558 | 66.90 | * |
| SHIRLEY M BOHNER | 7317 SAGEPORT PL | | FORT WAYNE | IN | 46825-3178 | K38496 | 66.90 | * |
| SHIRLEY M COHEN | 840 S COLLIER BLVD UNIT 1106 | | MARCO ISLAND | FL | 34145-6136 | K38204 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SHIRLEY M CROSS-KOVALE | 1714 FOXWOOD DR | | NEW LENOX | IL | 60451-3110 | K49325 | 66.90 | * |
| SHIRLEY M LACZYNSKA | 4295 SETON ST | | PITTSBURGH | PA | 15227-1255 | K40749 | 66.90 | * |
| SHIRLEY M TOBIN | 1005 S 600 W | | LEBANON | IN | 46052-8952 | K28641 | 66.90 | * |
| SHIRLEY M WENDORF | 814 W CATINO ST | | ARLINGTON HEI | IL | 60005-2316 | K46606 | 66.90 | * |
| SHIRLEY M WREDE | 12790 W RENWICK ST | | BOISE | ID | 83709-5298 | K28808 | 66.90 | * |
| SHIRLEY MAE JACKSA | 901 ESSINGTON RD APT 210 | | JOLIET | IL | 60435-8404 | K56311 | 66.90 | * |
| SHIRLEY MAE JACKSON PHD | 7815 13TH ST NW | | WASHINGTON | DC | 20012-1306 | K50169 | 66.90 | * |
| SHIRLEY MAE LIVINGSTON | 6038 N KNOXVILLE AVE | | PEORIA | IL | 61614-3519 | K50713 | 66.90 | * |
| SHIRLEY MAHONEY | 3800 N NICKLAS AVE | | OKLAHOMA CITY | OK | 73122-2418 | K62695 | 66.90 | * |
| SHIRLEY MANNING | 4619 50TH ST | | MOLINE | IL | 61265-6745 | K48729 | 66.90 | * |
| SHIRLEY MAY | 4509 CHESTNUT LN | | ROCKVILLE | MD | 20853-1404 | K49815 | 66.90 | * |
| SHIRLEY MCCARTY | 116 2ND ST | | PROCTOR | MN | 55810-2205 | K19656 | 66.90 | * |
| SHIRLEY MCKEE | PO BOX 2332 | | GRAY | GA | 31032-2332 | K37182 | 66.90 | * |
| SHIRLEY MCKEE | PO BOX 244 | | CLEBURNE | TX | 76033-0244 | K47707 | 66.90 | * |
| SHIRLEY MCVICKER | 801 S MUMAUGH RD APT 7A | | LIMA | OH | 45804-3579 | K45406 | 66.90 | * |
| SHIRLEY MEIER | 5350 N 700 E | | CHURUBUSCO | IN | 46723-9323 | K31357 | 66.90 | * |
| SHIRLEY MICHAEL | 1815 TURBOT AVE | | WATSONTOWN | PA | 17777-7903 | K17842 | 66.90 | * |
| SHIRLEY MICKELSON | 1626 E 51ST ST TRLR 136 | | ASHTABULA | OH | 44004-6281 | K20480 | 66.90 | * |
| SHIRLEY MILLER | 48 BRIARCLIFF | | SAINT LOUIS | MO | 63124-1762 | K18141 | 66.90 | * |
| SHIRLEY MILLER | 825 NEGLEY AVE | | EVANSVILLE | IN | 47711-3431 | K53134 | 66.90 | * |
| SHIRLEY MITCHELL | 17200 W BELL RD LOT 87 | | SURPRISE | AZ | 85374-9804 | K34577 | 66.90 | * |
| SHIRLEY MOORE | 106 MANOR RIDGE DR | | WOODSTOCK | GA | 30188-2128 | K35063 | 66.90 | * |
| SHIRLEY NIEUKIRK | 200 CARLSON AVE APT 26J | | WASHINGTON | IL | 61571-3082 | K46377 | 66.90 | * |
| SHIRLEY NORDEEN | 530 PARKVIEW LN | | RICHARDSON | TX | 75080-5116 | K20172 | 66.90 | * |
| SHIRLEY OLESON | 4750 COUNTY ROAD C | | VESPER | WI | 54489-9649 | K47100 | 66.90 | * |
| SHIRLEY OWENS | 250 WALNUT GLENN RD | | LINCOLN UNIVE | PA | 19352-9328 | K42519 | 66.90 | * |
| SHIRLEY P BIERMA | 3663 PARK CENTER BLVD APT 12 | | MINNEAPOLIS | MN | 55416-2598 | K28045 | 66.90 | * |
| SHIRLEY PAFF | 24765 MILFORD RD | | SOUTH LYON | MI | 48178-8942 | K60226 | 66.90 | * |
| SHIRLEY PERRIN | 2050 TARPON ST | | EUGENE | OR | 97401-1944 | K40290 | 66.90 | * |
| SHIRLEY PETERSON | 45W016 MCDONALD RD | | HAMPSHIRE | IL | 60140-8501 | K53592 | 66.90 | * |
| SHIRLEY POOLE | 7400 MYRTLE GROVE RD | | WILMINGTON | NC | 28409-4920 | K36325 | 66.90 | * |
| SHIRLEY POPLAWSKI | 2811 DRYDEN DR | | SPRINGFIELD | IL | 62711-6202 | K55881 | 66.90 | * |
| SHIRLEY R COX | 1839 S BATTIN ST | | WICHITA | KS | 67218-4415 | K30810 | 66.90 | * |
| SHIRLEY RANDOLPH | 33 GREEN TRAIL DR | | CHATHAM | IL | 62629-1563 | K47141 | 66.90 | * |
| SHIRLEY REECE | 153 S 45TH ST | | RICHMOND | IN | 47374-6003 | K23809 | 66.90 | * |
| SHIRLEY RICHMOND | 1025 SUGAR SANDS BLVD APT 35 | | SINGER ISLAND | FL | 33404-3159 | K14023 | 66.90 | * |
| SHIRLEY ROBERSON | 2401 OAKCREST DR | | GARLAND | TX | 75044-7341 | K42894 | 66.90 | * |
| SHIRLEY ROBINSON | 137 11TH STREET CT W | | PALMETTO | FL | 34221-4017 | K61223 | 66.90 | * |
| SHIRLEY RODGERS | 545 N CENTRAL PARK AVE | | CHICAGO | IL | 60624-1237 | K52180 | 66.90 | * |
| SHIRLEY RUBY | 8517 SE 17TH AVE APT 222 | | PORTLAND | OR | 97202-7377 | K40477 | 66.90 | * |
| SHIRLEY RUTH SAULNIER | 2 FRANCISCO DR | | MIDDLETOWN | RI | 02842-4631 | K25353 | 66.90 | * |
| SHIRLEY SCHUMACKER | 2664 CARMEN ST | | PORTAGE | IN | 46368-3609 | K27250 | 66.90 | * |
| SHIRLEY SCOTT | 7850 SLATER AVE SPC 66 | | HUNTINGTON BE | CA | 92647-6759 | K32720 | 66.90 | * |
| SHIRLEY SHIPLEY | 16 BLUEBERRY LN | | WEXFORD | PA | 15090-7545 | K61030 | 66.90 | * |
| SHIRLEY SHULL | 13159 RIDGE RD | | IRWIN | PA | 15642-2158 | K61031 | 66.90 | * |
| SHIRLEY SINKS | 706 OAKLAND ST | | GRAND PRAIRIE | TX | 75052-6513 | K41956 | 66.90 | * |
| SHIRLEY STALEY | 1816 MYRTLE AVE | | ASHTABULA | OH | 44004-2756 | K21639 | 66.90 | * |
| SHIRLEY STANSELL | 21136 OKAY RD | | TECUMSEH | OK | 74873-6450 | K33617 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| SHIRLEY STEININGER | 1317 LINCOLN HEIGHTS AVE APT | | EPHRATA | PA | 17522-1551 | K57746 | 66.90 | * |
| SHIRLEY STEPHENS | 2313 MAYFIELD RD | | IOWA CITY | IA | 52245-4815 | K59132 | 66.90 | * |
| SHIRLEY SUE MCKENNON | 1285 NARROW GAUGE ST | | TRENTON | TN | 38382-8452 | K30817 | 66.90 | * |
| SHIRLEY SUE ROGGIO | 2 FRIAR TUCK DR | | MEDFORD | NJ | 08055-8542 | K41161 | 66.90 | * |
| SHIRLEY TERRY | 28 SUNDALE CIR | | BRISTOL | VA | 24201-2234 | K22418 | 66.90 | * |
| SHIRLEY THEUSCH | W7602 COUNTY ROAD F | | CASCADE | WI | 53011-1241 | K48035 | 66.90 | * |
| SHIRLEY V RIECK | 725 S FIFTH AVE | | DES PLAINES | IL | 60016-3110 | K52079 | 66.90 | * |
| SHIRLEY VANCIL | PO BOX 134 | | FORT MADISON | IA | 52627-0134 | K15278 | 66.90 | * |
| SHIRLEY VELIKO | 25 GORMLEY LN | | MONROE TOWNSH | NJ | 08831-2658 | K53755 | 66.90 | * |
| SHIRLEY WAGNER | 1380 KEENAN DR APT 104 | | INTERNATIONAL | MN | 56649-9525 | K18191 | 66.90 | * |
| SHIRLEY WESKIRCHEN | 4732 N 136TH ST | | OMAHA | NE | 68164-6121 | K52384 | 66.90 | * |
| SHIRLEY WILLIS | 1403 COLE RD | | PORTSMOUTH | VA | 23701-3115 | K15823 | 66.90 | * |
| SHIRLEY WOEHLER CRISWELL | PO BOX 514 | | LE MARS | IA | 51031-0514 | K54744 | 66.90 | * |
| SHIRLEY WROBLEWSKI | 10747 WESTLAKE ST | | TAYLOR | MI | 48180-3274 | K60187 | 66.90 | * |
| SHIRLEY YERINGTON | 1502 1ST AVE | | MUSCATINE | IA | 52761-5307 | K60034 | 66.90 | * |
| SHIRLEY YOUNG | 1691 BULLARD LN | | SANTA ANA | CA | 92705-8401 | K28717 | 66.90 | * |
| SHIRLEY YOUNG | 2008 19TH ST | | EMMETSBURG | IA | 50536-2135 | K55047 | 66.90 | * |
| SHIRLEY ZIMRING | 23 TOPTON WAY APT 4P | | SAINT LOUIS | MO | 63105-1663 | K41846 | 66.90 | * |
| SHIRLEY ZWISSLER | 3187 COLLEGE CORNER RD | | RICHMOND | IN | 47374-4511 | K26576 | 66.90 | * |
| SHIRLIE EWING | 2861 HUDSON DR | | CUYAHOGA FALL | OH | 44221-1973 | K61348 | 66.90 | * |
| SHON LEWIS | 2768 LIBERTY LN | | MANVEL | ND | 58256-9702 | K33590 | 66.90 | * |
| SHONDA LEE | 8634 WESTHOPE ST | | CHARLOTTE | NC | 28216-3690 | K30475 | 66.90 | * |
| SHONEE MICHELLE WILLIAMS | PO BOX 50893 | | WASHINGTON | DC | 20091-0893 | K13410 | 66.90 | * |
| SHOREWOOD HIGH SCHOOL | SHOREWOOD HIGH SCHOOL | 1701 EAST CAPITOL DR | SHOREWOOD | WI | 53211 | | 0.00 | ** |
| SHOREWOOD HIGH SCHOOL | c/o KIM GRADY | 1701 EAST CAPITOL DR | SHOREWOOD | WI | 53211 | | 0.00 | ** |
| SHURA BARY | 815 SEA SPRAY LN APT 202 | | FOSTER CITY | CA | 94404-2437 | K51444 | 66.90 | * |
| SHURLA LUNSFORD | 2171 CANNOLOT BLVD | | PORT CHARLOTT | FL | 33948-3324 | K28292 | 66.90 | * |
| SID MOORE | 64880 RANGER RD | | MONTROSE | CO | 81403-7835 | K18396 | 66.90 | * |
| SID SILVERTHORN | 2610 G ST APT 4 | | SACRAMENTO | CA | 95816-3723 | K34201 | 66.90 | * |
| SIDNEY [GERALD] LAKES | 1578 N SHUTT HILL RD | | HUNTINGTON | IN | 46750-8104 | K27674 | 66.90 | * |
| SIDNEY AARON HIRSCH | 13243 WINDBROOKE LN | | SAINT LOUIS | MO | 63146-2221 | K43966 | 66.90 | * |
| SIDNEY C DESFORGES | 1801 N ATLANTA ST | | METAIRIE | LA | 70003-5725 | K50980 | 66.90 | * |
| SIDNEY E ANDERSON | 15151 WOODSONG DR | | MIDDLEFIELD | OH | 44062-9021 | K45102 | 66.90 | * |
| SIDNEY E CALHOUN | 14247 STAHELIN AVE | | DETROIT | MI | 48223-2989 | K59662 | 66.90 | * |
| SIDNEY L CLACK JR | 1900 EFFINGHAM ST | | PORTSMOUTH | VA | 23704-5744 | K16902 | 66.90 | * |
| SIDNEY LITTLE JR | 3619 MIRAMONTE DR | | LIMA | OH | 45806-1330 | K47012 | 66.90 | * |
| SIDNEY LUNDEEN | 4311 SOUNDVIEW LN | | CHESTERFIELD | VA | 23832-7784 | K14690 | 66.90 | * |
| SIDNEY STARK JR | 5023 FREW ST APT 1A | | PITTSBURGH | PA | 15213-3829 | K41360 | 66.90 | * |
| SIDNEY TURNER | 1113 GARY DR | | BALTIMORE | MD | 21228-5123 | K25546 | 66.90 | * |
| SIDNEY ZEMP JR | PO BOX 455 | | SAINT MATTHEW | SC | 29135-0455 | K48591 | 66.90 | * |
| SIEGLINDE WIMMER | 15361 SE THORNTON DR | | PORTLAND | OR | 97267-2553 | K31769 | 66.90 | * |
| SILVIO A DILISCIA | 219 WALLACE ST | | MONROEVILLE | PA | 15146-3105 | K43672 | 66.90 | * |
| SIMON L MCGEE III | 4961 PAULINE DR | | NEW ORLEANS | LA | 70126-3640 | K57329 | 66.90 | * |
| SIR JAMES CHARLES TAYLOR THD | 102 CHEROKEE LN | | SAN ANTONIO | TX | 78232-2902 | K36901 | 66.90 | * |
| SKID EDWARDS | 13507 RUSSELL ST | | WHITTIER | CA | 90602-3145 | K30290 | 66.90 | * |
| SKIP GIPE | 103 LE CLAIRE ST | | WARSAW | IL | 62379-1524 | K15401 | 66.90 | * |
| SKIP WILSON | 132 SELWYN PL | | GLENMOORE | PA | 19343-2671 | K41519 | 66.90 | * |
| SMITH [SMITTY] GAUSE | PO BOX 3457 | | NORTH MYRTLE | SC | 29582-0457 | K31941 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SONDRA D GIVLER | 6 OVERLOOK DR | | QUARRYVILLE | PA | 17566-9114 | K31632 | 66.90 | * |
| SONDRA HEALD | 3550 E CAMP DR | | GUTHRIE | OK | 73044-9072 | K62750 | 66.90 | * |
| SONDRA J LONG | 429 TAMMY AVE | | AMARILLO | TX | 79108-3209 | K31506 | 66.90 | * |
| SONDRA JENNINGS | 1502 S REECE RD | | GODDARD | KS | 67052-9484 | K55446 | 66.90 | * |
| SONDRA K BOYER | 1144 N RICHMOND ST | | WICHITA | KS | 67203-4614 | K28914 | 66.90 | * |
| SONDRA L LAVEY | 1001 MCNUTT RD LOT 268 | | CONWAY | AR | 72034-7955 | K54682 | 66.90 | * |
| SONIA ALLEN | 5211 M 52 | | WILLIAMSTON | MI | 48895-9554 | K40233 | 66.90 | * |
| SONIA BANWART | 319 E PEARSON ST | | EUREKA | IL | 61530-1443 | K44872 | 66.90 | * |
| SONIA JOSEPH-PAULINE | 16 WASHINGTON BLVD | | WASHINGTONVIL | NY | 10992-1273 | K41760 | 66.90 | * |
| SONIA ORAM | 33 TIDEWATER WAY | | SAVANNAH | GA | 31411-2102 | K33778 | 66.90 | * |
| SONIA S STOLOFF | 46 DRUMLIN RD | | WESTPORT | CT | 06880-6137 | K47625 | 66.90 | * |
| SONIA SCOTT | 43 PERSHING AVE | | ISELIN | NJ | 08830-1427 | K14549 | 66.90 | * |
| SONIA SPENCER | 403 W COLLEGE CORNER RD | | CENTERVILLE | IN | 47330-1166 | K25817 | 66.90 | * |
| SONIA SUZETTE TROXELL | 411 MYRTLE ST | | MILTON | PA | 17847-2356 | K23843 | 66.90 | * |
| SONJA CORLEW | 3211 RIDGEWOOD AVE | | ASHTABULA | OH | 44004-4430 | K16206 | 66.90 | * |
| SONJA GERICK | 10967 MORTENVIEW DR | | TAYLOR | MI | 48180-3724 | K58707 | 66.90 | * |
| SONJA K CERINI | 24064 STEELHEAD DR | | CORONA | CA | 92883-9391 | K34607 | 66.90 | * |
| SONJA KIPP | 1535 FURNACE HILL RD | | STEVENS | PA | 17578-9627 | K27283 | 66.90 | * |
| SONJA ORR | 4671 POINCIANA DR | | PENSACOLA | FL | 32526-2034 | K30033 | 66.90 | * |
| SONYA DAHLEN | 518 4TH ST SE | | DEVILS LAKE | ND | 58301-3704 | K35481 | 66.90 | * |
| SONYA MARIE MARTELLI | 624 150TH PL | | WHITESTONE | NY | 11357-1218 | K41339 | 66.90 | * |
| SOPHIA A BROWN | 1321 ROOSEVELT BLVD | | PORTSMOUTH | VA | 23701-3630 | K14142 | 66.90 | * |
| SOPHIE TOULON | 536 N DEE RD | | PARK RIDGE | IL | 60068-2821 | K51842 | 66.90 | * |
| SOPHVINA ETINGE | 3612 BARBADOS DR | | AUGUSTA | GA | 30909-2602 | K59820 | 66.90 | * |
| SORINE [SUNNY] MARKERT | 51 PLAINS RD | | HONEOYE FALLS | NY | 14472-9007 | K35463 | 66.90 | * |
| SOUTH CAROLINA SYNOD | c/o DOROTHY JEFFCOAT | 1003 RICHLAND STREET | COLUMBIA | SC | 29201 | | 0.00 | ** |
| SOUTHERN UNIV AT NEW ORLEANS | SOUTHERN UNIVERSITY AT NEW O | 6400 PRESS DR | NEW ORLEANS | LA | 70126 | | 0.00 | ** |
| SOUTHERN UNIV AT NEW ORLEANS | c/o GLORIA MOULTRIE | 6400 PRESS DR | NEW ORLEANS | LA | 70126 | | 0.00 | ** |
| SPEIR N RAMSEY MD | 1604 FOX HALL RD | | SAVANNAH | GA | 31406-5006 | K57531 | 66.90 | * |
| SPENCER A BROOME JR | 1526 MT TORREY RD | | LYNDHURST | VA | 22952-2304 | K42078 | 66.90 | * |
| SPENCER ALLEN SR | 819 WILDERNESS WAY | | NEWPORT NEWS | VA | 23608-1396 | K38879 | 66.90 | * |
| SPENCER C MILLER | 18731 US HIGHWAY 69 S | | TYLER | TX | 75703-8247 | K35015 | 66.90 | * |
| SPENCER D SUTHERBY | 1444 FAIRWAYS E | | FLUSHING | MI | 48433-2272 | K56242 | 66.90 | * |
| SPENCER V PERKINS JR | 1113 FORT HAYES DR | | SOUTH PRINCE | VA | 23805-9122 | K50314 | 66.90 | * |
| SR BARBARA EPPICH | 2600 LANDER RD | | CLEVELAND | OH | 44124-4320 | K43662 | 66.90 | * |
| SR JEANNE CONLEY RSM | 106B TAMPA AVE | | ALBANY | NY | 12203-2324 | K19829 | 66.90 | * |
| SR JOHANNA J ZIELINSKI DW | 3418 BURT ST | | OMAHA | NE | 68131-1942 | K36738 | 66.90 | * |
| SR M LEO FRANCIS MONAGHAN OP | 149 SCHLEIGEL BLVD | | AMITYVILLE | NY | 11701-1319 | K36963 | 66.90 | * |
| SR PATRICIA M MANNION RSM | 426 WHITEHALL RD APT 516 | | ALBANY | NY | 12208-1650 | K19864 | 66.90 | * |
| SR ROSEMARY BOYD OLM | PO BOX 12410 | | CHARLESTON | SC | 29422-2410 | K36732 | 66.90 | * |
| ST AGNES ACADEMIC HIGH SCHOOL | ST AGNES ACADEMIC HIGH SCHOO | 13-20 124TH ST | COLLEGE POINT | NY | 11356-1896 | | 0.00 | ** |
| ST AGNES ACADEMIC HIGH SCHOOL | c/o DENISE FETONTE | 13-20 124TH ST | COLLEGE POINT | NY | 11356-1896 | | 0.00 | ** |
| ST STANISLAUS COLLEGE | c/o SUSAN RYAN ESTRADE | 304 SOUTH BEACH BOULEVARD | BAY SAINT LOU | MS | | | 0.00 | ** |
| STACIE L TRUEHEART | 7738 TEA TABLE DR | | LORTON | VA | 22079-4707 | K39387 | 66.90 | * |
| STACY CARSON | 925 WINTHROP LN | | ROCKFORD | IL | 61107-3445 | K47835 | 66.90 | * |
| STACY J DUMKRIEGER | 1805 W 6TH ST | | STORM LAKE | IA | 50588-2810 | K20798 | 66.90 | * |
| STACY MEARS | 105 HOPEWELL CIR | | GEORGETOWN | TX | 78628-6958 | K27810 | 66.90 | * |
| STACY STEELE | 6654 S OAKLEY AVE | | CHICAGO | IL | 60636-2426 | K57492 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| STAN CASPER | 17 LA PUNTA | | ORINDA | CA | 94563-1818 | K35298 | 66.90 | * |
| STAN CHRZANOWSKI | 2504 SAILORS WAY | | NAPLES | FL | 34109-7620 | K15366 | 66.90 | * |
| STAN GIVENS | 8770 WILLIAMSHIRE EAST DR | | INDIANAPOLIS | IN | 46260-1785 | K32009 | 66.90 | * |
| STAN J BYERS | 5 KINGSRIDGE DR N | | COUNCIL BLUFF | IA | 51503-8419 | K58220 | 66.90 | * |
| STAN RICKS | PO BOX 1840 | | GRANTS PASS | OR | 97528-0156 | K31606 | 66.90 | * |
| STAN SIMMER | 2740 14TH AVE NE | | NAPLES | FL | 34120-5552 | K28963 | 66.90 | * |
| STANFORD BEARD | 1250 WHITWORTH CT | | KERNERSVILLE | NC | 27284-3762 | K24861 | 66.90 | * |
| STANFORD FRIEDBERG | 4204 TAMARACK LN | | MURRYSVILLE | PA | 15668-9353 | K46020 | 66.90 | * |
| STANLEY B MCDONALD SR | 1401 FIELD AVE | | METAIRIE | LA | 70001-3228 | K57490 | 66.90 | * |
| STANLEY BOUDER | 408 FLAXEN LN | | EPHRATA | PA | 17522-8442 | K57898 | 66.90 | * |
| STANLEY CLOVER | 627 ANDERSON ST | | GREENCASTLE | IN | 46135-1833 | K45469 | 66.90 | * |
| STANLEY D ALLRED | 3224 HOLMES ST | | KANSAS CITY | MO | 64109-1754 | K30080 | 66.90 | * |
| STANLEY DRUMM | 122 VALENCIA CIR | | CENTERVILLE | GA | 31028-1338 | K14989 | 66.90 | * |
| STANLEY F AYERS | PO BOX 1306 | | DESERT HOT SP | CA | 92240-0941 | K31858 | 66.90 | * |
| STANLEY GOLDMAN CPA | 101 LARCHWOOD DR | | TURTLE CREEK | PA | 15145-1125 | K40891 | 66.90 | * |
| STANLEY J HARRIS JR | 120 TEDDY LN | | PICAYUNE | MS | 39466-2190 | K54090 | 66.90 | * |
| STANLEY J JORSZ JR | 105 WILLIAMS ST | | NORWICH | CT | 06360-3439 | V98807 | 66.90 | * |
| STANLEY J RICHMOND | 210 ALLANDALE RD APT 1C | | CHESTNUT HILL | MA | 02467-3284 | K14211 | 66.90 | * |
| STANLEY JANKOWSKI JR | 135 JOHN ST | | SOUTH AMBOY | NJ | 08879-1718 | K29495 | 66.90 | * |
| STANLEY JOHN JAY | 410 OLD SCARBOROUGH LN | | GARNER | NC | 27529-5173 | K36304 | 66.90 | * |
| STANLEY M FARAK | 37 NORSEMAN DR | | PORTSMOUTH | RI | 02871-3201 | K34652 | 66.90 | * |
| STANLEY OGBORN | 1393 CONCORD POINT LN | | RESTON | VA | 20194-1307 | K29998 | 66.90 | * |
| STANLEY P [STAN] STONE | 345 E 80TH ST APT 23J | | NEW YORK | NY | 10075-0689 | K10690 | 66.90 | * |
| STANLEY P LARNER | 279 ALLIGATOR ALY | | ZOLFO SPRINGS | FL | 33890-6711 | K42782 | 66.90 | * |
| STANLEY P STRAUSS | 1440 BREAKERS WEST BLVD | | WEST PALM BEA | FL | 33411-1847 | K46137 | 66.90 | * |
| STANLEY R LAMBARTH | 6120 PLEASANT LAKE BLVD | | ANN ARBOR | MI | 48103-9631 | V99899 | 66.90 | * |
| STANLEY RAY JOHNSON | 4863 DAYWALT RD | | SEBASTOPOL | CA | 95472-6020 | K14505 | 66.90 | * |
| STANLEY SHAFER | 1404 CHERRY LN | | DECATUR | IN | 46733-1458 | K43427 | 66.90 | * |
| STANLEY SHAPIRO | 28 MARGARETE DR | | PITTSGROVE | NJ | 08318-3012 | K42806 | 66.90 | * |
| STANLEY SIESEL | 6999 VIALE ELIZABETH | | DELRAY BEACH | FL | 33446-3742 | K47969 | 66.90 | * |
| STANLEY T ESCUDERO | 3034 S PENINSULA DR | | DAYTONA BEACH | FL | 32118-5912 | K48863 | 66.90 | * |
| STANLEY WEINMAN | 525 E 72ND ST APT 25H | | NEW YORK | NY | 10021-9608 | K51276 | 66.90 | * |
| STANLEY YINGER | 1056 29TH ST | | PORTSMOUTH | OH | 45662-2229 | K32602 | 66.90 | * |
| STANSA ZITNIK | 482 SNAVELY RD | | RICHMOND HEIG | OH | 44143-2741 | K48948 | 66.90 | * |
| STANTON W HOLMBERG | 16295 38TH PL N | | MINNEAPOLIS | MN | 55446-1348 | K31482 | 66.90 | * |
| Staples Credit Plan | Dept 51-7819109678 | PO Box 689020 | Des Moines | IA | 50368-9020 | 603551781 | 84.39 | ** |
| STEARNS W [STEVE] WOOD | 765 RIVER HEIGHTS RD | | MENOMONIE | WI | 54751-3748 | K24729 | 66.90 | * |
| STEAVEN SWICKARD | 731 AMBER DR | | LAKE CHARLES | LA | 70611-4622 | K44737 | 66.90 | * |
| STELLA HENRY | 52 CHURCH RD | | MIFFLIN | PA | 17058-7027 | K16485 | 66.90 | * |
| STELLA PAULINE MAIS BROWN | 14796 SCOTCH RIDGE RD | | CARLISLE | IA | 50047-3133 | K22045 | 66.90 | * |
| STELLA REVEN | PO BOX 958 | | KINGSLAND | TX | 78639-0958 | K43347 | 66.90 | * |
| STEPHAN CARFARO | 14 MENDHAM AVE | | MORRISTOWN | NJ | 07960-3618 | K47253 | 66.90 | * |
| STEPHANIE [DIANNE] FISHER | 215 OLIVE ST APT 1 | | LEAVENWORTH | KS | 66048-2824 | K35359 | 66.90 | * |
| STEPHANIE BOVE | 26 ABERCORN CT | | JACKSON | NJ | 08527-3965 | K51104 | 66.90 | * |
| STEPHANIE COX | 2250 LOTTRIDGE RD | | COOLVILLE | OH | 45723-9332 | K54546 | 66.90 | * |
| STEPHANIE DIRNER | 6202 E HEARN RD | | SCOTTSDALE | AZ | 85254-3228 | K32106 | 66.90 | * |
| STEPHANIE FARENWALD SANDS | 632 PROSPECT ST | | LANCASTER | PA | 17603-5840 | K32266 | 66.90 | * |
| STEPHANIE HEINLE | 444 3RD ST | | INTERNATIONAL | MN | 56649-2310 | K27909 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| STEPHANIE MILLER | 50 POPHAM RD APT 6F | | SCARSDALE | NY | 10583-4259 | K49636 | 66.90 | * |
| STEPHANIE ORTH | 7 W BRANCH LN | | WEST CHESTER | PA | 19382-8350 | K55128 | 66.90 | * |
| STEPHANIE REDWINE | 534 MARTIN MILL PIKE | | ROCKFORD | TN | 37853-3508 | K15081 | 66.90 | * |
| STEPHANIE ROBERTS | 1707 LINDEN DR APT D | | FAIRFIELD | IA | 52556-8883 | K20749 | 66.90 | * |
| STEPHANIE TAGYE | 71 BIRCH LN | | PAOLI | PA | 19301-1202 | K49149 | 66.90 | * |
| STEPHANIE WOLF | 628 W HORTTER ST | | PHILADELPHIA | PA | 19119-3649 | K15781 | 66.90 | * |
| STEPHANIE WRAY | 11115 E ONYX CT | | SCOTTSDALE | AZ | 85259-4858 | K35941 | 66.90 | * |
| STEPHEN [STEVE] LEVY | 2152 HARBOUR DR | | PALMYRA | NJ | 08065-1124 | K42225 | 66.90 | * |
| STEPHEN [STEVE] VESSELS | 10950 BROAD RUN RD | | LOUISVILLE | KY | 40299-5422 | K34481 | 66.90 | * |
| STEPHEN [STEVE] WRIGHT | 101 S BLOOMINGTON ST | | GREENCASTLE | IN | 46135-1730 | K46048 | 66.90 | * |
| STEPHEN A COYCAULT SR | 4315 MAIDENHEAD DR | | PASADENA | TX | 77504-5021 | K50230 | 66.90 | * |
| STEPHEN A CREVISTON | 2093 TEST RD | | RICHMOND | IN | 47374-4951 | K30473 | 66.90 | * |
| STEPHEN A GARY | 142 PINE AVE | | WEST BERLIN | NJ | 08091-1842 | K41560 | 66.90 | * |
| STEPHEN A SHAFER | 2214 N MAYBERRY ST | | MISSION | TX | 78572-2933 | K45261 | 66.90 | * |
| STEPHEN ANDERSON | PO BOX 1214 | | STORM LAKE | IA | 50588-1214 | K18327 | 66.90 | * |
| STEPHEN B CURREY | 11453 N COPPERBELLE PL | | TUCSON | AZ | 85737-1713 | K37780 | 66.90 | * |
| STEPHEN B LUCAS | 9 OVERBROOK DR | | AIRMONT | NY | 10952-4321 | K50064 | 66.90 | * |
| STEPHEN BISHOP | 2609 EISENHOWER AVE | | AMES | IA | 50010-4411 | K37736 | 66.90 | * |
| STEPHEN BRYANT | 2383 HARMONYVILLE RD | | ELVERSON | PA | 19520-8975 | K37645 | 66.90 | * |
| STEPHEN C TAUNTON | 1413 N LOMALAI LN | | FLAGSTAFF | AZ | 86001-1421 | K36399 | 66.90 | * |
| STEPHEN CAPISTA | 130 RIVOLI OAKS CIR | | MACON | GA | 31210-1597 | K33961 | 66.90 | * |
| STEPHEN CARL BRAND | 145 TATUM LN | | EUGENE | OR | 97404-3148 | K34391 | 66.90 | * |
| STEPHEN COLAMONICO | 339 CINDY ST | | OLD BRIDGE | NJ | 08857-1852 | K54951 | 66.90 | * |
| STEPHEN COOPER | PO BOX 72815 | | FAIRBANKS | AK | 99707-2815 | K34533 | 66.90 | * |
| STEPHEN EMIL ARCHEY | 6793 COOKSEY RD | | ADKINS | TX | 78101-2245 | K48942 | 66.90 | * |
| STEPHEN ENGBERS | 11408 E AMHERST CIR S | | AURORA | CO | 80014-3047 | K18510 | 66.90 | * |
| STEPHEN ENGLER | 1941 MONO DR | | MARTINEZ | CA | 94553-4915 | K54502 | 66.90 | * |
| STEPHEN F CONDIRACCI | 1 IDA ST | | SAYREVILLE | NJ | 08872-1157 | K36811 | 66.90 | * |
| STEPHEN FERRIS | 7 WELLINGTON AVE | | NEWPORT | RI | 02840-3927 | K37311 | 66.90 | * |
| STEPHEN G ARBEELY | 10 CAROL CT | | BREWSTER | NY | 10509-4401 | K11462 | 66.90 | * |
| STEPHEN G BAKER | 3 HICKEY DR | | FRAMINGHAM | MA | 01701-8812 | K13188 | 66.90 | * |
| STEPHEN GOULD | 99 HARRIS RD | | PRINCETON JUN | NJ | 08550-1303 | K39930 | 66.90 | * |
| STEPHEN H WEBER | 231 GEORGETOWNE CT | | ROYERSFORD | PA | 19468-3128 | K28894 | 66.90 | * |
| STEPHEN HANDLEY | PO BOX 630 | | GRANTHAM | NH | 03753-0630 | K53621 | 66.90 | * |
| STEPHEN HILLMAN | 6320 N 48TH ST | | OMAHA | NE | 68104-1362 | K56928 | 66.90 | * |
| STEPHEN HOCH | 22953 N RANCH VIEW DR | | RATHDRUM | ID | 83858-7371 | K19135 | 66.90 | * |
| STEPHEN HORATH | 2317 PARKROSE AVE | | CREST HILL | IL | 60403-1809 | K49566 | 66.90 | * |
| STEPHEN J KRAJEWSKI, JR | 18 UNCAS AVE | | QUAKER HILL | CT | 06375-1543 | K11084 | 66.90 | * |
| STEPHEN J RICCI | 100 BRACKETT RD | | NEWTON | MA | 02458-2614 | K48661 | 66.90 | * |
| STEPHEN J SKAPURA | 26885 MALLARD AVE | | EUCLID | OH | 44132-1512 | K46025 | 66.90 | * |
| STEPHEN J TONRA JR | PO BOX 1024 | | REDDING CENTE | CT | 06875-1024 | K11778 | 66.90 | * |
| STEPHEN KAYE | 6715 ASPEN TRACE CT | | ANNANDALE | VA | 22003-3570 | K51963 | 66.90 | * |
| STEPHEN L OSTRUM | PO BOX 484 | | DEPEW | OK | 74028-0484 | K54163 | 66.90 | * |
| STEPHEN L PRICE | 5909 HERSHOLT AVE | | LAKEWOOD | CA | 90712-1341 | K30491 | 66.90 | * |
| STEPHEN L SMITH | 2546 STATE ROUTE 218 | | GALLIPOLIS | OH | 45631-8344 | K51177 | 66.90 | * |
| STEPHEN LIBBY | 605 SOUTHDALE WAY | | WOODSIDE | CA | 94062-4146 | K53085 | 66.90 | * |
| STEPHEN M [PETE] BAER DDS | 106 PAINT BRUSH CIR | | LUFKIN | TX | 75904-5343 | K29490 | 66.90 | * |
| STEPHEN M [STEVE] KREIDLER | 5410 MATTHEW CT | | SARASOTA | FL | 34231-6354 | K37882 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| STEPHEN M FAUST | 201 DUKES ST | | SAINT GEORGE | SC | 29477-2011 | K38243 | 66.90 | * |
| STEPHEN M YAS | 1889 MAPLE AVE UNIT W5 | | EVANSTON | IL | 60201-3169 | K15354 | 66.90 | * |
| STEPHEN MACANGA | 919 CAMARO RUN DR | | WEST CHESTER | PA | 19380-4281 | K39274 | 66.90 | * |
| STEPHEN MARLOW | 417 47TH ST | | WEST DES MOIN | IA | 50265-7100 | K55735 | 66.90 | * |
| STEPHEN NICKEY | 121 N BIDDLE ST | | MARIETTA | PA | 17547-1201 | K15964 | 66.90 | * |
| STEPHEN NISHINO | 3112 STEARNS HILL RD | | WALTHAM | MA | 02451-7114 | K15327 | 66.90 | * |
| STEPHEN ODELL SMOAK | 1063 SHILLINGS BRIDGE RD | | ORANGEBURG | SC | 29115-9796 | K49705 | 66.90 | * |
| STEPHEN P HELWIG | 370 LONG COVE DR | | HILTON HEAD I | SC | 29928-6143 | K55022 | 66.90 | * |
| STEPHEN P PALISIN | 21501 HALWORTH RD | | SHAKER HEIGHT | OH | 44122-3948 | K44803 | 66.90 | * |
| STEPHEN PARIS | 43 PASO NOGAL CT | | PLEASANT HILL | CA | 94523-1700 | K53402 | 66.90 | * |
| STEPHEN PERSEPONKO | 1212 NW 19TH ST | | RICHMOND | IN | 47374-1453 | K27701 | 66.90 | * |
| STEPHEN PETER | 8435 PARDEE RD | | TAYLOR | MI | 48180-2780 | K61560 | 66.90 | * |
| STEPHEN PHIPPS | 4688 BEAVER PIKE | | BEAVER | OH | 45613-9497 | K51850 | 66.90 | * |
| STEPHEN R LEOPOLD | PO BOX 14125 | | MILWAUKEE | WI | 53214-0125 | K34183 | 66.90 | * |
| STEPHEN R PRESS | 11202 WAKEFIELD AVE | | GARDEN GROVE | CA | 92840-1417 | K33155 | 66.90 | * |
| STEPHEN R SENIE | 80 E END AVE APT 19B | | NEW YORK | NY | 10028-8016 | K62688 | 66.90 | * |
| STEPHEN RICHARD SCHUTTER | 4710 REDSTART ST | | HOUSTON | TX | 77035-4908 | K54346 | 66.90 | * |
| STEPHEN S BARNEY | 15024 EMORY LN | | ROCKVILLE | MD | 20853-1652 | K32944 | 66.90 | * |
| STEPHEN S TALIANCICH | 254 AUDUBON BLVD | | NEW ORLEANS | LA | 70125-4125 | K57596 | 66.90 | * |
| STEPHEN SALTZBURG | 1646 21ST ST NW | | WASHINGTON | DC | 20009-1003 | K34390 | 66.90 | * |
| STEPHEN SAMUELS | 14 COLGATE RD | | WELLESLEY | MA | 02482-7406 | K38622 | 66.90 | * |
| STEPHEN STACY | 3619 SHANTUNG CT | | CHINO HILLS | CA | 91709-2824 | K61840 | 66.90 | * |
| STEPHEN T BOWERS | 12 BROOKSIDE AVE | | WYNANTSKILL | NY | 12198-7518 | K21433 | 66.90 | * |
| STEPHEN THOMPSON | 1524 DECANTER DR | | NEW BRAUNFELS | TX | 78132-2693 | K32105 | 66.90 | * |
| STEPHEN TILY | 60 OYSTER CUT | | VERO BEACH | FL | 32963-3723 | K36021 | 66.90 | * |
| STEPHNIE L SMITH | 725 PHILLIPS DR | | DUMAS | TX | 79029-5325 | K31863 | 66.90 | * |
| STEVE [WHITEHAWK] BISSELL | 9614 DISCOVERY RISE | | CONVERSE | TX | 78109-1931 | K56918 | 66.90 | * |
| STEVE A MULLINIX | 380 CREST HILL AVE | | VANDALIA | OH | 45377-1556 | K50421 | 66.90 | * |
| STEVE ANDERECK | 1411 JEFFERSON AVE | | SHEBOYGAN | WI | 53081-4344 | K46920 | 66.90 | * |
| STEVE BENNETT | 1660 200TH ST | | WEST CHESTER | IA | 52359-9757 | K61301 | 66.90 | * |
| STEVE BERG | 201 KNOELKE DR | | PORTER | IN | 46304-1221 | K52271 | 66.90 | * |
| STEVE BIBB | 5763 S KILLARNEY WAY | | CENTENNIAL | CO | 80015-3607 | K50629 | 66.90 | * |
| STEVE BORGMAN | 2103 ADDISON RD | | HOUSTON | TX | 77030-1221 | K15831 | 66.90 | * |
| STEVE BRUMLEY | 315 MARGARET AVE | | GAFFNEY | SC | 29341-4854 | K25438 | 66.90 | * |
| STEVE C WILLIAMS | 829 NW B ST | | RICHMOND | IN | 47374-4061 | K27155 | 66.90 | * |
| STEVE CALIGIURI | 3305 EP TRUE PKWY UNIT 1603 | | WEST DES MOIN | IA | 50265-7677 | K21301 | 66.90 | * |
| STEVE COLEMAN | 960 42ND ST | | WEST DES MOIN | IA | 50265-3025 | K22789 | 66.90 | * |
| STEVE COOK | 937 MCKINLEY AVE | | LOUISVILLE | KY | 40217-2021 | K38841 | 66.90 | * |
| STEVE DECKER | 5937 THOMPSON CREEK RD | | APPLEGATE | OR | 97530-9638 | K31471 | 66.90 | * |
| STEVE DENNIS | PO BOX 645 | | ELGIN | OK | 73538-0645 | K47593 | 66.90 | * |
| STEVE DODSON | 1267 SE BLUESTEM RD | | EL DORADO | KS | 67042-8823 | K49064 | 66.90 | * |
| STEVE E DIMICK | 8306 E LAKELAND CIR | | WICHITA | KS | 67207-5120 | K55168 | 66.90 | * |
| STEVE EHLERS | 2526 SW 27TH AVE | | CAPE CORAL | FL | 33914-3833 | K20631 | 66.90 | * |
| STEVE FRITZ | 4896 W GILES RD | | MUSKEGON | MI | 49445-9694 | K35394 | 66.90 | * |
| STEVE GARDNER | 1030 AVENUE D ST | | GREENCASTLE | IN | 46135-1838 | K45264 | 66.90 | * |
| STEVE GREEN | 1968 FAIRHAVEN DR | | CEDARBURG | WI | 53012-9156 | K39619 | 66.90 | * |
| STEVE GREGG | 2741 GALLOWS RD APT 103 | | VIENNA | VA | 22180-7138 | K23035 | 66.90 | * |
| STEVE HAYS | 4127 OVERBROOK DR | | BRECKSVILLE | OH | 44141-1845 | K18143 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| STEVE HAYSLETT | 1150 KYLE DR NE | | IOWA CITY | IA | 52240-9608 | K58658 | 66.90 | * |
| STEVE HENSLEY | PO BOX 484 | | KALIDA | OH | 45853-0484 | K47174 | 66.90 | * |
| STEVE HODGES | 384 BARTLETT LN | | GRANTS PASS | OR | 97527-9602 | K35435 | 66.90 | * |
| STEVE HUGHES | 5 FRENSHAM LN | | BELLA VISTA | AR | 72715-6900 | K50406 | 66.90 | * |
| STEVE J GHENT III | 253 CRAIG MANOR RD RM 217 | | LANCASTER | SC | 29720-6531 | K48744 | 66.90 | * |
| STEVE J RAY | 213 RECLINATA CIR | | VENICE | FL | 34292-5402 | K49918 | 66.90 | * |
| STEVE JOHN COVELL | 885 GORDONS DR | | COLDWATER | MI | 49036-8292 | K35070 | 66.90 | * |
| STEVE L MEADOWS | 149 RIVERSIDE DR | | CAPE CANAVERA | FL | 32920 | K13979 | 66.90 | * |
| STEVE L TOWNER | 3272 N KABA RD | | GOLDEN VALLEY | AZ | 86413-8908 | K56257 | 66.90 | * |
| STEVE M MILLER | 6763 DELONG LANDING CIR | | ANCHORAGE | AK | 99502-1984 | K19172 | 66.90 | * |
| STEVE MAULDIN | 52643 CENTER DR | | LA PINE | OR | 97739-8908 | K32164 | 66.90 | * |
| STEVE MEYER | 518 FAIRVIEW RD | | PLYMOUTH | WI | 53073-1305 | K51834 | 66.90 | * |
| STEVE MORAN | 14337 LA FORGE ST | | WHITTIER | CA | 90603-1852 | K31892 | 66.90 | * |
| STEVE MORELLO | 1615 BELMONT AVE APT 212 | | SEATTLE | WA | 98122-2327 | K59430 | 66.90 | * |
| STEVE MORTIMORE | 1650 WILLIAMS ST NW | | SWISHER | IA | 52338-9429 | K21491 | 66.90 | * |
| STEVE NICHOLSON | 9279 SCHRODER RD | | VERSAILLES | OH | 45380-9523 | K31088 | 66.90 | * |
| STEVE NOBLE | 6408 LAKESIDE | | FLOWER MOUND | TX | 75022-5834 | K48862 | 66.90 | * |
| STEVE ONGERT | 625 WATERSTONE DR | | NORTON SHORES | MI | 49441-6504 | K60349 | 66.90 | * |
| STEVE PARNELL | 5318 OLD HIGHWAY 87 | | ORANGE | TX | 77632-0636 | K58416 | 66.90 | * |
| STEVE REYES | 9292 BLACKOAKS CT N | | MAPLE GROVE | MN | 55311-1576 | K20923 | 66.90 | * |
| STEVE RIEBHOFF | 1308 HIGHWAY 18 E | | ALGONA | IA | 50511-1110 | K57991 | 66.90 | * |
| STEVE ROEDER | 6641 BELLFONTAINE RD | | HARROD | OH | 45850-9717 | K44806 | 66.90 | * |
| STEVE ROGGOW | 780 DONNELLY DR | | MARION | IA | 52302-2746 | K16778 | 66.90 | * |
| STEVE SAMUELS | 202 CLEVELAND DR | | CROTON ON HUD | NY | 10520-2415 | K46503 | 66.90 | * |
| STEVE SANTORO | 402 BUTTERCUP LN | | PLEASANT HILL | CA | 94523-1631 | K33193 | 66.90 | * |
| STEVE SCHARETG | 22702 BALTAR | | MISSION VIEJO | CA | 92691-1705 | K53127 | 66.90 | * |
| STEVE SCHNEIDER | 8685 B DR N | | BATTLE CREEK | MI | 49014-7516 | K16640 | 66.90 | * |
| STEVE SMITS | 30175 NE SMITS LN | | NEWBERG | OR | 97132-6460 | K33041 | 66.90 | * |
| STEVE SPINA | 101 LUCIA CT | | SAN BRUNO | CA | 94066-4725 | K51758 | 66.90 | * |
| STEVE TERZINI | 2305 VI POST RD | | RICHMOND | IN | 47374-9498 | K32405 | 66.90 | * |
| STEVE WELLS | 70 BUCKBOARD DR | | WILLIFORD | AR | 72482-7025 | K40287 | 66.90 | * |
| STEVE WHISENAND | 8316 W POCAHONTAS AVE | | TAMPA | FL | 33615-2821 | K57340 | 66.90 | * |
| STEVE WOOLF | 130 EDGAR RD | | SAINT LOUIS | MO | 63119-3228 | K34964 | 66.90 | * |
| STEVEN [STEVE] PRIBYL | 613 BOULEVARD RD | | KEOKUK | IA | 52632-2443 | K21348 | 66.90 | * |
| STEVEN A BARRON | 1114 USHER ST | | BENBROOK | TX | 76126-3512 | K30275 | 66.90 | * |
| STEVEN A DEBELLA | 9247 KOKANEE RD | | VERNON | BC | V1H 1K4 | K51503 | 66.90 | * |
| STEVEN A KAMMEYER | 20802 WOODBURN RD | | WOODBURN | IN | 46797-9567 | K38317 | 66.90 | * |
| STEVEN A SEILER | 4420 GLENDALE ST | | METAIRIE | LA | 70006-2851 | K55228 | 66.90 | * |
| STEVEN A WRUCK | 1115 COUNTY ROAD 4 | | SAINT CLOUD | MN | 56303-0229 | K21067 | 66.90 | * |
| STEVEN BAUMAN | 7632 SADDLE DR | | MANHATTAN | KS | 66503-9771 | K57938 | 66.90 | * |
| STEVEN BAUSERMAN MD | 16910 HAMILTON POOL RD UNIT | | AUSTIN | TX | 78738-7204 | K57069 | 66.90 | * |
| STEVEN BERGIN MD | 617 LINWOOD AVE | | STEVENS POINT | WI | 54481-4428 | K50147 | 66.90 | * |
| STEVEN BORDEN | 2 TWIN PONDS CT | | NEW FAIRFIELD | CT | 06812-3129 | K52120 | 66.90 | * |
| STEVEN BRAUN | 2107 SPENCER RD | | SILVER SPRING | MD | 20910-5016 | K42372 | 66.90 | * |
| STEVEN C [STEVE] LUMLEY | 17455 COUNTY ROAD 44 | | SOUTH HAVEN | MN | 55382-2637 | K29675 | 66.90 | * |
| STEVEN C BOLYARD | 17522 ROTH RD | | SPENCERVILLE | IN | 46788-9600 | K40792 | 66.90 | * |
| STEVEN C PUGH | 11750 3 1/2 MILE RD | | BATTLE CREEK | MI | 49015-9322 | K42728 | 66.90 | * |
| STEVEN CAMPBELL | 761 BROWNVILLE RD | | ROME | OH | 44085-9740 | K18503 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| STEVEN CLARK | 346 E HIGH POINT RD | | PEORIA | IL | 61614-3039 | K50751 | 66.90 | * |
| STEVEN CUDEN | 40 TIMBERLINE CT | | PITTSBURGH | PA | 15217-3043 | K42518 | 66.90 | * |
| STEVEN D MEARS | 1185 W MOUNTAIN VIEW RD APT | | JOHNSON CITY | TN | 37604-2532 | K17058 | 66.90 | * |
| STEVEN D POPELL | 14244 AMHERST CT | | LOS ALTOS HIL | CA | 94022-1829 | K11171 | 66.90 | * |
| STEVEN DOORLAG | 1507 LAKEVIEW DR | | PORTAGE | MI | 49002-6971 | K22983 | 66.90 | * |
| STEVEN DUISTERHOF | 309 W RIDGE CIR | | KALAMAZOO | MI | 49009-9108 | K18226 | 66.90 | * |
| STEVEN E BENNETT | 1272 COUNTY ROAD 45 | | WATERLOO | IN | 46793-9717 | K41136 | 66.90 | * |
| STEVEN F GIATROUDAKIS | 412 DOWNING CIR | | DAVENPORT | FL | 33897-8592 | K61529 | 66.90 | * |
| STEVEN FROST | 825 MOULTON AVE | | NORTH MUSKEGO | MI | 49445-2919 | K55732 | 66.90 | * |
| STEVEN G BRODY | 4 MESERVE RD | | DURHAM | NH | 03824-2908 | K47723 | 66.90 | * |
| STEVEN G FRIEDMAN | 2000 L ST NW STE 675 | | WASHINGTON | DC | 20036-4900 | K56290 | 66.90 | * |
| STEVEN G PAYNE | 624 E 2ND ST | | RIALTO | CA | 92376-6011 | K22619 | 66.90 | * |
| STEVEN G VARANKO | 874 GLADE CREEK SCHOOL RD | | ENNICE | NC | 28623-9204 | K52437 | 66.90 | * |
| STEVEN GAAL | 660 ASHLAND AVE | | FOLCROFT | PA | 19032-1404 | K60711 | 66.90 | * |
| STEVEN GROSSMANN | 2454 FRANCISCO ST | | SAN FRANCISCO | CA | 94123-1815 | K52534 | 66.90 | * |
| STEVEN HARTNESS | PO BOX 716 | | CAPITOLA | CA | 95010-0716 | K56130 | 66.90 | * |
| STEVEN HAYES BARNHILL | 16 BARTON RD | | TRENTON | SC | 29847-2338 | K25178 | 66.90 | * |
| STEVEN HEMSOTH | 3720 FORESTHILL AVE | | FORT WAYNE | IN | 46805-1302 | K38457 | 66.90 | * |
| STEVEN INGRAM | 104 N WRIGHT AVE | | EAGLE GROVE | IA | 50533-1829 | K14814 | 66.90 | * |
| STEVEN K FUSCHETTI | 840 MILLER ST | | PALMYRA | PA | 17078-3056 | K40379 | 66.90 | * |
| STEVEN KLEBANOFF | 8 LONGLEDGE DR | | RYE BROOK | NY | 10573-1946 | K35169 | 66.90 | * |
| STEVEN KULLMER | 1102 IOWA ST | | DYSART | IA | 52224-9526 | K59205 | 66.90 | * |
| STEVEN L RIECK | 1006 PRANGE DR | | FORT WAYNE | IN | 46807-2515 | K39122 | 66.90 | * |
| STEVEN L WALTERS | 25220 PINTO DR | | HOLLYWOOD | MD | 20636-2664 | K15084 | 66.90 | * |
| STEVEN LAUGHLIN | 110 GLENN DR | | IOWA CITY | IA | 52245-4806 | K57074 | 66.90 | * |
| STEVEN LINDBERG | 1907 TOWN ROAD 274 | | INTERNATIONAL | MN | 56649-8761 | K20689 | 66.90 | * |
| STEVEN M [STEVE] KNECHT | 720 RACHELS TRL | | HERMITAGE | TN | 37076-2222 | K35158 | 66.90 | * |
| STEVEN M BERNSON | 16060 VENTURA BLVD STE 110-2 | | ENCINO | CA | 91436-2761 | K10732 | 66.90 | * |
| STEVEN OTTMANN | 1146 COUNTY ROAD F | | DORCHESTER | NE | 68343-2294 | K54144 | 66.90 | * |
| STEVEN P LINDENBERG | 321 W BRUBAKER VALLEY RD | | LITITZ | PA | 17543-9533 | K30992 | 66.90 | * |
| STEVEN PEARCE | 111 BUCHANAN DR | | YORK | PA | 17402-4802 | K42585 | 66.90 | * |
| STEVEN RICHARD LESSENS MD | 110 S MICHIGAN AVE | | SHELBY | MI | 49455-1202 | K35699 | 66.90 | * |
| STEVEN ROACH | 1105 KENSINGTON AVE | | GROSSE POINTE | MI | 48230-1404 | K11770 | 66.90 | * |
| STEVEN ROBAK | 5820 9TH ST SE | | SAINT CLOUD | MN | 56304-9435 | K24556 | 66.90 | * |
| STUERN ROEGLIN | 271 ALTA DR | | STUARTS DRAFT | VA | 24477-3209 | K23296 | 66.90 | * |
| STEVEN ROTH SR | 2196 MERRILL AVE | | BULLHEAD CITY | AZ | 86442-8356 | K57037 | 66.90 | * |
| STEVEN SANDOR | 6904 STATE ROUTE 22 STE 1 | | GREENSBURG | PA | 15601-8875 | K47350 | 66.90 | * |
| STEVEN SEGAL | 2601 S MCKENZIE ST STE 204 | | FOLEY | AL | 36535-3455 | K37747 | 66.90 | * |
| STEVEN SEXTON | 8216 NORTHRIDGE DR E | | OMAHA | NE | 68112-2144 | K54373 | 66.90 | * |
| STEVEN SHELDON | 2712 TORREY AVE | | ANN ARBOR | MI | 48108-1343 | K12367 | 66.90 | * |
| STEVEN SIEGELSKI | 275 GREEN ST APT 5H7 | | BEVERLY | NJ | 08010-2408 | K13476 | 66.90 | * |
| STEVEN SIRI | 4671 CRIMSON CT | | SANTA MARIA | CA | 93455-4184 | K53921 | 66.90 | * |
| STEVEN SOLO | PO BOX 413 | | INTERNATIONAL | MN | 56649-0413 | K22579 | 66.90 | * |
| STEVEN W WALDROP | 4100 CENTRAL PIKE APT 415 | | HERMITAGE | TN | 37076-3250 | K35262 | 66.90 | * |
| STEVEN WILSON | 4625 FREIERMUTH RD | | STOCKBRIDGE | MI | 49285-9508 | V98758 | 66.90 | * |
| STEVEN ZICHTERMAN | 3825 N 6TH ST | | KALAMAZOO | MI | 49009-8515 | K18394 | 66.90 | * |
| STEVIE HUFF SR | 102 WHITEHALL RD | | NORTH AUGUSTA | SC | 29841-8737 | K25476 | 66.90 | * |
| STEWART A DAVIS | 1657 GOLDEN RIDGE DR | | THE VILLAGES | FL | 32162-6766 | K26346 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| STEWART GALLARDO | 6919 DIANNA DR | | CINCINNATI | OH | 45239-4305 | K39001 | 66.90 | * |
| STEWART HUDSON | 2545 FRANCISCAN ST NE | | CANTON | OH | 44705-2915 | K61591 | 66.90 | * |
| STEWART J MENKING | 2217 LONG RIDGE RD | | STAMFORD | CT | 06903-2104 | K43076 | 66.90 | * |
| STORM LAKE HIGH SCHOOL | STORM LAKE SCHOOL DISTRICT F | 621 TORNADO DRIVE | STORM LAKE | IA | 50588-2277 | | 0.00 | ** |
| STORM LAKE HIGH SCHOOL | c/o PAT FISHER | 621 TORNADO DRIVE | STORM LAKE | IA | 50588-2277 | | 0.00 | ** |
| STOW-MUNROE FALLS HIGH SCHOOL | | 3227 GRAHAM RD | STOW | OH | 44224-3600 | | 0.00 | ** |
| STUART A KESSLER | 101 FERNCLIFF DR | | WEST HARTFORD | CT | 06117-1015 | K46382 | 66.90 | * |
| STUART A STEINMARK | 1202 CRESTWAY CT | | FORT COLLINS | CO | 80526-3036 | K17827 | 66.90 | * |
| STUART B SIMMONS | 65 EISENHOWER DR | | SHARON | MA | 02067-2436 | K14310 | 66.90 | * |
| STUART BUSCH | 315 W 23RD ST | | NEW YORK | NY | 10011-2247 | K54996 | 66.90 | * |
| STUART E MASON | 2910 NOTTINGHAM DR | | DENTON | TX | 76209-1370 | K30791 | 66.90 | * |
| STUART E SINOFF MD | 2087 LONG BOW LN | | CLEARWATER | FL | 33764-6407 | K12098 | 66.90 | * |
| STUART G SIEGAL | 930 MONTGOMERY AVE APT 504 | | BRYN MAWR | PA | 19010-3041 | K58052 | 66.90 | * |
| STUART GLENN GOODMAN | 4524 RANGEVIEW DR | | BILLINGS | MT | 59106-4723 | K35024 | 66.90 | * |
| STUART J GORDON | 701 FALLSGROVE DR APT 411 | | ROCKVILLE | MD | 20850-8710 | K57008 | 66.90 | * |
| STUART J SPIVAK | 8160 E BUTHERUS DR STE 5 | | SCOTTSDALE | AZ | 85260-2523 | K40999 | 66.90 | * |
| STUART KIMBALL | 400 MELANIE WAY | | MAITLAND | FL | 32751-3149 | K15351 | 66.90 | * |
| STUART KIRSCHENBAUM | 27080 WELLINGTON RD | | FRANKLIN | MI | 48025-1328 | K50632 | 66.90 | * |
| STUART L BRODER | 2331 MALCOLM AVE | | LOS ANGELES | CA | 90064-2205 | K51140 | 66.90 | * |
| STUART M BAUMANN | 601 W MINNEHAHA PKWY | | MINNEAPOLIS | MN | 55419-1232 | K56393 | 66.90 | * |
| STUART SCHULTZ | 2465 URBAN ST | | LAKEWOOD | CO | 80215-1128 | K62306 | 66.90 | * |
| STUART SCHWALM | 3162 PUTNAM AVE | | HURRICANE | WV | 25526-1315 | K39209 | 66.90 | * |
| SUE A UNGER-MERISALO | 903 WHITETAIL ST APT 6 | | RICE LAKE | WI | 54868-2069 | K35871 | 66.90 | * |
| SUE ANN BEATY | 378 SUNRISE CIR | | COSTA MESA | CA | 92627-5401 | K19261 | 66.90 | * |
| SUE ANN DALBEY | 8258 HATTERAS RD | | ORLANDO | FL | 32822-7112 | K24063 | 66.90 | * |
| SUE ANN FRAZIER | 210 W WASHINGTON ST | | GREENCASTLE | IN | 46135-1555 | K46001 | 66.90 | * |
| SUE ANN HICKS | 3 COUNTRY CLUB DR | | CANYON | TX | 79015-2125 | K35230 | 66.90 | * |
| SUE ANN PEDERSEN | 9502 LENOX LN | | VILLAGE OF LA | IL | 60014-3337 | K54966 | 66.90 | * |
| SUE BACKES | 402 PLANCEER PL | | PEACHTREE CTY | GA | 30269-2268 | K44055 | 66.90 | * |
| SUE BETZ | 320 ROYAL DR | | GULF SHORES | AL | 36542-2740 | K27912 | 66.90 | * |
| SUE BREWSTER | 54 OX BOW RD | | WESTON | MA | 02493-2718 | K35390 | 66.90 | * |
| SUE CLARITY | 1832 1ST AVE | | INTERNATIONAL | MN | 56649-3436 | K18522 | 66.90 | * |
| SUE DILLARD | 701 N COUNCIL RD APT 205 | | OKLAHOMA CITY | OK | 73127-4932 | K28511 | 66.90 | * |
| SUE DOULOS | 25 SHERWOOD RD | | HAMPTON BAYS | NY | 11946-3612 | K37933 | 66.90 | * |
| SUE DURKEE | 5872 E MONROE RD | | TECUMSEH | MI | 49286-9400 | K61185 | 66.90 | * |
| SUE E POLAK | 7328 E 31ST ST N | | WICHITA | KS | 67226-2214 | K48094 | 66.90 | * |
| SUE ELLEN FREDERICK | 49127 N 5TH AVE | | PHOENIX | AZ | 85087-8047 | K17576 | 66.90 | * |
| SUE ELLEN NELSEN | 654 OVERLAND TRL | | GRAFTON | WI | 53024-1100 | K39906 | 66.90 | * |
| SUE ETTER | 290 FILER AVE W TRLR 19 | | TWIN FALLS | ID | 83301-4670 | K58241 | 66.90 | * |
| SUE GIBSON | 10022 SHADOW CREST DR | | WOODWAY | TX | 76712-3123 | K53955 | 66.90 | * |
| SUE GIBSON | 4375 BERKELEY LN | | IOWA CITY | IA | 52245-9221 | K57455 | 66.90 | * |
| SUE HANEY | 7366 BEACON HILL DR | | PITTSBURGH | PA | 15221-2569 | K31431 | 66.90 | * |
| SUE HARWOOD | 301 MOOSE BRANCH RD APT D5 | | ROBBINSVILLE | NC | 28771-9413 | K58866 | 66.90 | * |
| SUE HORVATH | 4504 W HAVERILL DR | | SAINT JOSEPH | MO | 64506-1245 | K47862 | 66.90 | * |
| SUE HOWARD | 2905 EAGLE HILLS CIR | | PAPILLION | NE | 68133-3371 | K34291 | 66.90 | * |
| SUE HUNT | 3101 E HANTHORN RD | | LIMA | OH | 45804-4242 | K51131 | 66.90 | * |
| SUE HUNTER | 5925 STATE LINE RD | | KANSAS CITY | MO | 64113-1322 | K50209 | 66.90 | * |
| SUE JANSSEN | 12635 TOUCHDOWN DR | | FISHERS | IN | 46037-9531 | K60720 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| SUE KING | 9 HEMLOCK DR | | WHITE SULPHUR | WV | 24986-2327 | K22414 | 66.90 | * |
| SUE KLEMEYER | 3301 ELDERBERRY LN | | SPRINGFIELD | IL | 62711-8289 | K37484 | 66.90 | * |
| SUE KOEHLER | 11432 BALFOUR DR | | FENTON | MI | 48430-9060 | V99160 | 66.90 | * |
| SUE L FRYMARK | 3720 NE 109TH AVE | | PORTLAND | OR | 97220-2607 | K42857 | 66.90 | * |
| SUE LANGENBERG | 29 E JEFFERSON ST | | FREEPORT | IL | 61032-6521 | V99592 | 66.90 | * |
| SUE LE MAY | 7570 E SPEEDWAY BLVD UNIT 42 | | TUCSON | AZ | 85710-8820 | K57207 | 66.90 | * |
| SUE LEWIS | 358 WELCHWOOD DR | | CLARKSVILLE | TN | 37040-6739 | K33750 | 66.90 | * |
| SUE LUCKEY | 70201 AURORA RD SPC 233 | | DESERT HOT SP | CA | 92241-8316 | K28269 | 66.90 | * |
| SUE MCDANIEL | 6416 CORBLY RD APT 218 | | CINCINNATI | OH | 45230-2464 | K47424 | 66.90 | * |
| SUE MORRISON | 529 PEARL ST | | MEDFORD | OR | 97504-6851 | K32279 | 66.90 | * |
| SUE N RUSH | 41201 N US HIGHWAY 287 | | MASTERSON | TX | 79058-2603 | K28849 | 66.90 | * |
| SUE NORDQUIST | 130 RIVERVIEW BLVD | | INTERNATIONAL | MN | 56649-2106 | K26419 | 66.90 | * |
| SUE OSBORN | 2312 WALNUT LN | | RICHMOND | IN | 47374-5059 | K29155 | 66.90 | * |
| SUE QUINN | 303 CALLE DESCANSO | | SAN CLEMENTE | CA | 92673-3005 | V99512 | 66.90 | * |
| SUE RABY UHDE | 1460 PIONEER CIR | | WATKINSVILLE | GA | 30677-2909 | K15188 | 66.90 | * |
| SUE REX | 28352 250TH ST | | BONAPARTE | IA | 52620-8068 | K14743 | 66.90 | * |
| SUE RIVENBARK | 3000 EVERGREEN RD | | PROVIDENCE FO | VA | 23140 | K15876 | 66.90 | * |
| SUE ROSS | 4646 ZMIKLY RD | | PELLSTON | MI | 49769-9001 | K56703 | 66.90 | * |
| SUE S ALTHOUSE | 1107 WINTERS LN | | GLADWYNE | PA | 19035-1339 | K37277 | 66.90 | * |
| SUE S GRESS | 94 HERITAGE HILL RD APT A | | NEW CANAAN | CT | 06840-4620 | K39061 | 66.90 | * |
| SUE SHERLE | 2610 REMINGTON WAY | | CLARKSTON | WA | 99403-2245 | K34410 | 66.90 | * |
| SUE TELL | 3625 SINTON PL | | KETTERING | OH | 45429-4413 | K26215 | 66.90 | * |
| SUE UTTER | 2961 W CORTE MADELENA | | TUCSON | AZ | 85741-2987 | K57384 | 66.90 | * |
| SUE VASHOLZ-JENSEN | 3132 TUCKER ST | | OMAHA | NE | 68112-1746 | K62230 | 66.90 | * |
| SUE WELLS | 40 WHITE OAK PL | | IOWA CITY | IA | 52245-1591 | K60071 | 66.90 | * |
| SUE WHITMAN | 2863 HOUSELS RUN RD | | MILTON | PA | 17847-9015 | K15770 | 66.90 | * |
| SUE WINFORD | 404 N 17TH ST | | LAMESA | TX | 79331-3238 | K45195 | 66.90 | * |
| SUEANNE GRAY | 13103 GERMANY RD | | FENTON | MI | 48430-9552 | K56939 | 66.90 | * |
| SUELLA BARTO | 1475 AMHERST CT | | MECHANICSBURG | PA | 17050-8349 | K15914 | 66.90 | * |
| SUELLEN [SUE] HARRIS | 30 NORFIELD WOODS RD | | WESTON | CT | 06883-2230 | K53507 | 66.90 | * |
| SUELLYN STOTTS | 39 W STAFFORD AVE | | WORTHINGTON | OH | 43085-3567 | K44563 | 66.90 | * |
| SUNNIE OHL | 202 TEN MILE CREEK RD | | EAST PEORIA | IL | 61611-9224 | K48159 | 66.90 | * |
| SUSAN [DEDE] JOHNSTON | 2206 DELAWARE AVE | | WILMINGTON | DE | 19806-2212 | K52834 | 66.90 | * |
| SUSAN [SUE] HILTON | 1432 DEVINNEY RD | | YORK | SC | 29745-2119 | K29996 | 66.90 | * |
| SUSAN [SUE] KING | 3760 CHARLIE LN | | DOUGLASVILLE | GA | 30135-4312 | K16521 | 66.90 | * |
| SUSAN A LEMAIRE | 330 2ND AVE S APT 17 | | KIRKLAND | WA | 98033-6649 | K10962 | 66.90 | * |
| SUSAN A MCQUEEN | 6 JEAN DR | | LITTLE FALLS | NJ | 07424-2438 | K26379 | 66.90 | * |
| SUSAN A SCHULDT | 120 FAIRWAY LN | | CAPE CARTERET | NC | 28584-9703 | K19438 | 66.90 | * |
| SUSAN A THOMPSON | 2198 SE LINDEN LN | | GRANTS PASS | OR | 97527-5243 | K35194 | 66.90 | * |
| SUSAN A WILLIAMS | 18 OAKDALE BLVD | | YARDLEY | PA | 19067-3413 | K24451 | 66.90 | * |
| SUSAN ADAMS | 127 ROSEMARY ST | | PORT CHARLOTT | FL | 33954-2467 | K33652 | 66.90 | * |
| SUSAN ADLEMAN | 18 SANDBURG CT | | MAHWAH | NJ | 07430-3167 | K46684 | 66.90 | * |
| SUSAN ALTHERR-WILSON | 88 ARLINGTON AVE | | LONDON | OH | 43140-1030 | K58738 | 66.90 | * |
| SUSAN ARNOLD | 226 MEANDERING DR | | LEBANON | TN | 37090-1556 | K31518 | 66.90 | * |
| SUSAN BALDWIN | 103 HEDGE ROW LN | | CARLISLE | PA | 17015-4329 | K44634 | 66.90 | * |
| SUSAN BARKER | 7910 KELLNER RD | | WISCONSIN RAP | WI | 54494-7124 | K46303 | 66.90 | * |
| SUSAN BEAL | 5532 S SHORE DR APT 14D | | CHICAGO | IL | 60637-1990 | K50650 | 66.90 | * |
| SUSAN BISHOP | 280 NW 132ND ST | | NORTH MIAMI | FL | 33168-3825 | K28898 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| SUSAN BLOOMENSTEIN | 32 SUTTON PL | | ENGLEWOOD | NJ | 07631-3643 | K46294 | 66.90 | * |
| SUSAN BONDER | 7676 SPRINGWATER PL APT 201 | | BOYNTON BEACH | FL | 33437-5483 | K18662 | 66.90 | * |
| SUSAN BOSELIE | 104 N FAIRWAY DR | | KATHLEEN | GA | 31047-2040 | K46737 | 66.90 | * |
| SUSAN BRAATEN | 3001 COUNTY ROAD 127 | | INTERNATIONAL | MN | 56649-8724 | K18719 | 66.90 | * |
| SUSAN BRENNEMAN | PO BOX 524 | | IOWA CITY | IA | 52244-0524 | K56921 | 66.90 | * |
| SUSAN BUCKLEY | 919 170TH PL SE | | BELLEVUE | WA | 98008-5237 | K21979 | 66.90 | * |
| SUSAN C DAVIS | 3004 CORNELL CT | | NEWTOWN SQUAR | PA | 19073-1059 | K35449 | 66.90 | * |
| SUSAN C RUSSELL | 12002 S ONEIDA ST | | PHOENIX | AZ | 85044-3115 | K56935 | 66.90 | * |
| Susan C. Czap | 3802 Habana St | | New Port Richey | FL | 34652-6119 | | 718.88 | ARI: Wages |
| SUSAN CARR | 1320 BUNKER HILL RD | | MCKEESPORT | PA | 15135-2104 | K61258 | 66.90 | * |
| SUSAN CARYL | 1648 SUFFOLK DR | | CLEARWATER | FL | 33756-1838 | K56606 | 66.90 | * |
| SUSAN CASSON | 5201 E CICERO ST APT D | | MESA | AZ | 85205-7361 | K34316 | 66.90 | * |
| SUSAN CHASE | 2330 TURNBERRY DR | | OVIEDO | FL | 32765-5851 | K55003 | 66.90 | * |
| SUSAN CIATTO | 10 ROGERS LN | | SMITHTOWN | NY | 11787-2414 | K38393 | 66.90 | * |
| SUSAN COCKERILL | 2557 DONNA DR | | WILLIAMSTON | MI | 48895-9115 | K48333 | 66.90 | * |
| SUSAN COFFMAN | 6032 COCKTAIL DR | | LAS VEGAS | NV | 89130-7099 | K39039 | 66.90 | * |
| SUSAN COMTE | 25 YORK DR | | NEW CITY | NY | 10956-5836 | K62420 | 66.90 | * |
| SUSAN COOK | 3069 LYNDALE CT | | EDGEWOOD | KY | 41017-2322 | K24999 | 66.90 | * |
| SUSAN COOPER | 45 COYOTE CT | | NORTH LIBERTY | IA | 52317-9261 | K58078 | 66.90 | * |
| SUSAN COPPELMAN | 39 BELLE OF THE WEST RD | | YARMOUTH PORT | MA | 02675-1205 | K10684 | 66.90 | * |
| SUSAN CORAN | 505 E HURON ST APT 802 | | ANN ARBOR | MI | 48104-1553 | K13885 | 66.90 | * |
| SUSAN CORNETT | 2233 EGAN RD | | BIG STONE GAP | VA | 24219-4233 | K23624 | 66.90 | * |
| SUSAN CORRENTE | 74 CENTRAL PARK RD | | PLAINVIEW | NY | 11803-2012 | K43164 | 66.90 | * |
| SUSAN COX | 3 PEMBROKE RD | | LOUISVILLE | KY | 40220-1259 | K32600 | 66.90 | * |
| SUSAN CRONIN | 393 PRIMROSE DR | | UPPER GWYNEDD | PA | 19446-7604 | K36796 | 66.90 | * |
| SUSAN CURTIS | 800 CRESTON AVE | | DES MOINES | IA | 50315-2353 | K21445 | 66.90 | * |
| SUSAN D KIELY | 1133 14TH ST UNIT 2400 | | DENVER | CO | 80202-2248 | K27390 | 66.90 | * |
| SUSAN DAVIS | 15822 DREXEL CIR | | OMAHA | NE | 68135-2360 | K55112 | 66.90 | * |
| SUSAN DEE PRIM | 304 SOUTHWOOD DR | | MOCKSVILLE | NC | 27028-4338 | K22624 | 66.90 | * |
| SUSAN DEMMET | 211 E 35TH ST | | NEW YORK | NY | 10016-4280 | K52505 | 66.90 | * |
| SUSAN DENNISTON | 7383 CLUSTER HOUSE WAY | | GAINESVILLE | VA | 20155-3403 | K60739 | 66.90 | * |
| SUSAN DIANE STICKLEY | 6810 BROWNS QUARRY RD | | SABILLASVILLE | MD | 21780-9405 | K44289 | 66.90 | * |
| SUSAN DICKERSON | 1608 PRO DR | | LIMA | OH | 45805-4039 | K45514 | 66.90 | * |
| SUSAN DOCKTER | 1945 MIDDLE BELLVILLE RD | | MANSFIELD | OH | 44904-1656 | K48060 | 66.90 | * |
| SUSAN DORN | 6 MISTY HOLLOW CT | | SAINT CHARLES | MO | 63303-5085 | K46752 | 66.90 | * |
| SUSAN E HARRIS | 180 E PEBBLE TRL | | CASA GRANDE | AZ | 85122-6229 | K29037 | 66.90 | * |
| SUSAN E MULLEN RN | 9235 EILE DAHL RD | | KEMPTON | PA | 19529-9124 | K27199 | 66.90 | * |
| SUSAN E NOAH | 1302 RIVER OAKS DR | | FLOWER MOUND | TX | 75028-1345 | K17855 | 66.90 | * |
| SUSAN EDDY | 1133 VIRGINIA ST | | WATERLOO | IA | 50703-1732 | K55771 | 66.90 | * |
| SUSAN ELIZABETH WESTCOTT | 1030 LOMA AVE APT 103 | | LONG BEACH | CA | 90804-8809 | K40374 | 66.90 | * |
| SUSAN ELKIN | 408 COBUN CREEK RD | | MORGANTOWN | WV | 26508-3832 | K57382 | 66.90 | * |
| SUSAN ERISMAN | PO BOX 158 | | SAINT JOHNSBU | VT | 05819-0158 | K42935 | 66.90 | * |
| SUSAN FARZIN | 2420 DONNA DR | | COLUMBUS | OH | 43220-4783 | K12570 | 66.90 | * |
| SUSAN FENNER | 4322 SENDERO DR | | AUSTIN | TX | 78735-6322 | K45292 | 66.90 | * |
| SUSAN FLEEGE | PO BOX 273 | | FOLEY | MN | 56329-0273 | K25844 | 66.90 | * |
| SUSAN FLOYD | 11380 COVE CREEK CT | | TAYLOR | MI | 48180-7545 | K60219 | 66.90 | * |
| SUSAN FORTGANG | 2500 HICKORY HILLS RD | | ACCOKEEK | MD | 20607-9401 | K48700 | 66.90 | * |
| SUSAN FRAIK | 905 RIVERSIDE DR | | INTL FALLS | MN | 56649-2244 | K19975 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SUSAN FRAZIER | 5385 COULTER LN | | OXFORD | OH | 45056-1434 | K25429 | 66.90 | * |
| SUSAN G ATLAS | PO BOX 129 | | PEMBINE | WI | 54156-0129 | K42889 | 66.90 | * |
| SUSAN G BETSWORTH | 15 CENTRAL AVE NW | | LE MARS | IA | 51031-3517 | K59485 | 66.90 | * |
| SUSAN GAY | 1060 BROADMOOR RD | | BRYN MAWR | PA | 19010-1934 | K37434 | 66.90 | * |
| SUSAN GEISINGER | 1405 W MILWAUKEE AVE | | STORM LAKE | IA | 50588-2905 | K14008 | 66.90 | * |
| SUSAN GIPSON | 7053 LAKE WILLOW DR | | NEW ORLEANS | LA | 70126-3107 | K54817 | 66.90 | * |
| SUSAN GOETTEL | 3008 HENDERSON AVE SE | | CEDAR RAPIDS | IA | 52403-3633 | K53729 | 66.90 | * |
| SUSAN GOODMAN | 9608 RED BUD TREE LN | | SAINT LOUIS | MO | 63122-6551 | K39676 | 66.90 | * |
| SUSAN GORDON | 656 N KIRK ST | | WEST LAFAYETT | OH | 43845-1077 | K51584 | 66.90 | * |
| SUSAN GREINER | 4809 ROCKY SHOALS CIR | | EVANS | GA | 30809-7042 | K28708 | 66.90 | * |
| SUSAN GUZE | 815 LIMPET DR | | SANIBEL | FL | 33957-3805 | K48372 | 66.90 | * |
| SUSAN H LITEHISER | 2625-2 HILL AVE APT 9 | | SUPERIOR | WI | 54880-5275 | K38013 | 66.90 | * |
| SUSAN HAAS | 24015 E SILSBY RD | | BEACHWOOD | OH | 44122-1275 | K60659 | 66.90 | * |
| SUSAN HAGGERTY | 35 CAWFIELD LN | | MELVILLE | NY | 11747-1602 | K41648 | 66.90 | * |
| SUSAN HARE | 2234 CHANDLER LN | | SCHWENKSVILLE | PA | 19473-2418 | K43026 | 66.90 | * |
| SUSAN HARRIS | 732 GUNDERSON AVE | | OAK PARK | IL | 60304-1424 | K38540 | 66.90 | * |
| SUSAN HART | 28451 ORTEGA HWY | | SAN JUAN CAPI | CA | 92675-2016 | K57072 | 66.90 | * |
| SUSAN HICKS | 195 MESCAL LOOP | | LAKE HAVASU C | AZ | 86403-5829 | K38949 | 66.90 | * |
| SUSAN HILARY CHAMBERS | 4447 BALBOA DR | | SUGAR LAND | TX | 77479-2130 | K37370 | 66.90 | * |
| SUSAN HILPERT | 26 TWIN PINES RD | | HILTON HEAD | SC | 29928-2911 | K53037 | 66.90 | * |
| SUSAN HOBBS | 318 W WAVERLY CT | | ARLINGTON HEI | IL | 60004-2522 | K52840 | 66.90 | * |
| SUSAN HOLMGREN | 152 LOVEJOY AVE | | WATERLOO | IA | 50701-4126 | K23568 | 66.90 | * |
| SUSAN HUDSON | 6609 ARROYO DEL OSO AVE NE | | ALBUQUERQUE | NM | 87109-2733 | K26949 | 66.90 | * |
| SUSAN HUGEL | 7913 STEVEN FRANKLIN DR | | BARTLETT | TN | 38133-2062 | K36610 | 66.90 | * |
| SUSAN I TAYLER | 24582 ROSEMONT DR | | SOUTH LYON | MI | 48178-8021 | K59480 | 66.90 | * |
| SUSAN J ACCORSI | 2312 PINEWOOD BLVD | | SEBRING | FL | 33870-1882 | K35784 | 66.90 | * |
| SUSAN J BAUERMEISTER | 3526 COUNTY ROAD 35 | | AUBURN | IN | 46706-9432 | K40080 | 66.90 | * |
| SUSAN J DIBLASSIO-KNIGHT | 512 W BLOOMING GLEN DR | | PERKASIE | PA | 18944-1501 | K26149 | 66.90 | * |
| SUSAN J PALISIN | 233 4TH AVE | | BEREA | OH | 44017-1223 | K44476 | 66.90 | * |
| SUSAN J SCHWEGEL | S66W12549 SOMERSET DR | | MUSKEGO | WI | 53150-3039 | K43560 | 66.90 | * |
| SUSAN JACKSON | 38027 W 231ST ST S | | BRISTOW | OK | 74010-8737 | K16125 | 66.90 | * |
| SUSAN JACOBS | 3178 ARBOR LN | | HOLLYWOOD | FL | 33021-8412 | K47057 | 66.90 | * |
| SUSAN JOHNSON | 2431 FOX RUN RD | | DAYTON | OH | 45459-3563 | K42014 | 66.90 | * |
| SUSAN JORDAN | 1242 W BOHLAND ST | | AVON PARK | FL | 33825-3552 | K56123 | 66.90 | * |
| SUSAN JUFFE | 725 S AIKEN AVE | | PITTSBURGH | PA | 15232-1408 | K53053 | 66.90 | * |
| SUSAN K CHAPMAN | 11440 R ST | | OMAHA | NE | 68137-3634 | K55406 | 66.90 | * |
| SUSAN K COSTANZO | 1714 S 75TH ST | | OMAHA | NE | 68124-1706 | K59369 | 66.90 | * |
| SUSAN K GRAY RNC | 1700 177TH AVE NW | | ANDOVER | MN | 55304-1430 | K20180 | 66.90 | * |
| SUSAN K MAHAFFEY | PO BOX 127 | | BLAIR | NE | 68008-0127 | K52749 | 66.90 | * |
| SUSAN KAY LEONARD | 1821 BONNIE LN | | CHARLOTTE | NC | 28213-3519 | K26562 | 66.90 | * |
| SUSAN KAYE GRAVES | 5025 COUNTY ROAD R | | DUMAS | TX | 79029-6701 | K32381 | 66.90 | * |
| SUSAN KELCHNER | 100 ROBIN RD | | PORTSMOUTH | RI | 02871-3711 | K26443 | 66.90 | * |
| SUSAN KIMBALL | 315 51ST STREET CT W | | PALMETTO | FL | 34221-9379 | K58968 | 66.90 | * |
| SUSAN KIRSHENBAUM | 317 OAK PARK DR | | SAN FRANCISCO | CA | 94131-1026 | K42837 | 66.90 | * |
| SUSAN KLEINSCHMIDT | 565 MARIGOLD DR | | FRANKLIN | TN | 37064-4728 | K41085 | 66.90 | * |
| SUSAN KOEBERLE | 1916 7TH ST | | CUYAHOGA FALL | OH | 44221-3824 | K61594 | 66.90 | * |
| SUSAN KONIGSBERG | 150 WALNUT DR | | ROSLYN | NY | 11576-2352 | K54304 | 66.90 | * |
| SUSAN KUTNER | 200 AMBRIDGE CT APT 206 | | CHESTERFIELD | MO | 63017-9504 | K45540 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SUSAN L CANNON | PO BOX 5825 | | SCOTTSDALE | AZ | 85261-5825 | K31221 | 66.90 | * |
| SUSAN L HUBBELL MD | 250 S FERNWOOD DR | | LIMA | OH | 45805-2521 | K49080 | 66.90 | * |
| SUSAN L MITCHELL | 509 MAIN ST | | SOUTHAMPTON | NJ | 08088-8819 | K47308 | 66.90 | * |
| SUSAN L RUBIN | 810 SUMMIT RD | | PENN VALLEY | PA | 19072-1323 | K34585 | 66.90 | * |
| SUSAN L WINE | 1480 LEE HILL RD UNIT 4 | | BOULDER | CO | 80304-0872 | K48099 | 66.90 | * |
| SUSAN LAFRANCE | 3831 FOREST CREEK WAY | | MARTINEZ | GA | 30907-4110 | K32821 | 66.90 | * |
| SUSAN LAMICA | 471 N BAGLEY CREEK RD | | PORT ANGELES | WA | 98362-9171 | K32042 | 66.90 | * |
| SUSAN LASKA | 620 CHEYNEY RD | | SPRINGFIELD | PA | 19064-2004 | K52879 | 66.90 | * |
| SUSAN LEBOW ESQ | 11 COBBLERS LN | | DIX HILLS | NY | 11746-5001 | K47624 | 66.90 | * |
| SUSAN LEE NOCK | 3349 TANNENCREST DR | | DUARTE | CA | 91010-1674 | K48562 | 66.90 | * |
| SUSAN LEE PFEIFER-PERSCH | 30 WINTHROP LN | | FLAGLER BEACH | FL | 32136-8025 | K42755 | 66.90 | * |
| SUSAN LIEBERMAN | 13725 VISROY AVE | | CERRITOS | CA | 90703-6361 | K62021 | 66.90 | * |
| SUSAN LIPSON | 800 POWDER MILL LN | | WYNNEWOOD | PA | 19096-4037 | K35860 | 66.90 | * |
| SUSAN LIVERA | 12311 MANVEL LN | | BOWIE | MD | 20715-2947 | K38012 | 66.90 | * |
| SUSAN LIVERNASH | 2923 1ST ST S | | WISCONSIN RAP | WI | 54494-5730 | K51625 | 66.90 | * |
| SUSAN LORRAINE MYERS | PO BOX 800 | | MILLVILLE | PA | 17846-0800 | K18856 | 66.90 | * |
| SUSAN M ABSHIRE | 27 DALTON DR | | NEWARK | DE | 19702-2057 | K23447 | 66.90 | * |
| SUSAN M BARNES | PO BOX 287 | | CATAUMET | MA | 02534-0287 | K34676 | 66.90 | * |
| SUSAN M BLAISDELL | 65 E MAIN ST # 1 | | GLOUCESTER | MA | 01930-3861 | K10559 | 66.90 | * |
| SUSAN M DUNKLE | 14448 ROUTE 104 | | MIDDLEBURG | PA | 17842-9452 | K23023 | 66.90 | * |
| SUSAN M GLASER | 1601 ALBIN POND RD | | GREENCASTLE | IN | 46135-9226 | K52024 | 66.90 | * |
| SUSAN M MCDOUGLE | 419 W SHERRY DR | | TROTWOOD | OH | 45426-3613 | K32139 | 66.90 | * |
| SUSAN M POKWINSKI | 809 SAN SALVADOR DR | | THE VILLAGES | FL | 32159-9226 | K34439 | 66.90 | * |
| SUSAN M ROSSOW | PO BOX 304 | | MERRILL | IA | 51038-0304 | K13870 | 66.90 | * |
| SUSAN M WALLACE | 62 PERKINS RD | | LONDONDERRY | NH | 03053-2416 | K24594 | 66.90 | * |
| SUSAN M WALSH | 2 HICKORY HL | | WEST SPRINGFI | MA | 01089-1704 | K25375 | 66.90 | * |
| SUSAN M WORK | 415 ALASTAR CIR | | SEFFNER | FL | 33584-3690 | K58486 | 66.90 | * |
| SUSAN MACKEY | 1317 E WESTCHESTER DR | | TEMPE | AZ | 85283-3150 | K10626 | 66.90 | * |
| SUSAN MAHONEY | 235 HUFFMAN DR | | COLUMBUS | IN | 47201-5044 | K26795 | 66.90 | * |
| SUSAN MALLORY | 771 W STURGEON BAY TRL | | LEVERING | MI | 49755-9767 | K58534 | 66.90 | * |
| SUSAN MANCE | 9636 N SOLITUDE CYN | | FOUNTAIN HILL | AZ | 85268-6416 | K47762 | 66.90 | * |
| SUSAN MARIE BRUHN | 3184 560TH AVE | | FENTON | IA | 50539-8014 | K55050 | 66.90 | * |
| SUSAN MARTIN | PO BOX 898 | | EFFINGHAM | IL | 62401-0898 | K54719 | 66.90 | * |
| SUSAN MATTE | 11748 CORNELL ST | | TAYLOR | MI | 48180-4094 | K60230 | 66.90 | * |
| SUSAN MATTHEWS | 960 BANBURY RD | | MUNDELEIN | IL | 60060-1121 | K53878 | 66.90 | * |
| SUSAN MC MAHAN | 4393 BITTERN CT | | NAPLES | FL | 34119-8938 | K25435 | 66.90 | * |
| SUSAN MCCLAIN | 3144 WOODRIDGE DR | | LANDISVILLE | PA | 17538-1347 | K25304 | 66.90 | * |
| SUSAN MCCLUSKEY | 1251 E LUGONIA AVE SPC 11 | | REDLANDS | CA | 92374-2648 | K58605 | 66.90 | * |
| SUSAN MCCONNELL | 10138 N CENTERVILLE RD | | WILLIAMSBURG | IN | 47393-9786 | K29157 | 66.90 | * |
| SUSAN MCCRAY | 195 SEDGEFORD SE | | CEDAR RAPIDS | IA | 52403-1716 | K59880 | 66.90 | * |
| SUSAN MCKENDRICK | 1101 WINDING DR | | CHERRY HILL | NJ | 08003-2730 | K22750 | 66.90 | * |
| SUSAN MCKNIGHT | 6667 S GALLUP ST | | LITTLETON | CO | 80120-3313 | K13573 | 66.90 | * |
| SUSAN MCMAINS | 27 BEVERIDGE ST | | GREENCASTLE | IN | 46135-1906 | K45614 | 66.90 | * |
| SUSAN MEJEUR | 628 WYNDING OAKS | | KALAMAZOO | MI | 49006-6411 | K18121 | 66.90 | * |
| SUSAN METHOD | 1707 KINGHAM WAY | | FULLERTON | CA | 92833-1524 | K53291 | 66.90 | * |
| SUSAN MICHELE CLARK | 179 RIDGE RD | | PHOENIXVILLE | PA | 19460-1531 | K35590 | 66.90 | * |
| SUSAN MOODY | 5273 DREAMGARDEN LOOP | | ROSEVILLE | CA | 95747-8228 | K29865 | 66.90 | * |
| SUSAN MURRAY | 8183 VALLEY VIEW ST | | BUENA PARK | CA | 90620-2741 | K31451 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SUSAN MYERS | 2123 1ST AVE E | | SPENCER | IA | 51301-2314 | K30084 | 66.90 | * |
| SUSAN NEUBAUER | 108 HOLWORTHY ST | | CAMBRIDGE | MA | 02138-4558 | K42119 | 66.90 | * |
| SUSAN NIELSEN | 109 RUSSELL ST | | STORM LAKE | IA | 50588-2668 | K53560 | 66.90 | * |
| SUSAN OLENZAK | PO BOX 304 | | LELAND | MI | 49654-0304 | K29110 | 66.90 | * |
| SUSAN OLIVER | 68 ROCKLEDGE RD APT 2A | | HARTSDALE | NY | 10530-3455 | K53870 | 66.90 | * |
| SUSAN OSENBAUGH | 1631 E JAMES ST | | DERBY | KS | 67037-3542 | K62356 | 66.90 | * |
| SUSAN P COTLER | 32 LANA LN APT B | | HOUSTON | TX | 77027-5644 | K37766 | 66.90 | * |
| SUSAN PATON | 2019 ANN WAY | | LIMA | OH | 45805-1619 | K50601 | 66.90 | * |
| SUSAN PATRICK | 1326 FISHING CREEK ESTATES R | | LINCOLNTON | GA | 30817-5767 | K27140 | 66.90 | * |
| SUSAN PELLOW | 510 INCA LN | | NEW BRIGHTON | MN | 55112-6511 | K49455 | 66.90 | * |
| SUSAN QUINN | 9305 LANGFORD CT | | POTOMAC | MD | 20854-4351 | K62069 | 66.90 | * |
| SUSAN R TYRRELL | 112 WISCONSIN TRL | | BROWNS MILLS | NJ | 08015-5324 | K47383 | 66.90 | * |
| SUSAN RAMSEY | 1325 STOCKTON CT | | INDIANAPOLIS | IN | 46260-2866 | K46375 | 66.90 | * |
| SUSAN RENNAGEL | 121 PEBBLE BCH | | WILLIAMSBURG | VA | 23188-8904 | K23546 | 66.90 | * |
| SUSAN REUTER | 2108 W 50TH TER | | WESTWOOD HILL | KS | 66205-2036 | K32637 | 66.90 | * |
| SUSAN RIX | 26110 E 235TH ST | | HARRISONVILLE | MO | 64701-4198 | K34311 | 66.90 | * |
| SUSAN ROHRER | 197 LAKE AVE | | SUNAPEE | NH | 03782-2618 | K40771 | 66.90 | * |
| SUSAN ROSSETTI | 5780 SEMINOLE RIDGE CIR | | FITCHBURG | WI | 53711-7422 | K19289 | 66.90 | * |
| SUSAN SCHLUETER | 168 GUNSTON HALL CT | | CHESTERFIELD | MO | 63017-2515 | K39343 | 66.90 | * |
| SUSAN SCHMACKERS | 6161 STATE ROUTE 274 | | CELINA | OH | 45822-9505 | K33339 | 66.90 | * |
| SUSAN SCHNEIDER | 633 BRENTFIELD LN | | GREENCASTLE | IN | 46135-1100 | K46232 | 66.90 | * |
| SUSAN SCHUMAN | 419 HOLM ST | | WATERLOO | IA | 50702-3831 | K55605 | 66.90 | * |
| SUSAN SCHWARZE | 1011 VAN DYKE RD NW | | ALEXANDRIA | MN | 56308-4939 | K30161 | 66.90 | * |
| SUSAN SHARP | 2912 KNOWLSON AVE | | PITTSBURGH | PA | 15226-2030 | K62395 | 66.90 | * |
| SUSAN SHOEMAKE | 1424 W VASSAR AVE | | VISALIA | CA | 93277-4571 | K31190 | 66.90 | * |
| SUSAN SHRADER | 12636 SKIPPER LN | | HUDSON | FL | 34669-2715 | K61965 | 66.90 | * |
| SUSAN SHRUM | 404 TANGLEWOOD LN | | ROSEBURG | OR | 97471-9274 | K35433 | 66.90 | * |
| SUSAN SIMMONS | 1424 TIMBERLAND LN | | TWINSBURG | OH | 44087-1090 | K16461 | 66.90 | * |
| SUSAN SIMON | 3740 SAINT CLAIR FOREST RD | | MOODY | AL | 35004-2513 | K21888 | 66.90 | * |
| SUSAN SKLAR | 909 RICHLAND RD SPC 119 | | SAN MARCOS | CA | 92069-9634 | K49247 | 66.90 | * |
| SUSAN SMITH | 2 LAKEVIEW RD | | WESTPORT | CT | 06880-5114 | K62136 | 66.90 | * |
| SUSAN SOSNIN | 3954 PARESTIS RD | | BARTO | PA | 19504-9239 | K43458 | 66.90 | * |
| SUSAN SPURR REID | 3552 GRANDVIEW AVE | | CINCINNATI | OH | 45241-2726 | K34996 | 66.90 | * |
| SUSAN STEINEN | 1032 INDIAN HILL DR | | VAN WERT | OH | 45891-2630 | K62042 | 66.90 | * |
| SUSAN STEVENSON | 103 SPRUCE PINE CT | | FORT MILL | SC | 29715-8744 | K36891 | 66.90 | * |
| SUSAN STILES | PO BOX 116 | | MONTROSE | MI | 48457-0116 | K58746 | 66.90 | * |
| SUSAN SVIHLIK | PO BOX 21421 | | HILTON HEAD I | SC | 29925-1421 | K25201 | 66.90 | * |
| SUSAN SWANSON | 9312 LEE CT | | LEAWOOD | KS | 66206-1929 | K16009 | 66.90 | * |
| SUSAN SYLVESTER | 533 COPPITT DR S | | ORANGE PARK | FL | 32073-4333 | K33912 | 66.90 | * |
| SUSAN T BARRY | 14 SANDY RIDGE DR | | DOYLESTOWN | PA | 18901-3339 | K49475 | 66.90 | * |
| SUSAN TERRY | 104 JOHNSTON BLVD | | WAXAHACHIE | TX | 75165-1323 | K26005 | 66.90 | * |
| SUSAN THEOBALD | 1803 CREEKSIDE DR | | CLARKSVILLE | IN | 47129-9029 | K28747 | 66.90 | * |
| SUSAN TKAC | 405 STAISEY ST | | WHITE OAK | PA | 15131-1030 | K61012 | 66.90 | * |
| SUSAN W BARRETT | 119 SHUMANKANUC HILL RD | | CHARLESTOWN | RI | 02813-3213 | K22296 | 66.90 | * |
| SUSAN W DEGROFF | 101 NORTH AVE | | CASCADE | WI | 53011-1385 | K50561 | 66.90 | * |
| SUSAN WALKOVIAK | 302 KELLY CIR | | DULUTH | MN | 55811-5907 | K18840 | 66.90 | * |
| SUSAN WALSH | 203 WEST AVE | | WAYNE | PA | 19087-3221 | K43176 | 66.90 | * |
| SUSAN WEISS | 3233 MAJESTIC PRINCE TRL | | TALLAHASSEE | FL | 32309-1723 | K37903 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SUSAN WENNER | 2 WESTLAND DR | | GLEN COVE | NY | 11542-1014 | K42106 | 66.90 | * |
| SUSAN WESTFALL | 5297 QUEEN BISHOP LN | | WILLIAMSBURG | VA | 23185-3286 | K55397 | 66.90 | * |
| SUSAN WILSON | 13 LESMERISES RD | | LOUDON | NH | 03307-1005 | K41251 | 66.90 | * |
| SUSAN WORTHMAN | 4 AUSTIN AVE | | SAUGERTIES | NY | 12477-2201 | K51102 | 66.90 | * |
| SUSAN YENCIK | 577 LUCIA RD | | PITTSBURGH | PA | 15221-3965 | K60840 | 66.90 | * |
| SUSAN ZARIN | 2629 CRANBERRY CIR | | HARRISBURG | PA | 17110-3507 | K50473 | 66.90 | * |
| SUSAN ZELLER | 11 ISABEL CIR | | MONTPELIER | VT | 05602-4306 | K47162 | 66.90 | * |
| SUSANNA EILERMAN | 8490 W MASON RD | | SIDNEY | OH | 45365-9034 | K32576 | 66.90 | * |
| SUSANNA HENNUM | 5320 NE 81ST AVE APT 294 | | VANCOUVER | WA | 98662-6366 | K44809 | 66.90 | * |
| SUSANNA SANKEY | 4707 W MOUNT VERNON RD | | CEDAR FALLS | IA | 50613-9705 | K55767 | 66.90 | * |
| SUSANNA TOCZYNSKI | 1036 N FISCHER DR | | ADDISON | IL | 60101-1232 | K56065 | 66.90 | * |
| SUSANNAH BERNING | 2312 FINCH LN | | SAN DIEGO | CA | 92123-3715 | K46124 | 66.90 | * |
| SUSANNE BURG - GREEN | 3914 BOARDMAN ST | | MINNEAPOLIS | MN | 55417-2255 | K22588 | 66.90 | * |
| SUSANNE CARLSON | 1031 DRYDEN ST | | STRATFORD | IA | 50249-7734 | K59299 | 66.90 | * |
| SUSANNE GENSEL | 11322 RICKEY LN | | FORT WAYNE | IN | 46845-1138 | K40079 | 66.90 | * |
| SUSANNE MCGALEY | 44 LINCOLN ST | | BABYLON | NY | 11702-1835 | K38291 | 66.90 | * |
| SUSANNE WINTON | 21 CARRIAGE CT | | FRANKLIN | NC | 28734-2893 | K30946 | 66.90 | * |
| SUSIE BAUER | 8336 NW 34TH TER | | BETHANY | OK | 73008-3520 | K62525 | 66.90 | * |
| SUSIE BRIGHT | PO BOX 61 | | SEDGWICK | KS | 67135-0061 | K28859 | 66.90 | * |
| SUSIE LINDSEY-SCHMIDT | 162 SHERMAN ST | | ASHLAND | OR | 97520-2956 | K31388 | 66.90 | * |
| SUSIE MOREHEAD | 2711 OLD CREEK CT | | LEAVENWORTH | KS | 66048-4399 | K32639 | 66.90 | * |
| SUSIE PECK-STONE | 5836 W ERIE ST | | CHICAGO | IL | 60644-1424 | K53226 | 66.90 | * |
| SUSIE RANDALL | 11440 SW HAZELBROOK RD | | TUALATIN | OR | 97062-7084 | K34467 | 66.90 | * |
| SUSIE WILSON | 16210 N 33RD ST | | PHOENIX | AZ | 85032-3108 | K25580 | 66.90 | * |
| SUSSANNE SAWYER | 241 PEACH VALLEY RD | | GALLATIN | TN | 37066-5104 | K47861 | 66.90 | * |
| SUZAN COPPOLA | 20321 FREMONT ST | | LIVONIA | MI | 48152-1803 | K60175 | 66.90 | * |
| SUZANNE [SUE] PARK | 1073 1ST AVE APT 32 | | NEW YORK | NY | 10022-2210 | K30838 | 66.90 | * |
| SUZANNE [SUE] REEVES | 2054 ROUNDTABLE RD | | SERGEANT BLUF | IA | 51054-9743 | K21256 | 66.90 | * |
| SUZANNE [SUE] ROE | 6500 S RIDGE RD E | | GENEVA | OH | 44041-7314 | K17881 | 66.90 | * |
| SUZANNE [SUZY] SHANK | 28 GEORGIA TRL | | MEDFORD | NJ | 08055-8942 | K15965 | 66.90 | * |
| SUZANNE ALLEN | 492 GLENVIEW DR | | GREENCASTLE | IN | 46135-7489 | K53166 | 66.90 | * |
| SUZANNE BARTHOLOMEW | 4100 W SLAUGHTER LN APT 5106 | | AUSTIN | TX | 78749-3796 | K24564 | 66.90 | * |
| SUZANNE BUTLER | 3082 S WHEELING WAY APT 406 | | AURORA | CO | 80014-5614 | K28162 | 66.90 | * |
| SUZANNE DERRYBERRY | 118 AUSTELL DR | | COLUMBIA | TN | 38401-5528 | K40016 | 66.90 | * |
| SUZANNE DICKIE | 1700 3RD AVE W APT 813 | | BRADENTON | FL | 34205-5933 | K20640 | 66.90 | * |
| SUZANNE E [SUE] HALL | 200 PINE BLUFF RD | | STEVENS POINT | WI | 54482-9309 | K33765 | 66.90 | * |
| SUZANNE E BACHMAN | 227 OLD MILL RD | | NEWMANSTOWN | PA | 17073-8963 | K57754 | 66.90 | * |
| SUZANNE EDWARDS | 9548 CAPRON RD | | LEE CENTER | NY | 13363-2306 | K58171 | 66.90 | * |
| SUZANNE ELIZABETH SHUSTER | 235 SUMAC ST | | PHILADELPHIA | PA | 19128-3827 | K38471 | 66.90 | * |
| SUZANNE FALCO | 4550 W DEAN RD | | MILWAUKEE | WI | 53223-3116 | K44646 | 66.90 | * |
| SUZANNE GEARY | 5915 CALGARY ST | | TIMNATH | CO | 80547-2521 | K33712 | 66.90 | * |
| SUZANNE GRABLE | 2104 BLACK HILLS RD NE | | RIO RANCHO | NM | 87124-2411 | K18524 | 66.90 | * |
| SUZANNE H REBECCHI | 411 N KENSINGTON AVE | | KANSAS CITY | MO | 64123-1241 | K32673 | 66.90 | * |
| SUZANNE J MACFARLAND | 35 BROOKTREE RD | | EAST WINDSOR | NJ | 08520-1816 | K37877 | 66.90 | * |
| SUZANNE JUDITH STEELE | 105 HOLLAND RD | | SOUTH ORANGE | NJ | 07079-2705 | K38481 | 66.90 | * |
| SUZANNE JULIUSSEN | 908 DUMONT RD | | RICHARDSON | TX | 75080-6947 | K31938 | 66.90 | * |
| SUZANNE KENEALY | 7702 N 38TH ST | | OMAHA | NE | 68112-2016 | K53372 | 66.90 | * |
| SUZANNE KNIGHT | 8725 MAGNOLIA BLOOM CV | | CORDOVA | TN | 38016-6165 | K56849 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|---------------|
| SUZANNE L BURNS | 211 CASSATT RD | | BERWYN | PA | 19312-1326 | K35453 | 66.90 | * |
| SUZANNE L GURLEY | 2613 RICHMOND ST | | JOLIET | IL | 60435-6438 | K50693 | 66.90 | * |
| SUZANNE L NEWTON | 336 17TH AVE NE | | SAINT PETERSB | FL | 33704-3503 | V98649 | 66.90 | * |
| SUZANNE LAUER | 2030 N COVE CT | | MARIETTA | GA | 30066-1324 | K33088 | 66.90 | * |
| SUZANNE LAUSSUCQ MD | 360 E 88TH ST APT 8F | | NEW YORK | NY | 10128-4985 | K35535 | 66.90 | * |
| SUZANNE LETZIG | 1616 NE THAMES DR | | LEES SUMMIT | MO | 64086-5482 | K23623 | 66.90 | * |
| SUZANNE LIGATO | 41 TWISTING LN | | LEVITTOWN | PA | 19054-2913 | K22947 | 66.90 | * |
| SUZANNE LONG | 629 WESTOVER RD | | COLUMBIA | SC | 29210-5736 | K32622 | 66.90 | * |
| SUZANNE M BOOTS | 84 GOVERNORS CLUB DR | | XENIA | OH | 45385-9125 | V98331 | 66.90 | * |
| SUZANNE M SHARER | 527 N DUNTON AVE | | ARLINGTON HEI | IL | 60004-5909 | K60245 | 66.90 | * |
| SUZANNE M WALTER | 105 PINE LAKES AVE | | SAVANNAH | GA | 31405-1013 | K37477 | 66.90 | * |
| SUZANNE MCHUGH | 744 IRVING RD | | GREENVILLE | NY | 12083-3619 | K45278 | 66.90 | * |
| SUZANNE MEINERT | 7 ADAMS LN | | WAYLAND | MA | 01778-2007 | K38294 | 66.90 | * |
| SUZANNE MULLER | 200 E END AVE APT 10J | | NEW YORK | NY | 10128-7891 | K38349 | 66.90 | * |
| SUZANNE MURPHY | 43 WOODBINE RD | | LEVITTOWN | PA | 19057-3215 | K29658 | 66.90 | * |
| SUZANNE NOORDYK | PO BOX 146 | | PLYMOUTH | WI | 53073-0146 | K46886 | 66.90 | * |
| SUZANNE PELTASON | 18 WHISTLER CT | | IRVINE | CA | 92617-4069 | K49245 | 66.90 | * |
| SUZANNE PETERSON | 6608 NIGHTINGALE BLUFF LN | | LOUISVILLE | KY | 40241-5878 | K33074 | 66.90 | * |
| SUZANNE PHILLIPS | 14 KENT PL | | ALBANY | NY | 12203-4706 | K21737 | 66.90 | * |
| SUZANNE ROGERS | PO BOX 8555 | | SPRING | TX | 77387-8555 | K36423 | 66.90 | * |
| SUZANNE ROGERS | 114 N COUNTRY GATE CIR | | CONROE | TX | 77384-4670 | K36455 | 66.90 | * |
| SUZANNE ROSE | 100 WINSTON DR APT VP2 | | CLIFFSIDE PAR | NJ | 07010-3317 | K33887 | 66.90 | * |
| SUZANNE SCHULTZ | 5858 PAWSON RD | | TIPTON | MI | 49287-9763 | K13289 | 66.90 | * |
| SUZANNE STROSS | 46 CENTRE DR | | MANHASSET | NY | 11030-3104 | K55741 | 66.90 | * |
| SUZANNE T [SUZIE] STUBBLEFIELD | 1119 CHURCH ST | | GREENBRIER | TN | 37073-5385 | K20110 | 66.90 | * |
| SUZANNE TAYLOR | 8565 JERICHO TPKE | | WOODBURY | NY | 11797-1804 | K62418 | 66.90 | * |
| SUZANNE TEGLER | 1072 W KING RD | | MALVERN | PA | 19355-1950 | K35139 | 66.90 | * |
| SUZANNE TOLMAN PHD | 2709 MERRIHILLS DR SW | | ROCHESTER | MN | 55902-1168 | K56475 | 66.90 | * |
| SUZANNE WARNER | 5099 NORQUEST BLVD | | YOUNGSTOWN | OH | 44515-1711 | K56495 | 66.90 | * |
| SUZANNE WHITAKER | 1220 NORTH AVE | | KIRKLAND | WA | 98033-6747 | K31920 | 66.90 | * |
| SUZANNE WILGUS | 204 WASHINGTON AVE | | BELLEFONTAINE | OH | 43311-1623 | K45654 | 66.90 | * |
| SUZETTE JENSEN | 3127 THOMPSON AVE | | DES MOINES | IA | 50317-3145 | K21666 | 66.90 | * |
| SUZI NEFT | 1218 GOODMAN ST | | PITTSBURGH | PA | 15218-1106 | K46759 | 66.90 | * |
| SUZY GORMAN | 2508 N BROADWAY | | SAINT LOUIS | MO | 63102-1506 | K46579 | 66.90 | * |
| SUZZANNE RUTKOWSKI | 4 CHANTAL CT | | BALLSTON SPA | NY | 12020-2523 | K21018 | 66.90 | * |
| SWEN K SWENSON JR | 7313 AURORA AVE | | URBANDALE | IA | 50322-1727 | K15156 | 66.90 | * |
| SYBIL [BILLIE] KNUDSON | 333 JACKSON AVE | | CROOKSTON | MN | 56716-2013 | K33055 | 66.90 | * |
| SYBIL [PAULETTE] JOHNSTON | 81 NEWT BLACKWELL RD | | HUMBOLDT | TN | 38343-5626 | K32819 | 66.90 | * |
| SYBIL BERRY | 542 RICHLAND CREEK RD | | WARD | SC | 29166-9477 | K32570 | 66.90 | * |
| SYBIL FULLER | 4879 LIBERTY RD | | BELLEVUE | TX | 76228-2809 | K32664 | 66.90 | * |
| SYBIL H LOFTEN | 586 N HOLLY ST | | CANBY | OR | 97013-3014 | K33811 | 66.90 | * |
| SYBIL KRZYKOWSKI | 1911 SHAMROCK LN | | WISCONSIN RAP | WI | 54494-6782 | K46689 | 66.90 | * |
| SYBIL MCCOMBS | 16900 63RD ST | | SHERRARD | IL | 61281-8008 | K15444 | 66.90 | * |
| SYBIL PATTAN JR | 178 WILDERNESS DR | | ROCKINGHAM | NC | 28379-7668 | K57182 | 66.90 | * |
| SYDELLE SANDLER | 3 THOMAS RD | | DANVERS | MA | 01923-1632 | K46334 | 66.90 | * |
| SYDNEY GUNDERSON | 1688 RAMBLING BROOK LN | | PRATTVILLE | AL | 36066-3600 | K55615 | 66.90 | * |
| SYDNEY M LINER | 4 YORK RD | | WABAN | MA | 02468-2133 | K13775 | 66.90 | * |
| SYDNEY MILLER | 1712 E MILWAUKEE AVE | | STORM LAKE | IA | 50588-2188 | K13823 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| SYDNEY R GEDDES | 154 SETTLERS RD | | FINCASTLE | VA | 24090-3642 | K50696 | 66.90 | * |
| SYLVAN HAROLD ROBINSON | 1 MCKNIGHT PL APT 207 | | SAINT LOUIS | MO | 63124-1981 | K39678 | 66.90 | * |
| SYLVAN LANG | 232 COOL SPRINGS RD | | WHITE OAK | PA | 15131-2004 | K60581 | 66.90 | * |
| SYLVIA ALDEN | PO BOX 72 | | OWLS HEAD | ME | 04854-0072 | K36813 | 66.90 | * |
| SYLVIA BERGSTEDT | 107 EDGECLIFF RD | | CARNEGIE | PA | 15106-1008 | K17615 | 66.90 | * |
| SYLVIA DE FREITAS | 8221 N 53RD ST | | PARADISE VALL | AZ | 85253-2511 | K38154 | 66.90 | * |
| SYLVIA DELORES SMITH | 1308 WARFIELD DR | | PORTSMOUTH | VA | 23701-3850 | K21907 | 66.90 | * |
| SYLVIA DOUGLAS | 581 TIMPSON PL APT 3J | | BRONX | NY | 10455-3881 | K12663 | 66.90 | * |
| SYLVIA ELIZABETH LYLES PHD | 2505 HENSON VALLEY WAY | | FORT WASHINGT | MD | 20744-3361 | K14803 | 66.90 | * |
| SYLVIA HURVITZ | 2050 SW 10TH CT APT 219 | | DELRAY BEACH | FL | 33445-6024 | K17868 | 66.90 | * |
| SYLVIA J COOPER | 99 BRACKETT ST APT 834 | | QUINCY | MA | 02169-4639 | K15046 | 66.90 | * |
| SYLVIA J WEST | 2630 VALLEY DR | | LANCASTER | PA | 17603-5967 | K16961 | 66.90 | * |
| SYLVIA JETTON | 84 JOHN JETTON RD | | TRENTON | TN | 38382-9533 | K29505 | 66.90 | * |
| SYLVIA JOHNSON | 102 E COX RD | | EDGERTON | WI | 53534-9761 | K18077 | 66.90 | * |
| SYLVIA KALMBACH | 231 BRECON DR | | SALINE | MI | 48176-1189 | V99154 | 66.90 | * |
| SYLVIA LA VIOLETTE | 555 LANDING RD | | KENANSVILLE | FL | 34739-9629 | K19682 | 66.90 | * |
| SYLVIA LAWING | 11221 MEADOWOOD DR | | BRIGHTON | MI | 48114-9204 | K58861 | 66.90 | * |
| SYLVIA MCCORMICK | 1212 NORTHAMPTON RD | | ANDERSON | SC | 29621-2837 | K31338 | 66.90 | * |
| SYLVIA MCCRARY | 909 MERRITT ST | | OLD HICKORY | TN | 37138-3237 | K38666 | 66.90 | * |
| SYLVIA RODRIGUEZ | 2743 W 71ST ST | | CHICAGO | IL | 60629-2054 | K56301 | 66.90 | * |
| SYLVIA ROWE | 2932 DAVENPORT ST NW | | WASHINGTON | DC | 20008-2165 | K41342 | 66.90 | * |
| SYLVIA RUSSELL | 16111 W HUNNICUT RD | | CAMBRIDGE CIT | IN | 47327-9798 | K29055 | 66.90 | * |
| SYLVIA SHAMUN | 6107 ROBLEY TATE CT | | CHARLOTTE | NC | 28270-1740 | K54093 | 66.90 | * |
| SYLVIA SMITH | 2447 SHELBY CIR | | KISSIMMEE | FL | 34743-4444 | K41541 | 66.90 | * |
| SYLVIA VALENTINO | 3126 GRACEFIELD RD APT 112 | | SILVER SPRING | MD | 20904-5823 | K29378 | 66.90 | * |
| SYLVIA VISHNEVSKY | 516 E PARKWAY BLVD | | AURORA | OH | 44202-6601 | K49155 | 66.90 | * |
| SYLVIA WALTERS | 154 BRADMAN EST | | SLIPPERY ROCK | PA | 16057-3206 | K52197 | 66.90 | * |
| SYLVIA WEBER | 356 WOODLAND DR | | SALINE | MI | 48176-1766 | K17007 | 66.90 | * |
| SYLVIA WESTON | 1600 LYONTINE LN | | PORTSMOUTH | VA | 23701-4009 | K13679 | 66.90 | * |
| SYLVIA WESTON | 5723 LAUREL ST | | INDIANAPOLIS | IN | 46227-4651 | K39120 | 66.90 | * |
| SYLVIA YOUNG | 679 MICHIGAN AVE | | LEAVENWORTH | KS | 66048-3734 | K33067 | 66.90 | * |
| SYNTHIA ROSENTHAL | 814 AMHERST AVE APT 203 | | LOS ANGELES | CA | 90045-5293 | K47622 | 66.90 | * |
| SYRENE DUNCAN MITCHELL | 5010 MENEFEE DR | | DALLAS | TX | 75227-1429 | K58655 | 66.90 | * |
| T E ZINS | PO BOX 53 | | OJO CALIENTE | NM | 87549-0053 | K49304 | 66.90 | * |
| T HAROLD [HAL] DERRICK | 12612 DUSTY WHEEL LN | | FAIRFAX | VA | 22033-1735 | K30328 | 66.90 | * |
| T J SCHMIDT | 7340 W KEENEY ST | | NILES | IL | 60714-2960 | K58995 | 66.90 | * |
| T JAMES JENKINS JR | 323 WINGATE AVE SW | | HUNTSVILLE | AL | 35801-3315 | K33743 | 66.90 | * |
| T JANET NOVAK | 17777 SW 28TH ST- SAPPHIRE P | | MIRAMAR | FL | 33029-5124 | K40438 | 66.90 | * |
| T JOYCE KEENAN | 490 DELAWARE AVE | | ALBANY | NY | 12209-1428 | K24214 | 66.90 | * |
| T KEITH GOURDIN | 153 WALNUT WAY | | PINEVILLE | SC | 29468-3060 | K49225 | 66.90 | * |
| T PAUL BULMAHN | 5294 NW 130TH AVE | | OCALA | FL | 34482-1712 | K38365 | 66.90 | * |
| T W [BILL] UHLRICH | 970 RUTHERFORD DR | | BRENTWOOD | CA | 94513-2617 | K34293 | 66.90 | * |
| TAHYO GILLOOLEY | 13539 LOOMIS LN | | CRESTWOOD | IL | 60445-1543 | K57763 | 66.90 | * |
| TAISHAN A WALDON | 451 CANTON | | SAN ANTONIO | TX | 78202-3102 | K10780 | 66.90 | * |
| TALLIE E EVERSON | 803 9TH ST | | BRODHEAD | WI | 53520-1381 | K50707 | 66.90 | * |
| TALLY MARIE DOWNTON | 529 WREN WALK | | STONE MOUNTAI | GA | 30087-7204 | K45686 | 66.90 | * |
| TAMARA CARMICHAEL | 1512 SOUTHRIDGE LN | | CINCINNATI | OH | 45231-5324 | K39595 | 66.90 | * |
| TAMARA D SWENSON | 34 WINNERS CIR | | CABOT | AR | 72023-5040 | K28089 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| TAMARA SKIRBOLL | 154 N BELLEFIELD AVE | | PITTSBURGH | PA | 15213-2640 | K40650 | 66.90 | * |
| TAMARA WILSON | 1918 KIMBERLITE PL | | FORT WAYNE | IN | 46804-5226 | K22564 | 66.90 | * |
| TAMI JOHNSON | 25812 168TH ST | | SPIRIT LAKE | IA | 51360-6858 | K23196 | 66.90 | * |
| TAMI MARTINEK | 1574 334TH RD | | MADRID | IA | 50156-7428 | K59088 | 66.90 | * |
| TAMI S SELBY | 901 BOLIVAR ST | | SANGER | TX | 76266-4622 | K30156 | 66.90 | * |
| TAMMALA [TAMMY] HOFFMAN | 696 THOUSAND OAKS RD | | YELLVILLE | AR | 72687-8439 | K20543 | 66.90 | * |
| TAMMI JAHNKE | 4837 W LONG LAKE RD | | ORLEANS | MI | 48865-9757 | K36722 | 66.90 | * |
| TAMMI M ZELLMER | 3841 CLIFF ST | | WISCONSIN RAP | WI | 54494-6593 | K52312 | 66.90 | * |
| TAMMY A ZAKENS | 7567 BEACH DR | | PASADENA | MD | 21122-2507 | K59609 | 66.90 | * |
| TAMMY BETHANN STARR | 216 BEECH ST | | SOUTH WILLIAM | PA | 17702-6904 | K23451 | 66.90 | * |
| TAMMY D FORD | 12819 HUNTING BEAR | | SAN ANTONIO | TX | 78249-4349 | K37598 | 66.90 | * |
| TAMMY DE REMER | 126 ADAMSTOWN RD | | REINHOLDS | PA | 17569-9652 | K57480 | 66.90 | * |
| TAMMY EPPLER | PO BOX 583 | | PONDER | TX | 76259-0583 | K28360 | 66.90 | * |
| TAMMY K EKMAN | 13409 340TH ST NW | | NEWFOLDEN | MN | 56738-9243 | K20058 | 66.90 | * |
| TAMMY LYNN WERTZ | 840 COUNTY LINE RD | | TURBOTVILLE | PA | 17772-8931 | K17843 | 66.90 | * |
| TAMMY OJALA | 209 E ARLINGTON ST | | BANGOR | MI | 49013-1405 | K20192 | 66.90 | * |
| TAMMY PARE' | 2910 CLOVERLAWN DR | | GRANTS PASS | OR | 97527-5034 | K39233 | 66.90 | * |
| TAMMY PATTON | 622 E SPRINGDALE LN | | GRAND PRAIRIE | TX | 75052-5254 | K25446 | 66.90 | * |
| TAMMY REAS | 3530 N DRAKE RD APT D240 | | KALAMAZOO | MI | 49006-3404 | K21826 | 66.90 | * |
| TAMMY RILEY | 150 RIVERVIEW BLVD | | INTERNATIONAL | MN | 56649-2106 | K22644 | 66.90 | * |
| TAMMY ROSSOW | 403 SUNSET RD | | WATERLOO | IA | 50701-3927 | K55014 | 66.90 | * |
| TAMMY S WEST | 523 PARK LN | | MOUNT VERNON | TX | 75457-4600 | K34312 | 66.90 | * |
| TAMMY SUTCH | 3235 COUNTY ROAD 2 S | | INTERNATIONAL | MN | 56649-9143 | K21326 | 66.90 | * |
| TAMMY WOLFF | 507 YELLOWSTONE RD | | ROCK SPRINGS | WY | 82901-2810 | K50400 | 66.90 | * |
| TAMMY WOOD | 133 RIVERVIEW BLVD | | INTERNATIONAL | MN | 56649-2138 | K24989 | 66.90 | * |
| TANA BURNS | 6126 RAINTREE DR | | CANTON | MI | 48187-3634 | K42102 | 66.90 | * |
| TANIA BONNER | 774 OLD COLCHESTER RD | | UNCASVILLE | CT | 06382-2015 | V97917 | 66.90 | * |
| TANIS CORDES | 100 TATE ST NE | | KENNESAW | GA | 30144-1538 | K52347 | 66.90 | * |
| TANYA PATTON | 400 E OHIO ST APT 1303 | | CHICAGO | IL | 60611-3324 | K59571 | 66.90 | * |
| TANYA SPEYRER | 108 TURTLEDOVE DR | | MONROE | LA | 71203-8441 | K24806 | 66.90 | * |
| TARA MOORE | 65 PALMER ST | | PAWCATUCK | CT | 06379-1938 | V98667 | 66.90 | * |
| TARI R SHEAFFER | 233 POST OAK RD | | LANCASTER | PA | 17603-9446 | K31807 | 66.90 | * |
| TARIANNE HOLTSLANDER | 2324 BUNKER HILL DR SE | | KENTWOOD | MI | 49508-6600 | K57536 | 66.90 | * |
| TARIQ [CHURCH] SPAULDING | 1801 MILTON AVE | | LIMA | OH | 45805-2226 | K47564 | 66.90 | * |
| TASIA DAWN ODELL | 22611 S WOODSIDE DR | | CHANNAHON | IL | 60410-3282 | K51456 | 66.90 | * |
| TAYLOR ALLDERDICE HIGH SCHOOL | TAYLOR ALLDERDICE H.S. ALUMN | 2409 SHADY AVE | PITTSBURGH | PA | 15217-2498 | | 0.00 | ** |
| TAYLOR ALLDERDICE HIGH SCHOOL | c/o JEFF ROSENTHAL | 2409 SHADY AVE | PITTSBURGH | PA | 15217-2498 | | 0.00 | ** |
| TAYLOR CENTER HIGH SCHOOL | TAYLOR SCHOOL DISTRICT ALUMN | 23033 NORTHLINE RD | TAYLOR | MI | 48180 | | 0.00 | ** |
| TAYLOR CENTER HIGH SCHOOL | c/o CAROLINE PATTS | 23033 NORTHLINE RD | TAYLOR | MI | 48180 | | 0.00 | ** |
| TECH HIGH SCHOOL | TECH HIGH SCHOOL ALUMNI ASSO | 233 12TH AVE S | SAINT CLOUD | MN | 56301-4293 | | 0.00 | ** |
| TECH HIGH SCHOOL | c/o JOE HENRY | 233 12TH AVE S | SAINT CLOUD | MN | 56301-4293 | | 0.00 | ** |
| TED BAUER | 110 POCAHONTAS TRL | | PRUDENVILLE | MI | 48651-9730 | K58962 | 66.90 | * |
| TED BRIDGES | 4208 BROOKHILL LN | | BARTLETT | TN | 38135-1833 | K19295 | 66.90 | * |
| TED CHAFFIN | 14481 DARBY CREEK RD | | ORIENT | OH | 43146-9192 | K51585 | 66.90 | * |
| TED CROWLEY | 4102 E SAINT JOSEPH WAY | | PHOENIX | AZ | 85018-1155 | K28678 | 66.90 | * |
| TED DINGMANN | PO BOX 551 | | FOLEY | MN | 56329-0551 | K20279 | 66.90 | * |
| TED EASTERLING | 49 N RIVER RD | | MUNROE FALLS | OH | 44262-1307 | K50990 | 66.90 | * |
| TED ETIENNE | 2575 COUNTY ROAD 99 | | KABETOGAMA | MN | 56669-9043 | K20189 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| TED FLODEN | 1009 HEROLD AVE | | DES MOINES | IA | 50315-3854 | K20943 | 66.90 | * |
| TED FOX | 6003 RIVER PINES CT | | SCHOFIELD | WI | 54476-1978 | K29999 | 66.90 | * |
| TED FRIESEN | 6515 SE 56TH AVE | | PORTLAND | OR | 97206-7667 | K35039 | 66.90 | * |
| TED GEHRET | 12155 STATE ROUTE 66 | | MINSTER | OH | 45865-9303 | K32529 | 66.90 | * |
| TED GLARROW | 4341 HARTVICKSON LN | | VALLEY SPRING | CA | 95252-9542 | K60967 | 66.90 | * |
| TED HALL | 3154 OAKCREST DR NW | | SALEM | OR | 97304-1219 | K33527 | 66.90 | * |
| TED HELFGOTT PHD | 2313 W T C JESTER BLVD | | HOUSTON | TX | 77008-1356 | K45423 | 66.90 | * |
| TED HUTCHISON | 784 S FOXTAIL CIR | | WEST DES MOIN | IA | 50266-7639 | K54434 | 66.90 | * |
| TED JACKSON | 5003 FERRER WAY | | LOUISVILLE | KY | 40291-1476 | K33086 | 66.90 | * |
| TED LAQUERCIA | 35 W 90TH ST | | NEW YORK | NY | 10024-1507 | K58250 | 66.90 | * |
| TED MILLAN | 7714 LAKE ANDRITA AVE | | SAN DIEGO | CA | 92119-2524 | K51388 | 66.90 | * |
| TED N ATSALIS | 5715 E THUNDERBIRD RD | | SCOTTSDALE | AZ | 85254-3743 | K46429 | 66.90 | * |
| TED NOBLE | 14138 14 MILE RD NE | | GREENVILLE | MI | 48838-9380 | K41394 | 66.90 | * |
| TED PETERSON | PO BOX 296 | | MARCELL | MN | 56657-0296 | K50305 | 66.90 | * |
| TED PHILLIPS | 7855 COOLIDGE ST | | NORWALK | IA | 50211-9552 | K22743 | 66.90 | * |
| TED R TOSH | 558 LONGFIELD AVE | | LOUISVILLE | KY | 40215-2930 | K48865 | 66.90 | * |
| TED SCUDDER | 362 MARION AVE | | GLEN ELLYN | IL | 60137-4014 | K52077 | 66.90 | * |
| TED SMITH | 12714 SUMMERFIELD LN | | POWAY | CA | 92064-1531 | K48003 | 66.90 | * |
| TED STUMM | 12 PLAINS RD | | MOODUS | CT | 06469-1124 | K52016 | 66.90 | * |
| TEDDY SLOAN | 226 CALADONIA AVE | | FAIRLAWN | OH | 44333-3761 | K61317 | 66.90 | * |
| TEDI WILSON | PO BOX 213 | | SOLON | IA | 52333-0213 | K56549 | 66.90 | * |
| TEDRA CAMPBELL | 505 N BLAINE AVE | | BRADLEY | IL | 60915-1001 | K56516 | 66.90 | * |
| TEMA HAAB | 3710 PLEASANT LAKE RD | | ANN ARBOR | MI | 48103-9628 | K15989 | 66.90 | * |
| TENA SAWYER | 804 N 17TH ST | | LAMESA | TX | 79331-2402 | K45604 | 66.90 | * |
| TERENCE (TERRY) DANIELSON | PO BOX 461088 | | LEEDS | UT | 84746-1088 | K61844 | 66.90 | * |
| TERENCE QUINLAN | 3750 MERU LN | | SANTA BARBARA | CA | 93105-2435 | K58058 | 66.90 | * |
| TERESA A [TERI] DI FRANCESCO | 17 WOODLAND AVE | | FANWOOD | NJ | 07023-1133 | K22461 | 66.90 | * |
| TERESA A LEDFORD | 1520 SOCONY LN | | KNOXVILLE | TN | 37909-1165 | K19550 | 66.90 | * |
| TERESA BLUMEL | 22035 BREI CT | | SANTA CLARITA | CA | 91321-1296 | K43620 | 66.90 | * |
| TERESA BROWN | 477 CLARK STATE RD | | GAHANNA | OH | 43230-2204 | K31714 | 66.90 | * |
| TERESA CARR | 766 BROWNELL AVE | | MIDDLEPORT | OH | 45760-1125 | K51178 | 66.90 | * |
| TERESA CONWAY | 1165 LEADMINE RD | | BETHLEHEM | KY | 40007-9416 | K35779 | 66.90 | * |
| TERESA DOSS | 3013 PEMBROKE AVE | | HEMET | CA | 92545-5351 | K29225 | 66.90 | * |
| TERESA E OLROYD | 1387 HACIENDA LN | | CEDARBURG | WI | 53012-9442 | K49845 | 66.90 | * |
| TERESA ESPOSITO-HANLEY | 18 STUART DR E | | GLEN COVE | NY | 11542-2636 | K37168 | 66.90 | * |
| TERESA GAIL WARNER | 736 GREEN RIVER ST | | OXNARD | CA | 93036-5460 | K15385 | 66.90 | * |
| TERESA GARMAN | 70 KEYSER CIR | | WILLIAMSPORT | PA | 17701-9207 | K15295 | 66.90 | * |
| TERESA GREEN | 1452 IVY ST | | DENVER | CO | 80220-2646 | K36630 | 66.90 | * |
| TERESA HELTON | 240 PALOMINO DR | | GRANTS PASS | OR | 97526-7838 | K36582 | 66.90 | * |
| TERESA J HAGY | 820 VIRGINIA AVE | | BRISTOL | TN | 37620-3935 | K24156 | 66.90 | * |
| TERESA JONES | 6419 W RANDOLPH DR | | BOISE | ID | 83709-2163 | K47744 | 66.90 | * |
| TERESA KAY STRUM | 5788 PINE AVE | | DES MOINES | IA | 50321-9698 | K22597 | 66.90 | * |
| TERESA KNAUSS | 280 BAKER ST APT 101 | | MOSCOW | ID | 83843-4051 | K34193 | 66.90 | * |
| TERESA L SMITH | 1065 CHARLESTON HWY | | HAMPTON | SC | 29924-5810 | K21489 | 66.90 | * |
| TERESA LAMPKIN | 1056 LATIGO DR UNIT 4 | | CARSON CITY | NV | 89701-2553 | K56521 | 66.90 | * |
| TERESA M [TESS] O'NEILL | 317 BERMUDA ST | | NEW ORLEANS | LA | 70114-2311 | K38093 | 66.90 | * |
| TERESA MASSAD | 20 S LEDYARD ST | | NEW LONDON | CT | 06320-5118 | K10329 | 66.90 | * |
| TERESA NESS | PO BOX 1235 | | INTERNATIONAL | MN | 56649-1235 | K21615 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| TERESA O DANIELS | 6297 E DWIGHT WAY | | FRESNO | CA | 93727-5855 | K32877 | 66.90 | * |
| TERESA ODEN | 107 NW DAWNHILL CT | | GRANTS PASS | OR | 97526-1189 | K38801 | 66.90 | * |
| TERESA PRATER | 851 BALL PARK RD | | MORRISON | TN | 37357-5376 | K40343 | 66.90 | * |
| TERESA PROBST | 16 DEANS LN | | BAYVILLE | NY | 11709-1305 | K53776 | 66.90 | * |
| TERESA RAMIREZ | 4805 VAN DYKE RD | | BROWN CITY | MI | 48416-9682 | K58967 | 66.90 | * |
| TERESA RIESTENBERG | 1759 ASPENHILL DR | | CINCINNATI | OH | 45240-3415 | K39698 | 66.90 | * |
| TERESA SIZER | 1734 HICKORY DR | | MADISON | WI | 53705-1010 | K54890 | 66.90 | * |
| TERESSA VANCE | 2015 COLORADO AVE | | PORTSMOUTH | VA | 23701-2917 | K13719 | 66.90 | * |
| TERI BRUCE | 13451 HIGH RES WAY | | PERRIS | CA | 92570-9488 | K28995 | 66.90 | * |
| TERI HACKMAN | 2140 LANDIS VALLEY RD | | LANCASTER | PA | 17601-5410 | K26807 | 66.90 | * |
| TERI HOESLI | PO BOX 682 | | INTERNATIONAL | MN | 56649-0682 | K20654 | 66.90 | * |
| TERI KOENEN | 11857 L AVE | | PARKERSBURG | IA | 50665-8012 | K57023 | 66.90 | * |
| TERI SCHROEDER | 1461 S BIRON DR APT 2 | | WISCONSIN RAP | WI | 54494-1888 | K47103 | 66.90 | * |
| TERILL LONGRIE | 236 S HIGH ST | | PLYMOUTH | WI | 53073-2333 | K56079 | 66.90 | * |
| TERIS BINDER | 245 PROSPECT AVE APT 8A | | HACKENSACK | NJ | 07601-2571 | K13294 | 66.90 | * |
| TERRANCE IRWIN | 100 ALDER AVE | | DALY CITY | CA | 94015-1619 | K52784 | 66.90 | * |
| TERRE DOLPHIN | 115 N GEORGE ST | | NORTH LIBERTY | IA | 52317-9613 | K59449 | 66.90 | * |
| TERRELL EDWIN KEARSE | 2007 BARBARA LN | | NORTH AUGUSTA | SC | 29860-9701 | K48896 | 66.90 | * |
| TERRELL W KING III | 1321 COUNTRY CLUB RD | | ARGYLE | TX | 76226-2904 | K25412 | 66.90 | * |
| TERRENCE [TERRY] KELLER | 16 PATRICIA CT | | GALES FERRY | CT | 06335-1826 | K14457 | 66.90 | * |
| TERRENCE J LEHMAN | 2204 E FALCON VISTA DR | | GREEN VALLEY | AZ | 85614-5525 | K60875 | 66.90 | * |
| TERRENCE M CROCKETT | 9137 CREEKWOOD DR | | MENTOR | OH | 44060-6418 | K50791 | 66.90 | * |
| TERRENCE M MANTHEY | 714 EMERALD ST | | NEW ORLEANS | LA | 70124-3519 | K52230 | 66.90 | * |
| TERRENCE T HAGEN | 401 N GREMPS ST | | PAW PAW | MI | 49079-1365 | K45169 | 66.90 | * |
| TERRI DESIDERATI | 101 MADISON AVE APT 9A | | ASTORIA | OR | 97103-5038 | K22806 | 66.90 | * |
| TERRI GERTKEN | 19802 290TH ST | | RICHMOND | MN | 56368-8022 | K28738 | 66.90 | * |
| TERRI HARRISON | 805 DAY ST | | DECORAH | IA | 52101-2226 | K59439 | 66.90 | * |
| TERRI JANEL DRURY | 2656 22ND ST | | CLARKSTON | WA | 99403-1533 | K58472 | 66.90 | * |
| TERRI KAUFFMAN | 40 CHERRY ALY | | STEVENS | PA | 17578-9733 | K57864 | 66.90 | * |
| TERRI KOSTER | 140 ISLAND WAY # 124 | | CLEARWATER | FL | 33767-2216 | K58093 | 66.90 | * |
| TERRI L GAINEY | 2025 BARRETT DOWNS DR | | CUMMING | GA | 30040-9623 | K30962 | 66.90 | * |
| TERRI LUEHRING | PO BOX 109 | | GLADBROOK | IA | 50635-0109 | K55754 | 66.90 | * |
| TERRI MAHAN | 2305 S 8TH ST | | TERRE HAUTE | IN | 47802-3113 | K39892 | 66.90 | * |
| TERRI MCKEE | 1298 N COUNTY ROAD 175 W | | GREENCASTLE | IN | 46135-9293 | K53055 | 66.90 | * |
| TERRI PHLIPOT | 3086 KAISER RD | | FORT LORAMIE | OH | 45845-9747 | K32684 | 66.90 | * |
| TERRI ROACH | 9220 WEAVER RD | | RAVENNA | OH | 44266-9420 | K62776 | 66.90 | * |
| TERRI TESCH | 4877 NEST AVE | | GRANVILLE | IA | 51022-7543 | K55995 | 66.90 | * |
| TERRI WIESER | W5801 WOODLAND RD | | PLYMOUTH | WI | 53073-3345 | K53056 | 66.90 | * |
| TERRI WUERTEMBERGER | 2800 NORTHMONT LN | | RICHMOND | IN | 47374-1149 | K24585 | 66.90 | * |
| TERRIE MCGILL | 11396 HIGHWAY F34 W | | COLFAX | IA | 50054-7810 | K25225 | 66.90 | * |
| TERRIE PHILLIPS | 3412 54TH ST | | DES MOINES | IA | 50310-1709 | K21603 | 66.90 | * |
| TERRY A BURNETT | 615 SPRUCE AVE | | DUMAS | TX | 79029-2611 | K32215 | 66.90 | * |
| TERRY A JACKSON | 703 S LA LONDE AVE | | LOMBARD | IL | 60148-3521 | K55795 | 66.90 | * |
| TERRY A PEEPLES | 5530 DEERFIELD DR | | MORRIS | IL | 60450-9752 | K49974 | 66.90 | * |
| TERRY ALLEN | 12628 E CHERRY CREEK CT | | WICHITA | KS | 67207-6679 | K50034 | 66.90 | * |
| TERRY B CONLEY | 11419 LALLY ST NE | | LOWELL | MI | 49331-9470 | K35732 | 66.90 | * |
| TERRY B TRAHAN | 411 HIGHLAND CREST DR | | COVINGTON | LA | 70435-3921 | K51996 | 66.90 | * |
| TERRY BOQUIST | 65366 BENDERS RD | | NORTHOME | MN | 56661-1858 | K20320 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| TERRY BRENNER | 588 SOCIETY HILL CIR | | THE VILLAGES | FL | 32162-6128 | K28023 | 66.90 | * |
| TERRY BUNNIS | 32021 COUNTY HIGHWAY 34 | | OGEMA | MN | 56569-9567 | K19896 | 66.90 | * |
| TERRY BURK | 403 10TH AVE | | SLATER | IA | 50244-9763 | K23542 | 66.90 | * |
| TERRY C PARIS | 2668 W COUNTY ROAD 400 S | | GREENCASTLE | IN | 46135-8046 | K44572 | 66.90 | * |
| TERRY CORDER | 3578 STATE ROUTE 800 NE | | DOVER | OH | 44622-6915 | K51220 | 66.90 | * |
| TERRY D MARBACK | 801 2ND AVE NW | | DEVILS LAKE | ND | 58301-2034 | K31959 | 66.90 | * |
| TERRY E BURKHART | 30 MILLER RD | | AKRON | PA | 17501-1118 | K57696 | 66.90 | * |
| TERRY E KAISER | 211 S MARGARET ST | | JOLIET | IL | 60436-1315 | K50532 | 66.90 | * |
| TERRY E MATHIAS | 507 SUSQUEHANNA AVE | | MILTON | PA | 17847-2219 | K15236 | 66.90 | * |
| TERRY F COOK | 7017 S PRIEST DR APT 1045 | | TEMPE | AZ | 85283-6071 | K42925 | 66.90 | * |
| TERRY GARMAN | 506 NW SERENE MEADOW WAY | | PORT SAINT LU | FL | 34986-3576 | K57748 | 66.90 | * |
| TERRY GOLDBERG | 330 W 72ND ST APT 13D | | NEW YORK | NY | 10023-2649 | K50652 | 66.90 | * |
| TERRY H CHIANG | 2501 CANOPY CT | | MARIETTA | GA | 30066-1540 | K23935 | 66.90 | * |
| TERRY H LOGAN | 3404 TOWNBLUFF PL | | PLANO | TX | 75023-8045 | K16785 | 66.90 | * |
| TERRY HEBBLE | 9516 BRUNSWICK CIR | | BLOOMINGTON | MN | 55438-1702 | K47694 | 66.90 | * |
| TERRY HEIL | 1416 LINCOLN HEIGHTS AVE TRL | | EPHRATA | PA | 17522-1225 | K57618 | 66.90 | * |
| TERRY HICOCK | 5421 TEAK CT | | MIDLOTHIAN | TX | 76065-7200 | K62548 | 66.90 | * |
| TERRY HOY | 1623 4TH AVE | | INTERNATIONAL | MN | 56649-3538 | K18488 | 66.90 | * |
| TERRY J STEPHENS | 5464 BEECHMONT AVE | | CINCINNATI | OH | 45230-1142 | K43829 | 66.90 | * |
| TERRY KASHNER | 403 1ST ST | | ABBEVILLE | LA | 70510-6551 | K59107 | 66.90 | * |
| TERRY KINSETH | 310 E GROVE ST | | ALGONA | IA | 50511-3416 | K56839 | 66.90 | * |
| TERRY L [BERT] ROED | 23111 127TH AVE NE | | ARLINGTON | WA | 98223-8565 | K34208 | 66.90 | * |
| TERRY L CUFFE | 9410 SWARNER DR | | LENEXA | KS | 66219-2228 | K58363 | 66.90 | * |
| TERRY L FINN | 875 S SAPPHIRE LN | | ANAHEIM | CA | 92807-4864 | K31980 | 66.90 | * |
| TERRY L HAWKINS | 232 W MADISON AVE | | MILTON | WI | 53563-1233 | K35240 | 66.90 | * |
| TERRY L HILDEBRAND | 811 HIGH ST | | AKRON | PA | 17501-1417 | K30660 | 66.90 | * |
| TERRY L JOHNSON-SUBEDI | 2527 DERING PL NE | | ATLANTA | GA | 30345-1627 | K22127 | 66.90 | * |
| TERRY L LUBOTSKY | 1170 GULF BLVD APT 1602 | | CLEARWATER BE | FL | 33767-2785 | K41140 | 66.90 | * |
| TERRY L POLING | 103 ALARON DR | | WEAVERVILLE | NC | 28787-8486 | K32234 | 66.90 | * |
| TERRY L SHAFFER | 6 GRINSTEAD LN | | BELLA VISTA | AR | 72715-6605 | K62396 | 66.90 | * |
| TERRY L THOMAS | 905 LINDERO PASS | | GEORGETOWN | TX | 78633-5227 | K58862 | 66.90 | * |
| TERRY L VANNATTA | 5542 SPANDRELL CIR | | SPARKS | NV | 89436-2666 | K24509 | 66.90 | * |
| TERRY LOOMIS | 811 S CHERRY ST | | CRESTON | IA | 50801-3902 | K21662 | 66.90 | * |
| TERRY M JAY | 1307 CARPENTER BRANCH CT | | OVIEDO | FL | 32765-5620 | K22367 | 66.90 | * |
| TERRY MAZORE | 3750 NORTHERN PIKE | | MONROEVILLE | PA | 15146-2136 | K60703 | 66.90 | * |
| TERRY MCLAUGHLIN | 7 SYLVAN CT | | MILTON | PA | 17847-8928 | K16965 | 66.90 | * |
| TERRY MICHAEL THOMAS | PO BOX 1389 | | ROEBUCK | SC | 29376-1389 | K21435 | 66.90 | * |
| TERRY MOOK | 83 MOOK LN | | WATSONTOWN | PA | 17777-8399 | K16452 | 66.90 | * |
| TERRY MOSER | 198 PRAIRIE DAWN | | KYLE | TX | 78640-5518 | K28452 | 66.90 | * |
| TERRY MURPHY | 25 LA RUE DR | | HUNTINGTON | NY | 11743-2501 | K36846 | 66.90 | * |
| TERRY OPAL | 1039 SW 1ST ST | | RICHMOND | IN | 47374-5314 | K27677 | 66.90 | * |
| TERRY OYLER | 6548 NEW HOPE RD | | GRANTS PASS | OR | 97527-8930 | K34411 | 66.90 | * |
| TERRY PRATT | PO BOX 1290 | | BOCA GRANDE | FL | 33921-1290 | K56500 | 66.90 | * |
| TERRY R MOORE | 2842 COLEMAN HILL RD | | ROCKVALE | TN | 37153-4409 | K41960 | 66.90 | * |
| TERRY R SCHULTZ SR | 622 9TH ST | | INTERNATIONAL | MN | 56649-2714 | K19304 | 66.90 | * |
| TERRY RANDOLPH | PO BOX 135 | | RANIER | MN | 56668-0135 | K18766 | 66.90 | * |
| TERRY RING | 14211 BOOTH MEMORIAL AVE | | FLUSHING | NY | 11355-5343 | K37290 | 66.90 | * |
| TERRY SALMANS | 1208 N CAMELOT DR | | PAYSON | AZ | 85541-3304 | K47785 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| TERRY SCHATTSCHNEIDER | 211 S SMITH ST APT 102 | | ALGONA | IA | 50511-2532 | K54554 | 66.90 | * |
| TERRY SMITH | 2547 MILL CREEK RD | | AUSTINBURG | OH | 44010-9731 | K16223 | 66.90 | * |
| TERRY SMOTHERS | 2050 PRAIRIE DU CHIEN RD NE | | IOWA CITY | IA | 52240-9617 | K56750 | 66.90 | * |
| TERRY SWEENEY | 401 97TH ST | | AMERY | WI | 54001-4055 | K51638 | 66.90 | * |
| TERRY T HOWARD MD | 1 BUTT HINGE RD | | CHELMSFORD | MA | 01824-2126 | K42125 | 66.90 | * |
| TERRY TRENT | 1091 MEADOW LN | | FOND DU LAC | WI | 54935-6311 | K50053 | 66.90 | * |
| TERRY TROXELL | 295 HUFF RD | | NEW COLUMBIA | PA | 17856-9438 | K15774 | 66.90 | * |
| TERRY ULCH SR | 29282 CHENWOOD CT | | FARMINGTON HI | MI | 48334-3100 | K58830 | 66.90 | * |
| TERRY WARREN | 102 JULY CT | | SMYRNA | TN | 37167-5911 | K30864 | 66.90 | * |
| TERRY WARREN | 2582 CORDELL AVE | | WENATCHEE | WA | 98801-5900 | K38282 | 66.90 | * |
| TERRY WHITESELL | 9129 ADMIRALS BAY DR | | INDIANAPOLIS | IN | 46236-9331 | K23865 | 66.90 | * |
| TERRY WICZEK | PO BOX 956 | | BAUDETTE | MN | 56623-0956 | K25933 | 66.90 | * |
| TERRY WOLLESEN | 1300 WADE ST | | DES MOINES | IA | 50315-6540 | K26692 | 66.90 | * |
| TERRY WRIGHT | 66642 E BAY RD SPC 70 | | NORTH BEND | OR | 97459-8290 | K18483 | 66.90 | * |
| THAD HUGGINS | 925 SE RIVER RD APT 1303 | | EL DORADO | KS | 67042-8272 | K55998 | 66.90 | * |
| THALES ELLIOTT | 3105 TATE RD | | AUGUSTA | GA | 30906-3134 | K59665 | 66.90 | * |
| THALIA A MORGAN | 1412 BARLOW CIR | | COLORADO SPRI | CO | 80915-2301 | K12978 | 66.90 | * |
| THALIA DORWICK | 7255 SNAKE RD | | OAKLAND | CA | 94611-1334 | K61672 | 66.90 | * |
| The Hartford | PO Box 660916 | | Dallas | TX | 75266-0916 | 14255554 | 166.83 | ** |
| The Hayes Law Group | 4701 Central Ave Ste A | | Saint Petersburg | FL | 33713-8153 | Alumni Res | 6,702.76 | ** |
| THEA DIAMOND HOWEY | 127 RIGHTERS FERRY RD | | BALA CYNWYD | PA | 19004-2326 | K34436 | 66.90 | * |
| THEDA ROSE RICHARDS | 1236 KEPLER RD | | POTTSTOWN | PA | 19464-2102 | K47780 | 66.90 | * |
| THEDORA GAINOUS | 4325 COLONY WAY | | ORLANDO | FL | 32808-6405 | K39430 | 66.90 | * |
| THEDUS A CASTLE | 14905 5875 RD | | MONTROSE | CO | 81403-8048 | K16942 | 66.90 | * |
| THELDA SITZ | PO BOX 38 | | SLIDELL | TX | 76267-0038 | K27881 | 66.90 | * |
| THELMA [JEAN] GIACONE | 6300 W MONTROSE AVE APT 301 | | CHICAGO | IL | 60634-5402 | K52860 | 66.90 | * |
| THELMA A COOPER | 4155 BRITTANY LN | | SARASOTA | FL | 34233-3701 | K13425 | 66.90 | * |
| THELMA A SUTERS | 1703 OLD BLACK HORSE PIKE | | BLACKWOOD | NJ | 08012-5217 | K40808 | 66.90 | * |
| THELMA BUMGARDNER | 207 N MADISON ST | | GREENCASTLE | IN | 46135-1262 | K45311 | 66.90 | * |
| THELMA CRAWFORD | 9911 CENTRAL PIKE | | MOUNT JULIET | TN | 37122-6104 | K36252 | 66.90 | * |
| THELMA HENMAN | 1251 ERIE CT | | SIDNEY | OH | 45365-7908 | K31349 | 66.90 | * |
| THELMA J GOULD | 9139 S HARPER AVE | | CHICAGO | IL | 60619-7917 | K52207 | 66.90 | * |
| THELMA J MOSLEY | 939 SE 12TH AVE | | GAINESVILLE | FL | 32601-8013 | K41167 | 66.90 | * |
| THELMA JACKSON | 909 S 4TH ST | | LAMESA | TX | 79331-6115 | K42553 | 66.90 | * |
| THELMA JUTTE | 2559 SIEGRIST JUTTE RD | | FORT RECOVERY | OH | 45846-9579 | K37422 | 66.90 | * |
| THELMA MALECEK | 539 ARLENE DR | | WOOD DALE | IL | 60191-1701 | K42073 | 66.90 | * |
| THELMA MCKIBBEN | 239 W 406 N | | VALPARAISO | IN | 46385-8805 | K33744 | 66.90 | * |
| THELMA O THOMPSON | 6249 50TH ST NE | | MINNEWAUKAN | ND | 58351-9580 | K34415 | 66.90 | * |
| THELMA PARKS | 6513 N 78TH AVE | | OMAHA | NE | 68122-1668 | K56689 | 66.90 | * |
| THELMA SMITH | 19 NW HEATHERSTONE DR | | LAWTON | OK | 73505-9535 | K57994 | 66.90 | * |
| THELMA W MARTIN | 1575 FURNACE HILLS PIKE | | LITITZ | PA | 17543-9591 | K59881 | 66.90 | * |
| THELMA WILLIAMS | 1319 CHERRY AVE | | AUGUSTA | GA | 30901-2015 | K59573 | 66.90 | * |
| THEO MORRIS JR | 7538 MONET PL | | ROHNERT PARK | CA | 94928-3628 | V99909 | 66.90 | * |
| THEODIS R GATLIN JR | 12234 W 72ND ST | | SHAWNEE | KS | 66216-3624 | K35950 | 66.90 | * |
| THEODORA J GUTZ | 4050 ADAIR BLF | | SAN ANTONIO | TX | 78223-3273 | K60321 | 66.90 | * |
| THEODORE [TED] FRANCIS | 1998 5TH AVE E | | INTERNATIONAL | MN | 56649-3112 | K18239 | 66.90 | * |
| THEODORE [TED] VOSS | 2652 S CYPRESS ST | | SIOUX CITY | IA | 51106-4101 | K54947 | 66.90 | * |
| THEODORE A RODENBECK | 1017 TURKEY ROOST DR | | LIVERMORE | CO | 80536-0199 | K39160 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| THEODORE ARTHUR ROBERTSON | 19029 US HIGHWAY 19 N APT 22 | | CLEARWATER | FL | 33764-3068 | K27351 | 66.90 * | |
| THEODORE D PENNINGTON | 9568 SUNNYBROOK DR | | BRENTWOOD | TN | 37027-8226 | K37534 | 66.90 * | |
| THEODORE E ROMBERG | 1011 METROPOLITAN AVE | | MILTON | MA | 02186-1039 | K52600 | 66.90 * | |
| THEODORE FRANKLIN COLEMAN | 1339 OLD LINDEN RD | | LINDEN | VA | 22642-5256 | K13127 | 66.90 * | |
| THEODORE GUZIK | 1340 MAYFIELD RIDGE RD | | MAYFIELD HEIG | OH | 44124-1539 | K51232 | 66.90 * | |
| THEODORE H ECKERT | 11 WICKER DR | | LITITZ | PA | 17543-9458 | K58051 | 66.90 * | |
| THEODORE J ANSEL | 1701 W ROBB AVE LOT 1 | | LIMA | OH | 45805-1570 | K43877 | 66.90 * | |
| THEODORE JERAULD SAAL | 8547 WONDERLAND AVE NW | | CLINTON | OH | 44216-9516 | K49753 | 66.90 * | |
| THEODORE KOSTKAN | 1829 N 146TH ST | | OMAHA | NE | 68154-4705 | K52908 | 66.90 * | |
| THEODORE L PLOETNER JR | 2208 SUGARMAPLE DR | | LA GRANGE | KY | 40031-6903 | K33277 | 66.90 * | |
| THEODORE P LENTZ | 3200 W 14TH ST | | CLEVELAND | OH | 44109-1811 | K46040 | 66.90 * | |
| THEODORE PEIFER | 215 LOIZOS DR NW | | FORT WALTON B | FL | 32548-4703 | K16533 | 66.90 * | |
| THEODORE R FLINT | PO BOX 50 | | ELVERSON | PA | 19520-0050 | K36824 | 66.90 * | |
| THEODORE SHIAKALLIS | 1322 S YALE AVE | | ARLINGTON HEI | IL | 60005-3419 | K52944 | 66.90 * | |
| THEODORE WOLFSTICH | 29 EMERICK LN | | LOUDONVILLE | NY | 12211-1259 | K19912 | 66.90 * | |
| THEODORE ZORC | 19321 SHAWNEE AVE | | CLEVELAND | OH | 44119-2772 | K45607 | 66.90 * | |
| THEODOSIA [THEO] GRIMES | 69 ELEPHANT LN | | SOUTH ROYALTO | VT | 05068-5302 | K52015 | 66.90 * | |
| THERESA [TERRY] MACDONALD | PO BOX 894 | | WINDHAM | NY | 12496-0894 | K48370 | 66.90 * | |
| THERESA A SHEPHERD | 2070 S LONG LAKE RD | | FENTON | MI | 48430-1485 | K56467 | 66.90 * | |
| THERESA ALEXANDER | 9691 SYLVAN LN | | MENTOR | OH | 44060-8105 | K19886 | 66.90 * | |
| THERESA ALLEN | 946 CRESTON AVE | | DES MOINES | IA | 50315-1803 | K22742 | 66.90 * | |
| THERESA BAIRD | 434 FLOWER AVE W | | WATERTOWN | NY | 13601-3941 | K41890 | 66.90 * | |
| THERESA BRZEK | 2108 WESLEY ST | | MCKEESPORT | PA | 15132-7639 | K61962 | 66.90 * | |
| THERESA C STAFFELDT | 192 3RD ST W | | NOKOMIS | FL | 34275-1543 | K54562 | 66.90 * | |
| THERESA CAFFERY | 1920 CHERRYVALE CT | | TOMS RIVER | NJ | 08755-0845 | K39571 | 66.90 * | |
| THERESA E RICE | 20 LINDEN CT | | CLIFTON PARK | NY | 12065-5343 | K20665 | 66.90 * | |
| THERESA ESPOSITO | 1225 NW 21ST ST APT 1112 | | STUART | FL | 34994-9329 | K49821 | 66.90 * | |
| THERESA F LURA MD | 1209 FREDRICKSBURG RD | | JOHNSON CITY | TN | 37604-6377 | K12042 | 66.90 * | |
| THERESA GENTZLER | 148 NANTUCKET CIR | | PAINESVILLE | OH | 44077-1550 | K49745 | 66.90 * | |
| THERESA GOENNER | 6526 75TH AVE SE | | SAINT CLOUD | MN | 56304-9752 | K26601 | 66.90 * | |
| THERESA GOSSMAN | 600 S LOOMIS ST | | CHICAGO | IL | 60607-3312 | K60428 | 66.90 * | |
| THERESA GRANDVILLE | 34 NORWOOD RD | | YONKERS | NY | 10710-1416 | K38130 | 66.90 * | |
| THERESA JONES | 70 HOGAN LN | | AMBLER | PA | 19002-5237 | K49615 | 66.90 * | |
| THERESA K BOZICH | 418 ANDOVER RD | | FAIRLESS HILL | PA | 19030-2302 | K22794 | 66.90 * | |
| THERESA L FORD PHR | 6510 ROXTON DR | | AMARILLO | TX | 79109-5121 | K31639 | 66.90 * | |
| THERESA L HUTCHERSON LPN | 318 BROADMOOR ST | | FREDERICKSBUR | TX | 78624-2707 | K31023 | 66.90 * | |
| THERESA O'BRIEN ESQ | 2 RUNDELANE | | BLOOMFIELD | CT | 06002-1523 | K39290 | 66.90 * | |
| THERESA RICHARDS | PO BOX 358 | | NUCLA | CO | 81424-0358 | K17211 | 66.90 * | |
| THERESA ROMAGNA | 5 ASTER LN | | BURLINGTON | NJ | 08016-2274 | K30140 | 66.90 * | |
| THERESA SCHWABE | EP556 BALSAM ST | | STRATFORD | WI | 54484-9543 | K50590 | 66.90 * | |
| THERESA SHIMMEL | 601 WILSON AVE | | MOUNT MORRIS | MI | 48458-1554 | K59113 | 66.90 * | |
| THERESA SWIDERSKI | 69 CLYNE AVE | | SPOTSWOOD | NJ | 08884-1203 | K36812 | 66.90 * | |
| THERESA THOMAS | 1639 WAYNE AVE | | YORK | PA | 17403-1243 | K23414 | 66.90 * | |
| THERESA WARREN | 2813 LINCOLN DR | | ASHTABULA | OH | 44004-5117 | K18819 | 66.90 * | |
| THERESA WERNER | 918 LEXINGTON WAY | | WAUNAKEE | WI | 53597-2104 | K33595 | 66.90 * | |
| THERESA WURTH | 436 FOREST VIEW AVE | | SIOUX CITY | IA | 51103-3180 | K55299 | 66.90 * | |
| THERESE BROWN | 2638 GATELY DR E APT 106 | | WEST PALM BEA | FL | 33415-7987 | K62902 | 66.90 * | |
| THERESE ZEH | 660 DIAMOND GLEN CIR | | FOLSOM | CA | 95630-3168 | K24487 | 66.90 * | |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| THERON C BONE | 77 CHAPMAN CT | | STEILACOOM | WA | 98388-1733 | K33529 | 66.90 | * |
| THERSA MILANAK | 3910 LAWNVIEW AVE | | PITTSBURGH | PA | 15227-3240 | K48374 | 66.90 | * |
| THOM JACKSON | 1001 N VIA PRIMAVERA | | TUCSON | AZ | 85710-8801 | K46167 | 66.90 | * |
| THOMAS (TOM) HEMNES | 49 HAMMOND RD | | BELMONT | MA | 02478-2249 | K61023 | 66.90 | * |
| THOMAS [ALAN] MCGLINCH | 3991 GETTYSBURG PITSBURG RD | | ARCANUM | OH | 45304-9725 | K31167 | 66.90 | * |
| THOMAS [JOE] WAMER | PO BOX 306 | | SAINT GEORGE | SC | 29477-0306 | K51934 | 66.90 | * |
| THOMAS [MICK] HODGES | 4106 MCCULLOM LAKE RD | | MCHENRY | IL | 60050-1519 | K15110 | 66.90 | * |
| THOMAS [TOM] ELWOOD | 315 LEONARDVILLE RD | | BELFORD | NJ | 07718-1272 | K32784 | 66.90 | * |
| THOMAS [TOM] ETZEL | 5439 REDSTART ST | | HOUSTON | TX | 77096-5031 | K39591 | 66.90 | * |
| THOMAS [TOM] HAGEN | 119 W MCMILLAN ST APT D | | MARSHFIELD | WI | 54449-1043 | K52047 | 66.90 | * |
| THOMAS [TOM] JONES | 605 ROCA ST | | ASHLAND | OR | 97520-3313 | K35058 | 66.90 | * |
| THOMAS [TOM] KOPP | 7773 OHARA PL | | SPRINGFIELD | VA | 22153-2237 | K33254 | 66.90 | * |
| THOMAS [TOM] MCKEAN | 3811 W NINE MILE RD | | PENSACOLA | FL | 32526-7817 | K15112 | 66.90 | * |
| THOMAS [TOM] MOLESKI | 1037 GRANGER ST | | FENTON | MI | 48430-1566 | K56427 | 66.90 | * |
| THOMAS [TOM] PENMAN | 3 ETON CV | | NEWPORT NEWS | VA | 23608-1805 | K58572 | 66.90 | * |
| THOMAS [TOM] THORNTON | 6004 FRONT ROYAL DR | | AUSTIN | TX | 78746-7283 | K26006 | 66.90 | * |
| THOMAS [TOM] WESTEN | 116 RACQUET RD | | WALL TOWNSHIP | NJ | 07719-9423 | K52198 | 66.90 | * |
| THOMAS [TOMMY] HALE | 2102 11TH ST | | BROWNWOOD | TX | 76801-5442 | K45558 | 66.90 | * |
| THOMAS A [TOM] DOWLING | 2423 HIGH LONESOME TRL | | LAFAYETTE | CO | 80026-9393 | K52701 | 66.90 | * |
| THOMAS A ADELSPERGER | 936 BRECKENRIDGE DR | | RICHMOND | IN | 47374-7114 | K23642 | 66.90 | * |
| THOMAS A BURKE | 3845 GARNET DR | | MULBERRY | FL | 33860-8622 | K41301 | 66.90 | * |
| THOMAS A FISCHETTI | 11 COLUMBIA AVE | | CRANFORD | NJ | 07016-2029 | K13569 | 66.90 | * |
| THOMAS A HAUGLAND | 1307 8TH AVE | | INTERNATIONAL | MN | 56649-2804 | K19121 | 66.90 | * |
| THOMAS A HILL | 8702 HIGHWAY 81 | | SAINT THOMAS | ND | 58276-9525 | K54359 | 66.90 | * |
| THOMAS A KINNARY | 906 PARK LN | | LACON | IL | 61540-1708 | K55652 | 66.90 | * |
| THOMAS A MANSKE | 4260 WHISTLEWOOD CIR | | LAKELAND | FL | 33811-3052 | K39028 | 66.90 | * |
| THOMAS A MASILLA JR | 2 CLEVELAND CT | | METAIRIE | LA | 70003-1050 | K51648 | 66.90 | * |
| THOMAS A MCCULLOUGH | 980 SAND GAP RD | | PENNSBORO | WV | 26415-3051 | K52612 | 66.90 | * |
| THOMAS A TRANFAGLIA JR | 177 EUSTON RD | | GARDEN CITY | NY | 11530-1201 | K55777 | 66.90 | * |
| THOMAS A VERDERBER | 14913 LAKE SHORE BLVD | | CLEVELAND | OH | 44110-1224 | K44514 | 66.90 | * |
| THOMAS A WEBER | 9520 W LANGLADE ST | | MILWAUKEE | WI | 53225-1625 | K36000 | 66.90 | * |
| THOMAS ADAMS | PO BOX 2051 | | KALAMA | WA | 98625-1800 | K60206 | 66.90 | * |
| THOMAS AICHER | 4012 STEPHANIE DR NE | | ALBUQUERQUE | NM | 87111-4020 | K56537 | 66.90 | * |
| THOMAS AKERS | 129 MARLOU PKWY | | DES MOINES | IA | 50320-6933 | K20522 | 66.90 | * |
| THOMAS ALEXANDER DABNEY JR | 2788 BLUEJAY RD | | HEATH SPRINGS | SC | 29058-9211 | K39232 | 66.90 | * |
| THOMAS ALFRED EDWARDS | 2412 LANSING AVE | | PORTSMOUTH | VA | 23704-6424 | K12669 | 66.90 | * |
| THOMAS AMIRIAN JR | 70 SUMMIT AVE | | BROOKLINE | MA | 02446-2320 | K10724 | 66.90 | * |
| THOMAS ANDERSON | 1809 DRURY LN | | GRANTS PASS | OR | 97527-5321 | K36905 | 66.90 | * |
| THOMAS ANDREW JAMISON III | 1610 GREYFIELD TRCE | | SNELLVILLE | GA | 30078-5973 | K50963 | 66.90 | * |
| THOMAS B [T C] CLARK JR | 5606 CARRINGTON DR | | RICHARDSON | TX | 75082-2870 | K10527 | 66.90 | * |
| THOMAS B MERVINE JR | 437 BEECHWOOD AVE | | HADDONFIELD | NJ | 08033-1104 | K41755 | 66.90 | * |
| THOMAS BAACK | 15963 BRIDLE RIDGE DR | | MONUMENT | CO | 80132-6096 | K38416 | 66.90 | * |
| THOMAS BABER CALLAHAN | PO BOX 550025 | | GASTONIA | NC | 28055-0025 | K48593 | 66.90 | * |
| THOMAS BARTON | 26600 MORRIS SALEM RD | | CIRCLEVILLE | OH | 43113-9320 | K57876 | 66.90 | * |
| THOMAS BRADFORD MCMURTREY | 309 N GLENWOOD AVE | | CLEARWATER | FL | 33755-5708 | K29787 | 66.90 | * |
| THOMAS BULL | RR 9 BOX 705 | | GATEWOOD | MO | 63942-9009 | K37653 | 66.90 | * |
| THOMAS BYROM | PO BOX 68 | | COLLINSVILLE | TX | 76233-0068 | K25066 | 66.90 | * |
| THOMAS C [TOM] ASPELL | 3225 MARKET ST | | SAN FRANCISCO | CA | 94114-2226 | K57712 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.            No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| THOMAS C [TOM] LYNCH | 711 DANTE RD | | KNOXVILLE | TN | 37918-9722 | K15010 | 66.90 | * |
| THOMAS C BRICKMAN | 25581 EDGECLIFF DR | | EUCLID | OH | 44132-1161 | K43109 | 66.90 | * |
| THOMAS C GREEN | 238 DOTTERER RD | | LENHARTSVILLE | PA | 19534-9584 | K36210 | 66.90 | * |
| THOMAS C HODER | 108 PROSPECT HILL ST | | TAUNTON | MA | 02780-1118 | K61768 | 66.90 | * |
| THOMAS C SIFRIT | 1711 PALMA ISOLA BLVD | | BRADENTON | FL | 34209-4840 | K30865 | 66.90 | * |
| THOMAS CASPER | 2121 4TH ST S | | WISCONSIN RAP | WI | 54494-5806 | K49215 | 66.90 | * |
| THOMAS CASTEEL | 7202 N CLIO RD | | MOUNT MORRIS | MI | 48458-8226 | K48525 | 66.90 | * |
| THOMAS CHARLES WATTS | 1584 S DENMARK RD | | JEFFERSON | OH | 44047-9407 | K16311 | 66.90 | * |
| THOMAS CISSELL | 290 S SKYLINE DR | | LOUISVILLE | KY | 40229-3267 | K34265 | 66.90 | * |
| THOMAS CORCORAN | 806 E BEAUMONT AVE | | WHITEFISH BAY | WI | 53217-4813 | K55053 | 66.90 | * |
| THOMAS D EDWARDS | 8262 US HIGHWAY 77 | | WINFIELD | KS | 67156-6784 | K50085 | 66.90 | * |
| THOMAS D GRIFFIN | 12305 IDLEWILD RD | | MATTHEWS | NC | 28105-3880 | K50007 | 66.90 | * |
| THOMAS D HARVEY JR | 1048 VALENCIA ST | | SAN FRANCISCO | CA | 94110-2406 | K53400 | 66.90 | * |
| THOMAS D HOFFMAN | 2616 NE 27TH AVE | | FORT LAUDERDA | FL | 33306-1716 | K32930 | 66.90 | * |
| THOMAS D KIENLEN | 71 PEACH PALM LN | | NAPLES | FL | 34114-8321 | K55002 | 66.90 | * |
| THOMAS D LE ROY | 8619 DUMAINE | | SAN ANTONIO | TX | 78240-3504 | K56155 | 66.90 | * |
| THOMAS D MCINTOSH | 2307 W 21ST ST | | PANAMA CITY | FL | 32405-2423 | K48465 | 66.90 | * |
| THOMAS D SANO | 12910 OAK NUT ST | | HUDSON | FL | 34667-5129 | K21465 | 66.90 | * |
| THOMAS D SEAMAN | 342 EASTHAM RD | | POINT PLEASAN | NJ | 08742-2016 | K29452 | 66.90 | * |
| THOMAS DANA | 18737 SUMMERSONG DR | | HUDSON | FL | 34667-5534 | K47688 | 66.90 | * |
| THOMAS DAVIS | 202 HARLAN MORRIS DR | | TRENTON | TN | 38382-3921 | K33512 | 66.90 | * |
| THOMAS DOBBELSTEIN | 9801 N PALMYRA RD | | CANFIELD | OH | 44406-9748 | K60234 | 66.90 | * |
| THOMAS DORIS | 404 8TH ST | | INTERNATIONAL | MN | 56649-2630 | K18845 | 66.90 | * |
| THOMAS DORO | 1563 E LAKE BLUFF BLVD | | SHOREWOOD | WI | 53211-1539 | K39241 | 66.90 | * |
| THOMAS E [THOM] HERRMAN | 3720 COUNTRY CLUB LN | | RICHMOND | IN | 47374-3602 | K24673 | 66.90 | * |
| THOMAS E [TIM] ROBERTS | 60 W HUNTER ST | | LOGAN | OH | 43138-1512 | K51969 | 66.90 | * |
| THOMAS E [TOM] STARNES | PO BOX 1371 | | CHATSWORTH | GA | 30705-1371 | K23326 | 66.90 | * |
| THOMAS E BAYLIFF | 728 E 4TH ST | | SPENCERVILLE | OH | 45887-1283 | K50843 | 66.90 | * |
| THOMAS E BEDI | 834 CAMBRIDGE DRIVE | | MANHEIM | PA | 17545-8405 | K30285 | 66.90 | * |
| THOMAS E BRINLEY | 4401 AVENTS FERRY RD | | SANFORD | NC | 27330-6431 | K45627 | 66.90 | * |
| THOMAS E CATRON II | 8611 N 57TH ST | | OMAHA | NE | 68152-1755 | K58021 | 66.90 | * |
| THOMAS E DEROSE SR | 4 AVALON WOODS CT | | CAPE MAY COUR | NJ | 08210-1450 | K48402 | 66.90 | * |
| THOMAS E DOMITOR | 2180 DEERFIELD AVE | | MYRTLE BEACH | SC | 29575-5401 | K44320 | 66.90 | * |
| THOMAS E DOWNS IV | 415 MAIN ST | | SOUTH AMBOY | NJ | 08879-1658 | K29879 | 66.90 | * |
| THOMAS E FRONTZ | 620 N MAPLE ST | | EPHRATA | PA | 17522-2125 | K29796 | 66.90 | * |
| THOMAS E GASTON | 2807 SUMMER POINTE CT | | OWENSBORO | KY | 42303-4018 | K37344 | 66.90 | * |
| THOMAS E GRINNEN JR | 1100 SENA DR | | METAIRIE | LA | 70005-1629 | K50786 | 66.90 | * |
| THOMAS E HORA | 104 HIDDEN CT | | NEW HOPE | PA | 18938-2277 | K46666 | 66.90 | * |
| THOMAS E KEMBLE | 4 ROTA DR | | PARLIN | NJ | 08859-2015 | K29559 | 66.90 | * |
| THOMAS E LIM | 13935 35TH AVE APT 6A | | FLUSHING | NY | 11354-3530 | K52021 | 66.90 | * |
| THOMAS E MARTIN | 1540 HOUSE RD | | WEBBERVILLE | MI | 48892-9734 | K40697 | 66.90 | * |
| THOMAS E MARTIN | 9 LEXINGTON DR | | HANOVER | PA | 17331-8654 | K43312 | 66.90 | * |
| THOMAS E MCDONALD | 495 N PARHAM RD | | CLOVER | SC | 29710-9133 | K32789 | 66.90 | * |
| THOMAS E MERTENS | 15 DONNA DR | | GAYLORDSVILLE | CT | 06755-1516 | K16326 | 66.90 | * |
| THOMAS E MURLEY | 9915 BARNSBURY CT | | FAIRFAX | VA | 22031-1003 | K28745 | 66.90 | * |
| THOMAS E POSPISIL | 2914 200TH ST | | BAYSIDE | NY | 11360-2360 | K62390 | 66.90 | * |
| THOMAS E QUILLIN | 9015 37TH ST N | | PINELLAS PARK | FL | 33782-5918 | K53531 | 66.90 | * |
| THOMAS E RAMSDEN | 15 HEMLOCK ACRES CT | | MANHEIM | PA | 17545-8942 | K45549 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| THOMAS E SCHMITT | 11855 FRIAR POST | | NORTH ROYALTO | OH | 44133-6065 | K46710 | 66.90 | * |
| THOMAS ELSBREE | 2385 LAS GALLINAS AVE | | SAN RAFAEL | CA | 94903-1606 | K52151 | 66.90 | * |
| THOMAS ENNIS | 13429 GLEN ENTRANCE DR | | HOMER GLEN | IL | 60491-8207 | K54209 | 66.90 | * |
| THOMAS ETHERIDGE | 224 AVALON DR | | PARIS | TN | 38242-4428 | K30377 | 66.90 | * |
| THOMAS EVERETT CARTER | 1103 NORTHSHORE DR | | CASTALIAN SPR | TN | 37031-4506 | K37078 | 66.90 | * |
| THOMAS F BARKS | 1271 TOMAHAWK RD | | CHEYENNE | WY | 82009-9049 | K17215 | 66.90 | * |
| THOMAS F BRYAN | 1210 TRAILHEAD CT | | GREENVILLE | SC | 29617-6223 | K62570 | 66.90 | * |
| THOMAS F EILART | 2507 STONECLIFFE DR | | MONROEVILLE | PA | 15146-3219 | K62502 | 66.90 | * |
| THOMAS F MCDERMOTT | 914 POND ST | | BRISTOL | PA | 19007-5222 | K24783 | 66.90 | * |
| THOMAS F PADGEON | 17 ASPEN LN | | LEVITTOWN | PA | 19055-1230 | K41921 | 66.90 | * |
| THOMAS F PETERMAN | W6312 SCHMIDT RD | | WATERTOWN | WI | 53098-3819 | K39753 | 66.90 | * |
| THOMAS F REIN | 13 JEANS LN | | FAYETTEVILLE | TN | 37334-6629 | K19902 | 66.90 | * |
| THOMAS F SANSONE | 24 DINO DR | | BALLSTON LAKE | NY | 12019-9553 | K27289 | 66.90 | * |
| THOMAS F SCHEXNAYDER | 116 VIRGINIA PKWY | | RIVER RIDGE | LA | 70123-2540 | K56246 | 66.90 | * |
| THOMAS F WEBER | 141 AZALEA LN | | MENTOR | OH | 44060-4404 | K50022 | 66.90 | * |
| THOMAS F WHELAN | 19375 N REGENTS PARK DR | | SURPRISE | AZ | 85387-7221 | K43315 | 66.90 | * |
| THOMAS F WRATTEN | 8525 DANBURY BLVD APT 101 | | NAPLES | FL | 34120-0620 | K24249 | 66.90 | * |
| THOMAS FISCHETTI | 11 COLUMBIA AVE | | CRANFORD | NJ | 07016-2029 | K13572 | 66.90 | * |
| THOMAS FITZGERALD | 8361 5TH ST APT 102 | | DOWNEY | CA | 90241-3802 | K34014 | 66.90 | * |
| THOMAS FITZHUGH | 921 W CORAL ST | | TAMPA | FL | 33602-1113 | K33133 | 66.90 | * |
| THOMAS G GORDON | 3468 MARCUS POINTE BLVD | | PENSACOLA | FL | 32505-1892 | K51646 | 66.90 | * |
| THOMAS G LE BON | 64 MONTERREY AVE | | KENNER | LA | 70065-3143 | K59763 | 66.90 | * |
| THOMAS G PATTON | 201 W EUCLID AVE | | HADDONFIELD | NJ | 08033-2603 | K44890 | 66.90 | * |
| THOMAS G RODRIGUEZ | PO BOX 204 | | LEAVENWORTH | KS | 66048-0204 | K42793 | 66.90 | * |
| THOMAS GISKA | 5318 DUNLEIGH DR | | BURKE | VA | 22015-1651 | K57731 | 66.90 | * |
| THOMAS GORSCHE | 1633 DAKOTA DR | | WATERLOO | IA | 50701-9767 | K23036 | 66.90 | * |
| THOMAS GRANT | 5926 CHEROKEE DR | | FAIRWAY | KS | 66205-3316 | K22591 | 66.90 | * |
| THOMAS H [TOM] CLEPHANE | 303 CLUB DR | | TRAVELERS RES | SC | 29690-2155 | K37964 | 66.90 | * |
| THOMAS H BAALMANN SR | 20717 W 55TH ST S | | VIOLA | KS | 67149-9665 | K28825 | 66.90 | * |
| THOMAS H DENNEY | 770 CAPITOL ST NE | | SALEM | OR | 97301-2508 | K34370 | 66.90 | * |
| THOMAS H HEMMELGARN | 111 HIGHLAND AVE | | RUSSIA | OH | 45363-9700 | K33368 | 66.90 | * |
| THOMAS H SWAIM III | 1613 CROOKED PINE DR | | MYRTLE BEACH | SC | 29575-5252 | K32917 | 66.90 | * |
| THOMAS H WATSON | 1912 OAKLAND AVE | | CREST HILL | IL | 60403-2429 | K56733 | 66.90 | * |
| THOMAS HAYES | 412 N RAVEN RD | | SHOREWOOD | IL | 60404-9622 | K55009 | 66.90 | * |
| THOMAS HELMEL | 8636 RUNNING FOX CIR | | LOUISVILLE | KY | 40291-2668 | K33454 | 66.90 | * |
| THOMAS HERBERTSON | 2721 TISCHLER RD | | BETHEL PARK | PA | 15102-3834 | K60971 | 66.90 | * |
| THOMAS HOLLANDER | 12505 MONTERO PL | | SAN DIEGO | CA | 92128-2338 | K52153 | 66.90 | * |
| THOMAS HOOPER | 1174 SAINT ANDREWS RD | | BRYN MAWR | PA | 19010-1951 | K41016 | 66.90 | * |
| THOMAS HUBER | 114 HAMILTON LN | | MC CORMICK | SC | 29835-3124 | K53202 | 66.90 | * |
| THOMAS HUNTER [TOM] NICHOLSON | 3026 CUNARD DR | | VALRICO | FL | 33596-5268 | K38521 | 66.90 | * |
| THOMAS I [TIM] MELCHER | 30140 S 587 CIR | | GROVE | OK | 74344-7805 | K28857 | 66.90 | * |
| THOMAS J BENZ | 3754 STATE ROUTE 55 | | URBANA | OH | 43078-9611 | K49936 | 66.90 | * |
| THOMAS J BIDDLE | 5510 HIGHWAY 30W | | THE DALLES | OR | 97058-9538 | K36663 | 66.90 | * |
| THOMAS J CATRONE | 320 E PORTER AVE | | DES MOINES | IA | 50315-5238 | K26222 | 66.90 | * |
| THOMAS J CHENEY | 1304 SEVERS DR | | PIQUA | OH | 45356-2530 | K46899 | 66.90 | * |
| THOMAS J COOK | 1525 HUSSMAN AVE | | GARDNERVILLE | NV | 89410-5132 | K34166 | 66.90 | * |
| THOMAS J CRUMP JR | 6061 GOLF VIEW XING | | LOCUST GROVE | GA | 30248-7068 | K19406 | 66.90 | * |
| THOMAS J D'AQUILA | 5740 BRUNSWICK CT | | NEW ORLEANS | LA | 70131-5423 | K51750 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| THOMAS J DUBECKY | 2081 E REMINGTON PL | | CHANDLER | AZ | 85286-1258 | K52305 | 66.90 | * |
| THOMAS J ECCLES | 7273 PINESCHI PL | | ROSEVILLE | CA | 95747-8331 | K50274 | 66.90 | * |
| THOMAS J HEMSOTH | 8575 MAYSVILLE RD | | FORT WAYNE | IN | 46815-5804 | K41235 | 66.90 | * |
| THOMAS J HORST | 2150 E BELL RD UNIT 1021 | | PHOENIX | AZ | 85022-2972 | K55017 | 66.90 | * |
| THOMAS J HOURIHAN | 105 WARREN ST | | NEEDHAM | MA | 02492-3115 | K10784 | 66.90 | * |
| THOMAS J JOHNSON | N8441 COVENTRY LN | | BEAVER DAM | WI | 53916-9739 | K47148 | 66.90 | * |
| THOMAS J KEHOE | 10763 GRAND RIVER DR SE | | LOWELL | MI | 49331-9587 | K34878 | 66.90 | * |
| THOMAS J MCGALLIARD | PO BOX 994 | | ARGYLE | TX | 76226-0994 | K31594 | 66.90 | * |
| THOMAS J O'BRIEN | 180 HOLLY RD | | MONTICELLO | FL | 32344-1008 | K22615 | 66.90 | * |
| THOMAS J PFEIFER | 2097 SW LIBRA LN | | PORT SAINT LU | FL | 34984-4487 | K62135 | 66.90 | * |
| THOMAS J PICKENS | 253 BELLEVUE AVE | | NEWPORT | RI | 02840-3571 | K24340 | 66.90 | * |
| THOMAS J PORCHE | 4800 PONTCHARTRAIN DR APT 11 | | SLIDELL | LA | 70458-5803 | K50427 | 66.90 | * |
| THOMAS J RABE | 1095 E 174TH ST | | CLEVELAND | OH | 44119-3105 | K46160 | 66.90 | * |
| THOMAS J REPICKY | 17815 BRAZIL RD | | CLEVELAND | OH | 44119-1908 | K46764 | 66.90 | * |
| THOMAS J SCHAEFER | 2 BRIAN DANIEL CT | | REISTERSTOWN | MD | 21136-4635 | K42599 | 66.90 | * |
| THOMAS J WARD | 22 GRASSWOOD CIR | | ROCKLAND | MA | 02370-2834 | K12374 | 66.90 | * |
| THOMAS J WILLIAMS | 104 JUNIPER LN | | WOOLWICH TOWN | NJ | 08085-4046 | K12690 | 66.90 | * |
| THOMAS JAMES FERGUSON | 13831 GIMBERT LN | | NORTH TUSTIN | CA | 92705-2809 | K12072 | 66.90 | * |
| THOMAS JOSEPH ECKER | PO BOX 416 | | GONZALES | LA | 70707-0416 | K50508 | 66.90 | * |
| THOMAS K FAGAN | 1855 S RAINBOW DR | | MEMPHIS | TN | 38107-3114 | K43320 | 66.90 | * |
| THOMAS KACHEL | 385 LANCASTER PIKE N | | NEW PROVIDNCE | PA | 17560-9751 | K30979 | 66.90 | * |
| THOMAS KEATING | 9 THE NCK | | MANHASSET | NY | 11030-1315 | K54940 | 66.90 | * |
| THOMAS KEMPS | 1553 BELLFLOWER DR | | BRIGHTON | CO | 80601-6539 | K14668 | 66.90 | * |
| THOMAS KLIMUC | 226 MIDWOOD PL | | WESTFIELD | NJ | 07090-2510 | K13848 | 66.90 | * |
| THOMAS KRUEGER | 8687 N 62ND ST | | BROWN DEER | WI | 53223-2800 | K36126 | 66.90 | * |
| THOMAS L DIBIASE | 512 BAY ST OFC | | WAYCROSS | GA | 31501-6303 | K22175 | 66.90 | * |
| THOMAS L HOOKER | 27 CABOT DR | | NASHUA | NH | 03064-1633 | K59666 | 66.90 | * |
| THOMAS L HORNER | 3547 S AVENUE 5 E | | YUMA | AZ | 85365-7754 | K58329 | 66.90 | * |
| THOMAS L JONES | PO BOX 484 | | BOOKER | TX | 79005-0484 | K29938 | 66.90 | * |
| THOMAS L RARICK | 3690 FENLEY RD | | CLEVELAND HEI | OH | 44121-1369 | K45249 | 66.90 | * |
| THOMAS L SALERNO | 5449 CAROLYN LN | | MILFORD | OH | 45150-2888 | K46115 | 66.90 | * |
| THOMAS L SCHOENHERR | 888 EASTERDAY DR | | COLDWATER | MI | 49036-8054 | K38494 | 66.90 | * |
| THOMAS L SCOTT CLU | 4713 BRENTWOOD DR | | CHATTANOOGA | TN | 37416-3143 | K59615 | 66.90 | * |
| THOMAS L TURK | 643 HARPETH TRACE DR | | NASHVILLE | TN | 37221-3147 | K44375 | 66.90 | * |
| THOMAS L VINCE | PO BOX 2254 | | HUDSON | OH | 44236-0854 | K45488 | 66.90 | * |
| THOMAS LAKOWSKY | 25944 NOYES AVE | | GLENWOOD | IA | 51534-5392 | V99685 | 66.90 | * |
| THOMAS LAMSON | 24426 BEEF CANYON DR | | HOCKLEY | TX | 77447-9242 | K40215 | 66.90 | * |
| THOMAS LANGE DDS | PO BOX 5010 PMB 17 | | RCHO SANTA FE | CA | 92067-5010 | K37226 | 66.90 | * |
| THOMAS LAVIN | 908 BENDERMERE AVE | | OCEAN | NJ | 07712-4104 | K13697 | 66.90 | * |
| THOMAS LEE | 755 EMERALD ST | | NEW ORLEANS | LA | 70124-3518 | K55426 | 66.90 | * |
| THOMAS LESCH | 101 N CLINTON AVE | | ELMHURST | IL | 60126-2906 | K57241 | 66.90 | * |
| THOMAS LEVITT | 413 N ALMANSOR ST | | ALHAMBRA | CA | 91801-2624 | K49284 | 66.90 | * |
| THOMAS LIPKE | 1138 W CALLE DEL LIBRO DORAD | | SAHUARITA | AZ | 85629-8150 | K16161 | 66.90 | * |
| THOMAS M [TOM] BRODERICK | 10212 E COUNTRYSIDE CIR | | WICHITA | KS | 67207-5752 | K32029 | 66.90 | * |
| THOMAS M DEHAVEN | 4635 DAISY ST | | SPRINGFIELD | OR | 97478-6661 | K41885 | 66.90 | * |
| THOMAS M DEVORE | 1150 RIDGE RD | | FINKSBURG | MD | 21048-1002 | K51887 | 66.90 | * |
| THOMAS M FINN | PO BOX 391116 | | SNELLVILLE | GA | 30039-0019 | K52134 | 66.90 | * |
| THOMAS M GRIFFIN | 3030 POINT CLEAR DR | | TEGA CAY | SC | 29708-8542 | K20028 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| THOMAS M HAUSERMAN | 45 CHATHAM PL | | NEWTOWN | PA | 18940-1173 | K34177 | 66.90 | * |
| THOMAS M KETTERER | 609 KILBOURNE PL | | KEOKUK | IA | 52632-2600 | K14982 | 66.90 | * |
| THOMAS M MCNEACE | 5 CONFEDERATE CIR | | TAYLORS | SC | 29687-3958 | K48812 | 66.90 | * |
| THOMAS M NICHOLS JR | 651 FRED COOK RD | | PROSPERITY | SC | 29127-8287 | K36625 | 66.90 | * |
| THOMAS M O'ROURKE | 124 CSM DR | | SAN MATEO | CA | 94402-3601 | K58596 | 66.90 | * |
| THOMAS M ULBRIGHT MD | 6406 MACATUCK DR | | INDIANAPOLIS | IN | 46220-5039 | K44207 | 66.90 | * |
| THOMAS MACALUSO | 2135 34TH AVE | | SAN FRANCISCO | CA | 94116-1608 | K51538 | 66.90 | * |
| THOMAS MCGAHUEY | 305 QUEEN RD | | IMLER | PA | 16655-9228 | K14242 | 66.90 | * |
| THOMAS MCLAUGHLIN | 110 TELFORD ST | | EAST ORANGE | NJ | 07018-1844 | K13850 | 66.90 | * |
| THOMAS MEISENHEIMER | 14277 SAYRE ST | | SYLMAR | CA | 91342-4747 | K39800 | 66.90 | * |
| THOMAS MILLER | 10 WALNUT ST | | JACKSON CENTE | MI | 16133-2112 | K42714 | 66.90 | * |
| THOMAS MILLER GALARDI | 140 FOXWOOD DR | | AIKEN | SC | 29803-5785 | K34286 | 66.90 | * |
| THOMAS MOORE | 11933 FUERTE DR | | EL CAJON | CA | 92020-8315 | K31836 | 66.90 | * |
| THOMAS MOSES | 266 N PARK AVE | | OAK HILL | OH | 45656-1077 | K51385 | 66.90 | * |
| THOMAS MURPHY | 40 CLEMSON RD | | PARLIN | NJ | 08859-1253 | K36391 | 66.90 | * |
| THOMAS NELSON | 307 12TH ST N | | HUMBOLDT | IA | 50548-1667 | K58920 | 66.90 | * |
| THOMAS NICELY | 2433 WHITMORE LAKE RD | | ANN ARBOR | MI | 48105-1160 | K52995 | 66.90 | * |
| THOMAS OAKES | 3374 SUGARBERRY LN | | WALNUT CREEK | CA | 94598-1744 | K58325 | 66.90 | * |
| THOMAS O'CONNELL | 1723 SHELLWOOD DR | | CONCORD | CA | 94521-2128 | K52150 | 66.90 | * |
| THOMAS ORRIN MILLS | 349 SW 92ND ST | | OKLAHOMA CITY | OK | 73139-8638 | K20737 | 66.90 | * |
| THOMAS OTOOLE | 145 WHITE RD | | FAYETTEVILLE | GA | 30214-1200 | K62321 | 66.90 | * |
| THOMAS P CARROLL | 644 LANDER DR | | CLEVELAND | OH | 44143-2004 | K46163 | 66.90 | * |
| THOMAS P EBELT | 1383 KIPLING CT | | TROY | MI | 48083-5323 | K60541 | 66.90 | * |
| THOMAS P FAHRENHOLZ | 23061 EVERGREEN LN | | LOS GATOS | CA | 95033-9219 | K49826 | 66.90 | * |
| THOMAS P ROETHEL | 1021 RIFLECREST AVE | | VALRICO | FL | 33594-5834 | K43750 | 66.90 | * |
| THOMAS P WALSH | 7236 S GALAHAD PL | | PAINESVILLE | OH | 44077-9577 | K51006 | 66.90 | * |
| THOMAS PAUL WAGNER JR | 5313 CORNELL AVE | | EL PASO | TX | 79924-4715 | K24630 | 66.90 | * |
| THOMAS PRICKETT II | PO BOX 725 | | CARTHAGE | NC | 28327-0725 | K50004 | 66.90 | * |
| THOMAS PROUDIAN | 543 CONCORD LN | | BOLINGBROOK | IL | 60440-1426 | K57664 | 66.90 | * |
| THOMAS R [GUS] HAINES | PO BOX 58 | | NEW LISBON | NJ | 08064-0058 | K48182 | 66.90 | * |
| THOMAS R [TOM] GANTS | 1212 SLASH PINE DR | | FLOWER MOUND | TX | 75028-1486 | K41811 | 66.90 | * |
| THOMAS R [TUCK] CARPENTER | 123 CHESTNUT ST | | HADDONFIELD | NJ | 08033-1812 | K41156 | 66.90 | * |
| THOMAS R BRITTON | 5765 HONEYSUCKLE LN | | MYRTLE BEACH | SC | 29588-5201 | K49994 | 66.90 | * |
| THOMAS R CROSS | 1109 SE RIO DR | | ANKENY | IA | 50021-3849 | K21565 | 66.90 | * |
| THOMAS R DAVIN | 50 SUMNER STETSON RD | | COLRAIN | MA | 01340-9723 | K17485 | 66.90 | * |
| THOMAS R GUILLOT | 75 S B ST | | TAFTVILLE | CT | 06380-1126 | K49678 | 66.90 | * |
| THOMAS R NEELD | 1112 NEELD DR | | XENIA | OH | 45385-1423 | K49886 | 66.90 | * |
| THOMAS R WINKLER | 6545 N SUNNY POINT LN | | MILWAUKEE | WI | 53217-4069 | K43733 | 66.90 | * |
| THOMAS RAY TRIETSCH | 2862 HENRY LN | | SANGER | TX | 76266-7461 | K26762 | 66.90 | * |
| THOMAS REDDINGTON | 111 S 7TH ST | | RICHMOND | IN | 47374-5456 | K28003 | 66.90 | * |
| THOMAS REDDY | 7D TUPELO DR | | CLIFTON PARK | NY | 12065-6235 | K30256 | 66.90 | * |
| THOMAS REED | 326 CLARK RD | | BROOKLINE | MA | 02445-5830 | K11634 | 66.90 | * |
| THOMAS ROBERT GORMAN | 5516 LAKESHORE DR APT 307 | | COLUMBIA | SC | 29206-4944 | K31004 | 66.90 | * |
| THOMAS ROMANSKI | 449 N MATLOCK ST | | MESA | AZ | 85203-7221 | K46304 | 66.90 | * |
| THOMAS RYAN | PO BOX 60 | | LIGONIER | PA | 15658-0060 | K61448 | 66.90 | * |
| THOMAS S CLARK | 216 SEA ISLE PT | | ATLANTIC BEAC | NC | 28512-5936 | K39574 | 66.90 | * |
| THOMAS S DAVIS | 520 27TH ST SW | | NAPLES | FL | 34117-3140 | K39740 | 66.90 | * |
| THOMAS SAXER | PO BOX 1144 | | CAREFREE | AZ | 85377-1144 | K60523 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| THOMAS SCHADLE | 125 W JEFFERSON PL | | BROKEN ARROW | OK | 74011-5032 | K56599 | 66.90 | * |
| THOMAS SCHAFFER | 3121 MANY OAKS PARK | | LEXINGTON | KY | 40509-8538 | K49154 | 66.90 | * |
| THOMAS SCHULTZ | 91 MATTHEW CIR | | RICHBORO | PA | 18954-2045 | K13370 | 66.90 | * |
| THOMAS SHISLER | 32 LAURA ST | | SAN FRANCISCO | CA | 94112-4010 | K53448 | 66.90 | * |
| THOMAS SMITH | 2924 CYPRESS ST | | PORTSMOUTH | OH | 45662-2636 | K58025 | 66.90 | * |
| THOMAS SONSINI | 1606 NW 170TH ST | | NEWBERRY | FL | 32669-2140 | K27454 | 66.90 | * |
| THOMAS STANLEY BLACK | 1 HUNTCREST CT | | GREENVILLE | SC | 29605-5910 | K33681 | 66.90 | * |
| THOMAS STONE JR | PO BOX 567 | | PICAYUNE | MS | 39466-0567 | K56298 | 66.90 | * |
| THOMAS STOUT | 200 E COLUMBUS ST | | KENTON | OH | 43326-1582 | K49888 | 66.90 | * |
| THOMAS T GLIDDEN | PO BOX 34332 | | LAS VEGAS | NV | 89133-4332 | K27893 | 66.90 | * |
| THOMAS TIBBS | 1121 1ST ST NW | | MINOT | ND | 58703-1409 | K20858 | 66.90 | * |
| THOMAS TREFZGER JR | 3129 N NEW YORK AVE | | PEORIA | IL | 61603-1253 | K49009 | 66.90 | * |
| THOMAS TYLER | 2715 MARYLAND AVE | | FLOSSMOOR | IL | 60422-1850 | K56485 | 66.90 | * |
| THOMAS V DUTTON | 81365 FOREST DR | | INDIO | CA | 92201-8651 | K24518 | 66.90 | * |
| THOMAS V MALONEY | PO BOX 1059 | | COLUMBIA STAT | OH | 44028-1059 | K49077 | 66.90 | * |
| THOMAS V MERTENS | 15846 BRYANT ST | | NORTH HILLS | CA | 91343-5829 | K42967 | 66.90 | * |
| THOMAS W [TOM] GEISLER | 256 CATTLEBARON TER | | HENDERSON | NV | 89012-3278 | K39799 | 66.90 | * |
| THOMAS W ALBRECHT | 19211 CHICKASAW AVE | | CLEVELAND | OH | 44119-2733 | K47922 | 66.90 | * |
| THOMAS W BISHOP | 95 RIVERSIDE DR | | PAINESVILLE | OH | 44077-5313 | K44914 | 66.90 | * |
| THOMAS W BLAKE | 3047 N JACKSON BLVD | | DERBY | KS | 67037-8623 | K55080 | 66.90 | * |
| THOMAS W BOYNE | 24822 S ELSIE ST | | CHANNAHON | IL | 60410-5065 | K50453 | 66.90 | * |
| THOMAS W BURKHOLDER | 4672 HICKORY RIDGE RD | | URBANA | OH | 43078-9767 | K46769 | 66.90 | * |
| THOMAS W HOYA | 2939 VAN NESS ST NW APT 424 | | WASHINGTON | DC | 20008-4621 | K38236 | 66.90 | * |
| THOMAS W JONES | 110 HADDAWAY DR | | HENDERSONVILL | TN | 37075-4087 | K36872 | 66.90 | * |
| THOMAS W LOVE | 6730 AUSTIN RD | | SALINE | MI | 48176-9607 | V98704 | 66.90 | * |
| THOMAS W MALESKI | 15 PERSHING DR | | LATHAM | NY | 12110-5425 | K20935 | 66.90 | * |
| THOMAS W MARTIN | 1724 KATHERINE ST | | FLOWER MOUND | TX | 75022-6710 | K16570 | 66.90 | * |
| THOMAS W MECUM | 7006 140TH STREET CT E | | PUYALLUP | WA | 98373-5285 | K29802 | 66.90 | * |
| THOMAS W OSTERHOUT | 358 CHELSEA RD | | FAIRLESS HILL | PA | 19030-2245 | K22627 | 66.90 | * |
| THOMAS W POWELL | 374 WALNUT DR | | WOODSTOCK | GA | 30189-5421 | K21171 | 66.90 | * |
| THOMAS W SCHAAF SR | 3347 CHAIN BRIDGE RD | | FAIRFAX | VA | 22030-2601 | K31603 | 66.90 | * |
| THOMAS W STEPHENSON | 2410 SARANAC LN | | GLENVIEW | IL | 60026-1068 | K59226 | 66.90 | * |
| THOMAS WAID | 4768 FIREBROOK BLVD | | LEXINGTON | KY | 40513-1403 | K20625 | 66.90 | * |
| THOMAS WEAVER JR | 214 MAPLE COVE RD | | BUFFALO MILLS | PA | 15534-9351 | K15877 | 66.90 | * |
| THOMAS WEBB MD | 6110 N OAK LEAF CT | | PEORIA | IL | 61615-2240 | K45354 | 66.90 | * |
| THOMAS WEBER | 123 15TH AVE N | | SAINT CLOUD | MN | 56303-4529 | K28418 | 66.90 | * |
| THOMAS WHITE | 15140 65TH AVE S APT 221 | | TUKWILA | WA | 98188-2515 | K22353 | 66.90 | * |
| THOMAS WILLARD TURNER | 13807 GLENGARRY CIR | | BELLEVUE | NE | 68123-3762 | K25870 | 66.90 | * |
| THOMAS WOOD | 3530 EVERGREEN AVE | | DES MOINES | IA | 50320-2125 | K21143 | 66.90 | * |
| THOMAS ZACHARY | 1286 RUSK RD | | ROUND ROCK | TX | 78665-7855 | K43308 | 66.90 | * |
| THOMAS ZIMMERMANN | N6862 STAR RD | | PLYMOUTH | WI | 53073-3244 | K50348 | 66.90 | * |
| THOMASINA GODBEE | 3501 STAFFORD ST | | HEPHZIBAH | GA | 30815-6625 | K59643 | 66.90 | * |
| Thompson-Shore | 7200 Joy Rd | | Dexter | MI | 48130-0000 | 23892 | Unknown | ** |
| THORNTON MOSER | 8 S MAIN ST | | WATSONTOWN | PA | 17777-1715 | K16536 | 66.90 | * |
| THRESA [TERRY] DAVIS | 1201 DISCHER DR | | FRANKFORT | KY | 40601-1693 | K46215 | 66.90 | * |
| THURLOW DEVRIES | 9634 5650 RD | | OLATHE | CO | 81425-9780 | K17089 | 66.90 | * |
| THURMAN YORK | 1007 FOWLER ST | | OLD HICKORY | TN | 37138-3230 | K35352 | 66.90 | * |
| TIL SMELSER | 231 MILL BAYOU RD | | MONROE | LA | 71203-8109 | K62896 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| TILLMAN R KARL | 502 S WASHINGTON ST | | VAN WERT | OH | 45891-1947 | K50462 | 66.90 | * |
| TIM A BEAN | 221 SPRING VALLEY RD | | PIGEON FORGE | TN | 37863-3681 | K13983 | 66.90 | * |
| TIM AMATO | 605 ANGEL CT | | CHARLOTTE | MI | 48813-3111 | K42635 | 66.90 | * |
| TIM B DEARING | 6240 LOWER RIVER RD | | GRANTS PASS | OR | 97526-9627 | K35712 | 66.90 | * |
| TIM BARNES | 3507 N 80TH ST | | OMAHA | NE | 68134-4913 | K54900 | 66.90 | * |
| TIM BARTHOLOMEW | PO BOX 181 | | FOLSOM | LA | 70437-0181 | K57164 | 66.90 | * |
| TIM BURTON | 625 HILLCREST CT | | WHEELERSBURG | OH | 45694-1956 | K52097 | 66.90 | * |
| TIM DALEY | 30624 310TH ST | | NEW HARTFORD | IA | 50660-8590 | K56522 | 66.90 | * |
| TIM G DAVIS SR | 1124 LANCASHIRE DR | | RICHMOND | IN | 47374-6793 | K23762 | 66.90 | * |
| TIM J CARPENTER | 413 FOREST OAK DR | | VICKSBURG | MS | 39180-3403 | K49042 | 66.90 | * |
| TIM J MICHALSKI | 103 CHAMPIONS CT | | VICTORIA | TX | 77904-3322 | K36347 | 66.90 | * |
| TIM LIUDAHL | 660 FLINT RD | | MACOMB | IL | 61455-8970 | K33731 | 66.90 | * |
| TIM LONDO | 444 HARBOR VIEW LN | | PETOSKEY | MI | 49770-8615 | K57484 | 66.90 | * |
| TIM MCCAMMON | 3285 E OLD ROAD 30 | | WARSAW | IN | 46582-5610 | K48047 | 66.90 | * |
| TIM P BAYARD | 13277 RIVERLAKE DR | | COVINGTON | LA | 70435-5523 | K52532 | 66.90 | * |
| TIM P VON PEIN | 7992 CONTINENTAL DR | | MOORESVILLE | IN | 46158-7730 | K27776 | 66.90 | * |
| TIM SPECK | 1521 SERENO DR | | DALLAS | TX | 75218-3540 | K44613 | 66.90 | * |
| TIM SPRING | 12416 COUNTY ROAD P | | NAPOLEON | OH | 43545-9346 | K24550 | 66.90 | * |
| TIM UHTE | 3337 PORTERFIELD RD | | RICHMOND | IN | 47374-9665 | K24141 | 66.90 | * |
| TIM W MEADE | 5553 RIVERBANKS RD | | GRANTS PASS | OR | 97527-9675 | K40247 | 66.90 | * |
| TIM WATSON | 9906 GAPPA RD | | KABETOGAMA | MN | 56669-8048 | K25655 | 66.90 | * |
| TIMOTHY [TIM] JOSLYN | 9301 2ND AVE S | | BLOOMINGTON | MN | 55420-3737 | K18768 | 66.90 | * |
| TIMOTHY [TIM] ROBERTS | 268 BLACK OAK RD | | CLINTON | TN | 37716-5735 | K18383 | 66.90 | * |
| TIMOTHY [TIM] SCHMIDT | 12215 PICKWICK PL | | CINCINNATI | OH | 45241-6003 | K49727 | 66.90 | * |
| TIMOTHY A BENECKE | 3504 REDWING CT | | NAPERVILLE | IL | 60564-4435 | K39706 | 66.90 | * |
| TIMOTHY A BRUCK | 7585 MURRAY AVE | | MENTOR | OH | 44060-6027 | K43325 | 66.90 | * |
| TIMOTHY A BURNS | 3126 OCOEE TRL | | KNOXVILLE | TN | 37917-3232 | K20650 | 66.90 | * |
| TIMOTHY B [TIM] PARKMAN | 427 TURTLE LN | | BENTONVILLE | VA | 22610-2680 | K32682 | 66.90 | * |
| TIMOTHY C KIFFMEYER | 107 RIVER OAKS DR | | COLD SPRING | MN | 56320-1500 | K28043 | 66.90 | * |
| TIMOTHY COMBS | 3205 ARROW POINT DR | | ZANESVILLE | OH | 43701-6983 | K51778 | 66.90 | * |
| TIMOTHY COUGHLIN | PO BOX 15 | | CONIFER | CO | 80433-0015 | K55950 | 66.90 | * |
| TIMOTHY D CROWLEY | 2600 MOUNT PLEASANT RD | | LINCOLN | CA | 95648-8532 | K42814 | 66.90 | * |
| TIMOTHY D FINUCAN SR | 34878 LAKE SHORE BLVD APT J | | EASTLAKE | OH | 44095-2042 | K48949 | 66.90 | * |
| TIMOTHY D STEVENS | 614 ASHLEY CIR | | NORTH AUGUSTA | SC | 29841-2307 | K24751 | 66.90 | * |
| TIMOTHY DUGGAN | 3526 JADE DR | | POLLOCK PINES | CA | 95726-9742 | K51657 | 66.90 | * |
| TIMOTHY E PURCELL | 204 MARINER DR | | VICTORIA | TX | 77901-3718 | K36847 | 66.90 | * |
| TIMOTHY F O'KEEFE | 1035 N ELDER CT | | SAND SPRINGS | OK | 74063-8907 | K15597 | 66.90 | * |
| TIMOTHY FENNEMA | 7568 ARUNDEL WOODS DR | | JESSUP | MD | 20794-3262 | K17470 | 66.90 | * |
| TIMOTHY FISTEK | 341 E 218TH ST | | EUCLID | OH | 44123-1729 | K43034 | 66.90 | * |
| TIMOTHY G MCCORD | 10600 ALYSSA CT | | PAINESVILLE | OH | 44077-8977 | K52266 | 66.90 | * |
| TIMOTHY G WORKMAN | 1780 JAMES | | CASPER | WY | 82601-6813 | K18859 | 66.90 | * |
| TIMOTHY H STEWART | 9380 BARNHARDT RD NE | | MANCELONA | MI | 49659-9224 | K60101 | 66.90 | * |
| TIMOTHY HENRY MARTIS | 3944 E 96TH ST | | NEWAYGO | MI | 49337-8252 | K35396 | 66.90 | * |
| TIMOTHY HERR | 361 PETERSBURG RD | | LITITZ | PA | 17543-9367 | K37264 | 66.90 | * |
| TIMOTHY HESS | 701 RIDGESIDE PL | | NORTH VERSAIL | PA | 15137-1810 | K60919 | 66.90 | * |
| TIMOTHY J BLAD | 13462 FORUM MEADOWS DR | | CARMEL | IN | 46033-9278 | K39278 | 66.90 | * |
| TIMOTHY J EDWARDS | 31425 WELLNER RD | | WILLOWICK | OH | 44095-3707 | K46932 | 66.90 | * |
| TIMOTHY J MCNEILL CPA | 32289 REDWOOD BLVD | | AVON LAKE | OH | 44012-2551 | K53306 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| TIMOTHY J O'NEILL | 39 BELLEVUE PL | | NEW LONDON | CT | 06320-4701 | V99507 | 66.90 | * |
| TIMOTHY J POWELL | 163 OAKVIEW DR | | CRANBERRY TOW | PA | 16066-2319 | K32182 | 66.90 | * |
| TIMOTHY J RYAN | 3814 TREMONT RD | | CLEVELAND HEI | OH | 44121-1840 | K49802 | 66.90 | * |
| TIMOTHY L [TIM] DURYEA | 333 E 2440 N | | NORTH LOGAN | UT | 84341-1782 | K25108 | 66.90 | * |
| TIMOTHY L SWARTHOUT | 15514 PARKWOOD CIR | | AVON | MN | 56310-4617 | K27490 | 66.90 | * |
| TIMOTHY L VERHELLE | 507 W SILVER LAKE RD | | FENTON | MI | 48430-2618 | K56530 | 66.90 | * |
| TIMOTHY LANDFAIR | 900 LONG BLVD APT 476 | | LANSING | MI | 48911-6745 | K48751 | 66.90 | * |
| TIMOTHY M DOWNEY | 10A E DUNDEE QUARTER DR UNIT | | PALATINE | IL | 60074-1627 | K60721 | 66.90 | * |
| TIMOTHY P BOLZ | 3201 MAPLEWOOD BLVD APT 22 | | OMAHA | NE | 68134-5439 | K57368 | 66.90 | * |
| TIMOTHY P WILLIAMS | 14101 GRANITE POINT CT | | CHESTERFIELD | VA | 23838-6181 | K27931 | 66.90 | * |
| TIMOTHY ROBERT SELLERS | 13054 N 99TH DR | | SUN CITY | AZ | 85351-2817 | K47320 | 66.90 | * |
| TIMOTHY S JENNINGS | 6310 RANGER LAKE RD | | GAYLORD | MI | 49735-8574 | K57839 | 66.90 | * |
| TIMOTHY SUTHERBY | 6905 STEARNS LN | | CELINA | OH | 45822-2918 | K56570 | 66.90 | * |
| TIMOTHY SUTHERLIN | 3298 W COUNTY ROAD 300 S | | GREENCASTLE | IN | 46135-8293 | K45179 | 66.90 | * |
| TIMOTHY TAYKOWSKI | 54066 SAMARA DR | | MACOMB | MI | 48042-2212 | K40843 | 66.90 | * |
| TIMOTHY TWYNHAM | 333 LAS OLAS WAY | | FORT LAUDERDA | FL | 33301-2363 | K60329 | 66.90 | * |
| TIMOTHY ULMER | 18 BAYLEAF DR | | LUMBERTON | NJ | 08048-4228 | K44334 | 66.90 | * |
| TIMOTHY W ONASCH | 5021 SEMINARY RD APT 1610 | | ALEXANDRIA | VA | 22311-1943 | K43783 | 66.90 | * |
| TIMOTHY WALLOCH | 531 GRIFFITH AVE TRLR Y | | WISCONSIN RAP | WI | 54494-7846 | K51325 | 66.90 | * |
| TINA A OSWALD | 1904 CREEKVIEW BND | | NACOGDOCHES | TX | 75965-3152 | K21836 | 66.90 | * |
| TINA MARIE BERTE | 4033 570TH AVE | | WHITTEMORE | IA | 50598-8030 | K55052 | 66.90 | * |
| TINA MARIE VUKONICH | 2311 BIRCHWOOD LN | | JOLIET | IL | 60435-3201 | K54589 | 66.90 | * |
| TINA SACKMAN | PO BOX 725 | | WARRENSBURG | NY | 12885-0725 | K38773 | 66.90 | * |
| TINA STEWART | PO BOX 107 | | WESTON | ID | 83286-0107 | K32964 | 66.90 | * |
| TINA SWEENEY | 39 CROSS BOW LANE | | COMMACK | NY | 11725-1214 | K48870 | 66.90 | * |
| TINA TALLBACKA | 140 PHEASANT RUN | | MAYFIELD HEIG | OH | 44124 | K16312 | 66.90 | * |
| TINA WRASSMANN | 6213 WATCHCREEK WAY APT 302 | | MILFORD | OH | 45150-5610 | K50268 | 66.90 | * |
| TOBIANNA DROLETTE | 11860 PASEO LUCIDO APT 2087 | | SAN DIEGO | CA | 92128-7221 | K39382 | 66.90 | * |
| TOBY HINDERSTEIN | 20310 FAIRWAY OAKS DR | | BOCA RATON | FL | 33434-3244 | K54912 | 66.90 | * |
| TODD A SAMUELSON | 312 CARSON RD | | BATTLE MTN | NV | 89820-2328 | K37746 | 66.90 | * |
| TODD ANDERSON | 915 AIRPORT RD | | CENTERVILLE | IN | 47330-9784 | K25826 | 66.90 | * |
| TODD DETRO | 502 S BLOOMINGTON ST | | GREENCASTLE | IN | 46135-2114 | K46050 | 66.90 | * |
| TODD ECKERSON | 995 HOPMEADOW ST | | SIMSBURY | CT | 06070-1812 | K57669 | 66.90 | * |
| TODD FORSYTHE | 3265 TOWN ROAD 195 | | INTERNATIONAL | MN | 56649-8948 | K27662 | 66.90 | * |
| TODD J ROBERTS | 2901 26TH ST W APT 707 | | BRADENTON | FL | 34205-3766 | K44186 | 66.90 | * |
| TODD LEON PARRISH | 1427 BLACK RUN RD | | LEWISBURG | PA | 17837-7636 | K23119 | 66.90 | * |
| TODD LIVERNASH | 2512 COUNTY ROAD C | | WISCONSIN RAP | WI | 54495-9220 | K47695 | 66.90 | * |
| TODD RITTER | 164 YODERS DR | | ALTOONA | PA | 16601-8423 | K15459 | 66.90 | * |
| TODD STEWART | 14669 SHAVANO VALLEY RD | | MONTROSE | CO | 81403-9698 | K24037 | 66.90 | * |
| TODD T WHEELER | 607 HEATHER LN | | BRYN MAWR | PA | 19010-2019 | K14460 | 66.90 | * |
| TODD WESLEY BOLDT | 2908 145TH ST | | URBANDALE | IA | 50323-2045 | K21089 | 66.90 | * |
| TODD WIENER | 11919 NICKLAUS CIR | | TAMPA | FL | 33624-4541 | K62317 | 66.90 | * |
| TODDY A MANSON | 13556 STANFORD ST | | OMAHA | NE | 68144-2440 | K53713 | 66.90 | * |
| TOM A MANOS | 66 KATELYN HILLS DR | | FALMOUTH | MA | 02540-2048 | K34489 | 66.90 | * |
| TOM A YAX | 9958 GRAYFIELD | | REDFORD | MI | 48239-1426 | K58808 | 66.90 | * |
| TOM AKINS | 8425 LATTO RD SE | | UHRICHSVILLE | OH | 44683-6555 | K61398 | 66.90 | * |
| TOM ALLMAN | 5894 S BLACK OAK LAKE RD | | LAND O LAKES | WI | 54540-9747 | K40164 | 66.90 | * |
| TOM ARMOUR | PO BOX 74 | | BUCKLEY | MI | 49620-0074 | K42433 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| TOM B MCCORD | 404 RIO GRANDE AVE | | HUTTO | TX | 78634-4448 | K40017 | 66.90 | * |
| TOM BAWEK | 10629 WYOMING CIR | | BLOOMINGTON | MN | 55438-2252 | K57063 | 66.90 | * |
| TOM BOHN GRIM | 7510 POTTERS RD | | SARANAC | MI | 48881-9582 | K36775 | 66.90 | * |
| TOM BOLAND SR | 121 MARSH OAK DR | | BRUNSWICK | GA | 31525-4515 | K21487 | 66.90 | * |
| TOM BOUDREAU | 8845 HOLZ LN | | NEKOOSA | WI | 54457-7414 | K46302 | 66.90 | * |
| TOM BRUICK | 55 LANE 375A LAKE JAMES | | ANGOLA | IN | 46703-9023 | K38462 | 66.90 | * |
| TOM C BOTSFORD | 708 HALL ST | | EATON RAPIDS | MI | 48827-1464 | K57777 | 66.90 | * |
| TOM C KOGER | 319 DAVIS RD | | BIG SPRING | TX | 79720-8817 | K42170 | 66.90 | * |
| TOM C MCALHANY | PO BOX 392 | | NORTH | SC | 29112-0392 | K51404 | 66.90 | * |
| TOM CHAMBERS | 8711 N GREGORY RD | | FOWLERVILLE | MI | 48836-8736 | K60014 | 66.90 | * |
| TOM CONNOR | 733 RYAN | | MAPLETON | ND | 58059-4015 | K37499 | 66.90 | * |
| TOM CUNEO | 7611 OAK LEAF DR | | SANTA ROSA | CA | 95409-6211 | K57713 | 66.90 | * |
| TOM DEAN | 9861 W BIENAPFL DR | | BOISE | ID | 83709-4702 | K37787 | 66.90 | * |
| TOM DUANE CLARK | 2310 LEGENDS GATE DR | | SPRING | TX | 77386-3394 | K24248 | 66.90 | * |
| TOM EDELBROCK | 303 MAIN ST E | | RICHMOND | MN | 56368-8228 | K30211 | 66.90 | * |
| TOM EDWARDS | 3462 CHRISTINA GROVES CIR S | | LAKELAND | FL | 33813-3909 | K55350 | 66.90 | * |
| TOM ENGLER | 1518 MAIN ST | | KEOKUK | IA | 52632-3927 | K22102 | 66.90 | * |
| TOM FRASER | 1636 13TH AVE N | | FORT DODGE | IA | 50501-7704 | K14347 | 66.90 | * |
| TOM FUGATE | 1127 VILLAGE CT | | LAKE ZURICH | IL | 60047-3306 | K52946 | 66.90 | * |
| TOM FULTON | 202 FISHERS LN | | KELSO | WA | 98626-1306 | K23076 | 66.90 | * |
| TOM GINGRICH | 12001 NIEMAN RD | | OVERLAND PARK | KS | 66213-1987 | K52242 | 66.90 | * |
| TOM HARROLD | PO BOX 216 | | FITHIAN | IL | 61844-0216 | K44478 | 66.90 | * |
| TOM HEATH | 23 E MOUNTAIN CREEK CT | | GRAND PRAIRIE | TX | 75052-5983 | K25872 | 66.90 | * |
| TOM HOLDORF | 606 MADISON AVE | | OMRO | WI | 54963-1628 | K34180 | 66.90 | * |
| TOM JOHNSON | 924 NORTHDALE DR | | ALTON | IL | 62002-4242 | K47051 | 66.90 | * |
| TOM KEMPER | 913 COULTER RD | | WHITE OAK | PA | 15131-3109 | K61077 | 66.90 | * |
| TOM KUNKEL | 1333 15TH AVE S | | SAINT CLOUD | MN | 56301-5439 | K22703 | 66.90 | * |
| TOM L FARNSWORTH | 212 WASHINGTON ST APT 122 | | KEOKUK | IA | 52632-2321 | K16117 | 66.90 | * |
| TOM LEMAHIEU | 701 MELANIE LN | | RIPON | WI | 54971-1037 | K47333 | 66.90 | * |
| TOM LINCOLN | 38 JACKSON CHAPEL RD | | CEDARTOWN | GA | 30125-4222 | K33844 | 66.90 | * |
| TOM LOWN | 5530 SIERRA DR | | WATERLOO | IA | 50701-9110 | K55567 | 66.90 | * |
| TOM MAGOTO JR | 902 WOODLAND DR | | VERSAILLES | OH | 45380-8588 | K33297 | 66.90 | * |
| TOM MARRISCOLO | 440 LOMITA AVE | | MILLBRAE | CA | 94030-1162 | K58061 | 66.90 | * |
| TOM MCNICHOLAS | 2856 HALF MOON LAKE RD | | HILLSDALE | MI | 49242-8307 | K58677 | 66.90 | * |
| TOM MILLIGAN | 3223 FOREST DR | | RICHMOND | IN | 47374-2530 | K24533 | 66.90 | * |
| TOM NALLY | 2211 DANUBE WAY | | UPLAND | CA | 91784-7957 | K20253 | 66.90 | * |
| TOM NELSON | 8321 BANKS MILL RD | | DOUGLASVILLE | GA | 30135-5509 | K52477 | 66.90 | * |
| TOM PICKERING | 116 BROADMOOR LN | | IOWA CITY | IA | 52245-9313 | K57187 | 66.90 | * |
| TOM PURPLE | 3086 SULLIVAN CT | | STOCKTON | IL | 61085-9077 | K45925 | 66.90 | * |
| TOM ROWAN | 740 1575 RD | | DELTA | CO | 81416-3246 | K17718 | 66.90 | * |
| TOM SINNER | 615 BLUFF ST | | DELTA | CO | 81416-3618 | K19772 | 66.90 | * |
| TOM SLAVENS | 908 E DEL WEBB BLVD | | SUN CITY CENT | FL | 33573-6229 | K45921 | 66.90 | * |
| TOM SPEELMAN | 318 E MARKET ST | | MENDON | OH | 45862-9580 | K32750 | 66.90 | * |
| TOM SWARICK | PO BOX 1241 | | RHINELANDER | WI | 54501-1241 | K46266 | 66.90 | * |
| TOM T FULLERTON | 1515 HARD ROCK RD APT 223 | | IRVING | TX | 75061-3789 | K62463 | 66.90 | * |
| TOM WALTER | 52 CHELTENHAM ST | | READING | PA | 19610-1842 | K62399 | 66.90 | * |
| TOM WAMBAUGH | 109 FAIRFIELD DR | | BRIDGEPORT | WV | 26330-9402 | K32711 | 66.90 | * |
| TOM WAMBO | 1005 N MORTON AVE | | CENTERVILLE | IN | 47330-1061 | K27053 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| TOM WARD | 810 DELAWARE ST | | WHITE OAK | PA | 15131-1110 | K60981 | 66.90 | * |
| TOM WILLIAMS | 713 SAYBROOK ST | | PORT ORANGE | FL | 32127-1105 | K28968 | 66.90 | * |
| TOM WORTH | 1412 13TH ST | | INTERNATIONAL | MN | 56649-2856 | K23928 | 66.90 | * |
| TOM ZAHN | 10780 MACON RD | | SALINE | MI | 48176-9308 | V99363 | 66.90 | * |
| TOMAS [TOM] HERRERA | 3773 FORT AMANDA RD | | LIMA | OH | 45805-4052 | K43947 | 66.90 | * |
| TOMI PORTERFIELD CPA | 803 BIRCHVIEW CT | | PEARLAND | TX | 77584-8043 | K49049 | 66.90 | * |
| TOMITA-KASHINO SHIMAMOTO | 1042 WARFIELD AVE | | OAKLAND | CA | 94610-1612 | K52474 | 66.90 | * |
| TOMMA GODSAVE | 5214 HOMESTEAD AVE | | LINESVILLE | PA | 16424-5825 | K19291 | 66.90 | * |
| TOMMIE E FORDHAM | 1711 NW 18TH AVE | | OCALA | FL | 34475-4935 | K59617 | 66.90 | * |
| TOMMIE SUE ROBERTS | 1573 NOTTINGHAM RD | | CHARLESTON | WV | 25314-2454 | K22943 | 66.90 | * |
| TOMMY A DRUMHELLER | 7219 CHESTERFIELD RD | | CRYSTAL LAKE | IL | 60012-3050 | K44219 | 66.90 | * |
| TOMMY BRANON | 5505 HEARTLAND CT | | MIDLAND | TX | 79707-9105 | K41833 | 66.90 | * |
| TOMMY E THOMPSON | 800 E BEAU ST APT B3 | | WASHINGTON | PA | 15301-2918 | K18372 | 66.90 | * |
| TOMMY F RIDGLEY | 1216 BEVERLY GARDEN DR | | METAIRIE | LA | 70002-1904 | K59825 | 66.90 | * |
| TOMMY FRAZIER BRIDGES | 522 WOMBLE RD | | SANFORD | NC | 27330-6593 | K49788 | 66.90 | * |
| TOMMY L [SLICK] FENTON | 85 ELMORE ST | | COLUMBUS | MS | 39702-7398 | K19865 | 66.90 | * |
| TOMMY LOCKE | 219 GREEN HARBOR RD | | OLD HICKORY | TN | 37138-1031 | K36139 | 66.90 | * |
| TOMMY LOGSDON | 704 BEVERLY AVE | | ALTAMONTE SPR | FL | 32701-6428 | K33989 | 66.90 | * |
| TOMMY M DUPLESSIS | 2605 MEADOWLARK DR | | SAINT BERNARD | LA | 70085-5726 | K57825 | 66.90 | * |
| TOMMY MCMURRY | PO BOX 12435 | | LUBBOCK | TX | 79452-2435 | K35803 | 66.90 | * |
| TOMMY PHELAN | PO BOX 263 | | MILAN | TN | 38358-0263 | K30432 | 66.90 | * |
| TOMMY SMITH | 861 MULFORD LN | | JOLIET | IL | 60431-9304 | K49869 | 66.90 | * |
| TOMSENA GREENE | PO BOX 515 | | PALATKA | FL | 32178-0515 | K43730 | 66.90 | * |
| TONI GRUBE | 990 S COCALICO RD | | DENVER | PA | 17517-9576 | K58012 | 66.90 | * |
| TONI IVES | 837 BLACKBERRY RD | | DEATSVILLE | AL | 36022-5157 | K34858 | 66.90 | * |
| TONI J DARTEY | 6209 S CORY AVE | | CUDAHY | WI | 53110-3015 | K42612 | 66.90 | * |
| TONI LEE HOWARD | 1102 S CHELTON RD APT 131 | | COLORADO SPRI | CO | 80910-1706 | K48846 | 66.90 | * |
| TONI O CORPE | 5565 LAKE PLEASANT RD | | NORTH BRANCH | MI | 48461-7910 | K58388 | 66.90 | * |
| TONI R PFLAUM | 4680 78TH AVE NE | | DEVILS LAKE | ND | 58301-8905 | K33379 | 66.90 | * |
| TONY BALTES | 57 LAFAYETTE ST | | STAFFORD | VA | 22554-7699 | K36461 | 66.90 | * |
| TONY BEAUDINE | 958 DELAWARE WAY | | LIVERMORE | CA | 94551-7439 | K32014 | 66.90 | * |
| TONY BROWN | 6113 RED SPRUCE DR | | LOUISVILLE | KY | 40229-1635 | K34482 | 66.90 | * |
| TONY CAROLLO | PO BOX 1227 | | SUMMERFIELD | FL | 34492-1227 | K60124 | 66.90 | * |
| TONY CRUGER | 110 N BEACH RD | | HOBE SOUND | FL | 33455-2110 | K53622 | 66.90 | * |
| TONY DE LEON | 2420 N MORNING DEW ST | | WICHITA | KS | 67205-1302 | K47587 | 66.90 | * |
| TONY F ORLANDO | 2404 CLARK AVE | | VENICE | CA | 90291-4708 | K58063 | 66.90 | * |
| TONY HELL | 4751 COUNTY ROAD 9 | | LITTLEFORK | MN | 56653-9344 | K22113 | 66.90 | * |
| TONY KLUCKING | 9333 BRISTOL WAY | | MONTGOMERY | AL | 36117-6053 | K22710 | 66.90 | * |
| TONY L NORTON | 4340 W BOCKHOFER RD | | FOUNTAIN CITY | IN | 47341-9768 | K35117 | 66.90 | * |
| TONY MALMED | 547 CAMINO RANCHEROS | | SANTA FE | NM | 87505-2835 | K37681 | 66.90 | * |
| TONY MCCARTY | 10701 SLIPPERY ELM DR | | LOUISVILLE | KY | 40291-3779 | K36858 | 66.90 | * |
| TONY MORO | 9057 NW 31ST ST | | POLK CITY | IA | 50226-2221 | K22139 | 66.90 | * |
| TONY N REDD | 827 MILLEDGE RD APT C1 | | AUGUSTA | GA | 30904-4380 | K30118 | 66.90 | * |
| TONY P ROOF | 180 HOMESTEAD LN | | LEXINGTON | SC | 29072-7672 | K31280 | 66.90 | * |
| TONY PAULUS | 9495 BRENRICK RD | | PIQUA | OH | 45356-9519 | K31168 | 66.90 | * |
| TONY PITKIN | PO BOX 238 | | CALLAWAY | NE | 68825-0238 | K54377 | 66.90 | * |
| TONY POLAND CMT | 1632 ELLSMERE AVE | | LOS ANGELES | CA | 90019-3826 | K14047 | 66.90 | * |
| TONY RASTBICHLER | 2 TILLMAN ST | | LIBERTY | SC | 29657-1256 | K23952 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| TONY RUSSOM | 2216 HAWKS LANDING DR | | LAKE SAINT LO | MO | 63367-1852 | K34185 | 66.90 | * |
| TONY SCHENKE | 5929 ORCHARD HILLS LN | | CINCINNATI | OH | 45252-2617 | K40313 | 66.90 | * |
| TONY SKAJA | 9000 71ST AVE SE | | LAKE LILLIAN | MN | 56253-9738 | K21201 | 66.90 | * |
| TONY SPAINHOUR | 4312 SETH DR | | HOLLY SPRINGS | NC | 27540-9082 | K50580 | 66.90 | * |
| TONY VAN DER VOORN | 2721 S HIRAM AVE | | WICHITA | KS | 67217-1825 | K29277 | 66.90 | * |
| TONY WINGEIER | 8124 W CRANE RD | | MIDDLEVILLE | MI | 49333-9457 | K37131 | 66.90 | * |
| TONYA J MCWILLIAMS | 4813 SE 29TH AVE | | AMARILLO | TX | 79103-7012 | K31025 | 66.90 | * |
| TONYA PIERCE | 2801 HIGHWAY 6 E LOT 18 | | IOWA CITY | IA | 52240-2633 | K57036 | 66.90 | ** |
| Total Funds By Hasler | PO Box 30193 | | Tampa | FL | 33630-3193 | 790001100 | 559.39 | ** |
| TRACEY L WELLS | 125 PETTICOAT LN | | LEBANON | NJ | 08833-4109 | K42404 | 66.90 | * |
| TRACEY NICKENS | 6915 215TH ST E | | BRADENTON | FL | 34211-7773 | K36569 | 66.90 | * |
| TRACEY POWERS | 4405 SARATOGA HILL RD | | LOUISVILLE | KY | 40299-4377 | K61157 | 66.90 | * |
| TRACI J HANCOCK | 83 MULLEN HILL RD | | WATERFORD | CT | 06385-1910 | K14455 | 66.90 | * |
| TRACI SAARI | 3196 COUNTY ROAD 20 | | INTERNATIONAL | MN | 56649-8709 | K27612 | 66.90 | * |
| TRACI YAGER | 3417 N 125TH AVE | | OMAHA | NE | 68164-4298 | K58500 | 66.90 | * |
| TRACIE R SHUTT | 1181 BEBB WILLOW LN | | LEWISVILLE | NC | 27023-8607 | K23580 | 66.90 | * |
| TRACY BOURGEOIS | RR 2 BOX 2365 | | WYACONDA | MO | 63474-9534 | K20000 | 66.90 | * |
| TRACY FLANAGAN | 409 MILLHOUSE POND | | CHESTERBROOK | PA | 19087-5518 | K34560 | 66.90 | * |
| TRACY LEE CADDY | 240 SAND GULCH RD | | CRAIG | CO | 81625-7976 | K21714 | 66.90 | * |
| TRACY M EPTING | 2359 FM 1204 | | DECATUR | TX | 76234-7280 | K30074 | 66.90 | * |
| TRACY P CLARK | 6927 SUNRISE CT | | MIDLAND | TX | 79707-1414 | K27496 | 66.90 | * |
| TRACY SHAW | 718 THORNBURY RD | | BARTLETT | IL | 60103-2331 | K32254 | 66.90 | * |
| TRACY SPURRIER | 7102 STRAIGHTLINE PIKE | | RICHMOND | IN | 47374-9000 | K32934 | 66.90 | * |
| TRAVIS A MIRRA | 515 WILLRICH DR | | NEWARK | OH | 43055-1516 | K47833 | 66.90 | * |
| TRAVIS BLOCK | 2727 KIMBLETON CT | | HOUSTON | TX | 77082-2050 | K36453 | 66.90 | * |
| TRAVIS BONNEVILLE | 8405 MIDNIGHT AVE | | LAS VEGAS | NV | 89143-1381 | K51074 | 66.90 | * |
| TRAVIS DEBNAM | 2004 COUNTY ROAD G | | LAMESA | TX | 79331-2948 | K42169 | 66.90 | * |
| TRAVIS K BALLOU | 46714 FIELDING TER | | STERLING | VA | 20164-2348 | K23178 | 66.90 | * |
| TREASA BYRD | 1229 EVANS ST | | DES MOINES | IA | 50315-3822 | K21902 | 66.90 | * |
| TREASURE ANN BRASHER | 83 COUNTRY CLUB DR | | CANYON | TX | 79015-1821 | K28951 | 66.90 | * |
| TRENT BATSON PHD | 25 KRISTEN LN | | NORTH KINGSTO | RI | 02852-1410 | K54511 | 66.90 | * |
| TRENT SPENCER LAWRENCE | 865 GEORGE ST | | SEBASTIAN | FL | 32958-4917 | K53807 | 66.90 | * |
| TREON A DOLLAR HOELSCHER | 309 DOGWOOD CT | | WYLIE | TX | 75098-3852 | K31138 | 66.90 | * |
| TRESA WARD | 1280 ZION HILL RD | | WEATHERFORD | TX | 76088-8528 | K30862 | 66.90 | * |
| TREVOR ALLEN MANGELS | 517 W 9TH ST | | HUGOTON | KS | 67951-2313 | K31371 | 66.90 | * |
| TRICIA MERYDITH | 1013 MAIN STREET | | KEOKUK | IA | 52632 | K20910 | 66.90 | * |
| TRILBY PORTER | 145 S YORK ST UNIT 226 | | ELMHURST | IL | 60126-3468 | K20309 | 66.90 | * |
| TRISH STUMP | 2615 MAXWELL DR | | MIDLAND | TX | 79705-4917 | K34148 | 66.90 | * |
| TRISHA DALY-KARLSON | PO BOX 1601 | | EAST ORLEANS | MA | 02643-1601 | K37176 | 66.90 | * |
| TRISHA FITCH | 726 SW L ST | | GRANTS PASS | OR | 97526-2640 | K41580 | 66.90 | * |
| TRISHA WILLIAMS | 1260 MILLERS BOTTOM RD | | NEW COLUMBIA | PA | 17856-9458 | K20395 | 66.90 | * |
| TROY G MACALUSO PHD | 417 ARIS AVE | | METAIRIE | LA | 70005-3441 | K57824 | 66.90 | * |
| TROY HILDMAN | 333 BAYBERRY DR | | KINGSPORT | TN | 37663-3299 | K55857 | 66.90 | * |
| TROY L WITHEY | 905 GOLDEN POND DR | | YUKON | OK | 73099-6121 | K62963 | 66.90 | * |
| TROY W SHEALY | 148 BROWNING HEIGHTS WAY | | CENTRAL | SC | 29630-3001 | K30859 | 66.90 | * |
| TRUBEE BELL JONES | 1855 E RAMON RD APT 3 | | PALM SPRINGS | CA | 92264-7965 | K39057 | 66.90 | * |
| TRUDEL GIFFORD | 1142 TANO DEL ESTE | | SANTA FE | NM | 87506-7530 | K37828 | 66.90 | * |
| TRUDIE [DIANE] WHITE | 11004 W HIGHWAY 156 | | WEST FORK | AR | 72774-9709 | K58587 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| TRUDIE BALBACH | 10220 BADGER CREEK LN | | WILTON | CA | 95693-9719 | K36815 | 66.90 * | |
| TRUDORA [TRUDY] HARSHMAN | 3505 S MCCOY ST | | INDEPENDENCE | MO | 64055-3208 | K20915 | 66.90 * | |
| TRUDY DALEY | 515 E CAREFREE HWY PMB 338 | | PHOENIX | AZ | 85085-8839 | K33100 | 66.90 * | |
| TRUDY DUGAN | 108 BENCK ST | | ALGONA | IA | 50511-7278 | K54171 | 66.90 * | |
| TRUDY FREIDINGER | 18875 N SNOW DROP LN | | MOUNT VERNON | IL | 62864-8845 | K44578 | 66.90 * | |
| TRUDY M SULLI | 7 HARBOR N | | AMITYVILLE | NY | 11701-3810 | K58816 | 66.90 * | |
| TRUDY SOLO | PO BOX 504 | | S INTL FALLS | MN | 56679-0504 | K24349 | 66.90 * | |
| TRUDY STAUBITZ | PO BOX 796 | | ELY | MN | 55731-0796 | K38649 | 66.90 * | |
| TRUDY WALLACE | 2400 JOHNSON AVE APT 12K | | BRONX | NY | 10463-6449 | K48796 | 66.90 * | |
| TRUMAN JONES | 4535 LEGACY CT | | SARASOTA | FL | 34241-7145 | K34462 | 66.90 * | |
| TRUMAN W SOMMERS | PO BOX 525 | | GRANTS PASS | OR | 97528-0044 | K36043 | 66.90 * | |
| TSGT GEORGE LYNN VICKERY USAF | 60019 COLE RD | | AMORY | MS | 38821-8919 | K50407 | 66.90 * | |
| TUCKER EVANS | 44238 ELM AVE | | LANCASTER | CA | 93534-4320 | K38027 | 66.90 * | |
| TULLIO TOZZI | 3417 EISENHOWER DR | | WHITE OAK | PA | 15131-2209 | K41679 | 66.90 * | |
| TULLY COLCORD PATROWICZ | 1700 COUNTRY CLUB RD | | EUSTIS | FL | 32726-5818 | K62325 | 66.90 * | |
| TUNY BOSCH | 13646 MONTEVERDE DR | | CHINO HILLS | CA | 91709-1358 | K31364 | 66.90 * | |
| TWILA BOWSER | 1519 MAPLE ST | | MALVERN | AR | 72104-7638 | K26790 | 66.90 * | |
| TWILA FORD | 5933 N TERRY AVE | | OKLAHOMA CITY | OK | 73111-7501 | K13071 | 66.90 * | |
| TWILA WELDON | 1719 SUSANNA RD NE | | PIEDMONT | OK | 73078-6805 | K62673 | 66.90 * | |
| TWYLA J NORRIS | 1530 N SMITH CIR UNIT 402 | | WICHITA | KS | 67212-5507 | K36431 | 66.90 * | |
| TYANNE THOMAS | 10313 TEMPERANCE ST SW | | HUNTSVILLE | AL | 35803-2059 | K24646 | 66.90 * | |
| TYLER W DANN | 1361 E BOOT RD APT 135 | | WEST CHESTER | PA | 19380-5988 | K53865 | 66.90 * | |
| TYREE FOSTER | 5760 RUTLEDGE TRL | | LIBERTY TOWNS | OH | 45011-1244 | K40526 | 66.90 * | |
| TYRONE P MELANCON | 321 CATALPA DR | | LA PLACE | LA | 70068-2505 | K51025 | 66.90 * | |
| TYRONE ROBERT SYLVIA | 3420 MORNINGSIDE DR | | KISSIMMEE | FL | 34744-9452 | K28190 | 66.90 * | |
| TYSON HADLEY | 4320 STARKES GRADE RD | | PLACERVILLE | CA | 95667-7879 | K28497 | 66.90 * | |
| UDO R VAN CITTERS | 423 TULIP ST | | FAIRFIELD | CA | 94533-1536 | K47073 | 66.90 * | |
| UGOCHUKWU [UGO] NWAKANMA | 125 QUARRINGTON CT | | ALPHARETTA | GA | 30004-5080 | K55182 | 66.90 * | |
| ULMA [JEAN] STEVENSON | 350 MAGNOLIA RD | | CLEVELAND | TX | 77328-5996 | K28448 | 66.90 * | |
| ULYSESE BROWN | 197 KANE ST APT 10 | | BROOKLYN | NY | 11231-3761 | K45589 | 66.90 * | |
| ULYSSES HIGH SCHOOL | c/o TAMMIE HENSLEY | 501 N MCCALL ST | ULYSSES | KS | 67880 | | 0.00 ** | |
| UNA MILLER | 7051 CROWN POINT AVE APT 113 | | OMAHA | NE | 68104-5301 | K52301 | 66.90 * | |
| UNA POLK | 3051 SAINT PAUL ST | | DENVER | CO | 80205-4837 | K18452 | 66.90 * | |
| UNION COLLEGE, LINCOLN,NE | c/o CHRIS JOHNSON '08 | 3800 S 48TH ST | LINCOLN | NE | 68506-4300 | | 0.00 ** | |
| UNIV OF RIO GRANDE / COMMUNITY COLL | RIO GRANDE ALUMNI OFFICE | 218 N COLLEGE AVE | RIO GRANDE | OH | 45674 | | 0.00 ** | |
| UNIV OF RIO GRANDE / COMMUNITY COLL | c/o ANNETTE WARD | 218 N COLLEGE AVE | RIO GRANDE | OH | 45674 | | 0.00 ** | |
| UNIVERSITY CITY HIGH SCHOOL | UNIVERSITY CITY HIGH SCHOOL | 7401 BALSON AVE | UNIVERSITY CI | MO | 63130-2995 | | 0.00 ** | |
| UNIVERSITY CITY HIGH SCHOOL | c/o CAROL ANN COLE | 7401 BALSON AVE | UNIVERSITY CI | MO | 63130-2995 | | 0.00 ** | |
| URSULA REDEYE | 20601 ARBOR AVE | | EUCLID | OH | 44123-3106 | K44928 | 66.90 * | |
| URSULA TEGGATZ | 700 WOODSIDE DR | | IOWA CITY | IA | 52246-3456 | K57147 | 66.90 * | |
| Usaa Federal Savings Bank | PO Box 33009 | | San Antonio | TX | 78265-3009 | 5416-3000 | 7,142.00 | **: Rev Acct |
| V HERBERT WATTS | 1653 CRABTREE CIR | | ASHTABULA | OH | 44004-9350 | K17244 | 66.90 * | |
| V KAY ROE | 24070 HURON RIVER DR | | NEW BOSTON | MI | 48164-9437 | K58566 | 66.90 * | |
| V LOUISE CHRISTOPHER | 421 KING ST APT 3D | | LITTLETON | MA | 01460-6217 | K26272 | 66.90 * | |
| V RITA CASSIDY | 222 IRONWOOD LN | | REDDING | CA | 96003-5343 | K62282 | 66.90 * | |
| VADA FISHER | 2170 OAK ST | | MARIA STEIN | OH | 45860-9509 | K31348 | 66.90 * | |
| VAL EUGENE ABBOTT | 544 MINERAL POINT LN | | IOWA CITY | IA | 52246-6107 | K59349 | 66.90 * | |
| VAL HOFFMAN | 905 SE 9TH ST | | ANKENY | IA | 50021-3608 | K15725 | 66.90 * | |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| VALANTINA [VI] BLANZOLE | 109 AZALEA DR | | DEPTFORD | NJ | 08096-6638 | K43807 | 66.90 | * |
| VALDA KAYE PUGH | 8809 KINGS LYNN LN | | LOUISVILLE | KY | 40220-4103 | K17975 | 66.90 | * |
| VALDA X ROBINSON | 29130 GERTRUDE CT | | INKSTER | MI | 48141-1102 | K60191 | 66.90 | * |
| VALDON DANIEL SR | 1300 BELMONT RD | | ATHENS | GA | 30605-4924 | K59733 | 66.90 | * |
| VALEDA WESNER | 10095 STATE ROUTE 44 | | WATSONTOWN | PA | 17777-8277 | K15871 | 66.90 | * |
| VALENCIA HARDY | 4843 S CALUMET AVE | | CHICAGO | IL | 60615-1307 | K55429 | 66.90 | * |
| VALENE PITTMAN | 1281 PRICE RD | | OLMSTED | IL | 62970-2302 | K25678 | 66.90 | * |
| VALERIA CROWELL | 2920 TAIT TER | | NORFOLK | VA | 23509-2351 | K14777 | 66.90 | * |
| VALERIE ARNELL BOOKHOLT | 2208 CEDAR BIRD LN | | CHARLOTTE | NC | 28270-0791 | K22683 | 66.90 | * |
| VALERIE CARABE | 138 S PLAISTED AVE | | HAUPPAUGE | NY | 11788-2752 | K62201 | 66.90 | * |
| VALERIE D FULTON | 2833 MARA LOMA CIR | | WOOSTER | OH | 44691-8440 | K61837 | 66.90 | * |
| VALERIE FOX LCSW | 23242 PEARL CT | | CARROLLTON | VA | 23314-2240 | V98286 | 66.90 | * |
| VALERIE KIMMEL | 4 TALL PINE CIR | | AUGUSTA | GA | 30909-1849 | K24950 | 66.90 | * |
| VALERIE L WOOD | 7580 E RANCH VIEW RD | | CORNVILLE | AZ | 86325-4913 | K56708 | 66.90 | * |
| VALERIE LEE | 1546 MONTICELLO DR | | GLADWYNE | PA | 19035-1247 | K35864 | 66.90 | * |
| VALERIE MIKAJLO | 3407 JEFFERSON AVE | | TOMS RIVER | NJ | 08753-4819 | K15633 | 66.90 | * |
| VALERIE MITCHELL | 18107 ALBERT DR | | CULPEPER | VA | 22701-9304 | K49176 | 66.90 | * |
| VALERIE P GREENE | 5 FAXON RD | | STOUGHTON | MA | 02072-1709 | K12379 | 66.90 | * |
| VALERIE PORTER | 462 ROCK HAVEN RD LOT 47 | | MURFREESBORO | TN | 37127-8126 | K43041 | 66.90 | * |
| VALERIE TERRALL | 4405 NW 187TH AVE | | PORTLAND | OR | 97229-2911 | K31647 | 66.90 | * |
| VALERIE V [VEEVEE] WALKER-TAYLOR | 4025 LONG POINT BLVD | | PORTSMOUTH | VA | 23703-5348 | K18984 | 66.90 | * |
| VALERIE VERINI | 44 AVON CIR APT C | | RYE BROOK | NY | 10573-2011 | K48327 | 66.90 | * |
| VALETTA JACKSON | 2830 PROSPECT AVE | | FORT WORTH | TX | 76106-5730 | K13477 | 66.90 | * |
| VALOISE SAVAGE | 5211 45TH ST | | LUBBOCK | TX | 79414-1325 | K29026 | 66.90 | * |
| VALORIE BERRY | 2905 SAINT MARKS DR | | TITUSVILLE | FL | 32780-6743 | K61755 | 66.90 | * |
| VALORIE BOWERS | 1148 DEAN ST | | BROOKLYN | NY | 11216-3004 | K49546 | 66.90 | * |
| VAN E HOUBOLT | 16443 CRESCENT LAKE DR | | CREST HILL | IL | 60403-1648 | K51150 | 66.90 | * |
| VAN GREGORY HIBBERTS | 123 SHORELINE DR | | GULF BREEZE | FL | 32561-4175 | K58027 | 66.90 | * |
| VAN H BURNS | 31289 KATHERINE PIGOTT RD | | FRANKLINTON | LA | 70438-4933 | K51166 | 66.90 | * |
| VAN WILCOX | PO BOX 123 | | INTERNATIONAL | MN | 56649-0123 | K19465 | 66.90 | * |
| VANDERGRIFT HIGH SCHOOL | c/o KATHY STARR | 4500 MELWOOD RD | LEECHBURG | PA | 15656 | | 0.00 | ** |
| VANESSA DAVIS | 4706 RHETT DR | | EVANS | GA | 30809-3296 | K60275 | 66.90 | * |
| VANESSA ELLIOTT | 3906 TRIAD CT | | WOODBRIDGE | VA | 22192-6287 | K21051 | 66.90 | * |
| VANESSA F KELLY | 1422 WELLINGTON ST W APT 409 | | OTTAWA | ON | K1Y 0X7 | K45003 | 66.90 | * |
| VANESSA MUDD | 4977 S COUNTY ROAD 400 E | | GREENCASTLE | IN | 46135-8056 | K45912 | 66.90 | * |
| VANESSA SELLERS | 1009 COULSONS CT | | HENDERSONVILL | TN | 37075-8779 | K37445 | 66.90 | * |
| VANITA C KASSING | 4302 CHRISMAC WAY | | COLLEYVILLE | TX | 76034-4950 | K38865 | 66.90 | * |
| VANLEER DAVIS | 74 GALLUP RD | | PRINCETON | NJ | 08540-7302 | K40813 | 66.90 | * |
| VANNA ZEIGLER | 21505 W WASSON RD | | TRIVOLI | IL | 61569-9722 | K46091 | 66.90 | * |
| VASHTI WOODKINS | 331 BETTYRAE WAY | | DALLAS | TX | 75232-4417 | V99526 | 66.90 | * |
| VEDA WOLFE | 1103 NICKELS PL SW | | LEESBURG | VA | 20175-4331 | K44113 | 66.90 | * |
| VELLA RUNYAN | 1330 HANOVER RD LOT 321 | | DELAWARE | OH | 43015-8784 | K46325 | 66.90 | * |
| VELMA A BUTLER | 715 FERNDALE ST | | PLYMOUTH | IN | 46563-2209 | K27870 | 66.90 | * |
| VELMA COOK | 3420 DONOSO CT | | NAPLES | FL | 34109-1377 | K13424 | 66.90 | * |
| VELMA CYR | 13949 DOMINICA DR | | SEMINOLE | FL | 33776-1319 | K38941 | 66.90 | * |
| VELMA E ANDERSON | 1201 SW CORNWALL ST | | TOPEKA | KS | 66611-2421 | K33448 | 66.90 | * |
| VELMA KAY SANDERS | 602 N BOLIVAR ST | | MARSHALL | TX | 75670-2016 | K46318 | 66.90 | * |
| VELMA MANNING | 11805 MEADOWGLEN LN APT 1216 | | HOUSTON | TX | 77082-2773 | K21126 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|---|---|---|---|---|---|---|---|---|
| VELMA MOEN | 113 COPPERSMITH CT | | SAINT CHARLES | MO | 63301-7403 | K56954 | 66.90 | * |
| VELORA COPELAND | 709 ANDOVER DR | | ROUND ROCK | TX | 78664-3003 | K42168 | 66.90 | * |
| VELTA GRAUZE | 6016 CONCORD AVE | | EDINA | MN | 55424-1732 | K34590 | 66.90 | * |
| VELZA DAVIS | 9 JESSIE ST | | JOLIET | IL | 60433-1427 | K50059 | 66.90 | * |
| VENIA [MARTI] ROHRBAUGH | 9116 IRONSTONE AVE | | LAS VEGAS | NV | 89143-1140 | K32886 | 66.90 | * |
| VENNETTA J TARZIAN | 9880 N NAME UNO | | GILROY | CA | 95020-9288 | K37778 | 66.90 | * |
| VERA BRISCOE | 11000 WEBB RD | | AMARILLO | TX | 79108-7811 | K34605 | 66.90 | * |
| VERA ELLIOTT | 2512 PATE AVE | | AUGUSTA | GA | 30906-2851 | K32678 | 66.90 | * |
| VERA FULLERTON | 1842 AGLEN ST | | SAINT PAUL | MN | 55113-6502 | K57002 | 66.90 | * |
| VERA LOUISE TIPPE | 30 N BOOTH ST | | DUBUQUE | IA | 52001-7331 | K55342 | 66.90 | * |
| VERA MAE NOGGLE | 1211 4TH AVE N APT 116 | | SAUK RAPIDS | MN | 56379-2663 | K21642 | 66.90 | * |
| VERA MCCLENNEN | 274 GLEN RIDDLE RD APT A105 | | MEDIA | PA | 19063-5847 | K35099 | 66.90 | * |
| VERA OKEEFFE | 17166 WATERBEND DR APT 111 | | JUPITER | FL | 33477-5873 | K41749 | 66.90 | * |
| VERA PALUMBO | 67 DARI RD | | MIDDLE ISLAND | NY | 11953-2658 | K62414 | 66.90 | * |
| VERA SCHMIDT | 405 N WOODVIEW DR | | COLDWATER | OH | 45828-1037 | K32432 | 66.90 | * |
| VERA SCHUNK | 3095 STRUBLE RD | | CINCINNATI | OH | 45251-1129 | K39528 | 66.90 | * |
| VERA STEWART | 8714 DALTON AVE | | LOS ANGELES | CA | 90047-3419 | K18259 | 66.90 | * |
| VERA THOMPSON | 1000 SE MARJEAN LN APT O12 | | GRANTS PASS | OR | 97526-7005 | K32972 | 66.90 | * |
| VERA WROBLESKI | 27 OAK HILL CIR | | MALVERN | PA | 19355-2016 | K61085 | 66.90 | * |
| VERDELLE P LEWIS | 1708 ELLINGTON DR | | FORT WORTH | TX | 76112-7713 | K19407 | 66.90 | * |
| VERDERY ROBERSON | 104 FAIRINGTON RD NW | | HUNTSVILLE | AL | 35806-2292 | K59556 | 66.90 | * |
| VERDIE MIDDLECOFF | 202 S FREE ST | | HOXIE | AR | 72433-8969 | K34767 | 66.90 | * |
| VERENA KAEPPLER | 40 BOX CANYON RD | | SEDONA | AZ | 86351-7707 | K44779 | 66.90 | * |
| VERENE CELESTAINE | 10145 S PRINCETON AVE | | CHICAGO | IL | 60628-1943 | K60303 | 66.90 | * |
| VERGIE MORRIS | 2508 RIVERVIEW ST | | MCKEESPORT | PA | 15132-5016 | K60777 | 66.90 | * |
| VERITY WHITLEY | 1720 17TH AVE | | MOLINE | IL | 61265-4068 | K54265 | 66.90 | * |
| Verizon Florida LLC | PO Box 920041 | | Dallas | TX | 75392-0041 | 155311065 | 1,608.33 | ** |
| Verizon Florida LLC | PO Box 920041 | | Dallas | TX | 75392-0041 | 155324169 | 1,091.48 | ** |
| VERL D LANTZ | 304 DORA CIR | | COPPERAS COVE | TX | 76522-1412 | K24246 | 66.90 | * |
| VERLYN TAFT TANKSLEY | 110 BRIDLE TRAIL CT | | ROSWELL | GA | 30076-1072 | K30950 | 66.90 | * |
| VERN [WARREN V] JOHNSON | 1036 W HARBECK RD | | GRANTS PASS | OR | 97527-5774 | K32599 | 66.90 | * |
| VERN BERGLIN | 1503 PLEASANT VIEW DR | | NORTH MANKATO | MN | 56003-2422 | K23963 | 66.90 | * |
| VERN MILLER | 2705 W CENTRAL PARK AVE | | DAVENPORT | IA | 52804-2506 | K46988 | 66.90 | * |
| VERN MINX MANSELLE | PO BOX 216 | | BEAVERCREEK | OR | 97004-0216 | K18764 | 66.90 | * |
| VERN REBSCH | 4740 ZION RD | | CLEVES | OH | 45002-9686 | K44195 | 66.90 | * |
| VERNA EBERHART | 200 19TH ST SE APT 204 | | WATERTOWN | SD | 57201-3979 | K55748 | 66.90 | * |
| VERNA JOHNSON | 3288 VILLAGE LN | | PLOVER | WI | 54467-3465 | K47804 | 66.90 | * |
| VERNA LEE | 4116 HOUKUM CT S | | FARGO | ND | 58104-6000 | K32055 | 66.90 | * |
| VERNA POLK | 2300 BELL ST STE 6 | | AMARILLO | TX | 79106-4632 | K35033 | 66.90 | * |
| VERNA SANDERS | 417 TEN MILE CREEK RD | | GERMANTOWN HI | IL | 61548-8674 | K52933 | 66.90 | * |
| VERNE DRAKE | 1343 MADISON ST | | BEAVER DAM | KY | 42320-1307 | V98705 | 66.90 | * |
| VERNELL THOMPSON | 1804 POSSUM TROT ST | | ROUND ROCK | TX | 78681-1710 | K48249 | 66.90 | * |
| VERNELLA TAYLOR | 7264 US HIGHWAY 59 S | | MARSHALL | TX | 75672-4158 | K10296 | 66.90 | * |
| VERNELLE HOSKINS | 808 STEPHEN CT | | FRIENDSWOOD | TX | 77546-4515 | K42675 | 66.90 | * |
| VERNER [RED] DEAN | 1300 DONELSON AVE | | OLD HICKORY | TN | 37138-3220 | K37237 | 66.90 | * |
| VERNETHA RENWICK | 2108 CHERRY LAUREL DR | | NEWBERRY | SC | 29108-2207 | K31560 | 66.90 | * |
| VERNON ARMSTRONG JR | 784 TIMBERS DR | | HENDERSON | KY | 42420-2400 | K58330 | 66.90 | * |
| VERNON BARKER | 1265 S TOPEKA ST | | EL DORADO | KS | 67042-3791 | K52186 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|----------|---------------|
| VERNON BRUCE WARN SR | 1943 MARKESE AVE | | LINCOLN PARK | MI | 48146-2515 | K58429 | 66.90 | * |
| VERNON BULCHER | 10499 BESING RD | | ELBERFELD | IN | 47613-9483 | K32484 | 66.90 | * |
| VERNON CARRINGTON | 106 EL CAMINO WAY | | FORT WASHINGT | MD | 20744-4819 | K13799 | 66.90 | * |
| VERNON E PERCELL | 701 N 28TH ST | | ROGERS | AR | 72756-1797 | K50562 | 66.90 | * |
| VERNON HAZEL | 629 MERIDAN ST | | DEARBORN | MI | 48124-1563 | K60881 | 66.90 | * |
| VERNON HOUSTON | 8120 KNEBWORTH CT | | RALEIGH | NC | 27613-4442 | K62909 | 66.90 | * |
| VERNON J MCDOWELL | 310 POWELL AVE | | DUMAS | TX | 79029-4123 | K29442 | 66.90 | * |
| VERNON L KOLB | 2417 BRIXTON RD | | EDMOND | OK | 73034-3300 | K14289 | 66.90 | * |
| VERNON L RAINEY DDS | PO BOX 3296 | | SUFFOLK | VA | 23439-3296 | K13355 | 66.90 | * |
| VERNON MCELDOWNEY | 245 BETHEL RD | | CENTERVILLE | OH | 45458-2472 | K34255 | 66.90 | * |
| VERNON MONNIN | 4755 N MULBERRY GROVE RAKEST | | COVINGTON | OH | 45318-9666 | K37423 | 66.90 | * |
| VERNON R CLIFTON | 301 MCKOY ST | | CLINTON | NC | 28328-3415 | K50497 | 66.90 | * |
| VERNON ROBBINS | 11000 CLEVELAND TRL | | NORWALK | IA | 50211-9239 | K21602 | 66.90 | * |
| VERNON RUTHART | 2657 WILLIAMS HWY | | GRANTS PASS | OR | 97527-8721 | K33267 | 66.90 | * |
| VERNON STANLEY WALIGORA | PO BOX 508 | | VERDI | NV | 89439-0508 | K58100 | 66.90 | * |
| VERNON STEINKE | 10520 GRANT ST | | WISCONSIN RAP | WI | 54494-9668 | K48175 | 66.90 | * |
| VERNON TROWBRIDGE | 1208 CARRIAGE LN | | CASPER | WY | 82609-3137 | K35711 | 66.90 | * |
| VERNON WIEGAND | 298 SHADY BROOK DR | | LANGHORNE | PA | 19047-8029 | K38564 | 66.90 | * |
| VERNON WIPPER | 20824 FRANKLIN RD | | CLEARWATER | MN | 55320-1600 | K31258 | 66.90 | * |
| VERONA COAN | PO BOX 622 | | ALGONA | IA | 50511-0622 | K56457 | 66.90 | * |
| VERONICA BROWN | 404 BIDDLE ST | | CHESAPEAKE CI | MD | 21915-1037 | K50002 | 66.90 | * |
| VERONICA C RENNA | 36 BLOSSOM ST | | NASHUA | NH | 03060-3711 | K43760 | 66.90 | * |
| VERONICA E [RONI] SANFORD | 6088 SANFORD LN | | FORT CALHOUN | NE | 68023-5218 | K53295 | 66.90 | * |
| VERONICA E [RONNIE] HELSBY | 170 ESPERANZA WAY | | PALM BEACH GA | FL | 33418-6206 | K36965 | 66.90 | * |
| VERONICA M MAYO | 20 CRESCENT KY | | BELLEVUE | WA | 98006-1010 | K15043 | 66.90 | * |
| VERONICA MAIER | 9504 BAY FRONT DR | | NORFOLK | VA | 23518-6303 | K43204 | 66.90 | * |
| VERONICA NUGENT | 1208 MADISON ST | | METAIRIE | LA | 70001-3747 | K52228 | 66.90 | * |
| VERONICA PLAPP | 17631 N 35TH DR | | GLENDALE | AZ | 85308-3201 | K19302 | 66.90 | * |
| VERONICA STEWARD | 5005 47TH PL | | VERO BEACH | FL | 32967-0987 | K40317 | 66.90 | * |
| VERONICA T SIMPSON | 5113 63RD ST | | WOODSIDE | NY | 11377-5837 | K37687 | 66.90 | * |
| VERONICA W JAMISON | 806 BOLD ST | | PORTSMOUTH | VA | 23701-3904 | K12763 | 66.90 | * |
| VERSAILLES HIGH SCHOOL | VERSAILLES H S ALUMNI ASSOCI | 280 MARKER ROAD | VERSAILLES | OH | 45380 | | 0.00 | ** |
| VERSAILLES HIGH SCHOOL | c/o KAREN KEISER | 280 MARKER ROAD | VERSAILLES | OH | 45380 | | 0.00 | ** |
| VERSIA POLLARD | 1492 17TH ST W | | PALMETTO | FL | 34221-6101 | K39644 | 66.90 | * |
| VERTABEL ARLENE YORK | 3709 S US HIGHWAY 231 | | GREENCASTLE | IN | 46135-8701 | K52575 | 66.90 | * |
| VIANNAH WALKER | PO BOX 291 | | LOON LAKE | WA | 99148-0291 | K25271 | 66.90 | * |
| VIC BARTLETT | 7938 SE 140TH DR | | PORTLAND | OR | 97236-6609 | K31771 | 66.90 | * |
| VICKI A MAYER | 3742 BEELER RD | | LIMA | OH | 45806-1555 | K45218 | 66.90 | * |
| VICKI ALARIE | 531 SKY WAY | | GRANTS PASS | OR | 97527-5365 | K32117 | 66.90 | * |
| VICKI BAKER | 1828 CHURCHES RD | | LEWISBURG | PA | 17837-7314 | K18164 | 66.90 | * |
| VICKI BARBERO | 8726 CROSS CHASE CIR | | FAIRFAX STATI | VA | 22039-3374 | K16858 | 66.90 | * |
| VICKI BIGGS-ANDERSON | 122 CASPERS HILL RD | | GRAND MARAIS | MN | 55604-2182 | K33610 | 66.90 | * |
| VICKI C PEZLEY | 206 S BUCHANAN AVE | | PALMYRA | MO | 63461-1300 | K16347 | 66.90 | * |
| VICKI COUP | 2 MIFFLIN CT | | MIFFLINBURG | PA | 17844-9321 | K15799 | 66.90 | * |
| VICKI DE ROO | 4414 ANCHOR MILL DR | | BELLEVUE | NE | 68123-1168 | K48574 | 66.90 | * |
| VICKI FAYE CROSBY | 1033 GARTON RD | | BURNS | TN | 37029-5215 | K39045 | 66.90 | * |
| VICKI HURT | 30 OAKLAWN PARK | | MIDLAND | TX | 79705-6546 | K26550 | 66.90 | * |
| VICKI KOHNE | N860 WINDY GAP RD | | LYNDON STATIO | WI | 53944-9439 | K36240 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| VICKI KRIKKE SPARKS | 8470 OAKVIEW AVE NE | | ROCKFORD | MI | 49341-9344 | K56210 | 66.90 | * |
| VICKI L HADFIELD | 309 COLFAX ST | | FENTON | MI | 48430-2023 | K58907 | 66.90 | * |
| VICKI L SMITH | 1814 DORCHESTER ST | | NORWALK | IA | 50211-9709 | K22286 | 66.90 | * |
| VICKI LAYMAN | 6108 RICHLAND DR | | FORT WAYNE | IN | 46804-3039 | K26021 | 66.90 | * |
| VICKI MARLETT | 330 LAS COLINAS BLVD E APT 7 | | IRVING | TX | 75039-5583 | K39048 | 66.90 | * |
| VICKI MARTIN | 2041 MOUNT WASHINGTON AVE | | COLORADO SPGS | CO | 80906-3411 | K33937 | 66.90 | * |
| VICKI NAPIWOCKI | 3404 COUNTY ROAD X N | | STEVENS POINT | WI | 54482-8939 | K48345 | 66.90 | * |
| VICKI OBERMANN | 206 N 6TH ST | | NEW BADEN | IL | 62265-1440 | K30655 | 66.90 | * |
| VICKI PLAGMAN | 306 HOPKINS DR | | ARLINGTON | SD | 57212-2120 | K59291 | 66.90 | * |
| VICKI POPP | 11302 W BEKEMEYER ST | | WICHITA | KS | 67212-6603 | K34518 | 66.90 | * |
| VICKI ROLLINGS | 10599 SPRING HILL DR | | CARMEL | IN | 46032-4054 | K45961 | 66.90 | * |
| VICKI RYAN | 2156 PUNTA DEL ESTE DR | | HACIENDA HEIG | CA | 91745-4911 | K30368 | 66.90 | * |
| VICKI SCHILL | 4414 S LINDEN RD | | FLINT | MI | 48507-2912 | K59376 | 66.90 | * |
| VICKI SEEHASE | 3309 TWELVE OAKS CT | | SELLERSBURG | IN | 47172-9144 | K33075 | 66.90 | * |
| VICKI SHINK | 7 NOME DR | | WOODBURY | NY | 11797-3404 | K47056 | 66.90 | * |
| VICKI THATCHER | 579 SHERRY LN | | CINCINNATI | OH | 45255-3439 | K24624 | 66.90 | * |
| VICKI WILLIAMS | 5912 MOSSBROOK TRL | | DALLAS | TX | 75252-3206 | K41192 | 66.90 | * |
| VICKIE ALLEN | 425 4TH AVE | | IOWA CITY | IA | 52245-4616 | K16790 | 66.90 | * |
| VICKIE BARNTS | 2788 CROCKER RD | | EUGENE | OR | 97404-1861 | K34160 | 66.90 | * |
| VICKIE DOEDEN | 1929 33RD ST S | | MOORHEAD | MN | 56560-3951 | K54800 | 66.90 | * |
| VICKIE HICKS-BUTLER | 1018 ALDEN DR | | CEDAR HILL | TX | 75104-3293 | K19369 | 66.90 | * |
| VICKIE LEE | 221 S SAN JUAN AVE TRLR 11 | | MONTROSE | CO | 81401-4188 | K18805 | 66.90 | * |
| VICKIE LEE HANKINS | PO BOX 2527 | | WALDPORT | OR | 97394-2527 | K36333 | 66.90 | * |
| VICKIE LEWIS REIHE | 612 HART AVE | | DES MOINES | IA | 50315-5367 | K22738 | 66.90 | * |
| VICKIE LYNN WEST | 301 PHILLIPS DR | | DUMAS | TX | 79029-4146 | K34001 | 66.90 | * |
| VICKIE MEHALCHICK | 24 HARVEST LN | | BURLINGTON | NJ | 08016-2263 | K47734 | 66.90 | * |
| VICKIE MEIXNER | 8317 GOODRICH RD | | MINNEAPOLIS | MN | 55437-1514 | K13711 | 66.90 | * |
| VICKIE PROSE | 15374 HIGHWAY 238 | | GRANTS PASS | OR | 97527-8619 | K38571 | 66.90 | * |
| VICKIE VAN ARSDALL | PO BOX 5143 | | GRANTS PASS | OR | 97527-0143 | K31782 | 66.90 | * |
| VICKIE WILSON | PO BOX 2324 | | WINSTON | OR | 97496-2324 | K33722 | 66.90 | * |
| VICKY GILLETTE | 305 SAVANNAH LN | | FORT MILL | SC | 29708-8386 | K14578 | 66.90 | * |
| VICKY KLEIN | 7677 N ADRIAN HWY | | TECUMSEH | MI | 49286-9717 | V98882 | 66.90 | * |
| VICKY O'NEILL | 3742 BLOOMINGDALE DR | | HILLSBOROUGH | NJ | 08844-5531 | K48235 | 66.90 | * |
| VICKY OSBORN | 105 E KENDALL DR | | YORKVILLE | IL | 60560-1030 | K50648 | 66.90 | * |
| VICKY WILSON | 4633 KENSINGTON WAY N | | PLAINFIELD | IN | 46168-7547 | K47842 | 66.90 | * |
| VICTOR BROMENSCHENKEL | 36525 PELICAN LAKE RD | | AVON | MN | 56310-4635 | K28232 | 66.90 | * |
| VICTOR DELEO | 1807 EDUCATIONAL DR | | WHITE OAK | PA | 15131-2203 | K62807 | 66.90 | * |
| VICTOR DOBRAS | 240 NICE LN APT 308 | | NEWPORT BEACH | CA | 92663-2691 | K13690 | 66.90 | * |
| VICTOR G NASTASI | 16908 FILLY LN | | ODESSA | FL | 33556-1830 | K51224 | 66.90 | * |
| VICTOR JOHNSON | 13802 N 183RD AVE | | SURPRISE | AZ | 85388-9719 | K20708 | 66.90 | * |
| VICTOR JUNIOR PURPUREE | 1681 N JANTZEN AVE | | PORTLAND | OR | 97217-7822 | K37058 | 66.90 | * |
| VICTOR L [VIC] STRUBLE | 212 N 2ND ST | | CONWAY SPRING | KS | 67031-8094 | K36606 | 66.90 | * |
| VICTOR LAHR | 840 MAYWOOD DR | | SAINT CLOUD | MN | 56303-0923 | K21620 | 66.90 | * |
| VICTOR M BARRON | 25986 FANNY CRK | | HOWE | OK | 74940-3322 | K58942 | 66.90 | * |
| VICTOR M BRUDI | 16720 HOUK RD | | HOAGLAND | IN | 46745-9757 | K39024 | 66.90 | * |
| VICTOR R DOMINES | 2926 ROUNSEVEL TER | | LAGUNA BEACH | CA | 92651-4138 | K43548 | 66.90 | * |
| VICTOR R GALLO | 5957 PIDCOCK CREEK RD | | NEW HOPE | PA | 18938-9313 | K26450 | 66.90 | * |
| VICTOR SAEGER | 410 5TH ST N | | WISCONSIN RAP | WI | 54494-3639 | K48342 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| VICTOR WHITFIELD | 105 YVONNE LN | | MARSHALL | TX | 75672-8325 | K10052 | 66.90 | * |
| VICTOR ZIMMERMAN | 2243 ARGONNE MEADOWS DR | | LAKE SAINT LO | MO | 63367-2324 | K20402 | 66.90 | * |
| VICTORIA [VICKI] BUTLER | 19 SULGRAVE RD | | WEST HARTFORD | CT | 06107-3346 | K59335 | 66.90 | * |
| VICTORIA [VICKI] LUTZ | PO BOX 31489 | | SAINT LOUIS | MO | 63131-0489 | K29414 | 66.90 | * |
| VICTORIA [VICKI] STERLING | 779 CHRISTINA DR | | BOULDER CITY | NV | 89005-3424 | K22365 | 66.90 | * |
| VICTORIA CRAIG | 2285 CONSTITUTION BLVD | | MCKEESPORT | PA | 15135-2307 | K61265 | 66.90 | * |
| VICTORIA HARPER | 9 FAIRWAY DR | | SOUTH CHARLES | WV | 25309-2550 | K58024 | 66.90 | * |
| VICTORIA J BROWN | 11018 W LAURELWOOD LN | | AVONDALE | AZ | 85392-4036 | K58805 | 66.90 | * |
| VICTORIA JOHNSON | 283 ORCHID RD | | LEVITTOWN | NY | 11756-2008 | K37876 | 66.90 | * |
| VICTORIA LOHMANN | 6505 67TH AVE N | | PINELLAS PARK | FL | 33781-5123 | K21645 | 66.90 | * |
| VICTORIA MARKEZIC | 6626 BLISS AVE | | CLEVELAND | OH | 44103-1962 | K53766 | 66.90 | * |
| VICTORIA NETANEL | 950 CRATER OAK DR | | CALABASAS | CA | 91302-2132 | K43835 | 66.90 | * |
| VICTORIA OVESON | 2917 E 109TH AVE | | NORTHGLENN | CO | 80233-5475 | K20504 | 66.90 | * |
| VICTORIA PAULL | 1219 GARFIELD AVE | | LIBERTYVILLE | IL | 60048-3613 | K51521 | 66.90 | * |
| VICTORIA ROLLER | 1310 PRESIDENTIAL DR | | NORTHFIELD | MN | 55057-3546 | K15646 | 66.90 | * |
| VICTORIA SAMUELS | 8126 SOUTHERN TRAILS PL | | INDIANAPOLIS | IN | 46237-8209 | K42242 | 66.90 | * |
| VICTORIA SCHNELLER | 1250 APOLLO DR | | LAFAYETTE | CO | 80026-1205 | K50170 | 66.90 | * |
| VICTORIA WHITMIRE | 49787 RED PINE DR | | MACOMB | MI | 48044-1694 | K58543 | 66.90 | * |
| VICTORIA ZWIENER CASKEY | 1569 NOTTINGHAM RD | | CHARLESTON | WV | 25314-2454 | K61187 | 66.90 | * |
| VIDA DAVIDSON | 1827 E 225TH ST | | EUCLID | OH | 44117-2003 | K43155 | 66.90 | * |
| VIDA HAUPTMAN | 589 TIMBERLINE TRL | | MAYFIELD VLG | OH | 44143-2344 | K52023 | 66.90 | * |
| VIDA SYKES | 5220 N CORRIGAN RD | | OTIS ORCHARDS | WA | 99027-9208 | K29114 | 66.90 | * |
| VIENNA HAHLE | 1702 12TH ST | | EMMETSBURG | IA | 50536-1907 | K62370 | 66.90 | * |
| VIETA ZEECK | 5618 83RD LN | | LUBBOCK | TX | 79424-4638 | K42677 | 66.90 | * |
| VIKKI MINADEO | 2703 RUDOLPH AVE | | ERIE | PA | 16508-1039 | K61355 | 66.90 | * |
| VILLA ANGELA - ST JOSEPH HIGH SCHOOL | VILLA ANGELA - ST JOSEPH HIG | 18491 LAKE SHORE BLVD | CLEVELAND | OH | 44119-1212 | | 0.00 | ** |
| VILLA ANGELA - ST JOSEPH HIGH SCHOOL | c/o KELLIE CLINTON | 18491 LAKE SHORE BLVD | CLEVELAND | OH | 44119-1212 | | 0.00 | ** |
| VILLA MARIA ACADEMY | VILLA MARIA ACADEMY | 370 CENTRAL AVENUE | MALVERN | PA | 19355 | | 0.00 | ** |
| VILLA MARIA ACADEMY | c/o MAGGIE MALLON | 370 CENTRAL AVENUE | MALVERN | PA | 19355 | | 0.00 | ** |
| VILMA COONEY | 2711 N DAYTON ST | | CHICAGO | IL | 60614-1409 | K53130 | 66.90 | * |
| VILMA GRASSI | 1613 HILTON AVE | | FAIRBANKS | AK | 99701-4017 | K62016 | 66.90 | * |
| VILMA TIMONY | 221 MCDONALD AVE APT 4B | | BROOKLYN | NY | 11218-1429 | K54205 | 66.90 | * |
| VINCE HUDAK | 5220 TOWNLINE RD | | WISCONSIN RAP | WI | 54494-9008 | K48344 | 66.90 | * |
| VINCE HUMMEL | 1711 W CARL SANDBURG DR APT | | GALESBURG | IL | 61401-1384 | K14577 | 66.90 | * |
| VINCE RODMAN | 297 GROSSE PINES DR | | ROCHESTER HIL | MI | 48309-1831 | K61164 | 66.90 | * |
| VINCE WROBLEWSKI | 1048 AEGEAN DR | | SCHAUMBURG | IL | 60193-3800 | K60309 | 66.90 | * |
| VINCENT A [REDS] FILIPPONI | 528 POWDERHORN RD | | KING OF PRUSS | PA | 19406-3040 | K34998 | 66.90 | * |
| VINCENT A [VINCE] SODANO | 309 BRIGANTINE TER | | TUCKERTON | NJ | 08087-2509 | K38137 | 66.90 | * |
| VINCENT B UKLEJA | 81 OLD COLCHESTER RD | | QUAKER HILL | CT | 06375-1007 | K11508 | 66.90 | * |
| VINCENT C [VINCE] EXLEY | 4910 ROCK VALLEY DR | | MARIETTA | GA | 30066-1147 | K30146 | 66.90 | * |
| VINCENT C LIUZZI | 551 HIGH HAWK CIR | | VERO BEACH | FL | 32962-7155 | K27491 | 66.90 | * |
| VINCENT E SANDLIN | PO BOX 538 | | PADUCAH | TX | 79248-0538 | K28815 | 66.90 | * |
| VINCENT F ARCURI | 1 W 3RD ST | | HOBART | IN | 46342-4310 | K51904 | 66.90 | * |
| VINCENT F SZTUL | 29011 SHERBROOK DR | | WICKLIFFE | OH | 44092-2636 | K46365 | 66.90 | * |
| VINCENT J CANNATA | 7 DUPONT AVE | | PISCATAWAY | NJ | 08854-2434 | K32515 | 66.90 | * |
| VINCENT J FRANK SR | 440 BRICK BLVD APT B | | BRICK | NJ | 08723-6098 | K29877 | 66.90 | * |
| VINCENT J GLOBOKAR JR | 26475 AARON DR | | EUCLID | OH | 44132-2547 | K51917 | 66.90 | * |
| VINCENT J KING | 99 PRESIDIO POINTE | | CROSS LANES | WV | 25313-1537 | K26381 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|---------|---------|--------------|
| VINCENT J LEONETTI | 63 MATEO AVE | | DALY CITY | CA | 94014-2407 | K52146 | 66.90 | * |
| VINCENT M COIRO JR | 45 WILLIAM RD | | MASSAPEQUA | NY | 11758-2222 | K46295 | 66.90 | * |
| VINCENT MIKOLAVICH | 926 NE D ST APT 3 | | GRANTS PASS | OR | 97526-2354 | K37386 | 66.90 | * |
| VINCENT O OWES | 242 HEYWOOD AVE | | ORANGE | NJ | 07050-3042 | K14231 | 66.90 | * |
| VINCENT PALMER | 785 DONNELLVILLE RD | | NATRONA HEIGH | PA | 15065-3011 | K60990 | 66.90 | * |
| VINCENT R STEELE | 12 WOODSIDE DR | | ROCKAWAY | NJ | 07866-1615 | K38670 | 66.90 | * |
| VINCENT R TORANO | 197 SIMONS DR | | MORRISVILLE | PA | 19067-5913 | K24609 | 66.90 | * |
| VINCENT S KUHLMAN | 75 WESTVIEW DR | | MILFORD | IA | 51351-1370 | K54929 | 66.90 | * |
| VINCENT SCALZO | 605 MALLARDS POND LN | | SCHENECTADY | NY | 12303-5375 | K22398 | 66.90 | * |
| VINNIE L WILLIAMS-TRAYLOR | 12503 STONEY CREEK DR | | PEARLAND | TX | 77584-9488 | K12627 | 66.90 | * |
| VIOLA BALENZANO | 138 HURST DR | | EPHRATA | PA | 17522-2626 | K57891 | 66.90 | * |
| VIOLA BLOXOM-KING | 4711 E PIKES PEAK AVE | | COLORADO SPRI | CO | 80916-1237 | K28324 | 66.90 | * |
| VIOLA GEIGER | 2313 TWIN SILO DR | | BLUE BELL | PA | 19422-3281 | K33324 | 66.90 | * |
| VIOLA JONES | 855 F ST | | LEBANON | OR | 97355-1759 | V99247 | 66.90 | * |
| VIOLA JUTTEN | PO BOX 262 | | PALISADE | NE | 69040-0262 | K19166 | 66.90 | * |
| VIOLA LEWIS | 3237 HYACINTH AVE | | MEDFORD | OR | 97501-8535 | K42098 | 66.90 | * |
| VIOLET A STUNKARD | 6324 PONDEROSA DR | | OMAHA | NE | 68137-4233 | K32050 | 66.90 | * |
| VIOLET FELDMANN | 322 N HIGHLAND AVE APT 107 | | PLYMOUTH | WI | 53073-2067 | K46513 | 66.90 | * |
| VIOLET G LENTZ | 1945 MEECH RD | | WILLIAMSTON | MI | 48895-9742 | K44265 | 66.90 | * |
| VIOLET GROSSNICKLE | 247 ARROYO DR | | PACIFICA | CA | 94044-2302 | K22042 | 66.90 | * |
| VIOLET KNOLL | 3042 CLEVELAND AVE | | PLOVER | WI | 54467-3644 | K48728 | 66.90 | * |
| VIOLET MAE REPP | 1103 S GREENSTONE LN | | DUNCANVILLE | TX | 75137-2828 | K44518 | 66.90 | * |
| VIOLET MORROW | 808 SCHROEDER LN | | GRANTS PASS | OR | 97527-6123 | K34081 | 66.90 | * |
| VIOLET MOSTAD | 2460 PINNACLES DR | | ROCKLIN | CA | 95677-2637 | K18539 | 66.90 | * |
| VIOLET REASER | 2401 WESTWOOD DR | | LONGWOOD | FL | 32779-4626 | K61699 | 66.90 | * |
| VIOLET STERRETT | 2135 SE 6TH ST | | DES MOINES | IA | 50315-1613 | K23619 | 66.90 | * |
| VIRGIE M BURROWS | PO BOX 711 | | DENTON | TX | 76202-0711 | K28539 | 66.90 | * |
| VIRGIL ANDERSON | 1318 ORAN DR | | COUNCIL BLUFF | IA | 51503-2543 | K55513 | 66.90 | * |
| VIRGIL DIXON GRANT | 1034 FERRY RD | | FOREST CITY | NC | 28043-9779 | K24158 | 66.90 | * |
| VIRGIL JOHNSON | 12785 GILMAN RD | | LEAVENWORTH | KS | 66048-7227 | K33062 | 66.90 | * |
| VIRGIL L WOODS ESQ | 8370 ONALASKA AVE | | SAN DIEGO | CA | 92123-2827 | K21367 | 66.90 | * |
| VIRGIL P FRANTZ | 147 REED AVE | | VERSAILLES | OH | 45380-1115 | K32118 | 66.90 | * |
| VIRGINIA [ANN] ROBINSON | 1237 E MELBOURNE AVE | | PEORIA | IL | 61603-2113 | K51353 | 66.90 | * |
| VIRGINIA [GIN] BUTLER | 5761 E ITHACA PL APT 3 | | DENVER | CO | 80237-1156 | K14826 | 66.90 | * |
| VIRGINIA [GINGER] COUNTRYMAN | 1700 PIN OAK DR UNIT 140 | | DALTON | GA | 30721-2347 | K48191 | 66.90 | * |
| VIRGINIA [GINGER] VEDEPO | 2951 ORCHARD VIEW LN NE | | IOWA CITY | IA | 52240-7777 | K43265 | 66.90 | * |
| VIRGINIA [GINNIE] SWEENEY | 11398 BELMONT LAKE DR UNIT 1 | | LAS VEGAS | NV | 89135-1375 | K53628 | 66.90 | * |
| VIRGINIA [GINNY] CONDON | 1921 E MINARET CIR | | RENO | NV | 89523-1284 | K33646 | 66.90 | * |
| VIRGINIA [GINNY] HELMS | 238 E MAIN ST | | SAINT CLAIRSV | OH | 43950-1552 | K51802 | 66.90 | * |
| VIRGINIA [GINNY] HIARING | 900 S 20TH ST | | CLARINDA | IA | 51632-2416 | K54440 | 66.90 | * |
| VIRGINIA [GINNY] LHAMON | 11657 ROAD 179 | | OAKWOOD | OH | 45873-9370 | K45065 | 66.90 | * |
| VIRGINIA [GINNY] NEILSON | 14699 S PONDEROSA WAY | | GRASS VALLEY | CA | 95949-9789 | K35477 | 66.90 | * |
| VIRGINIA [GINNY] SOUTH | 208 RIVER GATE DR | | LAFAYETTE | LA | 70508-6736 | K59034 | 66.90 | * |
| VIRGINIA [GINNY] TAYLOR | 3333 BATH HEIGHTS DR | | CUYAHOGA FALL | OH | 44223-3760 | K61429 | 66.90 | * |
| VIRGINIA [JEANNIE] KODACK | 100 STURBRIDGE RD | | BRANCHBURG | NJ | 08853-4013 | K37920 | 66.90 | * |
| VIRGINIA [JENNY] WITTE | 2101 S 4TH ST | | LAMESA | TX | 79331-6503 | K43146 | 66.90 | * |
| VIRGINIA [KAYE] BROWN | 328 E MCKINLEY ST | | TEMPE | AZ | 85281-1025 | K51883 | 66.90 | * |
| VIRGINIA A HESTER | 6130 N WINCHESTER AVE APT 1E | | CHICAGO | IL | 60660-2284 | K52008 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.

No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| VIRGINIA A RIZZO | 11156 BYRD DR | | FAIRFAX | VA | 22030-5366 | K60688 | 66.90 | * |
| VIRGINIA A ROBERTS | 5108 WINDING WOODS DR | | CENTREVILLE | VA | 20120-4438 | K62224 | 66.90 | * |
| VIRGINIA ALLEN | 1960 RAYNER RD | | KIRKWOOD | MO | 63122-3528 | K43817 | 66.90 | * |
| VIRGINIA ANDERSON | 279 N BROADWAY APT 8H | | YONKERS | NY | 10701-2413 | K21992 | 66.90 | * |
| VIRGINIA ANDREWS | 200 W OLIVER AVE | | WEST MEMPHIS | AR | 72301-3928 | K34187 | 66.90 | * |
| VIRGINIA ANN KASS | 8704 SHORECLIFF DR | | LAS VEGAS | NV | 89134-8855 | K31930 | 66.90 | * |
| VIRGINIA ANN SCHMIDEK | 14500 FRUITVALE AVE APT 6116 | | SARATOGA | CA | 95070-6188 | K39879 | 66.90 | * |
| VIRGINIA ANN TOBIAS | 573 TUCKERS RD UNIT B | | PAWLEYS ISLAN | SC | 29585-5360 | K36417 | 66.90 | * |
| VIRGINIA ANN WARNECKE | 2105 W WAVELAND AVE | | CHICAGO | IL | 60618-4922 | K53775 | 66.90 | * |
| VIRGINIA ARMENTARO | 520 WALL AVE | | DES MOINES | IA | 50315-5166 | K22223 | 66.90 | * |
| VIRGINIA AU | 274 1ST ST | | MOUNT WASHING | KY | 40047-7019 | K33957 | 66.90 | * |
| VIRGINIA BABILLA | 9525 W OAK PL | | DES PLAINES | IL | 60016-1538 | K51825 | 66.90 | * |
| VIRGINIA BAILEY | 2100 E WASHINGTON ST APT 107 | | PETALUMA | CA | 94954-3898 | K49307 | 66.90 | * |
| VIRGINIA BARTRAW | 1921 HATFIELD ST | | WILLIAMSPORT | PA | 17701-1059 | K18342 | 66.90 | * |
| VIRGINIA BENNETT | 279 3RD ST APT 1 | | NEW COLUMBIA | PA | 17856-8983 | K15709 | 66.90 | * |
| VIRGINIA BERMAN | 34 BROOKSTONE DR | | GREENFIELD CE | NY | 12833-1836 | K28989 | 66.90 | * |
| VIRGINIA BLACKWOOD | 605 SE 10TH ST | | POMPANO BEACH | FL | 33060-9405 | K43233 | 66.90 | * |
| VIRGINIA BOTTO | 6160 TURKEY RUN CT | | MANASSAS | VA | 20112-3024 | K16131 | 66.90 | * |
| VIRGINIA BRADBURY | 885 WOODDALE DR | | URBANA | OH | 43078-2239 | K58501 | 66.90 | * |
| VIRGINIA BRADLEY | 75 EVANS AVE | | ALBERTSON | NY | 11507-1825 | K37187 | 66.90 | * |
| VIRGINIA BURLESON | 4950 SUGAR GROVE BLVD APT 20 | | STAFFORD | TX | 77477-2143 | K28387 | 66.90 | * |
| VIRGINIA C BRUBAKER | PO BOX 612 | | RICHMOND | IN | 47375-0612 | K33285 | 66.90 | * |
| VIRGINIA CANTARELLA | 20 FIREHOUSE LN | | GREENVILLE | NY | 12083-2138 | K52501 | 66.90 | * |
| VIRGINIA CHAIN | 317 W CREEK RD | | NEWBURG | PA | 17240-9390 | K45191 | 66.90 | * |
| VIRGINIA CICERO | 477 HOLDSWORTH DR | | PITTSBURGH | PA | 15236-3204 | K40890 | 66.90 | * |
| VIRGINIA COFFEY | 288 DEEP MEADOW DR | | FISHERSVILLE | VA | 22939-2519 | K38512 | 66.90 | * |
| VIRGINIA COOK | 137 N TENNESSEE ST | | DANVILLE | IN | 46122-1225 | K45572 | 66.90 | * |
| VIRGINIA CRANDALL | 1010 S DALE ST | | EAGAR | AZ | 85925-9641 | K30618 | 66.90 | * |
| VIRGINIA D BEARD | 15 BUTTERFIELD DR APT E | | WEST DOVER | VT | 05356-4404 | K11739 | 66.90 | * |
| VIRGINIA DENNETT | 4111 INGERSOLL AVE APT 1112 | | DES MOINES | IA | 50312-2731 | K21518 | 66.90 | * |
| VIRGINIA DONAVON | 275 LARKSPUR LN # 58 | | MOUNTAIN HOME | AR | 72653-8070 | K59989 | 66.90 | * |
| VIRGINIA DOUGHERTY | 12630 OLD HIGHWAY 169 | | HIBBING | MN | 55746-8322 | K17956 | 66.90 | * |
| VIRGINIA DUDAS | 502 COUNTRY CLUB DR | | EGG HARBOR CI | NJ | 08215-5100 | K53528 | 66.90 | * |
| VIRGINIA FLICKNER | 1025 MALLARD CIR | | FOLSOM | CA | 95630-7507 | K51737 | 66.90 | * |
| VIRGINIA FOWLER | 1412 OAK HILL LN | | BEDFORD | VA | 24523-4348 | K40328 | 66.90 | * |
| VIRGINIA GIBSON | 408 DANIELS ST | | PALESTINE | TX | 75803-7084 | K28646 | 66.90 | * |
| VIRGINIA GILCREST | 256 MEETINGHOUSE LN | | MOUNTAINSIDE | NJ | 07092-1306 | K15062 | 66.90 | * |
| VIRGINIA GOOD | 42 CHATEAU PALMER DR | | KENNER | LA | 70065-2033 | K50360 | 66.90 | * |
| VIRGINIA GRANC | 5407 HOMER AVE | | CLEVELAND | OH | 44103-1330 | K45889 | 66.90 | * |
| VIRGINIA GRESE | 1608 ROMINE AVE | | MCKEESPORT | PA | 15133-3323 | K61032 | 66.90 | * |
| VIRGINIA GUNN | 4 W RIDGE LN | | SHERIDAN | WY | 82801-8528 | K52916 | 66.90 | * |
| VIRGINIA HAMRICK RN | 1024 COUNTY ROAD 44 | | ANGLETON | TX | 77515-8648 | K34472 | 66.90 | * |
| VIRGINIA HARDING | 6813 KESSEL ST | | FOREST HILLS | NY | 11375-5729 | K43162 | 66.90 | * |
| VIRGINIA HENRY | 328 OAKVALE BLVD | | BUFFALO | NY | 14223-1639 | K29499 | 66.90 | * |
| VIRGINIA HICKERSON | 668 CONCORD CADES RD | | TRENTON | TN | 38382-9294 | K30940 | 66.90 | * |
| VIRGINIA HOLMAN | 10 S YELLOWSTONE AVE UNIT 16 | | BOZEMAN | MT | 59718-1935 | K33128 | 66.90 | * |
| VIRGINIA HOOVER | 325 DONNA WAY | | CENTRAL POINT | OR | 97502-1801 | K33109 | 66.90 | * |
| VIRGINIA I HUFFMAN | 2 COOSA TRL | | BROWNS MILLS | NJ | 08015-6516 | K47426 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| VIRGINIA INTERMONT COLLEGE | VIRGINIA INTERMONT COLLEGE | 1013 MOORE ST | BRISTOL | VA | 24201 | | 0.00 | ** |
| VIRGINIA INTERMONT COLLEGE | c/o BETH SHUMAKER | 1013 MOORE ST | BRISTOL | VA | 24201 | | 0.00 | ** |
| VIRGINIA J BREEN-BENNETT | 74 E SPRING RD | | COAL CITY | IL | 60416-1847 | K51371 | 66.90 | * |
| VIRGINIA JOHNSON | 5005 COUNTY ROAD 76 | | LITTLEFORK | MN | 56653-9194 | K25368 | 66.90 | * |
| VIRGINIA JOHNSON | 13606 N KAANAPALI PT | | SUN CITY | AZ | 85351-2743 | K55049 | 66.90 | * |
| VIRGINIA KNOP | 109 TALTON CT | | CLARKSVILLE | TN | 37040-4380 | K49657 | 66.90 | * |
| VIRGINIA L BRANSTOOL | 3224 VERDUN AVE | | SAN MATEO | CA | 94403-3851 | K37500 | 66.90 | * |
| VIRGINIA L CRUM | 12039 DEERHORN DR | | CINCINNATI | OH | 45240-1003 | K38596 | 66.90 | * |
| VIRGINIA L MARCOTTE | 448 JUDY CT | | MERCED | CA | 95348-2819 | K41213 | 66.90 | * |
| VIRGINIA L WEBER | 1038 ELWOOD ST | | NARVON | PA | 17555-9400 | K59710 | 66.90 | * |
| VIRGINIA L. DEDOES | 2205 SYCAMORE LN | | KALAMAZOO | MI | 49008-2033 | K17156 | 66.90 | * |
| VIRGINIA LAMB | 7985 HUMMINGBIRD WAY SW | | ALEXANDRIA | MN | 56308-6152 | K55157 | 66.90 | * |
| VIRGINIA LEE CANCHOLA | 536 WHITE OAK DR | | ROSELLE | IL | 60172-2569 | K59496 | 66.90 | * |
| VIRGINIA LEE PENICK | 4711 350TH STREET CT S | | ROY | WA | 98580-8224 | K56335 | 66.90 | * |
| VIRGINIA LEWIS | 1200 WOODLAWN ST | | KILGORE | TX | 75662-3865 | K32473 | 66.90 | * |
| VIRGINIA M LUTTRELL | 2558 BALSAM CT | | MONTROSE | CO | 81401-9055 | K18900 | 66.90 | * |
| VIRGINIA MAE CHERRY | 1004 W MARKET ST | | RUSHVILLE | IN | 46173-1745 | K45159 | 66.90 | * |
| VIRGINIA MAST | 2613 LANDER RD | | PEPPER PIKE | OH | 44124-4319 | K56377 | 66.90 | * |
| VIRGINIA MC COY | 75 DELANEY DR | | BRANT LAKE | NY | 12815-1822 | K21955 | 66.90 | * |
| VIRGINIA MCQUISTION | 3620 N KAREN CT | | DECATUR | IL | 62526-1431 | K54522 | 66.90 | * |
| VIRGINIA MOONEY | 24 CHALMERS DR | | ROCHESTER HIL | MI | 48309-1842 | K33305 | 66.90 | * |
| VIRGINIA MORRIS | PO BOX 1295 | | GREEN VALLEY | AZ | 85622-1295 | K13107 | 66.90 | * |
| VIRGINIA MURPHY | 145 RIM LN | | HICKSVILLE | NY | 11801-6146 | K41803 | 66.90 | * |
| VIRGINIA N SHEMELEY | 66 YANKEE RD | | QUAKERTOWN | PA | 18951-5320 | K23432 | 66.90 | * |
| VIRGINIA NEUMANN | 1423 THUMM RD | | GAYLORD | MI | 49735-9225 | K40456 | 66.90 | * |
| VIRGINIA OGDEN | 732 EAGLE CREEK RD | | VALPARAISO | IN | 46385-8623 | K57272 | 66.90 | * |
| VIRGINIA PETERS | 506 N SPRUCE ST | | VALLEY | NE | 68064-9670 | K55783 | 66.90 | * |
| VIRGINIA R BROWNE | 103 ADAMS ST | | ROCHESTER | NY | 14608-2201 | K37638 | 66.90 | * |
| VIRGINIA R NICOLET | 2423 W SAINT LOUIS ST | | WICHITA | KS | 67203-5115 | K28773 | 66.90 | * |
| VIRGINIA RADLOFF | 514 APPLETON ST APT C | | PLYMOUTH | WI | 53073-2240 | K52390 | 66.90 | * |
| VIRGINIA REVIS | 152 NE MCKEE DR | | PRINEVILLE | OR | 97754-8051 | K35895 | 66.90 | * |
| VIRGINIA REYNOLDS | 7610 MORNINGSTAR AVE | | HARRISBURG | PA | 17112-4226 | K17024 | 66.90 | * |
| VIRGINIA REYNOLDS | 9450 NE REYNOLDS WAY | | ALTOONA | IA | 50009-8808 | K22133 | 66.90 | * |
| VIRGINIA RUTHERFORD | 201 BEECHWOOD RD | | BRISTOL | TN | 37620-2702 | K22413 | 66.90 | * |
| VIRGINIA SCHABACKER | 3010 WINDMILL ST | | SUGAR LAND | TX | 77479-1604 | K15448 | 66.90 | * |
| VIRGINIA SCHRECK CASHNER | 400 CENTURY VLG | | LEWISBURG | PA | 17837-6820 | K16022 | 66.90 | * |
| VIRGINIA SMITH | 325 PARK BLVD | | VERSAILLES | OH | 45380-1418 | K32975 | 66.90 | * |
| VIRGINIA SMITH | 31 FILBERT ST | | MEDFORD | NJ | 08055-2621 | K42862 | 66.90 | * |
| VIRGINIA SNYDER | 13111 S MACKSBURG RD | | CANBY | OR | 97013-8329 | K33984 | 66.90 | * |
| VIRGINIA SOMERVILLE | 8130 W BOULDER DR | | BOISE | ID | 83709-0817 | K61838 | 66.90 | * |
| VIRGINIA STUART | 1605 S 113TH PLZ | | OMAHA | NE | 68144-1868 | K53667 | 66.90 | * |
| VIRGINIA T HANSBERRY-MOORE | 3511 NW 23RD ST | | LAUDERDALE LA | FL | 33311-2604 | K39444 | 66.90 | * |
| VIRGINIA THOMAS | 6681 INDIANA AVE | | LONG BEACH | CA | 90805-2826 | K28669 | 66.90 | * |
| VIRGINIA TROUT | 302 SHADOWLAWN AVE | | GREENCASTLE | IN | 46135-1354 | K45263 | 66.90 | * |
| VIRGINIA TURNER | 3789 PARTRIDGE DR | | MACON | GA | 31204-4927 | K30755 | 66.90 | * |
| VIRGINIA TWARDOWSKI | 12 CHERRY TREE DR | | HOWELL | NJ | 07731-1527 | K33104 | 66.90 | * |
| VIRGINIA WATTERSON | 688 E HILLTOP DR | | SCOTTSBURG | IN | 47170-6658 | K35338 | 66.90 | * |
| VIRGINIA WIEDLING | 15255 PEBBLEBROOK DR | | BELLEVILLE | MI | 48111-5235 | K58770 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| VIRGINIA WILKINS | 1601 STAMBAUGH AVE APT 111 | | IRON RIVER | MI | 49935-2033 | K52393 | 66.90 | * |
| VIRGINIA WIRTH | 408 HIGH ST | | WATSONTOWN | PA | 17777-1118 | K20623 | 66.90 | * |
| VIRGINIA WUELLNER | 4780 POWDERHORN LN | | WESTERVILLE | OH | 43081-4482 | K37904 | 66.90 | * |
| VITA COSTA | 2231 N CLIFTON AVE | | CHICAGO | IL | 60614-3508 | K51613 | 66.90 | * |
| VITA HARBOWY | 16365 RUDGATE ST | | SOUTHGATE | MI | 48195-2864 | K58767 | 66.90 | * |
| VITO P LONGO | 2537 LAHARPE ST | | NEW ORLEANS | LA | 70119-2342 | K52093 | 66.90 | * |
| VIVIAN B MCCANN | 3101 S TYLER ST | | AMARILLO | TX | 79109-3821 | K29832 | 66.90 | * |
| VIVIAN BROCK | 211 S 22ND ST | | RICHMOND | IN | 47374-5757 | K27107 | 66.90 | * |
| VIVIAN C BASALARI | 140 FREEPORT BLVD | | TOMS RIVER | NJ | 08757-6118 | K38289 | 66.90 | * |
| VIVIAN D VEHRS | 112 WOODVALLEY DR | | FAYETTEVILLE | GA | 30215-4814 | K59469 | 66.90 | * |
| VIVIAN DE HART | 506 LESTER ST | | CHRISTIANSBUR | VA | 24073-2257 | K20514 | 66.90 | * |
| VIVIAN DEMUTH | PO BOX 374 | | NORTH BRANCH | MN | 55056-0374 | K18799 | 66.90 | * |
| VIVIAN E BERSUCH | 31728 CAMAS SWALE RD | | CRESWELL | OR | 97426-9834 | K34491 | 66.90 | * |
| VIVIAN FORD | 2620 4TH ST NW | | NAPLES | FL | 34120-1384 | K44157 | 66.90 | * |
| VIVIAN GALLOWAY | 2230 S PATTERSON BLVD APT 51 | | KETTERING | OH | 45409-1939 | K53212 | 66.90 | * |
| VIVIAN GRAGG | 62 N REESE ST | | MEMPHIS | TN | 38111-4712 | K58751 | 66.90 | * |
| VIVIAN L HAAG | 689 64TH ST | | DES MOINES | IA | 50312-1003 | K22221 | 66.90 | * |
| VIVIAN LAFFERTY | 131 CHERRY TREE LN | | CHERRY HILL | NJ | 08002-1007 | K43811 | 66.90 | * |
| VIVIAN LANGER | 3830 N 65TH AVE | | OMAHA | NE | 68104-3252 | K50591 | 66.90 | * |
| VIVIAN M HRESKO | 200 DERSAM ST | | MCKEESPORT | PA | 15133-3504 | K61795 | 66.90 | * |
| VIVIAN M SHEARER | 1118 N AUBURN ST | | SPEEDWAY | IN | 46224-6926 | K27106 | 66.90 | * |
| VIVIAN MCKENNA | 11 LOCUST LN | | LEVITTOWN | PA | 19054-3917 | K23047 | 66.90 | * |
| VIVIAN PRENSKY | 1215 MOORLAND WOODS CT | | SAINT LOUIS | MO | 63146-5360 | K38732 | 66.90 | * |
| VIVIAN QUINNELL | 5025 MANOR LN | | WISCONSIN RAP | WI | 54495-9278 | K47237 | 66.90 | * |
| VIVIAN ROTH | 923 6TH ST E APT 111 | | FORT FRANCES | ON | P9A 3R1 | K19072 | 66.90 | * |
| VIVIAN THOMPSON-SYLVESTER | 3230 RAMSGATE RD | | AUGUSTA | GA | 30909-3246 | K59572 | 66.90 | * |
| VIVIAN W YOUNTS | 769 WINDING RIDGE DR APT 33 | | RICHMOND | IN | 47374-8024 | K26046 | 66.90 | * |
| VIVIAN WEBBER | 7699 NW 79TH AVE APT 206 | | TAMARAC | FL | 33321-2829 | K38127 | 66.90 | * |
| VIVIAN WYEN | 16 KIOWA CT | | TIPP CITY | OH | 45371-1515 | K33690 | 66.90 | * |
| VIVIEN B JOHNSON | 1589 N FOXBORO LOOP | | CRYSTAL RIVER | FL | 34429-7685 | K46768 | 66.90 | * |
| VIVIEN PECK | 2722 W 22ND STREET DR | | GREELEY | CO | 80634-7642 | K44824 | 66.90 | * |
| VIVIENNE GELLMAN | 816 S HANLEY RD APT 2A | | SAINT LOUIS | MO | 63105-2657 | K42605 | 66.90 | * |
| VONNIE KING | 2533 CHAMBERS LAKE LN SE | | LACEY | WA | 98503-6968 | K34259 | 66.90 | * |
| W ALLEN [ALLEN] HUTCHISON | 7521 OAKEN DR | | KNOXVILLE | TN | 37938-4360 | K14132 | 66.90 | * |
| W EDWARD PINCKNEY | 8300 FAIRMOUNT DR UNIT G101 | | DENVER | CO | 80247-6528 | K40681 | 66.90 | * |
| W FREDERIC [FRED] ENDY | 27307 MORRIS RD | | TRAPPE | MD | 21673-1971 | K37551 | 66.90 | * |
| W H [BILL] LOZIER | 509 VALLEY WEST CT | | WEST DES MOIN | IA | 50265-3900 | K30469 | 66.90 | * |
| W JAMES FARRELL | 6126 JADECREST CT | | SPRING | TX | 77389-3792 | K30269 | 66.90 | * |
| W JAMES VINCENT | 51 MARKET SQ | | MANHEIM | PA | 17545-2413 | K32192 | 66.90 | * |
| W KAY KARN | 143 CUMBERLAND RD | | RICHMOND | IN | 47374-2604 | K26467 | 66.90 | * |
| W KEVIN BROWN | 7914 HEIGHTS DR | | LOUISVILLE | KY | 40291-5227 | K35491 | 66.90 | * |
| W KIM ADAMS | 110 NEWBOLDS CORNER RD | | SOUTHAMPTON | NJ | 08088-8820 | K47030 | 66.90 | * |
| W L [DOC] CUNIGAN | 6114 AMHERST PL | | MATTESON | IL | 60443-1989 | K40040 | 66.90 | * |
| W L DAVIS JR | 6913 CALUMET RD | | AMARILLO | TX | 79106-2808 | K29436 | 66.90 | * |
| W LAFOND EDDINS | 1 FOX HOLLOW CT | | ARDEN | NC | 28704-3004 | K31517 | 66.90 | * |
| W LARRY LEFEVER | 233 NEW HAVEN DR | | LITITZ | PA | 17543-8673 | K31481 | 66.90 | * |
| W LAURENCE [LARRY] DAVIS | 4254 WINDSOR PL | | CENTER VALLEY | PA | 18034-9616 | K15590 | 66.90 | * |
| W LEE MORRIS II | PO BOX 513 | | CHRISTIANSTED | VI | 00821-0513 | K13157 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.                    No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| W MIKE ANDERSON | 861 3RD ST | | PORT EDWARDS | WI | 54469-1246 | K47454 | 66.90 | * |
| W RICHARD DUKELOW | 325 SPRING CREEK RD | | SOMERS | MT | 59932-9759 | K19400 | 66.90 | * |
| W RICHARD JOHNSON | PO BOX 987 | | JACKSON | SC | 29831-0987 | K21283 | 66.90 | * |
| W ROGER LINDSTROM | 12238 AUTUMN DALE CT | | MARYLAND HEIG | MO | 63043-2101 | K46186 | 66.90 | * |
| W STEPHEN LOUGHLIN | 49 AUDREY LN | | LACONIA | NH | 03246-3065 | K45034 | 66.90 | * |
| W THOMAS [BUD] STALKER | 186 MARBLEHEAD ST | | SIMI VALLEY | CA | 93065-7054 | K45145 | 66.90 | * |
| W VELMA LEWIS PATCH | 908 CLEAR FORK DR | | DALLAS | TX | 75232-2006 | K10826 | 66.90 | * |
| W ZOLLIE SIRCY | 106 GLENN HILL DR | | HENDERSONVILL | TN | 37075-5114 | K36388 | 66.90 | * |
| WADE DALRYMPLE | PO BOX 342 | | SMITHVILLE | MO | 64089-0342 | K55601 | 66.90 | * |
| WADE ECHTENKAMP | 733 BLACK HAWK DR | | HERNANDO | MS | 38632-4303 | K45939 | 66.90 | * |
| WALLACE E [EDDIE] ROGERS | 202 MANN DR | | BARDSTOWN | KY | 40004-9436 | K34744 | 66.90 | * |
| WALLACE ESTES | 2503 N EVERETT ST | | CRAWFORDSVILL | IN | 47933-1012 | K44905 | 66.90 | * |
| WALLACE HUNTER HAWKINS | 3195 HOWELL DR SE | | SMYRNA | GA | 30080-3824 | K21436 | 66.90 | * |
| WALLACE L [BUB] CATLIN | 75 VALLEY VIEW DR | | DEL NORTE | CO | 81132-9003 | K18514 | 66.90 | * |
| WALLACE LUETTSCHWAGER | 608 N DUNTON AVE | | ARLINGTON HEI | IL | 60004-5532 | K60196 | 66.90 | * |
| WALLACE MCCLURE | 21 E 6TH ST UNIT 605 | | TEMPE | AZ | 85281-3691 | K44628 | 66.90 | * |
| WALLACE O HEISTAD | 137 HEMSTEAD ST | | LAKE BLUFF | IL | 60044-1157 | K51859 | 66.90 | * |
| WALLACE R MILLER JR | 408 PLACE SAINT CALAIS | | COVINGTON | LA | 70433-8142 | K50180 | 66.90 | * |
| WALLER / LINCOLN PARK HIGH SCHOOL | WALLER / LINCOLN PARK ALUMNI | 2001 N ORCHARD ST MALL | CHICAGO | IL | 60614 | | 0.00 | ** |
| WALLER / LINCOLN PARK HIGH SCHOOL | c/o ROD RANDALL | 2001 N ORCHARD ST MALL | CHICAGO | IL | 60614 | | 0.00 | ** |
| Waller Mitchell | 5332 Main St | | New Port Richey | FL | 34652-2509 | | 125.00 | ARI: Wages |
| WALLY HILL | 11150 IRVING DR UNIT 323 | | WESTMINSTER | CO | 80031-6878 | K55781 | 66.90 | * |
| WALLY STEELE | 208 E LOGAN ST | | CLOVERDALE | IN | 46120-8704 | K46721 | 66.90 | * |
| WALLY STERN | 16512 POPPLETON AVE | | OMAHA | NE | 68130-1356 | K55110 | 66.90 | * |
| WALT KUECKS | 1113 N GLENWOOD AVE | | PEORIA | IL | 61606-1010 | K45030 | 66.90 | * |
| WALTER [ALAN] HUVER | 8487 PECK LAKE RD | | SARANAC | MI | 48881-9698 | K37966 | 66.90 | * |
| WALTER [BELO] TOWNSEND | 105 LEWISTON ST | | HYDE PARK | MA | 02136-3739 | K13936 | 66.90 | * |
| WALTER [TERRY] LUTZ JR | 2467 HALL RD | | HARTFORD | WI | 53027-9016 | K41067 | 66.90 | * |
| WALTER [WALLY] JANUSCH | 10239 S 175TH AVE | | GOODYEAR | AZ | 85338-5502 | K56875 | 66.90 | * |
| WALTER A REED | 190 HENDERSON AVE | | CONSHOHOCKEN | PA | 19428-2522 | K37802 | 66.90 | * |
| WALTER C BALDWIN III | 5002 MERRITT BROWN WAY | | PANAMA CITY | FL | 32404-3040 | K15336 | 66.90 | * |
| WALTER C BLADSTROM | 401 S PALM AVE UNIT 1002 | | SARASOTA | FL | 34236-6831 | K51548 | 66.90 | * |
| WALTER C PRESCOTT | 977 ROBINSON RD | | GASTONIA | NC | 28056-8852 | K22066 | 66.90 | * |
| WALTER C SHARPLESS | PO BOX 1176 | | ALBRIGHTSVILL | PA | 18210-1176 | K37674 | 66.90 | * |
| WALTER D FELZKE | 9508 E 36TH ST | | TULSA | OK | 74145-3508 | K34859 | 66.90 | * |
| WALTER DANNY JAY | 250 TIMBERBROOK CIR APT 4 | | AUGUSTA | GA | 30909-2055 | K31709 | 66.90 | * |
| WALTER DAVIS BLACKSTON | 508 MAY RD | | THOMSON | GA | 30824-8888 | K48603 | 66.90 | * |
| WALTER E [WES] SHANK | 226 FOXCROFT RD | | BROOMALL | PA | 19008-2039 | K49843 | 66.90 | * |
| WALTER E HANSEN | 18 PHILLIPS MILLS DR | | NORTH MIDDLET | NJ | 07748-5177 | K29453 | 66.90 | * |
| WALTER E HUNTER | 544 SW LEONA DR | | PORT SAINT LU | FL | 34953-6053 | K56239 | 66.90 | * |
| WALTER G TAYLOR | 13825 SAMOA RD | | SAN LEANDRO | CA | 94577-5418 | K13490 | 66.90 | * |
| WALTER GLAPION JR | 3631 CLERMONT DR | | NEW ORLEANS | LA | 70122-4734 | K54708 | 66.90 | * |
| WALTER H LINDSEY | 123 N MARKET ST | | LOUDONVILLE | OH | 44842-1216 | K49969 | 66.90 | * |
| WALTER H MCDANIEL | 1141 TREYMOUR WAY | | KNOXVILLE | TN | 37922-5166 | K35637 | 66.90 | * |
| WALTER HART | 75 ADAMS ST | | MEDFORD | MA | 02155-5220 | K20268 | 66.90 | * |
| WALTER HUNGERFORD | 16427 HI LAND TRL | | LINDEN | MI | 48451-9088 | K58270 | 66.90 | * |
| WALTER J KIRSCH III | 4316 STARR JORDAN DR | | ANNANDALE | VA | 22003-3820 | K51579 | 66.90 | * |
| WALTER JONES JR | 10101 RIVER RD | | NEW COLUMBIA | PA | 17856-9161 | K15658 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|-----|----------|----------|---------------|
| WALTER KLINE | 128 ALICE DR | | O FALLON | IL | 62269-1601 | K38042 | 66.90 | * |
| WALTER KNUTESON | 5445 3RD AVE | | RUDOLPH | WI | 54475-9543 | K47149 | 66.90 | * |
| WALTER L SARRAT | 68358 CHARLES MCDANIEL RD | | KENTWOOD | LA | 70444-6114 | K50622 | 66.90 | * |
| WALTER L VAUGHN | 13530 KNOTTINGHILL DR | | SUGAR LAND | TX | 77498-2449 | K29208 | 66.90 | * |
| WALTER LARMEE | 1423 HAWKSHEAD LN | | LOUISVILLE | KY | 40220-3822 | K32596 | 66.90 | * |
| WALTER MARTIN | 2512 ADGATE RD | | LIMA | OH | 45805-3706 | K45345 | 66.90 | * |
| WALTER PORR | 3178 MANLEY DR | | LOMPOC | CA | 93436-2371 | K15335 | 66.90 | * |
| WALTER R ROBINSON | 4222 ROULHAC ST | | MARIANNA | FL | 32448-3848 | K39897 | 66.90 | * |
| WALTER RETTIG | 1820 SANTA CLARA AVE APT 205 | | ALAMEDA | CA | 94501-2605 | K51757 | 66.90 | * |
| WALTER REYNOLDS | 11780 ALPINE DR | | LAKE | MI | 48632-9738 | K42187 | 66.90 | * |
| WALTER RICHARD WHITED | 4912 AVONDALE RD | | HYATTSVILLE | MD | 20782-3324 | K10980 | 66.90 | * |
| WALTER ROSSBACH | 11311 HANDLEBAR RD | | RESTON | VA | 20191-3909 | K62384 | 66.90 | * |
| WALTER SIEB | 501 EARLHAM DR | | RICHMOND | IN | 47374-5270 | K25531 | 66.90 | * |
| WALTER TRANCYGIER | 370 CASTLEBURY DR | | SALINE | MI | 48176-1473 | K61326 | 66.90 | * |
| WALTER VANCE | 1121 W ARMSTRONG AVE | | PEORIA | IL | 61606-1206 | K45726 | 66.90 | * |
| WALTER W GALLINGHOUSE | 456 PENCARROW CIR | | MADISONVILLE | LA | 70447-3422 | K55019 | 66.90 | * |
| WALTER W TUTHILL | 4241 GAYLE DR | | TARZANA | CA | 91356-5013 | K49540 | 66.90 | * |
| WALTER W WITTE JR | 611 BLACK RD | | NEW CASTLE | IN | 47362-5202 | K25818 | 66.90 | * |
| WALTER WESLEY MORRIS | 8820 YAKIMA AVE | | TACOMA | WA | 98444-4352 | K48123 | 66.90 | * |
| WALTER ZOBEL | 23810 LAWTONKA DR | | EXCELSIOR | MN | 55331-1769 | K54691 | 66.90 | * |
| WALTRAUDE CARPENTER | 13305 GOLF COURSE RD | | PARRISH | FL | 34219-8717 | K51820 | 66.90 | * |
| WAMU | PO Box 15153 | | Wilmington | DE | 19850-5153 | 4185-8114 | 11,159.43 | ** |
| WANDA A WHITNEY | 937 S 6TH ST | | CLINTON | IN | 47842-1946 | K51603 | 66.90 | * |
| WANDA ARRINGTON | 3020 COUNTRY CLUB RD APT 5 | | DENTON | TX | 76210-8600 | K27951 | 66.90 | * |
| WANDA BAUGHER | 32 VILLAGE DR | | KEOKUK | IA | 52632-2062 | K17452 | 66.90 | * |
| WANDA BEIRNE | 1009 SE 46TH LANE APT 101 | | CAPE CORAL | FL | 33904 | K46271 | 66.90 | * |
| WANDA BORCHERS | 945 WAYNESBORO RD | | DECATUR | IN | 46733-2630 | K46409 | 66.90 | * |
| WANDA BROWN | 3702 VALDOSTA AVE | | LOUISVILLE | KY | 40218-2863 | K37799 | 66.90 | * |
| WANDA BUTLER | 1788 POWELL RD # B | | AUGUSTA | GA | 30909-9529 | K59591 | 66.90 | * |
| WANDA CHAMBERS | 9011 BEULAH CHURCH RD | | LOUISVILLE | KY | 40291-2701 | K32594 | 66.90 | * |
| WANDA CLARK | 619 PORT S | | CALISTOGA | CA | 94515-9770 | K46183 | 66.90 | * |
| WANDA COLLINSON | 470 HAVERHILL RD | | LANCASTER | PA | 17601-3539 | K27965 | 66.90 | * |
| WANDA CORUM | 286 SULLIVAN LN | | BARDSTOWN | KY | 40004-8728 | K37839 | 66.90 | * |
| WANDA DRIVER | 916 BETTIE DR | | OLD HICKORY | TN | 37138-3314 | K37852 | 66.90 | * |
| WANDA DYER | PO BOX 277 | | ACKERLY | TX | 79713-0277 | K46662 | 66.90 | * |
| WANDA G STEPHENS | 5402 W BATES AVE | | DENVER | CO | 80227-4133 | K28325 | 66.90 | * |
| WANDA GLASGOW DAUBENBERGER | 1006 DALINE ST | | SPRINGDALE | AR | 72762-2788 | K14981 | 66.90 | * |
| WANDA GRACE SCHMIDT | 504 GALSWORTHY ST | | THOUSAND OAKS | CA | 91360-5317 | K42527 | 66.90 | * |
| WANDA HAGEN | 1263 HIGHWAY 169 | | WINTERSET | IA | 50273-8483 | K26033 | 66.90 | * |
| WANDA HOLLE | 2700 GARNERS FORD RD | | THURMAN | OH | 45685-9300 | K52138 | 66.90 | * |
| WANDA J MAMMEN | 43 PROSPECT ST SW | | LE MARS | IA | 51031-2732 | K55117 | 66.90 | * |
| WANDA JEAN [DUSTY] DEAN | 1513 STEWART RD | | MCKINNEY | TX | 75069-7911 | K43439 | 66.90 | * |
| WANDA JEAN KOSKI | 44940 BEMIS RD | | BELLEVILLE | MI | 48111-9171 | K62126 | 66.90 | * |
| WANDA KAMMER | 4720 OCEANIA ST | | BAYSIDE | NY | 11361-3219 | K62373 | 66.90 | * |
| WANDA KOGGE | 202 JACOBS DR | | WAPAKONETA | OH | 45895-1327 | K56936 | 66.90 | * |
| WANDA L BARNER | 3249 BRADDOCK LANDING RD | | CHESAPEAKE | VA | 23321-4028 | K12813 | 66.90 | * |
| WANDA LAMB | 4081 CHRISTY RIDGE RD | | SEDALIA | CO | 80135-8462 | K60320 | 66.90 | * |
| WANDA LINSACUM | 421 HOLLY PARK DR | | FRUITA | CO | 81521-9034 | K17260 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WANDA MAE LUTZ | PO BOX 535 | | TRINIDAD | CO | 81082-0535 | K23455 | 66.90 | * |
| WANDA MARTIN | 621 DRIFTWOOD TRL | | DENTON | TX | 76209-1081 | K35224 | 66.90 | * |
| WANDA NEDROW | 5885 DUDLEY ST | | TAYLOR | MI | 48180-1376 | K58581 | 66.90 | * |
| WANDA P ACKERMAN | 1 DICKSON RD | | NEWTON | NJ | 07860-6412 | K37701 | 66.90 | * |
| WANDA PHILLIPS | 3820 N 211TH ST | | ELKHORN | NE | 68022-1026 | K56930 | 66.90 | * |
| WANDA PIPKIN | 1706 N AVENUE I | | LAMESA | TX | 79331-3140 | K43147 | 66.90 | * |
| WANDA PRINCE | 505 ROSEWOOD DR | | PARAGOULD | AR | 72450-3823 | K34303 | 66.90 | * |
| WANDA SAMPLEY | 204 N 16TH ST | | LAMESA | TX | 79331-3310 | K41865 | 66.90 | * |
| WANDA SCHNEIDER | 30247 ISENBERG LN | | EVERGREEN | CO | 80439-7110 | K55437 | 66.90 | * |
| WANDA SCHRADER | 11640 N TATUM BLVD UNIT 2046 | | PHOENIX | AZ | 85028-1686 | K41234 | 66.90 | * |
| WANDA SCHWINDT | 10601 W 45TH AVE | | WHEAT RIDGE | CO | 80033-2665 | K30760 | 66.90 | * |
| WANDA SMITH | 5118 FOUR MILE RD | | JACKSON | OH | 45640-9726 | K50854 | 66.90 | * |
| WANDA STAHL | 243 N FRONT ST | | MILTON | PA | 17847-1205 | K15407 | 66.90 | * |
| WANDA STARK | 3005 N LAKEWOOD CT | | BLOOMINGTON | IN | 47408-1092 | K48917 | 66.90 | * |
| WANDA STEVENS | 134 NW G ST | | RICHMOND | IN | 47374-2210 | K24961 | 66.90 | * |
| WANDA STREET | 9399 N BAYFIELD DR | | MCCORDSVILLE | IN | 46055-9254 | K27362 | 66.90 | * |
| WANDA SWAFFORD | 109 BROOKWOOD LN | | GAINESBORO | TN | 38562-6066 | K13787 | 66.90 | * |
| WANDA WESTMORELAND | 811 HALDEMANN AVE | | JOLIET | IL | 60436-1567 | K56816 | 66.90 | * |
| WANDA WILSON | 906 N 9TH ST | | LAMESA | TX | 79331-3661 | K41880 | 66.90 | * |
| WANDA ZETTLER | 1018 7TH ST NE | | DEVILS LAKE | ND | 58301-2720 | K33695 | 66.90 | * |
| WARREN A ALMOND | 15120 20TH RD | | WHITESTONE | NY | 11357-3702 | K62378 | 66.90 | * |
| WARREN A HEBBLER | 1 CYPRESS DR | | PONCHATOULA | LA | 70454-3929 | K51084 | 66.90 | * |
| WARREN A PARNELL | 1465 HOOKSETT RD UNIT 319 | | HOOKSETT | NH | 03106-1831 | K52204 | 66.90 | * |
| WARREN A RENTSCHLER | 2030 WILDWOOD TRL | | SALINE | MI | 48176-1656 | V98861 | 66.90 | * |
| WARREN B SMITH | 7414 255TH ST | | GLEN OAKS | NY | 11004-1135 | K50753 | 66.90 | * |
| WARREN C RAMSEY | 420 PEARL ST | | HARBOR BEACH | MI | 48441-1154 | K49666 | 66.90 | * |
| WARREN COY | 16658 CEDAR CIR | | FOUNTAIN VALL | CA | 92708-2310 | K62433 | 66.90 | * |
| WARREN E JOHNSON | 14762 OAK RUN LN | | BURNSVILLE | MN | 55306-6436 | K20359 | 66.90 | * |
| WARREN E THOMPSON | 4509 AMHERST LN | | BETHESDA | MD | 20814-4007 | K53646 | 66.90 | * |
| WARREN F BURSTROM | 1820 GLADEWOOD DR | | FREEPORT | IL | 61032-6620 | K30641 | 66.90 | * |
| WARREN G MORRIS | 2532 E 46TH PL | | TULSA | OK | 74105-5109 | K56071 | 66.90 | * |
| WARREN GOETZE | 1112 AUGUSTA PL | | CHULA VISTA | CA | 91915-1204 | K55203 | 66.90 | * |
| WARREN GOLLIHER | 2420 W OLIVER ST | | SPEARFISH | SD | 57783-9696 | K55034 | 66.90 | * |
| WARREN HAUERT | PO BOX 129 | | MANHATTAN | IL | 60442-0129 | K49997 | 66.90 | * |
| WARREN J DUNCAN | 3705 FRAN ST | | METAIRIE | LA | 70001-2729 | K57757 | 66.90 | * |
| WARREN LACINA | 12804 16TH AVE S | | BURNSVILLE | MN | 55337-3745 | K60002 | 66.90 | * |
| WARREN LUDWIG | 6412 BRANDON AVE STE 182 | | SPRINGFIELD | VA | 22150-2513 | K38986 | 66.90 | * |
| WARREN M BRUE | 1713 HARVARD AVE | | METAIRIE | LA | 70001-2303 | K57594 | 66.90 | * |
| WARREN MEREDITH | 2413 JACKSON AVE | | KEOKUK | IA | 52632-2610 | K21606 | 66.90 | * |
| WARREN MEYER | 8316 E GILBERT ST | | WICHITA | KS | 67207-2418 | K47151 | 66.90 | * |
| WARREN MICHAEL WILSON | 4 SADDLEWOOD CT | | HILTON HEAD I | SC | 29926-2607 | K49141 | 66.90 | * |
| WARREN ROBINS | 4312 KROUM RD | | YAKIMA | WA | 98901-1538 | K38228 | 66.90 | * |
| WARREN ROLANDO | 16512 E BB HWY | | SHELDON | MO | 64784-7568 | K55493 | 66.90 | * |
| WARREN ROWLAND | 4852 INDEPENDENCE DR | | BRADENTON | FL | 34210-1936 | K44546 | 66.90 | * |
| WARREN SOWERS | 203 E WALNUT ST | | CENTERVILLE | IN | 47330-1224 | K24163 | 66.90 | * |
| WARREN T WILLIAMS | 220 NEW BRIDGE RD | | BERGENFIELD | NJ | 07621-4124 | K39719 | 66.90 | * |
| WARREN W GRIST | 1754 S GEORGETOWN ST | | WICHITA | KS | 67218-4128 | K53391 | 66.90 | * |
| WARREN WENDLANDT | PO BOX 257 | | WILD ROSE | WI | 54984-0257 | K46554 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WARREN WIESER | 923 S HILLS DR | | PLYMOUTH | WI | 53073-4063 | K47393 | 66.90 | * |
| WARREN WILLETS | 716 10TH ST NW | | LARGO | FL | 33770-2386 | K53745 | 66.90 | * |
| WARREN WILLIAM MCGARVEY | 108 LAKE SOMERSET CIR | | BLUFFTON | SC | 29909-4597 | K48924 | 66.90 | * |
| WARREN WUNDERLICH MD | 18221 S FRONTAGE RD E | | JOLIET | IL | 60431-8797 | K54953 | 66.90 | * |
| WAVENEY BROWN | 1508 MILESTONE DR | | SILVER SPRING | MD | 20904-2739 | K58641 | 66.90 | * |
| WAVERENE ROBINSON | 7132 S WASHTENAW AVE | | CHICAGO | IL | 60629-2016 | K51431 | 66.90 | * |
| WAYFORD SHRUM | 2305 STARSHINE DR | | CORPUS CHRIST | TX | 78414-2533 | K37017 | 66.90 | * |
| WAYNE [PETE] PETERSEN | 1 THOMPSON AVE W APT 207 | | SAINT PAUL | MN | 55118-3199 | K14037 | 66.90 | * |
| WAYNE A RAU | 936 LAFAYETTE ST | | GRETNA | LA | 70053-6218 | K51995 | 66.90 | * |
| WAYNE A STEPHENSON | 987 NELE AVE NE | | PALM BAY | FL | 32907-1334 | K59958 | 66.90 | * |
| WAYNE ANTONIO ROBINSON | 23854 SCOTT | | FLAT ROCK | MI | 48134-2118 | K13557 | 66.90 | * |
| WAYNE BAUGHMAN | 9201 S BONE SPRINGS RD | | ABBYVILLE | KS | 67510-9497 | K55618 | 66.90 | * |
| WAYNE BERNARD | 3012 VALLEY VIEW RD | | BURNSVILLE | MN | 55306-5234 | K21581 | 66.90 | * |
| WAYNE BLOSSEY | 160 S AMULET AVE | | MESA | AZ | 85208-1123 | K40172 | 66.90 | * |
| WAYNE C GARY | 8733 25TH ST | | METAIRIE | LA | 70003-5303 | K59177 | 66.90 | * |
| WAYNE C LACKNER | 607 W MAIN ST | | KENT | OH | 44240-2211 | K43357 | 66.90 | * |
| WAYNE CARTER | 2537 62ND AVE E APT 33104 | | FIFE | WA | 98424-3547 | K36381 | 66.90 | * |
| WAYNE CLEMENTS | 2515 TEXTILE RD | | SALINE | MI | 48176-9067 | K10037 | 66.90 | * |
| WAYNE COOKINGHAM | 2933 HAMPSHIRE BLVD SE | | GRAND RAPIDS | MI | 49506-5023 | K36486 | 66.90 | * |
| WAYNE D PHILLIPS | 1711 KELLIE DR | | MONTROSE | CO | 81401-9520 | K17167 | 66.90 | * |
| WAYNE D WALTZ | 5454 DITZLER RD | | HARROD | OH | 45850-8705 | K45462 | 66.90 | * |
| WAYNE DAHMES | 12556 DANBURY WAY | | ROSEMOUNT | MN | 55068-3516 | K55787 | 66.90 | * |
| WAYNE DALE | 30295 SW MILL CREEK RD | | SHERIDAN | OR | 97378-9636 | K28673 | 66.90 | * |
| WAYNE E CHAFFEE | 1392 ZUIDER RD | | HOLT | MI | 48842-9623 | K46313 | 66.90 | * |
| WAYNE E HUTTS | 2961 INDUSTRIAL RD | | LAS VEGAS | NV | 89109-1134 | K39582 | 66.90 | * |
| WAYNE E MASON | 1719 SW 91ST ST | | GAINESVILLE | FL | 32607-3451 | K61170 | 66.90 | * |
| WAYNE E PECK | 3078 230TH ST | | CLARINDA | IA | 51632-5503 | K52609 | 66.90 | * |
| WAYNE EUGENE SPRINGER | RR 2 BOX 2242 | | FACTORYVILLE | PA | 18419-9624 | K20271 | 66.90 | * |
| WAYNE FLUENT | 225 DEER TRAIL CIR | | BOULDER | CO | 80302-9445 | K57416 | 66.90 | * |
| WAYNE FOLLETT | 5501 CEDAR OAKS RD | | GRANDVIEW | TX | 76050-4312 | K14623 | 66.90 | * |
| WAYNE GUY CUPIT | 106 THEODORA BLVD | | LAFAYETTE | LA | 70503-2236 | K48969 | 66.90 | * |
| WAYNE H KING | 3032 STEWARTSVILLE HOLLOW RD | | WHITE OAK | PA | 15131-2704 | K61523 | 66.90 | * |
| WAYNE H TAYLOR | 3610 ASH PARK DR | | KINGWOOD | TX | 77339-3612 | K62870 | 66.90 | * |
| WAYNE HEIEN | 131 PROSPECT ST SW | | LE MARS | IA | 51031-2734 | K56464 | 66.90 | * |
| WAYNE HOWARD | 417 BURKE DR | | JOLIET | IL | 60433-2113 | K56729 | 66.90 | * |
| WAYNE HUGHES | 25240 PINEVIEW DR | | COLFAX | CA | 95713-9580 | K31267 | 66.90 | * |
| WAYNE JACKSON | 3320 GLEN HILLS DR | | RICHMOND | IN | 47374-2573 | K24674 | 66.90 | * |
| WAYNE JOBE | 679 LEEANNE AVE | | YUBA CITY | CA | 95993-9330 | K14911 | 66.90 | * |
| WAYNE JONES | PO BOX 2033 | | DUMAS | TX | 79029-2033 | K30892 | 66.90 | * |
| WAYNE KIPKA | 6928 FLATSTONE PASS | | CONVERSE | TX | 78109-3475 | K20400 | 66.90 | * |
| WAYNE LEWIS | 1164 W COUNTY ROAD 125 S | | GREENCASTLE | IN | 46135-8478 | K45039 | 66.90 | * |
| WAYNE LUSSMAN | 2067 220TH ST | | FORT DODGE | IA | 50501-8594 | K15637 | 66.90 | * |
| WAYNE M KOSTUSAK | 7830 HELKE RD | | WISCONSIN RAP | WI | 54494-7353 | K49208 | 66.90 | * |
| WAYNE MOORE | 100 CEDAR RDG | | MCKINNEY | TX | 75069-2520 | K25975 | 66.90 | * |
| WAYNE O WITTER | 1266 WINDING BRANCH CIR | | DUNWOODY | GA | 30338-3936 | K49286 | 66.90 | * |
| WAYNE P SIMERMAN | 919 LASSINO CT | | PUNTA GORDA | FL | 33950-6523 | K39310 | 66.90 | * |
| WAYNE PHILLIPS | 2403 SEAGOVILLE RD | | SEAGOVILLE | TX | 75159-2143 | K38883 | 66.90 | * |
| WAYNE PULLEN | 12633 W AKRON RD | | PRINCEVILLE | IL | 61559-9405 | K46327 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| WAYNE R [HUNTZ] HYDUKE | 5237 COOPERSTOWN RD | | DENMARK | WI | 54208-9163 | K51719 | 66.90 | * |
| WAYNE R RANDOLPH | 142 HANCOCK LN | | BENTON | KY | 42025-6663 | K50809 | 66.90 | * |
| WAYNE R WINSLOW | 2029 CAUBLE CREEK CIR | | BLAIR | NE | 68008-4210 | K56900 | 66.90 | * |
| WAYNE R YOST MD | 208 SMOKEY CIR | | NORTH AUGUSTA | SC | 29860-9627 | K30335 | 66.90 | * |
| WAYNE RITARI | 306 REDSTONE BLVD | | REDSTONE | CO | 81623-8926 | K16917 | 66.90 | * |
| WAYNE SCHLEUTKER | 3691 BROCKTON DR | | CINCINNATI | OH | 45251-2455 | K44753 | 66.90 | * |
| WAYNE STRASBAUGH | 139 W SPRINGFIELD AVE | | PHILADELPHIA | PA | 19118-4020 | K31432 | 66.90 | * |
| WAYNE SWARTS | 4686 S GROW RD | | SHERIDAN | MI | 48884-9377 | K42727 | 66.90 | * |
| WAYNE TAYLOR | 1304 S PAULA PL | | BROWNFIELD | TX | 79316-6761 | K42543 | 66.90 | * |
| WAYNE THIGPEN | 984 S MARLIN CIR | | MURRELLS INLE | SC | 29576-5727 | K49955 | 66.90 | * |
| WAYNE WILLIAMS | 143 MEADOW LN | | WASHINGTON | IL | 61571-3166 | K44745 | 66.90 | * |
| WAYNE WIRICK | 5581 SCOUT CAMP RD | | TRAVERSE CITY | MI | 49696-9441 | K42481 | 66.90 | * |
| WELCOME E MASON | PO BOX 214 | | LINCOLNTON | GA | 30817-0214 | K59555 | 66.90 | * |
| WELDON E PAGE | 606 OAKPARK DR | | BROWNWOOD | TX | 76801-6617 | K43000 | 66.90 | * |
| WELDON H WEBSTER | 920 ALFRED LN | | NEWBORN | GA | 30056-2821 | K36296 | 66.90 | * |
| WELDON KIDD | 3611 OAK CREEK DR | | AUSTIN | TX | 78727-3024 | K41952 | 66.90 | * |
| WELLINGTON CLEMENS ROSENBERGER | PO BOX 5093 | | LANCASTER | PA | 17606-5093 | K33503 | 66.90 | * |
| WELLMAN FUNERAL HOME | 1455 N COURT ST | | CIRCLEVILLE | OH | 43113-1006 | K55761 | 66.90 | * |
| WENDELL CARTER | 6777 BUCKINGHAM AVE | | ALLEN PARK | MI | 48101-2333 | K60004 | 66.90 | * |
| WENDELL HEALY | 462 W 25TH AVE | | SAN MATEO | CA | 94403-2234 | K51891 | 66.90 | * |
| WENDELL WALKUP | 1812 ROAD L | | YORK | NE | 68467-8085 | K54048 | 66.90 | * |
| WENDI J SHAFFER | 65 SUMMERLYN DR | | EPHRATA | PA | 17522-9237 | K59833 | 66.90 | * |
| WENDOLYN [JOYCE] WILLIAMS | 3806 N MARYBELLE AVE APT 309 | | PEORIA | IL | 61615-3987 | K47323 | 66.90 | * |
| WENDY A SODANO | 4 MELODY LN | | CLINTON | NJ | 08809-1021 | K49732 | 66.90 | * |
| WENDY C RUDNER | 18 PINE KNOLL RD | | LEXINGTON | MA | 02420-1207 | K43654 | 66.90 | * |
| WENDY CROUSE | 104 REYNOLDS LN | | WEST GROVE | PA | 19390-1370 | K49536 | 66.90 | * |
| WENDY EDDY | 300 MAHONING ST | | MILTON | PA | 17847-2022 | K24040 | 66.90 | * |
| WENDY J BEAR | PO BOX 370099 | | MONTARA | CA | 94037-0099 | K42850 | 66.90 | * |
| WENDY JACKSON | 205 JACOBS WAY APT B | | JASPER | GA | 30143-2526 | K59251 | 66.90 | * |
| WENDY KEIL | 6003 HEWLETT ST | | LITTLE NECK | NY | 11362-2527 | K62330 | 66.90 | * |
| WENDY L LAMMERS | W3376 COUNTY ROAD A S | | OOSTBURG | WI | 53070-2010 | K47698 | 66.90 | * |
| WENDY LANE | 348 GROVE ST | | NEEDHAM | MA | 02492-1010 | K42987 | 66.90 | * |
| WENDY MARGARET GRAY | 7507 SOMERSBY DR | | SUMMERFIELD | NC | 27358-8292 | K18449 | 66.90 | * |
| WENDY MCGHEE | 9899 HILLCREST DR | | PLYMOUTH | MI | 48170-6322 | K33793 | 66.90 | * |
| WENDY MILLETT | 4580 SEQUOIA DR APT A | | HARRISBURG | PA | 17109-5168 | K15984 | 66.90 | * |
| WENDY MONTY | 18439 NE 133RD ST | | WOODINVILLE | WA | 98072-6340 | K10688 | 66.90 | * |
| WENDY S HAZLETT | 87 ARROW WOOD DR | | LITTLETON | NH | 03561-4453 | K12408 | 66.90 | * |
| WENDY THOMPSON | 6225 GLENHURST WAY | | CITRUS HEIGHT | CA | 95621-1721 | K39280 | 66.90 | * |
| WENDY WAGNER | 3581 TOWN ROAD 415 | | INTERNATIONAL | MN | 56649-8814 | K20452 | 66.90 | * |
| WESLEY ALLEN CLEM III | 6715 MUNSEY ST | | HYATTSVILLE | MD | 20784-2525 | K48459 | 66.90 | * |
| WESLEY ARMBRUSTER | 8848 BISHOP RD | | BRIGHTON | MI | 48116-8311 | V99253 | 66.90 | * |
| WESLEY BRUCE | 1018 CROWN VALLEY DR | | WEATHERFORD | TX | 76087-2837 | K46105 | 66.90 | * |
| WESLEY C PICKARD | 2622 GARFIELD ST NW | | WASHINGTON | DC | 20008-4104 | K42371 | 66.90 | * |
| WESLEY CLARK | 1816 NE 178TH ST | | NORTH MIAMI B | FL | 33162-1553 | K27873 | 66.90 | * |
| WESLEY CUSTIS | 4334 N STATE ROAD 43 | | SOLSBERRY | IN | 47459-6086 | K45524 | 66.90 | * |
| WESLEY E SURGI | 129 MARLIN DR | | SLIDELL | LA | 70461-1130 | K57715 | 66.90 | * |
| WESLEY HAROLD TROUTT | 8220 HIGHWAY 140 E | | BUCHANAN | TN | 38222-3511 | K40834 | 66.90 | * |
| WESLEY HELMICK | PO BOX 5128 | | WOODRIDGE | IL | 60517-0128 | K49308 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.     No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WESLEY JORDAN | 15136 CLEARVIEW LN | | URBANDALE | IA | 50323-2185 | K21706 | 66.90 | * |
| WESLEY L MCMELLON | 414 FAWN RUN | | PEARL RIVER | LA | 70452-5428 | K55136 | 66.90 | * |
| WESLEY LEEP | 1754 5TH ST | | MARTIN | MI | 49070-8725 | K17932 | 66.90 | * |
| WESLEY M KESLER | 718 PHERSON ST | | SITKA | AK | 99835-7239 | K38031 | 66.90 | * |
| WESLEY NEIL BURK | 601 COUNTY ROAD 1500 E | | TOLONO | IL | 61880-9609 | K56128 | 66.90 | * |
| WESLEY OWEN WICKS | 57 STONE CHURCH RD | | TIVERTON | RI | 02878-2814 | K26904 | 66.90 | * |
| WESLEY SPRUNK | 9290 E THOMPSON PEAK PKWY UN | | SCOTTSDALE | AZ | 85255-4519 | K56726 | 66.90 | * |
| WESTMAR UNIVERSITY | WESTMAR UNIVERSITY ALUMNI & | | LE MARS | IA | 51031 | | 0.00 | ** |
| WESTMAR UNIVERSITY | c/o JANICE KOOIKER | 335 FIRST AVENUE SW | LE MARS | IA | 51031 | | 0.00 | ** |
| WHISMAN NICELEY | 1216 OLD WEISGARBER RD | | KNOXVILLE | TN | 37909-2639 | K14488 | 66.90 | * |
| WHIT MCDOWELL | 809 EDGEHILL RD S | | CHARLOTTE | NC | 28207-2205 | K59198 | 66.90 | * |
| WHITNEY P FINKELSTEIN | 1330 BRAEBURN AVE | | FLOSSMOOR | IL | 60422-1802 | K40851 | 66.90 | * |
| WILBERT [WILLIE] TRUSHEIM | 3905 PRAIRIE LN | | BETTENDORF | IA | 52722-7252 | K52922 | 66.90 | * |
| WILBERT WILLIAMS | 16307 SCHOOL ST | | SOUTH HOLLAND | IL | 60473-2320 | K55820 | 66.90 | * |
| WILBUR CRAWLEY | 1431 E US HIGHWAY 40 | | CLOVERDALE | IN | 46120-9641 | K44678 | 66.90 | * |
| WILBUR G DELP | 8810 CRATER HILL RD | | NEWCASTLE | CA | 95658-9474 | K14674 | 66.90 | * |
| WILBUR GAY JR | 1808 PARTRIDGE LN | | NORTH AUGUSTA | SC | 29841-3144 | K20937 | 66.90 | * |
| WILBUR H WERLING | 1970 COUNTY ROAD D | | LAC DU FLAMBE | WI | 54538-9730 | K38910 | 66.90 | * |
| WILBUR L RYKERT | 227 BARBER ST | | ITHACA | MI | 48847-1104 | K41203 | 66.90 | * |
| WILBUR MCCORMICK | 215 LEWIS ST | | JACKSON | OH | 45640-2124 | K51032 | 66.90 | * |
| WILBUR PARKER | 7230 DONNELL PL APT B6 | | DISTRICT HEIG | MD | 20747-4230 | K13687 | 66.90 | * |
| WILDA MORRIS | 499 FALCON RIDGE WAY | | BOLINGBROOK | IL | 60440-2242 | K56955 | 66.90 | * |
| WILDA PRUITT | 6007 COUNTY ROAD 6300 | | LUBBOCK | TX | 79416-9623 | K42893 | 66.90 | * |
| WILEY COLLEGE | WILEY COLLEGE | 711 WILEY AVE | MARSHALL | TX | 75670-5199 | | 0.00 | ** |
| WILEY COLLEGE | c/o CHARLES CORNISH III | 711 WILEY AVE | MARSHALL | TX | 75670-5199 | | 0.00 | ** |
| WILFRED A HUNN | 180 WILLOW DR | | GRETNA | LA | 70053-4965 | K50238 | 66.90 | * |
| WILFRED H [BILL] WALKER | 1025 SWAN DR APT 314 | | BARTLESVILLE | OK | 74006-5017 | K54995 | 66.90 | * |
| WILFRED JOSEPH BUCKLEY JR | 23 GILROY ST | | NEWPORT | RI | 02840-3825 | K25403 | 66.90 | * |
| WILHELM NUBER | 2931 NUBER RD | | WISCONSIN RAP | WI | 54495-9218 | K54481 | 66.90 | * |
| WILHEMINA R [WILLIE] LEEUW | 4920 INNSBRUCK DR | | FORT WAYNE | IN | 46835-3469 | K40530 | 66.90 | * |
| WILL H MILLER | 16811 NW 24TH AVE | | MIAMI GARDENS | FL | 33056-4603 | K59563 | 66.90 | * |
| WILL MULCAHY | 2068 JEFFERSON ST | | SAN FRANCISCO | CA | 94123-1017 | K58646 | 66.90 | * |
| WILLA ROSE NEWGENT | 1555 S BLOOMINGTON ST | | GREENCASTLE | IN | 46135-2275 | K45385 | 66.90 | * |
| WILLARD C CAPDEVIELLE | 7710T CHERRY PARK DR # 357 | | HOUSTON | TX | 77095-2725 | K52855 | 66.90 | * |
| WILLARD E OTTO | 2371 HIGHWAY 217 | | RAY | MN | 56669-9037 | K18688 | 66.90 | * |
| WILLARD GODFREY | 4234 FOREST CREEK PKWY | | FORT WAYNE | IN | 46815-5587 | K42746 | 66.90 | * |
| WILLARD R GANT | 1901 WINFIELD DR | | REEDSBURG | WI | 53959-1086 | K50263 | 66.90 | * |
| WILLIA PUGH | 2837 SHANE DR | | RICHMOND | CA | 94806-2657 | V99612 | 66.90 | * |
| WILLIAM [BILL] BAIN | PO BOX 263 | | BLOOMFIELD | CT | 06002-0263 | K12629 | 66.90 | * |
| WILLIAM [BILL] BOGLE JR | 2101 BEAUFAIT DR | | GROSSE POINTE | MI | 48236-1661 | K43954 | 66.90 | * |
| WILLIAM [BILL] BROCKETT | 2247 W 118TH AVE | | DENVER | CO | 80234-2424 | K52680 | 66.90 | * |
| WILLIAM [BILL] BURROUGHS | 885 ISLAND POINT LN | | CHAPIN | SC | 29036-7602 | K36960 | 66.90 | * |
| WILLIAM [BILL] CASSELL JR | 1155 229TH DR S APT 1B | | BRONX | NY | 10466-5324 | K13444 | 66.90 | * |
| WILLIAM [BILL] CRISWELL | 1667 FAIRCHILD RD | | LEWISBURG | PA | 17837-7241 | K24036 | 66.90 | * |
| WILLIAM [BILL] GOACHEE | 9359 KAREN ST | | ROMULUS | MI | 48174-1504 | K58527 | 66.90 | * |
| WILLIAM [BILL] HALL | 6727 CRESCENT LAKE DR | | LAKELAND | FL | 33813-4647 | K53676 | 66.90 | * |
| WILLIAM [BILL] HOLTKE | 110 WILLIAM ST | | EAST PEORIA | IL | 61611-1937 | K46774 | 66.90 | * |
| WILLIAM [BILL] KELLY | 250 E MAIN ST STE 205 | | GALESBURG | IL | 61401-4723 | K15438 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM [BILL] KREIFELS | 1351 DUNMORE CIR | | CLEARWATER | MN | 55320-9769 | K19236 | 66.90 | * |
| WILLIAM [BILL] MCILWAIN | 105 RIVER WALK TER | | SIMPSONVILLE | SC | 29681-4758 | K51227 | 66.90 | * |
| WILLIAM [BILL] MCKEON | PO BOX 728 | | KENTFIELD | CA | 94914-0728 | K53740 | 66.90 | * |
| WILLIAM [BILL] NELSON | 10621 COUNTY ROAD WW | | WISCONSIN RAP | WI | 54494-8641 | K54384 | 66.90 | * |
| WILLIAM [BILL] NIERSTEDT | 320 HICKORY AVE | | GARWOOD | NJ | 07027-1447 | K20843 | 66.90 | * |
| WILLIAM [BILL] PALMER | 9163 COTTAGE ROW | | FISH CREEK | WI | 54212-9715 | K61431 | 66.90 | * |
| WILLIAM [BILL] PARDEE | 2157 N PINE ST | | ORANGE | CA | 92865-3422 | K16460 | 66.90 | * |
| WILLIAM [BILL] PARTRIDGE | 17951 PINE AVE | | FONTANA | CA | 92335-6044 | K61879 | 66.90 | * |
| WILLIAM [BILL] PEOPLES | 408 FRONT ST | | MARIETTA | OH | 45750-2124 | K50224 | 66.90 | * |
| WILLIAM [BILL] PERSONS | 7739 KILOWATT DR | | KALAMAZOO | MI | 49048-8616 | K18395 | 66.90 | * |
| WILLIAM [BILL] POLLARD | 2554 CIRCLEWOOD RD NE | | ATLANTA | GA | 30345-1958 | K19301 | 66.90 | * |
| WILLIAM [BILL] RANK | 4115 E CLOCKTOWER LN APT 245 | | MERIDIAN | ID | 83642-4742 | K22008 | 66.90 | * |
| WILLIAM [BILL] REYNOLDS | 208 WARREN BLVD | | BROOMALL | PA | 19008-3730 | K34434 | 66.90 | * |
| WILLIAM [BILL] SEEFELDT | 3377 MILL VISTA RD UNIT 3222 | | HIGHLANDS RAN | CO | 80129-2389 | K45665 | 66.90 | * |
| WILLIAM [BILL] STEWART | 58429 SPRING CREEK RD | | MONTROSE | CO | 81403-9643 | K23493 | 66.90 | * |
| WILLIAM [BILL] SWENSON | 3501 PITZEN RD | | JOHNSBURG | IL | 60051-9655 | K57156 | 66.90 | * |
| WILLIAM [BILL] TAYLOR | 2772 E AMBERWICK LN | | SANDY | UT | 84093-3829 | K53861 | 66.90 | * |
| WILLIAM [BILL] VOLKAMER | 1744 LIBERTY AVE | | WATERLOO | IA | 50702-2424 | K55095 | 66.90 | * |
| WILLIAM [BILL] WALTERS | 2230 BISCAY CT | | DISCOVERY BAY | CA | 94505-9114 | K30288 | 66.90 | * |
| WILLIAM [BILLY] ROBINSON | 9314 PINE LAKE DR UNIT 202 | | LOUISVILLE | KY | 40220-3919 | K38889 | 66.90 | * |
| WILLIAM [ED] LAFITTE | PO BOX 2681 | | BLUE RIDGE | GA | 30513-0048 | K49956 | 66.90 | * |
| WILLIAM [FRED] CRADDOCK | 1002 BELLAIRE DR | | MCKEESPORT | PA | 15133-3702 | K60737 | 66.90 | * |
| WILLIAM [JEFF] BEIMLING | 4821 EASY ST UNIT 1 | | HARTLAND | WI | 53029-1941 | K43734 | 66.90 | * |
| WILLIAM [LARKIN] RITTER | 1530 CHENOWETH CIR | | BOWLING GREEN | KY | 42104-6354 | K33457 | 66.90 | * |
| WILLIAM [RICHARD] BIRKEY | 225 STONEGATE DR | | CANTON | IL | 61520-1077 | K51450 | 66.90 | * |
| WILLIAM [STANLEY] KREHER | 25 PEACEFUL TRL | | ROCHESTER | NY | 14609-1942 | K55622 | 66.90 | * |
| WILLIAM [TERRY] SHIPMAN | 745 N LOCUST ST | | NEWARK | AR | 72562-9424 | K37927 | 66.90 | * |
| WILLIAM [WOODY] WOODS | PO BOX 353 | | SIKESTON | MO | 63801-0353 | K34306 | 66.90 | * |
| WILLIAM A [BILL] BERNING SR | 2703 FOXCHASE RUN | | FORT WAYNE | IN | 46825-3983 | K39837 | 66.90 | * |
| WILLIAM A [BILL] BISHOP | 2338 WOODGREEN RD | | WINSTON SALEM | NC | 27106-9785 | K45996 | 66.90 | * |
| WILLIAM A [BILL] ESCHENBRENNER | 535 MAIN ST | | MC CLURE | OH | 43534-9527 | K39215 | 66.90 | * |
| WILLIAM A [BILL] GULYBAN | 1406 RANKIN RD | | WHITE OAK | PA | 15131-2818 | K61673 | 66.90 | * |
| WILLIAM A [BILL] HALL | 1182 WHITE DEER PIKE | | NEW COLUMBIA | PA | 17856-9241 | K15967 | 66.90 | * |
| WILLIAM A [BILL] LUNDIN | 22 NORTHRUP DR | | BRICK | NJ | 08724-2020 | K43087 | 66.90 | * |
| WILLIAM A [BILL] SCHEIBL | 13 WEDGEWOOD LN | | BARRINGTON | RI | 02806-3218 | K28187 | 66.90 | * |
| WILLIAM A AUGUSTINE | 450 N BEAN HILL RD | | BARTON CITY | MI | 48705-9753 | K59925 | 66.90 | * |
| WILLIAM A BOSKER | 1414 BONAVENTURE LN | | THE VILLAGES | FL | 32159-2207 | K59323 | 66.90 | * |
| WILLIAM A DRUMGOOLE | 3811 REGENCY DR | | HOUSTON | TX | 77045-3425 | K18371 | 66.90 | * |
| WILLIAM A FORET JR | 1713 MANSON AVE | | METAIRIE | LA | 70001-2503 | K51941 | 66.90 | * |
| WILLIAM A HOLTHUSEN | 2304 ALGONQUIN RD APT 12 | | ROLLING MEADO | IL | 60008-3659 | K59512 | 66.90 | * |
| WILLIAM A LEAS | 3471 TURTLE CREEK DR | | SANTA MARIA | CA | 93455-2471 | K25487 | 66.90 | * |
| WILLIAM A LONG JR | 102 POST OAK DR | | NORTH AUGUSTA | SC | 29841-6021 | K22405 | 66.90 | * |
| WILLIAM A MOULTON JR | 5808 BOUTALL ST | | METAIRIE | LA | 70003-2032 | K55232 | 66.90 | * |
| WILLIAM A STEVENS | 853 LE COVE DR | | VIRGINIA BEAC | VA | 23464-1651 | K49706 | 66.90 | * |
| WILLIAM A WEARY | 293 N DYER NECK RD | | NEWCASTLE | ME | 04553-3209 | K52830 | 66.90 | * |
| WILLIAM A YALCH | 3917 HAMPTON DR | | ROCKY MOUNT | NC | 27803-1123 | K43301 | 66.90 | * |
| WILLIAM A YARBOROUGH | 5201 KELLER RIDGE DR | | CLAYTON | CA | 94517-2038 | K38701 | 66.90 | * |
| WILLIAM ADAMS | 24 INGLEWOOD DR | | HAMPTON | VA | 23666-3510 | K57581 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM ALVIN MOONE | 602 PHOEBUS ST APT 312 | | PORTSMOUTH | VA | 23704-3365 | K13508 | 66.90 | * |
| WILLIAM B B MOODY | 6200 OREGON AVE NW APT 238 | | WASHINGTON | DC | 20015-1529 | K25249 | 66.90 | * |
| WILLIAM B BERLETIC | 2405 W OCOTILLO RD | | PHOENIX | AZ | 85015-1039 | K60621 | 66.90 | * |
| WILLIAM B BROWN | 3224 RANDY RD | | JOLIET | IL | 60431-4943 | K56764 | 66.90 | * |
| WILLIAM B MARTIN | 1614 BEAUMONT DR | | GREENVILLE | NC | 27858-4613 | K61248 | 66.90 | * |
| WILLIAM B MEANEY | 5215 GLENHAVEN AVE | | LOUISVILLE | OH | 44641-8825 | K16309 | 66.90 | * |
| WILLIAM BAGLEY | 935 ELM CT | | TERRACE PARK | OH | 45174-1069 | K25586 | 66.90 | * |
| WILLIAM BARNETTE | 107 OXFORD RD | | WEST CHESTER | PA | 19380-4909 | K31257 | 66.90 | * |
| WILLIAM BARRY | 6893 SAN MIGUEL AVE | | LEMON GROVE | CA | 91945-1330 | K60892 | 66.90 | * |
| WILLIAM BEATTY | 1757 ASH ST | | WAYNOKA | OK | 73860-6806 | K28769 | 66.90 | * |
| WILLIAM BENNETT | 709 COURTSIDE DR | | NAPLES | FL | 34105-7137 | K41331 | 66.90 | * |
| WILLIAM BERRY | 14265 SW 108TH CT | | MIAMI | FL | 33176-6512 | K40564 | 66.90 | * |
| WILLIAM BIRD | 1171 HORSESHOE DR | | GREENSBORO | GA | 30642-4842 | K50374 | 66.90 | * |
| WILLIAM BLOMMER | 3119 CRESCENT RIDGE TRL | | SAINT CLOUD | MN | 56301-5683 | K21649 | 66.90 | * |
| WILLIAM BOGUE | 1 W MAIN ST | | HEBRON | CT | 06248-1446 | V99301 | 66.90 | * |
| WILLIAM BOYER | 605 CASABELLA DR | | BRADENTON | FL | 34209-3319 | K46290 | 66.90 | * |
| WILLIAM BRESLIN | 307 HOBART AVE | | SAN MATEO | CA | 94402-2930 | K51999 | 66.90 | * |
| WILLIAM BRITTON | 2412 AVENUE D | | FORT MADISON | IA | 52627-2249 | K55345 | 66.90 | * |
| WILLIAM BULMAN | 301 COLTS NECK RD | | FARMINGDALE | NJ | 07727-3643 | K32677 | 66.90 | * |
| WILLIAM BURNETT | PO BOX 915 | | MYRTLE CREEK | OR | 97457-0122 | K36494 | 66.90 | * |
| WILLIAM BURNS | 10240 LITTLE VALLEY RD | | FORT WORTH | TX | 76108-3913 | K15453 | 66.90 | * |
| WILLIAM C [BILL] FOSTER | 35411 CRESCENT DR | | FRUITLAND PAR | FL | 34731-6245 | K38703 | 66.90 | * |
| WILLIAM C [BILL] MANNING | 12216 HEMLOCK ST | | OVERLAND PARK | KS | 66213-1269 | K52958 | 66.90 | * |
| WILLIAM C [BILL] SANDFORD | 36 SAINT FRANCIS WAY | | HOLTWOOD | PA | 17532-9658 | K25945 | 66.90 | * |
| WILLIAM C BOYRER | 707 CONTINENTAL CIR APT 1116 | | MOUNTAIN VIEW | CA | 94040-3311 | K59098 | 66.90 | * |
| WILLIAM C COYLE | 47 WOLF RIDGE DR | | HOLLAND | OH | 43528-9467 | K50174 | 66.90 | * |
| WILLIAM C CRUTCHER III | 4512 CHATELAIN TER | | MINNEAPOLIS | MN | 55422-5235 | K33257 | 66.90 | * |
| WILLIAM C KARBACH JR | 1106 WOODRIDGE DR | | DECATUR | IN | 46733-3337 | K39637 | 66.90 | * |
| WILLIAM C KNOWLER | 4701 N 41ST PL | | PHOENIX | AZ | 85018-3720 | K57341 | 66.90 | * |
| WILLIAM C MOELLER | 14739 N BURNTWOOD DR | | ORO VALLEY | AZ | 85755-7118 | K38305 | 66.90 | * |
| WILLIAM C SIMPSON | PO BOX 1179 | | CHATHAM | VA | 24531-1179 | K50667 | 66.90 | * |
| WILLIAM C SULLIVAN | 207 CHESTERFIELD JACOBSTOWN | | WRIGHTSTOWN | NJ | 08562-1921 | K47028 | 66.90 | * |
| WILLIAM C TURNER | 105 SUMMITRIDGE DR | | BULLARD | TX | 75757-8958 | K27462 | 66.90 | * |
| WILLIAM C VANCE | 6525 MARGARET CT | | INDIANAPOLIS | IN | 46237-9626 | K26284 | 66.90 | * |
| WILLIAM CANNON JR | 104 ELM AVE | | HADDONFIELD | NJ | 08033-1713 | K53529 | 66.90 | * |
| WILLIAM CHARLES FRANKLIN | 1276 ACKERMAN DR | | SUMMERTON | SC | 29148-7304 | K48928 | 66.90 | * |
| WILLIAM CHRISTIAN | 307 DOME ST | | WHITE OAK | PA | 15131-1009 | K61688 | 66.90 | * |
| WILLIAM CHRISTOPHER CADY | 12121 ADMIRALS LANDING BLVD | | INDIANAPOLIS | IN | 46236-9179 | K48868 | 66.90 | * |
| WILLIAM COCKRELL | 2300 W RANGE LINE RD | | GREENCASTLE | IN | 46135-7875 | K44568 | 66.90 | * |
| WILLIAM CRABB | 131 DEER ST | | WISCONSIN RAP | WI | 54494-1823 | K54630 | 66.90 | * |
| WILLIAM CRARY II | 425 WESTCLIFFE PL | | WALNUT CREEK | CA | 94597-3267 | K58703 | 66.90 | * |
| WILLIAM CUSHARD | 2405 VIEWPOINT DR | | HENDERSON | NV | 89014-3741 | K23744 | 66.90 | * |
| WILLIAM D [BILL] CROUCH JR | 5236 FAIRFIELD BLVD | | VIRGINIA BEAC | VA | 23464-2535 | K12843 | 66.90 | * |
| WILLIAM D [BILL] GOODWIN | 21 AUBURN DR | | DELRAN | NJ | 08075-1705 | K22547 | 66.90 | * |
| WILLIAM D [DEN] MOLLOY | 9 TUMBLE RD | | BEDFORD | NH | 03110-5651 | K24762 | 66.90 | * |
| WILLIAM D HAWLEY | 2307 N ARDELL PL | | PEORIA | IL | 61604-3007 | K48840 | 66.90 | * |
| WILLIAM D KOVAC | 8796 ROCKWOOD CT | | MENTOR | OH | 44060-2127 | K51507 | 66.90 | * |
| WILLIAM D MCCONKEY JR | 4304 W BEAVER CREEK DR | | POWELL | TN | 37849-5115 | K12191 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM D VORON | 5071 RANCH ROAD 1323 | | JOHNSON CITY | TX | 78636-4425 | K42294 | 66.90 | * |
| WILLIAM DAILEY | 775 E UNION ST APT 111 | | PASADENA | CA | 91101-5631 | K24786 | 66.90 | * |
| WILLIAM DAVIS | 371 W MILTON AVE | | RAHWAY | NJ | 07065-3205 | K23026 | 66.90 | * |
| WILLIAM DELANEY | 4142 NORTHMEADOW CIR | | TAMPA | FL | 33618-2725 | K46005 | 66.90 | * |
| WILLIAM DESJARDINS | 6413 SPRINGVILLE HWY | | ONSTED | MI | 49265-9530 | K58875 | 66.90 | * |
| WILLIAM DISTELCAMP | 7 FONTANA ST | | TOMS RIVER | NJ | 08757-5741 | K36219 | 66.90 | * |
| WILLIAM DOYLE | 54 PRESCOTT TURN | | CLARK | NJ | 07066-2422 | K13742 | 66.90 | * |
| WILLIAM DRATHRING | 310 N WHITLEY ST | | COLUMBIA CITY | IN | 46725-1727 | K31589 | 66.90 | * |
| WILLIAM DUANE ROSTIE | PO BOX 198 | | INTERNATIONAL | MN | 56649-0198 | K20304 | 66.90 | * |
| WILLIAM E [BILL] DUDLEY | 1051 KUSEY LN | | WEIMAR | TX | 78962-4410 | K32187 | 66.90 | * |
| WILLIAM E [BILL] EGAN | 6643 BURDETT RD | | WADSWORTH | OH | 44281-9719 | K47948 | 66.90 | * |
| WILLIAM E [BILL] SANDIFER III | 112 CARDINAL DR | | SENECA | SC | 29672-2257 | K52436 | 66.90 | * |
| WILLIAM E ALDRICH | 149 ANN ST NE | | GRAND RAPIDS | MI | 49505-6261 | K36445 | 66.90 | * |
| WILLIAM E BENNETT | 527 HIGHLAND AVE | | WEST MILTON | PA | 17886-8021 | K20495 | 66.90 | * |
| WILLIAM E DUFFORD | 101 S EDISTO AVE | | COLUMBIA | SC | 29205-3301 | K31734 | 66.90 | * |
| WILLIAM E EDMUNDSON | 1829 RIVERWOOD DR | | BURNSVILLE | MN | 55337-1369 | K28621 | 66.90 | * |
| WILLIAM E EKRE | 140 SANDY SPRINGS RD | | TRENTON | SC | 29847-2504 | K22277 | 66.90 | * |
| WILLIAM E GARLING | 116 S JAMESON AVE | | LIMA | OH | 45805-2735 | K50112 | 66.90 | * |
| WILLIAM E GEORGE III | 704 E WILMINGTON ST | | BURGAW | NC | 28425-5146 | K50706 | 66.90 | * |
| WILLIAM E GERMAIN | 15649 MILLIMAN RD | | ROCKWOOD | MI | 48173-9614 | K58628 | 66.90 | * |
| WILLIAM E HEAD | 5555 TUCSON ST | | DENVER | CO | 80239-3665 | K47650 | 66.90 | * |
| WILLIAM E HICKS III | 1704 WILLOW WICK DR | | GREENSBORO | NC | 27408-3622 | K45050 | 66.90 | * |
| WILLIAM E MCNICKLE | 2283 BOB WHITE LN | | LANCASTER | PA | 17601-2855 | K30995 | 66.90 | * |
| WILLIAM E NICHOLSON | 3006 MEMORY LN | | MCKEESPORT | PA | 15133-2326 | K61694 | 66.90 | * |
| WILLIAM E RIGGS | 180 SACKETT DR | | MONROE | OH | 45050-1547 | K51023 | 66.90 | * |
| WILLIAM E ROSENBERGER | 40 VILLAGE DR | | SOMERS POINT | NJ | 08244-1242 | K39659 | 66.90 | * |
| WILLIAM E SAWER | 2303 W 1ST ST | | CRAIG | CO | 81625-3612 | K56202 | 66.90 | * |
| WILLIAM E TOLLIVER | 2423 VALE LN | | NASHVILLE | TN | 37214-1515 | K61875 | 66.90 | * |
| WILLIAM E WEST | 205 REDWOOD RD | | PORTSMOUTH | RI | 02871-1023 | K24595 | 66.90 | * |
| WILLIAM EARLE [BILL] STONE | 208 FIDDLER BRANCH RD | | LEXINGTON | SC | 29072-9334 | K30437 | 66.90 | * |
| WILLIAM EDWARD BIGELOW | 5956 BLACK OAK DR | | TOLEDO | OH | 43615-1812 | K45464 | 66.90 | * |
| WILLIAM EDWARD WHALEN | 47 PINE TREE RD | | KEWANEE | IL | 61443-9639 | K42495 | 66.90 | * |
| WILLIAM ELDER | 8809 BLUE LICK RD | | LOUISVILLE | KY | 40219-4955 | K35587 | 66.90 | * |
| WILLIAM F [BILL] JELIN | 1510 MISSISSIPPI AVE | | SAINT LOUIS | MO | 63104-2512 | K17845 | 66.90 | * |
| WILLIAM F [BILL] KIMBALL | 41 ROGER RD | | SAINT CLOUD | MN | 56301-5172 | K19576 | 66.90 | * |
| WILLIAM F [BILL] WERNER | 12 COTTON GRASS RD | | BLUFFTON | SC | 29910-5414 | K30583 | 66.90 | * |
| WILLIAM F [ROSCO] ROSS | 106 RUSSELL ST | | MARLBOROUGH | MA | 01752-2150 | K10913 | 66.90 | * |
| WILLIAM F BUCKEY JR | 4743 ARABIAN DR | | FAIRBORN | OH | 45324-9732 | K16723 | 66.90 | * |
| WILLIAM F DENNY | 3100 SOUTHEAST PKWY | | RICHMOND | IN | 47374-5939 | K25856 | 66.90 | * |
| WILLIAM F DEPPE | 2212 W BLACK ROCK CIR | | SIOUX FALLS | SD | 57108-3006 | K55105 | 66.90 | * |
| WILLIAM F MCMAHON | 50 BRADFORD ST | | ALBANY | NY | 12206-2910 | K20175 | 66.90 | * |
| WILLIAM F MCPHAUL | 306 SCENIC VIEW KNLS | | ASHEVILLE | NC | 28804-9691 | K48511 | 66.90 | * |
| WILLIAM F SAYLOR JR | 848 BRAEMAR DR | | MUNDELEIN | IL | 60060-1319 | K53441 | 66.90 | * |
| WILLIAM F SPICER | 2213 INVERNESS BLVD | | RAWLINS | WY | 82301-4264 | K20931 | 66.90 | * |
| WILLIAM F WASSERBACH | 11 PATTEN DR | | ALBANY | NY | 12211-1811 | K25036 | 66.90 | * |
| WILLIAM F WONG | 17233 94TH CT | | TINLEY PARK | IL | 60487-5823 | K59601 | 66.90 | * |
| WILLIAM FAHEY | 3135 17TH ST N | | ARLINGTON | VA | 22201-5201 | K24866 | 66.90 | * |
| WILLIAM FAVRO | 614 MILLSLOUGH LN | | SUNSET BEACH | NC | 28468-4233 | K24438 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM FEDER | 1801 E 53RD ST S | | WICHITA | KS | 67216-3341 | K49641 | 66.90 | * |
| WILLIAM FERRETTI JR | 60 MOON GLITTER CIR | | SUNRISE BEACH | MO | 65079-6729 | K57803 | 66.90 | * |
| WILLIAM FLOOD | 251 OLD DALLAS ACWORTH RD N | | DALLAS | GA | 30132-8012 | K49098 | 66.90 | * |
| WILLIAM FLOWERS | 2310 GLYNN CIR | | VALDOSTA | GA | 31602-7222 | K40129 | 66.90 | * |
| WILLIAM FRANKLIN DENTINGER | 4104 URBANA PIKE | | FREDERICK | MD | 21704-7730 | K15286 | 66.90 | * |
| WILLIAM FREDERICK FREY | 305 WALNUT ST | | MILTON | PA | 17847-2509 | K16202 | 66.90 | * |
| WILLIAM G [BILL] HEBERER | W2541 COUNTY ROAD H | | POY SIPPI | WI | 54967-9602 | K40354 | 66.90 | * |
| WILLIAM G [BILL] TICKNOR | 1326 APPLEWOOD DR | | MENASHA | WI | 54952-9486 | K47021 | 66.90 | * |
| WILLIAM G ALTHOFF | 112 IVY LN | | SOUTH WINDSOR | CT | 06074-6911 | K58148 | 66.90 | * |
| WILLIAM G MEYER | 61 BROOKVILLE LN | | GLEN HEAD | NY | 11545-2301 | K62168 | 66.90 | * |
| WILLIAM G MORRIS | 1745 FROST RD | | STREETSBORO | OH | 44241-5007 | K61550 | 66.90 | * |
| WILLIAM G PINTER | 5172 PEPPERCORN ST | | PALM BEACH GA | FL | 33418-3518 | K43068 | 66.90 | * |
| WILLIAM G RHEAMS SR | 6942 MILNE BLVD | | NEW ORLEANS | LA | 70124-2340 | K51082 | 66.90 | * |
| WILLIAM G SCHNELL | 14 MARATHON DR | | SWEDESBORO | NJ | 08085-1800 | K37956 | 66.90 | * |
| WILLIAM GAULT [BILL] DOUGLAS | 4745 N ELKHART AVE | | MILWAUKEE | WI | 53211-1002 | K33996 | 66.90 | * |
| WILLIAM GETMAN | 144 BEACON AVE | | NEW HAVEN | CT | 06512-1910 | K36866 | 66.90 | * |
| WILLIAM GLUS | 1309 VILLAGE GREEN DR | | JEFFERSON HIL | PA | 15025-4205 | K61480 | 66.90 | * |
| WILLIAM GOETSCH | 4342 AVOCADO AVE | | YORBA LINDA | CA | 92886-2506 | K49740 | 66.90 | * |
| WILLIAM GOFF JR | 2756 PONKAN MEADOW DR | | APOPKA | FL | 32712-3393 | K61644 | 66.90 | * |
| WILLIAM GORDON ARIAGNO | 124 QUEEN CATHERINA CT | | HUTCHINSON IS | FL | 34949-8363 | K48996 | 66.90 | * |
| WILLIAM GREATHOUSE | 1304 42ND AVE | | ROCK ISLAND | IL | 61201-6821 | K61611 | 66.90 | * |
| WILLIAM GRONAU | 902 9TH AVE SE | | SAINT CLOUD | MN | 56304-1424 | K21650 | 66.90 | * |
| WILLIAM GROSKY | 60075 BOURNS ST | | NEW HUDSON | MI | 48165-9700 | K62120 | 66.90 | * |
| WILLIAM GROTH | 12410 ALSWELL LN | | SAINT LOUIS | MO | 63128-2506 | K38169 | 66.90 | * |
| WILLIAM H [BILL] ANDERSON JR | 201 MIDFIELD RD | | NORTH CHESTER | VA | 23236-3443 | K52839 | 66.90 | * |
| WILLIAM H [BILL] HART | 25 DUTCHESS CT | | SOUTHAMPTON | NJ | 08088-1079 | K42620 | 66.90 | * |
| WILLIAM H [BILL] JONES | 12857 ISLE ROYALE DR | | DEWITT | MI | 48820-8671 | K25955 | 66.90 | * |
| WILLIAM H [BILL] MURPHY | 9467 RIDGECREEK CT | | INDIANAPOLIS | IN | 46256-1197 | K51705 | 66.90 | * |
| WILLIAM H [BILL] REYNOLDS JR | 1806 VIEW TOP CT | | ANNAPOLIS | MD | 21409-5899 | K35921 | 66.90 | * |
| WILLIAM H [BILL] TRIPP | 508 MEADOW ROSE LN | | MADISON | WI | 53717-2166 | K35869 | 66.90 | * |
| WILLIAM H [GUGA] VITZ | 414 PAULA RD | | MCKINNEY | TX | 75069-3321 | K29538 | 66.90 | * |
| WILLIAM H [TINK] NEWBERRY | 4225 WOODVALE DR | | KNOXVILLE | TN | 37918-5141 | K12186 | 66.90 | * |
| WILLIAM H BENTLEY | 24085 KRAFT PL | | ROMULUS | MI | 48174-9613 | K60061 | 66.90 | * |
| WILLIAM H BRUCE | 3462 MARTIN AVE | | OMAHA | NE | 68112-2639 | K59336 | 66.90 | * |
| WILLIAM H BUCKLEY | 89 MEADOWS END | | BARABOO | WI | 53913-9785 | K57759 | 66.90 | * |
| WILLIAM H CROUSE | 618 GREER ST | | PITTSBURGH | PA | 15217-2820 | K45987 | 66.90 | * |
| WILLIAM H FOSTER | 45 MCMURRAY RD APT 219 | | PITTSBURGH | PA | 15241-1658 | K61002 | 66.90 | * |
| WILLIAM H KENT II | 5389 E HANDSOME BROOK RD | | FRANKLIN | NY | 13775-3509 | K38007 | 66.90 | * |
| WILLIAM H MARKGRAF | 3805 LYMAN DR | | COLUMBIA | MO | 65203-5397 | K50534 | 66.90 | * |
| WILLIAM H MAY | 3425 MARGARET AVE | | CUYAHOGA FALL | OH | 44224-4521 | K61572 | 66.90 | * |
| WILLIAM H MONTGOMERY | 100 FRIDAYS STATION CT | | ROSEVILLE | CA | 95747-8364 | K38937 | 66.90 | * |
| WILLIAM H ORTTUNG | 2313 SHARON RD | | MENLO PARK | CA | 94025-6807 | K35379 | 66.90 | * |
| WILLIAM H PATTON | 610 HARKREADER RD | | MOUNT JULIET | TN | 37122-4009 | K36407 | 66.90 | * |
| WILLIAM H SAGER | 127 SAGER LN | | BLAIRSVILLE | GA | 30512-4968 | K37119 | 66.90 | * |
| WILLIAM H STEVEN | 11 5TH AVE SE | | POCAHONTAS | IA | 50574-2115 | K54555 | 66.90 | * |
| WILLIAM H ZINGER | 10344 MAYPOLE WAY | | COLUMBIA | MD | 21044-3831 | K36022 | 66.90 | * |
| WILLIAM HAGOOD | 99 S OUTER DR | | VIENNA | OH | 44473-9729 | K58269 | 66.90 | * |
| WILLIAM HARVEY COPELAND | 777 SPRING ST | | NORTH DIGHTON | MA | 02764-1373 | K27056 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM HEISS | PO BOX 1135 | | APTOS | CA | 95001-1135 | K44778 | 66.90 | * |
| WILLIAM HENRY PRITCHARD | 335 CARMEL RD | | MERCED | CA | 95341-5419 | K19674 | 66.90 | * |
| WILLIAM HESPEL | 6801 S OAKMONT DR | | CHANDLER | AZ | 85249-8682 | K57724 | 66.90 | * |
| WILLIAM HIGHAM | 249 EHRETT ST | | CREVE COEUR | IL | 61610-3815 | K51782 | 66.90 | * |
| WILLIAM HIGHTOWER | 1411 LOCUST RD NW | | WASHINGTON | DC | 20012-1213 | K10256 | 66.90 | * |
| WILLIAM HOLMES | 1524 FLAGLER RD | | AUGUSTA | GA | 30909-9565 | K59622 | 66.90 | * |
| WILLIAM HUEBSCH | 3700 HICKS RD | | SEBASTOPOL | CA | 95472-2420 | K57399 | 66.90 | * |
| WILLIAM J [BILL] COTTON | 520 SOUTH PARK DR | | SAN JOSE | CA | 95129-1854 | K51655 | 66.90 | * |
| WILLIAM J [BILL] MAHANNA | 830 W VINE ST | | RADCLIFF | KY | 40160-1969 | K32049 | 66.90 | * |
| WILLIAM J [BILL] MAMMOSSER | 1125 BRYAN AVE | | JOLIET | IL | 60435-4431 | K50533 | 66.90 | * |
| WILLIAM J [BILL] POUSSON | PO BOX 522 | | CUT OFF | LA | 70345-0522 | K57469 | 66.90 | * |
| WILLIAM J [BILL] SUCKOW | 12820 WATERFORD CIR APT 147 | | FORT MYERS | FL | 33919-8012 | K49490 | 66.90 | * |
| WILLIAM J [BILL] TUCKER JR | 3326 HILLSVILLE RD | | EDINBURG | PA | 16116-3420 | K61689 | 66.90 | * |
| WILLIAM J [BILL] WAGNER | 148 HUNTINGTON WOODS DR | | MADISON | OH | 44057-3292 | K43326 | 66.90 | * |
| WILLIAM J [BILL] WILLIAMS | 1182 WILLIAMSTOWN RD | | FRANKLINVILLE | NJ | 08322-2558 | K41784 | 66.90 | * |
| WILLIAM J [BILL] WOLF | 3364 YELLOWFIN LN | | MARGATE | FL | 33063-8302 | K23096 | 66.90 | * |
| WILLIAM J [BILL] YOUNG | 9718 NE 249TH ST | | BATTLE GROUND | WA | 98604-5416 | K33841 | 66.90 | * |
| WILLIAM J [JEFF] LAMB | 50 HANOVER ST | | PEMBERTON | NJ | 08068-1130 | K52892 | 66.90 | * |
| WILLIAM J BRYANT | 1306 WESLEY LN | | INDIANOLA | IA | 50125-1177 | K54757 | 66.90 | * |
| WILLIAM J BUSH | 1402 MERRIMONT AVE | | KINGS MOUNTAI | NC | 28086-2656 | K17415 | 66.90 | * |
| WILLIAM J CHOUINARD JR | 2380 W 104TH PL | | NORTHGLENN | CO | 80234-3642 | K56381 | 66.90 | * |
| WILLIAM J HEARD JR | 4304 AARON RD | | ERIE | PA | 16511-1311 | K33774 | 66.90 | * |
| WILLIAM J HOLLAND | 3321 SOUNDVIEW DR W | | UNIVERSITY PL | WA | 98466-1614 | K48660 | 66.90 | * |
| WILLIAM J KERR | 161 FAIRFIELD CT | | VOORHEESVILLE | NY | 12186-9580 | K22359 | 66.90 | * |
| WILLIAM J MC CONNELL | 349 DAVID ST | | SOUTH AMBOY | NJ | 08879-1729 | K29880 | 66.90 | * |
| WILLIAM J MILTON JR | 321 FOREST DR S | | SHORT HILLS | NJ | 07078-2310 | K52292 | 66.90 | * |
| WILLIAM J PAKNIS | 40 WARRINGTON RD | | COLUMBIA | NJ | 07832-2517 | K38979 | 66.90 | * |
| WILLIAM J PARK | 12655 WOODLANDS PKWY APT 114 | | CLIVE | IA | 50325 | K20786 | 66.90 | * |
| WILLIAM J ROKOVITZ | 4785 N GRAND CANYON DR | | LAS VEGAS | NV | 89129-2663 | K43353 | 66.90 | * |
| WILLIAM J SCOTT | 593 HEATH ST | | CHESTNUT HILL | MA | 02467-2106 | K15300 | 66.90 | * |
| WILLIAM J SHINN | 900 DRY RUN RD | | BEECH CREEK | PA | 16822-8021 | K26151 | 66.90 | * |
| WILLIAM J STERETT | 3528 ARANSAS ST | | CRP CHRISTI | TX | 78411-1336 | K13963 | 66.90 | * |
| WILLIAM J TOBIAS | 5005 KIAMESHA WAY | | MESQUITE | TX | 75150-1001 | K60811 | 66.90 | * |
| WILLIAM J WAGNER | 20160 FULLER AVE | | EUCLID | OH | 44123-2635 | K46408 | 66.90 | * |
| WILLIAM J WEBER | 2111 PITTSTON AVE | | SCRANTON | PA | 18505-3235 | K58823 | 66.90 | * |
| WILLIAM J WOLKE | 39015 KINGS CASTLE RD | | FREEPORT | MN | 56331-9690 | K29547 | 66.90 | * |
| WILLIAM JAMES LEWIS | 825 KOCHER DR | | GROVE CITY | PA | 16127-8101 | K41395 | 66.90 | * |
| WILLIAM JAY YOCUM | 7318 E PALO VERDE DR | | SCOTTSDALE | AZ | 85250-6070 | K49233 | 66.90 | * |
| WILLIAM JOCHMANN | W6640 VALLEY LN | | PLYMOUTH | WI | 53073-3433 | K46881 | 66.90 | * |
| WILLIAM JOHN [BJ] SENIOR | 114 AZALEA CT | | LA GRANGE | KY | 40031-8973 | K48461 | 66.90 | * |
| WILLIAM K [KING] DEAL | 1014 PROVIDENCE RD | | NEWTOWN SQUAR | PA | 19073-1106 | K37763 | 66.90 | * |
| WILLIAM K TURNER | PO BOX 78 | | GOSHEN | OH | 45122-0078 | K56970 | 66.90 | * |
| WILLIAM KAMIN | 4523 N THORNHILL DR | | PEORIA | IL | 61615-8963 | K54532 | 66.90 | * |
| WILLIAM KEENAN | 230B MARBLEHEAD LN | | MONROE TOWNSH | NJ | 08831-6634 | K31455 | 66.90 | * |
| WILLIAM KEENAN JR | 311 WALNUT AVE | | CRANFORD | NJ | 07016-2907 | K14373 | 66.90 | * |
| WILLIAM KENT POWER | 254 HIGHWAY 583 N | | TYLERTOWN | MS | 39667-9218 | K53862 | 66.90 | * |
| WILLIAM KEOGLER | 12041 NW 10TH ST | | CORAL SPRINGS | FL | 33071-5000 | K53834 | 66.90 | * |
| WILLIAM KERR | 4415 SUGAR MAPLE DR | | LAFAYETTE | IN | 47905-4615 | K46284 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM KLEINEBECKER | 11412 DOSSHILLS DR | | AUSTIN | TX | 78750-2563 | K52993 | 66.90 | * |
| WILLIAM KRAVIT | 7230 N LONGACRE RD | | FOX POINT | WI | 53217-3539 | K48783 | 66.90 | * |
| WILLIAM KUHLMANN | 3950 REILY MILLVILLE RD | | HAMILTON | OH | 45013-4518 | K38921 | 66.90 | * |
| WILLIAM KUTTER | 852 CRESTMONT DR | | BEAVERCREEK | OH | 45431-2903 | K32081 | 66.90 | * |
| WILLIAM KYSER | 228 FEATHERBED HOLLOW DR | | TAYLORSVILLE | KY | 40071-9204 | K33599 | 66.90 | * |
| WILLIAM L [BILL] BOYLES JR | 638 W LINDEN DR | | MUSTANG | OK | 73064-3216 | K28380 | 66.90 | * |
| WILLIAM L [BILL] DAHLEN | 1100 SHEYENNE ST APT G | | WEST FARGO | ND | 58078-2667 | K34951 | 66.90 | * |
| WILLIAM L [BILL] HENSON | 8909 BILSIM CT | | LOUISVILLE | KY | 40291-2606 | K33245 | 66.90 | * |
| WILLIAM L [BILL] TRIAY | 3720 HESSMER AVE | | METAIRIE | LA | 70002-4735 | K57910 | 66.90 | * |
| WILLIAM L [BILL] WAYNE | 30 JOHN ST APT 4 | | MARSHFIELD | MA | 02050-4756 | K19240 | 66.90 | * |
| WILLIAM L [LARRY] SELBY MD | PO BOX 1222 | | DILLSBORO | NC | 28725-1222 | K27664 | 66.90 | * |
| WILLIAM L B HORTON | 2422 STONO WATCH DR | | JOHNS ISLAND | SC | 29455-3116 | K48967 | 66.90 | * |
| WILLIAM L BARTLETT | 7048 N 112TH PLZ # 412 | | OMAHA | NE | 68142-1171 | K54194 | 66.90 | * |
| WILLIAM L BETHEA | 51 PENINSULA DR | | HILTON HEAD I | SC | 29926-1134 | K31904 | 66.90 | * |
| WILLIAM L CLAWSON | 1328 FRANKLIN ST APT 4 | | SANTA MONICA | CA | 90404-2624 | K54868 | 66.90 | * |
| WILLIAM L DOUGLAS | 2833 UTOPIA PKWY | | FLUSHING | NY | 11358-1224 | K62132 | 66.90 | * |
| WILLIAM L GRISWOLD | 609 PONCE DE LEON AVE | | CLEWISTON | FL | 33440-2930 | K57180 | 66.90 | * |
| WILLIAM L JAMES | 3915 AVENUE A | | BEAUMONT | TX | 77705-3504 | K10338 | 66.90 | * |
| WILLIAM L MANVILLE | 935 4TH LN | | VERO BEACH | FL | 32962-1586 | V98277 | 66.90 | * |
| WILLIAM L MURPHY | 2461 NW COUNTY ROAD 4071 | | FROST | TX | 76641-3480 | K31945 | 66.90 | * |
| WILLIAM L PAGE | 2713 BUFF CREEK CT | | ST LOUIS | MO | 63129-5460 | K52603 | 66.90 | * |
| WILLIAM L PLANDER | 10906 NASSAU CT NE | | BLAINE | MN | 55449-5507 | K21626 | 66.90 | * |
| WILLIAM L SKONSKY | 649 ELMSPRING CT APT 1B | | PITTSBURGH | PA | 15220-4122 | K60553 | 66.90 | * |
| WILLIAM L THOMAS | 1145 WINDING WAY DR | | WHITE HOUSE | TN | 37188-9062 | K47000 | 66.90 | * |
| WILLIAM L WALLACE | 102 N JEFFERSON ST | | LEWISBURG | WV | 24901-1113 | K49920 | 66.90 | * |
| WILLIAM LADD KINCHELOE PE | PO BOX 1446 | | MAGALIA | CA | 95954-1446 | K38641 | 66.90 | * |
| WILLIAM LANZISERO | 28 HERALD DR | | QUEENSBURY | NY | 12804-9192 | K57921 | 66.90 | * |
| WILLIAM LARGE | 701 FOREST PARK DR | | BRENTWOOD | TN | 37027-5637 | K53879 | 66.90 | * |
| WILLIAM LEWIS JONES | 713 MAIN ST | | BLACKVILLE | SC | 29817-2313 | K30329 | 66.90 | * |
| WILLIAM LOGUE | 6912 KEESEE CIR | | NEW ALBANY | OH | 43054-8876 | K25012 | 66.90 | * |
| WILLIAM M [BILL] HARDMAN | 3308 BURKE RD APT 23 | | PASADENA | TX | 77504-1812 | K29193 | 66.90 | * |
| WILLIAM M ANDERSON MD | 236 N 23RD ST | | CAMP HILL | PA | 17011-3822 | K36770 | 66.90 | * |
| WILLIAM M BULL | 324 CHESTNUT ST | | SPRING CITY | PA | 19475-1921 | K36766 | 66.90 | * |
| WILLIAM M CARR JR | 18 LOCUST CT APT B | | MAPLE SHADE | NJ | 08052-1966 | K40905 | 66.90 | * |
| WILLIAM M HANZUK | 8552 BERWICK DR | | WESTLAND | MI | 48185-1639 | K18080 | 66.90 | * |
| WILLIAM M HARDHAM | 1914 THOMAS RD | | WILMINGTON | DE | 19803-3102 | K35271 | 66.90 | * |
| WILLIAM M REINHART | 416 HAYWOOD RD | | AMBLER | PA | 19002-3512 | K37909 | 66.90 | * |
| WILLIAM M RUANE | 3465 DAFFODIL CRES | | VIRGINIA BEAC | VA | 23453-2313 | K33394 | 66.90 | * |
| WILLIAM M SALOMONE | 1661 SE 31ST ST APT 302 | | OCALA | FL | 34471-0750 | K38898 | 66.90 | * |
| WILLIAM M WASSERMAN | 9105 E NACOMA DR | | SUN LAKES | AZ | 85248-7471 | K16732 | 66.90 | * |
| WILLIAM MALINOWSKI | 24749 S SADDLETREE DR | | SUN LAKES | AZ | 85248-7627 | K49468 | 66.90 | * |
| WILLIAM MARNER | 633 OSAGE AVE | | CHARITON | IA | 50049-1457 | K56794 | 66.90 | * |
| WILLIAM MARTINJAK | 12840 RIDGE RD | | IRWIN | PA | 15642-2968 | K62683 | 66.90 | * |
| WILLIAM MAURICE CROUCH | 179 STILLWOOD DR | | MANCHESTER | TN | 37355-7342 | K35924 | 66.90 | * |
| WILLIAM MAYHUGH | 4837 MYRA DR | | HERMITAGE | TN | 37076-2649 | K37241 | 66.90 | * |
| WILLIAM MCCORMICK JR | 4951 NW 86TH TER | | LAUDERHILL | FL | 33351-5410 | K39852 | 66.90 | * |
| WILLIAM MCFADDEN JR | 607 FRANKLIN DR | | GREENFIELD | OH | 45123-1063 | K51172 | 66.90 | * |
| WILLIAM MEANS | 3461 109TH ST | | PLEASANT PRAI | WI | 53158-4106 | K57929 | 66.90 | * |

Legend:

* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM MILLER | 4409 HIGHWAY 311 | | HOUMA | LA | 70360-8126 | K23771 | 66.90 | * |
| WILLIAM MORGAN PETERSON | 37 LINCOLN AVE | | PIEDMONT | CA | 94611-3830 | K40837 | 66.90 | * |
| WILLIAM MORMANN | 4330 ORANGE GROVE BLVD | | NORTH FORT MY | FL | 33903-4951 | K42379 | 66.90 | * |
| WILLIAM MURRAY | 101 WATER FRONT DR | | HENDERSON | NC | 27537-6218 | K17113 | 66.90 | * |
| WILLIAM N EDGE | 4109 LONG POINT BLVD | | PORTSMOUTH | VA | 23703-5349 | K13685 | 66.90 | * |
| WILLIAM N HOWARD | 816 ANCHORAGE DR | | NORTH PALM BE | FL | 33408-4337 | K50920 | 66.90 | * |
| WILLIAM O [BILL] BLASER | 1802 MASERATI DR | | JOLIET | IL | 60435-8575 | K55352 | 66.90 | * |
| WILLIAM O [ORVILLE] ROSS JR | 325 E ENON RD | | YELLOW SPRING | OH | 45387-1416 | K27202 | 66.90 | * |
| WILLIAM O HOPKINS | 532 GARFIELD DR | | GRAND JUNCTIO | CO | 81504-5469 | K17439 | 66.90 | * |
| WILLIAM O RICHTER | 236 NE VALLEY VIEW RD | | LAWTON | OK | 73507-8016 | K28982 | 66.90 | * |
| WILLIAM O WALLING | 619 KING ST APT 802 | | COLUMBIA | SC | 29205-2367 | K48995 | 66.90 | * |
| WILLIAM OLIVE | 2726 LAUREL OAKS DR | | GARLAND | TX | 75044-6940 | K53508 | 66.90 | * |
| WILLIAM ORMSTON | 1924 TAYLOR AVE APT A | | MARSHALLTOWN | IA | 50158-9629 | K54903 | 66.90 | * |
| WILLIAM P [BILL] WOLK | 345 NEWTONVILLE AVE | | NEWTON | MA | 02460-2015 | K19198 | 66.90 | * |
| WILLIAM P AZBILL | 4077 TWIN LAKES CIR | | CLAYTON | OH | 45315-8759 | K24966 | 66.90 | * |
| WILLIAM P BODIE | 18701 NE 3RD CT APT 138 | | MIAMI | FL | 33179-3858 | K39367 | 66.90 | * |
| WILLIAM P BONNETT | 1321 KANSAS AVE | | ATCHISON | KS | 66002-2225 | K41225 | 66.90 | * |
| WILLIAM P GIBBONS | 7150 HILLBROOK LN S | | NOVELTY | OH | 44072-9514 | K43035 | 66.90 | * |
| WILLIAM P HOWELL | 1710 HOLIDAY DR | | CROSSVILLE | TN | 38555-8020 | K36244 | 66.90 | * |
| WILLIAM P JOVICK | 534 WESTGATE DR | | NAPA | CA | 94558-1239 | K53399 | 66.90 | * |
| WILLIAM P MULHAUSEN PHD | 28925 FALL RIVER DR | | WESTLAKE | OH | 44145-5232 | K43500 | 66.90 | * |
| WILLIAM P OLSON | 136 DEERWOOD LN | | QUAKERTOWN | PA | 18951-5608 | K43332 | 66.90 | * |
| WILLIAM PAISLEY ANDERSON JR | 4008 RIDGEDALE DR | | GREENSBORO | NC | 27455-9206 | K51632 | 66.90 | * |
| WILLIAM PERRY | 3604 BOULDER RD | | DEER LODGE | MT | 59722-9543 | K52337 | 66.90 | * |
| WILLIAM PFAFF SIMMONS | 113 W BROAD ST | | DARLINGTON | SC | 29532-3929 | K50213 | 66.90 | * |
| WILLIAM PITT | 713 ISLE OF PINES RD | | MOORESVILLE | NC | 28117-7435 | K52287 | 66.90 | * |
| WILLIAM PLANTE | 1820 HAGEN ST | | WISCONSIN RAP | WI | 54495-3964 | K55721 | 66.90 | * |
| WILLIAM POTTS | 6435 WISCASSET RD | | BETHESDA | MD | 20816-2114 | K40206 | 66.90 | * |
| WILLIAM PRIESTER | 1012 SKYLINE DR | | LANCASTER | PA | 17601-5170 | K28526 | 66.90 | * |
| WILLIAM R [BILL] GAMBER | 208 VINCA PL | | LANCASTER | PA | 17601-2684 | K27757 | 66.90 | * |
| WILLIAM R [WHITEY] CARLSON | 1099 KINMONTH DR | | JOLIET | IL | 60433-8527 | K49534 | 66.90 | * |
| WILLIAM R BEAMAN | 69 SOMERS ST | | BROOKLYN | NY | 11233-2805 | K12606 | 66.90 | * |
| WILLIAM R COX SR | PO BOX 92 | | BAINBRIDGE | GA | 39818-0092 | K50769 | 66.90 | * |
| WILLIAM R FRY | 1281 CRAIG DR | | NORTH HUNTING | PA | 15642-1700 | K60863 | 66.90 | * |
| WILLIAM R HAGY | 740 E MAIN ST | | EPHRATA | PA | 17522-2540 | K57625 | 66.90 | * |
| WILLIAM R JEVNIKAR | 1608 LONGWOOD DR | | MAYFIELD HEIG | OH | 44124-3008 | K44092 | 66.90 | * |
| WILLIAM R KLINE | 350 CEMETERY ST | | JERSEY SHORE | PA | 17740-1926 | K16057 | 66.90 | * |
| WILLIAM R LEACH | 2001 HONEY RIDGE CT | | CHESTERFIELD | MO | 63017-7602 | K55220 | 66.90 | * |
| WILLIAM R MAHAR | 2411 CARLMONT DR APT 108 | | BELMONT | CA | 94002-3287 | K54133 | 66.90 | * |
| WILLIAM R MALONI SR | 5 CHEVY CHASE CIR | | CHEVY CHASE | MD | 20815-3414 | K46275 | 66.90 | * |
| WILLIAM R MCCORMICK | 17045 EDGEWATER LN | | HUNTINGTON BE | CA | 92649-4207 | K50387 | 66.90 | * |
| WILLIAM R MURPHY | 1002 E 331ST ST | | EASTLAKE | OH | 44095-2804 | K51269 | 66.90 | * |
| WILLIAM R NOVAK | 172 LAKEHURST DR | | EASTLAKE | OH | 44095-1154 | K43358 | 66.90 | * |
| WILLIAM R PENN | 3430 WESTRIDGE RD | | JOLIET | IL | 60431-4837 | K55526 | 66.90 | * |
| WILLIAM R ROSEBROOK II | PO BOX 61 | | LUNENBURG | VT | 05906-0061 | K47158 | 66.90 | * |
| WILLIAM R SIRL SR | 10475 RUNYAN LAKE PT | | FENTON | MI | 48430-2499 | K46036 | 66.90 | * |
| WILLIAM R ZIMMER MD | 38 WESTWOOD LN | | SPRINGFIELD | IL | 62711-9441 | K56304 | 66.90 | * |
| WILLIAM R ZIMMERMAN | PO BOX 560661 | | THE COLONY | TX | 75056-0661 | K29523 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.        No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILLIAM RADER | 5521 FENMORE RD | | INDIANAPOLIS | IN | 46228-2038 | K47265 | 66.90 | * |
| WILLIAM RAUCH | 525 TUCKER ST | | ASHLAND | OR | 97520-1533 | K48946 | 66.90 | * |
| WILLIAM REEVES | 4034 DUBLIN BAY DR | | CANAL WINCHES | OH | 43110-7955 | K49272 | 66.90 | * |
| WILLIAM RICHARDS | 2119 S RIDGE RD W | | ASHTABULA | OH | 44004-9046 | K23529 | 66.90 | * |
| WILLIAM RICHARDSON BENNETT | 3307 W GEORGIA RD | | PIEDMONT | SC | 29673-8677 | K48602 | 66.90 | * |
| WILLIAM RIDENOUR | 4490 MESA DR | | OCEANSIDE | CA | 92056-2646 | K31674 | 66.90 | * |
| WILLIAM RIHM | 106 MULBERRY ST | | CAMBRIDGE CIT | IN | 47327-1007 | K30006 | 66.90 | * |
| WILLIAM ROBERT SEGARS | 3745 S CAPE HENRY AVE # A | | NORFOLK | VA | 23502-1567 | K14654 | 66.90 | * |
| WILLIAM ROBERTSON | 443 1/2 CENTRAL AVE | | HOLLAND | MI | 49423-4160 | K35062 | 66.90 | * |
| WILLIAM ROGERSON | 318 COWAN DR | | ELIZABETH | PA | 15037-2230 | K40412 | 66.90 | * |
| WILLIAM ROLAND FEATHERSTON | 516 SCOTLAND AVE | | ROCKINGHAM | NC | 28379-3145 | K48926 | 66.90 | * |
| WILLIAM RUESTER | 14880 TAMIAMI TRL | | PUNTA GORDA | FL | 33955-9763 | K14882 | 66.90 | * |
| WILLIAM S KELLEY | PO BOX 661 | | RIVERTON | KS | 66770-0661 | K55249 | 66.90 | * |
| WILLIAM S MORSE | 94 GOLDEN ST | | NEW LONDON | CT | 06320-6040 | K12065 | 66.90 | * |
| WILLIAM S STARR | 51 S 14TH ST | | RICHMOND | IN | 47374-5603 | K32200 | 66.90 | * |
| WILLIAM SAMPSON | 3219 BUELL ST | | CINCINNATI | OH | 45211-6407 | K38959 | 66.90 | * |
| WILLIAM SARGENT | 173 SOUTHLAKE DR | | SAINT AUGUSTI | FL | 32092-1008 | K38690 | 66.90 | * |
| WILLIAM SAUSE | 455 HEATH DR | | PAGOSA SPRING | CO | 81147-7881 | K29946 | 66.90 | * |
| WILLIAM SAVAGE | 7018 CAREY LN | | MAPLE GROVE | MN | 55369-5408 | K20460 | 66.90 | * |
| WILLIAM SCHAACK | 316 SYCAMORE ST | | RIVERSIDE | IA | 52327-9605 | K56824 | 66.90 | * |
| WILLIAM SCHLESINGER | 1201 W NORTHMOOR RD APT 202 | | PEORIA | IL | 61614-3465 | K51354 | 66.90 | * |
| WILLIAM SCHUMM | 2047 PINE WOOD WAY | | OAK HARBOR | WA | 98277-7321 | K38309 | 66.90 | * |
| WILLIAM SCHURECK | PO BOX 3147 | | MANSFIELD | OH | 44904-0147 | K44705 | 66.90 | * |
| WILLIAM SCHWARTZBERG | 2618 169TH ST | | FLUSHING | NY | 11358-1131 | K62416 | 66.90 | * |
| WILLIAM SCOTT | 144 BUCKINGHAM DR | | INDIANAPOLIS | IN | 46208-3552 | K37393 | 66.90 | * |
| WILLIAM SIBLEY | 1908 ADDINGTON AVE | | LOUISVILLE | KY | 40220-1605 | K32539 | 66.90 | * |
| WILLIAM SIEGEL | 6690 EMERALD AVE | | ENON | OH | 45323-1404 | K59769 | 66.90 | * |
| WILLIAM SINNOTT | 6 EARLY ST | | PORTSMOUTH | RI | 02871-2402 | K25866 | 66.90 | * |
| WILLIAM SMERIKA | 121 PARK AVE | | INTERNATIONAL | MN | 56649-2139 | K19462 | 66.90 | * |
| WILLIAM SMILA | 1207 S GREEN ST | | GLASGOW | KY | 42141-2079 | K43866 | 66.90 | * |
| WILLIAM SPEICHER | 13715 S LAKE DR | | PLAINFIELD | IL | 60544-8113 | K55883 | 66.90 | * |
| WILLIAM STAN VAUGHAN | 344 MELL AVE NE | | ATLANTA | GA | 30307-2127 | K54353 | 66.90 | * |
| WILLIAM STEFANSKI | 1201 W VALENCIA DR SPC 183 | | FULLERTON | CA | 92833-3330 | K30095 | 66.90 | * |
| WILLIAM STEINKE | 4725 COUNTY ROAD Y | | SHEBOYGAN | WI | 53083-1642 | K48033 | 66.90 | * |
| WILLIAM STERZICK | 5899 ALDEN NASH AVE SE | | LOWELL | MI | 49331-9541 | K39145 | 66.90 | * |
| WILLIAM STOVER | 1681 E SHORE CT | | HUDSONVILLE | MI | 49426-8475 | K53574 | 66.90 | * |
| WILLIAM SUNDBERG | 8460 FLAMEVINE AVE | | LARGO | FL | 33777-3747 | K16243 | 66.90 | * |
| WILLIAM SWEENEY | 79 CHESTNUT RD | | HALIFAX | MA | 02338-1102 | K13626 | 66.90 | * |
| WILLIAM T [BILL] CONDON | 13297 3 MILE RD NE | | LOWELL | MI | 49331-9715 | K36485 | 66.90 | * |
| WILLIAM T [WILLIE] WAKATANI | 3724 N RACINE AVE | | CHICAGO | IL | 60613-3816 | K52156 | 66.90 | * |
| WILLIAM T BATTIN | 156 FAIRLAWN AVE | | ALBANY | NY | 12203-1931 | K39514 | 66.90 | * |
| WILLIAM T COLLINS | 440 N VINCER WAY | | NORTHPORT | MI | 49670-9486 | K35799 | 66.90 | * |
| WILLIAM T CULCLASURE | 1083 SEMINOLE DR | | MANNING | SC | 29102-9134 | K38831 | 66.90 | * |
| WILLIAM T HASKINS | 123 MINTON WAY | | SMITHFIELD | VA | 23430-5941 | K12808 | 66.90 | * |
| WILLIAM T TIDWELL | 798 GARDENDALE DR | | COLUMBIA | SC | 29210-5023 | K31399 | 66.90 | * |
| WILLIAM TAUBE | 1446 E CHESTER RD | | RICHMOND | IN | 47374-9338 | K24765 | 66.90 | * |
| WILLIAM TAYLOR | 21618 W LARCH DR | | PLAINFIELD | IL | 60544-6341 | V99034 | 66.90 | * |
| WILLIAM THOM [JUNIE] POWELL JR | 14411 DELCASTLE DR | | MITCHELLVILLE | MD | 20721-3209 | K21452 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|-----|-----|----------|----------|---------------|
| WILLIAM TIETJENS | 12405 N 36TH ST | | OMAHA | NE | 68112-1125 | K59706 | 66.90 | * |
| WILLIAM TISI | 230 E MAIN ST | | TITUSVILLE | PA | 16354-1823 | K48053 | 66.90 | * |
| WILLIAM TODD MORGAN | 3029 SANTA JUANITA CT | | SANTA ROSA | CA | 95405-8220 | K44920 | 66.90 | * |
| WILLIAM TREGO | 100 NEWBURY CT APT 3315 | | CONCORD | MA | 01742-4158 | K19519 | 66.90 | * |
| WILLIAM V [BILL] SWINNERTON | PO BOX 1762 | | YUCCA VALLEY | CA | 92286-1762 | K53238 | 66.90 | * |
| WILLIAM VERMIE | 565 NW DATEWOOD DR | | ISSAQUAH | WA | 98027-2625 | K21846 | 66.90 | * |
| WILLIAM VOETSCH JR | 701 WIND IN THE WILLOWS | | ABBOTTSTOWN | PA | 17301-8992 | K36636 | 66.90 | * |
| WILLIAM VORESS | 1540 ADAK AVE | | LIMA | OH | 45805-3905 | K44291 | 66.90 | * |
| WILLIAM VREELAND | 5495 QUARRY HILL DR | | FITCHBURG | WI | 53711-4914 | K50757 | 66.90 | * |
| WILLIAM W BENNETT | 1506 SPEED ST | | MARSHALL | TX | 75670-1434 | V99531 | 66.90 | * |
| WILLIAM W CAMERON | 1920 DREW AVE S | | MINNEAPOLIS | MN | 55416-3618 | K25272 | 66.90 | * |
| WILLIAM W FOBES II | 4935 SUDBURY WAY | | CARMICHAEL | CA | 95608-6032 | K44680 | 66.90 | * |
| WILLIAM W GRAHAM | PO BOX 6167 | | CAREFREE | AZ | 85377-6167 | K47264 | 66.90 | * |
| WILLIAM W KEELS JR | 1616 CHALLEN AVE | | JACKSONVILLE | FL | 32205-8512 | K33977 | 66.90 | * |
| WILLIAM W MERCER | 19 MARSHALL LN | | MIDDLETOWN | RI | 02842-4540 | K37314 | 66.90 | * |
| WILLIAM W MISNER | 3277 BROOKFIELD DR | | NEWBURGH | IN | 47630-8433 | K25855 | 66.90 | * |
| WILLIAM W POWELL | 32652 SAND DUNE DR | | LEWES | DE | 19958-4814 | K33510 | 66.90 | * |
| WILLIAM WALDORF | 30191 MOUNTAINTOP DR | | BUENA VISTA | CO | 81211-8661 | K52338 | 66.90 | * |
| WILLIAM WALTER CRIST JR | 1330 BOBCAT DR | | MIFFLINBURG | PA | 17844-7819 | K18734 | 66.90 | * |
| WILLIAM WALTERS | 566 RAYMOND ST | | MILTON | PA | 17847-2451 | K15290 | 66.90 | * |
| WILLIAM WOOD | 509 E 17TH LN | | PORTALES | NM | 88130-9290 | K54575 | 66.90 | * |
| WILLIAMS BAPTIST COLLEGE | WILLIAMS BAPTIST COLLEGE | 60 WEST FULBRIGHT AVE | WALNUT RIDGE | AR | 72476 | | 0.00 | ** |
| WILLIAMS BAPTIST COLLEGE | c/o AARON ANDREWS | 60 WEST FULBRIGHT AVE | WALNUT RIDGE | AR | 72476 | | 0.00 | ** |
| WILLIAMSTON HIGH SCHOOL | WILLIAMSTON HIGH SCHOOL | 3939 VANNETER RD | WILLIAMSTON | MI | 48895 | | 0.00 | ** |
| WILLIAMSTON HIGH SCHOOL | c/o CAROL GRAINGER | 3939 VANNETER RD | WILLIAMSTON | MI | 48895 | | 0.00 | ** |
| WILLIE A WILLIAMS | 2102 ARMOND DR | | LONGVIEW | TX | 75602-3622 | K10181 | 66.90 | * |
| WILLIE B DOSSEY | 6 KINGSRIDGE CT | | SAVANNAH | GA | 31419-2718 | K27745 | 66.90 | * |
| WILLIE B DUBOSE | 116 APPALOOSA TRL | | WOODWAY | TX | 76712-8811 | K48377 | 66.90 | * |
| WILLIE BEAVERS | 8959 S CONSTANCE AVE | | CHICAGO | IL | 60617-2932 | K14532 | 66.90 | * |
| WILLIE BRUCE RYLANT | 6682 RED BIRCH DR | | MEMPHIS | TN | 38115-6613 | K34543 | 66.90 | * |
| WILLIE C BASS | 2714 ENSLEY 5 POINTS W AVE | | BIRMINGHAM | AL | 35218-2853 | K41034 | 66.90 | * |
| WILLIE C WOMACK JR | 75 CORAL AVE | | GLENDALE | OH | 45246-3706 | K53285 | 66.90 | * |
| WILLIE J BRINSON | 4703 SW 195TH WAY | | MIRAMAR | FL | 33029-6203 | K39994 | 66.90 | * |
| WILLIE L ROBINSON | 12323 E ARIZONA DR | | AURORA | CO | 80012-4321 | K47708 | 66.90 | * |
| WILLIE LAMON NIXON | 2675 S MOUNT JULIET RD | | MOUNT JULIET | TN | 37122-6203 | K37071 | 66.90 | * |
| WILLIE LANG | 314 ALTA VISTA ST | | ALTA | IA | 51002-1468 | K15432 | 66.90 | * |
| WILLIE MAE ROMAN VICKS | 13819 OUACHITA AVE | | BATON ROUGE | LA | 70818-2832 | K58421 | 66.90 | * |
| WILLIE RUTH JONES | 5805 SPRING GLEN DR | | DALLAS | TX | 75232-2435 | K19764 | 66.90 | * |
| WILLIE RUTH LOUIS | 5605 E ELMWOOD ST | | MESA | AZ | 85205-5816 | V99608 | 66.90 | * |
| WILLIE T BRADLEY | 8615 FM 9 N | | KARNACK | TX | 75661-2473 | K10149 | 66.90 | * |
| WILLIS [WILL] SPANICEK | 13520 W WHITE WOOD DR | | SUN CITY WEST | AZ | 85375-5841 | K17716 | 66.90 | * |
| WILLIS A CASEY | 50 LAKE ST | | PITTSBURG | CA | 94565-6140 | K54177 | 66.90 | * |
| WILLIS BROWN | 1562 PARK RIDGE DR | | SAN JOSE | CA | 95118-3357 | K58067 | 66.90 | * |
| WILLIS E HILL | 2110 KINGSWOOD DR | | FLINT | MI | 48507-3525 | K58234 | 66.90 | * |
| WILLIS T COWING | 9746 S WALDEN PKWY | | CHICAGO | IL | 60643-1612 | K56853 | 66.90 | * |
| WILLIS ZEITZ | 8775 ROBERTS CT | | OLMSTED FALLS | OH | 44138-3739 | K43153 | 66.90 | * |
| WILMA [LAVONNE] SMITH | 1708 S I ST | | RICHMOND | IN | 47374-6481 | K23996 | 66.90 | * |
| WILMA BESHOAR | 330 SUNSET AVE | | LA GRANGE | IL | 60525-2179 | K51018 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.
** = Alumni Research, Inc.          No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

| Name | Address1 | Address2 | City | ST | Zip | Account# | ClaimAmt | Consideration |
|------|----------|----------|------|----|----|----------|----------|---------------|
| WILMA BRYAN | 2421 SNYDERTOWN RD | | SUNBURY | PA | 17801-5147 | K59001 | 66.90 | * |
| WILMA DIDIER | 11268 STATE ROUTE 185 | | VERSAILLES | OH | 45380-9412 | K31741 | 66.90 | * |
| WILMA E CLARK | 11852 TECUMSEH MACON RD | | CLINTON | MI | 49236-9440 | V98818 | 66.90 | * |
| WILMA FUELLING | 5908 W HILLS RD | | FORT WAYNE | IN | 46804-6360 | K52521 | 66.90 | * |
| WILMA HORNE | 4201 MIARS QUAY | | CHESAPEAKE | VA | 23321-4265 | K12526 | 66.90 | * |
| WILMA HOWE-EDWARDS | 16 WILLOWDELL DR | | MULVANE | KS | 67110-1244 | K47656 | 66.90 | * |
| WILMA J WALKER | 648 COUNTY ROAD 2644 | | DECATUR | TX | 76234-7117 | K25922 | 66.90 | * |
| WILMA JENKINS | 3007 LATONIA ST | | LONGVIEW | TX | 75605-1505 | K10966 | 66.90 | * |
| WILMA KROSCHEL | 2602 1600 RD | | DELTA | CO | 81416-8757 | K19020 | 66.90 | * |
| WILMA L LANG | 715 COLLEGE AVE | | STORM LAKE | IA | 50588-1532 | K13746 | 66.90 | * |
| WILMA LITTLE | 828 S 15TH ST | | CHICKASHA | OK | 73018-4124 | K41955 | 66.90 | * |
| WILMA MAHORNEY | PO BOX 283 | | KAMIAH | ID | 83536-0283 | K41149 | 66.90 | * |
| WILMA NICE | 705 S ROOSEVELT ST | | MARION | KS | 66861-1361 | K45575 | 66.90 | * |
| WILMA OERTEL | 2020 SHAWNEE ST | | LEAVENWORTH | KS | 66048-1683 | K34613 | 66.90 | * |
| WILMA PROCTOR | 105 RIDGELAND RD | | GREENCASTLE | IN | 46135-9450 | K45916 | 66.90 | * |
| WILMA R MINCEY | 611 BYWOOD AVE | | UPPER DARBY | PA | 19082-2123 | K60650 | 66.90 | * |
| WILMA REETZ | 11509 238TH ST | | LAWRENCE | KS | 66044-7315 | K33852 | 66.90 | * |
| WILMA WADDAMS | 4117 W MCFADDEN AVE SPC 311 | | SANTA ANA | CA | 92704-0642 | K27196 | 66.90 | * |
| WILMA WHEAT | 805 N 20TH ST | | LAMESA | TX | 79331-2413 | K48255 | 66.90 | * |
| WILMAJANE ROSE | 514 HERITAGE SQ | | JEFFERSON | OH | 44047-1207 | K17413 | 66.90 | * |
| WILMER [BUTCH] FALK | 1110 COLLEGE AVE | | HOWARDS GROVE | WI | 53083-1215 | K47395 | 66.90 | * |
| WILMER E HALL | 216 S 11TH ST | | AKRON | PA | 17501-1512 | K58661 | 66.90 | * |
| WILMER STAATS | 3315 YAQUI DR | | LAKE HAVASU C | AZ | 86406-7166 | K49629 | 66.90 | * |
| WILNA E BRESTEL | 9334 WOODLEY AVE | | NORTH HILLS | CA | 91343-2902 | K16991 | 66.90 | * |
| WILNA V CRAWFORD | 1152 E ROWLAND AVE | | WEST COVINA | CA | 91790-1868 | K17895 | 66.90 | * |
| WILSON R BRADLEY | 122 E 19TH ST | | SHIP BOTTOM | NJ | 08008-4462 | K54755 | 66.90 | * |
| WINDEL R STRACENER | 5553 STUDY RD | | CENTERVILLE | IN | 47330-9778 | K23814 | 66.90 | * |
| WINFIELD RAGLIN | 4602 DICKENS PRIDE CT | | BOWIE | MD | 20720-5621 | K58252 | 66.90 | * |
| WINIFRED [WINNIE] RICKER | 912 WASHINGTON ST | | GLENVIEW | IL | 60025-4250 | K59333 | 66.90 | * |
| WINIFRED DEWIRE | 97 ANDERER LN APT 301 | | WEST ROXBURY | MA | 02132-2246 | K14125 | 66.90 | * |
| WINIFRED G RAINSFORD | 609 WINDMILL RD | | GALAX | VA | 24333-1945 | K33940 | 66.90 | * |
| WINIFRED HANZLICEK | 159 S CIRCLE DR | | POTWIN | KS | 67123-8600 | K57533 | 66.90 | * |
| WINIFRED J HIGGINS | 20 CLARK LN | | WATERFORD | CT | 06385-2310 | K10480 | 66.90 | * |
| WINIFRED JOYCE SALISBURY | 304 PINEHURST AVE | | SUMMERVILLE | SC | 29483-3526 | K30043 | 66.90 | * |
| WINIFRED LADNER | 5220 S HOLT AVE | | LOS ANGELES | CA | 90056-1120 | V99519 | 66.90 | * |
| WINIFRED TAGGART | 1748 COUNTY ROAD 347 | | LA VERNIA | TX | 78121-4222 | K36702 | 66.90 | * |
| WINIFRED WEISS | 4773 S A ST | | RICHMOND | IN | 47374-6014 | K24030 | 66.90 | * |
| WINNETTE BRADLEY | 3328 KENNY RD | | AUGUSTA | GA | 30906-9012 | K59899 | 66.90 | * |
| WINNIFRED SMALLEY | 103 TEN OAKS DR W | | HENDERSONVILL | TN | 37075-4095 | K45994 | 66.90 | * |
| WINONA D WARE | 16181 HUBBELL ST | | DETROIT | MI | 48235-4026 | K39654 | 66.90 | * |
| WINSTON ADDIS | 3414 161ST CT SE | | BELLEVUE | WA | 98008-5742 | K57188 | 66.90 | * |

Legend:
* = Alumni Research, Inc.: Actual claim may vary from amount indicated.

** = Alumni Research, Inc.                No claims listed in Schedule E/F are community, priority, subject to setoff, contingent, unliquidated or disputed.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number    Street<br><br>City              State         ZIP Code | |
| **2.2** Name<br><br>Number    Street<br><br>City              State         ZIP Code | |
| **2.3** Name<br><br>Number    Street<br><br>City              State         ZIP Code | |
| **2.4** Name<br><br>Number    Street<br><br>City              State         ZIP Code | |
| **2.5** Name<br><br>Number    Street<br><br>City              State         ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | **Column 1: Your codebtor** Name, Number, Street, City, State and ZIP Code | **Column 2: The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **Catherine Louise Laping** **2902 Magnolia Trace** **Tarpon Springs, FL 34688** | ■ Schedule D, line **2.2** ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Navy Federal Credit Union** |
| 3.2 | **Catherine Louise Laping** **2902 Magnolia Trace** **Tarpon Springs, FL 34688** | ■ Schedule D, line **2.1** ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Navy Federal Credit Union** |
| 3.3 | **Catherine Louise Laping** **2902 Magnolia Trace** **Tarpon Springs, FL 34688** | ■ Schedule D, line **2.3** ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Pinellas County Tax** |
| | Alumni Research, Inc. 2902 Magnolia Trace Tarpon Springs, FL 34688 | **Schedule F:** Alumni Research, Inc. is a codebtor for every creditor listed in Schedule F wherein Alumni Research, Inc. is indicated. |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | | **Retired** |
| **Employer's name** | **Pinellas County Supervisor of Elections** | |
| **Employer's address** | **13001 Starkey Road<br>Largo, FL 33773** | |
| **How long employed there?** | **Seasonal Employment;<br>20 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **66.25** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ **66.25** | $ **0.00** |

Debtor 1    **Robert Louis Laping**                                                    Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **66.25** | $ **0.00** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **0.00** | $ **0.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **66.25** | $ **0.00** |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | $ **2,070.00** | $ **1,288.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | $ **2,760.45** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **4,830.45** | $ **1,288.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **4,896.70** + $ **1,288.00** = $ **6,184.70** | |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                                 11. +$ **0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                   12. $ **6,184.70**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1     **Robert Louis Laping**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Your Household

1. **Is this a joint case?**

     ■ No. Go to line 2.
     ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not state the dependents names. | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |
| | | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

**Part 2:**    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $    **1,642.89** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $    0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $    0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    600.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $    0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $    0.00 |

Debtor 1  **Robert Louis Laping**                           Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a.  $ | **220.00** |
| | 6b.  Water, sewer, garbage collection | 6b.  $ | **85.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **180.00** |
| | 6d.  Other. Specify:  **Cell Phones** | 6d.  $ | **80.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **824.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **162.00** |
| 10. | **Personal care products and services** | 10.  $ | **85.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **328.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $ | **358.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **180.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **128.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a.  $ | **0.00** |
| | 15b.  Health insurance | 15b.  $ | **0.00** |
| | 15c.  Vehicle insurance | 15c.  $ | **110.00** |
| | 15d.  Other insurance. Specify: | 15d.  $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a.  $ | **368.56** |
| | 17b.  Car payments for Vehicle 2 | 17b.  $ | **0.00** |
| | 17c.  Other. Specify: | 17c.  $ | **0.00** |
| | 17d.  Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.  Real estate taxes | 20b.  $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify:  **Non-Filing Spouse's Credit Card Payments** | 21.  +$ | **325.00** |
| | **Storage Units (3) 1.Personal 2 and 3. Business** | +$ | **321.00** |
| | **Office Supplies** | +$ | **75.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **6,072.45** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **6,072.45** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **6,184.70** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$ | **6,072.45** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ | **112.25** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.      Explain here: **Debtor maybe required to replace the roof of his home within the next 5 years.**

**Fill in this information to identify your case:**

| Debtor 1 | **Robert Louis Laping** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | **/s/ Robert Louis Laping** | X | |
|---|---|---|---|
| | **Robert Louis Laping** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

| Date | **June 28, 2016** | Date | |
|---|---|---|---|

**Fill in this information to identify your case:**

Debtor 1    Robert Louis Laping
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    _____
First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $265.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Robert Louis Laping**                                        Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $745.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SSI Benefits | $12,420.00 | | |
| | Retirement Income | $19,350.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | SSI Benefits | $26,098.00 | | |
| | Retirement Income | $39,236.00 | | |
| | Interest / Dividends | $50.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | SSI Benefits | $36,201.00 | | |
| | Retirement Income | $38,117.00 | | |
| | Interest / Dividends | $25.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ■  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    **Robert Louis Laping**                    Case number *(if known)*

□ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

□ **No.**    Go to line 7.

□ **Yes**    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ **No**
□ **Yes.** List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ **No**
□ **Yes.** List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

□ No
■ **Yes.** Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Office of the Attorney General, State of Florida, Department of Legal Affairs vs. Alumni Research, Inc. a Florida Corporation; and Robert Laping, an individual 2015-CA-2015** | **Civil** | **West Pasco Judicial Center 7530 Little Road New Port Richey, FL 34654** | □ Pending<br>□ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

■ **No.** Go to line 11.
□ **Yes.** Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

| Debtor 1 | **Robert Louis Laping** | Case number *(if known)* |
|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

<div style="background:black;color:white">**Part 5:**</div> List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

<div style="background:black;color:white">**Part 6:**</div> List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<div style="background:black;color:white">**Part 7:**</div> List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Perenich The Law Firm**<br>**25749 US Highway 19 North**<br>**Suite 200**<br>**Clearwater, FL 33763** | | **6/1/2016** | **$1,600.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Robert Louis Laping**                                    Case number (*if known*) _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **CarMax Auto Superstores, Inc.**<br>**2550 Roosevelt Blvd**<br>**Clearwater, FL 33760**<br><br>**N/A** | **2006 BMW 4D Sport Utility**<br>**X3/ 89,730 miles** | **$6,0000** | **9/23/2015** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **TD Ameritrade**<br>**PO Box 2209**<br>**Omaha, NE 68103** | **XXXX-7613** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other __IRA__ | **9/9/2015** | **$517.66** |
| **TD Ameritrade**<br>**PO Box 2209**<br>**Omaha, NE 68103** | **XXXX-3299** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other __Stock__ | **8/26/2015** | **$263.82** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    **Robert Louis Laping**                                                Case number *(if known)*

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Bank Of America | | Important Papers | ■ No<br>☐ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Derby Self Storage<br>2262 US Highway 19<br>Holiday, FL 34691 | Robert Louis Laping<br>2902 Magnolia Trace<br>Tarpon Springs, FL 34688 | Alumni Research, Inc.<br>Paperwork | ☐ No<br>■ Yes |
| Trinity Self Storage<br>4134 Little Road<br>New Port Richey, FL 34655 | Debtor and Spouse | Christmas Decorations and miscellaneous memory items belonging to debtor and spouse. | ☐ No<br>■ Yes |

### Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Alumni Research, Inc. | Derby Self Storage<br>2262 US Highway 19<br>Holiday, FL 34691 | Business records and other corporate documents. Miscellaneous business equipment. | $10.00 |

### Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1  **Robert Louis Laping**                                    Case number *(if known)*

---

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☑ An officer, director, or managing executive of a corporation

    ☑ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies.  Go to Part 12.

    ☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Alumni Research, Inc.**<br>**2332 US Highway 19**<br>**Holiday, FL 34691** | **Publishing Company** | EIN:      **59-3213691**<br><br>From-To  **11/1993-7/17/2015** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ☑ No
    ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    __Robert Louis Laping__                                          Case number *(if known)* _____

---

**Part 12:**    Sign Below

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Robert Louis Laping
_____          _____
**Robert Louis Laping**                                         **Signature of Debtor 2**
**Signature of Debtor 1**

Date    __June 28, 2016__                                    Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Louis Laping** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Navy Federal Credit Union**<br><br>Description of property securing debt: **First Mortgage for Undivided 1/2 Interest in Homestead Real Property located at 2902 Magnolia Trace Tarpon Springs, FL 34688-8530** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Navy Federal Credit Union**<br><br>Description of property securing debt: **Undivided 1/2 Interest in 2012 Jeep Liberty** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Pinellas County Tax**<br><br>Description of **Property Taxes for Undivided** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Robert Louis Laping**                                          Case number *(if known)* _____

| property securing debt: | **1/2 Interest in 2902 Magnolia Trace Tarpon Springs, FL 34688** | ☐ Retain the property and [explain]: _____ |

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Robert Louis Laping**                                    X  _____
   **Robert Louis Laping**                                           Signature of Debtor 2
   Signature of Debtor 1

Date    **June 28, 2016**                                          Date  _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Robert Louis Laping**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Florida

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

       **Debtor 1**

Gross receipts (before all deductions)   $ _____

Ordinary and necessary operating expenses   –$ _____

Net monthly income from a business, profession, or farm   $ _____   **Copy here ->** $ _____     $ _____

6. **Net income from rental and other real property**

       **Debtor 1**

Gross receipts (before all deductions)   $ _____

Ordinary and necessary operating expenses   –$ _____

Net monthly income from rental or other real property   $ _____   **Copy here ->** $ _____     $ _____

7. **Interest, dividends, and royalties**     $ _____     $ _____

Debtor 1  **Robert Louis Laping** _____  Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $ _____

For your spouse .......................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _____  $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____  $ _____  $ _____

_____  $ _____  $ _____

Total amounts from separate pages, if any.  + $ _____  $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

Total current monthly income

---

**Part 2:**  **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............................ **Copy line 11 here=>**  $ _____

Multiply by 12 (the number of months in a year)  **x 12**

12b. The result is your annual income for this part of the form  12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  _____

Fill in the number of people in your household.  _____

Fill in the median family income for your state and size of household.  13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**  **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Robert Louis Laping _____

**Robert Louis Laping**
Signature of Debtor 1

Date  **June 28, 2016** _____
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Robert Louis Laping</strong></td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   Middle District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　　☐ No.   Go to line 3.

   　　☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　　☐ No.   Complete Form 122A-1. Do not submit this supplement.

   　　☐ Yes.  Check any one of the following categories that applies:

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   　　　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Robert Louis Laping**                 Case No. _____
                                   Debtor(s)     Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 28, 2016** _____        **/s/ Robert Louis Laping** _____
                                             **Robert Louis Laping**
                                             Signature of Debtor

Robert Louis Laping
2902 Magnolia Trace
Tarpon Springs, FL 34688

Timothy Perenich
Perenich Law, PL
25749 US 19 N Ste 200
Clearwater, FL 33763

3333 US 19, LLC
2324 Lilac Dr
Palm Harbor, FL 34683-5890

[CHRIS] MARIA WALSH
18 LARKSPUR CT
FARMINGDALE, NY 11735-2125

A DANIEL HAMILTON
7391 PINE FOREST RD
PENSACOLA, FL 32526-3909

A DAVID GERHART
352 EDGEHILL DR
AKRON, PA 17501-1225

A DUANE STRUNK
2974 W STATE ROAD 44
CONNERSVILLE, IN 47331-7814

A GARY KASTMAN
1684 N 2175 EAST RD
FINDLAY, IL 62534-4150

A GUY SIMMONS
101 W RIVER RD UNIT 184
TUCSON, AZ 85704-5110

A JAY GROSS
3 BAYARD RD APT 58
PITTSBURGH, PA 15213-1926

A JOANNE TELLMAN
106 DORMAN DR
ELIZABETH, PA 15037-2427

A JOSEPH BITONTE
2052 HONEYTREE LOOP N
COLUMBUS, OH 43229-4629

A LANDON BAKER
501 TIDEPOINTE WAY APT 5316
HILTON HEAD I, SC 29928-3054

A LARENE FILIATRAULT
137 GERRISH AVE
DRACUT, MA 01826-4515

A PATRICIA ROSZKOWSKI
2507 W 17TH ST
WILMINGTON, DE 19806-1101

A RAYMOND CHALLIS
10 THE FAIRWAY
WOODSTOCK, GA 30188-2200

A W [AARON] HAMLETT
707 UNION AVE
GRANTS PASS, OR 97527-5547

A WILLIAM [BILL] BRYAN
529 CROSSLANDS DR
KENNETT SQUAR, PA 19348-2028

A. MURRAY CORLISS
360 SOUTH ST
FOXBORO, MA 02035-2793

AARON FLEISCHER
6 VILLAGE RD
WESTON, MA 02493-1338

AARON GIRBACH JR
926 WATSON DR
SALINE, MI 48176-1030

AARON JONES
20203 MEADOW LN
BEND, OR 97701-8905

AARON R SMALL
33 LEAWOOD CT
COLUMBIA, SC 29206-1364

AARON S SWEIGART
58 WEAVER AVE
EPHRATA, PA 17522-1370

AARON VINCENT LEATHERS SR
5644 GARY AVE
ALEXANDRIA, VA 22311-1536

AARONE CORWIN
9217 NAWASSA DR
MIDWEST CITY, OK 73130-4327

ABBE ANOLIK
125 S LEXINGTON AVE
PITTSBURGH, PA 15208-2719

ABE STEVENSON
3102 HILAND AVE
GLENN DALE, MD 20769-2100

ABIGAIL CLEGHORN
18 LAKE MARION DR
NORTH AUGUSTA, SC 29841-8666

Accurint/Lexis Nexis
PO Box 7247-6157
Philadelphia, PA 19170-0001

ACE KEITH HALL
PO BOX 2141
DURANGO, CO 81302-2141

ADA ANN HEALEY
13780 BLENHEIM TRAIL RD
FORT MYERS, FL 33908-1719

ADA ANNETTE SPRULL
705 BOLD ST
PORTSMOUTH, VA 23701-3901

ADA DAVIS
5000 5TH AVE APT 103
PITTSBURGH, PA 15232-2150

ADA E KOTH
500 W 10TH ST SPC 140
GILROY, CA 95020-6530

ADA LOUISE PACE
7630 CARLETON AVE
UNIVERSITY CI, MO 63130-1620

ADA MARIE SMITH
1517 JUDSON DR
LONGMONT, CO 80501-2538

ADA SOYEZ
9110 NE PARALLEL ST
EL DORADO, KS 67042-8574

ADAIRE HOYT
4406 BIRCHWOOD LN
ALLISON PARK, PA 15101-1306

ADAM RICHTER
2265 S BASCOM AVE APT 45
CAMPBELL, CA 95008-4311

ADELA HOKE
511 PARK BLVD
VERSAILLES, OH 45380-1422

ADELAIDE JACKSON
180 NE 209TH AVE
OLD TOWN, FL 32680-4408

ADELAIDE MARY QUILLEN
65 STONEYFORD RD
HOLLAND, PA 18966-2501

ADELAIDE SANDERS
1448 PEA RIDGE HWY
JONESVILLE, SC 29353-3106

ADELE G PARKER
1 CROFT CT
PORTSMOUTH, VA 23703-3647

ADELE HALPIN
200 HAYPATH RD
OLD BETHPAGE, NY 11804-1434

ADELE JUZI
867 JEFFERSON WAY
WEST CHESTER, PA 19380-6908

ADELE MCCONNELL
107 HUNTINGTON RD
GARDEN CITY, NY 11530-3121

ADELE POLISE
172 ROLLING MEADOW DR
HOLLISTON, MA 01746-2632

ADELE STONE
120 CROWN POINT RD
LONGVIEW, WA 98632-5918

ADELINE KAPINUS
1416 CATHERINE ST
JOLIET, IL 60435-4034

ADELINE KRUSE
515 S LOUIS ST
MOUNT PROSPEC, IL 60056-3936

ADOLPH MUELLER JR
2701 W 32ND ST
JOPLIN, MO 64804-1319

ADOLPHUS L NELUM
5773 NORTHTON CT
WOODBRIDGE, VA 22193-3908

ADORE' FARMER
52063 SE 3RD PL
SCAPPOOSE, OR 97056-3801

ADRIAN AMBLER JR
1740 ROLFE RD
MASON, MI 48854-9249

ADRIAN KUCZYNSKI
4 WHITE PINE LN
SAINT PAUL, MN 55110-1826

ADRIAN L HANSEN
8154 E PALM LN
SCOTTSDALE, AZ 85257-3040

ADRIAN T TAPIA
4595 AVENIDA DE LA LUZ
YORBA LINDA, CA 92886-3148

ADRIENNE ARENSON
1402 MEADOWLARK DR
PITTSBURGH, PA 15243-1220

ADRIENNE BARTELL
3026 YORK RD
SAINT JAMES C, FL 33956-2377

ADRIENNE CHILDRESS
4117 N MARMORA AVE
CHICAGO, IL 60634-1730

ADRIENNE M WILSON
1085 DAVERIC DR
PASADENA, CA 91107-1739

ADRIENNE MARTIN
617 ROBINSON LN
HAVERFORD, PA 19041-1921

ADRIENNE MULLER
1206 PEAR TREE LN
HOUSTON, TX 77073-1237

Advanced Payroll Consultants
965 E. MLK Jr. Dr
Tarpon Springs, FL 34689-4802

Advanta Credit Card
PO Box 660676
Dallas, TX 75266-0676

Aetna Life Insurance Company
PO Box 7247-0213
Philadelphia, PA 19170-0001

AGNES (NAN) OSKIN
700 LARIMER AVE
NORTH VERSAIL, PA 15137-1244

AGNES [TUDIE] MCENEANEY
5364 SE LOST LAKE WAY
HOBE SOUND, FL 33455-8121

AGNES BULLEN
2192 MCCONNELL HWY
CHARLOTTE, MI 48813-9721

AGNES EPPERSON
596 FOSTER AVE
BARTLETT, IL 60103-7519

AGNES GOLSON
1626 LEXINGTON AVE
MONROE, LA 71201-3432

AGNES HOYT
3300 S COLUMBINE CIR
ENGLEWOOD, CO 80113-7605

AGNES J [AGGIE] DALY
4514 ELLENITA AVE
TARZANA, CA 91356-4930

AGNES KIRKLAND
12106 NORTHWOOD DR
UPPER MARLBOR, MD 20772-5023

AGNES SCHATZ
1711 SUMMER ST
BURLINGTON, IA 52601-3268

AGNES T LESLIE
25 BROWER DR
BRICK, NJ 08723-5801

AGNES V BROWN
3707 N RILEY AVE
INDIANAPOLIS, IN 46218-1656

AILEEN COCHRANE
PO BOX 83
OAKLAND, AR 72661-0083

AILENE GRAY
2408 25TH ST LOT 47
SPIRIT LAKE, IA 51360-7038

AIMEE ACKELL
83 THE CIR
GLEN HEAD, NY 11545-2247

AIMO HILL JR
109 SPA VIEW AVE
ANNAPOLIS, MD 21401-3542

AINSLEE M FREEH
1992 JAMES AVE
ST PAUL, MN 55105-1718

AJ ECONOMIDES
13853 S TAMARACK DR
PLAINFIELD, IL 60544-6358

AL [DENNY] DENTINO
7518 W REDWING DR
PEORIA, IL 61604-4224

AL AMARAL
1904 KENSINGTON DR
CARROLLTON, TX 75007-2417

AL DODSON
811 SUSAN DR
MORGAN CITY, LA 70380-1682

AL F [BINK] WITTMANN JR
13406 CUMING ST
OMAHA, NE 68154-5274

AL GORT
1647 LACAVA RD
MERCED, CA 95348-9202

AL HERBERGER
47375 SUNRISE TER
STERLING, VA 20165-2443

AL R TROIANELLO
2222 VALLEY VIEW RD
MONTROSE, PA 18801-6787

AL ROHMEYER
6610 80TH ST S
WISCONSIN RAP, WI 54494-9066

AL SINNER
4401 TABOR RD
RACINE, WI 53402-9733

AL TADAY
283 N BRIDE BROOK RD
EAST LYME, CT 06333-1447

AL VELICA
1388 N CENTERVILLE RD
CENTERVILLE, IN 47330-9679

ALAN B WAYNE
80351 OAKTREE
LA QUINTA, CA 92253-4606

ALAN BULLERDIEK
844 MARTIN DR
EAST AURORA, NY 14052-1934

ALAN BUNCHER
2405 ANTIGUA CIR APT B3
COCONUT CREEK, FL 33066-1013

ALAN CHIPURNOI
91 WESTBURY AVE
PLAINVIEW, NY 11803-3627

ALAN D BODE
1443 BLUE LAKE CIR
PUNTA GORDA, FL 33983-5904

ALAN D LOURIE
700 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20037-2407

ALAN D NEIBERG M.D.
1200 E MICHIGAN AVE STE 500
LANSING, MI 48912-1899

ALAN E BRANDT
108 COLBURN PT
CHAPEL HILL, NC 27516-8073

ALAN E RUBIN
PO BOX 105
UNIVERSAL CIT, TX 78148-0105

ALAN FRANKEL
2161 HUNTINGTON CT S
WEXFORD, PA 15090-7590

ALAN G HEDGES
6741 WEATHERED DR
MILTON, FL 32570-2211

ALAN G THOLE
13930 XANTHUS AVE
ROGERS, MN 55374-9187

ALAN H GOODMAN
4401 SPICEWOOD SPRINGS RD AP
AUSTIN, TX 78759-8589

ALAN J KOCHER
2455 E COUNTY ROAD 67 LOT 5
ANDERSON, IN 46017-1920

ALAN LEE KONCZ
1910 EAGLE CT
OWOSSO, MI 48867-9052

ALAN H SCOTT
16444 N 56TH PL
SCOTTSDALE, AZ 85254-1288

ALAN J STRAUSS
67 FREEMONT ST
LEXINGTON, MA 02421-6528

ALAN LOSS
62 DEER FORD DR
LANCASTER, PA 17601-5673

ALAN HERZOG
969 SPRING RIDGE DR
IOWA CITY, IA 52246-5822

ALAN J SWINDLER
2136 COPELARE DR
MILTON, FL 32583-3318

ALAN MINTZ
6307 KINGS GATE CIR
DELRAY BEACH, FL 33484-2417

ALAN HUTCHINS
9891 W PEMBRIDGE DR
STAR, ID 83669-5661

ALAN K BUTTERFIELD
507 CARLA DR
SHOREWOOD, IL 60404-9708

ALAN MURPHY
323 POST RD
IOWA CITY, IA 52245-3629

ALAN I ALFORD
323 BOSTON POST RD STE 3
SUDBURY, MA 01776-3022

ALAN K VERJINSKY
4882 2ND ST
VESPER, WI 54489-9410

ALAN PATTERSON
116 COUNTRY LN
CANTON, MS 39046-9450

ALAN ISAACS
1250 CAMPANELLI DR
PLANTATION, FL 33322-4533

ALAN L BRYANT
5750 HIGHWAY 127 N
NEW LIBERTY, KY 40355-9301

ALAN R NATHAN
81 PORTER ST
CAMBRIDGE, MA 02141-1005

ALAN J CHARTKOFF
35 WHITE SISTERS WAY
CANTON, MA 02021-2048

ALAN L MATHENY
5271 WYNDEMERE COMMON SQ
SWARTZ CREEK, MI 48473-8913

ALAN S GOLDSTEIN
100 ELK VALLEY WAY
EVERGREEN, CO 80439-4951

ALAN J HARTNICK
168 E 74TH ST APT 3A
NEW YORK, NY 10021-3561

ALAN L SKVIRSKY
1606 19TH ST NW
WASHINGTON, DC 20009-1602

ALAN S MCCONNELL
1902 HAVERHILL RD
BALTIMORE, MD 21234-2718

ALAN J KAZLAUCKAS
250 E OVERLOOK DR
EASTLAKE, OH 44095-1109

ALAN L WAID
301 S EAGLE DR
MERRILL, WI 54452-3714

ALAN SHAPIRO
3039 POE DR
MONTGOMERY, TX 77356-5543

ALAN SHUCARD
4848 N LYDELL AVE APT 119
MILWAUKEE, WI 53217-5851

ALBERT [AL] RULLMAN
3317 QUAIL RIDGE LN
MATTHEWS, NC 28104-5404

ALBERT C ADAM JR
1051 BARROW CT
WESTLAKE VILL, CA 91361-1802

ALAN SPETNER
40 STONEYSIDE LN
SAINT LOUIS, MO 63132-4122

ALBERT [BABE] PALMER
PO BOX 622
PERRYOPOLIS, PA 15473-0622

ALBERT C CLAUS
15928 W WOODBINE CIR
VERNON HILLS, IL 60061-4116

ALAN T DAFFERNER
PO BOX 1097
ALCOA, TN 37701-1097

ALBERT [BERT] OEHLER JR
2248 SPRINGDALE RD
CINCINNATI, OH 45231-1806

ALBERT C EASTERLING JR
1113 NEYREY DR
METAIRIE, LA 70001-3830

ALAN V ABRAMS MD
300 E 77TH ST APT 10D
NEW YORK, NY 10075-2484

ALBERT A MERRANKO
4461 ROUTE 908
NATRONA HEIGH, PA 15065-3018

ALBERT DENOVELLIS
606 W STATE ST
NORTH AURORA, IL 60542-1539

ALAN YAKUBOFF
30 LONGACRE DR
HUNTINGTON, NY 11743-3966

ALBERT ARDELLINI
N96W15986 COUNTY LINE RD
GERMANTOWN, WI 53022-5115

ALBERT E BRIEDE III
103 BORDEAUX ST
METAIRIE, LA 70005-4230

ALANA BRADY
223 BOMBAY AVE
LAUD BY SEA, FL 33308-4402

ALBERT B LYONS
54 PARKER AVE
NEWPORT, RI 02840-6942

ALBERT E CRANDALL
8135 SYCAMORE RD
INDIANAPOLIS, IN 46240-2577

ALANA ROZIER
1201 BLACK ROAD EXT SE
DARIEN, GA 31305-3225

ALBERT BLAKE
5811 W 35TH ST S
WICHITA, KS 67215-1789

ALBERT E FRIEND
6000 GREAT OAK DR
MURRYSVILLE, PA 15632-9257

ALANNA NEWTON
PO BOX 10149
SEDONA, AZ 86339-8149

ALBERT BLOUGH
571 E 28TH DIVISION HWY
LITITZ, PA 17543-9766

ALBERT ENG
20 TIMBERPOINT RD
EAST ISLIP, NY 11730-2415

ALBERT [AL] GULDEN JR
1303 E JETER RD
BARTONVILLE, TX 76226-9407

ALBERT C [ACE] MCMANUS
2285 HOBSON RD
LANCASTER, PA 17602-1105

ALBERT F HARMON JR
30 SCOTT DR APT B
DRAVOSBURG, PA 15034-1125

ALBERT F KLAVORA
7655 PUDDINGSTONE DR
CHESTERLAND, OH 44026-1339

ALBERT H PUTMAN
115 CYNISCA ST
WAXAHACHIE, TX 75165-2303

ALBERT MELVIN MILLER
3928 COLONEL ELLIS AVE
ALEXANDRIA, VA 22304-1704

ALBERT FELDKAMP
11600 W MICHIGAN AVE
SALINE, MI 48176-9626

ALBERT HOGOBOOM
1701 COUNTRY CLUB RD
EL DORADO, KS 67042-4111

ALBERT NIETERS
135 ROSELAWN AVE E
SAINT PAUL, MN 55117-1923

ALBERT G [GREG] VOLLENDORF
888 WALKER LOOP
THE VILLAGES, FL 32162-7486

ALBERT J [BARNEY] MCMULLEN
1014 HUNTERS LAKE DR
JOHNSON CITY, TN 37604-8324

ALBERT R STOSS
687 N VINEYARD CIR
PORT CLINTON, OH 43452-4124

ALBERT GARRETT WICHTERICH JR
9327 TRANQUIL PARK DR
SPRING, TX 77379-6637

ALBERT J LONG
2569 TOWN ROAD 282
INTERNATIONAL, MN 56649-8919

ALBERT ROENSCH
27 JOYA DR
PALM DESERT, CA 92260-0328

ALBERT GATHMAN
12797 35TH ST
OELWEIN, IA 50662-9692

ALBERT J MC ALOON
7416 HIGHLAND ST
SPRINGFIELD, VA 22150-3606

ALBERT SANTORO
24 ELTON DR
EAST NORTHPOR, NY 11731-6008

ALBERT H [BUD] KRAPF
PO BOX 666
CARLISLE, MA 01741-0666

ALBERT JONES
143 EADE AVE
GLENSHAW, PA 15116-1438

ALBERT SELL
7517 W CARMEN AVE
HARWOOD HEIGH, IL 60706-3405

ALBERT H GRAZIANO
3100 SW 31ST PL
DES MOINES, IA 50321-1954

ALBERT L DELTONDO
2229 ROCKWELL LN
MANTECA, CA 95336-5139

ALBERT SHELTON TAYLOR III
1809 S COLLEGE ST
TRENTON, TN 38382-3940

ALBERT H HOLLYFIELD
12429 135TH STREET CT E
PUYALLUP, WA 98374-4662

ALBERT MACKEY
245 OAK AVE APT 319
SEBRING, FL 33870-3631

ALBERT SMOCHKO
107 IOLA ST
GLENSHAW, PA 15116-2026

ALBERT H MAYSLES
343 MALCOLM X BLVD FL 1
NEW YORK, NY 10027-3933

ALBERT MARKEL
448 BEAUMONT ST
HAMPTON, VA 23669-1609

ALBERT W GRANZOW III
6015 W QUAIL AVE
LAS VEGAS, NV 89118-2756

ALBERT  WEINNIG
1762 GLENDALE RD
DERIDDER, LA 70634-3065

ALBIN  L  VAREHA
113 ATTERBURY RD
MONROEVILLE, PA 15146-4801

ALEX  LEE
8345 HEBRON CHURCH RD
GARNER, NC 27529-9172

ALBERT  WRIGHT
12418 S LA SALLE ST
CHICAGO, IL 60628-7317

ALCENA  DAWSON
520 DES MOINES ST
KEOKUK, IA 52632-5424

ALEX  ROBINSON
4415 MILLER CREEK CT
STOCKTON, CA 95219-4967

ALBERTA  BURDICK
248 PALATINE RD
PITTSGROVE, NJ 08318-3518

ALDEN  FIERTZ
PO BOX 385
SOUTH WOODSTO, VT 05071-0385

ALEX  S  CARPENTER
8059 DANIEL PL NW
SILVERDALE, WA 98383-9238

ALBERTA  DANIELSON
2219 PLEASANT DR
WHITE OAK, PA 15131-1923

ALEAN  FORD
8190 NW 12TH CT
CORAL SPRINGS, FL 33071-6710

ALEX  TYREE
13506 ABERCROMBIE DR
ENGLEWOOD, FL 34223-4087

ALBERTA  ELLIOTT
1633 WESLEYAN DR OFC
MACON, GA 31210-0849

ALESA  CASE
2096 TIMBER LN
CORALVILLE, IA 52241-9720

ALEXANDER  A  BONNYMAN
20 OAKFIELD DR SE
ROME, GA 30161-5991

ALBERTA  J  HORMANN
3614 KNOLL RD
FORT WAYNE, IN 46809-1942

ALETHA  VRADENBURG
823 HIGH ST
KEOKUK, IA 52632-4926

ALEXANDER  C  DEMETER
4 INTERVALE AVE
MEDFORD, MA 02155-3117

ALBERTA  LEFEBER
PO BOX 1162
BERTHOUD, CO 80513-2162

ALETTA  HARDIN
3618 JOHNSON STREET RD
KEOKUK, IA 52632-9746

ALEXANDER  HILLIARD
214 DEVOE ST APT 1
BROOKLYN, NY 11211

ALBERTA  MARY  RYDER
1511 DEBORAH DR APT 311
LOWELL, MI 49331-1268

ALEX  HARPER  SR
1521 PROVIDENCE RD
LAKELAND, FL 33805-3429

ALEXANDER  JAFTOK
152 FISHER AVE
STATEN ISLAND, NY 10307-1310

ALBERTHA  DREXLER
619 SAINT PETER ST
JEANERETTE, LA 70544-5436

ALEX  J  BANES
503 AVENIDA DEL VERDOR
SAN CLEMENTE, CA 92672-2451

ALEXANDER  LAWRENCE
3201 ELMREEB DR
COLUMBUS, OH 43219-3217

ALEXANDER MORTON III
18829 SE WINDWARD ISLAND LN
JUPITER, FL 33458-1117

ALFRED A MIXON
964 CAMPBELLTON DR
NORTH AUGUSTA, SC 29841-3203

ALFRED HENRY
9540 STONEROCK RD
VERSAILLES, OH 45380-9718

ALEXANDER S MURRAY JR
1009 PRAIRIE ST
SAINT CHARLES, IL 60174-3638

ALFRED A SCARBERRY
1586 HOLCOMB HOLLOW RD
THURMAN, OH 45685-9316

ALFRED J FUCHS
710 S FITCH MOUNTAIN RD APT
HEALDSBURG, CA 95448-4655

ALEXANDER SMITH
7224 CHATELAIN DR
NEW ORLEANS, LA 70128-2513

ALFRED B CAMBRE
2301 IDAHO AVE APT 216
KENNER, LA 70062-5761

ALFRED J THERIOT JR
103 MARLIN DR
SLIDELL, LA 70461-1130

ALEXANDER W [BILL] GERZ
635 APPLE RD
LANCASTER, PA 17601-3401

ALFRED BANISTER
1610 28TH ST
PORTSMOUTH, OH 45662-2641

ALFRED P SMITH
5 REED RD
MORRISTOWN, NJ 07960-4815

ALEXANDRA SILBER
2741 GALICIA WAY
CARLSBAD, CA 92009-8142

ALFRED C HASSENBOEHLER
532 BELLANGER ST
HARVEY, LA 70058-2746

ALFRED PAPESH
813 CASSIE DR
JOLIET, IL 60435-2935

ALEXANDRA THOMAS
41 ENCAMPMENT DR
BEDMINSTER, NJ 07921-1828

ALFRED CAMPBELL WALTERS
4 LAKE COMO CT
GREENVILLE, SC 29609-3063

ALFRED R RAPOSA
45 LOCUST AVE
PORTSMOUTH, RI 02871-1122

ALEXANDRIA DUNNE
3638 211TH ST
BAYSIDE, NY 11361-1954

ALFRED E SMITH
251 NAVARRE RD
ROCHESTER, NY 14621-1041

ALFRED RUSTON
121 N DAVID AVE
JACKSON, OH 45640-1112

ALFONSO FAMOSO
3819 BAKER RD
WESTMINSTER, MD 21157-7810

ALFRED G WILLIAMS
11224 SHALIMAR DR
FORT WAYNE, IN 46845-1227

ALFRED S KOFFLER
11865 DUNBAR CT
WEST PALM BEA, FL 33412-1620

ALFRED [TERRY] PEZZOLA
2600 PALMER AVE
BRISTOL, PA 19007-5803

ALFRED GARRASI JR
19241 WEDGEWOOD
RIVERVIEW, MI 48193-8438

ALFRED SEKSCIENSKI
45 OAK HILLS DR
HANOVER, PA 17331-9738

ALFRED TOBORG
PO BOX 272
LYNDONVILLE, VT 05851-0272

ALFRED W MURRAY
2190 BETHANY RD
MADISON, GA 30650-4703

ALFRED WEST
242 NW 86TH TER
CORAL SPRINGS, FL 33071-7446

ALFREDA TAYLOR
15241 SW 46TH CT
MIRAMAR, FL 33027-3637

ALFREDO [FRED] SOLORIO
2165 PICO CT
EL DORADO, KS 67042-4082

ALFRIEDA ANDERSON
222 GRANADA DR
UNIVERSAL CIT, TX 78148-3137

ALGONA HIGH SCHOOL
ALGONA COMMUNITY SCHOOL FOUN
600 SOUTH HALE ST
ALGONA, IA 50511-2900

ALGONA HIGH SCHOOL
c/o BARBARA TEETER
600 SOUTH HALE ST
ALGONA, IA 50511-2900

ALICE [KIT] PORTER
101 N UPPER BROADWAY ST APT
CORPUS CHRIST, TX 78401-2750

ALICE ANN GESSNER
8 JO ANN LN
MILTON, PA 17847-2113

ALICE BAUER
2522 DOGWOOD RIDGE RD
WHEELERSBURG, OH 45694-9070

ALICE BRICK
14 FORSYTHIA CT
MARLTON, NJ 08053-4402

ALICE C SIEVERSON
149 RAYMOND AVE
BARRINGTON, IL 60010-3016

ALICE CHRENKO
39840 SUNBURY RD
NORTHVILLE, MI 48167-9503

ALICE CHRISTIAN
3 BETHANY AVE
TITUSVILLE, NJ 08560-1817

ALICE CISCO
PO BOX 384
CALEDONIA, OH 43314-0384

ALICE CORKERY ESQ
515 WOODLAND AVE
WESTFIELD, NJ 07090-2300

ALICE DIXSON
918 10TH ST
INTERNATIONAL, MN 56649-2844

ALICE E [BETTY] KENDRICK
814 EL DORADO PKWY W
CAPE CORAL, FL 33914-7233

ALICE E BRAASCH
7509 NEWTON DR
LOUISVILLE, KY 40228-1746

ALICE E RUSSELL
PO BOX 234
MATTHEWS, NC 28106-0234

ALICE EDWARDS
10116 274TH ST E
GRAHAM, WA 98338-9115

ALICE ERDMAN
1240 MERRILL AVE APT 301
WAUSAU, WI 54401-2641

ALICE FAYE GLOVER-NORRIS
PO BOX 2696
JOLIET, IL 60434-2696

ALICE HAGEMEYER
667 SNYDER RD
HIGHLAND, MI 48357-2862

ALICE HEINEN
1124 RAINBOW CT
MUKWONAGO, WI 53149-1020

ALICE HUFFMAN
154 EUCLID ST
VERSAILLES, OH 45380-1152

ALICE IRIZARRY
239 RIDGE RD
BROWNS MILLS, NJ 08015-4512

ALICE L PERKINS
21752 COLUMBUS AVE
CUPERTINO, CA 95014-4713

ALICE MILLER-HICKEY
263 RIVER AVE APT 65
PATCHOGUE, NY 11772-3388

ALICE J HURLEY
250 SHERWOOD DR
CRANBERRY TOW, PA 16066-4364

ALICE LIVERMAN
15710 RIVERSIDE DR W APT LV
NEW YORK, NY 10032-7033

ALICE MORALES
15300 PALM DR SPC 190
DESERT HOT SP, CA 92240-6958

ALICE J MOEBUS
16951 MADOLINE ST
BEVERLY HILLS, MI 48025-5405

ALICE LOHR
11444 SE 90TH AVE APT 1318
HAPPY VALLEY, OR 97086-4608

ALICE NIELSEN
PO BOX 212
WESTSIDE, IA 51467-0212

ALICE J SMITH
6217 E EVANS CREEK RD
ROGUE RIVER, OR 97537-9605

ALICE LUCIA
1236 VIRGINIA AVE
DES MOINES, IA 50315-2252

ALICE NIVENS BOYD LVN
2200 SW 7TH AVE APT 710
AMARILLO, TX 79106-6791

ALICE JERNIGAN
2945 CHESTNUT ST
SHREVEPORT, LA 71109-2215

ALICE M HARRINGTON
5244 KAYWOOD CT
FAIRFAX, VA 22032-2618

ALICE PROCTOR
245 S ELM ST APT 303
WACONIA, MN 55387-1433

ALICE JURIST
5 GARRISON LN
MENDHAM, NJ 07945-2701

ALICE M HAWKS
PO BOX 325
MONTROSE, CO 81402-0325

ALICE R TRAPP
39 ERICKSON RD
ESKO, MN 55733-9556

ALICE K [TRINA] LOSINNO
244 SYLVANIA AVE
GLENSIDE, PA 19038-4113

ALICE MARTHALLER
520 JOANN DR
CONNEAUT, OH 44030-3042

ALICE RIDDELL
1470 NW 80TH AVE APT 401
MARGATE, FL 33063-2918

ALICE K CUNNINGHAM
4911 W PARK DR
AUSTIN, TX 78731-5535

ALICE MC NEAL
3407 9 IRON CT
FORT MYERS, FL 33917-7214

ALICE ROHRET
206 IOWA ST
WATERLOO, IA 50703-3850

ALICE L DOWNEY
5607 TEAGARDEN PL
HOPE MILLS, NC 28348-5215

ALICE MCGOWAN
1948 WALNUT ST
HOLT, MI 48842-6613

ALICE S CLEARY
958 LOCUST GROVE TER
BRYN MAWR, PA 19010-1362

ALICE SAKOWSKI
711 WINTERTHUR WAY
EASTON, PA 18040-7445

ALICE SPRAFKA
1131 14TH ST N
WISCONSIN RAP, WI 54494-3018

ALICIA DAY
382 BIRCHFIELD DR
MARIETTA, GA 30068-3808

ALICE SALERNO
20 HOLDEN LN
BAYVILLE, NY 11709-3003

ALICE STERN BERKMAN
49 BRIAR HOLLOW LN UNIT 803
HOUSTON, TX 77027-9308

ALICIA MULLIKEN
PO BOX 91
EPHRAIM, WI 54211-0091

ALICE SAVIDGE
632 SLIFER AVE
LEWISBURG, PA 17837-6856

ALICE SYKES
2914 WINCHESTER AVE
LONGPORT, NJ 08403-1337

ALICIA P DARDEN
2809 PINEWELL ST
PORTSMOUTH, VA 23704-6038

ALICE SHAPIRO
159 LEBEAU PIKE
PITTSBURGH, PA 15221-4253

ALICE UTSEY
346 CURTIS TIGNOR RD
NEWPORT NEWS, VA 23608-2714

ALICIA RUTHERFORD
8 RIDGEWOOD AVE
MOUNT VERNON, OH 43050-3142

ALICE SHEARER
717 FAIRVIEW DR
AURORA, OH 44202-9531

ALICE WALKER
614 W 12TH ST
LAKELAND, FL 33805-3616

ALINA PAULA MACNEAL
3711 HAMILTON ST
PHILADELPHIA, PA 19104-2313

ALICE SHUPE
4799 LOCKER RD SE
PORT ORCHARD, WA 98366-8736

ALICE WALSH
5011 LAKE TOSCANA DR
WIMAUMA, FL 33598-4429

ALINE THOMPSON
305 OIL HILL RD
EL DORADO, KS 67042-3353

ALICE SIMMONS
332 STONEWALL CIR
WOODSTOCK, VA 22664-1404

ALICE WASHINGTON
7702 BETHANY DR
FORESTVILLE, MD 20747-1834

ALISAN MAGINNIS
PO BOX 348
SANTEE, SC 29142-0348

ALICE SLOAN
716 S FAIRVIEW CIR
ALVIN, TX 77511-2640

ALICE WOOD
114 BALL PARK RD
COSBY, TN 37722-2800

ALISON C SWIMLEY
7808 NE 51ST ST APT 335
VANCOUVER, WA 98662-6212

ALICE SOSNOWSKI
7047 EMERSON ST
MORTON GROVE, IL 60053-1207

ALICIA ALWYN
523 E COTTONWOOD DR
KALISPELL, MT 59901-2942

ALISON CRAIG
PO BOX 860
HAGUE, NY 12836-0860

ALISON J BAKER
15330 MCKEE LN SE
YELM, WA 98597-9197

ALLAN FINE
4621 MAPLE RD
WEST BEND, WI 53095-9710

ALLAN RUSSELL
2765 171ST AVE NW
ANDOVER, MN 55304-2006

ALISON L WELTY
7715 MANDERSON CIR
OMAHA, NE 68134-4471

ALLAN G KETZELL II
3 POPLAR ST
BRIDGEPORT, OH 43912-1418

ALLAN SUTHERLAND
101425 OVERSEAS HWY PMB 20
KEY LARGO, FL 33037

ALITA L BEACH
3627 EVERSHOLT ST
CLERMONT, FL 34711-5213

ALLAN H DEGNAN
27137 LOST LAKE LN
BONITA SPRING, FL 34134-2635

ALLAN XAVIER QUINN
1002 1/2 CHESTNUT ST
SUNBURY, PA 17801-2928

ALJOY HENKE
6640 WAZEECHA AVE
WISCONSIN RAP, WI 54494-2305

ALLAN H MELTZER
537 N NEVILLE ST APT 6B
PITTSBURGH, PA 15213-2772

ALLAN YEAGER
612 FAIRLANE ST
IDA GROVE, IA 51445-1629

ALLAMAE LINDSEY
816 MABRY HOOD RD
KNOXVILLE, TN 37932-2619

ALLAN HROVAT
36923 STEVENS BLVD
WILLOUGHBY, OH 44094-6360

ALLANA SCHAEFER
20 BLACKBOURN RD
ATTLEBORO, MA 02703-1607

ALLAN ARMENTROUT SR
13 PARK DR
NORTH PEKIN, IL 61554-1067

ALLAN JAY GARFINKLE
2901 W 127TH ST
LEAWOOD, KS 66209-2417

ALLEEN WICKTOR
125 HICKORY CT
FARMINGTON, MN 55024-1564

ALLAN B GORDON
112 MIDDLEFIELD RD
PERU, MA 01235-9341

ALLAN P EILERS
11508 77TH ST
CLEAR LAKE, MN 55319-9441

ALLEN [AL] MILLER
18939 COUNTY ROAD 44
CLEARWATER, MN 55320-1535

ALLAN B WENDLER
2414 WALDEN CT
IOWA CITY, IA 52246-4118

ALLAN R SCHMID
1401 PLUM CT APT A
MOUNT PROSPEC, IL 60056-1048

ALLEN A THIEME
18151 MAPLE ST
LANSING, IL 60438-2461

ALLAN D HEUERMAN
2515 HOMEWOOD DR
FREDERICK, MD 21702-3383

ALLAN RUDICK
303 6TH ST
CORONADO, CA 92118-1607

ALLEN AYERS
1594 KNOX HIGHWAY 15
DAHINDA, IL 61428-9330

ALLEN BERT ANGY
400 1ST AVE
SATELLITE BEA, FL 32937-2202

ALLEN E BADGETT
7120 FILLMORE ST
HOLLYWOOD, FL 33024-7346

ALLEN RAY
302 WESTBRIDGE DR
BEREA, OH 44017-1546

ALLEN BETHEL
1400 OAKLAND ACRES DR
MADISON, TN 37115-5324

ALLEN E DILLARD
C18 WOODSIDE GDNS
ROSELLE PARK, NJ 07204-1004

ALLEN ROSENTHAL
9345 NEIL RD # B
PHILADELPHIA, PA 19115-4275

ALLEN BRANDT
W4361 COUNTY ROAD U
PLYMOUTH, WI 53073-4322

ALLEN E FREITAG
20 S LOUIS ST
MOUNT PROSPEC, IL 60056-3456

ALLEN S [AL] POSEY
17086 W CHADWICK RD
FIBRE, MI 49780-9206

ALLEN BROADY
1401 N PIEDMONT RD
YUKON, OK 73099-1433

ALLEN HELLMER
2014 DOUGLAS DR
PLYMOUTH, WI 53073-4389

ALLEN SPECE
410 SHIRKTOWN RD
NARVON, PA 17555-9708

ALLEN C DUMKE
300 N MAIN ST
HENDRICKS, MN 56136-9502

ALLEN J THOMPSON PE
2333 BRICKELL AVE APT 1716
MIAMI, FL 33129-2414

ALLEN SWEIGART
805 STRATFORD MANOR TER
SILVER SPRING, MD 20905-5981

ALLEN C HOFFMAN
2481 MCNEILLY RD
PITTSBURGH, PA 15226-2407

ALLEN L STONE
11 RIVER VIEW LN
WOODBURY, CT 06798-2700

ALLEN THOMAS DISTEL
6800 5600 RD
OLATHE, CO 81425-9618

ALLEN CARLETON FIRESTINE
44 CLARK RD APT 112
BATTLE CREEK, MI 49037-7352

ALLEN LEADERS
4713 LAKE FOREST DR
PAPILLION, NE 68133-4751

ALLEN ZOLLINGER
5551 DONATELLO DR-92
FORT WAYNE, IN 46818-9220

ALLEN COATNEY
908 MILLS AVE
DUMAS, TX 79029-5316

ALLEN M SIMPSON
PO BOX 7265
ROANOKE, VA 24019-0265

ALLENE BLACKBURN
1553 WILLOW LN
GRANTS PASS, OR 97527-9237

ALLEN DERSHEM
10165 RIVER RD
NEW COLUMBIA, PA 17856-9161

ALLEN MARAH
3012 SUNBURST DR
GRANTS PASS, OR 97527-6335

ALLENE CHARLES
728 SE EVERGREEN TER
PORT SAINT LU, FL 34983-2729

ALLENE DURDEN-FIELDS
7847 MONCRIEF LN
GREENWOOD, LA 71033-3042

ALMA KOLKMAN
1974 WEDGEWOOD DR
SANFORD, NC 27332-8018

ALONZA RUFUS HAYMANS
4581 HEBBARD WAY
EVANS, GA 30809-3811

ALLENE STEPHENS
1501 SAN ANDRES DR
LAS CRUCES, NM 88007-5044

ALMA L CLEARY
8613 FERNDALE RD
LOUISVILLE, KY 40291-2625

ALOYS RINDLER
703 FOX DEN CT
HENDERSONVLLE, NC 28792-7421

Alliance Fire & Safety, Inc.
3691 State Road 580 W
Oldsmar, FL 34677-5635

ALMA L NIETFELD
34801 317TH ST
MELROSE, MN 56352-8545

ALPHONSO WHITE
250 S BROADWAY ST
TROTWOOD, OH 45426-3323

ALLISON HUDGENS
1409 HOLLY CREEK DR
TYLER, TX 75703-0909

ALMA MILLER
430 W WARD ST
VERSAILLES, OH 45380-1136

ALROY I ROBINSON JR
101 W CRESTWOOD AVE
WASILLA, AK 99654-5531

ALLISON M CUNNINGHAM
875 GROVE ST
FLORENCE, NJ 08518-2212

ALMA MILLER
3927 LONGWOOD DR SW
CONCORD, NC 28027-9203

ALTA CRAWFORD
2019 W 83RD ST
LOS ANGELES, CA 90047-2935

ALLISON MULLER
130 WILDERNESS LN
GREENVILLE, SC 29607-1747

ALMA ROSE HUDNELL
416 RIVERVIEW DR
HEATHSVILLE, VA 22473-4051

ALTA JEPPESEN
88897 SHERRILL LN
BANDON, OR 97411-7387

ALLYSON WOOLF
76 HUNTING LN
SHERBORN, MA 01770-1307

ALMA SONSINI
1700 KELLENBECK AVE APT 227
GRANTS PASS, OR 97527-4255

ALTHEA B TURNER
1828 DUNCAN RD
KNOXVILLE, TN 37919-8502

ALMA ANN GREENE
133 BROADMOOR LN
IOWA CITY, IA 52245-9313

ALMAREDA BRUNS
162 MOORE PKWY
VERSAILLES, OH 45380-1409

ALTON J FARMER
5924 CENTENNIAL RD
SYLVANIA, OH 43560-9643

ALMA BELLE KENNEDY
2822 W VERNON AVE
LOS ANGELES, CA 90008-4713

ALONA KRAMER
515 WASHINGTON ST
CLATONIA, NE 68328-5004

ALVA WALKER
9 HIGH POINT WAY
PISCATAWAY, NJ 08854-5002

ALVENIA DECHTER
1663 WESTMONT DR
SAN PEDRO, CA 90732-1394

ALVIN JOHNSON
712 S 10TH ST
RICHMOND, IN 47374-6246

ALVIN W GOODMAN
2 PORTSIDE CT
THIRD LAKE, IL 60030-2636

ALVERTA LOWE
202 DEPTFORD RD
GLASSBORO, NJ 08028-2409

ALVIN JONES
875 DEERFIELD RD
ANDERSON, IN 46012-9375

ALVIN W POKEL
N7409 COUNTRY CLUB DR
ELKHORN, WI 53121-2755

ALVIE A NELSON
9209 W 99TH TER
OVERLAND PARK, KS 66212-4104

ALVIN L RICKETSON JR
305 WARD ST W
DOUGLAS, GA 31533-3503

ALVIN WOODROW ASHCRAFT
120 ESTATES AT THE LAKE DR
CANTON, GA 30114-8837

ALVIN [GERALD] ALSTATT
36 LOGO CT
FORT MYERS, FL 33912-2152

ALVIN L STOCK
1578 VASSAR CT
WEST CHESTER, PA 19380-5752

ALVINA HUNSTIGER
30638 COUNTY HIGHWAY 130
VERGAS, MN 56587-9463

ALVIN C HORN
135 E LYNN ST
SOUTH ELGIN, IL 60177-1872

ALVIN PEARSALL
2315 HAMILTON ST
BARTOW, FL 33830-6122

ALWILDA B KARNES
3429 HAMILTON AVE
FORT WORTH, TX 76107-1852

ALVIN CAPLINGER
1505 BRYAN ST
OLD HICKORY, TN 37138-3052

ALVIN REGINALD FISTER JR
1763 TEDDINGTON DR
GERMANTOWN, TN 38138-2923

ALWIN G [BIG AL] STEINMAYER
558 LEOPARD RD
BERWYN, PA 19312-1927

ALVIN ELINOW PHD
24 WESTWOOD PL
HOLLAND, PA 18966-2638

ALVIN STEINKE
110 ORCHARD LN
PLYMOUTH, WI 53073-1233

ALYCE MELINDA WILSON
6981 CLINTON RD
UPPER DARBY, PA 19082-5208

ALVIN HAROLD BANKER
8025 NW 10TH ST
OKLAHOMA CITY, OK 73127-2901

ALVIN THOMAS
1441 NW 19TH ST APT 113
MIAMI, FL 33125-1502

ALYCE ROBERTA [GAY] GOFF
954 FOXBORO LN
DALLAS, TX 75241-1921

ALVIN HARROLD
10312 HALIARD ST
CHELTENHAM, MD 20623-1347

ALVIN THOMPSON
1501 WETHERSFIELD DR
ALLENTOWN, PA 18104-1947

ALYCE SWANSON
1506 DADEYVILLE RD
AUSTINBURG, OH 44010-9722

ALYEEN R KRUGEL
4758 SEAGULL WAY
WEST BLOOMFIE, MI 48323-2065

AMBER COLLEEN ZIMMERMAN
13 SYCAMORE LN
MILTON, PA 17847-2129

America Express
PO Box 26314
Lehigh Valley, PA 18002

AMAND DANGELSER
805 13TH AVE APT 201
MANSON, IA 50563-5105

AMELIA [AMY] MEDEIROS
290 FOREST AVE
MIDDLETOWN, RI 02842-4685

American Express
PO Box 650448
Dallas, TX 75265-0448

AMANDA BELLUM
5365 WACO CT
MOBILE, AL 36619-1384

AMELIA A SIMERMAN
6627 PARSONS CT
FORT WAYNE, IN 46815-8350

AMES WHITMORE PUTNAM
41906 N CROOKED STICK RD
ANTHEM, AZ 85086-1058

AMANDA CRISALLI
11221 N 55TH ST
SCOTTSDALE, AZ 85254-4770

AMELIA DECHICCHIS
3584 BEECHWOOD BLVD
PITTSBURGH, PA 15217-2767

AMIE STARR
824 N BANCROFT ST
INDIANAPOLIS, IN 46201-2939

AMANDA E MCCOY
840 HICKORY ST
BIRMINGHAM, AL 35206-1630

AMELIA GAIL NOEL
2508 COLORADO DR
MARRERO, LA 70072-6127

AMIEL WOHL
3 BROOKWOOD RD
NEW ROCHELLE, NY 10804-1841

AMANDA ELIZABETH MURRAY
862 WEDGEFIELD CT
NORFOLK, VA 23502-4337

AMELIA GREEN
PO BOX 834
DEWEY, AZ 86327-0834

AMINTA RIVADENEYRA
1228 MELONTREE CT
GOTHA, FL 34734-5070

AMANDA HOMANN
6164 GLEBE CIR
INDIANAPOLIS, IN 46237-9044

AMELIA HARRIS
7321 MONTCLAIR DR
FORT WAYNE, IN 46804-5554

AMMI POTTER
23717 HOLLYWOOD RD
LEONARDTOWN, MD 20650-5822

AMANDA TATUM
6500 2ND AVE
LOS ANGELES, CA 90043-4548

AMELIA HENDERSON
397 EDISTO LAKE RD
WAGENER, SC 29164-9505

AMOS H RAWLS JR
5213 ALBRIGHT DR
VIRGINIA BEAC, VA 23464-8101

AMARILLO HIGH SCHOOL
c/o SOAPY SUDBURY
4225 DANBURY ST
AMARILLO, TX 79109

AMELIA MACERELLI
25796 PHAR LAP CT
CHANTILLY, VA 20152-6322

AMOS HAWKINS
441 WESTWIND DR
NORTH PALM BE, FL 33408-5123

Amtrust North America
800 Superior Ave E
Cleveland, OH 44114-2613

AMY JO SMITH
105 OOHLEENO WAY
LOUDON, TN 37774-2574

AMY SABRIN
5414 GALENA PL NW
WASHINGTON, DC 20016-2534

AMY ALTERMATT
324 DAWNLEE AVE
PORTAGE, MI 49002-1429

AMY KAMSTRA
201 WASHINGTON AVE
HADDONFIELD, NJ 08033-3322

AMY URBAN
16706 MARCY CIR
OMAHA, NE 68118-2722

AMY C ENGELHARDT
PO BOX 102675
DENVER, CO 80250-2675

AMY L MILLER
5180 CURTICE RD
MASON, MI 48854-9771

AMY WILLIAMS
2569 HEATHROW LN
MANASQUAN, NJ 08736-2229

AMY DEMPSEY
19492 WALNUT CIR
OMAHA, NE 68130-3759

AMY L YANTORNO
20 BROOKSIDE DR
MIDDLEBURY, CT 06762-3356

ANDERSON [ANDY] TURNER
2610 W 84TH ST
CHICAGO, IL 60652-3908

AMY FINKBEINER
7180 100TH ST SE
CALEDONIA, MI 49316-9550

AMY LUECHAUER
1997 HARROWGATE HILL LN
FAIRFIELD, OH 45014-3715

ANDRE L PRENTICE
4740 VALLA RD APT 226
LOUISVILLE, KY 40213-2954

AMY FLANIGAN
3497 PASOFINO LOOP
SPRINGDALE, AR 72764-1766

AMY MASON
1820 MARY LN # 16
BOULDER, CO 80304-3816

ANDREA ARONNE
15 WINTER ST
MEDFIELD, MA 02052-1305

AMY FRANTTI
210 W GRANT ST APT 103
MINNEAPOLIS, MN 55403-2242

AMY NIWA
8513 OUTLAND VIEW DR
SUN VALLEY, CA 91352-3622

ANDREA BARKSDALE
3042 PLAYERS DR
JONESBORO, GA 30236-4170

AMY HOUTS
5303 71ST CIR N
BROOKLYN CENT, MN 55429-1239

AMY PRENGER-STAMMEN
PO BOX 53
BURKETTSVILLE, OH 45310-0053

ANDREA BUEHMAN
1272 N MCKEMY AVE
CHANDLER, AZ 85226-1126

AMY J FARLEY
46525 HAMPSHIRE STATION DR
STERLING, VA 20165-7332

AMY REIS
6444 US ROUTE 36
GREENVILLE, OH 45331-9286

ANDREA CAMPBELL
15813 W WATERSIDE CIR APT 20
SUNRISE, FL 33326-2213

ANDREA DAHL
3994 S 4000 W
WEST VALLEY C, UT 84120-4053

ANDREA MUNSON
1635 MILL CREEK RD
CHEROKEE, IA 51012-7200

ANDREW BIAGLOW
56 MOUNTAIN RD
CORNWALL ON H, NY 12520-1803

ANDREA HARRISS
437 GRAND CYPRESS WAY
MURRELLS INLE, SC 29576-7949

ANDREA MURAIDA
98 LEDGEWOOD RD
DEDHAM, MA 02026-6323

ANDREW BORYSCHUK
27 W HOLLY ST
CRANFORD, NJ 07016-2152

ANDREA HARTMAN
500 DEAUVILLE DR
DAYTON, OH 45429-5935

ANDREA PRESTON
1357 TIOGA TER
OCEAN CITY, NJ 08226-3259

ANDREW BUTLER JR
5612 PARKAIRE DR
METAIRIE, LA 70003-2320

ANDREA J ANDRESEN
103 E NORTH ST
RUSHFORD, MN 55971-9131

ANDREA RIVERA
3660 PARK AVE
DES MOINES, IA 50321-1342

ANDREW C EMORY JR
23 N LINDEN LN
MENDHAM, NJ 07945-1104

ANDREA J BATTERN
360 DUTCH HILL RD
CANADENSIS, PA 18325-7747

ANDREA RUSSO
5569 BRAMBLE CT APT C
WILLOUGHBY, OH 44094-3234

ANDREW C SCRUGGS
9201 FRIARS WAY
KNOXVILLE, TN 37922-5981

ANDREA L STAHL
2238 CROSSROADS DR
LEWISBURG, PA 17837-7421

ANDREA SUTTON
13371 COUNTY ROAD 334
SAVANNAH, MO 64485-1792

ANDREW DANIK
17721 WOODTHRUSH LN
SOUTH BEND, IN 46635-1329

ANDREA M BAILEY
1932 WOODMOOR CT
CONCORD, CA 94518-3438

ANDREW [PETE] RANK
2567 2ND AVE UNIT 313
SAN DIEGO, CA 92103-6579

ANDREW F TURK
11897 STORYBOOK LN
CHESTERLAND, OH 44026-1839

ANDREA MALETTA-BUSSELL
3 TIGER DR
CALIFON, NJ 07830-3341

ANDREW B GRANT
10 HENDRICKS ISLE
FORT LAUDERDA, FL 33301-5720

ANDREW FLOREZ
115 S 5TH AVE
MOUNT VERNON, NY 10550-3110

ANDREA MOSEY
1099 BOSTON TOWNSHIP LINE RD
RICHMOND, IN 47374-7367

ANDREW B MANDELL
315 E 68TH ST APT 8F
NEW YORK, NY 10065-5603

ANDREW GEORGE CALDER
33 ABERNATHY DR
CHAPEL HILL, NC 27517-6214

ANDREW H VOGEL III
1392 HOLLYWOOD DR
LANCASTER, PA 17601-5226

ANDREW JOSEPH BLY
33 ABERDEEN ST # 2
BROOKLYN, NY 11207-1701

ANDREW MOBLEY
PO BOX 11454
TAMPA, FL 33680-1454

ANDREW HUDDLESTON
3736 STONEWALL MANOR DR
TRIANGLE, VA 22172-1400

ANDREW JOSEPH LOHAN
891 DARLINGTON AVE
MAHWAH, NJ 07430-2528

ANDREW MOLKENTHINE
W6202 HANCOL RD
PLYMOUTH, WI 53073-3922

ANDREW HUGHES
PO BOX 36
GENOA, NV 89411-0036

ANDREW L EISENBERG
28 YARMOUTH ST # 4
BOSTON, MA 02116-5810

ANDREW ORTH
1116 ARIS AVE
METAIRIE, LA 70005-2212

ANDREW ILLIDGE
805 N PORTER AVE
WICHITA, KS 67203-3145

ANDREW L RIES
700 FRONT ST UNIT 1301
SAN DIEGO, CA 92101-6080

ANDREW P SEDLOCK
29865 ANN CIR
MECHANICSVILL, MD 20659-2322

ANDREW INGERSOLL
1263 S EL MOLINO AVE
PASADENA, CA 91106-4307

ANDREW LIVERMAN
15710 RIVERSIDE DR W APT LV
NEW YORK, NY 10032-7033

ANDREW P WATSON JR
1810 TAYLOR CREEK DR
FRESNO, TX 77545-9540

ANDREW J MARTINA
607 JENNIFER DR
DRESHER, PA 19025-1060

ANDREW LIYANA
102 LOCH LEVEN WAY
HENDERSONVILL, TN 37075-7702

ANDREW PAUL GOLDNER
191 PRESIDENTIAL BLVD UNIT 4
BALA CYNWYD, PA 19004-1222

ANDREW J OLOVIANY
486 S MARKET ST
ELYSBURG, PA 17824-9751

ANDREW M STONE
3130 N HUMBOLDT BLVD
MILWAUKEE, WI 53212-2228

ANDREW RICHARDSON
3515 DAVIESHIRE DR
BARTLETT, TN 38133-0902

ANDREW J OSTROSKI JR
2113 PENN RD
LEWES, DE 19958-1539

ANDREW MADDOCK
1910 MILKEY RD
SALINE, MI 48176-9221

ANDREW S [STEVE] BERES JR
PO BOX 20
HUTCHINSON, PA 15640-0020

ANDREW JOHN STRASZEWICZ
PO BOX 170604
BIRMINGHAM, AL 35217-0604

ANDREW MARLOWE MD
5432 BEE RIDGE RD STE 150
SARASOTA, FL 34233-1515

ANDY F SCHNEIDER
233 KEMP AVE SE APT 7
DEVILS LAKE, ND 58301-3985

ANDY GALIARDO
5049 N RUTHERFORD AVE
CHICAGO, IL 60656-3743

ANGELA KUHN
1800 SUMMER PL
TALENT, OR 97540-8706

ANGELLE TRAHAN
1404 ELISE AVE
METAIRIE, LA 70003-3756

ANDY LAWSON
75 PARKSIDE AVE
GREENDALE, IN 47025-1318

ANGELA KURLICH
7364 W LAKE BLVD
KENT, OH 44240-6337

ANGELO GALLO
40 HARTMAN LN
DILLSBURG, PA 17019-9355

ANETTE COMROE
2401 PENNSYLVANIA AVE APT 12
PHILADELPHIA, PA 19130-3044

ANGELA L PHILLIPPE
119 STUART AVE
EMERALD ISLE, NC 28594-3034

ANGELO GUIDI
43 HERNANDEZ AVE
SAN FRANCISCO, CA 94127-1042

ANETTE YOUNG
PO BOX 24
MEDFORD, OR 97501-0002

ANGELA MASTERSON
3024 BLACKSWIFT RD
NORRISTOWN, PA 19403-3828

ANGELO T VIROLA
14791 SYLVIA DR
BROOK PARK, OH 44142-3054

ANGEL M COLON
25151 VIA PLAYA
DANA POINT, CA 92629-2050

ANGELA MCGALEY JOHNSON
152 ELIZABETH DR
ATOKA, TN 38004-7196

ANGELYNE P TOWNSEND
4 PIERSON AVE
JEKYLL ISLAND, GA 31527-0603

ANGELA [AN-G] RAYFIELD
1152 KINGSBURY DR
CHESAPEAKE, VA 23322-4264

ANGELA WEISER
1320 E CONNELL AVE
STILLWATER, OK 74075-7803

ANGIE D'ALBORA
485 RED CHIMNEY DR
WARWICK, RI 02886-9523

ANGELA [ANGEL] KETONEN
814 WALNUT PKWY
GARLAND, TX 75042-6050

ANGELA Y BURKS
100 LOCHLYN PL APT 504
BONAIRE, GA 31005-3275

ANGIE ROSA
1162 ALTA VISTA DR
SPARKS, NV 89434-4017

ANGELA GOINS
3027 EARHART RD
HERMITAGE, TN 37076-3706

ANGELINE (ANN) TROWBRIDGE
4459 STOW RD
STOW, OH 44224-1844

ANGIE RUBALCABA
323 ZUNI DR
GRAND JUNCTIO, CO 81503-2890

ANGELA K HUMAN
8417 DRESDEN DR
KNOXVILLE, TN 37923-1715

ANGELINE MOTIER
101 N BORDER ST
PRAIRIE GROVE, AR 72753-3008

ANGIE RUHENKAMP
PO BOX 68
NORTH STAR, OH 45350-0068

ANGIE SCHIPPERS
5749 STADIUM DR APT 123
KALAMAZOO, MI 49009-1960

ANGIE SLOVER
115 VILLAGE CT
WOODSTOCK, GA 30188-1946

ANGIE WALK
50 RANDALL RD
STAFFORD, VA 22554-6573

ANICE NELSON
2555 PENNSYLVANIA AVE NW APT
WASHINGTON, DC 20037-1638

ANITA A REINHOLZ
9827 MONROE BLVD
TAYLOR, MI 48180-3618

ANITA BOYLE
1142 QUAIL XING
GRANTS PASS, OR 97526-3500

ANITA CONNELLY
1727 JANCEY ST
PITTSBURGH, PA 15206-1145

ANITA DARIOS
6118 CANOPY OAKS CT
NEW PORT RICH, FL 34653-3970

ANITA DEVINE
1622 ATLANTIC AVE
WILLIAMSTOWN, NJ 08094-3406

ANITA DOYLE
4731 NOELINE AVE
ENCINO, CA 91436-2105

ANITA DUNHAM
1903 WINSTED CT
CHARLOTTE, NC 28262-9126

ANITA ERVIN
356 SYCAMORE AVE
EATON, CO 80615-9068

ANITA FAYE JOHNSON
5160 N SABINO FOOTHILLS DR
TUCSON, AZ 85750-9619

ANITA FENNER
1344 ROSE GARDEN DR
METAIRIE, LA 70005-1049

ANITA GATICA
1222 EL SONORO DR
SIERRA VISTA, AZ 85635-4404

ANITA HEGWOOD
PO BOX 332
RAY BROOK, NY 12977-0332

ANITA HEMLINE
904 W SHEPHERD ST
CHARLOTTE, MI 48813-2004

ANITA IHRIG
1123 W BENTON ST
IOWA CITY, IA 52246-5125

ANITA JO NECESSARY
1615 TOYON WAY
KENAI, AK 99611-7928

ANITA K HANSON
126 GLENBROOK DR
HENDERSONVILL, NC 28739-4070

ANITA K STEVENS
1801 MICHAEL CT
HENDERSON, NV 89014-4052

ANITA KAUFMAN
1126 BRYN TYDDYN DR
GLADWYNE, PA 19035-1039

ANITA KING
425 S LAKOTA CIR
BRANDON, SD 57005-1930

ANITA KISON
7230 MOURNING DOVE CT
TITUSVILLE, FL 32780-7539

ANITA LANCE
1130 LEON LN NE
TOWNSEND, GA 31331-5212

ANITA LANG-LEIBOWITZ
3499 BAHIA BLANCA W UNIT 1H
LAGUNA WOODS, CA 92637-2989

ANITA LOPATIN SMOLOVER
307 S DITHRIDGE ST APT 603
PITTSBURGH, PA 15213-3518

ANITA M COLEY
5600 BUTTERFIELD DR
CLINTON, MD 20735-2283

ANITA WILLIAMS
253 FOX TRCE
AUGUSTA, GA 30909-4725

ANN B BAUM
4118 WATERFORD DR
CHARLOTTE, NC 28226-7826

ANITA MINOR
174 SPRING DR
EAST MEADOW, NY 11554-2269

ANITA YEATS
565 NEWARK POMPTON TPKE APT
POMPTON PLAIN, NJ 07444-1708

ANN BANGEN
7456 MELODY DR NE
MINNEAPOLIS, MN 55432-3263

ANITA ROSE MITCHELL
718 CENTER AVE
GLENDORA, CA 91740-6339

ANN [CELESTE] MUSICK
258 NEWLAND CIR
EVANS, GA 30809-6686

ANN BARCUS
4 TALA SHORE DR
PORT LUDLOW, WA 98365-9781

ANITA S HEGENER
60 BIEHL ST
NEWPORT, KY 41071-2350

ANN [DANEEN] MARSH
6829 KITTERY AVE
CITRUS HEIGHT, CA 95621-4117

ANN BEASLEY
807 E BUENA VISTA AVE
NORTH AUGUSTA, SC 29841-4115

ANITA SACHS
11451 SW PEMBROKE DR
PORT SAINT LU, FL 34987-1956

ANN [MARY ANN] TURNER
10979 7TH AVE
HESPERIA, CA 92345-2315

ANN BISHOP
962 ATHOL AVE
AIKEN, SC 29803-6202

ANITA TERPENING
1257 SALTBUSH LN
EL CAJON, CA 92019-2842

ANN AMOS
1314 MANOR BLVD
CHARLESTON, SC 29407-3909

ANN BITLER
2915 LEAFWOOD DR SE
MARIETTA, GA 30067-5710

ANITA THEISEN
PO BOX 14
FENTON, IA 50539-0014

ANN ANDERSEN
5007 HAROLD AVE
SCHILLER PARK, IL 60176-1007

ANN BLACK WAGNER
150 KELLY LN
VALPARAISO, FL 32580-1517

ANITA WAGERS
3907 S CENTERVILLE RD
CENTERVILLE, IN 47330-9743

ANN ANDERSON
15658 9TH ST NE
MAYVILLE, ND 58257-9057

ANN BLACKSTOCK
265 COUNTY ROAD 693
BUFFALO GAP, TX 79508-2121

ANITA WAITE
1515 BLUEBERRY WAY
THE VILLAGES, FL 32162-2029

ANN ANDRE
PO BOX 66
BRISTOL, IN 46507-0066

ANN BRAEFF
2840 HONOLULU AVE #129
VERDUGO CITY, CA 91046-1002

ANN BRINKER
925 OAKGROVE PARK CT
ELLISVILLE, MO 63021-6029

ANN CONDON
2214 W 9TH ST
WATERLOO, IA 50702-4035

ANN ELDREDGE-MATEER
PO BOX 333
RECTORTOWN, VA 20140-0333

ANN BROWN
2206 LANSING AVE
PORTSMOUTH, VA 23704-5440

ANN CONRAD
324 MAYLAWN AVE
WADSWORTH, OH 44281-1264

ANN F MONAHAN
8 EVERGREEN LN
WALPOLE, MA 02081-2142

ANN BUKOVCHIK
695 SUNSET DR
VISTA, CA 92081-6821

ANN COTTONGIM
5678 BROWNSTONE DR
INDIANAPOLIS, IN 46220-5850

ANN FISHER
12 HARRISON LN
TRENTON, TN 38382-9305

ANN BUNCH
168 WEST BYP
TRENTON, TN 38382-7932

ANN DAU
329 PINE ST
WYCKOFF, NJ 07481-2824

ANN GALANTI
2657 RIDGE VALLEY RD NW
ATLANTA, GA 30327-1823

ANN C RUSTEBAKKE
PO BOX 685
PLACITAS, NM 87043-0685

ANN DE CAPUA
488 E ERIE ST
PAINESVILLE, OH 44077-3944

ANN GALVIN
240 SHERWOOD CT
ZIONSVILLE, IN 46077-1043

ANN CHRISTINE
9319 NESBITT RD
BLOOMINGTON, MN 55437-1916

ANN DILLON
4908 BURLING ST
FLUSHING, NY 11355-3529

ANN GIBBONS
12345 SPACE DR
FLORISSANT, MO 63033-4912

ANN COCHRAN
104 LOST BRIDGE DR
PALM BEACH GA, FL 33410-4468

ANN DODSON
PO BOX 1090
RUIDOSO, NM 88355-1090

ANN GREER
208 W DUE WEST AVE APT 305
MADISON, TN 37115-4562

ANN COFFEE
6 LORRE CT
ROCKVILLE, MD 20852-4103

ANN DURHAM
5 ACORN DR
HARRISBURG, IL 62946-3790

ANN GRILLIOT
4050 STATE ROUTE 47
FORT LORAMIE, OH 45845-8749

ANN COFFIN
7707 PARADISE TRL
CARP LAKE, MI 49718-9605

ANN EICHHORN
36 CLUB RD
SEA CLIFF, NY 11579-2119

ANN HALE MILLS
4149 CALLAWAY DR
NICEVILLE, FL 32578-1780

ANN HALL
2727 SYNOTT RD APT 408
HOUSTON, TX 77082-3541

ANN HARTY
820 COLLEGE AVE
PITTSBURGH, PA 15232-2512

ANN HATFIELD-ELLIOTT
9200 LINN STATION RD APT 209
LOUISVILLE, KY 40222-5772

ANN HEIMBERGER
1276 CREAMERY RD
DEXTER, IA 50070-8503

ANN HICKMAN
6 CHESAPEAKE LNDG
ANNAPOLIS, MD 21403-2603

ANN HIRSCH
257 E 151ST ST
CLEVELAND, OH 44110-1214

ANN HORSTMYER
5244 CURTICE RD
MASON, MI 48854-9771

ANN HUTTO
340 SUNSET COTTAGE LN
DARLINGTON, SC 29532-7679

ANN K BROMLEY
3825 VALLEY PL NE
CEDAR RAPIDS, IA 52402-2741

ANN KELLEHER
814 AVALON DR
HULL, MA 02045-3422

ANN KELLER
10 HOLLY CIR
NORTH AUGUSTA, SC 29860-9792

ANN KELLIHER
13 SAND DOLLAR LN
MASHPEE, MA 02649-3841

ANN KOWALSKI
24 COVINGTON ST
HUNTINGTON ST, NY 11746-8406

ANN KRUMWIEDE
1233 E DELTA PINE AVE
CASA GRANDE, AZ 85122-1316

ANN L LIPSHUTZ
2401 PENNSYLVANIA AVE APT 4A
PHILADELPHIA, PA 19130-3018

ANN LESH
3402 AMBASSADOR DR
COLUMBUS, GA 31907-2303

ANN LUCE
3310 AUSTINBURG RD
ASHTABULA, OH 44004-8845

ANN M HEALY
2 DOUGLAS AVE
MADISON, NJ 07940-2428

ANN M PETROZIELLO
294 EMERALD DR
YARDLEY, PA 19067-5770

ANN M RANDOLPH
1 FILMORE DR
ENFIELD, CT 06082-5311

ANN MARIE ARMSTRONG
4565 3 MILE RD NW
GRAND RAPIDS, MI 49534-1140

ANN MARIE CHAMBERLIN
3 BUSH ST
NEWPORT, RI 02840-2703

ANN MARIE HINES
3660 ANDREA LEE CT
SNELLVILLE, GA 30039-4939

ANN MARIE LAPIERRE
2 WOODS EDGE DR
SUCCASUNNA, NJ 07876-1281

ANN MARIE LIBERATORE
2008 WILCOX CIR
MURRYSVILLE, PA 15668-2603

ANN MARIE MARENTETTE
9089 88TH ST
HOWARD CITY, MI 49329-9065

ANN MARIE MYATT
298 PRINCETON RD
ROCKVILLE CEN, NY 11570-2234

ANN MARIE PETRACCO
147 BRENT CIR
OLDSMAR, FL 34677-3342

ANN MARIE TIMOSZYK
3834 GLORIA ST
WAYNE, MI 48184-1955

ANN MARIE VONA
521 HINCKLE AVE
EWING, NJ 08628-2810

ANN MARIE WEBB
5 TENNYSON CIR
READING, MA 01867-1649

ANN MARTUCCI
37 13TH ST
MONROE TOWNSH, NJ 08831-2132

ANN MASCOLA
95 ROOSEVELT CT
CARLE PLACE, NY 11514-2114

ANN MCCLUNG
119 RINER CT
OLD HICKORY, TN 37138-2327

ANN MCCOLLUM
2455 OAKDALE AVE
EASTON, PA 18045-2723

ANN MELTON
203 LOVE LN
WAYNESVILLE, NC 28786-3676

ANN MESSINA
8600 MONTPELIER DR
LAUREL, MD 20708-2340

ANN MILLAN
6632 SAN HUGO WAY
BUENA PARK, CA 90620-3722

ANN MISEL
7235 FOUR RIVERS RD
BOULDER, CO 80301-3737

ANN NOLAN
807 HARRINGTON RD
ROCKVILLE, MD 20852-1030

ANN O'CONNOR
4225 STRATFORD DR
IRWIN, PA 15642-7501

ANN OMOHUNDRO
7644 HARRINGTON LN
BRADENTON, FL 34202-4085

ANN OUTCELT
6144 S JERICHO WAY
CENTENNIAL, CO 80016-1275

ANN PEARSON
3950 OLD WILLIAM PENN HWY AP
PITTSBURGH, PA 15235-4835

ANN PHILLIPS
11287 S CHOUTEAU ST
OLATHE, KS 66061-7134

ANN REAMER
1801 E UPRIVER DR APT 253
SPOKANE, WA 99207-5161

ANN REHN
2710 25TH AVE
MARION, IA 52302-1309

ANN REID STEVENS
771 MOUNT ZION RD
TRENTON, SC 29847-2501

ANN REILLY
606 SPRING LINE DR
WEST CHESTER, PA 19382-7155

ANN RETZ
2932 MAZE DR
RICHMOND, IN 47374-1120

ANN RICH
9905 INDEPENDENCE SCHOOL R
FERN CREEK, KY 40291-3315

ANN ROME
6027 METCALF LN APT 1A
SHAWNEE MISSI, KS 66202-2305

ANN RUD
3684 COUNTY ROAD 121
INTERNATIONAL, MN 56649-8844

ANN SHERSHIN
15 WHITEHALL RD
POUGHKEEPSIE, NY 12603-4717

ANN SHRAKE
1615 PATTON ST
GREEN BAY, WI 54301-2456

ANN STARK-KIMBROUGH
403 E HEFFERMAN ST
BEEVILLE, TX 78102-4935

ANN STARKE
491 N DAVIS RD
ELMA, NY 14059-9517

ANN STEBEN
2491 WILDBROOK RUN
BLOOMFIELD HI, MI 48304-1445

ANN STEELE
1207 STRATFORD RD
KANSAS CITY, MO 64113-1325

ANN SWANEY
1916 RIDGEWAY DR SE
CEDAR RAPIDS, IA 52403-2729

ANN SWEET
1047 KINGS WAY
NAPLES, FL 34104-4989

ANN T KAUBER
5646 208TH ST
OAKLAND GARDE, NY 11364-1733

ANN THOLL
92 WALNUT AVE
FLORAL PARK, NY 11001-2415

ANN TIDWELL
2125 MARSHA DR
MADISON, TN 37115-2217

ANN TILLINGHAST
3546 COMPASS ROSE DR E
JACKSONVILLE, FL 32216-6342

ANN TODD
1441 MAPLE DR APT 61
FAIRVIEW, MI 48621-8708

ANN TONER
228 FEDERAL WAY
LANCASTER, PA 17601-7019

ANN TRANKLE
3717 N NEWLAND AVE
CHICAGO, IL 60634-2357

ANN U'HALIE
214 DOUGHERTY AVE
SHARON, PA 16146-3805

ANN VRABEL
24427 85TH RD
BELLEROSE, NY 11426-1617

ANN WALKER
3103 RICHMOND HILL RD
AUGUSTA, GA 30906-4742

ANN WARSHAW
6 TOWN CREEK DR
CHARLESTON, SC 29407-6020

ANN WAXHAM
4402 126TH PL NE
MARYSVILLE, WA 98271-8748

ANN WHARTON
1432 PERKINS RD
WEVER, IA 52658-9512

ANN WHITE
1929 CRYSTAL DOWNS CT
OVIEDO, FL 32765-5836

ANN WILLIAMS
1825 N RED BRUSH ST
WICHITA, KS 67206-4410

ANN WOOD
249 VICTORIA CIR
YORK, SC 29745-6300

ANN WRIGHT
90 CALDWELL FARM RD
BYFIELD, MA 01922-2823

ANNA BETH BEARD
PO BOX 625
LEAVENWORTH, KS 66048-1097

ANNA BROWN
1002 FRANKLIN ST
LEAVENWORTH, KS 66048-2917

ANNA CAROL DUDLEY
1745 CAPISTRANO AVE
BERKELEY, CA 94707-1805

ANNA CHIODO
1131 PAYTON AVE
DES MOINES, IA 50315-5048

ANNA LAFFERTY
198 MECCA AVE
EUGENE, OR 97404-1709

ANNA R HOFFMASTER
48 CLARK AVE
BINGHAMTON, NY 13901-1243

ANNA FAYE BERTORELLO-BELLGARDT
67250 LOCUST RD TRLR 25
MONTROSE, CO 81401-7547

ANNA LOUISE VAN STRIEN
37723 SWEETBRUSH ST
PALMDALE, CA 93552-3838

ANNA ROSCHE PHD
325 SARA AVE
SUNNYVALE, CA 94086-5940

ANNA GOODE JONES
4215 REGENCY DR
HOUSTON, TX 77045-3234

ANNA LYNN BURNS
3056 W LYNROSE DR
ANAHEIM, CA 92804-3825

ANNA SCHMITZ
136 EUCLID ST
VERSAILLES, OH 45380-1152

ANNA HEDRICK
131 THUNDERBIRD DR UNIT B
SMITHVILLE, TX 78957-6204

ANNA M STEELE
486 BRIGHT ST
SAN FRANCISCO, CA 94132-2802

ANNA TREDWAY
438 W 58TH TER
KANSAS CITY, MO 64113-1270

ANNA JANE BANKS
9 DRIFTWOOD DR
GLEN COVE, NY 11542-1607

ANNA MAE PFEIFFER
9023 SAXTON DR
WEST CHESTER, OH 45069-3639

ANNA V FRY
2001 HARRISBURG PIKE
LANCASTER, PA 17601-2641

ANNA JOHNSON
132 WILKINS AVE
COLONIE, NY 12205-1715

ANNA MARIE DAVIDSON
7221 MINUTEMAN DR NE
ALBUQUERQUE, NM 87109-5080

ANNA WALKER
903 WEXFORD WAY
ATCO, NJ 08004-1338

ANNA JONES
14751 SHENANDOAH DR BLDG 17
RIVERVIEW, MI 48193-7730

ANNA MARIE LASCHANZKY
108 MAPLE ST
STOUTLAND, MO 65567-9603

ANNA WILTSHIRE
3911 REDSTONE DR
RICHMOND, VA 23294-6105

ANNA L REACH
31108 HARVEST RIDGE LN
JOHNS CREEK, GA 30022-8635

ANNA MARIE WHEELER
1416 DUNCAN DR
THE VILLAGES, FL 32162-3722

ANNABEL LEE MOHR
5100 JOHN D RYAN BLVD APT 2
SAN ANTONIO, TX 78245-3512

ANNA L WEIDNER
101 CENTENNIAL AVE
NORMAL, IL 61761-3121

ANNA MAY MARTIN
1605A N CEDAR ST
LUMBERTON, NC 28358-4033

ANNABEL MEYER
2120 FLOYD AVE
IOWA FALLS, IA 50126-1623

ANNABELLE F VANDERLEEDEN
43 FLORENTINE GDNS
SPRINGFIELD, MA 01108-2507

ANNABELLE JONES
2305 ADELINE DR
BURLINGAME, CA 94010-5539

ANNABELLE JUCHTER
4062 ZIMMERMAN RD
ERIE, PA 16510-3673

ANNABELLE MOSELEY-RUFINO
70 MELROSE RD
DIX HILLS, NY 11746-5624

ANNALEE SCHERR
807 HAMMOND DR
NORTH AUGUSTA, SC 29841-3229

ANNAMARIE COCKREHAM
4231 SW 54TH AVE
DAVIE, FL 33314-3826

ANNE [NANCY] LEHMAN
15 S VILLAGE DR
SOMERS POINT, NJ 08244-1222

ANNE ALLEN
125 BLOOMINGDALE AVE
CRANFORD, NJ 07016-2470

ANNE B DICKERSON
2343 KING PL NW
WASHINGTON, DC 20007-1030

ANNE B LANDERS
7419 HIELO DR
JACKSONVILLE, FL 32211-4219

ANNE BARRETT
4657 BARCELONA WAY
OCEANSIDE, CA 92056-5107

ANNE BOWBEER
4917 RAVENSWOOD DR APT 811
SAN ANTONIO, TX 78227-4341

ANNE BOYD
219 OXFORD AVE
FAIR HAVEN, NJ 07704-3133

ANNE BRODBECK
7 ACORN DR
LOUDONVILLE, NY 12211-1505

ANNE BULAN
5 CRAIG DR
MONROE, CT 06468-2454

ANNE CHICCINO
244 SWEDESFORD RD
MALVERN, PA 19355-1728

ANNE COATES
19550 AVONDALE DR
BROOKFIELD, WI 53045-3723

ANNE COLLEEN HORMANN
5050 E BAKER ST
TUCSON, AZ 85711-2123

ANNE COOK
208 N EDMONDS AVE
HAVERTOWN, PA 19083-5022

ANNE COTTMAN
1792 AMARONE WAY
HENDERSON, NV 89012-7220

ANNE D ELLIOT
1382 SW EAGLE NEST WAY
PALM CITY, FL 34990-4224

ANNE E HOLDERBAUM
9701 JUSTICE DR
FREDERICKSBUR, VA 22407-8317

ANNE EPPLEY
755 N 153RD AVE
OMAHA, NE 68154-1807

ANNE F HENDERSON
1540 VARIETY MILLS RD
ARRINGTON, VA 22922-2711

ANNE FISCHER
1139 2ND AVE
GALLIPOLIS, OH 45631-1705

ANNE GARNETT
1914 ALBANY AVE
LUBBOCK, TX 79407-2100

ANNE GIARDINO
239 WOODLAND WAY
CANTON, GA 30114-4062

ANNE GROETSCH
2104 KILLEEN CT
SAINT CLOUD, MN 56301-4794

ANNE KONDERSON
2860 TIMBERWOOD DR
BROADVIEW HEI, OH 44147-3477

ANNE M LAGRIPPE
130 E OAK ST APT 12C
CHICAGO, IL 60611-1411

ANNE HARDTMANN
34 HATTERAS WAY
BARNEGAT, NJ 08005-3367

ANNE KORBOBO
5 SARATOGA CT
EASTON, PA 18040-1046

ANNE MAGNUSON
1040 SPRING BANK LN
COLDWATER, MI 49036-8023

ANNE HATCH
12110 ARIEL CT
STAFFORD, TX 77477-2263

ANNE KOSTRO
635 RIDEN ST
ODENTON, MD 21113-1733

ANNE MARIE ESPLEY
1931 CLEMENS DR
PLACENTIA, CA 92870-2737

ANNE HENNELLY
1 BAY CLUB DR APT 16V
BAYSIDE, NY 11360-2911

ANNE LANEY
11840 W 66TH PL APT C
ARVADA, CO 80004-2478

ANNE MARIE G DIROLL
2212 SW 85TH ST
OKLAHOMA CITY, OK 73159-6106

ANNE HOLUB
13793 KENWOOD CT
BAXTER, MN 56425-8508

ANNE LEHMAN
PO BOX 3672
DOUGLAS, AZ 85608-3672

ANNE MARIE KOVAC
4735 195TH ST
FLUSHING, NY 11358-3932

ANNE I DEAN
506 BIRCH ST
ELLETTSVILLE, IN 47429-1035

ANNE LEONHARDT
64 LEONHARDT RD
BECKET, MA 01223-9518

ANNE MELIORI
1199 GLENSIDE RD
DOWNINGTOWN, PA 19335-3657

ANNE J OWENS
5226 W CAROL AVE
GLENDALE, AZ 85302-3449

ANNE LONG
449 TATUM RD
SHELBYVILLE, KY 40065-8242

ANNE MELSON
109 FEATHERBED LN
PILESGROVE, NJ 08098-2622

ANNE JACOBS
PO BOX 37
BARNARD, VT 05031-0037

ANNE LONG
2318 VINCENT AVE N
MINNEAPOLIS, MN 55411-2325

ANNE MENARD
404 TRINITY CT
EVANSTON, IL 60201-1907

ANNE KATHLEEN K BUSCHMANN
1008 CROOKED SPRINGS RD
KNOXVILLE, TN 37932-3107

ANNE M [MAGGIE] NELSON
109 AARONS CRESS BLVD
HERMITAGE, TN 37076-2615

ANNE MORGAN BIGNALL
4201 CROSBY DR APT 407
KNOXVILLE, TN 37909-3309

ANNE MUELLER
8500 W 64TH TER
MERRIAM, KS 66202-3737

ANNE PURPLE
690 MASON HEADLEY RD APT 410
LEXINGTON, KY 40504-2386

ANNE TEICHMILLER
3519 TRIPOLI BLVD
PUNTA GORDA, FL 33950-7843

ANNE NORDSTROM
1401 HOME LN
INTERNATIONAL, MN 56649-2142

ANNE R BALDERSON
919 OSCEOLA RD APT 207
BELLEAIR, FL 33756-7723

ANNE WADE
513 FAIRWAY OAKS DR
EUREKA, MO 63025-2084

ANNE NOYES
8216 N GREEN BAY RD
RIVER HILLS, WI 53217-2063

ANNE R SIMS
143 MORNINGSIDE DR
ELKVIEW, WV 25071-9367

ANNE WARNER
1490 FREYSVILLE RD
YORK, PA 17406-7733

ANNE O'BRIEN
7 FOREST HILLS BLVD
RENSSELAER, NY 12144-5831

ANNE REARDON
391 MOUNTAIN ST
ALBANY, NY 12209-1801

ANNE WEBBER
1275 16TH ST
WEST DES MOIN, IA 50265-2312

ANNE O'BRIEN
270 VILLAGE GREEN DR
PORT JEFF STA, NY 11776-4537

ANNE ROSS
3076 MARSHGATE DR
JOHNS ISLAND, SC 29455-6204

ANNE WILLIAMS
900 DOUGLAS AVE
PORTSMOUTH, VA 23707-1912

ANNE PACE
14624 KALMIA AVE
FLUSHING, NY 11355-2250

ANNE ROWMAN
1702 ANDROS ISLE APT O3
COCONUT CREEK, FL 33066-2860

ANNE WINSLOW
303 KINGS CHAPEL RD
AUGUSTA, GA 30907-3731

ANNE PAHL
12405 7TH AVE
COLLEGE POINT, NY 11356-1129

ANNE SCHREINER
893 DEVILLE DR E
LARGO, FL 33771-1120

ANNE YOUNG
735 BRAMERTON ST
ANDOVER, KS 67002-9240

ANNE PELTON
736 WAGNER CT
DEARBORN, MI 48124-2223

ANNE STEVENSON
2251 MONMOUTH RD
MOUNT HOLLY, NJ 08060-6705

ANNE ZISKA
3800 BAL HARBOR BLVD APT 21
PUNTA GORDA, FL 33950-8236

ANNE PENNOCK
8 CHARLES BLVD
DELMAR, NY 12054-2402

ANNE SUTTON
12082 TEMPLE BLVD
WEST PALM BEA, FL 33412-2921

ANNETTA JEWEL PURDY
3480 GILA DR
SAN JOSE, CA 95148-1726

ANNETTE BELL
9230 FERN CREEK RD
LOUISVILLE, KY 40291-1964

ANNETTE HOPE
8625 N HETZLER RD
PIQUA, OH 45356-9561

ANNETTE M MORIARTY
1178 BROOK DR E
DUNEDIN, FL 34698-4721

ANNETTE BIAS
3065 SARAH ST
BEAUMONT, TX 77705-3143

ANNETTE HUNT
400 W 43RD ST APT 29N
NEW YORK, NY 10036-6313

ANNETTE M TURNO
142 DALMATIAN DR
AIKEN, SC 29803-5024

ANNETTE BROWN
PO BOX 753
LAKEHEAD, CA 96051-0753

ANNETTE JOHANSSON
9205 GOLDEN LEAF WAY
INDIANAPOLIS, IN 46260-5071

ANNETTE MARIE BROWN SCANN
32725 PEACH TREE LN
PEARBLOSSOM, CA 93553-3118

ANNETTE CAGLE
318 RISING SUN LN
OLD HICKORY, TN 37138-2127

ANNETTE KASSON
10641 HERITAGE HILLS DR
LAS VEGAS, NV 89134-5214

ANNETTE MCDONALD
6964 MESA BND
ABILENE, TX 79606-8400

ANNETTE FENNELL
PO BOX 264
PALATKA, FL 32178-0264

ANNETTE KEY
5214 RAVENS CREST DR
PLAINSBORO, NJ 08536-2471

ANNETTE MERCURI
146 EASTBOURNE CT UNIT B
RIDGE, NY 11961-1207

ANNETTE FLETCHER
800 CALLAWAY DR
ALVIN, TX 77511-3700

ANNETTE L MITCHELL
401 DUNBAR AVE
PORT ARTHUR, TX 77640-4926

ANNETTE MILCH
3163 DEWEY DR
LEXINGTON, KY 40515-5408

ANNETTE FREDRICKSON
1128 PLEASANT SITE RD
SELMER, TN 38375-6304

ANNETTE LEYDEN
1203 KENDAL WAY
SLEEPY HOLLOW, NY 10591-1059

ANNETTE MILLER
1100 MIDWAY ST NW
UNIONTOWN, OH 44685-9492

ANNETTE FRIEND
1027 AVENUE D ST
GREENCASTLE, IN 46135-1837

ANNETTE LUCAS
PO BOX 123
PELION, SC 29123-0123

ANNETTE OXLEY
6376 LAKEVIEW DR
FALLS CHURCH, VA 22041-1334

ANNETTE HELSABECK
PO BOX 39
RURAL HALL, NC 27045-0039

ANNETTE M GALLAGHER
142 BROOKSHIRE PLZ
PHILADELPHIA, PA 19116-1227

ANNETTE ROSS
14313 POTOMAC AVE
EAST CLEVELAN, OH 44112-2727

ANNETTE SLEE
326 W BAKER RD
HOPE, MI 48628-9746

ANNIE JACKSON
PO BOX 1691
PALATKA, FL 32178-1691

ANNIE STEWART
128 DEL RIO CT APT 4
VACAVILLE, CA 95687-4815

ANNETTE TEETERS
3302 N 63RD PL
SCOTTSDALE, AZ 85251-5434

ANNIE LAURIE [KITTY] WORSHAM
3106 SHADY RIDGE TRL
SUGAR LAND, TX 77498-4877

ANNIS WORKMAN
3030 SCOTT RD
MARIETTA, GA 30066-3702

ANNIE BASHAY
900 CLAY ST
PORTSMOUTH, VA 23701-3243

ANNIE LEE KEYES
686 ALLEN LN
ORANGE PARK, FL 32073-3986

ANNMARIE EYERS
2767 ESTELLA DR
SANTA CLARA, CA 95051-7002

ANNIE C RITTHALER
534 PEAR LN
DELTA, CO 81416-3070

ANNIE M MASON
2216 EVERGREEN PL
PORTSMOUTH, VA 23704-5332

ANNMARIE WILLIAMS
1130 SCOTT AVE
WATERLOO, IA 50701-3251

ANNIE CODY
120 LORETHA ST
STATESBORO, GA 30458-1392

ANNIE MARIE YOUNG
621 LOCKWOOD DR
VALLEJO, CA 94591-6703

ANOLA PELOT
4989 HEMLOCK RD
VESPER, WI 54489-9797

ANNIE DORIS HALL
18711 NW 24TH AVE
MIAMI GARDENS, FL 33056-3248

ANNIE PEARL WILLIAMS
6917 WINCHESTER PL
FORT WORTH, TX 76133-6124

ANTHONY [TONY] MATEYKO
5441 GOLDEN CURRANT WAY
PARKER, CO 80134-2708

ANNIE G TURPIN
1818 US HIGHWAY 319 S
THOMASVILLE, GA 31792-0442

ANNIE ROSE ROGERS
1930 DRIFTWOOD DR
AUGUSTA, GA 30909-4113

ANTHONY [TONY] RUVO
1440 WHETSTONE RD
SWANSEA, SC 29160-8958

ANNIE H BROWN
220 S 6TH ST
NEWARK, NJ 07103-2446

ANNIE RUTH THOMPSON
PO BOX 7504
TYLER, TX 75711-7504

ANTHONY A LUZAR
17515 SCHENELY AVE
CLEVELAND, OH 44119-1937

ANNIE HERSCHELL HILL
2044 W GORE ST
ORLANDO, FL 32805-3508

ANNIE SMITH
3501 SW 143RD AVE
MIRAMAR, FL 33027-3760

ANTHONY CABRAL
68 WILBUR AVE
NORTH DARTMOU, MA 02747-2729

ANTHONY CAMPANELLA
309 SAGEWOOD DR
PORT ORANGE, FL 32127-6718

ANTHONY INTEGLIA
37558 S HILL SIDE DR
TUCSON, AZ 85739-2225

ANTHONY L PINNAVAIA
1978 HARING ST
BROOKLYN, NY 11229-3714

ANTHONY D ROBBINS
6030 FOUTS RD
RICHMOND, IN 47374-9472

ANTHONY J BARRUZZA
700 BEAVER ST
BRISTOL, PA 19007-3823

ANTHONY L SHARKOSKI
836 MOUNTAIN TOP DR
COLLEGEVILLE, PA 19426-4139

ANTHONY E BROWN
349 BUTTONWOOD DR
KISSIMMEE, FL 34743-9008

ANTHONY J MOSKAL
166 LUKE ST
SOUTH AMBOY, NJ 08879-2231

ANTHONY MEEUWSE
8883 S 10TH ST
KALAMAZOO, MI 49009-8944

ANTHONY F LUPARDI
77 BLANCH AVE
CLOSTER, NJ 07624-1303

ANTHONY J PEZANT
501 S DILTON ST
RIVER RIDGE, LA 70123-1232

ANTHONY P GARDNER
3207 SE 20TH ST
DES MOINES, IA 50320-1909

ANTHONY GUTIERREZ
3132 JEFFREY DR
JOLIET, IL 60435-4925

ANTHONY J RIGGIO
7530 W OAKTON ST
NILES, IL 60714-2806

ANTHONY PEET
15813 ROCKSIDE RD
MAPLE HEIGHTS, OH 44137-3954

ANTHONY H HAGSTETTE
1801 GIUFFRIAS AVE
METAIRIE, LA 70001-2523

ANTHONY J SCUTTI
2711 BALDEAGLE CIR
NORRISTOWN, PA 19403-1886

ANTHONY QUINN MD
55 BITTERSWEET DR
GALES FERRY, CT 06335-1002

ANTHONY H JACKSON MD
163 TWIN HILLS DR
LONGMEADOW, MA 01106-2951

ANTHONY JEROME BENNETT
112 RHONE ST APT 107
JACKSON, TN 38301-4899

ANTHONY RICCIARDI
37 NOLAN RD
RAVENA, NY 12143-2838

ANTHONY HARRISON MD
146 N BELLEFIELD AVE APT 301
PITTSBURGH, PA 15213-2621

ANTHONY KIRCHNER
601 17 1/2 ST SE
ROCHESTER, MN 55904-5447

ANTHONY RUETER
3201 3RD ST N
SAINT CLOUD, MN 56303-4121

ANTHONY HOWARD WHITE
817 FAIRVIEW AVE
LIMA, OH 45804-1721

ANTHONY L DIFABIO
202 CHAMBERS RD
TOUGHKENAMON, PA 19374-1025

ANTHONY RUSSO
2009 FELIZ RD
NOVATO, CA 94945-1702

ANTHONY SAPONATE
62893 INDIAN VALLEY RD
SAN MIGUEL, CA 93451-9740

ANTOINETTE R HARVEY
120 DARROW PL APT 3B
BRONX, NY 10475-1844

ARALENE [BARRIE] CALLAHAN
2830 SKY TOP TRL
DOVER, PA 17315-2540

ANTHONY SHAWN BATES
3324 JEANNETTE AVE
TOLEDO, OH 43608-1621

ANTON J BUNDY
7519 EAGLEFIELD DR
ARLINGTON, WA 98223-5987

ARCH WESTMORELAND
6861 E AR 58 HWY
SIDNEY, AR 72577-9181

ANTHONY T KOSOGLOV MD
31950 WOODSDALE LN
SOLON, OH 44139-1329

ANTONE [TONY] ESCOBAR
1514 DIAMOND ST
SPRINGFIELD, OR 97477-3594

ARCHBISHOP JOHN CARROLL HS
c/o MIKE DUFFY
211 MATSON FORD RD
RADNOR, PA 19087-4590

ANTHONY T MIRABELLA
123 RONKONKOMA BLVD
CENTEREACH, NY 11720-3315

ANTONETTE [TONI] BATTISTELLA
17 STEMMER DR
CLARK, NJ 07066-2927

ARCHBISHOP RIORDAN HIGH SC
c/o MARC ROVETTI
175 PHELAN AVE
SAN FRANCISCO, CA 94112

ANTHONY V DIGIOVANNI
1092 BADGER CT
SANTA ROSA, CA 95409-2795

ANTONIA [TONI] MEAGHER
453 WALKER RD
GREAT FALLS, VA 22066-3617

ARCHBISHOP RIORDAN HIGH SC
ARCHBISHOP RIORDAN HIGH SC
175 PHELAN AVE
SAN FRANCISCO, CA 94112

ANTHONY WZOREK
3330 W PENN ST
PHILADELPHIA, PA 19129-1408

ANTONIO R BOLOGNA FAIA
785 HARBOR ISLE CIR W
MEMPHIS, TN 38103-0826

ARCHBISHOP RUMMEL HIGH SC
c/o DARRYL ROULE '87
1901 SEVERN AVE
METAIRIE, LA 70001

ANTOINETTE [TONI] OLIVERA
6102 SIERRA SIENA RD
IRVINE, CA 92603-3913

ANTONIO SGARAGLINO
2101 N KENMORE AVE
CHICAGO, IL 60614-4111

ARCHIE YOUNG
14800 WESTLAKE ST
TAYLOR, MI 48180-7969

ANTOINETTE LEONARD
104 CARDINAL DR
TOMS RIVER, NJ 08755-4177

APRIL CLARK
702 CHESTNUT ST
VERSAILLES, OH 45380-1309

ARDEEN MARLETT
421 BOULEVARD RD
KEOKUK, IA 52632-2338

ANTOINETTE P CALIMAG
2135 S 11TH ST
PHILADELPHIA, PA 19148-3049

APRIL EMERSON
16305 42ND AVE N
MINNEAPOLIS, MN 55446-2616

ARDELL PINGLETON
894 S COUNTY ROAD 550 W
GREENCASTLE, IN 46135-8365

ARDELLE TRAYLOR
PO BOX 289
DAINGERFIELD, TX 75638-0289

ARDITH KUBISIAK
721 WILLIAMS ST
WISCONSIN RAP, WI 54494-1873

ARLEEN BATES
117 W INDIANA AVE
LONG BEACH TO, NJ 08008-2808

ARDEN MCKNIGHT
105 SANBORN AVE
WEST ROXBURY, MA 02132-3834

ARDYS HAWKINS
10625 SW CITATION DR
BEAVERTON, OR 97008-0404

ARLEEN E TAYLOR
5349 CANTERBURY RD
WALKERTON, VA 23177-4083

ARDENE AMMERMAN
618 MONTOUR ST
MILTON, PA 17847-2353

ARDYTHE RAE BARNETT
107 MONTIETH ST
JOLIET, IL 60433-1731

ARLEEN IRVIN
4890 N QUAIL CREST DR SE
GRAND RAPIDS, MI 49546-7538

ARDETH KOSANKE
7484 UNIVERSITY AVE STE 100
LA MESA, CA 91942-6030

ARI B ZORN
30 UNDERMOUNTAIN RD
GREAT BARRING, MA 01230-9083

ARLEEN ROONEY
PO BOX 464
LOMITA, CA 90717-0464

ARDETH MASON
1701 NE WOODLAND RD
PONCA CITY, OK 74604-3824

ARILLIS M SEE
5701 W TUMBLING F ST
TUCSON, AZ 85713-4458

ARLEN C SCHROEDER
5211 TIMBER CREEK RD
GREAT BEND, KS 67530-6613

ARDICE SCHUETTE
1413 HILLTOP LN
PLYMOUTH, WI 53073-2005

ARLAN GUNNERSON
3756 TOWN ROAD 243
INTERNATIONAL, MN 56649-8930

ARLENE [SIS] MACY
1100 50TH ST UNIT 1206
WEST DES MOIN, IA 50266-4977

ARDIS REITER
22235 13TH AVE
SAINT AUGUSTA, MN 55320-1213

ARLAN PHILLIPS
5746 CRYSTAL SHORES DR APT 4
BOYNTON BEACH, FL 33437-5660

ARLENE A NICOSIA
305 W HACKBERRY DR
ARLINGTON HEI, IL 60004-1936

ARDITH BOBST-HILL
1318 SUNSET DR
HAMPTON, IA 50441-1824

ARLAN YOUNGBLOOD
2500 E HIGHWAY 180
LAMESA, TX 79331-7932

ARLENE BERKOWITZ
922 HEMINGWAY CIR
TAMPA, FL 33602-5980

ARDITH E WIKE
1603 ELGIN AVE
JOLIET, IL 60432-2157

ARLAND FREDERICK
4201 BLACKWOOD CT
LOUISVILLE, KY 40299-4001

ARLENE BINGAMAN
5801 AUTRY AVE
LAKEWOOD, CA 90712-1331

ARLENE BRESLIN
8 EDWARD TER
ALBANY, NY 12208-1909

ARLENE GUBERMAN
147 WASHINGTON ST APT 213
LYNN, MA 01902-4767

ARLENE M STATZ
25454 LAKE RD
SAINT CLOUD, MN 56301-9714

ARLENE CHASE
213 S 5TH ST # 1
READING, PA 19602-1835

ARLENE H MANNOS
180 BEACON ST APT 1G
BOSTON, MA 02116

ARLENE MANN
303 E HENRY CLAY ST UNIT 202
WHITEFISH BAY, WI 53217-5552

ARLENE CHEROVSKY
3708 VICTOIRE WAY
REDDING, CA 96002-3101

ARLENE HAYES
32938 BELLINGER SCALE RD
LEBANON, OR 97355-9412

ARLENE MARANS
2 INDIANHEAD DR
ORMOND BEACH, FL 32174-3059

ARLENE CLAPP
4819 5TH AVE
KENOSHA, WI 53140-2924

ARLENE HENKEL
120 CARMEL AVE APT 4
GALION, OH 44833-1439

ARLENE MARIE ANDERSON MOR
94694 RUDAT RD
ASTORIA, OR 97103-8414

ARLENE COOPER
5320 WEST RIVER DR NE
COMSTOCK PARK, MI 49321-8524

ARLENE HOEFT
2117 DONALD AVE
HUNTINGTON, WV 25701-4903

ARLENE MARTIN
1218 KRAMER MILL RD
DENVER, PA 17517-8991

ARLENE E SMITH
11 CONWAY RD
MILLIS, MA 02054-1760

ARLENE J SHEA
10 TOPPA BLVD
NEWPORT, RI 02840-2330

ARLENE MEARS
1008 OHIO ST
LEAVENWORTH, KS 66048-3051

ARLENE EINHORN
13724 COLUMBINE AVE
WELLINGTON, FL 33414-8148

ARLENE LASCH
5631 TYSHIRE PKWY
PROVIDENCE FO, VA 23140-4431

ARLENE MESSNER
2034 SPRING BROOK AVE
ROCKFORD, IL 61107-1546

ARLENE FRITSCHE
W2139 E RIVER RD
CAMPBELLSPORT, WI 53010-2918

ARLENE LOVENVIRTH
465 W 23RD ST APT 6G
NEW YORK, NY 10011-2105

ARLENE MOSEMANN
257 HEATHERSTONE WAY
LANCASTER, PA 17601-4980

ARLENE GRAU
3420 S MI STATE ROAD 52
CHELSEA, MI 48118-9602

ARLENE LOWY
6545 BEACON ST
PITTSBURGH, PA 15217-1842

ARLENE MURRAY
166 FRANKLIN AVE
MILTON, PA 17847-7628

ARLENE MUSHALKO
2205 PLEASANT DR
WHITE OAK, PA 15131-1923

ARLENE SCHOOLEY
5460 SUSQUEHANNA TRL
TURBOTVILLE, PA 17772-8682

ARLEY WILLIAM ALLEN JR
197 CRATOR DR
LOUISVILLE, KY 40229-6121

ARLENE PRIDDY
3075 FREYER RD
LIMA, OH 45807-2004

ARLENE SCHUPBACH
65 PAGE LN
WESTBURY, NY 11590-6237

ARLEYNE WEBSTER
PO BOX 746
MARSHALL, TX 75671-0746

ARLENE R COOPERIDER
5934 N 92ND AVE
OMAHA, NE 68134-1863

ARLENE SILVERMAN
716 WELLMAN AVE
NORTH CHELMSF, MA 01863-1366

ARLINE BIEMILLER
190 KIRKWOOD RD
GIBBSBORO, NJ 08026-1435

ARLENE RAY
90 SCHENCK AVE APT 2A
GREAT NECK, NY 11021-3626

ARLENE SMITH
PO BOX 102
MARIANNA, FL 32447-0102

ARLINE ROSSI
21 COOPER LN
CHESTER, NJ 07930-2637

ARLENE READING-BELCHER
16250 W BOULDER DR
SURPRISE, AZ 85374-6325

ARLENE SWEENEY
69 HIGHLAND AVE
ELIZAVILLE, NY 12523-1333

ARLINGTON HIGH SCHOOL
ARLINGTON HTS, IL 60005

ARLENE ROUSCH
7978 JOHNNYCAKE RIDGE RD
MENTOR, OH 44060-5512

ARLENE TANNER-GLYNN
PO BOX 3034
ASTORIA, NY 11103-0034

ARLO SAMUELSON
318 S 3RD ST
LAURENS, IA 50554-1339

ARLENE SCASE
707 ROBIN GLN APT 311
INDIANOLA, IA 50125-1085

ARLENE TAYLOR-WORTHY
2801 ROCKY RIDGE DR
EL PASO, TX 79904-2418

ARLUS ANN BLACKWELL
6600 BUCKINGHAM PALACE DR
IMPERIAL, MO 63052-3884

ARLENE SCHELL
2600 HOUGHTON LEAN
MACUNGIE, PA 18062-8634

ARLETTA PADDOCK
204 HARVEY DR
MANHATTAN, KS 66502-4950

ARLYN P JOHNSON
5625 SANDPIPER DR APT 617
STEVENS POINT, WI 54482-8102

ARLENE SCHERTZER
PO BOX 1448
WEST DOVER, VT 05356-1448

ARLETTA WELSCH BALDE
320 S HIGHLAND AVE
PLYMOUTH, WI 53073-2501

ARLYNE N BLACK
93 SANTA BARBARA DR
SCOTTSBORO, AL 35769-8473

ARMEAL GEORGE JR
3229 PINES RD
SHREVEPORT, LA 71119-3507

ARMENTA SHAW
2425 SHATTUCK AVE APT 402
BERKELEY, CA 94704-2073

ARNE G SANDBERG
25 POST CREEK RD
CODY, WY 82414-7103

ARNE GUNNERSON
800 19TH ST E
INTERNATIONAL, MN 56649-3050

ARNE J BERG
305 DICKINSON DR SE
DEVILS LAKE, ND 58301-3457

ARNOLD [ARNIE] ROBBINS MD
116 HANCOCK ST
CAMBRIDGE, MA 02139-2206

ARNOLD [GAIL] SIMS
6068 HICKORY HILL PL
COLUMBUS, OH 43228-9714

ARNOLD AUBOL
61 SE IRIS PL
SHELTON, WA 98584-9215

ARNOLD B ZETCHER
10263 CENTURY WOODS DR
LOS ANGELES, CA 90067-6312

ARNOLD DESANDRE
201 E SHADY LN
MURCHISON, TX 75778-4569

ARNOLD ERICKSON
7456 WETHERSFIELD DR
WEST CHESTER, OH 45069-5508

ARNOLD FELDMAN
25 RIVER BEND PARK
LANCASTER, PA 17602-1265

ARNOLD H LAZARUS
5469 CEDAR VILLAGE DR APT 22
MASON, OH 45040-8979

ARNOLD HOROVITZ
316 S PACIFIC AVE
PITTSBURGH, PA 15224-2319

ARNOLD I [ARNIE] OAKMAN JR
142 GARDEN AVE
BROWNS MILLS, NJ 08015-1957

ARNOLD MAILE
906 CHELSEA PL
WASHINGTON, IL 61571-1202

ARNOLD S ORANGE
8806 POINT WEST DR
AUSTIN, TX 78759-7351

ARNOLD SCHEINERT
1025 5TH AVE
NEW YORK, NY 10028-0134

ARNOLD SCHULBERG
39 CEDAR DR
HURRICANE, WV 25526-9221

ARNOLD SHARP
1913 PIERCE AVE
CAMDEN, NJ 08105-3649

ARNOLD SHERTZ
1317 GLEN EDEN DR
RALEIGH, NC 27612-4750

ARNOLD SILVER
225 W GARDENIA DR
PHOENIX, AZ 85021-8717

ARNOLD W LEACH
3411 HARRIS DR
AMARILLO, TX 79103-6909

ART BULGER
235 PENWOOD CT
CHESTERFIELD, MO 63017-2310

ART LETT
1117 PORTER AVE
DES MOINES, IA 50315-7239

ARTHAMAE [ARTIE] SADLEMYER
3125 CHANNEL DR
STEVENS POINT, WI 54481-4925

ARTHETTA BROWN
9 LILAC CT
MARLTON, NJ 08053-4404

ARTHUR [ARCHIE] SCHWARTZ
420 MERRICK RD
ROCKVILLE CEN, NY 11570-5427

ARTHUR CAMERON [CAM] GILLAM III
107 BISHOPGATE RD
COLUMBIA, SC 29212-1955

ARTHUR G JONES
409 ELDEN DR
CARY, IL 60013-2107

ARTHUR [ART] GUST
12851 COUNTY ROAD 5 NW
PINE ISLAND, MN 55963-9500

ARTHUR DIAMOND PE
1948 TIARA DR
OJAI, CA 93023-4125

ARTHUR GREENBERG PHD
8 YOUNG LN
RYE, NH 03870-2253

ARTHUR [PETE] NIBERT
1 HORIZON POINTE LN
SALEM, SC 29676-4332

ARTHUR DIEDRICH
10426 ABBEVILLE ST
SPRING HILL, FL 34608-4801

ARTHUR HANDLER
5207 GREAT MEADOW RD
DEDHAM, MA 02026-4083

ARTHUR A SILVERSTEIN
11 BIRCHWOOD AVE
WEST ORANGE, NJ 07052-3101

ARTHUR E [ART] ALLEN
85 ARBORWAY
JAMAICA PLAIN, MA 02130-2753

ARTHUR HEFT
550 SAINT CLAIR AVE
LIMA, OH 45801-1936

ARTHUR ADLER
232 PALM LN
PALMETTO, FL 34221-5275

ARTHUR E SCHEFFERS
5847 W N AVE
KALAMAZOO, MI 49009-8123

ARTHUR HOTOP
10639 CANTERBERRY RD
FAIRFAX STATI, VA 22039-1927

ARTHUR B JACOBS
PO BOX 2600
MONTEREY, CA 93942-2600

ARTHUR F HAGY JR
990 HOOSICK RD
TROY, NY 12180-6636

ARTHUR I GOLDBERG MD
955 PARK AVE # 5E
NEW YORK, NY 10028-0321

ARTHUR BRUTZER
2970 N COLE ST
LIMA, OH 45801-1732

ARTHUR FEITH
5 1/2 SUNSET DR
DOVER, NH 03820-4348

ARTHUR J DUDLEY
2801 1ST AVE APT 413
SEATTLE, WA 98121-1146

ARTHUR C KNUTH
125 WILDE BROOK DR
ASHEVILLE, NC 28806-1052

ARTHUR G GEORGAKLIS
11 GEORGE LN
BROOKLINE, MA 02445-7402

ARTHUR J HIRTH
26649 W CATALPA RD
ANTIOCH, IL 60002-9268

ARTHUR C MEIER II
776 CORNELIA DR SE
HUNTSVILLE, AL 35802-3758

ARTHUR G HARRIS JR
104 NIMS SPRING DR
FORT MILL, SC 29715-6461

ARTHUR L DICKERMAN
124 DEBORAH RD
NEWTON, MA 02459-2867

ARTHUR L GREEN
2555 QUEEN ST S
SAINT PETERSB, FL 33712-3658

ARTHUR SCHMIDT
10903 LOS OLAS DR
RIVERVIEW, FL 33569-7232

ARVENE (BUD) KREUTZER
1715 LIMIT ST
LEAVENWORTH, KS 66048-4000

ARTHUR L WILLIAMS JR
3190 WESTWIND RD
LAS VEGAS, NV 89146-6749

ARTHUR SEIDENBERG
3300 PATTERSON AVE
RICHMOND, VA 23221-2308

ARVILLA GREGOR
2825 JERRY ST
PRESCOTT, AZ 86301-7608

ARTHUR LEE SHERMAN
6145 QUAIL AVE TRLR 825
EL PASO, TX 79924-4342

ARTHUR SLOCUM JR
PO BOX 1386
WOLFEBORO, NH 03894-1386

ARVILLA LEBLANC BANKS
1120 NECHES DR
TYLER, TX 75702-8720

ARTHUR LINDH JR
850 NW 5TH ST
GRANTS PASS, OR 97526-1531

ARTHUR W [ART] GAULKE
10200 W BLUEMOUND RD APT 700
WAUWATOSA, WI 53226-4374

ASHER HELTON
173 ARDMORE HWY
FAYETTEVILLE, TN 37334-3756

ARTHUR PASQUALE
2016 E BUENA VISTA AVE
VISALIA, CA 93292-2365

ARTHUR W ROHE
260 N BLUEBIRD DR
GREEN VALLEY, AZ 85614-5950

ASHLEY WARREN O'QUINN
675 BEAVER PARK DR
ELGIN, SC 29045-8292

ARTHUR R OTT JR
10520 MISSION LAKES AVE
LAS VEGAS, NV 89134-5221

ARTHUR W STONE
314 HILLSIDE LN
HADDONFIELD, NJ 08033-1032

ASHTABULA/ HARBOR/ LAKESIDE
AHS/HHS/LHS ALUMNI ASSOCIAT
6600 SANBORN ROAD
ASHTABULA, OH 44004

ARTHUR S CLARKE
48 SOUTHWEST AVE
JAMESTOWN, RI 02835-1120

ARTHUR WATTS
406 OLD MILL DR
FLUSHING, MI 48433-2178

ASHTABULA/ HARBOR/ LAKESIDE
c/o RICK COBLITZ
6600 SANBORN ROAD
ASHTABULA, OH 44004

ARTHUR S DAVIS
78 WACHUSETTS AVE
LAWRENCE, MA 01841-4424

ARTIE H JOHNSA
155 PRICE DR W
LOCUST GROVE, GA 30248-2544

ASONJA CORBETT
619 DRUID ST
LAKELAND, FL 33805-3712

ARTHUR S WELLBAUM
1004 CHAMA ST NE
ALBUQUERQUE, NM 87110-7114

ARVA STAUFFER
1365 MONTCALM AVE SE
LOWELL, MI 49331-9314

ASTRID DICKERSON
540 S BREVARD AVE APT 425
COCOA BEACH, FL 32931-4408

ASTRID M CAIATI
PO BOX 876
HANCOCK, NY 13783-0876

AUDREY BALAWAJDER
425 SPRING VALLEY RD
WEST MIFFLIN, PA 15122-2540

AUDREY HAMPTON
PO BOX 245
ELCHO, WI 54428-0245

ATHELIA KNIGHT
4200 CATHEDRAL AVE NW APT 71
WASHINGTON, DC 20016-4934

AUDREY BROWNSTEIN
1145 COLLEGE AVE APT 601
COLUMBUS, OH 43209-2849

AUDREY L FERNER
987 SUMAC WAY
FREMONT, CA 94539-7206

ATLENE BRITT
3716 TOMLIN DR
COCOA, FL 32926-4074

AUDREY BUCHER
673 JACKSON AVE
STATE COLLEGE, PA 16803-2956

AUDREY L YACKEL
714 OAK LN
GRAPEVINE, TX 76051-2973

ATTIL [BUD] PASQUINI
965 POWERS RD
PADUCAH, KY 42003-8930

AUDREY CONRAD
109 MOUNT VERNON DR
MCKEESPORT, PA 15135-3015

AUDREY LEUNG
200 W 79TH ST APT 12D
NEW YORK, NY 10024-6216

ATWARD EUGENE CONE
122 TAR BOX TRL
LEXINGTON, SC 29073-7163

AUDREY DAHLEEN
593 CYPRESS LN
GALESBURG, IL 61401-8691

AUDREY LOAN
7600 MACON DR
CEDAR RAPIDS, IA 52411-8127

AUBREY RENE FRANCIS
PO BOX 870275
NEW ORLEANS, LA 70187-0275

AUDREY EILEN
5141 COLUMBO CT
DELRAY BEACH, FL 33484-6659

AUDREY MADER
5108 JEANNETTE DR
METAIRIE, LA 70003-2510

AUDREE BATES
24658 VAN HORN RD
FLAT ROCK, MI 48134-9506

AUDREY FRANKFORT
1527 LINCOLN HEIGHTS AVE
EPHRATA, PA 17522-1204

AUDREY MCCLARY
825 N 29TH ST APT 4B
PHILADELPHIA, PA 19130-1148

AUDREY ALEXANDER ESQ
215 HILLCREST ST
KEOKUK, IA 52632-2515

AUDREY GUNTER
5604 BON AIRE DR
MONROE, LA 71203-3122

AUDREY MILLS
487 BAXTER RD
BALLWIN, MO 63011-2569

AUDREY ANN SEIBEL
111 ROYER RD
EPHRATA, PA 17522-9573

AUDREY H CUSACK
17623 1ST AVE S APT 112
NORMANDY PARK, WA 98148-2712

AUDREY REITER
615 CAMPBELL ST
JOLIET, IL 60435-7029

AUDREY RICE
211 N 26TH AVE
YAKIMA, WA 98902-2316

AUDREY ZINS
1604 CALVARY CT
SAINT CLOUD, MN 56301-5117

AVA [JENNETTE] ARRINGTON
2926 BAGARRY ST
AMARILLO, TX 79103-7117

AUDREY SACCARDI
2655 PIEDMONT CT
WESTLAKE, OH 44145-2976

AUDRIE B ROSS
4 FRIENDSHIP CIR
DAYTON, OH 45426-1828

AVA DOPPELT
851 MAYFIELD AVE
WINTER PARK, FL 32789-2610

AUDREY TILMANS
525 CHELSEA WAY
RICHMOND, IN 47374-6602

AUGUST COMELLA
3 BIRCH CT
GALENA, IL 61036-8621

AVA TUNE
1616 FM 685 # 105-174
PFLUGERVILLE, TX 78660-7536

AUDREY TREDINNICK
8513 DOMINICAN CT
FORT MYERS, FL 33907-4033

AUGUST R GALLO JR
19 GULL ST
NEW ORLEANS, LA 70124-4302

AVALYN REISSIG
10315 GARNETT ST
OVERLAND PARK, KS 66214-2656

AUDREY TUCKERSON
2421 E SUNNY MEADE DR
HARVEY, LA 70058-2140

AUGUSTA HALL JR
1078 CHERRY LAUREL DR
LITHONIA, GA 30058-3102

AVANAID MCTEAR
57 INDIGO RD
HACKETTSTOWN, NJ 07840-4540

AUDREY URBAN
2896 COUNTY ROAD 69
INTERNATIONAL, MN 56649-9150

AUGUSTUS [GUS] POWELL
607 W 44TH ST
ASHTABULA, OH 44004-6811

AVIS ADAMS
1716 E GALVESTON ST
GILBERT, AZ 85295-5027

AUDREY WALSH
PO BOX 96
HINESBURG, VT 05461-0096

AUREL ANTHONY D'ALLURA
2346 LARCH ST
SIMI VALLEY, CA 93065-2536

AVIS THRASH
1372 ALEXANDRIA PKWY SE
NORTH CANTON, OH 44709-4845

AUDREY WEAVER
3200 RIVA RIDGE CT
BOWIE, MD 20721-1282

AURELIE PEREIRA
34 HUNTINGTON RD
EDISON, NJ 08820-3108

AVRUM ASHERY
515 MEADOW HALL DR
ROCKVILLE, MD 20851-1557

AUDREY WOOLHOUSE
9 AZTEC CIR
FORT MYERS BE, FL 33931-2501

AUSTIN C STERN
20 WESTOVER
SOUTH DENNIS, MA 02660-2709

AYLMER M GIFFORD
3627 N FRANCISCO AVE
CHICAGO, IL 60618-4608

B JENE HORNBECK
1818 BROADWAY
MILTON, PA 17847-8944

B P SIMPSON
PO BOX 98
CHECK, VA 24072-0098

B SUE HOLLIN
4604 N CEDAR ST
N LITTLE ROCK, AR 72116-7202

B VICTOR PFEIFFER
14580 DORY LN
FORT MYERS, FL 33908-4944

BACON ASSOCIATES
750 N EASTOWN RD
ELIDA, OH 45807-2269

Bank Of America
PO Box 15796
Wilmington, DE 19850-5796

BANNISTER EADS
203 BROOKVIEW CIR
EASLEY, SC 29642-1715

BARB CUSTER
516 5TH AVE APT 3
INTERNATIONAL, MN 56649-2435

BARB JOHNSON
2113 COUNTY ROAD 137
INTERNATIONAL, MN 56649-8830

BARB SEMMENS
1109 ELGIN DR
COLUMBIA, MO 65203-6221

BARB SMITH
1415 CROOKED CREEK TRL
CROWN POINT, IN 46307-5338

BARB THOBE
3743 W MILLCREEK RD
SIDNEY, OH 45365-8808

BARBARA [BABS] ABRAMOWITZ
7832 16TH ST NW
WASHINGTON, DC 20012-1204

BARBARA [BABS] WEINBERG
12023 DOUGLAS CIR
OMAHA, NE 68154-2236

BARBARA [BARB] HARRIS
38024 N BONKAY DR
CLINTON TOWNS, MI 48036-2103

BARBARA [BARB] LONGWELL
59759 HIGHWAY 90
MONTROSE, CO 81403-9669

BARBARA [BARB] MCCUNE
151 RECTOR DR
HARROGATE, TN 37752-3146

BARBARA [BARB] WOODMAN
35 HARBORVIEW DR
RYE, NH 03870-6119

BARBARA [BOBBI ANN] JAMES
609 VENADA CIR
FARMINGTON, NM 87401-3951

BARBARA [BOBBI] LEVY-JACOBS
7775 SOUTHAMPTON TER APT 4
TAMARAC, FL 33321-9152

BARBARA [BOBBY] ANDERSON
103 CEDAR DR
WAVERLY, IA 50677-9605

BARBARA A [BARB] KAROLCIK
PO BOX 311
PERRYOPOLIS, PA 15473-0311

BARBARA A BRUNK
1126 HIGHLAND TER
BOLIVAR, MO 65613-3319

BARBARA A BURNS
1695 ROCKCRESS DR
JAMISON, PA 18929-1646

BARBARA A CRAEMER
7152 MEADOW VIEW ST
SHAWNEE, KS 66227-5504

BARBARA A DICKS
243 W MOUNTAIN RD
WEST SIMSBURY, CT 06092-2705

BARBARA A FISCHER
8311 STATE HIGHWAY 13 S TRLR
WISCONSIN RAP, WI 54494-9500

BARBARA A GREENSPAN
5208 E BLUEFIELD AVE
SCOTTSDALE, AZ 85254-7639

BARBARA A ROAN
311 HUNTINGTON DR
BRYAN, OH 43506-9477

BARBARA ABATE
545 SOM CENTER RD
CLEVELAND, OH 44143-1564

BARBARA A HARK
12 OAKLEIGH RD
NORWOOD, MA 02062-1111

BARBARA A ROLLINS
38577 UPLAND RD
ALBANY, MN 56307-9617

BARBARA ALISON CHURCH
105 MOHICAN WAY
MELBOURNE BEA, FL 32951-3547

BARBARA A HARRIS
506 MALDEN AVE
LA GRANGE PAR, IL 60526-5515

BARBARA A ROSKIEWICZ
9388 SYLVESTER ST
TAYLOR, MI 48180-3523

BARBARA ANN BUFFIN
7414 KAYWOOD DR
DALLAS, TX 75209-3912

BARBARA A HITE
7405 W LINE RD
COLLINSVILLE, TX 76233-2736

BARBARA A SCHAEFER
56 DENTON AVE
EAST ROCKAWAY, NY 11518-1524

BARBARA ANN BURKE
PO BOX 733
HAMPTON, NH 03843-0733

BARBARA A KIBLER
1000 COGLIANDRO DR
CHESAPEAKE, VA 23320-2906

BARBARA A SEARLE
10505 FREMONT AVE
LUBBOCK, TX 79423-6075

BARBARA ANN DOUGLAS
1215 TOWNSHIP LINE RD
PHOENIXVILLE, PA 19460-4802

BARBARA A KIST-WALKER
104 SCOTT LN
OAK RIDGE, TN 37830-4609

BARBARA A UPCHURCH
123 UPCHURCH LN
ELMWOOD, TN 38560-4135

BARBARA ANN HAMBURGER
32887 170TH ST
SENECA, SD 57473-8903

BARBARA A MITCHELL
24550 E ARKANSAS PL
AURORA, CO 80018-6048

BARBARA A WORKMAN
13022 STEARNS ST
OVERLAND PARK, KS 66213-3621

BARBARA ANN KEFFER
72 W LEXINGTON RD
LITITZ, PA 17543-9509

BARBARA A O'BRIEN
123 TOM WHEELER RD
NORTH STONING, CT 06359-1121

BARBARA A ZIMMERMAN
25418 CHAMPAIGN ST
TAYLOR, MI 48180-2051

BARBARA ANN KNUDSEN
N5279 TREGANZA DR
NEW LISBON, WI 53950-9443

BARBARA A ORRE
5106 W BERENICE AVE
CHICAGO, IL 60641-2632

Barbara A. Patterson
4661 Sentry Way Apt 6
New Port Richey, FL 34653

BARBARA ANN LEACY
217 S 17TH AVE
BEECH GROVE, IN 46107-1754

BARBARA ANN PORTER
404 RIVERSIDE DR
LOWELL, MI 49331-1058

BARBARA ANN SEUGLING
1762 WINDSONG CIR
FLAGLER BEACH, FL 32136-2900

BARBARA ANNE DONOVAN
97 WINDWARD DR
PORTSMOUTH, RI 02871-2903

BARBARA ARTSCHWAGER
302 ROSE ST
LA CROSSE, WI 54603-3049

BARBARA ASHENFELDER
154 CREEK RD
NEW COLUMBIA, PA 17856-9051

BARBARA ASHWORTH
330 FAWN VIEW LN
GREENCASTLE, IN 46135-1484

BARBARA AUSTIN
15320 FULTON ST
BRIGHTON, CO 80602-5639

BARBARA B [BOBBI] WILSON
22231 SHANNONDELL DR
AUDUBON, PA 19403-5658

BARBARA BAGGETT
2250 HIGHWAY 13
CUNNINGHAM, TN 37052-5069

BARBARA BAIR
210 FREDERICK ST
MOUNT JOY, PA 17552-1504

BARBARA BAKER
34 FARROW LN
MILAN, TN 38358-5344

BARBARA BAKER
304 LYNN ST
PALESTINE, OH 45352-5032

BARBARA BALOWITZ
3232 SAN AMADEO UNIT B
LAGUNA HILLS, CA 92637-0659

BARBARA BARROWS
15 BIRCHCREST ST APT 310
BURLINGTON, MA 01803-3754

BARBARA BARTLETT
4243 SWEDEN DR
HERMITAGE, TN 37076-1217

BARBARA BAUMER
3 WASHINGTON CT
RICHMOND, IN 47374-3480

BARBARA BELCHER
23515 NEWCASTLE ST
TAYLOR, MI 48180-1776

BARBARA BEVERICK
3473 CANEY CREEK RD
CANEYVILLE, KY 42721-9707

BARBARA BLACKBURN
1138 S HIGH ST
TRENTON, TN 38382-3036

BARBARA BLODGETT
5283 FLINTROCK DR
CLIMAX, MI 49034-9700

BARBARA BLOMMERS
359 RIDGEFIELD DR
WETUMPKA, AL 36093-1909

BARBARA BOCCALEONI
2220 KENRY WAY
SOUTH SAN FRA, CA 94080-5508

BARBARA BOKOR
1113 COOGLER RD
IRMO, SC 29063-8889

BARBARA BOLEY
23716 J PL
OCEAN PARK, WA 98640-3619

BARBARA BORDEAUX
7614 N PATTON LN
PEORIA, IL 61614-1828

BARBARA BOVEN
8450 E H AVE
KALAMAZOO, MI 49048-5804

BARBARA BOWEN
504 ELM LEAF DR
GREENCASTLE, IN 46135-7203

BARBARA BOYLE
63 HERITAGE HLS # B
SOMERS, NY 10589-1518

BARBARA BURTON
6898 S 2300 E APT 316
SALT LAKE CIT, UT 84121-3176

BARBARA CLINTON
211 DUBOIS RD
NEW PALTZ, NY 12561-3821

BARBARA BRANDT
2004 BRIERHILL RD
FORT WASHINGT, MD 20744-2725

BARBARA CALDERARO
401 EXPLORER
LAKEWAY, TX 78734-3822

BARBARA COFFIN JESSEN
353 FLORENTINE LN
CENTERVILLE, UT 84014-2829

BARBARA BRENNAN
8 RUTH DR
FRAMINGHAM, MA 01701-7816

BARBARA CARMICHAEL
371 MCDONALD DR
IRWIN, PA 15642-4255

BARBARA COLE
1 HOLLY LN
PINEHURST, NC 28374-9348

BARBARA BREUHAUS
3321 W CAPITOL DR
PEORIA, IL 61614-2310

BARBARA CARPENTER
2110 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8963

BARBARA COLELLA
82 WYNN SCHOOL RD
ELYSBURG, PA 17824-9107

BARBARA BRIDGEMAN-JANNEY
676 SABRINA TER
RAMONA, CA 92065-2345

BARBARA CARPINELLO
20 FAIRVIEW ST
ANSONIA, CT 06401-2707

BARBARA COLETTI
15166 19TH AVE
WHITESTONE, NY 11357-3104

BARBARA BRUETSCH-COCKRELL
8212 MADISON AVE
KANSAS CITY, MO 64114-2234

BARBARA CARTER ACP
922 CLEAR FORK DR
DALLAS, TX 75232-2006

BARBARA COLLINS
2181 AMBLESIDE DR APT 301
CLEVELAND, OH 44106-7601

BARBARA BURDEN
395 BUTTON RD
OKEMOS, MI 48864-4301

BARBARA CHANEY
PO BOX 665
HIGHLAND, CA 92346-0665

BARBARA COLLINS
1226 TURNBERRY AVE
LE MARS, IA 51031-6208

BARBARA BURKE
400 BERKSHIRE LN
COPPELL, TX 75019-3777

BARBARA CHARIS
11582 MOORPARK ST UNIT 205
NORTH HOLLYWO, CA 91606-4218

BARBARA CONKLIN
2095 ALMOND RD
WILLIAMSTON, MI 48895-9753

BARBARA BURKHEAD
618 S EASTSIDE DR
BLOOMINGTON, IN 47401-5257

BARBARA CHASE
457 JERUSALEM RD
COHASSET, MA 02025-1145

BARBARA CONLON
832 BLUE RIDGE DR
MEDFORD, NY 11763-1204

BARBARA CONNICK
401 METAIRIE RD APT 205
METAIRIE, LA 70005-4335

BARBARA DE STEFANO
53 RONDOUT HBR
PORT EWEN, NY 12466-5003

BARBARA E CALLIS
3705 KESWICK PL
WILLIAMSBURG, VA 23188-2457

BARBARA COULTER
2079 RAMSEY RD
MONROEVILLE, PA 15146-4913

BARBARA DELONG
6195 RUTHERFORD AVE
EAST LANSING, MI 48823-1551

BARBARA E SIEBOLD
PO BOX 464
NEDERLAND, CO 80466-0464

BARBARA CUPPLES
15913 PICARDY CREST CT
CHESTERFIELD, MO 63017-7131

BARBARA DESSIN
4663 HERITAGE HILLS CIR
BLOOMINGTON, MN 55437-2855

BARBARA EAST
935 S SUNDERLAND RD
SPENCERVILLE, OH 45887-9737

BARBARA CURRY
12135 WEGNER RD
RIGA, MI 49276-9701

BARBARA DEXTER
245 ROSE CT
RIDGEWOOD, NJ 07450-2725

BARBARA EASTERBROOKS
20 CONCORD DR
MIDDLETOWN, RI 02842-5251

BARBARA D SUBECK
13095 CLAREMONT AVE
VICTORVILLE, CA 92392-7224

BARBARA DILLARD
12 EXTON LN
WILLINGBORO, NJ 08046-2217

BARBARA EDWARDS
900 PEACOCK RD
RICHMOND, IN 47374-2835

BARBARA D WAGNER
83 HERITAGE HILL RD APT A
NEW CANAAN, CT 06840-4618

BARBARA DOREY
17115 BEELINE AVE
JORDAN, MN 55352-8332

BARBARA EICHENLAUB CORNEL
18 CARDINAL DR
BELLEVILLE, IL 62221-4309

BARBARA DAUTERMAN
14750 SW 141ST AVE
TIGARD, OR 97224-1453

BARBARA DOWNEY
5723 TIDIOUTE ENTERPRISE RD
GRAND VALLEY, PA 16420-2741

BARBARA EIDSNESS
2765 COUNTY ROAD 21
FORT LUPTON, CO 80621-8438

BARBARA DAVIES
31605 N 43RD ST
CAVE CREEK, AZ 85331-5472

BARBARA DUHAMEL
PO BOX 728
SAUK RAPIDS, MN 56379-0728

BARBARA ELAINE JACKSON
9115 HAVERFORD LN
PORT RICHEY, FL 34668-5013

BARBARA DAVIS
120 SEAVER ST
BROOKLINE, MA 02445-5719

BARBARA DWORZNIK
1412 RUSTIC TRL
PARMA, OH 44134-4875

BARBARA ELLIOTT
179 ATLANTIC AVE
COHASSET, MA 02025-1431

BARBARA EVERS
324 MANOR DR
ANN ARBOR, MI 48105-1127

BARBARA FLETCHER
155 GREENWICH ST APT WL2
HEMPSTEAD, NY 11550-5925

BARBARA GEIGER
30052 PERSIMMON DR
WESTLAKE, OH 44145-5149

BARBARA F COOPER
18277 MULLFIELD VILLAGE TER
LEESBURG, VA 20176-7466

BARBARA FORD
9740 S TYLER RD
CLEARWATER, KS 67026-8956

BARBARA GELB-STEINER
25419 ANNS CHOICE WAY
WARMINSTER, PA 18974-3365

BARBARA FACILE
6504 LEANDER CIR
EDEN PRAIRIE, MN 55346-1114

BARBARA FOX
4 TOWNSEND CT
FRANKLIN PARK, NJ 08823-1516

BARBARA GILCHRIST
8 EMERICK LN
ALBANY, NY 12211-1260

BARBARA FELDMAN
4364 SHASTA PL
CARLSBAD, CA 92010-7914

BARBARA FRIEDRICH
48 KEW AVE
EAST NORTHPOR, NY 11731-1923

BARBARA GINSBERG
7606 DORCAS ST
PHILADELPHIA, PA 19111-3324

BARBARA FIELDING
207 PORTSMOUTH ST
JACKSON, OH 45640-1625

BARBARA FRITCHER
PO BOX 1238
FORSYTH, MO 65653-1238

BARBARA GLASER
9512 KINGSLEY AVE
BETHESDA, MD 20814-1637

BARBARA FIERCE
501 PONDS CT
METAMORA, IL 61548-8379

BARBARA FULLERTON
107 CHAMBERLAIN DR
GEORGETOWN, KY 40324-1670

BARBARA GLASGOW
PO BOX 234
MONTROSE, IA 52639-0234

BARBARA FINK
3515 TWIN BRANCHES CT
SILVER SPRING, MD 20906-1467

BARBARA G BRIGHT
2312 MCKINLEY AVE
WEST LAWN, PA 19609-2231

BARBARA GONZALEZ
4260 LINDEN AVE
LONG BEACH, CA 90807-2723

BARBARA FLEISCHER
215 GLEN EDDY DR
SCHENECTADY, NY 12309-4967

BARBARA GAIL TREVINO
1406 E INEZ ST
BEEVILLE, TX 78102-2913

BARBARA GOODING
1959 ORCHARD DR NW
OLYMPIA, WA 98502-4268

BARBARA FLEISCHER PHD
4286 HIGHWAY 516
MATAWAN, NJ 07747-7032

BARBARA GARKE
11213 STATE ROUTE 185
VERSAILLES, OH 45380-8415

BARBARA GORDON
6135 DANBURY LN
DALLAS, TX 75214-2149

BARBARA GRACE
3850 RIO RD APT 27
CARMEL, CA 93923-8628

BARBARA GRADY
1125 BRYAN ST
DREXEL HILL, PA 19026-1811

BARBARA GROSBIER
9449 S WASHINGTON AVE
MARSHFIELD, WI 54449-9617

BARBARA GROVER
PO BOX 1725
COSTA MESA, CA 92628-1725

BARBARA GRUBEN
PO BOX 75
FOREST HILL, LA 71430-0075

BARBARA H SEIPLE
326 MONROE ST
PHILADELPHIA, PA 19147-3212

BARBARA H YEAKLE
1310 SCOTTSDALE DR UNIT G
BEL AIR, MD 21015-4970

BARBARA HADLEY
500 5TH ST
MARIETTA, OH 45750-1978

BARBARA HAGGART
12404 ROSE LN
OMAHA, NE 68154-1469

BARBARA HAMMON
PO BOX 188
RIVERSIDE, PA 17868-0188

BARBARA HANEY
RR 2 BOX 2956
BIRCH TREE, MO 65438-9276

BARBARA HASS
212 CRITTENDEN LN
NEWPORT NEWS, VA 23606-2142

BARBARA HATHWAY
7 KNOLLCREST CT
NORMAL, IL 61761-2444

BARBARA HAYES
3157 MAJESTIC OAK CIR
COTTONWOOD, CA 96022-9567

BARBARA HELMKE
8300 FAIRMOUNT DR UNIT II101
DENVER, CO 80247-6533

BARBARA HENLEY
18287 WEWER AVE
SANDY, OR 97055-5324

BARBARA HERMANN
2408 N 29TH ST
SHEBOYGAN, WI 53083-4405

BARBARA HETCKO
3200 W BUCKTHORN RD
LINCOLN, NE 68523-9242

BARBARA HICKEY
173 PINEHURST RD
MUNROE FALLS, OH 44262-1136

BARBARA HIGGS
6 JONATHAN AVE
SOUTH BURLING, VT 05403-7330

BARBARA HILL
1688 N OLD OAK TRL
SANFORD, MI 48657-9235

BARBARA HINES
400 LONGCASTLE DR APT 2
GREENCASTLE, IN 46135-2454

BARBARA HODGES
5490 WALNUT GROVE RD
MEMPHIS, TN 38120-1956

BARBARA HODGKINS
1 POND ST APT 5D
WINTHROP, MA 02152-1065

BARBARA HOFFMAN
250 SHEPARD WAY
BURNSVILLE, NC 28714-2848

BARBARA HOMAN
400 HIGH ST
MILTON, PA 17847-2306

BARBARA HOOPER
2202 FELLOWSHIP RD
BASKING RIDGE, NJ 07920-3903

BARBARA HUGHES
362 CHURCH RD
ELKINS PARK, PA 19027-2736

BARBARA J GWINN
8020 ELLISVILLE LN
KNOXVILLE, TN 37909-2380

BARBARA JACKSON
310 STATE ST
DAINGERFIELD, TX 75638-2032

BARBARA HUNTER
115 LIBERTY PL
KEANSBURG, NJ 07734-3159

BARBARA J JACKSON
1343 ESSEX DR
LIMA, OH 45804-2623

BARBARA JAMES
428 E RANDOLPH ST
HAVANA, IL 62644-1458

BARBARA IGOE
308 MCCAULEY WAY APT 201
WEST NEWTON, PA 15089-1707

BARBARA J LEIB
504 WOODLYN AVE
NORRISTOWN, PA 19401-1717

BARBARA JANE [JANE] BISPALA
2686 BUCHANAN LN S
CAMBRIDGE, MN 55008-7114

BARBARA J [BARB] RENTSCHLER
17806 THUNDER RDG
SPENCERVILLE, IN 46788-9274

BARBARA J LUCAS
99 NORUMBEGA RD APT 227
WESTON, MA 02493-2484

BARBARA JANE JUNK
28614 KENDALWOOD DR
WRIGHT CITY, MO 63390-3667

BARBARA J ALPER M.D.
236 CLAYTON RD
SCARSDALE, NY 10583-1518

BARBARA J MILLION
PO BOX 1004
LAKE PLACID, FL 33862-1004

BARBARA JEAN CLARK
5316 TRAILWAY DR
ROCKVILLE, MD 20853-1573

BARBARA J ANDERSON
35623 NORTHVIEW HARBOR DR
PEQUOT LAKES, MN 56472-3633

BARBARA J PAULSON
924 SUWANNEE RD
KNOXVILLE, TN 37923-2037

BARBARA JEAN DITCH
19122 JANET AVE
LOCKPORT, IL 60446-3551

BARBARA J BOTTKA
12 CRESCENT AVE
SOUTH AMBOY, NJ 08879-1405

Barbara J. Bricken
4406 Sunstate Dr
New Port Richey, FL 34652-5225

BARBARA JEAN HOWARD
27 CHALMERS LN
CINCINNATI, OH 45218-1008

BARBARA J BROOKS
9920 CHASE HILL CT
VIENNA, VA 22182-1426

BARBARA J. KATZ
38 HILLCROFT RD
JAMAICA PLAIN, MA 02130-3047

BARBARA JEAN RAWLINGS
1016 RIM ROCK RD
EL DORADO, KS 67042-4165

BARBARA J FRUEAUFF RN
6210 BERKINSHAW DR
CINCINNATI, OH 45230-3664

Barbara J. Tibbits
11033 Salt Tree Dr
Port Richey, FL 34668-2430

BARBARA JENKNER
740 ROBBINS STATION RD APT 3
NORTH HUNTING, PA 15642-2241

BARBARA JENSEN
226 S ASHLEY PARK
WICHITA, KS 67209-2080

BARBARA KAIFESH
20841 N 110TH DR
SUN CITY, AZ 85373-2356

BARBARA KOCH
115 BLUE CREEK DR
WINTER SPRING, FL 32708-5501

BARBARA JO CARTER
9863 W MARCO POLO RD
PEORIA, AZ 85382-4146

BARBARA KARMELIN
244 GLEN MEADOW RD
FRANKLIN, MA 02038-1345

BARBARA KOHUT
101 N OAK PARK AVE
OAKPARK, IL 00066-0301

BARBARA JO KREISER
1085 SCHOOL HOUSE RD
ANNVILLE, PA 17003-8523

BARBARA KATS
3452 HAWTHORNE AVE
EUGENE, OR 97402-1946

BARBARA KOOKEN
13830 E CIENEGA CREEK DR
VAIL, AZ 85641-9069

BARBARA JOHNSON
3061 COUNTY ROAD 125
INTERNATIONAL, MN 56649-8720

BARBARA KEITH
400 ELDERBERRY CT
MOUNT LAUREL, NJ 08054-4941

BARBARA KOSTUCH
5332 W NOKOMIS RD
MILWAUKEE, WI 53223-3551

BARBARA JOHNSON
2207 SYLVAN LN
MIDLAND, MI 48640-2555

BARBARA KELLENBECK
2034 SW OTIS LN
GRANTS PASS, OR 97527-1806

BARBARA KRAEGER
1809 NW 80TH AVE
MARGATE, FL 33063-6811

BARBARA JOHNSON
3656 KINGSTON BLVD
SARASOTA, FL 34238-2640

BARBARA KENT
1648 COLD RIVER DR
SAINT GEORGE, UT 84790-4411

BARBARA KRANTZ
21 REPUBLIC ROW
SOMERSET, NJ 08873-7442

BARBARA JUHASZ
10 MAGYAR ST
TOLEDO, OH 43605-1418

BARBARA KERCHNER
6148 PEGGOTTY AVE
LAS VEGAS, NV 89130-1374

BARBARA KUHR
PO BOX 492
SCRIBNER, NE 68057-0492

BARBARA JUSTIZ
10 TERRACE CT
OLD WESTBURY, NY 11568-1302

BARBARA KLEIN
30108 PALOS VERDES DR W
RANCHO PALOS, CA 90275-4477

BARBARA KUPFERBERG
11314 72ND RD
FOREST HILLS, NY 11375-4657

BARBARA K DICK
1055 CENTRAL AVE APT 553
NEEDHAM, MA 02492-1843

BARBARA KNAPP
1900 OLD HICKORY LN
LENOIR CITY, TN 37772-7050

BARBARA L [BOBBY] MONNETT
133 WOODHAVEN DR
GREENCASTLE, IN 46135-2287

BARBARA L ERBES
11 TOWER RD
WESTFORD, MA 01886-1748

BARBARA LAHEY
604 GRANBY HILL PL
ALPHARETTA, GA 30022-5338

BARBARA LEVINE
8431 LINDEN WAY
LAKE WORTH, FL 33467-6252

BARBARA L FAULKNER
1706 HAVER ST
HOUSTON, TX 77006-2412

BARBARA LAST
1342 ELDER LN
DES MOINES, IA 50315-3476

BARBARA LEWIS
6755 LAKE WILLOW DR
NEW ORLEANS, LA 70126-2118

BARBARA L LANDERS
29009 SW BURKHALTER RD
HILLSBORO, OR 97123-9292

BARBARA LATINI
1738 BEACONWOOD AVE
SOUTH EUCLID, OH 44121-3728

BARBARA LIBSCH
1523 MONTE GROSSO DR
MERCED, CA 95340-3274

BARBARA L WALL
1221 BURNHAM AVE
DES MOINES, IA 50315-6130

BARBARA LATTERMAN
510 PARKVIEW DR
PITTSBURGH, PA 15236-4592

BARBARA LINDLER
PO BOX 266
LITTLE MOUNTA, SC 29075-0266

BARBARA L WATTS
5411 LIME RD
GALION, OH 44833-9537

BARBARA LAVALLEE
704 SUNSET DR
ANCHORAGE, AK 99501-1280

BARBARA LOUISE NEIFORD
911 OAK DR
LEESBURG, FL 34748-4324

BARBARA LA FLEUR
10801 KEELER RD
CONCORD, MI 49237-9785

BARBARA LEBLANC III
7728 FAIRWAY AVE SE UNIT 902
SNOQUALMIE, WA 98065-9044

BARBARA LOUISE RADER
1579 MCCULLEN AVE
EUREKA, CA 95503-3820

BARBARA LADD
200 N GORDY ST APT 3-3
EL DORADO, KS 67042-1943

BARBARA LEE
4057 ODEMA DR
LIMA, OH 45806-1250

BARBARA LUCAS
3612 SEGWUN AVE SE
LOWELL, MI 49331-8843

BARBARA LADEN
20342 PINTAIL LN
ONANCOCK, VA 23417-2508

BARBARA LENGELE
2523 NW 35TH ST
REDMOND, OR 97756-9759

BARBARA LUTZ
7701 78TH LOOP NW
OLYMPIA, WA 98502-9679

BARBARA LADRICK
7244 HEIM RD
CHANDLER, IN 47610-9310

BARBARA LEONARD
602 E WASHINGTON ST
KENTLAND, IN 47951-1150

BARBARA LYNCH
420 CHESTER AVE
BELLMAWR, NJ 08031-1452

BARBARA LYNN SULKIN
750 RUNYAN AVE
LIMA, OH 45801-3543

BARBARA MCCLAIN
530 MONTCLAIR ST
PITTSBURGH, PA 15217-2835

BARBARA MILLER
8101 WENDAMOOR DR APT 21
LOUISVILLE, KY 40228-2470

BARBARA M GARN
2947 WINTERS CHASE WAY
ANNAPOLIS, MD 21401-7291

BARBARA MCCORMICK
1203 4TH AVE NE
DEVILS LAKE, ND 58301-1843

BARBARA MIRTH BARKOWSKY
803 N 12TH ST
LAMESA, TX 79331-3101

BARBARA M JOHN
1509 WHITEWOOD DR
PITTSBURGH, PA 15220-4732

BARBARA MCCUE
21 LEWIS CT
HUNTINGTON ST, NY 11746-1112

BARBARA MONSON
PO BOX 98
TRIPOLI, WI 54564-0098

BARBARA M MCDOWELL
3023 GLASGOW DR
ARLINGTON, TX 76015-2228

BARBARA MCFADDEN
33 WAGNER RD
MEDFORD, NY 11763-1003

BARBARA MORGAN
10929 MAYAN DR
RIVERVIEW, FL 33569-7245

BARBARA M RYAN
117 LAKEBRIDGE DR
DEPTFORD, NJ 08096-6722

BARBARA MCINTYRE
3309 S 9TH ST
LAFAYETTE, IN 47909-2905

BARBARA MOSSBARGER
3831 S ASHLEAF LN
BEAVERCREEK, OH 45440-3472

BARBARA MACPHERSON
185 PHOEBE ST
ENCINITAS, CA 92024-1460

BARBARA MCMANUS
28 WALNUT DR
SPRING LAKE, NJ 07762-2119

BARBARA MOXEY
3439 NW 29TH ST
LAUDERDALE LA, FL 33311-1842

BARBARA MALOUTAS
7502 MIDFIELD AVE
LOS ANGELES, CA 90045-3232

BARBARA MENICHINI
8701 24TH AVE
BROOKLYN, NY 11214-5305

BARBARA MUELLER
8475 W RIDGEVIEW DR
BAILEYS HARBO, WI 54202-9614

BARBARA MANCINI
26 DORCHESTER RD
COLLEGEVILLE, PA 19426-3413

BARBARA MERROW
11434 GRAFTON RD
CARLETON, MI 48117-9027

BARBARA MURRAY PHD
6113 N TROPICAL TRL
MERRITT ISLAN, FL 32953-7214

BARBARA MATHEWSON
PO BOX 188
GREENBACK, TN 37742-0188

BARBARA MILLER
1300 9TH ST
INTERNATIONAL, MN 56649-2540

BARBARA MYERS
4186 HIGH ST
RICHMOND, IN 47374-4500

BARBARA N JUNKIN
10 HIGH PT E
HUNTINGDON VA, PA 19006-4317

BARBARA NORTH
80 FERNWOOD DR
GUILFORD, CT 06437-2349

BARBARA PACKER
11 EUCLID AVE APT 3B
SUMMIT, NJ 07901-2166

BARBARA NAGY
6373 MANZANITA DR
MACUNGIE, PA 18062-9349

BARBARA NUGENT
6254 SW 103RD STREET RD
OCALA, FL 34476-9303

BARBARA PAGANELLI
715 RENAISSANCE DR APT B206
BUFFALO, NY 14221-8032

BARBARA NANKIVELL
13427 WASHBURN AVE S
BURNSVILLE, MN 55337-2187

BARBARA O'BOYLE
75 JEWEL LN
LEVITTOWN, PA 19055-2303

BARBARA PAGE
2903 1/2 SANDRA AVE APT A
GRAND JUNCTIO, CO 81504-5492

BARBARA NASS
PO BOX 1168
INTERNATIONAL, MN 56649-1168

BARBARA O'BRIEN
18 BLUEBERRY LN
STONY BROOK, NY 11790-2516

BARBARA PALAKOW
620 WHITE ASH DR
LANGHORNE, PA 19047-8017

BARBARA NELL O'BRYANT
3728 RUTSON DR
AMARILLO, TX 79109-3934

BARBARA OLDS
5382 PAVILION GRN S
MEMPHIS, TN 38119-4904

BARBARA PALIN
2119 HOPKINS DR W
BRADENTON, FL 34207-4738

BARBARA NERI
1705 LINE AVE
ROLLA, MO 65401-9620

BARBARA ORVIS
218 14TH AVE S
SAINT CLOUD, MN 56301-4108

BARBARA PALMER
1342 STAGECOACH RD
OCEAN VIEW, NJ 08230-1334

BARBARA NESS
1516 PRAIRIE DU CHIEN RD
IOWA CITY, IA 52245-5616

BARBARA OSBORNE
4483 RAMSEUR DR
WINSTON SALEM, NC 27101-6400

BARBARA PARILLO
434 BOULDER DR
MORGANVILLE, NJ 07751-4269

BARBARA NEUSE
140 VALLEY VIS
NEW BRAUNFELS, TX 78130-8921

BARBARA OSTERLOH
140 OSTERLOH RD
MINSTER, OH 45865-9750

BARBARA PARROTT
7789 DRAKE CT
CLIVE, IA 50325-1259

BARBARA NORRIS
2710 NW B ST
RICHMOND, IN 47374-3820

BARBARA OVERSTREET
517 HARBOR VILLAGE DR
MADISON, TN 37115-2297

BARBARA PATTERSON
1050 MCNEILLY RD APT 542
PITTSBURGH, PA 15226-2558

BARBARA PATTERSON
16120 3RD AVENUE CT E
TACOMA, WA 98445-1072

BARBARA POVERMAN
210 ALLANDALE RD APT 2A
CHESTNUT HILL, MA 02467-3284

BARBARA REALMUTO
2651 N MILDRED AVE # 2
CHICAGO, IL 60614-2318

BARBARA PAVEY
2030 MORGAN HILL DR
LOS ANGELES, CA 90068-3619

BARBARA PRESTON MD
2685 WADSWORTH RD
SHAKER HEIGHT, OH 44122-2009

BARBARA REED
3417 COLLINGWOOD RD
HOOVER, AL 35226-2605

BARBARA PEABODY
9008 DE BOUPRE ST
EAST SAINT LO, IL 62203-2204

BARBARA PUTTLITZ
116 HORACE HARDING BLVD
GREAT NECK, NY 11020-1107

BARBARA REIMENSNYDER
PO BOX 304
DAMARISCOTTA, ME 04543

BARBARA PECK
1639 BIVAR CT
PLEASANTON, CA 94566-5605

BARBARA QUINN
221 WEST AVE
SPRINGFIELD, PA 19064-3626

BARBARA REINHOLZ
18911 HYDE PARK DR
WOODHAVEN, MI 48183-4315

BARBARA PIERSON
3448 CUTLER DR
WATERFORD, MI 48329-3225

BARBARA R CAMPBELL
27226 COUNTY ROAD 375
PAW PAW, MI 49079-9425

BARBARA RESNIK
210 W 101ST ST APT 15B
NEW YORK, NY 10025-5040

BARBARA PIZZI
90 GLENVIEW DR
AURORA, OH 44202-8219

BARBARA R MARCUM
4308 MANNINGTON DR
KNOXVILLE, TN 37917-2060

BARBARA ROBERTS
845 EVEREST DR
ROTHSCHILD, WI 54474-1020

BARBARA PLEASANT
527 LAVERNE AVE
BELVEDERE, SC 29841-2344

BARBARA RACE
29 FARMER RD
HOOKSETT, NH 03106-2124

BARBARA ROBERTS
302 HUNTER BLVD
BROWNS MILLS, NJ 08015-2222

BARBARA PORTERFIELD
2207 S 4TH ST
LAMESA, TX 79331-6505

BARBARA RASKO
1301 TAWNYA TER
INDIANOLA, IA 50125-1050

BARBARA ROBINSON
750 NALLY DR
MORGANFIELD, KY 42437-1802

BARBARA PORTZLINE
2751 S E ST
RICHMOND, IN 47374-6782

BARBARA RAUPP
7817 N US HIGHWAY 14
HARVARD, IL 60033-9038

BARBARA RODRIGUEZ
11117 FARNAM ST
OMAHA, NE 68154-3208

BARBARA ROHMER
18 GREGORY DR
GOSHEN, NY 10924-1017

BARBARA SANDERS
6487 AUTUMN CREST LN
HOSCHTON, GA 30548-8249

BARBARA SCOTT
55 S BIRCH ST
DENVER, CO 80246-1014

BARBARA ROMERO
8354 ORCHARD AVE
SAINT LOUIS, MO 63132-2820

BARBARA SANTINE
2400 GREENFIELD PL
MOUNDS VIEW, MN 55112-6012

BARBARA SEIDL
4010 RAMBLEWOOD DR
ELKHORN, NE 68022-1004

BARBARA ROSENBERG
116A LOWENS STRASSE
FREEHOLD, NJ 07728-3451

Barbara Schafer
4123 Tonga Ln Apt 1A
New Port Richey, FL 34653-6169

BARBARA SELLERS
704 LOVEVILLE RD
WARRIORS MARK, PA 16877-6713

BARBARA RUESCHER
55 ALSUN DR
HOLLIS, NH 03049-6212

BARBARA SCHAUF
8708 W 90TH ST
OVERLAND PARK, KS 66212-3845

BARBARA SEMON
353 FOX ST SW
GRAND RAPIDS, MI 49507-1548

BARBARA RUTTER
2641 STAGECOACH LN
LANCASTER, PA 17601-3700

BARBARA SCHENK
3411 WASHINGTON ST UNIT 202
WISCONSIN RAP, WI 54494-6885

BARBARA SHAFFER
5750 TIMPSON AVE SE
ALTO, MI 49302-9139

BARBARA RYAN
117 S EAGLE RD APT 102
HAVERTOWN, PA 19083-3329

BARBARA SCHMIDT
36425 SANDY KNOLL DR
EASTLAKE, OH 44095-5408

BARBARA SHAPIRO
746 WASHBURN ST
TEANECK, NJ 07666-2242

BARBARA RYBA
2208 CLOVER LEAF SCHOOL RD
BELLEVILLE, IL 62223-7704

BARBARA SCHREIBER
14343 HEATHER DR
BRISTOL, VA 24202-4737

BARBARA SHEAFFER
235 WEIDMANSVILLE RD
EPHRATA, PA 17522-9742

BARBARA S ZERBY
305 QUARRY RIDGE CIR
SUGAR GROVE, IL 60554-6449

BARBARA SCHULTZ
22869 COACHLIGHT CIR
TAYLOR, MI 48180-6382

BARBARA SIANSKY
7265 NW 8TH ST
MARGATE, FL 33063-4026

BARBARA SAN MARCO RN
7642 SUDAN CT
LAS VEGAS, NV 89149-6496

BARBARA SCHWARTZ
3915 DECLARATION AVE
CALABASAS, CA 91302-5740

BARBARA SIDOK
215 RIO VILLA DR LOT 3194
PUNTA GORDA, FL 33950-7427

BARBARA SIERADZKI
3261 MCCORMICK RD
LAPEER, MI 48446-8764

BARBARA STOKES
31 SAINT PAUL PL
MANCHESTER, NJ 08759-6814

BARBARA TANSEY
400 FERN BROOK LN # 128
MOUNT LAUREL, NJ 08054-9542

BARBARA SLATE
2375 ADDISON BLVD
HIGH POINT, NC 27262-4077

BARBARA SUE DAVENPORT
3211 JOYCE AVE
KNOXVILLE, TN 37921-6613

BARBARA TAVEL
404 MEADOWOODS DR
EAST MEADOW, NY 11554-5603

BARBARA SMITH
124 DAMON RD
NEEDHAM, MA 02494-1044

BARBARA SULLIVAN
11 HEARTH CT
HOWELL, NJ 07731-1658

BARBARA TAYLOR
PO BOX 686
LONG LAKE, NY 12847-0686

BARBARA SMITH
1389 GREENVISTA LN
GULF BREEZE, FL 32563-3497

BARBARA SULLIVAN
4117 N GREENVIEW AVE
CHICAGO, IL 60613-1916

BARBARA TAYLOR
1705 SUMMER SPRING BLVD
KNOXVILLE, TN 37931-4550

BARBARA SNODDY
1169 SNIPE CT
BENBROOK, TX 76126-4285

BARBARA SUMMERVILL
24 MEADOWLARK LN
HUTCHINSON, KS 67502-5635

BARBARA THOMASON
131 ROCK DOVE LN UNIT 2B
CAMDENTON, MO 65020-5655

BARBARA SOBIECK
906 15TH AVE SE
SAINT CLOUD, MN 56304-1545

BARBARA SWEIGART
432 S 9TH ST
AKRON, PA 17501-1459

BARBARA TINCHER
1115 S FULLHART DR
MUNCIE, IN 47302-2768

BARBARA SPRAGUE
210 STONE MONUMENT DR
WAKE FOREST, NC 27587-4100

BARBARA SYKES
14 VERTIE LN
MILTON, PA 17847-9586

BARBARA TOKARZ
1766 RUNNING DEER DR
AUBURN, PA 17922-9333

BARBARA STEADMAN
884 STRATFORD RD
AVONDALE ESTA, GA 30002-1432

BARBARA T WILLIAMS
8956 CHALLIS HILL LN
CHARLOTTE, NC 28226-2686

BARBARA TOURTELLOTTE
6 LANE OF ACRES
HADDONFIELD, NJ 08033-3505

BARBARA STEPHENS
112 SOUTH ST
CHARDON, OH 44024-1337

BARBARA TAMM
502 RABBIT HILL RD
SUMMERVILLE, SC 29483-5356

BARBARA TRACY
618 GENERAL SCOTT RD
KING OF PRUSS, PA 19406-1577

BARBARA TRAVIS
37 STILLMEADOW CIR
MONROE, CT 06468-2616

BARBARA VIRGINIA HULL
37 HOWARD ST APT 1
NEWPORT, RI 02840-3451

BARBARA WEINBERG
157 PITKIN ST
MANCHESTER, CT 06040-4459

BARBARA TRUITT
15615 S 2700 RD
EL DORADO SPR, MO 64744-7142

BARBARA W MILLER
20 HIGH CT
CHAGRIN FALLS, OH 44022-2863

BARBARA WEINSTOCK
2908 CRAWFORD ST
COLUMBIA, MO 65203-2918

BARBARA TUFTON
302 FOX CHAPEL RD APT 502
PITTSBURGH, PA 15238-2337

BARBARA WACKER
PO BOX 2126
FAIRPLAY, CO 80440-2126

BARBARA WHEELER
302 SOMERSET RD
BALTIMORE, MD 21210-2822

BARBARA TURLICH
104 LEAMINGTON SPA
WHITEHOUSE, TX 75791-5059

BARBARA WALLNER
11852 CLOUDY CREEK CT
COLORADO SPRI, CO 80921-4004

BARBARA WHITE-SMITH
9616 N 93RD DR
PEORIA, AZ 85345-4300

BARBARA TURNER
329 MANCHESTER CT
RICHMOND HEIG, OH 44143-1469

BARBARA WALTERS
29 PRIMROSE LN
NORTH BABYLON, NY 11703-3244

BARBARA WICHNER
9773 GAPPA RD
KABETOGAMA, MN 56669-8015

BARBARA TYLER
4205 N COLUMBUS AVE
PEORIA, IL 61614-7819

BARBARA WARD
8 STOCKTON DR
MIDDLETOWN, RI 02842-4823

BARBARA WIGINGTON
172 WIGINGTON RD
CLAYSVILLE, PA 15323-1331

BARBARA VAUTRIN
37 BROOKWOOD DR
LITITZ, PA 17543-9461

BARBARA WATERS-ARNEMAN
337 GULL PATH
MANKATO, MN 56001-2098

BARBARA WILEY
PO BOX 128
MIAMI, TX 79059-0128

BARBARA VIANA
124 CROSSCREEK DR
COLUMBIA, SC 29212-1420

BARBARA WATSON
309 MACK CT
KINGSPORT, TN 37663-2417

BARBARA WILL
461 N MAPLE ST
EPHRATA, PA 17522-2123

BARBARA VILLEPONTEAUX
281 W MAIN ST
HARLEYVILLE, SC 29448-3722

BARBARA WEIGEL
1420 48TH ST N
WISCONSIN RAP, WI 54494-6840

BARBARA WILLADSEN
1082 UNION ST APT 4
SAN FRANCISCO, CA 94133-2537

BARBARA WILLIAMS
136 HORTON DR
AUGUSTA, GA 30901-3834

BARBARA ZALENSKI
4035 SAN MASSIMO DR
PUNTA GORDA, FL 33950-8046

BARRY A HUFF
5000 143RD ST
BASEHOR, KS 66007-5284

BARBARA WILLIS
3682 APPIAN WAY
LEXINGTON, KY 40517-5919

BARBARALEE RUNYON
900 HOLLINSHEAD SPRING RD AP
SKILLMAN, NJ 08558-2075

BARRY A OLSON
513 10TH AVE NE
DEVILS LAKE, ND 58301-2626

BARBARA WILSON
103 CAWLEY CT
CHESTER SPRIN, PA 19425-3689

BARBIE GOSS
2922 N CHERRY LN
MEARS, MI 49436-8678

BARRY A WINGERT
287 PURDUE RD
VENICE, FL 34293-6542

BARBARA WINTER
716 N ELMWOOD AVE
WICKLIFFE, OH 44092-2130

BARCLAY A FLEMING
219 WILLIAMSBURG RD
ARDMORE, PA 19003-3103

BARRY ANTHONY
606 MICKELSON WAY
EVANS, GA 30809-5188

BARBARA WITZEL
745 MONTFORD DR
CHARLOTTE, NC 28209-4917

BARNEY S HAMPTON
683 BLOWING ROCK RD
BOONE, NC 28607-4829

BARRY B HOLZENTHAL
4405 RUE SAINT PETER
KENNER, LA 70065-1140

BARBARA WOODDELL
517 GREENRIDGE RD
BEL AIR, MD 21015-4747

BARNEY S KLIMECK
379 BAIRD RD
FARMERSVILLE, NY 14060-9707

BARRY BALLARD
2201 LAUREL FOREST DR
FORT WORTH, TX 76177-3510

BARBARA WYMAN
131 RIVER RD
NEWCASTLE, ME 04553-3804

BARRETT L MCKIBBEN
3909 S ORILLA RD
WEST DES MOIN, IA 50061-5661

BARRY BONEY
502 W BONEY ST
WALLACE, NC 28466-1831

BARBARA Y DAVIS-STALEY
4315 SUEL DR
TYLER, TX 75702-7668

BARRIE BRIGGS
4112 GLENN DALE RD
BOWIE, MD 20720-3577

BARRY BRAUCH
13792 HIGHWAY F48 W
MITCHELLVILLE, IA 50169-8527

BARBARA YOUNG
1565 WILDCAT WAY
OAKLEY, CA 94561-1963

BARRY A ARCHER
10810 CLUM RD
HARROD, OH 45850-7413

BARRY BUSH ANDERTON
10505 COMANCHE LN
GLEN ALLEN, VA 23059-1923

BARRY CLAYCOMB MD
75 DENNISON ST
GLOUCESTER, MA 01930-1315

BARRY DUFFY
3176 E FLAMINGO RD APT 103
LAS VEGAS, NV 89121-4379

BARRY E HUMBERSON
8161 COOLEY RD
RAVENNA, OH 44266-9760

BARRY GRUETZMACHER
1441 ROUNDS ROUND
WISCONSIN RAP, WI 54494-5458

BARRY H MATTESON
1658 CATTAIL DR
LOVELAND, CO 80537-6889

BARRY K SHAFER
708 PERIWINKLE LN
MARYVILLE, TN 37804-3667

BARRY K SZABO
11599 FOREST RD
CHARDON, OH 44024-9412

BARRY KLINE
912 E 63RD ST
TACOMA, WA 98404-2417

BARRY KREIDER
17 BEECH CT
EPHRATA, PA 17522-8978

BARRY L TARMY
21 WATER LN
BERKELEY HEIG, NJ 07922-2319

BARRY LEED
48 MANOR OAKS DR
MILLERSVILLE, PA 17551-9506

BARRY M GROSS
364 E SURF RD
OCEAN CITY, NJ 08226-4553

BARRY MCCULLOUGH
121 MCKAIN XING
HENDERSONVILL, TN 37075-6734

BARRY MUNIZ
727 HELIOS AVE
METAIRIE, LA 70005-2619

BARRY R SUDE
7129 WESTMORELAND RD
FALLS CHURCH, VA 22042-2566

BARRY REZNICK
118 GLENFIELD DR
BEAVER, PA 15009-9628

BARRY S ZIMMERMAN
112 FARM CREST DR
EPHRATA, PA 17522-8551

BARRY SCHUSCHKE
600 18TH ST E
INTERNATIONAL, MN 56649-3145

BARRY W HAUF
4709 OAKRIDGE PARK DR
SAINT LOUIS, MO 63129-1788

BARRY W SCHNEIDER
349 WALKER AVE
PENNDEL, PA 19047-5121

BARRY WRYNN
2840 N KINGS RD
VIRGINIA BEAC, VA 23452-7717

BART T FOSTER
1926 HIGH ST
PORTSMOUTH, VA 23704-3010

BARTHINA SMART
4512 CHERRYWOOD DR
MIDLAND, TX 79707-2623

BARTLEY WILLIM
601 E MAIN ST
RICHMOND, MO 64085-1861

BASIL BAKER
6068 GETTYSBURG ESTATES DR
SAINT LOUIS, MO 63129-4020

BASIL O BOOTON
365 SERENA DR
CHICAGO HEIGH, IL 60411-1057

BAYSIDE HIGH SCHOOL
3224 CORPORAL KENNEDY ST
BAYSIDE, NY 11361-1061

BAYTON PRESTON
10 PINKHAM AVE
SOMERSWORTH, NH 03878-1912

BEATRICE DORRIAN
197 8TH ST APT 401
CHARLESTOWN, MA 02129-4230

BEAU ELIZABETH FERRY
6 PILTON DR
MEDFORD, NJ 08055-9538

BE ENGLER
7611 TANIA LN
NORTH FORT MY, FL 33917-3334

BEATRICE E MITCHELL
8630 S KENWOOD AVE
CHICAGO, IL 60619-6416

BEBE WARREN GOLDMAN
1797 LIMETREE LN
SAINT LOUIS, MO 63146-4722

BEA KNUDTSON
407 E MADISON ST APT 6
DODGEVILLE, WI 53533-1297

BEATRICE FLATO
903 CYPRESS TER APT 102
POMPANO BEACH, FL 33069-4004

BECKA G GRAEFEN
2800 S SCHOOLHOUSE RD
NEW LENOX, IL 60451-3717

BEARDEN HIGH SCHOOL
BEARDEN HIGH SCHOOL FOUNDATI
8352 KINGSTON PIKE
KNOXVILLE, TN 37919-5489

BEATRICE GOODMAN
2222 AVENUE OF THE STARS UNI
LOS ANGELES, CA 90067-5648

BECKI A LAHRMAN
31 CIRCLE DR
RICHMOND, IN 47374-2072

BEARDEN HIGH SCHOOL
c/o GEORGE [BUDDY] HEINS
8352 KINGSTON PIKE
KNOXVILLE, TN 37919-5489

BEATRICE M SMITH
1187 KESTER RD
WISCONSIN RAP, WI 54494-9552

BECKI D JAEGER
114 STONY RIDGE CT
HILLSDALE, MI 49242-1154

BEATRICE [BEA] SHELTON
266 THORNE ST APT B
LOS ANGELES, CA 90042-5601

BEATRICE MAJKA
56 HIGHLAND AVE
BELMONT HILLS, PA 19004-1839

BECKI ZYLSTRA
2329 SUNCREST DR
AMES, IA 50014-8223

BEATRICE ANN WHITNEY
1427 ANTOINETTE CIR
HAMPTON, VA 23663-2005

BEATRICE SCHINDEL
4 SOLURI LN
TOMKINS COVE, NY 10986-1308

BECKY DINGLE
604 SW 18TH ST
RICHMOND, IN 47374-5149

BEATRICE CLEWELL
1769 CREEK RD
DANVILLE, PA 17821-9700

BEATRICE SWARTZ
7927 STATE ROAD 52 APT MB120
HUDSON, FL 34667-6783

BECKY EHRMANN
1215 ASPEN ST
LONGMONT, CO 80501-3805

BEATRICE DIERKING
PO BOX 1543
EAGLE RIVER, WI 54521-1543

BEATRICE WINTERSTEIN
22843 W LORRAINE AVE
PLAINFIELD, IL 60586-9035

BECKY F HAJ-HHASAN
3515 PLUMWOOD DR
KNOXVILLE, TN 37921-1432

BECKY LYNN VEHEC
14324 OVERHOLT DR
NORTH HUNTING, PA 15642-1230

BECKY M DARBY
326 RIVER BLUFF DR
ORMOND BEACH, FL 32174-3837

BECKY MARTIN
1331 GLENDALE RD
RICHMOND, IN 47374-1115

BECKY RAASCH
1124 225TH ST
BRIDGEWATER, IA 50837-8045

BECKY REEVES
133 SUNHAVEN RD
DANVILLE, CA 94506-1903

BECKY SIEFERING
4 PARK PL
OSKALOOSA, IA 52577-4200

BECKY SVATOS
510 2ND AVE
IOWA CITY, IA 52245-4500

BECKY TIMMERMAN
3642 E 8TH ST
DES MOINES, IA 50316-1006

BEE MILLER
PO BOX 1326
WINCHESTER BA, OR 97467-0815

BEEJAY LIEZEN
331 9TH ST N
WISCONSIN RAP, WI 54494-4409

BELINDA EDMONDS
1806 OLIVE ST
LEAVENWORTH, KS 66048-2153

BELINDA L STRIBLING
4615 MARTHAS WAY
GROVETOWN, GA 30813-2205

BELINDA R LONG
81 BEECHNUT CT
LUMBERTON, NJ 08048-3412

BELLFLOWER HIGH SCHOOL
BELLFLOWER H.S. ALUMNI COMMI
15301 MCNAB AVE
BELLFLOWER, CA 90706-4199

BELLFLOWER HIGH SCHOOL
c/o BILL STE MARIE
15301 MCNAB AVE
BELLFLOWER, CA 90706-4199

BEN ARMSTRONG
7000 N CAMINO DE FOSFORO
TUCSON, AZ 85718-1014

BEN BOLUSKY
3306 KING GEORGE DR
ORLANDO, FL 32835-5902

BEN BYE
3341 CONGRESS ST
MONTROSE, CO 81401-7358

BEN ETIENNE
11572 65TH PL N
MAPLE GROVE, MN 55369-6166

BEN F RAMSEY
11588 VIA RANCHO SAN DIEGO A
EL CAHON, CA 92019-5277

BEN KOVACH
900 MENDLESON DR
RICHMOND, IN 47374-1232

BEN LEVIN
1518 MISTYWOOD LN
DENTON, TX 76209-2219

BEN LEWIS
2822 ALLISON LN
HIGHLAND, MI 48357-3161

BEN T GOODE
7450 COUNTY ROAD 237
BROWNWOOD, TX 76801-0310

BEN THIGPEN
13914 KIMBERLEY LN
HOUSTON, TX 77079-5804

BEN THOMAS
16 OAK DR
FAYETTEVILLE, TN 37334-6647

BENITA J LIND
10886 ARCARO LN
UNION, KY 41091-9201

BENITA LINDEN
229 SABINE DR
TRINITY, TX 75862-5221

BENITA TALBOT
3112 GRACEFIELD RD APT 221
SILVER SPRING, MD 20904-1862

BENJAMIN B BARKER III
41 WARD AVE
MIDDLETOWN, RI 02842-5511

BENJAMIN BARKER
872 JUDSON ST
RAYNHAM, MA 02767-1103

BENJAMIN DANIEL
211 CALLE CAMPANA
WALNUT, CA 91789-1619

BENJAMIN HICKEY
25 MYRTLE ST
CRANFORD, NJ 07016-3437

BENJAMIN ISENBERG
430 SW 13TH AVE APT 2101
PORTLAND, OR 97205-2375

BENJAMIN M KAPLAN
2115 S LA ROSA DR
TEMPE, AZ 85282-2237

BENJAMIN NOBLE
603 GREAT SPRINGS RD
BRYN MAWR, PA 19010-1701

BENJAMIN PISHA
2311 CIRCLE ST
CREST HILL, IL 60403-1717

BENJAMIN ROUSH
1552 SW VILLAGE DR
TOPEKA, KS 66604-2201

BENJAMIN WESTON
1030 BASIE CRES
PORTSMOUTH, VA 23701-3920

BENJAMIN WILKE
2305 MACBRIDE DR
IOWA CITY, IA 52246-1725

BENNETT ALAN BURSTIN
1039 LINDSAY RD
CARNEGIE, PA 15106-3825

BENNETT COOK
110 MARVIN CT
GERMANTOWN HI, IL 61548-8607

BENNIE E GRAHAM
1515 BOCA CHICA DR
DALLAS, TX 75232-2823

BENNIE J ELLIS
7811 MANASSAS DR
AUSTIN, TX 78745-6917

BENNIE JONES
4901 RUSSET HILL DR
AUSTIN, TX 78723-6227

BENNIE LOUISE WHITE
PO BOX 292932
FORT LAUDERDA, FL 33329-2932

BENNIE STEPHENS
1101 GLENWOOD DR
AUGUSTA, GA 30904-3338

BENNY BAILEY
1151 POEHILL RD
ELKTON, KY 42220-8665

BENNY C ARGO
862 COUNTY ROAD 4481
DECATUR, TX 76234-7717

BENNY DORSEY
7546 FOREST AVE
GARY, IN 46403-2133

BENNY R WHITE
2112 COUNTY ROAD 20
LAMESA, TX 79331-1842

BENNY SNYDER
180 PHILLIPS RD
MILTON, PA 17847-7900

BENNYE JONES
PO BOX 764133
DALLAS, TX 75376-4133

BERDENA T RUST
1027 JENKS BLVD
KALAMAZOO, MI 49006-2195

BEREA HIGH SCHOOL
c/o PAM SIMON
390 FAIR ST
BEREA, OH 44017

BERNADETTE VANMIDDLESWORTH
8163 UPPER BAY LN
INDIANAPOLIS, IN 46236-9787

BERNARD BERGMAN
252 PARKVIEW ST
SAINT HENRY, OH 45883-9594

BERNADEAN WALTMAN
314 BEAGLE RD
LEWISBURG, PA 17837-7560

BERNADETTE WASSERMAN
8240 DEEPWOOD BLVD UNIT 8
MENTOR, OH 44060-7746

BERNARD C D'ANDREA
174 WALNUT ST
LIVINGSTON, NJ 07039-5003

BERNADETTE CHORTOS
3831 HERITAGE PKWY
DEARBORN, MI 48124-4400

BERNADINE FIEBER
5412 W OVERLOOK CIR
WEST BEND, WI 53095-8324

BERNARD CEDAR
3005 CHAPEL AVE W APT 6N
CHERRY HILL, NJ 08002-3815

BERNADETTE KOCH
9030 PATRICKS GLEN LN
CINCINNATI, OH 45242-7558

BERNARD [BERNE] POMORSKI
10832 N 41ST DR
PHOENIX, AZ 85029-3906

BERNARD DEMCOVITZ
5 PRINCETON DR
JACKSON, NJ 08527-2317

BERNADETTE M GORDON
W246N6601 PEWAUKEE RD
SUSSEX, WI 53089-2646

BERNARD [BERNIE] FINE
6895 WILLOW WOOD DR APT 1063
BOCA RATON, FL 33434-3555

BERNARD G ENKRO
2320 CARRIAGE CT
WISCONSIN RAP, WI 54494-0727

BERNADETTE PONGE
474 CALVERTON PL
BRUNSWICK, OH 44212-1820

BERNARD [BERNIE] GOLEMBE
20865 SUGARLOAF LN
BOCA RATON, FL 33428-1125

BERNARD H CARAHER
PO BOX 23
LAKE VILLA, IL 60046-0023

BERNADETTE SHARKEY
172 ELDERBERRY RD
MINEOLA, NY 11501-1801

BERNARD [BUD] TOWNSEND
101 CHADWICK FARMS DR
FAYETTEVILLE, TN 37334-6081

BERNARD H DREES
8109 STATE ROUTE 66
FORT LORAMIE, OH 45845-9726

BERNADETTE STANDOWSKI
54 FOX GLOVE RUN
TOMS RIVER, NJ 08755-3219

BERNARD A [BOB] GELMAN
8319 116TH ST
RICHMOND HILL, NY 11418-3417

BERNARD HIRSCH
1539 TIFFANY CT
COLUMBUS, OH 43209-3134

BERNADETTE TRZECIESKI
141 PENHURST RD
ROCHESTER, NY 14610-2748

BERNARD A CARROZZA
2428 PARK MANOR DR
MCKEESPORT, PA 15132-1872

BERNARD HYMAN
2001 MARINA DR APT 706
QUINCY, MA 02171-1542

BERNARD J JUREK
17174 TOWER DR
MACOMB, MI 48044-5597

BERNARD WHALEN
791 ARTHUR ST
WEST HEMPSTEA, NY 11552-3211

BERNICE DRISCOLL
22320 CLASSIC CT APT 348
LAKE BARRINGT, IL 60010-5919

BERNARD M FETZER
77 PIROGUE ST
TOMS RIVER, NJ 08757-4136

BERNARD WILLIAMS
PO BOX 3225
FALL RIVER, MA 02722-3225

BERNICE DURKOVIC
221 N CHESTNUT ST
JEFFERSON, OH 44047-1127

BERNARD P [BEN] PETERSON
46 CAMELLIA DR
ORMOND BEACH, FL 32176-2402

BERNEACE CARNAHAN
4617 SWEET BERRY LN
OOLTEWAH, TN 37363-4926

BERNICE F CHITWOOD
107 OVERHILL DR
PAOLA, KS 66071-1131

BERNARD PINSKER
1052 LYNDHURST DR
PITTSBURGH, PA 15206-4536

BERNHARD [BERNIE] KAROLY JR
175 N LAKEWOOD CIR
MAITLAND, FL 32751-3421

BERNICE FLUNKER
985 PIKE FOREST DR
LAWRENCEVILLE, GA 30045-9795

BERNARD POLLOCK
6539 TEALWOOD DR
LISLE, IL 60532-3277

BERNHARD G MCKAY
5 CARPENTER LN
ROCHESTER, NH 03867-3709

BERNICE FRIEDLANDER
17969 SE 85TH CAUSTON CT
THE VILLAGES, FL 32162-4809

BERNARD ROURKE
176 WOODY DR
RICHMOND, IN 47374-4557

BERNICE [BEA] CONKLIN
1087 ASPEN WAY
GRANTS PASS, OR 97527-5781

BERNICE HENDRESON
724 CHASE AVE
JOLIET, IL 60432-1624

BERNARD RUNGE
407 CARNEGIE ST
WEST MIFFLIN, PA 15122-4101

BERNICE BATTLE
2602 ELVA PL
LEHIGH ACRES, FL 33971-1426

BERNICE ISAAK
848 W CARPENTER AVE
REEDLEY, CA 93654-3904

BERNARD STAHL
1270 NORTH AVE
NEW ROCHELLE, NY 10804-2601

BERNICE BERGER
8826 STATE ROUTE 185
BRADFORD, OH 45308-9788

BERNICE J HARPER
2600 DAHLIA ST
PORTSMOUTH, VA 23704-6013

BERNARD STEPHENS
1914 PORTER AVE
SUITLAND, MD 20746-1040

BERNICE CASPERT
606 FIR CT
NORWOOD, NJ 07648-2010

BERNICE M BOGAN
3026 EAGLE DR
AUGUSTA, GA 30906-3326

BERNICE M TAYLOR
3342 GLADWYN AVE
PENNSAUKEN, NJ 08109-3518

BERNICE VAUGHN
3403 STOCKHOLM ST
MCKEESPORT, PA 15132-5839

BERT J JOLING
5418 NATURE RD
RHINELANDER, WI 54501-9301

BERNICE M YANDURA
2750 CRESTWOOD DR
MONUMENT, CO 80132-9703

BERNICE WARD
2566 PICKETT ST
PLYMOUTH, WI 53073-5007

BERT L FLAMM
PO BOX 85
SAINT ANTHONY, ID 83445-0085

BERNICE RAEDER
W4083 COUNTY ROAD PP
PLYMOUTH, WI 53073-4337

BERNICE WRIGHT
5402 83RD AVE SE
SNOHOMISH, WA 98290-5119

BERT R TOMON
4772 PEARL RD
CLEVELAND, OH 44109-5152

BERNICE RUFF
PO BOX 347
MOUNT SIDNEY, VA 24467-0347

BERNICE ZIEBELL
653 HAMBURG ST
RIPON, WI 54971-1023

BERT VAN ESSEN
202 E DIVISION ST
GETTYSBURG, SD 57442-1713

BERNICE SCHNEIDER
452 HILLER DR
OAKLAND, CA 94618-2318

BERNIE BAUER
5 BAYARD RD APT 303
PITTSBURGH, PA 15213-1903

BERTA D WALKER
1153 S CENTRAL AVE
LIMA, OH 45804-2029

BERNICE SNYDER
5921 WINWOOD DR APT 254
JOHNSTON, IA 50131-1678

BERNIE SCHNEIDER
2324 FUNSTON AVE
SAN FRANCISCO, CA 94116-1947

BERTHA ANN MANNING
1133 HORNE AVE
PORTSMOUTH, VA 23701-3753

BERNICE SPORLEDER
26447 295TH LN
MARSHALL, MO 65340-4232

BERNIECE EUBANK
6170 SKIPPERTON RD
MACON, GA 31216-6136

BERTHA BOOKER
330 OSAGE RD
PETERSBURG, VA 23803-6218

BERNICE TWIFORD
1031 DICK AVE
WARMINSTER, PA 18974-2456

BERNILDA WILLE
10501 EMILIE LN UNIT 1304
ORLAND PARK, IL 60467-8809

BERTHA DEAN
6225 DELLA CT
JACKSONVILLE, FL 32209-1503

BERNICE V JOHNSON
1051 KNOLLWOOD DR
BEDFORD, VA 24523-3232

BERNITA MARQUARDT-WILDE
3533 SWAN CIR S
ARNOLD, MO 63010-3997

BERTHA DIETRICH
1392 MILTON GROVE RD
MOUNT JOY, PA 17552-8563

BERTHA FIEDLER
717 1ST ST NE
SAINT CLOUD, MN 56304-0501

BERTHA JASIENSKI
305 W GARFIELD ST UNIT 103
OSCEOLA, IA 50213-1092

BERTHA KELLEY
715 1ST ST N
COLD SPRING, MN 56320-1401

BERTHA LASSITER
200 SWARTMORE DR
HAMPTON, VA 23666-1635

BERTHA M BOLDEN
1239 TURTLE CREEK DR N
JACKSONVILLE, FL 32218-3658

BERTHA STUART
2485 SW HIDEAWAY LN
STUART, FL 34994-4810

BERTHA V BENNETT
4240 DARROW RD
STOW, OH 44224-2630

BERTHE KEITH
30 SEA VISTA DR
PALM COAST, FL 32137-2502

BERTIE HURT
2600 STEWARTS FERRY PIKE
HERMITAGE, TN 37076-3855

BERTRAM T BALLARD
9316 NAVAHO DR
BRENTWOOD, TN 37027-7467

BERTRAND ROBINSON
3771 NANSEMOND CIR
NORFOLK, VA 23513-5313

BERWIN BERGMAN
409 SABIN ST
KALAMAZOO, MI 49006-4256

BERYL RAFF
6422 ABERDEEN AVE
DALLAS, TX 75230-5106

BERYL ROBERTS
812 E 16TH ST N
NEWTON, IA 50208-2422

BESS MILLER
1205 MEADOW RIDGE DR
DENTON, TX 76201-0759

BESSIE GREENE
5520 WAINRIGHT DR
FORT WORTH, TX 76112-7658

BESSIE JEAN TILLEY
2737 YOUNGDALE DR
LAS VEGAS, NV 89134-7864

BESSIE M HOMMER
3551 DAY AVE
MIAMI, FL 33133-4944

BESSIE SHIROMA
24410 CRENSHAW BLVD
TORRANCE, CA 90505-5332

BESSIE VAUGHN
9869 E WHEATON CIR
NEW ORLEANS, LA 70127-2237

BETH A ALLEN
1680 HOLT RD
WILLIAMSTON, MI 48895-9786

BETH ALMON LUSCH
2709 GOLDEN RAIN RD APT 16
WALNUT CREEK, CA 94595-1963

BETH BELCHER
3804 PINESTONE CT
CONNEAUT, OH 44030-3180

BETH BORDEN
2112 38TH ST
DES MOINES, IA 50310-4521

BETH BREEDING
1704 TEALWOOD LN
CORINTH, TX 76210-3068

BETH DAVIS
PO BOX 128
DANSVILLE, MI 48819-0128

BETH DAVIS
8007 LANGDON LN
HOUSTON, TX 77036-6817

BETH DAWSON PMP
9772 W 101ST TER
OVERLAND PARK, KS 66212-5428

BETH MCCOY
14 ARNOLD RD
FRAMINGHAM, MA 01701-2502

BETHANY HILL
374 EDGELAKE DR
KINGSTON, TN 37763-6527

BETH DORFMAN
8 FRANKLIN PL
ACTON, MA 01720-3954

BETH SCHMIED
320 DOWINGTON LN
CARY, NC 27519-6384

BETSY AMADOR
1010 E AVENUE G
LAMPASAS, TX 76550-2005

BETH ELOE-REEP
1970 BELMONT AVE
IDAHO FALLS, ID 83404-6452

BETH SUFFIELD
376 COPLEY DR
LANCASTER, PA 17601-2976

BETSY BERNHARD
4092 STAGECOACH RD
MORRISVILLE, VT 05661-8888

BETH HATHY
1300 N RIVER RD
VENICE, FL 34293-4700

BETH TREMPER
5601 ROLLING RD
SPRINGFIELD, VA 22151-1112

BETSY DARRAH
826 37TH AVE
SEATTLE, WA 98122-5225

BETH IMHOFF
16 ISLAND POND RD
GROTON, MA 01450-1527

BETH WALDRIP
PO BOX 751
CALDWELL, TX 77836-0751

BETSY HORN
2905 SHADOW RD
GRAND FORKS, ND 58201-8229

BETH JONES
1546 STEVENS CREEK DR
NORTH AUGUSTA, SC 29860-7628

BETH WILSON
2720 DALE ST N APT 104
ROSEVILLE, MN 55113-2385

BETSY MILLER-WELCH
1215 RICE AVE
LIMA, OH 45805-1944

BETH KULESZA
7 STEM BROOK RD
MONTVALE, NJ 07645-1231

BETH WINSEMANN
1228 POWERS ST
NEW HAVEN, IN 46774-1222

BETSY NEWBURG
7744 E SORREL WOOD CT
SCOTTSDALE, AZ 85258-3483

BETH LLOYD
737 ASCOT CT
HOFFMAN ESTAT, IL 60169-2769

BETHA JACKS
12822 SE 245TH ST
KENT, WA 98030-5054

BETSY PEARSON
4621 S 47TH ST
LINCOLN, NE 68516-1137

BETH MBUKA
1009 CORNERSTONE PL
NORTH LAS VEG, NV 89031-1826

BETHANY BADER
4414 COOK RD
SWARTZ CREEK, MI 48473-9105

BETSY POHLE
2841 LA MANCHA CT
PUNTA GORDA, FL 33950-6361

BETSY RUDDY PHD
35 HARRIET DR
PRINCETON, NJ 08540-3934

BETTIE CURTIS
12405 CALHOUN RD
OMAHA, NE 68152-1119

BETTY A OLESEN
3111 N 100 E
NORTH OGDEN, UT 84414-1507

BETSY TRAIN
344 CLUB VIEW DR
GREAT FALLS, VA 22066-3806

BETTIE LAMB
3 ELEANOR CT S
PORTSMOUTH, VA 23701-3631

BETTY A SOPER
PO BOX 791
DEVILS LAKE, ND 58301-0791

BETSY ZAGLIN
112 MONROE DR
PIEDMONT, SC 29673-9700

BETTIE LOU POWELL
107 E 10TH ST
TRENTON, TN 38382-3117

BETTY ADAMS
4608 SW 3RD ST
DES MOINES, IA 50315-4042

BETTE BELL
34675 195TH ST
EASTON, KS 66020-7314

BETTIE WHALEY
7100 S CURTICE ST
LITTLETON, CO 80120-3524

BETTY ADEN
851 S 24TH ST
FORT DODGE, IA 50501-5423

BETTE BROWN
8009 W SHAW BUTTE DR
PEORIA, AZ 85345-4202

BETTIJANE ROBINSON
306 ELM ST
WALPOLE, MA 02081-1936

BETTY ALEXANDER
25850 S 652 LOOP
GROVE, OK 74344-6166

BETTE GALLEGLY
9835 COLONY GROVE LN
VILLA PARK, CA 92861-1225

BETTY [CASEY] LYTLE
833 1/2 G ST
SALIDA, CO 81201-2427

BETTY ANN ARSENEAU
11814 UNDERCLIFF ST NW
COON RAPIDS, MN 55433-2659

BETTE JONES
621 N MAIN ST
UTICA, OH 43080-9449

BETTY [DEAN] ANDERSON
1665 MAGNOLIA AVE
SAN BERNARDIN, CA 92411-1674

BETTY ANN WALKER
3514 LANGTRY DR
AMARILLO, TX 79109-3924

BETTE KNAPP
301 OAK ST
LOHRVILLE, IA 51453-1048

BETTY [ELIZABETH] PUTNAM-HENNES
2537 15TH ST N
SAINT CLOUD, MN 56303-1615

BETTY ARCAND
77 PENDELTON DR
EAST HARTFORD, CT 06118-2826

BETTE KUNKLE
2432 BLUE RIDGE TER
INDEPENDENCE, MO 64052-1548

BETTY A CARTER
PO BOX 308
CHATSWORTH, NJ 08019-0308

BETTY BAHLKE
671 LAKESIDE CIR APT 506
POMPANO BEACH, FL 33060-3715

BETTY BAKER
505 RAILROAD ST
BROOKINGS, OR 97415-9043

BETTY BOYD
4208 DUNBAR PL
ROCKFORD, IL 61114-6117

BETTY CAROL BARLYN
2163 ORCHARD PARK DR
SCHENECTADY, NY 12309-2218

BETTY BAKER
3438 HARVEST AVE
INDIANAPOLIS, IN 46226-6457

BETTY BROOKING
2213 W DRIFTWOOD AVE
FLORENCE, SC 29501-4005

BETTY CARR
4170 HANCOCK DR
HOLT, MI 48842-1740

BETTY BAUMER
40 MAPLEWOOD DR APT 3
LEWISBURG, PA 17837-6206

BETTY BROWN
2309 HARDWICK RD
AUGUSTA, GA 30906-3123

BETTY CHIDISTER
16867 LANDING LN
SPRING LAKE, MI 49456-1367

BETTY BECK
W9935 ROSE ELD RD
ROSENDALE, WI 54974-9603

BETTY BRUCE TICKLE
38 SEDGEWICK AVE
BLUFFTON, SC 29910-7836

BETTY CLANCY
25 NEW CASTLE RD
ASHLAND, MA 01721-2248

BETTY BELL
8515 CARMIL DR
FERN CREEK, KY 40291-2956

BETTY BYRD
119 RILEY AVE
LOCKPORT, IL 60441-5110

BETTY COPLEY
60 AZALEA DR
DEBARY, FL 32713-2864

BETTY BELLOWS
1438 CAMBRIA DR
DEKALB, IL 60115-1000

BETTY C HENDRIX
140 PINE RIDGE DR
WHISPERING PI, NC 28327-9484

BETTY CORDT
1000 S 17TH TER
LEAVENWORTH, KS 66048-5441

BETTY BISHOP
3176 SC HIGHWAY 395
NEWBERRY, SC 29108-6958

BETTY C JACKSON
424 CLAY ST
KENNER, LA 70062-7608

BETTY COX
9613 ASBURY CT
HENRICO, VA 23229-5304

BETTY BLAKELY
PO BOX 120
NASHVILLE, MI 49073-0120

BETTY CAMMET
317 E MICHIGAN AVE
SALINE, MI 48176-1545

BETTY CROCKER
1917 DILWORTH RD E
CHARLOTTE, NC 28203-5723

BETTY BOLSENGA
1811 SENECA ST
LEAVENWORTH, KS 66048-1619

BETTY CARLSON
2375 KILLIAN RD
AKRON, OH 44312-4969

BETTY CRUZE
3129 BELFAST RD
ARGYLE, IA 52619-9633

BETTY E SNYDER
PO BOX 474
MERCER, WI 54547-0474

BETTY FRY
10 KOENIG CT
FAIR LAWN, NJ 07410-2742

BETTY HALVERSON
PO BOX 70506
SPRINGFIELD, OR 97475-0126

BETTY ELAINE SMITH
2865 LILLEY COVE DR
CHESAPEAKE, VA 23321-4136

BETTY G ARMBRUSTER
300 S CLINTON ST APT 11C
DENVER, CO 80247-1272

BETTY HAMILTON
1405 HADLEIGH PL
LOUISVILLE, KY 40222-5652

BETTY ENGEL
3703 SW 313TH ST
FEDERAL WAY, WA 98023-4010

BETTY G CHRISTIAN
449805 E 952 RD
VIAN, OK 74962-5099

BETTY HAMMOND
212 JOHNSON DR
WILLIAMSPORT, PA 17702-8604

BETTY FAYE MCMILLION
PO BOX 855
STRATFORD, TX 79084-0855

BETTY GERLACH
700 7TH ST W
HASTINGS, MN 55033-1720

BETTY HARMLESS
2016 FAIRWAY DR
GREENCASTLE, IN 46135-9211

BETTY FERG
66 LINDSEY DR
CHARLES TOWN, WV 25414-5176

BETTY GIAMARESE
900 MICOLE DR
BELVIDERE, IL 61008-8231

BETTY HARTLEY
4233 SHEFFIELD MONROE RD
KINGSVILLE, OH 44048-7725

BETTY FLACK
415 S HARRISON ST
OLATHE, KS 66061-4412

BETTY GOODWIN
526 W BOILING SPRINGS RD
PORTLAND, TN 37148-5358

BETTY HAZLEWOOD
510 HEROD DR
WINONA, MS 38967-1510

BETTY FOXX
726 E SEMINARY ST
GREENCASTLE, IN 46135-1820

BETTY GRAVES
461 ELLIS WAY
GALLATIN, TN 37066-4696

BETTY HODGE
6730 SMITHFIELD ST
MCKEESPORT, PA 15135-1014

BETTY FREDERICK
4343 WOODSTOCK DR APT D
WEST PALM BEA, FL 33409-2601

BETTY GREIWE
8342 BUDDIE DR
HAZELWOOD, MO 63042-3006

BETTY HOESLY
5490 STATE HIGHWAY 13/34
RUDOLPH, WI 54475-9598

BETTY FROVARP
28 JUNIPER AVE
LOS LUNAS, NM 87031-7018

BETTY HALLE
20827 N DESERT GLEN DR
SUN CITY WEST, AZ 85375-5563

BETTY HOOD
201 S GREENFIELD RD LOT 203
MESA, AZ 85206-1228

BETTY HOWARD
2230 COLLEGE CIR S
JACKSONVILLE, FL 32209-5924

BETTY HUNERYAGER
6751 OSBORNE AVE
HAMMOND, IN 46323-1404

BETTY I DARLINGTON
4210 DALLAS AVE
HOLT, MI 48842-1738

BETTY I GALLOWAY
1404 W 15TH AVE
HUTCHINSON, KS 67501-1265

BETTY IRVIN
6110 QUINLIN CT
AMARILLO, TX 79118-8322

BETTY J BECKERS
909 CREEKVIEW DR
MESQUITE, TX 75181-2337

BETTY J BOWERS
8505 WOODFIELD CROSSING BLVD
INDIANAPOLIS, IN 46240-7325

BETTY J BYRD
1926 SPRINGDALE LN
ENCINITAS, CA 92024-4244

BETTY J COLLOTON
9055 N GOLDENDALE DR
MILWAUKEE, WI 53223-2249

BETTY J ESTES
1146 AVOCET LN
KNOXVILLE, TN 37922-9304

BETTY J HOLE
111 HIAWATHA CT
VERSAILLES, OH 45380-9405

BETTY J MARQUEZ
200 OTSEGO ST.
STORM LAKE, IA 50588-7506

BETTY J MURPHY
1312 S T ST
RICHMOND, IN 47374-7357

BETTY J PFLEGER
W5815 WOODLAND RD
PLYMOUTH, WI 53073-3345

BETTY J SMITH
8653 E 97TH TER
KANSAS CITY, MO 64134-1835

BETTY J TUTT
2504 LARCHMONT CT
AUGUSTA, GA 30909-6567

BETTY J WEST
1205 SOUTHWOOD DR
HUNTSVILLE, TX 77340-2475

BETTY JANE KEIL
4421 GLADDING CT
MIDLAND, MI 48640-3383

BETTY JANE MAHONEY
5200 N KNOXVILLE AVE APT 205
PEORIA, IL 61614-5055

BETTY JANE MERTZ
895 LIBERTY VALLEY RD
DANVILLE, PA 17821-6910

BETTY JANE MRAZ
6923 SEDAN AVE
WEST HILLS, CA 91307-2508

BETTY JANE NIKIAS
7969 CHERRYWOOD CT
CINCINNATI, OH 45224-1113

BETTY JANE O'DONNELL
343 LINDSEY ST
ATTLEBORO, MA 02703-1119

BETTY JANE ZIEGELMAN
196 ANNADALE RD
STATEN ISLAND, NY 10312-1506

BETTY JASON
3301 DEXTER TRL
STOCKBRIDGE, MI 49285-9706

BETTY JAYNE WHITE
16633 GOLDEN ROD LN
MORRISON, CO 80465-2164

BETTY JEAN BROCKMAN
1520 WOODBINE ST
WISCONSIN RAP, WI 54495-4072

BETTY JEAN DRAWDY
2221 CENTRAL AVE
AUGUSTA, GA 30904-4437

BETTY JOHNSON
1111 JAMAICA RD E
JACKSONVILLE, FL 32216-3258

BETTY L FREY-SINGLETON
70 SNYDER LN TRLR 7
EPHRATA, PA 17522-9124

BETTY JEAN DREW
23116 N 145TH LN
SUN CITY WEST, AZ 85375-2769

BETTY JONES
100 PURPLE SAGE DR
GEORGETOWN, TX 78633-4853

BETTY L GREEN
3330 E 25TH ST APT L05
DES MOINES, IA 50317-3660

BETTY JEAN HANEY
2455 N WOODLAWN BLVD APT 304
WICHITA, KS 67220-3953

BETTY KAVANAGH
12196 WENDY DR
PARMA, OH 44130-5830

BETTY L JOHNSON
2101 OSCEOLA ST
DENVER, CO 80212-1148

BETTY JEAN SHELLEY
5971 NE 22ND WAY
FORT LAUDERDA, FL 33308-2622

BETTY KINNEY
1401 W HOLMES RD APT 318
LANSING, MI 48910-0303

BETTY L LEE
1290 SEATON LN
COLUMBUS, OH 43229-2651

BETTY JEANNE CALLENBERGER
270 RIDGECREST CIR APT 301
LEWISBURG, PA 17837-6349

BETTY KLEIN
1816 RED FOX RD
SAINT CLOUD, MN 56301-4900

BETTY L ROGERS
2055 BLACKSTONE DR
WALNUT CREEK, CA 94598-3718

BETTY JEANNE HEALEY
201 E WASHINGTON ST
LODA, IL 60948-8105

BETTY KOCH
413 GREENBRIER DR
SILVER SPRING, MD 20910-4227

BETTY L SHARPE
212 MAYPOP DR
GOOSE CREEK, SC 29445-7757

BETTY JO DOEBLER
4815 NOTTINGHAMSHIRE DR
LOUISVILLE, KY 40299-1055

BETTY KOSKI
109 FERSON DR NE
STEWARTVILLE, MN 55976-1669

BETTY LAMBERT
349 THIRD ST E
FORT FRANCES, ON P9A 1R1

BETTY JO SHAFFER
3950 ZONETON RD
SHEPHERDSVILL, KY 40165-9684

BETTY L CALL
2217 OLD BLACKTOP RD
MC EWEN, TN 37101-5538

BETTY LEE CARDEN
108 TWIN LAKE LN
RICHMOND, VA 23229-8013

BETTY JO TAYLOR
531 BRIARHILL RD
LEBANON, TN 37087-8201

BETTY L DAVIS
17905 WENDY SUE AVE
HUDSON, FL 34667-5918

BETTY LEE DANNER
195 RED MAPLE DR
HAMPTON, GA 30228-2892

BETTY LEE SALM
200 THRUSH CT N
LANCASTER, PA 17603-2152

BETTY LOU NAKATA
250 HOLIDAY TER APT A
LANSING, KS 66043-1284

BETTY MARSHALL
8137 N SUMMERFIELD LOOP
HAYDEN, ID 83835-8243

BETTY LEMCOOL MORSE
1699 MONTGOMERY DR
HARTLAND, MI 48353-7300

BETTY LOU STRINE
1 WILDWOOD RD
LACONIA, NH 03246-2972

BETTY MASSONI
1411 NE GRANGER AVE
CORVALLIS, OR 97330-9673

BETTY LEWIS
3022 BRISTOL CT
KALAMAZOO, MI 49008-2321

BETTY LUDTKE
PO BOX 916
BENNETTSVILLE, SC 29512-0916

BETTY MAXWELL
1101 HILLSIDE DR
NEW LENOX, IL 60451-1387

BETTY LINSTEAD
13066 SYCAMORE VILLAGE DR
NORWALK, CA 90650-8336

BETTY M BROWN
PO BOX 76
MC EWENSVILLE, PA 17749-0076

BETTY MC CLURE
328 COUNTY ROAD 8
KITTS HILL, OH 45645-8854

BETTY LOU CARLTON
1445 MEADOW DR
UNION CITY, TN 38261-8221

BETTY M PHILLIPS
PO BOX 96
LESLIE, MI 49251-0096

BETTY MCCUMBER
5420 N HEDGEROW LN
PEORIA, IL 61614-4256

BETTY LOU JUTTE
1938 PHILOTHEA RD
FORT RECOVERY, OH 45846-9521

BETTY M SINGLETON
1112 N 9TH ST
LAMESA, TX 79331-3556

BETTY MCELROY
1814 PINEWIND DR
ALBURTIS, PA 18011-2710

BETTY LOU MCQUEEN
1650 W GLENDALE AVE APT 3103
PHOENIX, AZ 85021-5761

BETTY MAE KESSLER
1636 PRAIRIE ST
EMPORIA, KS 66801-5887

BETTY MCLEAN
785 E CHURCH ST
ALAMO, TN 38001-1407

BETTY LOU MELANDER
9153 YARROW ST APT 1508
BROOMFIELD, CO 80021-4587

BETTY MALINOWSKI
540 OLD HICKORY RD
NEW LENOX, IL 60451-1651

BETTY MILLER
128 CATALPA ST
LAKE JACKSON, TX 77566-6004

BETTY LOU MYERS
1612 S MILAM ST
AMARILLO, TX 79102-2417

BETTY MARGARET EYMANN
1080 NEEDMORE RD
SIDNEY, AR 72577-9100

BETTY MUNTIFERING
1221 KILIAN BLVD SE
SAINT CLOUD, MN 56304-1646

BETTY MURPHY
2110 MILLER DR
TYLER, TX 75701-5854

BETTY PANZER
220 10TH AVE N APT 210
WISCONSIN RAP, WI 54495-2574

BETTY R ZYWCZAK
PO BOX 91
CASSEL, CA 96016-0091

BETTY MURPHY
515 AUTUMN LN APT B
CEDAR FALLS, IA 50613-8923

BETTY PESI
17838 DRY MILL RD
LEESBURG, VA 20175-7013

BETTY REED-MARTIN
4603 DAYVIEW AVE
DAYTON, OH 45417-1334

BETTY NELSON
2495 S QUEBEC ST APT 20
DENVER, CO 80231-6067

BETTY PETERSON
2450 GARFIELD AVE
KEOKUK, IA 52632-2619

BETTY REMOVCHIK
1036 WAINWRIGHT DR
IRWIN, PA 15642-2228

BETTY NEWBERRY
2575 STORM KING AVE
MONTROSE, CO 81401-5491

BETTY PFEIFER
250 CAROLYN DR
NEW ORLEANS, LA 70123-3902

BETTY RICHARDS
44770 BENDING AVE
HARRIS, MN 55032-3833

BETTY NEWSOME
1041 SW BLUFF DR
FORT WHITE, FL 32038-5081

BETTY POOL RN
1386 MEADOWBROOK ST
KISSIMMEE, FL 34744-2635

BETTY RIEMER
887 KAREN LN
NEW LENOX, IL 60451-3260

BETTY NIEKAMP
107 N HANOVER ST
MINSTER, OH 45865-1010

BETTY POPPY
601 N MAIN ST LOT 31
FALL RIVER, WI 53932-9568

BETTY RIPBERGER
2927 OVERLOOK DR
FORT WAYNE, IN 46808-1864

BETTY NOFFSINGER
129 ORCHARD DR
ELIDA, OH 45807-1084

BETTY PROFFITT
1721 OREGON ST
THE DALLES, OR 97058-3382

BETTY ROGERS
819 HILLSIDE DR
NORTH AUGUSTA, SC 29841-4039

BETTY NOWALK
600 COPPERLINE DR UNIT 208
CHAPEL HILL, NC 27516-4067

BETTY PUCKETT
10616 MERCER AUGLAIZE CO LIN
SAINT MARYS, OH 45885-9546

BETTY ROLFE
2273 BASCOM WAY
CLEARWATER, FL 33764-4913

BETTY P MCKENZIE
9000 S PHILLIPS AVE
CHICAGO, IL 60617-3823

BETTY R KLINE
152 ROYAL OAK DR PH 1
WHITE OAK, PA 15131-2015

BETTY ROMANE
58 ASH ST
LEAVENWORTH, KS 66048-5106

BETTY ROSE DORMIHAL
1212 POCONO ST
PITTSBURGH, PA 15218-1112

BETTY SHORB
4040 DRY CREEK RD
MEDFORD, OR 97504-9716

BETTY THOMAS
8605 GENTRY LN
LOUISVILLE, KY 40291-3149

BETTY RUSSELL
399 THORNRIDGE DR
LEVITTOWN, PA 19054-2228

BETTY SHOWELL
4404 CENTRAL TER
WILMINGTON, DE 19802-1762

BETTY THOMAS
4017 WOODLAND RD
ANNANDALE, VA 22003-2606

BETTY S ORTEZ
620 NORTHRIDGE ST
DENTON, TX 76201-0829

BETTY SIEGLIN
18628 ERWIN ST
TARZANA, CA 91335-6823

BETTY TROTTER
5435 KENWOOD RD UNIT 1109
CINCINNATI, OH 45227-1335

BETTY SALISBURY
12364 HERMOSURA ST
NORWALK, CA 90650-6754

BETTY STOUT
10 TALLAPOOSA RD
JOHNSON CITY, TN 37604-7119

BETTY TUINIER
642 SLEEPER ST
KALAMAZOO, MI 49048-3468

BETTY SCHECKELHOFF
203 S PEARS AVE
LIMA, OH 45805-2662

BETTY STOVER
100 LINDELL ST
EL DORADO, AR 71730-5209

BETTY WATT
86 CALHOUN RD
ELIZABETH, PA 15037-3027

BETTY SCHROHE
234 LAUREL GROVE AVE
KENTFIELD, CA 94904-1519

BETTY STRAND
8800 NORWOOD DR
LEAWOOD, KS 66206-1626

BETTY WELDON
2510 DECATUR ST
KEOKUK, IA 52632-2411

BETTY SCIANNAMBLO
3754 HYDE PARK AVE
CINCINNATI, OH 45209-2322

BETTY SUE GIBBS
2540 SW M ST
RICHMOND, IN 47374-7610

BETTY WHITE
930 MONTEVIDEO DR UNIT F
LANSING, MI 48917-3945

BETTY SCOTT
732 4TH ST
CLARKSTON, WA 99403-2626

BETTY SUPPES
171 E 7TH ST
DELTA, CO 81416-1949

BETTY WHITESIDES
1066 N SHILOH RD
YORK, SC 29745-8382

BETTY SCOTT
3201 ORCHARD DR
SAN ANGELO, TX 76903-2119

BETTY SWARTZ
1036 GREENFIELD CT
FORT COLLINS, CO 80524-8415

BETTY WILES
2022 S WEBB RD STE 219
WICHITA, KS 67207-5620

BETTY ZIMMERMAN
PO BOX 45
MOUNT VERNON, OR 97865-0045

BETTYANN BIRINGER-REHM
PO BOX 2308
MCKINLEYVILLE, CA 95519-2308

BETTYE L DAVIS
PO BOX 5208
PORT ARTHUR, TX 77640-0208

BETTYE SMITH
2207 9TH LN NE
WINTER HAVEN, FL 33881-1718

BETTYMAE KRIENKE
307 KIRSTI PL
FORT FRANCES, ON P9A 3V9

BEULAH ANN ANDERSON
3379 MILL VISTA RD UNIT 4227
HIGHLANDS RAN, CO 80129-2411

BEULAH D KLIMENT
1735 E DEVLIN AVE
KINGMAN, AZ 86409-1973

BEULAH YORK
26119 ALDINE WESTFIELD RD
SPRING, TX 77373-5912

BEVANNE ARNHEIN BEAN-MAYBERRY
14745 VALLEYHEART DR
SHERMAN OAKS, CA 91403-1601

BEVERLEE D TABER
2 HARRISON AVE
NEWPORT, RI 02840-3844

BEVERLEE EVERETT
18 FOSTER LN
DOWNINGTOWN, PA 19335-3381

BEVERLEY DRAKE
39 RECLAMO CIR
HOT SPRINGS, AR 71909-7315

BEVERLEY JENKINS
1609 TATTINGER TRL
CHESAPEAKE, VA 23321-1884

BEVERLEY S THOMAS
12216 ALLSPICE CT
WOODBRIDGE, VA 22192-1731

BEVERLEY WEIR
101 S THISTLE LN
MAITLAND, FL 32751-4962

BEVERLY [BEV] COUSENS
1815 N 20TH ST LOT A18
MOREHEAD CITY, NC 28557-9238

BEVERLY A [BEV] DAVISON
605 N 56TH AVE
YAKIMA, WA 98908-2311

BEVERLY A CHAMPLIN
94 FOREST AVE
MIDDLETOWN, RI 02842-4622

BEVERLY A DOEHRMAN
2424 LINCROFT DR
FORT WAYNE, IN 46845-1914

BEVERLY A JENKINS
8221 TAMARACK RD
KNOXVILLE, TN 37919-8707

BEVERLY A LEINWEBER
6315 E PHELPS RD
SCOTTSDALE, AZ 85254-1371

BEVERLY A LINDERMAN
934 DIERKES ST
DECATUR, IN 46733-1180

BEVERLY A THOMPSON
1114 CREST LN
LANCASTER, PA 17601-4468

BEVERLY A THOMPSON CVA
3101 E BROAD ST
COLUMBUS, OH 43209-2061

BEVERLY ALTENA
409 CENTER ST
HULL, IA 51239-7318

BEVERLY ANN BEBAR
4311 BAYOU BLVD APT B21
PENSACOLA, FL 32503-2625

BEVERLY AUGHEY
911 CENTER ST
WISCONSIN RAP, WI 54494-8207

BEVERLY AVEY
PO BOX 126
GLEN HAVEN, CO 80532-0126

BEVERLY BROWN
8581 BURNS RD
VERSAILLES, OH 45380-9765

BEVERLY DAW
4720 MAINLAND DR
TAMARAC, FL 33319-5850

BEVERLY BANDOMER
3 TRAVIS CT
MEDFORD, NJ 08055-2644

BEVERLY BRUNS
545 350TH ST
HANLONTOWN, IA 50444-7505

BEVERLY DAY
W366S4346 STATE ROAD 67
DOUSMAN, WI 53118-8907

BEVERLY BARNETT
7527 NAYLOR LN
ZEPHYRHILLS, FL 33540-1944

BEVERLY BURNETTE
401 HIGH ST APT 245
NORTHVILLE, MI 48167-1297

BEVERLY DEMILLE
843 STERLING DR
FOND DU LAC, WI 54935-6244

BEVERLY BEAUCHAMP
14685 BAILEY ST
TAYLOR, MI 48180-4552

BEVERLY CAWTHORNE
317 RIO TERRA
VENICE, FL 34285-2952

BEVERLY DIANNE CROSBY
5243 SOUTHWICK CT
MATTESON, IL 60443-2283

BEVERLY BEMIS
3361 JOSEPHINE DR
QUINCY, IL 62305-7618

BEVERLY CHURCHILL
1431 GROVE AVE
WISCONSIN RAP, WI 54494-6467

BEVERLY DILLENBURG
49 CARPENTER ST
FOLEY, MN 56329-8417

BEVERLY BERNSTEIN
3410 ASSOCIATED WAY BLDG IV
OWINGS MILLS, MD 21117-6023

BEVERLY CLARK
4613 WINTER OAK WAY
ANTELOPE, CA 95843-5816

BEVERLY DOCKHORN
8101 MISSION RD APT 409
PRAIRIE VILLA, KS 66208-5248

BEVERLY BILLOTTI
15 OCEAN AVE
MASSAPEQUA, NY 11758-7924

BEVERLY CLINGLER
3185 N COUNTY ROAD 775 E
COATESVILLE, IN 46121-8823

BEVERLY DOLEZAL
313 NIGHTINGALE DR
TIFFIN, IA 52340-9437

BEVERLY BROUGHTON
9572 N ADAMS CHURCH RD
BATESVILLE, IN 47006-8608

BEVERLY COOPER CARTER
2477 COUNTY ROAD WW
GLENN, CA 95943-9664

BEVERLY DOWNIE
23A SHAKER RUN RD
LEBANON, OH 45036-2856

BEVERLY BROWN
717 SOUTH ST APT B
PORTSMOUTH, VA 23704-3447

BEVERLY CULBERTSON
4462 CEDAR ISLAND DR
EVELETH, MN 55734-4034

BEVERLY DUCIOAME
PO BOX 479
NORTHWOOD, ND 58267-0479

BEVERLY DUYSEN
402 PARK CT
KEARNEY, MO 64060-8933

BEVERLY HAND
2815 RICHMOND RD APT 147
TEXARKANA, TX 75503-2176

BEVERLY J AMBROSE
18 CEDAR ST
MINOOKA, IL 60447-9512

BEVERLY EDMAN
1216 HOSMER ST
JOLIET, IL 60435-4008

BEVERLY HARRINGTON
1430 LAWNDALE ST
OSHKOSH, WI 54901-3110

BEVERLY J BRIDGE
PO BOX 285
WOODBURN, IN 46797-0285

BEVERLY FETIG
1546 41ST AVENUE CT
GREELEY, CO 80634-2758

BEVERLY HASSELL
1913 S COLLEGE ST
TRENTON, TN 38382-3918

BEVERLY J GERSON
30 BICENTENNIAL DR
NASHUA, NH 03062-2471

BEVERLY FREEDLAND
1401 NOTRE DAME DR
DAVIS, CA 95616-0847

BEVERLY HAUCK
4699 COUNTY ROAD 306
FULTON, MO 65251-5431

BEVERLY J JOHNSON
PO BOX 121
MANSFIELD, AR 72944-0121

BEVERLY GAHRING
PO BOX 38
REAMSTOWN, PA 17567-0038

BEVERLY HEINEMAN
23 LA GRANGE RD
DELMAR, NY 12054-3712

BEVERLY J SENESE
12861 ELBE ST
FISHERS, IN 46037-6239

BEVERLY GEISENFELD
7290 MINTWOOD AVE
DAYTON, OH 45415-1221

BEVERLY HIGLEY
2616 W PARK BLVD
CLEVELAND, OH 44120-1678

BEVERLY J WRIGHT GLEITER
3443 RILEY ST
EAU CLAIRE, WI 54701-2309

BEVERLY GLADWIN
707 W 6TH ST
PAPILLION, NE 68046-3079

BEVERLY HODGE
281 BAYVIEW DR
CADIZ, KY 42211-7214

BEVERLY JACOBSON
PO BOX 943
BROOKINGS, OR 97415-0020

BEVERLY GRAVES
1926 N RIDGE DR
CORALVILLE, IA 52241-1099

BEVERLY HUDSON
6819 PLYMOUTH AVE
SAINT LOUIS, MO 63130-2417

BEVERLY JEAN HALL
7461 ABINGTON WAY
WEEKI WACHEE, FL 34613-5124

BEVERLY HAGWOOD-COY
1600 MARHSALL CIR UNIT 346
DUPONT, WA 98327-7719

BEVERLY HUSTON
3160 MILLVILLE SHANDON RD
HAMILTON, OH 45013-9221

BEVERLY JEAN SAUNDERS
6491 HAMLET DR UNIT B
ENGLEWOOD, FL 34224-7539

BEVERLY JOHNSON
8905 ERINSBROOK DR
RALEIGH, NC 27617-8345

BEVERLY LEE
11474 E INDIAN LAKE DR
VICKSBURG, MI 49097-9103

BEVERLY MARTIN
32982 LAMTARRA LOOP
MENIFEE, CA 92584-7866

BEVERLY KOHN
1698 US HIGHWAY 63
TURTLE LAKE, WI 54889-8831

BEVERLY LICHTENBERG
4860 E MAIN ST
MESA, AZ 85205-8014

BEVERLY MILLER
2540 ELM AVE
MORRO BAY, CA 93442-1531

BEVERLY L ADKINS
292 BAYSHORE DR
AUBURNDALE, FL 33823-5815

BEVERLY LITMAN
76 NOANETT RD
NEEDHAM, MA 02494-2442

BEVERLY MORRIS
916 N BELGRADE RD
SILVER SPRING, MD 20902-3248

BEVERLY LALICKER
105 OTTAWA CT
EAST PEORIA, IL 61611-1858

BEVERLY LONG
4266 COUNTY ROAD 111
RAY, MN 56669-8044

BEVERLY MULLEN-KIMBLE
732 CENTER AVE
EPHRATA, PA 17522-2363

BEVERLY LAMBDIN
1442 N 1750 W
CLINTON, UT 84015-8282

BEVERLY LYNCH
9730 W BENT TREE DR
PEORIA, AZ 85383-8736

BEVERLY NAGURSKI
410 5TH ST
INTERNATIONAL, MN 56649-2402

BEVERLY LANCE
10891 SW 86TH AVE
OCALA, FL 34481-9725

BEVERLY M HAUG-SCHAFFTER
3996 ZAPOTEC WAY
LAS VEGAS, NV 89103-2232

BEVERLY NIEDZIALKOWSKI
4366 S 47TH ST
GREENFIELD, WI 53220-3613

BEVERLY LANGDON
3818 E ALLINGTON ST
LONG BEACH, CA 90805-3906

BEVERLY M SIEVERT
1230 N CEDAR RD UNIT B
NEW LENOX, IL 60451-1272

BEVERLY ORCHARD
303 65TH ST
HOLMES BEACH, FL 34217-1306

BEVERLY LARSEN
12806 CATALPA ST
SOUTHGATE, MI 48195-1208

BEVERLY MAIZLAND
629 MATLACK AVE
LEWISBURG, PA 17837-1016

BEVERLY PEARCE
2596 BAINBRIDGE LN
THE VILLAGES, FL 32162-5017

BEVERLY LAU
720 17TH AVE S
WISCONSIN RAP, WI 54495-3907

BEVERLY MARSHALL
6530 ASHLAWN CT
SPRINGFIELD, VA 22150-1321

BEVERLY PERNICIARO
3503 E LOUISIANA STATE DR
KENNER, LA 70065-2501

BEVERLY POET
10389 BURMEISTER RD
MANCHESTER, MI 48158-9575

BEVERLY S ZAMBECK
9054 LINCOLN ST
TAYLOR, MI 48180-2750

BEVERLY SWEETON
305 WALKER LN
LEBANON, TN 37087-9475

BEVERLY PRATT
3511 BALSAM BLVD SE
PORT ORCHARD, WA 98366-1724

BEVERLY SARGENT
9316 VILLA RIDGE DR
LAS VEGAS, NV 89134-8994

BEVERLY TIFFANY
1418 N COUNTRY CLUB DR APT2
MESA, AZ 85201-2586

BEVERLY PUGH
3320 BUNKER HILL DR
FOREST HILL, TX 76140-1904

BEVERLY SHELTON
1310 FAIRVIEW AVE
SPENCER, IA 51301-4838

BEVERLY TURNER
5805 S COREY RD
PERRY, MI 48872-9342

BEVERLY R LANERS
18291 SW 27TH ST
MIRAMAR, FL 33029-5190

BEVERLY SKELTON
101 MADISON AVE
CASCADE, WI 53011-1355

BEVERLY VON WINCKLER
1018 LEE ST
EVANSTON, IL 60202-1716

BEVERLY RAUMAN
126 WYNDSTONE DR
ELWOOD, IL 60421-6047

BEVERLY SMITH
1203 HENRY ST
ANN ARBOR, MI 48104-4340

BEVERLY W [BEVWAEX] HANSO
68105 SZNAIDER RD
BRULE, WI 54820-8103

BEVERLY RHATIGAN
9436 E BENT TREE CIR
WICHITA, KS 67226-1531

BEVERLY STEVESON
PO BOX 41629
AUSTIN, TX 78704-0028

BEVERLY WASKOM
1238 HUNT ST
RICHMOND, IN 47374-2134

BEVERLY RICHARDSON
501 E FOREST HOME ST
ROACHDALE, IN 46172-9168

BEVERLY STOERMER
3388 BELL RD
AUBURN, CA 95603-9242

BEVERLY WEST
7202 N CHARLES WAY
PEORIA, IL 61614-2166

BEVERLY ROBERTSON
145 STONE HEDGE LN
TRYON, NC 28782-7679

BEVERLY SUE BROWN
8405 TITKOS DR APT 402
KISSIMMEE, FL 34747-3309

BEVERLY WILLIAMS
3808 AURORA AVE
DES MOINES, IA 50310-2844

BEVERLY S REEDER
801 LIME ROCK DR
ROUND ROCK, TX 78681-5726

BEVERLY SULLIVAN
9331 3RD AVE S
BLOOMINGTON, MN 55420-3743

BEVERLY WINGET
233 BRYN MAWR AVE
LIMA, OH 45804-3205

BEVERLY WOLFF
1508 5 1/2 AVE NE
JAMESTOWN, ND 58401-2632

BEVERLY WOODS
297 COMMONWEALTH AVE APT 1
BOSTON, MA 02115-2019

BEVERLY WORKMAN
3320 EXECUTIVE DR APT 107
JOLIET, IL 60431-8449

BEVERLY YVONNE SUDDITH
PO BOX 545
MELCHER DALLA, IA 50163-0545

BEVERLY ZEILMAN
954 PAINT ROCK FERRY RD
KINGSTON, TN 37763-5031

BILL [BILLY] TEMPLE
2117 OAKWOOD LN
ABILENE, TX 79605-5753

BILL [ERVIN] RUSSELL
9209 W 47TH ST
SHAWNEE MISSI, KS 66203-1201

BILL BAILEY
814 N PARKWOOD LN
WICHITA, KS 67208-3638

BILL BENNER
213 W SUMNER AVE
PEOTONE, IL 60468-9003

BILL BEVARD
6631 STATE ROAD Z
FULTON, MO 65251-3968

BILL BISHOP
317 LONE MAN CREEK DR
WIMBERLEY, TX 78676-5516

BILL BLANCHARD
1849 SHATTUCK AVE APT 302
BERKELEY, CA 94709-1865

BILL BOLDRY
3718 W GOLF CREEK DR
PEORIA, IL 61615-7816

BILL BOMGAARS
1260 CENTRAL AVE SE
LE MARS, IA 51031-2721

BILL BOWMAN
410 N 13TH ST
LAMESA, TX 79331-3210

BILL BRANNON
802 BEECH ST
ATLANTA, TX 75551-2316

BILL BREETON
PO BOX 23
LITTLEFORK, MN 56653-0023

BILL BROWN
504 ROSS ST
FOUNTAIN CITY, IN 47341-9422

BILL BRUINS
17812 REGENTVIEW AVE
BELLFLOWER, CA 90706-7017

BILL CAUGHEY
6121 SW HAINES ST
PORTLAND, OR 97219-7047

BILL CHVALA SR
7015 S 174TH ST
OMAHA, NE 68136-1141

BILL CRANNICK
1345 HARDY AVE
ORLANDO, FL 32803-2724

BILL CROW
2920 PRAIRIE DU CHIEN RD NE
IOWA CITY, IA 52240-7818

BILL D CUPERY
W318S3830 DEPOT HILL RD
WAUKESHA, WI 53189-9468

BILL D LOPER
784 POTATO PATCH DR UNIT WE
VAIL, CO 81657-5045

BILL D PATTERSON
1339 WESTMONT DR APT D3
SPRINGFIELD, OH 45503-5872

BILL DATSON
11134 SYRACUSE ST
TAYLOR, MI 48180-4033

BILL DODSON
622 HOLLIS ST
KINGSPORT, TN 37660-2332

BILL G CARTER
2507 BELAIRE WAY
GRANITE SHOAL, TX 78654-3103

BILL HICKMAN
3828 KNOLL DR
AMARILLO, TX 79110-4402

BILL ELLERKAMP
92 CURRIER AVE
PETERBOROUGH, NH 03458-1136

BILL GARDINER
2144 NE 22ND AVE
PORTLAND, OR 97212-4709

BILL HOLDER
3811 BERRYLEAF CT
DAYTON, OH 45424-4903

BILL EUTSLER
3211 S 126TH EAST AVE
TULSA, OK 74146-2332

BILL GOULD
7827 DUTCH CT
AVON, IN 46123-4686

BILL HOLM
147 SHAKER RD
LONGMEADOW, MA 01106-2410

BILL EVERSON
3737 E HOPI AVE
MESA, AZ 85206-3211

BILL GRIFFIN
3718 BUCKSKIN TRL E
JACKSONVILLE, FL 32277-2230

BILL I BOHNETT
451 RED CEDAR BLVD
WILLIAMSTON, MI 48895-9585

BILL FERRIS
17 LINCOLN LN
NEW PROVIDNCE, NJ 07974-1710

BILL H MESENBRINK
489 PEPPER BREEZE AVE
CALABASH, NC 28467-2509

BILL ISGRIG
591 MOUNTAIN LINKS DR
HENDERSON, NV 89012-6146

BILL FLINT
2001 DELVIN LN
AUSTIN, TX 78728-6809

BILL HAINES
1322 HACKLEY AVE
DES MOINES, IA 50315-4548

BILL JAMES
PO BOX 36
ROGUE RIVER, OR 97537-0036

BILL FRAKES
1012 BELLEVUE BLVD N
BELLEVUE, NE 68005-4007

BILL HAISLETT
1515 CATALINA AVE
SEAL BEACH, CA 90740-5706

BILL KING
1010 MASON DR NW
HARTSELLE, AL 35640-1755

BILL FULTON
7106 NW 108TH AVE
TAMARAC, FL 33321-1032

BILL HART
718 E 2ND ST
DALLAS CITY, IL 62330-1021

BILL KIRBY
321 OAK LN
RICHMOND, VA 23226-1638

BILL G BLYTHE
1123 KIOWA DR E
GAINESVILLE, TX 76240-9252

BILL HASH
2970 NOLAN ST
LONGVIEW, TX 75602-7426

BILL KNOBLAUCH
1043 94TH LN NW
COON RAPIDS, MN 55433-5505

BILL L EWALD
3975 HIGHWAY 332
INTERNATIONAL, MN 56649-8908

BILL MCCULLOCH
9008 LONA LN NE
ALBUQUERQUE, NM 87111-1660

BILL PAIGE
408 W 13TH AVE
WINFIELD, KS 67156-4205

BILL LEMASTERS
2036 SW 220TH ST
DOUGLASS, KS 67039-8471

BILL MILBOURN
18838 KICKAPOO RIDGE RD
LEAVENWORTH, KS 66048-8470

BILL PETERS
PO BOX 264
BEAUMONT, CA 92223-0264

BILL LINDBLOM
200 S 52ND ST
WEST DES MOIN, IA 50265-2888

BILL MILLER
239 BAYSHORE DR
CORPUS CHRIST, TX 78412-2605

BILL PITT
1603 LCR 822
GROESBECK, TX 76642-2290

BILL LINK
1020 ARIZONA AVE
SAINT CLOUD, FL 34769-4043

BILL MOHS
16224 COUNTY ROAD 25
BRAINERD, MN 56401-5448

BILL PRINTY
21909 MARION ST
KEOSAUQUA, IA 52565-8290

BILL M MULLENHOUR
1210 HICKORYWOOD LN
LIMA, OH 45805-3691

BILL MORGAN SR
7453 MILL RUN
GERMANTOWN, TN 38138-2006

BILL PROBUS
120 CHARLOTTE DR
CYNTHIANA, KY 41031-1343

BILL MAKYNEN
27164 HIGHWAY 74
EVERGREEN, CO 80439-9211

BILL MORRISON
11641 DORCHESTER ST APT 156
SOUTHGATE, MI 48195-2853

BILL R GAKING
15415 U ST
OMAHA, NE 68137-2485

BILL MARSHAL
10888 VERSAILLES YORKSHIRE R
VERSAILLES, OH 45380-9443

BILL NEELSEN
25081 RICHARD ST
TAYLOR, MI 48180-4520

BILL SCANLAN
14213 GOODMAN ST
OVERLAND PARK, KS 66223-3328

BILL MARSHALL
3628 GUILFORD LN
NORMAN, OK 73072-3033

BILL NELSON
2739 SIX MILE RD
MAGAZINE, AR 72943-8655

BILL SCHOELLER
800 MAIN ST LOT 324
DUNEDIN, FL 34698-5104

BILL MASON
18110 TURNBERRY DR
ROUND HILL, VA 20141-2556

BILL NICHOLSON
444 MARTIN BRANCH RD
LEICESTER, NC 28748-6304

BILL SHAUL
4541 145TH AVE SE
BELLEVUE, WA 98006-2477

BILL SINGER
6012 WHITEWOOD AVE
LAKEWOOD, CA 90712-1241

BILL SMITH
70 OSBORNE HILL RD
SANDY HOOK, CT 06482-1555

BILL STEARNS
PO BOX 416
PINEY POINT, MD 20674-0416

BILL STEIGER
16 DERBY CT
MEDFORD, NJ 08055-4008

BILL SUTER
1304 TRACY LN
IOWA CITY, IA 52240-5830

BILL SWITTER
23353 POWERS AVE
DEARBORN HEIG, MI 48125-2236

BILL TODD
7204 N 112TH PLZ # 443
OMAHA, NE 68142-1006

BILL TURNER
39 NW 15TH ST
RICHMOND, IN 47374-3917

BILL WILKS
479 COBBLESTONE DR
INMAN, SC 29349-7186

BILL WILSON JR
2322 BIENVILLE DR
MONROE, LA 71201-2945

BILLIE ANN TURNER
1921 SW D ST
RICHMOND, IN 47374-5023

BILLIE BALDWIN
PO BOX 475
CLOVERDALE, IN 46120-0475

BILLIE CHAPYAK
199 TATE AVE
BUCHANAN, NY 10511-1119

BILLIE EKDAHL
1435 FRUITDALE DR
GRANTS PASS, OR 97527-4905

BILLIE FARRIS
1 7TH ST APT 603
AUGUSTA, GA 30901-1305

BILLIE J BROWN
1405 TWICHELL AVE
DUMAS, TX 79029-5407

BILLIE J HESS
9055 FAIRWAY DR
FOLEY, AL 36535-9301

BILLIE JEAN ARRINGTON
123 BAILEY AVE
DUMAS, TX 79029-3513

BILLIE JEAN FLEMINS
2401 VIA MARIPOSA W UNIT 2H
LAGUNA WOODS, CA 92637-2028

BILLIE JEAN SHAHAYDA
106 BLUEGRASS DR
HODGENVILLE, KY 42748-8793

BILLIE JEAN WILLIAMS
2510 W HIGHWAY 82
GAINESVILLE, TX 76240-2056

BILLIE JO HARPER
1542 QUAIL RUN
SANTA ANA, CA 92705-7508

BILLIE JO MUCHA
1115 N WHITMAN ST
TACOMA, WA 98406-2146

BILLIE JO VANDIVER
5320 PANTHER CT
TOLAR, TX 76476-6654

BILLIE KAY JR
1718 MISSOURI AVE
KEOKUK, IA 52632-3114

BILLIE LOIS STONE
14745 MERRILTOWN RD APT 141
AUSTIN, TX 78728-4131

BILLIE OVERHOLSER
30591 COTTAGE GROVE LORANE
COTTAGE GROVE, OR 97424-9731

BILLIE SUE LOCKE
224 HURST DR
OLD HICKORY, TN 37138-2802

BILLY HOLCOMBE
1205 DELMAR ST
MIDLAND, TX 79703-4829

BILLY RAY BEASLEY
108 BILMONT DR
IRMO, SC 29063-8364

BILLY C TAYLOR
1434 AUXBURY PL
MURFREESBORO, TN 37129-1772

BILLY JOE ARNOLD
159 S 47TH ST
RICHMOND, IN 47374-6008

BILLY RAY BROWN
41 CARLISLE ST
NEWNAN, GA 30263-2290

BILLY CHARLES
1460 CORYDALE DR APT 121
FAIRFIELD, OH 45014-3368

BILLY JOE WILLIS
801 CANTON PASS
MADISON, TN 37115-5413

BILLY W DAVIS
21105 CARDINAL POND TER APT
ASHBURN, VA 20147-6154

BILLY DUFF
127 HUMBOLDT GIBSON WELLS RD
HUMBOLDT, TN 38343-5405

BILLY KILBORN
400 PLUMTREE LN
GRANTS PASS, OR 97526-7247

BILLY W WARNER
126 RAY AVE
OLD HICKORY, TN 37138-2631

BILLY DURDEN WRIGHT
PO BOX 182
COBBTOWN, GA 30420-0182

BILLY MCCREIGHT THORNTON
PO BOX 8085
COLUMBIA, SC 29202-8085

BIRDIE BAKER
5820 DENISE DR
HALTOM CITY, TX 76148-3717

BILLY F USSERY
102 GRAYCROFT CT
MADISON, TN 37115-2507

BILLY NELSON
17700 HIGHWAY 77
HUNTINGDON, TN 38344-5732

BIRDIE BRAZIL
4564 WALKER LN
SHASTA LAKE, CA 96019-9617

BILLY G CALVERT
3004 N TRINITY RD
DENTON, TX 76208-1812

BILLY O MOODY
2529 EATON RD
WILMINGTON, DE 19810-3556

BIRDIE CROSS
2548 WINDBREAK LN
LANSING, MI 48910-1926

BILLY G THOMPSON
364 GRANT AVE
JOLIET, IL 60433-1924

BILLY R GROSS
1406 DONELSON AVE
OLD HICKORY, TN 37138-3222

BIRDIE V MITCHELL
42341 RIDGE VIEW DR
LANCASTER, CA 93536-7383

BILLY HAIGLER
13030 WARWICK BLVD APT 22
NEWPORT NEWS, VA 23602-8377

BILLY R MAYO
1956 BURBANK DR
DAYTON, OH 45406-4410

BIRKET ANDERSON
9705 PLEASANT AVE S APT 1J
BLOOMINGTON, MN 55420-4339

BIRNIE S WALLACE
13031 GRANT ST
YUCAIPA, CA 92399-4968

BLAINE WEINEL
3215 LIBERTY WAY
MCKEESPORT, PA 15133-2105

BLANCHE SCHWARTZ
157 WILSHIRE DR
SHARON, MA 02067-1559

BISHOP AHR/ST THOMAS AQUINAS HIGH SCHOOL
c/o BARBARA LUNGER
1 TINGLEY LN
EDISON, NJ 08820-1490

BLAKE DOLL MUNSON
676 BOSTON POST RD
WESTON, MA 02493-1522

BLANCHE TYRKKO
33 CODY AVE
GLEN HEAD, NY 11545-1210

BISHOP MAGINN HIGH SCHOOL
BISHOP MAGINN HIGH SCHOOL
99 SLINGERLAND ST
ALBANY, NY 12202

BLAKE LYNN [LYNN] FERGUSON
8409 BROADVIEW RD
CLEVELAND, OH 44147-1903

BLANE PHILLIPS SR
2758 J ST SW
CEDAR RAPIDS, IA 52404-4174

BISHOP MAGINN HIGH SCHOOL
c/o RALPH PROVENZA
99 SLINGERLAND ST
ALBANY, NY 12202

BLANCHE B RILEY
139 ECCLES DR, PO BOX 303
HAGAMAN, NY 12086-0303

BLOSSOM DOROSIN
1800 VIA PACIFICA
APTOS, CA 95003-5868

BISHOP MARSHALL GILMORE
683 BEACONTREE CT NW
CONCORD, NC 28027-7804

BLANCHE CARROL FAVERO KOPLINSKI
135 S MCGINTY ST
COAL CITY, IL 60416-9783

BOB [THUMPER] ORR
645 DEER TRAIL DR
JOURDANTON, TX 78026-4601

BITSY OLIVER
214 MONTCHANIN DR
OLD HICKORY, TN 37138-2121

BLANCHE D SCHLUTER
2521 10TH ST S APT 133
WISCONSIN RAP, WI 54494-0311

BOB BARTHOLOMEW
625 W MAIN ST
EPHRATA, PA 17522-1718

BLAINE JOSEPH TURNER
12 LAKEVIEW DR
RAYMOND, MS 39154-7614

BLANCHE FORSBURG
132 V MATT WILLIAMS BLVD
POLK CITY, FL 33868-9273

BOB BIBLE
3907 COATS RD
ZEPHYRHILLS, FL 33541-4521

BLAINE KEMPENAAR
W2077 STATE ROAD 33
CAMBRIA, WI 53923-9608

BLANCHE HARMON
221 11TH ST NW
DEVILS LAKE, ND 58301-1716

BOB BOSTICK
159 ROOSEVELT ST
HARROGATE, TN 37752-3711

BLAINE LYTLE
590 BAYBERRY DR
ELYRIA, OH 44035-8860

BLANCHE L INGRAM
211 RUSSELL AVE APT 73
GAITHERSBURG, MD 20877-2886

BOB BOWMAN
3885 BURTON RD
TROY, OH 45373-9745

BOB BRAUN
1613 CHESTER MILL RD
SILVER SPRING, MD 20906-1121

BOB G HURLEY
5901 N 11 RD
MESICK, MI 49668-9395

BOB KRUCKEBERG
11918 STATE ROUTE 47
VERSAILLES, OH 45380-8510

BOB BREST
180 BEACON ST
BOSTON, MA 02116-1401

BOB GAVEL
674 FRAYNE ST
PITTSBURGH, PA 15207-1224

BOB LICCIARDO
2303 WALDEN VIEW LN
LINCOLN, CA 95648-8793

BOB COATES
5460 EASTNOL BLVD
GREENVILLE, OH 45331-9249

BOB GRIFFITHS
2801 BONIFACE PKWY
ANCHORAGE, AK 99504-3130

BOB LIPPS
2768 SW M ST
RICHMOND, IN 47374-7609

BOB COOVERT
17687 RIDGE VIEW DR
WARSAW, MO 65355-6092

BOB GUGGENBERGER
13705 FAWNVIEW LN
COLD SPRING, MN 56320-9511

BOB MARBACH
5212 HERON RD
CAMBRIDGE, MD 21613-3572

BOB COWELL
4595 BROADWAY RD
ARLINGTON, TN 38002-4738

BOB H ALTMAN
7840 WOODMAN AVE APT 281
PANORAMA CITY, CA 91402-6295

BOB MARKHAM
608 NORTHERN OAKS DR
GROVELAND, IL 61535-9607

BOB D JACKSON
62613 HIGHWAY 90
MONTROSE, CO 81403-7802

BOB HEINEN
1337 GRAND ST
WEBSTER CITY, IA 50595-2646

BOB MASKE
4360 TREEFARM LN NE
IOWA CITY, IA 52240-7828

BOB DUCHARME
305 E 3RD ST
VINTON, IA 52349-1854

BOB J MILLS
3201 CLAIBORNE CIR
MONROE, LA 71201-2007

BOB MCCOMBS
1013 N ELM ST
DENTON, TX 76201-2938

BOB ESTLINBAUM
7509 NW 32ND ST
BETHANY, OK 73008-3604

BOB JACKSON
2412 COUNTY ROAD 35
OMAHA, NE 68142-5119

BOB MCMILLAN
7261 ELLINGTON CT
DARDENNE PRAI, MO 63368-8637

BOB FALATO
34 NORMAN AVE
DELRAN, NJ 08075-1010

BOB JOHNS
1942 W MARKET ST
LIMA, OH 45805-2377

BOB MEISTER
6717 QUAIL LK
MASON, OH 45040-7005

BOB NUNAN
20 MONTROSE AVE
UPPER DARBY, PA 19082-2614

BOB PALMER
412 ARMSTRONG RD
BALTIMORE, MD 21220-2903

BOB PENNEYS
PO BOX 807
HOCKESSIN, DE 19707-0807

BOB PRIVETT
1910 GARTSIDE ST
MURPHYSBORO, IL 62966-1510

BOB RICHARDSON
87 GIRARD AVE APT 104
NEWPORT, RI 02840-1166

BOB SCHMALTZ
108 ABACO DR
PALM SPRINGS, FL 33461-2002

BOB SEGAL
34 NATURE LN
SEWELL, NJ 08080-2146

BOB STEIGER
7470 NORMANDY LN
DAYTON, OH 45459-4140

BOB SWINLAND
219 13TH AVE SE
DEVILS LAKE, ND 58301-3207

BOB TREGANOWEN
2112 SANDY BRANCH PL
SAINT AUGUSTI, FL 32092-4749

BOB UNGER
104 HEIN AVE
PLYMOUTH, WI 53073-2505

BOB VOLK
419 W MAPLE ST
CHILLICOTHE, IL 61523-2007

BOB WASNICK
12504 AVENUE 232
TULARE, CA 93274-3304

BOB WHITE
10224 KNOLL CIR
HIGHLANDS RAN, CO 80130-8058

BOBBIE BENKOWSKI
3 ALTA VITA DR APT 805
GREENSBURG, PA 15601-7940

BOBBIE COX
2205 BONFOY AVE
COLORADO SPRI, CO 80909-1803

BOBBIE DUREN
5101 WOODMOOR DR
AUSTIN, TX 78721-1616

BOBBIE EMERSON
212 ALTA VISTA AVE
WATERLOO, IA 50703-4222

BOBBIE JEANNE WASHINGTON
22544 BRIGHTON CT
MORENO VALLEY, CA 92557-6825

BOBBIE M MILES
9 LEE LN
WILBRAHAM, MA 01095-2552

BOBBY [RASHAD] RANDLE-RASH
3126 MCDERMOTT AVE
DALLAS, TX 75215-3921

BOBBY BARNES
237 SLAYTON DR
MADISON, TN 37115-2352

BOBBY BLAYLOCK
203 N FRONT ST
WARRENTON, NC 27589-1813

BOBBY C GRIFFIN
213 HOLLY AVE
JARRATT, VA 23867-9053

BOBBY DODD KILZER
PO BOX 130
SPRINGVILLE, TN 38256-0130

BOBBY E METTS
2005 CHARLES ST
NEWBERRY, SC 29108-3107

BOBBY FREVERT
427 GEARY GULCH RD
ANACONDA, MT 59711-3119

BOBBY HILL
125 SUMMIT RUN PL
HERMITAGE, TN 37076-4300

BOBETTE HORTON DOERRIE
13925 COUNTY ROAD B
BOOKER, TX 79005-4125

BONITA ZAUCHA
PO BOX 454
IRWIN, PA 15642-0454

BOBBY HUDDLESTON
2103 S TYLER ST
AMARILLO, TX 79109-2632

BONETA SCHNURE
4320 BROADWAY RD
MILTON, PA 17847-8108

BONNELLE YARBOROUGH
1648 LIVINGSTON RD
POMARIA, SC 29126-8791

BOBBY J SCOTT
2030 GRACELAND DR
GOODLETTSVILL, TN 37072-4251

BONITA [BONNIE] CORBIN
921 BRUCE AVE
DUMAS, TX 79029-5210

BONNIA HAMILTON
461 SAILOR RD
VINTON, OH 45686-9244

BOBBY K RUFF
1849 DENNY HWY
SALUDA, SC 29138-8541

BONITA [BONNIE] KLAPEC
19636 BRANDYWINE ST
RIVERVIEW, MI 48193-7804

BONNIE BADGETT
4209 WINTER PARK DR
LOUISVILLE, KY 40218-3738

BOBBY L BRISBON
PO BOX 3300
SUMTER, SC 29151-3300

BONITA B MATESI
107 NATIONAL CT
SHOREWOOD, IL 60404-9552

BONNIE BENDER
2415 WALDEN CT
IOWA CITY, IA 52246-4118

BOBBY MULLINAX
1097 PINEHURST DR
GALLATIN, TN 37066-6626

BONITA JEAN [BONNIE] GAUDIO
214 COUNTRY DR
BELLE VERNON, PA 15012-3606

BONNIE BISHOP
109 VIRGINIA DR
STATE ROAD, NC 28676-8985

BOBBY R HENRY SR
5140 SW 21ST CT
PLANTATION, FL 33317-6052

BONITA R ZAUCHA
PO BOX 454
IRWIN, PA 15642-0454

BONNIE BRUTSCH
817 KINGS WAY
GRANTS PASS, OR 97526-5963

BOBBY WILLIAMS
PO BOX 104
YEMASSEE, SC 29945-0104

BONITA VIOLA GILCHRIST
3246 REDGROVE CT
VIRGINIA BEAC, VA 23453-3035

BONNIE BRYANT
518 FENTON AVE
ROMEOVILLE, IL 60446-1204

BOBBYE CREECH
906 LAKEWOOD DR
JEFFERSON CIT, TN 37760-5128

BONITA WILHELM
8406 COUNTY ROAD HH
ARPIN, WI 54410-9743

BONNIE CATHERMAN
513 HILLTOP LN
MIFFLINBURG, PA 17844-9106

BONNIE CECH
1554 ROAD 4
CLARKSON, NE 68629-3923

BONNIE CRAIG
3262 W QUIMBY RD
HASTINGS, MI 49058-8692

BONNIE CUNNINGHAM
200 BRADFORD HWY
TRENTON, TN 38382-8431

BONNIE D MADRE
107 POWHATAN DR
POQUOSON, VA 23662-1415

BONNIE DOROSHOW
250 ROSERY RD NW APT 324
LARGO, FL 33770-1226

BONNIE DYER
232 HEPBURN ST
MILTON, PA 17847-1712

BONNIE E KAUFMAN LCSW
145 E 15TH ST APT 10K
NEW YORK, NY 10003-3539

BONNIE FINK
346 WHEATLEY AVE
BEVERLY, NJ 08010-1042

BONNIE FINNEY
1615 W GAYLORD AVE
PEORIA, IL 61614-5702

BONNIE FLUCK
19 PEREGRINE DR
VOORHEES, NJ 08043-1619

BONNIE FUGATE
113 PARK CIRCLE DR
JONESVILLE, NC 28642-2325

BONNIE FUNK
BOX 15 - 15 SISKIN BAY
LANDMARK, MB R0A 0X0

BONNIE GARDNER
5300 OAKCREEK LN
LOUISVILLE, KY 40291-1005

BONNIE GRANT
PO BOX 722
MEDFORD, OR 97501-0053

BONNIE HERZIG
3900 S TERRY AVE APT 120
SIOUX FALLS, SD 57106-5001

BONNIE J ADAMS
PO BOX 91038
WHITE MOUNTAI, AZ 85912-1038

BONNIE J COFFMAN
931 JOSELA CT
LEAVENWORTH, KS 66048-4752

BONNIE JEAN DICK
1641 KENNEDY ST
BUENA VISTA, PA 15018-9650

BONNIE JEAN MITCHELL
802 SW MUNJACK CIR
PORT SAINT LU, FL 34986-3459

BONNIE JEANNE SIEBERT
1138 E WELLSGATE DR
OXFORD, MS 38655-5951

BONNIE JENKINS
1030 ISAAC FRANKLIN DR
GALLATIN, TN 37066-7421

BONNIE JOBE
2090 KEOKUK ST LOT 64
HAMILTON, IL 62341-1200

BONNIE JOHNSON
2401 S 17TH TER
LEAVENWORTH, KS 66048-4058

BONNIE KARFELD
2252 E ROSS AVE
PHOENIX, AZ 85024-4429

BONNIE KNOX
1018 RUSTIC DR
LAWRENCEBURG, IN 47025-8962

BONNIE KNUTSON
1921 SKYLINE DR S
BURNSVILLE, MN 55337-2963

BONNIE L CLAYCOMB
22887 N CRANES MILL RD
CANYON LAKE, TX 78133-2355

BONNIE L HUMKE
90 GEORGE WILLIAM LANE
LEXINGTON, VA 24450

BONNIE M STANKE
405 E 28TH DIVISION HWY
LITITZ, PA 17543-9778

BONNIE RICHARDSON
317 DECLARATION AVE
EPHRATA, PA 17522-7004

BONNIE L KELLER
6209 SPRING VALLEY DR
BAKERSFIELD, CA 93308-6563

BONNIE M WICKSTROM-MILLER
3113 ALDEN POND LN
EAGAN, MN 55121-1898

BONNIE RIMMER
5803 S PITTSBURG ST
SPOKANE, WA 99223-8366

BONNIE LANE
4009 N GRAND BLVD
PEORIA, IL 61614-7843

BONNIE MARINCEK
7292 US ROUTE 6
PIERPONT, OH 44082-9725

BONNIE SCHILLINGS
10088 QUAIL HILL DR
OZAWKIE, KS 66070-4032

BONNIE LAY
911 HARVEST LN APT 4
LANSING, MI 48917-4236

BONNIE MCCLAIN
3030 WAVERLY DR
RICHMOND, IN 47374-7101

BONNIE SCHULDT
101 12TH AVE S APT 307
SARTELL, MN 56377-4678

BONNIE LEAVITT
1909 GIFFORD ST
NORTH LAS VEG, NV 89030-7340

BONNIE MEADOR
10203 NW 20TH AVE
VANCOUVER, WA 98685-4938

BONNIE SHULKIN
1003 WISTERIA WAY
WAYLAND, MA 01778-2842

BONNIE LEEP
8445 GUY RD
NASHVILLE, MI 49073-8512

BONNIE NAFF
932 HERMITAGE RDG
HERMITAGE, TN 37076-1023

BONNIE SKILLING
15620 W VISTA GRANDE LN
SURPRISE, AZ 85374-4539

BONNIE LILJEQUIST
5770 PINE TREE DR
SANIBEL, FL 33957-2304

BONNIE PAULSEN
30005 163RD ST
PIERZ, MN 56364-1328

BONNIE SQUIRES
11 ARTHURS ROUND TABLE
WYNNEWOOD, PA 19096-1202

BONNIE LINGERFELT
4265 COLLINSVILLE RD
COLUMBUS, NC 28722-4471

BONNIE PORTER RN
6740 MATTHEW LN
CAMBRIDGE, OH 43725-9210

BONNIE STUDANSKI
1211 4TH AVE N APT 310
SAUK RAPIDS, MN 56379-2668

BONNIE LONG
1610 HIGHWAY 418 W
SILSBEE, TX 77656-3212

BONNIE RAUWORTH
16143 W KATHRYN AVE
MANHATTAN, IL 60442-9777

BONNIE SUE ANDERSON
13580 60TH ST SE
ALTO, MI 49302-9690

BONNIE TERPSTRA
750 LANS WAY
ANN ARBOR, MI 48103-6118

BONNIE THOMAS
2375 CROSSROADS DR
LEWISBURG, PA 17837-7424

BONNIE THOMAS
125 CLARK DR
MOUNT JULIET, TN 37122-4104

BONNIE VEZINO
1344 JANE ELLEN
LOWELL, MI 49331-1234

BONNIE WHITEHEAD
932 GROVENBURG RD
HOLT, MI 48842-8627

BONNIE WILLIAMS
1053 STATE ROUTE 131
MILFORD, OH 45150-2708

BONNY AVERY
440 OTTAWA DR
TROY, MI 48085-1535

BORIS ROBERT VASILIEFF
PO BOX 75
GLASSBORO, NJ 08028-0075

BOYAN W ENCHEFF
555 GRACELAND AVE APT 501
DES PLAINES, IL 60016-7812

BOYD A KESSINGER
5057 NORTHLAWN CIR
MURRYSVILLE, PA 15668-9423

BOYD CLELL BLACKBURN
70380 BUCKHORN RD
MONTROSE, CO 81403-8703

BOYD WILSON
9905 NW 72ND TER
WEATHERBY LAK, MO 64152-1817

BOYKIN MARVIN MCCASKILL
799 BAKER MILL LAKE LN
GASTON, SC 29053-8327

BR GARY MORRIS SM
3140 WAIALAE AVE
HONOLULU, HI 96816-1510

BRAD FRIEDMAN
360 1ST AVE APT 2G
NEW YORK, NY 10010-4918

BRAD GIESKING
1020 NE BENNINGTON WAY
BEND, OR 97701-7574

BRAD HALLDORSON
PO BOX 452
DEVILS LAKE, ND 58301-0452

BRAD J BRADLEY
29754 154TH ST NW
ZIMMERMAN, MN 55398-8863

BRAD LONG
4180 GRAND AVE
WEST DES MOIN, IA 50265-5735

BRAD OBERG
6218 STONE TRAIL LN
SPRING, TX 77379-2445

BRADFORD HARRIS ESQ
109 ROUNDTOP DR
LANCASTER, PA 17601-2445

BRADLEY [BRAD] WESTFALL
7145 3RD AVE
RUDOLPH, WI 54475-9702

BRADLEY A WYLIE
19 LINCOLN BLVD
CHESTER, IL 62233-1109

BRADLEY BRUNS
11865 MANGEN RD
VERSAILLES, OH 45380-9434

BRADLEY D NADIG
33 SNELL RD
LEE, NH 03861-6717

BRADLEY E PERRIN
PO BOX 73
WHITE DEER, PA 17887-0073

BRADLEY MONGRAIN
11319 NE 33RD AVE
VANCOUVER, WA 98686-4375

BRADLEY SMITH
2110 236TH AVE NE
SAMMAMISH, WA 98074-3532

BRENDA BEAL
12559 STAGE COACH LN
JACKSONVILLE, FL 32223-3515

BRENDA DAVIS
PO BOX 371
ABBEVILLE, GA 31001-0371

BRADLLEY E BETTS
4905 RAVINE PARK LN
SIOUX CITY, IA 51106-4513

BRENDA BUCHER
2660 N LAYTON CIR
MESA, AZ 85207-1436

BRENDA DELORES NEELY
806 E BOUNDARY
AUGUSTA, GA 30901-2573

BRANDON C BREATH
4001 JAMES DR
METAIRIE, LA 70003-1317

BRENDA C NEWSAM
14779 W LUCAS LN
SURPRISE, AZ 85374-9619

BRENDA DICKSON
HC 6 BOX 323
DONIPHAN, MO 63935-9015

BRANDON LAWSON
4150 CONSTITUTION DR
FRISCO, TX 75034-6317

BRENDA CASTLEFORTE
2164 HANSTON CT
HENDERSON, NV 89044-0177

BRENDA DUNCAN
8 BEL AIRE CT
BURR RIDGE, IL 60527-8382

BRANDON SKOLNIK
372 CENTRAL PARK AVE APT 1H
SCARSDALE, NY 10583-1303

BRENDA CHEESEWRIGHT
8580 WARNER RD
SALINE, MI 48176-9085

BRENDA DYE
5006 ENGLISH WOODS
MOUNT JULIET, TN 37122-8222

BRENDA ALSTON
704 NOTTOWAY RIVER CT APT I
CHESAPEAKE, VA 23320-6831

BRENDA CLARKE
43591 ARBORVIEW LN
BELLEVILLE, MI 48111-3348

BRENDA EMMERT
1404 COTTONWOOD AVE
MINOT, ND 58701-5692

BRENDA ASHENFELTER
1682 SW 39TH ST
RICHMOND, IN 47374-4909

BRENDA COLLINS
3217 OLD KAWKAWLIN RD
BAY CITY, MI 48706-1615

BRENDA G DOWNS
101 WESTHILL LN
HOT SPRINGS, AR 71913-9015

BRENDA B HANKLA
PO BOX 196
CHILHOWIE, VA 24319-0196

BRENDA COUNTS
208 LAVENDER LN
LEXINGTON, SC 29072-7903

BRENDA G FISHKIN
21 KINGS CT
NANUET, NY 10954-3830

BRENDA BAINE
5222 COLONIAL WAY
OCEANSIDE, CA 92057-1812

BRENDA D DEBONS
PO BOX 1642
DUMAS, TX 79029-1642

BRENDA HAAS
272 CROCKER HILL RD
BINGHAMTON, NY 13904-2512

BRENDA HAWKINS PORTER
7135 W COUNTY ROAD 875 S
FRENCH LICK, IN 47432-9374

BRENDA JONES
223 S MINERVA AVE
GLENWOOD, IL 60425-1917

BRENDA LEE STREET
578 MICHIGAN AVE
PONTIAC, MI 48342-2539

BRENDA HAYES
299 POPLAR CORNER RD
TRENTON, TN 38382-9755

BRENDA JONES
PO BOX 88417
LOS ANGELES, CA 90009-8417

BRENDA LOLLAR
7559 OLIVIA HILL DR
MEMPHIS, TN 38133-2652

BRENDA HUDSON
PO BOX 154
PINE MOUNTAIN, GA 31822-0154

BRENDA JULIAN
280 HILL RD
DENVER, PA 17517-9137

BRENDA M FRENCH
401 N LUPINE ST
LOMPOC, CA 93436-6230

BRENDA HUFF
571A KINGSTON RD
NATCHEZ, MS 39120-9774

BRENDA K HUNTLEY
1711 WELLS STATION RD
MEMPHIS, TN 38108-2964

BRENDA M ZANDI
28981 STATE ROAD 2
NEW CARLISLE, IN 46552-9742

BRENDA J BRANNAN
3194 STRAND RD
DULUTH, MN 55803-9795

BRENDA K NOHOVIG
41185 JUDD RD
BELLEVILLE, MI 48111-9194

BRENDA MACMILLAN
6 FOX TRL
BYRAM TOWNSHI, NJ 07821-3010

BRENDA J WHITE
562 ASHWOOD RD
COLUMBUS, OH 43207-4105

BRENDA KAY WILLIAMS
705 THOMAS CIR
PORTSMOUTH, VA 23704-4126

BRENDA MADDUX
272 SOUTHBURN DR
HENDERSONVILL, TN 37075-2550

BRENDA JAHN
1339 PADONIA AVE
WHITTIER, CA 90603-1744

BRENDA L KANTOR
3725 DAFFODIL LN
MCKINNEY, TX 75070-7642

BRENDA MERRITT
1813 CHADSWORTH DR
CAYCE, SC 29033-2209

BRENDA JEAN REEVES
4905 92ND ST NE
MARYSVILLE, WA 98270-2550

BRENDA LEAH BOWLDING
1206 DEVONSHIRE DR
OXON HILL, MD 20745-2203

BRENDA MILLER
4211 W 1ST ST SPC 187
SANTA ANA, CA 92703-4032

BRENDA JOHNSON
307 W WALNUT ST
CENTERVILLE, IN 47330-1140

BRENDA LEE [BREE] TESTA
70 NAGYS HILL RD
BANGOR, PA 18013-9110

BRENDA NEWSOM
52 RC MATHEWS RD
HUMBOLDT, TN 38343-5531

BRENDA OSBORNE
3486 LULLWATER LN
ORANGE PARK, FL 32073-6937

BRENDA PERZEE
PO BOX 58
MAGNOLIA, IL 61336-0058

BRENDA POWELL
PO BOX 2854
COVINGTON, LA 70434-2854

BRENDA ROWE
1141 LYNN AVE
FORT WAYNE, IN 46805-3549

BRENDA S CRAWFORD
1302 MAIN ST S
MINOT, ND 58701-5961

BRENDA SANDRA HUNTER
1221 LAKEVIEW DR
PORTSMOUTH, VA 23701-3612

BRENDA SHERMAN
1202 WALNUT ST
EL DORADO, KS 67042-4356

BRENDA SLAUGHTER
112 E 10TH ST
TRENTON, TN 38382-3118

BRENDA SULLIVAN
PO BOX 762
INTERNATIONAL, MN 56649-0762

BRENDA TESTON
925 BRIERLY HILL CT
LOUISVILLE, KY 40299-4660

BRENDA WASHINGTON
8521 S ELIZABETH ST
CHICAGO, IL 60620-4038

BRENDA WATTS WIGGINS
7201 WALKER ST APT 100
MINNEAPOLIS, MN 55426-4260

BRENDA WHITE DALLAS
6590 WHIRLAWAY CIR
ORLANDO, FL 32818-1743

BRENDA WILEY
3127 PINE TRACE CT
LOUISVILLE, KY 40272-4253

BRENDA WILLIAMS
1805 NW MANOR DR
BLUE SPRINGS, MO 64014-1754

BRENDA ZIMMERLY
1869 275TH ST
INDEPENDENCE, IA 50644-9841

BRENT GREGERSEN
3751 E SUNNYDALE DR
QUEEN CREEK, AZ 85142-7371

BRENT LARSON
2214 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8922

BRENT TUTTLE
440 STATE HIGHWAY M94
SKANDIA, MI 49885-9545

BRET LEE ANDREWS
930 CAULDER AVE
DES MOINES, IA 50315-7538

BRET REUTER
3106 GREENOCK RD
SAINT CLOUD, MN 56301-9608

BRETT YEAGLEY
202 KELSO CIR
TRAPPE, PA 19426-2146

BRIAN [BUGS] MCBRIDE
2311 2ND AVE E
INTERNATIONAL, MN 56649-4049

BRIAN A BERENBACH
7 COLONIAL CT
EDISON, NJ 08820-2906

BRIAN A JACKSON
1860 RACQUET CLUB CIR
LAWRENCEVILLE, GA 30043-5653

BRIAN BEAR
260 W NOKOMIS CT
FOX POINT, WI 53217-2609

BRIAN BOURLIER
2090 LERYL AVE
NORTH PORT, FL 34286-9112

BRIAN BRADY
155 ROBLES SERANO CT
SONOMA, CA 95476-3145

BRIAN I SPECK
233 BENT TREE CIR
GASTON, SC 29053-9546

BRIAN MCCARTHY
347 GLENWOOD AVE
DALY CITY, CA 94015-3051

BRIAN BROWN
PO BOX 1194
FRIDAY HARBOR, WA 98250-1194

BRIAN J BLENKUSH
30253 SUNNY BEACH RD
GRAND RAPIDS, MN 55744-4895

BRIAN MCDONOUGH
12521 MARET DR
SAINT LOUIS, MO 63127-1331

BRIAN COSGROVE
368 DIAMOND BRIDGE AVE
HAWTHORNE, NJ 07506-1322

BRIAN J FELDMAN
12110 LITTLE CREEK DR
POTOMAC, MD 20854-3430

BRIAN OHM
249 S SEGOE RD
MADISON, WI 53705-4957

BRIAN COUGHLIN
10605 CRYSTAL DR
MORRISON, CO 80465-2310

BRIAN J WURTZ
17 HICKORY LN
LEVITTOWN, PA 19055-1309

BRIAN PATTERSON
6303 STANMORE CT
JOHNSTON, IA 50131-2842

BRIAN D EDWARDS
762 HILLCREST WAY
EMERALD HILLS, CA 94062-3428

BRIAN JOHN BZDAK
219 APPLE BLOSSOM LN
CATAWISSA, PA 17820-8250

BRIAN PAUL RICHIE
998 FURNACE RD
NEW COLUMBIA, PA 17856-9563

BRIAN DONALD MACKYNEN
711 OHIO AVE
ASHTABULA, OH 44004-2864

BRIAN K FLICK
330 PERSHING AVE
HAMILTON, OH 45011-3252

BRIAN PETTY
10488 JAYNE VALLEY LN
FENTON, MI 48430-2553

BRIAN E SCHAYOT
1604 N ATLANTA ST
METAIRIE, LA 70003-5722

BRIAN KNAUER
365 SCARLET TANAGER CT
ARDEN, NC 28704-9107

BRIAN PHILIP JONES
12303 VANDERHEATH DR
HOUSTON, TX 77031-3506

BRIAN GENTRY
1076 44TH ST
DES MOINES, IA 50311-3404

BRIAN KOSKOVICH
657 2ND AVE SW
DICKINSON, ND 58601-5918

BRIAN POTRATZ
106 WINCHESTER DR
DRIPPING SPRI, TX 78620-2701

BRIAN GLENNIE
1015 15TH ST W
HASTINGS, MN 55033-2652

BRIAN MAREK
3691 ORLEANS WAY
HOLT, MI 48842-9721

BRIAN PROCTOR
1212 CASS ST
LA CROSSE, WI 54601-4855

BRIAN R PRICE
16312 NW 120TH PL
ALACHUA, FL 32615-6673

BRIANNE GOLDSTEIN
37 MILTON CT
PORT CHESTER, NY 10573-3154

BRONWYN [BRONIE] TOWNSEND
1011 W HIAWATHA CT
DUNLAP, IL 61525-9543

BRIAN ROBERT ARNOLD
56 POPLAR ST
NEWPORT, RI 02840-2432

BRICE A HENDRICK
3566 BURNTLEAF LN
HOOVER, AL 35226-2024

BROOKLINE HIGH SCHOOL
BROOKLINE HIGH SCHOOL ALUM
115 GREENOUGH ST
BROOKLINE, MA 02445

BRIAN SCHREIBER
123 WOODLAND RD
PITTSBURGH, PA 15232-2815

BRICE HOWARD [CROW] MOSELEY
364 OLD SANDY RUN RD
GASTON, SC 29053-8364

BROOKLINE HIGH SCHOOL
c/o LYNDA RITTER KIRBY
115 GREENOUGH ST
BROOKLINE, MA 02445

BRIAN T JOHNSON
80 HERITAGE HILL RD
WINDHAM, NH 03087-1816

BRIDGET MCGUIRE
PO BOX 1153
NORWICH, CT 06360-1153

BROOKS HOLBORN
112 ALTA VISTA DR
MOSSYROCK, WA 98564-9424

BRIAN TENPASS
N10718 COUNTY ROAD I
WAUPUN, WI 53963-9663

BRIGETTA JARNOT
316 33RD AVE N APT 4
SAINT CLOUD, MN 56303-1934

BROTHER MARTIN HIGH SCHOO
BROTHERS OF THE SACRED HE
4401 ELYSIAN FIELDS AVE
NEW ORLEANS, LA 70122-3898

BRIAN V HOWE
8253 NEW HAVEN WAY
CANTON, MI 48187-8210

BRIGETTE COHN
401 RUE SAINT PETER APT 331
METAIRIE, LA 70005-4623

BROTHER MARTIN HIGH SCHOO
c/o KENNY SPELLMAN
4401 ELYSIAN FIELDS AVE
NEW ORLEANS, LA 70122-3898

BRIAN W AHERN
7777 GROGER RD
ONSTED, MI 49265-9453

BRIGHT M GRIFFIN
1493 GRIFFIN RD
POMARIA, SC 29126-9480

BRUCE [KENNETH] WEST
8453 WOODED POINT CIR NW
MASSILLON, OH 44646-9103

BRIAN W FERGUSON
48 VAIL RD
COLUMBIA, NJ 07832-2749

Brighthouse
PO Box 31710
Tampa, FL 33631-3710

BRUCE A MOHS
1554 8TH AVE SE
SAINT CLOUD, MN 56304-2100

BRIAN WILKERSON
8150 VEGAS CIR
WEST CHESTER, OH 45069-8694

BRITT C FARRAR
2556 LIBERTY RD
TALBOTT, TN 37877-3004

BRUCE A WILSON
1831 10TH AVE E
INTERNATIONAL, MN 56649-3062

BRUCE ANDERSON
231 4TH AVE
INTERNATIONAL, MN 56649-2314

BRUCE E DORLAND
900 BRIARWOOD LN
FENTON, MI 48430-1865

BRUCE FOWLER
614 S EAST ST
FENTON, MI 48430-2903

BRUCE ANTHONY BAWDEN
426 S 18TH ST
KEOKUK, IA 52632-3334

BRUCE E HUNTER
1419 GRAHAM FARM CIR
SEVERN, MD 21144-1086

BRUCE G BUCKMASTER
14095 E EVANS CREEK RD
ROGUE RIVER, OR 97537-9781

BRUCE ARCHER
409 E MAPLE ST
MASON, MI 48854-1751

BRUCE E LASKO
7302 ARBORWOOD DR
HUDSON, OH 44236-2311

BRUCE GOLDMAN
1412 21ST AVE
SAN FRANCISCO, CA 94122-3330

BRUCE BAIN
1739 SUMMIT LOOP
GRANTS PASS, OR 97527-8975

BRUCE E WHITHAM
5654 WASHINGTON BLVD
INDIANAPOLIS, IN 46220-3032

BRUCE GOLDMAN
1705 FOXCREEK CIR
RICHMOND, VA 23238-4209

BRUCE BLANCHARD
80 OBSERVATORY CIR NW
WASHINGTON, DC 20008-3611

BRUCE EBERT
21770 STATE ROUTE 56
SOUTH BLOOMIN, OH 43152-9768

BRUCE GROSSHEIM
3215 MISHICOT RD APT 306
TWO RIVERS, WI 54241-1568

BRUCE BULLER
1420 CITY VIEW CT NE
ROCHESTER, MN 55906-4361

BRUCE EDWARD SLASKI
2200 BRESSLER DR
WYOMISSING, PA 19610-1506

BRUCE H CAHAN
412 S 18TH ST
PHILADELPHIA, PA 19146-1442

BRUCE CARBREY
2009 TORRINGTON ST
RALEIGH, NC 27615-2557

BRUCE EICHER
202 CINDER RD
TIMONIUM, MD 21093-4327

BRUCE HAGEN
108 RIVERSIDE PARK RD
BISMARCK, ND 58504-5331

BRUCE CARL MUNROE
725 BOWES RD APT C7
LOWELL, MI 49331-1650

BRUCE F THOMPSON
1600 GRANADA DR
BURLINGAME, CA 94010-5826

BRUCE HANCOCK
6963 DORMANY LOOP
PLANT CITY, FL 33565-3330

BRUCE CARPENTER
3913 FOXGLOVE CT N
BROOKLYN PARK, MN 55443-1528

BRUCE FIELDS
9810 REDBUD DR
CORPUS CHRIST, TX 78410-1706

BRUCE HANSON
1306 7TH AVE
INTERNATIONAL, MN 56649-2720

BRUCE HAROLD FAALAND
216 WARD ST
SEATTLE, WA 98109-3735

BRUCE MACDUFFIE
PO BOX 928
WESTMINSTER, VT 05158-0928

BRUCE R HERBERTSON
1439 ROUTE 30
LIGONIER, PA 15658-8534

BRUCE HARTMAN
3033 SMYRNA RD
RICHMOND, IN 47374-1737

BRUCE MALCOLM JACKSON
125 SENTINEL CT
SIMPSONVILLE, SC 29681-3606

BRUCE RICHARDSON
5882 140TH AVE
STORM LAKE, IA 50588-7581

BRUCE HERMAN
6618 SUTTON DR
URBANDALE, IA 50322-8061

BRUCE MARANO
875 SPOTTED PONY LN
ROCKLIN, CA 95765-5467

BRUCE ROTH
2760 N NINE MOUND RD
VERONA, WI 53593-9717

BRUCE JOHNSONBAUGH
3303 WALNUT LN
LAFAYETTE, CA 94549-5309

BRUCE MAYBURY
2064 JOHN ST
MONONGAHELA, PA 15063-4531

BRUCE RUDOLPH
24536 E FROST DR
AURORA, CO 80016-3195

BRUCE KENNETH WESTON
1127 DOVE WAY
FAIRFIELD, CA 94533-2542

BRUCE N MORRISON
3488 ELMENDORF WAY
LEXINGTON, KY 40517-2767

BRUCE STAPERT
21933 WISE RD
GOBLES, MI 49055-9673

BRUCE KILLIAN
54 KNOLLWOOD TER
SAINT JOHNSBU, VT 05819-1036

BRUCE NELSON
1016 N 26TH AVE
ST CLOUD, MN 56303

BRUCE STAVSETH
9323 E SANDY VISTA DR
SCOTTSDALE, AZ 85262-1140

BRUCE KJELDEN
624 10TH ST W
WEST FARGO, ND 58078-1411

BRUCE NEWMAN
214 OXFORD STREET
FREDERICTON, NB E3B 2W5

BRUCE TAYLOR
3800 CARUTH BLVD
DALLAS, TX 75225-5215

BRUCE L BARNES
220 E MAIN ST
EATON, OH 45320-1804

BRUCE O TOONE
9862 E 500 RD
CLAREMORE, OK 74019-1362

BRUCE TIMMERMAN
528 MEADOWBROOK DR
CENTRAL POINT, OR 97502-3200

BRUCE LASSITER
134 NORMANDY DR
VACAVILLE, CA 95687-5905

BRUCE OGLE
3902 BROCKDELL RD
PIKEVILLE, TN 37367-6077

BRUCE VEACH
10627 W ANGELS LN
PEORIA, AZ 85383-1722

BRUCE W COLEGROVE
471 EXETER PL
LAKE FOREST, IL 60045-1518

BRYAN GOULD
13274 N HORRELL RD
FENTON, MI 48430-1009

BUD MAYS
223 W CROY ST
HAILEY, ID 83333-5184

BRUCE W FALL
3933 MESA CIRCLE DR
LOMPOC, CA 93436-1432

BRYAN KINGSTON
6495 S CODY ST
LITTLETON, CO 80123-3367

BUD REMINGTON
2406 W BOGEY DR
MISSION, TX 78572-8786

BRUCE W STINE
2974 PORTER CT SW
GRANDVILLE, MI 49418-1177

BRYAN NEIL GEHMAN
1140 E PIEFFER HILL RD
STEVENS, PA 17578-9432

BUD WALKER
8018 DAKOTA AVE
CHANHASSEN, MN 55317-9636

BRUCE W SULLIVAN
21 KELLY LN
GRANBY, CT 06035-2009

BRYAN TRAVIS YOUNG
9413 BIG HORN RDG
BRENTWOOD, TN 37027-1409

BUDDY DIAMOND
12330 TEMPO DR
SAINT LOUIS, MO 63146-5042

BRUCE WIPPER
5898 60TH ST SE
SAINT CLOUD, MN 56304-9406

BRYONY CRANE
85 TAUNTON RD
MEDFORD, NJ 08055-9364

BUDDY JONES
8855 SAN VICENTE DR
YUCCA VALLEY, CA 92284-4448

BRUCE WOLF
PO BOX 447
EPHRATA, PA 17522-0447

BUD [ FRED] CURWIN
7222 BARRET RD
WEST CHESTER, OH 45069-3069

BUDDY L TIPPLE
1001 BEACON LN
ENGLEWOOD, OH 45322-1551

BRUCE ZIECH
1006 WILLOW LN
SHOREWOOD, IL 60404-2541

BUD ARCENEAUX
1821 TAFT PARK
METAIRIE, LA 70001-2656

BUDDY SHADID DDS
6913 NW GRAND BLVD
OKLAHOMA CITY, OK 73116-5001

BRUCEANN SINGLETON
171 PALOMINO LN
VALPARAISO, IN 46383-8006

BUD HALE
PO BOX 1753
ORLEANS, MA 02653-1753

BUELL V MOORE
502 CARNOUSTIE
SHOAL CREEK, AL 35242-5956

BRYAN DAVID BOYD
305 CEDAR AVE
DUMAS, TX 79029-2801

BUD HIRE
W4636 GROUSE DR
MONTELLO, WI 53949-8831

BUFORD LITTLE
3571 MILLIE DR
MEMPHIS, TN 38135-2354

BUNNY DELNERO
2028 CRESTLAKE AVE
SOUTH PASADEN, CA 91030-4503

BUNNY JAQUILLARD
11328 CRESTBROOK ST
NORWALK, CA 90650-3705

BURGESS CHASTEEN
5247 SIOUX DR
FAIRFIELD, OH 45014-3344

BURL HICKEY
1508 BAYWOOD CIR
HARTSVILLE, SC 29550-6817

BURT SMITH
807 MARY JANE AVE
PATTERSON, CA 95363-2142

BURTIS C WOOTEN
1182 COUNTY ROAD 4200
LOVELADY, TX 75851-4014

BURTON RUBIN
6720 STONECUTTER DR
BURKE, VA 22015-4152

BURTON STENSBERG
925 S WEST CT APT C
APPLETON, WI 54915-2318

BURTON W BENDER
9003 LENOX AVE SW
LAKEWOOD, WA 98498-4644

Business Tax-Pasco
PO Box 276
Dade City, FL 33526-0276

BUSTER HAMMILL
5279 CYNTHIA CT
SPRINGFIELD, OR 97478-7932

BUTCH LAUDERDALE
1414 W 3RD ST
CLIFTON, TX 76634-1306

BUZZ BELLE
5 ANDREWS FARM RD
BOXFORD, MA 01921-2652

BUZZ DOLSBERRY
14156 N BILTMORE DR
ORO VALLEY, AZ 85755-5861

BUZZ KUYKENDALL
244 S PEARL ST
VERSAILLES, OH 45380-1107

BYRON CARLSON
111 10TH AVE NE
DEVILS LAKE, ND 58301-3152

BYRON CHURCH
11815 83RD AVE
BLUE GRASS, IA 52726-9586

BYRON F CRABILL
10831 TRAILWOOD CT
CINCINNATI, OH 45240-3435

BYRON L ULRICK
2903 HOMEDALE DR
FORT WAYNE, IN 46816-1425

BYRON O'NEILL
2815 21ST ST
BAKERSFIELD, CA 93301-3232

C A WENDLETON
6253 APPOMATTOX DR
PENSACOLA, FL 32503-7505

C CHARLOTTE HUBBELL
2180 SALISBURY RD S
RICHMOND, IN 47374-9382

C DENNIS ZIMMERMAN
830 N CHURCH RD
READING, PA 19608-9791

C DONALD AHRENS
917 DOUGLAS AVE
MODESTO, CA 95350-5256

C ELAINE TIERNAN
225 S 31ST ST
RICHMOND, IN 47374-5901

C ELIZABETH [LIZZIE] LEACH
4 PINEKNOLL DR
LAWRENCEVILLE, NJ 08648-3138

C ELLEN RIGGS-MILMAN
120 LISA DR
NORTHPORT, NY 11768-2872

C FRED WAGNER IV
526 CRAFTON AVE
PITMAN, NJ 08071-1708

C LINCOLN JEWETT
537 MIDDLESEX RD
DARIEN, CT 06820-2521

C STEVE CLARDY
7310 SARDIS RD
CHARLOTTE, NC 28270-6078

C GORDON MCADAMS MD
10481 S FM 1187
FORT WORTH, TX 76126-6011

C LLOYD JOHNSON JR
917 CARDINAL RD
VIRGINIA BEAC, VA 23451-4910

C THOMAS LINDENFELSER
407 BOB WHITE LN
METAMORA, IL 61548-8363

C IRVING STAATS
3354 LYLEWOOD RD
WOODLAWN, TN 37191-9215

C MARIE [OEDING] KUSTERMANN
2505 N BROOKFIELD RD
BROOKFIELD, WI 53045-4114

C WAYNE HOLLINGSHEAD
20699 ARCADIA AVE
WARRENS, WI 54666-8590

C J [JIM] SULLIVAN JR
1331 THORNTON AVE
DES MOINES, IA 50315-7503

C MARVEL POKORNY
128 CONCORDIA DR
BELLA VISTA, AR 72715-8425

CALVIN A LIEBER
103 FAIRVIEW LN
NEKOOSA, WI 54457-1415

C J CAMPBELL
304 W MICHIGAN AVE
METAMORA, IL 61548-9633

C MONA LAPALMER
126 HARRIS AVE
FREEPORT, NY 11520-2315

CALVIN BACON
3027 COUNTY ROAD 20
INTERNATIONAL, MN 56649-8702

C JANE BOECK
605 SW US HIGHWAY 40 # 288
BLUE SPRINGS, MO 64014-3232

C NAT NETSCHER
140 GREENVIEW DR
LANCASTER, PA 17601-1010

CALVIN C ENGLEHART
PO BOX 727
LEBANON, GA 30146-0727

C JEANNIE GRECO
9142 DALE
REDFORD, MI 48239-1206

C O SCOTT MCPHERSON JR
340 TELFAIR ST
AUGUSTA, GA 30901-2450

CALVIN DAVIS
PO BOX 353
JEFFERSONVILL, GA 31044-0353

C KENNETH [KEN] MURRAY
1000 VILLAGE DR
MORGANTOWN, WV 26505-2816

C ROBERT WIKEL
1017 E 4TH ST
CRETE, NE 68333-3216

CALVIN G ANDRE PHD
1995 BROOKTREE WAY
PLEASANTON, CA 94566-5507

C KENNETH YOUNG
10565 SUNSHINE HILL RD
SONORA, CA 95370-8007

C RONALD RAEZER
230 MILLER RD
AKRON, PA 17501-1152

CALVIN HARTMAN
174 HIGHWAY 40
LECOMPTON, KS 66050-4073

CALVIN HEWITT CHANDLER
22008 N TOURNAMENT DR
SUN CITY WEST, AZ 85375-2216

CALVIN K [JERRY] FLURY JR
1510 CLEARVIEW AVE
LANCASTER, PA 17601-4306

CALVIN O SCHEPMAN
9227 ARBA PIKE
FOUNTAIN CITY, IN 47341-9718

CAM FERGUSON
221 AMBERJACK CT
TAYLORS, SC 29687-4853

CAMDEN-CARLISLE MILITARY ACADEMY
CAMDEN-CARLISLE ALUMNI ASSOC
520 HIGHWAY 1 NORTH
CAMDEN, SC 29020

CAMDEN-CARLISLE MILITARY ACADEMY
c/o DIANE ROBINSON
520 HIGHWAY 1 NORTH
CAMDEN, SC 29020

CAMELIA JANE [JANIE] JOHNSON
508 CUMBERLAND AVE
MADISON, TN 37115-3335

CAMERON [CAM] MIKKELSEN
312 18TH AVE SE
DEVILS LAKE, ND 58301-3443

CAMILLA E CLANCY
39621 OTIS ALLEN RD
ZEPHYRHILLS, FL 33540-6801

CAMILLA J LATIMER
612 PINE AVE
DUMAS, TX 79029-2610

CAMILLA K CHAPPELL
31 BELMONT DR
PORTSMOUTH, RI 02871-2142

CAMILLA RINEHART
50 DOWNFIELD DR
WELDON SPRING, MO 63304-7588

CAMILLE BENI
2109 MEADOWOODS DR
EAST MEADOW, NY 11554-5618

CANDACE DAVIS
439 LARAMIE TRL
LINCOLN, NE 68521-3230

CANDACE DUDDEN
8725 DEW WOOD
FAIR OAKS RAN, TX 78015-4426

CANDACE ELLISON
410 E MIDDLE ST
WILLIAMSTON, MI 48895-1436

CANDACE HAUGTVEDT
215 SASSAFRAS WAY
WESTERVILLE, OH 43081-1791

CANDICE PHILLIPS
PO BOX 403
MCVILLE, ND 58254-0403

CANDIDA CUCHARO
88 GRISTMILL LN
MANHASSET, NY 11030-1108

CAP EVANS
4625 KNIGHTSBRIDGE BLVD APT
COLUMBUS, OH 43214-4349

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank Usa N.A.
15000 Capital One Dr
Richmond, VA 23238-1119

CAPT ARMAND F MICHEL
849 ELMEER AVE
METAIRIE, LA 70005-2055

CAPT M EUGENE SOPER USN
2659 REGENT RD
CARLSBAD, CA 92010-6413

CAPT MARSHALL STOVER
1014 BELL LN
NAPA, CA 94558-2138

CARA CHANDLER
15543 ENGLISH RD
MANCHESTER, MI 48158-9656

CARDINAL MCCARRICK / ST. MA
CARDINAL MCCARRICK HIGH SC
310 AUGUSTA ST
SOUTH AMBOY, NJ 08879-1728

CARDINAL MCCARRICK / ST. MARY'S CHSL
c/o BRIAN GINTY
310 AUGUSTA ST
SOUTH AMBOY, NJ 08879-1728

CARL BIEMILLER III
5028 WOODFALL DR SW
LILBURN, GA 30047-7000

CARL D BRESKE
212 2ND AVE SW APT 214
BAUDETTE, MN 56623-8804

CAREN COX
144 SHRADER RD
IOWA CITY, IA 52245-4920

CARL BOWEN COX
8317 JONQUIL
WACO, TX 76708-5700

CARL D FRY
141 PARKVIEW HEIGHTS RD
EPHRATA, PA 17522-2614

CAREN R EPSTEIN
4893 SAN PABLO CT
NAPLES, FL 34109-3384

CARL BRABOY
318 RIO VERDE ST
DALY CITY, CA 94014-1551

CARL DITTON
7321 GENTLE VALLEY ST
LAS VEGAS, NV 89149-1616

CAREY TRIPP JR
607 BIZERTE AVE
DALLAS, TX 75224-1443

CARL BRINSON
2415 N 16TH AVE
PENSACOLA, FL 32503-4631

CARL E BAYLIS
4205 GREAT MEADOW RD
DEDHAM, MA 02026-4079

CARILEE COOPER
597 OLD WALNUT BR
NORTH AUGUSTA, SC 29860-8646

CARL BUHR
PO BOX 449
LOCUST VALLEY, NY 11560-0449

CARL E CHRISTENSON
5721 36TH AVE NE
SEATTLE, WA 98105-2333

CARITA M EGGER
1111 S 70TH ST APT 117
LINCOLN, NE 68510

CARL C POLSTER
211 SUGAR CREEK RIDGE DR
SAINT LOUIS, MO 63122-3645

CARL E HARVISON
2740 SHAMROCK DR
ALLISON PARK, PA 15101-3147

CARL [DUTCH] FOXX
5024 STONE AVE
PORTAGE, IN 46368-2726

CARL CAMERON NEAL JR
131 YACHTING CIR
LEXINGTON, SC 29072-9124

CARL E HEIDEMANN
5621 CELLO WAY
FREMONT, CA 94538-3212

CARL A ANNINO JR
44 PEPPERIDGE LN
GROTON, CT 06340-6023

CARL CLEMENT CRAFT
5274 LONSDALE DR
SPRINGFIELD, VA 22151-1713

CARL E MALM
7725 LOGAN DR SW
HUNTSVILLE, AL 35802-2986

CARL BARNETT JR
67 PARKVIEW AVE
JACKSON, OH 45640-1525

CARL CURTISS
300 E MICHIGAN AVE
SALINE, MI 48176-1546

CARL E NITTINGER
47 MARKET ST
SALEM, NJ 08079-1909

CARL E STRAIN SR
9301 FOLIAGE LN
MUNSTER, IN 46321-3405

CARL KAGEBEIN
1S610 MONTEREY AVE
OAKBROOK TERR, IL 60181-4518

CARL P STONE
10338 LITTLE SUGAR CRK
CONVERSE, TX 78109-2410

CARL E SWINEHART
81 BUCH AVE
LANCASTER, PA 17601-3738

CARL KULSCHBACH
1107 E HOFFORD CT
PEORIA, IL 61614-2246

CARL PLATTER
111 PORTER STREET EXT
BROCKTON, MA 02301-2336

CARL HARMSEN
W8243 FAWN LN
MERRILLAN, WI 54754-7910

CARL L PARDOE
PO BOX 267
MONTANDON, PA 17850-0267

CARL R HANSEN
126 RIDGEWOOD AVE
BERLIN, NJ 08009-1127

CARL HOLLAND
16371 BIG OAK BAY RD
TYLER, TX 75707-7727

CARL M PENNINGTON
306 W HOME AVE
HARTSVILLE, SC 29550-4128

CARL RAINEY
2414 S NORMAN ST
SEATTLE, WA 98144-2976

CARL HUSTON
239 CRESTVIEW LOOP
GRANTS PASS, OR 97527-5039

CARL M PETERSON II
PO BOX 1547
ORANGE BEACH, AL 36561-1547

CARL SAXTON
971 SALISBURY CT
LANCASTER, PA 17601-5163

CARL J ADAMS JR
3312 BRITT ST NE
ALBUQUERQUE, NM 87111-4959

CARL MARVIN
4065 E UNIVERSITY DR LOT 212
MESA, AZ 85205-9342

CARL SCHWITTERS
450 CHARLES SPRING DR
POWELL, OH 43065-8218

CARL J BRUNNETT
38725 DODDS LNDG
WILLOUGHBY HI, OH 44094-6944

CARL MOSHER
5380 S 980 E
WOLCOTTVILLE, IN 46795-8720

CARL STEMM
9036 IDAHO AVE N
MINNEAPOLIS, MN 55445-3215

CARL J KOMOROWSKI
555 W STREET RD
KENNETT SQUAR, PA 19348-1111

CARL OLSON
360 E RANDOLPH ST APT 2708
CHICAGO, IL 60601-7337

CARL T FROEHLICH
13529 W WHITE WOOD DR
SUN CITY WEST, AZ 85375-5842

CARL K STEHMAN
250 CHATHAM WAY APT 645
CLEVELAND, OH 44124-2070

CARL OSCAR MCDONNELL SR
686 W MAIN ST
HARLEYVILLE, SC 29448-3706

CARL W REISH
632 MAHONING ST
MILTON, PA 17847-2216

CARL WEAVER
PO BOX 80233
CANTON, OH 44708-0233

CARLA M VAN MALDEGHEM
15 CHEROKEE RIDGE CT
JOHNSON CITY, TN 37604-3767

CARLEEN VOGEN
65 FLECK DR
MOUNTAIN HOME, AR 72653-6654

CARL WENK
8536 WATERS RD
ANN ARBOR, MI 48103-9655

CARLA OLSON
2404 CRESCENT DR
INTERNATIONAL, MN 56649-3963

CARLENA HAGLER
612 ROBIN HILL RD
EDMOND, OK 73003-5178

CARL WIEGAND
3623 PARDEE AVE
DEARBORN, MI 48124-3568

CARLA ROBENALT
318 SOUTH AVE
VAN WERT, OH 45891-2302

CARLENE GISCHEL
966 STRICKLAND BLVD
VIRGINIA BEAC, VA 23464-3948

CARL WILK JR
930 JOSELA CT
LEAVENWORTH, KS 66048-4752

CARLA ROBERTS
2811 N ROCKWOOD DR
PEORIA, IL 61604-2221

CARLENE RENAE HAYES
1075 ADMIRAL XING
ALPHARETTA, GA 30005-3891

CARLA A SIEFKES
6153 N MILWAUKEE RIVER PKWY
GLENDALE, WI 53209-3818

CARLA ROBERTSON
350 ARDATH DR
GRANTS PASS, OR 97526-6804

CARLENE W COLE
2149 STATE AVE
HARVEY, LA 70058-3262

CARLA BRUMBELOE
1908 LONNON RD
GRANTS PASS, OR 97527-9183

CARLA SCHALLER
5630 CHISWELL RUN
FORT WAYNE, IN 46835-8883

CARLETTE ELIZABETH WHITE
409 CABOT ST
PORTSMOUTH, VA 23702-1903

CARLA HARRITOS
930 MACMILLAN AVE N APT B
WILMINGTON, NC 28403-6490

CARLA SCOPELETIS
1336 TIMBERLY LN
MC LEAN, VA 22102-2504

CARLOS J [CJ] SAVONA
PO BOX 939
MANDEVILLE, LA 70470-0939

CARLA I BERG
6901 N GALENA RD SPC 310
PEORIA, IL 61614-3178

CARLA STUCKI-AMERAU
3006 CUNNINGHAM DR
ALEXANDRIA, VA 22309-2207

CARLOS OROZCO
25 WOODS END DR
DOYLESTOWN, PA 18902-9461

CARLA JENNESS
10696 HIGHWAY 75
LE MARS, IA 51031-8724

CARLEEN M NAEGELE
404 N OAKLAND AVE
OAKLAND, NE 68045-1135

CARLTON I JESSUP
PO BOX 142
BARRYVILLE, NY 12719-0142

CARLY M AMBRISCO
90 ARBOR HILL CIR
IOWA CITY, IA 52245-3800

CARMEN FLORES-RANCE
1431 N CALIFORNIA AVE APT 2
CHICAGO, IL 60622-8310

CAROL A BEANE
601 HARRISON ST
FRENCHTOWN, NJ 08825-1118

CARLY NETOLICKY
809 RONALDS ST
IOWA CITY, IA 52245-6038

CARMEN HUGHES
3700 S WESTPORT AVE # 381
SIOUX FALLS, SD 57106-6360

CAROL A BIRIKI
169 WESTCOTT AVE
TRENTON, NJ 08610-5726

CARMELA [CHICK] HUMMER
20 PARKWOOD DR
GALES FERRY, CT 06335-1633

CARMEN M PICCOLO JR
67 DEAN ST
MADISON, NJ 07940-2250

CAROL A BRUTLAG
36865 OAK POINT DR
NEW YORK MILL, MN 56567-9134

CARMELA COLEMAN
8703 S 46TH AVE
OMAHA, NE 68157-2633

CARMEN MAURER
PO BOX 385
NEW BERLIN, PA 17855-0385

CAROL A DEATON
PO BOX 786
HENDERSONVILL, NC 28793-0786

CARMELA D TRIBUNE
15 CHATEAU THIERRY AVE APT 4
MADISON, NJ 07940-1168

CARMEN SKYLES
3517 INVERNESS RD
WATERLOO, IA 50701-4633

CAROL A GARSEE
1833 W NELSON ST FL 2
CHICAGO, IL 60657-2009

CARMELLA M BOCCHINO
20 LOVELAND ST
MADISON, NJ 07940-1537

CAROL [CARLEE] WEISS
4173 EL CAMINO REAL APT 22
PALO ALTO, CA 94306-4030

CAROL A GIEMZA-HUFF
502 ATWOOD CT
NEWTOWN, PA 18940-1755

CARMELLA PIGNERI
416 KELSAY AVE
OAKLAND, IA 51560-4128

CAROL A ANDERSON
PO BOX 941243
MAITLAND, FL 32794-1243

CAROL A GULLETTE
332 NORTHWOOD BLVD
CORSICANA, TX 75110-2232

CARMELO S [MELLO] SANFILIPPO
1209 LEE ANN ST
CROWLEY, TX 76036-2919

CAROL A ARNETT
485 ELKINS ROGERS RD
KINGS MOUNTAI, KY 40442-8811

CAROL A KEIFER
PO BOX 42610
FLINTON, PA 16640-2610

CARMEN A VACCHIANO
131 GREENWOOD AVE
MADISON, NJ 07940-1731

CAROL A BAKER
2200 E 800 N
OSSIAN, IN 46777-9363

CAROL A LONG MD
6 LORNELLE PL
ASHEVILLE, NC 28804-2200

CAROL A MCCLELLAN
1050 SELDOM SEEN DR
LAWRENCEBURG, IN 47025-8478

CAROL ADAMS
208 SABRINA CT
WOODSTOCK, GA 30188-4229

CAROL ANN MILLER
1028 MCKINLEY AVE
DES MOINES, IA 50315-3825

CAROL A MCCLENDON
7444 VANESSA DR
FORT WORTH, TX 76112-4413

CAROL ALLISON
201 S 17TH AVE
MARSHALLTOWN, IA 50158-3119

CAROL ANN NORTLEY
6564 E MICHIGAN AVE TRLR 46
SALINE, MI 48176-9595

CAROL A MOTTA
4112 BRIAR PATCH CT
MYRTLE BEACH, SC 29579-4324

CAROL ANDERSON
2328 620TH ST
AURELIA, IA 51005-7085

CAROL ANN O'BERG
7061 MOONLIGHT CIR
HUNTINGTON BE, CA 92647-3531

CAROL A MUIR
6181 THISTLE LN
CENTRAL POINT, OR 97502-9463

CAROL ANDERSON
414 SHOREWOOD DR
INTERNATIONAL, MN 56649-2110

CAROL ANN PARISI
26 PARKVIEW DR
HAZLET, NJ 07730-1016

CAROL A MUSSMAN
132 NORTH ST APT 65
GROTON, CT 06340-3798

CAROL ANN BISHOP
1811 ZEITS AVE
LIMA, OH 45804-2769

CAROL ANN RUDDICK
5236 ASHFORD CT SW
LILBURN, GA 30047-5349

CAROL A RIEKEN
2252 HOG BARN RD
ASHLAND, IL 62612-8004

CAROL ANN CLARK
15495 MIDDLEBELT RD APT 120
LIVONIA, MI 48154-3898

CAROL ANN WORDEN
10792 BENNETT ST SE
LOWELL, MI 49331-9444

CAROL A SMITH
W164N9527 WATER ST
MENOMONEE FAL, WI 53051-1470

CAROL ANN DECKER
1605 RNSSNC COMMONS BLVD APT
BOYNTON BEACH, FL 33426-8287

CAROL ANNE DAUERBACH
126A S ELM AVE
NEWTOWN, PA 18940-2150

CAROL A SOUZA
5137 GREENWAY DR
NORTH LITTLE, AR 72116-6817

CAROL ANN HINTZE
4125 STRATFORD DR
NEW PORT RICH, FL 34652-5231

CAROL ATHING
833 PELICAN DR
NEW BERN, NC 28560-9034

CAROL A THOMAS
5880 TAYLOR RIDGE DR
WEST CHESTER, OH 45069-5913

CAROL ANN JOHNSON
11155 W OHIO DR
LAKEWOOD, CO 80226-3834

CAROL BARANOWSKI
3752 COLUMBIA RD
NORTH OLMSTED, OH 44070-2003

CAROL BARTMAN
195 REGENCY DR
COLUMBIA, SC 29212-8279

CAROL BUSTRUM
115 MALLET DR
WALKER LAKE, NV 89415-9610

CAROL CUDDEBACK
1962 MILLDALE RD
FRONT ROYAL, VA 22630-7331

CAROL BASCH
3109 ELIZABETH LN
MACUNGIE, PA 18062-8969

CAROL CALHOUN
551 WINE CLUSTER CT
GRAYSON, GA 30017-4026

CAROL CUSHMAN
PO BOX 29
HARTLAND CORS, VT 05049-0029

CAROL BERGIN
401 N MILWAUKEE ST
PLYMOUTH, WI 53073-1129

CAROL CAPLINGER RN
3080 E 150 S
ANDERSON, IN 46017-9582

CAROL DE MOSS
2801 HIGHWAY 6 E LOT 49
IOWA CITY, IA 52240-2617

CAROL BETH SHULTZ
10055 WOODLAND VILLAGE DR
AUSTIN, TX 78750-2233

CAROL CARLSON
868 NORTHRIDGE RD
FARMINGTON, UT 84025-4118

CAROL DE PAUL
11103 MATINAL CIR
SAN DIEGO, CA 92127-1271

CAROL BIBIGHAUS
16 PLYMOUTH RD
CHERRY HILL, NJ 08034-2631

CAROL CARTWRIGHT RN
6551 GRANTS WALK LN
DAYTON, OH 45459-3261

CAROL DEJULIO
44 PARK LN UNIT 130
PARK RIDGE, IL 60068-2859

CAROL BRADSHAW
9124 MONUMENT DR
GRANTS PASS, OR 97526-8701

CAROL CHERNEY
9340 52ND ST S
WISCONSIN RAP, WI 54494-9137

CAROL DESIMONE
1313 N FRANKLIN PL APT 1706
MILWAUKEE, WI 53202-2989

CAROL BRAINARD
4360 MANCHESTER RD
PERRY, OH 44081-9413

CAROL CLIFTON
15054 ENTERPRISE RD
ABINGDON, VA 24211-7568

CAROL DESIPIO
1035 PARK AVE
NEW YORK, NY 10028-0912

CAROL BRANDSMA
6910 34TH AVE SE
LACEY, WA 98503-3926

CAROL COLASANTE
8336 WILSON MILLS RD
CHESTERLAND, OH 44026-1858

CAROL DIXON
382 SOUND BEACH AVE
OLD GREENWICH, CT 06870-2223

CAROL BRAUN
1393 W ISLAND CLUB SQ
VERO BEACH, FL 32963-5518

CAROL COLE
17 BREWSTER DR
NEEDHAM, MA 02492-1105

CAROL DUNCAN
3887 250TH AVE
KEOKUK, IA 52632-9769

CAROL DYKES
20981 STAYYARD RD
TONGANOXIE, KS 66086-5007

CAROL ELLEN NARRIN
340 DONNA DR
LOWELL, MI 49331-1218

CAROL GARRISON
2801 RANCH ROAD 12
SAN MARCOS, TX 78666-2433

CAROL E FETHERSTON
10770 N CAMBRIDGE CT
THIENSVILLE, WI 53092-8552

CAROL ELLIOTT
58 GLEN SPEY DR
PISGAH FOREST, NC 28768-8623

CAROL GRIESEMER
1060 WESTWOOD DR
WEST CHESTER, PA 19382-7457

CAROL E STEEN
1698 FAIRFIELD CIR
GREENFIELD, IN 46140-8097

CAROL FEDERIGHI
4 QUAIL RUN
LAFAYETTE, CA 94549-3148

CAROL GROTE
1001 S GRANT AVE
MARSHALL, MO 65340-2420

CAROL E WAGNER
1 VALLEY VIEW LN
NEWTOWN SQUAR, PA 19073-4609

CAROL FERRAMOSCA
6519 OAK MASTERS DR
SPRING, TX 77379-4222

CAROL GUETZKE
123 GRAND AVE
THIENSVILLE, WI 53092-1202

CAROL EATON
234 MASTERS DR S
PEACHTREE CIT, GA 30269-2790

CAROL FICHTNER
2637 STROSCHEIN RD
MONROEVILLE, PA 15146-3010

CAROL H CASE
30 MARSHALL TER
WAYLAND, MA 01778-1104

CAROL EAVES
2138 1/2 BANNER DR SW
WYOMING, MI 49509-1924

CAROL FLAMMER
3801 PIERMONT DR NE
ALBUQUERQUE, NM 87111-3415

CAROL HACK
3534 GREEN LAKE RD
WEST BLOOMFIE, MI 48324-2754

CAROL EELLS
1456 PINECREST DR
GRANTS PASS, OR 97526-7238

CAROL FREEMAN
5501 MEADOWGREEN CT
SAINT CHARLES, MO 63304-1098

CAROL HAGEN
7050 FAIRVIEW LN
WISCONSIN RAP, WI 54494-9435

CAROL ELAINE SCHNEEBELI
75-217 NANI KAILUA DR APT 18
KAILUA KONA, HI 96740-2071

CAROL FREEMAN
420 W SANTA INEZ AVE
HILLSBOROUGH, CA 94010-6866

CAROL HAILS
17233 CLARK AVE
BELLFLOWER, CA 90706-6535

CAROL ELEANOR OLIVER
1552 HIGHWAY 14 W
PRATTVILLE, AL 36067-6913

CAROL FREI
671 LAKESIDE CIR APT 913
POMPANO BEACH, FL 33060-3718

CAROL HALEY-BOHRER
5495 LAKE MICHIGAN DR
FAIRFIELD, OH 45014-3267

CAROL HALL
7864 SE LEXINGTON AVE
HOBE SOUND, FL 33455-5824

CAROL HIPPE
4824 SKYLINE RIDGE CT NE
ALBUQUERQUE, NM 87111-2867

CAROL INKS
1105 IVY ST
MCKEESPORT, PA 15132-1621

CAROL HALLABRIN
16018 LANESBORO CT
CLERMONT, FL 34711-5972

CAROL HOGAN
1210 CAMELOT ST
CONWAY, SC 29526-2917

CAROL J BENNETT
189 BERKSHIRE RD
AVON LAKE, OH 44012-1523

CAROL HANSEN
4601 MILL WOOD DR
COLLEYVILLE, TX 76034-3693

CAROL HOLT
2900 64TH AVE N
BROOKLYN CENT, MN 55430-2013

CAROL J CARTER
471 RAQUEL LN
LOS ALTOS, CA 94022-2139

CAROL HARKINS
561 W CRYSTAL LAKE AVE
HADDONFIELD, NJ 08033-2748

CAROL HOPPE
9 FOREST LAKE DR
WRIGHT CITY, MO 63390-2441

CAROL J DAVIES
3 BEECHWOOD DR
WATERFORD, CT 06385-1211

CAROL HASHAGEN
8940 W OLIVE AVE UNIT 106
PEORIA, AZ 85345-7017

CAROL HORNER
810 PINE ST
SANTA CRUZ, CA 95062-2445

CAROL J HAUGE
215 SHOREWOOD DR
INTERNATIONAL, MN 56649-2145

CAROL HAVEMAN
4155 12TH ST
WAYLAND, MI 49348-9749

CAROL HUGHES RN
5218 HARDY ST
OVERLAND PARK, KS 66202-1140

CAROL J KERRIGAN
510 S ATLANTIC AVE
NEW SMYRNA BE, FL 32169-2700

CAROL HICKMAN
1802 SAINT ALBANS BLVD
AUSTIN, TX 78745-2897

CAROL HUTZELL
2 PECAN DR
RICHMOND, IN 47374-4647

CAROL J NELSON
2715 LANCASTER DR
JOLIET, IL 60433-1723

CAROL HILLEGAS
67 FOREST LAKE DR
ASHEVILLE, NC 28803-9000

CAROL HYUN
2626 EAGLE NEST LN
HUMBLE, TX 77396-1884

CAROL J STEDGE
4784 BLUM DR
FORT WAYNE, IN 46835-3416

CAROL HILTON-MCKIERNAN
209 WESTMINSTER DR
NOBLESVILLE, IN 46060-4243

CAROL I CRANE
1500 SKOKIE BLVD STE 580
NORTHBROOK, IL 60062-4116

CAROL JACKSON
2520 S POPE LICK RD
LOUISVILLE, KY 40299-4706

CAROL JAGGI
422 E ELLEN ST
FENTON, MI 48430-2121

CAROL K [LUCY] SIMERMAN
22 TRUMAN BLVD
BEVERLY HILLS, FL 34465-4035

CAROL KRAUS
2480 DEL RIO WAY
DUNEDIN, FL 34698-2016

CAROL JEAN FORTUNE
7566 2075 RD
DELTA, CO 81416-9364

CAROL KASLE
1869 CHIPPING WAY
BLOOMFIELD HI, MI 48302-1711

CAROL KROKSH
20933 FAWN AVE
AKRON, IA 51001-8869

CAROL JEAN GOODWIN
1501 N MARBLE RD
TRUFANT, MI 49347-9709

CAROL KASSEL
3875 WALDO AVE APT 3C
BRONX, NY 10463-2158

CAROL L CARSTENS
12611 GLENWOOD AVE SW
TACOMA, WA 98499-1159

CAROL JENKINS
501 SKILES BLVD
WEST CHESTER, PA 19382-7397

CAROL KEEFER
620 MAHONING ST
MILTON, PA 17847-2216

CAROL L HARELD
105 LAVIDIA BLVD
JOLIET, IL 60435-1435

CAROL JOHNSON KUCKER
152 INDIGO DR
MOUNT LAUREL, NJ 08054-4973

CAROL KEFALAS
39 BIRKDALE LOOP
PAWLEYS ISLAN, SC 29585-6725

CAROL L HARMON
191 JACKSONIAN DR
HERMITAGE, TN 37076-1814

CAROL JONES
9625 WINCHESTER ST
MASCOUTAH, IL 62258-2888

CAROL KEY
PO BOX 1067
CEDAREDGE, CO 81413-1067

CAROL L MUELLER
300 W INNISFREE CIR APT B12
ROGERS, AR 72758-1125

CAROL JONES
1971 BRIARWOOD DR
CAPE GIRARDEA, MO 63701-2503

CAROL KOHL
1806 MILL POND DR
SOUTH WINDSOR, CT 06074-3554

CAROL L NASH
4418 WICKHAM CT
ADRIAN, MI 49221-9320

CAROL JOYCE
14780 HUBBARD RD
BURTON, OH 44021-9538

CAROL KOMLOSY
34 PRINCETON ST
WILLISTON PAR, NY 11596-1325

CAROL L TIGHE
50 CEDAR ST
EAST HANOVER, NJ 07936-3029

CAROL JOYCE MOORE
2906 OTRANTO RD
NORTH CHARLES, SC 29406-9615

CAROL KORBAR
2140 NE 41ST ST
LIGHTHOUSE PO, FL 33064-7330

CAROL LANDIS
6072 VERA CRUZ RD
EMMAUS, PA 18049-9565

CAROL LARSEN
11028 GRIFFITH PARK DR NE
ALBUQUERQUE, NM 87123-5410

CAROL LUNDQUIST
PO BOX 57
LAMONT, MI 49430-0057

CAROL MCGRATH
2319 BRANNING RD
LOUISVILLE, KY 40222

CAROL LAUERMANN
1338 DUNMORE CIR
CLEARWATER, MN 55320-9769

CAROL M KOLSON
4110 NE TILLAMOOK ST APT 408
PORTLAND, OR 97212-5330

CAROL MCSHERRY
4 SPRUCE RD
NEWTOWN SQUAR, PA 19073-2914

CAROL LAYTON
1168 GAINARD ST
CRESCENT CITY, CA 95531-3536

CAROL MAGNESS
2001 E US HIGHWAY 40
GREENCASTLE, IN 46135-8724

CAROL MEDSKER
902 E F ST
HASTINGS, NE 68901-6654

CAROL LEE LYNN
138 CARNAHAN LN
LIGONIER, PA 15658-3567

CAROL MARCOVICH
49 E CEDAR ST APT 2
CHICAGO, IL 60611-1175

CAROL MERRILL
2114 LYNWOOD PL
BURLINGTON, KY 41005-8121

CAROL LEIBOWITZ
10709 BALANTREE LN
POTOMAC, MD 20854-1318

CAROL MARK
559 GRAMATAN AVE STE 209
MOUNT VERNON, NY 10552-2157

CAROL MEYER
1014 SHORT CUT RD
PLYMOUTH, WI 53073-4112

CAROL LILIENTHAL
49 TOP GALLANT RD UNIT 21
STAMFORD, CT 06902-7754

CAROL MARSE
1011 SEAGULL LN
PROSPERITY, SC 29127-9352

CAROL MILLER
4014 WENONAH LN
FORT WAYNE, IN 46809-1152

CAROL LIPITZ PHD
824 ADDISON ST
WOODMERE, NY 11598-2517

CAROL MAY
2659 PINE TREE RD
HOLT, MI 48842-9716

CAROL MILLS
1205 CONNECTICUT AVE
JOLIET, IL 60435-3708

CAROL LOPEZ
5736 RIO PINOS DR NE
RIO RANCHO, NM 87144-6013

CAROL MCCLEARY
9 PARKWAY LN
RICHMOND, IN 47374-5832

CAROL MOORE
1501 E CROOKED LAKE DR
EUSTIS, FL 32726-5717

CAROL LOWMAN
3185 AYERSHIRE DR
BLOOMFIELD HI, MI 48302-0812

CAROL MCCOLLUM
3609 NW 60TH TER
KANSAS CITY, MO 64151-2869

CAROL MORIN
2201 S HIGHWAY 169 APT 110
GRAND RAPIDS, MN 55744-4259

CAROL MORRIS
1061 THOMPSON DR
BAY SHORE, NY 11706-6209

CAROL ONORATO
4338 BREAM RD
NORTH CHARLES, SC 29418-5428

CAROL R BRIGHT
2821 SAINT MARYS RD
ARDMORE, PA 19003-2006

CAROL MOURNIGHAN
7204 CHURCHILL RD
MCLEAN, VA 22101-2003

CAROL PAULI
6780 RYAN CREST DR
FLORISSANT, MO 63033-5129

CAROL R CLARKE
49 6TH ST N
NAPLES, FL 34102-6012

CAROL MUROWCHICK
2601 CHESTNUT AVE UNIT 1314
GLENVIEW, IL 60026-8315

CAROL PERKINSON
2 IRIS LN
ALBANY, NY 12205-2947

CAROL RAFF
6888 NW 110TH WAY
PARKLAND, FL 33076-3829

CAROL MURRAY
5211 PAR PL
ROCKLIN, CA 95677-4205

CAROL PLASKON
6605 SMITH MOUNTAIN RD
PENHOOK, VA 24137-2710

CAROL REED
9131 ROSEDALE HWY SPC 60
BAKERSFIELD, CA 93312-2106

CAROL NEUER
W61N469 WASHINGTON AVE
CEDARBURG, WI 53012-2400

CAROL PORCH
PO BOX 186
BINFORD, ND 58416-0186

CAROL RESSLER
1068 DORCHESTER RD
TROY, OH 45373-1145

CAROL NOFFZ
320 SYLVAN RETREAT RD
COLUMBIA, PA 17512-9035

CAROL POWELL
31990 COUNTY ROAD K
PRAIRIE DU CH, WI 53821-8089

CAROL RHEN
26333 290TH AVE
BADGER, MN 56714-9177

CAROL NYBERG
135 SPRING VALLEY DR
ANDERSON, IN 46011-1926

CAROL PRESAR
11937 COUNTY ROAD 33A
WAPAKONETA, OH 45895-9502

CAROL RHOADES
22156 E TERN CT
FORT MILL, SC 29707-5803

CAROL OLDENGARM
7731 E KEYES RD
HUGHSON, CA 95326-9710

CAROL PULLAR
2203 11TH AVE
INTERNATIONAL, MN 56649-3801

CAROL RISHEL
1845 PLEASANT GROVE RD
MIFFLINBURG, PA 17844-7918

CAROL OLZER
1026 BROWNING RD
GREENSBORO, NC 27410-4751

CAROL PYLE
52 NEWMAN DR
GLEN DALE, WV 26038-1078

CAROL ROBBINS
3307 N BROOKS LN
PEORIA, IL 61604-1711

CAROL ROBINSON
2368 BALL DR
RICHFIELD, WI 53076-9513

CAROL SCHRAUFF
7007 LEAMEADOW DR
DALLAS, TX 75248-5501

CAROL SMITH
164 BRISTLECONE PINES RD
SEDONA, AZ 86336-4928

CAROL ROGERS
12680 4TH ST SPC 34
YUCAIPA, CA 92399-4519

CAROL SCHROEDER
PO BOX 162
CLEVELAND, WI 53015-0162

CAROL SMITH
180 TAYLOR LOOP RD
SELAH, WA 98942-8715

CAROL ROGERS
10608 GOSHAWK PL
RIVERVIEW, FL 33578-6161

CAROL SCHUMACHER
2848 E 1200 N
YODER, IN 46798-9607

CAROL STOCKWELL
3693 ENGLE RD
MIDDLEVILLE, MI 49333-9149

CAROL RUDE
1200 HUNTINGTON AVE APT 212
WISCONSIN RAP, WI 54494-6491

CAROL SEIVLEY
1215 RANCHERO CT
LAWRENCE, KS 66049-3534

CAROL STUMP
3970 BROCKTON MANOR NORTH
GREENWOOD, IN 46143-8414

CAROL S BITTNER
8550 NW WINCHESTER RD
DECATUR, IN 46733-8831

CAROL SHOEMAKER-SAIF
616 DARCY AVE
JOLIET, IL 60436-1673

CAROL SUE VANDERFEEN
25 GILMAN TER
SIOUX CITY, IA 51104-4105

CAROL SALZER
1109 7TH ST S APT 211
WAITE PARK, MN 56387-1782

CAROL SINGSAAS
157 DAKOTA SHORES PL
HENDRICKS, MN 56136-1201

CAROL SUTTON
7470 E PEWTER PL
TUCSON, AZ 85715-3555

CAROL SCHEMBECK
6000 RUNNING VILLAGE RD RM P
STROUDSBURG, PA 18360-1682

CAROL SMILES
PO BOX 2122
SACRAMENTO, CA 95812-2122

CAROL SWARTZ
4005 BAMBOROUGH DR
FORT MILL, SC 29715-7316

CAROL SCHOEN
11605 N HILLSIDE LN
MEQUON, WI 53092-2919

CAROL SMITH
17640 CORKILL RD SPC 80
DESERT HOT SP, CA 92241-9484

CAROL SWIGGETT
PO BOX 4046
TUBAC, AZ 85646-4046

CAROL SCHOPPERT
474 E MONTEREY RD
PALATINE, IL 60074-3722

CAROL SMITH
225 BLUEBELL LN
CAMDEN, TN 38320-7157

CAROL TAYLOR
PO BOX 34
BUENA VISTA, PA 15018-0034

CAROL THARP
1111 GLASS ST
WHITE OAK, PA 15131-1519

CAROL TOMASKA
12801 W SMITH RD
MANHATTAN, IL 60442-9434

CAROL TROMBA
5601 HIGHWAY A1A APT S203
VERO BEACH, FL 32963-1072

CAROL VOLD
2515 148TH AVE NE
HAM LAKE, MN 55304-6312

CAROL WALDEN
622 BETHEL DR
JOLIET, IL 60435-5102

CAROL WARMBIER
1307 170TH AVE
LU VERNE, IA 50560-8548

CAROL WATKIN
34 CHERRY DR E
PLAINVIEW, NY 11803-2017

CAROL WENZEL
293 STONY LANE RD
STEVENS, PA 17578-9628

CAROL WILEY-WOOTEN
214 BEECH DR
DELAWARE, OH 43015-3236

CAROL WILSEY
305 MORGAN ST
KEOKUK, IA 52632-5944

CAROL WITTIG
655 MARKHAM WOODS RD
LONGWOOD, FL 32779-2819

CAROL WOLK
7160 OLD SAND LAKE RD
BRITT, MN 55710-8128

CAROL YVONNE FORD
1320 LAKESIDE AVE
BALTIMORE, MD 21218-3003

CAROL YVONNE LEHNERD
272 BULLCREEK RD
BUTLER, PA 16002-7774

CAROLAN PICKERING
17 IKE WILLIAMS RD
NEWTON, NJ 07860-6457

CAROLE A KRAMER
18816 PALO ALTO AVE
HOLLIS, NY 11423-1922

CAROLE A MITCHELL
7805 AVENUE X APT B
LUBBOCK, TX 79423-2372

CAROLE A NOSSEK
43 DAWLEY DR
STONINGTON, CT 06378-2020

CAROLE A PLENGE
631 HAZEL ST APT 305
OSHKOSH, WI 54901-4995

CAROLE AGEE
9006 WOODLAND TRCE
BOERNE, TX 78006-6542

CAROLE BONNER
211 SKYVIEW DR
IRWIN, PA 15642-7028

CAROLE BRINKLEY
4387 EASTGATE DR
ANN ARBOR, MI 48103-9487

CAROLE BUCKNER
25646 HASKELL ST
TAYLOR, MI 48180-2074

CAROLE BUERKLIN
123 PLEASANTVIEW DR
HAMILTON, IL 62341-1108

CAROLE CHVILICEK
705 SW NYE AVE
PENDLETON, OR 97801-4151

CAROLE COOPER
675 S HOLLAND LAKE DR
SHERIDAN, MI 48884-8368

CAROLE CRESSY
3242 200TH ST
BAYSIDE, NY 11361-1014

CAROLE CROUTHAMEL
301 CHARLES RD
MUNCY, PA 17756-1741

CAROLE HENDERSON
7741 FOREST TRL APT 1
PORT RICHEY, FL 34668-5817

CAROLE KIRCHNER
C2212 STATE HIGHWAY 153
STRATFORD, WI 54484-9417

CAROLE DOLLARD
12 SCENICVIEW CRES
MANORVILLE, NY 11949-2978

CAROLE HOWARD
1 RENFREW LN
BELLA VISTA, AR 72715-5529

CAROLE KORNMILLER
4241 BAYWOOD DR
TRAVERSE CITY, MI 49686-3801

CAROLE EASTMAN
5055 E UNIVERSITY DR
MESA, AZ 85205-7299

CAROLE J BRYDE
310 W NORTHRUP ST
LANSING, MI 48911-3705

CAROLE L BECIC
1016 K ST
TEKAMAH, NE 68061-1418

CAROLE EHLE
2312 S 160TH ST
OMAHA, NE 68130-1752

CAROLE J GARBE
65 MALCOLM DR
PASADENA, CA 91105-1307

CAROLE L DEBUSE
520 S 67TH ST
OMAHA, NE 68106-1102

CAROLE FERSTER
125 RAMONA CT
NEW ROCHELLE, NY 10804-1826

CAROLE J SCHMITT
114 PEACH ST
PARK FOREST, IL 60466-2020

CAROLE LAWTON
7 FOREST LN NE
ROME, GA 30161-5810

CAROLE FREED
300 S NIXON AVE
LIMA, OH 45805-3128

CAROLE J ZASLAV
317 TEAROSE LN
CHERRY HILL, NJ 08003-3523

CAROLE LOCKARD
200 STEVENS AVE
JOLIET, IL 60432-2522

CAROLE GOLDSMITH
2649 NE 12TH TER
POMPANO BEACH, FL 33064-6909

CAROLE KACENA
2112 HOLLYWOOD BLVD
IOWA CITY, IA 52240-2313

CAROLE M KLAWANSKY
10595 STATE ROUTE 108
COLUMBIA, MD 21044-1335

CAROLE GOTTLIEB
5400 ALBEMARLE AVE
PITTSBURGH, PA 15217-1133

CAROLE KENNEDY
3610 NONAVILLE RD
MOUNT JULIET, TN 37122-2179

CAROLE MANN
39952 OLD STERLING HWY
ANCHOR POINT, AK 99556-9454

CAROLE GREENE
331 HAMPTON ST
ELLOREE, SC 29047-9376

CAROLE KEUTE
10151 KARSTON CV NE
ALBERTVILLE, MN 55301-8729

CAROLE PACKER
1603 12TH AVE N
PRINCETON, MN 55371-6155

CAROLE PARKER
2334 DOROTHY AVE
WHITE BEAR LA, MN 55110-4811

CAROLE ZATLIN
8031 KINGSBURY BLVD
CLAYTON, MO 63105-3715

CAROLINE CASE
2821 S 106TH ST APT 102
MILWAUKEE, WI 53227-3251

CAROLE PIERCE
913 WILLOW ST APT 21
IOWA CITY, IA 52245-5444

CAROLEE BRANDT
802 BAFFIN BAY RD
COLUMBIA, SC 29212-3388

CAROLINE COGDILL
9900 GREEN GABLES
WILLIS, MI 48191-9694

CAROLE SCAGGS
535 N ARLINGTON ST
GREENCASTLE, IN 46135-1112

CAROLEE BROWN
2387 HALSTED LN
AURORA, IL 60503-5786

CAROLINE CUPPY-ZIMMERMAN
10844 VINCENT AVE S
MINNEAPOLIS, MN 55431-3755

CAROLE WALSH
195 SCENIC HILL DR
PARIS, TN 38242-7937

CAROLEE BUCCALO
126 LOWER HILLSIDE DR
BELLBROOK, OH 45305-2112

CAROLINE DAVIDSON
13542 CATALINA VILLAGE DR
HOUSTON, TX 77083-4845

CAROLE WANTZ
8330 DELCREST DR APT 1D
SAINT LOUIS, MO 63124-2128

CAROLIN J BOCZAR
423 34TH ST
MCKEESPORT, PA 15132-7220

CAROLINE GUINN-BAILEY
29 KNOLL TER
WEST CALDWELL, NJ 07006-7307

CAROLE WEISE
4273 COLONIAL PARK DR
PITTSBURGH, PA 15227-2640

CAROLINA (KAY) MOLES
228 WILLOWHAVEN DR
PITTSBURGH, PA 15227-2308

CAROLINE K ERISMAN
90 GROVE ST
WELLESLEY, MA 02482-7801

CAROLE WELSH
25422 213TH PL SE UNIT 11
MAPLE VALLEY, WA 98038-7583

CAROLINE [CARRIE] BITTERWOLF PHD
1423 RIDGEVIEW DR
MOSCOW, ID 83843-4513

CAROLINE KEARNS
3481 ROCKWELL CIR
MUNDELEIN, IL 60060-6042

CAROLE WOOLSEY
PO BOX 2356
FRIDAY HARBOR, WA 98250-2356

CAROLINE ANN THARP
221 N HACKETT RD
WATERLOO, IA 50701-1128

CAROLINE KELLY
104 PINECREST ESTATES DR
FLAT ROCK, NC 28731-4734

CAROLE WRIGHT
13307 SE 151ST ST
RENTON, WA 98058-2896

CAROLINE BRIDGERS
311 KENSINGTON DR
SAVANNAH, GA 31405-5424

CAROLINE KENLON
105 DARTMOUTH RD
MANHASSET, NY 11030-2003

CAROLINE MCCOLLUM
3136 BLOUNT ST
FORT MYERS, FL 33916-4121

CAROLYN [SUSIE] STECKEL
PO BOX 216
CRAWFORD, CO 81415-0216

CAROLYN BADER
2615 W MAIN ST
RICHMOND, IN 47374-4605

CAROLINE P JUPP
1037 S SPRING ST APT 155
PORT WASHINGT, WI 53074-2473

CAROLYN A BOBAY
1826 CHOCHTIMAR TRL
FORT WAYNE, IN 46808-1823

CAROLYN BARRY
6 WETHERHILL WAY
DAYTON, NJ 08810-1606

CAROLINE P POLLARD
227 CONGRESS AVE
LANSDOWNE, PA 19050-1438

CAROLYN A HARRIS
201 TRAMMELL RD
BRISTOL, TN 37620-5307

CAROLYN BATTERSON
12345 KING RD
ROSWELL, GA 30075-1435

CAROLINE PERRI DESIMONE
370 E 2ND ST
BROOKLYN, NY 11218-3906

CAROLYN A PURYEAR
5813 S VAN GORDON LN
LITTLETON, CO 80127-3121

CAROLYN BELL
209 RIDLEY ST
SMYRNA, TN 37167-2931

CAROLINE TATE
124 S MARTINWOOD RD
KNOXVILLE, TN 37923-5538

CAROLYN A WOOD
335 SKYVIEW DR
MONROEVILLE, PA 15146-1239

CAROLYN BILLMAN
4171 N HILLSDALE RD
HILLSDALE, MI 49242-9155

CAROLINE THOMPSON
5904 LEGEND CT
HOSCHTON, GA 30548-4015

CAROLYN AMORUSO
4 OAKVIEW TER
MIDDLETOWN, RI 02842-4634

CAROLYN BLAGG
2323 S 10TH ST
IRONTON, OH 45638-2569

CAROLYN [CAROL] REED
8639 W BEHREND DR
PEORIA, AZ 85382-8750

CAROLYN ANDERSON
230 CRESTWOOD DR
SOUTH ORANGE, NJ 07079-1115

CAROLYN BLAKE
3 CAROB CT
LUMBERTON, NJ 08048-4201

CAROLYN [LYNN] NERZIG
1032 ARBOR CT
MOUNT PROSPEC, IL 60056-4476

CAROLYN ANNE KENT
1329 LEGACY GREENE AVE
WAKE FOREST, NC 27587-4344

CAROLYN BLANKENCHIP
PO BOX 1863
ELMA, WA 98541-1863

CAROLYN [MIDGE] BARKER
6013 N ARDEN DR
MENTOR, OH 44060-2176

CAROLYN B. MAY
2540 BENT GREEN ST
RALEIGH, NC 27614-6927

CAROLYN BOERNER
1 OAKNOLL CT
IOWA CITY, IA 52246-5250

CAROLYN BRADFORD
10767 RAVENNA WAY
FORT MYERS, FL 33913-7013

CAROLYN CONWAY
777 OSAGE ST
LEAVENWORTH, KS 66048-1877

CAROLYN F WALSH
1887 GRAHAM LN
SANTA CLARA, CA 95050-3352

CAROLYN BRIGHAM
11201 CHATTERLY LOOP APT 101
MANASSAS, VA 20109-7852

CAROLYN CROWTHER
2317 POPLAR ST
NARVON, PA 17555-9324

CAROLYN FARR
516 W CALHOUN CROSSING CT
SPARTANBURG, SC 29307-3157

CAROLYN BULLION
104 WOODS CT
FRANKLIN, TN 37064-5707

CAROLYN DEMENT
23830 W OTTAWA ST
PLAINFIELD, IL 60544-3003

CAROLYN FAYE BARNES-TAYLO
517 ROBIN LN
PORTAGEVILLE, MO 63873-1023

CAROLYN BURVEE
18 LEAWOOD LN
BELLA VISTA, AR 72715-4715

CAROLYN DESMIDT
38 CHERRY LN
PLYMOUTH, WI 53073-3450

CAROLYN FAYE GIBSON
4915 TRESCOTT DR
KNOXVILLE, TN 37921-5435

CAROLYN BUTLER
201 N GOWER ST
LOS ANGELES, CA 90004-3829

CAROLYN E [CATHY] FISHER
6613 ROCK LAWN DR
CLIFTON, VA 20124-2527

CAROLYN FINNEY
6765 HIGHWAY 177 S
JORDAN, AR 72519-8802

CAROLYN CAHILL
PO BOX 73
LUSBY, MD 20657-0073

CAROLYN E BERRO
22131 CHAMPAIGN ST
TAYLOR, MI 48180-2429

CAROLYN FISHER
22075 SIEGAL CT
NOVI, MI 48375-4956

CAROLYN CHRISTMON
10608 SEALORD CT
INDIANAPOLIS, IN 46236-9007

CAROLYN E DWIRE
700 N WASHINGTON ST
EL DORADO, KS 67042-3940

CAROLYN FIXSEN
2249 WILLIAMS HWY
GRANTS PASS, OR 97527-5687

CAROLYN CLENDENNING
87 BIRCH LN
PAOLI, PA 19301-1202

CAROLYN EARLS
2504 SIMAS AVE
PINOLE, CA 94564-1234

CAROLYN FORESTER
28 N WESTGATE RD
LIVINGSTON, NJ 07039-3531

CAROLYN COLLINS
9933 DICKENS DR
BENBROOK, TX 76126-4109

CAROLYN EVANS
342 W 15TH ST
PORT ARTHUR, TX 77640-3252

CAROLYN FORRESTER
5670 HERSHINGER CLOSE
DULUTH, GA 30097-6430

CAROLYN G ROBINSON
707 GINGER CT
MOUNT LAUREL, NJ 08054-4905

CAROLYN IVASKA
255 CASTLE DR
WEST MIFFLIN, PA 15122-2958

CAROLYN JAY
2215 OAK PARK DR
RICHMOND, IN 47374-1672

CAROLYN GARTSIDE
1245 E 30TH PL
TULSA, OK 74114-5212

CAROLYN J CHRZAN
490 S THIRD ST
ROGERS CITY, MI 49779-1811

CAROLYN JEAN CASSIN
217 LAKE SHORE RD
GROSSE POINTE, MI 48236-3759

CAROLYN GREEN
1527 LINCOLN RD
IUKA, IL 62849-2936

CAROLYN J COGGINS
994 LISBON RD
LAURENS, SC 29360-8250

CAROLYN JEFFERSON
1860 BIGHORN AVE
ARKDALE, WI 54613-9635

CAROLYN HART
4150 WELCOME ALL TER
COLLEGE PARK, GA 30349-1926

CAROLYN J GIBERSON
2333 DUBLIN MILLS RD
HUSTONTOWN, PA 17229-9164

CAROLYN JONES
429 HERSHNER DR
LOS GATOS, CA 95032-4002

CAROLYN HEADDEN
8002 MAGNOLIA RIDGE CT UNIT
LOUISVILLE, KY 40291-6764

CAROLYN J MAZE
430 S TERRACE DR
WICHITA, KS 67218-1406

CAROLYN JORN
1630 N MAIN ST APT D-3
EL DORADO, KS 67042-5107

CAROLYN HESS
825 E NEWPORT RD
LITITZ, PA 17543-8811

CAROLYN J SMITH TOMASIAN
9 FRANK ST
WORCESTER, MA 01604-1015

CAROLYN KACENA
1217 HILLER LN
BURLINGTON, IA 52601-8208

CAROLYN HINDY
2126 N ROCKY TOP RD
BROOKLINE, MO 65619-8101

CAROLYN J TURNER
1669 US HIGHWAY 96 N
SILSBEE, TX 77656-7613

CAROLYN KING
633 OREGON TRL
LINCOLNTON, NC 28092-8267

CAROLYN HUTSELL
4725 KIDD ST
MARYVILLE, TN 37804-4520

CAROLYN JANE BLOUGH
623 N JEFFERSON ST
LOWELL, MI 49331-1118

CAROLYN KLOSTER
PO BOX 369
GLADBROOK, IA 50635-0369

CAROLYN INGLE
18863 NE 115TH ST
FORESTON, MN 56330-9623

CAROLYN JANE CORNWALL
10 CENTURY CT
OSWEGO, IL 60543-8925

CAROLYN KRAUSE
1808 NW WASHINGTON BLVD
HAMILTON, OH 45013-1784

CAROLYN KUCINIC
23109 W MCCLINTOCK RD
CHANNAHON, IL 60410-3005

CAROLYN M MCGUIRE
25 MCKEON AVE
VALLEY STREAM, NY 11580-3903

CAROLYN MOORE
202 RYBURN DR
OLD HICKORY, TN 37138-2817

CAROLYN L LATHROP
3224 CRESTWOOD DR NW
CEDAR RAPIDS, IA 52405-1340

CAROLYN M TREXLER
233 DOGWOOD DR
LEVITTOWN, PA 19055-1724

CAROLYN NICHOLS
1216 S BLOOMINGTON ST TRLR 7
GREENCASTLE, IN 46135-2267

CAROLYN L TURNER
87 GIRARD AVE APT 313
NEWPORT, RI 02840-1160

CAROLYN MANNING
315 TURLEY DR
TEMPLE, TX 76502-4054

CAROLYN NOE
55 PRAIRIE VILLAGE PL
MORTON, IL 61550-4504

CAROLYN LAROSA
4 REGINA AVE
NORTH BELLMOR, NY 11710-2846

CAROLYN MARCRUM
17 DYER HWY
TRENTON, TN 38382-9455

CAROLYN P CRAWFORD
234 CENTRAL AVE
GREENVILLE, OH 45331-1525

CAROLYN LARSON
16611 CALIFORNIA AVE
BELLFLOWER, CA 90706-5009

CAROLYN MASON
200 WILLOW ST
MILTON, PA 17847-1618

CAROLYN P WILLIAMS
897 WATERFORD DR
DELRAN, NJ 08075-2327

CAROLYN LATIMER
11111 HERRING CT
LOUISVILLE, KY 40291-3683

CAROLYN MICHIELS
2656 LATIGO CIR
MINDEN, NV 89423-8873

CAROLYN PAPE
11230 STATE ROUTE 364
SAINT MARYS, OH 45885-9534

CAROLYN LOUISE COTTOM-WHITE
2212 SUMMER RAYE CT
SAINT CLOUD, FL 34772-8587

CAROLYN MILLS
127 ARMSTRONG AVE
DUMAS, TX 79029-3511

CAROLYN PEABODY
1070 W JEFFERSON ST
FRANKLIN, IN 46131-2179

CAROLYN LUBINSKY
5499 PARKSHIRE DR
COLUMBUS, OH 43229-9346

CAROLYN MOCHTY
6109 CRABTREE LN
BURTON, MI 48519-1303

CAROLYN PEAK
7611 GLASER LN
LOUISVILLE, KY 40228-1523

CAROLYN M KUENSTNER
516 NEWARK AVE
PISCATAWAY, NJ 08854-4544

CAROLYN MOORE
1403 SOUTH ST
MARSHALL, TX 75670-5072

CAROLYN PHELAN
PO BOX 1
VERSAILLES, OH 45380-0001

CAROLYN RADER
4118 CARAVELLE DR
ANCHORAGE, AK 99502-2716

CAROLYN STONE
926 BIRCHWOOD DR
GARLAND, TX 75043-5007

CAROLYN WELLS
507 PORTLAND AVE
MISSOURI VALL, IA 51555-1306

CAROLYN ROBINS
9731 SILVER DEW ST
LAS VEGAS, NV 89183-6822

CAROLYN TAYLOR
706 THIRD ST W
FORT FRANCES, ON P9A 3B6

CAROLYN WHALING
10 ORMOND PL
RYE, NY 10580-3416

CAROLYN RUTH ROBINSON
2250 ROCKWOOD DR
SACRAMENTO, CA 95864-1680

CAROLYN TESAR
28256 SORREL LN
WAUZEKA, WI 53826-8748

CAROLYN WILLIAMS
1619 GREY FOX RUN
OKLAHOMA CITY, OK 73131-1219

CAROLYN S JONES
390 AVIARY LN
BOLINGBROOK, IL 60490-2046

CAROLYN TIMMERMAN
2778 HAZELTON CT
CINCINNATI, OH 45251-1629

CAROLYN WINGO
1303 SEMINOLE DR
RICHARDSON, TX 75080-3736

CAROLYN S WINTERS
5100 STREAMWOOD LN
PLANO, TX 75093-5034

CAROLYN TOBEN
1501 ROCK CREEK DAIRY RD
WHITSETT, NC 27377-9759

CAROLYN WOTRING
5800 LANDCASTER CIR
MCHENRY, IL 60050-5988

CAROLYN SEATON
1309 TIGER EYE CIR
HORSESHOE BEN, AR 72512-3838

CAROLYN UNDERWOOD
3229 242ND AVE
KEOKUK, IA 52632-9811

CAROLYN ZEIGER
2525 TAFT DR APT 329
BOULDER, CO 80302-6849

CAROLYN SMITH
2831 NE 21ST AVE
PORTLAND, OR 97212-3408

CAROLYN V OFFILL
138 41ST AVE NW
HICKORY, NC 28601-8469

CAROLYN ZIEGLER
3760 EVANS TO LOCKS RD
MARTINEZ, GA 30907-4992

CAROLYN SPIKES
2017 NE 16TH TER
GAINESVILLE, FL 32609-3957

CAROLYN W KOHLER
1095 SILVERCREST CIR APT 213
IOWA CITY, IA 52240-2966

CAROLYN ZUCCONE
405 GRAND VISTA TRL
LEESBURG, FL 34748-8190

CAROLYN STEINER
1003 EDWARD DR
PITTSBURGH, PA 15227-3917

CAROLYN WALLS
5618 CROWLEY BLVD
MIDLAND, TX 79707-9759

CAROLYNE FULMER
746 BERKELEY DR
CLEMSON, SC 29631-2010

CAROLYNE NAVAR
36 CIELO DORADO
ANTHONY, NM 88021-9201

CARROLL BOYLAN
55 GREEN LN
MALVERN, PA 19355-3335

CASEY E BROUGH
586 QUARRY RD
MILTON, PA 17847-7666

CARRIE BASTIAN
505 PIPER AVE
MILTON, PA 17847-2309

CARROLL C STRACENER
2532 N MORRISON RD
MUNCIE, IN 47304-5036

CASPER BRAAFHART
2201 N SUNSET DR
MESA, AZ 85215-2905

CARRIE HININGER
23 IRONWOOD LN
BRENTWOOD, TN 37027-8951

CARROLL PERU
1701 SUNNY CREEK ST SE
KENTWOOD, MI 49508-4971

CASSATINA BARNES
635 GILBERT ST
EUGENE, OR 97402-2335

CARRIE KROH
5778 LOS ANGELES WAY
BUENA PARK, CA 90620-2719

CARSON GILMER
18755 GRAHAMS DR
ABINGDON, VA 24211-7097

CASSIE ARNOLD
344 PARKSIDE DR
WHITEWATER, WI 53190-2221

CARRIE RAAD
300 W GREEN TREE RD
GLENDALE, WI 53217-3813

CARTER DUNHAM
32200 KATHRYN ST
GARDEN CITY, MI 48135-1204

CASSIE AUSTIN
1401 CULPEPPER DR
NAPERVILLE, IL 60540-8310

CARROL PATTERSON
26245 CARMEL RANCHO BLVD APT
CARMEL, CA 93923-8956

CARY C VORHEIS
2434 340TH ST SW
TIFFIN, IA 52340-9325

CASSIUS C LEMKE
6859 ENGE DR
WEST BEND, WI 53090-9572

CARROL ZIMMERMAN
9 HEIDELBERG DR APT 76
WERNERSVILLE, PA 19565-1642

CARY J BOQUET JR
617 NURSERY AVE
METAIRIE, LA 70005-2931

CATERINA GALLO
73 DUNMORE CT
LENOX, MA 01240-2614

CARROLL A ECKMAN
9511 NASH HWY
CLARKSVILLE, MI 48815-9722

CARY LANE
PO BOX 29
ALGONA, IA 50511-0029

CATHARINE FRENCH
309 BRIDGEBORO RD APT 2117
MOORESTOWN, NJ 08057-1421

CARROLL B SANFORD
3504 CATTLEBARON DR
ROANOKE, TX 76262-5880

CARY W ANNEN
508 BERNYCE ST
LAKE IN THE H, IL 60156-1409

CATHERINE [KATE] SIMONS
215 S OLIVE ST
VERSAILLES, OH 45380-1412

CATHERINE [KATE] WINKLE
712 ARBOR OAKS DR
VACAVILLE, CA 95687-5203

CATHERINE BERMAN
2001 GRANADA DR APT G2
COCONUT CREEK, FL 33066-1161

CATHERINE DESANTIS
66 MERTON RD
NEWPORT, RI 02840-3631

CATHERINE [KAY] KRAUSE
3360 MASON AVE
JOLIET, IL 60431-4861

CATHERINE BOGGS
2673 HUBERT RD
BRIGHTON, MI 48114-9438

CATHERINE EARLY
4310 SLABTOWN RD
LIMA, OH 45801-1420

CATHERINE [KAY] RAPP
267B KINGSTON CT
LAKEWOOD, NJ 08701-8173

CATHERINE BRINK
5321 HUGO RD
GRANTS PASS, OR 97526-9714

CATHERINE FURLONG
1419 OVERDALE DR
WEST HOMESTEA, PA 15120-1308

CATHERINE A [CATHY] REINHARD BSN
9706 VELILLA RD
BURKE, VA 22015-4159

CATHERINE BROUSSARD
8228 HICKORY ST
NEW ORLEANS, LA 70118-2850

CATHERINE GORDON
100 RIVERVIEW BLVD
INTERNATIONAL, MN 56649-2106

CATHERINE ANDERSON
4210 LLOYD AVE SE
IOWA CITY, IA 52240-9389

CATHERINE BUEHLER
60 CLAYTON AVE
WAYNESBORO, PA 17268-1662

CATHERINE GREEN
PO BOX 288873
CHICAGO, IL 60628-8873

CATHERINE ANDREUCCI
3506 166TH ST
FLUSHING, NY 11358-1723

CATHERINE BURNETT
218 GLADIOLUS ST
MOMENCE, IL 60954-1710

CATHERINE HIGGINS
6355 LAKEPOINT PL
PARKER, CO 80134-5907

CATHERINE ARDREY
PO BOX 1013
LANCASTER, SC 29721-1013

CATHERINE D BARTON
921 WALNUT AVE
HULMEVILLE, PA 19047-5574

CATHERINE HURLEY
106 DELAWARE DR
HEATHSVILLE, VA 22473-2113

CATHERINE BECKMAN
1 N CLIFF TER
CINCINNATI, OH 45220-1010

CATHERINE DAWSON
1015 ECTOR ST
DENTON, TX 76201-2428

CATHERINE J PAGONIS
301 BELLE GROVE ST
LAKE PLACID, FL 33852-2019

CATHERINE BELIVEAU
6329 LAKE COMO AVE
SAN DIEGO, CA 92119-3124

CATHERINE DE VIVO
241 WALDEN CT
EAST MORICHES, NY 11940-1822

CATHERINE JONES
20010 34TH AVE
BAYSIDE, NY 11361-1128

CATHERINE JUANITA MASON
109 PIN OAK DR
PEMBERTON, NJ 08068-1906

CATHERINE MILLER
3835 N 13TH AVE
PHOENIX, AZ 85013-3310

CATHERINE SAVANI
2080 GUFFEY RD
NORTH HUNTING, PA 15642-2991

CATHERINE L AMICO
422 E MAIN ST
MARLTON, NJ 08053-2202

CATHERINE MUSSETT
3814 WASHINGTON AVE
DES MOINES, IA 50310-3829

CATHERINE T LIZZIO
619 LAUREL HILL RD
NORWICH, CT 06360-7310

CATHERINE L SAYLOR
1630 PRINCESS ANNE DR
LANCASTER, PA 17601-5631

CATHERINE O'HARA
36 EVERGREEN AVE
NEW HYDE PARK, NY 11040-3950

CATHERINE TURNER
5323 RIVER PINE RD NW
RAPID CITY, MI 49676-9571

CATHERINE LA PLANTE
9812 TURNING LEAF DR
TOANO, VA 23168-9601

CATHERINE O'NEILL
388 CHEROKEE RDG
ATHENS, GA 30606-1822

CATHERINE V BUTLER
10 POND AVE
NEWPORT, RI 02840-2106

CATHERINE LEHMAN
63 HALLOCKS RUN
SOMERS, NY 10589-2824

CATHERINE OPIE
2530 SW SHERWOOD DR
PORTLAND, OR 97201-1615

CATHERINE WADLINGTON
16844 127TH AVE APT 5C
JAMAICA, NY 11434-3102

CATHERINE LESHER
1526 N DIXIE DOWNS RD UNIT 2
SAINT GEORGE, UT 84770-4105

CATHERINE QUINN
596 SCRUBJAY DR
JUPITER, FL 33458-8393

CATHERINE WOODY
308 POCAHONTAS RD
WALNUT RIDGE, AR 72476-8481

Catherine Louise Laping
2902 Magnolia Trace
Tarpon Springs, FL 34688

CATHERINE RITZEMA
8350 ALTO WAY DR SE
ALTO, MI 49302-9529

CATHEY DIXON
173 ADAMSON RD
MARIANNA, PA 15345-1029

CATHERINE M STECKEL
61 COTTAGE GROVE LN
SPRINGFIELD, IL 62712-8933

CATHERINE ROTHERMEL
4232 PINE DR
ROOTSTOWN, OH 44272-9301

CATHEY MAYO
39 GARFIELD ST
FALL RIVER, MA 02721-2501

CATHERINE MEINEN
1785 NORTHRIDGE RD
CIRCLEVILLE, OH 43113-9303

CATHERINE S HINMAN
510 WRIGHT RD
CLARKSDALE, MS 38614-8630

CATHEY SAIA
3219 BANDERA DR
SHERMAN, TX 75092-4527

CATHIE A COULTAS
10 STONEHEDGE LN
MADISON, NJ 07940-2722

CATHY ALLEN
1603 COUNTY ROAD J
FRIENDSHIP, WI 53934-9665

CATHY JONES
3205 FAIRLANE DR
DES MOINES, IA 50315-7725

CATHIE DOUGHERTY
2043 COUNTY ROAD 102
INTERNATIONAL, MN 56649-4021

CATHY BLACK
68 WALTER AVE
HICKSVILLE, NY 11801-5344

CATHY KENNEY
312 WARREN AVE
WAKEENEY, KS 67672-1852

CATHIE M WARNEKA
3177 W RANCHO RD
GOLDEN VALLEY, AZ 86413-7718

CATHY CHRISTENSEN
2370 LEFORGE RD
YPSILANTI, MI 48198-9638

CATHY M SPENCE
940 E HIGH ST
LIMA, OH 45801-4519

CATHLEEN ADAMS
5431 MOUNT TABOR RD
CHILLICOTHE, OH 45601-9279

CATHY FISHER
2421 PECAN DR
GRAND PRAIRIE, TX 75050-1620

CATHY MILLER
1208 SANDRINGHAM RD
BALA CYNWYD, PA 19004-2025

CATHLEEN FRANCIS
251 COURT ST APT 51
MIDDLETOWN, CT 06457-3324

CATHY FITZGERALD
230 BAILEY WOODS TRL
CHAPIN, SC 29036-7344

CATHY PACHA
1743 LOWER OLD HIGHWAY 6 R
OXFORD, IA 52322-9214

CATHRINE MOE
PO BOX 224
RICHARDTON, ND 58652-0224

CATHY FOTHERGILL
2802 CRESTWOOD LN
KILGORE, TX 75662-2904

CATHY PODHAJSKY
1275 N PRINCE EDWARD IS
OLATHE, KS 66061-6750

CATHRYN MOONEY
3390 TUSCANY DR SE
GRAND RAPIDS, MI 49546-7278

CATHY GOLDMAN
3417 SOUTHERN HILLS DR
DES MOINES, IA 50321-1318

CATHY R BARGER
10368 LELAND DR
GREENVILLE, MI 48838-9122

CATHY A FITZGERALD
1731 PRESTWICK LN
FORT WAYNE, IN 46814-9317

CATHY HUDSON
12023 LA PADERA LN
FLORISSANT, MO 63033-7924

CATHY SHELTON
1375 JUSTERINI DR
BALLWIN, MO 63011-4242

CATHY A MANULIK
1448 CHIPPEWA DR NW
ROCHESTER, MN 55901-8846

CATHY J LIEBGOLD
8761 FOWLER AVE
OMAHA, NE 68134-3156

CATHY SHILLING
28 HOLLY LN
BARTONVILLE, IL 61607-2103

CATHY SIMS
5 ARTHUR HOPPERS RD
TRENTON, TN 38382-9300

CECELIA M TERRY
2482 W SHIAWASSEE AVE
FENTON, MI 48430-1742

CECIL E DENISON
121 LAKE SHORE RD
GORDONVILLE, TX 76245-3313

CATHY SLOAN
PO BOX 276
STANWOOD, IA 52337-0276

CECELIA MAIOLINO
646 GOOD INTENT RD
BLACKWOOD, NJ 08012-3000

CECIL G BOGGS SR
PO BOX 1849
DUNNELLON, FL 34430-1849

CATHY TUTTLE
347 W CAVE BEAR CT
MERIDIAN, ID 83642-8147

CECELIA MITCHELL
4102 29TH ST
MOUNT RAINIER, MD 20712-1820

CECIL GUY [BUZZ] GUNTER JR
37 E MOUNTAIN CREEK RD
GREENVILLE, SC 29609-1742

CATHY WAKEFIELD
8310 E ROLLING RIDGE ST
TUCSON, AZ 85710-7252

CECELIA REID
7031 WIND RIVER DR
REYNOLDSBURG, OH 43068-1545

CECIL L COLLINS
PO BOX 99
BLAINE, TN 37709-0099

CDR DAVID A FORD USN
273 MAINVILLE DR
BLOOMSBURG, PA 17815-6719

CECELIA RUZZENE
504 HARDWICKE DR
KNOXVILLE, TN 37923-2417

CECIL MCDONALD
3082 VERA WAY
LIMA, OH 45805-5905

CDR HAMILTON S TODD USN
13856 DEER CHASE PL
JACKSONVILLE, FL 32224-6844

CECELIA SANFORD
5436 COBURN CRES
NORFOLK, VA 23509-1409

CECIL R BROWN
457 GREBNER RD
METAMORA, IL 61548-7607

CDR LEWIS (DUTCH) HOMAN USN
1826 GRASSINGTON WAY N
JACKSONVILLE, FL 32223-5008

CECELIA SMITH
1260 PINE GROVE RD
GREENSBORO, GA 30642-3977

CECIL VAN LEWIS
122 MILL CT
RINCON, GA 31326-5543

CECELIA D'AGOSTINO
174 CARICA RD
NAPLES, FL 34108-2665

CECI HIRSCHFELD
3101 E NATURE DR
BOISE, ID 83706-6921

CECIL W BENTLEY
78 VIRGINIA AVE # A
HADDON TOWNSH, NJ 08108-2337

CECELIA HANSEN
2079 CORY AVE
SCHALLER, IA 51053-7587

CECIL [CHIP] WAUGHEN
592 MAHONING ST
MILTON, PA 17847-2214

CECILE BUFKIN
8506 S JUSTINE ST
CHICAGO, IL 60620-4711

CECILIA [CECE] WAGNER
1368 VALLEY RD
STIRLING, NJ 07980-1325

CELESTE SNIDER
1816 W STATE ROUTE 350
WILMINGTON, OH 45177-7170

CHAD GLOVER
PO BOX 503
OLATHE, CO 81425-0503

CECILIA [CEYA] HOLLER
300 14TH AVE NE APT 12
DEVILS LAKE, ND 58301-2825

CELESTE T SENECHAL
19 JOE SABBATH DR
TOLLAND, CT 06084-2427

CHAD M RUMPLE
1607 SAINT LOUIS AVE
FORT WAYNE, IN 46819-2019

CECILIA HOWRIGAN
831 TANGLEWOOD RD
WEST ISLIP, NY 11795-3540

CELESTINE ELVERA CAINE
706 RUE MARSEILLE
CHESAPEAKE, VA 23320-6671

CHAD PIEHL
1012 ROLLING GREENS LN NW
HUTCHINSON, MN 55350-3406

CECILY SPITZ
8218 ENCINO AVE
NORTHRIDGE, CA 91325-4314

CELETA HOPKINS
527 WALNUT ST
LEAVENWORTH, KS 66048-2638

CHADRICK PERRY
1399 BROAD ST
ELIZABETHTON, TN 37643-9101

CEDRIC STURGIS
3637 SEELYE DR
AUGUSTA, GA 30906-5723

CELIA A DONNELLY
43 TANGLEWOOD RD
ALBANY, NY 12205-5039

CHALMER HUNTER
1590 OLD MILL RD
SPRINGFIELD, OH 45502-9127

CEIL PLESE
1920 W CHURCH ST
FREEPORT, IL 61032-4600

CELIA KEARY
8878 SW 96TH ST UNIT B
OCALA, FL 34481-6619

CHANDRA D WILLIAMS
193 KITTERY CT
LEXINGTON, NC 27295-7522

CELESTA MILLER
1228 LINVILLE ST
KINGSPORT, TN 37660-4513

CELIA KORNFELD
5286 SYCAMORE AVE
BRONX, NY 10471-2838

CHANDRA HOLLOWAY
4550 MACARTHUR BLVD NW APT 2
WASHINGTON, DC 20007-4273

CELESTE CASSON
3688 W SADDLEBACK RD
CANANDAIGUA, NY 14424-2725

CELIA TANEM
16525 GOODWIN AVE
HASTINGS, MN 55033-9569

CHAP GUS C MARTSCHINK
40 SNOWY EGRET WAY
HENDERSONVLLE, NC 28792-8028

CELESTE KLEIN
PO BOX 302
WILLERNIE, MN 55090-0302

CESAR PENAHERRERA
206 RAVENSCLIFF RD
ST DAVIDS, PA 19087-4733

CHARLA CARLSON
27 EASTWOOD AVE
DALY CITY, CA 94015-3849

CHARLA SULLIVAN
200 6TH AVE E
ONEONTA, AL 35121-1731

CHARLENE GANN
PO BOX G
LUFKIN, TX 75902-6701

CHARLENE PARMENTER
PO BOX 929
OLATHE, CO 81425-0929

CHARLEEN VERNIA
2107 W 17TH ST
DAVENPORT, IA 52804-3521

CHARLENE GRAHAM
1019 FRANKLIN ST
MCKEESPORT, PA 15132-1415

CHARLENE ROZINEK
36 HOOVER BLVD
WEST BRANCH, IA 52358-9400

CHARLENE [SUE] HOUGLAND
865 ELM ST
GROVEPORT, OH 43125-1242

CHARLENE GUDERIAN
4726 HORNET DR
PRESCOTT, AZ 86301-6735

CHARLENE RUSTERHOLZ
421 N NAPPANEE PT
PEORIA, IL 61604-4219

CHARLENE A MCGOLDRICK
735 N SEAN DR
CHANDLER, AZ 85224-3531

CHARLENE HARGROVE
11276 FM 811
CENTERVILLE, TX 75833-2394

CHARLENE SIGNORELLI
9885 LITTLE MOUNTAIN RD
MENTOR, OH 44060-8038

CHARLENE BALLENTINE
198 PALM AIR DR
OSPREY, FL 34229-9402

CHARLENE JENSEN
4492 COUNTY ROAD 105
INTERNATIONAL, MN 56649-9120

CHARLENE STODDARD
12190 BRAUN RD
MANCHESTER, MI 48158-8200

CHARLENE BUTZER
3613 HORIZON DR
LANCASTER, PA 17601-1115

CHARLENE KING
1120 HIGHWAY 64 W
BEEBE, AR 72012-9516

CHARLENE WILMES
3255 CREST RD
CINCINNATI, OH 45251-4264

CHARLENE C WAGNER
36744 DARTMOUTH DR
WESTLAND, MI 48185-3490

CHARLENE M [CANDY] SLATON
1539 CREEK RD
MANHEIM, PA 17545-8759

CHARLES [BUCK] DOPP
PO BOX 3827
LAKE HAVASU C, AZ 86405-3827

CHARLENE DWYER
1001 SIGNAL RIDGE PL
ROCKWALL, TX 75032-5414

CHARLENE MAGEN WEINSTEIN
40 5TH AVE
NEW YORK, NY 10011-8843

CHARLES [BUD] O'DONNELL
7475 KENNEDY RD
SEBASTOPOL, CA 95472-5419

CHARLENE FINERAN
P.O BOX 554
WOODBURY, GA 30293

CHARLENE MELCHER
810 HARTMAN AVE
WATERLOO, IA 50701-2233

CHARLES [BUD] TEETER
2187 MCGREGOR CIR
O FALLON, MO 63368-3782

CHARLES [CHARLIE] MORRISON
816 NE E ST
GRANTS PASS, OR 97526-2363

CHARLES [ED] TREIBLEY SR
166 BLUEJAY LN
NEW COLUMBIA, PA 17856-8922

CHARLES A BOND
2842 STATE ROUTE 335
PORTSMOUTH, OH 45662-8878

CHARLES [CHICK] SPLITGERBER
6994 CAMINITO ENTRADA
SAN DIEGO, CA 92119-2437

CHARLES [JAY] LEVANDER
533 RAINIER DR
PITTSBURGH, PA 15239-2621

CHARLES A BROWN
9637 CAVENDISH CT
NEW PORT RICH, FL 34655-1412

CHARLES [CHUCK] BARGA
10 WARWICK LN
ATHENS, OH 45701-3368

CHARLES [LIL ROBE] ROBERSON
6921 JOY ST
CHINO, CA 91710-8346

CHARLES A COMATY
1513 CEDARWOOD DR
BEL AIR, MD 21014-2116

CHARLES [CHUCK] BJUSTROM
1703 E NEBRASKA ST
ALGONA, IA 50511-3036

CHARLES [MARTY] HACKETT
1831 SWEETWOOD DR
DALY CITY, CA 94015-2014

CHARLES A COOPER
261 E COUNTY ROAD 300 S
GREENCASTLE, IN 46135-8764

CHARLES [CHUCK] LIST
8139 STORROW DR
WESTERVILLE, OH 43081-5011

CHARLES [MICHAEL] CULBERTSON
660 FACTORY OUTLET DR
ARCADIA, LA 71001-3036

CHARLES A NONNIE
617 UNITY CT
SHOREWOOD, IL 60404-9596

CHARLES [CHUCK] MURRAY
408 W BUTE ST
NORFOLK, VA 23510-1112

CHARLES [MICHAEL] HAWN
9746 RAVENSWAY DR
DALLAS, TX 75238-1839

CHARLES A SHADID
1901 N CLASSEN BLVD STE 222
OKLAHOMA CITY, OK 73106-6011

CHARLES [CHUCK] NEWMAN
2184 VENICE BLVD
FAIRFIELD, OH 45014-5762

CHARLES [MOOSE] ALLEN
357 E SHORELINE DR
NORTH AUGUSTA, SC 29841-5410

CHARLES A VERMILYEA
1027 PLEASANT DR
WARREN, PA 16365-3539

CHARLES [CHUCK] NIXON
2073 ROPER CIR
BRENTWOOD, CA 94513-4116

CHARLES [RANDY] LYNN
1401 N ARBOR CIR
TUCSON, AZ 85715-5807

CHARLES B KLEHR
915 TARPON DR
WILMINGTON, NC 28409-5045

CHARLES [CHUCK] PARMELEE
3549 EDGAR RD
LESLIE, MI 49251-9709

CHARLES A [SMITTY] SMITH
613 S C ST
RICHMOND, IN 47374-5436

CHARLES B LANGHAM
123 DOUGLAS DR
BELLVILLE, TX 77418-3431

CHARLES B MARTIN
17521 NW 42ND AVE
MIAMI GARDENS, FL 33055-3767

CHARLES BROWN
54 ATHERTON RD
BROOKLINE, MA 02446-2769

CHARLES CLAYTON
208 4TH ST
NEW COLUMBIA, PA 17856-8943

CHARLES B PRICE
1650 FULMOR DR
DIXON, CA 95620-4538

CHARLES BUCKLES
4071 W ESTATE CT
BLOOMINGTON, IN 47404-9396

CHARLES CLAYTOR
1 NEW MELLE DR
WENTZVILLE, MO 63385-6309

CHARLES B STOLLER
550 NW 80TH TER APT 105
MARGATE, FL 33063-4164

CHARLES BUCKNAM
7098 DRIFTWOOD DR
FENTON, MI 48430-4302

CHARLES COLLINS
1501 N LOIS AVE
TAMPA, FL 33607-2317

CHARLES BAKER
PO BOX 165
ELEPHANT BUTT, NM 87935-0165

CHARLES BUDDIE GASSETT
32111 SEA ISLAND DR
DANA POINT, CA 92629-3630

CHARLES COULTER
7259 LYNDOVER PL
SAINT LOUIS, MO 63143-2358

CHARLES BARKER
123 STRAWBERRY LN
QULIN, MO 63961-8121

CHARLES BURNHAM
51 KINGSPARK RD
LITTLE ROCK, AR 72227-2944

CHARLES D BIBLER
3554 VINELAND AVE
ASHTABULA, OH 44004-4153

CHARLES BERTRAND
PO BOX 192
PHOENIX, OR 97535-0192

CHARLES BUTTE
778 GREAT HWY # 3
SAN FRANCISCO, CA 94121-3267

CHARLES D FORD
259 S 6TH ST
CEDAR GROVE, WI 53013-1603

CHARLES BOONE
1400 HORNE AVE
PORTSMOUTH, VA 23701-3124

CHARLES C DALLAS
350 GRANDVIEW LN
GRANTS PASS, OR 97527-5326

CHARLES D RAMSEY
8060 SAINT ANNES CT
ALEXANDRIA, VA 22309-1230

CHARLES BRADFORD
3150 BLAIRHILL CT
ATLANTA, GA 30340-4500

CHARLES C WREN
20 ROZBERN DR
EATONTOWN, NJ 07724-9615

CHARLES D STEVENSON
20 LAKEVIEW CIR
GREENFIELD, NH 03047-4529

CHARLES BROOKS
15248 S 47TH ST
PHOENIX, AZ 85044-6894

CHARLES CARVER
205 WOODLAKE DR
GALLATIN, TN 37066-4421

CHARLES D WRIGHT
8501 FERNDALE RD
FERN CREEK, KY 40291-2623

CHARLES DARRELL STEPHENSON
8154 LACY RD
HAGERSTOWN, IN 47346-9743

CHARLES DAVIS
702 VINE ST
PEORIA, IL 61603-2361

CHARLES DELAGARDELLE
1034 EVERGREEN AVE
WATERLOO, IA 50701-2223

CHARLES DOWDS
19903 W 99TH CT
LENEXA, KS 66220-2639

CHARLES DRISCOLL
113 HUNTINGWOOD BLVD
LYNCHBURG, VA 24503-3827

CHARLES E [CHUCK] MCKENNEY
2001 COUNTY ROAD GG
NEKOOSA, WI 54457-9609

CHARLES E HIGHTOWER
7927 SAINT IVES RD APT 304
CHARLESTON, SC 29406-9305

CHARLES E KITSELMAN
221 PARK AVE
OIL CITY, PA 16301-1215

CHARLES E MORGAN
1429 PIONEER RD
DES MOINES, IA 50320-1169

CHARLES E PRYOR
155 BUCKINGHAM CT
ROANOKE, VA 24019-8442

CHARLES E REUTHER
161 PINE HILL LAKE DR
HORTON, MI 49246-9749

CHARLES E SEXSON
11708 WILTONWOOD CT
LOUISVILLE, KY 40272-4965

CHARLES E SMITH
6060 STRATHBURN CT
CINCINNATI, OH 45230-3519

CHARLES E TURK MD
100 BROADWAY AVE
WILMETTE, IL 60091-3463

CHARLES EDWARD MILLER
5010 W ASHLAND DR
MCHENRY, IL 60050-5105

CHARLES EDWARD OLIVEIRA
52 MOY CT
MIDDLETOWN, RI 02842-7413

CHARLES ETTA ARKADIE-LUCAS
3118 ROYPOM DR
LOUISVILLE, KY 40220-3045

CHARLES EVANS
1230 SW 26TH AVE
BOYNTON BEACH, FL 33426-7846

CHARLES F [CHARLIE] WELLER
942 CATHRINE CT
MAYS LANDING, NJ 08330-1439

CHARLES F [FRED] BOWMAN
705 SANTA FE AVE
ORMOND BEACH, FL 32174-7535

CHARLES F ANSCHUTZ
14 RAINBO DR
KEOKUK, IA 52632-2253

CHARLES F FIELDS JR
1703 SENECA ST
LEAVENWORTH, KS 66048-1617

CHARLES F GRANTHAM
PO BOX 93
MARCUS, IA 51035-0093

CHARLES F MICHAELIS
889 PROSPECT HTS
SANTA CRUZ, CA 95065-1413

CHARLES F WEINMAN JR
903 GRANTHAM RD
MECHANICSBURG, PA 17055-5884

CHARLES FELD
931 APACHE DR
CHILLICOTHE, OH 45601-1701

CHARLES FITHIAN
2214 N 68TH TER
KANSAS CITY, KS 66109-2624

CHARLES FOSDICK
6447 ROBISON LN
SALINE, MI 48176-9094

CHARLES GOODRICH
417 SHORE RD
WAYNESBORO, VA 22980-5439

CHARLES H SHAYNE
14 WILLIAMSBURG CT
ALLENTOWN, NJ 08501-1851

CHARLES FULLER
2603 W COLUMBINE LN
WICHITA, KS 67204-5447

CHARLES GRANT
9106 WALTLEE RD
LOUISVILLE, KY 40291-1416

CHARLES H WEISS
N76W14270 LARI LOU DR
MENOMONEE FAL, WI 53051-4313

CHARLES FULTON
13715 E RANDALL RD
MEAD, WA 99021-8730

CHARLES GUSSEL
9021 LAKE RD
WISCONSIN RAP, WI 54494-9316

CHARLES HAMMILL
1590 TIERRA LYNN DR
WOODBURN, OR 97071-3445

CHARLES G [CHUCK] HAGUE
3711 EDGEWATER DR
ASHTABULA, OH 44004-2127

CHARLES H [CHUCK] OSTLER
1501 COUNTY ROAD P41
OMAHA, NE 68122-5027

CHARLES HARDY
6 TWINKLE RD
AIRMONT, NY 10901-6617

CHARLES G BARNETT
5316 TABLE ROCK DR
EDMOND, OK 73025-9727

CHARLES H BARNDT
PO BOX 405
WAYNE, OH 43466-0405

CHARLES HATFIELD
111 AUSTIN DR
WEST RICHLAND, WA 99353-9347

CHARLES G FRYE
512 VALLEYVIEW DR
ALBEMARLE, NC 28001-9560

CHARLES H EASTER SR
953 GREEN CASTLE DR
DALLAS, TX 75232-1209

CHARLES HETZE
PO BOX 58257
FAIRBANKS, AK 99711-0257

CHARLES G MOONEYHAN
300 WOODLAND DR
BELTON, SC 29627-1928

CHARLES H KEEN
188 PATTON PEAK RD
OROVILLE, CA 95965-8045

CHARLES HOCKETT
1303 TULIP GROVE RD
HERMITAGE, TN 37076-2634

CHARLES GAINES
220 VERBENA DR
WATERTOWN, MN 55388-8378

CHARLES H MIDDLETON JR
2224 HIGHTRAIL CT
LITHONIA, GA 30058-8307

CHARLES HODSON
2518 CALLE JADE
SAN CLEMENTE, CA 92673-3905

CHARLES GLASER
6104 BUCKINGHAM MANOR DR
BALTIMORE, MD 21210-1004

CHARLES H ROSE
10 THIDE CT
SMITHTOWN, NY 11787-1536

CHARLES HOWARD
1305 W BROADWAY AVE
ENID, OK 73703-5720

CHARLES HUSSEY
3601 ROCK ISLAND RD
EAST WENATCHE, WA 98802-5821

CHARLES ITZIN
PO BOX 159
FAIR HAVEN, NY 13064-0159

CHARLES IVAN DITTO
15871 DRYSDALE ST
SOUTHGATE, MI 48195-2944

CHARLES J [FLIP] GENTRY
2400 INDIAN TRAIL RD
SYLVANIA, GA 30467-5490

CHARLES J BOSETTI
1476 BARR AVE
PITTSBURGH, PA 15205-3737

CHARLES J EGAN JR
4756 OAK ST APT 711
KANSAS CITY, MO 64112-2235

CHARLES J GAUTHIER
6772 AMHERST RD
BRYANS ROAD, MD 20616-3046

CHARLES J O'DONNELL
4007 SHETLAND WAY
WESTVILLE, NJ 08093-1508

CHARLES J PILCH
1212 NEWBERRY DR
ALLEN, TX 75013-3669

CHARLES J RINALDI
19 STEEPLE CHASE
GREENWICH, CT 06831-2549

CHARLES J SERRA
28 12TH AVE SE
OELWEIN, IA 50662-2625

CHARLES J SLUSKONIS
959 GATEWAY AVE APT 1424
CHATTANOOGA, TN 37402-3462

CHARLES J TURPIN
309 WALNUT ST
METAIRIE, LA 70005-2344

CHARLES J WEIR
19355 CYPRESS RIDGE TER UNIT
LANSDOWNE, VA 20176-6916

CHARLES J ZINGALES
1348 GIESSE DR
MAYFIELD HEIG, OH 44124-1815

CHARLES JEAN CLEMONS
7912 CORTLAND DR
LOUISVILLE, KY 40228-2242

CHARLES JOHNSTON
1801 ROBINSON RD
GRANTS PASS, OR 97527-7211

CHARLES JONES
118 KINDY FOREST DR
HENDERSONVILL, NC 28739-8847

CHARLES JONES JR
4 TORY XING
TERRYVILLE, CT 06786-4911

CHARLES JULG
3713 HAWLEY DR
SALEM, VA 24153-1918

CHARLES K TRENCHARD
1306 DUCHAMP RD # A
BROUSSARD, LA 70518-7603

CHARLES KEITH HUMBERT
1617 DOLORES ST # B
SAN FRANCISCO, CA 94110-4906

CHARLES KLOSS
106 MANHOAC RUN
YORKTOWN, VA 23693-2792

CHARLES KOTNIK
6860 S CAMELOT DR
MENTOR, OH 44060-4083

CHARLES KOWALEWITZ
5 ASPEN DR APT 324
SOUTH BURLING, VT 05403-6289

CHARLES L [CHUCK] MEPYANS
4 WINTHROP NEW RD
SUGAR GROVE, IL 60554-4225

CHARLES L [CHUCK] SCHLEF
PO BOX 816
WARREN, MA 01083-0816

CHARLES L ABANATHY
325 GREENE ROAD 845
PARAGOULD, AR 72450-7742

CHARLES L HEWITT
3175B BRAXTON AVE
SPRINGDALE, AR 72764-6712

CHARLES L MCMILLAN
1693 HICKORY VALLEY RD
SPARTA, TN 38583-2511

CHARLES LEROY GATTON
2202 MAMMOTH WAY
LOUISVILLE, KY 40299-2611

CHARLES LEWIS
5505 REVERE DR
LOUISVILLE, KY 40218-4327

CHARLES LINDEMANN
4306 DANE RD SW
IOWA CITY, IA 52240-8913

CHARLES LINZNER
1515 ROLLING GREEN RD
YARDLEY, PA 19067-2617

CHARLES LOWLICHT
23 CANVASBACK CIR
BRIDGEVILLE, DE 19933-2429

CHARLES LUTHER PARHAM
1 TOLEDO CT
KENNER, LA 70065-3968

CHARLES M [CHUCK] ARNOLD
911 E AVE APT 101
CORONADO, CA 92118-2571

CHARLES M CORSIGLIA
120 YOLO CT
SAN BRUNO, CA 94066-2555

CHARLES M DOWLING
1416 CHURCH ST
SAN FRANCISCO, CA 94131-2016

CHARLES M KALSON
230 N CRAIG ST APT 101
PITTSBURGH, PA 15213-1578

CHARLES M WEISER
560 HALLOWING RUN RD
SUNBURY, PA 17801-5633

CHARLES MADISON
813 SE BELMONT DR
ANKENY, IA 50021-3512

CHARLES MANNIX
PO BOX 905
NORWICH, VT 05055-0905

CHARLES MARVIN
PO BOX 737
LOBECO, SC 29931-0737

CHARLES MATHIS
3633 HOWARD DR APT 218
ATLANTA, GA 30337-2962

CHARLES MCMANUS
50 WONDERHILL DR
ATHENS, OH 45701-3616

CHARLES MCSPARREN
5 KEVIN CIR
WICHITA FALLS, TX 76306-2107

CHARLES MICHAEL FULGIERI
2373 MONTPELIER RD
PUNTA GORDA, FL 33983-2617

CHARLES MILLER
3604 MOCCASIN RD
COEUR D ALENE, ID 83815-7842

CHARLES MUSKETNUSS
15598 S 3RD ST
SCURRY, TX 75158-5122

CHARLES N CRANMER
1650 N RIDLEY CREEK RD
MEDIA, PA 19063-4527

CHARLES NADLER
1551 LARIMER ST APT 2502
DENVER, CO 80202-1637

CHARLES NEILL
17825 COUNTRY CLUB RD
ATCHISON, KS 66002-9522

CHARLES NELSON LEE JR
303 BRADLEY CT
HOPKINSVILLE, KY 42240-5312

CHARLES O RASOR
PO BOX 224
CAIRO, OH 45820-0224

CHARLES R [CHUCK] SHOWERS
PO BOX 5
WHITE DEER, PA 17887-0005

CHARLES R TAMBLYN
217 SHELTON BLVD
EASTLAKE, OH 44095-1068

CHARLES P MAZURAK
293 FEDERAL HILL RD 2
DELHI, NY 13753-2237

CHARLES R [DICK] JOHNSON
368 MENTOR AVE
PAINESVILLE, OH 44077-2607

CHARLES R WILBURN
102 MOCKINGBIRD LN
EUSTIS, FL 32726-6915

CHARLES P SEXTON JR
780 KELLI LN
SPRINGFIELD, PA 19064-1545

CHARLES R CARMER
12453 JOEL DR
CLIO, MI 48420-1839

CHARLES R WOODS JR
1787 PINELAND RD
VARNVILLE, SC 29944-9053

CHARLES P SHELTON
1520 SOCONY LN
KNOXVILLE, TN 37909-1165

CHARLES R COOK
2500 WESTINGHOUSE DR
BELLEVILLE, IL 62221-3538

CHARLES R YOAKAM
29049 LANTZ BLVD
ELKHART, IN 46516-1418

CHARLES PARKER
500 WESTMONT DR
REEDSPORT, OR 97467-1732

CHARLES R HACKETT
PO BOX 998
ARGYLE, TX 76226-0998

CHARLES RAYMOND HARRIS
1855 WAVERLAND DR
MACON, GA 31211-1129

CHARLES PHILLIP BRUCE
625 TOPEKA DR
HERMITAGE, TN 37076-1543

CHARLES R HARPER JR
1748 MEDIA DR
BOWLING GREEN, KY 42101-2710

CHARLES RICKMAN
8721 COUNTY ROAD WW
WISCONSIN RAP, WI 54494-9683

CHARLES PITTMAN
653 N VINEYARD
MESA, AZ 85201-4949

CHARLES R HASTINGS
4720 43RD ST
LUBBOCK, TX 79414-3128

CHARLES ROACH
17 U DR
CLOVERDALE, IN 46120-8706

CHARLES PLACKE
2709 GREASY CREEK RD
NASHVILLE, IN 47448-8714

CHARLES R PENOT
3225 TURTLE CREEK BLVD APT 1
DALLAS, TX 75219-5466

CHARLES ROBERT BURRELL JR
8 LOCUST ST
MADISON, NJ 07940-1632

CHARLES PRUNKL
3 SAINT GEORGE ST
OCEAN VIEW, DE 19970-3246

CHARLES R PRESCOTT
15708 FARNAM ST
OMAHA, NE 68118-2020

CHARLES ROHDE
W5936 MOONEY RD
PLYMOUTH, WI 53073-3511

CHARLES RUE
2173 JACKSONVILLE JOBSTOWN R
JOBSTOWN, NJ 08041-2009

CHARLES SKILLMAN
PO BOX 970
SUNRISE BEACH, MO 65079-0970

CHARLES VAUGHN
986 DEPAUW DR
FAIRFIELD, OH 45014-2810

CHARLES S DRESHER
8510 SE PATTERSON PL
VANCOUVER, WA 98664-2741

CHARLES STAHL
401 PARK AVE
MILTON, PA 17847-2543

CHARLES VERNON KEENE
140 W 174TH ST APT 8B
BRONX, NY 10453-7519

CHARLES S JOSINSKY
5 BENSIN DR
MELVILLE, NY 11747-2301

CHARLES STEINER
6627 POCKLINGTON RD
BRITTON, MI 49229-8701

CHARLES W AMMER
13053 WILDERNESS DR
NORTH HUNTING, PA 15642-7244

CHARLES S LA RUE
350 HIGHLAND AVE
PENNS GROVE, NJ 08069-9706

CHARLES SWAN
PO BOX 22167
ORLANDO, FL 32830-2167

CHARLES W BELCHER
5790 SW 57TH CT
OCALA, FL 34474-7734

CHARLES S MATHIAS
50 HARMON LN
WATSONTOWN, PA 17777-8361

CHARLES T [CHUCK] BURKENSTOCK JR
72425 HIGHWAY 1077
COVINGTON, LA 70433-0876

CHARLES W BRADLEY III
260 BLUE HILLS PKWY
MILTON, MA 02186-1529

CHARLES S QUINN III
212 SANDY LN APT A201
WARWICK, RI 02889-4390

CHARLES TALIAN
7 DIANA CT
SOUTH AMBOY, NJ 08879-2405

CHARLES W BRESLOFF
9692 BALTIMORE AVE
LAUREL, MD 20723-1818

CHARLES SAMPSON JR
338 W 1ST ST
DELPHOS, OH 45833-1831

CHARLES TAYLOR
745 ANTLER TRL
STREETSBORO, OH 44241-4337

CHARLES W DEAN
21324 ARROWHEAD CT
ASHBURN, VA 20147-5403

CHARLES SANDERSON
317 JULIANNA RD
CHEYENNE, WY 82007-9340

CHARLES TOMAN
808 SHADY LN N
KELLER, TX 76248-2641

CHARLES W MADDOX
2328 GRAND BLVD
RICHMOND, IN 47374-3510

CHARLES SIEB
9542 ARNETT DR
NEW PARIS, OH 45347-9202

CHARLES TOWNE
5864 RAMONA DR
GREENDALE, WI 53129-2812

CHARLES W POWELL
1685 NE 108TH AVE
PORTLAND, OR 97220-3026

CHARLES W SCHROEDER
101 EVERGREEN LN APT 307
GLEN CARBON, IL 62034-1741

CHARLETTE ROTH
22 GUM TREE PL
SAINT CHARLES, MO 63301-1256

CHARLOTTE A SAPA
490 S HILLTOP RD
COLUMBIA FALL, MT 59912-9045

CHARLES WALTER
2615 PAVO PL
COLORADO SPRI, CO 80906-1022

CHARLIE BROWN
505 SW 5TH ST
RICHMOND, IN 47374-5206

CHARLOTTE ADAMS
31950 SINGLETARY RD
MYAKKA CITY, FL 34251-9516

CHARLES WALTER SWINDELL JR
PO BOX 955
BAMBERG, SC 29003-0955

CHARLIE COOKSON
PO BOX 703
DERBY, KS 67037-0703

CHARLOTTE ALLEN
16838 W 55TH DR
GOLDEN, CO 80403-1197

CHARLES WALTERMANN
122 S 3RD ST
RICHMOND, IN 47374-4219

CHARLIE MOLNAR
6404 W MONTEGO LN
GLENDALE, AZ 85306-3146

CHARLOTTE ALLEN
9141 COUNTY ROAD 487
ATLANTA, MI 49709-9098

CHARLES WENDELL HOWARD
14144 ROAD 43
ANTWERP, OH 45813-9419

CHARLIE R MCKIE
128 WALNUT LN
NORTH AUGUSTA, SC 29860-9206

CHARLOTTE ANN KIRKNER
7041 GILROY CT
SPRING ARBOR, MI 49283-9662

CHARLES WENTZ
1108 BAUCH ST
WATERLOO, IA 50701-1941

CHARLIE R RICHARDS
500 PAISANO ST NE APT 339
ALBUQUERQUE, NM 87123-1477

CHARLOTTE BEEBE
164 HARTFORD CT
LIMA, OH 45805-1142

CHARLES WETTSTEIN
691 NE WYOMING DR
PRINEVILLE, OR 97754-7907

CHARLIE RUSS
767 COUNTY ROAD Q
PANHANDLE, TX 79068-7005

CHARLOTTE CHARLES
815 S ABILENE AVE
VALLEY CENTER, KS 67147-2157

CHARLES WILLIAM GIBSON
615 FOREST AVE
LONG BEACH, MS 39560-3846

CHARLOTTE [CHICKIE] DRUMMOND
10366 ALEXIA DR
INDIANAPOLIS, IN 46236-7317

CHARLOTTE COMPTON
360 PILGRIM CHURCH RD
LEXINGTON, SC 29072-8033

CHARLES YURICH
151 LAKE EDGE DR
EUCLID, OH 44123-1129

CHARLOTTE A REINICKER
202 CENTRAL DR
HENDERSONVILL, NC 28739-8967

CHARLOTTE E SIMPKINS
70 GREENFIELD AVE
ARDMORE, PA 19003-1204

CHARLOTTE FISHER
1360 TENNYSON DR
TEMPERANCE, MI 48182-3204

CHARLOTTE HILL
121 E COOLIDGE ST
BORGER, TX 79007-5425

CHARLOTTE PARSONS
5013 SHARON DR
JEFFERSON CIT, MO 65109-0114

CHARLOTTE FISHER
804 3RD AVE
LIVERMORE, IA 50558-9512

CHARLOTTE KIRCHNER
309 GLENWOOD DR
DOUGLASSVILLE, PA 19518-1103

CHARLOTTE RANK
2400 PONDS WOOD RD
HUNTINGTOWN, MD 20639-9033

CHARLOTTE FOODER SKEGGS
398 TAVISTOCK
CHERRY HILL, NJ 08034-4028

CHARLOTTE LEHMAN
2209 OAKWOOD AVE
BLOOMINGTON, IL 61704-2413

CHARLOTTE S SHAFER
3536 VERNER RD
KENT, OH 44240-5246

CHARLOTTE FRI
28801 STATE ROUTE 93
MC ARTHUR, OH 45651-8947

CHARLOTTE LEIDY
86506 HOLMES
CHAPEL HILL, NC 27517-8553

CHARLOTTE SANCHEZ
333 W MAGNOLIA ST
PONCHATOULA, LA 70454-3427

CHARLOTTE GANZER
158 CORNWELL AVE
VALLEY STREAM, NY 11580-4742

CHARLOTTE M HELFER
2201 LUCAYA BND APT F1
COCONUT CREEK, FL 33066-1118

CHARLOTTE SCARCELLA
1338 PATTI PARK
WESTLAKE, OH 44145-1965

CHARLOTTE GARRISON
3600 CONSHOHOCKEN AVE APT 71
PHILADELPHIA, PA 19131-5314

CHARLOTTE MARTIN
8274 N COUNTY ROAD 500 W
RUSSELLVILLE, IN 46175-9215

CHARLOTTE SCHAED
16 WOODED HTS
GREENEVILLE, TN 37743-2205

CHARLOTTE GROVER
103 1ST LAKEWOOD AVE
WARROAD, MN 56763-3105

CHARLOTTE MCGUIRE
PO BOX 2100
ELIZABETH, CO 80107-2100

CHARLOTTE SIMMONS
798 SUPERIOR ST
DELTONA, FL 32725-5542

CHARLOTTE HAGEN
145 FOND DU LAC ST
WAUPUN, WI 53963-1506

CHARLOTTE MORSTAD
650 S ALTON WAY APT 2C
DENVER, CO 80247-1667

CHARLOTTE SMITH
5205 DREXEL DR
ANDERSON, IN 46011-9478

CHARLOTTE HENNINGSGAARD
1850 SE 2ND AVE APT 203
GRAND RAPIDS, MN 55744-2570

CHARLOTTE NORRICK
414 SE L ST APT A
GRANTS PASS, OR 97526-3186

CHARLOTTE SPIVEY
1701 COVINA AVE
MEDFORD, OR 97504-5457

CHARLOTTE SYSON
300 E VISTA ST
BISBEE, AZ 85603-1436

CHARMAINE ROUSSEAU
757 WARREN RD UNIT 3963
ITHACA, NY 14852-3963

CHERI NELSON
5468 N PICCADILLY
WEST BLOOMFIE, MI 48322-1439

CHARLOTTE TUCK
364 WOODWARD RD
FAIRFAX, VT 05454-9793

CHARNEIL SWENSON
3501 W 85TH ST
LEAWOOD, KS 66206-1350

CHERI PATTERSON
501 S MAIN ST
MORTON, IL 61550-1940

CHARLOTTE ULMANIS
4217 SEELEY AVE
DOWNERS GROVE, IL 60515-1817

CHAS S RICCI
70 LITTLETON RD
MORRIS PLAINS, NJ 07950-2517

CHERI POGELER
279 COUNTRYHAVEN RD
ENCINITAS, CA 92024-3106

CHARLOTTE VICTOR
3200 BENSALEM BLVD APT M101
BENSALEM, PA 19020-1977

Chase
PO Box 15153
Wilmington, DE 19886-5153

CHERI SAMSON BLISS
11265 MORNING VIEW RD
SINGERS GLEN, VA 22850-2001

CHARLOTTE WILLIS
11819 JAMES VINSON
SAN ANTONIO, TX 78253-5907

Chase Card
201 N Walnut St
# ST//DE1-1027
Wilmington, DE 19801-2920

CHERI YOUNG
706 KENT AVE
LIMA, OH 45801-3023

CHARLOTTE WILSHINSKY
23710 LUND ST
WOODLAND HILL, CA 91367-5838

Chase Card
201 N. Walnut St//de1-1027
Wilmington, DE 19801

CHERIE HULL
3751 BRITTON RD
BANCROFT, MI 48414-9760

CHARLSIE DOOLITTLE
735 MOUNT PLEASANT RD
POMARIA, SC 29126-9276

CHEF EDWARD L STANZIANO
48 DELRAY CT
CLAYTON, OH 45315-9761

CHERIE LITTON
700 S BROWNSVILLE ST
TRENTON, TN 38382-2402

CHARLYN SCOTT
1021 N 168TH AVE
OMAHA, NE 68118-9314

CHERI ANN JUDGE
2906 CAULDER AVE
DES MOINES, IA 50321-2637

CHERIE SCHWINDLER
16309 MENAHKA RD
APPLE VALLEY, CA 92307-1492

CHARMAINE OLSON
3921 SW 39TH TER
TOPEKA, KS 66610-1162

CHERI LYNN CUMMINGS
265 N JUNIPER ST
NORTH LIBERTY, IA 52317-7816

CHERINELL ABBOTT
204 BROOKVIEW DR
HURST, TX 76054-3612

CHERRI OGLE
1109 WEST TOWANDA AVE
EL DORADO, KS 67042-2445

Cheryl A. Denby
3326 Dellefield St
New Port Richey, FL 34655-3111

CHERYL DEBOOM
1080 NOBLE ISLE ST
HENDERSON, NV 89002-6555

CHERRY YOUNG
217 W CLIFTON AVE
NORTH AUGUSTA, SC 29841-3805

CHERYL ALLEN
6520 N MISSOURI AVE
OKLAHOMA CITY, OK 73111-7928

CHERYL DELP
107 ONEIDA ST
STORM LAKE, IA 50588-2543

CHERYL A BERNTSEN
6 TOOTHE PL
MADISON, NJ 07940-2223

CHERYL AMAND
187 WASHINGTON AVE
BRENTWOOD, NY 11717-2610

CHERYL DICKSON
8250 HIGHWAY 47
CARLTON, OR 97111-9520

CHERYL A EVANSON
1148 N LAFAYETTE AVE
BREMERTON, WA 98312-2859

CHERYL BECKER
118 ACADEMY RD
DEVILS LAKE, ND 58301-4111

CHERYL EDER
1347 SUNSET ST
MONROE, MI 48162-4376

CHERYL A FROMAN
739 EVENING STAR DR
CASTLE ROCK, CO 80108-8354

CHERYL BOYUM
110340 GESKE RD APT 224
CHASKA, MN 55318-1363

CHERYL F FORTIER
2 WARNER AVE
ESSEX JUNCTIO, VT 05452-3026

CHERYL A GILLIOM
6418 MARGOT WAY
FORT WAYNE, IN 46835-1310

CHERYL BUTKE
3232 S EL DORADO DR
NEW BERLIN, WI 53151-4204

CHERYL FEDER
822 WOODDALE RD
EAST STROUDSB, PA 18302-8498

CHERYL A LOYD
16 ROUND HILL RD
SALEM, CT 06420-3850

CHERYL CASAD
4285 COLEMAN CREEK RD
MEDFORD, OR 97501-9617

CHERYL FORSBERG
1026 8TH AVE SE
SAINT CLOUD, MN 56304-1600

CHERYL A WHITE
1107 WINDSOR WAY
LUTZ, FL 33559-7319

CHERYL CHAVIS
PO BOX 13090
GREENSBORO, NC 27415-3090

CHERYL G TUDOR
72511 JAMIE WAY
RANCHO MIRAGE, CA 92270-4522

CHERYL A WILLIAMSON
114 N BRUCE AVE
BOISE, ID 83712-6303

CHERYL DEBARROS
21 SAINT JAMES PL APT 19A
BROOKLYN, NY 11205-5053

CHERYL G. MCASKILL
126 BRIARWOOD AVE
TIVERTON, RI 02878-1711

CHERYL GROSS
820 SAGE CIR
LINCOLN, NE 68520-1152

CHERYL LYNN TOMLINSON
191 DUCHESS DR APT 618
DENTON, TX 76208-6356

CHERYL PRENTICE
7834 BAY SHORE DR
INDIANAPOLIS, IN 46240-2823

CHERYL HARKABUS
2825 E 6TH ST
SUPERIOR, WI 54880-3923

CHERYL M DESROSIER
804 ROUNDHOUSE ST
SHAKOPEE, MN 55379-4597

CHERYL REITHEL
2539 LORY ST
ROSENBERG, TX 77471-6021

CHERYL J AVERY
2920 QUEEN ST
FORT WAYNE, IN 46806-3942

CHERYL MANIFOR
1643 AGAVE AVE
LA HABRA, CA 90631-8347

CHERYL REXROAT
1521 154TH ST E
TACOMA, WA 98445-2440

CHERYL J LARSON-MORSE
35 DUNBAR DR
NORTH EASTON, MA 02356-3631

CHERYL MARTIN
17864 FREYMUTH RD
WAPAKONETA, OH 45895-9069

CHERYL ROBINSON
2591 JEFFERSON PL UNIT D
STOW, OH 44224-2057

CHERYL K DUPAY
19392 CASCADE DR
BROWNSTOWN, MI 48193-8568

CHERYL MILLS
3523 PICKWICK PL
LANSING, MI 48917-1789

CHERYL ROSE
PO BOX 174543
ARLINGTON, TX 76003-4543

CHERYL KARPINSKI
10873 7TH ST NE
BLAINE, MN 55434-1647

CHERYL MOSKOWITZ
4204 LA VERJA CT SE
RIO RANCHO, NM 87124-1187

CHERYL RUCH
9961 EDELWEISS CIR
SHAWNEE MISSI, KS 66203-4612

CHERYL KIECKER
PO BOX 4
FAIRFAX, MN 55332-0004

CHERYL MUELLER
2020 SLABTOWN RD
LIMA, OH 45801-3308

CHERYL RYBKA
1307 BEVERLY RD
MCKEESPORT, PA 15133-3607

CHERYL L MILLER
2413 23RD AVE S
FARGO, ND 58103-5117

CHERYL NIMMO
26 ABERDEEN RD
RIVERSIDE, RI 02915-5002

CHERYL SMITH
9 SCHINDLER TER
GILLETTE, NJ 07933-1514

CHERYL LANICH
1304 61ST AVE
GREELEY, CO 80634-2919

CHERYL OERTLI
4523 SYCAMORE ST
HOLT, MI 48842-1635

CHERYL STARK
969 E GATESWORTH DR
COLUMBIA CITY, IN 46725-8911

CHERYL STASKY
73 OLD TAPPAN RD APT 1
GLEN COVE, NY 11542-1252

CHESTER A FUST JR
3910 OLD SLIGO RD
LA GRANGE, KY 40031-8517

CHESTER MILLER
740 COUNTY ROAD 13
TIFFIN, OH 44883-2475

CHERYL STEMM
1312 BEYER DR
INTERNATIONAL, MN 56649-2559

CHESTER CLARK
12153 IMAGE DR
PARK RAPIDS, MN 56470-4554

CHESTER RILEY
1200 MANHATTAN DR
ANN ARBOR, MI 48103-4737

CHERYL WEATHERHOLT
4216 HIGHLAND OAKS DR
NEW ALBANY, IN 47150-9693

CHESTER H CRIDER
10624 GLASS MOUNTAIN TRL
AUSTIN, TX 78750-2513

CHESTER YORK
586 MISSOURI FLAT RD
GRANTS PASS, OR 97527-9465

CHERYL WEEKS
100 GRAND AVE
WEST DES MOIN, IA 50265-3710

CHESTER H JOHNSON
302 CHICKASAW LN
LAKE WINNEBAG, MO 64034-9326

CHET HAYES
3951 NEISES RD
CALIFORNIA, KY 41007-9353

CHERYL WENTE
01364 STATE ROUTE 274
NEW BREMEN, OH 45869-9768

CHESTER HANEY
576 SWANSON MILL RD
TONASKET, WA 98855-9449

CHLOE CORRELL
PO BOX 369
JOHNSTOWN, NY 12095-0369

CHERYLE THOMPSON
35 N HAWTHORN DR
ALTOONA, IA 50009-2610

CHESTER J GREENE JR
104 HOWLAND AVE
JAMESTOWN, RI 02835-1247

CHLOE MANZ
6008 S STATE HIGHWAY 27
BRULE, WI 54820-9016

CHESLEY GRAY
20 NEWCASTLE DR APT 2
NASHUA, NH 03060-5470

CHESTER J SKIPPER
2205 VIREO DR
NORTH AUGUSTA, SC 29841-3134

CHRIS A MARKS
1431 SYLVIA AVE
METAIRIE, LA 70005-1135

CHESTER (CHIP) HOWES
15841 SALEM CHURCH ST NE
ALLIANCE, OH 44601-8810

CHESTER JOHNSON
10743 SE US HIGHWAY 54
ROSALIA, KS 67132-9129

CHRIS BESSERT
10621 COLLETT DR
PEORIA, IL 61615-8823

CHESTER [CHET] WITTKIN
9609 BERGAMO ST
LAKE WORTH, FL 33467-6168

CHESTER L ANDERSON
4776 W CALIMYRNA AVE
FRESNO, CA 93722-3278

CHRIS BOURQUIN
4310 FOOTHILL BLVD
GRANTS PASS, OR 97526-4151

CHRIS BOYD
208 PAINTED HORSE
WACO, TX 76712-8820

CHRIS OUSTAD
1302 2ND AVE E
INTERNATIONAL, MN 56649-2922

CHRISTIAN J [CHRIS] BOTTINGE
684 LITTLE SUNAPEE RD
NEW LONDON, NH 03257-5115

CHRIS D ERLEWEIN
15808 WAGNER RD
CAMBRIDGE CIT, IN 47327-9725

CHRIS RUFF
1330 LAFAYETTE AVE
CAYCE, SC 29033-3233

CHRISTIAN PIERRE JENSEN
5 WESTFIELD CIR
OCEAN PINES, MD 21811-1725

CHRIS GAZOULEAS
32056 OLDE FRANKLIN DR
FARMINGTON HI, MI 48334-1734

CHRIS STAPP
411 HEMPHILL ST
CHESAPEAKE CI, MD 21915-1003

CHRISTIE ANDERSON
707 HIGH POINT RD
MONETA, VA 24121-2908

CHRIS HERSEY
7905 W GATE PARK
WEST CHESTER, OH 45069-7812

CHRIS WALKER
611 N WATER ST APT 406
SHEBOYGAN, WI 53081-3946

CHRISTIE HAUSCHILD
1952 W SANIBEL CT
LITTLETON, CO 80120-8133

CHRIS HOUSEL
8300 W 61ST ST
MISSION, KS 66202-2910

CHRIS WEIMAN
5142 30TH AVE APT 2I
WOODSIDE, NY 11377-7909

CHRISTIE REPASS
7547 RIMWOOD LN APT C
INDIANAPOLIS, IN 46256-3635

CHRIS JACOBS
4578 SIMPSON MILL LN
DULUTH, GA 30096-6253

CHRIS WOOD
PO BOX 31
WITTMANN, AZ 85361-0031

CHRISTIE SHUMAN
708 GLENWOOD DR
EPHRATA, PA 17522-9364

CHRIS KOENIGS
W7910 CENTER RD
GLENBEULAH, WI 53023-1556

CHRISTAL M DILLARD
4725 WALTON XING SW APT 3106
ATLANTA, GA 30331-6297

CHRISTINA COLEMAN
12716 COLBY DR
WOODBRIDGE, VA 22192-3002

CHRIS L FOOTE
6 COTTAGE AVE
SOMERVILLE, MA 02144-3008

CHRISTENE DEE DEITRICK
515 RED HAW RD
DAYTON, OH 45405-3954

CHRISTINA COPELAND
7880 CORINTH CHAPEL RD
SUFFOLK, VA 23437-9420

CHRIS NEWCOMER
9 BURNHAM ST
CINCINNATI, OH 45218-1319

CHRISTI GRIFFIN
207 HILLWOOD BLVD
NASHVILLE, TN 37205-1503

CHRISTINA DIABELKO
260 BELLEVUE AVE
PENNDEL, PA 19047-5255

CHRISTINA EMRU
10 SILVERSMITH LN
LEVITTOWN, NY 11756-5224

CHRISTINE B EDWARDS
PO BOX 60213
LOS ANGELES, CA 90060-0213

CHRISTINE DRAUDE
843 W AIRLINE HWY
WATERLOO, IA 50703-9694

CHRISTINA JAMOLAWICZ
28 W 47TH ST
BAYONNE, NJ 07002-4005

CHRISTINE BARBARETTO
6 COURT ST
DEPOSIT, NY 13754-1006

CHRISTINE DUNN
27210 HONEY LOCUST RD
ABINGDON, VA 24211-7312

CHRISTINA POOLE
1701 COTTAGE WOOD WAY
KNOXVILLE, TN 37919-8882

CHRISTINE BARTON
21 LAKE DR
NORTH BRUNSWI, NJ 08902-4828

CHRISTINE E MONT
2727 WILLOW LOOP
KEMPNER, TX 76539-6846

CHRISTINA SMITH
722 E DIEHL AVE
DES MOINES, IA 50315-5306

CHRISTINE BETZ
7140 KEENELAND DR
DAYTON, OH 45414-2246

CHRISTINE EAGAN
37 DIVISION ST
NEWPORT, RI 02840-3137

CHRISTINE [CHRIS] CUTRUFELLO
2610 HIRST TER
HAVERTOWN, PA 19083-1421

CHRISTINE BILEC
106 BRIARIDGE DR APT B
TURTLE CREEK, PA 15145-1154

CHRISTINE EDWARDS
10335 N COUNTY ROAD 200 E
BRAZIL, IN 47834-7000

CHRISTINE [CHRIS] KILMER
10117 SWITCHGRASS RD
BLAIR, NE 68008-7584

CHRISTINE BROWN
28 PINERIDGE RD
MONTGOMERY, MA 01085-9600

CHRISTINE F MURPHY
150 SE 7TH ST APT 1
DEERFIELD BEA, FL 33441-5484

CHRISTINE A BUDZYNSKI
6141 80TH ST
MIDDLE VILLAG, NY 11379-1320

CHRISTINE CARDELLA-TURNER
59 CALLA AVE
FLORAL PARK, NY 11001-2603

CHRISTINE FRANGENBERG
1921 N GORDON ST
WICHITA, KS 67203-1130

CHRISTINE A NEFF
718 GRAY AVE
GREENVILLE, OH 45331-1250

CHRISTINE COOK
1519 N CLEVELAND AVE
CHICAGO, IL 60610-1109

CHRISTINE FRIDERES
1612 N 23RD ST
FORT DODGE, IA 50501-7914

CHRISTINE ANN GERMEK
2012 WESLEY ST
MCKEESPORT, PA 15132-7637

CHRISTINE DI CELLO
8760 SANCTUARY DR
MENTOR, OH 44060-8810

CHRISTINE GILLESPIE
1166 CREEKWOOD DR
WARMINSTER, PA 18974-2265

CHRISTINE GLASGOW
1331 E BROADWAY
MONMOUTH, IL 61462-1980

CHRISTINE L FLEISSNER
2878 N 73RD ST
MILWAUKEE, WI 53210-1006

CHRISTINE WEPPLER
1 WALTER LN
MANHASSET, NY 11030-1653

CHRISTINE GOLASZEWSKI
20 E KUPSCH ST
SAYREVILLE, NJ 08872-1172

CHRISTINE M BELKNAPP
3832 N CRAMER ST
MILWAUKEE, WI 53211-2507

CHRISTINE WHITE
2501 WOODVALE DR
MODESTO, CA 95355-9584

CHRISTINE GRAGG
5235 RUSTIC WAY
OLD HICKORY, TN 37138-1339

CHRISTINE MCCLAY
1504 E WOODBANK WAY
WEST CHESTER, PA 19380-1759

CHRISTINE WILKERSON
2230 MAIN ST
NEWBERRY, SC 29108-3526

CHRISTINE GUDICELLO
2334 HAVANA TRL
THE VILLAGES, FL 32162-5063

CHRISTINE REYNOLDS
2925 E WASHINGTON ST
IOWA CITY, IA 52245-3826

CHRISTINE WILLIAMS
3705 CORA MILL RD
GALLIPOLIS, OH 45631-8541

CHRISTINE HARRIS
12181 HAMPTON GREENS CT
FORT MYERS, FL 33913-8328

CHRISTINE SCHMADEKE
321 MARYLAND AVE
WATERLOO, IA 50701-4130

CHRISTINE WINGFIELD
313 DAVE GASKEY LN
MORGANTOWN, KY 42261-8681

CHRISTINE HUMPHREY
3910 JACKSON ST
BELLWOOD, IL 60104-2012

CHRISTINE SMITH
1946 KATHY CT
WINCHESTER, VA 22601-6231

CHRISTINE ZIMMERMAN
1060 HOCKLEY HILL RD
TURBOTVILLE, PA 17772-8617

CHRISTINE IRIS BOYD
741 COUNTY ROAD 44
TUSKEGEE, AL 36083-6317

CHRISTINE STANTON
503 CROSSWOOD CT
NASHVILLE, TN 37214-3303

CHRISTOPHER [CHRIS] RUNGE
610 JOHN GLENN DR
GARLAND, TX 75040-5130

CHRISTINE K DEVORSKY
309 BOWHALL RD
PAINESVILLE, OH 44077-5220

CHRISTINE STRUVE
10437 W LANGELL VALLEY RD
BONANZA, OR 97623-9714

CHRISTOPHER D DUNHAM
2512 PLEASANT VIEW RD
RICHMOND, IN 47374-2046

CHRISTINE KYLE
1703 BUTLER ST
MCKEESPORT, PA 15132-4557

CHRISTINE VAN DOREN
21833 QUAIL RUN RD
SANGER, TX 76266-5112

CHRISTOPHER G TUSTIN
3555 S INDIANA AVE
SAINT CLOUD, FL 34769-5610

CHRISTOPHER J BREAUX
6261 PONTIAC DR
KILN, MS 39556-8143

CHRISTOPHER P SEGER
4101 COLONY DR
HATBORO, PA 19040-3016

CHUCK MCQUADE
42 RIVERSIDE DR
PERALTA, NM 87042-8858

CHRISTOPHER J BUONO
15550 81ST ST
HOWARD BEACH, NY 11414-2317

CHRISTOPHER ROBERT WILLIAMS
645 UPPER MARKET ST
MILTON, PA 17847-2531

CHUCK PARLIER
6801 IRISH LN
ASHLAND, OR 97520-9309

CHRISTOPHER J CLARK
446 WAYNESBROOKE RD
BERWYN, PA 19312-2060

CHRISTOPHER SCOTT PETERS
93 IRENE AVE APT 1
EPHRATA, PA 17522-2167

CINCINNATI COLL OF MORTUARS
CINCINNATI COLLEGE OF MORTU
645 W NORTH BEND RD
CINCINNATI, OH 45224-1462

CHRISTOPHER J KENDEL
149 E 190TH ST
EUCLID, OH 44119-1035

CHRISTOPHER WELLS
507 W 3RD ST
MISHAWAKA, IN 46544-1824

CINCINNATI COLL OF MORTUARS
c/o ELIZABETH WILLIAMS
645 W NORTH BEND RD
CINCINNATI, OH 45224-1462

CHRISTOPHER J TRAKIMAS
320 TOMLINSON CT
PHILADELPHIA, PA 19116-3212

CHRISTY CRISTIANO
11 ROAD 2350
AZTEC, NM 87410-9304

CINDA HIBSCHMAN
12217 GRANT ST
OVERLAND PARK, KS 66213-2517

CHRISTOPHER L SUTTON
2410 JESSICA LN
EDMOND, OK 73034-3456

CHRISTY LEU ROBERTS
620 N ROHMANN CT
WEST PEORIA, IL 61604-4850

CINDY ACUNA
6012 WINTERSET DR
LANSING, MI 48911-4820

CHRISTOPHER M RONZONI
17 PEPPERDAY AVE
PORT WASHINGT, NY 11050-2411

CHUCK C LACEY
PO BOX 1711
EVANS, GA 30809-1711

CINDY BANTAU
25355 SOUTHWOODS LN
TAYLOR, MI 48180-5002

CHRISTOPHER O'BRIEN
2D VALLEY STREAM DR
WHITING, NJ 08759-3596

CHUCK HEMCHER
352 YORKSHIRE RD
BRYN MAWR, PA 19010-1216

CINDY CRAWFORD
PO BOX 566
GREENBRIER, TN 37073-0566

CHRISTOPHER P MOMINEY
107 CROTON CT
SPRING CITY, PA 19475-3428

CHUCK LAMB
PO BOX 207
BRISTOL, ME 04539-0207

CINDY D DAVIS
2301 ROUNDTREE RD
KNOXVILLE, TN 37923-1030

CINDY DAWN MAXWELL
PO BOX 2746
ROSWELL, NM 88202-2746

CINDY L ERPELDING
1602 210TH ST
ALGONA, IA 50511-7077

CINDY SHACKELFORD
3215 W ROSAMOND AVE
SPOKANE, WA 99224-1922

CINDY DEEM
2582 RUE BIENVILLE ST
DANVILLE, IL 61832-1203

CINDY L MERCER
654 EMERALD DR
LANCASTER, PA 17603-6848

CINDY WOLSTROMER
410 WINDSOR RD
RIVER EDGE, NJ 07661-2147

CINDY DERBY
8253 AUSTIN RD
SALINE, MI 48176-9684

CINDY LARISH
6520 S PARK DR
WISCONSIN RAP, WI 54494-3452

Citi Business Card Services
PO Box 9001037
Louisville, KY 40290-1037

CINDY DEVINE
715 WINDING RIDGE DR APT 12
RICHMOND, IN 47374-8030

CINDY LEAH HANERHOFF
36 GOLDEN SCROLL CIR
THE WOODLANDS, TX 77382-5393

CITY HIGH SCHOOL
CITY HIGH ALUMNI ASSOCIATION
1900 MORNINGSIDE DR
IOWA CITY, IA 52245

CINDY DUNIVAN
6010 HANSON RD
AMARILLO, TX 79106-3408

CINDY LOUISE PEELE
4259 PLEASANT PLAIN RD
AYDEN, NC 28513-8783

CITY HIGH SCHOOL
c/o JAY GOODVIN
1900 MORNINGSIDE DR
IOWA CITY, IA 52245

CINDY ENGLE
104 ALNICK CT
DURHAM, NC 27712-1106

CINDY MESSENGER
1214 CAMBRIDGE BLVD
BOWLING GREEN, OH 43402-2670

CLAIR B HAVERLAND
12553 W HAWAII AVE
LAKEWOOD, CO 80228-3750

CINDY HAMBLEN
551 FAIRVIEW DR
GREENVILLE, SC 29609-6642

CINDY NELSON
5006 SW 8TH ST
DES MOINES, IA 50315-4613

CLAIR E BERRY
12175 SAGE VIEW RD
POWAY, CA 92064-4132

CINDY HEUTON
508 20TH CT SW
ALTOONA, IA 50009-1585

CINDY PATRICK
1003 PARKVIEW DR
HOBART, OK 73651-1208

CLAIR E DOHNER
387 YORKTOWN RD
HERSHEY, PA 17033-1864

CINDY HOLSING
24890 COLONIAL CT
WOODHAVEN, MI 48183-3727

CINDY ROBERTSON
6211 WILLET AVE
HOBART, IN 46342-6898

CLAIR F LARSON
3611 85TH ST NW TRLR 89
ORONOCO, MN 55960-9609

CLAIRE ABRAMS
3487 S 27TH AVE UNIT 3
BOZEMAN, MT 59718-3708

CLAIRE SVENDSEN
2943 201ST ST
BAYSIDE, NY 11360-2322

CLARA MEREDITH
1215 CRESCENT DR
RICHMOND, IN 47374-1124

CLAIRE DOVER
PO BOX 2136
TUNICA, MS 38676-2136

CLAIRE TAYLOR
14017 SHANGHAI LINKS PL
CHARLOTTE, NC 28278-8423

CLARA PERLINGIERO
12001 OLD COLUMBIA PIKE APT
SILVER SPRING, MD 20904-1923

CLAIRE JETTE
1100 ADAMS ST APT 606
HOBOKEN, NJ 07030-9026

CLAIRE VELZY
2800 POLO PKWY APT 207
MIDLOTHIAN, VA 23113-1483

CLARA WEINBERG
16236 HIAWATHA ST
GRANADA HILLS, CA 91344-6828

CLAIRE JOOSTEMA RN
146 RIDGEDALE AVE
MADISON, NJ 07940-1226

CLARA ANN DUNN
4725 BUCKS BLUFF DR
NORTH MYRTLE, SC 29582-6289

CLARATHA P DEVOE
2400 NW 159TH ST
OPA LOCKA, FL 33054-6938

CLAIRE LINDHOLM MD
2810 AURORA AVE UNIT 220
SPIRIT LAKE, IA 51360-7181

CLARA BELLE BARTEE
1314 COIT ST
DENTON, TX 76201-2606

CLARE ANNE BEST
1101 BROADWAY ST APT 22
EAST MCKEESPO, PA 15035-1542

CLAIRE MAHER
678 MARLBORO OVAL APT A
LAKE WORTH, FL 33467-3088

CLARA GRAHAM
2826 W LATROBE ST
PEORIA, IL 61605-1363

CLARE CARROLL
20 ARCH AVE
ALBANY, NY 12203-5831

CLAIRE OEHM
6494 MOJAVE DR
SAN JOSE, CA 95120-5306

CLARA GURLEY
6379 BROWNS RD
HARLEM, GA 30814-5328

CLARE DANT
5110 N 450 W LOT 63
ANGOLA, IN 46703-8437

CLAIRE RADLOFF
1125 WILSON ST
PLYMOUTH, WI 53073-1049

CLARA HARDY
1106 10TH AVE
INTERNATIONAL, MN 56649-2816

CLARE ELAINE CHANDLER
3345 SABAL SPRINGS BLVD
FORT MYERS, FL 33917-2091

CLAIRE RAND
21150 NE 38TH AVE APT 1105
AVENTURA, FL 33180-4036

CLARA J NEWBOLD
891 RAINBOW RD # 5
GENEVA, IN 46740-9704

CLARE F MACKIE
122 PENNSYLVANIA AVE
BRYN MAWR, PA 19010-3111

CLARENCE [BOBBY] DUNNIVANT
6053 MAGAZINE RD
KNOXVILLE, TN 37920-5859

CLARENCE HESSER
312 STOKES LANDING RD
SAINT AUGUSTI, FL 32095-8314

CLARENCE SIKES
4450 W EL CAMINITO DR
GLENDALE, AZ 85302-6609

CLARENCE [LEFTY] MAHER
113 CAULDER DR
CHICKASHA, OK 73018-7707

CLARENCE HILBURN
8005 HILLIARD AVE
LAS VEGAS, NV 89128-6789

CLARENCE W LAMPING
730 W DUPONT RD
MORRIS, IL 60450-8378

CLARENCE BAIZE LAMAR JR
106 OKATEE DR
SAVANNAH, GA 31410-3812

CLARENCE J KLEPPE
2025 TIBBETTS DR APT 307
LONGVIEW, WA 98632-4299

CLARENCE WALKER
1305 W CARR AVE
EL DORADO, KS 67042-2302

CLARENCE BRAUN
200 COUNTRY BROOK DR APT 241
KELLER, TX 76248-2145

CLARENCE J SAVOIE II
PO BOX R
PAINCOURTVLLE, LA 70391-0048

CLARENCE WATTERS
330 APACHE DR
PAINT LICK, KY 40461-9752

CLARENCE CALHOUN JETER JR
616 W WOODLAWN AVE
NORTH AUGUSTA, SC 29841-3364

CLARENCE KENDRICK
3022 EAGLE DR
AUGUSTA, GA 30906-3326

CLARENCE WHITTEMORE
1172 PLAINS RD
LESLIE, MI 49251-9326

CLARENCE DELISLE
1446 CASTLERIDGE RD
CASTLETON ON, NY 12033-9684

CLARENCE L SWINDLE
7600 RACE ST
PITTSBURGH, PA 15208-1636

CLARENE BUNN
555 E SILVERADO RANCH BLVD #
LAS VEGAS, NV 89183-7200

CLARENCE DOBBINS
3825 SAINT CHARLES RD
BELLWOOD, IL 60104-1434

CLARENCE LEFEVER
449 STANLEY AVE
FROSTPROOF, FL 33843-9125

CLARICE [CLARE] SAUTER
403 MICHIGAN ST
STORM LAKE, IA 50588-2443

CLARENCE DRUMELLER
1503 CORNWELL DR APT 204
YUKON, OK 73099-5501

CLARENCE P [CLANCY] BACHAR
9937 BISHOPS GATE BLVD
PINEVILLE, NC 28134-6567

CLARICE BIERBAUM
102 2ND ST SE APT 1109
ROCHESTER, MN 55904-3743

CLARENCE H LINDSEY
185 BROOKHAVEN RD
PINEHURST, NC 28374-7088

CLARENCE RUTT
146 PARK ST
STEVENS, PA 17578-9514

CLARICE CASLAVKA
627 W MULLAN AVE
WATERLOO, IA 50701-5923

CLARICE CRUDUP
12711 PARKTON ST
FORT WASHINGT, MD 20744-6425

CLARK SCHERFENBERG
3858 AREY RD
BATES CITY, MO 64011-8132

CLAUDE WILLIAMS
355 MYSEN DR
CORDOVA, TN 38018-4354

CLARICE KRIPPNER
1329 28TH ST SE
CEDAR RAPIDS, IA 52403-3536

CLASSIE BERRY-WASHINGTON
231 LEGENDS CREEK PL APT 103
INDIANAPOLIS, IN 46229-6026

CLAUDETTE ANDERSON
11131 OAK RISE
SAN ANTONIO, TX 78249-3371

CLARICE M SHAMLEE
7 SHELBY ST
PORTSMOUTH, VA 23701-3031

CLAUDE ALPHERD LESSIG JR
693 CINDY BLAIR WAY
LEXINGTON, KY 40503-3469

CLAUDETTE ROBINSON
9216 YUCCA BLOSSOM DR
LAS VEGAS, NV 89134-8918

CLARICE TURRY
1311 BEYER DR
INTERNATIONAL, MN 56649-2558

CLAUDE BLUMER
37742 N EAGLE LAKE RD
BATTLE LAKE, MN 56515-9581

CLAUDETTE SERGENT
9119 79TH ST S
COTTAGE GROVE, MN 55016-2214

CLARISSA WATT
429 S 7TH AVE
IOWA CITY, IA 52245-4537

CLAUDE D SORDELET
717 S CORNICHE DU LAC
COVINGTON, LA 70433-7256

CLAUDETTE WILCOX
PO BOX 1235
APACHE JUNCTI, AZ 85117-4050

CLARISSE PRATO
15 WILLOW DR
MASSAPEQUA PA, NY 11762-1436

CLAUDE F WHITAKER
2305 KIM ST
LONGVIEW, TX 75602-3533

CLAUDIA ALEXANDER
2552 N SHANNON RD
TUCSON, AZ 85745-1022

CLARITA VARGO
203 BIRCH DR
SHOREWOOD, IL 60404-9738

CLAUDE LYNCH
1090 FOREST HILL RD
STEVENS, PA 17578-9679

CLAUDIA J GEIST
3011 W PARKRIDGE DR
PEORIA, IL 61604-2151

CLARK [BUTCH] FULLER
17118 SCRAMBLE CT
SUGAR LAND, TX 77498-4688

CLAUDE M COOK
38161 US HIGHWAY 50
GUNNISON, CO 81230-8730

CLAUDIA LIEBRECHT
7096 E THIRSTY CACTUS LN
SCOTTSDALE, AZ 85266-7305

CLARK HAGEN
1710 50TH ST
MARION, IA 52302-7266

CLAUDE R [BUD] BINGHAM
4653 REED RD
THOMPSONS STA, TN 37179-9240

CLAUDIA MARIE MURRAY
3015 N OCEAN BLVD APT 8B
FORT LAUDERDA, FL 33308-7315

CLAUDIA  MILLHOLLAND
5900 64TH ST NE UNIT 39
MARYSVILLE, WA 98270-4841

CLAYTON B  STOWE
3920 OAK PARK CIR SE
ROCHESTER, MN 55904-6151

CLEO MASSEY
413 E KENTUCKY ST
BLYTHEVILLE, AR 72315-2939

CLAUDIA N  THEIS
561 JORGENSEN ST
COTATI, CA 94931-7717

CLAYTON  BOIKE
14542 HAROLD ST
TAYLOR, MI 48180-4460

CLEO  WELLS
1108 S ESPLANADE ST
LEAVENWORTH, KS 66048-3522

CLAUDIA  RODRIGUEZ
26927 GLENDALE
REDFORD, MI 48239-2726

CLAYTON  ERNST
4250 S PARKER RD
ANN ARBOR, MI 48103-9318

CLESSIE B  DUNN
2111 REDBUD AVE
ODESSA, TX 79761-1613

CLAUDIA S  BELL
3500 W MANCHESTER BLVD UNIT
INGLEWOOD, CA 90305-4059

CLAYTON  JONES
2780 DICKSON RD
LIMA, OH 45806-9704

CLETE  BALTES
21 SMITH BALTES SHORES RD
NOBLEBORO, ME 04555-9487

CLAUDIA  WAGNER
26477 111TH ST NW
ZIMMERMAN, MN 55398-3506

CLAYTON R  KNAPP
701 S VICTORIA AVE
IOWA PARK, TX 76367-2624

CLETUS  SHOOK
9484 VICKERYVILLE RD
FENWICK, MI 48834-9746

CLAUDIA  ZIMMERMANN
531 SHAMROCK DR
WATERLOO, IL 62298-2776

CLEMENT  KIFFMEYER
458 SCARBOROUGH LN
PAINESVILLE, OH 44077-1389

CLEVELAND  HICKMAN  JR
160 KENDAL DR APT 1007
LEXINGTON, VA 24450-1792

CLAUDIO  INSAURRALDE
14104 NE 200TH AVE
BRUSH PRAIRIE, WA 98606-3906

CLEMENT  THOMA
6409 RUSSELL DR NW
CEDAR RAPIDS, IA 52405-7006

CLIFF  BRUMBELOE
1908 LONNON RD
GRANTS PASS, OR 97527-9183

CLAY  PIERCE
2613 OXFORD OAKS LN
CORINTH, TX 76210-6499

CLENTON L  TAYLOR
2701 POND ST
MELBOURNE, FL 32901-7235

CLIFF  DELANO
1825 MEGAN CIR
EL DORADO, KS 67042-4929

CLAYTON  ANDREW  DITTRICK
246 N 11TH ST
AKRON, PA 17501-1544

CLEO  HAGERDON
4526 DEBRA AVE
DAYTON, OH 45420-3363

CLIFFORD  BRENWALD
10630 SW 69TH TER
OCALA, FL 34476-9339

CLIFFORD COLLIER
600 SW TANGLEWOOD TRL
STUART, FL 34997-6261

CLIFFORD STEELY
24 UNITED ZION CIR
LITITZ, PA 17543-7956

CLINTON TUCKER JR
938 PENN ST
MILTON, PA 17847-7639

CLIFFORD E SIMON
16820 WEST RD APT 209
HOUSTON, TX 77095-5571

CLIFFORD TRIMPEY
101 HIDDEN LN
LATROBE, PA 15650-9421

CLIVE CARLOS CLINE
1144 TRINCHERA DR
AMARILLO, TX 79110-3509

CLIFFORD F MALM PE
PO BOX 80783
SEATTLE, WA 98108-0783

CLIFTON C PRITCHETT
52 WARREN ST
HAWKINSVILLE, GA 31036-4516

CLIVE FRAZIER
PO BOX 972
WINDERMERE, FL 34786-0972

CLIFFORD G KNIER
5365 92ND ST SE
CLEAR LAKE, MN 55319-9633

CLIFTON ELLERBECK
2735 N 15TH PL
FORT DODGE, IA 50501-7224

CLIVE WAITE
1750 SHELDON AVE
MEDFORD, OR 97501-4553

CLIFFORD J [CLIFF] BRUNKER
404 CEDAR AVE
COLLINGSWOOD, NJ 08108-1503

CLINE A TINCHER
16011 BROOKFORD DR
HOUSTON, TX 77059-4608

CLOTEEL AURAND
2062 SINK HOLLOW RD
DIXON, IL 61021-9008

CLIFFORD JENKINS
4940 SUNNYSIDE RD SE UNIT F5
SALEM, OR 97302-3575

CLINT W SCHWANER
424 BROKENBOUGH DR
SLIDELL, LA 70458-1704

CLOTILDE EDWARDS
44 ASHTON ST
PROVIDENCE, RI 02904-2423

CLIFFORD MANCIL
251 LYON ST
WISCONSIN RAP, WI 54495-4718

CLINTON ETHERTON
20858 WINDSONG LN
REDDING, CA 96003-8223

CLOVER NEIL
1386 COUNTY ROAD 5340
BOSS, MO 65440-7596

CLIFFORD MERCER
15725 W EDGEMONT AVE
GOODYEAR, AZ 85395-8126

CLINTON FOULK
3315 ALLAMANDA CT
KISSIMMEE, FL 34746-2730

CLYDE E RICKETTS
5413 W CAIN RD
KNOXVILLE, TN 37921-4980

CLIFFORD P [BUDDY] HODGE
326 W HAMPTON AVE APT 2
SUMTER, SC 29150-4952

CLINTON L BARLOW
62 SPRING ST
WATERTOWN, MA 02472-3424

CLYDE J MIENER
12016 OLD BIG BEND RD
SAINT LOUIS, MO 63122-6810

CLYDE KNOWLES JR
822 GARRISON DR
SAINT AUGUSTI, FL 32092-1016

COL DAVID P GARNER USMC
3498 BEAVER FORD RD
WOODBRIDGE, VA 22192-4913

COL JAMES H THOMAS RET
3601 DUNKELD DR
NORTH LITTLE, AR 72116-6995

CLYDE L WHITE
355 SONOMA AVE
SEASIDE, CA 93955-4741

COL DEWEY CHILLCOTT
140 CRESTVIEW DR
PITTSBURGH, PA 15236-4123

COL JAMES P MORELAND RET
9622 PRIMROSE
GARDEN RIDGE, TX 78266-2548

CLYDE LEE NELSON JR
766 CEDAR LN
CHESTER, SC 29706-2928

COL EDD G BARNES
PO BOX 265
CLEVELAND, NY 13042-0265

COL JOHN LEUENBERGER II
541 E MIRACLE STRIP PKWY
MARY ESTHER, FL 32569-2094

CLYDE SMITH
3675 S LAKESHORE DR
BYRNES MILL, MO 63051-1126

COL EDWARD C CONLEY
7204 OLD RIVER DR
SHREVEPORT, LA 71105-5318

COL KENNETH S COLLINS USAF
5014 DEL MORENO DR
WOODLAND HILL, CA 91364-2424

CLYDE W WAITE
2678 WINDY BUSH RD
NEWTOWN, PA 18940-3601

COL FRANCIS HAROLD DOUGLAS RET
87 MARSH HAWK DR
BEAUFORT, SC 29907-1875

COL MARK S CREVISTON USA
4211 MISTY MORNING WAY APT2
GAINESVILLE, GA 30506-4348

CMS ALLAN MCMILLAN
513 MAPLEWOOD DR
BONAIRE, GA 31005-3111

COL GRAHAM CROW
6206 MEADOW GRV
WINDCREST, TX 78239-2731

COL MAURICE L CLOUSER USA
14100 SPECKING AVE
ANCHORAGE, AK 99515-4123

COBY BRISTOL
1089 W MISSION LN SE
DARIEN, GA 31305-4951

COL HERBERT KAMM
1207 ROCK SPRINGS RD
DUNCANVILLE, TX 75137-2839

COL RICHARD PEABODY
9385 SE 136TH PL
SUMMERFIELD, FL 34491-9311

CODY CARLSON
1784 S APPLE DR
DELTA, CO 81416-3063

COL JAMES D POWELL RET
1847 WHISPERING PINES CIR
ENGLEWOOD, FL 34223-1842

COL ROBERT F [BOB] WOOLLAR
PO BOX 1809
SISTERS, OR 97759-1809

COL CHARLES G SIMPSON
PO BOX 281
BRECKENRIDGE, CO 80424-0281

COL JAMES F BELL
706 FULTON ST
MOUNTAIN HOME, AR 72653-2020

COL ROBERT JOSEPH CORLEY R
202 LAKEWOOD DR
SPARTANBURG, SC 29302-4029

COL WILLIAM J [BILL] REALS JR
28762 BOLANOS
MISSION VIEJO, CA 92692-1055

COLIN C PRIMROSE
14612 W SENTINEL DR
SUN CITY WEST, AZ 85375-6105

COLLEEN INGALLS
8801 VESTAVIA CIR
BUENA PARK, CA 90621-1631

COLEEN SMITH
16500 SE 1ST ST UNIT 6
VANCOUVER, WA 98684-9589

COLLEEN ASSEFF
18920 MEREDITH AVE
EUCLID, OH 44119-1434

COLLEEN JOHNSTON
1459 N HOMESTEAD ST
WICHITA, KS 67208-2409

COLEENE HAVENS
1304 OVERLOOK DR
TAMA, IA 52339-1056

COLLEEN BEDOW
13918 E 29TH CT
SPOKANE VALLE, WA 99037-9400

COLLEEN KLINE
110 OAKEN WAY
MYERSTOWN, PA 17067-3317

COLEIN KEYT
8459 E SAN BENITO DR
SCOTTSDALE, AZ 85258-2423

COLLEEN BOYUM
3166 HIGHWAY 53
INTERNATIONAL, MN 56649-8962

COLLEEN LEE
16404 W 52ND PL
GOLDEN, CO 80403-1795

COLENE MCAVOY
1105 BEARD AVE
DUMAS, TX 79029-5108

COLLEEN CRISOVAN
7321 BILLMYER HWY
TECUMSEH, MI 49286-9529

COLLEEN LUCAS
713 EVERGLADE DR
MCKEESPORT, PA 15135-2231

COLES R POLK
3948 BOLTON ST
AUGUSTA, GA 30909-9559

COLLEEN EARLEY
PO BOX 206
RANIER, MN 56668-0206

COLLEEN LYNETTE RAYBURN
1517 GRAYLOCK ST
LANCASTER, OH 43130-2125

COLETTE BOLTZ
2914 GLENDEVEY DR
LOVELAND, CO 80538-2446

COLLEEN EBERHART
504 E HILLSIDE AVE APT 202
DES MOINES, IA 50315-4738

COLLEEN MOONEY
35 RIVERSIDE DR
ROCKVILLE CEN, NY 11570-5819

COLETTE MALIK
56 WOODSIDE AVE
NORTHPORT, NY 11768-1711

COLLEEN GRIFFITH
214 CASCADE AVE
CHEYENNE, WY 82009-4026

COLLEEN PASSINEAU
1831 COOK AVE
WISCONSIN RAP, WI 54494-6727

COLIN ALONZO CAMPBELL
353 ANDOVER ST
DANVERS, MA 01923-1346

COLLEEN HYLSON-SMITH
315 WASHINGTON ST
WESTFIELD, NJ 07090-3225

COLLEEN SEHR
2801 HIGHWAY 6 E LOT 224
IOWA CITY, IA 52240-2651

COLLEEN VOLMUT
8 S VIEW CT
WADING RIVER, NY 11792-1046

CONNI HOLDERMAN
10080 N CAMINO VALDEFLORES
TUCSON, AZ 85737-3657

CONNIE BROWN
8247 FOX ST
DENVER, CO 80221-4412

COLLEEN WYRICK
912 CRISPEN BLVD
BRUNSWICK, GA 31523-1423

CONNIE ABRAHAMSON
1614 8TH ST S
FARGO, ND 58103-4240

CONNIE CANAL
6244 S 99TH ST
OMAHA, NE 68127-3189

COLLETT MCCABE
3617 IVES WAY
NORMAN, OK 73072-4016

CONNIE ALEXANDER
6423 SUMMIT PEAK DR
COLORADO SPRI, CO 80923-3407

CONNIE CARPENTER
154 KATHY DR
CLARKSVILLE, TN 37040-7329

COLUMBUS CATHOLIC HIGH SCHOOL
COLUMBUS CATHOLIC HIGH SCHOO
3231 WEST 9TH STREET
WATERLOO, IA 50702

CONNIE ANN HURLBURT
609 S MOORE ST
ALGONA, IA 50511-3337

CONNIE CLARK
3048 BARON RD
INTERNATIONAL, MN 56649-9020

COLUMBUS CATHOLIC HIGH SCHOOL
c/o DARLENE HATTON
3231 WEST 9TH STREET
WATERLOO, IA 50702

CONNIE ANN SAMS
1773 WISCONSIN ST
RIVER FALLS, WI 54022-3218

CONNIE CLARK
505 CASEYS BRANCH RD
PURLEAR, NC 28665-9000

COLUMBUS HIGH SCHOOL
c/o MICHELLE CRUISE
2200 26TH ST
COLUMBUS, NE 68601-2614

CONNIE ARCHER
14 TURTLE CRK
MONTICELLO, IL 61856-8267

CONNIE CLINE
PO BOX 1474
SEAGRAVES, TX 79359-1474

CONCORDIA LUTHERAN HIGH SCHOOL
CONCORDIA LUTHERAN HS ALUMNI
1601 SAINT JOE RIVER DR
FORT WAYNE, IN 46805-1488

CONNIE B SHAW
6336 SE 60TH ST
RIVERTON, KS 66770-4179

CONNIE COCKRELL
2605 CHARLESTON DR
BAKERSFIELD, CA 93308-1509

CONCORDIA LUTHERAN HIGH SCHOOL
c/o JANNE ROSS
1601 SAINT JOE RIVER DR
FORT WAYNE, IN 46805-1488

CONNIE BEASLEY
PO BOX 1524
MEXIA, TX 76667-1524

CONNIE CRAWFORD
2227 VALLEY RD
BLOOMSBURG, PA 17815-6551

CONNEY SUTHERLAND
21398 US HIGHWAY 385
DEADWOOD, SD 57732-7312

CONNIE BEDNARIK
9 AVON DR
MADISON, NJ 07940-1201

CONNIE DAUTREMONT
211 N 1ST AVE APT 30
IOWA CITY, IA 52245-3644

CONNIE DIMEDIO
117 CLEMSON RD
BRYN MAWR, PA 19010-3718

CONNIE HICKMAN
134 SUMMIT PLACE DR
MCCLEARY, WA 98557-9502

CONNIE L HEDDINGS
617 HIGH ST
WEST MILTON, PA 17886-8016

CONNIE DONOHUE
28 GILBERT ST APT 2C
RIDGEFIELD, CT 06877-4559

CONNIE HOLMES
105 WILSON ST
WAVERLY, MN 55390-9798

CONNIE L PRICE
10294 N 100 E
OSSIAN, IN 46777-9349

CONNIE E DOWLING
4854 SEQUOIA DR SE
GRAND RAPIDS, MI 49512-9680

CONNIE HORTON
2905 COKER DR
KETTERING, OH 45440-2128

CONNIE LALONDE
2630 FLORIDIANE DR
MELBOURNE, FL 32935-2819

CONNIE ELAINE SLATE
119 STARR DR
MOUNT JULIET, TN 37122-2444

CONNIE HRUSKA
6417 WOODLAND CIR
ASHTABULA, OH 44004-4819

CONNIE LAMP
814 19TH AVE
COUNCIL BLUFF, IA 51501-7254

CONNIE FARR
13 UNIVERSITY CIR
CLINTON, NY 13323-1333

CONNIE J NELSON
6913 MARBURY RD
BETHESDA, MD 20817-6053

CONNIE LAWRENCE
14 W CENTER ST
LITITZ, PA 17543-1822

CONNIE FRANZEN
2914 2ND AVE E
INTERNATIONAL, MN 56649-4410

CONNIE JACKSON
3630 VERSAILLES DR
SAN ANTONIO, TX 78219-2526

CONNIE MARSH
1602 20TH AVE APT 9
INTERNATIONAL, MN 56649-2172

CONNIE GREGORY
501 HILLCREST ST
EL DORADO, KS 67042-3138

CONNIE JONES
6295 78TH AVE NE
WEBSTER, ND 58382-9624

CONNIE MAULT
117 E MAIN ST
ELIDA, OH 45807-1040

CONNIE GRISMER
4573 W ERIE ST
CHANDLER, AZ 85226-2995

CONNIE JONES
2027 GREENBRIER ST
DENISON, TX 75020-7151

CONNIE MILLER
2509 MILLHAVEN CT
VIRGINIA BCH, VA 23454-6329

CONNIE GUNDERMAN
15 SUNSET RD
AVERILL PARK, NY 12018-2527

CONNIE KERBY COLE
166 E COUNTY ROAD 16
TIFFIN, OH 44883-8932

CONNIE PHILLIPS
216 W CENTRAL AVE STE 3-1
EL DORADO, KS 67042-2148

CONNIE R FAGER
520 S BURT ST
CRAIG, NE 68019-4518

CONNIE THOMAS
3275 TWILIGHT LN UNIT 5804
NAPLES, FL 34109-8966

CONSTANCE (CONNIE) ZIACAN
PO BOX 7552
CITRUS HEIGHT, CA 95621-7552

CONNIE SCHUETTE
13158 VERSAILLES YORKSHIRE R
VERSAILLES, OH 45380-9457

CONNIE VERJINSKY
820 25TH AVE S
WISCONSIN RAP, WI 54495-3867

CONSTANCE [CONNIE] FOSS
1435 N SUOMI DR
PRESCOTT, AZ 86303-6554

CONNIE SHRECK
PO BOX 263
WEST MILTON, PA 17886-0263

CONNIE WAGNER
3037 N INDIANA AVE
PEORIA, IL 61603-1958

CONSTANCE [CONNIE] HORN
1803 CALICO RD
MARION, IL 62959-5933

CONNIE SMITH
1214 BEN HILL BLVD
NOLENSVILLE, TN 37135-8486

CONNIE WALLIZE
325 PARK AVE
MILTON, PA 17847-2523

CONSTANCE [CONNIE] SHINN
6195 WAVERLY RD
WEEKI WACHEE, FL 34607-1551

CONNIE SMITH
805 N 23RD ST
LAMESA, TX 79331-2105

CONNIE YOUNG
7886 NATHAN ST SE
SALEM, OR 97317-9192

CONSTANCE C KROECK
75 MORNING SUN AVE
MILL VALLEY, CA 94941-4105

CONNIE SPAULDING
6748 MELRIDGE DR
PAINESVILLE, OH 44077-2154

CONNIE ZAPPITELLO
7320 KINGSBORO DR
CONNEAUT, OH 44030-3285

CONSTANCE CRUSE
278 HARMONY DR
MASSAPEQUA PA, NY 11762-3512

CONNIE SUE HAIDLE
PO BOX 486
WEBSTER CITY, IA 50595-0486

CONRAD A MAMAJEK
2251 WELLINGTON CIR
HUDSON, OH 44236-3491

CONSTANCE DIANA DAVIS
1905 ANN ST
PORTSMOUTH, VA 23704-1601

CONNIE SUE THRUSH
3112 LAKE HIGHLAND LN
BIRMINGHAM, AL 35242-4711

CONRAD C MIPRO
941 SENA DR
METAIRIE, LA 70005-1624

CONSTANCE DILLON
716 WATER ST
JOLIET, IL 60436-2778

CONNIE TELL
5607 SW 5TH PL
DES MOINES, IA 50315-5118

CONRAD W ADAHL
5012 74TH AVE NE
DEVILS LAKE, ND 58301-8816

CONSTANCE FISHER
4419 BILLTOWN RD
LOUISVILLE, KY 40299-3941

CONSTANCE  HUGHES
20 DUCK MARSH LN
CHATHAM, MA 02633-1131

CONSTANCE  SCHAEFER
1828 PINE TREE DR
EDGEWATER, FL 32132-3225

CORBY FRERE
63 VALLEY CT
HOWARD, OH 43028-9003

CONSTANCE  JAN PRICE
102 VALLEY FORGE DR
GREER, SC 29650-3565

CONSTANCE  SCHATZOFF
27 BRENT RD
LEXINGTON, MA 02420-1815

CORDELIA  ENGLISH
1319 ELSONA DR
SUNNYVALE, CA 94087-3017

CONSTANCE  JOHNSON
312 W DEVITT DR
SIOUX FALLS, SD 57108-2423

CONSTANCE  SHEREYKA
12 HILLTOP AVE
SOUTH AMBOY, NJ 08879-1239

CORDI OLSON
1523 11TH AVE
INTERNATIONAL, MN 56649-3618

CONSTANCE  KITCHEN
13551 SUNNYVALE AVE
WESTMINSTER, CA 92683-3232

CONSTANTINE  VENTSIAS
2710 LONG RIDGE RD
STAMFORD, CT 06903-1126

CORENE VELMA BANKSTON-PER
1236 OAKLAND PKWY
LIMA, OH 45805-2406

CONSTANCE  L [CONNIE] HAUSER
7811 BURR RIDGE CT NE
CEDAR RAPIDS, IA 52402-6729

CONWELL-EGAN CATHOLIC HIGH SCHOO
CONWELL-EGAN CATHOLIC HIGH S
611 WISTAR RD
FAIRLESS HILL, PA 19030-4105

CORINNE BEACH
PO BOX 3647
RANCHO SANTA, CA 92067-3647

CONSTANCE  M HALL
192 SHAFER RD
CORAOPOLIS, PA 15108-1093

CONWELL-EGAN CATHOLIC HIGH SCHOO
c/o JANET DOLLARD
611 WISTAR RD
FAIRLESS HILL, PA 19030-4105

CORINNE BRINDOS
1602 20TH AVE APT 20
INTERNATIONAL, MN 56649-2173

CONSTANCE  MONICA O'NEILL
20 TILLEY AVE
NEWPORT, RI 02840-2137

CORA GILES
1211 DARREN DR
PORTSMOUTH, VA 23701-3730

CORINNE KOOPMAN
23821 ROAD 9.7 NW
QUINCY, WA 98848-8974

CONSTANCE  OVERBY
2980 OLD CHURCH RD
CUMMING, GA 30041-7479

CORA H SWACKHAMER
37 VALLEY VIEW EST
OXFORD, NJ 07863-3309

CORINNE M EDWARDS
4545 OAK POINTE DR
BRIGHTON, MI 48116-9780

CONSTANCE  RINEHART MSW
2203 JOHNSTONE ST
NEWBERRY, SC 29108-4035

CORBETT GRANGER
6701 CHESTER AVE APT 133
JACKSONVILLE, FL 32217-2263

CORINNE REESE
6808 SANDHARBOR CT
MAINEVILLE, OH 45039-9222

CORINNE WARD
645 COUNTY RD S
JUNCTION CITY, WI 54443-9473

CORRINE JARVIS
4241 PIERSON DR
HUNTINGTON BE, CA 92649-3050

CPO PETER LEE
17 WILLOW BREEZE CT
PORTSMOUTH, VA 23703-5089

CORNELIOUS ANTHONY CHAMBLISS
8 EWELL CT
HAMPTON, VA 23669-3621

CORRINE KAMPMANN
705 MARK AVE
SHEBOYGAN FAL, WI 53085-1753

CRAIG A ESHLEMAN
6638 OAKLAND HILLS DR
LAKEWOOD RANC, FL 34202-2519

CORNELIUS [NEAL] ELLIOTT
1000 LISTON LN
PORTSMOUTH, VA 23701-4007

CORTRELL G WILLIAMS
2114 NW 55TH BLVD APT 28
GAINESVILLE, FL 32653-2170

CRAIG A HARDMAN
410 33RD AVE
SEATTLE, WA 98122-6302

CORNELIUS [NEIL] ALEXANDER
521 WOODLAND DR
RADNOR, PA 19087-4609

CORY ISEBRAND
444 7TH AVE SE
LE MARS, IA 51031-2108

CRAIG A LINNEMEIER
616 FALLEN TIMBERS TRL
FORT WAYNE, IN 46825-2031

CORNELIUS E HARDING JR
2623 ROANOKE AVE
PORTSMOUTH, VA 23704-6331

CORY P ROSS
825 E 2ND ST N
WICHITA, KS 67202-2732

CRAIG BAGGETT
1731 N MELVINA AVE
CHICAGO, IL 60639-3919

CORNELIUS L WHITE
3638 10TH ST
ALEXANDRIA, LA 71302-5603

COSTANTINO D SABATINI
28 PLEASANT PINES AVE
CENTERVILLE, MA 02632-1423

CRAIG BENEDETTI
4910 FISH HATCHERY RD
GRANTS PASS, OR 97527-9592

CORNELL ROBERT [BOB] FUERST
9 PANORAMA DR
SOUTHINGTON, CT 06489-4618

COSTON STURGES
2702 KINGS CANYON CT
HOUSTON, TX 77067-1946

CRAIG BUTRYM
13605 W LINFIELD DR
NEW BERLIN, WI 53151-6240

CORRADO A GIACONA II
1630 PALMER AVE
NEW ORLEANS, LA 70118-6114

COTTIE WENDELL SHORT
1839 MOSLEY FERRY RD
CHAPMANSBORO, TN 37035-5206

Craig C. Smisek
273 Jeru Blvd Apt A
Tarpon Springs, FL 34689-6964

CORRINE CINDY GATES
91913 MARCOLA RD
SPRINGFIELD, OR 97478-8782

CPO FRANCIS BODNAR
5102 N 13TH ST
OMAHA, NE 68110-1318

CRAIG CARLSON
PO BOX 7
SOUTH HAVEN, MN 55382-0007

CRAIG D DEEHRING
5657 GILBERT CT
GOLDEN, CO 80403-2073

CRAIG MCFEATERS
598 MIFFLIN RD
PITTSBURGH, PA 15207-2086

CRICKI MORRISSEY
2749 LAKEWOOD AVE
LOS ANGELES, CA 90039-2647

CRAIG DAVIS
3411 HILLVIEW RD
AUSTIN, TX 78703-1130

CRAIG SHARPE
851 CLARK LN
LINDEN, MI 48451-8510

CRILL B BROWN
1710 MUEGGE RD
SAINT CHARLES, MO 63303-1324

CRAIG E MCMANUS
4728 LORTON AVE
DAVENPORT, IA 52807-1533

CRAIG THOMAS
6042 STARDUST DR APT 2
WATERLOO, IA 50701-8908

CRYSTAL COOPER
16102 EMERALD ESTATES DR AP
WESTON, FL 33331-6123

CRAIG EVAVOLD
PO BOX 321
CLEARWATER, MN 55320-0321

CRAIG TIMM
150 10TH ST N
WISCONSIN RAP, WI 54494-4546

CRYSTAL HORWITZ
304 CAMILLA CT
SUNSET BEACH, NC 28468-4434

CRAIG G CONDON
6318 CATINA ST
NEW ORLEANS, LA 70124-2045

CRAIG TOMKINSON
PO BOX 70
BELMONT, VT 05730-0070

CRYSTAL M BASSLER
1968 W C AVE
KALAMAZOO, MI 49009-5247

CRAIG G JACOBS
300 W 55TH ST APT 9B
NEW YORK, NY 10019-5167

CRAIG TSCHETTER
1505 YELLOWSTONE DR
BROOKINGS, SD 57006-4050

CSMG CHARLES W RICE
2273 S EAGLE ST
AURORA, CO 80014-1521

CRAIG HUGGINS
2090 EDGEWOOD DR
LIMA, OH 45805-1128

CRAIG ZIEMER
1908 ROBIN RD
WATERLOO, IA 50701-3653

CURT AND GINNY MILLER
4611 ABBINGTON DR
HARRISBURG, PA 17109-1602

CRAIG J MILLER
315 HOLT LN
LEWISBURG, WV 24901-1750

CRAWFORD E HICKS
106 TIMBERLEA DR
WARNER ROBINS, GA 31088-7426

CURT B RICE
3040 COLUMBIA ST
SAN DIEGO, CA 92103-6006

CRAIG M JOHNSON CPA
3436 WHITFIELD AVE
CINCINNATI, OH 45220-1525

CRESELLA RUMPER
1914 AZALEA AVE
PORTSMOUTH, VA 23704-5410

CURTIS [UNCLE LAMAR] HOOVE
2178 CROSSROADS DR
LEWISBURG, PA 17837-7420

CURTIS CLOUD
511 HOWARD CT
FAIRMOUNT, IN 46928-1332

CURTIS D [CACTUS] BECK
5910 SE 46TH ST
CARLISLE, IA 50047-9785

CURTIS E HIGHTOWER
2951 MARINA BAY DR STE 130 P
LEAGUE CITY, TX 77573-4078

CURTIS FOWLER
1622 S WESTERN ST
AMARILLO, TX 79106-5925

CURTIS MINTER
4969 FILBERT DR
LOVELAND, CO 80538-8100

CURTIS MYERS
7415 WESTVILLE DR
SAN ANTONIO, TX 78227-2703

CURTIS PFLUG
343 S RALSTIN RD
WICHITA, KS 67209-2225

CURTIS SOKNESS
8106 CRISWOOD PL
AUSTIN, TX 78748-5448

CURTIS TALLMAN
900 SMITH ST
LINDEN, NJ 07036-6416

CW4 BRICE E TOWLE USA
1930 MOUNT JOY RD
BUCHANAN, VA 24066-4417

CW5 RONALD EASTMAN
PO BOX 1352
BURNSVILLE, MN 55337-0352

CY PFANNENSTEIN
32024 SUNRISE RD
AVON, MN 56310-9615

CYNDI MAY
1806 6TH ST E
ASHLAND, WI 54806-2222

CYNTHIA [CINDEE] GARNETT
111 E SUMNER ST
WEYAUWEGA, WI 54983-8971

CYNTHIA [CINDY] BARTLEY
122 CHEROKEE AVE
BLOOMFIELD, KY 40008-6103

CYNTHIA [CINDY] CAPWELL
83 BUCKTHORN DR
LITTLETON, CO 80127-4341

CYNTHIA [CINDY] CHRISTIAN
680 N 2250 W
PROVO, UT 84601-1273

CYNTHIA [CINDY] NAGY
190 24TH AVE NW
NAPLES, FL 34120-6336

CYNTHIA [CYNDIE] KINTER
1018 BRADLEY CT
MOUNT LAUREL, NJ 08054-4210

CYNTHIA A GEIGER
425 ARCH ST
LEAVENWORTH, KS 66048-3432

CYNTHIA A KASICKI
4290 MAC TAVISH ST
COCOA, FL 32927-3858

CYNTHIA ABERTE
840 MERRIMAC ST SE
PALM BAY, FL 32909-4990

CYNTHIA ANN BALDWIN
3380 NANCY CREEK RD NW
ATLANTA, GA 30327-2402

CYNTHIA ANN MCKINNIE
11316 CAMBRAY CREEK LOOP
RIVERVIEW, FL 33579-3920

CYNTHIA BLONIGAN
3018 E SPRING ST
DES MOINES, IA 50320-2033

CYNTHIA BOWMAN
600 WOODSIDE RD
YORK, PA 17406-2300

CYNTHIA C CARGILL
2225 W ACRES RD
JOLIET, IL 60435-5507

CYNTHIA CORSI
4382 E FORT LOWELL RD
TUCSON, AZ 85712-1145

CYNTHIA L BROWN
11411 WAESCHE DR
MITCHELLVILLE, MD 20721-2265

CYNTHIA MILENDER
5256 HIGHWAY 11
INTERNATIONAL, MN 56649-9006

CYNTHIA DELANEY
3000 DAHLIA DR
COLUMBIA, MO 65202-3866

CYNTHIA LEE ANDERSON
807 FLEWELLING AVE
OCOEE, FL 34761-2305

CYNTHIA MOORE
PO BOX 333
ATLANTA, TX 75551-0333

CYNTHIA DENISE GALE
350 MARCO CT
CLERMONT, FL 34711-8005

CYNTHIA M MCELROY
666 MAIN AVE APT 212
NORWALK, CT 06851-1144

CYNTHIA MUNDY
6141 BLACKSBURG RD
TROUTVILLE, VA 24175-6191

CYNTHIA GASTLEY
6686 HOLLY FARM LN
WARRENTON, VA 20187-7280

CYNTHIA M MCKENZIE
4332 340TH AVE
FOLEY, MN 56329-5050

CYNTHIA N CHEAVES
386 LAKEHURST RD APT 102A
BROWNS MILLS, NJ 08015-6829

CYNTHIA GESICKI
6688 OLD A RD
PITTSVILLE, WI 54466-9345

CYNTHIA MAE MADKINS
4025 LAKEVIEW DR
CHESAPEAKE, VA 23323-1615

CYNTHIA NADINE BOIANI
120 EUSTIS AVE
NEWPORT, RI 02840-2864

CYNTHIA HAYDEN
117 GRANNY DR
SNEADS FERRY, NC 28460-9403

CYNTHIA MANTELL
20411 ALMADEN RD
SAN JOSE, CA 95120-3604

CYNTHIA P BALLARD
2393 COLLINS AVE
PINOLE, CA 94564-1548

CYNTHIA HENKEMEYER FRANCIS
1635 GOETTENS WAY
SAINT CLOUD, MN 56301-4980

CYNTHIA MAURO
816 CASADY DR
NORWALK, IA 50211-2011

CYNTHIA ROBERTS
137 TERESA AVE
BELVEDERE, SC 29841-2440

CYNTHIA J [CINDY] BEAMAN
8473 BAKER ST
OMAHA, NE 68122-1263

CYNTHIA MCCOY
28611 VISTA MADERA
RANCHO PALOS, CA 90275-0866

CYNTHIA S HUNSBERGER
29589 CRIPPLE CREEK DR
DAGSBORO, DE 19939-3411

CYNTHIA JACQUES
15672 MICHAEL ST
TAYLOR, MI 48180-5018

CYNTHIA MENDENHALL
3451 DOROTHY LN
RICHMOND, IN 47374-6747

CYNTHIA SANDLIN
18 ANTIQUE LN
HARTSELLE, AL 35640-8300

CYNTHIA SMYTH
41 GIGGLESWICK WAY
EDISON, NJ 08820-1036

CYNTHIA TAMER
2454 W BAYSHORE RD APT 1
PALO ALTO, CA 94303-3526

CYNTHIA THOMPSON
PO BOX 98
GUYMON, OK 73942-0098

CYNTHIA WAGNER
648 METAPE CIR W
BOUND BROOK, NJ 08805-1320

CYNTHIA WILLIAMS
9205 GROVER AVE
LUBBOCK, TX 79424-3676

CYNTHIA WINGO
2030 LEXINGTON WOODS DR
SPRING, TX 77373-3108

CYNTHIA YOKEN
261 CARROLL ST
NEW BEDFORD, MA 02740-1412

CYRUS WEST
1900 SAINT ANDREWS RD # 134
HOLLYWOOD, FL 33021-2946

D ARLENE HARVEY
2000 DUQUESNE AVE APT 2
MCKEESPORT, PA 15132-5103

D BLAKE DUFFY
357 BIRDSALL PKWY
PALMYRA, NY 14522-1307

D CRAIG SWEIGART
34 WESTPOINTE DR
EPHRATA, PA 17522-3001

D ELAINE JACKSON
813 S 14TH ST
RICHMOND, IN 47374-6420

D JEAN VASS
1437 WILCOX AVE
PORTSMOUTH, VA 23704-6945

D JOAN MICKELSON
32520 NE CORRAL CREEK RD
NEWBERG, OR 97132-7006

D KEITH WISEMAN
4423 110TH ST UNIT 31
LUBBOCK, TX 79424-7329

D KING BRAINARD
1336 SEMINOLE DR
FORT LAUDERDA, FL 33304-1608

D L ELLYSON
1085 MADELINE HTS
BREAUX BRIDGE, LA 70517-7531

D MARILYN PEDERSON
PO BOX 702
DEVILS LAKE, ND 58301-0702

D SCOTT LITTLE
22 GEORGIA TRL
MEDFORD, NJ 08055-8942

D T KEITH
633 CARMEL AVE
MADISON, TN 37115-4107

D WYMAN TAYLOR
2030 CURRITUCK DR
SUMTER, SC 29153-1962

D'ALVA REED
3501 CEDAR LN
KILGORE, TX 75662-5755

DAG LARSEN
19191 HARVARD AVE APT 137A
IRVINE, CA 92612-8607

DAISEY BLAKE
3090 ROUTE 136
FINLEYVILLE, PA 15332-3801

DAISY V LOWE
1725 E 60TH ST
TACOMA, WA 98404-4414

DAISY WADE
8804 ABERDEEN CREEK CIR
RIVERVIEW, FL 33569-5217

DALE [WALLY] LINZMEIER
4531 48TH ST S
WISCONSIN RAP, WI 54494-3437

DALE A ETTER
24166 LOGAN RD
ATCHISON, KS 66002-4511

DALE E COLLINS
1708 DIANE DR
SULPHUR, LA 70663-3814

DALE HENDRICKSON
2320 2ND AVE E
INTERNATIONAL, MN 56649-4043

DALE A PUFF
11212 DIEBOLD RD
FORT WAYNE, IN 46845-9259

DALE E MUSKOPF
5388 WINTON RD
FAIRFIELD, OH 45014-3914

DALE HERZOG
10479 APACHE RIVER AVE
FOUNTAIN VALL, CA 92708-6826

DALE BALDWIN
98 LOCUST ST
BELFORD, NJ 07718-1517

DALE FRIZE
1903 DEERWOOD AVE
LOUISVILLE, KY 40205-1203

DALE IMIG
6123 LONGLEAF DR
HOSCHTON, GA 30548-8238

DALE BARNES
2301 WINDSOR DR
BRYAN, TX 77802-4910

DALE G ALEXANDER PHD
1506 18TH TER
KEY WEST, FL 33040-4622

DALE J LONG
806 RIVERSTONE LN
WOODSTOCK, GA 30188-2963

DALE BARTON
10413 W KINGSWOOD CIR
SUN CITY, AZ 85351-1818

DALE G SVETANOFF
14356 170TH AVE
MONTICELLO, IA 52310-8012

DALE JENSEN
704 PAUL BURCH DR
HUDSON, WI 54016-7699

DALE BENDER
12861 I RD
STROMSBURG, NE 68666-5010

DALE H CAMPBELL
305 DUNCAN STATION RD
MCKEESPORT, PA 15135-3307

DALE L BENDER
32 CENTER ST
WATSONTOWN, PA 17777-9112

DALE BOLTON
624 WHITE OAK DR
MARION, AR 72364-2415

DALE H LYONS
31 NATHAN CT
HUDSON, OH 44236-2126

DALE L GREEN
16941 RITCHIE AVE
SAND LAKE, MI 49343-9477

DALE BROWN
1334 SPRING ST
DES MOINES, IA 50315-4555

DALE HARTJE
3545 RUM RIVER DR
ANOKA, MN 55303-1108

DALE L LUTTMAN
14085 TORCH RIVER RD
RAPID CITY, MI 49676-9390

DALE D SPEAR
8023 JENNINGS RD
SWARTZ CREEK, MI 48473-9147

DALE HAUKLAND
148 SANTIAGO DR
DANVILLE, CA 94526-1941

DALE L MILES
PO BOX 1043
SHOSHONE, ID 83352-1043

DALE LOHR
9360 MONTORO DR
CINCINNATI, OH 45231-3019

DALE RODERICK
409 MAGERLE DR
ROGUE RIVER, OR 97537-9575

DALE VAUGHN
6988 SQUAW LAKE RD NE
KALKASKA, MI 49646-9723

DALE M SMITH
PO BOX 295
CHAMPION, PA 15622-0295

DALE SHADE
924 N CALIFORNIA ST
CHANDLER, AZ 85225-6771

DALE W ALLEN
808 53RD AVE E LOT 163J
BRADENTON, FL 34203-5851

DALE MARTIN
32382 VIA MENTONE
DANA POINT, CA 92629-3417

DALE SHEALY EPTING
843 SC HIGHWAY 773
PROSPERITY, SC 29127-8758

DALENE SUE [DEENE] MATHIAS
523 MYRTLE ST
MILTON, PA 17847-2358

DALE MILLER
219 E MAIN ST
PLYMOUTH, WI 53073-1721

DALE SHUTTLEWORTH
PO BOX 342
COLFAX, CA 95713-0342

DALLAS PEGG
101 SW 5TH ST
RICHMOND, IN 47374-4102

DALE P SEYFRIED
827 N POINTE
PORT HURON, MI 48060-4400

DALE SMITH
150 WALTE LN
KEOKUK, IA 52632-2557

DALLAS W LEMCOOL
6110 WESTDALE DR
GRAND BLANC, MI 48439-8512

DALE PARUCH
616 PINEHURST DR
CANTON, MI 48188-3079

DALE SMITH
26174 187TH ST
LEAVENWORTH, KS 66048-7387

DAMARIS A HILL
1316 S 6TH ST
RICHMOND, IN 47374-6826

DALE PATNODE
3665 INVERNESS RD
WATERLOO, IA 50701-4635

DALE STRASSNER
PO BOX 307
WEST MILTON, PA 17886-0307

DAMIAN D [DANNY] MONTEZ
6611 CURTIS AVE
OMAHA, NE 68104-1021

DALE PROSISE
22191 BELL RD
NEW BOSTON, MI 48164-9228

DALE TOLF
3101 WILLARDSHIRE RD
JOLIET, IL 60431-1248

DAN A HALL
9835 SPRING GATE DR
LOUISVILLE, KY 40241-6118

DALE R MCCALL
399 DIEHL DR
MCKEESPORT, PA 15132-7438

DALE VAN AVERY
5112 VALLEY RD
LEVERING, MI 49755-9118

DAN ALLEN
211 S RAMBLER RD
MUNCIE, IN 47304-4139

DAN ARLING
129 E STAR RD
ROSSBURG, OH 45362-9799

DAN FELLER
6204 NORTHRIDGE PKWY
ALLEN, TX 75002-5552

DAN PAUL
1303 MAGNOLIA DR
WAYLAND, MA 01778-2843

DAN B THOMPSON
4532 RIVER THAMES WAY
MASON, OH 45040-7252

DAN FULTON
PO BOX 103
LAKE GEORGE, MN 56458-0103

DAN R LOHMEIER
11647 RALEIGH DR
OMAHA, NE 68164-2046

DAN CAIN
4563 STEADMAN RD
BUCHANAN, GA 30113-2405

DAN HANSON
7 MISTY GLENN DR
CHICKASHA, OK 73018-7810

DAN SNYDER
667 GLENMONT AVE
COLUMBUS, OH 43214-3211

DAN COFFEY
800 W 54TH TER
KANSAS CITY, MO 64112-2334

DAN J KRUEGER
9231 LAUREL ST
BELLFLOWER, CA 90706-5614

DAN STAGGS
167 NORTHVIEW ST
OTTUMWA, IA 52501-1221

DAN DECROIX
604 TYBARBER AVE
MURFREESBORO, TN 37129-8376

DAN KRUGER
7 EDWARD LN
CLANCY, MT 59634-9211

DAN TORTORELLI
15212 GALT ST
SAN LEANDRO, CA 94579-1602

DAN EMFINGER
96 RACETRACK RD
SILVER CITY, NM 88022-9712

DAN L DAVIS
PO BOX 294
SYLVAN BEACH, NY 13157-0294

DAN VERJINSKY
2011 MOUNTAIN RD
MORRIS, IL 60450-8944

DAN ENGEN
7764 W BAY DR
MASON, OH 45040-8440

DAN LISOWE
38 SLATE RIDGE RD
LILY, KY 40740-3102

DANA ALVEY
116 SW J ST
RICHMOND, IN 47374-5337

DAN ERIC BERGSTROM
417 4TH ST
YREKA, CA 96097-3005

DAN MILLER
249 RAINBOW DR #14926
LIVINGSTON, TX 77399-2049

DANA BERILLA
2754 W 15TH ST
YUMA, AZ 85364-4212

DAN FEINBERG
655 VIA FAISAN
SAN CLEMENTE, CA 92673-5644

DAN MILLIS
18067 DANE DR
EDEN PRAIRIE, MN 55347-3496

DANA DAY
2828 BAMMEL LN APT 1108
HOUSTON, TX 77098-1132

DANA DEE CARTER
75 POPLAR FOREST TRCE
HENDERSONVILL, NC 28739-8986

DANEEN CALHOUN
3346 COCHISE DR
PITTSBURGH, PA 15241-1518

DANIEL ANTHONY GATTO
110 OLINDA AVE
DES MOINES, IA 50315-1531

DANA ESTES II
PO BOX 214
KEEDYSVILLE, MD 21756-0214

DANEEN DENNY
4040 NE 43RD AVE
HIGH SPRINGS, FL 32643-5674

DANIEL ARCHIE SINGLETARY
2664 TONEY BAY RD
HOLLY HILL, SC 29059-8781

DANA FRISBIE
186 NW DIAMOND RD
TOWANDA, KS 67144-9148

DANIEL [DAN] CRONIN
775 ROCKDALE DR
SAN FRANCISCO, CA 94127-1721

DANIEL AUSTIN
1260 ASHLAND DR
COLUMBIA, SC 29229-8411

DANA LEE MYERS
351 S US HIGHWAY 31
SEYMOUR, IN 47274-9532

DANIEL [DAN] KIZEWSKI
3220 NORTON ST APT 204
WISCONSIN RAP, WI 54494-1635

DANIEL B BURFEIND
62 HOCKAMICK RD
COOKSTOWN, NJ 08511-1007

DANA MEHLIG
5298 UMBRELLA POOL RD
SANIBEL, FL 33957-2407

DANIEL [DAN] RICHTER
34 HOBART AVE
SHORT HILLS, NJ 07078-2029

DANIEL B HAIT
308 STEEPLE POINTE CIR
DELAFIELD, WI 53018-2450

DANA MORRIS-JONES PHD
4 CARTER BROOK DR
SCARBOROUGH, ME 04074-7124

DANIEL A ABATTO
1670 JULIANNE DR
CASTLETON ON, NY 12033-9627

DANIEL B TUNSTALL
5708 CROMWELL DR
BETHESDA, MD 20816-2002

DANA RYLEY
7151 N 36TH AVENUE CIR
OMAHA, NE 68112-2508

DANIEL A PITT
234 FULTON ST
PALO ALTO, CA 94301-1321

DANIEL CHRISTENSEN
17838 W BRAEWICK RD
GURNEE, IL 60031-5204

DANA SAMUEL [SAM] BURTIS
850 HONOLULU RD
GRIFTON, NC 28530-9097

DANIEL A SALZWEDEL
60 KIVA LOOP
SANDIA PARK, NM 87047-8518

DANIEL D BERGER
316 N 6TH ST
BLACK RIVER F, WI 54615-1242

DANA WETHINGTON
942 SW WOODBRIDGE CT
TOPEKA, KS 66606-4600

DANIEL A SHERKOW
10424 CHEVIOT DR
LOS ANGELES, CA 90064-4408

DANIEL D MUSSELMAN
1137 SUMMERCHASE DR
SAINT JOHNS, FL 32259-4344

DANIEL DEVON POWELL
4300 POWELL RD
GREEN SEA, SC 29545-3512

DANIEL GEORGES
2111 GLENWOOD RD
BROOKLYN, NY 11210-1049

DANIEL J O'NEIL
23289 S MELROSE DR
WESTLAKE, OH 44145-2833

DANIEL DOLAN
PO BOX 600
FAIRFIELD, ID 83327-0600

DANIEL GILLEN
2450 MIDWAY AVE
GRANTS PASS, OR 97527-7105

DANIEL K ROATH
3 INDEPENDENCE CT
GREENSBORO, NC 27408-4200

DANIEL F [DAN] ZINSSER
4 CHELSEA CT
PRINCETON, NJ 08540-4314

DANIEL GRABILL
107 CONSTITUTION BLVD
LOCUST GROVE, VA 22508-5266

DANIEL KANE
2400 LEGACY CT APT 350
SANTA FE, NM 87507-4869

DANIEL F [FRANK] SHUMPERT III
503 PELION RD
PELION, SC 29123-9074

DANIEL GRAVES
433 E 43RD ST
HIBBING, MN 55746-3240

DANIEL KELETI
12216 ALHAMBRA ST
SHAWNEE MISSI, KS 66209-2233

DANIEL FARRELL
15 PINE CONE DR
ALFRED, ME 04002-3742

DANIEL HELMSTADTER
421 PAPER MILL RD
NEWARK, DE 19711-7511

DANIEL KELLEHER
408 MORRIS AVE
SPRING LAKE, NJ 07762-1320

DANIEL FIX JR
PO BOX 82
WATERLOO, IA 50704-0082

DANIEL J DAHLEN
3121 23RD AVE SW
DEVILS LAKE, ND 58301-8507

DANIEL KONCHAR
18 BROOKS AVE
NEWPORT, RI 02840-1840

DANIEL FORRESTER
4714 GREENWAY AVE
WILMINGTON, NC 28403-1516

DANIEL J DETARANTO
4750 W NEBRASKA ST
TUCSON, AZ 85757-9223

DANIEL L [DANNY] ENGLISH JD
16234 W 71ST PL
ARVADA, CO 80007-7573

DANIEL G WILLIAMS
7320 MALLORY CIR
ALEXANDRIA, VA 22315-4704

DANIEL J HANCE
84 VALLEY VIEW CT
SAN MATEO, CA 94402-3641

DANIEL L ARNETT
4824 WENATCHIE TRL
LIMA, OH 45805-4183

DANIEL GAVIN
PO BOX 25724
MIAMI, FL 33102-5724

DANIEL J O'CONNOR
15 WATSON DR
WEST SIMSBURY, CT 06092-2233

DANIEL L CHERNAULT
8039 OAKWOOD TRCE
HOUSTON, TX 77040-4445

DANIEL L JANOVYAK
739 PLEASANT DR
SHOREWOOD, IL 60404-9577

DANIEL L MARSEGLIA
28 BLUEBONNET RD
LANGHORNE, PA 19047-3402

DANIEL L PLAYFORD
3929 DENT ST
MARTINEZ, GA 30907-2571

DANIEL LIBERMAN
7 WARSON TER
SAINT LOUIS, MO 63124-1666

DANIEL MENDOZA
546 FRANKLIN ST
ELIZABETH, NJ 07206-1209

DANIEL NIEVES
6038 MORNINGDALE AVE
LAKELAND, FL 33813-2852

DANIEL OBERLE
6802 MOSSRIDGE DR
HOUSTON, TX 77069-2318

DANIEL OESTERLE
1931 EPLEY RD
WILLIAMSTON, MI 48895-9488

DANIEL P TIETJEN
115 SENECA DR
MARIETTA, OH 45750-1241

DANIEL R BLANKE
N8203 SNAKE RD
ELKHART LAKE, WI 53020-2010

DANIEL R MEYERS JR
610 HIGHLAND CT
MANDEVILLE, LA 70448-7022

DANIEL R STANLEY
2402 INDIANOLA AVE
DES MOINES, IA 50315-1979

DANIEL R TYLER
987 NEPTUNE WAY
MONTROSE, CO 81403-4656

DANIEL RANSHAW
205 W GRANT AVE
MYERSTOWN, PA 17067-2318

DANIEL RAY HARRISON JR
4599 90TH CT SW
BELL, FL 32619-1935

DANIEL RICE
PO BOX 33
JEFFERSON, OH 44047-0033

DANIEL S BRINING
1807 N FELTS RD
SPOKANE VALLE, WA 99206-3952

DANIEL SAPOLSKY
240 N COLLIER BLVD APT G9
MARCO ISLAND, FL 34145-3031

DANIEL SULLIVAN
112 GRACE ST
ROSELLE, NJ 07203-1822

DANIEL TAYLOR
2682 DONOVAN AVE
BELLINGHAM, WA 98225-7624

DANIEL TORR
2564 S COUNTY ROAD 25 W
GREENCASTLE, IN 46135-8884

DANIEL W FRY SR
PO BOX 25
WEST MILTON, PA 17886-0025

DANIEL W FUGETT
100 COUNTY ROAD 646
CEDAR BLUFF, AL 35959-3440

DANIEL W SOIFER
10456 MAYFLOWER RD
SPRING HILL, FL 34608-2812

DANIEL WEBSTER KNIGHT
729 MCLEOD RD
WALTERBORO, SC 29488-6456

DANIEL WEGNER
1700 8TH AVE TRLR 2
INTERNATIONAL, MN 56649-3604

DANIELE GARDNER
6043 SUELLEN CT
GOLETA, CA 93117-1776

DANIELLE PORTERFIELD
4755 DIXIE WAY
MIMS, FL 32754-4909

DANNA R SMITH
1001 E ARCADIA AVE
PEORIA, IL 61603-2733

DANNELLE HAYES
1213 S 20TH ST
RICHMOND, IN 47374-7042

DANNELLY M BRABHAM
29 BEACON HILL RD
COLUMBIA, SC 29210-5601

DANNIE CARVER
3651 MARCELLA AVE
STOW, OH 44224-4118

DANNY [RHINO] JOHNSON
107 BROOKBEND RD
MAULDIN, SC 29662-1625

DANNY BOYLE
2305 PEPPERMINT LN
LEMON GROVE, CA 91945-3441

DANNY D SEASE
1229 EVANS ST
DES MOINES, IA 50315-3822

DANNY EARL YOUNG
309 HARMONY LOOP
SHERMAN, TX 75090-7366

DANNY HUKLE
285 JOHNSON DR APT 59
SHEPHERDSVILL, KY 40165-6470

DANNY J GIPSON
1919 WATER FALL WAY
WYLIE, TX 75098-7830

DANNY L BECHTOL
28701 S MAPLE ST LOT 230
ROMULUS, MI 48174-2339

DANNY L POLK
10045 PALERMO CIR APT 104
TAMPA, FL 33619-5074

DANNY LEE MCHATTON
PO BOX 705
ADKINS, TX 78101-0705

DANNY LYON
6039 E COUNTY ROAD 700 S
PLAINFIELD, IN 46168-9064

DANNY MICHAEL FERRARI
2911 MERLE HAY RD APT 6
DES MOINES, IA 50310-1104

DANNY MONTGOMERY
3405 AVENUE Q
GALVESTON, TX 77550-7559

DANNY O'NEAL
33339 NICHOLAS CMN
TEMECULA, CA 92592-4359

DANNY R ERICKSON
1032 S GRANT ST
MOSES LAKE, WA 98837-2332

DANNY WILLIAMSON
3216 DANAHA ST
TORRANCE, CA 90505-6925

DAPHNE GLASSMAN
233 FALMOUTHPORT DR
TEATICKET, MA 02536-5805

DARCY KLEIN
1807 S 20TH ST
GRAND FORKS, ND 58201-6148

DARIA A MELDER
7217 BENSON CT
NEW ORLEANS, LA 70127-2003

DARIA L PETRILLI-ECKERT
90 BOLTON RD
HARVARD, MA 01451-1601

DARL L TIPPLE
9565 VILLA WAY
MIAMISBURG, OH 45342-5283

DARL S MARVIN
3703 LAKE AVE APT 103
ASHTABULA, OH 44004-5734

DARLA D JANTZER
1437 QUAIL XING
GRANTS PASS, OR 97526-3688

DARLA EAGY
23884 COUNTY ROAD D
ARCHBOLD, OH 43502-9723

DARLA OXLEY
1023 GRANGE HALL RD
FENTON, MI 48430-1615

DARLEEN GOODWIN
9188 RUSH ST
CLARKSVILLE, MI 48815-9819

DARLEEN TAYLOR
6 WEIGAND LN
DELMAR, NY 12054-2731

DARLENE [DEE DEE] HOWARD
1017 HAMPTON TER
NORTH AUGUSTA, SC 29841-3461

DARLENE [TERSE] STAMOS
1074 CRESTWOOD CT APT 1426
ELK GROVE VIL, IL 60007-3845

DARLENE ALDIS
26336 SUSAN ST
TAYLOR, MI 48180-3023

DARLENE ALVAREZ
1615A DIVISION ST
MANITOWOC, WI 54220-5627

DARLENE ANDERSON
1945 N BENTON DR TRLR 50
SAUK RAPIDS, MN 56379-2653

DARLENE ANDREWS
469 EUNICE ST
EL DORADO, KS 67042-3339

DARLENE BULLINGTON
7925 MITCHAM DR
AMARILLO, TX 79121-1029

DARLENE BYRNE
1517 TIMEA ST
KEOKUK, IA 52632-3952

DARLENE DENESE HOARD
253 HARBOR VILLAGE DR
MADISON, TN 37115-2294

DARLENE DRULEY
1223 TINGLER RD W
RICHMOND, IN 47374-9203

DARLENE FOLEY
330 RIDGEVIEW LN
MONROE, OH 45050-1461

DARLENE GEURIN
9413 E HEANEY CIR
SANTEE, CA 92071-2919

DARLENE GOULD-MURRAY
1030 LEE ST
FENTON, MI 48430-1568

DARLENE HATCH
714 N MOLINE ST
ROCKPORT, TX 78382-5109

DARLENE HERRICK
271 W PASEO RECORTADO
GREEN VALLEY, AZ 85614-3468

DARLENE KITELEY
10702 W CAMELOT CIR
SUN CITY, AZ 85351-1509

DARLENE KUMMER
7209 MOENNING RD
SHEBOYGAN, WI 53081-9129

DARLENE KVATERNIK
3309 BRISBAN ST
HARRISBURG, PA 17111-1860

DARLENE L LARSEN
4227 N US HIGHWAY 1
FORT PIERCE, FL 34946-8446

DARLENE L MEANS
1704 DAKOTA ST
LEAVENWORTH, KS 66048-1112

DARLENE LINSKEY
245 WILDWOOD DR LOT 77
SAINT AUGUSTI, FL 32086-5545

DARLENE MASON
PO BOX 218
WEST ALEXANDR, OH 45381-0218

DARLENE MILLER
PO BOX 41
SENECA, OR 97873-0041

DARLENE NORMAN
1001 S MAIN ST
CHAMBERLAIN, SD 57325-1627

DARLENE WALLS
2006 4TH AVE
INTERNATIONAL, MN 56649-3940

DARREL L LECKLITER
320 N WALNUT
HOWARD, KS 67349-4864

DARLENE OLSEN
PO BOX 508
RANIER, MN 56668-0508

DARLENE WILLIAMS
3820 N NEWHALL ST
MILWAUKEE, WI 53211-2220

DARRELL A DETRO
1003 BARRINGTON DR
GREENCASTLE, IN 46135-8191

DARLENE RICHARDS
PO BOX 96
EFFIE, MN 56639-0096

DARLENE WYTCHERLEY
5220 DEMARAY DR
GRANTS PASS, OR 97527-7112

DARRELL ALONZO WHITFIELD
9500 DASHIA DR
FORT WASHINGT, MD 20744-3767

DARLENE S BENETTI
1990 SOUTHGATE WAY
GRANTS PASS, OR 97527-9235

DARLOS PRESTON
2505 MARIAN ST
GRAND PRAIRIE, TX 75050-2123

DARRELL BECKER
5114 RUSSELL DR
GREENDALE, WI 53129-2836

DARLENE SCHMITT
W6408 JUDY DR
PLYMOUTH, WI 53073-3418

DAROLD PIERRON
476 W WARD ST
VERSAILLES, OH 45380-1136

DARRELL BENNETT JR
602 W LAKE CIR
CHESAPEAKE, VA 23322-8389

DARLENE SMITH
9660 WARWICK DR
DESERT HOT SP, CA 92240-1324

DARREL DAVIS
615 N ROAN ST
ALGONA, IA 50511-1953

DARRELL BLAIR
4 HEATHER CT
WASHINGTON, IL 61571-2396

DARLENE SOCKRIDER
47 N WESTVIEW CT
MELBOURNE, FL 32934-8005

DARREL DOUGLAS
556 PORTER GREEN DR SE
BESSEMER, AL 35022-6618

DARRELL GORTER
240 118TH AVE SE APT 14
BELLEVUE, WA 98005-3569

DARLENE TORR
5839 LAFAYETTE ST
CLAYTON, IN 46118-9486

DARREL ESTABROOKS
5745 S LOWELL BLVD
LITTLETON, CO 80123-2847

DARRELL J ESTENSON
2303 90TH ST
LUBBOCK, TX 79423-4309

DARLENE TROTTER
201 CARTWRIGHT DR
RICHMOND, IN 47374-3954

DARREL FINE
5042 S COUNTY ROAD 400 E
GREENCASTLE, IN 46135-8057

DARRELL M RUF
1525 WHITETAIL LN
CEDARBURG, WI 53012-8955

DARRELL OARD
1912 W COURTSIDE DR
PEORIA, IL 61614-1264

DARRIN J MILLS
PO BOX 421
CORY, CO 81414-0421

DARYL ABBOTT
PO BOX 5501
CAREFREE, AZ 85377-5501

DARRELL OLGES
9630 SIANO PINES DR
HUMBLE, TX 77396-4218

DARRYL HORNBERGER
219 STEPHEN LN
EPHRATA, PA 17522-9709

DARYL CLIFTON
PO BOX 261
COTOPAXI, CO 81223-0261

DARRELL OSTENDORF
320 6TH AVE S
SARTELL, MN 56377-1964

DARRYL JACKSON
2446 IMPALA DR
CINCINNATI, OH 45231-1720

DARYL F WITTE
28211 FOUNTAIN ST
ROSEVILLE, MI 48066-4761

DARRELL RAYMOND BEIMERS
5201 E 86TH ST
NEWAYGO, MI 49337-8610

DARSIE GETTINGER
4854 SHARON AVE
COLUMBUS, OH 43214-1841

DARYL LYNN STEPHENS
1840 GLEN ECHO RD
JOHNSON CITY, TN 37604-2742

DARRELL STAFFORD
3497 LEONARD RD
GRANTS PASS, OR 97527-6151

DART NICKEL
520 JOHNSON STREET RD
KEOKUK, IA 52632-2206

DARYL NAPIER
1497 W PLEASANT PLAIN RD
WILLIAMSBURG, IN 47393-9760

DARRELL SWEET
2004 PARK RD
JACKSON, MI 49203-4938

DARVIN C PARKER
1706 WINDCHIME DR
DALLAS, TX 75224-4819

DARYL PARKS
3000 MALLARD PT
ISLAND LAKE, IL 60042-9791

DARRELL T HILL
140 LANNEAU DR
GREENVILLE, SC 29605-1710

DARWIN A [BUTCH] VOIGT
27181 RIDGEWOOD DR
MERRIFIELD, MN 56465-4295

DARYL PRICE
812 BRAMPTON LN
SAINT AUGUSTI, FL 32084-1882

DARRELL WILSON
12861 WEST ST SPC 106
GARDEN GROVE, CA 92840-5600

DARWIN DIRKS
800 S GREENWOOD DR
LE MARS, IA 51031-2443

DARYL R GORDON
2364 N TOWNSHIP ROAD 165
TIFFIN, OH 44883-8464

DARRIN FRYE
120 BINDL DR
REEDSBURG, WI 53959-2415

DARWIN LAMB
1821 TWO MILE AVE
WISCONSIN RAP, WI 54494-6768

DAVE A ROGERS
8835 SW CHERRY LN
STUART, FL 34997-7105

DAVE ADAMS
89 SURREY DR
BRUNSWICK, OH 44212-1212

DAVE LONGER
2387 N TWELVE OAKS DR
FAYETTEVILLE, AR 72703-6118

DAVE SUMMY
2200 COUNTRY CLUB RD
INDIANOLA, IA 50125-1197

DAVE B WILLIAMSON
1323 MIDDLESEX AVE NE
ATLANTA, GA 30306-3278

DAVE PELLEGROM
4700 PINEWOOD DR
MIDLAND, MI 48640-1978

DAVE W SCHEVERS
1916 OTTE RD
WEST POINT, IA 52656-9342

DAVE BARRON
115 LOS ARBOR DR
DELAND, FL 32724-1259

DAVE REGAN
35815 WILLOW WAY
EUSTIS, FL 32736-9661

DAVID [DAVE] BOLLEI
PO BOX 236
TIFFIN, IA 52340-0236

DAVE CAMP
411 S SUMMIT ST
BANCROFT, IA 50517-8029

DAVE RILEY
3398 MOUNT VERNON DR
WATERLOO, IA 50701-4621

DAVID [DAVE] LUCAS
4263 HIGHWAY 13
CENTRAL CITY, IA 52214-9690

DAVE COX
2834 1/2 PATTERSON ST
KLAMATH FALLS, OR 97603-6999

DAVE SCHACHTER
516 BRYAN ST SE
ATLANTA, GA 30312-3307

DAVID [DAVE] NORTH
921 W BEYER RD
LUDINGTON, MI 49431-9525

DAVE D RUSSELL
1610 SE N ST
GRANTS PASS, OR 97526-4028

DAVE SCHATTEL
528 SW A ST
RICHMOND, IN 47374-4023

DAVID [JERRY] EVANS
PO BOX 668
DEFUNIAK SPRI, FL 32435-0668

DAVE F CORNER
9854 HUNTINGDON LN
SAINT LOUIS, MO 63123-6416

DAVE SCHEUNEMANN
2200 S PALMETTO AVE
MARSHFIELD, WI 54449-5330

DAVID [LEE] CERNUSKA
43395 SHIRLEY CANNON RD
GONZALES, LA 70737-7539

DAVE GILTROW
PO BOX 389
SANTA FE, NM 87504-0389

DAVE SCHNEIDER
1106 W NOPAL PL
CHANDLER, AZ 85224-2320

DAVID A AMOROSE SR
8 BERKLEY AVE
JOLIET, IL 60433-1542

DAVE HART
11467 W RAUL ST
BOISE, ID 83709-7380

DAVE SEYMOUR
1725 N 170TH ST
OMAHA, NE 68118-2837

DAVID A CAMPBELL JR
2201 BAY AVE APT 102
OCEAN CITY, NJ 08226-2570

DAVID A CRAMER
HC 72 BOX 850
TOK, AK 99780-9402

DAVID A KRAUSE
2199 PATRIOT BLVD
GLENVIEW, IL 60026-8018

DAVID ALAN SADLER
1493 CATALINA LN
AURORA, IL 60504-3708

DAVID A FORTMEYER
1829 GLENLIVET CT
FORT WAYNE, IN 46804-3851

DAVID A KROPP
11132 3RD ST
MOKENA, IL 60448-1107

DAVID ALLMANN
PO BOX 1713
FOND DU LAC, WI 54936-1713

DAVID A FRITZ
3964 PATRICIA LN
RICHFIELD, WI 53076-9778

DAVID A KUCZINSKI
1818 N HERON DR
RIDGEFIELD, WA 98642-9582

DAVID ALLSUP
1113 9TH ST SE
ALTOONA, IA 50009-2708

DAVID A GITTRICH
6220 E 8TH ST N
WICHITA, KS 67208-3608

DAVID A MARTIN
1375 PERSHING BLVD APT 802
SHILLINGTON, PA 19607-1463

DAVID ARMSTRONG
502 S CHAPARRAL
BURNET, TX 78611-2961

DAVID A HANKIN
1850 TURK ST APT 101
SAN FRANCISCO, CA 94115-4492

DAVID A RAUSCH
10872 QUIN SIGAMOND LN
CENTRAL LAKE, MI 49622-9704

DAVID ARMSTRONG
18802 N 96TH LN
PEORIA, AZ 85382-2604

DAVID A HITT
5320 CHINOOK CT
LAKE OSWEGO, OR 97035-8108

DAVID A REDING
595 9TH AVE NW
NEW BRIGHTON, MN 55112-4242

DAVID B (DAVE) NEWCOMB
8535 GENESEE RD
TAYLORSVILLE, CA 95983-9733

DAVID A HOGFOSS
PO BOX 12581
GRAND FORKS, ND 58208-2581

DAVID A REMENSCHNEIDER
9815 PIONEER TRL
LEO, IN 46765-9309

DAVID B [DAVE] MOORES
6325 HIRAM AVE
ASHTABULA, OH 44004-7630

DAVID A JENKINS
2413 ROBINSON RD
KNOXVILLE, TN 37923-1327

DAVID A ROSENBLUM
PO BOX 180
KILLINGTON, VT 05751-0180

DAVID B CARR
PO BOX 311
VILLANOVA, PA 19085-0311

DAVID A KNICKEL
16330 HICKORY POINT RD
HOUSTON, TX 77095-4008

DAVID A TOMFOHRDE
403 N LINCOLN ST
HINSDALE, IL 60521-3444

DAVID B TILLMAN MD
5544 E THE TOLEDO
LONG BEACH, CA 90803-3936

DAVID BALDWIN
8859 S 350 E
LYNN, IN 47355-9359

DAVID BELL
628 OAKFIELD TRL
MEBANE, NC 27302-8870

DAVID BENJAMIN GILLUS JR
4206 DEGNAN BLVD
LOS ANGELES, CA 90008-4552

DAVID BENTON WHITTAKER
68690 JARANA RD
CATHEDRAL CIT, CA 92234-8111

DAVID BERNHARDT
536 E HOLSTEIN WAY
MURRAY, UT 84107-6627

DAVID BLACK JR
1071 FAIRWOOD LN
WINTER HAVEN, FL 33881-8767

DAVID BRADLEY
4310 GOSEY HILL RD
FRANKLIN, TN 37064-7721

DAVID BREDOW
10591 OAK LN APT 17113
BELLEVILLE, MI 48111-4766

DAVID BRUCE DENTLER
3 WINCHESTER CT
MECHANICSBURG, PA 17050-8222

DAVID C CROWE
9509 NUT TREE CT
ELK GROVE, CA 95624-1916

DAVID C FONDRIE
2216 E LAKE BLUFF BLVD
SHOREWOOD, WI 53211-1761

DAVID C FULTON
65 WEST ST
GROTON, CT 06340-4412

DAVID C GREEN
996 SUMMER PL
PITTSBURGH, PA 15243-2061

DAVID C JONES
19950 MILLWOOD RD
EASTON, KS 66020-8050

DAVID C MORROW
38 S MAIN ST
JEFFERSONVILL, OH 43128-1019

DAVID C PERKINS
238 LAKECREST AVE
BATON ROUGE, LA 70807-2539

DAVID C SIEGFRIED
30 WESTERN DR
SHORT HILLS, NJ 07078-3230

DAVID C TURNER
12770 US HIGHWAY 166
ARKANSAS CITY, KS 67005-6063

DAVID CARRIS
65 E BEMIS RD
SALINE, MI 48176-9492

DAVID CHRISTIANSEN
12403 E 19TH AVE
SPOKANE VALLE, WA 99216-2530

DAVID CLYDE WILLIAMS
104 RIO LEON CV
GEORGETOWN, TX 78633-5064

DAVID COFFELT
3009 MISSOURI AVE
LAS CRUCES, NM 88011-4815

DAVID COFFEY
300 CASA DEL LAGO WAY
LENOIR CITY, TN 37772-4484

DAVID CORLEY
1206 LA PAZ DR
ANDREWS, TX 79714-2608

DAVID COVELY
220 S PROSPECT AVE APT 14
REDONDO BEACH, CA 90277-3582

DAVID CROWTHER
1141 ROCKPORT WAY
SALINAS, CA 93906-4927

DAVID CRUME
228 ALPHA AVE
LOUISVILLE, KY 40218-3206

DAVID D [DAVE] HENKE
8919 COUNTY RD N
SAYNER, WI 54560-9766

DAVID D BAALS
915 PASADENA DR
FORT WAYNE, IN 46807-2506

DAVID D BRAMHALL
440 CERRILLOS DR
FARMINGTON, NM 87401-9278

DAVID D IGELMAN
1668 E MAGNOLIA CT SW
OCEAN ISLE BE, NC 28469-6403

DAVID D WILKES
125 OWSLEY AVE
LEXINGTON, KY 40502-1525

DAVID DAVID
6495 HEMLOCK ST
VESPER, WI 54489-9446

DAVID DAVIDSON
608 N 7TH ST
HIAWATHA, KS 66434-1930

DAVID DE BLOIS
342 CHESTNUT ST
WILMINGTON, MA 01887-3314

DAVID DEETS
3212 SW 2ND ST
DES MOINES, IA 50315-7606

DAVID DICKEY
1918 WISDOM DR APT 3
AMARILLO, TX 79106-2461

DAVID DOTY
460 E 5TH ST
OAKBORO, NC 28129-9318

DAVID E ASHBY II
807 PINEVIEW DR
PAPILLION, NE 68046-4732

DAVID E BEAN
2232 BIRON DR E
WISCONSIN RAP, WI 54494-8754

DAVID E BENNER
6974 UPPER YORK RD
NEW HOPE, PA 18938-9510

DAVID E CHUTE
4703 COUNTY ROAD 29
RAY, MN 56669-9024

DAVID E CONKLIN
2361 BAY VIEW AVE
CARMEL, CA 93923-9117

DAVID E FERRUCCI
16 CRANDELL CT
PALM COAST, FL 32137-9010

DAVID E HERREWIG
9713 W DEBBIE LN
MILWAUKEE, WI 53224-4619

DAVID E JORDAN
3704 PROSPERITY AVE
FAIRFAX, VA 22031-3325

DAVID E KAPAUN
225 S VINE ST
WICHITA, KS 67213-4063

DAVID E LAWRENCE
840 OAK FAIRWAY CT
MAYSVILLE, KY 41056-7908

DAVID E LIPSON MD
302 HEIGHTS RD
RIDGEWOOD, NJ 07450-2416

DAVID E PEROTTI
44 OAK VALLEY DR
NOVATO, CA 94947-1936

DAVID E PRIBANIC
124 ARROWOOD DR
CRANBERRY TOW, PA 16066-7302

DAVID E RAMOS
1172 S MAIN ST # 339
SALINAS, CA 93901-2204

DAVID E SMALL
2394 SLATER HILL LN E
YORK, PA 17406-7598

DAVID EADIE
416 CARDINAL DR
MOUNT VERNON, IL 62864-2246

DAVID EAGERTON
3421 LAKESHORE DR
FLORENCE, SC 29501-8233

DAVID EARL BLACKMAN
PO BOX 94
COLLBRAN, CO 81624-0094

DAVID EDSALL
84 N AUDUBON RD
INDIANAPOLIS, IN 46219-5819

DAVID EDWARD LANGSAM
336 LYNCROFT RD
NEW ROCHELLE, NY 10804-4123

DAVID EILAR
1202 FAIRACRES RD
RICHMOND, IN 47374-1144

DAVID ENGEL
5597 3RD AVE
RUDOLPH, WI 54475-9543

DAVID ENGLAND
63 EAKES THOMPSON RD
MOUNT JULIET, TN 37122-4152

DAVID EUGENE HOUDESCHELL
2613 WILLIAMSBURG LN NW APT
CANTON, OH 44708-1432

DAVID F HUME
157 DEERFIELD RIDGE DR
MYSTIC, CT 06355-1151

DAVID F KUNKLEMAN
1423 BURNISON RD
MANSFIELD, OH 44903-8939

DAVID F MCFARLAND
802 S 15TH ST UNIT 1884
SEBRING, OH 44672-2156

DAVID F OWEN
11564 LINNET CT
PENN VALLEY, CA 95946-9613

DAVID F SHUMAKE
266 BYRD RD
CAMERON, NC 28326-8078

DAVID FAX
7421 QUAIL RIDGE LN
BOWIE, MD 20720-4350

DAVID FEETHAM
7063 REID RD
SWARTZ CREEK, MI 48473-9422

DAVID FEIRING
133 RANGER CT
FRONT ROYAL, VA 22630-6654

DAVID FLODQUIST
25055 WARD ST
TAYLOR, MI 48180-2191

DAVID FORD
W6499 COUNTY ROAD V
CASCADE, WI 53011-1523

DAVID FREEMAN
11 JOSEPH CT
GRANITE CITY, IL 62040-5285

DAVID FRITSCH
8237 VIRGINIA CIR
WATERFORD, WI 53185-1380

DAVID FULLER
PO BOX 165
GREENLAND, MI 49929-0165

DAVID FULTON
1296 SHORES CHURCH RD
GOODSPRING, TN 38460-5251

DAVID G [DAVE] SCHERTZING
2802 FOREST RIVER DR
LANSING, MI 48906-9073

DAVID G BILEN
9613 SLABTOWN RD
COLUMBUS GROV, OH 45830-9487

DAVID G HEATH
325 WOODMONT ST
GRETNA, LA 70056-7217

DAVID G KELLER
1324 FAIRVIEW RD
GLENMOORE, PA 19343-2653

DAVID G MCDONALD
926 SE UEHLAMAR DR
ANKENY, IA 50021-3325

DAVID G SILVER
151 CASTLEWOOD DR
RICHMOND, KY 40475-8860

DAVID GIBB
38 LAMBERT WAY
NOVATO, CA 94945-1757

DAVID GRINNELL
3501 DESERT CREEK TRL
PALM SPRINGS, CA 92262-9754

DAVID G SIMS
1556 GLENHILL LN
LEWISVILLE, TX 75077-2834

DAVID GIZZI
796 WILLOW RD
TOMS RIVER, NJ 08753-7808

DAVID H AURINGER
PO BOX 82
ATLANTIC, NC 28511-0082

DAVID G WOOD
886 BURR OAK LN
OCONOMOWOC, WI 53066-8654

DAVID GOETSCH
131 12TH ST S
WISCONSIN RAP, WI 54494-4518

DAVID H EICKBUSCH
1210 AMISTAD DR
ROUND ROCK, TX 78664-9332

DAVID GABLE
843 JUDD RD
SALINE, MI 48176-8822

DAVID GRADWELL
126 GLEN MOORE CIR
LANCASTER, PA 17601-4026

DAVID H ELLIS
702 LOCUST LN
CENTERVILLE, IN 47330-1544

DAVID GANTT
225 N UNION ST APT 1
UNION CITY, IN 47390-1452

DAVID GRAF
760 N STAGECOACH CT
WICHITA, KS 67230-7000

DAVID H KISH
708 WENONAH ST
TECUMSEH, MI 49286-1041

DAVID GARDNER
11936 KIMBALL AVE
WATERLOO, IA 50701-9541

DAVID GRANADO
905 LINN LN
YUKON, OK 73099-4215

DAVID H KWARTA
7522 NANTUCKET DR
DARIEN, IL 60561-4756

DAVID GARVER
112 PINE ST
DANVILLE, IL 61832-5781

DAVID GRANGER
4881 TRIPHAMMER RD
GENESEO, NY 14454-9740

DAVID H MANTHEI
107 RED RIVER RD
NEW CASTLE, IN 47362-1135

DAVID GAWTRY
PO BOX 132
RUMFORD, ME 04276-0132

DAVID GREENWOOD
307 S CEDAR ST
LITITZ, PA 17543-1909

DAVID H RANDALL
PO BOX 522
KAUFMAN, TX 75142-0522

DAVID GAZEL
24351 CHERNICK ST
TAYLOR, MI 48180-2111

DAVID GREGG IMIG
7 BALSAMS CT
HILTON HEAD I, SC 29926-2210

DAVID H SEIBERLING
1632 ASHLAND AVE
EVANSTON, IL 60201-4006

DAVID HAMIL
5904 NW 54TH ST
OKLAHOMA CITY, OK 73122-6105

DAVID HAMM
4328 DOBBIN CIR
DAYTON, OH 45424-8129

DAVID HANSSEN
245 SOUTHGATE DR
DUBUQUE, IA 52003-7156

DAVID HART
150 CYCLONE DR
FORT PIERCE, FL 34945-4121

DAVID HARTSOCK
2920 GREEN VISTA DR
BEAVERCREEK, OH 45431-8743

DAVID HAVERLY
101 FOX RUN DR
TAYLORSVILLE, KY 40071-9709

DAVID HEIN
W7136 STATE HIGHWAY 23
GLENBEULAH, WI 53023-1132

DAVID HEINTZELMAN
391 MINDORO ST
MORRO BAY, CA 93442-1322

DAVID HENDRICKSON
1201 ATLANTA DR
GARLAND, TX 75041-5337

DAVID HENRY FULGHUM
6731 REDWOOD AVE
SEBASTOPOL, CA 95472-4514

DAVID HILL
217 SUNSET DR
FRANKFORT, MI 49635-9662

DAVID HILL
PO BOX 8351
KENT, WA 98042-0051

DAVID HILLIARD SR
310 CADGEWITH E
LANSING, MI 48906-1526

DAVID HOCHSTETLER
3135 TAWA DR
LIMA, OH 45806-1419

DAVID HODGSON
1186 COUNTY ROAD 2395
ALVORD, TX 76225-7902

DAVID HONEYCUTT PHD
9427 S PLEASANT AVE
CHICAGO, IL 60643-6347

DAVID HOUSEHOLDER
1945 RADCLIFF AVE SE
GRAND RAPIDS, MI 49506-5140

DAVID HUDSON
6725 TYLERSVILLE RD
WEST CHESTER, OH 45069-1418

DAVID I SPITLER
412 VIA CALANDRIA UNIT D
RIO RICO, AZ 85648-6670

DAVID J [DAVE] GEGEN
519 N TURNBERRY CIR
WICHITA, KS 67230-1522

DAVID J BAKER
PO BOX 456
UTICA, OH 43080-0456

DAVID J CECI
134 CAMPUS RD
STATEN ISLAND, NY 10301-4425

DAVID J FRITTS JR
PO BOX 252
SUGAR GROVE, OH 43155-0252

DAVID J GILL
PO BOX 27
ETOWAH, NC 28729-0027

DAVID J HEBERT
4008 NEWLANDS ST
METAIRIE, LA 70002-4344

DAVID J KISSNER
PO BOX 1724
SAINT CLOUD, MN 56302-1724

DAVID J LAGUAITE
6000 BOUTALL ST
METAIRIE, LA 70003-2036

DAVID J LUCCA
16290 W PARK RD
HAYWARD, WI 54843-2551

DAVID KARCHNER
28 EASY ST
SELINSGROVE, PA 17870-9101

DAVID L BETZEN
946 S BROADMOOR AVE
WICHITA, KS 67207-2713

DAVID J MULLEN III
8555 W 66TH CIR
ARVADA, CO 80004-3224

DAVID KENNETH BARRINEAU
619 MOUNT BETHEL GARMANY RD
NEWBERRY, SC 29108-9230

DAVID L CAIN
40 SCHOOL HOUSE RD UNIT 3
WEYMOUTH, MA 02188-4157

DAVID J SHUMAN
9116 16TH ST
SILVER SPRING, MD 20910-2145

DAVID KIRLIN MD
9290 LIBERTY HILL CT
CINCINNATI, OH 45242-4663

DAVID L ECKER
3007 WEAVER RD
LITITZ, PA 17543-6507

DAVID J THOMPSON
714 SAINT ANDREWS WAY
LOMPOC, CA 93436-1327

DAVID KONING
925 ROYCE AVE
KALAMAZOO, MI 49001-4991

DAVID L GEYER
623 KING ST
NORTHUMBERLAN, PA 17857-1427

DAVID JAMES JR
619 SUDLOW LAKE RD
NORTH AUGUSTA, SC 29841-8698

DAVID KONRICK
71169 SCHOONER PL
ABITA SPRINGS, LA 70420-3463

DAVID L HASKELL
PO BOX 55
SOUTH TAMWORT, NH 03883-0055

DAVID JEFFRIES
9338 WALTERVILLE RD
HOUSTON, TX 77080-7422

DAVID KOSCHIK
52 WAYSIDE PL
MONTCLAIR, NJ 07042-1639

DAVID L JAEGER
1422 WOODBRIDGE RD APT 3A
JOLIET, IL 60436-1355

DAVID JURICIC
8504 S MCKENZIE LN
WEST JORDAN, UT 84081-4849

DAVID KOSOW PHD
419 RUSSELL AVE APT 501
GAITHERSBURG, MD 20877-2874

DAVID L JOHNSON
4342 SHIRE LANDING RD
HILLIARD, OH 43026-2482

DAVID K MILLER
3421 CLIFFSIDE DR
LA CROSSE, WI 54601-7804

DAVID KREBS
3860 DEER CROSSING LN SE
CALEDONIA, MI 49316-7948

DAVID L JOHNSON
8535 LIMESTONE DR
RIVERSIDE, CA 92504-4230

DAVID KANKE
395 CHERRY ST
BRIDGEWATER, MA 02324-2803

DAVID L ASHE
4243 BEARDSLEY DR
MONTGOMERY, AL 36109-1626

DAVID L JOHNSON
4610 LOG HOME LN
WISCONSIN RAP, WI 54494-6851

DAVID L LEHR
6707 N KERMAN DR
PARK CITY, KS 67219-1507

DAVID L WILLS
3439 ALLISON WAY
LOUISVILLE, KY 40220-1968

DAVID LINDGREN
8106 GOLDEN VALLEY RD
GOLDEN VALLEY, MN 55427-4407

DAVID L MARCUM
2925 ROWAN BURTON RD
ALVIN, TX 77511-9378

DAVID L WINTERS SR
31 SCENIC DR
MYERSTOWN, PA 17067-3164

DAVID LISOWE
W6517 COUNTY RD N
PLYMOUTH, WI 53073-4522

DAVID L MEINE
1732 HILLTOP DR
WACO, TX 76710-6102

DAVID LANAHAN
2590 EVERGREEN DR
SAN BRUNO, CA 94066-1716

DAVID LOFFREDO
1447 E LACONA AVE
DES MOINES, IA 50320-1161

DAVID L NAGLE
115 TOMAHAWK BRANCH RD
GREENWOOD, DE 19950-1969

DAVID LARSEN
7232 VAN VLEET RD
SWARTZ CREEK, MI 48473-8576

DAVID LOWE
2435 LAKE LOREINE LN
RICHMOND, VA 23233-2523

DAVID L OLIVIER
16111 FINNIGANS CIR
HOUSTON, TX 77044-2436

DAVID LEE MCKINNEY
4212 HAPPY VALLEY CIR
NEWNAN, GA 30263-4080

DAVID M BINKLEY
1112 OAK HAVEN RD
KNOXVILLE, TN 37932-2628

DAVID L PRENTISS PHD
1311 SMITH ST
PROVIDENCE, RI 02908-1821

DAVID LEMKE
908 TURNER RD
KINGSFORD, MI 49802-1230

DAVID M BLAIR
3568 NAVIGATOR PT
KNOXVILLE, TN 37922-6563

DAVID L RAPHAEL
1016 STRATFORD CT
STATE COLLEGE, PA 16801-3103

DAVID LENHARDT
10749 MITCHELL LN
SAINT CLOUD, MN 56301-9799

DAVID M BREYER
72 KESSEL CT APT 6
MADISON, WI 53711-6239

DAVID L SHUMWAY
PO BOX 552
SPIRIT LAKE, IA 51360-0552

DAVID LEWIN
19462 RIVERDALE LN
HUNTINGTON BE, CA 92648-5528

DAVID M CHAMBERLAIN
1519 CHESTER BLVD
RICHMOND, IN 47374-1914

DAVID L THOMPSON
518 1/2 DELAWARE ST
LEAVENWORTH, KS 66048-2643

DAVID LEWIS
724 WALDRON RD
LA VERGNE, TN 37086-4005

DAVID M CREGG
1022 ARTHUR MOORE DR
GREEN COVE SP, FL 32043-9512

DAVID M ELLIS
16 LARA PL
WARREN, NJ 07059-3009

DAVID MARSH
8206 LAKEVIEW DR
WISCONSIN RAP, WI 54494-9604

DAVID MEISTE
122 SMOKEY RUN EST
ROCKWOOD, TN 37854-5716

DAVID M FORTENBERRY
605 7TH AVE E
KALISPELL, MT 59901-5050

DAVID MARTIN
PO BOX 315
BROWNSTOWN, PA 17508-0315

DAVID MICHAEL DUNAGAN
206 JESSE DEE ST
NORTH AUGUSTA, SC 29841-2453

DAVID M JOHNSON
7265 NORTHRIDGE DR
OMAHA, NE 68112-2522

DAVID MASTEN
203 S BLOOMINGTON ST APT 2
GREENCASTLE, IN 46135-1880

DAVID MICHAEL KAILI JR
911 LEACH AVE
DES MOINES, IA 50315-3414

DAVID M KENNEDY
PO BOX 3341
TUBAC, AZ 85646-3341

DAVID MAURER
911 SANDUSKY ST
ASHLAND, OH 44805-1148

DAVID MICHAEL KARON
703 RIVER RD
SOUTH ROYALTO, VT 05068-9505

DAVID M PARKS
2461 ASHPORT RD
JACKSON, TN 38305-9183

DAVID MCAMIS
8106 WILDROCK DR
ARLINGTON, TX 76001-2934

DAVID MILLER
979 RUTH DR
ELGIN, IL 60123-1933

DAVID M PARRIS
20111 NE 27TH CT APT K218
AVENTURA, FL 33180-2052

DAVID MCBRIDE
1314 SHAFTER ST
SAN ANGELO, TX 76901-4661

DAVID MONFREDINI
407 VICENTE ST
SAN FRANCISCO, CA 94116-3055

DAVID M PETERS
7514 EAGLE LEDGE
SAN ANTONIO, TX 78249-2784

DAVID MCMURRY
468 DAVIS RD
LIPAN, TX 76462-4792

DAVID MORGAN JOHNS
246 ASH HILL DR
EUTAWVILLE, SC 29048-9303

DAVID M YOUNG
10325 SPAULDING PLZ APT 210
OMAHA, NE 68134-7762

DAVID MCPHERSON
5700 GROVE POINT RD
ALPHARETTA, GA 30022-6079

DAVID MOSS
2125 NIGHT SKY LN
LAFAYETTE, CO 80026-9378

DAVID MARKLA
39 SUNSET LN
ALGONA, IA 50511-5002

DAVID MEERMAN
2153 ROBINSON RD APT 2
JACKSON, MI 49203-3677

DAVID N BROWN
2727 N ORACLE RD APT 175
TUCSON, AZ 85705-4335

DAVID NEWTON
7313 BADGETT RD
KNOXVILLE, TN 37919-8802

DAVID P MCCOLLISTER
6 ARCHER CIR
SAINT CHARLES, MO 63301-1201

DAVID PETTY
609 S 21ST ST
RICHMOND, IN 47374-6524

DAVID NISSENHOLTZ
335 N MERAMEC AVE UNIT 114
SAINT LOUIS, MO 63105-3759

DAVID P RUSH
119 PRESIDIO DR
KERRVILLE, TX 78028-8129

DAVID R BERNARD
6955 COLVIN RD
BURTON, TX 77835-4907

DAVID NOELKER
227 WOODLAWN AVE
RICHMOND, IN 47374-4739

DAVID PALMGREN
2907 W PRIEN LAKE RD
LAKE CHARLES, LA 70605-3921

DAVID R JACOB
14645 MARCELLA LN
BROOKFIELD, WI 53005-1667

DAVID NORMAN
4019 LIVE OAK RD
MARIPOSA, CA 95338-9400

DAVID PARK
2846 NEW LEWISBURG HWY
LEWISBURG, TN 37091-6735

DAVID R KOLBE
1370 QUAKER WAY
DAYTON, OH 45458-2770

DAVID O RADFORD II
33 GLEN CRAG PL
UNCASVILLE, CT 06382-1400

DAVID PARSONS
209 E 7TH ST
SCHUYLER, NE 68661-2303

DAVID R SCHULTZ
6184 ALLIGATOR LAKE SHR W
SAINT CLOUD, FL 34771-7331

DAVID ORD
4720 LONG RD
NEWPORT, MI 48166-9626

DAVID PELHAM MOLINEAUX
265 POINCIANA DR
INDIAN HARBOU, FL 32937-4425

DAVID RADEBAUGH
4584 BUNKER LN
STOW, OH 44224-5158

DAVID P GONSOULIN JR
2708 TUPELO ST # 3
KENNER, LA 70062-5133

DAVID PERRON
7574 SEIBERT RD
EMBARRASS, MN 55732-8734

DAVID RAYSON
4241 S DOVER ST
WICHITA, KS 67216-2908

DAVID P KOCH
106 APOLLO CT
MUKWONAGO, WI 53149-1701

DAVID PERRY
10125 LINGO LN
DALLAS, TX 75228-3353

DAVID REEL
1135 LOOKING GLASS WAY
CENTRAL POINT, OR 97502-4839

DAVID P LYLE
325 BARBERRY DR
LEXINGTON, SC 29072-8845

DAVID PETERSON
12939 N COLONY DR
MEQUON, WI 53097-2303

DAVID REHMS
2211 N MARIE CT
HUNTINGBURG, IN 47542-8930

DAVID RHEEL
171 WHITE PELICAN CT
CARRABELLE, FL 32322-8009

DAVID SCAFURO
510 PLYMOUTH BRICK RD W
ASHTABULA, OH 44004-9102

DAVID SHIKES
16 BITTERSWEET LN
ATKINSON, NH 03811-2103

DAVID ROBERTSON
3534 MARLESTA DR
SAN DIEGO, CA 92111-4719

DAVID SCHEFFERS
3405 CANTERBURY AVE
KALAMAZOO, MI 49006-2813

DAVID SLATER
2595 E GRAND RIVER RD
WILLIAMSTON, MI 48895-8727

DAVID ROBINSON
29 SOPER ST
MORRISONVILLE, NY 12962-2536

DAVID SCHMIDT
PO BOX 254
UNION, NE 68455-0254

DAVID SMITH
643 W CITRUS WAY
CHANDLER, AZ 85248-4429

DAVID ROWLAND DEPEW
1704 E 6TH AVE
HELENA, MT 59601-4662

DAVID SCOTT MILTON
23441 EL RANCHO DR
TEHACHAPI, CA 93561-7288

DAVID SPARKS
4790 NEW LAWRENCE RD
LEAVENWORTH, KS 66048-5610

DAVID RUSSELL
738 FLINT CT
ROMEOVILLE, IL 60446-5192

DAVID SELLECK
3510 NE 21ST AVE
PORTLAND, OR 97212-1423

DAVID SPENCER
PO BOX 1173
MARTIN, KY 41649-1173

DAVID S BLETSCHER
37 GERALD RD
RANTOUL, IL 61866-2812

DAVID SERENI
403 COUNTRYSIDE CT
SANTA ROSA, CA 95401-0807

DAVID STAIR
11458 BRONZEDALE DR
OAKTON, VA 22124-2123

DAVID S DREYER
2275 MARTIN LUTHER KING JR R
NATCHEZ, MS 39120-8892

DAVID SHADE
19416 CHESHIRE ST
RIALTO, CA 92377-4541

DAVID STEIN
511 WOODHAVEN LN
STROUDSBURG, PA 18360-9233

DAVID S FORMAN
363 MEADOW LN
MERION STATIO, PA 19066-1330

DAVID SHERICK
2030 CHESTER BLVD
RICHMOND, IN 47374-1215

DAVID STURGES
12 HARTON PL
HOPKINSVILLE, KY 42240-1588

DAVID S SCHAIMAN
49 STRATFORD RD
HARRISON, NY 10528-1124

DAVID SHERTZER
5 LOOKOUT RD
MOUNTAIN LAKE, NJ 07046-1110

DAVID T BURLESON
9723 KINGSTON PIKE STE C
KNOXVILLE, TN 37922-3573

DAVID T RUBIN
790 BOYLSTON ST APT 22H
BOSTON, MA 02199-7923

DAVID W GARDNER
153 GRANDVIEW CT
ITHACA, NY 14850-5741

DAVID WARNER
1445 N ST NW APT 103
WASHINGTON, DC 20005-5243

DAVID T TERRELL
10972 FM 1284
DUMAS, TX 79029-8000

DAVID W HILLYER
30 STILLMAN RD APT A
NORTH STONING, CT 06359-1769

DAVID WENK
20887 CEDAR LN
MANCHESTER, MI 48158-8544

DAVID TRENT
2583 MOONLIGHT VALLEY AVE
HENDERSON, NV 89044-1524

DAVID W MACKENNA
3951 WEILAND RD
WEATHERFORD, TX 76088-8490

DAVID WILKENS
PO BOX 461
BURLINGTON, KS 66839-0461

DAVID UMBARGER
114 LISSADELL LN
WELDON SPRING, MO 63304-0929

DAVID W MISISCHIA
532 PARKSHORE DR
SHOREWOOD, IL 60404-9726

DAVID WILLIAM MAYER
228 CHEYENNE TRL
MEDFORD LAKES, NJ 08055-1344

DAVID VAN NOSTRAND
2854 WINNEBAGO RD
SARTELL, MN 56377-2373

DAVID W MYERS
10687 N STATE ROAD 1
OSSIAN, IN 46777-9736

DAVID WINKELMAN
2936 SEASONS BLVD
SARASOTA, FL 34240-8233

DAVID VIEIRA
20 PLAINVIEW DR
DANIELSON, CT 06239-2031

DAVID W NICOL
176 CLEMATIS AVE
WATERBURY, CT 06708-1043

DAVID YOUNG
15903 PONDEROSA PASS
HELOTES, TX 78023-3691

DAVID W CLOSE
1412 WILLOWOOD CT
PAINESVILLE, OH 44077-5471

DAVID W PALO
344 1/2 E CENTER ST
MARION, OH 43302-4126

DAVID ZIMMERMAN
639 HEMPFIELD HILL RD
COLUMBIA, PA 17512-9024

DAVID W ERICKSON
3878 E ARAGONITE LN
SAN TAN VALLE, AZ 85143-5689

DAVID W STIDHAM
820 E FARLOW RD
RICHMOND, IN 47374-7725

DAWN ABERNATHY
8847 PINE LN
BRUSSELS, WI 54204-9403

DAVID W FREED
920 PARK AVE APT 10B
NEW YORK, NY 10028-0208

DAVID WALLACK
5712 SLIGO ST
LAS VEGAS, NV 89130-1365

DAWN ANDREWS
321 BROAD ST
ONEIDA, NY 13421-2103

DAWN C ROGERS
3703 ROHRET RD
IOWA CITY, IA 52246-9482

DAWN NEHRING
527 SYCAMORE CIR
SALINE, MI 48176-1756

DAYOL A HART
3307 N 43RD PL
PHOENIX, AZ 85018-6422

DAWN FISCHER
HC 71 BOX 414
STANLEY, NM 87056-9705

DAWN POLLARD
2304 W BROADWAY BLVD
SEDALIA, MO 65301-2523

DE ANNA KORANDA
PO BOX 875314
WASILLA, AK 99687-5314

DAWN FOSCO
8 WILLIAMSBURG LN E
BELLA VISTA, AR 72715-8455

DAWN R SWANK
7760 MCCALLUM BLVD APT 19110
DALLAS, TX 75252-8124

DEAN A COLLINS
63573 MARYLAND RD
MONTROSE, CO 81403-9025

DAWN GAY
6203 RAINTREE CT
AMARILLO, TX 79119-6458

DAWN SUKALA
3320 REBER DR
WISCONSIN RAP, WI 54494-5548

DEAN A EVANS
123 PINECREST DR
HOUGHTON LAKE, MI 48629-9791

DAWN L SEIMITS
2475 PRAIRIE VIEW LN
GRAFTON, WI 53024-9463

DAWN V HATCH
45 JARVIS ST
PEMBERTON, NJ 08068-1109

DEAN BLUMER JR
921 10TH ST
INTERNATIONAL, MN 56649-2843

DAWN M HOLM
1842 220TH ST
HALLOCK, MN 56728-9420

DAWN ZIMMERMAN
984 W MAIN ST
EPHRATA, PA 17522-1328

DEAN BRADLEY
3021 N TWIN LAKES DR
AVON PARK, FL 33825-9103

DAWN M MARINCIC
13659 WRIGHT DR
IRWIN, PA 15642-2833

DAYLENE K BASSETT
2211 S DAYCOR DV APT B7
PEORIA, IL 61607-1583

DEAN CRAWFORD
104 SHEPARD SQ UNIT 702
BREVARD, NC 28712-4363

DAWN MARIE MUMMEY
4313 RIDGE RD
NEW COLUMBIA, PA 17856-9213

DAYNA L MAYO-HARRIS
240 KEITH CT
MILLERSVILLE, MD 21108-1035

DEAN F RISLEY
59 ORION WAY
SEWELL, NJ 08080-1920

DAWN MULVEY
72 LIBERTY PL
HAZLET TOWNSH, NJ 07734-3125

DAYNA YEUNG
8756 SALEM FARMS DR
SOUTH LYON, MI 48178-9000

DEAN KAVANAGH
26 ROBIN RD
LONGMEADOW, MA 01106-3312

DEAN KENNETH KLEMS
3622 BEVIS LN
CINCINNATI, OH 45251-1311

DEAN TITUS DAVIS
5558 PALM BEACH BLVD LOT 90
FORT MYERS, FL 33905-3126

DEANNA B [DEEDEE] KLEIN
1500 20TH AVE NW
MINOT, ND 58703-1157

DEAN PERKINS
879 SCRUB JAY DR
SAINT AUGUSTI, FL 32092-1733

DEAN TRAPP
1540 SIMMONS AVE SE
HURON, SD 57350-4242

DEANNA GERMAISE
911 CHESTNUT ST
CLEARWATER, FL 33756-5643

DEAN READ
235 BONNAFIELD DR
HERMITAGE, TN 37076-1131

DEAN TURECEK
212 GOLFVIEW CT
NORTH LIBERTY, IA 52317-9783

DEANNA HINMAN
671 DART ROAD
MASON, MI 48854-9327

DEAN S CURRAN
11 LAWRENCE AVE
BARRINGTON, NJ 08007-1057

DEAN VANLEEUWEN
7201 CALICO CIR
CORONA, CA 92881-4129

DEANNA L ULBERT
329 HIGHTOP RD
LONDON, KY 40744-9763

DEAN SCHROEDER
3605 80TH AVE SE
JAMESTOWN, ND 58401-9511

DEAN WOOSTER
116 GREEN LN
INTERLACHEN, FL 32148-3018

DEANNA MILLS
805 PAYTON AVE
DES MOINES, IA 50315-5618

DEAN SHUMAN
1 HOEVE CT
RANSOM CANYON, TX 79366-2501

DEANA GARBOW
573 JASON ST
CLINTON, AR 72031-7827

DEANNA SHARP
5508 NORGATE CT
SAINT CHARLES, MO 63304-8041

DEAN STEPHENSON
200 N CLARK ST
COMANCHE, TX 76442-2642

DEANA PULSE
6224 W LA MADRE WAY
LAS VEGAS, NV 89130-2172

DEANNA SWAN
214 ROOSEVELT ST
DUNDEE, MI 48131-9732

DEAN STODGHILL
21 IVY HILLS TER
FRANKLIN, NC 28734-0010

DEANE R HAMILTON
5208 OAKRIDGE DR
LOUISVILLE, OH 44641-8838

DEANNE BLOOM
2334 E 24TH ST
BROOKLYN, NY 11229-4919

DEAN THOMPSON
23 N ORANGE ST
MEDFORD, OR 97501-2637

DEANN OAKLEY
635 SCHOOL ST
CARLISLE, IA 50047-7740

DEANNE HODEK
1319 15TH AVE S
SAINT CLOUD, MN 56301-5439

DEANNE PRATT-MITCHELL
PO BOX 5
LEWISVILLE, NC 27023-0005

DEB ALVORD
10658 SE US HIGHWAY 54
EL DORADO, KS 67042-8791

DEB BISHOP
13770 SHAFTSBURG RD
PERRY, MI 48872-9131

DEB GILL
808 8TH AVE
CORALVILLE, IA 52241-1909

DEB WALLENFANG
115 N MURPHY RD
HANNA CITY, IL 61536-9701

DEBBI WHEELER
55 FOXCREST DR
LYNCHBURG, VA 24502-6619

DEBBIE A LEGATO
1880 W GREENWOOD RD
MILWAUKEE, WI 53209-2127

DEBBIE A TINTO
14425 E LAGUNA DR
WICHITA, KS 67230-9507

DEBBIE BURNETT
106 DUPONT AVE
MADISON, TN 37115-3718

DEBBIE GEABES
12227 JUPITER DR
FORT MYERS, FL 33908-6415

DEBBIE GWALTNEY
6110 SOUTHAMPTON CT
FORT WAYNE, IN 46814-3275

DEBBIE HARRIS
1931 3RD AVE E
INTERNATIONAL, MN 56649-3241

DEBBIE K PEARSON
2188 SLEEPY HOLLOW DR
SHINGLE SPRIN, CA 95682-9403

DEBBIE L GOHMANN
763 JEROME ST
ANOKA, MN 55303-1524

DEBBIE LEAMAN-SCHELL
2250 LITITZ PIKE
LANCASTER, PA 17601-3604

DEBBIE MOORE
4483 STRAITS VIEW DR
CARP LAKE, MI 49718-9529

DEBBIE NINDE
1849 S E ST
RICHMOND, IN 47374-6464

DEBBIE PROG
6721 SHANNON DR
HUNTINGTON BE, CA 92647-3154

DEBBIE ROESCH
21300 TITUS RD
RAYMOND, OH 43067-9776

DEBBIE SCOTT
1011 MURPHY CREEK RD
GRANTS PASS, OR 97527-9489

DEBBIE SMITH
11902 LOS COYOTES AVE
LA MIRADA, CA 90638-1432

DEBBIE STAPLETON
2327 PARKDALE DR
RICHMOND, IN 47374-1643

DEBBIE STROUBE
131 BLUEGRASS DR
HENDERSONVLLE, TN 37075-2701

DEBBIE TRENOR
2450 WARREN RD
WALNUT CREEK, CA 94595-1249

DEBBIE TURNER
7864 RED ROCK DR
FOWLERVILLE, MI 48836-7921

DEBBIE ZAWOL
4440 OLD OAK CT
PLYMOUTH, MI 48170-6362

DEBBY BAKER
2417 EIFERT RD
HOLT, MI 48842-1029

DEBBY BAUKOL
11020 PERRY CT
WESTMINSTER, CO 80031-2143

DEBBY HIBBS
CMR 480 BOX 1577
APO, AE 09128-0016

DEBORA [DEB] SCHIPPER
609 SUNRISE CT
CENTER POINT, IA 52213-9710

DEBORA A CANDELARIO
6755 COUNTY ROAD HH
VESPER, WI 54489-9662

DEBORA L JOHNSON
6406 LUDLUM RD
MORROW, OH 45152-8653

DEBORA LIBERI
2907 RIDGEWOOD AVE
CINCINNATI, OH 45213-1047

DEBORA TORBERT
22 SCHOOLHOUSE RD
AMHERST, NH 03031-1601

DEBORAH [DEB] BOYSE
1469 133RD ST
WELLMAN, IA 52356-9643

DEBORAH [DEBBIE] GRANGER
29 N WAIOLA AVE
LA GRANGE, IL 60525-5925

DEBORAH [DEBBIE] LOFTON
1680 SOLAR CT
MONTROSE, CO 81401-5223

DEBORAH [SUE] WHITE
100 KENOSHA LN
LOUDON, TN 37774-3183

DEBORAH A [DEBBIE] CULP
PO BOX 467
SILVER PLUME, CO 80476-0467

DEBORAH A [DEBBIE] MAURER
1103 MORNING STAR DR
ALLENTOWN, PA 18106-8752

DEBORAH A BARNES-MIDDLETON
1401 BLAIR MILL RD APT 1815
SILVER SPRING, MD 20910-4875

DEBORAH A SEDDELMEYER
2603 BRANDING IRON LN
LEANDER, TX 78641-3171

DEBORAH AMORE
172 PEBBLE BEACH RD
MEDFORD, NY 11763-2404

DEBORAH ANN [DEB] SHULTZ
45 ROSE ST
MILTON, PA 17847-1721

DEBORAH ANN HEBERLING
3022 DAVENPORT AVE
DAVENPORT, IA 52803-1314

DEBORAH ANN RIDDICK
1523 CRYSTAL LAKE DR
PORTSMOUTH, VA 23701-3623

DEBORAH ANN SEHM
2571 N TAIT DR
WASILLA, AK 99654-4526

DEBORAH ASHTON
6058 WALDEN CT
MENTOR, OH 44060-2220

DEBORAH BACON
46 BLACKSTONE RIVER RD
BLUFFTON, SC 29910-4461

DEBORAH BRUSH
6209 PINEWOOD VILLAGE CIR W
LAKELAND, FL 33811-2287

DEBORAH BUSE
540 3RD ST
WEST DES MOIN, IA 50265-4614

DEBORAH CARRICO
779 S COUNTY ROAD 450 W
GREENCASTLE, IN 46135-8307

DEBORAH CURTIS
11910 WEDDINGTON ST UNIT 103
VALLEY VLG, CA 91607-4402

DEBORAH D PATRICK
1237 PATRICK RD
WAVERLY, TN 37185-3869

DEBORAH D WARREN
9543 TAY CREEK DR
BRISTOW, VA 20136-3502

DEBORAH FEIRICK
338 VINE ST
EPHRATA, PA 17522-1948

DEBORAH JAMES
6612 176TH ST
TINLEY PARK, IL 60477-4046

DEBORAH DAMESWORTH
8054 BARCLAY DR
NORTHVILLE, MI 48167-9497

DEBORAH GILLMORE
309 CHAMPLAIN AVE
HOUGHTON LAKE, MI 48629-9226

DEBORAH JOHNSON
4842 W HARRISON ST
CHANDLER, AZ 85226-6044

DEBORAH DIEM
243 E CHURCH ST
STEVENS, PA 17578-9451

DEBORAH GLAUSER
2381 E GRANDVIEW DR
COEUR D ALENE, ID 83815-7932

DEBORAH JOHNSON
2087 IDLEWILD DR
LIMA, OH 45805-2357

DEBORAH DORN
408 W 4TH ST
LAMONI, IA 50140-1206

DEBORAH GRAY
4218 DARTMOUTH ST
PORTSMOUTH, VA 23707-3714

DEBORAH KITTELSON
1917 3RD AVE
INTERNATIONAL, MN 56649-3531

DEBORAH EATON
9143 MAYNE ST
BELLFLOWER, CA 90706-4412

DEBORAH HUERTAS
105 BRIARWOOD RD
MOUNT LAUREL, NJ 08054-2439

DEBORAH KRAFT
4707 CRESTMOOR DR
DES MOINES, IA 50310-2978

DEBORAH EHRICHS
154 MARTLING AVE APT G7
TARRYTOWN, NY 10591-4767

DEBORAH J BARON
1113 WHEATLAND AVE APT F5
LANCASTER, PA 17603-2535

DEBORAH L BANGERT
646 DEMING ST SE
GRAND RAPIDS, MI 49507-3206

DEBORAH EMERY
242 E AVENUE J7
LANCASTER, CA 93535-3607

DEBORAH J CORTES
3435 BEALE ST
MCKEESPORT, PA 15132-7237

DEBORAH L GORMAN
29827 ASPEN DR
FLAT ROCK, MI 48134-1382

DEBORAH ENDERS
15 HARVARD AVE
STRATFORD, NJ 08084-1207

DEBORAH J HARROD
5323 WOODPECKER RD
SOUTH CHESTER, VA 23803-1577

DEBORAH L SMUDE
12795 W SYLVAN DR SW
PILLAGER, MN 56473-2342

DEBORAH F HAAS
171 W AIRPORT RD
LITITZ, PA 17543-9260

DEBORAH JACKSON
18233 HINTON ST
RIVERVIEW, MI 48193-7469

DEBORAH LAVERNE SMITH
3804 STONEBRIDGE LNDG
CHESAPEAKE, VA 23321-3709

DEBORAH LEE
102 BURR OAK LN UNIT C2
SCHAUMBURG, IL 60193-1845

DEBORAH MEIERHOFER
1160 10TH AVE N
SAUK RAPIDS, MN 56379-2456

DEBORAH REDMOND
5064 GROVER ST APT 8
OMAHA, NE 68106-3862

DEBORAH LEHNER
8623 S FOREST AVE
TEMPE, AZ 85284-2379

DEBORAH MERTZ
10070 BEECH DALY RD
TAYLOR, MI 48180-3149

DEBORAH ROSS
278 KENNETT PIKE
CHADDS FORD, PA 19317-8207

DEBORAH LEIGH
PO BOX 17297
RENO, NV 89511-7297

DEBORAH MEYER
713 WESTERN AVE
PLYMOUTH, WI 53073-1543

DEBORAH ROVITO
3214 NORRIS AVE
PARMA, OH 44134-3920

DEBORAH LEINWEBER
8330 TRIER RD
FORT WAYNE, IN 46815-5762

DEBORAH MILLER
19 E MAIN ST APT 7
EPHRATA, PA 17522-2713

DEBORAH S KING
52304 DELAIRE LANDING RD
PHILADELPHIA, PA 19114-5339

DEBORAH LYNN [DEBI] SELM-ORR
90 INDIAN MILLS RD
SHAMONG, NJ 08088-9512

DEBORAH MILLER
64 DANFORTH RD
ALTON, IL 62002-3213

DEBORAH SAMMS
438 S 13TH ST
RICHMOND, IN 47374-6314

DEBORAH M JANSSEN
2703 COFFEY AVE
BELLEVUE, NE 68123-5562

DEBORAH MUSE
1 HOLBORN ST
MILTON, MA 02186-4913

DEBORAH SANDERSON
16215 BIG MEADOW DR
LA PINE, OR 97739-9820

DEBORAH MADDEN
140 EDGEMEADE DR
MONROEVILLE, PA 15146-1078

DEBORAH NEVINS
5343 EDESVILLE RD
ROCK HALL, MD 21661-2128

DEBORAH SHREVES
15134 MONROE ST
OMAHA, NE 68137-3816

DEBORAH MALONEY
631 WALTER AVE
FAIRFIELD, OH 45014-1742

DEBORAH POWELL
PO BOX 68
MERRILL, OR 97633-0068

DEBORAH SMIT
7096 SHORELINE DR
DELTON, MI 49046-6402

DEBORAH MEENACH
156 WOODROW LN
SHEPHERDSVILL, KY 40165-8871

DEBORAH QUIRING
343 14TH AVE SE APT 4
DEVILS LAKE, ND 58301-3478

DEBORAH SMITH
506 6TH AVE
CORALVILLE, IA 52241-1937

DEBORAH SPEAR
6 CALLE GARY
SANTA FE, NM 87507-4209

DEBRA ANN FERGUSON
3018 LAKE SIDE DR
SANGER, TX 76266-5754

DEBRA GIST
PO BOX 342
COHASSET, MN 55721-0342

DEBORAH STREBLOW
4928 S 13TH ST
SHEBOYGAN, WI 53081-8023

DEBRA BORGSTAHL
10 S 1ST AVE
IOWA CITY, IA 52245-3619

DEBRA HOWARD
926 E 40TH ST
BROOKLYN, NY 11210-3510

DEBORAH SUSAN EBBITT
84 BLUEBERRY LN
TIVERTON, RI 02878-3223

DEBRA BUDDE
4510 MEADOW VIEW DR
LIMA, OH 45805-4520

DEBRA J DRESBACK
7502 ROYAL RD APT 16
DES MOINES, IA 50315-6652

DEBORAH VISSER
203 FARRELL DR
WEST CHESTER, PA 19380-6703

DEBRA BUSH
6564 E MICHIGAN AVE TRLR 1
SALINE, MI 48176-9507

DEBRA JEFFERSON
1218 ANGELIQUE ST APT 1
SAINT JOSEPH, MO 64501-2862

DEBORAH WALSH
1813 MILLER DR
FINKSBURG, MD 21048-1314

DEBRA CLOSE
1105 16TH AVE S
SAINT CLOUD, MN 56301-5427

DEBRA KRAMER
19405 SW 29TH ST
MARTELL, NE 68404-6167

DEBORAH WHEATLEY
5711 LASKEY RD
ROME, OH 44085-9622

DEBRA D RUMAGE
1310 FOREST WOOD DR
MATTHEWS, NC 28105-0816

DEBRA L [DEBBIE] ZSALAKO
5867 SYRACUSE ST
TAYLOR, MI 48180-1233

DEBRA [DEB] JENSEN
402 NORTHPARK BLVD
HUXLEY, IA 50124-9318

DEBRA DENISE FISHER
8531 N SELKIRK DR
PEORIA, IL 61615-2045

DEBRA L BROUWER
6984 S 76TH AVE W
PRAIRIE CITY, IA 50228-8781

DEBRA A BEATTY
1006 RAVINE RD
SOUTH HAVEN, MI 49090-9638

DEBRA GAGE
15455 HIGHWAY WW
LEBANON, MO 65536-6739

DEBRA L TERRILL
3891 WARSCHUN RD
AUBREY, TX 76227-4014

DEBRA A LEAHY
2101 MEADOW CT APT 804
DES MOINES, IA 50320-4616

DEBRA GENTINE EBERT
N6743 SPORTSMANS LN
PLYMOUTH, WI 53073-3334

DEBRA M [DEBBIE] METZ
4420 SHAWNEE TRL
JAMESTOWN, OH 45335-1218

DEBRA MAIZE
2801 SLIDE RD APT 3
LUBBOCK, TX 79407-2622

DEBRA S MCCARTHY
2995 BENT TREE CT
CINCINNATI, OH 45244-2559

DEE ANN GORHAM
2620 STERLING HART DR
COMMERCE, TX 75428-3922

DEBRA MELKONIAN
2116 ADAMS BLVD
SAGINAW, MI 48602-3007

DEBRA S WHEELER
41959 PON MEADOW DR
NORTHVILLE, MI 48168-2238

DEE CARLISLE
203 SECRETARIATS WAY
BELVIDERE, IL 61008-2939

DEBRA MUSSO
2006 MARIETTA AVE
LANCASTER, PA 17603-2206

DEBRA SCHLEGEL
111 RED ROCK CIR
ROYERSFORD, PA 19468-1155

DEE DUDLEY
7919 NW 37TH ST
ANKENY, IA 50023-9034

DEBRA OERTEL
1401 HIGHLAND RD
STILLWATER, MN 55082-5979

DEBRA SMOAK
3203 HEMPSTEAD CT
CHARLESTON, SC 29414-7523

DEE RANDOLPH
21014 NE INTERLACHEN LN
FAIRVIEW, OR 97024-8724

DEBRA PATERSON
9333 REDMAN CIR
OMAHA, NE 68134-2799

DEBRA SUE BENNETT
549 33RD ST
WEST DES MOIN, IA 50265-3113

DEE SWETTMAN
1175 FERNWOOD CT NW
SALEM, OR 97304-2312

DEBRA PAYNE
420 N VINE ST
HARTFORD, IA 50118-8760

DEBRA WALTMAN
151 W GERONDALE CIR
WASILLA, AK 99654-1005

DEEDRA A LAMBERT
6702 WENTWORTH DR
AMARILLO, TX 79109-6444

DEBRA POHL
10221 VERSAILLES SOUTHEASTE
VERSAILLES, OH 45380-9583

DEBRA ZIMMERMAN
1408 SODA CREEK CT
FORT COLLINS, CO 80526-3460

DEEDRA ECCLES
10722 W 128TH ST
OVERLAND PARK, KS 66213-3443

DEBRA PRITCHETT
2814 DWAYNE DR
JEFFERSON CIT, MO 65109-0549

DEBY WHALEN
PO BOX 262
MONROE, WA 98272-0262

DEENA JO SCHNEIDER
610 BALLYTORE RD
WYNNEWOOD, PA 19096-2210

DEBRA ROOT
1671 OLDE HALEY DR
DAYTON, OH 45458-6047

DEDE FORGUE
28 UNDERWOOD LN
MIDDLETOWN, RI 02842-4850

DEFARRIS GOODEN
4611 CAROLINE ST
HOUSTON, TX 77004-5022

DEIRDRE [DEE] DROMS
320 SILVERWOOD DR
LITITZ, PA 17543-9495

DELIA SCIPIONE
100 ANDERER LN APT 5
WEST ROXBURY, MA 02132-2229

DELOIS O JACKSON
2849 RAVENALL AVE
ORLANDO, FL 32811-5547

DEL DEWALT
12895 RAWSONVILLE RD
BELLEVILLE, MI 48111-9375

DELIGHT TEPASKE
11300 SW ESSEX DR
LAKE SUZY, FL 34269-9165

DELOIS TERRY
23510 VIA BOSCANA
VALENCIA, CA 91355-3021

DELAINE DISHONG
4432 SUNNY SLOPE AVE
OMAHA, NE 68134-2958

DELINDA F GIVENS
301 S MAIL ST
ELKTON, KY 42220-8960

DELOMA MAY BYRD
830 A ST
LINCOLN, CA 95648-1924

DELBERT DIETZLER
5740 REDDIN RD
RUDOLPH, WI 54475-9593

DELL GUNTER
228 JALAPA RD
NEWBERRY, SC 29108-9022

DELORAS PIERSON
3800 S A ST APT 103B
RICHMOND, IN 47374-6080

DELBERT E HESS
5768 CLARKSON DR
EAST PETERSBU, PA 17520-1533

DELLA YOUNG
688 YOUNG HOLLOW RD
WOODBURY, TN 37190-5809

DELORES [DEE] HOLLIS
1113 SOMERSET CT
MT PLEASANT, SC 29464-5189

DELBERT EYLER
454 STONEHAVEN CT
MILAN, MI 48160-1663

DELMA WOMACK
2105 E PONDEROSA DR APT 140
CAMARILLO, CA 93010-4657

DELORES [DEE] HUDSON
300 LONGCASTLE DR APT 2
GREENCASTLE, IN 46135-2445

DELENE MAE WARREN
1109 SW 20TH AVE
AMARILLO, TX 79109-2217

DELMAR [PETE] KEEFER
112 NANCY LN
NEW COLUMBIA, PA 17856-9307

DELORES A BOCCHINO
208 KINGS RD
MADISON, NJ 07940-2238

DELESTA WARE
1129 BIRNAM WOODS DR
VIRGINIA BEAC, VA 23464-5305

DELMER BRINK
6181 LOWER RIVER RD
GRANTS PASS, OR 97526-9627

DELORES ALLEN
PO BOX 33
MINBURN, IA 50167-0033

DELIA MINER
205 S 54TH ST SPC 35
SPRINGFIELD, OR 97478-6242

DELOIS BURKETT
703 N 20TH ST
LAMESA, TX 79331-2523

DELORES ANDERSON
604 E HILLCREST DR UNIT 224
INDIANOLA, IA 50125-9080

DELORES AUGUST
6527 ARNEL AVE
FORT WAYNE, IN 46835-3819

DELORES HAWKINS
5856 BERNHOWE MANOR LN
SUFFOLK, VA 23435-1905

DELORES STOWELL
7206 TRAMORE CT NE
BELMONT, MI 49306-9698

DELORES BARNETT
9014 WOODDALE DR
LOUISVILLE, KY 40272-2753

DELORES HIROMS
1737 DOROTHY DR
GRAND PRAIRIE, TX 75051-2818

DELORES TROSKE
30243 VIEWCREST DR
NOVI, MI 48377-2345

DELORES BENGE
3007 SE 5TH ST
DES MOINES, IA 50315-7005

DELORES HULL
832 S ROME PL
ANAHEIM, CA 92804-3022

DELORES V GATLING
824 MAYFLOWER DR
SUFFOLK, VA 23434-2906

DELORES BLACK
805 S 25TH ST
FORT DODGE, IA 50501-5445

DELORES JETER
7920 TOMAHAWK RD
PRAIRIE VILLA, KS 66208-4842

DELORES WAKEFIELD
29808 N 43RD WAY
CAVE CREEK, AZ 85331-7842

DELORES BROOKMAN
428 REED AVE
WINDSOR LOCKS, CT 06096-1246

DELORES M LEMKE
1904 15TH ST W
BILLINGS, MT 59102-3011

DELORES YANCY
101 BUNCHE BLVD
PORTSMOUTH, VA 23701-4215

DELORES BUTLER
45 CHARLES PL
MUNFORD, TN 38058-4601

DELORES MAST
2212 RANCHO BLVD
QUINCY, IL 62305-6680

DELORIS (KAY) FELLOWS
4420 VAN ATTA RD
OKEMOS, MI 48864-3141

DELORES COENEN
PO BOX 52
RUDOLPH, WI 54475-0052

DELORES PAGE
724 N US HIGHWAY 231
GREENCASTLE, IN 46135-9271

DELORIS DUCKWORTH
14011 PYTCHLEY LN
CHARLOTTE, NC 28273-9006

DELORES EDEN
5376 SIOUX AVE SE
IOWA CITY, IA 52240-8259

DELORES PAULSEN
9105 FORTUNA DR APT 8210
MERCER ISLAND, WA 98040-3174

DELORIS EWING
4335 LARIMORE AVE
OMAHA, NE 68111-2169

DELORES FOGLER
3401 N BIGELOW ST
PEORIA, IL 61604-1633

DELORES R LAIRD
1308 MORSE ST
DENTON, TX 76205-7927

DELORIS KNIGHT
15316 26TH ST SE
AMENIA, ND 58004-9753

DELORIS M HYDE
11468 HARTLAND RD
FENTON, MI 48430-2548

DENIS DOOLAN
131 COE RD
BROCKTON, MA 02302-2259

DENISE CURRAN
116 CRARY RD
GRISWOLD, CT 06351-8912

DELORIS RUTH JERNIGAN-SHELTON
5053 BARDITH CIR
VIRGINIA BEAC, VA 23455-3852

DENIS DULIN
439 HAMILTON ST
ALBANY, NY 12203-1209

DENISE DIXON
642 COUNTY ROAD 309
BRECKENRIDGE, TX 76424-7722

DELORIS SNYDER
1500 LETORT ST APT 312
PITTSBURGH, PA 15212-2168

DENIS MERCIER
370 W CLAYTON AVE
CLAYTON, NJ 08312-1702

DENISE E GEER
8 MARINA CIR N
BELLA VISTA, AR 72715-4949

DELORIS WEIST
650 WAGNER AVE APT 201
GREENVILLE, OH 45331-2643

DENISE A BLEGEN
1729 WALES DR
BERTHOUD, CO 80513-9376

DENISE FIELDS
303 W NICHOLAI ST
HICKSVILLE, NY 11801-3829

Deluxe For Business
3680 Victoria St N
Saint Paul, MN 55126-2906

DENISE ALEXANDER
PO BOX 128
DUNCANS MILLS, CA 95430-0128

DENISE FRISOLI
296 WHIPPANY RD
WHIPPANY, NJ 07981-1925

DEMETRI PARIS
13110 HOLDRIDGE RD
SILVER SPRING, MD 20906-3937

DENISE BLUMENAUER
19442 BETHEL CHURCH RD
MANCHESTER, MI 48158-8722

DENISE HEDLEY
3424 LENOX DR
KETTERING, OH 45429-1512

DENE L CLARK
5820 FLINTRIDGE DR APT 208
COLORADO SPRI, CO 80918-1877

DENISE BOAL
717 KINGS HWY
MOORESTOWN, NJ 08057-2621

DENISE IRISH
70 CLAREMONT ST
SAINT CLOUD, MN 56301-9457

DENICE ORR
5400 SCHWEIKER DR
PLEASANT HILL, IA 50327-0804

DENISE BOTTS
310 BROAD ST # 2
WEST MILTON, PA 17886-8003

DENISE JODOIN
22679 COACHLIGHT CIR
TAYLOR, MI 48180-6380

DENIS A MATLAK
3505 GREENMEADOW LN
JOLIET, IL 60431-4807

DENISE COHEN-HELMEN
PO BOX 189
BALSAM LAKE, WI 54810-0189

DENISE L HANSEN
219 E BOLIVAR AVE
MILWAUKEE, WI 53207-5015

DENISE LOKEN
806 2ND AVE NE
DEVILS LAKE, ND 58301-2108

DENISE LUSK
2731 N DIXIE HWY
LIMA, OH 45801-1632

DENISE MANNING
5077 OAK BRANCH LN NW
ACWORTH, GA 30102-7926

DENISE MANOS
1901 HALLMARK WAY
CHESAPEAKE, VA 23323-6546

DENISE NOBLE
237 N HICKORY ST
OTTAWA, OH 45875-1934

DENISE R MAYNARD
14 W RIDGE RD
COLCHESTER, CT 06415-2624

DENISE SOUTHWICK
1221 N DERBY AVE
DERBY, KS 67037-2725

DENISE STEWART
26887 CALIFORNIA ST
TAYLOR, MI 48180-4866

DENISE SWANSON
PO BOX 206
MADDOCK, ND 58348-0206

DENISE WETTER
1010 CLOVER RD
WOODBURY, NY 11797-1641

DENNIS [DENNY] DAVIS
12273 PINEY LAKE RD
PARKER, CO 80138-8434

DENNIS [DENNY] HOWELL
103 SKIATOOK WAY
LOUDON, TN 37774-2109

DENNIS A HAUGEN
208 AUGUSTA CIR
WAVERLY, IA 50677-9257

DENNIS A HYMAN
1320 S 60TH ST
OMAHA, NE 68106-1627

DENNIS ALFRED WOODARD
507 LOWELL ST
RICHMOND, VA 23223-6107

DENNIS AMUNDSON
226 10TH ST NW
ALTOONA, IA 50009-2208

DENNIS B WEAVER
331 PORTLAND RD
WHITE HOUSE, TN 37188-8904

DENNIS BALSKE
3518 NE PEERLESS PL
PORTLAND, OR 97232-2663

DENNIS BOODMAN
9224 OLD SWITCHBOARD RD
SNOW CAMP, NC 27349-9711

DENNIS BOWLES
2555 HULING RD
SANGER, TX 76266-3391

DENNIS C JOHNSON
1246 N 24TH PL
FORT DODGE, IA 50501-2109

DENNIS C LANDIS
440 CHURCH ST
BROOKLYN, CT 06234-1511

DENNIS CANN
200 PICCADILLY LOOP APT D
YORKTOWN, VA 23692-2610

DENNIS CASSIDY
226 HILLSIDE RD
ELIZABETH, NJ 07208-1416

DENNIS CHRISTENSON
906 MEMORIAL DR
INTERNATIONAL, MN 56649-4214

DENNIS COREDELL COR MAY
700 NE 10TH APT G
GRANTS PASS, OR 97526-1601

DENNIS CRAWFORD
4336 OWENS RD
EVANS, GA 30809-3110

DENNIS DAVIS
11565 COLUMBIA HWY
EATON RAPIDS, MI 48827-9278

DENNIS F GLEASON
511 N ALLEGHANY ST
EL DORADO, KS 67042-1535

DENNIS HALL
10235 SCARBOROUGH RD
MINNEAPOLIS, MN 55437-2516

DENNIS DAVIS
1218 ELM ST N
FARGO, ND 58102-2703

DENNIS G DAGNAN
10947 TOPVIEW LN
KNOXVILLE, TN 37934-7081

DENNIS HARKAVY ESQ
23611 LADRILLO ST
WOODLAND HILL, CA 91367-5833

DENNIS DETWEILER
713 S IOWA ST
SOLON, IA 52333-9250

DENNIS GEHLE
160 TRENBURG PLACE
CLAYTON, NC 27520-9218

DENNIS HARRINGTON
1601 KAPPATOS WAY
SUNDERLAND, MD 20689-9608

DENNIS DOSCH
9186 POWERS LAKE RD
POWERS LAKE, ND 58773-9306

DENNIS GLAUB
13260 SAINT CLAIR DR
IRWIN, PA 15642-1672

DENNIS HENRY
201 PINE DALE RD
HAVELOCK, NC 28532-2717

DENNIS DOYLE WADDILL
1120 SUNSET DR
CARLISLE, IA 50047-9768

DENNIS GOTTHARD
254 STUART RD
CARLISLE, PA 17015-9353

DENNIS HINTZ
3272 N GENESEE RD
FLINT, MI 48506-2175

DENNIS E GARDNER
PO BOX 1
WILLOW, AK 99688-0001

DENNIS GRAHAM
7489 EL CHINO CIR
BUENA PARK, CA 90620-1719

DENNIS HOMANN
2811 MINNESOTA AVE
STEVENS POINT, WI 54481-4825

DENNIS E OWENS
257 HARRISON DR
BENNETT, CO 80102-7883

DENNIS GROSS
2 WEATHERFIELD DR
NEWTOWN, PA 18940-2600

DENNIS HUEBNER
1437 BROADWAY
DENISON, IA 51442-2052

DENNIS ECKSTEIN
PO BOX 591
SELMA, OR 97538-0591

DENNIS GRUBER
1636 APACHE DR NE
SOLON, IA 52333-9473

DENNIS J CREEDON
2012 DEVEREUX DR
BURLINGAME, CA 94010-4646

DENNIS ENSINGER
1437 N READING RD
STEVENS, PA 17578-9300

DENNIS H OSMOND
5548 LAWTON AVE
OAKLAND, CA 94618-1509

DENNIS J DAY
W4014 LEWIS LN
TOMAHAWK, WI 54487-8365

DENNIS J KEUNTJES
310 13TH ST N
WISCONSIN RAP, WI 54494-4424

DENNIS J QUINLAN
4445 SOUTHVIEW WAY DR
SAINT LOUIS, MO 63129-6718

DENNIS J SLAGLE
1613 MARKET ST
LA CROSSE, WI 54601-4972

DENNIS J WATKINS
82 MELROSE DR
PAINESVILLE, OH 44077-1409

DENNIS JENSEN
1951 MACKINAC ST
FORT COLLINS, CO 80524-3680

DENNIS JOSEPH O'BRIEN
3208 A RD
LOXAHATCHEE, FL 33470-3888

DENNIS K KRUSE
8412 FINLAY CT
SPRINGFIELD, VA 22153-3305

DENNIS K STELL
1336 HAMILTON ST
PAMPA, TX 79065-4208

DENNIS KENDALL BURNS MD
4423 HOLLOW OAK DR
DALLAS, TX 75287-6850

DENNIS KENNEDY
834 MEADOWVIEW LN APT 19
LODI, WI 53555-1353

DENNIS KNOBLOCH
115 W JEFFERSON ST STE 201
BLOOMINGTON, IL 61701-3967

DENNIS L BELLEVOU
27118 ERIN DR
MECHANICSVILL, MD 20659-4224

DENNIS L FARRELL
109 ELLIOTT CT
COLUMBIA, TN 38401-5500

DENNIS L GRANT
109 WINDING WAY
COVINGTON, KY 41011-1140

DENNIS L OLANDER
1427 HYTHE ST
SAINT PAUL, MN 55108-1422

DENNIS L PALSA
12345 VALLEY VISTA DR
CHESTERLAND, OH 44026-2346

DENNIS L RIGGIN
212 COUNTRY CLUB RD
DEVILS LAKE, ND 58301-8940

DENNIS L SLUYTER
314 CADGEWITH E
LANSING, MI 48906-1526

DENNIS L SNYDER
8 FAIRWAY DR
MOUNT VERNON, OH 43050-5401

DENNIS L WAGNER
132 TALL TREE LN
JACKSON, GA 30233-6211

DENNIS L WETHERELL
14638 PONDEROSA CT
WOODBRIDGE, VA 22191-3132

DENNIS LEE KESSLER
3535 PATTEN RD APT 6BC
HIGHLAND PARK, IL 60035-5959

DENNIS LEIBOVITZ
2323 N HOUSTON ST APT 414
DALLAS, TX 75219-7624

DENNIS LEWIS
430 ENTERLINE RD
WATSONTOWN, PA 17777-8328

DENNIS LEWIS
184 VERDE CREEK DR
CENTER POINT, TX 78010-5488

DENNIS LONERGAN
4114 LILLIE AVE
DAVENPORT, IA 52806-4416

DENNIS LUBECK
2336 WHITTEMORE PL
SAINT LOUIS, MO 63104-2531

DENNIS M DWYER
3522 MAJESTIC PINE LN
FAIRFAX, VA 22033-1511

DENNIS MOORE
1091 SNOW CREEK RD
FALLBROOK, CA 92028-3579

DENNIS P LANG
1108 DORRIT DR
LOVELAND, OH 45140-9744

DENNIS M FARRELL
N94W15987 CHEROKEE DR
MENOMONEE FAL, WI 53051-1552

DENNIS MORRISSEY
10632 GRAND AVE
OMAHA, NE 68134-2441

DENNIS PIEROTTI
363 ALTAMONT DR
SOUTH SAN FRA, CA 94080-3010

DENNIS M MINAGLIA
4648 N KENTON AVE
CHICAGO, IL 60630-4020

DENNIS N MATH
100 CHRISTOPHER COLUMBUS DR
JERSEY CITY, NJ 07302-5561

DENNIS POWERS
771 WILLIAMSBURG WAY APT C
GILROY, CA 95020-6357

DENNIS M QUINN
4021 RICHLAND AVE
METAIRIE, LA 70002-3021

DENNIS N ZIMMERMAN
352 COVENTRY LN
LITITZ, PA 17543-8763

DENNIS PRENDERGAST
13122 N ST APT 8
OMAHA, NE 68137-1851

DENNIS M WOLF
3 RADER RD
GREAT MEADOWS, NJ 07838-2321

DENNIS NIXT
808 3RD AVE N
HUMBOLDT, IA 50548-1640

DENNIS PROCTOR
111 STONEHEDGE LN
SPARTA, NJ 07871-2862

DENNIS MARSHALL
103 NAVAHO DR
KEOKUK, IA 52632-2024

DENNIS NOLTE
7810 W PEORIA AVE LOT 84
PEORIA, AZ 85345-1029

DENNIS R BOYLE
4672 FOX MOOR LN
GREENWOOD, IN 46143-9278

DENNIS MELCHER
769 HIGHVIEW AVE
SOMERSET, MA 02726-3782

DENNIS NOVOSEL
158 PLEASANT AVE
FANWOOD, NJ 07023-1157

DENNIS R ROGERS
2408 SW JACKSON CT
BLUE SPRINGS, MO 64015-4037

DENNIS MICHAEL WARD
PO BOX 854
CAMDENTON, MO 65020-0854

DENNIS OHRTMAN
510 BURRELL DR
LEWISTON, ID 83501-4536

DENNIS R STALKER
13121 E GLEN CREEK ST
WICHITA, KS 67230-1723

DENNIS MILLER
227 N UTE AVE APT 308
MONTROSE, CO 81401-3477

DENNIS P HERMAN
2903 E 30TH PL
FARMINGTON, NM 87402-4559

DENNIS RAY [DENNY] UMPHRES
62 STONY WAY
MASON CITY, IA 50401-6648

DENNIS SARCHET
1403 FINCASTLE LOOP
COLLEGE STATI, TX 77845-9493

DENNIS SCHULZ
4075 WOLF CREEK RD
PACIFIC, MO 63069-5250

DENNIS SMITH
222 9TH AVE SE
LE MARS, IA 51031-1737

DENNIS STACKLEY
15578 GREENSTONE CIR
PARKER, CO 80134-3565

DENNIS STENZEL
10702 S 25TH AVE
BELLEVUE, NE 68123-4491

DENNIS STRICKLIN
1720 PAYTON CIR
EL DORADO, KS 67042-4909

DENNIS W BENNETT
138 MAHONING ST
MILTON, PA 17847-1510

DENNIS W MOONEY
1315 MONONGAHELA BLVD
WHITE OAK, PA 15131-1527

DENNIS W RAU
12110 E 55TH ST S
DERBY, KS 67037-8332

DENNIS WARNER
514 PETERSON ST
ALTA, IA 51002-1306

DENNIS WEGNER
722 9TH AVE
INTERNATIONAL, MN 56649-2544

DENNIS WILSON
511 ALVARADO AVE
CEDAR FALLS, IA 50613-7497

DENNIS WOLF
35861 200TH ST
LE MARS, IA 51031-8185

DENNIS WYNN
4809 S 91ST AVENUE CIR
OMAHA, NE 68127-2401

DENNIS ZEGAN
902 SWORDFISH WAY
KITTY HAWK, NC 27949-6058

DENNIS ZOUZOUNIS
17 VICTORIA RD
BURLINGAME, CA 94010-2956

DENNISSE THOMAS RN
2404 WILLIAMS AVE
VIENNA, VA 22180-6829

DENNY HACK
10102 FAIRMOUNT RD
LOUISVILLE, KY 40291-3146

DENNY MCDOWELL
706 ASHLAND DR
PEARL RIVER, LA 70452-3736

DENNYSE CAHILL
30203 OVERLOOK DR
WICKLIFFE, OH 44092-1144

DENTON HIGH SCHOOL
DENTON INDEPENDENT SCHOOL D
1007 FULTON ST
DENTON, TX 76201

DENTON HIGH SCHOOL
c/o SHARON COX
1007 FULTON ST
DENTON, TX 76201

Department of Legal Affairs
c/o Attorney General
3507 East Frontage Road
Suite 325
Tampa, FL 33607

DERALD EDMONDS
6516 MASTIN ST
MERRIAM, KS 66203-3629

DERALD R BURGESS
12449 COUNTY ROAD 38
BLAIR, NE 68008-6201

DERICK TURQUEZA
157 NAUTICAL CV
HERCULES, CA 94547-2636

DERRILL S FELKEL
2608 QUITMAN ST
COLUMBIA, SC 29204-3650

DERWOOD KOENIG
1755 WALNUT TRCE
GREENFIELD, IN 46140-3050

DEVILS LAKE HIGH SCHOOL
c/o GEORGE ZENK
1601 COLLEGE DR N
DEVILS LAKE, ND 58301

DEXIE DUNHAM
1527 S LAKE DR
SHELL LAKE, WI 54871-7869

DERYL [SCARAMOUCHE] STEPHENS
2603 12TH AVE
CANYON, TX 79015-5423

DEVON YOHO
2805 W PETTY RD
MUNCIE, IN 47304-3085

DEXTER MOHAMMED HASAN
1433 S MEADOW ST
METAIRIE, LA 70003-5923

DES MOINES, LINCOLN HIGH SCHOOL
ALHS ALUMNI ASSOCIATION
2600 SW 9TH ST
DES MOINES, IA 50315

DEWAYNE C DOUGHERTY
4173 OLD STATE RD
HAMPSHIRE, TN 38461-4536

DIANA AIROLDI
146 MARKEV LN
NEW LENOX, IL 60451-1138

DES MOINES, LINCOLN HIGH SCHOOL
c/o BETH ALBRIGHT
2600 SW 9TH ST
DES MOINES, IA 50315

DEWAYNE MCOSKER
144 MEDITERRANEAN BLVD N
PORT SAINT LU, FL 34952-8553

DIANA BRENNAN
143 HEDGEROW LN
WEST CHESTER, PA 19380-6503

DESIREE [DES] MCCAIN
431 OLD WALNUT BR
NORTH AUGUSTA, SC 29860-8662

DEWAYNE PETERSON
655 TIMBER IVES DR
DACULA, GA 30019-4834

DIANA BROWN
114 LYNN LN
OCEANSIDE, CA 92058-7855

DESIREE P CANNON
4040 FORT ST
OMAHA, NE 68111-1806

DEWEY D ADAMS
134 CLAIRMONT RD
UNION, SC 29379-7645

DIANA CAVUOTO
6 CONCORD DR S
FORT SALONGA, NY 11768-2511

DESIREE RIFFEL
2225 GENTRY LN
EL DORADO, KS 67042-4072

DEWEY MARLATT JR
663 GULICK RD
HASLETT, MI 48840-9129

DIANA DEE SMITH
13027 ANDY DR
GULFPORT, MS 39503-2325

DEVA LYNN PARKS
2296 FLOYD CT
LAWRENCEBURG, IN 47025-9744

DEWEY SKILLING
1024 E MCGREGOR ST
ALGONA, IA 50511-2919

DIANA E CUMBERBATCH
PO BOX 341029
BROOKLYN, NY 11234-8029

DEVILS LAKE HIGH SCHOOL
DEVILS LAKE PUBLIC SCHOOLS D
1601 COLLEGE DR N
DEVILS LAKE, ND 58301

DEWEY W SIKES
PO BOX 354
SPRINGFIELD, GA 31329-0354

DIANA ELIZABETH SIMMONS
1231 BROWN RD
BOAZ, AL 35957-4522

DIANA GAINES
912 COPELAND AVE
LA CROSSE, WI 54603-2663

DIANA L BREITWIESER
1225 BROADWAY AVE S
SAUK RAPIDS, MN 56379-1050

DIANA M STROUD
505 BROOKFIELD WAY
WEST CHESTER, PA 19382-6666

DIANA GALE HOOKER
3841 CHATHAM RD
LOUISVILLE, KY 40218-4703

DIANA L HOLDEN
12123 EUCALYPTUS ST
SAN ANTONIO, TX 78245-3309

DIANA MANNING
1767 MIRAMONTE WAY
LAWRENCEVILLE, GA 30045-2678

DIANA HAMRICK
8095 SE 169TH PALOWNIA LOOP
THE VILLAGES, FL 32162-8378

DIANA L MCCARTER
705 ARBOR DR
SAN LEANDRO, CA 94577-2915

DIANA MARTIN
3006 GOLD RUSH CT
CORINTH, TX 76210-2265

DIANA HESTER
1840 BAYWOOD DR APT 201
CORONA, CA 92881-3347

DIANA L OTTERNESS
3413 VALLEY RANCH DR
LUTZ, FL 33548-4709

DIANA MATTHEIS
2115 CAPELL DR
LODI, CA 95242-3214

DIANA HOLLAND
2325 N HEIGHTS AVE
BATESVILLE, AR 72501-9551

DIANA L SMITH
17803 N 135TH DR
SUN CITY WEST, AZ 85375-4932

DIANA MEYERS
3808 SW 2ND ST
DES MOINES, IA 50315-3509

DIANA HUFFORD
2629 LYFORD DR
COLUMBUS, MS 39705-1907

DIANA LEWIS
1349 MOUNT ZION RD
JACKSON, OH 45640-9168

DIANA MILLER
1201 WOLSLEY
WINNIPEG, MB R3G 1H2

DIANA KESSELRING
430 E KENYON AVE
DES MOINES, IA 50315-4129

DIANA LIPPS
4093 STILLWELL BECKETT RD
HAMILTON, OH 45013-8926

DIANA MILLER
14712 LINDEN ST
LEAWOOD, KS 66224-3771

DIANA KLENK
6043 PAWNEE DR
CINCINNATI, OH 45224-2311

DIANA LITTLE
209 PEACHTREE PL
MASON, MI 48854-1448

DIANA NEVILLE
1248 W SHERWOOD TER
FORT WAYNE, IN 46807-2935

DIANA KOZAK
27231 LAKE SHORE BLVD
EUCLID, OH 44132-1245

DIANA LIZON
5400 KING RD
HOWELL, MI 48843-7420

DIANA RAMEY
418 E VERMONT ST APT 3
INDIANAPOLIS, IN 46202-4201

DIANA REIST
1972 PARK PLZ
LANCASTER, PA 17601-3844

DIANE [DEENIE] ROSS
3628 SPANISH OAK PT
DAVIE, FL 33328-3038

DIANE BARTLETT
526 STATE RD
PITTSFIELD, MA 01201-8842

DIANA S GRIFFITH
330 W CENTRAL AVE APT 3D
EL DORADO, KS 67042-2140

DIANE A FISK
439 RAY MAY DR
JOLIET, IL 60433-2147

DIANE BREITWEISER
415 W NORTH ST
JUNEAU, WI 53039-1120

DIANA SNITILY
4441 LAZY LN
SAN JOSE, CA 95135-1805

DIANE A HAUG
1992 S TENNYSON ST
DENVER, CO 80219-5159

DIANE BRYANT
5908 SIERRA GRANDE DR
AUSTIN, TX 78759-5146

DIANA SUBLER
905 WOODLAND DR
VERSAILLES, OH 45380-8592

DIANE A LUFF
9666 SUNNY ISLE CIR
BOCA RATON, FL 33428-2940

DIANE CABLE-WIGGINS
7639 14TH AVE S
RICHFIELD, MN 55423-4587

DIANA THOMAS
11721 W 9TH ST
ZION, IL 60099-9795

DIANE A SHEPPARD MSW
20 IMBROOK LN
ABERDEEN, NJ 07747-1508

DIANE CAMPBELL
7246 MERRIMAN RD
BOONES MILL, VA 24065-1706

DIANA TVEIT
1317 14TH AVE
INTERNATIONAL, MN 56649-2867

DIANE ANDERSON
2140 JOHNSON STREET RD
KEOKUK, IA 52632-9744

DIANE D CARKHUFF
3556 STATE ROUTE 307
AUSTINBURG, OH 44010-9772

DIANA VAUGHN
39701 DESERT GREENS DR E
PALM DESERT, CA 92260-1238

DIANE ANGELERI
1480 RATTLESNAKE BRIDGE RD
BEDMINSTER, NJ 07921-2938

DIANE DAMON
1211 COUNTRYWOOD LN
VISTA, CA 92081-5337

DIANA WAKELEY
1468 MORSTEIN RD
WEST CHESTER, PA 19380-5822

DIANE ARENZ
W4742 BIG BAY RD
NECEDAH, WI 54646-7057

DIANE DE SONIE
3413 HODGIN RD
RICHMOND, IN 47374-7900

DIANA WASHINGTON
5415 N SHERIDAN RD APT 3708
CHICAGO, IL 60640-1949

Diane B. Sizemore
7614 Radcliffe Cir Apt 2038
Port Richey, FL 34668-5963

DIANE DECARLO
166 TARPON DR
SEA GIRT, NJ 08750-2211

DIANE DEMARCO
1785 215TH ST APT 2C
BAYSIDE, NY 11360-1704

DIANE FERST
307 W ARLINGTON HTS
NORTH AUGUSTA, SC 29841-3302

DIANE HARRIS
442 STONE CHURCH RD
TIVERTON, RI 02878-2813

DIANE DENBOER
726 ONTARIO AVE
OOSTBURG, WI 53070-1439

DIANE FIELDS
1260 FLINT LOCK CV
HERNANDO, MS 38632-7585

DIANE HOFFMAN
4240 E DONALD ST
WATERLOO, IA 50703-9201

DIANE DOLL
20 CHESHIRE RD
BETHPAGE, NY 11714-1122

DIANE FLINT
481 RIDGELAND RD
GREENCASTLE, IN 46135-9402

DIANE J HECHT
2642 N PHELPS AVE
ARLINGTON HEI, IL 60004-2272

DIANE DORSETT
435 MILAN HWY
TRENTON, TN 38382-9214

DIANE GRASSO
21 BOLAN DR
HUNTINGTON ST, NY 11746-2823

DIANE J MCMASTER
226 CHATHAM WAY
WEST CHESTER, PA 19380-6812

DIANE E LEBER
2825 E DRY CREEK PL
CENTENNIAL, CO 80122-3312

DIANE GREENHAGEN
2308 MAPLE AVE
LEAVENWORTH, KS 66048-4440

DIANE J PETERSON
410 BENGAL DR
RAPID CITY, SD 57701-9539

DIANE EASTERWOOD
415 NW 71ST ST
LAWTON, OK 73505-5405

DIANE GRINTON
422 MAUDE AVE
JOLIET, IL 60433-2726

DIANE JANIS
10511 TURNER LN
UNION, KY 41091-9401

DIANE EDENS
PO BOX 444
RANIER, MN 56668-0444

DIANE HALAL
11741 CHERRY ST
LOS ALAMITOS, CA 90720-4101

DIANE JENSEN
12941 BROADMOOR ST
OVERLAND PARK, KS 66209-4018

DIANE FATZ
115 FOREST WALK
SUNSET BEACH, NC 28468-6146

DIANE HAMMOND
13076 MACON RD
SALINE, MI 48176-9398

DIANE JUDEM
12 COLONIAL DR
FRAMINGHAM, MA 01701-2620

DIANE FEATHERSTON
3001 RIVER REACH
WILLIAMSBURG, VA 23185-7544

DIANE HANKINS
303 ANDOVER DR
LONDON, OH 43140-1600

DIANE K BOWLIN
4701 COVINGTON RD APT 6
FORT WAYNE, IN 46804-5068

DIANE K EDWARDS
315 RIDGECREST DR
MURFREESBORO, TN 37130-2161

DIANE LECCESE
446 E 20TH ST APT 7H
NEW YORK, NY 10009-8220

DIANE MALLORY
1404S YAGER RD
MANISTIQUE, MI 49854-8965

DIANE K PETERSEN
40 5TH AVE N
WAITE PARK, MN 56387-1138

DIANE LIVINGSTON
660 LINDA FALLS TER
ANGWIN, CA 94508-9648

DIANE MARIE ZIMA
178 CHADLEE DR
WILLIAMSPORT, PA 17702-8512

DIANE KELLY
3186 BONNIE VILLA LN
DAYTON, OH 45431-3305

DIANE LYNN BRODA
421 PENNINGTON ST APT C1
ELIZABETH, NJ 07202-1143

DIANE MASSENBURG
1049 MERION DR
WEST MIFFLIN, PA 15122-3109

DIANE KNUTH
1130 13TH ST N
WISCONSIN RAP, WI 54494-3007

DIANE M DRUMMOND
174 S COLLIER BLVD UNIT 203
MARCO ISLAND, FL 34145-4301

DIANE MATTSON
1107 CHRISTIE AVE N
FORT FRANCES, ON P9A 2G7

DIANE KRIMM
174 BAILEY RD
GREENSBURG, PA 15601-8639

DIANE M GALLAGHER
1048 IRVINE AVE # 641
NEWPORT BEACH, CA 92660-4602

DIANE MUEHLENTHALER
7702 SW 9TH ST
DES MOINES, IA 50315-6744

DIANE L KITCHELL
246 MAIN ST APT 11
MADISON, NJ 07940-2266

DIANE M KNOWLES
5020 W 128TH ST
LEAWOOD, KS 66209-1880

DIANE MUELLER
110 LAURYN CT
MOUNT HOREB, WI 53572-3333

DIANE L LESSEM
6330 WENRICH DR
SAN DIEGO, CA 92120-2931

DIANE M MOORE
209 AMY CIR
NORTH AUGUSTA, SC 29841-2883

DIANE MULRANEY
180 E 194TH ST
EUCLID, OH 44119-1030

DIANE L MANNING
40 WILLIAM DR
JEWETT CITY, CT 06351-2649

DIANE M RANDALL
78 CARDINAL RD
LEVITTOWN, PA 19057-1638

DIANE NEAL
11605 KOTH DR
LINDEN, MI 48451-9635

DIANE L ORMSBEE
1711 KELLIE DR
MONTROSE, CO 81401-9520

DIANE MAHER
11 WINDING WAY
MULLICA HILL, NJ 08062-2511

DIANE NEW
133 GREENS BOTTOM RD
CARROLLTON, KY 41008-9170

DIANE O'CONNOR
7707 BONNIE DR
WEST CHESTER, OH 45069-2738

DIANE RANDOLPH
309 8TH AVE
SUTERSVILLE, PA 15083-1005

DIANE SICKLES
3930 DUNES PKWY
NORTON SHORES, MI 49441-4494

DIANE O'ROURKE
2 SWENSON DR
WOODBURY, NY 11797-1223

DIANE RICHARDS
17 SHEPHERDS QUAY DR
BREWSTER, MA 02631-5214

DIANE SMALARA
1808 BARNEBY CT
IRWIN, PA 15642-4115

DIANE PARSONS
PO BOX 164
RANIER, MN 56668-0164

DIANE ROSSINI
1996 ELDRIDGE AVE W
ROSEVILLE, MN 55113-5444

DIANE SMITH
3008 DEER CREEK TRL
HIGHLANDS RAN, CO 80129-4373

DIANE PETERS
6911 N OTTAWA AVE
CHICAGO, IL 60631-1108

DIANE ROWLAND
203 VALLEY RD
MIDDLETOWN, RI 02842-7220

DIANE SMITH
351 DOGWOOD ST
BROWNS MILLS, NJ 08015-1314

DIANE PILOLLA
7765 N NEVA AVE
NILES, IL 60714-4737

DIANE SANCHEZ
PO BOX 75
GREENBUSH, WI 53026-0075

DIANE SOLASH
100 DALY BLVD APT 1904
OCEANSIDE, NY 11572-6021

DIANE POOLE
1525 HARDESTY RIDGE RD
TAYLORSVILLE, KY 40071-9225

DIANE SCHRADER
832 E WOOD ST
VERSAILLES, OH 45380-1549

DIANE STEHMAN
845 ARNOT RD
BLOSSBURG, PA 16912-9711

DIANE PRENGER
2149 CALLAWAY CT
VERSAILLES, OH 45380-8598

DIANE SEIDEL
1364 GREEN LN
LA CANADA, CA 91011-1705

DIANE STOFFREGEN
1621 DAKOTA DR
WATERLOO, IA 50701-9767

DIANE PULVERMULLER
17 KENNETH AVE
PARLIN, NJ 08859-1828

DIANE SHANNON
630 SKYSAIL LN
FORT COLLINS, CO 80525-3142

DIANE SUMMERS
3906 BROOKWOODS DR
HOUSTON, TX 77092-8322

DIANE RAMBLER
2100 PEMBERTON PT
BUFORD, GA 30519-7538

DIANE SHERIL RIEDINGER
13107 JEFFERSON CIR N
ATLANTA, GA 30341-2676

DIANE T WALKER
100 STONEHAM DR
GLASSBORO, NJ 08028-3002

DIANE T WOOD
31 MAPLE AVE
NEW LONDON, CT 06320-5407

DIANE YEAGLEY
1317 BRIGHTON AVE
LITITZ, PA 17543-6505

DIANNA ROSE
61304 KING JOSIAH PL
BEND, OR 97702-2858

DIANE THURSTON
1619 SHADY CREST DR
LEBANON, TN 37087-3119

DIANE ZIMMERMAN
5128 W US HIGHWAY 36
GREENCASTLE, IN 46135-8013

DIANNA RUCH
112 BRIAR OAKS CT
OLD HICKORY, TN 37138-4213

DIANE TILANDER
4161 HIGHWAY 332
INTERNATIONAL, MN 56649-9154

DIANN C BROWN
11379 SCHUMAN RD
DUMAS, TX 79029-7600

DIANNA STUCKEY
143 WOODS RD
OXFORD, PA 19363-4409

DIANE VIERE
185 HAMEL RD APT 203
HAMEL, MN 55340-4564

DIANN GRIGSBY
4012 INDIAN HILLS DR
AUGUSTA, GA 30906-9313

DIANNA VAN LANINGHAM-WRIGH
109 W ALEXANDER ST
MORTON, IL 61550-1510

DIANE WAHL
4630 FLETCHER RD
MANCHESTER, MI 48158-9713

DIANNA BROWN
207 YAKIMA ST APT 309
WENATCHEE, WA 98801-6905

DIANNE BAKER
1608 COLUMBINE RD
COLORADO SPRI, CO 80907-4711

DIANE WALSH
117 GREEN ST
LOCUST GROVE, VA 22508-5444

DIANNA BURRIS-WOODS
1813 EXCHANGE ST
KEOKUK, IA 52632-3319

DIANNE BROWN
4100 COLUMNS DR SE
MARIETTA, GA 30067-5199

DIANE WASILEWSKI
813 SHERMAN ST
PAPILLION, NE 68046-3784

DIANNA L EVELAND
PO BOX 36
LEMOYNE, NE 69146-0036

DIANNE BURT
249 IVASON DR
STANTON, MI 48888-9216

DIANE WILBURGER
65 PRESIDENTS DR
MECHANICSBURG, PA 17050-7958

DIANNA LONG
2900 STONE CLIFF DR UNIT 113
BALTIMORE, MD 21209-3831

DIANNE DEUITCH
317 ALDRICH ST
UXBRIDGE, MA 01569-2104

DIANE WILKINS
4648 INISHEER DR
TALLAHASSEE, FL 32309-2418

DIANNA MAE ROSINSKI
PO BOX 457
CANDO, ND 58324-0457

DIANNE E BAUER
12930 55TH DR NE
MARYSVILLE, WA 98271-9063

DIANNE E JOHNSON
W9999 THOMPSON LN
ELROY, WI 53929-9521

DIANNE M EBERLE
10519 RIVER RD
NEW COLUMBIA, PA 17856-9216

DIANTHIA WILSON
134 TIMBERFIELD DR N
ELIDA, OH 45807-9468

DIANNE FAYE FISH
614 E STATE ST
ALGONA, IA 50511-2838

DIANNE MANSFIELD
6010 E DEVONALD AVE
TERRE HAUTE, IN 47805-9607

DICK ALEXANDER
504 ROSSO CT
PLEASANTON, CA 94566-6327

DIANNE FORQUER
60 EICHELBERGER DR
CORAOPOLIS, PA 15108-3459

DIANNE MCCARTER
1003 WESLEY DR
CRYSTAL LAKE, IL 60014-8840

DICK BODIKER
4286 S C CT
RICHMOND, IN 47374-6030

DIANNE GRAFF
1301 PINON AVE
ANDERSON, CA 96007-4038

DIANNE PRYMEK
2324 NEVADA AVE
IOWA CITY, IA 52240-6753

DICK C [CHUCK] LUCKEMEYER
PO BOX 19414
RENO, NV 89511-1906

DIANNE HAZELDINE
124 READING AVE
TITUSVILLE, FL 32796-6102

DIANNE ROEPKE
27930 145TH ST NW
ZIMMERMAN, MN 55398-8617

DICK DALE
107 SUNSET DR
ALGONA, IA 50511-7193

DIANNE HULL
1140 SYCAMORE ST
WASHINGTON, PA 15301-1856

DIANNE ROSEN
11563 BRISTOL WOOD AVE
BOYNTON BEACH, FL 33437-1657

DICK HAROLD TUTT
114 MERRILL RD
EDDINGTON, ME 04428-3349

DIANNE HUTKOWSKI
5506 ARABIAN WAY
BANCROFT, WI 54921-9781

DIANNE SCHENDZIELOS
10081 42ND ST
CLEAR LAKE, MN 55319-9732

DICK K DOMBROVSKI
3016 HIGHWAY 1032
CISCO, TX 76437-8937

DIANNE JACOB
450 KNIGHTS RUN AVE UNIT 414
TAMPA, FL 33602-5700

DIANNE WAGNER
4902 S OXBOW AVE APT 107
SIOUX FALLS, SD 57106-4155

DICK KAYZO SATO
8712 N MAGNOLIA AVE SPC 143
SANTEE, CA 92071-4571

DIANNE KOOB
700 SUMMIT AVE S
SAUK RAPIDS, MN 56379-1214

DIANNE WILLIAMS
3908 KELL BLVD APT 205
WICHITA FALLS, TX 76309-4965

DICK MASIMORE
921 THORNTON AVE
DES MOINES, IA 50315-3037

DICK MYERS
113 ARIETTA SHORES DR
AUBURNDALE, FL 33823-9336

DINA A PROTO
9409 WANDERING WOODS CT
LAS VEGAS, NV 89149-1618

DIXIE DICKSON
250 HOLIDAY TER APT B
LANSING, KS 66043-1284

DICK R RUNELS
11 TOULON
NEWPORT BEACH, CA 92660-6829

DINAH MARIA CRAWFORD
30313 WOODLAND W DR
LACOMBE, LA 70445-2892

DIXIE ELDRED
PO BOX 1368
LAKE STEVENS, WA 98258-1368

DICK RODOCKER
4704 OAK HILL LN
SARASOTA, FL 34232-1869

DINAH TURNER
1209 S APACHE LN
PEORIA, IL 61607-1102

DIXIE FLEMING
7114 IVY LANE DR
LA VISTA, NE 68128-3104

DICK SYMES
PO BOX 3037
ASHTABULA, OH 44005-3037

DINAH WALTERS
1614 RICHMOND AVE
PORTSMOUTH, VA 23704-4440

DIXIE GROVER
105 PALMER LN
EWING, NJ 08618-3207

DICK THIEL
364 LARK DR
PASO ROBLES, CA 93446-4020

DIRK G RITZEMA
829 SHEPARD DR
LOWELL, MI 49331-9330

DIXIE HARMON
8200 SADDLE MOUNTAIN RD
BOZEMAN, MT 59715-7747

DICKIE D ST JOHN
110 W ROUTE F
CLARK, MO 65243-9512

DIRL STEFFE
11309 CHIMNEY CANYON RD
PIEDMONT, SD 57769-2107

DIXIE JONES
606 N EMPORIA ST
EL DORADO, KS 67042-1626

DIETRA WILSON
8024 NORTHUMBERLAND RD
SPRINGFIELD, VA 22153-2932

DITA ANN MCGAUGHEY
3287 7 LKS W
WEST END, NC 27376-9302

DIXIE LEE WEEKS
101 PEAVEY LN APT 111
WAYZATA, MN 55391-1537

DIGNA BECKMAN
4239 N STEWART WAY
BEVERLY HILLS, FL 34465-4764

DIXIE BLAIN
1705 S BUCHANAN ST
LITTLE ROCK, AR 72204-3628

DIXIE LITTLE
1701 2ND AVE E
INTERNATIONAL, MN 56649-3229

DIMPLE BROWDER
620 MEADOW DR
LENOIR CITY, TN 37772-7911

DIXIE D TREVARTHEN
1152 SOUTH ST
BLAIR, NE 68008-2121

DIXIE NELSON
12142 N TALL TREES DR
DUNLAP, IL 61525-9533

DIXIE POTTER
1202 SE CONNER RD
EL DORADO, KS 67042-8832

DIXIE ROBINSON
100 NW 8TH ST
RICHMOND, IN 47374-4055

DIXIE STEPHENS
254 RIDGEVIEW DR
SOMERSET, KY 42503-7205

DIXIE VISKER
300 W HARRIMAN AVE
BARGERSVILLE, IN 46106-8911

DODD THOMAS [TOM] ZAKASKY
14851 JEFFREY RD SPC 310
IRVINE, CA 92618-8310

DOHN PEGG
10425 WYATT EARP CT
LAS VEGAS, NV 89129-6410

DOLLY COOMER
9630 CARINE CV
FORT WAYNE, IN 46835-9372

DOLLY E POWERS
200 THOMPSON DR
TROY, MO 63379-2308

DOLORES [DOLLY] KEENE
2288 NICHOLSON SQUARE DR
LANCASTER, PA 17601-3966

DOLORES [DOLLY] WHITTINGTON
101 CANTERBURY TRL
CRANBERRY TOW, PA 16066-4011

DOLORES A HEMMEN
3921 W BELLA VISTA ST
WICHITA, KS 67203-1030

DOLORES A KLEPEC
405 TERRY DR
JOLIET, IL 60435-5323

DOLORES BAUMANN
2543 CONSTITUTION BLVD
SARASOTA, FL 34231-4958

DOLORES COTTERALL
815 LUKENS LN
SPRINGFIELD, PA 19064-1116

DOLORES DUFF
1504 CARRIE AVE
DES MOINES, IA 50315-3337

DOLORES EMERICK
704 N FREEDOM ST
RAVENNA, OH 44266-2405

DOLORES ERIKSEN
30605 KO RIVER CT
TEMECULA, CA 92591-3807

DOLORES FLYNN
W355N6170 SCHOONER CT
OCONOMOWOC, WI 53066-1845

DOLORES GILLESPIE
PO BOX 34
CLEARWATER, KS 67026-0034

DOLORES GODLESKY
23 FRAZEE AVE
SOUTH AMBOY, NJ 08879-1003

DOLORES GYEVAT
2601 ARBOR GLEN DR APT 102
TWINSBURG, OH 44087-3078

DOLORES HACKENBERGER
68 PEACH LN
RONKS, PA 17572-9529

DOLORES HOLLAND
132 BRIDGE LN
WOLF CREEK, OR 97497-9504

DOLORES HUNT
204 S RANCH ST
SANTA MARIA, CA 93454-5321

DOLORES J COLLINS
725 BOWES RD APT H2
LOWELL, MI 49331-1663

DOLORES J STEINKRAUS
29798 HORSESHOE DR
COARSEGOLD, CA 93614-9185

DOLORES KRUEGER
11566 BURGER DR
PLYMOUTH, MI 48170-4470

DOLORES KUSHNER
RR 1 BOX 1394
PIEDMONT, MO 63957-9718

DOLORES N BROWN
17555 EMMET ST APT 112
OMAHA, NE 68116-1140

DOLORES SCHEUERMANN
3220 RED OAK LN
SPRINGFIELD, IL 62712-5822

DOLORES LAMBERT
17 STRATFORD DR
BRICK, NJ 08724-3854

DOLORES NELSON
PO BOX 343
CUSTER, SD 57730-0343

DOLORES SMITH
1840 SE 183RD TER
SILVER SPRING, FL 34488-6402

DOLORES M BRADSHAW
5805 60TH ST W
UNIVERSITY PL, WA 98467-2831

DOLORES O'NEAL
523 N 950TH RD
LAWRENCE, KS 66047-9596

DOLORES STEFFES
PO BOX 138
PALMER, AK 99645-0138

DOLORES M GILLILAND
246 MAIN ST APT 6
MADISON, NJ 07940-2266

DOLORES P BACH
2220 PIER DR
RUSKIN, FL 33570-6130

DOLORES STREYFFELER
8153 50TH AVE
PROLE, IA 50229-9029

DOLORES M LOMBARDI
115 SAWGRASS DR
BLUE BELL, PA 19422-3209

DOLORES PARRY
22777 FRANZ RD APT 1111
KATY, TX 77449-2755

DOLORES T FOLEY
114 PRESTON AVE
VOORHEES, NJ 08043-1023

DOLORES MAE HILLMAN
PO BOX 801385
ACWORTH, GA 30101-1216

DOLORES PATTON
146 FRANKLIN ST
NORTHUMBERLAN, PA 17857-8409

DOLORES TOWN
5859 S RIDGE RD W
ASHTABULA, OH 44004-9588

DOLORES MATE
32 PINE FOREST CIR
BUNNELL, FL 32110-5943

DOLORES PETER
239 E MANCHESTER DR
WHEELING, IL 60090-4932

DOMENICO TALLERICO
1852 HIGHLAND OAKS DR
ARCADIA, CA 91006-1737

DOLORES MILLER
5 HUNTSWOOD LN
EAST GREENBUS, NY 12061-2025

DOLORES POHL
1612 S 26TH ST
SHEBOYGAN, WI 53081-5034

DOMINI ORESKI
707 FOUR SEASONS LN
MONTVALE, NJ 07645-1855

DOLORES MULKEY
715 E 2ND ST
RICHLANDS, VA 24641-3007

DOLORES ROSSER
5728 MELTON DR
OKLAHOMA CITY, OK 73132-4931

DOMINIC [DICK] TALARICO
4516 BOULEVARD PL
DES MOINES, IA 50311-3314

DOMINIC M COLONNA
N14W30042 HIGH RIDGE RD
PEWAUKEE, WI 53072-4888

DON B LEECH
96 HIDDEN VALLEY DR
FINLEYVILLE, PA 15332-9413

DON CARTER
2188 MEADOW LN
ARCANUM, OH 45304-9444

DOMINICK S [NICK] BONURA
4620 LAKE VISTA DR
METAIRIE, LA 70006-2110

DON BALL
738 LASENA CT
POMONA, CA 91768-1531

DON CLAPSADDLE JR
5608 WILLIAMETTE ST
NEW IBERIA, LA 70560-9034

DOMINICK TESORIERO
114 BAY 40TH ST
BROOKLYN, NY 11214-5417

DON BALLARD
2212 MACAW DR
CEDAR PARK, TX 78613-5722

DON CRANDALL
5929 W CHICAGO ST
CHANDLER, AZ 85226-3540

DON [DONNIE] DINGUS
1601 E BUCKLEY ST
BROWNFIELD, TX 79316-6005

DON BEALS
116 11TH ST
PACIFIC GROVE, CA 93950-2804

DON D THOMAS
5627 GREENMOUNT PIKE
RICHMOND, IN 47374-9692

DON [SHORTY] KELLER
112 ELMWOOD DR
VERSAILLES, OH 45380-8586

DON BOCK
2675 S IRIS ST
LAKEWOOD, CO 80227-2861

DON DEMO
2930 TERRA VISTA DR
INDEPENDENCE, KS 67301-1536

DON A GHERARDINI
37548 GAYOSO ST
SLIDELL, LA 70458-8732

DON BOOTS
1045 PINEWOOD AVE
MENLO, IA 50164-8002

DON DIXON
5301 FALMOUTH RD
FAIRWAY, KS 66205-2656

DON ALBERT COSBY
11321 ENCINO AVE
GRANADA HILLS, CA 91344-3416

DON BRUCE
4111 CHIPWOOD CT
ARLINGTON, TX 76017-4612

DON DRAPER
PO BOX 669
LAKE OZARK, MO 65049-0669

DON ANDERSON
227 SHADOW LAWN DR
EAGLE POINT, OR 97524-6609

DON BUMA
5513 COLDBROOK AVE
LAKEWOOD, CA 90713-1437

DON E FLICKINGER
1403 6TH AVE SE
ALTOONA, IA 50009-2070

DON ATKINS
1122 GLENDALE RD
RICHMOND, IN 47374-1112

DON CALEVICH
2208 MCLEAN AVE
TROPHY CLUB, TX 76262-5489

DON EKEMA
134 PATTERSON DR
AUBURNDALE, FL 33823-3887

DON F EDWARDS
1348 BRIGHTON AVE
MYRTLE BEACH, SC 29588-5411

DON L HINES
9454 NICHOLS ST
BELLFLOWER, CA 90706-3536

DON POTTER
4413 CROWN POINT CT
SIOUX CITY, IA 51106-4320

DON F HELD
2315 PINE ST
EVERETT, WA 98201-3227

DON L HINSHAW
329 W GLENCREST DR
PEORIA, IL 61614-6057

DON R SMATHERS
1109 MAIN ST
RAINELLE, WV 25962-1252

DON FOSTER
10107 HARP RD
WALKERSVILLE, MD 21793-8714

DON LAWLER
111 LOUISE AVE
GLENWOOD, IA 51534-1123

DON RAY ANDERS
2116 RIDGEWOOD LN
PUEBLO, CO 81005-2727

DON GIBBENS JR
2190 COUNTY ROAD 151
FLOYDADA, TX 79235-5129

DON LOFFREDO
2200 STANTON AVE APT 4
DES MOINES, IA 50321-2378

DON REBBER
707 N 19TH ST
LAMESA, TX 79331-2515

DON GRINGER
3536 HIGHWAY 1 SW
IOWA CITY, IA 52240-8593

DON MC CLISH
3963 WESTMINSTER LN
STOW, OH 44224-2443

DON RICHARDSON
15691 425TH ST
DERBY, IA 50068-8500

DON HICKEY
45 GINGER CIR
LEESBURG, FL 34748-6783

DON MEMRO
2710 BEL AIRE WAY
CARSON CITY, NV 89706-1140

DON RISMILLER JR
117 E MAIN ST
RUSSIA, OH 45363-9703

DON IRISH
6926 N STALWORTH DR APT 232
PEORIA, IL 61615-8206

DON MEYER
204 W 8TH ST
STORM LAKE, IA 50588-3112

DON ROSS
26068 RIDGEMOOR RD
SUN CITY, CA 92586-2702

DON JOHNSTON
4685 E LEONESIO DR
SUN VALLEY, NV 89433-8205

DON NIELSEN
9660 LA ROSA DR
TEMPLE CITY, CA 91780-3860

DON ROSS
1630 SNOWMASS PL
LEWISVILLE, TX 75077-7506

DON L HEAVEN
6905 GROESBECK AVE
HESPERIA, MI 49421-9217

DON P ANDERSON
PO BOX 24427
OMAHA, NE 68124-0427

DON ROTH
1507 W 41ST ST
LORAIN, OH 44053-2826

DON RUDD
25 CRESTVIEW TER
BUFFALO GROVE, IL 60089-2107

DON STEVENS
2609 SEDGEWAY LN
CARROLLTON, TX 75006-2115

DON T JOHNSON
6171 CHERRY HOLLOW LN
KENT, OH 44240-2935

DON UMLAH PHD
456 S DESERT PALM
MESA, AZ 85208-6338

DON VANDERHEI
431 12TH ST S
WISCONSIN RAP, WI 54494-5039

DON W ROSS
1429 SHOSHONI TRL
HARKER HEIGHT, TX 76548-6876

DON WARE
8663 N MEDITERRANEAN CIR
DALLAS, TX 75238-4820

DONA F JENKINS
15 BROWN RD
BROWNS MILLS, NJ 08015-6809

DONA L RIDENOUR
1622 17TH ST
COLUMBUS, NE 68601-3532

DONA M POLIFKA
3340 N 86TH ST
MILWAUKEE, WI 53222-3738

DONA MAVIS SHORT
11466 QUEENS DR
OMAHA, NE 68164-2229

DONALD (TONY) RIGGS
1414 BEECH ST
MCKEESPORT, PA 15132-4730

DONALD [DON] GOLDSBERRY
4795 ONONDAGA RD
ONONDAGA, MI 49264-9754

DONALD [DON] MANN
37 MARSH HAWK RD
FERNANDINA BE, FL 32034-6423

DONALD [DON] OLSON
5250 THORNCREEK CT
SAN JOSE, CA 95135-1224

DONALD [DON] RAEUBER
360 STATE ROUTE 117
GOODFIELD, IL 61742-7523

DONALD [DONNIE] HANCHETT
3425 S SHERMAN ST APT 308
ENGLEWOOD, CO 80113-2640

DONALD [DUCK] CARIKER
1700 CRESTLINE CT
ROUND ROCK, TX 78664-3390

DONALD [SAM] KETCHEM
84 REID ALY
MILTON, PA 17847-2547

DONALD A AYRES
1715 PRESTWICK LN
FORT WAYNE, IN 46814-9317

DONALD A DUPUIS
717 BIENVILLE BLVD APT B5
OCEAN SPRINGS, MS 39564-2834

DONALD A PELLISSIER
20 OAK TREE DR
SLIDELL, LA 70458-5713

DONALD A RHODES
106 PINSONVILLE RD
GREENWOOD, SC 29646-9540

DONALD A STAHURSKI
9682 MEADE CT
WESTMINSTER, CO 80031-2612

DONALD A THRIFFILEY
200 OAK TRACE DR
THOMASVILLE, GA 31792-7648

DONALD A UTKE
3945 PARK DR
CARLSBAD, CA 92008-2634

DONALD ALLEN
14701 EDEN ST
MIDWAY CITY, CA 92655-1109

DONALD ASHENFELTER
404 COUNTRY RIDGE DR
SAINT CHARLES, MO 63304-7212

DONALD BRUCE MACCALLUM
PO BOX 982
WARROAD, MN 56763-0982

DONALD CHAMBERS
4727 LORI LN
MILTON, FL 32571-1591

DONALD AUSTIN
20705 KAHUNA CT
ESTERO, FL 33928-2733

DONALD BUCHAN
325 S 4TH ST
LE SUEUR, MN 56058-2206

DONALD CHRISLOCK
349 E MOSS ST
CHULA VISTA, CA 91911-2405

DONALD B DORWART
14353 CONWAY MEADOWS CT E
CHESTERFIELD, MO 63017-9601

DONALD BUCKMAN
W3564 STATE ROAD 28
SHEBOYGAN FAL, WI 53085-2629

DONALD CROTTEAU
PO BOX 26
OROGRANDE, NM 88342-0026

DONALD B MCBAIN
1485 VALENTINE CIR
MARION, IA 52302-8909

DONALD BURKHOLDER
2020 KESTREL CT
LANCASTER, PA 17603-2455

DONALD CUSHING
1151 3RD AVE
WALNUT GROVE, CA 95690-9712

DONALD BATTON
299 BRISTOL WAY
WORTHINGTON, OH 43085-3272

DONALD C BURKETT JR
PO BOX 3903
KNOXVILLE, TN 37927-3903

DONALD D [HIG] HIGBEE
810 N BENTSEN PALM DR TRLRA
MISSION, TX 78572-9081

DONALD BIDDISON
722 W WALNUT ST
CHILLICOTHE, IL 61523-1764

DONALD C FRITZ
2281 COUNTRY CLUB DR STE 137
MANSFIELD, TX 76063-3799

DONALD D ROUTIER
7775 KAYLEE CT
HEWITT, WI 54441-9008

DONALD BIRD
1654 NEW COLUMBIA RD
NEW COLUMBIA, PA 17856-9313

DONALD C HOLST
13017 FALCONS WAY
SAVAGE, MN 55378-3103

DONALD D SHIRLEY
1104 COUNTRY CLUB DR
BOONE, IA 50036-5103

DONALD BOLLINGER
205 N LOCUST ST
MYERSTOWN, PA 17067-1217

DONALD C JAGOT
7708 TAMPA WAY
SHREVEPORT, LA 71105-5702

DONALD DAVID ERWIN
3275 HIGHWAY 25
POWHATAN, AR 72458-9005

DONALD BOWEN
1128 SANTA CRUZ DR
THE VILLAGES, FL 32162-0180

DONALD CALKINS CLU
PO BOX 5369
CORALVILLE, IA 52241-0369

DONALD DERAAD
3736 COUNTY ROAD 97
INTERNATIONAL, MN 56649-8934

DONALD DIRR
12090 REGENCY RUN CT APT 2
CINCINNATI, OH 45240-1075

DONALD E MEADE
617 E 83RD ST
CHICAGO, IL 60619-5014

DONALD F HERRMANN
100 UNION DR
HAHNVILLE, LA 70057-2021

DONALD DRAVIS
10760 SW WILLOW ST
TUALATIN, OR 97062-8056

DONALD E MILLER
6931 CHESTNUT AVE
FALLS CHURCH, VA 22042-1950

DONALD F WASINGER
74 CONGRESS PL
IRVINE, CA 92602-1655

DONALD DURBIN
239 GALWAY DR
MOUNT WASHING, KY 40047-7336

DONALD E PIERCE
5112 SPRUCEWOOD DR
LOUISVILLE, KY 40291-1144

DONALD F WEBB SR
121 AVONDALE AVE
HADDONFIELD, NJ 08033-2635

DONALD E [DON] BACHMEIER
1700 21ST AVE W APT 214
BRADENTON, FL 34205-5781

DONALD E REIMERS
168 BELLE AVE
PLEASANT HILL, CA 94523-4640

DONALD FONDA
7614 KINGSWOOD DR
MYRTLE BEACH, SC 29572-4156

DONALD E [DON] SMITH
5829 ADA DR SE
ADA, MI 49301-7547

DONALD E RICHTER
10628 CANTERBERRY RD
FAIRFAX STATI, VA 22039-1924

DONALD FRANCK
104 NORMANDY DR
SILVER SPRING, MD 20901-3031

DONALD E AMSTUTZ
1503 GLENCOE BLVD
NEW HAVEN, IN 46774-2033

DONALD E SOUTHWICK
1405 10TH ST
ONAWA, IA 51040-1827

DONALD FRICK
4913 HIGHWAY 11
INTERNATIONAL, MN 56649-9003

DONALD E FERGUSON
1332 LAURELWOOD RD
KETTERING, OH 45409-1221

DONALD E STERN
26 BERWICK RD
KENDALL PARK, NJ 08824-1144

DONALD G [DON] EVANCHICK
32906 LAKE SHORE BLVD
WILLOWICK, OH 44095-3219

DONALD E HOBBS
403 RICK KELLEY LN
SENECA, SC 29678-1048

DONALD ETHRIDGE JR
2420 HIGHLAND AVE
MCKEESPORT, PA 15132-1231

DONALD G [DON] GOOD
504 SPRINGFIELD CIR
BOSSIER CITY, LA 71112-8829

DONALD E JAVOREK
25356 BRIDGETON DR
CLEVELAND, OH 44122-1714

DONALD F BAKER
2400 COLUMBIA DR APT 38
CLEARWATER, FL 33763-3403

DONALD G WOSKE
1168 N LAKESHORE DR
VALDOSTA, GA 31605-5916

DONALD H [DON] ANDERSON
101 CEDAR CLIFF RD # 32
RICHMOND, IN 47374-7832

DONALD HILDEBRAND
31165 MERRIMAN PL
ROMULUS, MI 48174-3515

DONALD J SHER
PO BOX 16545
SAINT LOUIS, MO 63105-1045

DONALD H DRAKE
5876 WATERS RD
ANN ARBOR, MI 48103-8940

DONALD HINDMAN
15010 262ND AVE SE
ISSAQUAH, WA 98027-8284

DONALD J TROSCLAIR
4600 10TH ST APT 315
MARRERO, LA 70072-3048

DONALD H KING
302 W WALNUT ST
WATERVILLE, KS 66548-9074

DONALD J [DON] WILHELM
9900 W SHADE LN
WICHITA, KS 67212-3943

DONALD JOHN DUNFEE
457 STOVALL CRESS CT
HENDERSON, NV 89012-4554

DONALD H SMITH
115 PINE AVE
HYANNIS, MA 02601-4560

DONALD J [DUTCH] VILLARRUBIA
2505 N ATLANTA ST
METAIRIE, LA 70003-5311

DONALD JONES
6149 GRAND OAKS DR SE
WINTER HAVEN, FL 33884-2715

DONALD HAMBLETON
7104 NELLA RD
WALDRON, AR 72958-9191

DONALD J DAILEY
819 HARDWOOD CT
GATES MILLS, OH 44040-9604

DONALD JOSE
108 TRAMORE CIR
MALVERN, PA 19355-3182

DONALD HAUPT
13402 HAVERSHIRE LN
HOUSTON, TX 77079-3404

DONALD J DALY
PO BOX 640310
KENNER, LA 70064-0310

DONALD K WILLIAMS
115 MCNAIRY LN
SMYRNA, TN 37167-5729

DONALD HEATHCOTE
204 OLEANDER PL
WAXAHACHIE, TX 75165-4663

DONALD J GORJUP
25390 RICHARDS AVE
EUCLID, OH 44132-2236

DONALD KANE
W398N6067 AUTUMN WOODS DR
OCONOMOWOC, WI 53066-2188

DONALD HERRLING
W3174 CORNELL CT
APPLETON, WI 54915-8177

DONALD J HOWERTON
660 ROBERT E LEE BLVD
NEW ORLEANS, LA 70124-2545

DONALD KEIL
4803 W BRIDALWOOD DR
PEORIA, IL 61615-2709

DONALD HERSHBERGER
118 FIFE LN
APTOS, CA 95003-3233

DONALD J MCCONNELL
9855 LITTLE MOUNTAIN RD
MENTOR, OH 44060-8038

DONALD KONING
5303 W G AVE
KALAMAZOO, MI 49009-9090

DONALD KUNA
27 BUFFA DR
SOMERSET, NJ 08873-2752

DONALD L SAUNDERS
2 COMMONWEALTH AVE APT 12C
BOSTON, MA 02116-3157

DONALD MACCORMACK
405 OLIVE ST
HUNTSVILLE, TX 77340-6718

DONALD KUNTZ
724 6TH ST SE
DEVILS LAKE, ND 58301-3716

DONALD L UPDIKE
215 2ND AVE N
WAITE PARK, MN 56387-1116

DONALD MARION KIZER
204 MINUS ST
SAINT GEORGE, SC 29477-2427

DONALD L BOOTHBY
906 E KIBBY ST
LIMA, OH 45804-1646

DONALD LANGENBERG
2519 PICKWICK RD
BALTIMORE, MD 21207-6637

DONALD MAX MOORE
312 OAKWOOD CIR
WASHINGTON, IL 61571-2572

DONALD L DAWSON
7204 SAN MARINO DR
EL PASO, TX 79912-1540

DONALD LEDUC
106 OAK BEND CT
FAIRHOPE, AL 36532-6314

DONALD MICHAEL HAMERLA
3729 KEIR DR
HELENA, MT 59602-8610

DONALD L HUGHES
260 JEFFERSON ST
ORANGE, VA 22960-1708

DONALD LEIDHEISER
2960 W CREEK VALLEY LN
APPLETON, WI 54914-1556

DONALD MICHEL
3344 LANSING DR
SAINT ANN, MO 63074-3429

DONALD L MITCHELL
5100 SUSAN DR
AMARILLO, TX 79110-3016

DONALD LEONIDAS CHOATE
1501 MAPLE AVE
PORTSMOUTH, VA 23704-4617

DONALD MUFFLEY
522 BROADWAY ST
MILTON, PA 17847-2406

DONALD L MOORE
1513 S DRISCOLL ST
APPLETON, WI 54914-4833

DONALD M [DON] SCANDROL
195 RUMMEL RD
MILFORD, NJ 08848-1969

DONALD MUMMA
16 WHITETAIL DR
STEVENS, PA 17578-9108

DONALD L PETERS
222 HERWECK DR
SAN ANTONIO, TX 78213-3331

DONALD M CAMMACK
1336 PALISADE PATH
WOODBURY, MN 55129-8555

DONALD N BRIGHTMAN
58 ROYCE RD
NEWTON CENTER, MA 02459-1033

DONALD L ROMES
1337 NORTHLAKE CT
ROCHELLE, IL 61068-2413

DONALD M GUERRERA
52 PELHAM RD
TIVERTON, RI 02878-3871

DONALD N DEJULIO
2125 MIAMI RD
MONTROSE, CO 81401-6004

DONALD N SCHORR
31500 GRAPE ST # 3-196
LAKE ELSINORE, CA 92532-9702

DONALD PALMER
7658 E WINGTIP WAY
SCOTTSDALE, AZ 85255-4688

DONALD S BLOOM
31 DEXTER RD
EAST BRUNSWIC, NJ 08816-2873

DONALD NASGOWITZ
418 N 3RD ST UNIT 340
MILWAUKEE, WI 53203-3014

DONALD PONDER
903 CANTERBURY TRL
RICHMOND, IN 47374-6683

DONALD SCHAACK
10810 38TH PL N
PLYMOUTH, MN 55441-1409

DONALD NICHOLS
521 E ROAD OF TRALEE
SHELTON, WA 98584-7515

DONALD PONS
119 GLENN HILL DR
HENDERSONVILL, TN 37075-5157

DONALD SCHELK
1011 WILSON ST
PLYMOUTH, WI 53073-1047

DONALD O BRAZEAL
1109 KINMONTH DR
JOLIET, IL 60433-8528

DONALD R [DON] DAVIDSON
35795 PALOMINO WAY
PALM DESERT, CA 92211-2667

DONALD SCHUFF
23 CYRUS WAY
BROCKPORT, NY 14420-1563

DONALD OLSON
3282 143RD AVE NW
ANDOVER, MN 55304-5847

DONALD R MCELWAIN
112 WHIPPLE ST
BELLAIRE, TX 77401-5339

DONALD SCOTT
9230 BAYBERRY BND APT 103
FORT MYERS, FL 33908-6668

DONALD ONSTOTT
PO BOX 68
HARTFORD, OH 44424-0068

DONALD R MCMAHAN
37493 COUNTY ROAD 38
HOLYOKE, CO 80734-9712

DONALD SEBANC
755 FRANKLIN ST STE A
OAKLAND, CA 94607-3931

DONALD OSMER
5583 DAGETT RD
POSEN, MI 49776-9620

DONALD RANDALL
205 FLEETWOOD DR
BLOOMINGTON, IL 61701-2026

DONALD SHAPIRO
18 YORKSHIRE RD
DOVER, MA 02030-2367

DONALD P HELGESON
1594 RIVERSIDE AVE N
SARTELL, MN 56377-2353

DONALD RANDOL
PO BOX 161
ATALISSA, IA 52720-0161

DONALD SHARPE
140 W 62ND ST
NEW YORK, NY 10023-7407

DONALD P JESTINGS
95 DOUGLAS AVE
PORTSMOUTH, RI 02871-4309

DONALD RICHARDS
2349 S 4TH ST
SPRINGFIELD, IL 62703-3401

DONALD SHIPLEY
3913 TACOMA ST
IRVING, TX 75062-7238

DONALD SHOTZBERGER
14222 CREEKWOOD CV
GULFPORT, MS 39503-2480

DONALD STRAETZ
4416 MARICOPA CIR
LAS CRUCES, NM 88011-1722

DONALD W [GEEZIL] PETERSON
4090 HICKORY HILL LN
CEDAR RAPIDS, IA 52403-3739

DONALD SIDEBOTTOM
356 OLD 122 RD
LEBANON, OH 45036-2441

DONALD SWANGER
5329 LAKE RD S
BROCKPORT, NY 14420-9785

DONALD W HANKEL
1123 N EDMONDSON AVE APT B
INDIANAPOLIS, IN 46219-3581

DONALD SOHL
2536 FAISS DR
LAS VEGAS, NV 89134-7241

DONALD SWANSON
10847 SANDY SPRING DR
NEKOOSA, WI 54457-7530

DONALD W STEWART
21853 SUPERIOR RD
TAYLOR, MI 48180-4768

DONALD SOLOMON
16 APPLETON ST # 1
BOSTON, MA 02116-6214

DONALD SYDANSK
1901 N 5TH ST
HARRISBURG, PA 17102-1598

DONALD WALLS
8902 E CALLE BOLIVAR
TUCSON, AZ 85715-5604

DONALD STANGLE
92 FAIRVIEW ST
WILSON, OK 73463-2656

DONALD TOWNSEND
362 CARIBBEAN DR E
SUMMERLAND KE, FL 33042-4812

DONALD WILLIAMS
7057 DESHON CREEK CT
LITHONIA, GA 30058-2925

DONALD STAUFFER
619 W 3RD AVE
LITITZ, PA 17543-9306

DONALD TROTT
431 COUNTY ROAD 1970
GUNTOWN, MS 38849-1337

DONALD WULBER
09649 STATE ROUTE 66
NEW BREMEN, OH 45869-9758

DONALD STEINER
7664 E PORTOBELLO AVE
MESA, AZ 85212-1738

DONALD TYREE
404 TERRAPIN TRL
ANTIOCH, TN 37013-1540

DONALD ZIMMERMAN
11026 N ROOKER RD
MOORESVILLE, IN 46158-6342

DONALD STONE
1202 FULTON ST
WATERLOO, IA 50707-2924

DONALD V BUTTON
806 W DAISY PL
COAL CITY, IL 60416-1375

DONAREA A [DONA] SWITZER
14714 NORTHWOOD DR
MAGALIA, CA 95954-9395

DONALD STOUT
5501 FAIRWOOD OAKS PL
LOUISVILLE, KY 40291-1499

DONALD VARNER
10751 CHACO TERRACE ST NW
ALBUQUERQUE, NM 87114-6115

DONELL D CHAGNARD
215 CROCKET BAYOU RD
SIMMESPORT, LA 71369-2452

DONELLA DUKE
807 N 12TH ST
INDIANOLA, IA 50125-1531

DONNA BROWN
5003 S COUNTY ROAD 1136
MIDLAND, TX 79706-7215

DONNA DECKER
2039 MANOR OAK LN
BUFORD, GA 30519-6503

DONN GUNTER
12457 GLENCLIFF DR
MARYLAND HEIG, MO 63043-3624

DONNA BUMANN
710 PLEASANTVIEW DR
STORM LAKE, IA 50588-2840

DONNA DEE CATRON
16 SUNSET DR
RICHMOND, IN 47374-1951

DONN HORNUNG
3806 MAIN ST TRLR 57
KEOKUK, IA 52632-2034

DONNA CALKINS
2680 HISER STATION RD
MILTON, IN 47357-9725

DONNA DEE JENSEN
208 17TH AVE NE
INDEPENDENCE, IA 50644-2200

DONNA BEBUS
11053 127TH ST SE
CLEAR LAKE, MN 55319-9660

DONNA CASTNER
111 RUGGLES CT
ORLAND PARK, IL 60467-1927

DONNA DEE MCCARTNEY
7280 SW 93RD STREET RD
OCALA, FL 34476-9383

DONNA BELL
2321 COATES RD
LITTLE RIVER, SC 29566-7416

DONNA CHIMENTO
25 LOGGING HILL RD
BOW, NH 03304-3719

DONNA DIAZ
7252 WALKER ST
LA PALMA, CA 90623-1327

DONNA BENYUSKA
79 DESERT SUNFLOWER CIR
HENDERSON, NV 89002-3309

DONNA CLARK
4315 E SNOW RD
BERRIEN SPRIN, MI 49103-9224

DONNA DIEDRICH
922 ORCHARD GROVE DR
ROYAL OAK, MI 48067-1207

DONNA BOLEYN
1110 COLUMBUS DR
WATERLOO, IA 50702-5315

DONNA COALTER
201 E 4TH ST
RIDGEVILLE, IN 47380-1227

DONNA DILLON
445 BURGESS RD
BOONES MILL, VA 24065-3861

DONNA BOORMAN
2100 S SCOTT BLVD TRLR 114
IOWA CITY, IA 52240-3039

DONNA COULTER
3534 MILLER RD
CLEVELAND, TX 77328-2922

DONNA DITZLER
134 DALLAM AVE
DUMAS, TX 79029-3558

DONNA BRACY
4156 YEARGAN RD
MURFREESBORO, TN 37128-5742

DONNA DEBOWER
1011 7TH ST APT 9
ALLISON, IA 50602-9452

DONNA DUFF
205 TAWNEY EAGLE CT
HUNTERTOWN, IN 46748-9272

DONNA DUNN
3900 PALOS VERDES CIR
VALLEY CENTER, KS 67147-8363

DONNA FARROW
2134 GOLDFINCH CT
OVIEDO, FL 32765-5207

DONNA GRON
30215 WESTLAWN DR
BAY VILLAGE, OH 44140-1608

DONNA E LEWIS
404 BRIDGE ST
WAVERLY, OH 45690-1471

DONNA FISH
2461 FOREST PINES DR
RICHMOND, IN 47374-7235

DONNA HABIGER
227 8TH AVE N
WAITE PARK, MN 56387-1157

DONNA EDDY
194 PIONEER LAKE DR
CHERRY TREE, PA 15724-8115

DONNA FLIER
4177 CENTER ST
CULVER CITY, CA 90232-4004

DONNA HALL
13805 PARKVIEW DR
BECKER, MN 55308-9311

DONNA EDWARDS
829 APPLETON RD
SIMI VALLEY, CA 93065-5114

DONNA FOSTER
32247 VALIANT WAY
UNION CITY, CA 94587-1824

DONNA HAMM
2011 W SHERMAN AVE
WEST PEORIA, IL 61604-5602

DONNA EGBERTS
15111 BUSHARD ST SPC 27
WESTMINSTER, CA 92683-6554

DONNA FRANKEL
PO BOX 519
MAHOPAC, NY 10541-0519

DONNA HAYNES-JOHNSON
1343 LONELY COTTAGE RD
UPPER BLACK E, PA 18972-9704

DONNA ESKIND
416 ELLENDALE AVE
NASHVILLE, TN 37205-3402

DONNA FUNICELLO
3 BELVEDERE WAY
BELVEDERE TIB, CA 94920-2400

DONNA HENNING
22232 N 22ND PL
PHOENIX, AZ 85024-6509

DONNA EVANS
1705 MARCELLA HEIGHTS DR
CARROLL, IA 51401-1618

DONNA GAFFEY
3120 FRIENDSHIP ST
IOWA CITY, IA 52245-5114

DONNA HENRY
2078 MICKANIN RD
IRWIN, PA 15642-9706

DONNA F CAMPBELL
2274 COUNTY ROAD 265
TOWN CREEK, AL 35672-4226

DONNA GAYNELL MOSSBERG
6050 LAKE RD APT 220
SAINT PAUL, MN 55125-2074

DONNA HILL
8 LINDA ISLE
NEWPORT BEACH, CA 92660-7205

DONNA F SIGLER
22354 WOHLFEIL ST
TAYLOR, MI 48180-7200

DONNA GORHAM
2 SAINT JAMES AVE
HOLYOKE, MA 01040-2321

DONNA HIMMELREICH
9421 RUOFF AVE
WHITTIER, CA 90603-1955

DONNA HITE
14 SUMMIT RD
STORRS MANSFI, CT 06268-1434

DONNA J SCHMIDT
2285 HEATHEN RIDGE RD
CRITTENDEN, KY 41030-8478

DONNA KAY COSTEPHENS
504 HIGHWAY J
MALDEN, MO 63863-1832

DONNA HOURIGAN
78 LOWER LOCH VISTA DR
WILLIAMS BAY, WI 53191-9754

DONNA JANES
59 MONTGOMERY PL
IOWA CITY, IA 52240-3092

DONNA KAY LEITNER
5408 LOCUST GROVE RD
RICHMOND, IN 47374-9427

DONNA HOWELL
505 N WEST ST
MOROCCO, IN 47963-8045

DONNA JEAN BRENENSTALL
9375 HILLTOP LN
BLOOMINGTON, IL 61705-6921

DONNA KAY SCOTT PHD
1025 LAKESIDE DR
GRAND JUNCTIO, CO 81506-2823

DONNA HUGHES
847 S ROCHESTER
MESA, AZ 85206-2749

DONNA JEAN LEEB
145 24TH AVE S
SAINT CLOUD, MN 56301-3944

DONNA KAY WILLIAMS
601 NOTTINGHAM DR
RICHARDSON, TX 75080-6110

DONNA HUNT
4916 SPRINGTREE CT
RAPID CITY, SD 57702-9246

DONNA JEANNE MAYER
6 BALDWIN AVE
MORGANVILLE, NJ 07751-9714

DONNA KELLER
802 IVY RIDGE LN
BUFFALO, MN 55313-0009

DONNA HUTTON
118 KILMAR KNLS
EAST PEORIA, IL 61611-1622

DONNA JESSE
7 PRESLEY LN
BELLA VISTA, AR 72714-2514

DONNA KUTZFARA
2230 RIDGE RD
MCKEESPORT, PA 15135-3037

DONNA J BAUER
9243 CELTIC CT
INDIANAPOLIS, IN 46235-2134

DONNA JOHNSON
PO BOX 449
BARRE, VT 05641-0449

DONNA L CLIFFORD
20218 SWEETGUM WAY
CYPRESS, TX 77433-6065

DONNA J DAUBER
3609 OLD FORGE RD
ROOTSTOWN, OH 44272-9643

DONNA K OLSON
884 BLUEWATER DR
BEULAH, MI 49617-9454

DONNA L DELSCAMP
1629 N VALLEY PKWY
LEWISVILLE, TX 75077-2404

DONNA J PRATT
4526 28TH AVE
ROCK ISLAND, IL 61201-5810

DONNA K WARNER
5537 MELANIE CIR
ELIZABETH, CO 80107-8154

DONNA L GFELL
617 NUTMEG ST
BROWNS MILLS, NJ 08015-2721

DONNA L LAGEMANN
200 LANE 440 LAKE JAMES
ANGOLA, IN 46703-9085

DONNA LEE TODD
2050 N WEBB RD APT 102
WICHITA, KS 67206-3422

DONNA M HERRAN
13 CAROL CT
CRANFORD, NJ 07016-2525

DONNA L WEISSMAN
31 TALEWINDS LN
GROTON, CT 06340-4880

DONNA LEIBENSPERGER
6849 CHILLINGSWORTH CIR NW
CANTON, OH 44718-1571

DONNA M KUBANT
705 WESTLAKE DR
TROY, MO 63379-4444

DONNA LABLANC
8527 TALL PINE RD
BRITT, MN 55710-8039

DONNA LINDBECK
12381 MAGNOLIA ST NW
COON RAPIDS, MN 55448-2110

DONNA M MYERS
3325 E 1050 N
OSSIAN, IN 46777-9786

DONNA LAMONDE
336 CAREY ST
DEERFIELD, MI 49238-9705

DONNA LISTON
1351 RIDGEWOOD LN
BOUNTIFUL, UT 84010-1631

DONNA M SHERROD
25462 GROVE CT
FLAT ROCK, MI 48134-6010

DONNA LANGFORD
7866 ORCHID DR
BUENA PARK, CA 90620-1929

DONNA M BIAMONTE
341 MAIN ST
SOUTH AMBOY, NJ 08879-1635

DONNA M SWINGLER
7839 SWINGLER DR
ESMONT, VA 22937-1916

DONNA LARSON
10843 HILLHAVEN AVE
TUJUNGA, CA 91042-1458

DONNA M CARR
12945 W LINDEN LN
CLEVELAND, OH 44130-5818

DONNA MAE CAIN
220 E ELIZABETH ST
PLYMOUTH, WI 53073-1716

DONNA LAUTERBACH
22850 S ANNA DR
CHANNAHON, IL 60410-3237

DONNA M COUSSEMENT
2620 35TH ST E
TUSCALOOSA, AL 35405-2647

DONNA MAE CONNOLLY
13929 FOREST ST
THORNTON, CO 80602-7863

DONNA LEE M SPERRY
412 S OLD RANCH RD
ARCADIA, CA 91007-6228

DONNA M DALESSIO
2851 S VALLEY VIEW BLVD UNIT
LAS VEGAS, NV 89102-0148

DONNA MAE WALKER
709 N PUTNAM ST
ALGONA, IA 50511-1951

DONNA LEE PINCKNEY
203 PARSONAGE ST APT 112
SARANAC, MI 48881-9578

DONNA M EDWARDS
44 W STRASBURG RD
FRONT ROYAL, VA 22630-4640

DONNA MALIN
814 FOXBORO DR
NORWALK, CT 06851-1150

DONNA MCCARTHY
2411 84TH ST S
WISCONSIN RAP, WI 54494-9631

DONNA MCCOLLUM
1125 SUNSET DR
MILTON, PA 17847-7764

DONNA MCGUIRE
4272 HIGHLAND DR
RICHMOND, IN 47374-4827

DONNA MCWALTER
10005 CANYONVIEW CT
SPRING VALLEY, CA 91977-6920

DONNA MEDICH
540 MARYLEA AVE
PITTSBURGH, PA 15227-1220

DONNA MILLER
6515 E 30TH ST N UNIT 2750
WICHITA, KS 67226-5205

DONNA MINK
2694 SW M ST
RICHMOND, IN 47374-7608

DONNA MOELLER
6319 BRIAR RD
WILLOWBROOK, IL 60527-5486

DONNA MOLNAR
34436 FORTUNE CT
NORTH RIDGEVI, OH 44039-4416

DONNA MORELAND
3705 W EAGLE POINT DR
PEORIA, IL 61615-7824

DONNA NEFF
3395 243RD AVE
KEOKUK, IA 52632-9560

DONNA NELSON
323 MARIETTA AVE
MOUNT JOY, PA 17552-3001

DONNA NORTH
933 FAIRVIEW AVE
EPHRATA, PA 17522-1320

DONNA O'DONNELL
6 E 194TH ST
EUCLID, OH 44119-1028

DONNA OLIVE MUIR
2296 STRATTON DR
POTOMAC, MD 20854-6142

DONNA OLSON
333 E COLUMBIA ST
MASON, MI 48854-1250

DONNA ORD
38 FOLKS PT
SHEPHERDSTOWN, WV 25443-3808

DONNA ORR
25439 NEWCASTLE RD
GAMBIER, OH 43022-9772

DONNA PALUCH
4020 E KINKAID ST
WICHITA, KS 67218-4955

DONNA PAYNE
210 W MAIN ST
CARTHAGE, IL 62321-3241

DONNA PERRY
8011 YORKSHIRE CIR
LA PALMA, CA 90623-2026

DONNA PHILLIPS
1909 RED OAK DR NE
ALEXANDRIA, MN 56308-7525

DONNA PONT
PO BOX 640
GUTTENBERG, IA 52052-0640

DONNA R HUDSON
2030 WESLEY ST
MCKEESPORT, PA 15132-7637

DONNA R LASTOVICA
5502 N 151ST ST
OMAHA, NE 68116-4557

DONNA RABOLD
46 N GREEN ACRES CIR
AKRON, PA 17501-1494

DONNA RAE BLOOD
2320 N UPLAND CRST
MINNEAPOLIS, MN 55421-2035

DONNA RAE DIMMICK
838 NORTHERN DR
LOCKPORT, IL 60441-2246

DONNA S LAMKIN
9891 MOUNT SINAI RD
MOORES HILL, IN 47032-9329

DONNA TEMPLETON
1052 DELTA DR
ELGIN, IL 60123-6580

DONNA REED
314 N MIAMI AVE
BRADFORD, OH 45308-1147

DONNA SCHOLZE
5161 REDDIN RD
WISCONSIN RAP, WI 54495-1759

DONNA TERDIMAN
30 OAK MOUNTAIN CT
SAN RAFAEL, CA 94903-1038

DONNA REHMAN
0S708 EAST ST
WINFIELD, IL 60190-1619

DONNA SMITH
766 E COUNTY ROAD 350
SUTTER, IL 62373-5005

DONNA TERVO
PO BOX 1174
FLORENCE, OR 97439-0058

DONNA RENASON
813 WHISPERWOOD TRL
FENTON, MI 48430-2200

DONNA SMITH
240 CASTLE SHANNON BLVD
PITTSBURGH, PA 15228-2233

DONNA THOMAS
2487 CHEESY CREEK RD
PRINCETON, WV 24739-2038

DONNA REYES
1363 E NATASHA DR
CASA GRANDE, AZ 85122-1345

DONNA SORENSON
21506 485TH AVE
VINING, MN 56588-9561

DONNA TIBBS
264 COPPERWOOD TRL
SAINT CHARLES, MO 63304-7239

DONNA REYNOLDS
2978 STANLEY RD
FAIRLAWN, OH 44333-3247

DONNA SPENCER
7930 BEAN RANCH RD
WHITEWATER, CO 81527-9442

DONNA TIMMER
511 CATARACT AVE
WATERLOO, IA 50702-5117

DONNA RIGGLE
5035 E STATE ROAD 14
ROCHESTER, IN 46975-8457

DONNA STONE
4404 BRIGGS AVE
MONTROSE, CA 91020-1110

DONNA TROST
308 CHOCTAW ST
HIAWATHA, KS 66434-2759

DONNA ROBBINS
13 WINDY CT
WARSAW, IL 62379-1748

DONNA STURLA
6808 CASTILLO CT
CITRUS HEIGHT, CA 95621-4305

DONNA TYNER
1339 HUNT ST
RICHMOND, IN 47374-1820

DONNA S ACKEL
5308 GARNABY LN
PEACHTREE COR, GA 30092-2160

DONNA TAMRES
5652 PHILLIPS AVE
PITTSBURGH, PA 15217-2205

DONNA VANDERLAAN
10202 N EDISON AVE
TAMPA, FL 33612-7342

DONNA WATERMAN
508 N SAGEBRUSH ST
WICHITA, KS 67230-6663

DONNEY JENKINS
115 LYNN LEE DR
OLD HICKORY, TN 37138-2303

DORA WARD
6506 DEL MATRO AVE
WINDSOR HEIGH, IA 50324-1715

DONNA WIGGINS
8268 RIVERDALE ST
DEARBORN HEIG, MI 48127-1512

DONNIE GRAY
201 TANGLEWOOD ST
DENTON, TX 76207-7462

DORAN HOLLOW
45410 DANBURY CT
CANTON, MI 48188-1046

DONNA WILKES
1276 US HIGHWAY 45 BYP N
TRENTON, TN 38382-4005

DONNIE H ROULHAC
2846 DAVEY ST
MARIANNA, FL 32448-4709

DORCAS HOWARD
PO BOX 154
IMMOKALEE, FL 34143-0154

DONNA WILLIAMS
5349 E APPIAN WAY
LONG BEACH, CA 90803-1916

DONNY JONES
2307 VALLEYVIEW DR
CHARLOTTE, NC 28215-5100

DOREEN CARTER
3200 BEATRICE AVE
MIDDLEVILLE, MI 49333-8784

DONNA WILLINGHAM
224 MUNROE FALLS AVE
MUNROE FALLS, OH 44262-1523

DONOVAN W NYLUND
PO BOX 1669
BELMONT, NC 28012-1669

DOREEN GILLESPIE
13976 AUDRA PARK RD
VOLGA, WV 26238-7408

DONNA WISEMAN
512 KENDALL RD
KNOXVILLE, TN 37919-6805

DORA BARZ
7319 S WITZKE PL
SIOUX FALLS, SD 57108-5902

DOREEN T ROSKIEWICZ
120 ACORN DR
BRIGHTON, MI 48116-2450

DONNA WROLSTAD
13249 JENKINS ST NE
BLAINE, MN 55449-4952

DORA LERCARI
105 BUTTONWOOD DR
KEY BISCAYNE, FL 33149-1301

DOREN BERKHEIMER
710 BROADWAY ST
MILTON, PA 17847-2410

DONNA ZELLNER
2610 12TH ST S APT D
WISCONSIN RAP, WI 54494-7922

DORA TURNER
245 RUMSEY RD APT 8J
YONKERS, NY 10701-4523

DORENDA A HEATHER
PO BOX 99
MARYDEL, MD 21649-0099

DONNALYNN ERICKSON
PO BOX 6254
MCALLEN, TX 78502-6254

DORA W MARSHALL
285 DEXTER ST
PORTSMOUTH, RI 02871-1432

DORENE OETGEN
5725 SHANNON BAY DR APT 212
ROCKLIN, CA 95677-3669

DORENE SCHEFFERS
6185 TANAGER CT
KALAMAZOO, MI 49009-1890

DORIS [ELAINE] HUTCHINSON
4406 128TH PL NE
MARYSVILLE, WA 98271-8730

DORIS AYLWARD
PO BOX 356
SCHALLER, IA 51053-0356

DORENE SNYDER
67 WALTERS RD
MILTON, PA 17847-8245

DORIS A DEGOOD
3930 16 MILE RD NE
CEDAR SPRINGS, MI 49319-8429

DORIS BABLE
201 IROQUOIS PL
CADILLAC, MI 49601-9221

DORETHA A SHEW
5417 ARABIAN PL NW
ALBUQUERQUE, NM 87120-2209

DORIS A ILLERS
PO BOX 83
JACKSON, MO 63755-0083

DORIS BEAM
2417 CEDARHURST DR
REISTERSTOWN, MD 21136-4403

DORETTA [TOOTSIE] PARTINGTON
2018 INNER CIRCLE DR
OVIEDO, FL 32765-8707

DORIS A MANGEN
408 NEW ST
PIQUA, OH 45356-2440

DORIS BROOKMAN
209 S PEARL ST
DENVER, CO 80209-2017

DORETTA NEIL
1609 OAKWOOD DR
WATERLOO, IA 50703-1347

DORIS ADAMS
503 BEACON HILL CT
MOUNT JULIET, TN 37122-2043

DORIS BROWN
8181 WETHERBY ST
DETROIT, MI 48204-3448

DORI SCHATELL
409 S ROLLING RD
CATONSVILLE, MD 21228-5721

DORIS ANN DIMES
1504 FLAGLER RD
AUGUSTA, GA 30909-9564

DORIS BURTON
842 E 6TH ST
COLORADO CITY, TX 79512-5804

DORINDA KAUZLARICH-RUPE
51463 OUTER DR
SOUTH BEND, IN 46628-9616

DORIS ANN SCOTT
10531 CRESTON GLEN CIR E
JACKSONVILLE, FL 32256-4692

DORIS BYRNE
2 ADRIATIC DR
HAMPTON, VA 23664-1902

DORIS [DORI] WARNER
308 GLENWOOD AVE
GLEN ELLYN, IL 60137-5011

DORIS ARNOLD
2738 QUAKER RIDGE RD
LAS VEGAS, NV 89142-2764

DORIS CHORTEK
1800 N PROSPECT AVE APT 21B
MILWAUKEE, WI 53202-3076

DORIS [DOT] DAVIS
9003 PINNACLE CIR
WINDERMERE, FL 34786-8221

DORIS AYERS
412 S KEENE AVE
COMPTON, CA 90220-2644

DORIS COLEHOWER BARGER
1120 NEW JERSEY AVE
CAPE MAY, NJ 08204-2639

DORIS COOPER
1022 FONDERSMITH DR
LANCASTER, PA 17601-4877

DORIS E ROGERS
102 KELBY CT
HOPKINSVILLE, KY 42240-4732

DORIS GENEVIEVE HOLBEN
128 BANK ST APT 112
KEOKUK, IA 52632-5845

DORIS CROSHAW
448 WRIGHTSTOWN SYKESVILLE R
WRIGHTSTOWN, NJ 08562-1522

DORIS EBBELER
116 S 8TH AVE
BEECH GROVE, IN 46107-1937

DORIS GEORGE
2409 NE 20TH ST
RENTON, WA 98056-2738

DORIS CUOCCI
10 KENSINGTON COURT
HOLMDEL, NJ 07733-3108

DORIS EVANS
1614 AZELEA LN
GAINESVILLE, GA 30507-7410

DORIS GOODMAN
2 ROBERTS LN
BELLA VISTA, AR 72714-3250

DORIS DAVIDSON
2217 STONEHENGE DR APT 3
RALEIGH, NC 27615-4370

DORIS FIELDS
970 BRAWLEY SCHOOL RD
MOORESVILLE, NC 28117-8993

DORIS GRIFFEN
1459 N NEWPORT AVE
STOCKTON, CA 95205-3574

DORIS DECKER
96 TURTLE HILL TRL
MANSFIELD, TX 76063-1548

DORIS FINCH
2144 CRESCENT DR
ALTADENA, CA 91001-2112

DORIS HANSEN
13060 METCALF AVE APT 243
OVERLAND PARK, KS 66213-2613

DORIS DELONG
1455 BROADWAY RD
MILTON, PA 17847-8100

DORIS G [JERRI] HEITHAUS
325 S 27TH ST
RICHMOND, IN 47374-6778

DORIS HARNISH
39 LANCASTER AVE
STRASBURG, PA 17579-1105

DORIS DENMON
5814 PINACLE PT
HOUSTON, TX 77085-1402

DORIS G GREEN
2801 PEACH ST
PORTSMOUTH, VA 23704-7028

DORIS HARRISON
19 WOODSIDE DR
LUMBERTON, NJ 08048-5277

DORIS E HICKS
2087 SHADY LN
ALTAVISTA, VA 24517-2017

DORIS G HANSON
1056 KEARNEY DR
NORTH BRUNSWI, NJ 08902-3229

DORIS HAVEL
1908 DELWOOD DR
IOWA CITY, IA 52240-5911

DORIS E KETCHAM
126 GRATTAN ST
SAN FRANCISCO, CA 94117-4209

DORIS GALLAGHER
6416 E 17TH AVE
SPOKANE VALLE, WA 99212-0145

DORIS HOCKING
1302 HAMMON AVE
EPHRATA, PA 17522-2917

DORIS HUMPHREYS
116 GALE FAUCETT RD
TRENTON, TN 38382-9752

DORIS L WOODWARD
200 SENECA ST APT 230
LEAVENWORTH, KS 66048-2075

DORIS NEUMANN
647 N CHICAGO AVE
ARLINGTON HEI, IL 60005-1051

DORIS J DEWITT
1556 NAVAJO DR
SAINT GEORGE, UT 84790-7797

DORIS LEIN
2150 MISS ELLIS LOOP NE
POULSBO, WA 98370-7595

DORIS OBER
44 SYCAMORE DR APT 326
ELIZABETHTOWN, PA 17022-3018

DORIS J KING
17009 FOCH BLVD
JAMAICA, NY 11434-2225

DORIS MAE CARTELLI
2005 DOUGLAS ST
JOLIET, IL 60435-5626

DORIS PARKER-JOHNSON
620 MALCOLM X BLVD APT 11M
NEW YORK, NY 10037-1206

DORIS J PENNENGA
22 AUDREY LN
CENTEREACH, NY 11720-3870

DORIS MAE WILLIAMS
757 WEST AVE APT 506
MIAMI BEACH, FL 33139-5558

DORIS PARRETT
124 SW 10TH ST
RICHMOND, IN 47374-4016

DORIS KACHELHOFFER
6331 COUNTY RD S
LAND O LAKES, WI 54540-9630

DORIS MARIE SANGMEISTER
20735 WOLF RD
MOKENA, IL 60448-8927

DORIS PESCE
149 SHELDON AVE
STATEN ISLAND, NY 10312-3016

DORIS KANT
295 OLD FORGE XING
DEVON, PA 19333-1122

DORIS MUELLER
1391 COUNTY ROAD SS
ONALASKA, WI 54650-8521

DORIS PFEIFFER
2112 S CITRUS CIR
ZELLWOOD, FL 32798-9640

DORIS KENNEDY
6315 FORBES AVE APT 604
PITTSBURGH, PA 15217-1750

DORIS MUHLENKAMP
14014 LIGHT RD
FORT RECOVERY, OH 45846-9120

DORIS PHLIPOT
849 E WOOD ST
VERSAILLES, OH 45380-1550

DORIS KING
129 BAEZ CT
FORT MYERS, FL 33912-6304

DORIS NABORS
137 VINTAGE CIR
HENDERSONVILL, TN 37075-4082

DORIS PORTER
2908 S IRBY CT
KENNEWICK, WA 99337-2461

DORIS KLAGE
1033 OAK BAY RUN
FORT WAYNE, IN 46825-6472

DORIS NEUMANN
2005 JOLIET ST
FLINT, MI 48504-5210

DORIS R [LEE] SUMINSBY
65 ARBOR ST
WENHAM, MA 01984-1436

DORIS ROBINSON
204 WESTWOOD DR
TRENTON, TN 38382-3919

DORIS SIMMONS
708 NATHAN ST
MARSHALL, TX 75670-8028

DORIS WARD
19 NEWPORT RD
LEOLA, PA 17540-1845

DORIS ROBINSON
500 FALL WINDS
BOSSIER CITY, LA 71111-6136

DORIS STOCK
2288 154TH AVE
MAHNOMEN, MN 56557-9004

DORIS WEINERT
1115 BROOKSIDE DR
GREENSBURG, PA 15601-5608

DORIS ROUGH
8404 LOWER RIVER RD
GRANTS PASS, OR 97526-9636

DORIS STOERMER
2818 NW 2ND CT
ANKENY, IA 50023-1035

DORIS WELLS
2138 ROSIER RD
AUGUSTA, GA 30906-5607

DORIS RYND
119 BRYAN AVE
MANCHESTER, TN 37355-2585

DORIS STOFFLET
715 LINDA VISTA ST
ANN ARBOR, MI 48103-3629

DORIS WESSEL
4144 COUNTY ROAD 60
AUBURN, IN 46706-9731

DORIS S JOHNSON
2345 BLACK SEA RD
JEFFERSON, OH 44047-9687

DORIS STOLL
70 RAILROAD PL APT 602
SARATOGA SPRI, NY 12866-3061

DORIS WHITSON
232 W PRINCESS ANNE RD
NORFOLK, VA 23517-2210

DORIS SALLIE
54 HIGHLAND AVE
MORRISTOWN, NJ 07960-4034

DORIS SUTTON
305 TOMLINSON MILL RD
MARLTON, NJ 08053-9657

DORIS ZELLMER
6305 AUTUMN LEAF CIR
FREDERICKSBUR, VA 22407-7204

DORIS SCHISLER
2130 CRANE LAKES BLVD
PORT ORANGE, FL 32128-4528

DORIS THOMAS
615 DAWSON HILL RD
LOUISVILLE, KY 40299-7505

DORMA LEE HAINES
730 BENNETT DR
CRIPPLE CREEK, CO 80813-9500

DORIS SCHNEIDER
409 SOMERSET DR
GERMANTOWN HI, IL 61548-8329

DORIS TOSO
4695 W PRICE BLVD
NORTH PORT, FL 34286-4229

DORNE CROLEY
11299 JARVIS HWY
DIMONDALE, MI 48821-9706

DORIS SIEMERLING
9 ANDREW CT
FLORIDA, NY 10921-1720

DORIS W BOOKER
12291 PALMER PLACE CT APT K
RICHMOND, VA 23238-3046

DOROTHEA DRUGA
764 CYPRESS ST
PORT SAINT LU, FL 34952-1378

DOROTHEA E THAMES
8341 LYNDALE AVE S APT 103
MINNEAPOLIS, MN 55420-2279

DOROTHY ANN PANZEK
75 SAINT MARYS PKWY
BUFFALO GROVE, IL 60089-2113

DOROTHY BURLESON
1151 COUNTY ROAD 616
HANCEVILLE, AL 35077-7245

DOROTHY [DEEDEE] MAZUR
27501 MILL CREEK DR
BROWNSTOWN TO, MI 48183-5927

DOROTHY B TAAFFE
1809 BARBEE ST
MC LEAN, VA 22101-5213

DOROTHY BUSSEN
4129 NW 39TH WAY
GAINESVILLE, FL 32606-4530

DOROTHY [DOT] CINKOWSKI
30 COOPER AVE
MARLTON, NJ 08053-2103

DOROTHY BAIN
N7601 BRANDON RD
RIPON, WI 54971-9771

DOROTHY C BOWSER
22492 BARRETT TOWN RD
ZUNI, VA 23898-2734

DOROTHY [DOT] NICKENS
809 OLD DICKERSON RD
GOODLETTSVILL, TN 37072-4123

DOROTHY BAIRD
225 HARRIS RD
GRANTS PASS, OR 97526-8257

DOROTHY CARLSON
199 ZEIGLER DR
PIKEVILLE, KY 41501-3110

DOROTHY [DOTTIE] LANGLEY
5312 LOYOLA AVE
WESTMINSTER, CA 92683-2727

DOROTHY BENNETT-DULIAN
806 CLEARLAKE DR
ALLEN, TX 75002-5066

DOROTHY CARTER
11620 HOLLY SPRINGS DR
SAINT LOUIS, MO 63146-5434

DOROTHY A KETTWIG
2464 E 29TH RD UNIT 63
SENECA, IL 61360-9763

DOROTHY BERNSTEIN
10709 W CLAIRMONT CIR
TAMARAC, FL 33321-7824

DOROTHY CARVER
6285 POLO DR
CUMMING, GA 30040-7018

DOROTHY A RHEINHARDT
2333 BACHMAN PATH
THE VILLAGES, FL 32162-3544

DOROTHY BICKAR
36352 ESTHER RD
NEW LONDON, NC 28127-7757

DOROTHY CLAUSEN
711 N ROSE DR APT B315
PLACENTIA, CA 92870-7568

DOROTHY ALLARD
19 TRILLIUM RISE
PLYMOUTH, MA 02360-5340

DOROTHY BRANDENBERGER
2407 LANSIDE DR
WILMINGTON, DE 19810-4510

DOROTHY COOPER
16329 S RED ROCK LN
CORDES LAKES, AZ 86333-2633

DOROTHY ANN LEAR
452 FIVE FARMS LN
LUTHERVILLE T, MD 21093-2955

DOROTHY BRIGANDO
117 GLENWOOD RD
CRANFORD, NJ 07016-1921

DOROTHY CRAVEN
4921 WAA ST
HONOLULU, HI 96821-1445

DOROTHY DANIELS
PO BOX 13087
LONGVIEW, TX 75607-3087

DOROTHY E JARVIS
1222 GRANT ST
LIMA, OH 45801-3736

DOROTHY F [DODE] NUNN
2013 SANDER ST
WOODLAND, CA 95776-5388

DOROTHY DARE
5850 US HIGHWAY 27 S
RICHMOND, IN 47374-9500

DOROTHY E MARKLAND
29 2ND AVE
FARMINGDALE, NY 11735-5709

DOROTHY F SHERIFF
1756 SIRIUS AVE SW
ALBUQUERQUE, NM 87105-3622

DOROTHY DAVIS
65 W 30TH AVE APT 3403
EUGENE, OR 97405-3495

DOROTHY ELAINE SMITH
2150 S LEWIS ST APT 200
ANAHEIM, CA 92802-5044

DOROTHY FIDRYCH
17 SEABURY AVE
LEDYARD, CT 06339-1321

DOROTHY DAVIS
5406 10TH AVENUE DR W
BRADENTON, FL 34209-4216

DOROTHY ELEANOR BAZZY
PO BOX 211
STOCKBRIDGE, MI 49285-0211

DOROTHY FOLSOM
1304 RIVERSIDE DR
BUHL, ID 83316-5154

DOROTHY DAVIS
77 MONEE RD
PARK FOREST, IL 60466-2500

DOROTHY ELLEN LYLE
2030 VALLEYVIEW DR
ANN ARBOR, MI 48105-9588

DOROTHY G LENG
10 RENAISSANCE DR
IRWIN, PA 15642-9544

DOROTHY DENNIS
PO BOX 176
GARDNERVILLE, NV 89410-0176

DOROTHY ELLEN WYLY
21614 S CLAIRMONT ST
PECULIAR, MO 64078-8785

DOROTHY G PARKER
474 FIDDLERS CT
ANGELS CAMP, CA 95222-9549

DOROTHY DOUGHERTY
325 SUMMIT AVE
JENKINTOWN, PA 19046-3135

DOROTHY ELLISON
34 POWELL RD
TRENTON, TN 38382-9425

DOROTHY GARMAN
14 SANDY POINT AVE
PORTSMOUTH, RI 02871-3500

DOROTHY DUNCAN-AMOROSO
1419 COLTS CIR
LAWRENCE TOWN, NJ 08648-3269

DOROTHY ESTELLE JENKINS-SANDERS
4356 PENNSYLVANIA ST
GARY, IN 46409-2132

DOROTHY GARRETTY
2369 HAVERSHAM CLOSE
VIRGINIA BEAC, VA 23454-1154

DOROTHY E FARRELL
2200 S LAKELINE BLVD UNIT 32
CEDAR PARK, TX 78613-4572

DOROTHY EVISON
6753 HARDING ST
TAYLOR, MI 48180-1827

DOROTHY GIBBONS
16100 W PORT CLINTON RD
LINCOLNSHIRE, IL 60069-2712

DOROTHY GLOWACK
2912 COUNTY ROAD 2 N
INTERNATIONAL, MN 56649-9110

DOROTHY I GOEBEL
36 N BUCKEYE ST
CROOKSVILLE, OH 43731-1066

DOROTHY KRETCHMER
262 CENTRAL PARK W
NEW YORK, NY 10024-3512

DOROTHY HALSTEAD
6732 HIGHWAY 95A N
MOLINO, FL 32577-9360

DOROTHY J MACK
9440 JANUARY DR
LAS VEGAS, NV 89134-8976

DOROTHY KRICK
922 DELEGATE DR
SHELBYVILLE, IN 46176-3802

DOROTHY HARDIN
991 GOLF ST
ROCKLEDGE, FL 32955-2321

DOROTHY JACKSON
502 CANDIS DR
JONESBORO, AR 72404-8815

DOROTHY L COOK MC GRADY
1775 BOULDERVIEW DR SE
ATLANTA, GA 30316-4201

DOROTHY HATFIELD
11433 SEATONVILLE RD
LOUISVILLE, KY 40291-3515

DOROTHY JOHNSON
4636 NE EMERSON ST
PORTLAND, OR 97218-1974

DOROTHY L DUNBAR
1209 DARREN DR
PORTSMOUTH, VA 23701-3730

DOROTHY HESS
255 S WEST AVE APT 506
ELMHURST, IL 60126-3066

DOROTHY JONES-KENNISON
6905 92ND ST NE
MONTICELLO, MN 55362-4550

DOROTHY L KOHUT
3900 YORKTOWNE BLVD APT 22
PORT ORANGE, FL 32129-6013

DOROTHY HOSTETTER
7 SEA SPOT RUN
HARPSWELL, ME 04079-3941

DOROTHY JOYNER
729 CANTERBURY RD
KINGS MOUNTAI, NC 28086-9682

DOROTHY L WARD
21001 HAGGERTY RD
BELLEVILLE, MI 48111-9118

DOROTHY HOWER
1790 SNYDER RD
MILTON, PA 17847-8338

DOROTHY KING
10644 W MAIN RD LOT 159
NORTH EAST, PA 16428-2247

DOROTHY LAWSON
3619 ABBOTTS MILL DR
WILLOUGHBY, OH 44094-6494

DOROTHY HUTCHINSON
460 SKY CREST DR
GRANTS PASS, OR 97527-5353

DOROTHY KITTERMAN
715 13TH AVE NE APT 109
DEVILS LAKE, ND 58301-2300

DOROTHY LEE FOSTER
3908 80TH AVE W
UNIVERSITY PL, WA 98466-3234

DOROTHY I [DOTTIE] WESTERMAN WIRE
1745 SNEFFLES ST
MONTROSE, CO 81401-6449

DOROTHY KLITZ
280 ARNEYS MOUNT RD
PEMBERTON, NJ 08068-1324

DOROTHY LIANE OLSON
1531 EUNICE AVE
JOLIET, IL 60433-8519

DOROTHY LIND
1425 W 28TH ST APT 323
MINNEAPOLIS, MN 55408-1979

DOROTHY MARTH
13005 KERRYDALE RD
WOODBRIDGE, VA 22193-5047

DOROTHY OWENS
1331 FIELDSTEAD LN
LANCASTER, PA 17603-4611

DOROTHY M BECKER
15107 HOWE CT
OMAHA, NE 68144-5511

DOROTHY MARTIN
1718 TYLER ST
DENTON, TX 76209-4629

DOROTHY PALMA
5240 W G AVE
KALAMAZOO, MI 49009-9035

DOROTHY M FRERICHS
2305 CONCORDIA VILLAGE DR
SPRINGFIELD, IL 62711-7147

DOROTHY MCFADDEN-PARKER
877 E LAKE SHORE DR APT 2B
DECATUR, IL 62521-3375

DOROTHY PETTIT
318 MITCHELLS LN
MIDDLETOWN, RI 02842-5349

DOROTHY M GATES
422 LIMIT ST
LEAVENWORTH, KS 66048-4546

DOROTHY MILTENBERGER
5048 DON ST
FINLEYVILLE, PA 15332-1110

DOROTHY PETTY
718 E JOAN PL
TUCSON, AZ 85719-1622

DOROTHY M HEINRICH
525 N WEST ST
PEOTONE, IL 60468-9042

DOROTHY MITCHELL
104 GERANIUM CT
NEW HOLLAND, PA 17557-9492

DOROTHY PRAFCKE
1200 HARWOOD DR S
FARGO, ND 58104-6298

DOROTHY M MILLER
2280 LONGBOW DR
TWIN FALLS, ID 83301-4465

DOROTHY MOBLEY
1310 CORELAND DR APT 312
MADISON, TN 37115-5234

DOROTHY PRENTICE
3205 DILIDO RD APT 1107
DALLAS, TX 75228-5569

DOROTHY M O'CONNELL
8 ROSENEATH AVE
NEWPORT, RI 02840-3846

DOROTHY NELSON
17394 OAKCREST PKWY APT 2E
SPRING LAKE, MI 49456-9044

DOROTHY RALEIGH
300 SHADYBROOK DR
WALHALLA, SC 29691-1949

DOROTHY MARIE TRIMMER
405 RAY MAY DR
JOLIET, IL 60433-2147

DOROTHY NORTON
51 HOWLAND AVE
JAMESTOWN, RI 02835-1219

DOROTHY RAYHAWK
10045 CIRCLE R DR
VALLEY CENTER, CA 92082-4832

DOROTHY MARSHALL
5360 GOVERNORS DR
FORT MYERS, FL 33907-7815

DOROTHY ORTH
121 MEADOW POINTE DR
FENTON, MI 48430-1401

DOROTHY RICHTER
5401 W BUSINESS 83 UNIT 1717
HARLINGEN, TX 78552-3960

DOROTHY ROHLAND
201 FEDERAL ST APT 23
EASTON, MD 21601-2749

DOROTHY SMOKER
4681 SMOKER RD
CENTERVILLE, IN 47330-9306

DOROTHY TURK
220 S RIVER BLVD APT 3
PLYMOUTH, WI 53073-2669

DOROTHY ROSENTHAL
914 RIVERSIDE DR
LOS ALTOS, CA 94024-4826

DOROTHY SNYDER
1641 POTTER DR
POTTSTOWN, PA 19464-2978

DOROTHY WAGNER
1 OAK DR
SICKLERVILLE, NJ 08081-1808

DOROTHY RYAN
2590 ELMS PLANTATION BLVD
NORTH CHARLES, SC 29406-8105

DOROTHY SPRAU GAY
18748 E MCDOWELL MOUNTAIN DR
RIO VERDE, AZ 85263-7184

DOROTHY WALTER
2415 AURELIUS RD APT 2
HOLT, MI 48842-2189

DOROTHY S BROWN
17319 LARISA DR
CERRITOS, CA 90703-2770

DOROTHY STALEY
1528 RICE AVE
LIMA, OH 45805-1951

DOROTHY WEISERT
71 BUCKWAY DR
WILLISTON, SC 29853-4827

DOROTHY S PLUNKETT-ROHNER
159 CAMINO DEL RIO
PORT SAINT LU, FL 34952-7926

DOROTHY STEVENS
4960 PARADISE RD
MILTON, PA 17847-8035

DOROTHY WHITEHEAD
5091 7TH RD S APT T1
ARLINGTON, VA 22204-1317

DOROTHY SCLAFANI SR
3516 LOULU PL
DIAMONDHEAD, MS 39525-3129

DOROTHY STOCKDALE
5052 WALDRUP ST
MEMPHIS, TN 38116-8338

DOROTHY WIEBEN
625 LARIAT RD
SILT, CO 81652-8704

DOROTHY SHADLE
1504 GREENSBURG RD
NEW KENSINGTO, PA 15068-1779

DOROTHY THORNBURG
6764 HOLLANSBURG RD
RICHMOND, IN 47374-9576

DOROTHY WIELAND
160 SAND DUNE CT
HENDERSON, NV 89074-3222

DOROTHY SHELBURNE
PO BOX 1422
PARADISE, CA 95967-1422

DOROTHY TOMSCHE
PO BOX 111
SAUK CENTRE, MN 56378-0111

DOROTHY WILLIAMS
400 SYCAMORE RD
PORTSMOUTH, VA 23707-1219

DOROTHY SMITH
16571 LECOMPTON RD
LEAVENWORTH, KS 66048-7646

DOROTHY TRUEMPY
407 MILDRED AVE
MAPLE SHADE, NJ 08052-1848

DOROTHY WILLIAMS
1965 BENITA DR UNIT 1
RANCHO CORDOV, CA 95670-2629

DOROTHY WILSON
6209 E MCKELLIPS RD LOT 427
MESA, AZ 85215-2858

DOROTHY WINCH
2200 LAS FUENTES DR
PORT ORANGE, FL 32129-9401

DOROTHY WITMER
1305 DOUGLAS FIR CV
LEBANON, PA 17042-9047

DOROTHY WITTE
4121 LAHMEYER RD APT 29
FORT WAYNE, IN 46815-5670

DOROTHYE E DEDMAN
3339 SUMMERWOOD LN
PEARLAND, TX 77584-8114

DORRACE BREWER
13620 W 30TH PL
GOLDEN, CO 80401-1506

DORRIS [JEAN] BENZ
824 W MILL ST
NEW BRAUNFELS, TX 78130-5543

DORRIS JONES
14007 MAEBETH DR SE
HUNTSVILLE, AL 35803-2415

DORSENA PENDLETON
5457 46TH CT W
BRADENTON, FL 34210-6601

DORTHABEL FOX
124 CHESTNUT ST APT 209
ENGLEWOOD, OH 45322-1410

DORTHIE D GETMAN
1553 FM 2203
DUMAS, TX 79029-7812

DORTHY CURTIS
105 PENNWOOD LN
GREENVILLE, SC 29609-1523

DOT MCELROY
1275 LADD RD
WAYNESBORO, VA 22980-7424

DOTTI NELSON
175 ANN DR
TIMBERLAKE, NC 27583-8771

DOTTIE TONEY
3125 SHARON RD
CHARLOTTE, NC 28211-2603

DOTTY POWELL
500 S CHURCH ST
TRENTON, TN 38382-2110

DOUG [PETER] REINHART
1208 OLD FARM RD
CHARLOTTE, NC 28226-5811

DOUG BALL
6201 SW 54TH AVE APT 135
AMARILLO, TX 79109-7160

DOUG BELLER
22 GEORGE HILL RD
GRAFTON, MA 01519-1417

DOUG BISHOP
3019 N 6TH ST
KALAMAZOO, MI 49009-8590

DOUG BLOUNT
1528 HERITAGE RD
FT WALTON BCH, FL 32547-1218

DOUG CANADA
17602 GOLF CLUB DR
CROSBY, TX 77532-4079

DOUG DEGNER
2857 LINCOLN AVE
SAINT JOSEPH, MI 49085-3308

DOUG HIXON
189 DOUGLAS DR
NORTH AUGUSTA, SC 29860-8156

DOUG IDLEMAN
38 COPELAND RD
DENVILLE, NJ 07834-9644

DOUG KNOX
1403 SHAWNEE ST
LEAVENWORTH, KS 66048-1739

DOUG KRATS
94 7TH ST N
SARTELL, MN 56377-1509

DOUG KUHNS
841 CAPITOLA DR
LINCOLN, NE 68512-2359

DOUGLAS A NIELSEN
2004 SKY HAWK AVE
PAPILLION, NE 68133-2348

DOUGLAS F BUUCK
6405 AUSTRIAN BLVD
PUNTA GORDA, FL 33982-2122

DOUG MITCHELL
1300 N TOPEKA ST
EL DORADO, KS 67042-3839

DOUGLAS ALAN WITHAM
31 UPPER SADDLE RIVER RD
MONTVALE, NJ 07645-1130

DOUGLAS FURUSETH
704 LAKE RD
ALTOONA, WI 54720-1837

DOUG MOSS
916 GLENWOOD AVE
INTERNATIONAL, MN 56649-3822

DOUGLAS AYER
5540 E BIG SKY LN
ANAHEIM, CA 92807-4644

DOUGLAS G HABERS
PO BOX 91
GILBOA, NY 12076-0091

DOUG NELSON CLOUD
216 DARRELL LN
ROCKWOOD, TN 37854-5926

DOUGLAS B [DOUG] DIBOLL
556 LYON ST
SAN FRANCISCO, CA 94117-1331

DOUGLAS H [DOUG] WRIGHT
111 GREENBAY ST
WALTERBORO, SC 29488-3511

DOUG PHILLIPS
3750 E WATROUS AVE
DES MOINES, IA 50320-2024

DOUGLAS B GALLO
3400 RIDGEWAY DR
METAIRIE, LA 70002-1952

DOUGLAS HILL
233 W DEKALB DR
MAPLE PARK, IL 60151-7610

DOUGLAS [DOUG] PLANK
141 RIVER WOODS LN
BURNSVILLE, MN 55337-3319

DOUGLAS BREARLEY
2125 PRESTON PL
DENTON, TX 76209-2043

DOUGLAS J SIEMER
7724 N 28TH AVE
OMAHA, NE 68112-2714

DOUGLAS [DOUG] SEYMOUR
26502 195TH ST
CRESCENT, IA 51526-3800

DOUGLAS C BROEKER
538 NE 55TH TER
MIAMI, FL 33137-2619

DOUGLAS J YOUNGBLOOD
20202 KENTUCKY TRCE
HOCKLEY, TX 77447-8795

DOUGLAS A LIVERANCE
816 LANARK DR
INVERNESS, FL 34453-4415

DOUGLAS COLLINS
PO BOX 137
NINNEKAH, OK 73067-0137

DOUGLAS JAMES
PO BOX 244
DEERING, MO 63840-0244

DOUGLAS A MCADAMS DDS
6377 MILAM RDG
SANGER, TX 76266-7476

DOUGLAS D HARRIS MD
19218 N CATHEDRAL POINT CT
SURPRISE, AZ 85387-8248

DOUGLAS JAQUES
33140 GLEN EAGLE CT
NILES, MI 49120-7813

DOUGLAS JOHNSON
3242 W VERMONTVILLE HWY
CHARLOTTE, MI 48813-8815

DOUGLAS MEYER
4041 5 MILE CREEK RD
SALEM, IL 62881-4050

DOVIE VALERO
232 PINE ST
CATASAUQUA, PA 18032-2417

DOUGLAS KABAK
16 INDIAN SPRING RD
CRANFORD, NJ 07016-1616

DOUGLAS N HALL
1241 OAK GROVE PL
DECATUR, IN 46733-7575

DOW VOSS
2353 KRISTIAN ST
IOWA CITY, IA 52240-9181

DOUGLAS KLIPSTEIN
3333 LAUREL GRV N
JACKSONVILLE, FL 32223-7391

DOUGLAS N MCMARTIN
611 WILSON CREEK RD
NEWARK VALLEY, NY 13811-2639

DOYLE FENN
122 N WESTWINDS CIR
SPRING, TX 77382-5328

DOUGLAS L BEY
308 BROADWATER DR
CHESAPEAKE, VA 23323-1721

DOUGLAS O'CALLAGHAN
5131 BROMELY DR
OAK PARK, CA 91377-4724

DOYLE G MUNKRES
1415 CLOUD NINE
ELK CITY, OK 73644-1456

DOUGLAS L HAMILTON
89 COLONIAL PKWY
MANHASSET, NY 11030-1832

DOUGLAS THIEL
15400 287TH AVE
GARDEN GROVE, IA 50103-1129

DOYLE NEWBURRY
1243 BLACK HOUSE MOUNTAIN R
JAMESTOWN, TN 38556-6562

DOUGLAS M [DOUG] GOODMAN
3731 DEL MAR AVE
SAN DIEGO, CA 92106-2013

DOUGLAS W BENNETT
4117 SIEFER DR
ROOTSTOWN, OH 44272-9615

DOYLE STERN
1639 150TH ST
BOONE, IA 50036-7326

DOUGLAS M [DOUG] HENNING
5070 NESTING WAY APT A
DELRAY BEACH, FL 33484-2756

DOUGLAS W RING
10885 109 RD
DODGE CITY, KS 67801-6571

DR ALAN TUCHTENHAGEN
N8554 1205TH ST
RIVER FALLS, WI 54022-4717

DOUGLAS M NIES
1248 HUMMINGBIRD CIR
LONGVIEW, TX 75601-4255

DOUGLASS C PINNEY
1951 2ND ST N
WISCONSIN RAP, WI 54494-2012

DR ALAN W SUGARMAN
494 COUNTRY CLUB DR
EGG HARBOR CI, NJ 08215-5132

DOUGLAS M SCHWAB
12561 NW 75TH ST
PARKLAND, FL 33076-4203

DOUGLASS GUNNERSON
PO BOX 590
HINESBURG, VT 05461-0590

DR ALFRED A WICK
2610 FOXCHASE RUN
FORT WAYNE, IN 46825-3981

DR ANITA EVANS
3444 HEATHER DR
AUGUSTA, GA 30909-2708

DR BARRY ZINDEL
216 FROSTY HOLLOW RD
DENISON, TX 75021-5812

DR CAREY A WASHINGTON
245 BUSINESS PARK BLVD
COLUMBIA, SC 29203-9659

DR ANTHONY THOMAS CARRELLAS
24 DUDLEY AVE
NEWPORT, RI 02840-1208

DR BENJAMIN NOAH
1302 RIVER OAKS DR
FLOWER MOUND, TX 75028-1345

DR CARL A JOHNSON
8645 FIELDCREST DR
BRIGHTON, MI 48116-8317

DR ARCH W TEMPLETON
147 COTTONWOOD CREEK LN
AIKEN, SC 29803-2750

DR BETTY MORNINGSTAR
91 ASPEN AVE
AUBURNDALE, MA 02466-3021

DR CELIA MACDONNELL
13 MCCORMICK RD
NEWPORT, RI 02840-4313

DR ARTHUR D WEBSTER
5412 GROVELAND AVE
DEWITTVILLE, NY 14728-9729

DR BETTY WHITEHURST
1761 PRINCESS ANNE RD
VIRGINIA BEAC, VA 23456-3835

DR CHANNING H ORBACH
23 25TH AVE APT A
VENICE, CA 90291-4302

DR ARTHUR E ANGOVE
21501 W CLEVELAND AVE
NEW BERLIN, WI 53146-1928

DR BEVERLY JOHNSON
9 SAINT CHARLES PL
BROOKLYN, NY 11216-4108

DR CHARLES C LEWIS
2029 CEDARBROOK DR
COLUMBIA, SC 29212-2601

DR ARTHUR HAMMON
26 PARK ST
WHITEFIELD, NH 03598-3111

DR BRIAN BILYEA
PO BOX 188
LAKE CITY, MI 49651-0188

DR CHARLES E ATCHISON SR
PO BOX 1728
SPARTANBURG, SC 29304-1728

DR ARTHUR S. BENSON
4398 WESTVIEW DR
COPLEY, OH 44321-1239

DR BRUCE GEELHOOD
2828 N ATLANTIC AVE APT 203
DAYTONA BEACH, FL 32118-3017

DR CHARLES I ROSENBLUM
440 E 79TH ST APT 17K
NEW YORK, NY 10075-1463

DR BARBARA JABLOW
18 EDISON AVE
PROVIDENCE, RI 02906-4605

DR BRUCE SMITH
1206 WENTWORTH RD
YORK, PA 17408-7110

DR CHARLES J APPLEBAUM
10 WESTWOOD RD
FAIRFIELD, CT 06825-1659

DR BARBARA WASHINGTON
1402 MEADOW GLADE CT
SUGAR LAND, TX 77479-4059

DR BURTON POLLOCK
146 N BELLEFIELD AVE APT 904
PITTSBURGH, PA 15213-2621

DR CHARLES W CHAMP
102 ASHLEY LN
STATESBORO, GA 30458-1521

DR CHRISTOPHE B DEAN
2881 PALMERSTON DR
TROY, MI 48084-1024

DR DAVID B PHILLIPS
611 WISTERIA DR
RADFORD, VA 24141-5727

DR DAVID S HUNSICKER
12102 STEEPLE WAY BLVD APT 5
HOUSTON, TX 77065-4771

DR CLEVELAND ELLIS HENRY JR
2208 MENOMONEE CT
ORLANDO, FL 32818-5205

DR DAVID E [DAVE] VINSON
1802 BREEZY TRL
VERONA, WI 53593-7901

DR DAVID SUTTER
8041 FLAMINGO DR
SPARTA, IL 62286-3620

DR COURTNEY C BUSCH PE
PO BOX 474
GULF SHORES, AL 36547-0474

DR DAVID F MULLINS
12215 GOLDENEYES CT
FORT WAYNE, IN 46845-9159

DR DAVID V MARTIN
1585 PATRICIA CT SE
SMYRNA, GA 30082-3966

DR CRAIG BROWN
9325 STEEPLEBUSH DR
BELVIDERE, IL 61008-7119

DR DAVID GARRISON
2513 BRIXTON RD
EDMOND, OK 73034-3320

DR DAVID W WESLEY
926 LOCUST ST
CAVE CITY, AR 72521-9065

DR CURTIS EDMONDS
1556 CRYSTAL LAKE DR
PORTSMOUTH, VA 23701-3624

DR DAVID H WALLACE
61 DONIZETTI ST
WELLESLEY, MA 02482-4840

DR DEANE L SCHUESSLER
6626 FALSTAFF RD
WOODBURY, MN 55125-3804

DR CURTIS H SMITH
25 MCGARY HILL RD
LANCASTER, NH 03584-3414

DR DAVID HARDAGE
174 CLASSEN DR
DALLAS, TX 75218-1003

DR DEBORAH NAOMI WALLACE
30 BOGARDUS PL APT 5C
NEW YORK, NY 10040-2322

DR DALE A WATERS
12 VIA ALCALDE
SANDIA PARK, NM 87047-9644

DR DAVID HERMAN MD
3007 WESTVIEW DR
GREENVILLE, NC 27834-6203

DR DENNIS GOOLER
12091 TRETAGNIER CIR
SAN DIEGO, CA 92128-2087

DR DAN J SCHAPIRA
702 N CEDAR LAKE DR W
COLUMBIA, MO 65203-3112

DR DAVID HODES
49 CRICKET LN
DOBBS FERRY, NY 10522-1202

DR DIANA HOOPINGARNER
940 VICTORIA LANDING DR
WOODSTOCK, GA 30189-1480

DR DARRYL A ROBBINS
6388 PORTRAIT CIR
WESTERVILLE, OH 43081-7024

DR DAVID PETERSON
4563 DON RODOLFO PL
LOS ANGELES, CA 90008-2813

DR DIANE JOHNSON PHD
9159 ELIZABETH LN
MASON, OH 45040-7378

DR DONALD CAMPBELL
2085 WATERS EDGE DR
WESTLAKE, OH 44145-6603

DR DORIS DAVENPORT
3601 STILLMAN BLVD
TUSCALOOSA, AL 35401-2601

DR EMMA BROOKS-SMITH
1445 HIGHLAND PARK DR
JACKSON, MS 39211-5967

DR DONALD D WEINER
960 E BUNKERHILL DR
TERRE HAUTE, IN 47802-7855

DR DOROTHY L HOLT
306 HOLCOMB DR
SHREVEPORT, LA 71103-2030

DR ERICA THALER
225 GLENN RD
ARDMORE, PA 19003-2511

DR DONALD DAVIS SR
PO BOX 14162
AUGUSTA, GA 30919-0162

DR E ARMAND SHEALY
116 HICKORY KNOB HILL RD
IRMO, SC 29063-9782

DR EUGENE L BARRINGTON
7711 KILDEE PARK
HUMBLE, TX 77396-2271

DR DONALD E AHLERSMEYER
375 LANE 200F LAKE JAMES
ANGOLA, IN 46703-7523

DR EDWARD GRIFFIN
3125 RIDGEWOOD RD
SAINT PAUL, MN 55112-3649

DR EVE J PARRISH
PO BOX 1553
COUPEVILLE, WA 98239-1553

DR DONALD J [DON] CLEMENT
12609 MEADOW LN
LEAWOOD, KS 66209-2404

DR EDWARD M LANG
4025 RIVAGE CT
METAIRIE, LA 70002-1345

DR F B HUEY JR
6128 WHITMAN AVE
FORT WORTH, TX 76133-3547

DR DONALD Q SPROLE
35108 ANNS CHOICE WAY
WARMINSTER, PA 18974-3390

DR EDWARD R BLAZEJEWSKI
4047 OAK GLEN CT
MOORPARK, CA 93021-2905

DR FANNIE HARRIS FIDDMONT
13625 HERITAGE VALLEY WAY
GAINESVILLE, VA 20155-1349

DR DONALD VAN GIESEN
3435 HAPPY VALLEY CT
SANTA ROSA, CA 95404-2612

DR ELDON GRIFFITH WOODCOCK
55 OLD MILL RD
WALLKILL, NY 12589-2862

DR FORREST C HENTZ JR
1410 N HARRISON AVE
CARY, NC 27513-3005

DR DONNA LEA ROUNER
717 KNOLLWOOD CIR
FORT COLLINS, CO 80524-1585

DR ELIZABETH GOLDMAN
50 HILLAIR CIR
WHITE PLAINS, NY 10605-4502

DR FRANCENA D CUMMINGS
2034 DOOMAR DR
TALLAHASSEE, FL 32308-4808

DR DONNA PETERSON
27488 RIDGEWOOD DR
MERRIFIELD, MN 56465-4125

DR ELIZABETH THOMSEN
11640 WOODMAR LN NE
ALBUQUERQUE, NM 87111-6517

DR FRANCES CROSBY
8383 BLACK WALNUT DR
EAST AMHERST, NY 14051-1564

DR FRANK E KINARD
5105 EXUM DR
WEST COLUMBIA, SC 29169-7177

DR FRANK G TITLOW
8338 42ND AVE N
SAINT PETERSB, FL 33709-3947

DR FRANK RIZZO
3263 DEBORAH DR
MONROE, LA 71201-2157

DR FRANKLIN B ASHLEY
1547 FIDDLERS MARSH DR
MOUNT PLEASAN, SC 29464-4288

DR FRED COY JR
1700 SPRUCE LN
LOUISVILLE, KY 40207-1735

DR FRED H RUBIN
12 OVERLOOK DR
PITTSBURGH, PA 15238-2146

DR FREDERICK C TILLIS
55 GRANTWOOD DR
AMHERST, MA 01002-1537

DR GALE D DOWNEY
284 WARGO RD
PENNINGTON, NJ 08534-1825

DR GARY G TAYLOR
2320 GREEN OAKS ST
DENTON, TX 76209-7942

DR GARY LEE DIXON
5825 CASTLETON DR
SAN DIEGO, CA 92117-4060

DR GEORGE BABE HART
4162 PIERSON DR
HUNTINGTON BE, CA 92649-3000

DR GEORGE L COGAR
3 ZIG ZAG ALY
CHARLESTON, SC 29401-2711

DR GEORGE L JORDAN JR
2221 GEORGETOWN BLVD
CHESAPEAKE, VA 23325-4725

DR GEORGE TURNER
2990 HICKORY HILL RD APT 246
MEMPHIS, TN 38115-2562

DR GERALD C GLASER
2910 CHAUCER DR
MONTGOMERY, TX 77356-8097

DR GERALD M SAPERS
1803 REGENCY CT
WARRINGTON, PA 18976-3648

DR GUY MENEFEE
325 W MAIN ST STE G
RIVERTON, WY 82501-3448

DR GWEN BRACHMAN
854 NANCY WAY
WESTFIELD, NJ 07090-3423

DR H DOUGLAS BUCKWALTER
918 PERRY RD
LITITZ, PA 17543-8942

DR H THOMAS SWILLEY
213 WANDO RIVER RD UNIT 11C
MYRTLE BEACH, SC 29579-4323

DR HARMON P WEEKS JR
5752 N GRINDSTONE CREEK RD
ATTICA, IN 47918-8240

DR HARRY I RINGERMACHER
1054 MAIN ST
DELANSON, NY 12053-2420

DR HENRIETTE KLEINHANDLER
2132 CENTURY PARK LN APT 20
LOS ANGELES, CA 90067-3320

DR HENRY A SCHAEFFER
170 RUGBY RD
BROOKLYN, NY 11226-4550

DR HERBERT TABOR SR
5720 CENTRALIA ST
LAS VEGAS, NV 89149-4904

DR HERMAN ERNEST SCHMID
720 TAM O SHANTER TRL
WINSTON SALEM, NC 27103-1229

DR IRA HERSHMAN
13627 DEERING BAY DR APT 104
CORAL GABLES, FL 33158-2833

DR J LAWRENCE TANENBAUM
41 WOODCUTTERS DR
BETHANY, CT 06524-3149

DR JAMES MOODY
1613 E MAIN ST
VENTURA, CA 93001-3307

DR JOANNE REHN
4360 E SNIDER DR
WASILLA, AK 99654-7601

DR JACK BELCHINSKY
1703 WHITEHALL DR UNIT 1C
LONGMONT, CO 80504-2539

DR JAMES W JENKINS
20 MILLBROOK CIR
HULL, GA 30646-3860

DR JOE B DAVIDSON DVM
306 RIVERCOVE DR
GARLAND, TX 75044-4918

DR JAMES BOYD
5453 ALBRIGHT DR
VIRGINIA BEAC, VA 23464-7714

DR JANICE F MOORE
8440 SWEETWATER DR
DALLAS, TX 75228-5844

DR JOE MARCUS
19 ARBOR RD
SAINT LOUIS, MO 63132-4202

DR JAMES BURGIN
9217 PADDOCK LN
POTOMAC, MD 20854-2338

DR JEAN M PIENIADZ
426 S WILLARD ST
BURLINGTON, VT 05401-4016

DR JOE P STEVEN JR
2823 N WILDERNESS CT
WICHITA, KS 67226-2111

DR JAMES C BOWMAN
6750 US HIGHWAY 27 N APT V12
SEBRING, FL 33870-1266

DR JEROME D ANDERSON
3 FRANCES ST
WOBURN, MA 01801-3005

DR JOHN C HOLDER
224 KINGS ROW DR
LITTLE ROCK, AR 72207-4117

DR JAMES C WISE
11515 SW 220TH ST
MIAMI, FL 33170-2939

DR JERRY L SCRUGGS
115 BRANCHWOOD LN
CENTRE, AL 35960-2130

DR JOHN E MORRIS
621 E STATE ST
UNION, MO 63084-1459

DR JAMES E CARTER
1 7TH ST STE 1001
AUGUSTA, GA 30901-1364

DR JESSE BREEDEN BLACKWELL
1201 HAYMOUNT CT
FAYETTEVILLE, NC 28305-4871

DR JOHN H BOWMAN
824 WATERFRONT DR
LANCASTER, PA 17602-4122

DR JAMES H BARKER
2 WINDWOOD CV
JACKSON, TN 38305-8814

DR JOAN F DONOHUE
1057 E CARPENTER DR
PALATINE, IL 60074-7207

DR JOHN H ROBERTS
124 CARRIAGE WAY DR APT 105
BURR RIDGE, IL 60527-7808

DR JAMES L HOFFMAN
6904 RIDGEWAY DR
SPRINGFIELD, VA 22150-3026

DR JOANNE LENERT
7986 FOXMOOR DR
DUNN LORING, VA 22027-1146

DR JOHN L [JACK] SHULTZ
8608 TWISTED OAKS WAY
NORTH RICHLAN, TX 76182-8341

DR JOHN L KNIAZ
1421 PRESTWICK DR
SCHERERVILLE, IN 46375-2939

DR JOSEPH TROLLMAN
9210 CHRISTOPHER LN
FENTON, MI 48430-9206

DR LAMORE J CARTER
101 RICHMOND DR
GRAMBLING, LA 71245-3019

DR JOHN M KROUSE MD
1122 SCENIC DR
GREENSBURG, PA 15601-3752

DR JOYCE MCMILLAN
PO BOX 1268
FAIRFIELD BAY, AR 72088-1268

DR LARRY A BERNSTEIN
751 NE 168TH ST
NORTH MIAMI B, FL 33162-2427

DR JOHN PAPANDREA
39 STONER DR
WEST HARTFORD, CT 06107-1328

DR JUDITH GAY
59 FENNO ST
CAMBRIDGE, MA 02138-6717

DR LARRY F WALDMAN
5061 E CORTEZ DR
SCOTTSDALE, AZ 85254-4634

DR JOHN R HAYDON JR
7860 E CAMELBACK RD UNIT 304
SCOTTSDALE, AZ 85251-2261

DR JULIUS S SCOTT JR
6 BATTERY RD
HILTON HEAD I, SC 29928-4213

DR LARRY MICHAELS
25860 SHORELINE DR
NOVI, MI 48374-2171

DR JOHN R STALEY JR
408 S NORTHSHORE DR
KNOXVILLE, TN 37919-7542

DR KARLA MATTESON
8716 GROSPOINT DR
KNOXVILLE, TN 37923-5571

DR LARRY ODOM-GROH
206 DORCHESTER RD
LOUISVILLE, KY 40223-2808

DR JONATHAN L GROSS
3 STUART LN W
PRINCETON JUN, NJ 08550-1844

DR KATHRYN MARTIN
411 SOUTHBRIDGE BLVD UNIT 10
SAVANNAH, GA 31405-1093

DR LAWRENCE R SHAPIRO
286 S MOUNTAIN RD
NEW CITY, NY 10956-4533

DR JOSEPH A MARASCO JR
1835 VILLAGE CT
AMELIA ISLAND, FL 32034-5842

DR KENNETH A KUDSK MD
125 N HAMILTON ST UNIT 1404
MADISON, WI 53703-4164

DR LAWRENCE WEEDA JR
5022 COLE RD
MEMPHIS, TN 38117-4345

DR JOSEPH PERLOW
49294 AVENIDA VISTA BONITA
LA QUINTA, CA 92253-2533

DR KENNETH E KEMP
6455 ROSEY LOOP
ALTA VISTA, KS 66834-9132

DR LEE MANNS
114 VALLEY RUN DR
CHERRY HILL, NJ 08002-3024

DR JOSEPH SUAREZ
174 NIXON AVE
STATEN ISLAND, NY 10304-2200

DR KENT E WEAVER
6 VALLEY DR
BIRDSBORO, PA 19508-9302

DR LESTER LUTHER
3516 CHELSEA RD
CAMERON PARK, CA 95682-8914

DR LEVESTER CANNON
2 CHESTNUT RIDGE RD
POUGHKEEPSIE, NY 12603-6502

DR MARGARET [PEGGY] WARD
3595 WESTHAMPTON DR
AUGUSTA, GA 30907-3057

DR MARTIN G KATZ
85 PLEASANT ST
WATERTOWN, MA 02472-2317

DR LINDA A HUGHES
100 S BIRCH RD APT 2901
FORT LAUDERDA, FL 33316-1552

DR MARGIE H CARICO
2802 WILDWOOD RD
MARYVILLE, TN 37804-2866

DR MARVIN KRIMS
5 NOBSCOT RD
NEWTON, MA 02459-1322

DR LINDA GODSON
13717 NW 2ND AVE APT 11
VANCOUVER, WA 98685-2999

DR MARILLENE ALLEN
19 GLENGROVE AVE E
TORONTO, ON M4N 1E6

DR MARY K ROBINSON
3649 CHERRY HILL PL
DECATUR, GA 30034-5014

DR LINDA TEMTE
4131 SPRING IS
OKATIE, SC 29909-4041

DR MARILYN WRANEK
29 MARION ST
GREENVALE, NY 11548-1140

DR MELVIN GORDON
459 DUDLEY RD
NEWTON CENTER, MA 02459-2810

DR LOUIS H MACKEY
1224 S NEGLEY AVE
PITTSBURGH, PA 15217-1219

DR MARJORIE KEELER
617 BONNIE DR
EL CERRITO, CA 94530-3324

DR MICHAEL GATTON
6410 GELLHAUS LN
LOUISVILLE, KY 40299-4236

DR LOVE HENRY WHELCHEL JR
254 AWENDAW CIR
ELLENWOOD, GA 30294-3268

DR MARJORIE M HOLLAND
21 COUNTY ROAD 202
OXFORD, MS 38655-8823

DR MICHAEL H LANG
4115 WARM WINDS
SAN ANTONIO, TX 78253-4104

DR LYNDON HAVILAND
PO BOX 160
LYME, CT 06371-0160

DR MARK A ALLEN SR
2353 W FOND DU LAC AVE
MILWAUKEE, WI 53206-1538

DR MICHAEL THOMPSON
5847 CLEVELAND ST
MORTON GROVE, IL 60053-3321

DR MAJOR MASON III
1409 BAILEY AVE
MCKEESPORT, PA 15132-4606

DR MARK BRETT
PO BOX 568
LAKE ORION, MI 48361-0568

DR MILDRED BERRY
1190 NW 88TH ST
MIAMI, FL 33150-2546

DR MARC RANDALL HAMMERMAN
10459 FRONTENAC WOODS LN
SAINT LOUIS, MO 63131-3422

DR MARK J MCGUINESS
132 ELM CT
CHAGRIN FALLS, OH 44022-3208

DR MILTON FORBES
504 SIVERS RD
GLENWOOD, IA 51534-1538

DR MITCHELL C RASHKIN
9475 OAKHURST CT
BLUE ASH, OH 45241-3373

DR O'NEIL D SWANSON
806 E GRAND BLVD
DETROIT, MI 48207-2552

DR PAUL PLOTZ
3221 LIVINGSTON ST NW
WASHINGTON, DC 20015-1632

DR MOLLY MAGUIRE
202 OLD MILL DR
MORGANTON, NC 28655-9859

DR OSCAR A GERKEN
1976 OUTER CIRCLE DR
OVIEDO, FL 32765-6511

DR PAULA A COLLIER
4228 TURKEY ISLAND RD
CREWE, VA 23930-2928

DR MONTRAE THOMAS
485 PARK AVE
ORANGE, NJ 07050-1721

DR OTIS S WEBSTER
1403 S ACADEMY ST
TYLER, TX 75701-2622

DR PAULA BOONE
674 FERNWOOD FARMS RD
CHESAPEAKE, VA 23320-6765

DR MORTON GROSSER
1016 LEMON ST
MENLO PARK, CA 94025-6113

DR PAMELA BRAKHAGE
3421 RICKY CT
JACKSONVILLE, FL 32223-7857

DR PETER D SKIRBUNT
1300 E AVE
FORT LEE, VA 23801-1800

DR NATHANIEL DUNN
68 WILLISTON RD
BEECH ISLAND, SC 29842-8415

DR PAMELA CAROL BURNLEY
229 E MESA VERDE LN
LAS VEGAS, NV 89123-1706

DR PHILIP [PETE] STARK
8620 E WESLEY DR
DENVER, CO 80231-3820

DR NEAL BYINGTON
1525 FOUNTAIN ST
ALAMEDA, CA 94501-3131

DR PAMELA DOCARMO
2608 CHAPEL LAKE DR APT 109
GAMBRILLS, MD 21054-1744

DR PHILIP D OLIVIER
2215 WHITE PINE DR
WIXOM, MI 48393-1882

DR NELSON L SHEAROUSE
2127 HOMESTEAD HILLS DR
WINSTON SALEM, NC 27103-6445

DR PATRICIA GRIMSLEY
7911 114TH AVE E
PARRISH, FL 34219-2734

DR PHILIP W ZIPSE
4 KENSINGTON CT
WHIPPANY, NJ 07981-2316

DR NICHOLAS PASSELL
524 LINCOLN AVE
EAU CLAIRE, WI 54701-4019

DR PAUL COOLEY
11240 W KICKLAND RD
GOWEN, MI 49326-9622

DR PHILLIP K HUGGINS
6471 EASTSHORE RD
COLUMBIA, SC 29206-3305

DR NILS G HERDELIN JR
468 LOUCROFT RD
HADDONFIELD, NJ 08033-4007

DR PAUL KATZ
PO BOX 1535
PANHANDLE, TX 79068-1535

DR PHILLIP PULSINELLI
2946 SUNSET CIR
EXPORT, PA 15632-9356

DR R NEIL SCHIMKE MD
11765 KELLY RD
LEAVENWORTH, KS 66048-7245

DR RICHARD H WINTERBAUER
6500 83RD PL SE
MERCER ISLAND, WA 98040-5231

DR ROBERT I FISHER
10202 PINE NEEDLE TRL
STRONGSVILLE, OH 44149-1284

DR RALPH N WHARTON
1070 PARK AVE
NEW YORK, NY 10128-1000

DR RICHARD R VATH
7386 LASALLE AVE
BATON ROUGE, LA 70806-8264

DR ROBERT M STACK
5353 HUNTERS CT
LAS CRUCES, NM 88011-7580

DR RAMON DEL CASTILLO
3756 OSCEOLA ST
DENVER, CO 80212-1951

DR RICHARD RAY SHREVE
1120 CELIA ST
IRONWOOD, MI 49938-1612

DR ROBERT W DETTMER
2935 AMBLESIDE WAY
FORT WAYNE, IN 46804-2443

DR RAY TURNER
69 BERKELEY RD
DEDHAM, MA 02026-1707

DR RICHARD TARIZZO FACS
3109 TWIN OAKS DR
JOLIET, IL 60435-4744

DR ROBERTA [REED] YOUNG
5218 KINGLET ST
HOUSTON, TX 77035-3025

DR REGINALD D SMITH
3777 CHATEAUGUAY DR
DECATUR, GA 30034-2108

DR ROBBIN RIECK MACDONALD
3433 S ROBINSON AVE
THATCHER, AZ 85552-5171

DR ROGER F SEBENIK
5215 HOLMES PL
BOULDER, CO 80303-1245

DR RICCI ARTHUR
395 MAE ST
LOGAN, OH 43138-8636

DR ROBERT B SANDERS
277 LAKE PT
SANFORD, NC 27332-8353

DR ROSE MARIE ALVIN
7033 MEADE PL APT 6
PITTSBURGH, PA 15208-2448

DR RICHARD A MOSKOVITZ
6135 SW 21ST AVENUE RD
OCALA, FL 34471-0145

DR ROBERT E GIBSON
1521 ALEXANDER ST APT 806
HONOLULU, HI 96822-4950

DR RUBYE D GEER
2914 PINE VALLEY CIR
EAST POINT, GA 30344-3937

DR RICHARD D PLOTZ
104 11TH ST
PROVIDENCE, RI 02906-2912

DR ROBERT FRANK
89 LONE PINE RD
BLOOMFIELD HI, MI 48304-3536

DR RUSSELL SABRIN
4345 N SMOKE RIDGE CT NE
ROSWELL, GA 30075-5229

DR RICHARD E HOLMES
79 PICKENSVILLE RD
COLUMBUS, MS 39702-7889

DR ROBERT GOLDMAN
1182 ARCH ST
BERKELEY, CA 94708-1615

DR SAMMY RONALD BARNES
17002 COUNTY ROAD 2200
LUBBOCK, TX 79423-4842

DR SHARON LYN STEIN
9460 CANYON OAKS CT
RANCHO CUCAMO, CA 91730-7934

DR SYBIL L HOLLOWAY
915 COUNTRY CLUB DR APT 6
BLOOMSBURG, PA 17815-8560

DR WALTER [WALT] MORGAN
2 WALKER AVE
WARREN, PA 16365-6147

DR SHIRLEY JONES WILEY PHD
2315 ASHLAN AVE
CLOVIS, CA 93611-8932

DR SYDNEY N GIOVENCO
222 LAKE SHORE DR
ESCANABA, MI 49829-4025

DR WALTER LISKIEWICZ
5258 BLAIRMOOR ST
JACKSON, MI 49201-8340

DR STEPHANIE ROZE
24037 DEPEW AVE
DOUGLASTON, NY 11363-1630

DR THOMAS E KOERNER
607 WAKEFIELD VILLAGE BLVD
KENDALLVILLE, IN 46755-2602

DR WALTHER P MARCIS
24227 MAPLE RIDGE RD
NORTH OLMSTED, OH 44070-1358

DR STEPHEN E MOSHMAN
59 BEECHDALE RD
DOBBS FERRY, NY 10522-3001

DR THOMAS I BAKER
5930 LAKE RD W UNIT 802
ASHTABULA, OH 44004-8538

DR WARREN SHOEMAKER
670 N MORGAN ST
KAHOKA, MO 63445-1441

DR STEVEN M WEINER
12024 SPRUCE HAVEN DR
SAINT LOUIS, MO 63146-4822

DR THOMAS K SHEHAN
909 FOREST LAKES DR
CHESAPEAKE, VA 23322-7562

DR WENDY MARTINEZ
404 POND VIEW DR
MOORESTOWN, NJ 08057-4301

DR STEVEN MEYER
357 VALVERDE LN
SAINT AUGUSTI, FL 32086-8885

DR THOMAS M LOOPER
1208 BREAZEALE RD
BELTON, SC 29627-9764

DR WENDY SCHAENEN
29 WESTWIND DR
LEMOYNE, PA 17043-1234

DR STUART JON KAUFMAN
804 TARAY DE AVILA
TAMPA, FL 33613-1024

DR THOMAS NICOSIA
120 MASON DR
MANHASSET, NY 11030-2035

DR WESLEY J ENGLISH
58 N COLLIER BLVD APT 406
MARCO ISLAND, FL 34145-3757

DR SUE E MOOL
12411 RUSSET LN
HUNTLEY, IL 60142-6427

DR TODD BARTON FICHTEL
4247 CARROLLTON PIKE
WOODLAWN, VA 24381-3457

DR WILBERT L SADLER
708 PINEHURST ST
SALISBURY, NC 28144-6339

DR SUZY Q GRODEN
18 PRATT ST
MELROSE, MA 02176-1930

DR TODD D CLOPPER
45024 COUNTY ROUTE 100A
WELLESLEY IS, NY 13640-3121

DR WILHELMINA WRIGHT
105 VANDERBILT CIR
AUGUSTA, GA 30904-5013

DR WILLIAM BRENNAN
80 CENTER ST
GENESEO, NY 14454-1312

DR. JONATHAN TAFEL
255 E SYCAMORE ST
COLUMBUS, OH 43206-2177

DUAIN COX
54375 CARNATION RD
OLATHE, CO 81425-9768

DR WILLIAM D O'BRIEN JR
2002 O DONNELL DR
CHAMPAIGN, IL 61821-6465

DR. KATHY WOOD
11008 BIGHAM RD
TROY, TX 76579-3319

DUANE A SMITH
210 BINKLEY AVE
DUMAS, TX 79029-3827

DR WILLIAM DONNELLY
214 HARRIMAN DR APT 3044
GOSHEN, NY 10924-2427

DR. ROBERT LIPNICK
5308 PENDER CT
ALEXANDRIA, VA 22304-1937

DUANE A THORNTON
W338S8983 COUNTY RD E
MUKWONAGO, WI 53149-9305

DR WILLIAM E GIBSON JR
4548 ASHLAND DR
CHESAPEAKE, VA 23321-5222

DRABINA D WASHINGTON
19064 NW 53RD PL
MIAMI GARDENS, FL 33055-5324

DUANE DOAN
PO BOX 263
CANAL WINCHES, OH 43110-0263

DR WILLIAM F KING
1001 SKYLARK DR
DENTON, TX 76205-8009

DREW MCCARRON
11 MIDLAND ST
BROCKTON, MA 02301-1769

DUANE E CAMPBELL
690 KIMLYN AVE
NORTH HUNTING, PA 15642-1994

DR WILLIAM HARRIS
6905 W SADDLEBROOK DR
MAPLETON, IL 61547-9693

DREWRY R FOX
215 MARPLE RD
HAVERFORD, PA 19041-1029

DUANE E LUPKE
1407 HAWTHORN RD
FORT WAYNE, IN 46802-4957

DR WILLIAM KING
1137 CORETTA WAY
ORLANDO, FL 32805-4333

DRUCILLA CARLSON
127 MAINSAIL DR
THIRD LAKE, IL 60030-2605

DUANE E WERNER
8611 LEMON AVE APT 5
LA MESA, CA 91941-5373

DR WILLIAM LARRY EVERETT
20567 187TH AVE NW
BIG LAKE, MN 55309-9352

DRUCILLA COOK
1809 FULTON ST
KEOKUK, IA 52632-2825

DUANE FRIEDRICH
326 22ND AVE N
SAINT CLOUD, MN 56303-3833

DR WILLIE L LONG
2 BRANDYWINE LN
COLUMBIA, SC 29206-1366

DRUSCILLA GRUHN
2001 S LEE ST
AMERICUS, GA 31709-4715

DUANE G BRANDVOLD
1210 6TH AVE NW
DEVILS LAKE, ND 58301-1752

DUANE H AST SR
408 W CARLYLE ST
WICHITA, KS 67217-3528

DUANE J WALDEN
1027 N LEROY ST
FENTON, MI 48430-2755

DUANE KIEFER
2318 KLUG DR
FORT WAYNE, IN 46818-1861

DUANE KOEHRING
5076 SANDERSON DR
COLUMBUS, OH 43228-5710

DUANE LENZ
5221 S 50TH ST
LINCOLN, NE 68516-2208

DUANE NELSON
1116 GRANT ST
JACKSON, MN 56143-1208

DUANE P PONT
8615 LA TREMOLINA LN
WHITTIER, CA 90605-1629

DUANE RALSTON
5377 SE DAVID WAY
PRINEVILLE, OR 97754-8839

DUANE REGER
149 BURGESS ST
LYONS, MI 48851-9612

DUANE RUTTAN
7957 WAHBASEE LN
WILLIAMSBURG, MI 49690-9772

DUANE THOMAS MOEN
4770 72ND AVE NE
DEVILS LAKE, ND 58301-9231

DUANE WESTPHAL
5121 JOHN HOLMES RD
ANN ARBOR, MI 48103-1426

DUDLEY FETZER
327 HAZELWOOD LN
RICHMOND, IN 47374-5246

DUDLEY MANN
202 ROBINSON ST
WAKEFIELD, RI 02879-3524

Duke Energy
PO Box 1004
Charlotte, NC 28201-1004

DUMAS HIGH SCHOOL
DUMAS HIGH SCHOOL
300 SOUTH KLEIN AVE
DUMAS, TX 79029

DUMAS HIGH SCHOOL
c/o SCOTT PALSER
300 SOUTH KLEIN AVE
DUMAS, TX 79029

DUPONT HIGH SCHOOL
DUPONT HIGH SCHOOL ALUMNI AS
ALUMNI ASSOCIATION
OLD HICKORY, TN 37138-0068

DUPONT HIGH SCHOOL ALUMNIA
c/o WILSON STEWART
PO BOX 68
OLD HICKORY, TN 37138-0068

DURAND COLTRANE
4104 LAKEVIEW DR
CHESAPEAKE, VA 23323-1600

DURRELL E DISBROW
117 KNIGHTS CHURCH RD
DECHERD, TN 37324-3279

DUSTY HELMERS
300 36TH AVE SW APT 211
NORMAN, OK 73072-5049

DUWARD C FULMER
110 E FERNWOOD RD
SIMPSONVILLE, SC 29681-2955

DWAIN A AIDALA
1832 GRANGER AVE
LOS ALTOS, CA 94024-6715

DWAIN BAKER
4212 SW 7TH ST
DES MOINES, IA 50315-3917

DWAIN D WATERS
11435 STATE ROUTE 41
SOUTH SOLON, OH 43153-9739

DWAINE JENNINGS FISHER
600 NAUVOO RD
CLARKSVILLE, OH 45113-8611

DWANE D HABERMAN
1631 N LYNNHURST AVE
WICHITA, KS 67212-1848

DWAYNE A WICKHAM
11126 GROVER ST APT 4
ROMULUS, MI 48174-5407

DWAYNE DIETRICH
1509 FRANKLIN ST
KEOKUK, IA 52632-4043

DWAYNE JUNE EDWARDS
745 BRAY ST
CEDAR HILL, TX 75104-6059

DWAYNE R SPENCE
1255 PHEASANT RUN DR
CANAL WINCHES, OH 43110-9371

DWAYNE R THOMPSON
9342 OCHOA AVE NE
ELK RIVER, MN 55330-7398

DWIGHT E PALMER
1312 W BOLAN AVE
SPOKANE, WA 99224-8283

DWIGHT FRAMBACH
306 OAK ST
LONE ROCK, IA 50559-8568

DWIGHT HLUSTICK
2803 S COLUMBUS ST
ARLINGTON, VA 22206-1410

DWIGHT J MICHAELS
2735 NE GRANT ST
HILLSBORO, OR 97124-6221

DWIGHT KIM BROWN
6007 FFA LN
DUMAS, TX 79029-6817

DWIGHT KOPKIE
309 SCOTT AVE
ROCHELLE, IL 61068-9038

DWIGHT L WILLIAMS
1716 AVENUE E
ROSENBERG, TX 77471-1820

DWIGHT LUCIA
52 HAPPY TRAILS DR
LAS CRUCES, NM 88005-3995

DWIGHT W WILLHELM
1000 CAMP ST
SULPHUR SPRIN, TX 75482-4297

DWYANE WATSON
2013 BAYOU BEND DR
BOSSIER CITY, LA 71111-5158

DYANN PFROMMER
27114 WOODED CANYON DR
KATY, TX 77494-1650

E ALFREDA STONEY
1611 DELAWARE AVE
WHITE OAK, PA 15131-1655

E ALISON GULLEY
281 W GRANDVIEW HTS
BOONE, NC 28607-7621

E ANN COFFEY
270 S DELLROSE ST
WICHITA, KS 67218-1412

E ANN SLABAUGH
5533 SKYRIDGE DR
INDIANAPOLIS, IN 46250-1749

E DALE DUVALL
PO BOX 258
PINCKNEYVILLE, IL 62274-0258

E DIANE VAN DIEN
9309 COACHMAN DR
VENICE, FL 34293-8838

E DORIS BRIGGS
97 WESTGATE CIR
SANTA ROSA, CA 95401-9017

E DOUGLAS ALLEN
969 W MYRTLE DR
CHANDLER, AZ 85248-4306

E DUANE HARDER
5601 W 51ST ST
SIOUX FALLS, SD 57106-1831

E ELAINE ROEBKE
8645 STONE POST RD
SYLVANIA, OH 43560-9656

E GALE RAMSEY
1040 S 4TH ST
RICHMOND, IN 47374-6144

E P SHAW
1009 GLENDA ST
TERRELL, TX 75160-5013

EARL [OTTO] MILLER
5480 HAZELWOOD RD
COLUMBUS, OH 43229-4408

E HARVEY DICKERT
600 MUSGROVE ST
CLINTON, SC 29325-1725

E PENNY SMITH
5423 PLYMOUTH MEADOWS CT
FAIRFAX, VA 22032-3221

EARL [SPARKY] SMITH
187 GREEN AVE
FREEPORT, NY 11520-1010

E HOPE KELLER
147 BURLINGTON RD
JACKSON, OH 45640-2012

E PORTER KENDALL
230 LAKE COWETA TRL
NEWNAN, GA 30263-5917

EARL BAUER
3048 CLEAR SPRINGS RD
SPRING VALLEY, OH 45370-7735

E JANE BARLEY
1409 MISSION RD
LANCASTER, PA 17601-5237

E R ANDREEA GLAESE
2243 W LAKESIDE DR
MOSES LAKE, WA 98837-2732

EARL BRUNNER
2280 YORKSHIRE CIR
ALLENTOWN, PA 18103-3754

E JAYNE ZUBER
400 SUNNYDALE ST
ELIDA, OH 45807-1114

E RANDY DUPREE
205 W 139TH ST
NEW YORK, NY 10030-2104

EARL C LYNCH
116 CANTER PL
DURHAM, NC 27712-1001

E JEAN HILFER
3188 COUNTY ROAD 2 S
INTERNATIONAL, MN 56649-9144

E SPENCER GARRETT
3507 SAN MARCUS ST
GAUTIER, MS 39553-6750

EARL CHRISTIANSEN
9685 AMES AVE
OMAHA, NE 68134-3850

E LINN JONES MD
6250 SHADYGLEN RD
CINCINNATI, OH 45243-3204

E SUE MCDAVID
6304 SUNNYBRIDGE CT
OKLAHOMA CITY, OK 73132-2603

EARL DUNN
3308 23RD ST SW
LEHIGH ACRES, FL 33976-3400

E MAXINE STARR
1820 LAUREL ST
HAMILTON, IL 62341-1731

E THOMAS JONES
7250 BEAVER MEADOW RD
BERGEN, NY 14416-9604

EARL E KEYSER II
65 CUMBERLAND DR
GETTYSBURG, PA 17325-8423

E NATALIA OCASIO-SANTOS
5105 GRANDE FOREST CT
CENTREVILLE, VA 20120-6438

E WAYNE ROVENOLT
1000 COUNTY LINE RD
TURBOTVILLE, PA 17772-8928

EARL EDWARD JONES
260 GAELIC WAY
TYRONE, GA 30290-1857

EARL GORECK
914 WOODLAND DR
MCKEESPORT, PA 15133-3730

EARL SMITH
829 APPLE VALLEY RD
MADISON, TN 37115-2301

EARNEST [ROY] BAUCOM
PO BOX 131
KETTLERSVILLE, OH 45336-0131

EARL HARRIS
746 CEDARWOOD DR
PENN HILLS, PA 15235-2601

EARL V EINHORN
420 E 64TH ST APT W11H
NEW YORK, NY 10065-7854

EARNEST LEE JOHNSON
11258 WESLEY LAKE DR
JACKSONVILLE, FL 32220-3740

EARL HUMPHRIES SR
764 LAKEHURST RD
BROWNS MILLS, NJ 08015-6906

EARL W ANDERSON
PO BOX 487
ARIVACA, AZ 85601-0487

EARNEST P SUDBERRY
5810 LOS ANGELES WAY
BUENA PARK, CA 90620-2721

EARL J D'AMICO
2891 HERITAGE DR APT 1D
JOLIET, IL 60435-0305

EARL W TIMS
PO BOX 555
MINDEN, LA 71058-0555

EARNEST RODGERS
PO BOX 1242
LEVELLAND, TX 79336-1242

EARL L HOFFMAN JR
6795 FAIRWAY DR E
FAYETTEVILLE, PA 17222-9401

EARL WAYNE ADAMSON
6125 NE 175TH ST APT N302
KENMORE, WA 98028-4880

EARNESTINE EVERETT
1834 HIGH ST
FORT MYERS, FL 33916-2725

EARL MCDANIELS
5331 BILLY MC RD
GREEN SEA, SC 29545-4743

EARLE COHEN
17420 RANCHO ST
ENCINO, CA 91316-3947

EARSIE MIKE
2527 EASTON LN APT 11
SAN JOSE, CA 95133-2640

EARL MORRIS
425 S 13TH ST
HAMILTON, IL 62341-1629

EARLENE ALLEN
5917 MACEO LN
FORT WORTH, TX 76112-7949

EARTHA MITCHELL
1600 S MAIN ST APT 238
DUNCANVILLE, TX 75137-3289

EARL NORROD
481 SAND RUN RD
AKRON, OH 44313-5367

EARLENE LAMB
1129 VALLEY STREAM DR
WHEELING, IL 60090-3950

EARVIN NICHOLSON JR
1908 EVERGREEN PL
PORTSMOUTH, VA 23704-5326

EARL R ADAMS
36959 LITTLE OAK LN
NORTH BRANCH, MN 55056-5790

EARLENE PARKS
3721 CANDACE DR
FORT WORTH, TX 76119-7737

EAST FAIRMONT HIGH SCHOOL
c/o DELBERT PHILLIPS
1993 AIRPORT RD
FAIRMONT, WV 26554-4098

EAVON WOODIN
1505 HICKORY HEIGHTS DR
WAVERLY, IA 50677-1014

ED STEFFENS
3320 GLADE CREEK DR
HURST, TX 76054-2064

EDDIE MOORE
PO BOX 547
ORANGE, VA 22960-0320

ED CONLEY
5307 W EMORY RD
POWELL, TN 37849-4934

EDA JEAN WOOLF
PO BOX 304
CLAFLIN, KS 67525-0304

EDDIE SHAW
6053 OLD FARM CIR
LINCOLN, NE 68512-1877

ED CRAMP
180 GLENOAK LN
GRANTS PASS, OR 97526-3669

EDD LEE GOODMAN
1103 BELMONT ST
PARIS, TN 38242-4503

EDDIE WHITELEY
PO BOX 1764
RUIDOSO, NM 88355-1764

ED DOBBS
1 HOWARD JOHNSON RD
CHERRY HILL, NJ 08034-1403

EDDIE D BOOTH
2 MICHELLE AVE
TRENTON, SC 29847-2648

EDDY STANFIELD
511 CASAS DEL NORTE CT
GRANBURY, TX 76049-1462

ED HARE
26 2ND ST NE
MASSILLON, OH 44646-8408

EDDIE GANNON
325 WILSON ST
EMPORIA, KS 66801-4325

EDE D BALDRIDGE
1236 COLUMBUS CIR APT D
WILMINGTON, NC 28403-3936

ED KERR
241 WOODLAWN DR
TRAFFORD, PA 15085-1232

EDDIE JONES JR
PO BOX 14454
AUGUSTA, GA 30919-0454

EDGAR BULLINGTON
905 PASEO GRANDE CIR
DUARTE, CA 91010-2316

ED NORMAN
1441 ROOSEVELT AVE
REDWOOD CITY, CA 94061-1461

EDDIE L TAYLOR SR
1500 WOODLAKE DR NE APT 201
PALM BAY, FL 32905-3217

EDGAR G [BOOGIE] WILLIAMS
2801 17TH ST
PORT ARTHUR, TX 77640-3963

ED PUTMAN
416 SW ALDER ST
GRANTS PASS, OR 97526-2602

EDDIE M STALLWITZ
PO BOX 1225
DUMAS, TX 79029-1225

EDGAR H GEHM
3059 RAINIER AVE
COLUMBUS, OH 43231-3140

ED SPRALEY
197 LAKESHORE DR
RAINBOW CITY, AL 35906-8570

EDDIE MAE EVANS
375 CAMELOT DR
ATHENS, GA 30606-1405

EDGAR J HARTUNG
PO BOX 175
MOHNTON, PA 19540-0175

EDGAR N BANKS
PO BOX 215
GRAIN VALLEY, MO 64029-0215

EDGAR R BURROUGHS
6805 S WATTERSON TRL
FERN CREEK, KY 40291-2427

EDGAR STUHR
340 BIGELOW ST
MARLBOROUGH, MA 01752-8036

EDGAR TILTON SR
1021 FORSTALL ST
NEW ORLEANS, LA 70117-3820

EDIE FINE
2451 NW 59TH ST APT 601
BOCA RATON, FL 33496-2842

EDIE THOMAS
230 THREE OAKS DR
LAWRENCEVILLE, GA 30046-6477

EDITH [EDIE] BARRON
PO BOX 1233
MERLIN, OR 97532-1233

EDITH [EDIE] ROLFE
4962 S 167TH AVE
OMAHA, NE 68135-1377

EDITH [EDIE] TOOR
13 SARATOGA
NEWPORT BEACH, CA 92660-6152

EDITH A ANDERSON
113 TYLER DR
BRISTOL, TN 37620-6313

EDITH A DILLER
6405 WEDGEWOOD DR
SPRING HILL, FL 34606-3359

EDITH ANNE SHERMAN
28 LEE AVE
NEWPORT, RI 02840-4041

EDITH BEEMAN
29W504 LEE RD
WEST CHICAGO, IL 60185-2041

EDITH BUCK
753 SCHOOLHOUSE RD
MILTON, PA 17847-7916

EDITH COAN
6524 162ND ST APT 13B
FLUSHING, NY 11365-2604

EDITH COOK
1648 12TH AVE W
SHAKOPEE, MN 55379-2110

EDITH GAGLIONE
68 SPRUCE KNLS
PUTNAM VALLEY, NY 10579-2039

EDITH HOOKER
2430 E FALLBROOK AVE
FRESNO, CA 93720-0260

EDITH J HELFERS
14797 RIALTO AVE
BROOKSVILLE, FL 34613-5058

EDITH KUHNER
891 CALLE PORTILLA
CAMARILLO, CA 93010-9205

EDITH L DUCKWORTH
6260 JEANETTE DR
EAST PETERSBU, PA 17520-1120

EDITH L HUNSBERGER
6 KINDER LN
SHUTESBURY, MA 01072-9762

EDITH MACKLER
1219 W WYNNEWOOD RD APT 4
WYNNEWOOD, PA 19096-2119

EDITH MCCAW
19403 SPYGLASS CT
PLATTSMOUTH, NE 68048-7155

EDITH SANDSTROM
901 2ND ST
INTERNATIONAL, MN 56649-2203

EDITH SENO
556 FEARRINGTON POST
PITTSBORO, NC 27312-8501

EDITH SILVERMAN
500 HIGH POINT DR APT 808
HARTSDALE, NY 10530-1121

EDITH SPENCER
335 OIL HILL RD
EL DORADO, KS 67042-3353

EDMUND F PRYAL
5015 STAGHORN DR
VALLEJO, CA 94591-8581

EDNA A OLMSTEAD
2 COLUMBIA RD
NEPTUNE, NJ 07753-2508

EDITH SYLVIA HOCKETT
5036 WYCLIFFE DR
STONE MOUNTAI, GA 30087-4138

EDMUND J MAKSYMOWICZ
18901 ABBY AVE
EUCLID, OH 44119-1732

EDNA ARMAGOST
5370 FISHER RD
WISCONSIN RAP, WI 54495-9241

EDITH TAYLOR
2204 JOHN ARTHUR WAY
LAKELAND, FL 33803-3516

EDMUND J MORRISSEY
901 POPLAR AVE
SUNNYVALE, CA 94086-8617

EDNA BATTY
60 VIRGINIA ST
VERSAILLES, OH 45380-1120

EDITH YOUNG
8592 ROSWELL RD APT 341
ATLANTA, GA 30350-1869

EDMUND LEE [TED] GOLDSBOROUGH
101 BENTLEY AVE
BALA CYNWYD, PA 19004-2805

EDNA BETHEL
435 NW RUTLAND RD APT 330
MOUNT JULIET, TN 37122-8705

EDLYNNE M SILLMAN
7667 W CATHEDRAL CANYON DR
TUCSON, AZ 85743-5144

EDMUND PROVINI
88 CONOVER LN
RED BANK, NJ 07701-6214

EDNA CASKEY WIELER
420 COCONUT PALM RD
VERO BEACH, FL 32963-3709

EDMOND HARTNETT
3409 AUGUSTA CT
HAYWARD, CA 94542-2613

EDMUND S MELTZER PHD
2224 STANLEY ST
STEVENS POINT, WI 54481-1955

EDNA COLLINGE
410 PALM BLVD
MERRITT ISLAN, FL 32952-5057

EDMOND R EBERLE
8628 STEAMBOAT LN
RIVER RIDGE, LA 70123-3639

EDMUND ZOTTOLA PHD
2866 VERMILION DR
COOK, MN 55723-8835

EDNA DALY
8 SAWMILL CT
GREENSBORO, NC 27407-5048

EDMUND [CARL] HILSTON
5 RICHMOND ST
NASHUA, NH 03063-3639

EDNA [BERNIECE] ROW
PO BOX 848
GRANTS PASS, OR 97528-0072

EDNA GRACE COWLING
PO BOX 385
LEAVENWORTH, KS 66048-0385

EDMUND CAUFIELD
4713 CHANDLERS FORDE
SARASOTA, FL 34235-7120

EDNA [EDDIE] BRADLEY
10520 S GLENVIEW LN
OLATHE, KS 66061-7426

EDNA MAE CARTER
206 N MAYHILL RD
DENTON, TX 76208-4004

EDNA MAE SHANOK
31 JAYS COR
SOMERSET, NJ 08873-7439

EDNA MARIE JOHNSON
3790 LAWNDALE LN N APT 314
PLYMOUTH, MN 55446-2976

EDNA MARTYNOWSKI
17528 SANTA FE TRL
LEAVENWORTH, KS 66048-8424

EDNA MILLER
13745 ROLLING HILLS LN
DALLAS, TX 75240-3722

EDNA PETERS
16504 LOOP 493
LUBBOCK, TX 79423-4881

EDNA PUTHOFF
2008 S 7TH ST
IRONTON, OH 45638-2463

EDNA RHODES
3644 ANTAR RIDGE LN
JACKSONVILLE, FL 32218-6979

EDNA S KAUCHER
2732 ASPEN WOOD AVE
HENDERSON, NV 89074-1903

EDNA WASSON
207 BOZARTH AVE
GLENDORA, NJ 08029-1242

EDUARDO MARTINEZ
2030 SANTA CLARA ST
RICHMOND, CA 94804-5236

EDVIN [ED] MAGNUSON
3242 COUNTY ROAD 24
INTERNATIONAL, MN 56649-8914

EDWARD [BUD] STEUER
10 POINT DORAL CT
PALM COAST, FL 32137-5943

EDWARD [CHIP] GALLAGHER III
7927 EMERALD BLUFF CT
HOUSTON, TX 77095-4416

EDWARD [ED] HEINEN
710 W CHERRY ST
CHEROKEE, IA 51012-1327

EDWARD [EDDIE] TEJEDA
726 W COTTONWOOD DR
VALLEY CENTER, KS 67147-3217

EDWARD [GENE] STEPHENSON
938 GRATTON ST
BURLINGTON, IA 52601-2724

EDWARD [NED] MOSER
1336 PARK LAKE DR
NAPLES, FL 34110-1064

EDWARD A [EDDIE] SHIPMAN
169 RAINBOW DR #6962
LIVINGSTON, TX 77399-1068

EDWARD A BURKE
816 SESSIONS LN
KENNER, LA 70065-2964

EDWARD A CZAPALA JR
204 ELON DR
LADSON, SC 29456-6200

EDWARD A DOLES ESQ
8130 WEDGEWOOD DR
CHESTERLAND, OH 44026-2164

EDWARD AGIUS
562 ACACIA AVE
SAN BRUNO, CA 94066-4222

EDWARD ALEXANDER COLDEN
2617 KILLEY CT
VIRGINIA BEAC, VA 23453-3656

EDWARD B HIGHTOWER
1605 COLESBERG ST
SILVER SPRING, MD 20905-4102

EDWARD B JOBE
47435 E ELDORADO DR
INDIAN WELLS, CA 92210-8673

EDWARD B STEFFNER
9619 BRIAR CIR
BLOOMINGTON, MN 55437-1976

EDWARD BALK
125 CRANDON DR
CLAYTON, MO 63105-3605

EDWARD BEACH MACK
146 E 1ST ST
MESA, AZ 85201-6704

EDWARD C BRIGDEN II
5130 CORAL BURST CIR
LOVELAND, CO 80538-5661

EDWARD DELMAR WOODARD JR
760 EDGEHILL RD
FAYETTEVILLE, NC 28314-0219

EDWARD BLANDEN
1602 E ENGLISH ST
DANVILLE, IL 61832-3451

EDWARD C DUVERNAY
187 COUNTRY CLUB DR
COVINGTON, LA 70433-4816

EDWARD DOEBLER JR
1150 HUGH ALLISON RD
PIKEVILLE, TN 37367-8004

EDWARD BOLGA
1371 MARCIA DR
IRWIN, PA 15642-3493

EDWARD C FITCH SR
38960 STATE SPUR 16B
VALENTINE, NE 69201-2414

EDWARD E HAM
112 19TH ST
BELLEAIR BEAC, FL 33786-3316

EDWARD BONTRAGER
13313 OAKLAND DR
BURNSVILLE, MN 55357

EDWARD C LENK
206 WHEELER RD
MARSTONS MILL, MA 02648-1110

EDWARD E THOMAS
8140 TOWNSHIP LINE RD APT 24
INDIANAPOLIS, IN 46260-5859

EDWARD BOPP
30081 TRUMAN AVE
WICKLIFFE, OH 44092-1723

EDWARD C LISKA
1710 SW 43RD LN
CAPE CORAL, FL 33914-6261

EDWARD EDWARDS
5419 NE 102ND ST
VANCOUVER, WA 98686-6009

EDWARD BURHITE
1096 N ARCHERS WAY
NEKOOSA, WI 54457-8136

EDWARD C METZEL II
4448 DEVONSHIRE DR
BOARDMAN, OH 44512-1035

EDWARD ETHEREDGE
128 BAKER HILL RD
FLORENCE, MA 01062-1946

EDWARD BURNETT
1143 PORTSMOUTH DR
MCKEESPORT, PA 15133-3707

EDWARD CAROLAN
2 BEECHWOOD CT
COLONIA, NJ 07067-3213

EDWARD F FATZ
13165 SW 22ND ST
BEAVERTON, OR 97008-5030

EDWARD C [ED] ROTH
1740 SIBLEY ST
LOWELL, MI 49331-1532

EDWARD CLARK
2301 WEST BLVD
HOLT, MI 48842-1015

EDWARD F FEITH
9923 TIOGA DR
SAN ANTONIO, TX 78230-3222

EDWARD C ALIG III
PO BOX 53
EAST LYNNE, MO 64743-0053

EDWARD D HILL
5221 N WHEATON RD
CHARLOTTE, MI 48813-8610

EDWARD F WALCH
PO BOX 733
COVINGTON, LA 70434-0733

EDWARD FAUST SR
146 TRADEWINDS CIR
SOUTH DAYTONA, FL 32119-2231

EDWARD GODSILL
1116 W LAKECREST DR
PEORIA, IL 61614-5940

EDWARD J HAINRIHAR
2870 OAKWOOD DR
WILLOUGHBY HI, OH 44094-9158

EDWARD FITCHHORN
6458 HAYWARD WAY
SAN DIEGO, CA 92139-1147

EDWARD H [ED] STEGMAN
907 MAGNOLIA LN
NAPERVILLE, IL 60540-7312

EDWARD J HUDSON
6444 PEPPER CT
ERIE, PA 16505-2672

EDWARD FREDERICK BOESCH III
215 9TH CT
VERO BEACH, FL 32962-2812

EDWARD H PACK JR
PO BOX 261
LEDYARD, CT 06339-0261

EDWARD J HUTH
68 OAKWYNNE TER
LANGHORNE, PA 19047-8525

EDWARD FREEMAN
91 SKYLINE DR
DALY CITY, CA 94015-4529

EDWARD HARTZLER
1420 EL CAMINO REAL APT 5
BURLINGAME, CA 94010-4759

EDWARD J LUCOT
1009 MCPHERSON AVE
CLAIRTON, PA 15025-1225

EDWARD G [TED] MERKEL
111 MACOMA CT
FORT MYERS, FL 33908-1629

EDWARD J BAILEY
603 HICKORY CT
SANTA CLARA, CA 95051-6141

EDWARD J MURPHY III
5305 CRAIG AVE
KENNER, LA 70065-2322

EDWARD G HILL
40456 ALEXANDRIA DR
STERLING HEIG, MI 48313-5302

EDWARD J CICHOREK
82 RODNEY AVE
SOMERSET, NJ 08873-2024

EDWARD J RYAN
9234 KINGS CANYON DR
CHARLOTTE, NC 28210-7677

EDWARD GAZDAG SR
113 TIPPECANOE DR
GREENSBURG, PA 15601-4937

EDWARD J COLLINS
5126 CORTE CERCADO
HEMET, CA 92545-5474

EDWARD J SCHWEIGER II
4409 IVANHOE PL
CHARLOTTE, NC 28205-4628

EDWARD GIDZINSKI
148 NEWBOLDS CORNER RD
SOUTHAMPTON, NJ 08088-8867

EDWARD J ECKART JR
1581 LYNDHURST RD
LYNDHURST, OH 44124-2857

EDWARD J SUBLER
805 WOODLAND DR
VERSAILLES, OH 45380-8591

EDWARD GLIDEWELL
1519 ABERDEEN LN
NEW HAVEN, IN 46774-2005

EDWARD J FUHR
312 RANDOLPH SQUARE PKWY
RICHMOND, VA 23238-6155

EDWARD J VOGL
2901 BARRICKMEN LN
GOSHEN, KY 40026-9779

EDWARD JOHN [ED] LEBLANC
2519 WESTWIND AVE NW
SALEM, OR 97304-1813

EDWARD LIMBACH
332 INWOOD TRL
AURORA, OH 44202-8204

EDWARD M SORENSEN
9680 CASA DE LA TORRE CT
SPRING VALLEY, CA 91977-1338

EDWARD JOHN SHANNON
18479 OAKWOOD DR
PRAIRIEVILLE, LA 70769-3840

EDWARD LINK
5328 GARDENVIEW AVE
FORT WAYNE, IN 46809-1908

EDWARD MANIER
1444 SUNNYMEDE AVE
SOUTH BEND, IN 46615-1020

EDWARD KEMPER
2123 ROCKWELL AVE
BALTIMORE, MD 21228-4718

EDWARD LOVRIN
1555 SKY VALLEY DR APT V104
RENO, NV 89523-9103

EDWARD MARGOLIS
45 NORTHWOODS LN
BOYNTON BEACH, FL 33436-7405

EDWARD KUPETS
152 COMBS HOLLOW RD
RANDOLPH, NJ 07869-3508

EDWARD LUCIUS REEVE
PO BOX 58023
OKLAHOMA CITY, OK 73157-8023

EDWARD MARKOWSKI
23 ASHBROOK DR
CRANSTON, RI 02921-2598

EDWARD L BENNETT
52 OAK LN
NEW COLUMBIA, PA 17856-9074

EDWARD LUHRS
26 OLIVE WALK
BREEZY POINT, NY 11697-1608

EDWARD MCCANN
10743 NATIONAL PL
LOS ANGELES, CA 90034-3423

EDWARD LARSEN
3717 NE OTTER CREEK DR
ANKENY, IA 50021-6868

EDWARD M ARD SR
101 PARK GARDEN TER
MADISON, MS 39110-7638

EDWARD MICHAEL SLATTERY
2203 W 110TH PL
CHICAGO, IL 60643-3919

EDWARD LEE BELL
408 NORCUM CIR
PORTSMOUTH, VA 23701-4109

EDWARD M DOBRINSKY
246 RED OAK DR
PITTSBURGH, PA 15239-2022

EDWARD MICKELSON
1532 CHARLEMONT DR
CHESTERFIELD, MO 63017-4604

EDWARD LEE HILL
1005 GLENFIDDICH DR
CHARLOTTE, NC 28215-2060

EDWARD M MINSHALL JR
1132 NOTTINGHAM DR
WEST CHESTER, PA 19380-4055

EDWARD MOFFITT
71 COLONIAL VLG
SOMERSWORTH, NH 03878-1555

EDWARD LEKAN
8225 DALEBROOK RD
INDEPENDENCE, OH 44131-6632

EDWARD M POSNER
6535 SOMERSET CIR
BOCA RATON, FL 33496-4021

EDWARD MYERS
PO BOX 4514
CAVE CREEK, AZ 85327-4514

EDWARD O SHAKESPEARE
600 E CATHEDRAL RD APT K102
PHILADELPHIA, PA 19128-1934

EDWARD S STERNICK
19 CROSS ST
CHARLESTOWN, MA 02129-2504

EDWARD ZIMMERMANN
127 ASHLAND CT
SHEBOYGAN FAL, WI 53085-1879

EDWARD P FRAPPIER
1770 CHELSEA PLACE DR
KERNERSVILLE, NC 27284-9708

EDWARD SHERRY
3058 LATHAM LN
EL DORADO HLS, CA 95762-4316

EDWIN BUCKMAN
515 SIEGMUND ST
JOLIET, IL 60433-1715

EDWARD P SCHNEEBERGER
20858 BROKEN BIT DR
COVINA, CA 91724-3840

EDWARD STEVENSON
8783 NEWBERRY RD
WINNSBORO, SC 29180-6592

EDWIN C GOCHNAUER SR
5421 RAINBOW DR
EAST PETERSBU, PA 17520-1633

EDWARD RAHE
0S671 FOREST ST
WINFIELD, IL 60190-1538

EDWARD T DESPORTE JR
28140 CHUKKAR LN
FOLSOM, LA 70437-7676

EDWIN CHRISTIAN STEINMEYER
241 PONTE VEDRA DR
COLUMBIA, SC 29206-1432

EDWARD RAVENEL
4715 WILSON RD
YONGES ISLAND, SC 29449-6082

EDWARD VALEK
3165 E ROUTE 113
MAZON, IL 60444-6154

EDWIN E LARSON
4 SPARROW RD
CARPENTERSVIL, IL 60110-2255

EDWARD RICHARDS SR
3507 LAKE SIDE CIR
JOLIET, IL 60431-8818

EDWARD W [ED] KOOS
362 POST OAK RD
KERNERSVILLE, NC 27284-8029

EDWIN FISHER
4138 ECKWORTH DR
BELLBROOK, OH 45305-1505

EDWARD ROEDER
302 CANDLEWOOD DR
WASHINGTON, IL 61571-2581

EDWARD W DOENGES
93 FAIRWAY RD
ROTONDA WEST, FL 33947-2017

EDWIN GARMAN
1203 ORIENT ST
EL DORADO, KS 67042-4349

EDWARD S AUCOIN
1440 HOMESTEAD AVE
METAIRIE, LA 70005-1151

EDWARD W PRATT
9413 FLOWERDEN LN
MANASSAS, VA 20110-6639

EDWIN H CLARK
121 MARSHVIEW TRL
WILMINGTON, NC 28412-3219

EDWARD S LUKETIC
509 LEMON ST
MCKEESPORT, PA 15132-7319

EDWARD W SMITKO
PO BOX 7416
PORT SAINT LU, FL 34985-7416

EDWIN J HELLER SR
7721 MILL AVE
WISCONSIN RAP, WI 54494-8300

EDWIN L BOEHM JR
3300 RIDGEWAY DR
METAIRIE, LA 70002-1950

EDWIN T [BUTCH] HUDSON
150 BALDWIN DR
LANDER, WY 82520-3082

EGON CORDEL
14942 POLK ST
OMAHA, NE 68137-3949

EDWIN L WHITEMAN
230 SW 43RD TER
CAPE CORAL, FL 33914-5908

EDWIN WELLS PARKER
3396 KISER GAP RD
FRANKLIN, WV 26807-7521

EIDERSON DEAN
465 CLARK ST
SOUTH WILLIAM, PA 17702-7151

EDWIN LANGUE
5000 5TH AVE
PITTSBURGH, PA 15232-2158

EDWINA LEWIS
PO BOX 1502
NEWTON, TX 75966-1502

EILEEN ARMSTRONG
3 FORGE RD N
WILTON, CT 06897-3712

EDWIN LESSNER
806 HEPBURN ST
MILTON, PA 17847-2424

EDYTH FEICHTINGER
17751 KINGSWAY PATH
LAKEVILLE, MN 55044-5209

EILEEN BAXTER
6011 BROADWAY APT 6U
WOODSIDE, NY 11377-2112

EDWIN M DAVIS
PO BOX 81
CHESTERFIELD, SC 29709-0081

EDYTHE MCELMURRAY
20 TYMAC LN
BARNWELL, SC 29812-5010

EILEEN BLAIR
428 CHARLIE DR
NOBLESVILLE, IN 46062-8453

EDWIN P WALTER
1830 MUSTANG SPRINGS DR
MISSOURI CITY, TX 77459-3448

EDYTHE SUNDBERG
18755 W BERNARDO DR APT 1230
SAN DIEGO, CA 92127-3013

EILEEN BUCKLEY
2429 W MAIN ST
RICHMOND, IN 47374-4601

EDWIN R BROOKMAN
1712 HOSMER LN
CREST HILL, IL 60403-2034

EEI Security
PO Box 17849
Tampa, FL 33682-7849

EILEEN BURT
4870 CENTERWOOD ST
LAKE OSWEGO, OR 97035-8203

EDWIN R TAYLOR
27 WEST LN APT 1B
RIDGEFIELD, CT 06877-4912

EFFIE ELOISE MILLER
1505 ALBERT STORM AVE
MONCKS CORNER, SC 29461-7022

EILEEN C SHUPE
2516 SUGAR CREEK CT
MYRTLE BEACH, SC 29579-4203

EDWIN ROESSLER
625 YORKTOWN BLVD
LOCUST GROVE, VA 22508-5162

EFREN GONZALEZ
2521 53RD ST
LUBBOCK, TX 79413-4407

EILEEN CATHERINE KELLY
70 CARROLL AVE UNIT 701
NEWPORT, RI 02840-6445

EILEEN CHRISTIAN
47665 PRADO WAY
INDIO, CA 92201-7748

EILEEN GEYER
550 MIDVALE RD
UPPER DARBY, PA 19082-3608

EILEEN KNEAFSEY
1137 MERRIFIELD DR
WEST CHESTER, PA 19380-6834

EILEEN CONROY
300 WALNUT ST UNIT 102
DES MOINES, IA 50309-2241

EILEEN GURIN
385 BERNARD RD # 136
NEW VIENNA, OH 45159-9649

EILEEN L ANDERSON
293 HILLSIDE AVE
FLANDERS, NJ 07836-9064

EILEEN CUNNEELY
143 KILBURN RD S
GARDEN CITY, NY 11530-5628

EILEEN HAUN
8216 PIERPOINT DR
HARRISON, TN 37341-6935

EILEEN LEONA BROWN
207 N MORROW ST
BLAIRSVILLE, PA 15717-1037

EILEEN DARWIN
9 ROLLING HILLS DR
HUNTINGTON ST, NY 11746-1350

EILEEN HAYES
720 E RUDASILL RD
TUCSON, AZ 85718-2711

EILEEN M COYNE
621 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067-6626

EILEEN DEMELOITZ
10416 W RUNION DR
PEORIA, AZ 85382-5382

EILEEN HEATH
2722 E ISLAND CT
COLUMBIA CITY, IN 46725-9328

EILEEN M VARIA
5 ATLANTIC ST
PLAINSBORO, NJ 08536-3066

EILEEN EDEBOHLS
1447 212TH ST
BAYSIDE, NY 11360-1107

EILEEN HERMAN
366 BROADWAY APT 6C
NEW YORK, NY 10013-3919

EILEEN MCGANN
52 WINDING WAY
LITTLE SILVER, NJ 07739-1720

EILEEN F STOPA
2648 SEQUOIA WAY
PRINCE FREDER, MD 20678-3390

EILEEN HESS
PO BOX 86
CALEDONIA, OH 43314-0086

EILEEN MCLOUGHLIN
6 HARBOUR TOWN CT
FRISCO, TX 75034

EILEEN FALVEY
2 GLENWOOD CT
BAYPORT, NY 11705-1429

EILEEN J BUELL
14 PARKVIEW DR
RENSSELAER, NY 12144-4617

EILEEN MORGO
141 NORTHWOOD CT
BAYPORT, NY 11705-1876

EILEEN G MELTZER-FASOLDT
15 FISCHER AVE
KINGSTON, NY 12401-8505

EILEEN J RIDGWAY
1213 MELBOURNE DR
NEW HAVEN, IN 46774-2645

EILEEN NOLFI
329 OHIO AVE
GLASSPORT, PA 15045-1441

EILEEN NORTMAN
505 GALAHAD DR
LANSING, MI 48906-1658

EILEEN SAUER
802 VAN BUREN ST
RAPID CITY, SD 57701-0866

EILLEEN E SLADEK
1365 ARGYLE RD
BERWYN, PA 19312-1951

EILEEN PEPPER
1270 LAKESIDE DR
LEESBURG, FL 34788-8239

EILEEN SIEGELTUCH
134 MERION WAY
HAINESPORT, NJ 08036-2782

EL DORADO HIGH SCHOOL
EL DORADO HIGH SCHOOL ALUM
401 MCCOLLUM RD
EL DORADO, KS 67042

EILEEN PETERS
8133 268TH ST
GLEN OAKS, NY 11004-1545

EILEEN SPANGLER
59 LAKESIDE AVE
DEVON, PA 19333-1551

EL DORADO HIGH SCHOOL
c/o KATHY MARTIN
401 MCCOLLUM RD
EL DORADO, KS 67042

EILEEN PLANETA
123 DOXBURY LN
SUFFERN, NY 10901-7243

EILEEN SPERL-HAWKINS
4049 BLIND BROOK CT
TALLAHASSEE, FL 32303-7155

ELAINE [FRANCES] GORDON
9372 BUTTERMILK RIDGE RD
LAWRENCEBURG, TN 38464-5920

EILEEN PYRON
333 ROCK CREEK RD TRLR 14
HANSEN, ID 83334-5147

EILEEN STEPANOVICH
8322 WALNUT DR
MUNSTER, IN 46321-1904

ELAINE AARNESS
524 LAKE ANTOINE RD
IRON MOUNTAIN, MI 49801-1468

EILEEN QUIRIN
612 EDMAR ST
SMITHTON, IL 62285-3043

EILEEN STRASBAUGH
400 W GAGE ST
FOREST, OH 45843-1028

ELAINE ABENDROTH
5198 160TH ST NW
CLEARWATER, MN 55320-2111

EILEEN R SOLOMON
444 E 86TH ST APT 24J
NEW YORK, NY 10028-6483

EILEEN THOMPSON
1474 BABBITT RD
EUCLID, OH 44132-2736

ELAINE ALEXANDER
750 PARK AVE NE APT 31SE
ATLANTA, GA 30326-3272

EILEEN ROSS
108 WILLITS WAY
GLEN MILLS, PA 19342-1431

EILEEN TURNQUIST
680 570TH ST
ALTA, IA 51002-7552

ELAINE ARNOLD
8330 PROCTOR RD
PAINESVILLE, OH 44077-9153

EILEEN RUBIN
8515 COSTA VERDE BLVD UNIT 1
SAN DIEGO, CA 92122-1149

EILENE M WHYANO
18 SADIE HOLLOW LN
MILAN, PA 18831-7936

ELAINE BAIZMAN
250 E CROSS ST
NORWOOD, MA 02062-5213

ELAINE BARRETT
100 STAKUM CIR APT D27
OXFORD, CT 06478-1383

ELAINE CARTER
11260 NW 23RD ST
PEMBROKE PINE, FL 33026-1401

ELAINE FOLKERS
12504 PATRICK CIR
OMAHA, NE 68164-3932

ELAINE BERENDES
2427 SAND RD APT C
MARSHALLTOWN, IA 50158-6119

ELAINE CORRAO
3405 E LAKE SHORE DR
WONDER LAKE, IL 60097-9373

ELAINE FRANK
16254 DRAKE ST
SOUTHGATE, MI 48195-2124

ELAINE BESSEY
523 12TH CT
COOS BAY, OR 97420-4408

ELAINE DOESCHER
833 WOLLAK WAY
SAUK RAPIDS, MN 56379-2780

ELAINE G RAABE
861 MAIN ST N
SOUTHBURY, CT 06488-1250

ELAINE BISTOK
18 TERRACE RD
PLYMOUTH MEET, PA 19462-2607

ELAINE DRICK
2980 FLORA RD
LOMPOC, CA 93436-9437

ELAINE GERWER
105 ESBENSHADE DR
LITITZ, PA 17543-9675

ELAINE BRADFORD
15335 CLOVERNOOK DR APT B
GRAND HAVEN, MI 49417-2974

ELAINE EDWARDS
2261 FM 156 N
KRUM, TX 76249-5543

ELAINE GORDON
9418 N GREEN BAY RD APT 335
MILWAUKEE, WI 53209-1072

ELAINE BRASEL
2007 W DOWNER PL APT 109
AURORA, IL 60506-4668

ELAINE EICHEL
3816 HAUPTMAN CT
BOULDER, CO 80301-6006

ELAINE H DAVIS
8311 STATE HIGHWAY 13 S TRLR
WISCONSIN RAP, WI 54494-9500

ELAINE BUGOSKI
8 BUDD BLVD
WEST DEPTFORD, NJ 08096-3331

ELAINE EISEN
888 PARK AVE
NEW YORK, NY 10075-0235

ELAINE HAINES
9855 POTTERS RD
LOWELL, MI 49331-9234

ELAINE CADMAN
1615 CITATION DR
SOUTH PARK, PA 15129-8832

ELAINE FARIA
37 ASH ST
PORTSMOUTH, RI 02871-1216

ELAINE HART
1409 THAYER AVE
ASHTABULA, OH 44004-2719

ELAINE CAHILL
328 ROLLING DR
BELLE VERNON, PA 15012-9669

ELAINE FLUCKS
23805 SCHOMBERG ST
TAYLOR, MI 48180-3407

ELAINE HERMANSON
432 S DEE RD
PARK RIDGE, IL 60068-3738

ELAINE HOLSTINE
14140 RIDGE RD
IRWIN, PA 15642-2166

ELAINE LEIGH
3652 E COSTILLA AVE
CENTENNIAL, CO 80122-2018

ELAINE MYERS
521 COUNTY ROAD 4311
NAPLES, TX 75568-6324

ELAINE JACKSON
310 E 262ND ST
EUCLID, OH 44132-1438

ELAINE LEVITT
305 W 28TH ST APT 10B
NEW YORK, NY 10001-7929

ELAINE N SCHNEIDER
16505 VIRGINIA AVE APT 2111
WILLIAMSPORT, MD 21795-1492

ELAINE KELLY
745 LAMPLIGHT LN
HAZELWOOD, MO 63042-3405

ELAINE LEWIS
7917 HARRISON AVE
MOUNT HEALTHY, OH 45231-3140

ELAINE NEUMANN
15810 BEECH DALY RD TRLR 27
TAYLOR, MI 48180-6115

ELAINE KREBSBACH
W8239 ASH RD
CASCADE, WI 53011-1257

ELAINE LOWENSTEIN
9406 CADMAN CT
HOUSTON, TX 77096-4206

ELAINE NEWSOM
PO BOX 4883
CARMEL, CA 93921-4883

ELAINE KUJAWA
4509 W ANTHONY DR
GREENFIELD, WI 53219-4833

ELAINE LUTHY
250 W WRIGHT AVE
UPLAND, IN 46989-9192

ELAINE ONAN
2000 SHARON CT
MIDLAND, MI 48642-6229

ELAINE LANE
PO BOX 285
NEW BOSTON, MI 48164-0285

ELAINE LYONS
15 EASTWOOD RD
DANBURY, CT 06811-3628

ELAINE PEARSON
24505 FAIRMOUNT DR
DEARBORN, MI 48124-1541

ELAINE LANGONE
211 SANDS POINT RD
PORT WASHINGT, NY 11050-1127

ELAINE M DODSON
1110 SCOTTS RIDGE TRL
APEX, NC 27502-6882

ELAINE PERKINS
PO BOX 53
WHITMORE LAKE, MI 48189-0053

ELAINE LEACH
5364 AURORA DR
LEESBURG, FL 34748-9672

ELAINE M MAYS
12309 ADAMS DR
IRWIN, PA 15642-2986

ELAINE POWERS
8540 N YELLOWSTONE AVE
TUCSON, AZ 85704-6534

ELAINE LEIGH
1643 SW HAYTER ST
DALLAS, OR 97338-3216

ELAINE MALONE
954 S IVY CT
CANBY, OR 97013-4232

ELAINE PUGH
3051 RIO DOSA DR APT 313
LEXINGTON, KY 40509-1547

ELAINE R BLACKMON
203 COLLINS AVE
LONGVIEW, TX 75605-5411

ELAINE UONELLI
2879 VERMONT AVE
PERRY, OH 44081-9508

ELDEAN O BAUER
7861 SALINE WATERWORKS RD
SALINE, MI 48176-9707

ELAINE RICHARDSON
2332 WALNUT BLVD
ASHTABULA, OH 44004-2508

ELAINE WISHNOW
2351 E 17TH ST
BROOKLYN, NY 11229-4437

ELDEN L NEWBERRY
PO BOX 704
SCOTTSBLUFF, NE 69363-0704

ELAINE SCHEELE
6515 DONNA DR
FORT WAYNE, IN 46819-1207

ELAINE WYBERG
7230 SUNSET DR
CLINTON, IL 61727-9643

ELDENIA WAMPLER
3 ELM DR
AUGUSTA, KS 67010-2301

ELAINE SCHON
350 BLAINE AVE
WEST BERLIN, NJ 08091-2130

ELANORA POUND
2305 4TH AVE E
INTERNATIONAL, MN 56649-4139

ELDON E ALLEN
1803 METROPOLITAN AVE
LEAVENWORTH, KS 66048-1125

ELAINE SHAY
25609 310TH ST
ALBANY, MN 56307-8705

ELBERT GIFFIN
1526 CAVALIER DR
MARYVILLE, TN 37803-9205

ELDON EASON
2006 STAFFORD DR
ARLINGTON, TX 76012-1837

ELAINE SPRINGER
50 MAHONING ST APT 609
MILTON, PA 17847-1025

ELBERT LEE HINES
15710 RIVERSIDE DR W APT 11W
NEW YORK, NY 10032-7045

ELDORA ZIMMERMAN
12217 HOLVERSON RD
DURAND, IL 61024-9513

ELAINE SPROUSE
5012 HOMEVILLE RD
WEST MIFFLIN, PA 15122-2935

ELBERT PAUL PARKS
6798 JACKSONBURG RD
HAGERSTOWN, IN 47346-9708

ELEANOR [ELLIE] CROWLEY
4805 FRIAR LN
LAS VEGAS, NV 89130-0101

ELAINE SWAILS
1807 C ST
IOWA CITY, IA 52245-4535

ELDA OCHS
3280 GRACIE RD
CORTLAND, NY 13045-9370

ELEANOR [ELLIE] SCOTT
1728 NE CARSON WAY
BEND, OR 97701-6245

ELAINE TERRY
608 1ST AVE NW
CHISHOLM, MN 55719-1202

ELDEAN GREGG
685 LINN RD
WILLIAMSTON, MI 48895-9361

ELEANOR [JEAN] PLUMMER
1121 DOUGLAS RD
EL DORADO, KS 67042-3668

ELEANOR [NORI] JONES
481 WOODLAND DR
RADNOR, PA 19087-4607

ELEANOR D RUDER
6311 WESTMINSTER PL
SAINT LOUIS, MO 63130-4728

ELEANOR HOFFMAN
111 E 85TH ST
NEW YORK, NY 10028-0958

ELEANOR A BOCKENFELD
5421 W PORTAGE AVE
MILWAUKEE, WI 53223-4830

ELEANOR FINAN
462 COLUMBIA AVE
MILTON, PA 17847-2023

ELEANOR J HOGAN
421 E 5TH ST
KINSLEY, KS 67547-1105

ELEANOR ARCHIE
162 ARGYLE RD
BROOKLYN, NY 11218-3402

ELEANOR FLYNN
408 W MAPLE AVE # 1
MERCHANTVILLE, NJ 08109-2021

ELEANOR JOHNSTON
80 BARRE DR
LANCASTER, PA 17601-3206

ELEANOR BAKALIS
28 RED OAK TER
OAK RIDGE, NJ 07438-9188

ELEANOR FRITZ
4167 WALLACE RD
ALLISON PARK, PA 15101-2855

ELEANOR KRATZAT
124 W 8TH AVE
STANLEY, WI 54768-1058

ELEANOR BAKER
3601 RIDGE RD
NEW COLUMBIA, PA 17856-9207

ELEANOR GOLDNER
205 PARRY RD
CINNAMINSON, NJ 08077-4329

ELEANOR KUULA
48 PARRISH RD APT C4
CONNEAUT, OH 44030-1198

ELEANOR BARKEY
18347 SAND PINE DR
BROOKSVILLE, FL 34610-1667

ELEANOR HARBERT
3814 CORONET LN
ARLINGTON, TX 76017-2335

ELEANOR L AUMULLER
1720 BURNETT ST
BROOKLYN, NY 11229-2624

ELEANOR BAYNTON
15 PALMETTO DUNES CT
ORMOND BEACH, FL 32174-8737

ELEANOR HARPER
1613 RAYMOND DR
IDAHO FALLS, ID 83402-2524

ELEANOR L HAYES
122 HURST DR APT 35
BELLE VERNON, PA 15012-1977

ELEANOR CRAWSHAW
516 W CONESTOGA ST
NEW HOLLAND, PA 17557-1131

ELEANOR HARRIS
3453 RAY OWENS RD
APPLING, GA 30802-2308

ELEANOR L REISMANN
72 BAYVIEW PARK
MIDDLETOWN, RI 02842-4878

ELEANOR D DAVIS
35 HALL AVE
NEWPORT, RI 02840-2142

ELEANOR HAYEN
17610 11TH AVE N
PLYMOUTH, MN 55447-3435

ELEANOR LINDBOE
28833 BISON CT
MALIBU, CA 90265-4201

ELEANOR LYNCH
2020 CATHEDRAL WAY
MOBILE, AL 36695-3819

ELEANOR SCHMITT
2473 MOUNT PLEASANT RD
MOUNT JOY, PA 17552-8761

ELENA OXFORD
270 SOUTH ST
MEDFIELD, MA 02052-3139

ELEANOR M PESAVENTO
1811 CLEMENT ST
CREST HILL, IL 60403-2413

ELEANOR SEARLES
31 E ROCKS RD
NORWALK, CT 06851-2916

ELENORE PARKER
52 BABCOCK ST APT 3
BROOKLINE, MA 02446-5925

ELEANOR M WIEDMAYER
4205 AUSTIN RD
SALINE, MI 48176-9602

ELEANOR SHERMAN
1 MAITLAND CT
NEWPORT, RI 02840-1511

ELEONORA M [NORA] SZTARAY
6206 SE LINCOLN ST
PORTLAND, OR 97215-4074

ELEANOR MACLEOD
611 BUCKLEY RD
STOUGHTON, MA 02072-1518

ELEANOR THOMPSON
3318 BIG SKY DR
THOUSAND OAKS, CA 91360-1036

ELEONORE BRTVA
7633 WINGSPREAD ST
NORTH LAS VEG, NV 89084-3761

ELEANOR MCLAUGHLIN
23 PINE VALLEY RD
BROOMALL, PA 19008-2945

ELEANOR VICICH
3009 PINDO PALM PL
ELLENTON, FL 34222-4311

ELFRIEDA MANNION
813 SE BEL AIRE RD
ANKENY, IA 50021-3616

ELEANOR MCMILLEN
3064 STATE ROUTE 43
MOGADORE, OH 44260-9773

ELEANORE M MANNS
1215 SUMMITT ST
WHITE OAK, PA 15131-1543

ELGE LOUIS GUNN
4059 LEA MEADOW CT
WOODBRIDGE, VA 22193-5701

ELEANOR PASTERNAK
152 ROYAL OAK DR APT 610
WHITE OAK, PA 15131-2015

ELEASE WYNN VARNER
PO BOX 367
CAMPBELLTON, FL 32426-0367

ELI H CAMPBELL
9758 S BEVERLY AVE
CHICAGO, IL 60643-1376

ELEANOR RENEE YARBRA
3116 VILLAGE GLEN LN
CHARLOTTE, NC 28269-1299

ELECTA MOHLER
1001 E OREGON RD
LITITZ, PA 17543-9205

ELIJAH L FISHELSON
18 BALLAST LN
MARBLEHEAD, MA 01945-3808

ELEANOR S [ELLIE] HALPERIN
2151 CONIFER AVE
WINTER PARK, FL 32792-2035

ELEENE FLENNIKEN
709 SKYLINE DR
LAMESA, TX 79331-6517

ELIJAH WEST
4231 ANTELOPE LN
SNELLVILLE, GA 30039-5697

ELIN YOUNG
701 FOX RUN
MIDDLEBORO, MA 02346-6318

ELINOR A ELFNER
7 GULF BREEZE CT
CRAWFORDVILLE, FL 32327-4649

ELINOR BROWN
234 EASTWOOD AVE
OREGON, OH 43616-2412

ELINOR LANGJAHR
N7118 TRIPLE T RD
MOUNT CALVARY, WI 53057-9618

ELINOR SCHALL
2462 RALEIGH RD
HUMMELSTOWN, PA 17036-8719

ELINOR VOGT
1420 BIBLE RD
CREWE, VA 23930-3220

ELINOR WELSON
25 CASSANDRA BLVD APT 204
WEST HARTFORD, CT 06107-3163

ELINORA SHOWALTER-LEHR
1400 N WOODLAWN ST APT 11B
WICHITA, KS 67208-2461

ELINORE RAE WEINHAUS
1090 S COLLIER BLVD APT 418
MARCO ISLAND, FL 34145-6426

ELINORE YANCHIK
375 BIGELOW ST
PITTSBURGH, PA 15207-1453

ELIOT SOMERS
41 BACKRIVER RD
HINGHAM, MA 02043-1577

ELISA KLOSTERMAN
1777 E FOSTER MAINEVILLE RD
MORROW, OH 45152-8570

ELISABETH (BETTYE) CROCKER
3333 STONE MANOR CIR
CHESTER, VA 23831-2129

ELISE C PUSTILNIK
38 W 95TH ST APT 1
NEW YORK, NY 10025-6705

ELISSA BERRY
12414 ROCKY KNOLL DR
HOUSTON, TX 77077-5834

ELIZABETH (BETH) VOLLENWEIDER-LEOS
1555 5TH AVE SE
CEDAR RAPIDS, IA 52403-1218

ELIZABETH (BETTE) BRINDLE
344 WOODSEDGE RD
KNOXVILLE, TN 37924-3431

ELIZABETH [ANN] REYNOLDS
6812 N US HIGHWAY 27
WILLIAMSBURG, IN 47393-9777

ELIZABETH [BETH] BUDRY
28465 BARTON ST
GARDEN CITY, MI 48135-2703

ELIZABETH [BETH] CADDELL
108 MIDDLEBROOK DR
LEXINGTON, SC 29072-3424

ELIZABETH [BETH] HARTLEY
236 ALEDO AVE
CORAL GABLES, FL 33134-7203

ELIZABETH [BETH] PHILLIPS
5100 US HIGHWAY 42 APT 1212
LOUISVILLE, KY 40241-6044

ELIZABETH [BETSY] DONOVAN
505 ST KEVIN CT
MERCED, CA 95348-3301

ELIZABETH [BETSY] EVELAND
1404 W MARLENE AVE
PEORIA, IL 61614-5808

ELIZABETH [BETSY] GREENE
2354 GOULD CIR
MEDFORD, OR 97504-4820

ELIZABETH [BETSY] LEIPOLD
105 LONG POND RD
ROCHESTER, NY 14612-1140

ELIZABETH [BETSY] MONTOLIO
26065 W 111TH TER
OLATHE, KS 66061-8418

ELIZABETH [BETSY] PUGH
3 ROCK ST
COLD SPRING, NY 10516-2911

ELIZABETH [BETTY] YOUNG
315 E SHIAWASSEE AVE
FENTON, MI 48430-2372

ELIZABETH A EDWARDS
3800 S A ST APT 120A
RICHMOND, IN 47374-6079

ELIZABETH [BETSY] RICKETT
12751 N PLAZA DEL RIO BLVD A
PEORIA, AZ 85381-5195

ELIZABETH [LIBBY] MOLES
3504 TYTUS AVE
MIDDLETOWN, OH 45042-2667

ELIZABETH A FOWLER
849 S KNICKERBOCKER DR
SUNNYVALE, CA 94087-1540

ELIZABETH [BETTY] BOONE
3600 KENNERLY RD
IRMO, SC 29063-9771

ELIZABETH [LIZ] BEATY
8601 AMBER HILL CT
COLLEGE STATI, TX 77845-5597

ELIZABETH A KUEHN
406 ESTAUGH AVE
HADDONFIELD, NJ 08033-2540

ELIZABETH [BETTY] DE STEFANO
50 BEVERLY RD
STATEN ISLAND, NY 10305-2635

ELIZABETH [LIZ] CASTLES
10 GRAY HERON CT
WEST COLUMBIA, SC 29169-3719

ELIZABETH A RHOTEN
101 TRANQUIL CT
CANON CITY, CO 81212-3935

ELIZABETH [BETTY] JOSEPH
9027 E COOPERS HAWK DR
SUN LAKES, AZ 85248-7475

ELIZABETH [LIZ] FRANKFATHER
1246 S VICTORIA AVE
LOS ANGELES, CA 90019-3155

ELIZABETH A SCHAFER
17 CHORD LN
IVORYTON, CT 06442-1273

ELIZABETH [BETTY] KEENER
1021 ANDERSON WAY
VIRGINIA BEAC, VA 23464-3706

ELIZABETH [LIZ] JABLECKI
2759 COSTEBELLE DR
LA JOLLA, CA 92037-3518

ELIZABETH ANN CLARK
1025 RURAL AVE
VOORHEES, NJ 08043-2231

ELIZABETH [BETTY] KOOPMEINERS
1025 KILBIRNIE RD
BIG LAKE, MN 55309-8851

ELIZABETH [LIZ] MAKSUD
7425 KOLMAR AVE
SKOKIE, IL 60076-3846

ELIZABETH ANN MILLER
1002 CLAY ST
HARTFORD, KY 42347-1524

ELIZABETH [BETTY] SHIVELY
24 BLUEBERRY LN APT C64
FALMOUTH, ME 04105-2809

ELIZABETH A [BETH] KLINGELHOFER
18 RUTGERS CT
WESTFIELD, NJ 07090-3441

ELIZABETH ANN OLSEN
40 WOODS EDGE DR
LONDON, KY 40741-8142

ELIZABETH [BETTY] WILLIAMS
513 HORIZON DR
NORTH FORT MY, FL 33903-7614

ELIZABETH A [BETTY] BOREY
11 TREMONT DR
NASSAU, NY 12123-9305

ELIZABETH ANN PHILION
407 OLD TOWN CIR E
CHERRY HILL, NJ 08034-3636

ELIZABETH ANN TAYLOR
513 KESWICK RD
COLUMBIA, SC 29210-3704

ELIZABETH BRIGGS
2087 E MAIN RD
PORTSMOUTH, RI 02871-4067

ELIZABETH CREGAN RN
1232 WENZ RD APT 308
TOLEDO, OH 43615-8601

ELIZABETH ANN WISE
140 BEULAH RD
BATESBURG, SC 29006-8236

ELIZABETH BROOKS
3013 MAJESTIC CT
GARLAND, TX 75040-8705

ELIZABETH DAVIS
869 OLD AIKEN RD
NORTH AUGUSTA, SC 29841-8831

ELIZABETH ANNE BURKE
116 STURBRIDGE LN
TRUMBULL, CT 06611-1047

ELIZABETH BROWN
618 GAMBER LN
LINDEN, MI 48451-9753

ELIZABETH DAVIS
425 POOCHAM RD
WEST CHESTERF, NH 03466-3409

ELIZABETH ANNE WILLIAMS
6060 CROCKETT
LUMBERTON, TX 77657-6702

ELIZABETH CAMPBELL
22251 SC HIGHWAY 121
WHITMIRE, SC 29178-9233

ELIZABETH DEJONG
1061 IRVING ST
DENVER, CO 80204-3145

ELIZABETH B YAROSZ
103 MECHANIC ST
SPENCER, MA 01562-2564

ELIZABETH CARNAZZO
3313 S 45TH ST
OMAHA, NE 68106-4029

ELIZABETH DOCKRAY
51 OXFORD ST
SOMERVILLE, MA 02143-1607

ELIZABETH BAILEY
1720 EDGEWOOD DR
ELIZABETH CTY, NC 27909-6616

ELIZABETH CASE
104 GRAIN LN
PARIS, TN 38242-6455

ELIZABETH DUNN
521 BILLINGSWOOD DR
MACON, GA 31210-1565

ELIZABETH BARTHEL
978 4TH AVE N
SAUK RAPIDS, MN 56379-2222

ELIZABETH COKER
PO BOX 201
TURBEVILLE, SC 29162-0201

ELIZABETH E BARGER
403 VIRGINIA AVE
BRISTOL, TN 37620-2449

ELIZABETH BLAKESLEY
1528 SPRING BAY RD
EAST PEORIA, IL 61611-9300

ELIZABETH COLLAR
16241 STATE ROUTE 189
COLUMBUS GROV, OH 45830-9004

ELIZABETH EISNER
6507 CALLANDER DR
BETHESDA, MD 20817-5437

ELIZABETH BOWERS
8129 GARDEN SPRINGS CT
JACKSONVILLE, FL 32244-7455

ELIZABETH COUNTS
PO BOX 2629
LEESVILLE, SC 29070-0629

ELIZABETH FACCIOLO
4 CYNWYD DR
CAPE MAY COUR, NJ 08210-1978

ELIZABETH FELDMAN
1319 W SUNNYVIEW DR
PEORIA, IL 61614-4710

ELIZABETH GREEN
2217 S STANFORD AVE
SIOUX FALLS, SD 57106-5113

ELIZABETH J KALABUS
2141 OLD PARKSVILLE RD NE
CLEVELAND, TN 37323-5021

ELIZABETH FERRIGNO
1204 ESTATE DR
WEST CHESTER, PA 19380-3944

ELIZABETH H [BETTY] WHITE
2816 LAMOREAUX LN
HOLT, MI 48842-9775

ELIZABETH JEAN STEWART-PAL
1543 S JEFFERSON CT
LANCASTER, PA 17602-1243

ELIZABETH FOUST
3001 LITITZ PIKE APT 101
LANCASTER, PA 17606

ELIZABETH HARKINS
9109 WESTERHOLME WAY
VIENNA, VA 22182-2144

ELIZABETH JOYCE
37 MOSES LN
SOUTHAMPTON, NY 11968-3903

ELIZABETH FRITH TALBOT
11050 SYCAMORE GROVE LN
BLUE ASH, OH 45241-6631

ELIZABETH HIXON
PO BOX 6247
NORTH AUGUSTA, SC 29861-6247

ELIZABETH KENYON
43 MERTON RD
NEWPORT, RI 02840-3630

ELIZABETH FROMKIN
261 ELTINGVILLE BLVD
STATEN ISLAND, NY 10312-2447

ELIZABETH HOLLIN
915 MCKELVEY RD
CINCINNATI, OH 45231-2535

ELIZABETH KERLEY
8401 N NEW BRAUNFELS AVE A
SAN ANTONIO, TX 78209-1113

ELIZABETH G POVAR
11512 CROFTON LN
RICHMOND, VA 23238-4018

ELIZABETH HOUDEK
10909 GRASS RUN
NEW MARSHFIEL, OH 45766-9728

ELIZABETH KUNKLE
227 PENDER RIDGE RD
NEWBERRY, SC 29108-9215

ELIZABETH GERNER
PO BOX 411, 217 W 3RD ST
SILVER GROVE, KY 41085-5042

ELIZABETH HUGHES
216 BURNS DR
WARNER ROBINS, GA 31088-5973

ELIZABETH L [BETTY] HOFT
402 COLE DR SE
HUNTSVILLE, AL 35802-2356

ELIZABETH GILPIN
13 COLONIAL WAY
MALVERN, PA 19355-3512

ELIZABETH HUTHWAITE
22 WASHINGTON MEWS
PORT CHESTER, NY 10573-3946

ELIZABETH L BEWLEY
547 DOWNER TRL
PRESCOTT, AZ 86305-2244

ELIZABETH GIOIA
126 SOMERFIELD RD
WOOLWICH TOWN, NJ 08085-2504

ELIZABETH J HECK
149 TRADEWINDS CIR
SOUTH DAYTONA, FL 32119-2230

ELIZABETH L LOHMAN
1569 W 3280 S UNIT 14B
SALT LAKE CIT, UT 84119-7150

ELIZABETH LACEFIELD
196 MARGUERITE DR
RIDGWAY, CO 81432-9550

ELIZABETH MATTISON
116 WEST END AVE
HADDONFIELD, NJ 08033-2618

ELIZABETH NEBERGALL
2365 ATALISSA RD
ATALISSA, IA 52720-9647

ELIZABETH LOPP
9263 ROSE ST
BELLFLOWER, CA 90706-6421

ELIZABETH MC CAFFERTY
110 TWIN LAKE CIR
UMATILLA, FL 32784-8331

ELIZABETH NOLL
910 HIGH ST
WEST MILTON, PA 17886-7164

ELIZABETH LUGG
501 GRANT ST
NORMAL, IL 61761-1510

ELIZABETH MCGRATH
6135 COVELLO ST
RIVERSIDE, CA 92509-6505

ELIZABETH PITTELLI
347 PINE ST
SOUTH HEMPSTE, NY 11550-7715

ELIZABETH LUTZ
20894 COUNTRY BARN DR
ESTERO, FL 33928-2218

ELIZABETH MELNIK
1309 CHADWICK RD
WILMINGTON, DE 19803-4115

ELIZABETH PLATE
30 PINE RIDGE RD
GREENWICH, CT 06830-4013

ELIZABETH M [BETTY] HARKER
70 CLAREMONT ST
SAINT CLOUD, MN 56301-9457

ELIZABETH MENZER
8640 57TH RD
ELMHURST, NY 11373-4845

ELIZABETH PUDARK
306 RESERVE CIR
CLARENDON HIL, IL 60514-1565

ELIZABETH M [BETTY] LUTZ
403 LAUREL HILL AVE
NORWICH, CT 06360-6935

ELIZABETH MILLER
2292 ACWORTH DUE WEST RD NW
ACWORTH, GA 30101-3907

ELIZABETH R SWEENEY
2780 DILLON RD
WHITEFISH, MT 59937-8225

ELIZABETH M HAGEN
8 HAGEN RD
SPARROW BUSH, NY 12780-5503

ELIZABETH MOSER
3780 ARAPAHO PL
CARLSBAD, CA 92010-5523

ELIZABETH RICCIARDI
100 HILTON AVE UNIT 510E
GARDEN CITY, NY 11530-1785

ELIZABETH M HANSEN
53 EVERGREEN LN
TIOGA, PA 16946-8516

ELIZABETH MURPHY
4107 28TH AVE APT 19
LONG ISLAND C, NY 11103-2928

ELIZABETH RYOLAND
3665 HERON DR
MELBOURNE, FL 32901-8147

ELIZABETH MANIATIS
10 CARDIFF CT
HUNTINGTON ST, NY 11746-4448

ELIZABETH MYRACLE
2421 CHILHAM PL
POTOMAC, MD 20854-6214

ELIZABETH SALLY
460 W RUSSELL ST APT 217
SALINE, MI 48176-1161

ELIZABETH SETON HIGH SCHOOL
c/o MAUREEN MCCART
5715 EMERSON ST
BLADENSBURG, MD 20710-1844

ELIZABETH VAN HOUTEN
433 MILL RD UNIT 32
CALVERTON, NY 11933-1439

ELLA GRIFFITH
17B SOUTHWOODE CIR
CHAPIN, SC 29036-8653

ELIZABETH SIMPSON
971 WESSINGTON MANOR LN
FORT MILL, SC 29715-7837

ELIZABETH WAGMAN
1 GRACE CT APT 6A
BROOKLYN, NY 11201-4163

ELLA LOUISE DICK-PEDDIE
2608 SAN ANDRES DR
LAS CRUCES, NM 88007-8020

ELIZABETH SIVAK
128 MARIETTA DR
WHITE OAK, PA 15131-1247

ELIZABETH WETZLER
2803 MCCLINTOCK RD
WHITE OAK, PA 15131-2738

ELLA M BUSH
1505 BROWN ST
MARSHALL, TX 75670-0915

ELIZABETH STIKELEATHER
5918 WHITE EGRET LN
ORLANDO, FL 32810-5032

ELIZABETH WHITWORTH
4441 WINTHROP AVE
COLUMBIA, SC 29206-3027

ELLA M MALLONEE
11 TOWN VIEW CIR
PLATTE CITY, MO 64079-9643

ELIZABETH STOSUY
50 BITTERMINT ST
ISLIP, NY 11751-2802

ELIZABETH WILLITTS
303 LOUISIANA TRL
BROWNS MILLS, NJ 08015-5544

ELLA M WRIGHT
PO BOX 271
PONDER, TX 76259-0271

ELIZABETH TASKER
915 E FRANKLIN ST
TROY, OH 45373-3715

ELIZABETH WOLF
2302 W ADDISON ST
CHICAGO, IL 60618-6018

ELLEN ACKERMAN
629 SANBRIDGE CIR E
WORTHINGTON, OH 43085-3554

ELIZABETH THERESA LITTLEFIELD
21 GRINNELL ST
JAMESTOWN, RI 02835-1241

ELIZABETH WRIGHT
9630 LYNBROOK DR
DALLAS, TX 75238-2839

ELLEN BARTEL
425 HOLDEN AVE
ROMEOVILLE, IL 60446-1503

ELIZABETH TURKETT
1900 SPANN RD
BATESBURG, SC 29006-8315

ELL-KAY FOSS
11614 470TH AVE
WANNASKA, MN 56761-9756

ELLEN BATTAGLIA
19 CHARMER CT
MIDDLETOWN, NJ 07748-1506

ELIZABETH UNDERWOOD
1716 PARKCREST TER
ARLINGTON, TX 76012-1935

ELLA ADDIE HAASE
4813 CRIPPEN RD
KNOXVILLE, TN 37918-9406

ELLEN BERG
5876 ZAPATA PL
RANCHO CUCAMO, CA 91737-2933

ELLEN BLAUSTEIN
8741 MARBURG MANOR DR
LUTHERVILLE, MD 21093-4779

ELLEN GRINNELL
78 CALYPSO SHRS
NOVATO, CA 94949-5345

ELLEN KAE DODGE
68 FORD DR
EAST DUBUQUE, IL 61025-8502

ELLEN BROWNELL
49 COLE ST
JAMESTOWN, RI 02835-1327

ELLEN HARTIGAN
174 BEACH 132ND ST
ROCKAWAY PARK, NY 11694-1408

ELLEN KLEEMAN
4774 JESSUP RD
CINCINNATI, OH 45247-5905

ELLEN BURKE-MONTGOMERY
515 VINNEDGE CT
FAIRFIELD, OH 45014-1652

ELLEN HELMAN
47 TAYLOR CROSSWAY
BROOKLINE, MA 02445-4126

ELLEN KOURELAKOS
34 RUGBY RD
BROOKLYN, NY 11226-2608

ELLEN CATHY KAHAN
6820 DELMAR BLVD APT 412
UNIVERSITY CI, MO 63130-3156

ELLEN HENDRICKS-BLUMER
PO BOX 877
LINDSAY, CA 93247-0877

ELLEN L BOYETTE
410 STANDISH ST
ELGIN, IL 60123-6315

ELLEN DEFUSO
12224 OYEN CT
WINTER GARDEN, FL 34787-5246

ELLEN J CHESTNUTT
718 PIONEER LN
COLORADO SPRI, CO 80904-1745

ELLEN L GILBOY
11707 RIO CORTO DR
LAKESIDE, CA 92040-2302

ELLEN FELDKAMP
4318 POMPANO LN
PALMETTO, FL 34221-5629

ELLEN JO SNAUKO
2819 TURNER ST
LANSING, MI 48906-4028

ELLEN L MILLER
411 PINEY HILL RD
BRISTOL, TN 37620-0315

ELLEN FRENCH RN
12318 LONGMONT DR
CHARLOTTE, NC 28277-4600

ELLEN JOAN FANGER
PO BOX 4451
BEAUFORT, SC 29903-4451

ELLEN M FORTNEY
409 ADLENA DR
FULLERTON, CA 92833-2605

ELLEN GIDNER
1991 N STEWART RD
CHARLOTTE, MI 48813-8313

ELLEN JONSON
2904 COUNTY ROAD 2 S
INTERNATIONAL, MN 56649-9146

ELLEN M YOUNG
2920 BRIAR BUSH LN
FORT WAYNE, IN 46815-8074

ELLEN GREER
6949 SPENCERVILLE RD
LIMA, OH 45806-9347

ELLEN JORDAN
64 PORTCHESTER DR
JACKSON, NJ 08527-4394

ELLEN MAMMEN
213 HIGHLAND ST PO BOX 393
HOUSATONIC, MA 01236-0393

ELLEN MASMAN
5504 LUCKY LN
WICHITA FALLS, TX 76306-1006

ELLEN ROBERTS
7 WIGGAND DR
GLENMONT, NY 12077-4430

ELLEN TRUETT
7407 ARABELLA DR
CHESTERFIELD, VA 23838-4332

ELLEN MAXEY
2708 SALEM CHURCH RD APT 212
FREDERICKSBUR, VA 22407-6067

ELLEN SHERMAN
462 LOCUST TER
WEST HEMPSTEA, NY 11552-3020

ELLEN VANDERBURGH
817 ROCK LN
NEWARK, DE 19713-2208

ELLEN MCKEE
1182 WHITE DEER PIKE
NEW COLUMBIA, PA 17856-9241

ELLEN SHERMAN-ZINN
642 FOOTHILL RD
BRIDGEWATER, NJ 08807-1848

ELLEN WARNER
817 PROSPECT ST
IONIA, MI 48846-1353

ELLEN MUENZEN
1248 WYNNWOOD CT
MOUNT PLEASAN, SC 29466-7980

ELLEN SIEGENTHAL
11218 14TH RD
COLLEGE POINT, NY 11356-1418

ELLEN WASSINK
2772 PFEIFFER WOODS DR SE A
GRAND RAPIDS, MI 49512-9178

ELLEN MUSSELMAN
1137 SUMMERCHASE DR
SAINT JOHNS, FL 32259-4344

ELLEN SOLART
PO BOX 11021
PRESCOTT, AZ 86304-1021

ELLEN WRIGHT
10 GRACIE SQ
NEW YORK, NY 10028-8031

ELLEN NEAL
1955 SALEM DALLAS HWY NW APT
SALEM, OR 97304-4492

ELLEN SOWERS
1043 PETER RD
SCHENECTADY, NY 12303-2647

ELLIE GOLD
6660 LANDVIEW RD
PITTSBURGH, PA 15217-3019

ELLEN PHILLIPS
14945 CLAPPER HOLLOW RD
LAURELVILLE, OH 43135-9530

ELLEN SWEET
1793 HALL ST
HOLT, MI 48842-1709

ELLIE KEHOE
1527 159TH ST
WHITESTONE, NY 11357-3238

ELLEN POOLE
PO BOX 293
SAHUARITA, AZ 85629-0293

ELLEN THORN
602 WHITBY DR
WILMINGTON, DE 19803-2218

ELLIE LEDERMAN
311 ALMA REAL DR
PACIFIC PALIS, CA 90272-4416

ELLEN PRIBBLE
PO BOX 127
WOOLRICH, PA 17779-0127

ELLEN TRIPP
113 7TH AVE, PO BOX 156
DONAHUE, IA 52746-0156

ELLIOT C STENDIG
3725 HENRY HUDSON PKWY APT
BRONX, NY 10463-1533

ELLIOT L DRIBEN
270 BABCOCK ST APT 11I
BOSTON, MA 02215-1026

ELLYN C PHILLIPS
441 W ALLENS LN
PHILADELPHIA, PA 19119-2805

ELMER H KROMER
229 W MAIN ST
EPHRATA, PA 17522-2016

ELLIOT R [ZEKE] NEWMAN
PO BOX 214
NEWBURYPORT, MA 01950-0214

ELLYN RUCKER
2740 W ARCHER PL
DENVER, CO 80219-2102

ELMER J HOFFMAN
3111 BEECHRIDGE DR
HUDSONVILLE, MI 49426-1752

ELLIOT R GREENE
40-19 MARIE CT
FAIR LAWN, NJ 07410-5108

ELMA BROOKS
1500 CATHERINE ST APT D202
WALLA WALLA, WA 99362-4279

ELMER J VITAL
4866 SAN FRANCISCO AVE
SAINT LOUIS, MO 63115-2031

ELLIOT SAVITZ
30 EASTBROOK RD STE 201
DEDHAM, MA 02026-2085

ELMA JEAN LAZENBY
PO BOX 501
THOMSON, GA 30824-0501

ELMER REED
3935 SW 324TH ST
FEDERAL WAY, WA 98023-2425

ELLIOTT KLEINMAN
647 WATERFRONT DR E APT 8105
HOMESTEAD, PA 15120-5041

ELMER [MAC] MCINTOSH
3815 N MARYBELLE AVE APT 702
PEORIA, IL 61615-3990

ELMER RYBKA
505 DIEHL DR
MCKEESPORT, PA 15132-7418

ELLIOTT R BENTMAN
4704 188TH ST
FLUSHING, NY 11358-3809

ELMER [STRETCH] JAEGER
61 OAK CREEK TRL
MADISON, WI 53717-1509

ELMOORE GOODSON
2400 S 23RD AVE
BROADVIEW, IL 60155-3809

ELLIOTT R FUTRELL
101 CROSSWINDS DR
GOLDSBORO, NC 27530-9096

ELMER C STARASINICH
1204 N MAY ST
JOLIET, IL 60435-4016

ELMORE BRYANT
2814 ORANGE ST
MARIANNA, FL 32448-4233

ELLIS DE LAY
16501 N EL MIRAGE RD LOT 51
SURPRISE, AZ 85378-3754

ELMER E GEISSLER
17125 MANITOBA
LOCKPORT, IL 60441-4825

ELNORA M NEMNICH
201 E KARLA AVE APT 2
HAYSVILLE, KS 67060-1827

ELLSWORTH E LA FLEUR
10801 KEELER RD
CONCORD, MI 49237-9785

ELMER FISHER
310 E ORIOLE DR
LARKSVILLE, PA 18704-1617

ELOIS J PLUMMER
5811 SW 59TH ST
MIAMI, FL 33143-2324

ELOISE BAKER
1520 CARSON CRES E
PORTSMOUTH, VA 23701-3112

ELOISE VIRGINIA BOWSER
730 KENSINGTON DR
NEWPORT NEWS, VA 23602-6556

ELSIE ALVAREZ MD
3423A 111TH ST
FLUSHING, NY 11368-1323

ELOISE BAYSMORE
2215 ATLANTA AVE
PORTSMOUTH, VA 23704-5507

ELONA MARIE HOFFMAN
1924 W 11TH ST
ASHTABULA, OH 44004-2957

ELSIE BRAGG
521 TOSCHLOG RD
RICHMOND, IN 47374-5039

ELOISE CARPENTER
PO BOX 153
ENOSBURG FALL, VT 05450-0153

ELOYCE SPONG
1520 GRANDVIEW AVE
MECHANICSBURG, PA 17055-5913

ELSIE FOX
112 S FOX MILL LN
SPRINGFIELD, IL 62712-9520

ELOISE F [DUGAN] HAVER
9744 S 175TH CIR
OMAHA, NE 68136-1995

ELROY [ELLEY] KERSTEN
2556 LAVENDER LN
GREEN BAY, WI 54313-6833

ELSIE L ADAMS
362 LEISENRING VANDERBILT RD
VANDERBILT, PA 15486-1018

ELOISE MANNING
14654 SAGAMORE CT
FORT MYERS, FL 33908-4912

ELROY G RUHE
120 BROOKSIDE TRCE
FAYETTEVILLE, GA 30215-5443

ELSIE MAGNUSON
1305 8TH ST
FORT LUPTON, CO 80621-1623

ELOISE MARSHALL
3145 S FALLING BROOK LN
BOISE, ID 83706-5205

ELSA CATEY
354 W FARLOW RD
RICHMOND, IN 47374-7721

ELSIE N WATSON-VAN METER
60 WYMER DR SW
ETNA, OH 43068-3333

ELOISE MCWATERS
7597 VILLA CT
EDEN PRAIRIE, MN 55346-3257

ELSA KEAS
1105 LINCOLN ST
PEKIN, IL 61554-1736

ELSIE THOMAS
153 TURKEY CREEK HWY
CARTHAGE, TN 37030-2211

ELOISE MYERS
200 TIMBERLINE DR APT 1204
MARIETTA, OH 45750-9517

ELSE [ELLA] CAVALIERE
13 GREENWAY
ROSLYN, NY 11576-1351

ELSIE VACURA
4252 HIGHWAY 11
INTERNATIONAL, MN 56649-9104

ELOISE PRICHARD
1301 W 6TH ST
STORM LAKE, IA 50588-2915

ELSIE [SUE] BROOKS
732 HAMILTON ST
LANCASTER, PA 17602-2172

ELSIE VALLESKEY
1230 TAYLOR LANE EXT UNIT 31
LEHIGH ACRES, FL 33936-6158

ELSIE WEAVER
411 S G ST
INDIANOLA, IA 50125-3101

ELWOOD FASNACHT
1050 S COCALICO RD
DENVER, PA 17517-9545

EMIL BIENDARA JR
4041 MOUNT EVEREST BLVD
SAN DIEGO, CA 92111-2624

ELTON J CULL
803 COMMONWEALTH AVE
FLINT, MI 48503-2207

ELWYN [JIM] DELBRIDGE
4932 NW 19TH TER
OKLAHOMA CITY, OK 73127-2302

EMIL E KOTNIK
PO BOX 327
PIKE, NH 03780-0327

ELTON MOORE
PO BOX 660
BRONTE, TX 76933-0660

ELYRIA L MACKIE
3054 TROTTERS FIELD DR SW
MARIETTA, GA 30064-4442

EMIL J. LESNER
7340 STATE ROUTE 589
FLETCHER, OH 45326-8756

ELTON S GOFF
1850 HOMESTEAD AVE
BETHLEHEM, PA 18018-2145

EMALEE LYNN MURPHY ESQ
5211 WHITE FLINT DR
KENSINGTON, MD 20895-1040

EMIL NAGEL
14170 COUNTY ROAD 54
RAWSON, OH 45881-9626

ELVA JANE POWER
6050 E PARAPET CIR
PRESCOTT VALL, AZ 86314-2709

EMANUEL KIEHL
8600 N CHATHAM CIR
KANSAS CITY, MO 64154-2569

EMIL SHIHADEH
107 SIMPSON RD
ARDMORE, PA 19003-2813

ELVA M MAZEALL
200 WOOD ST
MILTON, PA 17847-2140

EMERSON EISELE
PO BOX 294
ELMER, NJ 08318-0294

EMILE CHARLIER
139 MILL CREEK DR
SAINT CLOUD, FL 34769-6312

ELVIN TUTTLE
1427 N FOSTER AVE
LANSING, MI 48912-3312

EMERSON M FAZEKAS
505 BAYNE ST
MCKEESPORT, PA 15132-6403

EMILE E GRACIA
25264 CRABAPPLE LN
BUSH, LA 70431-4208

ELWANDA WEATHERFORD
4700 HUD DR
AMARILLO, TX 79124-5895

EMERY J NUTTING
14 PENSACOLA CT
NOVATO, CA 94949-5859

EMILIA VANDERVALK
1563 DEVONSHIRE AVE
WESTLAKE VILL, CA 91361-1518

ELWOOD BINDER
515 CLARK ST
CASCADE, WI 53011-1382

EMIL A FURLANE JD
116 N CHICAGO ST STE 402
JOLIET, IL 60432-4203

EMILIE LOCHHEAD
200 SHERWOOD RD
PASO ROBLES, CA 93446-3546

EMILLIE MARY SUCH
1333 SIMONA DR
PITTSBURGH, PA 15201-2001

EMILY [MIMI] BLAY
573 MAIN ST
HOPE VALLEY, RI 02832-2408

EMILY ADAMS
507 TURWILL LN
KALAMAZOO, MI 49006-2720

EMILY BUCKLEY
8 DEAN ST
PORT JEFFERSO, NY 11776-2727

EMILY COLLINS
1612 BRIAN ST
LEBANON, TN 37087-5557

EMILY COX
5738 NW 80TH AVENUE RD
OCALA, FL 34482-2024

EMILY D PORTER
814 N BRISTOL CT
WICHITA, KS 67206-4320

EMILY DREWS
W7832 HIGHLAND RD
LAKE MILLS, WI 53551-1029

EMILY H TATE
20 MARIANI CT
EMERALD HILLS, CA 94062-4002

EMILY KILE
500 MIDDLE CREEK RD
SEVIERVILLE, TN 37862-5011

EMILY LOUISE ZANDELL
1545 SE 223RD AVE APT 130
GRESHAM, OR 97030-2554

EMILY MCGUIRE
4975 21ST ST
GRANTVILLE, KS 66429-9310

EMILY ROSE
535 E COUNTY ROAD 650
WARSAW, IL 62379-3203

EMILY SKRZYCKI
47911 DENTON RD
BELLEVILLE, MI 48111-2201

EMILY SUE GREGG
508 THORNGATE PL
MILLERSVILLE, PA 17551-2107

EMMA BOGUE
15887 W HUNNICUT RD
CAMBRIDGE CIT, IN 47327-9344

EMMA CARR
7131 CAMBERLEY DR
NEW ORLEANS, LA 70128-2205

EMMA HANSON
1905 IRVINGTON RD
ALGONA, IA 50511-8500

EMMA J JOHNSON
118 CRESTWOOD DR
EAST PEORIA, IL 61611-3729

EMMA JANE KILPATRICK
6255 DELTA LOOP APT 304
DUBLIN, OH 43016-9680

EMMA L CALDWELL
2805 FINLEY ST
FORT WORTH, TX 76111-3718

EMMA R JACKSON
1921 NW 5TH TER
POMPANO BEACH, FL 33060-4802

EMMETT D JOHNSON
559 LARCHMONT DR NW
ATLANTA, GA 30318-7119

EMMETT L GRISWOLD JR
PO BOX 157
MILLEDGEVILLE, GA 31059-0157

EMORY JEFFERS
5223 VERMONT LN
FORT WAYNE, IN 46815-7578

EMORY N [RIP] COUSIN JR
106 N GATEHOUSE DR APT Q
METAIRIE, LA 70001-7509

ENDOLYN DAVIS
61 PALMER ST
SAINT AUGUSTI, FL 32084-3420

ENID ELLIS
500 S DENTON TAP RD STE 110
COPPELL, TX 75019-4097

ENID FRASER
8 N LAKE RD
ARMONK, NY 10504-2230

ENOCH JOEL BOOZER
3105 SAINT LUKES CHURCH RD
PROSPERITY, SC 29127-8299

EOLA TIMM
2927 GEORGE RD APT 106
WISCONSIN RAP, WI 54495-3272

EPHRATA HIGH SCHOOL
EPHRATA AREA EDUCATION FOUND
803 OAK BLVD
EPHRATA, PA 17522-1998

EPHRATA HIGH SCHOOL
c/o WILLIAM FRANK
803 OAK BLVD
EPHRATA, PA 17522-1998

ERASMUS HALL HIGH SCHOOL
ERASMUS HALL H.S. ALUMNI ASS
911 FLATBUSH AVE
BROOKLYN, NY 11226-4087

ERASMUS HALL HIGH SCHOOL
c/o LISA THORNTON
911 FLATBUSH AVE
BROOKLYN, NY 11226-4087

ERIC B BABBITS
278 RIDGE TRAIL DR
CHESTERFIELD, MO 63017-3060

ERIC GIBBS
518 GREENBRIER DR
RICHMOND, IN 47374-3613

ERIC HANSON
8077 CROSSGATE CT S
DUBLIN, OH 43017-8432

ERIC INGERSOLL OWEN
1090 CHARLTON TRCE SW
MARIETTA, GA 30064-2987

ERIC J SUSSMAN
25 DARTMOUTH ST
ROCKVILLE CEN, NY 11570-2412

ERIC L BLOOMFIELD MD
4095 8TH ST SW
ROCHESTER, MN 55902-8750

ERIC L CIALONA
2 SONIA PL
JEFFERSON, LA 70121-2228

ERIC L DARROW
13120 SPANISH MOSS RD
SAVANNAH, GA 31419-2834

ERIC M MORSE
127 N BELDEN HILL DR
GUILFORD, VT 05301-8378

ERIC NETTER
20246 EDGEWOOD RD
SAINT AUGUSTA, MN 55353-9799

ERIC POHLENZ
4500 UTICA RD
LEBANON, OH 45036-9493

ERIC PUTNAM
10009 MERRILL DR
FENTON, MI 48430-2429

ERIC R FAHNOE
3706 PIMLICO PL
GARNET VALLEY, PA 19060-1024

ERIC R SJOSTROM
7512 W 101ST ST
OVERLAND PARK, KS 66212-2532

ERIC RIEDINGER
2110 EVERGREEN AVENUE #7
DES MOINES, IA 50320

ERIC S HERSH
8578 N REGENT RD
FOX POINT, WI 53217-2359

ERIC SCHROLL
8820 GALLERY ST
LENEXA, KS 66215-3284

ERIC SMILER
70 E BROADWAY
ROSLYN, NY 11576-2139

ERIC SMITH
2401 25TH ST
EMMETSBURG, IA 50536-2318

ERIC STROM
18411 51ST PL NE
LAKE FOREST P, WA 98155-4367

ERIKA M BITTLE
1110 MOUNT LAUREL RD
HAINESPORT, NJ 08036-2748

ERMA TERRELL
2000 140TH ST
CORYDON, IA 50060-8671

ERIC T HESTERMAN
506 HUMPHRIES RD
SAFETY HARBOR, FL 34695-4920

ERIN P BELLAH
5622 W GLENDALE AVE
GLENDALE, AZ 85301-2525

ERMEL PULFER
6 SWAN LAKE DR
BLUFFTON, SC 29910-5405

ERIC WOLK
7335 LEE DAVIS RD
MECHANICSVLLE, VA 23111-4403

ERLA REESE
360 SYLVAN RETREAT RD
COLUMBIA, PA 17512-9035

ERMIE ROSSI
8 STATION RD
MADISON, NJ 07940-2221

ERICA DYE
19491 PLEASANT VIEW DR
ABINGDON, VA 24211-6825

ERMA [JEAN] LEO
2946 E SENECA AVE
DES MOINES, IA 50317-5962

ERNA BRODHECKER
2001 HARRISBURG PIKE
LANCASTER, PA 17601-2641

ERICA HENNING
2421 CARDO RD
FORT LORAMIE, OH 45845-9743

ERMA BEECH
259 NEWSOME RD
PINEVILLE, LA 71360-9087

ERNA CLANTON
6803 N 68TH PLZ APT 604
OMAHA, NE 68152-2140

ERICH J WAGNER
237 APPLE ST
LEVITTOWN, PA 19057-1121

ERMA BOATENG
1429 WOODBINE ST
CLEARWATER, FL 33755-2751

ERNEST A GRUWELL
1005 RANDOLPH ST
DES MOINES, IA 50315-5056

ERICH K PLAUT
521 MILL CRK
POMPTON PLAIN, NJ 07444-2117

ERMA BONNER-PLATTE
4525 ROLLING HILLS DR
FORT WORTH, TX 76119-4535

ERNEST BRADWELL WINGARD J
PO BOX 39
HOLLYWOOD, SC 29449-0039

ERICH PAPESCH
4406 ORCHARD PARK DR
PARMA, OH 44134-4547

ERMA DAWSON
285 DORCHESTER RD
ROCHESTER, NY 14610-1323

ERNEST BROWN
4301 ETHLAND AVE
BALTIMORE, MD 21207-7481

ERIK S PEDERSEN
2611 PITT AVE
BRISTOL, PA 19007-5806

ERMA JO THOMAS
1309 OAKCREST ST
IOWA CITY, IA 52246-1619

ERNEST C TERRY
8107 ERIN CT
HOUSTON, TX 77071-3613

ERNEST D ROSE
445 SINGING WOODS LN
SANTA ROSA, CA 95409-6353

ERNEST RAY HAWKINS
2506 WASHINGTON ST
COMMERCE, TX 75428-3521

ERNESTINE CARREATHERS
PO BOX 729
PRAIRIE VIEW, TX 77446-0729

ERNEST E HARDY
PO BOX 38
OREFIELD, PA 18069-0038

ERNEST RUETTGERS
2403 WESTLEY RD
WESTBURY, NY 11590-6135

ERNESTINE J COHEE
PO BOX 8792
FORT WORTH, TX 76124-0792

ERNEST HUGH GRUBER JR
322 TOULON DR
WILMINGTON, NC 28405-3940

ERNEST SMITH
3995 W VERSAILLES RD
PIQUA, OH 45356-9383

ERNESTINE THOMPKINS
PO BOX 667
STARKE, FL 32091-0667

ERNEST J OBUSEK JR
303 WILLOW HEDGE DR
MONROEVILLE, PA 15146-1243

ERNEST T BANNISTER
4012 GARRISON PL
PLANO, TX 75023-6418

ERNIE GIBSON
1090 SARDINE CREEK RD
GOLD HILL, OR 97525-9539

ERNEST K MAY
PO BOX 6
TENNILLE, GA 31089-0006

ERNEST W PIPER JR
10 MOHAWK RD
MARBLEHEAD, MA 01945-2127

ERNIE GOMES
115 LAKE DR
SAN BRUNO, CA 94066-2511

ERNEST LEON SERENA
1620 MASON AVE
JOLIET, IL 60435-5724

ERNEST W VAUGHN
212 WASHINGTON ST APT 132
KEOKUK, IA 52632-2326

ERNIE TRUE
81192 TABOR RD
HERMISTON, OR 97838-6378

ERNEST LONG
184 AUSTIN ST # 1
NEWTON, MA 02465-2560

ERNESTINE [ERNIE] BOLIN
3744 N WEAVER ST
GAINESVILLE, TX 76240-2220

ERVIN GUNN
4216 MITCHELL CREEK DR
TRAVERSE CITY, MI 49686-8420

ERNEST NOEL JORDAN
58 MENDON RD
SOUTH ATTLEBO, MA 02703-7947

ERNESTINE ALSTON
2617 TWYMANS MILL RD
MADISON, VA 22727-3239

ESMEE G GOODWIN
3016 ADRIAN AVE
LARGO, FL 33774-1406

ERNEST R OLSON
40 SAINT AUGUSTINE BND
SAVANNAH, GA 31404-1123

ERNESTINE BOLTON
2608 S COLE ST
INDIANAPOLIS, IN 46241-5604

ESSIE BENTLEY
2241 NW 172ND TER
MIAMI GARDENS, FL 33056-4623

ESSIE HENNIE
3006 WESTVIEW DR
MCKINNEY, TX 75070-7704

ESSIE WILSON
194 SW SUMMERS LN
LAKE CITY, FL 32025-0751

ESTELLA LEE
2521 6TH AVE
LOS ANGELES, CA 90018-1877

ESTELLE CINCOTTA
685 MEDIA LINE RD
BROOMALL, PA 19008-1038

ESTELLE CZUBIN
200 SOUTHTOWNE DR APT 109
SOUTH MILWAUK, WI 53172-4224

ESTELLE FINKELMAN
2444 MADISON RD UNIT 701
CINCINNATI, OH 45208-1268

ESTELLE GROLLMAN-BALFOUR
3117 BECKENHAM CT
SILVER SPRING, MD 20906-1742

ESTELLE O'CONNELL
58 ADMIRAL KALBFUS RD
NEWPORT, RI 02840-1221

ESTHER BERVEILER
1017 CHEYENNE ST
LEAVENWORTH, KS 66048-1350

ESTHER BREMER
400 E 20TH ST
SEDALIA, MO 65301-7518

ESTHER CAIRNS
8929 HIGHLANDERS CT # 5
SPRINGBORO, OH 45066-9642

ESTHER CARY
22420 DUGHILL RD
CRIDERSVILLE, OH 45806-9508

ESTHER CLENOTT
107 MACKWORTH ST
PORTLAND, ME 04103-4533

ESTHER CRANDALL
4141 N ROCKTON AVE
ROCKFORD, IL 61103-1524

ESTHER FRIBERG
4626 HIGHWAY 53
RAY, MN 56669-9029

ESTHER FUHRMAN
600 HARBOR BLVD UNIT 1022
WEEHAWKEN, NJ 07086-6750

ESTHER GOEBBERT
13262 INDIANA CT
HUNTLEY, IL 60142-7477

ESTHER K MARTIN
143 ELDERBERRY PL
LANCASTER, PA 17601-2676

ESTHER KORZILIUS
1650 SENTINAL ST SW
WYOMING, MI 49519-4937

ESTHER KURTZ
752 GLENBROOK LOOP RD
RIDDLE, OR 97469-9728

ESTHER LANG
1145 RICE RD
CENTERVILLE, IN 47330-9786

ESTHER MARTIN
433 S KINZER AVE APT 561
NEW HOLLAND, PA 17557-8736

ESTHER MARTINEZ
1887 ROCKY RD
SALT LAKE CIT, UT 84118-1223

ESTHER MITCHELL
230 MEADOW VALLEY RD
EPHRATA, PA 17522-9574

ESTHER NILSON
2668 VICKY LN
MINDEN, NV 89423-9018

ESTHER SALINSKY
1 SALEM ST APT 20
SWAMPSCOTT, MA 01907-1315

ESTHER STAUFFER
1008 WOODLAND DR
LIMA, OH 45805-1648

ESTHER STOUT
1125 FAIRACRES RD
RICHMOND, IN 47374-1145

ESTHER STOUTMIRE
4900 W WABANSIA AVE
CHICAGO, IL 60639-4540

ESTHER SUNDERLAND
11411 EL MONTE CT
LEAWOOD, KS 66211-1343

ESTHER WAGNER
1417 N RAYNOR AVE
JOLIET, IL 60435-4133

ESTHER WHITE
1512 HILLTOP RD
NARVON, PA 17555-9011

ESTHER WILLIAMS
PO BOX 553
LYNN, IN 47355-0553

ETHEL [CANDI] KENNEDY
19 E CENTRAL AVE
MOORESTOWN, NJ 08057-2511

ETHEL COLLINS
235 CYNTHIA LN
CAMPOBELLO, SC 29322-8655

ETHEL COOMER
2137 SOUTHCOTE DR
KINGSPORT, TN 37660-4726

ETHEL COPPEDGE
3317 KILLIAN AVE
PORTSMOUTH, VA 23704-6024

ETHEL HAMMOND
92 RIDGELAND RD
GREENCASTLE, IN 46135-7680

ETHEL KEISTER
87 PARK RD # 2
WINFIELD, PA 17889-9439

ETHEL KENNEDY
6208 W WAGSTAFF RD
PARADISE, CA 95969-3039

ETHEL LOVELL
3414 265TH AVE
KEOKUK, IA 52632-9820

ETHEL MAE GALL
3856 EDDIE PAGE RD
PERRY, FL 32347-6925

ETHEL PINKWASSER
8231 MUIRHEAD CIR
BOYNTON BEACH, FL 33472-5064

ETHEL V KENNEDY
2167 8TH AVE
SEA GIRT, NJ 08750-1928

ETHEL WEIKERS
5600 MUNHALL RD APT 405
PITTSBURGH, PA 15217-2039

ETHEL WRIGHT
14508 HOMECREST RD APT 203
SILVER SPRING, MD 20906-1802

ETHEL ZINK
3236 S LOCKWOOD RIDGE RD
SARASOTA, FL 34239-6619

ETHELBERTA [TERRI] SOWERS
166 PINEHURST AVE APT 23
SWANSEA, MA 02777-1738

ETHELDRA HOLTZ
5430 CLAUDIA AVE SE
KENTWOOD, MI 49548-5845

ETHELYN M ORWICK
6923 NEW CREEK LN
CITRUS HEIGHT, CA 95621-8364

ETHLYN H [LYNNE] KAYMAN
3076 E CANNON DR
PHOENIX, AZ 85028-3838

ETTA HOROSKO
3100 MINNESOTA AVE APT 112E
KANSAS CITY, KS 66102-3968

ETTA M WEINTRAUB
1568 WALNUT CT
LIMA, OH 45805-3656

EUGENE [GENE] WILLIAMS
1440 18 RD
FRUITA, CO 81521-9209

EUGENE [SONNY] DAVIS
2060 LITTLE FISH TRAP RD
LAWRENCEBURG, TN 38464-5608

EUGENE H [GENE] HURST JR
306 GRAYSON AVE
RICHLANDS, VA 24641-2422

EUGENE MALLORY
230 PAT DR
MINEOLA, TX 75773-1074

EUGENE A LAFACE
261 CHURCHILL RD
PITTSBURGH, PA 15235-5304

EUGENE HANSON
852 GLENLIVET ST
HOWELL, MI 48843-9054

EUGENE MATHES
1708 PHEASANT LN
SHEBOYGAN, WI 53081-7725

EUGENE BILLENSTEIN
10790 DUNCAN RD
ANSONIA, OH 45303-9717

EUGENE HARBOUR
15492 HIGHWAY 14
DODGE CENTER, MN 55927-7944

EUGENE MCCONNELL
1205 PLEASANT VIEW DR
DES MOINES, IA 50315-2243

EUGENE CLAUDE ROCKE
2849 CRESCENDO DR NW
ATLANTA, GA 30318-6045

EUGENE J BURGIN
7465 OLIVETAS AVE APT 311
LA JOLLA, CA 92037-4932

EUGENE PERRY
13837 BRANNON FIELD LN
HOUSTON, TX 77041-1263

EUGENE DEMNIANIUK PE
1543 KATELLA WAY
ESCONDIDO, CA 92027-3637

EUGENE L [GENE] WOOD
810 2ND AVE
GALLIPOLIS, OH 45631-1635

EUGENE POWERS
4929 CHERRYVILLE LN
SACRAMENTO, CA 95842-3678

EUGENE DIXON
452 HICKORY CT
DIBERVILLE, MS 39540-3618

EUGENE L DESTAEBLER JR
173 NORTHWOODS RD
MANHASSET, NY 11030-1612

EUGENE Q [GENE] SWENSON
5145 HIGHWAY 11
INTERNATIONAL, MN 56649-9005

EUGENE DOBOS
4174 MONROEVILLE BLVD
MONROEVILLE, PA 15146-2608

EUGENE L ELDRIDGE
2406 S 1ST ST
LEAVENWORTH, KS 66048-4664

EUGENE R JACOBS
7406 SPRING VILLAGE DR APT 2
SPRINGFIELD, VA 22150-4483

EUGENE E SLAUGHTER
3145 HEARTLEAF LN
WALDORF, MD 20603-5742

EUGENE LEROY NETTLES SR
PO BOX 699
LAKE CITY, SC 29560-0699

EUGENE RAUTMANN
N6893 BRIDGEWOOD RD
SHEBOYGAN FAL, WI 53085-2001

EUGENE EARLE
1866 N BRIDGEVIEW DR
LYNDEN, WA 98264-8529

EUGENE LUBINSKI
41 FAIRVIEW AVE
ALBANY, NY 12208-2405

EUGENE THOMAS CONNOR
2280 ASCOT PKWY
VALLEJO, CA 94591-8140

EUGENE V BRUEGGEMANN
3639 CLOVER CREEK LN
LONGMONT, CO 80503-6401

EUGENIA WILCOX
412 NEW YORK AVE
OAK RIDGE, TN 37830-5219

EUNICE GUSTAVSON
N2898 PEARNEY LN
NORWAY, MI 49870-2249

EUGENE W ORNE JR
63 INDIAN TRL
VERNON ROCKVI, CT 06066-5611

EULA BELL ROBERSON
1301 GREENBRIAR ST
DENTON, TX 76201-1789

EUNICE HAILEY
4225 N ROOSEVELT ST
KINGMAN, AZ 86409-2673

EUGENE WILSON BANKS
6194 FIELD ROSE DR
SALT LAKE CIT, UT 84121-1568

EULA GREEN
2613 PORTLAND AVE APT 1
MINNEAPOLIS, MN 55407-1095

EUNICE HARRIS
2515 FRIAR LN
AUGUSTA, GA 30906-4107

EUGENIA BELL
3046 GREY FOX DR
HEPHZIBAH, GA 30815-4869

EUNICE A WARD
921 ROONEY DR
JOLIET, IL 60435-2911

EUNICE HARWELL
2284 BERRYVINE RD
TUTTLE, OK 73089-7452

EUGENIA CONVEY
4375 BARKER AVE
OMAHA, NE 68105-1705

EUNICE B DOBKIN
6511 LILAC ST
PITTSBURGH, PA 15217-3033

EUNICE HUNT
1477 WOODCREEK BND
ROCKFORD, IL 61108-1521

EUGENIA CRAIG
2229 TAYLOR PARK DR APT 313
REYNOLDSBURG, OH 43068-7342

EUNICE ECKSTEIN
1445 DAUTEL LN
SAINT LOUIS, MO 63146-5488

EUNICE JOHNSON
13935 SPANISH MARSH TRL
JACKSONVILLE, FL 32225-1919

EUGENIA H TIMPSON
1077 BUTTRICK AVE SE
ADA, MI 49301-9302

EUNICE FELDKAMP
2620 SUNNYBROOK DR
SARASOTA, FL 34239-4730

EUNICE KOSTER
5106 SKYRIDGE AVE
KALAMAZOO, MI 49009-1227

EUGENIA RUDMANN
8874 195TH ST
HOLLIS, NY 11423-2025

EUNICE FISCHER
11931 LIME KILN RD
GRASS VALLEY, CA 95949-9794

EUNICE KREIDER
3220 SIMPSON AVE
OCEAN CITY, NJ 08226-2042

EUGENIA SWEENEY
551 GIBSON AVE
PACIFIC GROVE, CA 93950-4330

EUNICE GREBE
148 BETH CIR
PLYMOUTH, WI 53073-2648

EUNICE LYNCH
PO BOX 265
LYNN, IN 47355-0265

EUNICE M NEWMAN
208 E LAKE ST
VENTURA, IA 50482-5028

EVA CARPENTIER
2810 MEADOWOODS DR
EAST MEADOW, NY 11554-5625

EVALINE ROBINSON
2712 B 1/4 RD
GRAND JUNCTIO, CO 81503-2266

EUNICE MENNENOH
1946 170TH ST
AUDUBON, IA 50025-7464

EVA L WHITED-WILLIAMS
3850 ATLANTIC AVE SPC 288
HIGHLAND, CA 92346-4694

EVALYN LYONS
17 BIRCH HILL RD
PUTNAM VALLEY, NY 10579-2603

EUNICE POWERS
708 SW 199TH PL
NORMANDY PARK, WA 98166-4151

EVA M WERNICKE
906 N HICKORY AVE
ARLINGTON HEI, IL 60004-5719

EVAN R BROSSMAN
5695 DOLORES DR
SPARKS, NV 89436-6602

EUNICE R BIRK
21322 N HAZARD RD
SPOKANE, WA 99208-8236

EVA MAE KISTNER
6007 TRALEE LN
LOUISVILLE, KY 40219-4143

EVANELLE WOOD
6914 MANOR CIR
AMARILLO, TX 79109-6815

EUNICE SHOEMAKER
7501 E THOMPSON PEAK PKWY UN
SCOTTSDALE, AZ 85255-4531

EVA MCDOWELL
720 W END AVE APT 1116
NEW YORK, NY 10025-6299

EVE RONNING
5074 MAIN GORE DR S UNIT B
VAIL, CO 81657-5565

EUNICE TRAUB
PO BOX 21
WEST BEND, IA 50597-0021

EVA NELL BRADLEY
4116 MEADOWVIEW DR NW
CANTON, OH 44718-2126

EVELIN EIGLER
8216 LANKERSHIM BLVD STE 3
NORTH HOLLYWO, CA 91605-0911

EUTIQUIA GUEVARA
218 SILLIMAN ST
SAN FRANCISCO, CA 94134-1245

EVA RYAN
4267 E SHERWOOD RD
WILLIAMSTON, MI 48895-9548

EVELINA LINDHOLM
PO BOX 720713
PINON HILLS, CA 92372-0713

EVA A JANKOWSKI
172 LAWNSIDE AVE
COLLINGSWOOD, NJ 08108-1936

EVA SAMPSON
1806 E SANDERLING LN
FORT PIERCE, FL 34982-8047

EVELINE KISSNER
1807 N NORMANDY CT
ARLINGTON HEI, IL 60004-4230

EVA ALEXANDER
1029 COURT ST
PEKIN, IL 61554-4971

EVADELL EDWARDS
708 WINCHESTER ST
BAKERSFIELD, CA 93309-8654

EVELYN [JEANNE] RAY
5490 HARDING HWY
LIMA, OH 45804-3614

EVELYN [LYN] MCCOOL
39680 E SUN DR UNIT 828
FENWICK ISLAN, DE 19944-4022

EVELYN BRUNER
1537 E 900 S
SALT LAKE CIT, UT 84105-1621

EVELYN EMMONS
176 POINTVILLE RD
PEMBERTON, NJ 08068-1434

EVELYN [MAXINE] PENNINGTON
111 W 1ST ST STE 519
DAYTON, OH 45402-1112

EVELYN BURCHARDT
93 SIDNEY RD
ANNANDALE, NJ 08801-3612

EVELYN FINE
3781 STATE HIGHWAY 73
WISCONSIN RAP, WI 54495-9279

EVELYN [MICKEY] GREER
6 ROCK CT
EL DORADO, KS 67042-4603

EVELYN CREED
101 EVELYN LN
BELVEDERE, SC 29841-6401

EVELYN FLORIO
4560 STANTON DR
LOS ANGELES, CA 90065-5220

EVELYN A NEAL
112 PEBBLE CREEK RD
CHAPIN, SC 29036-9193

EVELYN DEAN
251 CALOOSA ESTATES DR
LABELLE, FL 33935-9613

EVELYN FRARCK
519 18TH ST E
INTERNATIONAL, MN 56649-3147

EVELYN ABRAHAM
PO BOX 346
LINCOLN, MO 65338-0346

EVELYN DUPRIEST
717 DEERFIELD DR
SWANSEA, IL 62226-1000

EVELYN FRAZIER
8905 BOSTON AVE
URBANDALE, IA 50322-4025

EVELYN BELTZ
3388B MERLIN RD # 122
GRANTS PASS, OR 97526-8458

EVELYN DYER
7530 MARYLAND AVE LOT 21
HUDSON, FL 34667-3238

EVELYN GINSBERG
101 LADUE PINE WOODS PL
SAINT LOUIS, MO 63141-7366

EVELYN BOLDEN
1699 PEREGRINO WAY
SAN JOSE, CA 95125-4547

EVELYN E DOUGLASS
6400 W BERTEAU AVE APT 306
CHICAGO, IL 60634-1482

EVELYN GREENBERG
2051 CARDINAL LN SE
LACEY, WA 98503-2508

EVELYN BOYER
40 VIRGINIA AVE
WILLIAMSTOWN, NJ 08094-1755

EVELYN ELBON
5340 SE 120TH AVE
PORTLAND, OR 97266-3233

EVELYN GRIGSBY
1403 SHAREEF DR
MORRISTOWN, TN 37814-2218

EVELYN BROWN
54959 HICKORY RD
OLATHE, CO 81425-9641

EVELYN ELLIS
300 W CRYSTAL LAKE AVE APT 3
HADDONFIELD, NJ 08033-2822

EVELYN HARRIS
2019 PATTERSON ST
MCKEESPORT, PA 15132-5549

EVELYN HEINS
117 N 23RD ST
LAMESA, TX 79331-2305

EVELYN LUCKEROTH
1835 10TH AVE S
SAINT CLOUD, MN 56301-5676

EVELYN P RUDIN
120 BRYN WYCK PL
SAINT LOUIS, MO 63141-8062

EVELYN HICKS
1714 SEA FAIR DR
SAINT AUGUSTI, FL 32080-7401

EVELYN M GIBBS
1021 LINCOLN ST
WISCONSIN RAP, WI 54494-5228

EVELYN PAGE
6834 LANTANA BRIDGE RD APT 1
NAPLES, FL 34109-6107

EVELYN HOOD
552 FIELDING LN SW
ATLANTA, GA 30311-2023

EVELYN M HILBERT
9050 HIGHLAND RD
LIVERMORE, CA 94551-9406

EVELYN R DASHEFSKY
2214 S LAKELINE BLVD UNIT 20
CEDAR PARK, TX 78613-4582

EVELYN IRENE SHERBET
3234 SPARTAN RD APT 72
OLNEY, MD 20832-2347

EVELYN M MCCAFFREY
5335 BENT TREE FOREST DR # C
DALLAS, TX 75248-3483

EVELYN ROCKHILL
24 1ST AVE
PEMBERTON, NJ 08068-1915

EVELYN J CANTRELL
40 N PRENTICE ST
EVANSVILLE, WI 53536-1036

EVELYN MARIE AVANT
4305 W 25TH PL
GARY, IN 46404-3667

EVELYN ROSS
16 EVELYN PL
EAST HANOVER, NJ 07936-1407

EVELYN L [LYNN] SEESE
8930 3 MILE RD NE
ADA, MI 49301-9749

EVELYN MARTIN WILSON
4223 SAINT ANTHONY AVE
NEW ORLEANS, LA 70122-3101

EVELYN RUHNKE
520 S BLACKFORD ST APT 106
ALGONA, IA 50511-3273

EVELYN L FRANK
1100 LANE 301 LAKE GEORGE
FREMONT, IN 46737-8921

EVELYN MASER
25 TALQUIN HIDEAWAY RD
QUINCY, FL 32351-5925

EVELYN SARANITI
595 DADE LN
RICHMOND HEIG, OH 44143-2628

EVELYN LEONA YOUNCE
711 LAFOLLETTE DR
MARYVILLE, TN 37801-7672

EVELYN MUNSELL
3623 LARIAT DR NW
PIEDMONT, OK 73078-9738

EVELYN SHAUGHNESSY
7641 QUAIL CREEK TRCE
PITTSBORO, IN 46167-9069

EVELYN LEWIS
2616 N BOUVIER ST
PHILADELPHIA, PA 19132-3817

EVELYN NEES
319 NEW BROOKLYN RD
BERLIN, NJ 08009-9507

EVELYN SIMONS
8558 STATE ROUTE 47
VERSAILLES, OH 45380-9557

EVELYN SMITH ROBERSON
100 RIVERFRONT DR APT 2311
DETROIT, MI 48226-4541

EVELYN STEELE
5898 WHITE OAK RD
SANDSTON, VA 23150-5205

EVELYN TROXELL
1733 BEAVER RUN RD
LEWISBURG, PA 17837-7838

EVELYN VERONEE
219 WAVERLY HALL LN
SIMPSONVILLE, SC 29681-5287

EVELYN W FLANAGAN
18600 VILLAGE WEST DR APT 20
HAZEL CREST, IL 60429-2457

EVELYN WALSH
8408 CASTLE GARDEN RD
PALMETTO, FL 34221-9556

EVELYN WENDEL
12100 SEMINOLE BLVD LOT 220
LARGO, FL 33778-2825

EVELYN WURTZ
16221 POWELLS COVE BLVD APT
BEECHHURST, NY 11357-1417

EVERETT [ELDON] DULANEY
3075 MUSTANG RD APT 1127
ALVIN, TX 77511-4856

EVETTE HERGENRADER
63775 NICOLETTE WAY
MONTROSE, CO 81403-4662

EVIE BARKIN
89 NEEDHAM ST APT 2237
NEWTON HIGHLA, MA 02461-1638

EVON ZERR
3955 S STAGE RD
MEDFORD, OR 97501-9572

EVONNE FEDAK
69 PARK ST APT 616
PARK FOREST, IL 60466-1454

F A [AL] WHITE
7924 N CHERRY ST
KANSAS CITY, MO 64118-1465

F CURTIS DOHAN JR
109 WALLACE RD
MEMPHIS, TN 38117-2229

F DAVID KANOST
7231 READ BLVD
NEW ORLEANS, LA 70127-2225

F EDWIN HUGGINS JR
1026 HAWTHORN DR
PAWLEYS ISLAN, SC 29585-8054

F GALE TEATS
673 VISTA DR
OSWEGO, IL 60543-8129

F LEE WEIT
986 CLEARVIEW AVE
EPHRATA, PA 17522-1335

F MICHAEL [MIKE] HILL
22329 FIG TREE RD
DAMASCUS, VA 24236-2619

F NEWELL SQUYRES
PO BOX 701
PLAINS, TX 79355-0701

F ROMAINE DELUCIO
4309 CART RD
RICHMOND, IN 47374-9605

F WILLIAM PASTOR
12420 WESTGATE ST
OVERLAND PARK, KS 66213-2440

FABER JAMES HANCE
105 N HILLS DR APT 708
NORTH AUGUSTA, SC 29841-0128

FAE BURKHART
1118 WHITEHALL ST
MARYVILLE, TN 37803-2814

FAIRY MILLER
1601 E STATE RD
LIMA, OH 45801-1209

FAITH ANN MITCH
1000 NEW COLUMBIA RD
NEW COLUMBIA, PA 17856-9165

FAITH FISHER
36 COW HILL RD
CLINTON, CT 06413-1344

FAY SIMONS
1 HUNTINGTON AVE APT 1001
BOSTON, MA 02116-5752

FAYE EVERY
3155 SW 53RD CT
REDMOND, OR 97756-7221

FALLS HIGH SCHOOL
FALLS HIGH SCHOOL ALUMNI ASS
1515 11TH ST
INTERNATIONAL, MN 56649

FAYE ANN SNIDER
5961 MI STATE ROAD 52
MANCHESTER, MI 48158-9721

FAYE FOSS
201 RED RIVER AVE N
COLD SPRING, MN 56320-1600

FALLS HIGH SCHOOL
c/o DIANE (JENSON) EDENS
1515 11TH ST
INTERNATIONAL, MN 56649

FAYE CHRISTIANSON
PO BOX 14583
GRAND FORKS, ND 58208-4583

FAYE G SCHWARTZ
4345 PURDUE AVE
LOS ANGELES, CA 90066-6011

FANNIE HART
8983 GARDENER DR
JONESBORO, GA 30238-4474

FAYE CRATES
1421 WYTE WAY
BANNING, CA 92220-1867

FAYE GAYK
9741 LINCOLN ST
TAYLOR, MI 48180-3670

FANNIE MORGAN
48 DEERFIELD LN
VILONIA, AR 72173-9035

FAYE CUNNINGHAM
8036 LAZY CIR
TERRELL, TX 75161-6042

FAYE GREGORY
8639 FANNETTE ST
HOUSTON, TX 77029-3322

FARROLL ELBERT GUNTER
136 ROSE LAKE RD
LEXINGTON, SC 29072-9469

FAYE D BACLE
1509 ANITA ST
BOSSIER CITY, LA 71112-3107

FAYE HAMPTON
911 ROBINSON RD
PORTSMOUTH, VA 23701-4016

FAY AUKER
23 TOWNSEND CT
LANCASTER, PA 17603-7406

FAYE D GRAY-WILSON
3506 ARBOR ST
HOUSTON, TX 77004-6423

FAYE HARTMAN
530 ELM ST
PROSPERITY, SC 29127-7446

FAY GRISSINGER
307 MURRAY ST
OXFORD, MS 38655-2911

FAYE DRENTH-THURMAN
3030 VIRGINIA AVE
KALAMAZOO, MI 49004-1644

FAYE REIDBORD
137 SPRINGHOUSE LN
PITTSBURGH, PA 15238-2315

FAY JOHNSON-CSEPP
1237 GAMBREL DR
CARSON CITY, NV 89701-5470

FAYE DRINNEN
382 CASCADA DR
GRAND JUNCTIO, CO 81507-2629

FAYE ROBINSON
201 WOODSIDE DR
GREENFIELD, TN 38230-1255

FAYE ROGERS
15 M O HERB ST
HAMPTON, VA 23664-1532

FERD SMITH
61579 HIGHWAY 90
MONTROSE, CO 81403-9679

FLORA BELLE LEWIS
5041 FOOTHILLS RD APT B
LAKE OSWEGO, OR 97034-3215

FAYE SPENCE
10200 W RIDGEWOOD DR APT 419
PARMA HEIGHTS, OH 44130-4091

FERN BLUMENTHAL
4 TACOMA LN
SYOSSET, NY 11791-6231

FLORA BISHOP
7575 WINSFIELD DR SE
GRAND RAPIDS, MI 49546-9680

FELCIE LEON KIDD SR
11831 MENLO AVE
LOS ANGELES, CA 90044-4021

FERN CREEK TRADITIONAL HIGH SCHOOL
FERN CREEK HIGH SCHOOL ALUMN
9115 FERN CREEK RD
LOUISVILLE, KY 40291-0266

FLORA HIDAKA
5333 N SHERIDAN RD APT 31D
CHICAGO, IL 60640-7328

FELICE MILLER
808 POWDER MILL LN
WYNNEWOOD, PA 19096-4037

FERN CREEK TRADITIONAL HIGH SCHOOL
c/o BRIAN MILLER
9115 FERN CREEK RD
LOUISVILLE, KY 40291-0266

FLORA PARROTT
9403 BARTLEY DR
LOUISVILLE, KY 40291-3211

FELICIA M MOSTEK
65 ROSEMONT ST
ALBANY, NY 12203-2410

FERN ELIZABETH TESTIN ANGELOS
23838 W 127TH ST
PLAINFIELD, IL 60585-2253

FLORA SOARES
143 RIDGEWOOD RD
MIDDLETOWN, RI 02842-6215

FELIX L COOK JR
9303 BERTWOOD ST
HOUSTON, TX 77016-4731

FERN EUDY-WOOTEN
1001 E 4TH ST
ODESSA, TX 79761-5216

FLORA SUE SPROUT
15414 SW 63RD AVE
ARCHER, FL 32618-2814

FELTON LEE BROWN SR
3113 CAMELOT BLVD
CHESAPEAKE, VA 23323-2519

FERN RAINEY
1501 WACKENA RD
CARY, NC 27519-2548

FLORENCE [FLOSSIE] BRIGGS
10 HILLTOP AVE
AKRON, PA 17501-1454

FENTON HIGH SCHOOL
FENTON HIGH SCHOOL ALUMNI AS
3200 W SHIWASSEE AVE
FENTON, MI 48430

FERN SUE GERSTEIN
2400 WINNSBORO CT
PLANO, TX 75075-2933

FLORENCE BEHYMER
443 ASHWOOD DR
GRANTS PASS, OR 97526-9056

FENTON HIGH SCHOOL
c/o NANCY PARKIN
3200 W SHIWASSEE AVE
FENTON, MI 48430

FEROL V RUPP
5 RAINBO DR
KEOKUK, IA 52632-2254

FLORENCE BLICK
70 CARRIAGE LN
SPARTA, NJ 07871-1741

FLORENCE BRINLING
PO BOX 75A
WARREN, VT 05674-5075

FLORENCE GERLACH
209 W 2ND ST
SAINT ANSGAR, IA 50472-9665

FLORENCE SCHULTZ
3632 MICHELSON ST
LAKEWOOD, CA 90712-1413

FLORENCE BYERS
1016 SHAKESPEARE AVE
MILTON, PA 17847-9588

FLORENCE H LEE
3 BIRCHWOOD CT APT 1C
MINEOLA, NY 11501-4509

FLORENCE SHERIDAN
1226 TAFT AVE
EAU CLAIRE, WI 54701-6577

FLORENCE CALLAHAN
500 VASSAR DR
NEWARK, DE 19711-3165

FLORENCE HESS
1921 ROUTE 104
LIVERPOOL, PA 17045

FLORENCE STROHMAYER
22 TANGLEWOOD RD
PALMYRA, VA 22963-3316

FLORENCE DE WITT
1521 GLEN LN
TRENTON, MI 48183-1724

FLORENCE JACOBSON
6801 PULLEN AVE
CORAL GABLES, FL 33133-7007

FLORENCE TAURIELLO
22 MONTAUK LN
PALM COAST, FL 32164-4273

FLORENCE DEVONEY
310 W 2ND ST
PORT ANGELES, WA 98362-2208

FLORENCE KELLY
16400 UPTON RD LOT 211
EAST LANSING, MI 48823-9305

FLORENCE TURNER
120 KENDALL ST
PORT ORCHARD, WA 98366-3611

FLORENCE DICK
304 PURPLE HILLS WAY
EL PASO, TX 79912-3820

FLORENCE MARY SILVIA
61 BERKELEY AVE
MIDDLETOWN, RI 02842-5354

FLORENCE WILLIAMS
369 MOURNING DOVE DR SE
GRAND RAPIDS, MI 49508-7254

FLORENCE ENSOR
517 E WASHINGTON ST APT 17
GREENCASTLE, IN 46135-1765

FLORENCE MILLER
8936 N SYRACUSE ST
PORTLAND, OR 97203-2938

FLORENCE WINDER
3552 MILTON ST
SHREVEPORT, LA 71109-3326

FLORENCE FERRER
15642 CALDAS DE REYES
SAN DIEGO, CA 92128-4414

FLORENCE PFITZER-KASTNER
101 N ELM AVE
WEBSTER GROVE, MO 63119-2417

FLORENE BATTON
400 MORRISON AVE
CUYAHOGA FALL, OH 44221-2133

FLORENCE FRIGETTO
14205 6100 RD
MONTROSE, CO 81403-8070

FLORENCE ROBERTSHAW
185 MECHANIC ST
RED BANK, NJ 07701-2344

FLORENE JENKINS
555 LAKEHURST RD APT 39
BROWNS MILLS, NJ 08015-6064

FLORIDA MEMORIAL UNIVERSITY
FLORIDA MEMORIAL UNIVERSITY
15800 NW 42ND AVE
MIAMI GARDENS, FL 33054

FLORIDA MEMORIAL UNIVERSITY
c/o SHELIA POWELL-COHEN
15800 NW 42ND AVE
MIAMI GARDENS, FL 33054

FLORINDA [FLOSSIE] HIGHSMITH
903 FRIO
COTULLA, TX 78014-2195

FLORINE FENDLEY
42944 WILLOW WEST CT
LANCASTER, CA 93536-4657

FLORINE K HASSETT
31610 MIDDLEBORO ST
LIVONIA, MI 48154-4279

FLORINE VICK
5912 OZARK DR
FORT WORTH, TX 76131-4007

FLOSSIE EDMOND
2908 MORNING BROOK WAY
PEARLAND, TX 77584-2119

FLOURNOY [FLOYD] HIGHTOWER
19 CRESCENT RD
MIDDLETOWN, RI 02842-6005

FLOWING WELLS HIGH SCHOOL
c/o MARY HOLLOWAY
3725 N FLOWING WELLS RD
TUCSON, AZ 85705-3099

FLOYD A JONES
1620 E WATROUS AVE
DES MOINES, IA 50320-1502

FLOYD A WHITE
216 GLOSUP DR
MC GEHEE, AR 71654-9727

FLOYD BENSON
884 CALLE DEL NORTE
CAMARILLO, CA 93010-8442

FLOYD BISHOP
PO BOX 881
IOWA, LA 70647-0881

FLOYD BURAS
713 LIVE OAK ST
METAIRIE, LA 70005-1243

FLOYD JACKSON
4915 FRIDELL ST
SAN ANTONIO, TX 78237-1728

FLOYD PELFREY
3467 S COUNTY ROAD 25 W
GREENCASTLE, IN 46135-8765

FLOYD W BROWN
409 MAJESTY DR
DAVENPORT, FL 33837-0502

FLOYD W SANFORD
98 VERSAILLES CT
BLOOMINGDALE, IL 60108-2538

FLOYD WALLO
1505 APPLETREE RD
HOWARDS GROVE, WI 53083-1539

FLOYD WESLEY HEER
834 N 3RD ST
MONTROSE, CO 81401-3510

FONDA SHEARER
22810 HURDLE DITCH RD
HARBESON, DE 19951-2929

FOREST GROVE HIGH SCHOOL
c/o CONNIE POTTER
1401 NICHOLS LN
FOREST GROVE, OR 97116-3299

FORREST L BARTON
12660 PLAINVIEW RD
KRUM, TX 76249-8064

FORREST ROBERT DIXON JR
1817 MAPLE ST
WILMINGTON, DE 19805-3842

FORREST S CHILTON
3463 LITTLE HUNTING CREEK DR
ALEXANDRIA, VA 22309-1925

FORREST WAYNE CRANE
9637 MIDNIGHT SUN AVE
LAS VEGAS, NV 89147-8404

FR JUDE [MITCHELL] ISRAEL OS
75376 RIVER RD
SAINT BENEDIC, LA 70457-9900

FRAN BIANCAMANO
6 GRANT CT
HAMILTON, NJ 08619-3636

FRAN BOVOS
1205 NEWBURY DR
NORMAN, OK 73071-3853

FRAN FRY
2471 SOLANO AVE # 225
NAPA, CA 94558-4645

FRAN KNAPP
4512 LOMINA AVE
LAKEWOOD, CA 90713-2545

FRAN LINDLEY
161 EMILY ANN DR
WINSTON SALEM, NC 27107-8686

FRAN TIECH
411 S HOLLYBROOK DR APT 201
PEMBROKE PINE, FL 33025-1214

FRANCELLA VOIGT
120 E OCOTILLO ST
CASA GRANDE, AZ 85122-2525

FRANCES [BUNNY] KROHN
12619 REMO CT
BOCA RATON, FL 33496-1948

FRANCES [FRAN] GRASSO
176 N 8TH ST
LINDENHURST, NY 11757-3742

FRANCES [FRAN] KIESS
416 5TH AVE N
COLD SPRING, MN 56320-1407

FRANCES [FRAN] MORRIS
1140 LEONARD BLVD
KENT, OH 44240-3333

FRANCES [FRANNIE] JAMANIS
1409 CENTER RD
LANCASTER, PA 17603-4729

FRANCES [MARIAN] HALL
310 BRITTON DR
GENEVA, OH 44041-1248

FRANCES A HESS
35 E 75TH ST # 3E
NEW YORK, NY 10021-2762

FRANCES A WINCE
324 W NORTH AVE
ADA, OH 45810-1803

FRANCES ABRAMS
19 STANTON AVE
SOUTH HADLEY, MA 01075-1515

FRANCES ALLEN
1013 HEROLD AVE
DES MOINES, IA 50315-3854

FRANCES B ZEIMETZ
26141 W WINDING OAK CT
CHANNAHON, IL 60410-3371

FRANCES BEIMAN
1807 NW ROSE CT
LEES SUMMIT, MO 64081-1177

FRANCES BELL
2310 E WOODSTOCK PL
BLOOMINGTON, IN 47401-6179

FRANCES BERRY
1329 WYANT WAY
SACRAMENTO, CA 95864-2637

FRANCES BREZINSKI
50 MICHIENZI RD
BERNE, NY 12023-2402

FRANCES BRUBAKER
1001 E OREGON RD
LITITZ, PA 17543-9205

FRANCES CASH
111 GEERS DR
LEBANON, TN 37087-3026

FRANCES CHAPMAN
5306 COBALT CT
CAPE CORAL, FL 33904-5816

FRANCES CHOWHAN
21 MANN AVE
SIMCOE, ON N3Y 5J3

FRANCES CUMMINGS
1245 E COUNTY ROAD 400 S
CLAYTON, IN 46118-9427

FRANCES CUNNINGHAM
PO BOX 230
GLEN HAVEN, CO 80532-0230

FRANCES G [GERI] SULLIVAN
31 10TH AVE W
SOUTHERN SHOR, NC 27949-3224

FRANCES LOUISE ADDISON LAC
3240 NW 1ST CT
FORT LAUDERDA, FL 33311-8402

FRANCES DEFILIPPIS
27 RONALD LN
SYOSSET, NY 11791-3518

FRANCES GRAHAM
828 CONSHOHOCKEN STATE RD
GLADWYNE, PA 19035-1428

FRANCES M BURKE
14517 PERRYWOOD DR
BURTONSVILLE, MD 20866-1751

FRANCES DITRAPANO
7 APPLE BLOSSOM LN APT A
COLONIE, NY 12205-3703

FRANCES HALPER
137 E 36TH ST APT 15K
NEW YORK, NY 10016-3528

FRANCES M VOLZ
25610 S BURNABY DR
SUN LAKES, AZ 85248-7923

FRANCES E [TINY] POWELL-HAWTHORNE
235 SARAH LN
LUMBERTON, TX 77657-7590

FRANCES HASTE
101 BRADFORD HWY
TRENTON, TN 38382-9488

FRANCES M WALLING
11515 BOULDER DR E APT 160
LOWELL, MI 49331-8624

FRANCES EISENHAUER
1714 W CHARLESTON AVE
PHOENIX, AZ 85023-2303

FRANCES J LITTLE
181 KELLER LN
MARION, VA 24354-4405

FRANCES MARIE MATTHEWS
9887 STATE ROUTE 124
SHERMAN, IL 62684-8451

FRANCES F MOORE
10711 SW 152ND ST
MIAMI, FL 33157-1326

FRANCES JEAN WILLIAMSON
2412 WESTLINE DR
JOLIET, IL 60431-1245

FRANCES MARIE PEARSALL
831 S 6TH ST
MONTROSE, CO 81401-5728

FRANCES FANTASIA
919 HAZELWOOD AVE
SCHENECTADY, NY 12306-4915

FRANCES L CROWE
744 N EASTLAND ST
ELMHURST, IL 60126-1706

FRANCES MCELHILL
421 EDGEMOOR DR
MOORESTOWN, NJ 08057-3421

FRANCES FELDSINE
51 WALDEN LN
PITTSFIELD, MA 01201-1556

FRANCES L GORDON
424 S COUNTRY CLUB DR
LAKE WORTH, FL 33462-1204

FRANCES NELLI
710 ORR ST
ROCKDALE, IL 60436-2478

FRANCES FREEMAN
616 DOUGLAS ST
LITTLE ELM, TX 75068-5226

FRANCES LESON
3028 FAIRVIEW RD
GIBSONIA, PA 15044-9129

FRANCES NEMEC
1850 COUNTRY CLUB DR
MARION, IA 52302-5516

FRANCES NOWAK
951 33RD AVE N
SAINT CLOUD, MN 56303-2237

FRANCES SKAGGS
1400 BEECH ST
CAYCE, SC 29033-3008

FRANCES WARFIELD
PO BOX 322
EAGLE LAKE, TX 77434-0322

FRANCES PAPROCKI
527 BEDFORD LN
DES PLAINES, IL 60016-2936

FRANCES STAKE
3943 GEORGE RD
WISCONSIN RAP, WI 54495-9371

FRANCES WHITESELL
1412 JUNIPER DR
ALAMOGORDO, NM 88310-3902

FRANCES PARKE
3605 BLUE LAGOON DR
RUSKIN, FL 33570-6164

FRANCES STARRATT
6 WAYSIDE CIR
FRAMINGHAM, MA 01701-5027

FRANCES WILLIAMS
217 N MILL ST
DOWELLTOWN, TN 37059-2040

FRANCES ROSS
1034 LIBERTY PARK DR APT 113
AUSTIN, TX 78746-6850

FRANCES SUNDERLAND
8450 112TH ST APT 101
SEMINOLE, FL 33772-4221

FRANCES WOODSON
9852 PAMELA DR
TEMPERANCE, MI 48182-9309

FRANCES ROWLAND
505 ROWLAND MILL RD
BRUCETON, TN 38317-2215

FRANCES TENNEY SANDS
509 SPRUCE LN
VILLANOVA, PA 19085-1805

FRANCESCA [JERRY] OAKLEY
2509 MYRTLE ST
MONROE, LA 71201-3327

FRANCES RUTH [FRAN] GOLDFARB
328 WAYCLIFFE DR N
WAYZATA, MN 55391-1390

FRANCES TOMASSETTI
2235 AUTUMN WAY
RICHMOND, IN 47374-1666

FRANCESCO F [FRANK] RIGGIO
3109 W FARGO AVE
CHICAGO, IL 60645-1109

FRANCES RUTH JACKSON
2900 CRESCENT DR
INTERNATIONAL, MN 56649-4416

FRANCES VERBEEK
770 WELSH RD APT 819
HUNTINGDON VA, PA 19006-6341

FRANCHESTA DIOR HALL
3104 BARLOW ST
MONROE, LA 71201-8208

FRANCES SEVICK
203 WOODWARD AVE
SAUSALITO, CA 94965-1734

FRANCES W CHAVOUS
3307 CLOVER MEADOWS DR
CHESAPEAKE, VA 23321-4406

FRANCIA SHAW
563 EAGLE CREEK DR
NAPLES, FL 34113-8027

FRANCES SIEFRING
2715 MERCER DARKE CO LINE RD
FORT RECOVERY, OH 45846-9601

FRANCES WARD
4436 E ROLSTON RD
LINDEN, MI 48451-9479

FRANCINE [JOYCE] BRYANT
4 BARCLAY CT
ROCKVILLE, MD 20850-2919

FRANCINE A FOGELSTROM
38 DOLPHIN RD
LEVITTOWN, PA 19056-1008

FRANCIS E POLSON
2131 RIVER BEND RD
PLOVER, WI 54467-2731

FRANCIS JOS [PINEY] PINE
63 LISA TER
PORTSMOUTH, RI 02871-2603

FRANCINE LEVINE
160 MIDDLE NECK RD APT 6B
GREAT NECK, NY 11021-1208

FRANCIS E POWERS
45 FOREST DR
PAINESVILLE, OH 44077-2505

FRANCIS LEAVITT
17927 TROMBLEY RD
SNOHOMISH, WA 98290-6352

FRANCINE STOLLSTEIMER
134 W SOUTH 2ND ST
MONTROSE, CO 81401-3409

FRANCIS F PATERRA
14231 APPLEBLOSSOM LN
MORENO VALLEY, CA 92553-4482

FRANCIS M SHAWL
188 HILLCREST AVE
WOOD RIDGE, NJ 07075-1606

FRANCINE ZICK
851 ADAMS CT
BLOOMFIELD HI, MI 48304-3704

FRANCIS GOODWYN
15 LAKE WALK XING
HAMPTON, VA 23666-5536

FRANCIS P [PAT] KELLY
1919 S 35TH ST
OMAHA, NE 68105-2524

FRANCIS [FRANK] MANNING
225 RIVERSIDE DR
DEDHAM, MA 02026-6926

FRANCIS J [JACK] MCCOMBS
65 TURKEY CRK
ALACHUA, FL 32615-9569

FRANCIS SCARCELLO
1443 BRIGHTON CIR
OLD HICKORY, TN 37138-1680

FRANCIS ALVES
217 MORRISON AVE
MIDDLETOWN, RI 02842-7605

FRANCIS J ERNE
1715 TUXWORTH AVE
CINCINNATI, OH 45238-4014

FRANCIS SHERRY
14315 NW 14TH ST
PEMBROKE PINE, FL 33028-2903

FRANCIS ANTHONY PERRY
584 JEPSON LN
MIDDLETOWN, RI 02842-4608

FRANCIS J FORD
11 KINGFISHER WAY
WATERFORD, CT 06385-2119

FRANCIS SMITH
8538 DAVINGTON DR
DUBLIN, OH 43017-7617

FRANCIS C [FLIP] ZEVNIK
1544 S 11TH ST
SHEBOYGAN, WI 53081-5807

FRANCIS J KRIVDA
2526 MERCANTILE ST
MCKEESPORT, PA 15132-5777

FRANCIS SMYTH
407 BENVENUE AVE
LOS ALTOS, CA 94024-4007

FRANCIS C CLARK JR
PO BOX 2406
SPARTANBURG, SC 29304-2406

FRANCIS J LIBERI
120 CORNWALL DR
HADDON TOWNSH, NJ 08107-1014

FRANCIS WOGLOM
113 RIDGE ST
CRANFORD, NJ 07016-2043

FRANCISCO BEUDEKER
19202 HOLLIS AVE
HOLLIS, NY 11423-2833

FRANK ANTHONY
10411 SW 22ND AVE
GAINESVILLE, FL 32607-3267

FRANK COATES
708 WHIPPOORWILL DR
WASHINGTON, IL 61571-3238

FRANCISCO CABRERA
1900 MAIN ST APT 28
MANSON, IA 50563-9728

FRANK B HARRIS
3 MACEDONIA ST
SAN FRANCISCO, CA 94110-5319

FRANK CORNWELL
387 W TANNER PL
CITRUS SPRING, FL 34434-6173

FRANCISCO XAVIER FLORES
364 BELLEVUE AVE
DALY CITY, CA 94014-1365

FRANK BAHR
3259 HIGHWAY 53
INTERNATIONAL, MN 56649-8923

FRANK D FRANKSTON
6818 BRETON WAY
CYPRESS, CA 90630-5430

FRANK A FOLK MD
446 S COLUMBIA ST
NAPERVILLE, IL 60540-5418

FRANK BARANYAI
4095 PINE DR
COCHRANTON, PA 16314-7053

FRANK D ROCHON
6100 HOLLY CT
COOPERSBURG, PA 18036-9735

FRANK A GAMBINO
2616 METAIRIE HEIGHTS AVE
METAIRIE, LA 70002-6205

FRANK BARRETTA
89 SALEM HEIGHTS EST
LAKE ARIEL, PA 18436-6125

FRANK DAWSON
2219 TWITCHELL ST
COUSHATTA, LA 71019-8760

FRANK A MACHARONI JR
322 BRONSTON TRL
BEAVERCREEK, OH 45430-2002

FRANK BORESEK
PO BOX 2703
EUGENE, OR 97402-0263

FRANK DOWNING
2512 W 350 N
MARION, IN 46952-6880

FRANK A RIDDLE
5917 EAGLE BLUFF TRL
CHATTANOOGA, TN 37416-1124

FRANK BRIAN BERKHOUSE
1311 6TH ST
WESTMORELAND, PA 15692-1275

FRANK E FURSTENBERG
6603 W 132ND TER
OVERLAND PARK, KS 66209-3905

FRANK A WEER
6361 DREXEL RD
PHILADELPHIA, PA 19151-2511

FRANK C NEWYEAR
21559 PARKVIEW DR
DEFIANCE, OH 43512-6815

FRANK E MARKS JR
1525 W 1ST PL
MESA, AZ 85201-6208

FRANK ALLOCCO
1617 AVALON AVE
JOLIET, IL 60435-5715

FRANK CITTERBART
226 SELLERSVILLE DR
EAST STROUDSB, PA 18302-9720

FRANK E SISTARE
48 LOWER BARTLETT RD
QUAKER HILL, CT 06375-1115

FRANK EBELL
215 MILLHAM ST
MARLBOROUGH, MA 01752-7000

FRANK FULLENKAMP
PO BOX 312
VERSAILLES, OH 45380-0312

FRANK J KOSTUSAK
6385 GOLDEN GOOSE LN
LAS VEGAS, NV 89118-1950

FRANK ELMEN
2018 BUFFALO BEND DR
LEWISVILLE, TX 75067-7425

FRANK H STRICKLAND
4011 WINDSWEPT DR
MADISON, AL 35757-7928

FRANK J KRUPKA
4035 PRINCETON BLVD
SOUTH EUCLID, OH 44121-2368

FRANK ENGARDIO
12831 CAMINO RAMILLETTE
SAN DIEGO, CA 92128-1708

FRANK HATCH
2158 BEGONIA CT
HEMET, CA 92545-5615

FRANK J MATRKA
29715 BRUCE DR
WILLOWICK, OH 44095-4505

FRANK F LODATO PHD
31 S LACLEDE PL
ATLANTIC CITY, NJ 08401-5805

FRANK HEASLEY
458 PENNCRAFT RD
EAST MILLSBOR, PA 15433-1269

FRANK J REPOSH
5112 51ST LN W
BRADENTON, FL 34210-4700

FRANK FELIX
1805 N CARSON ST # 5
CARSON CITY, NV 89701-1216

FRANK HENDERSON MCPHERSON
754 APPLEGATE LN
BRYN MAWR, PA 19010-1117

FRANK J RUCCIO
2939 CHESTER ST
MCKEESPORT, PA 15132-1825

FRANK FIAMINGO
36 SELMA DR
MANAHAWKIN, NJ 08050-3805

FRANK HOLLENBERGER
W6729 COUNTY ROAD Z
PLYMOUTH, WI 53073-3919

FRANK J SOLONINKA
6407 FISHER CT
WALDORF, MD 20603-4317

FRANK FORENCICH
139 AMAPOLA AVE
PACIFICA, CA 94044-3102

FRANK IOPPOLO SR
9101 BAY POINT DR
ORLANDO, FL 32819-4804

FRANK J VESSIO
901 E 56TH ST APT 6B
BROOKLYN, NY 11234-1728

FRANK FOSCO
307 CYPRESS ST
PEKIN, IL 61554-2509

FRANK J AIELLO
30174 448TH AVE
VOLIN, SD 57072-5706

FRANK KALMAR
66 HAZELWOOD AVE
SAN FRANCISCO, CA 94112-1363

FRANK FOSTER
515 EVERGREEN DR
MANDEVILLE, LA 70448-7574

FRANK J CUMMINGS
2607 ROCKPORT LN APT 206
NAPERVILLE, IL 60564-4775

FRANK L HANS JR
5162 WESTERN HILLS CT
NASHVILLE, NC 27856-8772

FRANK L MORRIS
1907 PAMMEL PARK RD
WINTERSET, IA 50273-8317

FRANK L NOVASCONE III
1148 N BRACKEN ST
WICHITA, KS 67206-4146

FRANK LOPEZ
279 HERNANDO RD
WINTER HAVEN, FL 33884-1028

FRANK M [MONTY] GEORGE
401 S BARBARA LN
TAMPA, FL 33609-3595

FRANK MCCAW
6525 N HIGH ST # 320
WORTHINGTON, OH 43085-4045

FRANK MERRILL
PO BOX 669
MACOMB, IL 61455-0669

FRANK MICHAEL BOLOGNA
1611 ALTHEA DR
HOUSTON, TX 77018-5101

FRANK N THOMAS
9775 FAIRMOUNT RD
NEWBURY, OH 44065-9799

FRANK ORRIS
2107 CYPRESS DR
WHITE OAK, PA 15131-1809

FRANK P DAPKUS
7 WOODLAND RD
NEW VERNON, NJ 07976-9718

FRANK P LOCHEL
415 CREEK AVE
DELANO, MN 55328-4570

FRANK PASSAGLIA
32 SEVILLE WAY
SAN MATEO, CA 94402-2831

FRANK PEAVY
2306 N NORTH ST
PEORIA, IL 61604-3535

FRANK PLOMBON
PO BOX 631
MC LEAN, VA 22101-0631

FRANK R [FLIP] DIFILIPPO
113 HIBISCUS CT
LITITZ, PA 17543-8305

FRANK R EVANS
510 HARTFORD AVE APT 1
AURORA, IL 60506-3390

FRANK R FARRONI
2743 LOST NATION RD
WILLOUGHBY, OH 44094-7568

FRANK R SMITH
405 N COLUMBUS ST
LANCASTER, OH 43130-3034

FRANK R TILL
324 GLENBURNEY DR APT 302
FAYETTEVILLE, NC 28303-5181

FRANK R WALKER
22 WINDMILL WAY
GREENVILLE, SC 29615-6150

FRANK R WOOTEN
855 STARWICK DR
ANN ARBOR, MI 48105-1285

FRANK RADZVILOWICZ
35 MULLEN HILL RD
WATERFORD, CT 06385-1908

FRANK RAFFA
202 BONNIE LN
LOUISVILLE, KY 40218-3210

FRANK ROMAKER
2879 SEQUOIA DR
MACUNGIE, PA 18062-8431

FRANK S FRANGELLA JR
3629 DUFFER CT
ZELLWOOD, FL 32798-9762

FRANK SAUTER
803 WATER VIEW TER
MOUNT JULIET, TN 37122-2530

FRANK STANSBERRY
80 OAKLEIGH DR
MAITLAND, FL 32751-5833

FRANK STELZEL
3409 S 25TH ST
MILWAUKEE, WI 53215-4819

FRANK TRUESDELL
2298 RADCLIFF DR
LAWRENCEVILLE, GA 30043-2005

FRANKLIN BESKID
2192 PARKWAY W
HARRISBURG, PA 17112-9160

FRANK STOUGH SNYDER
2866 SUMMER CREEK CT
ROCK HILL, SC 29732-8933

FRANK V PAOLI
2515 WALNUT ST
HARRISBURG, PA 17103-1753

FRANKLIN CLARK
1136 NW 204TH ST
MIAMI, FL 33169-2456

FRANK SUPAN
393 W RIO ALTAR
GREEN VALLEY, AZ 85614-3941

FRANK W ARBAUGH
213 PINECREST LN
LANSDALE, PA 19446-1476

FRANKLIN D LEE
9217 PALOMA LN
SPRINGFIELD, VA 22153-1604

FRANK SWEETEN
4480 MARKET COMMONS DR UNIT
FAIRFAX, VA 22033-6060

FRANK WHALEN
1 ETHEL ST
EAST PATCHOGU, NY 11772-4708

FRANKLIN GLENN HAUS
138 LUMBEE CIR UNIT 17
PAWLEYS ISLAN, SC 29585-4379

FRANK T BOWSER
7522 E POND CT
CONCORD TOWNS, OH 44077-8961

FRANK WISZ
1105 EAGLE NEST DR
MILFORD, MI 48381-2821

FRANKLIN GUNTHER
1984 CHURCH AVE
SCOTCH PLAINS, NJ 07076-1833

FRANK T DUNN
308 DEBRA ST
COVINGTON, OH 45318-1722

FRANKI GILLEN
30181 S 563 RD
AFTON, OK 74331-2798

FRANKLIN KEETER JR
2002 FARMAWAY DR
BARDSTOWN, KY 40004-8951

FRANK TEACHOUT
1203 LAUREL OAK LN
LADY LAKE, FL 32159-4238

FRANKIE SHAMBAUGH
6208 EUCLID AVE
BAKERSFIELD, CA 93308-2819

FRANKLIN RANDOLPH WILLIAMS
18 WAYLAND DR
PORTSMOUTH, VA 23703-4232

FRANK THOMAS DOMINICK III
44 LUPINE LN
SELINSGROVE, PA 17870-9683

FRANKLIN B JAMES
8726 ORCUTT AVE
HAMPTON, VA 23666-2858

FRANKLIN S KILE
240 S MESQUITE ST
WICKENBURG, AZ 85390-1375

FRANK TRAUB
1117 ARIS AVE
METAIRIE, LA 70005-2211

FRANKLIN B LIBSON
2356 SYLMAR DR
SEWICKLEY, PA 15143-8509

FRANKLYN HARRISON
7307 N 17TH AVE
PHOENIX, AZ 85021-7929

FRED [FRITZ] KREZ
6501 LINDEN CIR
WINDSOR, WI 53598-9719

FRED BUTLER
5021 HEYER AVE
CASTRO VALLEY, CA 94552-3720

FRED ERTEL
3715 S 14TH ST
SHEBOYGAN, WI 53081-7256

FRED [FRITZ] WORKMAN
9855 E IRVINGTON RD UNIT 297
TUCSON, AZ 85730-5242

FRED C FLECK
14207 N ST
OMAHA, NE 68137-1515

FRED FLEISCHMANN
20 BOONE DR
TROY, OH 45373-9372

FRED A NEBRIG
60 MEADOW LN
BREVARD, NC 28712-4218

FRED C SCHWEIKHART
6 STAYMAN RD
VERNON, NJ 07462-3127

FRED GOULD
724 1/2 GREEN RD
CHATSWORTH, GA 30705-2712

FRED A TAYLOR
131 N POPLAR ST
RISING SUN, IN 47040-1228

FRED CIELINSKI
228 30TH AVE N
SAINT CLOUD, MN 56303-4130

FRED GRAUS
328 N FLORENCE ST
WICHITA, KS 67212-2131

FRED ATHORP
PO BOX 792
WARD COVE, AK 99928-0792

FRED CONWAY JR
3792 DENLINGER RD
TROTWOOD, OH 45426-2326

FRED H JAEGER JR
918 BRITTLEY WAY
APEX, NC 27502-6438

FRED B BUNT
1 HOWARD ST
NEW PALTZ, NY 12561-2110

FRED D CONDON
2114 CALLAWAY CT
VERSAILLES, OH 45380-8597

FRED H KIRSCHMAN
111 EGRET BLVD NW
COON RAPIDS, MN 55448-5077

FRED B TISOVIC
50610 MANDARINA
LA QUINTA, CA 92253-4591

FRED D DAUM
2142 NEW HOLLAND PIKE
LANCASTER, PA 17601-5418

FRED H LEONHARDT
606 FIREHOUSE LN
GAITHERSBURG, MD 20878-5669

FRED BOEHNER
1785 CHARDONNAY DR
MORROW, OH 45152-9665

FRED DIEHL
700 CHEW ST
HAMBURG, PA 19526-1415

FRED HALL
1217 NE 117TH ST
VANCOUVER, WA 98685-4029

FRED BUSH
22339 DEVONSHIRE ST
WOODHAVEN, MI 48183-1403

FRED EPSTEIN
4909 LACLEDE AVE APT 2101
ST LOUIS, MO 63108-1414

FRED HANFT
226 AUTUMN DR
EXTON, PA 19341-2910

FRED HESTON
3918 SE 20TH AVE
CAPE CORAL, FL 33904-5017

FRED P BRAUN JR
257 APACHE TRL W
LAKE QUIVIRA, KS 66217-8706

FRED SEEWER
7202 BEN FRANKLIN CT
LOUISVILLE, KY 40214-4340

FRED JOHNSON
1630 WILLIAMS HWY PMB 26
GRANTS PASS, OR 97527-5660

FRED PAUL
217 LINDSAY LANDING LN
YORKTOWN, VA 23692-3328

FRED SHIPMAN
800 DUNBAR CT
SCHAUMBURG, IL 60194-2211

FRED KRAMER
2464 W MAPLE GROVE RD
BLOOMINGTON, IN 47404-9545

FRED R HOPKINS
567 STEVENS BLVD
EASTLAKE, OH 44095-2518

FRED SIAS
20460 WOODSIDE NORTH DR
BEND, OR 97702-9484

FRED KUEBLER
730 MALENA DR
ANN ARBOR, MI 48103-9355

FRED R REYES
1113 EMERALD DR
STORM LAKE, IA 50588-2726

FRED STEINGRABER
615 WARWICK RD
KENILWORTH, IL 60043-1149

FRED LEWIS LEBLANC
3524 HERO DR
GRETNA, LA 70053-7616

FRED RANCE
8232 60TH ST NE
WEBSTER, ND 58382-9638

FRED STOFFERS
260 MARATHON RD
ALTADENA, CA 91001-4425

FRED M PHILLIPS
7567 SAN PEDRO ST
BOYNTON BEACH, FL 33437-4089

FRED ROSENBERG-WILMOTH
755 10TH AVE APT 6A
NEW YORK, NY 10019-5264

FRED VOLKMAR
1412 E TRIPP AVE
PEORIA, IL 61603-1621

FRED M ROBERTSON
180 PEACHWOOD DR
HAYSVILLE, KS 67060-1900

FRED S NEYHARD
44 PEACEFUL LN
EPHRATA, PA 17522-9156

FRED W BOECKERS
912 6TH ST
INTERNATIONAL, MN 56649-2222

FRED MANSS
2191 FLEETWOOD DR
SAN BRUNO, CA 94066-1917

FRED S WOODRUFF
129 W SILVER MAPLE DR
SLIDELL, LA 70458-5466

FRED W DAHLING MD
11006 ROSE AVE
NEW HAVEN, IN 46774-9812

FRED O CRONKHITE
14088 WESTMORE RD
HUNTLEY, IL 60142-6201

FRED SCHUMACHER
7330 HICKMAN ST
CINCINNATI, OH 45231-4430

FRED W DOSCHER
529 CONCORD AVE
WILLISTON PAR, NY 11596-2113

FRED W MANTHEY
1411 HIGHWAY 27
DERIDDER, LA 70634-5473

FREDERIC [DERRY] KRUSE JR
26 CONKEY AVE, ROOM B 2ND FL
NORWICH, NY 13815

FREDERICK CHAIT
1632 ANSONBOROUGH DR
CHESTERFIELD, MO 63017-5645

FRED WESSELINK
PO BOX 274
GROVELAND, CA 95321-0274

FREDERIC G VATER
N6781 SPRING VALLEY DR
GLENBEULAH, WI 53023-1525

FREDERICK DINGLE JR
3138 REGAL OAK DR
HENDERSON, NV 89014-3160

FRED WILLIAMS
7303 STAHL RD
GREENVILLE, OH 45331-9208

FREDERIC GREENMAN
42 FULLER BROOK RD
WELLESLEY, MA 02482-7118

FREDERICK E BOYD
417 MAPLESHORE DR
CHESAPEAKE, VA 23320-6921

FRED YOUNG
189 FILLMORE WAY
YARDLEY, PA 19067-6426

FREDERICA [RIKI] FIEBEL
PO BOX 957
HAYESVILLE, NC 28904-0957

FREDERICK E SNYDER III
318 NORDALE DR
FORT WAYNE, IN 46804-1030

FREDA MORRIS
1928 GERALDSON DR
LANCASTER, PA 17601-3622

FREDERICK [CHRIS] CRUGER
109 PADDOCK PL
PONTE VEDRA B, FL 32082-3957

FREDERICK F NOE
3917 EVERSHOLT ST
CLERMONT, FL 34711-5218

FREDA PRESSWOOD
PO BOX 26
WINIGAN, MO 63566-0026

FREDERICK [FRED] SHAMLIAN
406 GAYLEY ST APT B110
MEDIA, PA 19063-3733

FREDERICK HARTWELL
523 N MARSHALL RD
MIDDLETOWN, OH 45042-3850

FREDA SHRECK
10 S 7TH ST
WEST MILTON, PA 17886-8036

FREDERICK A SAAL
2889 ARROWHEAD DR
FRIES, VA 24330-3972

FREDERICK HURD EPPENBERGE
7421 SHAFTESBURY AVE
SAINT LOUIS, MO 63130-2209

FREDDIE AUBREY FOREMAN
7351 POINT PATIENCE WAY
ELKRIDGE, MD 21075-7917

FREDERICK BANTIN
3760 W 95TH PL
WESTMINSTER, CO 80031-2604

FREDERICK J [FRED] BEUTLER
1717 SHADFORD RD
ANN ARBOR, MI 48104-4543

FREDDIE GERSHON
421 W 54TH ST FL 2
NEW YORK, NY 10019-4412

FREDERICK C SHEARER
1299 RANGER RD
HARRISBURG, PA 17112-1643

FREDERICK J BROWN
111 CAMBRIDGE ST
BELLE CHASSE, LA 70037-1601

FREDERICK J HRYNKIW
2104 BEECHWOOD BLVD
PITTSBURGH, PA 15217-1814

FREDERICK RUSCH
PO BOX 732
S INTL FALLS, MN 56679-0732

FREDRICK MILLER
129 CEDAR LN
AYDEN, NC 28513-7075

FREDERICK J ZITZMANN JR
569 MOORE BLVD
COVINGTON, LA 70433-7910

FREDERICK SCHROEDER
2615 WESTMORE DR
FORT WAYNE, IN 46845-1693

FREIDA M SULLIVAN
PO BOX 1466
JOLIET, IL 60434-1466

FREDERICK JAMES THOMAS
1014 MERRYWOOD DR
ENGLEWOOD, OH 45322-2445

FREDERICK W CLARK
529 BRAFFETSVILLE NORTH RD
NEW PARIS, OH 45347-9134

FREIDA MCCALL
375 GILL RD
APOLLO, PA 15613-9610

FREDERICK LAWSON
56 BENTLY LN
WILLINGBORO, NJ 08046-1509

FREDERICK W COLE
14520 SEYMOUR RD
LINDEN, MI 48451-9794

FREYA HUTCHINSON
4210 STONEBRIDGE
HOLLY, MI 48442-9532

FREDERICK LEE COUNCIL
2417 LANSING AVE
PORTSMOUTH, VA 23704-6423

FREDERICK W DOERR
PO BOX 124
OAKLYN, NJ 08107-0124

FRIEDA GORELICK
2058 VIA MARIPOSA E UNIT B
LAGUNA WOODS, CA 92637-0873

FREDERICK LYNCH
3415 ANTON CT
NAPLES, FL 34109-1575

FREDERICK W MILLER
313 APPOMATTOX DR
BRENTWOOD, TN 37027-4956

FRIEDA MCCULLOUGH
17550 SHARON VALLEY RD
MANCHESTER, MI 48158-9525

FREDERICK M HERRMANN
10 ALLWOOD DR
LAWRENCEVILLE, NJ 08648-3104

FREDRA JACKSON
1045 ANDERSON RD
PORT MURRAY, NJ 07865-5311

FRIMMA ROSENTHAL
2 MCCHESNEY CT
WEST ORANGE, NJ 07052-1135

FREDERICK M SHEETS
2615 MOUNDED CT
FORT WAYNE, IN 46815-7768

FREDRIC A POWELL
12794 PANTHERS WAY
FISHERS, IN 46037-4401

FRITZ GUNDER NEUMANN
2001 KNOLTON AVE
ORANGE CITY, FL 32763-3306

FREDERICK N [FRITZ] SCHROEDER
1419 RIDGE RD
LANCASTER, PA 17603-4735

FREDRIC S GRISTE
306 N SNOWDON CT
EXTON, PA 19341-1465

FRITZI LAINOFF
6140 SW BOUNDARY ST APT 106
PORTLAND, OR 97221-1066

FRONA ELLINGTON
1326 E MAIN ST
RICHMOND, IN 47374-4308

G SAMUEL TREYNOR
20542 BOBIGIAN DR
PORTER, TX 77365-7206

GAIL ANN NEFT
2123 SHADY AVE APT C3
PITTSBURGH, PA 15217-1851

G CRAIG COOPER
37 CHESTNUT ST
MANTUA, NJ 08051-1403

G TAYLOR CUMBERWORTH
PO BOX 60
LANDIS, NC 28088-0060

GAIL ASHENBRENER
441 8TH ST N
WISCONSIN RAP, WI 54494-3608

G EDWARD HOLMES
118 DAVIS DR
LEXINGTON, NC 27295-6204

G THOMAS [TOM] CARLETON
5930 LAKE RD W UNIT 101
ASHTABULA, OH 44004-8530

GAIL BOGGS
5572 FAIRWOOD RD
CINCINNATI, OH 45239-7212

G HARRY RANSOM
4925 GLENARDEN DR
LAS VEGAS, NV 89130-0180

GABRIEL P FREEDMAN
10100 CYPRESS COVE DR APT 27
FORT MYERS, FL 33908-7658

GAIL BRUENING
111 JEFF DR
TEXARKANA, TX 75501-9559

G HAYDEN OWENS
45 SUNNY VIEW DR
SAINT PETERS, MO 63376-3546

GAE ANN DYSINGER
1275 ELLSWORTH RD
PERRY, MI 48872-9510

GAIL BULLER
513 DUNHAM CT
MURRELLS INLE, SC 29576-7580

G JEFFREY [JEFF] LECLERE
480 MESA VIEW WAY
GOLDEN, CO 80403-7781

GAIL [BARBARA] REICH
468 HARBOUR ISLE WAY
LONGWOOD, FL 32750-3977

GAIL C WALKER
911 CIRCLE DR
DE QUEEN, AR 71832-3919

G LOUISE [JENNE] RENKIN
421 N CHERRY ST
LANCASTER, PA 17602-4913

GAIL A HINTERKEUSER
356 EASTBURY HILL RD
GLASTONBURY, CT 06033-3914

GAIL CARLSON
1966 S SIMONS RD
LAKE LEELANAU, MI 49653-9662

G MICHAEL [MIKE] MADDEN
207 W HAYES ST
DE GRAFF, OH 43318

GAIL A KAELIN
3035 W VALANNA CT
MILWAUKEE, WI 53209-2506

GAIL CLARK
2428 JOHNSON STREET RD
KEOKUK, IA 52632-9736

G ROBERT BROWN
1907 LA MESA DR
DODGE CITY, KS 67801-6420

GAIL A SEDMAK
2214 W 10TH ST
ASHTABULA, OH 44004-2530

GAIL DUGGINS
7708 CRESTMORE CIR
KNOXVILLE, TN 37919-8016

GAIL FARRELL
12784 W GREENFIELD RD
GRAND LEDGE, MI 48837-8802

GAIL JAMES
23829 NE GREENS CROSSING RD
REDMOND, WA 98053-6287

GAIL NICK
PO BOX 30754
SEA ISLAND, GA 31561-0754

GAIL FIER
2940 OCEAN PKWY APT 13U
BROOKLYN, NY 11235-8232

GAIL KAERCHER
1004 REMINGTON RD
WYNNEWOOD, PA 19096-2326

GAIL PAGE
8 WASHINGTON TER
WOBURN, MA 01801-3316

GAIL GAGORIK
1825 EDUCATIONAL DR
WHITE OAK, PA 15131-2203

GAIL KIMBROUGH
488 KIMBRELL XING
FORT MILL, SC 29715-9000

GAIL PARRICK
17185 CARLSON CT
LAKE OSWEGO, OR 97034-5802

GAIL GALER
231 N 6TH ST
SUNBURY, PA 17801-2005

GAIL KLEIN
5515 S SEABROOK CIR
SIOUX FALLS, SD 57108-4671

GAIL PATTERSON
12961 APPLEWOOD DR
HUNTLEY, IL 60142-7433

GAIL GOLDENBERG
6734 VERMONT AVE
SAINT LOUIS, MO 63111-2735

GAIL KRAMER
525 FAIRVIEW RD
PENN VALLEY, PA 19072-1413

GAIL R KING
8379 S SCOTTDALE RD
BERRIEN SPRIN, MI 49103-9789

GAIL HAMILTON
10413 NELLIE WHITE LN
FAIRFAX, VA 22032-3820

GAIL LEMKE
255 CHARRING CT
RIVA, MD 21140-1516

GAIL R LEVINE-FRIED PHD
2125 E 33RD ST
BROOKLYN, NY 11234-4901

GAIL HECHT
50 BREWSTER RD
SCARSDALE, NY 10583-3002

GAIL M TETLOW
1089 JONES DR
SALEM, OH 44460-3509

GAIL RUGGIERO
984 KENNETT WAY
WEST CHESTER, PA 19380-5725

GAIL HERNANDEZ
1228 TOMMIES DR
KNIGHTDALE, NC 27545-9062

GAIL MERRELL
6920 CAMDEN DR
NEW ALBANY, OH 43054-9288

GAIL SCOTT
200 LESLIE DR APT 915
HALLANDALE BE, FL 33009-7318

GAIL HUNT
623 ROUND TABLE RD
GRAND JUNCTIO, CO 81504-4382

GAIL MOORE
4307 WOODRIDGE DR
EAU CLAIRE, WI 54701-9023

GAIL STIRLING
6644 AIKEN RD
LOCKPORT, NY 14094-9648

GAIL T HASKELL
36 SUMMER ST
ROCKPORT, MA 01966-2146

GAIL WEBER
216 CRAPE MYRTLE DR
HOLMDEL, NJ 07733-1538

GALE GLADFELTER
3102 CANDLELIGHT DR NE
ALBUQUERQUE, NM 87111-5007

GAIL T KELLEY
5041 TALL PINES CT
RALEIGH, NC 27609-4664

GAIL WEINBERG
8117 PALOMINO DR
BRIDGEVILLE, PA 15017-1172

GALE HARRIS
1714 69TH AVE N
BROOKLYN CENT, MN 55430-1405

GAIL TAYLOR
2564 MACON CIR
NORTH FORT MY, FL 33917-6036

GAIL WIDING
13386 N FENTON RD
FENTON, MI 48430-1176

GALE MARTIN
215 IRENE AVE
EPHRATA, PA 17522-2172

GAIL TENVOORDE
523 54TH AVE N TRLR 48
SAINT CLOUD, MN 56303-2067

GAIL WILSON
189 OAK GROVE RD
CENTRAL, SC 29630-8961

GALE R KOOISTRA
2513 MARTIN ST
CROSS PLAINS, WI 53528-9676

GAIL THORPE
900 GLENDOWER ST
ASHLAND, OR 97520-1016

GAIL WISE
1113 MIDDLE DR
RICHMOND, IN 47374-1625

GALEN E KULP
902 IVY LN
EPHRATA, PA 17522-2608

GAIL TRATE
770 REINHOLDS RD
DENVER, PA 17517-8771

GAIL WITWER
121 JULIA RD
EPHRATA, PA 17522-1546

GALEN G MCCLUSKY
32900 S RIDGEVIEW FARM RD
DREXEL, MO 64742-6211

GAIL TRUMP
1284 HIGHLAND DR
GREENVILLE, OH 45331-2677

GAILMARIE RIZZO
325 LANDSENDE RD
DEVON, PA 19333-1424

GALEN JOHNSON
1006 TYLER ST
GAINESVILLE, TX 76240-5735

GAIL VERSCH
428 HOME AVE
PLYMOUTH, WI 53073-1813

GAITHER D PEDEN JR
234 NACOOCHEE DR
WOODSTOCK, GA 30188-3133

GALEN UNDERWOOD
1110 WESTWOOD DR NW
CEDAR RAPIDS, IA 52405-2122

GAIL VESPA
3546 BEECHWOOD RD
ROSE CITY, MI 48654-9423

GALE A JONES
1420 REDWOOD CIR APT 225
GRANTS PASS, OR 97527-5552

GARETH W CULP
2802 W HUNTINGTON DR
PEORIA, IL 61614-3749

GARNER DALLIS SNUFFER
3804 AVONDALE BREEZE AVE
NORTH LAS VEG, NV 89081-5201

GARNETTE MORRIS
178 GALE FAUCETT RD
TRENTON, TN 38382-7900

GAROLD COOK
110 E PARK ST
FORT LORAMIE, OH 45845-9302

GARON FYFFE
1418 E OLIVE ST
ARLINGTON HEI, IL 60004-5023

GARRETT OSBORNE
10560 NE 76TH AVE
MITCHELLVILLE, IA 50169-9513

GARRICK MISHAGA
9104 GREGORY CT
MENTOR, OH 44060-4429

GARRY DOKTER
PO BOX 4349
BIG BEAR LAKE, CA 92315-4349

GARRY FULLINGTON
PO BOX 10411
HILO, HI 96721-5411

GARRY G PATRIQUIN
21 HICKORY ST APT 113
PITTSBURGH, PA 15223-1958

GARRY GARNER
10678 S AND G CIRCLE LN
HARVEY, AR 72841-8001

GARRY J DUNN
710 W 6TH ST
SEDALIA, MO 65301-4112

GARRY L KNAPP
1594 TUSCANY LN
HOLT, MI 48842-2034

GARRY TALBERT
715 PINE SPRINGS RD
COLUMBIA, SC 29210-5707

GARRY WIKE
921 FOREST HILL RD
STEVENS, PA 17578-9780

GARRY WILLIS
38909 200TH AVE SE
AUBURN, WA 98092-9747

GARTH LARNER
2294 COY RD
MASON, MI 48854-9205

GARTH RICHARD
55321 BUCKHORN RD
THREE RIVERS, MI 49093

GARY (CRACKO) COWAN
3393 PARC DR SW
ATLANTA, GA 30311-5226

GARY [BILL] DONOVAN
PO BOX 1228
DOVER, AR 72837-1228

GARY [GEORGE] JANNEY
501 W LOCUST AVE
EL DORADO, KS 67042-2710

GARY [KEENAN] DAVISON
103 TERRACE LN
INTERNATIONAL, MN 56649-2111

GARY [MIKE] ROBERTS
10856 IRONBRIDGE DR
VENICE, FL 34293-7319

GARY A KRICK
PO BOX 66
POTTS GROVE, PA 17865-0066

GARY A MINADEO
1216 GIESSE DR
MAYFIELD HEIG, OH 44124-1813

GARY ALTFILLISCH
1319 TODD AVE
ALBERT LEA, MN 56007-3161

GARY B FIEBERT
87 CRICKET CLUB DR
ROSLYN, NY 11576-2908

GARY BARNES
1216 ROLLING FARM DR
RALEIGH, NC 27603-8749

GARY BOCK
415 SABBATH DR
PITTSBURGH, PA 15236-4007

GARY CASANOVA
3560 GLEN ALLEN DR
CLEVELAND HEI, OH 44121-1505

GARY DANIEL
603 BRIAR HILL RD
LOUISVILLE, KY 40206-3011

GARY BORNFLETH
41 NEWELL CT
WALNUT CREEK, CA 94595-1506

GARY CIUBA
8441 STATE ROUTE 46
NORTH BLOOMFI, OH 44450-9742

GARY DICKEY
3607 SE 18TH CT
DES MOINES, IA 50320-2337

GARY BOYER
5213 BAHAMA AVE
SAND SPRINGS, OK 74063-2123

GARY CLINE
1905 BRANDES LN
PINCKNEY, MI 48169-9111

GARY DRUM
4032 PLEASANT VIEW RD
NEW COLUMBIA, PA 17856-9138

GARY BROWN
7402 LARCHWOOD CIR
ROWLETT, TX 75089-2773

GARY CRAWFORD
PO BOX 124
NUCLA, CO 81424-0124

GARY DURHAM
1791 LAKE LOTELA DR
AVON PARK, FL 33825-8491

GARY BURNS
212 COBBLESTONE DR
CHAPEL HILL, NC 27516-8738

GARY D BRYN
7429 51ST ST NE
DEVILS LAKE, ND 58301-8815

GARY E BRADLEY
1522 KLEMP ST
LEAVENWORTH, KS 66048-3629

GARY C FRAIN
19 JO PAUL DR
ATTLEBORO, MA 02703-5828

GARY D FISHER
299 HIGH ST
BROOKFIELD, MO 64628-2464

GARY E COLLINS
2 HILL RD
BURLINGTON, NJ 08016-4224

GARY C KRAFT
216 FARMINGTON RD
DELRAN, NJ 08075-1535

GARY D MOORE
8714 FM 146
TULIA, TX 79088-4802

GARY E MARKS
102 MCKINLEY AVE
ENDICOTT, NY 13760-5417

GARY C WOOD
7321 E BAYLEY ST
WICHITA, KS 67207-2708

GARY D PAULSEN
232 SW 7TH ST
OGDEN, IA 50212-3035

GARY E STEINACKER
2347 W HIGH ST
DAVENPORT, IA 52804-2903

GARY CAMPBELL
802 CYPRESS GROVE LN APT 205
POMPANO BEACH, FL 33069-5045

GARY D SMOTHERS
145 N THISTLEDOWN DR
PALMYRA, PA 17078-9030

GARY E SWIFT
826 MCKENNY AVE
DELTONA, FL 32725-7321

GARY F OLMSCHEID
1112 10TH AVE SE
SAINT CLOUD, MN 56304-1702

GARY F STECH
PO BOX 471
PAW PAW, MI 49079-0471

GARY FORCE
150 BLUE HERON CT
BOWLING GREEN, KY 42103-7910

GARY G ALBRECHT
1001 CLEARY AVE
METAIRIE, LA 70001-3720

GARY GAAL
3476 BEECHWOOD BLVD
PITTSBURGH, PA 15217-2943

GARY GALLUPE
3859 RAMBLEWOOD DR
RICHFIELD, OH 44286-9642

GARY GOCKLEY
215 W 4TH ST APT 4
QUARRYVILLE, PA 17566-1135

GARY GOENNER
11365 HIGHWAY 7
WACONIA, MN 55387-9652

GARY GOLLNER
7201 W VAN DORN ST
LINCOLN, NE 68532-9134

GARY GORLA
1731 W CAMINO TIERRA
YUMA, AZ 85364-6251

GARY GRAM
117 EDGELEA DR
GREENCASTLE, IN 46135-9209

GARY GREENEMEYER
744 S TERRACE DR
WICHITA, KS 67218-2240

GARY GROTHAUS
4293 W 49TH S
IDAHO FALLS, ID 83402-5726

GARY GUITTAR
10729 SAINT EDMUND LN
SAINT ANN, MO 63074-2526

GARY GUNN
1328 RIVERMONT DR
GALLATIN, TN 37066-5643

GARY H BOUCHARD
690 CHANDLER RD APT 209
GURNEE, IL 60031-3182

GARY HAMMOND
PO BOX 1043
HEWITT, TX 76643-1043

GARY HAMPAR
306 S CARMELINA AVE
LOS ANGELES, CA 90049-3906

GARY HEARRELL
8380 W 63RD AVE
ARVADA, CO 80004-3418

GARY HEATH
27411 VIA SEGUNDO
MISSION VIEJO, CA 92692-1927

GARY HERMANN
20556 LINDA LN
COTTONWOOD, CA 96022-9505

GARY HOFFMAN
194 APPLE DR
CRESSON, PA 16630-1655

GARY HOLLINGER
610 WILLOW GRN
LITITZ, PA 17543-8370

GARY HUDSON [BUCK] SMITH J
320 CREEK RD W
GREENWOOD, SC 29646-8510

GARY HUIETT
1519 E 54TH ST
BROOKLYN, NY 11234-3929

GARY I KRAVIS MD
110 SOMERSET DR
BLUE BELL, PA 19422-1452

GARY J BLOHM
9221 LAUREL PLZ
OMAHA, NE 68134-1855

GARY J CRISS
769 WINDING RIDGE DR APT 35
RICHMOND, IN 47374-8024

GARY J SUTHERLAND
4153 MONTRACHET DR
KENNER, LA 70065-1753

GARY J THOME
14001 W 55TH ST S
CLEARWATER, KS 67026-9026

GARY JACKSON
1271 COUNTY ROAD 20
ADA, OH 45810-9423

GARY JAHNKE
1313 SOLITAIRE
ROUND ROCK, TX 78665-1110

GARY JOHNSON
208 1/2 WEST MAIN
CAIRO, OH 45820

GARY K SLOAN
357 WESTLAKE TER
PALM SPRINGS, CA 92264-5534

GARY L BARTON
1772 ROAD P5
EMPORIA, KS 66801-8140

GARY L CROUSE
2784 CALVERT RD
TROUT RUN, PA 17771-8912

GARY L GLOBUS
51 VANDERBILT AVE
MANHASSET, NY 11030-1919

GARY L GRILLOT
3439 RUSSIA VERSAILLES RD
RUSSIA, OH 45363-9780

GARY L MARTZALL
37 DAWN AVE
AKRON, PA 17501-1619

GARY L MASKE
3710 S GOLDFIELD RD LOT 653
APACHE JUNCTI, AZ 85119-6629

GARY L REEDER
2324 GLENHEATH DR
DAYTON, OH 45440-1904

GARY L SHOWERS
3035 HOUSELS RUN RD
MILTON, PA 17847-9007

GARY LARSEN
621 SENECA RD
WISCONSIN RAP, WI 54495-9395

GARY LEE GAGE
1007 OLD MILL STREAM LN
SHEPHERDSVILL, KY 40165-6826

GARY LEE MILLER
1811 E WALNUT ST
ALGONA, IA 50511-1263

GARY LUEDTKE
3817 N 101ST ST
OMAHA, NE 68134-3705

GARY LUMPA
4 GLENVIEW KNL NE
IOWA CITY, IA 52240-9146

GARY M GRECHANIK
48 DOGWOOD AVE
MALVERNE, NY 11565-1206

GARY MARTIN
802 PINE HILL RD
LITITZ, PA 17543-8988

GARY MCLAUGHLIN
811 YODER ST
KEOKUK, IA 52632-2553

GARY MILLER
224 PALA CIR
PLACENTIA, CA 92870-6212

GARY MILLER
916 CHERRYWOOD DR
LEXINGTON, KY 40515-5019

GARY MILLER
2024 GARWOOD DR
ORLANDO, FL 32822-6109

GARY MOOMJIAN
1 OAK HILL DR
OYSTER BAY, NY 11771-3905

GARY MORROW
3916 S POPLAR ST
TEMPE, AZ 85282-5760

GARY ONADY MD
1321 APPLE BROOK LN
DAYTON, OH 45458-9585

GARY REEDY
54 NEWKY RD
NEW COLUMBIA, PA 17856-9151

GARY MYERS
8 ASHWOOD CT
EDWARDSVILLE, IL 62025-3165

GARY PIDGEON
PO BOX 67
TIFFIN, IA 52340-0067

GARY ROGERS
1102 PEMBERTON DR
FORT WAYNE, IN 46805-5330

GARY N ALSPAUGH
332 LEON LUKE RD
COOKEVILLE, TN 38506-8859

GARY POTTER
760 W RIVER OAK DR
ORMOND BEACH, FL 32174-4642

GARY RONALD YOCUM
6031 N 23RD PL
PHOENIX, AZ 85016-2006

GARY N DAVIDSON
287 LORA DR
WARNE, NC 28909-9740

GARY PRUITT
PO BOX 1227
LITTLEFIELD, AZ 86432-1227

GARY ROONEY
375 HILLTOP LN
WILDER, TN 38589

GARY NEAD
138 S 5TH ST
CEDAR SPRINGS, MI 49319-9466

GARY R ANDERSON
25766 LAKE RD
SAINT CLOUD, MN 56301-9769

GARY S WINEGARDNER
7650 DALGLEN DR
REYNOLDSBURG, OH 43068-2623

GARY NELSON CHRISTENSEN
7125 FRUITVILLE RD SPC 660
SARASOTA, FL 34240-8957

GARY R LICHTENWALTER
1265 RED BUTTE DR
ASPEN, CO 81611-1083

GARY SHAKE
610 NEVIN LN
FISHERVILLE, KY 40023-7533

GARY NICHOLAS IMHOLTE
19237 E SHORE DR
KIMBALL, MN 55353-2752

GARY R MATHIESEN
1215 N DAKOTA ST APT 1
ABERDEEN, SD 57401-2105

GARY SMITH
423 RANDOLPH ST
RICHMOND, IN 47374-2949

GARY O BENNETT
66 HILLSIDE AVE
TENAFLY, NJ 07670-2114

GARY RAMSEY
409 WHITE COLUMNS WAY
WILMINGTON, NC 28411-8354

GARY STEES
PO BOX 358
WOLCOTTVILLE, IN 46795-0358

GARY O GIBSON
724 ASHTON DR
DAVENPORT, FL 33837-8447

GARY REED
25395 EDGEMONT DR
SOUTHFIELD, MI 48033-2201

GARY STEVEN JACOB PHD
171 E 84TH ST APT 16J
NEW YORK, NY 10028-2081

GARY STEVENS
37710 SHADY BEND RD NE
ALBANY, OR 97322-7440

GARY T BOUGHTER
5705 SPICEWOOD LN
LOUISVILLE, KY 40219-1024

GARY T O'ROURKE
809 RED LEAF CT
SAN FRANCISCO, CA 94134-3157

GARY T RICH
PO BOX 301
BALSAM LAKE, WI 54810-0301

GARY TYLER
2431 YORKTOWN RD
COLORADO SPRI, CO 80907-6550

GARY W ANUNSON
8021 BRIDLE PATH WAY
POLLOCK PINES, CA 95726-9642

GARY W DICKERSON
53047 EASTER RD
OLATHE, CO 81425-9742

GARY W ELLISON
1504 KENWOOD ST
DENTON, TX 76205-5130

GARY W GILBERT
1440 E 22ND ST
DES MOINES, IA 50317-2527

GARY W STANDIFORD
1636 INWOOD DR
FORT WAYNE, IN 46815-7127

GARY W WIGGANS
707 GARWOOD RD
RICHMOND, IN 47374-7120

GARY W YOUNG
5611 E 49TH ST N
BEL AIRE, KS 67220-1479

GARY WALLS
12454 REDWOOD ST NW
COON RAPIDS, MN 55448-1458

GARY WARREN
3111 ELM DR
URBANDALE, IA 50322-4129

GARY WAYNE GRIFFIN
PO BOX 71
DELL, AR 72426-0071

GARY WICKER
8063 SUNCREST DR
DES MOINES, IA 50320-6856

GARY WIELEN
PO BOX 1506
KELSEYVILLE, CA 95451-1506

GARY WILKINSON
19 ADAIR CIR
FLORISSANT, CO 80816-7908

GARY WILLIAMS
113 E 11TH ST
WATSONTOWN, PA 17777-1015

GARY WIPPER
835 ASH ST APT 104
CLEARWATER, MN 55320-2029

GARY WOLVERTON
219 W PARKWOOD ST
SIDNEY, OH 45365-1494

GARY WRIGHT
22741 E TRAP POND RD
GEORGETOWN, DE 19947-4731

GASPER T MICHELLI
115 W CANEBRAKE BLVD
HATTIESBURG, MS 39402-8341

GAUT RAGSDALE
3055 LINDSEY DR
EDGEWOOD, KY 41017-3223

GAY E LAWTON
65 YOUNG DR
PORTSMOUTH, RI 02871-2147

GAY KLEARMAN KORNBLUM
55 CONWAY CLOSE RD
SAINT LOUIS, MO 63124-1633

GAY M NAUTA
1401 HUNTERS TRCE NE
LOWELL, MI 49331-8861

GAY ROBERTS
30 W OAK ST APT 4E
CHICAGO, IL 60610-8715

GAY SACHSE
401 BRIGHTWOOD CLUB DR
LUTHERVILLE T, MD 21093-3630

GAY SKOBAC
59 COHASSET LN
CHERRY HILL, NJ 08003-1985

GAY VACHRIS
43 DOGWOOD LN
MANHASSET, NY 11030-1638

GAY WILLCUTT
989 SKYLINE LN SW
ROCHESTER, MN 55902-0985

GAY WILLIAMS
2255 W HIGH ST
LIMA, OH 45805-2104

GAYA J PERKINS
1608 FM 41
LUBBOCK, TX 79423-6828

GAYE L WILES
10158 GAIL LN
AUBREY, TX 76227-7417

GAYLA RICKETTS
1085 POSEY HILL RD
MOUNT JULIET, TN 37122-4815

GAYLE BERGES
1408 GENERAL COLLINS AVE
NEW ORLEANS, LA 70114-1839

GAYLE CHALOKA
2200 ONEIDA ST APT 308
JOLIET, IL 60435-6594

GAYLE CROWLEY
24826 WHITE PLAINS DR
NOVI, MI 48374-3159

GAYLE D GABRIEL
5836 N 113TH ST
MILWAUKEE, WI 53225-2300

GAYLE EMMONS
4955 CLIFF POINT CIR E
COLORADO SPRI, CO 80919-8105

GAYLE HODGES
4321 OCEAN BEACH HWY
LONGVIEW, WA 98632-4825

GAYLE IDDINGS
4040 LEGADO AVE
ATASCADERO, CA 93422-3225

GAYLE KENNEDY
6260 N LAKEPOINT PL
PARKER, CO 80134-5961

GAYLE L DURKEE
3425 TREADMILL CT SE
CALEDONIA, MI 49316-9164

GAYLE PATTERSON
1057 VILLAS CREEK DR
EDMOND, OK 73003-3093

GAYLE SKAGGS
2713 TROON CIR
BILLINGS, MT 59101-9471

GAYLE WASHBURN
5745 CALAIS BLVD N APT 4
SAINT PETERSB, FL 33714-2010

GAYLE WEST
1326 CRYSTAL GREENS DR
SUN CITY CENT, FL 33573-4421

GAYLE WHITE
PO BOX 1304
SANTA TERESA, NM 88008-1304

GAYLENE A NEILL
22775 E RIVER CHASE WAY
PARKER, CO 80138-8476

GAYLIA COFFEY
13567 BANCROFT RD
BYRON, MI 48418-8940

GAYLIA WEBER
14443 CHERRY ST
BRIGHTON, CO 80602-7858

GAYLON CLARK
2 SANCHEZ PL
HOT SPRINGS V, AR 71909-7750

GAYLORD MILLSPAUGH
1345 COUNTRY HILL DR
SALISBURY, NC 28147-9576

GAYLORD S RISCH
2091 MEECH RD
WILLIAMSTON, MI 48895-9522

GAYLYN LUTHER
2016 GREEN ST
WARNER ROBINS, GA 31093-2726

GAYNELL ALLEN
5824 PAINTERS ST
NEW ORLEANS, LA 70122-5328

GAYWOOD [GAY] OCHS
W151N8726 MARSHALL DR
MENOMONEE FAL, WI 53051-3109

Gecrb/gap
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Gecrb/sams Club
GECRB/Sams Club
PO Box 103104
Roswell, GA 30076-9104

GENE [MAC] MCDONALD
PO BOX 685
COULEE CITY, WA 99115-0685

GENE A DEEMER
5 INSKEEP CT
SHAMONG, NJ 08088-8631

GENE A LYSTER
123 SUNDOWN RD
STORM LAKE, IA 50588-7524

GENE B HAMRICK
623 CHOCTAW DR
DESTIN, FL 32541-3125

GENE D VINEYARD
1429 SYCAMORE ST
IOWA CITY, IA 52240-6047

GENE DEFEE
102 TERRACE CIR
LAMESA, TX 79331-4137

GENE E AUSTIN
PO BOX 41
PRESQUE ISLE, MI 49777-0041

GENE E PRICE
PO BOX 181
HAMILTON, IN 46742-0181

GENE E WHITE
2526 N LONGFELLOW ST
WICHITA, KS 67226-1149

GENE FRICK
3000 GALLOWAY RDG APT B003
PITTSBORO, NC 27312-3802

GENE FRIEND
3451 COUNTY ROAD 24
INTERNATIONAL, MN 56649-8917

GENE HOMER
225 ROUNTREE DR
CEDAR CITY, UT 84720-3534

GENE KAESTNER
N9109 STATE ROAD 42
CLEVELAND, WI 53015-1612

GENE KLETT
13845 N SUTHERLAND WASH WA
ORO VALLEY, AZ 85755-4719

GENE LEE
1006 N 14TH ST
LAMESA, TX 79331-3111

GENE NEATHAMER
1134 KALAMA RIVER RD
KALAMA, WA 98625-9616

GENE PIEHE
11353 LEE AVE
ADELANTO, CA 92301-1841

GENE R BURRIS USAF
176 S 48TH ST
RICHMOND, IN 47374-6011

GENE ROSENTHAL
1225 COLLEGE AVE
SHEBOYGAN, WI 53083-1218

GENE S SHARP
1036 STONEGATE CT
WAPAKONETA, OH 45895-7208

GENE TURNER JOHNSON
171 MAC RD
BAMBERG, SC 29003-8605

GENEVA TURBEVILLE
3901 KAZAK ST
GARLAND, TX 75041-5142

GENNY SAATZER
1016 7TH AVE N
SAINT CLOUD, MN 56303-2802

GENE V CLEMENS
3308 W 81ST ST
BLOOMINGTON, MN 55431-1013

GENEVIEVE [GENNY] JENKINS
2738 347TH ST
KEOKUK, IA 52632-9549

GEO KONDORA
1655 SILVER MAPLE TRL
NORTH LIBERTY, IA 52317-4738

GENE W HENDRIX
PO BOX 1255
BETHANY BEACH, DE 19930-1255

GENEVIEVE BATTALION
2816 2ND AVE E
INTERNATIONAL, MN 56649-4408

GEOFFREY D SEIDEL
8488 DEVON LN
WALKERSVILLE, MD 21793-9311

GENE WALLACE
2812 N 160TH ST
OMAHA, NE 68116-2060

GENEVIEVE CHRISTINSEN
13284 90TH ST NW
SOUTH HAVEN, MN 55382-3405

GEOFFREY G JACKSON
5551 WIDGEON WAY
FRISCO, TX 75034-5121

GENEAL RICKER
4601 LAKE RIDGE DR
THE COLONY, TX 75056-4029

GENEVIEVE DAVIS
27645 CHAPALA
MISSION VIEJO, CA 92692-1236

GEOFFREY LAWRENCE
940 S 12TH ST
COTTONWOOD, AZ 86326-4517

GENEVA AGNEW
1124 PORTER RD
ATWATER, OH 44201-9560

GENEVIEVE FASKI
924 4 MILE RD NE
GRAND RAPIDS, MI 49525-2649

GEOFFREY SEEGER
205 EDGEWOOD AVE
WESTFIELD, NJ 07090-3917

GENEVA BELFORD
1208 LAKESIDE LN
MAHOMET, IL 61853-9767

GENEVIEVE L HOLZNAGEL
500 W RAND RD APT A307
ARLINGTON HEI, IL 60004-2375

GEOFFREY T FORTUNA
7310 PLAYERS CLUB DR
PAINESVILLE, OH 44077-8946

GENEVA DOURISSEAU
2004 N 160TH ST
OMAHA, NE 68116-2046

GENEVIEVE OTT
4505 SW 106TH PL
OCALA, FL 34476-4285

GEORGANA BOND
1189 FEARRINGTON POST
PITTSBORO, NC 27312-5023

GENEVA REED
1402 NORTHWEST BLVD
SIBLEY, IA 51249-7502

GENEVIEVE SHARP
26 LUCILLE DR
SYOSSET, NY 11791-3724

GEORGANN SALZARULO
5649 ROANE DR
OCEANSIDE, CA 92057-4816

GEORGANNE ROBERTSON
2230 N BAY DR
WILLOUGHBY, OH 44094-8061

GEORGANNE SERICO
99 OAKLAND AVE
TUCKAHOE, NY 10707-1732

GEORGE [BUTCH] MILLER
3017 WAYNE AVE
IOWA CITY, IA 52240-2853

GEORGE [JERRY] JESTER
1838 GLENDALE RD
SALINA, KS 67401-6675

GEORGE [PAUL] STOLTZ
8209 EASY ST
SHERWOOD, AR 72120-9319

GEORGE A AIAVOLASITI
102 LOUIS DR
FOLSOM, LA 70437-5538

GEORGE A BILGER
1910 N 81ST ST APT 6
OMAHA, NE 68114-1575

GEORGE A BROOKE
705 CLUB LN
KIRKWOOD, MO 63122-2928

GEORGE A DI GIOIA
1843 BOUGAINVILLEA DR
MINDEN, NV 89423-5175

GEORGE A GEER
4465 ESPIRIT DR
FORT COLLINS, CO 80524-6045

GEORGE A KICKHAM
510 NEWTON ST
CHESTNUT HILL, MA 02467-3177

GEORGE A REIMANN
1775 AVALON ST
IDAHO FALLS, ID 83402-3053

GEORGE A SABATINI
21 RAINBOW POND DR APT A1
WALPOLE, MA 02081-3455

GEORGE ALFRED SIMONS
7409 GALLOWAY RD
WEEKI WACHEE, FL 34613-7441

GEORGE ALLMANN
706 SANTA FE ST
THE VILLAGES, FL 32162-7469

GEORGE BALLUFF
9770 110TH ST W
MONTGOMERY, MN 56069-1948

GEORGE BATES
680 GREENFIELD PKWY
DES MOINES, IA 50320-6824

GEORGE BATTAGLINI
2460 SW 22ND AVE APT 804
DELRAY BEACH, FL 33445-7732

GEORGE BAUSWELL
506 LOCUST ST
MONTROSE, IA 52639-9776

GEORGE BELDEN
1009 32ND AVE N
SAINT CLOUD, MN 56303-2231

GEORGE BENNETT STORM
2882 GULF TO BAY BLVD LOT 21
CLEARWATER, FL 33759-4067

GEORGE C FIX
N24W24028 STILLWATER LN # B
PEWAUKEE, WI 53072-6430

GEORGE C HUPP
24 GRENEWOOD LN
HAINES CITY, FL 33844-8812

GEORGE C SNYDER
PO BOX 1081
FAIRPLAY, CO 80440-1081

GEORGE COLE REESE
33 HIGHLAND DR
EAST GREENBUS, NY 12061-1825

GEORGE CONDERN
4510 GORC WAY
RENO, NV 89502-6308

GEORGE CRESPO CANOVA
PO BOX 850
CROSSVILLE, TN 38557-0850

GEORGE D DYKHUIZEN
8110 CASA DE MEADOWS DR
ENGLEWOOD, FL 34224-9530

GEORGE E KIRTS
PO BOX 91
CUMMING, IA 50061-0091

GEORGE F HURTER JR
256 BRANDAMORE RD
HONEY BROOK, PA 19344-1245

GEORGE D HEILAND
640 TREMONT ST
SARASOTA, FL 34242-1212

GEORGE E KNIGHT JR
4012 CEDAR GROVE CRES
CHESAPEAKE, VA 23321-3108

GEORGE F LONG
269 BONNYNECK DR
GEORGETOWN, SC 29440-7217

GEORGE D KITCHELL
7611 BROUS AVE
PHILADELPHIA, PA 19152-3907

GEORGE E MILLER
23245 S MALIBU DR
MANHATTAN, IL 60442-9619

GEORGE G [BUZ] KIEFER
3415 SPRING VIEW DR
SEVIERVILLE, TN 37862-8415

GEORGE D NORMAN
112 JUNIPER DR
LAMESA, TX 79331-4118

GEORGE E RECTOR
3226 SW COVES DR
ANKENY, IA 50023-9143

GEORGE G HARKER III
292 TALLYHO DR
AUBURN, AL 36832-8624

GEORGE DOWNING
432 N WASHINGTON ST
LIMA, OH 45801-4269

GEORGE E SEASTRUNK
4901 LANDRUM DR
COLUMBIA, SC 29206-1232

GEORGE GALIC
1302 PENINSULA DR
TRAVERSE CITY, MI 49686-1955

GEORGE E CLAYTON JR
404 PLEASANT VIEW RD
NEW COLUMBIA, PA 17856-9107

GEORGE E TUTTLE JR
113 W BELLEFONTE AVE
ALEXANDRIA, VA 22301-1503

GEORGE GIESLER
PO BOX 97
SHELDAHL, IA 50243-0097

GEORGE E GEHRIG
26 NW 18TH ST
RICHMOND, IN 47374-3930

GEORGE ECKELSON
17 MORDEN CLOSE
FREEHOLD, NJ 07728-3809

GEORGE GOODMAN
4561 GREENBUSH AVE
SHERMAN OAKS, CA 91423-3111

GEORGE E HOLMES
HOWARD U COLL OF MEDICINE MI
WASHINGTON, DC 20059-0001

GEORGE ENZMANN
PO BOX 1485
COUPEVILLE, WA 98239-1485

GEORGE GRIEVE
1137 POWELL POND RD
AIKEN, SC 29801-8645

GEORGE E HOPPA
1632 MANISTIQUE AVE
SOUTH MILWAUK, WI 53172-2908

GEORGE EUGENE MCLAUGHLIN SR
103 SUNSET RD
WHITING, NJ 08759-3111

GEORGE H ADAMS
3 WYNWOOD DR
PEMBERTON, NJ 08068-9703

GEORGE H CAMPBELL
1348 WARREN AVE
HAVERTOWN, PA 19083-2021

GEORGE J ESTY
353 FOREST RD
MAHWAH, NJ 07430-3151

GEORGE L BRANIGAN
608 CARMENERE DR
KENNER, LA 70065-1108

GEORGE H EIBEL JR
112 E PLEASANT AVE
SANDWICH, IL 60548-1131

GEORGE J SLAGLE
8780 E MCKELLIPS RD LOT 18
SCOTTSDALE, AZ 85257-4808

GEORGE L GAY
5 KNOLLWOOD LN
IOWA CITY, IA 52245-1626

GEORGE H HOHMANN
2937 W CYPRESS CREEK RD STE
FORT LAUDERDA, FL 33309-1761

GEORGE J SOKOL MD
11010 E PINAL VIS
TUCSON, AZ 85730-1520

GEORGE L JOHNSTON
5741 N 167TH AVENUE CIR
OMAHA, NE 68116-3716

GEORGE H NOLL
W5856 COUNTY ROAD DM
DE FOREST, WI 53532-9709

GEORGE K [JAKE] DERSCH
552 TWIN LAKES DR
KIMBALL, MI 48074-1337

GEORGE L MOSTER
17144 LAUREL RD
CONNERSVILLE, IN 47331-8801

GEORGE H WYCKOFF JR
1170 WHISPERING WATER
SPRING BRANCH, TX 78070-5611

GEORGE K LUMMIS
6505 MILL CREEK CIR
BIRMINGHAM, AL 35242-7322

GEORGE L ONCHAK
27054 S NACKE RD
CRETE, IL 60417-9775

GEORGE HARRIS
864 CARROLL ST
BROOKLYN, NY 11215-1702

GEORGE KOVACS
19618 GUDITH RD
BROWNSTOWN TW, MI 48183-1036

GEORGE L SAINES
3229 EDGEWATER ST
MUSKEGON, MI 49441-1165

GEORGE HENDERSON
610 STATE ROUTE 850
BIDWELL, OH 45614-9283

GEORGE KREISHER
321 ABBOTT RD
DARLINGTON, SC 29540-7813

GEORGE L WAX
4609 CHATEAU DR
METAIRIE, LA 70002-1511

GEORGE I GOVERMAN
1643 CAMBRIDGE ST APT 51
CAMBRIDGE, MA 02138-4328

GEORGE KROUSE
3912 GREGG WAY UNIT 110
CHEYENNE, WY 82009-5418

GEORGE L WEINHAGEN
5567 POINT PELEE CT
HAMBURG TWP, MI 48189-8161

GEORGE I MASON
153024 COUNTY ROAD 108
YULEE, FL 32097-2297

GEORGE L [BUDDY] TUNE
PO BOX 1405
LAMESA, TX 79331-1405

GEORGE LABELLE
18595 SW VIKING CT
ALOHA, OR 97007-5622

GEORGE LLOYD
1133 SPRINGDALE RD
ANDERSON, SC 29621-4066

GEORGE LOVELESS
2010 MONTICELLO AVE
MODESTO, CA 95350-2913

GEORGE M [PETE] PETERS
204 DAVID DR APT I1
BRYN MAWR, PA 19010-2349

GEORGE M BENNETT
813 SE CLARK AVE APT 231
BATTLE GROUND, WA 98604-8962

GEORGE M LEBER
601 E SHORE RD
JAMESTOWN, RI 02835-1710

GEORGE M POWELL
1235 N KINGS RD APT 309
WEST HOLLYWOO, CA 90069-2870

GEORGE M STOFAN
400 TIMBERLINE DR
JOLIET, IL 60431-4829

GEORGE M WYGANT
162 LOCUST LN
MASON, MI 48854-1091

GEORGE MANNING III
363 JAMES ST
MILTON, PA 17847-1901

GEORGE MILLICAN
1818 BROOKSIDE AVE
CANON CITY, CO 81212-9438

GEORGE MINARS
1912 14TH ST S
SAINT CLOUD, MN 56301-4813

GEORGE P FURPHY
349 REDWOOD CT
BENSALEM, PA 19020-4305

GEORGE PATRICK SLAGLE
959 TERRACOTTA DR
ALLEN, TX 75013-4872

GEORGE PATRICK YOCCA
13 BROADWAY ST
MILTON, PA 17847-1129

GEORGE PETERS
223 S 17TH ST
RICHMOND, IN 47374-5650

GEORGE QUINN
30 CAPE BRETON CT
PACIFICA, CA 94044-3842

GEORGE R BROUSE
425 SW 18TH ST
RICHMOND, IN 47374-5144

GEORGE R DECKER
6222 WHITE STORE PAGLND RD
MARSHVILLE, NC 28103-6711

GEORGE R HAM
1002 HECTOR AVE
PASADENA, TX 77502-3849

GEORGE R HANNA
29509 SYLVAN DR
WILLOWICK, OH 44095-4509

GEORGE R LAMBERT
PO BOX 551
SHIRLEY, MA 01464-0551

GEORGE R OSWALD
66272 CHARLES MCDANIEL RD
KENTWOOD, LA 70444-6126

GEORGE R SCANTLIN
610 RIDGEWAY RD
ROSE HILL, KS 67133-9448

GEORGE S [SANDY] HORNER P
287 NEW FREEDOM RD
SOUTHAMPTON, NJ 08088-2803

GEORGE S TOBLER
467 CREEKSIDE LN
LITITZ, PA 17543-6812

GEORGE S WEBB JR
9024 BELVOIR WOODS PKWY
FORT BELVOIR, VA 22060-2701

GEORGE SAX
181 WOODBOURNE DR
LYNCHBURG, VA 24502-5629

GEORGE  SHIAKALLIS
1809 W SPRING RIDGE DR
ARLINGTON HEI, IL 60004-1217

GEORGE  SLOCUM
10011 PARK TRL
HOUSTON, TX 77024-5645

GEORGE  SMITH
PO BOX 5
RANIER, MN 56668-0005

GEORGE  STANGER
32 EL VERANO WAY
YUBA CITY, CA 95993-2132

GEORGE  SWARTZ
46 TROY DR
LITITZ, PA 17543-9419

GEORGE  T HURBAN
1584 DE BATTISTA PL
NEW ORLEANS, LA 70131-7904

GEORGE  T LANE JR
400 CRABAPPLE LN
LAKE WACCAMAW, NC 28450-9598

GEORGE  TENNIS
5 SUPERIOR CT
DURHAM, NC 27713-8683

GEORGE  THURMAN
PO BOX 158
STUART, IA 50250-0158

GEORGE  TUCK
7420 SOUTH ST UNIT 21
LINCOLN, NE 68506-6500

GEORGE  V LEWIS JR
125 NARRAGANSETT DR
MCKEESPORT, PA 15135-3316

GEORGE  V WILLIAMS
13528 WOODSIDE DR
HUDSON, FL 34667-6984

GEORGE  VANNOY
107 PADDOCK ST
SEBASTIAN, FL 32958-6981

GEORGE  W BAILEY
1285 NORRIS DR
COLUMBUS, OH 43224-2735

GEORGE  W BARNCORD
101 ELM AVE
BELLE VERNON, PA 15012-4760

GEORGE  W BERGH
8823 VILLAGE GREEN BLVD
CLERMONT, FL 34711-8577

GEORGE  W CLARK
21141 CANADA RD APT 21B
LAKE FOREST, CA 92630-7729

GEORGE  W DAVIS
6389 FLORIO ST
OAKLAND, CA 94618-1335

GEORGE  W KEITH JR
90 MONOMOYIC WAY
CHATHAM, MA 02633-1110

GEORGE  W LONG
PO BOX 1165
FRITCH, TX 79036-1165

GEORGE  W MOODY
1511 CARSON CRES E
PORTSMOUTH, VA 23701-3111

GEORGE  W PATTERSON
95 INTERVALE RD UNIT 51
STAMFORD, CT 06905-1342

GEORGE  W SCHRECK
4062 SILVERADO DR
IDAHO FALLS, ID 83404-7780

GEORGE  W SHANNON III
9001 LIGON CT
FORT MYERS, FL 33908-3602

GEORGE  WALDSTEIN
144 UPLAND RD
CAMBRIDGE, MA 02140-3623

GEORGE  WIELEN
1130 SONNYS WAY
HOLLISTER, CA 95023-6637

GEORGE  WILL
5850 MERIDIAN RD APT 215B
GIBSONIA, PA 15044-4805

GEORGE  WILLIAM  JAMES
706 SPRINGTON CIR
UPPER CHICHES, PA 19014-3025

GEORGIA  BRACKENS
149 S 19TH ST
RICHMOND, CA 94804-2631

GEORGIA  JOHNSON
7176 HILL HUGHES RD
FAIRVIEW, TN 37062-9249

GEORGE  WILLIAM  ROHE
4101 BLACK SYCAMORE DR
CHARLOTTE, NC 28226-4311

GEORGIA  BRAIS
1023 W 8TH ST
ASHTABULA, OH 44004-3313

GEORGIA  M  BARKER
7841 KEMBERTON DR W
NOLENSVILLE, TN 37135-4031

GEORGE  WISCHER
1255 38TH AVE SPC 64
SANTA CRUZ, CA 95062-3248

GEORGIA  CHASE
5330 DAWN BREAK CANYON ST
NORTH LAS VEG, NV 89031-6625

GEORGIA  MILLER
270 KNOLLWOOD DR
NEW HAVEN, CT 06515-2414

GEORGE  WITMER
435 WALNUT BOTTOM RD
CARLISLE, PA 17013-3743

GEORGIA  DIEDRICH
713 CORBETT ST
TRUTH CONSQ, NM 87901-2013

GEORGIA  PERRINE
1809 HILLTOP LN
PANTEGO, TX 76013-3248

GEORGEANN  WRIGHT
2933 TOWN ROAD 275
INTERNATIONAL, MN 56649-8780

GEORGIA  GAIL  ELLIS
35 SILO SUMMIT CT
WENTZVILLE, MO 63385-4346

GEORGIA  ROGERS
4214 E 18TH ST
INDIANAPOLIS, IN 46218-4576

GEORGENE  COOTER
PO BOX 115
SHERIDAN, CA 95681-0115

GEORGIA  H  WILLIAMS
412 BELLEMEADE BLVD
GRETNA, LA 70056-7221

GEORGIA  SABROWSKY
906 S EDGEWOOD DR APT 2
DOTHAN, AL 36301-2306

GEORGETTE  BEMESDERFER
574 RIVER RIDGE RD
MCKEESPORT, PA 15133-2406

GEORGIA  HART
1385 ELKHORN RD APT 311
LAKE GENEVA, WI 53147-1084

GEORGIA  SPENCER
8901 INDEPENDENCE SCHOOL R
LOUISVILLE, KY 40228-1921

GEORGIA  BOWICK
10003 MEREDITH LN SE
HUNTSVILLE, AL 35803-2636

GEORGIA  HUGHES  GILLESPIE
40 W ONEIDA ST
BALDWINSVILLE, NY 13027-1132

GEORGIA  THOMAS
3517 N ST SE
WASHINGTON, DC 20019-2949

GEORGIA  BOYER
2 CHESTER CT
MILTON, PA 17847-8923

GEORGIA  J  RYNDAK
7007 29TH PL
BERWYN, IL 60402-2941

GEORGIANA  DEFFNER
701 ATHERTON ST
MAIZE, KS 67101-9660

GEORGIANN CARTER
904 N ELLISON ST
ABINGDON, IL 61410-9211

GEORGIANNA HALEY
235 MAGNOLIA TREE CT
ALPHARETTA, GA 30022-6618

GEORGIANNA REGO
565 AQUIDNECK AVE
MIDDLETOWN, RI 02842-5619

GEORGIANNE HARTNAGEL
7 JOAN CT
CENTERPORT, NY 11721-1658

GEORGIE MCKENZIE
1655 BLACKBERRY RD
BOONE, NC 28607-3319

GEORGINA LEAVELL
2601 N LASALLE ST
INDIANAPOLIS, IN 46218-2843

GEORGINA PRAY
4134 PARES RD
DIMONDALE, MI 48821-9727

GERALD (BUDDY) FAWCETT JR
507 GREEN VILLAGE RD
GREEN VILLAGE, NJ 07935-3016

GERALD [GARY] DALZELL
2878 RETAMA DR
KEMPNER, TX 76539-5023

GERALD [JERRY] BAKER
15406 ROBINWOOD DR
MINNETONKA, MN 55345-1419

GERALD [JERRY] CRAIG
1542 SE 10TH AVE
DEERFIELD BEA, FL 33441-7404

GERALD [JERRY] HAYES
2579 WILLOWREN WAY
PLEASANTON, CA 94566-5347

GERALD [JERRY] ULRICH
6830 W DEFORD RD
DUNLAP, IL 61525-9743

GERALD A [BUTCH] EUTENEUER
20650 212TH AVE NW
BIG LAKE, MN 55309-8111

GERALD A FOLTZ
17729 CUMANA TER
SAN DIEGO, CA 92128-1843

GERALD A PUFF
4715 CHADAM LN
JONESVILLE, MI 49250-9705

GERALD ABRAMS
4001 N OCEAN BLVD APT B901
BOCA RATON, FL 33431-5390

GERALD BAUMER
2370 ABINGTON PIKE
RICHMOND, IN 47374-9513

GERALD BURSTEIN
100 LOVETT RD
NEWTON CENTER, MA 02459-3106

GERALD C PERKINS
4039 WILLOW GREEN DR
SAN ANTONIO, TX 78217-4226

GERALD C SPEAKER
5 ESCAMBIA TRL
BROWNS MILLS, NJ 08015-6522

GERALD CAPLE
6255 N CAMINO PIMERIA ALTA A
TUCSON, AZ 85718-3628

GERALD D KETTWIG
217 JESSIE ST
JOLIET, IL 60433-1447

GERALD D SULLIVAN
4503 GOSHAWK CT
LOUISVILLE, KY 40241-4817

GERALD DAVIS
PO BOX 183
PAVO, GA 31778-0183

GERALD E LEHMAN
6806 NE 93RD CT
VANCOUVER, WA 98662-4459

GERALD E ROSSER
170 MAIN ST APT A226
WALPOLE, MA 02081-4055

GERALD E SMITH
745 BORDENTOWN AVE
SOUTH AMBOY, NJ 08879-1472

GERALD H TUCKER
330 E BEAUMONT AVE APT 102
WHITEFISH BAY, WI 53217-4802

GERALD J MAXWELL
2714 SUN VISTA CIR
CLINTON, WA 98236-9118

GERALD EUBANKS
785 VISCAYA BLVD
SAINT AUGUSTI, FL 32086-7243

GERALD HANES
154 ORETTA CEMETERY RD
SINGER, LA 70660-3668

GERALD J STEFON
PO BOX 85
BALTIC, CT 06330-0085

GERALD F [JERRY] DUNN III
43466 CORTE DURAZO
TEMECULA, CA 92592-3826

GERALD HERMAN
7103 229TH PL SW
MOUNTLAKE TER, WA 98043-2307

GERALD KAY
2430 LE GAY ST
COCOA, FL 32926-5719

GERALD F MOUNT
3692 GRAHAM RD
POMARIA, SC 29126-8716

GERALD HERMANN
6254 CROSSCREEK CT
LIBERTY TOWNS, OH 45011-7000

GERALD KING
5532 MAIN ST
TRUMBULL, CT 06611-2932

GERALD FRANK
PO BOX 273
S INTERNATONA, MN 56679-0273

GERALD ILARIA
23 TILTON AVE
KITTERY, ME 03904-1310

GERALD L [JERRY] FREY
3206 BOWMAN RD
LANCASTER, PA 17601-1608

GERALD G GRAHAM
751 SPENSER LN
LINDEN, MI 48451-8582

GERALD IRWIN
220 E SOUTH LAKE ST
HANCOCK, WI 54943-7594

GERALD L [JERRY] PULLIAM
532 COBBLE DR
MONTROSE, CO 81403-7995

GERALD GINTER
1113 7TH ST
INTERNATIONAL, MN 56649-2514

GERALD J [GERRY] HRASTAR
PO BOX 76
FORT VALLEY, VA 22652-0076

GERALD L BLOSSOM
12005 BUTTERNUT LN
KNOXVILLE, TN 37934-4672

GERALD GOLDSMITH
1488 N LAVINA ST
NORTH PORT, FL 34286-3889

GERALD J HARGETT
5827 MOUNTAIN VIEW DR
KINGWOOD, TX 77345-1827

GERALD L MORRISON
5555 LOMA LINDA DR
PASO ROBLES, CA 93446-8480

GERALD H MURPHY
690 MAPLE ST
MEADVILLE, PA 16335-2326

GERALD J HOLMES
2 LINDA CT
ALBANY, NY 12208-1063

GERALD LINSTEN
1006 COUNTY ROAD 6711
NATALIA, TX 78059-2600

GERALD M [GERRY] KATZ
181 WOODLAND RD
CHESTNUT HILL, MA 02467-2322

GERALD M CARTER
8132 5TH AVE S
BLOOMINGTON, MN 55420-1308

GERALD M NEFF
1741 WILLOW CIRCLE DR APT 7
CREST HILL, IL 60403-2176

GERALD M SCHLAUGAT
W6416 COUNTY ROAD MM
ELKHART LAKE, WI 53020-1506

GERALD MICHAEL P COUNIHAN SR
811 BETZ CREEK RD
SAVANNAH, GA 31410-2618

GERALD MILLAN
1706 TIBURON BND
LEWISVILLE, TX 75067-3211

GERALD MONGRAIN
1402 22ND ST NE UNIT 533
AUBURN, WA 98002-1000

GERALD MUSIL
721 CHASE BLVD APT 1
SUN PRAIRIE, WI 53590-2364

GERALD N [JERRY] GORDON
1731 BEACON ST APT 1007
BROOKLINE, MA 02445-5328

GERALD N [JERRY] JACOBSON
35 CHRISTY PL APT 142
BROCKTON, MA 02301-1886

GERALD OSTROOT
3 WOODSTONE CT
ST CHARLES, MO 63304-6840

GERALD P MURPHY
6121 FREEPORT DR
DAYTON, OH 45415-1912

GERALD PREZIOSO
2221 YEAMANS PL
THE VILLAGES, FL 32162-1244

GERALD R BOLLIER
1480 W BAYSHORE RD APT 8
EAST PALO ALT, CA 94303-1834

GERALD R GATELEY
1222 ARCADIA ST NW
OLYMPIA, WA 98502-2637

GERALD R POLINSKY
2490 N PARK RD APT 320
HOLLYWOOD, FL 33021-3714

GERALD S REINHOLD
678 WOODLAWN AVE
EPHRATA, PA 17522-1923

GERALD SANDYS
1417 MERRYVIEW LN
HIBBING, MN 55746-3463

GERALD SASSER
5060 GRANDIN RIDGE DR
LIBERTY TWP, OH 45011-8307

GERALD SEIM
16770 E COUNTY ROAD 500 N
HOPE, IN 47246-9469

GERALD STADA
900 CONLEY DR
MECHANICSBURG, PA 17055-5160

GERALD STEVENS
34 NW 5TH ST APT 606
RICHMOND, IN 47374-4170

GERALD STEWART
1650 W COUNTY ROAD 125 S
GREENCASTLE, IN 46135-8483

GERALD T [JERRY] KEY
644 N CARR ST
TACOMA, WA 98403-3011

GERALD T PARKINSON
221 CHILTON WAY
FAIRLESS HILL, PA 19030-3305

GERALD THOMAS RICKETTS
212 ALCAN DR
PITTSBURGH, PA 15239-2320

GERALD W BRYAN
7072 CONSTANTINE CT
MENTOR, OH 44060-5124

GERALD W JOHNSON
14602 BORMAN ST
OMAHA, NE 68138-6354

GERALD W LARSON
204 E 10TH ST
GORDON, NE 69343-1110

GERALD YUKNAVAGE
6417 HENRY FORD DR
NASHVILLE, TN 37209-1619

GERALD ZURFLUH
820 1ST ST
PORT EDWARDS, WI 54469-1401

GERALDEAN [JERRY] KUEFFER
4909 SCATTERED PINES LN NW
ROCHESTER, MN 55901-2937

GERALDINE [COOKIE] SCHMIDT
1266 LAKE DR
LINCOLNTON, GA 30817-2455

GERALDINE [GERI] BEERY
309 COUNTY SEAT CT
HILLSBOROUGH, NC 27278-9322

GERALDINE [GERI] STILES
16847 ROCKWELL HEIGHTS LN
CLERMONT, FL 34711-7907

GERALDINE [GERI] WIDDER
208 TOWER DR
SHEBOYGAN FAL, WI 53085-9703

GERALDINE [GERRI] SACKFIELD
628 21ST ST NE
CEDAR RAPIDS, IA 52402-6329

GERALDINE [GERRY] GRANGER
1413 HORNE AVE
PORTSMOUTH, VA 23701-3123

GERALDINE [GERRY] RHATIGAN
11 TURNER PL
ALBANY, NY 12209-1123

GERALDINE [JERRY] ANDRIOT
1196 DEERWOOD DR
COXS CREEK, KY 40013-8820

GERALDINE A [GERRIE] PADGETT
180 BAUGHMAN LAKE DR
FARMERVILLE, LA 71241-7670

GERALDINE A O'CONNOR
6616 MCGUIRE ST
TAYLOR, MI 48180-1514

GERALDINE B HEFFERNAN
273 HUNNEWELL ST
NEEDHAM HGTS, MA 02494-1448

GERALDINE BROGAN
9 WARNER RD
HAMPTON BAYS, NY 11946-1833

GERALDINE CALDWELL
2413 CARTER AVE
NASHVILLE, TN 37206-1309

GERALDINE E ROSCHEL
210 E PENN GRANT RD
WILLOW STREET, PA 17584-9428

GERALDINE FRITH-MCALLISTER LP
244 WESTBROOK BLVD
NOBLESVILLE, IN 46062-8470

GERALDINE GRANDE
121 BELMONT DR
PORTSMOUTH, RI 02871-2145

GERALDINE HALUZA
5 BAYVIEW DR
HUNTINGTON, NY 11743-1504

GERALDINE HAWK
4009 FLEETWOOD DR
WEST MIFFLIN, PA 15122-2761

GERALDINE HENNINGER
220 CEDAR MILL LN
WOODSTOCK, GA 30189-5101

GERALDINE JOHNSON-JOHNSON
2430 BEAUTYBERRY CT
TALLAHASSEE, FL 32308-6286

GERALDINE KENNEDY
1101 GREENOUGH DR W APT F9
MISSOULA, MT 59802-3734

GERALDINE L [GERRY] ASZMUS
661 ALCOTT DR
MOUNT JOY, PA 17552-7250

GERALDINE LAW
3609 BARBADOS DR
AUGUSTA, GA 30909-2601

GERALDINE PETRICK
12201 CHURCH DR
IRWIN, PA 15642-2208

GERALDINE VAN GEMERT
123 DEVON AVE
PARCHMENT, MI 49004-1202

GERALDINE M RYAN
4356 DOVER DR
MORRISVILLE, PA 19067-6112

GERALDINE PRITCHETT
6477 S COUNTY ROAD 625 W
REELSVILLE, IN 46171-9626

GERARD [GERRY] LAIS
5105 SW CHESTNUT AVE
BEAVERTON, OR 97005-4258

GERALDINE MALONEY
1029 FOSS AVE
DREXEL HILL, PA 19026-1901

GERALDINE ROGER
1765 TALC RD
BULLHEAD CITY, AZ 86442-7243

GERARD BURKE
1190 OLIVETTE DR
OLIVETTE, MO 63132-2321

GERALDINE MITCHELL
3983 RAINBOW DR
DECATUR, GA 30034-2218

GERALDINE SAUL
44345 31ST ST W
LANCASTER, CA 93536-6111

GERARD F CAREY
13568 TABSCOTT DR
CHANTILLY, VA 20151-2741

GERALDINE MURRAY
2190 BETHANY RD
MADISON, GA 30650-4703

GERALDINE STEVENSON
1100 CUMMINS RD APT 113
DES MOINES, IA 50315-6406

GERARD FARRELL
1728 WOODLORE RD
ANNAPOLIS, MD 21401-6568

GERALDINE NUFRIO
3213 COLLEGE CORNER RD
RICHMOND, IN 47374-4513

GERALDINE TARBET
3801 95TH ST
LUBBOCK, TX 79423-3919

GERARD J HENRIES
1103 ALBERT ST
MANDEVILLE, LA 70448-4107

GERALDINE O'CONNELL
1307 80TH ST E
TACOMA, WA 98404-3312

GERALDINE THOMAS
1938 COLLEEN DR
NORTH HUNTING, PA 15642-4421

GERARD J KRUMMEL
1119 4TH ST
NEW ORLEANS, LA 70130-5622

GERALDINE P VARRASSI RN
16360 20TH RD
WHITESTONE, NY 11357-4025

GERALDINE THURBER
1110 SKYLARK DR
OMAHA, NE 68144-1751

GERARD M READEAU SR
57428 MAINEGRA RD
SLIDELL, LA 70460-3673

GERALDINE PARROTT
7310 NAPA VALLEY WAY
KNOXVILLE, TN 37931-8000

GERALDINE UPHAUS
1658 JUDD RD
SALINE, MI 48176-8820

GERD TAYLOR
5550 UPPER RIVER RD
GRANTS PASS, OR 97526-8211

GERDA PASQUARELLO
20 HOLLY LN
BEVERLY, MA 01915-1575

GERHARD F [GARY] OTT
217 W ALTA LOMA CIR
THIENSVILLE, WI 53092-1719

GERI L MCCLURE
943 VILLAGE BROOK WAY
COLUMBUS, OH 43235-5037

GERI MAYERCK
1104 W WING ST
ARLINGTON HEI, IL 60005-1242

GERMAINE BOLDEN
8329 QUAIL POINT LN
MENTOR, OH 44060-2279

GERMAINE TIMMERS
9572 WOODSTATE DR
CINCINNATI, OH 45251-2303

GERRI PUHL
8399 INSPIRATION AVE
WALKERSVILLE, MD 21793-7821

GERRY DUNN
1709 VALLEY PKWY W
JOLIET, IL 60433-3325

GERRY EMMONS
280 KIRKPATRICK DR
SELMER, TN 38375-1857

GERRY FEEMAN
7911 E MICHIGAN AVE
SALINE, MI 48176-1594

GERRY JOHNSON
10425 NICHOLS ST
BELLFLOWER, CA 90706-4134

GERRY PARISH
37619 OCEAN REEF
WILLOUGHBY, OH 44094-6412

GERRY RUTH TYLER
11 PARSLEY LN
SAUNDERSTOWN, RI 02874-2455

GERSON GREENBARG
17063 RYTON LN
BOCA RATON, FL 33496-3206

GERTRUDE [TRUDY] HANHILAMMI
1952 E 45TH ST
ASHTABULA, OH 44004-6202

GERTRUDE B BATISTE
709 FAWNDALE LN
WINDCREST, TX 78239-2633

GERTRUDE BERNSTEIN
74 HARROGATE ST
LIDO BEACH, NY 11561-5013

GERTRUDE GOLDBERG
7914 CHULA VISTA CRES
BOCA RATON, FL 33433-4103

GERTRUDE HERMAN
PO BOX 403
CRIPPLE CREEK, CO 80813-0403

GERTRUDE KING
5000 INDIGO WAY
MELBOURNE, FL 32940-1442

GERTRUDE M DICARLO
56 BEECHER PL
NEWTON CENTER, MA 02459-2313

GERTRUDE NEWHOUSE
2212 OLD FARM RD
KALAMAZOO, MI 49004-3335

GERTRUDE SMYTH
181 WOODCREST DR
GETTYSBURG, PA 17325-8415

GERTRUDE STRINE
170 PINE RIDGE DR
WHISPERING PI, NC 28327-6997

GIDGET BLAIR
16445 STITT LN
BROOKINGS, OR 97415-8268

GIL GIGLIO
13513 STANBRIDGE AVE
BELLFLOWER, CA 90706-2343

GIL RETREY
170 W END AVE APT 19G
NEW YORK, NY 10023-5406

GILBERT [GIL] TELSEY
9290 VISTA DEL LAGO APT 11F
BOCA RATON, FL 33428-3164

GILBERT A GEHIN-SCOTT
PO BOX 182
RANCOCAS, NJ 08073-0182

GILBERT A LUEBBE
1902 ELM DR
WEST BEND, WI 53095-9603

GILBERT E FOX JR
23538 W CLARK ST
PLAINFIELD, IL 60586-2322

GILBERT F JONES
8301 BOSECK DR UNIT 220
LAS VEGAS, NV 89145-4557

GILBERT GEOFFRION
153 EMORY VIEW RD
LANCING, TN 37770-3260

GILBERT H BENNETT
518 CENTER ST
MILTON, PA 17847-2442

GILBERT HERRERA
44 W SOUTH 3RD ST
MONTROSE, CO 81401-3417

GILDA M HESTER
1207 SUNBEAM LN
SAINT LOUIS, MO 63137-1335

GILDA MECHEM
19 RIVER RD
GLOUCESTER, MA 01930-1323

GILDA SPECTOR
6029 STILL FOREST DR
DALLAS, TX 75252-5319

GILE LARNER
14240 SHAFTSBURG RD
PERRY, MI 48872-8162

GILES CRABTREE
P.O. BOX 110
LEWISBURG, PA 17837

GINA ROPPA
43 EICHELBERGER DR
CORAOPOLIS, PA 15108-3454

GINA ROSSETTO-WESTLAKE
3247 MUSKRAT CREEK DR
FORT COLLINS, CO 80528-7027

GINA SIEGEL-VITOLO
144 KNOLLS DR
STONY BROOK, NY 11790-2427

GINGER ANN KUEMMERLIN
60964 CARNATION RD
OLATHE, CO 81425-9516

GINGER ARNETT
3709 ACORN RUN
GRANBURY, TX 76049-6200

GINGER WHITWELL
270 LANEVIEW CONCORD RD
TRENTON, TN 38382-9422

GINNI COOK
5465 S CORNELL AVE # 3
CHICAGO, IL 60615-5603

GINNIE BERTRAM
12005 VALE RD
OAKTON, VA 22124-2221

GINNIE KAY WEBER
115 HERITAGE WAY
PEACHTREE CIT, GA 30269-3404

GINNY BRICCO
PO BOX 72
MILES CITY, MT 59301-0072

GINNY IANNETTA
832 BEECHWOOD DR
LOWER MERION, PA 19083-2618

GINNY KUBLER
3427 SHADY OAKS DR
FLOWER MOUND, TX 75022-6820

GINNY L MILLER
4611 ABBINGTON DR
HARRISBURG, PA 17109-1602

GINNY RUSSELL
2718 OVERHILL DR
DONELSON, TN 37214-2820

GINNY SUTER
1401 S SUNSWEPT DR
UNION CITY, TN 38261-6026

GIOVANNA ERENBERG
6439 N MOZART ST
CHICAGO, IL 60645-5204

GIOVANNI P ESTRADA
3706 RUI COVE CT
SPRING, TX 77386-6014

GLADYS ACHENBACH
2210 TALL OAKS LN
YORK, PA 17406-6909

GLADYS ARCHIE
2124 LINEAR ST
SHREVEPORT, LA 71107-4925

GLADYS B WATTS RN
18452 3RD AVE
SONOMA, CA 95476-3905

GLADYS BARMER
3505 EXECUTIVE CENTER DR APT
CHESAPEAKE, VA 23321-5233

GLADYS BEATTY
5737 PARK ELWOOD RD
RICHMOND, IN 47374-9216

GLADYS BERINGER
228 ANN DR
PLYMOUTH, WI 53073-2630

GLADYS CAUDILL
2760 SAINT PATRICK RD
COLUMBUS, OH 43204-2741

GLADYS CHRISTENSEN
3415 TULANE CT
IOWA CITY, IA 52245-4038

GLADYS DARLENE GRANT
60 BULAVILLE PIKE
GALLIPOLIS, OH 45631-8647

GLADYS DIXON
7852 25TH AVE
NORWALK, IA 50211-9332

GLADYS ELEANORA BENNETT
565 JOMIL CT
WAUTOMA, WI 54982-6921

GLADYS FETTERS
4321 VIRGINIA AVE SW
RICHMOND, IN 47374-4873

GLADYS HOUK
410 CAMELLIA DR
THIBODAUX, LA 70301-6508

GLADYS L METZ
61 MEDFORD LEAS
MEDFORD, NJ 08055-2222

GLADYS LYNCH
156 E CEDAR ST APT 2106
LIVINGSTON, NJ 07039-4148

GLADYS M NUGENT
34 REGAL LN
IOWA CITY, IA 52240-6758

GLADYS MAE PICKLE
154 DORY LN
MODESTO, CA 95356-1756

GLADYS MAE SILVEIRA
132 PECKHAM LN
MIDDLETOWN, RI 02842-5491

GLADYS MASON
434 W 4TH ST APT 614
RED WING, MN 55066-2549

GLADYS MOORE
358 1/2 N JOHNSON ST
KAHOKA, MO 63445-1425

GLADYS SAUNDERS
4937 N 34TH AVE
OMAHA, NE 68111-1637

GLADYS SMITH RN
5017 104TH ST E
TACOMA, WA 98446-5323

GLADYS VON DOLTEREN
9517 EMERALD COVE LN
ELK GROVE, CA 95758-3613

GLADYS WISEMAN
4544 OAKTON DR
ORLANDO, FL 32818-8244

GLAYDELL LYONS-CUMBERLANDER
5993 MCNAUGHTEN GROVE LN
COLUMBUS, OH 43213-5105

GLEN FORD
6655 JACKSON RD UNIT 271
ANN ARBOR, MI 48103-9535

GLENDA CURRY
408 ROSEDOWN WAY
MANDEVILLE, LA 70471-8225

GLEN ABRAMS
1572 S COUNTY ROAD 125 W
NEW CASTLE, IN 47362-8906

GLEN GORDON
105 W TOWNLINE RD PMB 320
VERNON HILLS, IL 60061-1424

GLENDA DIGGS
148 ROLLING TRL
HOT SPRINGS, AR 71913-9050

GLEN ALEXANDER
3873 AUTUMN WOOD PL
RICHMOND, IN 47374-4597

GLEN J CONRAD
5450 N BETHMAUR LN
MILWAUKEE, WI 53209-4909

GLENDA DUBES
9327 E ANDORA HILLS DR
SCOTTSDALE, AZ 85262-2563

GLEN BENNAGE
1066 CREEK RD
NEW COLUMBIA, PA 17856-9057

GLEN NELSEN
178 BROOK DR
FORSYTH, MO 65653-5469

GLENDA J FLANAGAN
3281 W 319TH ST
LOUISBURG, KS 66053-6184

GLEN BRAY
7420 HIGH MEADOWS LN
PIEDMONT, OK 73078-9349

GLEN R COLSON
PO BOX 328
NORWOOD, CO 81423-0328

GLENDA J MAUSTELLER
2115 LUANNE LN
AUBURN, IN 46706-1074

GLEN CHAFFIN
1939 S MAIN ST
CORONA, CA 92882-5343

GLEN R FORD
315 HEMPSTEAD 4
HOPE, AR 71801-9584

GLENDA MC CAWLEY
1119 E CORRINGTON AVE
PEORIA, IL 61603-2013

GLEN D HARPER
2011 3RD ST S
WISCONSIN RAP, WI 54494-5836

GLENADEEN TURNER
PO BOX 979
DENTON, TX 76202-0979

GLENDA MURPHY
1800 WATROUS AVE APT 121
DES MOINES, IA 50315-3266

GLEN DEWIRE
15113 GROUND FERN DR
CHESTERFIELD, VA 23832-4500

GLENDA BAILEY
2232 E JENSEN ST
MESA, AZ 85213-3448

GLENDA PANCIERA
84 MASONS ISLAND RD
MYSTIC, CT 06355-2943

GLEN E MORGAN
919 HERR DR
NEW LENOX, IL 60451-2028

GLENDA BLOOMER
303 PARK AVE
MONROE, LA 71201-4023

GLENDA R JENKINS
1207 WALLACE RD
KNOXVILLE, TN 37919-8455

GLENDIA CUMMINGS
6430 PARK AVE
HOT SPRINGS, AR 71901-9486

GLENN D LANNOYE
1313 VILLAGE GREEN CT NE
DEVILS LAKE, ND 58301-2831

GLENN JAGODZINSKE
6623 SW GISBOURNE CT
TOPEKA, KS 66614-4455

GLENDON R FORRESTER
2417 ELMWOOD NORTH CIR
WICHITA FALLS, TX 76308-3811

GLENN DAVIS
630 N ATLANTIC AVE APT TH6
COCOA BEACH, FL 32931-3124

GLENN JOHN SNYDER III
303 ALBERT DR
GOLDSBORO, NC 27530-5568

GLENEACE NELSON
207 DEVON RD
LA PLACE, LA 70068-5205

GLENN DELLY
11351 BLODGETT CREEK TRL
STRONGSVILLE, OH 44149-3108

GLENN KRAMEL
507 LINCOLN HILL DR
MONROE, LA 71203-8811

GLENN A TOWNLEY
308 CLEARBROOKE BLVD
SEAFORD, DE 19973-4803

GLENN E PYLE
8814 N 83RD AVE
OMAHA, NE 68122-2253

GLENN M OSTMAN
3002 2ND AVE E
INTERNATIONAL, MN 56649-4200

GLENN A VOGEDES
7500 KENDRICK CROSSING LN
LOUISVILLE, KY 40291-5036

GLENN ERWIN
7111 GREEN RD
LAKELAND, FL 33810-4850

GLENN MARTIN
18107 VISTA DR
BUENA VISTA, CO 81211-3604

GLENN B RAICZYK
615 WAYNE AVE
HADDONFIELD, NJ 08033-1007

GLENN GOOD
817 ANDERSON FERRY RD
MOUNT JOY, PA 17552-9749

GLENN P FRICK
5011 OAKSEDGE LN
SPRING, TX 77388-2814

GLENN BARNES
56171 W PALILLO DR
MARICOPA, AZ 85139-2666

GLENN H ASQUITH
106 BROOKFIELD DR
MACUNGIE, PA 18062-1131

GLENN R BURDICK
105 RUSSELCROFT RD
WINCHESTER, VA 22601-3445

GLENN BROCK
6496 RUESS RD
VESPER, WI 54489-9748

GLENN HOBSON
1100 W TOWANDA AVE
EL DORADO, KS 67042-2444

GLENN R GLEASON
2012 5965 LN
OLATHE, CO 81425-9014

GLENN D JOHNSON
15365 EISENHOWER RD
LEAVENWORTH, KS 66048-8224

GLENN HUFF
1216 S BLOOMINGTON ST TRLR 4
GREENCASTLE, IN 46135-2272

GLENN R WHEELER
3417 PATSY AVE
KNOXVILLE, TN 37921-4604

GLENN REED
2610 REDWOOD AVE
GRANTS PASS, OR 97527-6342

GLENN RUNYAN
29816 SANTIAM TERRACE RD
LEBANON, OR 97355-9339

GLENN TEAGUE
1324 E WINDSOR DR
DENTON, TX 76209-1286

GLENN TROYER
2150 BAYHAM DR SE
KENTWOOD, MI 49508-5027

GLENN VLIETSTRA
3100 VLIET LN
KALAMAZOO, MI 49004-3220

GLENN W CROSSMON
905 PORTAGE RD APT 87
WOOSTER, OH 44691-2097

GLENN W ZIMMERMANN
21 SANDIA MOUNTAIN TRL
EDGEWOOD, NM 87015-9529

GLENN WHITESELL
9931 N 1000 W
DEMOTTE, IN 46310-8434

GLENN WILLIAMS RIBELIN SR
154 PEA RIDGE HWY
JONESVILLE, SC 29353-3000

GLENNA E SULKALA
73 LONGMEADOW RD
NORWOOD, MA 02062-5549

GLENNA ENGLEHART
3742 RANFIELD RD
KENT, OH 44240-6763

GLENNA FAUS
8408 CAMELOT TRCE
STURTEVANT, WI 53177-2693

GLENNA FAYE EMMETT
500 BRADLEY LN
DUMAS, TX 79029-3131

GLENNA HILL
1308 CATHERINE ST
PEKIN, IL 61554-3660

GLENNA M LINDFIELD
14 PINEHURST DR
LAGUNA VISTA, TX 78578-2861

GLENNA VANOSTRAN
984 MEECH RD
WILLIAMSTON, MI 48895-9735

GLORIA [JEAN] HENSON
11551 FARM ROAD 2192
CASSVILLE, MO 65625-7420

GLORIA [JOAN] RICE
1403 EVANGELINE AVE
ORLANDO, FL 32809-7037

GLORIA A BURNS
103 GARFIELD AVE
BLACKWOOD, NJ 08012-3014

GLORIA A LEWIS
81 DURRELL ST
VERONA, NJ 07044-1721

GLORIA ADAMSKI
4281 S CANAL DR
HARRISON, MI 48625-9622

GLORIA AKSENTOWITZ
1401 E BISHOP DR
TEMPE, AZ 85282-2728

GLORIA BACHEMIN
15302 QUIET CREEK DR
HOUSTON, TX 77095-1807

GLORIA BARTOL
1750 DELTA WATERS RD STE 10
MEDFORD, OR 97504-9181

GLORIA BLACKHURST
1298 MEATHOUSE FORK RD
RAVENSWOOD, WV 26164-5303

GLORIA BOWIE
8 FREEDOM WAY
UPPER CHICHES, PA 19061-2466

GLORIA BRAVERMAN
100 GRAYS LN APT 208
HAVERFORD, PA 19041-1753

GLORIA BRIDGEFORTH
8040 SPRINGWATER CIR
INDIANAPOLIS, IN 46256-1684

GLORIA FOUTS
18755 W BERNARDO DR APT 1025
SAN DIEGO, CA 92127-3010

GLORIA L JACKSON
1500 DIXON ST
DES MOINES, IA 50316-2628

GLORIA BROSSEAU
1083 COUNTY ROAD 2022
GLEN ROSE, TX 76043-6190

GLORIA GENTILE
45 BARREN RD
MEDIA, PA 19063-4427

GLORIA LAPERLE
1372 IVYDALE RD
SPRING HILL, FL 34606-4219

GLORIA CARTER
5249 AMSTERDAM AVE
HOLT, MI 48842-9627

GLORIA GOULET
3 GREEN LN
NEWPORT, RI 02840-1712

GLORIA LARRY
15335 PARK ROW APT 907
HOUSTON, TX 77084-2894

GLORIA COSNER
2510 SE 7TH ST
DES MOINES, IA 50315-2009

GLORIA HARDIN
1799 S IVY CIR
MEDFORD, OR 97501-4058

GLORIA LEVESQUE
204 E CHATEAU CIR
PAYSON, AZ 85541-3905

GLORIA COULTER
986 N 1000 W
PARKER CITY, IN 47368-9332

GLORIA HIRSCH
57 GOLD AVE
STATEN ISLAND, NY 10312-1410

GLORIA LORRAINE ROCHE
45 SISK DR APT 17-2
PAWCATUCK, CT 06379-3947

GLORIA DAYTON
3209 HARMONY RD
BERTHOUD, CO 80513-8556

GLORIA HOLDER
9318 MERRICK ST
TAYLOR, MI 48180-3845

GLORIA LOWRY
327 MANFORD WAY
PASADENA, CA 91105-1126

GLORIA DIMMICK
1109 E BAILEY CT
PEORIA, IL 61614-2218

GLORIA J CHICK
3560 ALMA RD APT 516
RICHARDSON, TX 75080-1103

GLORIA LUTH
25 CAROL DR
UNCASVILLE, CT 06382-2007

GLORIA DYE
1100 CHURCH AVE
WISCONSIN RAP, WI 54494-9273

GLORIA K WATSON
141 OFFICE ST
WELLFORD, SC 29385-9571

GLORIA MARGOLIS
23 WAYSIDE LN
WANTAGH, NY 11793-1306

GLORIA F. HARDY
3425 TREXLER AVE
PORTSMOUTH, VA 23704-6059

GLORIA KING
2107 BETTY LN
MOUNT PLEASAN, MI 48858-2037

GLORIA MARTIN
35 DOVE ST
WILLIAMSTON, SC 29697-1714

GLORIA MILLER
10188 WOLF RD
VERSAILLES, OH 45380-9439

GLORIA RICKS CARTER
1123 E BARRINGER ST
PHILADELPHIA, PA 19119-3905

GLORIA WOODS
1419 1/2 W 101ST ST
LOS ANGELES, CA 90047-3951

GLORIA MOHLER
274 COLONIAL DR
AKRON, PA 17501-1223

GLORIA ROGERS
348 HARBOR RIDGE LN
FAIRPORT HARB, OH 44077-5597

GLORIOUS J VAN ARSDEL
7686 BRIARSTONE LN
INDIANAPOLIS, IN 46227-5450

GLORIA MONTROSS
2731 MICHAELANGELO ST
NEW CANEY, TX 77357-3017

GLORIA SCAGGS
10207 BRANDON RD
SOUTH ROCKWOO, MI 48179-9300

GLYNDA KAY LACKEY
1125 SE HERITAGE DR
EL RENO, OK 73036-4169

GLORIA MORRIS
103 FORRY DR
EPHRATA, PA 17522-9133

GLORIA SIELA
11210 N STATE ROAD 1
OSSIAN, IN 46777-9732

GODFRED C [FRED] SINGER
3208 MARYLAND AVE
KENNER, LA 70065-4730

GLORIA MUIR
582 MARSTONS LN
YARMOUTH PORT, MA 02675-1656

GLORIA SMITH
318 N WOODLAND AVE
SWANTON, OH 43558-1053

GOLDENE HAENDEL
402 MCLEAN ST
IOWA CITY, IA 52246-3732

GLORIA N FREEMAN
901 HARDING AVE
PORT ARTHUR, TX 77640-4820

GLORIA SMITH
4124 MCCLAIN RD
LIMA, OH 45806-2540

GOLDYE HART
2160 E CORONA AVE
PHOENIX, AZ 85040-2536

GLORIA O'REILLY
6199 S 46TH E
IDAHO FALLS, ID 83406-8248

GLORIA TWICHELL
3715 ARKONA RD
SALINE, MI 48176-9635

GORDIAN KIEDROWSKI
4121 S ROOSEVELT PT
HOMOSASSA, FL 34448-3522

GLORIA PHILLIPS
3277 S CHAPARRAL RD
APACHE JUNCTI, AZ 85119-3667

GLORIA WALD
17 RURAL LN
EAST LONGMEAD, MA 01028-1324

GORDON [GORDY] JOHNSON
500 N MADISON ST
CAMBRIA, WI 53923-8914

GLORIA RICCARDO
211 PINE HOV CIR APT B-1
GREENACRES, FL 33463-9011

GLORIA WILLIAMS
727 E 40TH PL
GRIFFITH, IN 46319-1742

GORDON A ETZLER
307 WASHINGTON ST APT A
VALPARAISO, IN 46383-4771

GORDON C KELLEY

GORDON SUTHERLIN
103 BYRON ST
BEEBE, AR 72012-2501

GRACE CONTINO
1125 PEACE PIPE PL UNIT 102
MYRTLE BEACH, SC 29579-8377

GORDON GIBSON
120 LAMAR RD
PITTSBURGH, PA 15241-1552

GORDON W NUSZ
2813 LAUREL HILL DR
FLOWER MOUND, TX 75028-7521

GRACE E DIETZ
122 DIETZ RD
WATSONTOWN, PA 17777-8193

GORDON J DEY
7830 PINE FOREST RD APT G12
PENSACOLA, FL 32526-9241

GORDON WALTER POWELL
157 MEDICK WAY
WORTHINGTON, OH 43085-3089

GRACE E LENK
79 HOLLY RIBBONS CIR
BLUFFTON, SC 29909-6193

GORDON LINEBERRY
566 BOULDER TRL
WARRIOR, AL 35180-5464

GORDON WILD
12701 AYRES HWY
TIPTON, MI 49287-9509

GRACE E WOOD
7090 COVENANT WOODS DR APF
MECHANICSVILL, VA 23111-7040

GORDON M GSELL
2001 EDENBORN AVE
METAIRIE, LA 70001-2743

GRACE A COOK
3007 FULFORD ST
KALAMAZOO, MI 49001-4453

GRACE FAZIO
15616 S FREDERICK AVE
PLAINFIELD, IL 60544-3022

GORDON MCMILLAN
11013 UPPER PRESTON RD SE
ISSAQUAH, WA 98027-8713

GRACE AASLETTEN
3106 HICKORY GROVE LN
PEARLAND, TX 77584-8116

GRACE FITZPATRICK-WETZLER
349 MEADOWLARK LN
WEST MIFFLIN, PA 15122-2526

GORDON R DILLER
239 S MAIN ST
BLUFFTON, OH 45817-1039

GRACE BOARDMAN
136 S KENTON AVE
NATIONAL CITY, CA 91950-2145

GRACE H CROWE
2210 BOSTWICK RD
MADISON, GA 30650-3620

GORDON R HOEFER
3353 CHEYENNE DR
GRANTS PASS, OR 97527-8728

GRACE BUCKLEY
806 S WHIPPOORWILL RD
DERBY, KS 67037-3624

GRACE HERTZ
13737 410TH ST
LAURENS, IA 50554-8669

GORDON STANFIELD
14736 E BURNT LANDING RD
GOETZVILLE, MI 49736-9370

GRACE CONSIGLIO
4 COTTAGE DR
BOHEMIA, NY 11716-5029

GRACE JOHNSON
521 S 4TH ST
MONTROSE, CO 81401-4218

GRACE KEY
9901 COUNTY ROAD 3600
SLATON, TX 79364-8322

GRACE STEINER
PO BOX 121
ZIEGLERVILLE, PA 19492-0121

GRANT HIGGINS
720 HIGGINS RD
SARANAC, MI 48881-9572

GRACE L BATES
7227 MOELLER RD LOT 140
FORT WAYNE, IN 46806-1685

GRACE TAMRAZ
5831 N BERNARD ST
CHICAGO, IL 60659-3401

GRANT SOLLIN
930 DOUGLAS AVE APT A
LOVELAND, CO 80537-4571

GRACE LAUGHLIN
A201 SUMMIT DR
BRYN MAWR, PA 19010-2232

GRACE TOTH
504 BLACKROCK RD
COVENTRY, RI 02816-7688

GRANT WILLIAMS
5884 CENTER ST
JUPITER, FL 33458-3973

GRACE LEE KEOGH
3408 204TH ST
BAYSIDE, NY 11361-1250

GRACE V BRENNAN
10440 EAGLES VIEW DR
KNOXVILLE, TN 37922-5138

GRANTS PASS HIGH SCHOOL
JOSEPHINE COUNTY EDUCATION
830 NE 9TH ST
GRANTS PASS, OR 97526

GRACE MITCHELL
703 SKYLINE DR
LAMESA, TX 79331-6517

GRACE YOUNG
209 S DILLON ST
WOODBURY, TN 37190-1431

GRANTS PASS HIGH SCHOOL
c/o JIM SAVARD
830 NE 9TH ST
GRANTS PASS, OR 97526

GRACE MONAGHAN
2000 S EADS ST APT 205
ARLINGTON, VA 22202-3105

GRADY DEAVER HOLDEN
465A LYMAN LAKE RD
LYMAN, SC 29365-9521

GREENCASTLE HIGH SCHOOL
GREENCASTLE H.S. ALUMNI ASS
910 E WASHINGTON ST
GREENCASTLE, IN 46135-1898

GRACE MYNATT
1980 HIGHWAY 73 E
CONCORD, NC 28025-9605

GRADY OWEN BATTEN
PO BOX 3197
OLATHE, KS 66063-1197

GREENCASTLE HIGH SCHOOL
c/o JOHN ASH
910 E WASHINGTON ST
GREENCASTLE, IN 46135-1898

GRACE PARLAPIANO
6 W 4TH ST
NEW PROVIDENC, NJ 07974-2218

GRAHAM ADDISON
800 S CIRCLE DR
SEMINOLE, TX 79360-5200

GREG A KOKAL
810 FAIRWAY DR NE
WARREN, OH 44483-5638

GRACE SCHOENFELD
550 MARGRAVE DR
RENO, NV 89502-3519

GRAHAM W BAUERLE
928 PUMPKIN HARBOR RD
CAMBRIDGE, VT 05444-9789

GREG BALLENTINE
11 EPPINGTON LN
BELLA VISTA, AR 72714-4900

GREG BOTSHON
18 MOREY LN
RANDOLPH, NJ 07869-4635

GREG RYAN
20 W MONTGOMERY AVE APT 202
ARDMORE, PA 19003-1433

GREGORY A TERRACCIANO
15 WAY HILL RD
WATERFORD, CT 06385-4013

GREG DELAMORE
315 ARLINGTON AVE UNIT 1901
CHARLOTTE, NC 28203-4286

GREG TOMKO
432 HILLSDALE DR
SANTA ROSA, CA 95409-6109

GREGORY AMSPAUGH
976 SHADY GROVE RD
EL DORADO, AR 71730-9406

GREG EVANS
1724 MAIN ST
NEWBERRY, SC 29108-3548

GREG WEESNER
6090 ROLLING GLEN CT
SAN JOSE, CA 95123-4537

GREGORY C CURRIVAN
850 N EL CAMINO REAL APT 433
SAN MATEO, CA 94401-3786

GREG GOUGH
1128 TERRADYNE DR
ANDOVER, KS 67002-9227

GREGG A LICHTENSTEIN
411 N EXETER AVE
MARGATE CITY, NJ 08402-1867

GREGORY CARTER
2704 WELBORN ST APT E
DALLAS, TX 75219-4895

GREG HARMS
4485 COCONUT RIDGE RD
SMITHVILLE, TN 37166-2881

GREGORY [GREG] BABIN
PO BOX 56375
METAIRIE, LA 70055-6375

GREGORY D BOYER
125 W 2ND ST
WAVERLY, OH 45690-1305

GREG LANTZY
5318 FAIRBANKS
LANSING, MI 48917-4073

GREGORY [GREG] DEACON
1230 S 1ST AVE
IOWA CITY, IA 52240-2504

GREGORY D PELTZ
96 GRANT ST S
SLOATSBURG, NY 10974-1617

GREG LIGHT
2429 RETRIEVER LN
GREENSBORO, NC 27455-2692

GREGORY [KASEY] KASE
514 BURKE ST
KEOKUK, IA 52632-2816

GREGORY DONOHUE
2563 35TH AVE
SAN FRANCISCO, CA 94116-2811

GREG LIVINGSTON
10471 ROMBLON WAY
NORTHGLENN, CO 80234-3613

GREGORY A DIJOSEPH
8124 WESTLAKE ST
TAYLOR, MI 48180-2019

GREGORY ELDER
405 RUE BRENDA
SLIDELL, LA 70461-5317

GREG R MULLEN
W186N7064 MARCY RD
MENOMONEE FAL, WI 53051-4929

GREGORY A MORRIS
34235 N STONE RIDGE DR
SAN TAN VALLE, AZ 85143-3427

GREGORY G MCGRATH
26403 CHAPEL HILL DR
NORTH OLMSTED, OH 44070-1885

GREGORY H JEFFREY
6648 MERRICK ST
TAYLOR, MI 48180-1825

GREGORY J BERTSCH
16502 134TH ST NE
ARLINGTON, WA 98223-6644

GREGORY J KARNEY
5919 S LEE ST
SPOKANE, WA 99223-6832

GREGORY J LINTINGER SR
639 LABARRE DR
METAIRIE, LA 70001-5442

GREGORY J PAPE
1650 W AVENUE K8 APT 212
LANCASTER, CA 93534-3898

GREGORY J RICHARDS
554 HYMAN DR
NEW ORLEANS, LA 70121-1738

GREGORY JUENEMANN
721 MOUNT VERNON AVE
MAPLEWOOD, MN 55117-2235

GREGORY L ALLCUT
877 PENINSULA DR
PROSPERITY, SC 29127-9102

GREGORY L ENGELKE
2260 INCA LN
NEW BRIGHTON, MN 55112-3130

GREGORY L HARO
2417 N TURNBULL DR
METAIRIE, LA 70001-1749

GREGORY L RAU
13901 E 47TH ST S
DERBY, KS 67037-8378

GREGORY L ROYER
121 S 2ND ST
DENVER, PA 17517-1145

GREGORY LAW
2105 CLUSTER BRANCH CT
LONGWOOD, FL 32779-2756

GREGORY P PATTAKOS
754 SAINT LEO RD
BURTON, WV 26562-9408

GREGORY S NELSON
2717 IOLANI ST
MAKAWAO, HI 96768-8734

GREGORY S ZIVODER
7510 ANDREA DR
MENTOR, OH 44060-7211

GREGORY T TUCKER
2714 N CRANBERRY ST
WICHITA, KS 67226-1621

GREGORY TREVITZ
199 CASTLEWOOD RD
GAFFNEY, SC 29341-3005

GREGORY W [GREG] BRUNSWIC
9332 CONOVER RD
VERSAILLES, OH 45380-9510

GRETA [GERTRUDE] HANISCH
600 W 246TH ST APT 1107
RIVERDALE, NY 10471-3624

GRETA A INKMAN
3011 IOWA ST
LEAVENWORTH, KS 66048-4958

GRETA COLEMAN
5125 5TH AVE APT 1E
PITTSBURGH, PA 15232-3101

GRETCHEN BRAKMANIS
2717 SADDLE BLANKET PL
LEANDER, TX 78641-7870

GRETCHEN BRASWELL
1008 SHENANDOAH DR
HIGH POINT, NC 27262-4535

GRETCHEN DINSDALE
1309 STAGECOACH RD
GRAND ISLAND, NE 68801-7303

GRETCHEN HAWKINS
18 MARLPIT PL
MIDDLETOWN, NJ 07748-2028

GRETCHEN L FAERBER
1051 W VALERIO ST
SANTA BARBARA, CA 93101-4959

GRETCHEN  LAGANA
3150 N SHERIDAN RD APT 11A
CHICAGO, IL 60657-4838

GUS  KAPOTIS
18 STONE DR
WEST ORANGE, NJ 07052-1334

GWEN  ARMITAGE
465 NORWOOD AVE
SATELLITE BEA, FL 32937-3158

GRETCHEN  MCDONOUGH
306 CIRCLE DR
WICHITA, KS 67218-1210

GUSTINE S [TINA] MATHIS
6605 PINE AVE
FLEMING ISLAN, FL 32003-8761

GWEN B RILES
1122 E PIKE ST # 798
SEATTLE, WA 98122-3916

GRETCHEN  PARMETER
5041 DEBRON CT
POLLOCK PINES, CA 95726-9500

GUY  CLIFFORD  SMITH
107 DAMPIER RD
BISHOPVILLE, SC 29010-8742

GWEN  BAUER
1720 RYAN DR
BISMARCK, ND 58501-1512

GRINJE  FERNANDEZ
784 VIENNA ST
SAN FRANCISCO, CA 94112-3529

GUY D BROWN
66 VINE ST
MERIDEN, CT 06451-2850

GWEN E BARNHART
706 MILLS AVE
DUMAS, TX 79029-5312

GUIDO J SALOMONE JR
2435 25TH AVE
SAN FRANCISCO, CA 94116-2341

GUY D WATROUS
3364 E FREELAND RD
FREELAND, MI 48623-9416

GWEN  FRANKLIN
7603 S BALLANTRAE DR
MC KINNEY, TX 75070-6703

GUNTA  MARY EMMONS-ZIVARTS
3512 S LLOYD RD
SPOKANE, WA 99223-1162

GUY F [JEFF] WILLIAMS
440 W 5TH ST APT 805
RED WING, MN 55066-2109

GWEN M SMITH
117 FAIRFIELD DR
BRISTOL, TN 37620-4425

GURDON  HAMILTON  MD
3133 CHANNEL DR
STEVENS POINT, WI 54481-4925

GUY  GRECO
5097 ATHENS DR
SAN RAMON, CA 94582-4606

GWEN  MARSA
741 E 7TH AVE
ESCONDIDO, CA 92025-4439

GURDON  W COUNTS
PO BOX 2629
BATESBURG-LEE, SC 29070-0629

GUY V VALADE
4549 HEISS RD
MONROE, MI 48162-9461

GWEN  MERRICK
8518 6TH ST
DOWNEY, CA 90241-3511

GUS  FARINELLA
80 ALPINE WAY
HUNTINGTON ST, NY 11746-4602

GUY  WOLFF
3985 PRADO DEL MAIZ
CALABASAS, CA 91302-3633

GWEN  MIKISH
12830 ULYSSES ST NE
MINNEAPOLIS, MN 55434-4139

GWEN MOONEY
4389 SPRING GROVE AVE
CINCINNATI, OH 45223-1862

GWENDOLYN KYLER
1724 CORNELL DR
AUGUSTA, GA 30904-5002

H CLAIR GARMAN
1861 LITITZ PIKE
LANCASTER, PA 17601-6501

GWEN POSA-MICHALEK
15652 N 4TH ST APT 8
BENNINGTON, NE 68007-5453

GWENDOLYN R LANFORD
5281 MATLOCK BEND RD
LOUDON, TN 37774-5516

H DALE VICK
1492 OLUSTEE PL
THE VILLAGES, FL 32163-2533

GWEN SIEGRIST
1139 PLANTATION LN
MOUNT PLEASAN, SC 29464-7217

GWENDOLYN ROSS
2474 BARSTOW AVE
CLOVIS, CA 93611-6202

H DANNY PHIPPS
1036 KEITH DR
HURST, TX 76053-5004

GWEN WEST
1048 N RAPP AVE
COLUMBIA, IL 62236-1122

GWENDOLYN SCHRANTZ
1002 SUMMITT ST
MCKEESPORT, PA 15132-1419

H DAVID MOORE
403 MOSBY ST
WINCHESTER, VA 22601-3190

GWEN WESTLUND
PO BOX 125
WEYERHAEUSER, WI 54895-0125

GWENDOLYN SCHROEDER
5933 STATE ROAD 227 S
RICHMOND, IN 47374-9457

H KENNETH FISHER MD
4931 LINDELL BLVD APT 301
SAINT LOUIS, MO 63108-1518

GWENDOLYN [GWEN] BURNES
1307 ARLINGTON ST
MARSHFIELD, WI 54449-3403

GWENDOLYN WEEKS
775 VIA MIRADA LN
EL PASO, TX 79922-2152

H MARIE CASEY
2600 OAK PARK DR
DENTON, TX 76209-6373

GWENDOLYN COOPER
1405 QUIET CT
PORTSMOUTH, VA 23701-3617

GWIN LEWIN
18 WESTMINSTER CT
CARLISLE, PA 17013-1799

H MIKE COOK
158 W MCNEELY AVE
MOORESVILLE, NC 28115-2266

GWENDOLYN E MCINTYRE
4103 CHESTNUT ST
FAIRFAX, VA 22030-5204

H ALLEN JEWELL
PO BOX 805
VERSAILLES, KY 40383-0805

H NELSON EULER
100 LANSDOWNE AVE
HADDONFIELD, NJ 08033-2736

GWENDOLYN HART
27352 180TH ST
CLARKSVILLE, IA 50619-9208

H ARNOLD [ARNIE] GEFSKY
444 LIBERTY AVE STE 2200
PITTSBURGH, PA 15222-1207

H PICKENS RISER
3054 SAINT PHILIPS CHURCH RD
NEWBERRY, SC 29108-8069

H RICHARD KINDERVAG
206 S 1ST AVE W APT 4A
LAKE MILLS, IA 50450-1531

HADDONFIELD MEMORIAL HIGH SCHOOL
c/o WAYNE HUNTER
401 KINGS HIGHWAY E
HADDONFIELD, NJ 08033-1297

HANNAH DILLER
395 HERITAGE DR
BOONE, NC 28607-7443

H ROBERT HEISERMAN
1613 LAMBETH RD
LANCASTER, PA 17601-5042

HAL HANENKRATH
26618 AYERSVILLE PLEASANT BE
DEFIANCE, OH 43512-6967

HANNAH FOURMAN
3517 156TH ST
FLUSHING, NY 11354-5021

H RUSSELL PALMER
PO BOX 206
GULF, NC 27256-0206

HAL SEARS
7721 SW 181ST TER
PALMETTO BAY, FL 33157-6222

Hanover Insurance Company
PO Box 580045
Charlotte, NC 28258-0045

H SIDNEY SISSEL
10535 SW 114TH TER
MIAMI, FL 33176-4039

HALCIE HARRIS
2402 PICKERTON DR
DEER PARK, TX 77536-5846

HANS ENGEL
432 W TIMBER RIDGE DR
PEORIA, IL 61615-2055

H WESLEY [WES] LINK
321 ABERDEEN AVE
EXTON, PA 19341-2768

HALLETT B WHITE JR
1021 CARVING TRCE
MANNING, SC 29102-4965

HARLAN ADAHL
1623 5TH AVE NE APT 1
DEVILS LAKE, ND 58301-1906

H WILLIAM [BILL] MAXIM
940 STATE ROUTE 25
OSWEGO, IL 60543-9763

HALLIE JANE MEHLER
4340 HACK RD
BRITTON, MI 49229-9305

HARLAN BROBERG
5369 AUSTRAL LOOP
AUSTIN, TX 78739-1715

H WILLIAM JONES
1201 ROXBURY DR APT 206
LOS ANGELES, CA 90035-1040

HALO RIDER
5664 BLOOMFIELD BLVD
LAKELAND, FL 33810-8202

HARLAN G BARKER
1214 BLAINE ST
HOLDREGE, NE 68949-1740

HADDON HEIGHTS HIGH SCHOOL
c/o PAUL DE MARTINI
301 2ND AVE
HADDON HEIGHT, NJ 08035

HANK CLAY
901 ANTON RD
HARTLAND, WI 53029-1204

HARLAN H ELSETH
1903 17TH ST SE APT 315
ROCHESTER, MN 55904-5703

HADDONFIELD MEMORIAL HIGH SCHOOL
HADDONFIELD ALUMNI SOCIETY
401 KINGS HIGHWAY E
HADDONFIELD, NJ 08033-1297

HANNAH DEVRIES
330 HAWTHORNE PL
KEOKUK, IA 52632-2339

HARLAN J BERK
31 N CLARK ST
CHICAGO, IL 60602-2806

HARLAN  LINDQUIST
1150 NE D ST
GRANTS PASS, OR 97526-2322

HAROLD B LOVE JR
111 LISA LN
DALTON, GA 30720-3808

HAROLD D ELLIS
1108 LAKEVIEW DR
EUREKA SPRING, AR 72631-8930

HARLAN  OYLER
2880 FISH HATCHERY RD
GRANTS PASS, OR 97527-9512

HAROLD  BACHNER
2677 SCOTT MILL LN
JACKSONVILLE, FL 32223-6680

HAROLD D FREDENBURGH
372 CENTRAL PARK W APT 10E
NEW YORK, NY 10025-8207

HARLAND  NORDQUEST
1733 W 7TH ST
ASHTABULA, OH 44004-2878

HAROLD  BARANGER
8 GATESWAY CT
DURHAM, NC 27707-2439

HAROLD  DEAN  SELTZER
RR 1 BOX 39
ARBELA, MO 63432-9765

HARLENE  M DARGAN
308 W CENTER ST
PAXTON, IL 60957-1207

HAROLD  BERG
3607 N BIGELOW ST
PEORIA, IL 61604-1604

HAROLD  DENTINGER
1205 SHERMAN ST APT 207
CUSTER, SD 57730-2468

HARLEY  PAGE
3277 BOXWOOD CIR
CINCINNATI, OH 45241-3181

HAROLD  BOOKER
7445 S 114TH ST
SEATTLE, WA 98178-3163

HAROLD E WOLFE
1147 E BROOKVIEW LN
PEORIA, IL 61615-9712

HAROLD [MIRK] MIRKA
1244 BLACK OAKS LN N
PLYMOUTH, MN 55447-3112

HAROLD C [HAL] WARD JR
6729 SADDLE CREEK PASS
KNOXVILLE, TN 37921-1070

HAROLD F SIEGMANN
13951 ELMORE RD
ANCHORAGE, AK 99516-3693

HAROLD [ROBBIE] ROBINSON
PO BOX 2189
RICHMOND, IN 47375-2189

HAROLD C MORGAN MD
351 CEDARCROFT DR
BRICK, NJ 08724-4401

HAROLD FRY
111 CHERYL DR
LEOLA, PA 17540-9580

HAROLD A PLATT
1425 W SONGBIRD DR
ST GEORGE, UT 84790-7279

HAROLD CLAMPITT
5401 100TH ST
LUBBOCK, TX 79424-6265

HAROLD GERARD ERATH SR
2820 BURDETTE ST APT 402
NEW ORLEANS, LA 70125-2541

HAROLD B HENDERSON SR
3100 TULANE AVE APT 271
NEW ORLEANS, LA 70119-7287

HAROLD D [SWEDE] SWENSON
PO BOX 80001
BILLINGS, MT 59108-0001

HAROLD GORDON
7053 CURDSAND WAY
ROUGEMONT, NC 27572-8671

HAROLD H BINGEMAN
147 PENN AVE
EPHRATA, PA 17522-1729

HAROLD JUNGBLUTH JR
4324 N 132ND ST APT 108
OMAHA, NE 68164-5411

HAROLD L HAGA
2300 BIRD RD
LENOIR CITY, TN 37771-7360

HAROLD HAMM
7222 TOWNLINE RD
WISCONSIN RAP, WI 54494-8143

HAROLD K EVANS
8 WEEPING OAK LN
SLIDELL, LA 70458-5330

HAROLD L HERRON
4967 MONTEREY MAPLE GROVER
BATAVIA, OH 45103-9492

HAROLD HANEY
107 N ELM ST
ELMWOOD, IL 61529-9439

HAROLD K LACEY
PO BOX 156
STANARDSVILLE, VA 22973-0156

HAROLD M [JACK] WESTHOLZ J
3616 N TURNBULL DR
METAIRIE, LA 70002-4552

HAROLD HARPER
74 LAKE VIEW DR E
OCALA, FL 34482-6672

HAROLD KENNETH FLOOD JR
2221 BEECHMONT DR
FORT WAYNE, IN 46825-3965

HAROLD M GOVAN JR
390 E RAHN RD
DAYTON, OH 45429-5947

HAROLD HAUPTLY
3449 W ROYAL DR
PEORIA, IL 61604-2959

HAROLD KRAUS
776 HARPETH BEND DR
NASHVILLE, TN 37221-3583

HAROLD M WHITTEMORE
176 MAPLE RUN
MASON, MI 48854-2523

HAROLD HERWIG
W3863 N COUNTY ROAD A
PLYMOUTH, WI 53073-4829

HAROLD L ARTEESE
1413 9TH ST
HARVARD, IL 60033-3687

HAROLD MOSKOWITZ
24943 60TH AVE
LITTLE NECK, NY 11362-2031

HAROLD J LAMY
5815 CANAL BLVD
NEW ORLEANS, LA 70124-2816

HAROLD L BRADLEY
1281 US HIGHWAY 87
TAHOKA, TX 79373-6016

HAROLD NYE
3503B CHAUMONT DR
HAYS, KS 67601-1597

HAROLD JOHN EGGENBURG
1411 YEWELL ST
IOWA CITY, IA 52240-2730

HAROLD L CROSS
778 ALEWIVE RD
KENNEBUNK, ME 04043-6022

HAROLD P ERNST
312 GODWIN AVE
WYCKOFF, NJ 07481-2024

HAROLD JONES
PO BOX 56
WOODACRE, CA 94973-0056

HAROLD L FOELBER
7118 BLACKHAWK LN
FORT WAYNE, IN 46815-6450

HAROLD R SHILLINGS
PO BOX 73
FANNIN, TX 77960-0073

HAROLD R SNODGRASS
485 HOLSTON TER
WEBER CITY, VA 24290-6908

HAROLD W CONNERLEY
436 MCGEE AVE
JACKSON, CA 95642-2216

HARRIET ALTER
7 PETER COOPER RD APT 1G
NEW YORK, NY 10010-6636

HAROLD RYAN
41248 THURSTON ST
FREMONT, CA 94538-3383

HAROLD W GRIGGS
80 CADES LOOP
TRENTON, TN 38382-9223

HARRIET ANN KRONE
7584 E VIA CORNUCOPIA
TUCSON, AZ 85715-4276

HAROLD S LAPIDUS
5214 YARWELL DR
HOUSTON, TX 77096-5117

HAROLD WEIDNER
9120 COUNTRY CLUB TRCE
MARENGO, IL 60152-9556

HARRIET B FEIT
1501 W LAWRENCE RD
PHOENIX, AZ 85015-1439

HAROLD SCHNEIDER
10 MILLSTONE CAMPUS DR APT B
SAINT LOUIS, MO 63146-6613

HAROLDINE T PARRIS
1219 VAUGHN ST
SHREVEPORT, LA 71101-4218

HARRIET BASSLER
9095 DOUGLAS AVE
KALAMAZOO, MI 49009-6325

HAROLD SWYGART
4775 OTTAWA RD
LIMA, OH 45801-1130

HAROLETTA [TERI] BLACKLEDGE
3225 SW 2ND ST
DES MOINES, IA 50315-7605

HARRIET BURLEY
775 TUTTLE RD
MASON, MI 48854-9705

HAROLD V BUMBARGER
2635 BLUEBERRY LN
JACKSONVILLE, FL 32211-3808

HARRIET [JANE] COVINGTON
5378 STAGHORN RD
CRESTVIEW, FL 32539-8020

HARRIET GUARDINO

HAROLD VERNON GLOVER
9192 6097 RD
MONTROSE, CO 81401-8219

HARRIET [NIKKI] HRVATIN
2518 GLENWOOD AVE
JOLIET, IL 60435-5444

HARRIET HAMM
PO BOX 382
AGUANGA, CA 92536-0382

HAROLD VLIETSTRA
4626 S 36TH ST
CLIMAX, MI 49034-9662

HARRIET A BROTSKE
N7765 37TH AVE
BERLIN, WI 54923-9400

HARRIET INSELBUCH
200 E 57TH ST PH K
NEW YORK, NY 10022-2870

HAROLD W [BILL] SWINFORD
13904 SE 242ND PL
KENT, WA 98042-5139

HARRIET A KRAUSE
231 9TH ST S
WISCONSIN RAP, WI 54494-4624

Harriet K. Thorpe
2309 Indian Key Dr
Holiday, FL 34691-7811

HARRIET LEWIS
540 N NEVILLE ST APT 604
PITTSBURGH, PA 15213-2839

HARRIETT GILLILAND
640 41ST ST NE
CEDAR RAPIDS, IA 52402-5654

HARRISON KAY MILLER
255 ASHBY RD
UPPER DARBY, PA 19082-4013

HARRIET MIZE
10 EAGLE PARK LN
COLUMBIA FALL, MT 59912-9280

HARRIETT WITTICH
1728 J ST
KEOKUK, IA 52632-3141

HARRISON KENNICOTT
505 N LAKE SHORE DR APT 341
CHICAGO, IL 60611-6426

HARRIET REID
2847 KNOXVILLE DR
LIZELLA, GA 31052-3720

HARRIETTE KINARD
105 UNION SCHOOL RD
PROSPERITY, SC 29127-8581

HARRISON OCHS
1020 COUCH AVE
KIRKWOOD, MO 63122-6902

HARRIET RHINE
721 ARGYLE RD
BROOKLYN, NY 11230-2415

HARRIETTE PETERSON
1843 VALLEY RIDGE LOOP
CLERMONT, FL 34711-5291

HARRISON R HOLLADAY JR
403 WOOD ST
CENTRAL, SC 29630-9271

HARRIET SCHWOCH
203 OAK HILL CT
WATERTOWN, WI 53094-5421

HARRIETTE R [MICKEY] THOMPSON
3405 SHELNUTT WAY
SEVIERVILLE, TN 37862-8293

HARRY [CHUCK] CARTER
4200 GRAND AVE
LEAVENWORTH, KS 66048-5576

HARRIET SHARAN BANFIELD
1204 S MILITARY TRL APT 3318
DEERFIELD BEA, FL 33442-7676

HARRIS N FERRIS
710 N SAINT CLAIR ST
PITTSBURGH, PA 15206-2429

HARRY A OLSON
1412 W JAMES ST
NORRISTOWN, PA 19403-2929

HARRIET STEINMAN
821 PORTOFINO PL
MELVILLE, NY 11747-5211

HARRIS TIMM
3720 RUDE ST
WISCONSIN RAP, WI 54494-7649

HARRY A SIMPSON
3137 BEELER AVE
INDIANAPOLIS, IN 46224-2549

HARRIET SWANSON
10045 W ROYAL OAK RD UNIT 11
SUN CITY, AZ 85351-6124

HARRISON BENTON JR
10003 TIMBERWOOD CT
UPPER MARLBOR, MD 20772-3696

HARRY B LESCH MD
2934 H ST
EUREKA, CA 95501-4408

HARRIETT EVANGELINE ROSADO
1121 PLYMOUTH DR
NEW BERN, NC 28562-4162

HARRISON GOUGH
PO BOX 909
PEBBLE BEACH, CA 93953-0909

HARRY BATDORF
3741 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8942

HARRY BREHM
5128 W TIMBERVUE CT
PEORIA, IL 61615-2204

HARRY H DOUGLASS
9219 LIMESTONE PL
COLLEGE PARK, MD 20740-3943

HARRY MOHAN
2509 GRAND AVE
LEAVENWORTH, KS 66048-4280

HARRY C ERVIN JR
174 S COLLIER BLVD UNIT 406
MARCO ISLAND, FL 34145-4326

HARRY H PERBES
3911 PINE FOREST HOLLOW TRL
HOUSTON, TX 77084-2499

HARRY OSBORN (TOPPY) DAWSON III
5825 BEVERLY DR
HANAHAN, SC 29410-3126

HARRY C KAUFMANN
126 W MILLER DR
THIENSVILLE, WI 53092-6188

HARRY J WOODS JR
9 ROSEMONT AVE
MADISON, NJ 07940-1427

HARRY PAUL JOHNSON
PO BOX 1647
FRITCH, TX 79036-1647

HARRY COLEMAN
1309 SHADY LN
TRENTON, TN 38382-3311

HARRY JOHN MATHERS
25033 OLD OAK LN
SHOREWOOD, IL 60404-7410

HARRY READMAN
113 TERRACE LN
INTERNATIONAL, MN 56649-2111

HARRY CONN
240 COUNTY ROAD 4860
AZLE, TX 76020-8850

HARRY L HYDE
4836 IVYBROOK DR
FORT WAYNE, IN 46835-2345

HARRY RHODES JR
3785 MERIDIAN RD
OKEMOS, MI 48864-3115

HARRY E CARLSON
26 BIRCHWOOD DR
BILLINGS, MT 59102-5758

HARRY M HILL III
67 HIDDEN VALLEY RD
ASTON, PA 19014-2532

HARRY RICHARD JAMES
5109 FOOTHILL BLVD
SAN DIEGO, CA 92109-1905

HARRY E HARRELSON
297 DOBBINS RD
ELLENBORO, NC 28040-9390

HARRY M WILLIAMS
727 JACKSON ST
DENVER, CO 80206-4045

HARRY SPROUL
118 HARRISON RD
ELIZABETH, PA 15037-3036

HARRY F BEACH
2D ARNOLD DR
SALEM, MA 01970-6715

HARRY MARTIN III
2244 52ND ST
SAN DIEGO, CA 92105-5448

HARRY STOVER
100 BLUE LAKE RD
REINHOLDS, PA 17569-9705

HARRY G COHEN
3929 VILLA COSTERA
MALIBU, CA 90265-5151

HARRY MARTIN KNOOP
9060 CONSERVATION ST NE
ADA, MI 49301-9797

HARRY STRANDBERG
15445 MORRAINE WAY
EDEN PRAIRIE, MN 55347-1413

HARRY T DOUGLAS
4132 HAWK TRL NW
HACKENSACK, MN 56452-2255

HARRY W BERGER
1050 PINE ST
MILTON, PA 17847-7618

HARRY W THOMPSON
33 MAIN ST
SOUTHAMPTON, NJ 08088-8868

HARRY WILLIAM GOUGAR
15470 PINEWOOD DR LOT 67
HAYWARD, WI 54843-2679

HARRY WILSON
27 CHILLICOTHE RD
GALLIPOLIS, OH 45631-1035

HARRYETTE HAKE
652 ORANGE GROVE AVE
ALHAMBRA, CA 91803-1225

HARTENE BRITT
3633 RIVER EDGE CT
DECATUR, GA 30034-5060

HARVEY [HARV] CITERMAN
7 PORTLAND CT
SAINT LOUIS, MO 63108-1293

HARVEY A GOLDVARG
16334 N 110TH ST
SCOTTSDALE, AZ 85255-2434

HARVEY ALSTODT
224 GRAND POINTE DR
WEST PALM BEA, FL 33418-4629

HARVEY BURKETT
1468 N FRANKLIN AVE
LOUISVILLE, CO 80027-1652

HARVEY CRAWFORD
65 RIDGE RD
BROWNS MILLS, NJ 08015-6803

HARVEY E RITTER
505 10TH ST
SELINSGROVE, PA 17870-1614

HARVEY EUGENE DRAWDY
PO BOX 1957
DARLINGTON, SC 29540-1957

HARVEY H HELLER
1240 TOWNSHIP AVE
WISCONSIN RAP, WI 54494-0305

HARVEY HILL
1026 SEELBACH AVE
LOUISVILLE, KY 40215-2533

HARVEY JOHNSON
1311 MAUNA LOA RD
TUSTIN, CA 92780-3827

HARVEY L GOLDBERG
16 STERLING DR
HORSHAM, PA 19044-1028

HARVEY L WENDEL JD
531 N PINCKNEY ST UNIT C
MADISON, WI 53703-1431

HARVEY M SHANIES
44 VICTOR DR
POUGHKEEPSIE, NY 12603-6349

HARVEY M TETTLEBAUM
56295 LITTLE MONITEAU RD
CALIFORNIA, MO 65018-3069

HARVEY MERENSTEIN
10673 EDINBURGH ST
HOLLYWOOD, FL 33026-4713

HARVEY NAGER
1483 ANDREWS LN
EAST MEADOW, NY 11554-3620

HARVEY NISSLEY
15730 GOLFVIEW DR
RIVERVIEW, MI 48193-8092

HARVEY O [HARV] ELDER
1466 WILLOW CT
GOSHEN, IN 46528-5068

HARVEY P GROTRIAN
3777 BRIDLE PASS
ANN ARBOR, MI 48108-2789

HARVEY R FLEISHMAN
19 GLEN OAK DR
WAYLAND, MA 01778-3921

HARVEY SCHRAMM
9102 W SWAN CIR
SAINT LOUIS, MO 63144-1624

HAZEL CAMPBELL
3 CAGUA CT
SANTA FE, NM 87508-2234

HAZEL STARR
824 N BANCROFT ST
INDIANAPOLIS, IN 46201-2939

HARVEY TAUBERT
400 E 2ND AVE
BEAVER CREEK, MN 56116-1117

HAZEL CARTMILL
3003 S LAKE CRABAPPLE RD
MARYSVILLE, WA 98271-7920

HAZEL WINSTEAD
PO BOX 2427
PAWLEYS ISLAN, SC 29585-2427

HARVEY WARREN ZORBAUGH
11117 PROUD FOOT PL
COLUMBIA, MD 21044-1047

HAZEL CUNNINGHAM
9620 DEPOT RD
HEISKELL, TN 37754-2044

HAZEL YOUNG
611 MACMILLAN DR
DAYTON, OH 45426-2743

Hasler
PO Box 30193
Tampa, FL 33630-3193

HAZEL DUNBAR
64 TRAIL OF SAND LN
BEECH ISLAND, SC 29842-9303

HEATHER FRAKE
13 SHELDON RD
PEMBERTON, NJ 08068-1421

HATTIE BLY
1100 S J ST
RICHMOND, IN 47374-6368

HAZEL HARTENSTINE
46 E MAIN ST APT 1
LITITZ, PA 17543-1962

HEATHER HAYES
16337 JOHN ROWLAND TRL
MILTON, DE 19968-3549

HATTIE CLARK
6115 JOHN AVE
LONG BEACH, CA 90805-3633

HAZEL HAYS
142 ANTLER CIR
SAN ANTONIO, TX 78232-2256

HEATHER KOLAR
2609 N GREENVIEW AVE APT G
CHICAGO, IL 60614-1137

HAYWARD CAREY JR
7260 W TAMARON BLVD
NEW ORLEANS, LA 70128-4605

HAZEL HOAK
PO BOX 5093
LANCASTER, PA 17606-5093

HEATHER WILLIAM
135 WILLIAMS ST
WRENTHAM, MA 02093-1811

HAYWOOD ELLIOTT
2704 WHITESTONE AVE
CHESAPEAKE, VA 23323-2914

HAZEL LUNARDO
4565 WHIRLAWAY DR
SARASOTA, FL 34233-5046

HEDI WHITE
1349 LEXINGTON AVE APT 6D
NEW YORK, NY 10128-1580

HAZEL BONE
106 ROSE LN
WINCHESTER, IN 47394-8293

HAZEL M JENKINS
900 DAPHIA CIR APT 66
NEWPORT NEWS, VA 23601-1184

HEINRICH A [HANK] DEN BOER
13123 GOLDEN RAINBOW DR
CYPRESS, TX 77429-3544

HELAINE MILLER
99 FLORENCE ST
CHESTNUT HILL, MA 02467-1935

HELEN BROWN
415 E 11TH ST
PORT CLINTON, OH 43452-2447

HELEN CLAUSEN CLU
1923 PRAIRIE ST
GRINNELL, IA 50112-1025

HELAINE MILLER
6719 CATANIA DR
BOYNTON BEACH, FL 33472-7357

HELEN BUCCINI
523 REYNOLDS ST
MCKEESPORT, PA 15132-3638

HELEN COOLEY
375 S MAIN ST
MEDINA, TN 38355-9704

HELEN A IANNELLI
286 WHITEHALL RD
ALBANY, NY 12209-1130

HELEN BULLOCK
302 BREEZEVIEW DR
BALLWIN, MO 63021-5022

HELEN CROWDER
5413 CHIMNEY ROCK RD
FORT WORTH, TX 76112-2953

HELEN ANTHONY
107 AVENUE U
LEVELLAND, TX 79336-3022

HELEN BURGESS
771 LA DORE DR
MURRAY, UT 84107-3057

HELEN DICARLO
6562 ELDRIDGE ST
SAN DIEGO, CA 92120-2849

HELEN ARTIGLIERE
45 BELLEAU AVE
MADISON, NJ 07940-1111

HELEN BURKHOLDER
569 RIDGE AVE
EPHRATA, PA 17522-9227

HELEN DIRCK
1544 AMESBURY WAY
SAN JOSE, CA 95127-4603

HELEN BENCIC
19800 S LAKE SHORE BLVD
EUCLID, OH 44119-1153

HELEN BURNS
4365 LYNNVILLE CRES
VIRGINIA BEAC, VA 23452-1828

HELEN E EDGE
20 RIVERVIEW AVE
PORTSMOUTH, VA 23704-1917

HELEN BLAIR
251 JASMINE DR
GRANTS PASS, OR 97526-9053

HELEN CERJAN
4653 HAMMOCK CIR
DELRAY BEACH, FL 33445-5315

HELEN ELEY
71645 140TH ST
ZEARING, IA 50278-8579

HELEN BLOOMER
7 BLANCHE AVE
HARRINGTON PA, NJ 07640-1002

HELEN CHRISTENSON
23654 EDGEWOOD WAY
CALIFORNIA, MD 20619-3314

HELEN ELIZABETH ATKINS
252 BURNS RD
GREER, SC 29651-7265

HELEN BROWN
22028 SUNVIEW DR
WOODBURN, IN 46797-9645

HELEN CHUCKROW
89 HUDSON POINT LN
OSSINING, NY 10562-5942

HELEN ELLIOT
7 LOCUST AVE
HADDON TOWNSH, NJ 08108-2616

HELEN ERNESTINE WHITE
900 COUNTY ST APT 324
PORTSMOUTH, VA 23704-2146

HELEN HANSCAM
PO BOX 2504
HARBOR, OR 97415-0317

HELEN JANE THOMPSON
818 BAMBOO CT
TEHACHAPI, CA 93561-2202

HELEN F MILLER
4870 HALKETT AVE
ROSEMEAD, CA 91770-1261

HELEN HELLMAN
506 3RD ST
WASHBURN, IA 50702-6061

HELEN JONES
507 SW 19TH ST
SEMINOLE, TX 79360-3805

HELEN FIELDS
PO BOX 1303
GRANTS PASS, OR 97528-0107

HELEN HOCKING-ROLIN
420 EISENBROWN ST
READING, PA 19605-2403

HELEN K HALLERAN
3116 PARKER ST
MIMS, FL 32754-3829

HELEN FIELDS
120 SPRING ST
RICHLAND, WA 99354-1608

HELEN HOLMESTAD
2128 COUNTY ROAD 92
INTERNATIONAL, MN 56649-8810

HELEN KAPLAN
93 BRAEBURN LN
ASHLAND, MA 01721-4401

HELEN FLEMING
2003 BURLINGTON RD
AKRON, OH 44313-5351

HELEN HOWARD
18601 36TH AVE W APT G204
LYNNWOOD, WA 98037-7671

HELEN KELLER
210 CENTRAL AVE
GREENVILLE, OH 45331-1525

HELEN FORWARD
1623 HAVEN DR
EIGHT MILE, AL 36613-2207

HELEN HUGHES
35651 ELK CAMP RD
REHOBOTH BEAC, DE 19971-8716

HELEN KENNEDY
7 GREEN TER
MANHASSET, NY 11030-3215

HELEN FRANCES FLYNN
57 TUCKERMAN AVE
MIDDLETOWN, RI 02842-6045

HELEN HUTCHISON
PO BOX 13212
WICHITA, KS 67213-0212

HELEN KNOX
8135 NICE WAY
SARASOTA, FL 34238-4419

HELEN G REDFORD
5212 CALEDONIA RD
RICHMOND, VA 23225-3008

HELEN J AMERMAN
90 DONALDSON AVE
RUTHERFORD, NJ 07070-2202

HELEN L BRENNAN
9 MARIN ST
NEWPORT, RI 02840-2710

HELEN GUTHEIL
113 BENTLEY VILLAGE CT
NAPLES, FL 34110-8083

HELEN J WILLIAMS
5016 OSAGE AVE
PHILADELPHIA, PA 19143-1611

HELEN L CHADIMA
150 BROADMOOR LN
IOWA CITY, IA 52245-9313

HELEN LADY
1824 MELODY DR
MIDWEST CITY, OK 73130-6344

HELEN LARSON
1252 DRAKE CIR
SAN LUIS OBIS, CA 93405-4908

HELEN LEE STOWELL
7175 KIPLING ST UNIT 339
ARVADA, CO 80004-1682

HELEN LYONS
1737 26TH AVENUE CT
GREELEY, CO 80634-4931

HELEN M HANSON
408 13TH ST NW
DEVILS LAKE, ND 58301-1727

HELEN M WILSON
3504 EXECUTIVE CENTER DR APT
CHESAPEAKE, VA 23321-5241

HELEN MACDONALD
6 SAINT JAMES CIR
SOUTHERN PINE, NC 28387-5032

HELEN MADISON
PO BOX 72
LAKE, MI 48632-0072

HELEN MANE
889 N ELKHORN DR APT 118
WASILLA, AK 99654-6390

HELEN MARAFIOTI
134 NEBRASKA CIR
SEBASTIAN, FL 32958-6701

HELEN MARIE CARMOSINO
5608 SW 2ND ST
DES MOINES, IA 50315-5101

HELEN MARLEY
14411 ROUNDSTONE LN
HOUSTON, TX 77015-2527

HELEN MCALEER
1932 MICHAEL ST
HOLT, MI 48842-1720

HELEN MOORE
1223 STINSFORD RD
NEWARK, DE 19713-3360

HELEN MULVIHILL
202 HOLBROOK RD
HOLBROOK, NY 11741-1327

HELEN NATALIE LEWIS
704 N BEVERLY DR
BEVERLY HILLS, CA 90210-3322

HELEN NULL
1028 NEIGHBORHOOD RD
GALLIPOLIS, OH 45631-8706

HELEN O'BRIEN
15902 VIA MARLIN
SAN LORENZO, CA 94580-2540

HELEN OPONG-KESSE
6376 POTRERO DR
NEWARK, CA 94560-5622

HELEN OSHONA
7518 N NEVA AVE
NILES, IL 60714-3740

HELEN PAGE
373 LAFAYETTE RD UNIT 301
HAMPTON, NH 03842-2264

HELEN PAUL
3009 NELSON ST
ALEXANDRIA, LA 71301-4939

HELEN POLLICOVE
25 CAMBRIDGE DR
JACKSON, NJ 08527-2608

HELEN RAMSEY
33166 VETOLL RD
COARSEGOLD, CA 93614-9502

HELEN RANDALL-LEMON
691 NW 66TH PL
DES MOINES, IA 50313-5432

HELEN REISLER
819 HERITAGE HLS
SOMERS, NY 10589-1977

HELEN RENEVITZ
3493 VOYAGER CIR
SAN DIEGO, CA 92130-1851

HELEN ROHRER
1516 BOOK RD
LANCASTER, PA 17602-1702

HELEN SNYDER
419 CENTER ST
MILTON, PA 17847-2435

HELEN WHEELER
3040 BOHICKET RD
JOHNS ISLAND, SC 29455-7213

HELEN ROMBERG
4376 FAIRWAY DR
LAKEWOOD, CA 90712-3760

HELEN SULLIVAN
1507 DELLMAR AVE
JOLIET, IL 60435-3812

HELEN WILLIAMS
1303 17TH ST
INTERNATIONAL, MN 56649-2876

HELEN ROSS
9 PAR CLUB CIR
BOYNTON BEACH, FL 33436-5604

HELEN TEPPER
19 FOX DEN RD
MOUNT KISCO, NY 10549-3833

HELEN WILSON
2908 HOLLOW VALLEY DR
FORT WORTH, TX 76244-5531

HELEN RUTLEDGE
1900 DAKOTA ST
LEAVENWORTH, KS 66048-1116

HELEN TOELLE
4602 N 68TH ST
MILWAUKEE, WI 53218-4824

HELEN WORTHINGTON
5185 DUNNELLON AVE
MEMPHIS, TN 38134-5307

HELEN SCHNAARS
456 E PLANTATION RD
VIRGINIA BEAC, VA 23454-4043

HELEN VALERUGO
690 WESTPORT DR
JOLIET, IL 60431-4863

HELEN YOUNG
450 N GRANT ST APT 8
CLOVERDALE, IN 46120-8413

HELEN SCHULZ
101 CEDAR LN APT 202
ELKHART LAKE, WI 53020-2142

HELEN VER HOEVEN
4766 COOLIDGE AVE
IRETON, IA 51027-7546

HELEN ZETTEL
2601 N 8TH ST
SHEBOYGAN, WI 53083-4922

HELEN SELIGA
120 BROADLAWN DR
ELIZABETH, PA 15037-2045

HELEN VIRGINIA MC LYMAN
334 MAIL COACH RD
PORTSMOUTH, RI 02871-1008

HELENA ALEXIS RILEY
570 GARDENVIEW CIR
LIMA, OH 45801-3882

HELEN SHIRLEY
4415 SADDLEBRANCH DR
GIBSONVILLE, NC 27249-8800

HELEN WALLACE
24205 S CREE DR
CHANNAHON, IL 60410-3202

HELENA J STEPHENS
2707 EVERGREEN PL
PORTSMOUTH, VA 23704-6317

HELEN SKARZYNSKI
4 HELENA ST
EAST BRUNSWIC, NJ 08816-3934

HELEN WARD
2728 TRIMBLE RD
TOLEDO, OH 43613-2512

HELENA LIGON
1906 CHARLESTON AVE
PORTSMOUTH, VA 23704-5520

HELENA YAO
58 PIENZA
LAGUNA NIGUEL, CA 92677-8624

HELENANN QUINN
7 QUINCY CT
FREEHOLD, NJ 07728-9251

HELENE F BILLERA
405 ROCKEFELLER APT 1005
IRVINE, CA 92612-7192

HELENE HILL
14425 SW SURREY ST
BEAVERTON, OR 97006-5952

HELENE SILVER
110 MONASTERY AVE APT 302
WEST SPRINGFI, MA 01089-1547

HELENE SMITH
1530 E 19TH ST APT 1C
BROOKLYN, NY 11230-7238

HELGA HASLER
1326 E HILLSIDE DR
PEORIA, IL 61614-3151

HELYN RIESEN
634 PIEDMONT ST
WILMINGTON, OH 45177-2523

HENRI PARENS MD
111 PRESIDENTIAL BLVD STE 13
BALA CYNWYD, PA 19004-1018

HENRI SPAULDING
14108 PIEDRAS RD NE
ALBUQUERQUE, NM 87123-2323

HENRIETTA B OGLESBY
6244 OLD POINT RD LOT 5
CHARLESTON, SC 29410-2154

HENRIETTA EVANS
PO BOX 414
HASTINGS, FL 32145-0414

HENRIETTA FREEDMAN
55 KENT LN APT H105
NASHUA, NH 03062-2825

HENRIETTA MC COY
RR 1 RMB 205
FORT FRANCES, ON P9A 3M2

HENRIETTA R [BECKY] HARTRANFT
400 E MAIN ST
EPHRATA, PA 17522-2506

HENRIETTA STAUFFER
219 BRENNEMAN RD
LANCASTER, PA 17603-9624

HENRIETTE E HARVEY
7253 ZONA AVE
JACKSONVILLE, FL 32211-7230

HENRIETTE ERSKINE
110 LANG DR
CORAOPOLIS, PA 15108-2643

HENRY [EARL] SPARKS
3625 WELSH RD APT C9
WILLOW GROVE, PA 19090-2923

HENRY A GRAFFEO SR
5940 LOKEY DR
ORLANDO, FL 32810-3218

HENRY A SOLLBERGER
PO BOX 2414
SLIDELL, LA 70459-2414

HENRY ALLEN [HANK] SCHNEID
1709 BARNITZ AVE
ROLLA, MO 65401-9617

HENRY ARNOLD JAMES
12659 WIMICA LN
JACKSONVILLE, FL 32218-2345

HENRY BADGER RIDGEWAY
232 FAULINE RD
EASTOVER, SC 29044-8911

HENRY BEZOZO
2072 LAWRY LN
MERRICK, NY 11566-5316

HENRY CHRISTOFFELS
6113 AUTRY AVE
LAKEWOOD, CA 90712-1337

HENRY COLE
627 W 8TH ST
WASHBURN, WI 54891-9597

HENRY CRIST JR
111 BILL MILLER RD
SPRING CITY, TN 37381-5756

HENRY JOHN DEGOOD
1238 W SUGAR GROVE RD
SCOTTVILLE, MI 49454-9672

HENRY P FLETCHER
5 YALE ST
NEWPORT, RI 02840-1422

HENRY DAVID WRIGHT
3105 DONNA RD
DENTON, TX 76207-7744

HENRY M [HANK] BRODERSEN
23719 SAMUEL ADAMS CIR
MILLSBORO, DE 19966-8224

HENRY PORTER MOORE JR
PO BOX 162
PAWLEYS ISLAN, SC 29585

HENRY DUST
1410 PAUL ST
POCAHONTAS, AR 72455-2628

HENRY M EMENECKER JR
79 E MAIN ST
MARLTON, NJ 08053-2139

HENRY R SCHORR
5934 PATTON ST
NEW ORLEANS, LA 70115-3233

HENRY DUVERNAY JR
1810 DALEWOOD TRL
GARLAND, TX 75040-4419

HENRY M RANDO
2205 MAINE AVE
KENNER, LA 70062-5958

HENRY S BALE JR
509 E CROSS ST
WILMINGTON, IL 60481-1018

HENRY E DI FABIO
504 TRYENS RD
ASTON, PA 19014-1521

HENRY MANKIN
185 DEAN RD
BROOKLINE, MA 02445-4201

HENRY S SELTZER
1229 CHESTNUT ST APT 522
PHILADELPHIA, PA 19107-4143

HENRY E SMITH
3924 LAKEVIEW DR
CHESAPEAKE, VA 23323-1610

HENRY MURRAY MIXON III
1205 OLD WANUS DR
MOUNT PLEASAN, SC 29464-5241

HENRY SCHRAM
2 MELROSE LN
MENDHAM, NJ 07945-1300

HENRY GRADY WYLDS III
1708 GREENWAY DR
AUGUSTA, GA 30909-4324

HENRY P BRUBAKER
329 DICKINSON AVE
SWARTHMORE, PA 19081-2002

HENRY SCHROEDER
1836 OLLADALE DR
FORT WAYNE, IN 46808-1714

HENRY J SINGER
2264 SUDBURY RD NW
WASHINGTON, DC 20012-2231

HENRY P CHAVEZ
1090 S CEDAR RD APT 107
NEW LENOX, IL 60451-3248

HENRY STONE
210 COTTON DR
JACKSON, GA 30233-2084

HENRY J SMITH JR
1111 13TH ST S
WISCONSIN RAP, WI 54494-5343

HENRY P DAIGLE
439 W WEBER CIR
LAKE CHARLES, LA 70611-5233

HENRY T SMITH
6717 CAHILL RD
EDINA, MN 55439-1308

HENRY TAYLOR JR
3212 BLANCHARD RD
SHREVEPORT, LA 71103-2011

HENRY W JONES
1819 3RD ST SW
WAVERLY, IA 50677-4372

HERALD W GREGORY
2065 PORCH ROCK RD
PIKEVILLE, TN 37367-8406

HERB BARENBERG
57 AGNES DR
FRAMINGHAM, MA 01701-3845

HERB BROCKMAN
33 CORNELL CIR
PUEBLO, CO 81005-1913

HERB KAEUPER
2822 TIMBER CREST LN
HIGHLAND VILL, TX 75077-6410

HERB NYE
1909 MIAMI ST
LEAVENWORTH, KS 66048-1647

HERBERT [HERB] MENDELSOHN
1170 BOWER HILL RD APT 110
PITTSBURGH, PA 15243-1340

HERBERT A [HERB] LEWIS
4520 AUGUST LN
KANSAS CITY, KS 66106-1844

HERBERT ADLERBERG
5500 FIELDSTON RD APT 4AA
BRONX, NY 10471-2535

HERBERT B [HERB] STERN
251 NAHANTON ST
NEWTON CENTER, MA 02459-2909

HERBERT BAREFOOT
1611 BOIS DARC PL
MONROE, LA 71201-3421

HERBERT BLOW JR
1507 GLEN AVE
SHREVEPORT, LA 71109-1506

HERBERT BOLENDER
8501 SUGAR CREEK RD
LIMA, OH 45801-9780

HERBERT CHEW JR
3309 HAZELHURST AVE
RICHMOND, VA 23222-2741

HERBERT CHONTOS
6571 DELIVERANCE CT
COLORADO SPRI, CO 80918-1600

HERBERT F MEYER
95 GILBERT AVE
PEARL RIVER, NY 10965-3032

HERBERT HINELINE
6724 N 65TH AVE
OMAHA, NE 68152-2110

HERBERT JOHN HORTON
1 LARRY LN
RIVERSIDE, RI 02915-1119

HERBERT KONOWITZ
55 BELOIT AVE
DOVER, DE 19901-5704

HERBERT L GAYMON
34733 OSAGE RIVER PL
FREMONT, CA 94555-3222

HERBERT LAIN [BUB] HOLT
5915 SHERBORN LN
SPRINGFIELD, VA 22152-1035

HERBERT LOWRY FREDRICKSON
4809 WOOLPER RD
PETERSBURG, KY 41080-9774

HERBERT M SHAPIRO
165 GROVE ST
CHESTNUT HILL, MA 02467-4002

HERBERT R HABER
5 WOODSIDE RD
WINCHESTER, MA 01890-1728

HERBERT R SCHULZ
27489 SCHULZ RD
COLD SPRING, MN 56320-4623

HERBERT SALZMAN
7107 CHATSWORTH CT
UNIVERSITY PA, FL 34201-2361

HERBERT SMOLKA
4618 TELHURST RD
SOUTH EUCLID, OH 44121-3960

HERMAN L TOTTEN
2100 PEMBROOKE PL
DENTON, TX 76205-8208

HERSCHEL KLEIN
250 PRESTON ST
WINDSOR, CT 06095-3139

HERBERT STEINBACH
5519 N BRIARCREST CT
PEORIA, IL 61614-4229

HERMAN M REID JR
329 GRAND AVE # A
BROOKLYN, NY 11238-1946

HEYWARD FULMER SLICE
124 SOFTWINDS CT
CHAPIN, SC 29036-9795

HERBERT WILLMARTH
1605 JEFFERSON HEIGHTS DR AP
JEFFERSON CIT, MO 65109-4608

HERMAN MCGUFFIN
3720 BLAKEMORE LN
LA GRANGE, KY 40031-9435

HILARIE PRICE
13201 S 29TH ST
BELLEVUE, NE 68123-1927

HERCHEL J [JACK] DIXON
5025 FLEETWOOD DR
KNOXVILLE, TN 37921-5308

HERMAN MENDEL
71 W CALLE DEL LAGO
GREEN VALLEY, AZ 85614-3022

HILARY SUJKOWSKI
114 E ALEXIS RD
TOLEDO, OH 43612-3703

HERM J GREENBERG
7112 ECHO LOOP
SAN JOSE, CA 95120-4715

HERMAN PARKER
27 BLOOMINGTON LN
STAFFORD, VA 22554-7727

HILDA HEROLD
359 COUNTRY MEADOWS BLVD
PLANT CITY, FL 33565-8723

HERMAN BROWN
320 9TH ST
MCKEESPORT, PA 15132-3926

HERMAN PAUL SCHOLZ
202 CEDAR ST
GRAFTON, WI 53024-2365

HILDA VOLMERDING
5633 S WAYNE AVE APT B
FORT WAYNE, IN 46807-3153

HERMAN GRILLIOT
2734 CASSY LN
NEENAH, WI 54956-9059

HERMAN PETERS
275 S WORTHINGTON ST SPC 93
SPRING VALLEY, CA 91977-6339

HILDEGARD [HILDE] WOLFROM
44500 GARFIELD RD
CLINTON TOWNS, MI 48038-1154

HERMAN JAMES
12212 LANGSHAW DR
THONOTOSASSA, FL 33592-2732

HERMAN SHAW
306 ARKANSAS AVE
WALNUT RIDGE, AR 72476-3211

HILDUR CHAPMAN
523 GEORGETOWN PL
DAVIS, CA 95616-1820

HERMAN K DIETRICH JR
249 MEADOWLARK LN
COLUMBUS, OH 43214-1244

HERMAN SUESS
69085 260TH AVE
KASSON, MN 55944-1845

HILLARY W COTTON SR
505 NORCUM CIR
PORTSMOUTH, VA 23701-4110

HILLIS O KAUFFMAN
133 TERRY CT
BATTLE CREEK, MI 49015-3162

HOLLIS NEIER
12534 HOWARDSVILLE RD
HOWARDSVILLE, VA 24562-4008

HOLLY KORTRIGHT
13603 RIDGE ROCK DR
CHANTILLY, VA 20151-2487

HILORI MORGAN
208 FAIRLEAF PL
LEXINGTON, KY 40509-1409

HOLLIS VLIETSTRA
4640 W D AVE
KALAMAZOO, MI 49009-9044

HOLLY MCNEAL
145 GOLF COURSE RD
MILTON, PA 17847-9638

HIRAM [FRED] NORTON
603 SE M ST
GRANTS PASS, OR 97526-3209

HOLLOWAY WOOTEN ESQ
1320 HEMLOCK ST NW
WASHINGTON, DC 20012-1551

HOLLY PALMER PARKER
3300 SPARTA CIR
SEBRING, FL 33870-0447

HIROMI TSURUOKA
1210 W PARK AVE
ANAHEIM, CA 92801-4721

HOLLY A HUSER
5713 COUNTY ROAD HH
WISC RAPIDS, WI 54495-9254

HOLLY WILSON
145 HARDWOOD RD
LEXINGTON, GA 30648-2149

HOBART TAYLOR
8501 LYNHURST DR
LAS VEGAS, NV 89134-8636

HOLLY DAVISON
211 OAK ST
KEOSAUQUA, IA 52565-1035

HOLLYE HOGAN NICHOLAS
11633 FLAMINGO DR
BATON ROUGE, LA 70814-7142

HOKE CRUMPLER
5832 EDGEWATER RD
WAMEGO, KS 66547-6000

HOLLY DAYE GARVER
411 8TH ST NE
NAPLES, FL 34120-2046

HOLT HIGH SCHOOL
HOLT/DIMONDALE ALUMNI ASSO
5885 WEST HOLT ROAD
HOLT, MI 48842

HOLLIE HIGGS
1425 NW 2ND AVE
DELRAY BEACH, FL 33444-3003

HOLLY GREEN
62 FAIRVIEW AVE
HATBORO, PA 19040-3304

HOLT HIGH SCHOOL
c/o LINDA RIED
5885 WEST HOLT ROAD
HOLT, MI 48842

HOLLIEN RICE
9 NIMITZ CIR
NATICK, MA 01760-2923

HOLLY HOEBRECKX
2700 SUMMERVIEW WAY APT 301
ANNAPOLIS, MD 21401-7746

HOMER D GROOMS
227 MCCOMBS ST
JACKSBORO, TX 76458-2426

HOLLIS BERNARD SCOTT JR
2110 E CAMORENE ST
SPRINGFIELD, MO 65803-4805

HOLLY JENKINS
6008 BAINBRIDGE CT
LIBERTY TOWNS, OH 45011-9157

HOMER FOWLER
31856 GILS RD
MINIER, IL 61759-9527

HOMER MELTON EARGLE
5 WENTWORTH ST
CHARLESTON, SC 29401-1625

HOPE V KIRK
23570 WALTZ RD
NEW BOSTON, MI 48164-9170

HOWARD B LASNIK
22 SWAN PL
ARLINGTON, MA 02476-6512

HOMER WEIMER
2432 JASPER CT
CINCINNATI, OH 45231-2815

HOPE WOLF
6210 S PAULA CT
SPOKANE, WA 99223-6924

HOWARD BACON
5178 KENSINGTON HIGH ST
NAPLES, FL 34105-5649

HON JOHN R O'CONNOR
60 STEVENSON ST
LYNBROOK, NY 11563-1115

HORACE ALLEN NEEDHAM
1444 DOVE LANDING RD
YORK, SC 29745-9463

HOWARD BLANCHARD
510 GOODNOW AVE
WISCONSIN RAP, WI 54494-6029

HON JOYCE L SPARROW
530 E 76TH ST APT 26C
NEW YORK, NY 10021-3173

HORACE ELMER HARMON JR
2700 LEAPHART RD
WEST COLUMBIA, SC 29169-3311

HOWARD BLANCHARD
160 CIDER MILL RD
GLASTONBURY, CT 06033-3809

HON RAYMOND J ARATA
140 CEDRO AVE
SAN FRANCISCO, CA 94127-2843

HORACE L DIXON
51 CHRISTINE DR
EAST HANOVER, NJ 07936-3075

HOWARD BOWDEN
1828 EXCHANGE ST
KEOKUK, IA 52632-3318

HOPE DELLA RATTA
11 MOUNTAIN CUT
MANHASSET, NY 11030-3642

HORACE LEE MORGAN
760 WINYAH DR
NORTH AUGUSTA, SC 29841-2029

HOWARD C CARLIN
13158 DIAMOND MILL DR
HERNDON, VA 20171-3060

HOPE ELIZABETH RUPRECHT
912 W 120TH TER
KANSAS CITY, MO 64145-1076

HORACE MCDONELL
740 BALD EAGLE DR
NAPLES, FL 34105-7409

HOWARD C DEW
3720 LARKVIEW CT
DUNKIRK, MD 20754-2932

HOPE L BROWN
23431 WOHLFEIL ST
TAYLOR, MI 48180-2356

HORTENSE HOWELL-BARBER
5900 ARLINGTON AVE APT 1U
RIVERDALE, NY 10471-1303

HOWARD C NORCROSS
330 LEGION CT
PITMAN, NJ 08071-2436

HOPE LAWABNI
16323 E RIDGELINE DR
FOUNTAIN HILL, AZ 85268-6691

HOWARD A BERNIER
4828 KLOSTERMAN OAKS BLVD
PALM HARBOR, FL 34683-1202

HOWARD C THOMAS
PO BOX 8182
RICHMOND, IN 47374-0182

HOWARD CAMPBELL
981 NAMPA CT
TROY, MI 48084-2616

HOWARD FABIAN
100 UNITED NATIONS PLZ APT 3
NEW YORK, NY 10017-1724

HOWARD M KNUTSON
2409 LYNN ST
BELLINGHAM, WA 98225-2131

HOWARD COBIN
1233 N GULFSTREAM AVE UNIT 1
SARASOTA, FL 34236-8956

HOWARD G WRIGHT
9785 LA MONICA DR
RANCHO CUCAMO, CA 91730-2800

HOWARD M STEPHENS
3405 PEAVINE RD
KILGORE, TX 75662-2141

HOWARD COHEN
245 VALLEY RIDGE RD
HAVERFORD, PA 19041-2028

HOWARD GOLDSMITH PE
522 KNOLLS DR UNIT 104
NEWPORT NEWS, VA 23602-5759

HOWARD MADORSKY
24710 HAZELMERE RD
CLEVELAND, OH 44122-3221

HOWARD COHEN
402 MARPLE RD
BROOMALL, PA 19008-2044

HOWARD H MILES
6325 TRUMAN DR
FORT WORTH, TX 76112-8027

HOWARD N BELDOCK
PO BOX 2202
NEW PRESTON, CT 06777-0202

HOWARD D GOLDMAN
5854 ALDERSON ST APT 1
PITTSBURGH, PA 15217-2434

HOWARD HAGEN
3030 2ND ST S
WISCONSIN RAP, WI 54494-5831

HOWARD P ELVRUM
76366 RIVER RD
OAKRIDGE, OR 97463-9512

HOWARD DANZIG
225 KEHRS MILL BEND DR
BALLWIN, MO 63011-5603

HOWARD HARPER
4437 MAJESTIC LN
FAIRFAX, VA 22033-3414

HOWARD Q WANDLER
3000 NELSON LN
FORTUNA, CA 95540-1738

HOWARD E [GENE] BELVIN
1301 STOCKLEY GDNS
NORFOLK, VA 23517-1827

HOWARD KNARR
12446 S VAN DYKE RD # 116
PLAINFIELD, IL 60585-2700

HOWARD R CLARK
13262 MILLARD AVE
OMAHA, NE 68137-1743

HOWARD E BERGSTROM
4300 W RIVER PKWY APT 170
MINNEAPOLIS, MN 55406-3677

HOWARD LAWRENCE VALENTINE
13314 THOROUGHBRED DR
DADE CITY, FL 33525-6212

HOWARD R LACHER
1004 BERRY AVE
NEWTON, KS 67114-1549

HOWARD F RASSIER
7540 TEMPO TER NE
FRIDLEY, MN 55432-3227

HOWARD M HORN
20920 18TH AVE APT 6G
BAYSIDE, NY 11360-1413

HOWARD RIVERS JACOBS JR
2922 CATHEDRAL LN
CHARLESTON, SC 29414-7309

HOWARD S BELL
3310 OLD CREEK RD
GILROY, CA 95020-9440

HUBERT SIMS
15926 NE 13TH ST
WILLISTON, FL 32696-8600

HUGH T [TOM] STOOKSBURY
10125 EL PINAR DR
KNOXVILLE, TN 37922-4158

HOWARD STUART GLAZIER
6021 GOLDEN EAGLE WAY
CLAYTON, CA 94517-1933

HUGH A FOGLE
98 OAKBROOK DR
COLUMBIA, SC 29223-8400

HUGH T BENNETT III
3531 PEBBLE BEACH DR
AUGUSTA, GA 30907-9083

HOWARD TRAWICK
505B KEETON AVE
OLD HICKORY, TN 37138-3811

HUGH CLEVELAND ANSLEY
27 SCARLETT LN
CAMDEN, SC 29020-7699

HUGO ATLAS [HAP] PEARCE
3615 ETHAN CT
CHARLOTTE, NC 28226-4944

HOWARD TRIPP JR
1193 BLUE BROOK LN
PORTAGE, MI 49002-4424

HUGH D WARD SR
3366 YODER RD
LIMA, OH 45806-2752

HUGO J DEASCENTIS
388 BROADWAY
NEWPORT, RI 02840-1734

HOWARD VELDMAN
W11299 BUTTERCUP DR
HANCOCK, WI 54943-7647

HUGH DAVIS THOMAS
884 HICKORY BLUFF DR
WAVERLY, GA 31565-2623

HUMBLE HIGH SCHOOL
c/o KAREN CULLUM
1700 WILSON RD
HUMBLE, TX 77338-5198

HOWARD W ALTHOUSE
10022 FOREST VILLAGE LN
LOUISVILLE, KY 40223-5114

HUGH EBBITT
172 MEADOW LN
MIDDLETOWN, RI 02842-5394

HUNTER YAGER
314 W FIELDS RD
MANCHESTER CE, VT 05255-9226

HOWARD W EMMONS JR
154 POINTVILLE RD
PEMBERTON, NJ 08068-1434

HUGH HENRY MOORE
57 PLEASANT ST
SOUTHAMPTON, NJ 08088-3309

HY EISMAN
99 BOULEVARD
GLEN ROCK, NJ 07452-2003

HOWELL B ANDERSON
501 PARK ST
TIMMONSVILLE, SC 29161-1439

HUGH LYNCH
8630 DOLPHIN ST
PORTAGE, MI 49024-6127

I C NORCOM HIGH SCHOOL
I C NORCOM ALUMNI ASSOCIAT
1801 LONDON BLVD
PORTSMOUTH, VA 23704

HUBERT [HUCK] LITTLE
442 UNION ST
PORTSMOUTH, RI 02871-2218

HUGH MAXWELL WILLIAMS JR
118 GAINES STORE RD
NINETY SIX, SC 29666-9524

I C NORCOM HIGH SCHOOL
c/o DEBORAH MCKISSICK
1801 LONDON BLVD
PORTSMOUTH, VA 23704

IDA [MARIE] PASCHAL
7 ELLSWORTH ST
SPRINGVALE, ME 04083-1607

IDA CONRAD
1118 BUFFALO RD
LEWISBURG, PA 17837-9796

IDA JEANNE HARDING
3949 WINWICK WAY
VIRGINIA BEAC, VA 23456-1575

IDA MAE HOLLAND
13225 THOMAS DR
LITTLE FALLS, MN 56345-6111

IDA MAE ROGERS
3045 SPENCER CIR E
GENEVA, OH 44041-9203

IDA MARIE WATTS
395 SHELARD PKWY UNIT 201
MINNEAPOLIS, MN 55426-1085

IDA RUSSELL
4808 GURLEY AVE
DALLAS, TX 75223-2811

IDA SHIELDS
161 S 45TH ST
RICHMOND, IN 47374-6003

IDA STONE
721 N SUNSET AVE SPC 43
BANNING, CA 92220-3666

IDA VIOLA BEALL
2323 SW BROOKHAVEN LN
TOPEKA, KS 66614-4278

ILA WALKER
419 WASHINGTON ST APT 7
QUINCY, IL 62301-4883

ILENE BERG
2410 TOWN ROAD 182
RAY, MN 56669-9035

ILENE E BISCHOFF
2111 PARMENTER ST APT 6
MIDDLETON, WI 53562-2670

ILENE GROSSMAN
115 E 9TH ST APT 14C
NEW YORK, NY 10003-5420

ILENE WEINSTEIN
117 HEDGEROW DR
YARDLEY, PA 19067-4832

ILETA TARR
544 WEST END CIRCLE
OSAGE BEACH, MO 65065-2587

ILEY COLEMAN III
2531 PAINTERS ST
NEW ORLEANS, LA 70117-7542

ILLEEN REGINA RENINGER
20 GLOUCESTER RD
FRONT ROYAL, VA 22630-3704

IMAGEAN SCHOENY
4350 MATSON AVE
CINCINNATI, OH 45236-2620

IMELDA C RAMSEY
491 HAMPTON DR
RICHMOND, IN 47374-1006

IMMACULATE CONCEPTION HIGH
c/o CAROLYN HANSEN
217 COTTAGE HILL AVE
ELMHURST, IL 60126-3381

IMOGENE MOTEN
5233 S VERDUN AVE
LOS ANGELES, CA 90043-1543

INA EDENS
316 OLD LANDING CT
CHAPIN, SC 29036-9758

INA ERIKSEN
2708 PRIVADA DR
THE VILLAGES, FL 32162-0065

INA HOUSER
1232 TOSCHLOG RD
RICHMOND, IN 47374-5054

INDA LEE REEVES
146 SW 17TH ST
RICHMOND, IN 47374-3857

INEZ DICKINSON
PO BOX 1104
FORT STOCKTON, TX 79735-1104

INEZ KROHN
340 TYLER AVE
PORT EDWARDS, WI 54469-1036

INEZ SPRAGG
10830 LANTNER LN
PLATTE CITY, MO 64079-8260

INGRID CIVINSKAS
6508 CRABTREE LN
BRECKSVILLE, OH 44141-1735

INGRID MAY
1242 N SAINT CHARLES AVE
OKLAHOMA CITY, OK 73127-4306

INGRID MILLER
53 SOARING HAWK LN
PORT ANGELES, WA 98362-7036

INIE A JOHNSON
3611 GLOVER AVE
DES MOINES, IA 50315-3049

IOLA JANE DOTY
632 CONKEY DR
FENWICK, MI 48834-9613

IOLA MILLER
1513 W COUNTY ROAD 285 S
GREENCASTLE, IN 46135-7325

IONA MAE HOEHN
13845 N SUTHERLAND WASH WAY
ORO VALLEY, AZ 85755-4719

IONE FERREL
801 S 52ND ST APT 1005
OMAHA, NE 68106-1811

IONE O'LEARY
920 21ST AVE N
SAINT CLOUD, MN 56303-2627

IOULA L THEOHARIS
8125 N POPLAR DR
MILWAUKEE, WI 53217-2823

IRA M [SONNY] BARKMAN JR
905 DOVER CT
EVANSVILLE, IN 47710-4455

IRA OLLIE
7809 GOLDEN PINE CIR
SEVERN, MD 21144-1037

IRA V LEONARD
PO BOX 4435
TAMPA, FL 33677-4435

IRBY RIVERA
1617 ISLAND WAY
WESTON, FL 33326-3625

IRENA K TERRY ROBINSON
10 WEDGEWOOD DR
JOLIET, IL 60436-3144

IRENE ALEXANDER
347 LAMAR DR
BEECH ISLAND, SC 29842-9440

IRENE ALONSO
130 DOOLEN CT APT 210
NORTH PALM BE, FL 33408-5648

IRENE BARTZ
5943 16TH AVE SE
SAINT CLOUD, MN 56304-9545

IRENE BAXTER
10328 SAGER AVE UNIT 121
FAIRFAX, VA 22030-3568

IRENE BENAC
540 QUEEN ST
WOODBURY, NJ 08096-5716

IRENE BOTTINELLI
1846 ELDON DR
WICKLIFFE, OH 44092-1535

IRENE BUCKNER
4464 SAWGRASS DR
PALM HARBOR, FL 34685-1089

IRENE COHEN
444 NEPTUNE AVE APT 8B
BROOKLYN, NY 11224-4475

IRENE CRENSHAW
10508 MONTICELLO FOREST CIR
LOUISVILLE, KY 40299-4130

IRENE CRENSHAW
211 W OAK ST APT 512
LOUISVILLE, KY 40203-2870

IRENE D KUMF
1805 PATTERSON ST
MCKEESPORT, PA 15132-5545

IRENE K TRACZ
1118 CHOVAN DR
JOLIET, IL 60435-9331

IRENE MCMILLAN
16 HARPER LN
WILLINGBORO, NJ 08046-1712

IRENE DANIELS
267 GEISE ST S
BRONWOOD, GA 39826-4210

IRENE KELLERT LAVEN
44 GARDEN CIR APT 4
WALTHAM, MA 02452-6144

IRENE REEVES
3653 WEST AVE
OCEAN CITY, NJ 08226-1939

IRENE DELLIS
108 DOGWOOD LN
MANHASSET, NY 11030-1640

IRENE KINDELL
582 E JEFFREY PL
COLUMBUS, OH 43214-1827

IRENE RING
10815 127TH ST SE
CLEAR LAKE, MN 55319-9618

IRENE ESHLEMAN
790 SCOTT LN
LITITZ, PA 17543-8867

IRENE KLUTE
713 S 21ST ST
RICHMOND, IN 47374-6526

IRENE SEEFELDT
26500 115TH LN
ISLE, MN 56342-4615

IRENE H RHODES
3333 DUNNING DR
PACE, FL 32571-9504

IRENE KOLODZIEJ
42 PERSHING AVE
SAYREVILLE, NJ 08872-1921

IRENE SMITH
421 SW 18TH ST
RICHMOND, IN 47374-5144

IRENE HAAS
27 ELM AVE
CLEMENTON, NJ 08021-3821

IRENE KRIVONAK
1706 ROMINE AVE
MCKEESPORT, PA 15133-3325

IRENE STONE
231 WESTON VALLEY DR
MOORE, SC 29369-9449

IRENE HILSHER
5273 RIDGE RD
ELIZABETHTOWN, PA 17022-9049

IRENE KUSCH
3550 CHINA GARDEN RD SPC 44
PLACERVILLE, CA 95667-6910

IRENE WEBER
25801 LAKE SHORE BLVD APT 1
EUCLID, OH 44132-1130

IRENE JENSEN
1127 LARRY AVE
WISCONSIN RAP, WI 54494-8341

IRENE LOCZOWSKI
5112 GARETTE DR E
JACKSONVILLE, FL 32210-7709

IRENE ZWEIG RNC
6 SAINT ANDREWS RD
JACKSON, NJ 08527-4056

IRENE K MEGILL
254 ESSEX DR
BRICK, NJ 08723-6523

IRENE M DECKER
55 SUNRISE DR
WHIPPANY, NJ 07981-1160

IRIS HOKANSON
9457 LAS VEGAS BLVD S UNIT 3
LAS VEGAS, NV 89123-3343

IRIS KAPLOW
393 W END AVE APT 15C
NEW YORK, NY 10024-6138

IRMA EBERHARDT
275 NEIGHBORHOOD WAY UNIT 31
SPARKS, NV 89441-9310

IRVING JOHNSON
25141 PAPPAS RD
RAMONA, CA 92065-4921

IRIS LAUDIG
621 BOYD ST
SPARTANBURG, SC 29302-2714

IRMA KIEHN
601 ROLLING HILLS ST
EXETER, CA 93221-2377

IRVING LEONARD MARKOVITZ
2815 215TH ST
BAYSIDE, NY 11360-2629

IRIS LORRAINE MILLER
350 CAMINO REAL RD
KERRVILLE, TX 78028-8703

IRMA PORTER
725 BOWES RD APT F6
LOWELL, MI 49331-1661

IRVING N ROTHMAN PHD
8811 S RICE AVE
HOUSTON, TX 77096-2621

IRIS NEWMAN
1919 CHESTNUT ST APT 2507
PHILADELPHIA, PA 19103-3445

IRV SALTZMAN
12054 BEAR PARK RD
CONIFER, CO 80433-7514

IRWIN EISENBERG
1032 RAFFLES LN
BRYN MAWR, PA 19010-1935

IRIS PARSONS-MCDIVITT
1898 QUAKER RIDGE DR
GREEN COVE SP, FL 32043-8054

IRVIN L BAROUSSE
529 ADAIR ST
MANDEVILLE, LA 70448-5165

IRWIN RICHMAN
7201 CHALKSTONE DR APT T2
BALTIMORE, MD 21208-5538

IRIS PORTER
8786 CARROUSEL PARK CIR UNIT
CINCINNATI, OH 45251-5953

IRVIN PFLUEGER
1180 SW 24TH AVE
BOYNTON BEACH, FL 33426-7450

IRWIN SCHULTZ
17428 MARILLA ST
NORTHRIDGE, CA 91325-1826

IRIS THOMPSON
52 THAYNES CANYON DR
PARK CITY, UT 84060-6711

IRVIN SHORE
6 NOB HILL LN
SAINT LOUIS, MO 63130-2038

IRWIN TESSMAN
PO BOX 1130
LAFAYETTE, IN 47902-1130

IRMA A WEICHENHAIN
7N160 BRIARGATE TER
MEDINAH, IL 60157-9418

IRVING APPEL
21458 BRIDGE VIEW DR
BOCA RATON, FL 33428-1609

IRWIN WEISBROT
6 STARLIGHT DR
NORWALK, CT 06851-3426

IRMA BERRY
1590 SALISBURY RD S
RICHMOND, IN 47374-7406

IRVING H NEGUS JR
6610 PENINSULA WAY
LAINGSBURG, MI 48848-9269

ISA BRENEISEN
70 DEERFIELD DR
PEQUEA, PA 17565-9629

ISAAC NEWTON BAYLESS JR
PO BOX 123
CARMEL VALLEY, CA 93924-0123

ISABELLA SMITH
198 TURTLE HILL RD
LEOLA, PA 17540-9792

IVA LEA BARTON
7604 W RIM DR
AUSTIN, TX 78731-1229

ISABEL DAVIS
3030 MACOMB ST NW
WASHINGTON, DC 20008-3317

ISABELLE C DRENNING
39 STOCKSDALE AVE
REISTERSTOWN, MD 21136-1932

IVA LEE GARRISON
2028 W WILDHORSE DR
CHANDLER, AZ 85286-6139

ISABEL FREGOSO
4840 W HUTCHINSON ST APT 106
CHICAGO, IL 60641-1620

ISAIAH BRITTLE
PO BOX 6834
PORTSMOUTH, VA 23703-0834

IVADEL SCHMAUS
3120 LIVE OAK BLVD UNIT 42
YUBA CITY, CA 95991-8868

ISABEL MACHADO
30 STAFFORD RD
COLONIA, NJ 07067-3209

ISAIAH TRICE
1005 S BENBOW RD
GREENSBORO, NC 27406-2111

IVALOU MAE HULING
620 210TH ST
BRITT, IA 50423-8519

ISABEL MC CARTHY
365 N MAIN ST UNIT E3
WEST LEBANON, NH 03784-1021

ISLA HILGERS
3411 WASHINGTON ST UNIT 305
WISCONSIN RAP, WI 54494-6868

IVAN [TEX] KOEHN
5322 BURKE ST
EUGENE, OR 97402-6460

ISABEL MEYER-HAAS
5411 PIPING ROCK DR
BOYNTON BEACH, FL 33437-1607

ISLA MILES
2710 SUNNYSIDE RD APT 5
MONTROSE, CO 81401-5200

IVAN KEESEY
4011 MEADOWS LN STE 102
LAS VEGAS, NV 89107-3118

ISABEL MONTGOMERY
134 BARRIE RD
ARDMORE, PA 19003-3120

ISOBEL BINGAMAN
3740 SCHEFFLERA DR
NORTH FORT MY, FL 33917-2039

IVAN MACHAMER
95 N BROAD ST
HUGHESVILLE, PA 17737-1201

ISABEL WILLIAMS
481 YALE AVE
LIMA, OH 45804-3563

ISRAEL BLACK JR
PO BOX 4396
SANFORD, FL 32772-4396

IVANA MONAHON
797 BOARDMAN RD
AIKEN, SC 29803-5405

ISABEL ZACKSON
110 JOSEPH ST
NEW HYDE PARK, NY 11040-1705

IVA KARAMAN
3600 RED LION RD APT 70B
PHILADELPHIA, PA 19114-1427

IVORY HILL
3840 NW 8TH PL
FORT LAUDERDA, FL 33311-6326

IVY MARTIN
536 STEVENS RD
EPHRATA, PA 17522-9603

J C CAROTHERS
4301 RIVER OAKS RD
CLOVER, SC 29710-7025

J HENRY [HANK] PHILLIPS JR
110 SHADESTONE DR
POTTSTOWN, PA 19465-8572

IVY SUMLER
6903 MOUNTAIN LAKE PL
CAPITOL HEIGH, MD 20743-4611

J CHARLES ZINN JR
203 DIPLOMA DR
DURHAM, NC 27713-5908

J J BOLES
4661 TUMBLEWEED WAY
PASO ROBLES, CA 93446-4212

IZELLAH BRISTOW
27250 MURRIETA RD SPC 81
SUN CITY, CA 92586-3713

J CLAIRE PIERACCIOLI
17455 MOUNT HENRY ST
FOUNTAIN VALL, CA 92708-3558

J JOSEPH FREDERICK
3 VERNON PL
BARRINGTON, RI 02806-1232

J ALLEN PASCHAL
1613 S BEECH AVE
BROKEN ARROW, OK 74012-6208

J D POLLEY
3944 N 41ST ST
MILWAUKEE, WI 53216-2521

J KELLY WILLIAMSON
2705 KANASITA DR
HIXSON, TN 37343-4091

J ARTHUR GALLEGOS
5453 DROVER DR
SAN DIEGO, CA 92115-1129

J DAVID QUISENBERRY
4401 WINDY OAKS RD
LOUISVILLE, KY 40241-1738

J KENNETH SHORT
6077 113TH ST APT 614
SEMINOLE, FL 33772-6847

J B LOVE
32 LEPPO LN
MANSFIELD, OH 44907-2014

J ELMO ANDERSON
120 CEDAR RD
CLINTON, TN 37716-5216

J KEVIN MCKENNA
3921 FOREST GLEN BLVD APT 1
NAPLES, FL 34114-3597

J BLAIR NICHOLAS PH.D
4603 WEYHILL DR
ARLINGTON, TX 76013-5448

J FAY COOK
1806 GEORGIANNA DR
SUMTER, SC 29150-5523

J L OLDS
1810 SOLANA RD
CARLSBAD, NM 88220-3950

J BRYCE SANBURG
593 STARLIGHT DR
GRAND JUNCTIO, CO 81504-5537

J FRANCIS DEBOLT
4143 S GOLDEN LYNX RD
GREEN VALLEY, AZ 85614-5798

J MICHAEL PHELPS JR
4424 N 250 W
WEST LAFAYETT, IN 47906-5519

J BYRON HUDGENS
PO BOX 1176
NORMANGEE, TX 77871-1176

J HAROLD ESBENSHADE
1001 E OREGON RD
LITITZ, PA 17543-9205

J MICHAEL SURLES
805 CAROLINA BLVD
ISLE OF PALMS, SC 29451-2203

J PATRICK [PAT] ROBERTSON
560 W BARNICH RD
PORT WASHINGT, WI 53074-1504

J STEVE SHAW
143 BRIDGEPORT WAY
DELAWARE, OH 43015-1091

JACK [HOLLER] EGGERS
1465 SE CHERRY LN
GRANTS PASS, OR 97526-4006

J PATTERSON [PAT] TIMMERMAN III
2706 WELLINGTON DR
AUGUSTA, GA 30909-3763

J T SIMPSON
633 DUTCHMANS DR
HERMITAGE, TN 37076-2310

JACK A BURRIS
418 S PUEBLO ST
GILBERT, AZ 85233-6936

J PAUL CROWN
PO BOX 250
SUWANNEE, FL 32692-0250

J TERRELL [TERRY] SHEPARD
1943 DEAN AVE
HOLT, MI 48842-1513

JACK A KRESSE
N5983 COLONIAL DR
SULLIVAN, WI 53178-9751

J PAUL HIEBLE
685 KNOX RD
WAYNE, PA 19087-2015

J THOMAS BACHMAN
1339 COURT ST
PORT HURON, MI 48060-5125

JACK A NISSEN
7300 W DEAN RD APT 308
MILWAUKEE, WI 53223-2616

J PAUL HOMAN
320 S 6TH ST
NORTH WALES, PA 19454-3008

J THOMAS COLLINS
2447 ZELL CT
HUMMELSTOWN, PA 17036-6816

JACK A OWOC
5124 S UNIVERSITY DR
DAVIE, FL 33328-4504

J ROBERT ARNOULT
126 W IMPERIAL DR
HARAHAN, LA 70123-4713

J THOMAS DUNLEVY
137 DEER FORD DR
LANCASTER, PA 17601-5681

JACK A PARMER
PO BOX 112
TREXLERTOWN, PA 18087-0112

J ROBERT CUTTER
3130 E MOORES PIKE
BLOOMINGTON, IN 47401-7108

J WALTER HALE III
8450 N SHERMAN CIR APT 507
MIRAMAR, FL 33025-2178

JACK A RUSSELL
8 TAYLOR RD
MILTON, PA 17847-7820

J RONALD BURNET
510 10TH AVE
SILVIS, IL 61282-2343

J YVONNE HILL
PO BOX 416
KILBOURNE, LA 71253-0416

JACK A WOODWARD
212 CAYUTA AVE
LAKELAND, FL 33813-2752

J SCOTT MENTZER
285 WOODCHUCK DR
EPHRATA, PA 17522-9623

JACK [BUBBA] HARPOLE JR
8803 MS HIGHWAY 404
EUPORA, MS 39744-5537

JACK ALEXANDER
2525 CHANCERY LN
RICHMOND, IN 47374-5800

JACK ALLISON
100 WILLIAMSBURG RD
WALNUT RIDGE, AR 72476-8497

JACK BOLLMAN
2683 SUNCOAST LAKES BLVD
PORT CHARLOTT, FL 33980-5245

JACK CUFF
1573 SCHAEFFER RD
SEBASTOPOL, CA 95472-5544

JACK AMOROSE
1660 OLD HIGHWAY 81
ARGYLE, WI 53504-9720

JACK BOLYARD
9 LAKE PLACID PL
PALM COAST, FL 32137-9506

JACK D BLYTHE
1709 DANISH DR
GRAND PRAIRIE, TX 75050-7073

JACK ANDREWS
4711 SUNSET DR
PANAMA CITY, FL 32404-7346

JACK BOWERS
614 POINTVIEW AVE
EPHRATA, PA 17522-2320

JACK D HECK
20572 TAHITIAN BLVD
ESTERO, FL 33928-2711

JACK ARNETT KIRKLAND
711 STONEBLUFF CT
CHESTERFIELD, MO 63005-4868

JACK BRITTON
418 3RD AVE NE
CLARION, IA 50525-1115

JACK D PERRY
2223 MARTINTOWN RD
CLARKS HILL, SC 29821-2109

JACK B COZAD
10301 COPPER TREE PL
FORT WAYNE, IN 46804-4284

JACK BROCKMAN
214 RIVER PARK DR
MIDDLEBURY, IN 46540-8781

JACK DARRELL PIERCEFIELD
290 BENTZ AVE
LAKEVIEW, OH 43331-9477

JACK B STREEPY
550 JAYCOX RD
AVON LAKE, OH 44012-2219

JACK C ELLSWORTH
15 PHILLIPS POND RD
NATICK, MA 01760-5643

JACK DAVIS
1501 RICHMOND RD NE
CEDAR RAPIDS, IA 52402-5519

JACK BAUSWELL
3020 12TH ST
PERU, IL 61354-1719

JACK CHAMBERS
2028 MARYE BRANT LOOP N
NEPTUNE BEACH, FL 32266-1507

JACK DOSS
111 AIRPORT AVE W APT 107
VENICE, FL 34285-3923

JACK BERGSTEDT
2213 4TH AVE E
INTERNATIONAL, MN 56649-4138

JACK CHARLES
111 W SCHOOL ST
CENTERVILLE, IN 47330-1431

JACK E DAVIS JR
335 NEW TURNER DR
SWAINSBORO, GA 30401-3740

JACK BLACK
PO BOX 102
BLACK CANYON, AZ 85324-0102

JACK COFFEY
PO BOX 596
GALVESTON, IN 46932-0596

JACK E TRICK
9757 CORNELL TRACE RD
LOUISVILLE, KY 40241-3032

JACK E WOODS
10868 COUNTY LINE RD
DES MOINES, IA 50320-6404

JACK H MEYER
2863 E INDIAN CREEK DR
MERIDIAN, ID 83642-9113

JACK JOHNSON
7380 E SNYDER RD
TUCSON, AZ 85750-6208

JACK EDWARDS
2080 RANDOLPH RD
MOGADORE, OH 44260-9326

JACK H WATSON
14 KRISTIN LN
NOVATO, CA 94945-2114

JACK JONES JR
1113 W KESLEY LN
SAINT JOHNS, FL 32259-3256

JACK ENGLE
5340 JEFF YATES ST SW
CONCORD, NC 28027-3906

JACK HARLAN
7321 NC HIGHWAY 186
MARGARETTSVIL, NC 27853-9600

JACK K HATFIELD
401 BURWASH AVE APT 241
SAVOY, IL 61874-9575

JACK EVANS
221 SANDPIPER PT
VERO BEACH, FL 32963-3437

JACK HEIN
790 SPRINGHILL CT
ELGIN, IL 60120-4066

JACK KELLEY
2110 COUNTY ROAD M
LAMESA, TX 79331-5901

JACK FRUHLING
6939 YELLOWSTONE BLVD
FOREST HILLS, NY 11375-3795

JACK HERMES
5645 SYCAMORE LN
CLYDE, MI 48049-4322

JACK KEMMERLY
1285 CHARLOTTE AVE
YUBA CITY, CA 95991-2803

JACK G JONES
11 N OAK CT
KEOKUK, IA 52632-2145

JACK HUBBARD JR
906 WARD AVE
CARUTHERSVILL, MO 63830-1904

JACK KIRSCHNER
134 LINCOLN HWY TRLR 15
FAIRLESS HILL, PA 19030-1015

JACK G SMITH
370 9TH PL
VERO BEACH, FL 32960-6812

JACK HUBERT VAUGHAN JR
410 HOLLY BERRY LN
LUGOFF, SC 29078-8874

JACK L LEAKER
1220 CAMBRIDGE PL
CIRCLEVILLE, OH 43113-9232

JACK G TORNGA
51066 NORTHVIEW
PLYMOUTH, MI 48170-5168

JACK J CASSIDY
142 FOREST PARK RD
OTTAWA, IL 61350-1145

JACK L MULLEN
3505 W ATLANTA CT
BROKEN ARROW, OK 74012-9407

JACK H BOSEN
16951 PIERCE ST
OMAHA, NE 68130-1024

JACK J LEWIS
673 LA MANCHA DR
DAVENPORT, FL 33837-6678

JACK L RADLO
3 FISKE RD
LEXINGTON, MA 02420-2704

JACK LANGHAM
32247 BALMORAL ST
GARDEN CITY, MI 48135-1706

JACK M TREADWAY
128 EBLING RD
KUTZTOWN, PA 19530-9104

JACK PARMENTER
1449 GALWAY DR
MARION, IA 52302-6768

JACK LEASURE JR
7809 OCEAN SPRINGS RD
OCEAN SPRINGS, MS 39564-8201

JACK MCGINLEY
2722 MILLBROOK RD
FAYETTEVILLE, NC 28303-5206

JACK PETERSEN
5230 N SQUAW DR
PRESCOTT VALL, AZ 86314-4342

JACK LEIGH GRIFFIN
67171 E BOROUGH DR
MONTROSE, CO 81401-9727

JACK MCMILLEN
5919 NW 96TH TER
KANSAS CITY, MO 64154-1750

JACK R HAWK
25487 COUNTY ROAD 30
ARLINGTON, NE 68002-5015

JACK LINDSTROM
530 HARLAN BLVD UNIT 617
WILMINGTON, DE 19801-5174

JACK MITCHELL HELIGMAN
2118 KEHRSPOINT DR
CHESTERFIELD, MO 63005-4464

JACK R ILLG
402 COLONIAL CT
MANDEVILLE, LA 70471-8910

JACK LUNGMUS
7247 TURNSTONE RD
SARASOTA, FL 34242-2650

JACK MURPHY
18 ANDMAR LN
SOUTH WINDSOR, CT 06074-2926

JACK R LAUDENBACH
87 3RD AVE N
SARTELL, MN 56377-1835

JACK M BUSHER
760 MAROONGLEN CT
COLORADO SPRI, CO 80906-6810

JACK NELSON
108 TOM AVE
EPHRATA, PA 17522-2473

JACK R VOGEL
52 SUNSET CIR
LITITZ, PA 17543-8379

JACK M MASTERS
14732 PATRICK HENRY RD
NORTH FORT MY, FL 33917-9042

JACK NESBIT
8986 GREY OAKS AVE
SARASOTA, FL 34238-3327

JACK RONALD DENMAN
PO BOX 6123
NEW ORLEANS, LA 70174-6123

JACK M PARRISH
955 RESTING PLACE PT
CHAPIN, SC 29036-8173

JACK O'CONNELL
1705 RUST ST
EAU CLAIRE, WI 54701-4827

JACK ROSER
PO BOX 5361
CAREFREE, AZ 85377-5361

JACK M STUMPF
2651 N 45TH RD
SANDWICH, IL 60548-9549

JACK OLENDER
888 17TH ST NW FL 4
WASHINGTON, DC 20006-3311

JACK ROSS
11915 BUCKBOARD RD
PARKER, CO 80138-8406

JACK ROSSI
1930 WOODMONT DR W
CANTON, MI 48188-3219

JACK TROVALL
11335 PARKVIEW DR
BECKER, MN 55308-9340

JACKIE BYNUM
820 N F ST
RICHMOND, IN 47374-2324

JACK S HARRISON
1404 BEACH WALKER RD
AMELIA ISLAND, FL 32034-6609

JACK W HESTER
311 ASBURY DR
MECHANICSBURG, PA 17055-4306

JACKIE EITEL
941 EVENSVIEW DR
GREENCASTLE, IN 46135-7499

JACK SIMON
1843 WOOD AVE
KANSAS CITY, KS 66104-5732

JACK W KIBBLE
44410 GABLE AVE
CADIZ, OH 43907-9462

JACKIE FURLONG
481 W BROOKLINE CT
PALATINE, IL 60067-2393

JACK SMITH
7335 N AMITY AVE
PARKVILLE, MO 64152-1971

JACK WEBER
2045 MIMOSA CT
NAPLES, FL 34110-6315

JACKIE GLOWACK
1404 14TH ST
INTERNATIONAL, MN 56649-2858

JACK STEELE
2210 NOTTINGHAM WAY
ALBANY, GA 31707-2342

JACK WELDON
W8121 COUNTY ROAD MMM LOT 43
SHAWANO, WI 54166-6097

JACKIE HAGY
182 BUCHANAN DR
EPHRATA, PA 17522-9620

JACK SWEENEY
PO BOX 16986
DULUTH, MN 55816-0986

JACK WELSH
64 BRYN MAWR DR
SAN RAFAEL, CA 94901-1831

JACKIE HAMPTON
2316 NW 57TH ST
OKLAHOMA CITY, OK 73112-7302

JACK TERHORST
42 E 1675 NORTH RD
DANVERS, IL 61732-7527

JACK WILTON CARR
5055 BAYSHORE RD
OREGON, OH 43616-4479

JACKIE HARREN
20010 BEAVER LAKE RD
SAINT AUGUSTA, MN 55353-4501

JACK THOMAS YOUNG
4781 DEVONWOOD CT
LAKELAND, FL 33801-0372

JACK WRIGHT
2321 OAK PARK DR
RICHMOND, IN 47374-1674

JACKIE JOHNSON
4707 MUIRFIELD DR
LAWRENCE, KS 66047-1821

JACK TILLMAN
6113 FRESH GARDEN DR
KNOXVILLE, TN 37918-8213

JACKIE (JACK) COLE
2151 MAGNOLIA DR
PIGGOTT, AR 72454-3133

JACKIE JOHNSON
401 DENNEY CEMETERY RD
BIDWELL, OH 45614-9224

JACKIE K LANG
3250 15TH AVE S APT 20
FARGO, ND 58103-4554

JACKIE SOLOMAN
816 GROVE ST
ADEL, IA 50003-1116

JACQUE HARDIN
3015 CASCADE DR
EVANSVILLE, IN 47725-8036

JACKIE L JAMISON
1297 E 1600 NORTH RD
MONTICELLO, IL 61856-8434

JACKIE SOMMER
2401 TREDINGTON WAY
EDMOND, OK 73034-6466

JACQUE HAZEL
PO BOX 724
SEAL BEACH, CA 90740-6417

JACKIE MAULDIN JR
PO BOX 6494
GREENVILLE, SC 29606-6494

JACKIE WEISENBERG
160 THISTLE POND DR
BLOOMFIELD, CT 06002-1691

JACQUE KYLE
9263 E STATE HIGHWAY 56
WINDOM, TX 75492-4009

JACKIE MCELHANEY
4906 STANFORD AVE
DALLAS, TX 75209-3122

JACKIE WEUM
8729 METSA RD
COOK, MN 55723-8818

JACQUELIN ENDERSBE
120 2ND AVE N
WAITE PARK, MN 56387-1115

JACKIE MCMULLEN
16850 JASMINE ST APT M7
VICTORVILLE, CA 92395-5759

JACKIE WOODWORTH
45 WILDWOOD LN
KERRVILLE, TX 78028-9003

JACQUELINE [JACKIE] BANKUS
22411 135TH AVENUE CT E
GRAHAM, WA 98338-7629

JACKIE MESSICK
714 MELROSE DR
IDAHO FALLS, ID 83401-3250

JACKLYN ROBERTS RN
509 PHILLIPS DR
DUMAS, TX 79029-4636

JACQUELINE [JACKIE] BULAFKA
624 SAXONY DR
FAIRLESS HILL, PA 19030-3505

JACKIE MIELKE
32788 170TH ST
KIDDER, MO 64649-7135

JACKSON D MAY
5949 PENNSWOOD AVE
LAKEWOOD, CA 90712-1230

JACQUELINE [JACKIE] DARE
272 LAFAYETTE DR
CULPEPER, VA 22701-3967

JACKIE PIPKIN
3026 54TH ST APT 112
LUBBOCK, TX 79413-4232

JACOB MJ [JAKE] MEREDITH
1231B ROUTE 532
CHATSWORTH, NJ 08019-9711

JACQUELINE [JACKIE] LOWER
1111 OLD ROUTE 15
NEW COLUMBIA, PA 17856-8953

JACKIE R SHELDON
509 DOUBLE J VLG
BEAVER, OK 73932-3134

JACOBA [COBY] MAST
2850 9 MILE RD NW
GRAND RAPIDS, MI 49544-9102

JACQUELINE [JACKIE] SWEET
7337 S 12TH ST
PORTAGE, MI 49024-3874

JACQUELINE [JACQUE] BOURRIE
7521 E ALMERIA RD
SCOTTSDALE, AZ 85257-1551

JACQUELINE CLOSE
26 HOBSON ST
PORTSMOUTH, VA 23704-6111

JACQUELINE JORET MILLER
604 LINCOLN AVE
WINNETKA, IL 60093-2331

JACQUELINE [JACQUIE] LARSEN
1021 9TH ST
INTERNATIONAL, MN 56649-2535

JACQUELINE E GRANAT
1401 DEMPSTER ST
EVANSTON, IL 60201-4043

JACQUELINE KIDD
4303 S 92ND ST
GREENFIELD, WI 53228-2725

JACQUELINE A BENOIT
10747 MAGNOLIA BLVD APT 439
NORTH HOLLYWO, CA 91601-6905

JACQUELINE E KNIGHT
6080 ROGERS LN
SAN BERNARDIN, CA 92404-3430

JACQUELINE KIEHL
9270 W STATE ROUTE 185
COVINGTON, OH 45318-9614

JACQUELINE ANDERSON
514 W MILLNS CT
ADDISON, IL 60101-1258

JACQUELINE FRENCH
31 N BROADWAY ST APT 212
JOLIET, IL 60435-7492

JACQUELINE LAITINEN
30547 BLAIRMOOR DR
MADISON HEIGH, MI 48071-2119

JACQUELINE ANNIBALE
3328 205TH ST
BAYSIDE, NY 11361-1252

JACQUELINE FUQUEA
1896 NEW RIVER INLET RD UNIT
NORTH TOPSAIL, NC 28460-9366

JACQUELINE LAQUAGLIA
4477 YORKSHIRE AVE
SPRING HILL, FL 34609-1753

JACQUELINE B RYWALT
PO BOX 414
HUGHSONVILLE, NY 12537-0414

JACQUELINE GAETA
338 W SHORE DR
WYCKOFF, NJ 07481-2434

JACQUELINE LEWIS
11335 82ND ST E
PARRISH, FL 34219-2708

JACQUELINE BECKER
902 WHISPERWOOD DR
FENTON, MI 48430-2279

JACQUELINE HEER
2816 S SHORE DR SE
ALBANY, OR 97322-5236

JACQUELINE LOOPER
217 HUNTINGTON CT
SHOREWOOD, IL 60404-9423

JACQUELINE BRIDGEWATER
132 JEMIMA DR
RICHMOND, KY 40475-9449

JACQUELINE ISENBERG
23 GREAT HILL DR
TOPSFIELD, MA 01983-1437

JACQUELINE M CORCORAN
43 WOLCOTT RD
CHESTNUT HILL, MA 02467-3108

JACQUELINE CAPRA
3111 WELBORN ST APT 1203
DALLAS, TX 75219-5015

JACQUELINE JENKINS
1163 LAKE FRANCIS DR
APOPKA, FL 32712-2113

JACQUELINE M JACKSON
2207 96TH AVE APT F
OAKLAND, CA 94603-1935

JACQUELINE MCFALL
2200 STANTON AVE APT 7
DES MOINES, IA 50321-2379

JACQUELINE SHAW
80 E 208TH ST
EUCLID, OH 44123-1014

JACQUELINE WOOD
10620 HART HWY
DIMONDALE, MI 48821-9520

JACQUELINE MORRIS
45 MAXON ST
BROCKPORT, NY 14420-2219

JACQUELINE SHEA
1641 NW 70TH PL
ANKENY, IA 50023-9042

JACQUELYN [JACQUE] BARRETT
25W469 75TH ST
NAPERVILLE, IL 60565-1548

JACQUELINE OWENS
310 SENECA ST
LEAVENWORTH, KS 66048-2057

JACQUELINE STEFANIK
2235 W LEEWYNN DR
SARASOTA, FL 34240-9693

JACQUELYN ARNITA OWENS
11831 CLUB RIDGE DR
CHESTER, VA 23836-2752

JACQUELINE PARK
9684 COOPER LN
BLUE ASH, OH 45242-7004

JACQUELINE SUE ADORADOR
10585 SIERRA ESTATES DR
AUBURN, CA 95602-9401

JACQUELYN BARRAS
914 W LAKESHORE DR
CARRIERE, MS 39426-7962

JACQUELINE PIEKARSKI
1315 13TH AVE
INTERNATIONAL, MN 56649-2835

JACQUELINE SUMMERS
110 TRENTON HWY
TRENTON, TN 38382-9457

JACQUELYN CALDWELL
503 CHASTINE DR
SPARTANBURG, SC 29301-5977

JACQUELINE RUSE
6312 LICHFIELD LN
SARASOTA, FL 34241-5477

JACQUELINE T MCKIM
3 LAKE AVE
WEST HAVEN, CT 06516-4812

JACQUELYN CHRISTIANSON
405 10TH ST
INTERNATIONAL, MN 56649-2735

JACQUELINE S CORBETT
1451 HOME BRANCH RD
MANNING, SC 29102-7289

JACQUELINE TUCKER
4 AMBER LN
AUBURNDALE, FL 33823-9660

JACQUELYN GRAY
PO BOX 65
YODER, CO 80864-0065

JACQUELINE SCURLOCK
PO BOX 37
IROQUOIS, IL 60945-0037

JACQUELINE WERLE
208 BLACKHAWK RD
RIVERSIDE, IL 60546-2302

JACQUELYN MCGHEE
533 JAMES RIDGE LN
STOCKBRIDGE, GA 30281-1481

JACQUELINE SENGER
103 21ST ST NE
DEVILS LAKE, ND 58301-1627

JACQUELINE WERTMAN
4770 ORCHARD DR
CENTER VALLEY, PA 18034-9431

JACQUELYN SMITH
47 TURKEY CRK
ALACHUA, FL 32615-9500

JACQUELYN  SMITH
350 MEETING HOUSE LN
NARBERTH, PA 19072-2030

JACQUELYN  TAYLOR
6115 PERMA DR
LOUISVILLE, KY 40218-2652

JACQUELYN  WATERS
101 CEDAR CLIFF RD
RICHMOND, IN 47374-7832

JACQUELYNN  GOETTSCH
4008 VEGAS CT
SIOUX CITY, IA 51106-4615

JACQUES  E  P  [JACK]  RUHLMAN
6875 HURON ST
TAYLOR, MI 48180-1973

JAIRO  H  PINILLA
9180 JEWEL LN N
OSSEO, MN 55311-1409

JAKE  MORTLE
2202 LINCOLN BLVD
ELIZABETH, PA 15037-2913

JAKI  KARRIGAN
407 HOLLIS ST N
MURDOCK, MN 56271-8024

JAMA  NEELEY
6088 IVYWOOD DR
HAMILTON, OH 45011-7135

JAMAR  WISE
426 W 6TH AVE
ROSELLE, NJ 07203-1820

JAMES  (JIMMY)  PETERSON
208 N 23RD ST
LAMESA, TX 79331-2308

JAMES  (REB)  CABRAL
16815 POLO FIELDS LN
LOUISVILLE, KY 40245-4457

JAMES  [DOUG]  CHOATE
1082 SEASCAPE CIR
RODEO, CA 94572-1831

JAMES  [JAMIE]  ROBISON
702 KIOWA DR W
LAKE KIOWA, TX 76240-9596

JAMES  [JAY]  BOWDITCH
620 NE VINEYARD LN UNIT B304
BAINBRIDGE IS, WA 98110-2899

JAMES  [JIM]  BATCHELOR
277 N CEDAR ST
COLVILLE, WA 99114-2935

JAMES  [JIM]  BERGER
7825 N ORANGEWOOD PL
TUCSON, AZ 85741-1359

JAMES  [JIM]  BERTUCCI
218 TILTON AVE APT 302
SAN MATEO, CA 94401-2829

JAMES  [JIM]  BLACK
10832 S 550 E
AMBOY, IN 46911-9416

JAMES  [JIM]  BRAMAN
120 W SHAW ST APT 17
OSCEOLA, IA 50213-1082

JAMES  [JIM]  BUNN
1020 SOLEDAD WAY
THE VILLAGES, FL 32159-9117

JAMES  [JIM]  BURNS
3978 DOVER CENTER RD
NORTH OLMSTED, OH 44070-1704

JAMES  [JIM]  DOYLE JR
4516 LAREN LN
DALLAS, TX 75244-6713

JAMES  [JIM]  FORD
PO BOX 193
WILSON, LA 70789-0193

JAMES  [JIM]  GAUTIER
855 CALLE DAVID
SANTA FE, NM 87506-6017

JAMES  [JIM]  GUFFEY
3314 EDEN WAY
CARMEL, IN 46033-3071

JAMES  [JIM]  HOWELL
1371 MARION COUNTY 8052
YELLVILLE, AR 72687-9553

JAMES [JIM] JANOSKEY
2329 20TH ST
WYANDOTTE, MI 48192-4127

JAMES [JIM] SEIM
798 RIVERWATCH DR
CRESCENT SPRI, KY 41017-5388

JAMES [SCOTT] REED
117 KING AVE
SHAMOKIN DAM, PA 17876-9238

JAMES [JIM] JEPKEMA
428 W CROOKED LAKE DR
KALAMAZOO, MI 49009-8930

JAMES [JIM] STEWARD
1711 S RIDGE RD W
ASHTABULA, OH 44004-9368

JAMES A [JIM] ESLAIRE
7507 SANDCASTLE DR
ELLENTON, FL 34222-3866

JAMES [JIM] JOHNSON
1611 MAIN AVE
INTERNATIONAL, MN 56649-3328

JAMES [JIM] VERMACE
6550 BLACK HILLS CT
SPARKS, NV 89436-6375

JAMES A [JIM] REESE
61 AVON RD
KITCHENER, ON N2B 1T7

JAMES [JIM] MC HUGH
2914 SANTIAGO ST
SAN FRANCISCO, CA 94116-1603

JAMES [JIM] VOIGT
1402 22ND ST NE UNIT 241
AUBURN, WA 98002-3473

JAMES A [JIM] WELBURN
1611 ANDREWS DR
WICHITA FALLS, TX 76301-1309

JAMES [JIM] MEWHINNEY
12411 DEGAS LN
DALLAS, TX 75230-1754

JAMES [JIM] WICK
191 290TH ST
WEST BRANCH, IA 52358-8572

JAMES A ADAMS
417 W ESSEX DR
SAINT LOUIS, MI 48880-9012

JAMES [JIM] MOREHOUSE
6485 LAKE MEADOW DR
BURKE, VA 22015-3929

JAMES [JIMMY] EDWARDS
6504 WRIGLEY WAY
FORT WORTH, TX 76133-5141

JAMES A BAYNHAM
PO BOX 1956
MECHANICSVILL, VA 23116-0008

JAMES [JIM] NEALY
2521 SAND CREEK RD
GRANTS PASS, OR 97527-7128

JAMES [JIMMY] LYNCH
81 DEERFIELD RD
LAWTON, OK 73507-9072

JAMES A CLARK
5409 SHAMROPS DR
KENNER, LA 70065-1551

JAMES [JIM] SALIE
45 BOB WHITE WAY
RENO, NV 89502-4668

JAMES [JUDGE] MULLANE
100 PARK RIDGE DR
SHICKSHINNY, PA 18655-4324

JAMES A COMBS
PO BOX 85
LEBANON, VA 24266-0085

JAMES [JIM] SAMMARTINO
15 HIGHLAND AVE
SHORT HILLS, NJ 07078-2807

JAMES [RED] KLINE
838 INDUSTRIAL PARK RD
MILTON, PA 17847-9223

JAMES A EATON JR
12601 W 156TH ST
OVERLAND PARK, KS 66221-2664

JAMES A FITZSIMMONS
7231 STATTON DR SE
HUNTSVILLE, AL 35802-2618

JAMES A REYNOLDS
421 HACKMANN LN
SAINT LOUIS, MO 63141-6903

JAMES ALLEN WALLS
2010 DEER RUN LN
FLEMING ISLAN, FL 32003-7936

JAMES A FONTENOT
4606 ORLEANS BLVD
JEFFERSON, LA 70121-1226

JAMES A RUFFER MD
1822 SHADY ELM ST
LAS VEGAS, NV 89135-1064

JAMES ALLINGER
236 GREENBRIAR RD
LEXINGTON, KY 40503-2634

JAMES A HANLON
6194 WILMINGTON DR
SHELBY TOWNSH, MI 48316-3301

JAMES A SALVANT
135 ARLINGTON DR
METAIRIE, LA 70001-5507

JAMES ALVAN BROWN JR
PO BOX 1010
NEWBERRY, SC 29108-1010

JAMES A LAURIO
3 HELMAN CT
NAPA, CA 94558-2294

JAMES A VOGEL
147 FRANKLIN DR
LEWISBURG, PA 17837-7354

JAMES ANDERSON
304 FORD RD
EMMETSBURG, IA 50536-1089

JAMES A LOWE
2205 S CHURCH ST
BURLINGTON, NC 27215-5329

JAMES A WALLACE
4530 THORNGATE DR
FORT WAYNE, IN 46835-3459

JAMES ANDREW [WILLY] WILLIAIII
117 MANSFIELD CIR
LEXINGTON, SC 29073-8080

JAMES A MARKSTROM
957 BORMAN CT
ELK GROVE VIL, IL 60007-3008

JAMES A WOOD
340 ROYAL POINCIANA WAY STE
PALM BEACH, FL 33480-4048

JAMES ANDREWS
2709 SW BLUESTEM DR
TOPEKA, KS 66614-6035

JAMES A MOORE
PO BOX 177
POMERENE, AZ 85627-0177

JAMES ALAN AUCLAIR
1214 MILLER ST APT 4
KEWAUNEE, WI 54216-1839

JAMES ARIAGNO
PO BOX 1508
CADIZ, KY 42211-1508

JAMES A PATON
3003 VALMONT RD LOT 123
BOULDER, CO 80301-2147

JAMES ALBERT RIVERS
837 ANN ST
AUGUSTA, GA 30904-3107

JAMES ARNOLD SUTTON
1749 US HIGHWAY 1 S
KITTRELL, NC 27544-9332

JAMES A RANDALL
537 ESCAROLE ST SE
PALM BAY, FL 32909-4802

JAMES ALLAN KAYLER
60 E SCOTT ST APT 201
CHICAGO, IL 60610-2345

JAMES ASKEW III
751 PINE BARK RD
STONE MOUNTAI, GA 30087-5822

JAMES B BAKER
14588 BOYSENBERRY DR
FISHERS, IN 46038-3020

JAMES C BROWN
PO BOX 65
ORCHARD HILL, GA 30266-0065

JAMES C MATAYABAS
49 EDEN GLEN RD
BLACK MOUNTAI, NC 28711-7721

JAMES B BUCKBEE
4166 VIA MATTINA
PALM DESERT, CA 92260-1834

JAMES C CONDON
2135 CALLAWAY CT
VERSAILLES, OH 45380-8598

JAMES C MCBRIDE
26250 ZEMAN AVE
EUCLID, OH 44132-1939

JAMES B CHAPPELL
323 ARMOUR RD
NORTH KANSAS, MO 64116-3505

JAMES C CROWLEY
2601 TIMBERLINE DR
WILLOUGHBY HI, OH 44094-9154

JAMES C MULLEN
5101 IRA AVE
CLEVELAND, OH 44144-3830

JAMES BECKERS
4416 LOUISIANA AVE N
CRYSTAL, MN 55428-5025

JAMES C DEARDEN JR
4614 SOUTH RD
HARRISBURG, PA 17109-2922

JAMES C ROBERTS
644 FAIRVIEW AVE
SAINT LOUIS, MO 63119-1809

JAMES BERRY
16561 VALLEYVIEW LN
CLIVE, IA 50325-2214

JAMES C FORD
300 LORETTA DR
GOODLETTSVILL, TN 37072-3129

JAMES C SLACK
15610 WOODWAY DR
TAMPA, FL 33613-1023

JAMES BEST JACKSON
128 WORTH CT N
WEST PALM BEA, FL 33405-2750

JAMES C FRASER
1302 HAWTHORNE LN
ANDERSON, SC 29621-2922

JAMES C SMITH
2900 W SUPERSTITION BLVD LO
APACHE JUNCTI, AZ 85120-2992

JAMES BLANSHINE
106 SKYLINE DR
NEW HOLLAND, PA 17557-9351

JAMES C HILGEMANN
8307 HESSEN CASSEL RD
FORT WAYNE, IN 46816-2639

JAMES C SPOONER
324 43RD ST
DES MOINES, IA 50312-2532

JAMES BOLICH
717 N FRONT ST
MILTON, PA 17847-1419

JAMES C JOHNSTON
6894 KAREN DR
SEVEN HILLS, OH 44131-3713

JAMES C TASCHNER
4460 E SPUR DR
CAVE CREEK, AZ 85331-2612

JAMES BRUSSEE
2804 411TH ST E
MYAKKA CITY, FL 34251-2235

JAMES C KOFFMAN
2207 HOMEWOOD DR
BELLE ISLE, FL 32809-6104

JAMES C WAGNER
9023 WELLES WAY
SAN ANTONIO, TX 78240-2157

JAMES C WILLIAMSON
8602 LOCUST DR
VIENNA, VA 22180-6814

JAMES COHEN SPENCE
PO BOX 369
ELLISVILLE, MS 39437-0369

JAMES D LANIER
11230 DUDLEY ST
TAYLOR, MI 48180-4207

JAMES CALEVICH
111 COQUENA CIR E
SAVANNAH, GA 31410-1333

JAMES COLLINS
22290 GOLDENRIDGE ST
TAYLOR, MI 48180-4243

JAMES D RAPPUHN
5560 BERKLEY DR
WATERFORD, MI 48327-2706

JAMES CARVER [TOP] HARGRAVE
1415 CENTRE AVE
PORTSMOUTH, VA 23704-6910

JAMES CONLEY
10745 BORGMAN AVE
HUNTINGTON WO, MI 48070-1106

JAMES D TAYLOR
833 LONGWOOD DR
HADDONFIELD, NJ 08033-1039

JAMES CAUGHLIN
11411 RIDGE DR
BLAIR, NE 68008-6258

JAMES CULLEN
8 WOODSIDE CIR
YARMOUTH PORT, MA 02675-1800

JAMES DALE VALENTINE
3259 TOWN ROAD 195
INTERNATIONAL, MN 56649-8948

JAMES CHADWICK
215 LIZZY LN
GLENDALE, OR 97442-3707

JAMES D [JIM] SMART
4444 S 85TH ST
GREENFIELD, WI 53228-2806

JAMES DANIEL BLEDSOE
529 BRUSHY FORK RD
SALUDA, SC 29138-7685

JAMES CHAMBERLAIN
104 N PINTAIL LN
DOWNS, IL 61736-9346

JAMES D [JIM] WHITE
528 MIMOSA DR
DENTON, TX 76201-0857

JAMES DAVID KEESEY
927 N 13TH ST
KEOKUK, IA 52632-4118

JAMES CHIDESTER
711 MORRIE AVE
CHEYENNE, WY 82007-1652

JAMES D CRAWFORD
424 S 11TH ST
ESCANABA, MI 49829-3331

JAMES DOWLING
6348 SE MORNING DOVE WAY
HOBE SOUND, FL 33455-8026

JAMES CHRISTIAN JR
11532 210TH ST
JAMAICA, NY 11411-1014

JAMES D FAGAN
1909 WILLOW ST
MCKEESPORT, PA 15132-4430

JAMES DUFFACK
6222 NORTHERN HILLS DR
OMAHA, NE 68152-1044

JAMES CLAY ORANGE SR
443 WILLOW CREEK CV NE
CLEVELAND, TN 37323-4200

JAMES D GRUBB
1525 TIMBERCREEK RD
BENBROOK, TX 76126-3818

JAMES DUNCAN BERRY JR
34 AQUIDNECK AVE
PORTSMOUTH, RI 02871-4304

JAMES E [JIM] AGEE JR
1308 WAXWING DR
HERMITAGE, TN 37076-5616

JAMES E MACKEY
191 ERNEST DR
TALLMADGE, OH 44278-1628

JAMES EDDIE GOODWIN
3356 WILKINSVILLE HWY
GAFFNEY, SC 29340-5733

JAMES E [JIM] MAGAW
6 HIGHLAND DR
MOUNT VERNON, OH 43050-2816

JAMES E O'NEILL
4756 S CLASSICAL BLVD
DELRAY BEACH, FL 33445-1225

JAMES EDWARDS
1399 CHIPPEWA TRL
MOSINEE, WI 54455-9418

JAMES E B STUART JR
1111 WEST AVE
RICHMOND, VA 23220-3719

JAMES E ROBINSON III
29130 GERTRUDE CT
INKSTER, MI 48141-1102

JAMES EDWIN TIBBETTS
4360 STOCKTON TER
MARIETTA, GA 30066-2137

JAMES E DASSOW
31 SUNRISE CT
FOND DU LAC, WI 54935-5318

JAMES E SEDLACEK
8749 W KIMBERLY WAY
PEORIA, AZ 85382-8501

JAMES ELGIN HAWTHORNE
69 HIGHWAY 20
ABBEVILLE, SC 29620-4126

JAMES E FARINA
30 BISHOP ST
WATERFORD, CT 06385-2506

JAMES E STANDRIDGE
200 WEMBLEY CIR
ATLANTA, GA 30328-6757

JAMES ERNEST RAY
3544 GREENWOOD DR
HERMITAGE, TN 37076-3537

JAMES E HADLEY SR
17032 DARREN AVE
EL RENO, OK 73036-9195

JAMES E THOMAS
6376 STATE HIGHWAY 29
SAINT JOHNSVI, NY 13452-2700

JAMES EUTSEY
542 S HIGLEY RD UNIT 33
MESA, AZ 85206-2161

JAMES E HOPPER
506 BRANDYWINE DR
OLD HICKORY, TN 37138-2110

JAMES E WATKINS
1501 ASPEN CT
PISCATAWAY, NJ 08854-6903

JAMES F BODINE
3860 YAZOO DR
LAKE HAVASU C, AZ 86404-2312

JAMES E LALAK MD
8565 TIMBER TRL
BRECKSVILLE, OH 44141-1771

JAMES E WELLS
8469 LEE ST
LARSEN, WI 54947-9693

JAMES F BOGNER
14022 HARTMAN AVE
OMAHA, NE 68164-5104

JAMES E LIKENS
900 QUARRY DR
AKRON, OH 44307-2240

JAMES EARL BRODHACKER
14470 SW ARABIAN DR
BEAVERTON, OR 97008-6773

JAMES F DEERING
640 ARLINGTON CIR
NOVATO, CA 94947-4904

JAMES F FARRONI
38720 BELL RD
WILLOUGHBY, OH 44094-7524

JAMES FAILING
2100 KINGS HWY LOT 557
PORT CHARLOTT, FL 33980-4267

JAMES G BUUCK
7622 HERMITAGE PL
FORT WAYNE, IN 46815-6539

JAMES F FIERLE
891 SW 63RD AVE
PLANTATION, FL 33317-3984

JAMES FISHER
PO BOX 626
ROSCOMMON, MI 48653-0626

JAMES G MILLER
237 EVERGREEN TRL
CARTERSVILLE, GA 30121-4205

JAMES F GIROT
4880 CR 306B
LAKE PANASOFF, FL 33538-3334

JAMES FITZMAURICE
20 SUMTER AVE STE 2
ALBANY, NY 12203-7025

JAMES G QUIRAM
604 PARKSIDE DR
SYCAMORE, IL 60178-2319

JAMES F HEFLINGER
5208 HAMILTON ST
OMAHA, NE 68132-1352

JAMES FOLEY
1146 HUNTERS RDG
LEXINGTON, OH 44904-1355

JAMES G RANK
6655 BOULDER HWY APT 2056
LAS VEGAS, NV 89122-7735

JAMES F HIGGINS
23539 VASSAR ST
VASSAR, KS 66543-9170

JAMES FORD JR
122 OSPREY DR
FRONT ROYAL, VA 22630-2005

JAMES GENTRY
PO BOX 373
TOWNVILLE, SC 29689-0373

JAMES F RILEY
7508 HOLZHAUER RD
SAGAMORE HILL, OH 44067-2124

JAMES FRANKLIN RISHER III
155 ALLIE DR
MCDONOUGH, GA 30252-3612

JAMES GLENN HENDERSON
1017 ABBERLEY CIR
HENDERSONVILL, TN 37075-1727

JAMES F SCHLUND
7249 HINER LN
INDIANAPOLIS, IN 46219-3644

JAMES FRANTZ
3308 BRADDOCK ST
KETTERING, OH 45420-1203

JAMES GOEBBERT
13262 INDIANA CT
HUNTLEY, IL 60142-7477

JAMES F SWARTZ JR
19 ACADEMY RD
MADISON, NJ 07940-2001

JAMES G BARRY
335 SYCAMORE ST
NEW LENOX, IL 60451-1064

JAMES GOODWIN
382 GRAY HILL RD
NEW COLUMBIA, PA 17856-9403

JAMES F VICK
427 BRANTLEY PL
WHEATON, IL 60187-4889

JAMES G BLACKBURN
15274 BURNABY DR
NAPLES, FL 34110-7929

JAMES GRAVES
2220 MILES RD
MARTIN, TN 38237-5657

JAMES GRAYSON OGIER III
2147 FOREST LAKES BLVD
CHARLESTON, SC 29414-5923

JAMES H CROYE
433 N HIGHLAND ST APT 1
MEMPHIS, TN 38122-4529

JAMES H LOWE
16 DOVERLAND CT
RICHMOND, VA 23229-7806

JAMES GROHNE
180 BELLERIVE RD
SPRINGFIELD, IL 62704-3193

JAMES H DOUGHERTY JR
10 MARY BELLE CIR
LEDYARD, CT 06339-1314

JAMES H MCMAHON
1712 N NORWOOD LN
FLORENCE, SC 29506-6900

JAMES GUFFEY
25062 BUCKMINSTER DR
NOVI, MI 48375-1511

JAMES H DREVS
18 BIRCHWOOD PARK DR S
CHERRY HILL, NJ 08003-1119

JAMES H NEESE
PO BOX 656
BROOKNEAL, VA 24528-0656

JAMES GUILLMAN
826 S CHESTNUT ST
JEFFERSON, IA 50129-2723

JAMES H EBERLE
445 HOMESTEAD AVE
METAIRIE, LA 70005-3207

JAMES H SHEETS
10716 MARION CENTER RD
FORT WAYNE, IN 46816-9791

JAMES GURHOLT
5788 BOONE PL N
MINNEAPOLIS, MN 55428-3101

JAMES H FISHER
1528 WALNUT ST STE 1905
PHILADELPHIA, PA 19102-3613

JAMES H SIKES
580 WRIGHT ALLEN RD
BLYTHE, GA 30805-3822

JAMES H [JIM] BURKHOLDER
22 ROYAL DR
LITITZ, PA 17543-8218

JAMES H GULSETH
2450 FOOTHILL RD
PLEASANTON, CA 94588-9702

JAMES H SLY
63 WILLOWBROOK LN
WELCH, WV 24801-2500

JAMES H [JIM] KUSSMAUL
7401 WINDSOR DR
HARAHAN, LA 70123-4840

JAMES H HILLMAN
30562 BOBRICH ST
LIVONIA, MI 48152-3457

JAMES H VANCE JR
34 GRAND CANYON DR
NEW ORLEANS, LA 70131-8608

JAMES H [JIM] STEVENS
1907 N RED BRUSH ST
WICHITA, KS 67206-4414

JAMES H KOWITZ
1240 22ND AVE S
SAINT CLOUD, MN 56301-4821

JAMES H WIGHTMAN
6501 FALCON AVE
LONG BEACH, CA 90805-2522

JAMES H BURDETTE
2449 DEN ST
SAINT AUGUSTI, FL 32092-3636

JAMES H LEUTY
419 AUTUMN LAKE TRL
FRANKLIN, TN 37067-2693

JAMES HAEFNER
12 PACKET BOAT DR
FAIRPORT, NY 14450-1318

JAMES HAGUE
515 N BRADY ST
ABILENE, KS 67410-2415

JAMES HARTLEY LEROY JR
17 WOODSIDE CIR
EVANS, GA 30809-5617

JAMES HUTCHINS
2097 W RIDGE DR
DAVISON, MI 48423-2128

JAMES HALL
508 CENTRAL RD
NEW LENOX, IL 60451-3308

JAMES HAZEL
2419 BETTYS DR
ALBANY, GA 31705-4303

JAMES I [JIM] PETTIBONE
6727 LAKEVIEW DR
BOULDER, CO 80303-3132

JAMES HALLETT
726 N CHICAGO AVE
ARLINGTON HEI, IL 60005-1003

JAMES HEIN
5112 HARVEST TIME ST
LAS VEGAS, NV 89130-5002

JAMES IDDINGS
4981 SPRING HILL RD
WYALUSING, PA 18853-8302

JAMES HALLMAN
608 MELTON ST
WEST COLUMBIA, SC 29170-2937

JAMES HERSHBERGER
149 HARRINGTON RD
NEWPORT NEWS, VA 23602-6434

JAMES IRL [JIM] NIBECK
1634 HOLLY AVE
DARIEN, IL 60561-3627

JAMES HANSEN
4838 SECTION AVE
STOCKTON, CA 95215-7529

JAMES HOFFMAN
28 PENNSYLVANIA AVE
WATSONTOWN, PA 17777-1319

JAMES IRWIN
3058 LEECHBURG RD STE 10
LOWER BURRELL, PA 15068-3460

JAMES HARGRAVE
PO BOX 1901
SALISBURY, NC 28145-1901

JAMES HOFFNER
4460 DEER VIEW RD
CEDAR RAPIDS, IA 52411-7805

JAMES J [JIM] HEIM
6851 BULLINGER DR
SPRING, TX 77379-4894

JAMES HARLEY GILLETTE
15296 LONESTAR RD
GRAVOIS MILLS, MO 65037-3713

JAMES HOLCOMBE
790 GLENN BRIDGE RD LOT O
ARDEN, NC 28704-8413

JAMES J [JIM] KELLY
26 BALMORAL PL
HILTON HEAD I, SC 29926-2270

JAMES HAROLD BARFIELD
2039 PINEWOOD RD
SUMTER, SC 29154-9062

JAMES HOUSTON JOHNSON
706 KELSO DR
DALLAS, TX 75211-6940

JAMES J [JIMMY] HYDE
62 HUNNEWELL AVE # 2
BRIGHTON, MA 02135-1514

JAMES HARPER
1921 CANYON RIDGE ST
FORT WORTH, TX 76131-2217

JAMES HOWARD BOOTH
225 OLD MILL LN
PORTSMOUTH, RI 02871-5108

JAMES J [OAKIE] O'CONNOR JR
10 DEER POND DR
WARWICK, NY 10990-2311

JAMES J BARBER
3047 US ROUTE 9
NORTH HUDSON, NY 12855-2405

JAMES J MARTORELLA
3468 STONY POINT RD
SANTA ROSA, CA 95407-8036

JAMES J ZDESAR
11795 PARKWOOD DR
CHARDON, OH 44024-9139

JAMES J BUDORIS
7248 BALDWIN RESERVE DR
CLEVELAND, OH 44130-5651

JAMES J NAINIGER
2130 BRANDYWINE DR
EUCLID, OH 44143-1601

JAMES JAY CREMEENS
75 GRAPE ST
GALLIPOLIS, OH 45631-1053

JAMES J CARTER
47B HERITAGE VLG
SOUTHBURY, CT 06488-5661

JAMES J PIRO
1847 BUCCANEER CT
SARASOTA, FL 34231-5403

JAMES JOSEPH [JIM] MILLER
411 N GENEVA ST APT 1
ITHACA, NY 14850-4111

JAMES J CASADABAN
3916 BEROT ST
METAIRIE, LA 70002-3006

JAMES J SCALISE
6814 NW ALDERMAN LN
DES MOINES, IA 50313-1034

JAMES JUNIUS REID
102 KILCAIRN WAY
FOLSOM, CA 95630-8655

JAMES J DOHERTY
136 LOUISE DR
MORRISVILLE, PA 19067-4838

JAMES J TIGHE
191 RIETI DR
CROWLEY, TX 76036-2009

JAMES JUNK
1403 ROBERTSON RD
WAVERLY, IA 50677-2895

JAMES J FALLON
1 HIBERNIA LN
SALEM, MA 01970-6821

JAMES J TOWEY
9926 SAGEDALE DR
HOUSTON, TX 77089-5013

JAMES K BAXTER
54 KERN RD
FOWLERVILLE, MI 48836-8282

JAMES J HENRY JR
16615 15TH DR SE
MILL CREEK, WA 98012-8401

JAMES J TRAINOR
300 CHARLES CT
SLIDELL, LA 70458-9176

JAMES K BEIMLING
W5678 COUNTY ROAD II
RANDOM LAKE, WI 53075-1601

JAMES J MANGANELLO
1820 SAN FRANCISCO RD
LA PLACE, LA 70068-6220

JAMES J ULAKOVIC
7696 GREEN MEADOW CT
FLOWER MOUND, TX 75022-6605

JAMES K BURK
2011 S OLD MANOR RD
WICHITA, KS 67218-5223

JAMES J MANGINI
18110 S VIA DEL COLORETE
SAHUARITA, AZ 85629-9425

JAMES J VLACH
6259 BRYSON DR
MENTOR, OH 44060-2326

JAMES K FOX JR
PO BOX 4
POWELL, TN 37849-0004

JAMES K VITALE
4258 E INDIGO ST
GILBERT, AZ 85298-2755

JAMES KOBLISKA
128 SUNSET LN
ELK RUN HEIGH, IA 50707-1373

JAMES L COSTANTIN
6306 JOAQUIN MURIETA AVE
NEWARK, CA 94560-5479

JAMES KELLER
812 ASH CIR
PLYMOUTH, WI 53073-4068

JAMES KOZAK
1807 N 75TH AVE
OMAHA, NE 68114-1605

JAMES L FOURNIER
4698 S EAST RILEY SQ
PLEASANT LAKE, IN 46779-9504

JAMES KELLEY
54 LAKEVIEW PL NE
IOWA CITY, IA 52240-9162

JAMES L [JIM] AMLONG
5012 HIGHWAY 6 SE
IOWA CITY, IA 52240-9094

JAMES L GURTNER
N14726 KETTERS LN
LAC DU FLAMBE, WI 54538-9415

JAMES KENNETH SMITH
1829 BUCKWHEAT LN
RIDGEWAY, SC 29130-9279

JAMES L [JIM] JONES
7554 ROSEMONT DR
ENGLEWOOD, FL 34224-8387

JAMES L KOCHENOUR
161 KINGSTON BLVD
HAMILTON, NJ 08690-3206

JAMES KERNS
15114 W HERITAGE DR
SUN CITY WEST, AZ 85375-6618

JAMES L [JIMMY] WADFORD JR
408 CHAMBLY DR
COLUMBIA, SC 29209-1510

JAMES L MORLEY
10282 SWITCHGRASS RD
BLAIR, NE 68008-7532

JAMES KINSEY
916 E RICHWOODS BLVD
PEORIA, IL 61603-1308

JAMES L ALEKSA
154 GOLANVYI TRL
VONORE, TN 37885-2688

JAMES L OBENSCHAIN JR
8912 WILLOW WOOD CT
RALEIGH, NC 27613-1130

JAMES KIRKPATRICK
17506 E PARK DR
CLEVELAND, OH 44119-1918

JAMES L BERENSON
192 MEDFORD BLVD
FREEHOLD, NJ 07728-3343

JAMES L PENASA
2409 GLENVIEW DR
MONTROSE, CO 81401-5387

JAMES KLEMM
1909 190TH AVE
ALGONA, IA 50511-7047

JAMES L BOXWELL
2800 PARAMOUNT BLVD
AMARILLO, TX 79109-3348

JAMES L POTEET
525 HUCKLEBERRY PL
MONTEAGLE, TN 37356-2097

JAMES KLOTZBACH
710 W EXCHANGE ST
KAHOKA, MO 63445-1534

JAMES L COMPTON
3141 S LEONINE CIR
WICHITA, KS 67217-1155

JAMES L REEVES
401 MEADOWLAND CT APT 7
HOPE MILLS, NC 28348-5636

JAMES L SHINAULT
2518 MORSE CT SE
OLYMPIA, WA 98501-3882

JAMES LEE [JIM] HARLEY
PO BOX 801
PINEVILLE, NC 28134-0801

JAMES M [JIM] TROUTMAN
20414 FALLINGWATER CIR
FRANKFORT, IL 60423-1804

JAMES L TAIT
19683 EAGLE TRACE CT
NORTH FORT MY, FL 33903-9060

JAMES LEMAHIEU
250 S TOMAHAWK RD LOT 175
APACHE JUNCTI, AZ 85119-5469

JAMES M BOOTS
21371 TRACY AVE
EUCLID, OH 44123-2937

JAMES L WEIDIG
719 HOWARD RD
ASHTABULA, OH 44004-9035

JAMES LEON [JIM] ZORN
5279 WATERFALL CT
SAN JOSE, CA 95136-3343

JAMES M CAUGHEY
11285 CRYSTAL OAKS WAY
SAN DIEGO, CA 92131-2954

JAMES L WILSON
8445 N CLEAR CREEK RD
HUNTINGTON, IN 46750-9739

JAMES LEVERETT
83 MACDOUGAL ST APT 16
NEW YORK, NY 10012-2518

JAMES M CRNOVICH
199 W NORTH AVE UNIT 421
WEST CHICAGO, IL 60185-6221

JAMES LAWRENCE BARTLEY III
PO BOX 457
EVANS, GA 30809-0457

JAMES LIGHTFOOT
743 HARPER ST
SIMI VALLEY, CA 93065-4210

JAMES M GRIFFIN
PO BOX 255
MAULDIN, SC 29662-0255

JAMES LAWRENCE BROWN JR
2554 LAKEWOOD CIR
CHESAPEAKE, VA 23321-3774

JAMES LINDLAN
909 E NORTHERN AVE APT 352
PHOENIX, AZ 85020-4198

JAMES M KASTELIC
18589 RIVERCLIFF DR
CLEVELAND, OH 44126-1740

JAMES LAWRENCE JOYE
141 BLACK RIVER DR
SUMMERVILLE, SC 29485-8990

JAMES LOUIS PREAU
265 SMOKERISE TRCE
PEACHTREE CIT, GA 30269-1321

JAMES M LYLE
8202 HIGH CLIFF DR
FAIR OAKS RAN, TX 78015-4260

JAMES LEARY
36 BULL ST
NEWPORT, RI 02840-2763

JAMES M [JIM] GERHARDT
2407 S ARDSON PL APT 701A
TAMPA, FL 33629-7338

JAMES M MORAN
4426 SINTINA CT
VENICE, FL 34293-7085

JAMES LECHER
510 S 39TH AVE
WAUSAU, WI 54401-3934

JAMES M [JIM] REAGOR
801 WYNWOOD DR
PRATTVILLE, AL 36067-2014

JAMES M PASTERIS
420 EARL AVE
JOLIET, IL 60436-1904

JAMES M RICE
192 LAUREL DR
FAIRFAX, CA 94930-2152

JAMES M VAUGHAN
202 VETERANS DR
UNION, SC 29379-1721

JAMES MARK DI LELLA
1064 WEIKEL RD
LANSDALE, PA 19446-4535

JAMES M ROBINSON
4152 LAKEVIEW DR
MARIPOSA, CA 95338-9443

James M. Kray
1407 Gerard Ln
Holiday, FL 34690-5705

JAMES MARTINDALE
PO BOX 190
HONEY BROOK, PA 19344-0190

JAMES M SCALA JR
528 PINE ST
ROSELLE, NJ 07203-1150

JAMES MACARTHUR DISNEY
839 TEST RD
RICHMOND, IN 47374-9516

JAMES MCMILLEN RAY
PO BOX 728
ONECO, FL 34264-0728

JAMES M SCHMIDT
124 SHADYWOOD LN
DELANO, MN 55328-8706

JAMES MACDONALD
2035 RIVERSIDE DR
TRENTON, MI 48183-2116

JAMES MERRIWEATHER
4155 CENTRAL PARK PL
COLLEGE PARK, GA 30349-1783

JAMES M SILVIA
216 W 99TH ST APT 20
NEW YORK, NY 10025-5087

JAMES MADRID
1004 WREN DR
PETALUMA, CA 94954-5816

JAMES MEYERS
125 N PINE ST
LANGHORNE, PA 19047-1632

JAMES M SMOTHERS JR
2115 66TH AVE
OAKLAND, CA 94621-3615

JAMES MALABAR DIXON
PO BOX 27
GIRARD, GA 30426-0027

JAMES MICHAEL [MIKE] DUNN
820 S INDIANA ST
GREENCASTLE, IN 46135-1921

JAMES M TAYLOR
75 ORCHARD SPRING ESTS
WATERBURY, VT 05676-9238

JAMES MANOS
920 S 2ND ST
SAINT CHARLES, IL 60174-4103

JAMES MICHAEL MONGER
126 CHEROKEE LN
HAMPTON, TN 37658-3900

JAMES M TIERNEY
137 POINT OF WOODS DR
ALBANY, NY 12203-5325

JAMES MANSFIELD
1405 GLENHARDIE RD
WAYNE, PA 19087-1362

JAMES MICHAEL POPE
601 JONES ST
OLD HICKORY, TN 37138-3428

JAMES M VAN VALEN
1413 E MADERA ESTATES LN
SAHUARITA, AZ 85629-6710

JAMES MARIENAU
15216 K42
LE MARS, IA 51031-8337

JAMES MIGLIORINI
49 PARSONAGE LOT RD
LEBANON, NJ 08833-4612

JAMES MIKESELL
319 ELM ST
CONCORD, NH 03303-3322

JAMES MONROE
1770 LAKE LANSING RD
HASLETT, MI 48840-8202

JAMES MOORE
329 KING DR
SOUTH SAN FRA, CA 94080-3001

JAMES MUMMA
1324 PATTEN MILLS RD
FORT ANN, NY 12827-1719

JAMES N ELENS
202 OAKVIEW AVE
JOLIET, IL 60433-1340

JAMES N KAPELLEN
512 RIDGEWAY ST
EDGERTON, WI 53534-1413

JAMES N LEHNER
1504 13TH ST S
SAINT CLOUD, MN 56301-5418

JAMES N WHITE
3570 WILLIAMSON RD
STOW, OH 44224-4030

JAMES NIX
595 CEDAR RD
AIKEN, SC 29803-8453

JAMES NODSKOV
2111 CORN DR
PAPILLION, NE 68046-4202

JAMES NOEL TILLEY PHD
19 ATKINS RD
EAST SANDWICH, MA 02537-1474

JAMES NORMAN
63 WOODBINE RD
HAVERTOWN, PA 19083-4534

JAMES NORRIS
722 PLEASANT CT
SHOREWOOD, IL 60404-9578

JAMES O ROOKER
10595 RIVERDALE RD
MIDDLEVILLE, MI 49333-9305

JAMES OLSEN
N1914 ROSE CIR
WAUPACA, WI 54981-8438

JAMES OPLINGER
PO BOX 152
OLIVET, SD 57052-0152

JAMES OWENS
10914 BELLS RIDGE DR
POTOMAC, MD 20854-2790

JAMES P [JIM] KRAMAR
1729 MAYFAIR BLVD
MAYFIELD HEIG, OH 44124-3113

JAMES P [JIM] REARDON JR
1611 TIMBERLAKE DR
DELAWARE, OH 43015-8897

JAMES P [JIM] TOMCZYK
590 GREENWAY TER
HARTLAND, WI 53029-1154

JAMES P BAUER
13581 WHITE TAIL DR
TYLER, TX 75707-5368

JAMES P BELL
205 E ARLINGTON HTS
NORTH AUGUSTA, SC 29841-3403

JAMES P DIEMER
3919 WAVELAND DR
DES MOINES, IA 50311-2638

JAMES P DOHERTY
1500 BRAINARD RD
LYNDHURST, OH 44124-3000

JAMES P ELY
1005 SW GLEN ARBOR AVE
BENTONVILLE, AR 72712-7792

JAMES P FIEDLER
5440 CADDIS BND
FITCHBURG, WI 53711-7105

JAMES P HENDERSON
1212 OHIO ST
VALPARAISO, IN 46383-3706

JAMES P LOCKHART
229 MADELENA DR
LA HABRA HEIG, CA 90631-8338

JAMES PRICKETT
5410 N RIDGE RD W
ASHTABULA, OH 44004-9594

JAMES R BEECH
PO BOX 223
PARADISE, MT 59856-0223

JAMES P MURPHY
275 PARK DR W
KINTNERSVILLE, PA 18930-9632

JAMES PRUNTY
1218 DARREN DR
PORTSMOUTH, VA 23701-3731

JAMES R BOYD
6732 BEECH DALY RD
TAYLOR, MI 48180-1500

JAMES P MURPHY
4512 WETHERILL RD
BETHESDA, MD 20816-1837

JAMES R [JIM] LUTZ
3489 RAINBOW LAKE DR SPC 56
LAKESIDE, AZ 85929-3158

JAMES R DOLAN MD
2278 PRESERVE BLVD
PORTAGE, MI 49024-5766

JAMES P SCZEPANIAK
31 COVENTRY CHASE
JOLIET, IL 60431-9251

JAMES R [JIM] SMARELLI
7124 BAY VIEW DR
INDIANAPOLIS, IN 46214-1365

JAMES R FOELL
740 650TH ST
STORM LAKE, IA 50588-7488

JAMES PEDERSEN
2550 CATON FARM RD
JOLIET, IL 60435-1301

JAMES R [JIM] SMITH
425 ELM RD
BREMEN, IN 46506-8965

JAMES R GOODRICH JR
3532 S NORTH SHORE DR
ONTARIO, CA 91761-9130

JAMES PICKETT
1215 LINDA VISTA LN LOT 14
PRESCOTT, AZ 86305-6204

JAMES R [JIM] TOBIN
PO BOX 6280
AVON, CO 81620-6280

JAMES R GREEN
203 CROSSON ST
GREENCASTLE, IN 46135-1807

JAMES POLONSKY
9 PAINE CT
BASKING RIDGE, NJ 07920-2942

JAMES R [RAY] KOTERBA
327 PICKENS ST
ROCK HILL, SC 29730-4627

JAMES R GUTHRIE
PO BOX 354
GRAHAM, NC 27253-0354

JAMES POWELL
4131 BURLINGTON TPKE
TOWANDA, PA 18848-8467

JAMES R BAKER
2630 ROSS DYE RD
BLACKSTOCK, SC 29014-8754

JAMES R HARRISON
24509 147TH ST
LEAVENWORTH, KS 66048-6336

JAMES POYNTER
1202 S BLOOMINGTON ST
GREENCASTLE, IN 46135-2269

JAMES R BAKER
401 E 80TH ST APT 23A
NEW YORK, NY 10075-0652

JAMES R KINGZETT
976 CENTER RD
EASTLAKE, OH 44095-2332

JAMES R KRUEGER
1640 ALVIN LN
BROOKFIELD, WI 53045-7807

JAMES R PARMER
210 KOSER RD
LITITZ, PA 17543-9270

JAMES RAY [JIM] MCKNIGHT
PO BOX 145
LAKE MILTON, OH 44429-0145

JAMES R KURTZ
3720 CHERRY ST APT F21
GRAND FORKS, ND 58201-7696

JAMES R PENDRY
19125 EDEN LN
PRUNEDALE, CA 93907-1425

JAMES RENTNER
67 SUMMERSET DR
CLYDE, NC 28721-8415

JAMES R MAKIN JR
PO BOX 98
CADDO MILLS, TX 75135-0098

JAMES R SANDERS
PO BOX 141
PELION, SC 29123-0141

JAMES RICHARD ZARLEY
600 SAINT CROIX ST
HENDERSON, NV 89012-7271

JAMES R MANN
160 W L CAMERON RD
BATESBURG, SC 29006-8944

JAMES R SCHAUBLIN
918 LINDA DR
TOLEDO, OH 43612-3121

JAMES RINGSTROM
1440 VALLEDA LN
ENCINITAS, CA 92024-2410

JAMES R MCMILLAN
307 E WASHINGTON ST
GREENCASTLE, IN 46135-1759

JAMES R SMITH
7317 IRON ROCK RD
INDIANAPOLIS, IN 46236-8211

JAMES ROBERT [BOB] STRAIN
6001 NW 39TH AVE
GAINESVILLE, FL 32606-5862

JAMES R MEEUWSEN
10890 GRAND RIVER DR SE
LOWELL, MI 49331-9587

JAMES R ST JOHN
1258 WHITEWOOD WAY
NICEVILLE, FL 32578-4233

JAMES ROBERT CUNDIFF
8600 FERNDALE RD
LOUISVILLE, KY 40291-2626

JAMES R NORVILLE
1917 W 138TH ST
COMPTON, CA 90222-3127

JAMES R WALSH
10733 W 62ND PL
ARVADA, CO 80004-4824

JAMES ROBESON
660 HILLCREST AVE
PACIFIC GROVE, CA 93950-4817

JAMES R OSWALT
5313 N STAR FORT LORAMIE RD
NEW WESTON, OH 45348-9766

JAMES R WESTBROOK
112 GROVE CT
LEWISVILLE, TX 75077-2813

JAMES ROCHFORD
1489 PROSPECT AVE
ROCKY RIVER, OH 44116-1930

JAMES R PADLEY
300 ARROYO DR
TEXARKANA, TX 75503-2304

JAMES R WHERLEY
2234 COUNTY ROAD 140
INTERNATIONAL, MN 56649-8748

JAMES ROMAG
5 TRAVERSE RD APT 3
NEWPORT NEWS, VA 23606-3512

JAMES S DUFIEF
22899 STEELE DR
TYASKIN, MD 21865-2060

JAMES SLATER
14608 N RIVERVIEW RD
CHILLICOTHE, IL 61523-9707

JAMES STRICKLER
1400 W 9TH ST
MC GREGOR, TX 76657-1920

JAMES S KONDRAS
1760 NOLT RD
MOUNT JOY, PA 17552-9536

JAMES SPENCER
4711 13TH PL NE
WASHINGTON, DC 20017-3106

JAMES SUTIKA
128 FRISCO DR
HOUGHTON LAKE, MI 48629-9167

JAMES S SCIONEAUX
6237 CARLSON DR
NEW ORLEANS, LA 70122-2801

JAMES STENBERG
12418 215TH ST
LAKEWOOD, CA 90715-2330

JAMES SWARTZENDRUBER
4983 FULLPAIL LN
WEST BEND, WI 53095-9162

JAMES S SEIDEL
700 BOWER RD
MILTON, PA 17847-8118

JAMES STEVEN MCCRACKEN
1022 RIVER RIDGE DR
AUGUSTA, GA 30909-2240

JAMES SWEENEY
116 EYE ST
SAN RAFAEL, CA 94901-1757

JAMES S WILSON
1103 KENSINGTON RD
MCLEAN, VA 22101-2919

JAMES STEWART
175 RANCHO VERDE CIR
ROHNERT PARK, CA 94928-2028

JAMES T [JT] SENTILLES SR
5001 FARMLAND RD
CHARLOTTE, NC 28226-5844

JAMES SCHOBY
805 S MOORE ST
ALGONA, IA 50511-3341

JAMES STOIA
400 ASHTON DR
LAGUNA BEACH, CA 92651-4122

JAMES T BALDWIN
8 WILSON CIR
MILTON, PA 17847-9646

JAMES SCHOENICK
5031 GRIFFITH AVE
WISCONSIN RAP, WI 54494-8078

JAMES STONE
10302 W US HIGHWAY 150
BRIMFIELD, IL 61517-9350

JAMES T FAGAN
7715 STONE WHEAT CT
ALEXANDRIA, VA 22315-3709

JAMES SCHWEIZER
4001 BRIGGS LN
PHELPS, WI 54554-9262

JAMES STOUT
2235 W STATE ROAD 44
CONNERSVILLE, IN 47331-7813

JAMES T K ABBOTT
40 GROVE AVE
HINGHAM, MA 02043-1244

JAMES SHAFFER
1922 DEMETRO DR
HAMPTON, VA 23663-1012

JAMES STREETER
2486 NE BOBBI PL
PRINEVILLE, OR 97754-9089

JAMES T KRIER
963 RIDGE GATE DR
LEWISVILLE, NC 27023-8690

JAMES TEVIS
11303 125TH STREET CT E
PUYALLUP, WA 98374-3199

JAMES THIES
1208 PECKS WOODS DR
SAINT PAUL, MN 55112-8414

JAMES THOMAS DUFFY
10439 ROCK COVE LN
CONVERSE, TX 78109-2417

JAMES THOMAS FATE
82 GLENROCK
NORWALK, CT 06850-1380

JAMES THOMPSON
815 BEACH BUGGY LN
LINDEN, MI 48451-9679

JAMES THOMSON
504 THORINGTON CT
GREER, SC 29651-6826

JAMES TIMMER
2026 TIMON RD
EVERSON, WA 98247-9305

JAMES TOMCZAK
12720 WILDWOOD DR
KABETOGAMA, MN 56669-8077

JAMES TOMEY
PO BOX 10
HONDO, TX 78861-0010

JAMES TRIEMSTRA
1419 FRIENDLY AVE
PORTAGE, MI 49002-1647

JAMES TUXHORN
2032 OAK ST
WISCONSIN RAP, WI 54494-5544

JAMES V [JIM] BELLAR
1706 TIMBER RIDGE CIR
CORINTH, TX 76210-2812

JAMES VERNON SIGLER
PO BOX 267
YAKUTAT, AK 99689-0267

JAMES W [JIM] COOPER
10109 LAURENT WAY UNIT 103
LOUISVILLE, KY 40272-6318

JAMES W ABERNETHY JR
PO BOX 2333
OXFORD, MS 38655-6000

JAMES W BANKS
PO BOX 39
MARIANNA, AR 72360-0039

JAMES W BERGEN
800 SAINT PAUL ST
LEWISBURG, PA 17837-1210

JAMES W COOPER
9 SUNSET DR
RICHMOND, IN 47374-1952

JAMES W FACKLER
3123 PRIDEMORE DR
CEDAR FALLS, IA 50613-5224

JAMES W HARRIS
47 TSITSI CT
BREVARD, NC 28712-9263

JAMES W HOFFMAN
17560 NW BAKER CREEK RD
MCMINNVILLE, OR 97128-8010

JAMES W HOWELL MD
3967 LAKESIDE DR
ODESSA, TX 79762-7201

JAMES W MCELHANEY
9620 SAN BERNARDINO AVE NE
ALBUQUERQUE, NM 87109-6611

JAMES W MCKEE JR
1174 MOUNT PLEASANT ST NW
NORTH CANTON, OH 44720-5973

JAMES W MINTER
430 CHADWYCK DR
DANVILLE, VA 24541-3309

JAMES W OLIVER
4828 HATTON POINT RD
PORTSMOUTH, VA 23703-3912

JAMES W OWENS
7203 MONTECITO DR
DENTON, TX 76210-3426

JAMES W PONSETI SR
432 BROOKMEADE DR
GRETNA, LA 70056-7233

JAMES WAGNER
2316 W CHATEAU DR
MERIDIAN, ID 83646-3804

JAMES YOUNGFLESH
221 SANDY LN
MARKSVILLE, LA 71351-4331

JAMES W RAINEY
2 OVER VW
CARLISLE, PA 17013-8153

JAMES WALKER
112 LAURA AVE
OLD HICKORY, TN 37138-2322

JAMIE B FITZGERALD
4717 W 6TH ST
GREELEY, CO 80634-1231

JAMES W REIL
12 N OLD TURNPIKE RD
DRUMS, PA 18222-1915

JAMES WEINMAN
8 S HOLLOW DR
BALLSTON LAKE, NY 12019-1306

JAMIE BAKER
75 8TH AVE APT 4
BROOKLYN, NY 11215-1511

JAMES W REINIG
1251 CHERRY TREE LN
ANNAPOLIS, MD 21403-5023

JAMES WHALEN III
507 WASHINGTON BLVD
BROWNS MILLS, NJ 08015-5434

JAMIE BEVINS
8547 W NEWBURG RD
CARLETON, MI 48117-9489

JAMES W ROESE
48 HEDGEWOOD RD
HOWELL, NJ 07731-2206

JAMES WILLIAM ROSS SR
2219 KINGS MOUNTAIN DR
DALZELL, SC 29040-9739

JAMIE COUNTER
2906 OLD SOUTH DR
JONESBORO, GA 30236-2825

JAMES W SCHUERMAN
3991 GEORGE RD
WISCONSIN RAP, WI 54495-9367

JAMES WILLIAM SMITH
3202 HICKORY CREEK DR
NEW LENOX, IL 60451-9506

JAMIE DEROY
180 W 58TH ST APT 10D
NEW YORK, NY 10019-2145

JAMES W SCHULZE
808 PIPER AVE
SUNNYVALE, CA 94087-1245

JAMES WINNER
8000 SELPH RD
HILLSBORO, OH 45133-7936

JAMIE EMERICK-DOEZEMA
2615 GARDEN DR S APT 205
LAKE WORTH, FL 33461-6259

JAMES W STEFFES
26126 MANTLE DR
SUN CITY, CA 92585-8931

JAMES WITTE
1801 DIANE CIR
PHOENIXVILLE, PA 19460-1821

JAMIE ROFFREDO
18105 ANDREA CIR N UNIT 5
NORTHRIDGE, CA 91325-1120

JAMES W STRELL
459 CLEAR CREEK LN
COPPELL, TX 75019-3310

JAMES WOLFF
577 LA JARDIN
EDGEWATER, FL 32141-7608

JAMISUE BOGGESS
1316 LAUREL AVE
VENICE, FL 34285-7923

JAN A VOGELSONG SR
1820 GAAR RD
RICHMOND, IN 47374-1702

JAN BAYLESS
PO BOX 7391
SALEM, OR 97303-0105

JAN BRASHEARS
407 JUNIPER MILL TRCE
CANTON, GA 30114-9601

JAN CAMP
469 HOLLYWOOD DR
SALINE, MI 48176-1111

JAN COOKE
2216 WIRTH PL
NEW ORLEANS, LA 70115-6566

JAN DECKER-SCHWEITZER
2103 W SHEFFIELD DR
MUNCIE, IN 47304-1258

JAN DOSS
1005 N 21ST ST
LAMESA, TX 79331-2419

JAN FOX SCOTT
3949 ELYSIAN FIELDS AVE
NEW ORLEANS, LA 70122-3841

JAN FRANCK
W26759 SATHER RD
ELEVA, WI 54738-9393

JAN KLOPFENSTEIN
600 S ARROYO BLVD
PASADENA, CA 91105-2404

JAN L BURTON
555 RIVERFRONT PLZ APT 304
OMAHA, NE 68102-4234

JAN M SMITH
716 DAKOTA LN
CANON CITY, CO 81212-9264

JAN MCCARTHY
2871 N 91ST ST
MILWAUKEE, WI 53222-4616

JAN MCDONNELL
960 FELL ST UNIT 512
BALTIMORE, MD 21231-3552

JAN MONTGOMERY
4216 SKYWOOD DR
FORT SMITH, AR 72904-6336

JAN MUNSON
2972 EDGESTONE DR
HUDSONVILLE, MI 49426-8773

JAN OSBORNE
4096 BENKERT DR
SHARONVILLE, OH 45241-2690

JAN POGUE
4303 MONUMENT PARK
RICHMOND, VA 23230-3850

JAN S HIRSCHFIELD MD
3089 BRAELOCH CIR E
CLEARWATER, FL 33761-2747

JAN VONFLATERN
1737 1/2 CORCORAN ST NW
WASHINGTON, DC 20009-7228

JAN YANDELL
26370 EDGECLIFF DR
EUCLID, OH 44132-1213

JAN YELK
1370 CLEARVIEW DR
DENVER, PA 17517-8819

JAN YOUNG
50 ANTELOPE CIR
SAUNDERSTOWN, RI 02874-1964

JANA L NELMS
2914 HOLLINWELL DR
KATY, TX 77450-5958

JANE A CALDWELL
503 RAYMOND ST
MILTON, PA 17847-2452

JANE A MAX

JANE A PEDERSON
4250 BROWN COLLEGE LN
WASHINGTON, TX 77880-6363

JANE A ROEDER
453 E 14TH ST APT 12F
NEW YORK, NY 10009-2830

JANE AGNE
196 CATALPA DR
VERSAILLES, OH 45380-9406

JANE ANN BROCKWAY
104 GREENCROFT DR
CHAMPAIGN, IL 61821-5111

JANE ANN EVANOVICH
320 W 2ND ST
WASHINGTON, IA 52353-1927

JANE ANNE ANTONE
22110 BOULDER AVE
EASTPOINTE, MI 48021-2379

JANE B HYER
PO BOX 2202
DUXBURY, MA 02331-2202

JANE B RUSSELL
52 SANBORN ST APT 202
READING, MA 01867-2948

JANE BANKS
9610 E CLUBHOUSE CT
WICHITA, KS 67226-3656

JANE BARNES
154 HERITAGE RD
WILLISTON, SC 29853-4906

JANE BARTON
222 REED AVE
VERSAILLES, OH 45380-1116

JANE BASSETT
8045 PELHAM RD
ALLEN PARK, MI 48101-2244

JANE BENSON
39592 N 3990 RD
RAMONA, OK 74061-2601

JANE BERGFELD
905 CHEROKEE ST
KENTON, TN 38233-1404

JANE BLAIR
1715 BRIDGEPORT LN
SPIRIT LAKE, IA 51360-7669

JANE BORSTAD
520 W VASA AVE
FERGUS FALLS, MN 56537-2622

JANE BRADLEY
6390 DREXEL RD
PHILADELPHIA, PA 19151-2510

JANE BRANDENBURG
120 SYCAMORE DR
RICHMOND, IN 47374-2638

JANE BRANDHORST
3346 YONGE AVE
SARASOTA, FL 34235-2293

JANE BRIESE
14606 MORRISON ST
SHERMAN OAKS, CA 91403-1649

JANE BROWN
21251 C38
MERRILL, IA 51038-8636

JANE BRYCE
454 FARMSTEAD LN
LANSING, MI 48917-3019

JANE BULEN
21861 HIGHWAY FF
STOVER, MO 65078-1335

JANE C [JAN] PACKER
3440 NE 13TH TER
POMPANO BEACH, FL 33064-6217

JANE C BEITT
9415 ASPEN GROVE LN
INDIANAPOLIS, IN 46250-1325

JANE C ROONEY
55 MELROSE AVE
ALBANY, NY 12203-1911

JANE CARROLL
PO BOX 2036
ROLLA, MO 65402-2036

JANE CASSIDY
460 GEORGE PL
WYCKOFF, NJ 07481-1820

JANE CLINE
124 IRVINGTON PL
TRENTON, NJ 08610-3911

JANE FENNELLY
15356 W PASADENA DR
SURPRISE, AZ 85374-8539

JANE HANSEN
501 OAK LEAF DR
GREENCASTLE, IN 46135-7208

JANE DENISE LEON
1774 MILLERS BOTTOM RD
NEW COLUMBIA, PA 17856-9461

JANE GENTRY
6109 TIDEWATER CT
PROSPECT, KY 40059-9337

JANE HARBERT
1602 E ROBERTSON AVE
COPPERAS COVE, TX 76522-3175

JANE E BARRETT
1305 CLINTON AVE SE
NORTH CANTON, OH 44720-3715

JANE GIDZINSKI
45 VINCENTOWN PEMBERTON RD
PEMBERTON, NJ 08068-1751

JANE HARLAN
4015 S LIPSCOMB ST
AMARILLO, TX 79110-1218

JANE E FRAZIER
5001 ALTHEA DR
ANNANDALE, VA 22003-4143

JANE GOOD
240 PINE VIEW DR
DENVER, PA 17517-9430

JANE HEIL MD
305 BARBERRY CT
MARS, PA 16046-7129

JANE E MCSHANE
3321 BLUFF AVE SE
SALEM, OR 97302-3380

JANE GORG
206 SAINT JAMES WAY
NAPLES, FL 34104-6714

JANE HENRY
PO BOX 877
JACKSONVILLE, OR 97530-0877

JANE E OSTRENGA
1603 W GREEN TREE RD
GLENDALE, WI 53209-2901

JANE GRAY
1131 NORTHSIDE RD
ELIZABETH CIT, NC 27909-8525

JANE HESS
6205 MILDRED AVE
EDINA, MN 55436-2606

JANE E ROTH
100 LONG AVE
BELMONT, MA 02478-2964

JANE H CROUSE-MILEO
5 DUKOFF DR
HAMILTON SQUA, NJ 08690-2278

JANE HOFF
825 N CORTLAND AVE
WEST PEORIA, IL 61604-4940

JANE EASA
314 ROOSEVELT WAY
WESTBURY, NY 11590-6691

JANE HALSTEAD
PO BOX 515
MARSHFIELD, MO 65706-0515

JANE HOOVER
208 FORREST DR
NATCHEZ, MS 39120-5102

JANE ELSE
1260 JASPER AVE
HOLSTEIN, IA 51025-8142

JANE HAMMANN
201 CUTHBERT BLVD APT 42
HADDON TOWNSH, NJ 08107-1078

JANE HOUGH
211 WATERFORD WAY
MONTGOMERY, TX 77356-8335

JANE HURLEY
2092 S COUNTY ROAD 500 W
GREENCASTLE, IN 46135-8271

JANE LEMKE
716 S 9TH ST
LEAVENWORTH, KS 66048-2406

JANE MICHAUD
6701 FAIRVIEW ST
FORT MYERS, FL 33966-1132

JANE JOHNSON
1123 TALISMAN RD
MOUNT PLEASAN, SC 29464-3706

JANE LIESVELD
50 VIENNAWOOD DR
ROCHESTER, NY 14618-4463

JANE MINSHEW
722 HELMS WAY
CONWAY, SC 29526-9053

JANE JOHNSON
2151 WHISTLERS PARK RD
ROSEBURG, OR 97470-7977

JANE LOEROP
236 W VAN BUREN ST
ELMHURST, IL 60126-4939

JANE MOFFET
301 OXBRIDGE CT
PITTSBURGH, PA 15238-1533

JANE JUNK CARPENTER
305 S VAL VISTA DR LOT 284
MESA, AZ 85204-1943

JANE M [JINNY] GARVEY
326 COURTLEIGH ST
WICHITA, KS 67218-1714

JANE MOLES
110 N 5TH AVE W APT 314
NEWTON, IA 50208-3189

JANE KALIANOV
2263 S HOYT CT
LAKEWOOD, CO 80227-2215

JANE M ZWIG
750 PARK AVE NE APT 10W
ATLANTA, GA 30326-3276

JANE MORGAN
385 ROLLING CT
CHAMBERSBURG, PA 17202-4483

JANE KIRK
7442 PINERIDGE WAY
CASTLE PINES, CO 80108-4603

JANE MALME
207 LINDEN PONDS WAY UNIT 33
HINGHAM, MA 02043-8710

JANE MOSHER
3718 YALE AVE
LIMA, OH 45804-5515

JANE KIRSTEN
PO BOX 25932
TAMPA, FL 33622-5932

JANE MCHUGH
800 COLLEGE PKWY APT 219
LEWISVILLE, TX 75077-3522

JANE NEWLAND
2261 CARAMBOLA LN
SAINT JAMES C, FL 33956-2018

JANE L DRAKE
4100 S A ST APT 309
RICHMOND, IN 47374-6062

JANE MEDLEY
23 HIGHVIEW CIR
DENTON, TX 76205-8523

JANE O'NEIL
2512 YOUNGS DR
COLUMBUS, OH 43231-2914

JANE LEHRACH
135 W 58TH ST APT 2B
NEW YORK, NY 10019-1554

JANE MERRICK
707 N 23RD ST
LAMESA, TX 79331-2206

JANE OBRINGER
407 S MARKET ST
COLDWATER, OH 45828-1846

JANE OPPENHEIMER
5180 SABAL GARDENS LN APT 3
BOCA RATON, FL 33487-4818

JANE ORR
55 JUNIPER AVE APT 213
EATON, CO 80615-8706

JANE OWEN
8207 TORREY PINES CT
LOUISVILLE, KY 40291-5040

JANE PALLOTTO
1300 PENNSYLVANIA AVE APT M3
ORELAND, PA 19075-1414

JANE PARK
305 WHEATFIELD CIR APT 134
BRENTWOOD, TN 37027-4475

JANE PETERSON
325 RUGBY AVE
TERRACE PARK, OH 45174-1156

JANE POND
315 NEW ST APT 621
PHILADELPHIA, PA 19106-1138

JANE PYBAS
91 OLIVERS CHAPEL RD
BRADFORD, TN 38316-8767

JANE R UNDERHILL
7628 HOLMES RUN DR
FALLS CHURCH, VA 22042-3317

JANE RAPSON
917 JASPER ST
JOLIET, IL 60436-2017

JANE REEVES
2726 W CRESTON LN
PEORIA, IL 61604-2102

JANE ROBY
229 WABASH ST
PLAINFIELD, IN 46168-1557

JANE ROOSEBOOM
1940 PARTRIDGE LN
KALAMAZOO, MI 49009-3007

JANE ROSS
3816 CLOVERLAWN DR
GRANTS PASS, OR 97527-8947

JANE RUBARTH
15704 STAMFORD ST
LIVONIA, MI 48154-2837

JANE SCOTT
3516 DAY AVE
LOOMIS, CA 95650-8802

JANE SILVER
2127 CALIFORNIA ST NW APT 40
WASHINGTON, DC 20008-1813

JANE SPRECHER
10 LISA CT
DOBBS FERRY, NY 10522-2512

JANE STEWARD
2711 BURLINGHAM DR
ASHTABULA, OH 44004-2339

JANE STREVILS
20512 W US HIGHWAY 150
BRIMFIELD, IL 61517-9209

JANE SUBECK-GOODMAN
443 PEBBLE BEACH PL
FULLERTON, CA 92835-2702

JANE TABONE YERKES
23 VINCENTOWN PEMBERTON R
PEMBERTON, NJ 08068-1751

JANE TIERNEY
35 ADAMS WAY
SAYVILLE, NY 11782-1957

JANE WAKE
4283 PARISH TRCE
MARIETTA, GA 30066-2384

JANE WALSH
4154 COVENTRY CT
SOUTHPORT, NC 28461-8429

JANE WELCH
4800 104TH LN NE
CIRCLE PINES, MN 55014-1524

JANE WIDMAN
30914 KILGOUR DR
WESTLAKE, OH 44145-6836

JANE WILLIAMS
6604 EASTGATE DR
FORT SMITH, AR 72903-4085

JANE WISHOWSKI
635 E MACKINAC AVE
OAK CREEK, WI 53154-2136

JANE WRIGHT
12877 STATE ROUTE 12
COLUMBUS GROV, OH 45830-9289

JANE Y FONG
50 BLACK BURNIAN RD
WESTON, MA 02493-1321

JANE ZILKA
400 HERITAGE CT
WAITE PARK, MN 56387-4514

JANE ZWIENER
4914 E COURT ST
IOWA CITY, IA 52245-9401

JANEAN [BEANER] JOHNSON
713 16TH AVE NW
MANDAN, ND 58554-2341

JANEL KAISER
14531 KELLYWOOD LN
HOUSTON, TX 77079-6516

JANELL BUSHONG
2407 N PROSPECT RD
PEORIA, IL 61603-2136

JANELLE [JAN] HULSEY
2601 DOUGLAS DR
AMARILLO, TX 79110-3226

JANELLE LATHROP
7259 RIVERWIND WAY
SACRAMENTO, CA 95831-3247

JANELLE NASH
6225 OAK HILLS PLZ
OMAHA, NE 68137-4401

JANERUTH DELATHOUWER
459 MALDEN ST
REVERE, MA 02151-1824

JANET [JAN] WILDE
2509 FM 963
BURNET, TX 78611-6119

JANET [JEGIE] HERR
102 SAINT MARK AVE
LITITZ, PA 17543-2223

JANET A BERGER
125 E LINCOLN DR
GREENVILLE, OH 45331-2339

JANET A TRIMBLE
624 S 19TH ST
RICHMOND, IN 47374-6504

JANET ALBERTSON
1802 OATMAN ST
LLANO, TX 78643-3012

JANET ALGERI
226 DENNIS ST
ELIZABETH, PA 15037-2510

JANET ALLEN
620 SUGARBERRY RD
CHAPEL HILL, NC 27514-5941

JANET BARR PHD
PO BOX 655
WESTHAMPTON, NY 11977-0655

JANET BARTHOLOMEW
7756 FIR RD
REEDS, MO 64859-9781

JANET BATCHELDER
301 LINDEN PONDS WAY UNIT 4
HINGHAM, MA 02043-3736

JANET BECKETT
30 BROOKSIDE WAY APT 6
WEST SAND LAK, NY 12196-9615

JANET BENSON
42221 CAMINO ROMO
TEMECULA, CA 92592-3537

JANET BENTLEY
24 LLANGOLLEN LN
NEWTOWN SQUAR, PA 19073-3136

JANET BENTZINGER
13304 COUNTRY TRL
VANCLEAVE, MS 39565-7361

JANET BESANCENEY
1319 GREENVILLE WAY
THE VILLAGES, FL 32162-7749

JANET BETTLER
336 LONGFELLOW CT
GREENFIELD, IN 46140-3136

JANET BISKOBING
118 W BARRETT ST
GLENBEULAH, WI 53023-1170

JANET BLAHO
12921 REDSTONE DR APT 347
IRWIN, PA 15642-7233

JANET BODMAN
13 KINGWOOD VILLAS CT
KINGWOOD, TX 77339-3652

JANET BRANNON
20 LORRY DR
ELIZABETH, PA 15037-2909

JANET BREEDLOVE
911 COREY LN
PLAINFIELD, IN 46168-2386

JANET BROWN
19510 W WEST SHORE DR
MUNDELEIN, IL 60060-3449

JANET BUNGE
5296 WALSH RD
LEWISTON, MI 49756-8701

JANET BURHITE
389 96TH LN NE
BLAINE, MN 55434-1369

JANET BURKE
330 E LONGVIEW AVE
COLUMBUS, OH 43202-1255

JANET C ZICH
905 KARIN DR
NORMAL, IL 61761-3145

JANET CAPOLARELLO
14570 KENMONT DR
MIDLOTHIAN, VA 23113-6048

JANET CECELIA WHITE
941 S ATLANTIC AVE
LIMA, OH 45804-1111

JANET CHRISTIAN
4505 DEER CREEK CT
YUKON, OK 73099-3102

JANET CONNELL
6659 TAPLEY ST
SIMI VALLEY, CA 93063-3936

JANET CONNOLLY
28360 DEL LAGO WAY
BONITA SPRING, FL 34135-2805

JANET COOK
PO BOX 55805
NORTH POLE, AK 99705-0805

JANET CRANDELL
105 NEWTON DR
NEWTON FALLS, OH 44444-1911

JANET CUBERO
7163 WINTERY LOOP
COLORADO SPRI, CO 80919-1218

JANET D MORGAN
14 COUNTRY LN
CLEVELAND, OH 44124-4700

JANET D RUMP
PO BOX 254
WATSONTOWN, PA 17777-0254

JANET DEVIZIO
17 MOUNTAIN LAUREL CT
CROMWELL, CT 06416-1731

JANET DINGERDISSEN
1001 WHITEGATE RD
WAYNE, PA 19087-2182

JANET DUNCAN
4308 FAIRLANE DR NE
CEDAR RAPIDS, IA 52402-2303

JANET EDMONDS
1536 48TH ST NE
CEDAR RAPIDS, IA 52402-2430

JANET ELSTRO
841 W MAIN ST
RICHMOND, IN 47374-4075

JANET EWALD
3222 COUNTY ROAD 108
INTERNATIONAL, MN 56649-8906

JANET HAMER
2326 CAROLYN LN
ATCO, NJ 08004-1624

JANET HOLMES
201 DOROTHY ST
ENDICOTT, NY 13760-1305

JANET GARFIELD
2325 MAELEE DR
VISTA, CA 92084-2509

JANET HAMMOND
5 EARL DAVIS RD
OAK HILL, OH 45656-9640

JANET HOWARD
528 N PINES RD APT L9
SPOKANE VALLE, WA 99206-5163

JANET GARMAN
210 WILLOW LN
ELK GROVE VIL, IL 60007-1744

JANET HANSAKER
830 STAGECOACH DR
LAS CRUCES, NM 88011-8075

JANET HOWELL
1408 PLAYFORD LN
GRANTS PASS, OR 97527-5242

JANET GILPIN
3500 HUON DR
LOUISVILLE, KY 40218-2130

JANET HAPPS
1244 PALOMINO RD
GILLETTE, WY 82716-1760

JANET HUNNELL
3090 RIVERVIEW LN
BENTON HARBOR, MI 49022-2479

JANET GLOVER
5514 TAWNEY AVE
AMARILLO, TX 79106-4808

JANET HAWKINS
88 MALLARD LN
GREENPORT, NY 11944-3106

JANET HYNGSTROM
170 NW 70TH ST APT 202
BOCA RATON, FL 33487-2380

JANET GLOVER
2814 WOODLAND PARK DR NE
ATLANTA, GA 30345-4036

JANET HELMER
1008 JACKSON ST
GREENVILLE, OH 45331-1168

JANET J NIXON
45 HOBSON ST
PORTSMOUTH, VA 23704-6106

JANET GRANT
49 CLOVER FIELD DR
LOUDONVILLE, NY 12211-1928

JANET HERRMANN
981 BRECKENRIDGE DR
RICHMOND, IN 47374-7113

JANET JADRON
305 TABLE ST
LOCKPORT, IL 60441-2656

JANET GREENE
113 GIBSON WELLS BRAZIL RD
HUMBOLDT, TN 38343-5007

JANET HODGE
4520 PAWNEE CIR
ROCKFORD, IL 61101-6010

JANET JORDAN
132 LAKE HARBOR DR
LEXINGTON, SC 29072-9583

JANET HALL
2021 LEE ST
MESQUITE, TX 75149-2138

JANET HOFMASTER
1461 LINMAR DR NE
CEDAR RAPIDS, IA 52402-3724

JANET K FAIRBAIRN
152 W HARBOR DR
LAKE ZURICH, IL 60047-2903

JANET K FARMAN
7911 SANBORN RD
ASHTABULA, OH 44004-9563

JANET K VITTORIO
9261 INDIGO ISLE CT APT 101
BONITA SPRING, FL 34135-8476

JANET KEATING
34 DEHART ST
MORRISTOWN, NJ 07960-5210

JANET KELLEY
12328 US HIGHWAY 36
MARYSVILLE, OH 43040-9412

JANET KERN
2975 GREENWOOD RD
YORK, PA 17408-1417

JANET KEYES
506 E WINOKA CV
COLLIERVILLE, TN 38017-3593

JANET KLAGHOLZ
479 CLIFTON CT
MARCO ISLAND, FL 34145-1903

JANET KOSTECK
2512 HOLLENDALE DR
NEW HAVEN, IN 46774-1012

JANET KRICK
456 W TIFFIN ST
FOSTORIA, OH 44830-1740

JANET KURTZ
7848 BLACKBERRY AVE
SAINT LOUIS, MO 63130-2708

JANET L BERRY
437 N LUNA CT
HOLLYWOOD, FL 33021-6804

JANET L BREESE
1812 JACKSONS CREEK DR
MARIETTA, GA 30068-1506

JANET L BROWN
1503 SOUTHLAWN DR
DES MOINES, IA 50315-4972

JANET L JACKOWSKI
1801 CRAIG DR
IRWIN, PA 15642-1796

JANET L KINSLEY
1800 MARIPOSA WAY
BRENTWOOD, CA 94513-6422

JANET L KLODOWSKI
113 DOGWOOD TERRACE LN
CLEMSON, SC 29631-2061

JANET L MAGNER
520 W FAIRMOUNT AVE
STATE COLLEGE, PA 16801-4614

JANET L MCNULTY
2105 E PARK ST
ARLINGTON HEI, IL 60004-6917

JANET L OMER
520 W WRIGHTWOOD AVE
CHICAGO, IL 60614-1978

JANET L QUINTER
990 W OCOTILLO RD APT 1035
CHANDLER, AZ 85248-5710

JANET LARCH
6975 MILHOUSE RD
INDIANAPOLIS, IN 46221-4426

JANET LEE
1001 GREEN ST
MILTON, PA 17847-2111

JANET LEVENITE
417 CHARLES ST
COATESVILLE, PA 19320-2910

JANET LOKAY
11 STANLEY AVE
HASTINGS ON H, NY 10706-3601

JANET LOU SYMONDS
10840 SE 204TH ST APT D2
KENT, WA 98031-1574

JANET LUMPA
610 W ORANGE ST
WEST BRANCH, IA 52358-9714

JANET M ASHCRAFT
301 E HALL ACRES RD TRLR 119
PHARR, TX 78577-5139

JANET M CATALANO-CAMPBELL
19309 CRYSTAL LAKE DR
NORTHVILLE, MI 48167-2526

JANET MAXWELL
724 BROOKS AVE
CINCINNATI, OH 45215-2642

JANET OLSON
724 VALLEY CIRCLE DR APT 101
SALINE, MI 48176-1406

JANET M MORRIS
415 CROMWELL ST
PHILLIPSBURG, NJ 08865-1932

JANET MENGER
605 VICTORIA DR
BELVEDERE, SC 29841-2386

JANET OLSON
913 13TH ST
INTERNATIONAL, MN 56649-2830

JANET M NELSON
7611 RIVERBEND DR
JENISON, MI 49428-7951

JANET MERRILL
121 CLUB HOUSE BLVD
NEW SMYRNA BE, FL 32168-7909

JANET PEDERSEN
2106 JOY CREEK LN
HENDERSON, NV 89012-4509

JANET MADSEN
3501 WISCONSIN AVE N
NEW HOPE, MN 55427-1950

JANET MILLER
1316 HICKORY WOODS DR
MONROE, NC 28112-7009

JANET PELFREE
105 CREEKVIEW CT
LAFAYETTE, IN 47909-3460

JANET MADSON
18496 SUGAR LAKE TRL
COHASSET, MN 55721-8956

JANET MILLS
5 3RD ST
PORTSMOUTH, RI 02871-1954

JANET PERREAULT
1209 SAINT CLAIR AVE
SHEBOYGAN, WI 53081-3327

JANET MARIE FRAZEE
5815 S WRIGHT ST
KINGSVILLE, OH 44048-5805

JANET MOLNAR
71 EASTWICK DR
GIBBSBORO, NJ 08026-1233

JANET PHELPS
1331 ROCK CHAPEL RD
HERNDON, VA 20170-2036

JANET MARKER
20 HICKORY DR
RICHMOND, IN 47374-2707

JANET MUELLERLEILE
3200 LAKE JOHANNA BLVD APT 3
SAINT PAUL, MN 55112-7968

JANET PIEPER
107 ATLANTIC AVE
CARLE PLACE, NY 11514-1609

JANET MARVIN
9 GOTT PLANTATION RD
ULMAN, MO 65083-2015

JANET MURPHY
3701 COUNTRY CLUB LN
RICHMOND, IN 47374-3601

JANET PINTAR
29111 FORESTGROVE RD
WILLOWICK, OH 44095-4769

JANET MASCIA
6205 BEACHWAY DR
FALLS CHURCH, VA 22041-1401

JANET O TAGGART
469 CONSHOHOCKEN STATE RD
BALA CYNWYD, PA 19004-2642

JANET POMERANZ
23 EASTLAND DR
GLEN COVE, NY 11542-1022

JANET PRIEST
PO BOX 18
GROVER HILL, OH 45849-0018

JANET ROBINSON
3376 STATELINE RD N
RICHMOND, IN 47374-9545

JANET SCHNEIDER
3960 E BLUELICK RD
LIMA, OH 45801-1555

JANET PUFF
PO BOX 2146
REDONDO BEACH, CA 90278-7646

JANET ROOT
1710 ASTER LOOP
LAKELAND, FL 33803-1624

JANET SCHNIERLE
2939 S PARKER RD
ANN ARBOR, MI 48103-9316

JANET PULKKA
11440 ELMWOOD AVE N
CHAMPLIN, MN 55316-2664

JANET RUTH HELLER
2719 PFITZER AVE
PORTAGE, MI 49024-2397

JANET SCHULTHEIS
PO BOX 744
INTERNATIONAL, MN 56649-0744

JANET QUALTERS
2637 JACKSON DR
FALLS CHURCH, VA 22043-3422

JANET S BARTLETT RN
10249 BAYO AVE
EL PASO, TX 79925-4347

JANET SCHULZ
1335 S HUMBOLDT ST
DENVER, CO 80210-2316

JANET R HEATLEY
621 CATALPA DR
ROYAL OAK, MI 48067-1251

JANET S ELLIS
100 KERLEY DR
HUTTO, TX 78634-4346

JANET SEXTON
9092 WYANDOT RD
CHESTERLAND, OH 44026-3146

JANET R VANCE
3206 LAWDEN ST
SHREVEPORT, LA 71103-2034

JANET SANDERS
9418 CLARIDGE DR
HOUSTON, TX 77031-1719

JANET SMITH
519 W EAGLEWOOD DR
ERIE, PA 16511-2365

JANET R WEISS
51 DOGWOOD RD
ALBERTSON, NY 11507-1003

JANET SAVOCA
232 LANDIS VALLEY RD
LITITZ, PA 17543-8668

JANET STOCKMAN
2658 EAGLE AVE NW
OXFORD, IA 52322-9219

JANET RASOR
1389 E EVERGREEN DR UNIT 5
PALATINE, IL 60074-9306

JANET SAVORY
4354 KENNETH RD
STOW, OH 44224-3660

JANET TURNER
8733 CAMBRIDGE DR
VERSAILLES, OH 45380-9569

JANET RIDER
54 SUMMIT DR
MANHASSET, NY 11030-1326

JANET SCHAAB
PO BOX 38
TOM BEAN, TX 75489-0038

JANET VANWYCK
14050 64TH ST SE
ALTO, MI 49302-9255

JANET VAUGHN
2700 NORFOLK CT
DENTON, TX 76210-2920

JANET VILT
20892 W BALLOU RD
WILMINGTON, IL 60481-8943

JANET WATSON
13309 SHANNONDELL DR
AUDUBON, PA 19403-5606

JANET WEIDMAYER
6665 W ELLSWORTH RD
ANN ARBOR, MI 48103-9276

JANET WELLIVER
390 GRAY HILL RD
NEW COLUMBIA, PA 17856-9403

JANET WELSCH
48561 ANDERSEN LN
RONAN, MT 59864-9471

JANET WILCOX MD
1 OAKNOLL CT
IOWA CITY, IA 52246-5250

JANET WILKS
120 VILLAGE CIRCLE DR
CHAGRIN FALLS, OH 44022-3227

JANET WILSON
1019 COUNTY LINE RD
DES MOINES, IA 50320-6703

JANET WILSON
PO BOX 1156
MALAKOFF, TX 75148-1156

JANET WINFIELD
PO BOX 99584
LOUISVILLE, KY 40269-0584

JANET WINTERSON
13929 TALMAGE LOOP
HUDSON, FL 34667-8037

JANET WORKMAN
5820 FOREST RIDGE DR
PENSACOLA, FL 32526-7832

JANET ZIEGLER
3303 SKILLET HILL RD
ELIZABETH, PA 15037-9531

JANET ZNIEWSKI
6797 60TH ST SE
SAINT CLOUD, MN 56304-9456

JANETTA JEAN GATES
106 HOBBS AVE
JOLIET, IL 60433-1220

JANETTE M [JAN] BROWN
4967 MIAMI ST
OMAHA, NE 68104-4475

JANETTE SCHAFER
511 CHAD DR
TUTTLE, OK 73089-9144

JANICE [JAN] BROWN
2560 26TH AVE S APT 113
GRAND FORKS, ND 58201-6402

JANICE [JAN] RYAN
418 BELMONT AVE
GREENVILLE, SC 29601-4306

JANICE [JAN] VANDERWALL
12024 106TH AVENUE CT E
PUYALLUP, WA 98374-2605

JANICE [JAN] VANEK
6551 EL COLEGIO RD
GOLETA, CA 93117-4615

JANICE [JK] MCCREA
2314 DESOTA DR
FORT LAUDERDA, FL 33301-1567

JANICE A SPEAR
1606 AUBURN AVE
ROCKVILLE, MD 20850-1144

JANICE ALDERTON
PO BOX 1113
STORM LAKE, IA 50588-1113

JANICE ANDERSON
PO BOX 1035
GREENVILLE, OH 45331-9035

JANICE ARMSTEAD
939 DORAL DR
BARTLETT, IL 60103-3030

JANICE ARON
4920 LORING DR APT 1417
WEST PALM BEA, FL 33417-8401

JANICE BLOUNT
2681 NW 4TH AVE
POMPANO BEACH, FL 33064-3707

JANICE BURMEISTER
104 E 22ND ST APT 1
ATLANTIC, IA 50022-2873

JANICE BAADE
2101 290TH ST
TITONKA, IA 50480-7100

JANICE BLUMENTHAL
319 OLD GULPH RD
WYNNEWOOD, PA 19096-1020

JANICE BURNS
1902 S GARRETT ST
MARSHALL, TX 75670-6327

JANICE BAILEY
39 S TURBOT AVE
MILTON, PA 17847-2437

JANICE BOYCE
2311 ARDENDALE AVE
AKRON, OH 44312-1301

JANICE BUSSEY
1 FOXHIL DR
NORTH AUGUSTA, SC 29860-9704

JANICE BALTHIS
1024 S 8TH ST
RICHMOND, IN 47374-6226

JANICE BOYD
28 CLARK ST
PLAINVIEW, NY 11803-5114

JANICE C FIELDS
12683 PURDHAM DR
WOODBRIDGE, VA 22192-6474

JANICE BARRETT
3584 SUGAR MAPLE CT
GREENWOOD, IN 46142-7579

JANICE BRACKINS
4013 MARTIN LUTHER KING FWY
FORT WORTH, TX 76119-3623

JANICE C SCHNEIDER
1312 33RD AVE SW
MINOT, ND 58701-7252

JANICE BARROWS
12 MADELINE DR
NEWPORT, RI 02840-1715

JANICE BRADLEY
7981 D ANDRE DR-92
FORT WAYNE, IN 46818-9206

JANICE CASTEEL
95 RIVER DR
EASTLAKE, OH 44095-1522

JANICE BATTIN
4460 E POPLAR DR
TERRE HAUTE, IN 47803-2396

JANICE BREWER
3143 W 24TH ST
ERIE, PA 16506-2359

JANICE CHASE
1512 CADILLAC DR W
KOKOMO, IN 46902-2564

JANICE BILLINGS
169 RIVERWOOD DR
FRANKLIN, TN 37069-4181

JANICE BROERING
3920 STATE ROUTE 119
SAINT HENRY, OH 45883-9776

JANICE CLARKE
218 NW 6TH ST
RICHMOND, IN 47374-4046

JANICE BIPES
547 HAYES ST
GREENDALE, IN 47025-1550

JANICE BRUNS
1193 FEATHER TRL
MAINEVILLE, OH 45039-5045

JANICE COLE
7274 BRENDA WAY
ROHNERT PARK, CA 94928-3314

JANICE CONNOLLY
12251 SELDIN DR
OMAHA, NE 68144-3916

JANICE DURBIN
2808 REEVESTON RD
RICHMOND, IN 47374-5842

JANICE G RICHMAN
4815 PIERRE-LAUZON
PIERREFONDS, QC H8Y 2C4

JANICE DARGIE
636 S 23RD ST
RICHMOND, IN 47374-6541

JANICE E BARTEL
505 MANHATTAN RD
JOLIET, IL 60433-3014

JANICE GALLUP
1011 OAK GROVE RD
JACKSON, MI 49203-2647

JANICE DAVIS
8616 MEADOW CREEK DR
HIGHLANDS RAN, CO 80126-2945

JANICE E HOWZE-RICHARDSON
301 DYKES RD
EIGHT MILE, AL 36613-2928

JANICE GARDNER
133 LEE ST APT 404
CARNEGIE, PA 15106-3149

JANICE DECHELBOR
4837 TARTAN LN
HOLT, MI 48842-1937

JANICE EGBERTS
3857 TROPICAL POINT DR
SAINT JAMES C, FL 33956-2569

JANICE GIBSON
227 HIGHWAY 124
GREENFIELD, TN 38230-3603

JANICE DIANNE MOORE
3 INVERNESS ST W
AIKEN, SC 29803-5962

JANICE EILEEN HOLLENSEN
2341 KEWANEE WAY
OKEMOS, MI 48864-2516

JANICE GILMORE HENRY
3 MONTROSE RD
SOMERSET, NJ 08873-1709

JANICE DICKERSON
1001 DEVON CT
HENDERSONVILL, TN 37075-1700

JANICE EVANS
5590 W COUNTY ROAD 525 S
GREENCASTLE, IN 46135-8213

JANICE GOETSCH
N7684 HULLS CROSSING DR
GLENBEULAH, WI 53023-1212

JANICE DIEKER
7126 S SYRACUSE CT
CENTENNIAL, CO 80112-1748

JANICE F WEISMAN
3 SUNRISE AVE
NEW CITY, NY 10956-6220

JANICE GROSS
594 ECHO CT
SALINE, MI 48176-1269

JANICE DILL
26237 W PARK HWY
ASHLAND, NE 68003-2276

JANICE FARLEY
315 S HAMILTON ST
GEORGETOWN, KY 40324-1611

JANICE HAGGERTY
5309 WAKEFIELD RD
BETHESDA, MD 20816-2841

JANICE DOWSETT
44036 GALION AVE
LANCASTER, CA 93536-6057

JANICE FRY
1101 TAYLOR AVE
BELLEVUE, KY 41073-1751

JANICE HAINES
24 MOUNT LAUREL RD
HAINESPORT, NJ 08036-2712

JANICE  HANSELMAN
PO BOX 202
ARCADIA, IN 46030-0202

JANICE  KOSOVAC
906 TANNAHILL DR SE
HUNTSVILLE, AL 35802-1938

JANICE  LEWIS
1914 SHENANDOAH TRL
LEBANON, TN 37087-4222

JANICE  HENSON
PO BOX 55
HARDIN, KY 42048-0055

JANICE  KRAUSE
688 HAPPY HOLLOW RD
KRONENWETTER, WI 54455-9073

JANICE  LUTZ
1670 LANCASHIRE DR
VENICE, FL 34293-0310

JANICE  HESLER
1919 E RANGE LINE RD
GREENCASTLE, IN 46135-7839

JANICE  KREBS
2011 E 226TH ST
EUCLID, OH 44117-2107

JANICE  M  THOMPSON
2314 29TH ST SW
DEVILS LAKE, ND 58301-8936

JANICE  HEWITT
251 BREEZY HILL RD
BRADFORD, NH 03221-3504

JANICE  KRIEGER
PO BOX 2446
SILVERDALE, WA 98383-2446

JANICE  MARSILI
1427 MARLBOROUGH AVE
PLAINFIELD, NJ 07060-3314

JANICE  I  [JAN]  EBERSOLE
1020 FAIRFIELD AVE
NORTH AUGUSTA, SC 29841-3329

JANICE  KURTZ
4174 GATESIDE RD
LA MESA, CA 91941-7908

JANICE  MATZKE
3514 SW 34TH ST
DES MOINES, IA 50321-1936

JANICE  I  STEWART
1 MACARTHUR BLVD APT S208
HADDON TOWNSH, NJ 08108-3625

JANICE  L  BARTELLO
70 INDIAN PARK RD
LEVITTOWN, PA 19057-2214

JANICE  MAURER
171 BEWLEY LN
READING, PA 19605-9773

JANICE  JONES
63 WOODLANDS DR
TIJERAS, NM 87059-7826

JANICE  L  GUMINAK
27 GRIMES HILL RD
NEWFANE, VT 05345-9698

JANICE  MCCLANAHAN
2260 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8922

JANICE  K  [JAN]  HENISER
8217 LAFAYETTE CENTER RD
YODER, IN 46798-9730

JANICE  L  KNUTSON
1515 32ND ST S
FARGO, ND 58103-4534

JANICE  MEEKS
1229 HILLCREST RD
NEWBERRY, SC 29108-2019

JANICE  KOOIKER
622 REMER DR SE
LE MARS, IA 51031-2819

JANICE  LEMKUIL
956 DOOLEY RD
PLYMOUTH, WI 53073-1414

JANICE  MEYER
902 CUTLER LN
HUDSON, OH 44236-2898

JANICE MORROW
1511 JOHNSON ST
KEOKUK, IA 52632-3923

JANICE SAMOURIS
2602 BEVERLY HILLS LN
MESQUITE, TX 75150-1114

JANICE STONE
4715 HALYARD DR
BRADENTON, FL 34208-8496

JANICE MULLINS
5243 HOLT RD
HOLT, MI 48842-9601

JANICE SCHULMAN
1483 SUTTER ST UNIT 1707
SAN FRANCISCO, CA 94109-5498

JANICE STREB
2 AUTUMN RIDGE CIR
ITHACA, NY 14850-8510

JANICE NEWELL
7700 E 13TH ST N UNIT 59
WICHITA, KS 67206-1289

JANICE SHELLY
921 DONEGAL SPRINGS RD
MOUNT JOY, PA 17552-9038

JANICE SWEETON
10225 OLD ARDREY KELL RD AP
CHARLOTTE, NC 28277-4477

JANICE PHILLIPS
2803 PARGOUD BLVD
MONROE, LA 71201-2334

JANICE SHERRILL
11336 CAPE COD ST
TAYLOR, MI 48180-6203

JANICE TAKAISHI
1209 E JAMESTOWN DR
OLATHE, KS 66062-2241

JANICE RAE ULSES
24559 385TH ST
JOICE, IA 50446-7501

JANICE SILCOX
1015 WYNDON AVE
BRYN MAWR, PA 19010-2823

JANICE THOMPSON
148 ROADRUNNER LN
OCEANSIDE, CA 92057-6422

JANICE REED
2955 W MARKET ST
LIMA, OH 45807-2254

JANICE SMITH
1021 S MAIN ST
CANTON, IL 61520-3203

JANICE THURLOW
5630 E REVOLUTIONARY WAY
WASILLA, AK 99654-6718

JANICE ROBERTS
3973 ENDSLEY RD
RICHMOND, IN 47374-9395

JANICE SMITH
6429 S COTTONFIELDS LN
LAVEEN, AZ 85339-2296

JANICE TURNER
1605 69TH ST
LUBBOCK, TX 79412-4023

JANICE ROBINSON
RR 3 BOX 54G
KAHOKA, MO 63445-9440

JANICE SPRAGUE
157 LIBERTY ST
SOUTH AMBOY, NJ 08879-2243

JANICE VANDENBERG
2905 DONCREST DR
KALAMAZOO, MI 49006-1601

JANICE S MUIRHEAD
1191 23RD ST SW
LOVELAND, CO 80537-7062

JANICE STANTON
3615 AVENUE O
GALVESTON, TX 77550-6738

JANICE WILLIS
166 ELAINE DR
GRANTS PASS, OR 97527-9007

JANICE WILLOCK
513 E PORTER AVE
DES MOINES, IA 50315-5322

JANINE K RIDER
872 QUAIL RUN DR
GRAND JUNCTIO, CO 81505-8608

JANIS JACOBS
PO BOX 463
CREEDE, CO 81130-0463

JANICE WILSON
1895 N GREEN VALLEY PKWY APT
HENDERSON, NV 89074-5844

JANINE SNOWDON
PO BOX 5175
SAINT CLOUD, MN 56302-5175

JANIS JENSEN
557 E 3400 NORTH RD
CHEBANSE, IL 60922-8007

JANICE WRAZEN RN
1309 W SHANGRI LA RD
PHOENIX, AZ 85029-3722

JANINE ZANOLLA
279 149TH PL
WHITESTONE, NY 11357-1130

JANIS JENSEN
319 N MILL ST
PIERCE, NE 68767-1350

JANICE WYGANT
616 FAIRWAY CT
MARIETTA, GA 30068-4159

JANIS [JOHN] REKIS
1420 CHEBOYGAN RD
OKEMOS, MI 48864-3402

JANIS K KEIM
12927 ELLISON AVE
OMAHA, NE 68164-1640

JANIE ATKINS
PO BOX 1961
MOUNT JULIET, TN 37121-1961

JANIS ARNHOLD
24212 S ROWELL RD
ELWOOD, IL 60421-9571

JANIS K MCMILLEN
10104 HEMLOCK DR
SHAWNEE MISSI, KS 66212-3451

JANIE ROSSITTO
2218 S OAKLAND WAY
AURORA, CO 80014-1132

JANIS COOPER
PO BOX 552
MOUNT VERNON, TX 75457-0552

JANIS KNUTH
511 MCCOLM ST
PLYMOUTH, WI 53073-2351

JANIE VENABLE
215 S MEREDITH AVE
DUMAS, TX 79029-3836

JANIS HAUPTLY
748 E POPLET HOLLOW RD APT A
PEORIA, IL 61615-7501

JANIS L BROWN
809 INTERVALE DR
GARLAND, TX 75043-5030

JANIE WEBB
5808 MACEO LN
FORT WORTH, TX 76112-7908

JANIS I RINGEMAN
10618 1ST AVE
WHITTIER, CA 90603-2928

JANIS WILLIAMS
PO BOX 296
TREZEVANT, TN 38258-0296

JANINE DORN
2009 AUGUSTA DR
LIMA, OH 45805-1198

JANIS J MOTSINGER
26594 ROMINE RD
NEW BOSTON, MI 48164-9221

JANNA WARREN-PERRY
104 BELMONT RD
APPLE VALLEY, MN 55124-4619

JANNAICE MCPEAKE
5525 WALLING DR
WATERFORD, MI 48329-3264

JASMINE LIM
6 HIGHWOOD RD
DENVILLE, NJ 07834-3202

JASON NAIMAN
6020 CORBIN AVE
TARZANA, CA 91356-1009

JANNELLE CARPENTER
31312 EDEN RD
MORGAN, MN 56266-3007

JASON ALAN RABALAIS
109 MEADOWBROOK DR
GRETNA, LA 70056-7041

JAY ARMSTRONG
2028 TILBURY RD
WATERLOO, IA 50701-1654

JANNET FURMAN
11255 ALLEN RD APT 1105
SOUTHGATE, MI 48195-2875

JASON BOWEN
144 PALISADES DR
DALY CITY, CA 94015-4517

JAY B FINE MD
2300 N COMMERCE PKWY STE 3
WESTON, FL 33326-3257

JANNIE WILLIS
9259 FEATHERED HEAD
COLUMBIA, MD 21045-5306

JASON COREY MARTIN
29 SPRINGCREST DR
AKRON, PA 17501-1617

JAY B MILLER
7 HILLTOP RD
LITITZ, PA 17543-8625

JANYCE MOODY
801 N HILLTOP RD
PEORIA, IL 61604-4741

JASON DEXTER
2082 E 100 RD
LECOMPTON, KS 66050-4011

JAY BRICK
659B E BROADWAY
LONG BEACH, NY 11561-4572

JARED HUND
35908 NONNIE DR
WILDOMAR, CA 92595-7651

JASON DOCZI
6300 MILGEN RD APT 1497
COLUMBUS, GA 31907-0946

JAY CHARLES
10 SUMMER DR
ELIZABETHTOWN, PA 17022-1203

JARLYN [LYN] HODEL
PO BOX 1781
SOLDOTNA, AK 99669-1781

JASON GALLANT
6 ANTRIM ST
NASHUA, NH 03063-1109

JAY DUGAN
17204 NILE RIVER DR
SONORA, CA 95370-9503

JARO HORA
5475 HERBERT HOOVER HWY NE
WEST BRANCH, IA 52358-9544

JASON KEREZSI
129 LOOKOUT DR
CLARKSVILLE, TN 37040-4831

JAY EDWARD PENDERGRASS
115 N POND CT
GREENWOOD, SC 29649-9713

JARYL BROWN
18616 E EVANS CREEK RD
ROGUE RIVER, OR 97537-9798

JASON MAURICE GOLOBOY CPA
10 FORBES RD STE 200
BRAINTREE, MA 02184-2626

JAY ELZWEIG
111 CHESTNUT CIR
NORTHPORT, NY 11768-2011

JAY F BURCHAM
141 CEDARVIEW DR
PORT TOWNSEND, WA 98368-9527

JAY P COOPER
4 ATOLL DR
CORONA DEL MA, CA 92625-1408

JAY WARREN SMITH
1705 MILTON GROVE RD
MOUNT JOY, PA 17552-8643

JAY GOULD
363 E 76TH ST APT 10F
NEW YORK, NY 10021-2433

JAY PLANALP
5257 BUCKEYSTOWN PIKE # 111
FREDERICK, MD 21704-7535

JAYME ARNER
28041 MOUNTAIN MEADOW RD
ESCONDIDO, CA 92026-6902

JAY H RANCK II
138 HOLLY CIR
MILTON, PA 17847-8708

JAY REITER
4501 LINDELL BLVD APT 6A
SAINT LOUIS, MO 63108-2052

JAYNE BARSTOW
3398 MATTIE HARRIS RD
CENTERVILLE, IN 47330-9740

JAY J SHRAGER
24 SUMMIT WALK TRL
HENDERSON, NV 89052-6696

JAY ROOT
29 N MAIN ST
GERMANTOWN, OH 45327-1349

JAYNE BEARDEN
135 PRATHER PARK DR
MYRTLE BEACH, SC 29588-7911

JAY JACKMAN
892 LATHROP DR
STANFORD, CA 94305-1053

JAY S ARMSHIRE
611 BIRCH ST
BAYVILLE, NJ 08721-2211

JAYNE CLARE
11461 BUCKEYE CT
PENN VALLEY, CA 95946-9438

JAY JENNINGS
794 LANHAM RD
EDGEFIELD, SC 29824-3811

JAY SAAL
900 W MOSS AVE APT 203
PEORIA, IL 61606-1846

JAYNE E THOMPSON
3280 E FOX CT
INVERNESS, FL 34452-8892

JAY JENSEN
827 15TH ST
BETTENDORF, IA 52722-6017

JAY SANDERS
1512 COUNTY ROAD 1713
JACKSONVILLE, TX 75766-7000

JAYNE LIPOVAC
2500 SE 8TH ST
DES MOINES, IA 50315-2012

JAY JOHNSTON MD
3048 BRUSH CREEK RD
OKLAHOMA CITY, OK 73120-1856

JAY SEALY
121 WANDERING OAK
LIBERTY HILL, TX 78642-3519

JAYRENE MOLINERO
7543 MORNINGSTAR AVE
HARRISBURG, PA 17112-4205

JAY MOORE
900 EASTWOOD DR
FRANKFORT, IN 46041-3140

JAY VAWTER
1382 NEWTOWN LANGHORNE RD #
NEWTOWN, PA 18940-2418

JDG J METZ LOOPER
5 SALUDA LAKE CIR
GREENVILLE, SC 29611-2428

JEAN [JEANNIE] SINNETT
630 LAKEPORT RD
CHITTENANGO, NY 13037-1317

JEAN A GROSKREUTZ
1010 CASTLEWOOD DR
NEW ALBANY, IN 47150-2112

JEAN A SCHULTZ
PO BOX 918
BRYN MAWR, PA 19010-0918

JEAN A SHEVIAK
10 INGLEWOOD RD
EAST GREENBUS, NY 12061-2718

JEAN ABELL
2511 W TWOHIG AVE
SAN ANGELO, TX 76901-3657

JEAN ADKINS
7554 OLD PEPPERS FERRY LOOP
FAIRLAWN, VA 24141-8846

JEAN ALBERT
6 WINNERS CIR APT 208
ALBANY, NY 12205-5975

JEAN ANASTASIO
5 DAPPLEWOOD RD
SOUTH CHARLES, WV 25309-2245

JEAN ANDRES
1512 DEVITT AVE
MUSCATINE, IA 52761-2543

JEAN ANN BLANKE
N5412 STATE ROAD 57
PLYMOUTH, WI 53073-4234

JEAN ANN DUNING
1634 FIELDFARE CT
DUNEDIN, FL 34698-7402

JEAN ANN WALDMAN
4309 DRESDEN ST
KENSINGTON, MD 20895-4102

JEAN AUDREY PETERS
420 8TH AVE S
SAINT CLOUD, MN 56301-4220

JEAN BAKER
314 E TITUS AVE
DES MOINES, IA 50315-4146

JEAN BAKER
207 HOLLEY RD
BIG SPRING, TX 79720-0912

JEAN BANZHOF
3209 CAROLINE DR
EAST PETERSBU, PA 17520-1227

JEAN BARRINEAU
526 ST ANDEWS BLVD
NAPLES, FL 34113-8910

JEAN BEMUS
10460 SHIPLEY RD
JOHNSTOWN, OH 43031-9424

JEAN BEST
252 OAKLEAF DR
PINE KNOLL SH, NC 28512-6400

JEAN BINFET
2213 10TH AVE SW
DEVILS LAKE, ND 58301-8604

JEAN BOYER
4586 COONTOWN RD
CHAMBERSBURG, PA 17202-7235

JEAN BRAUER
50 MIRO PL
PORT WASHINGT, NY 11050-2444

JEAN BROWER
812 S 4TH ST
LAMESA, TX 79331-6114

JEAN BROWN
PO BOX 5
WRANGELL, AK 99929-0005

JEAN C KELLEY
1413 N CIRCLE DR
COLORADO SPRI, CO 80909-3103

JEAN CAMPBELL
4069 DENNIS MCLAWHORN RD
AYDEN, NC 28513-8770

JEAN CASE
231 10TH ST N
WISCONSIN RAP, WI 54494-4411

JEAN CATHERINE SATTESON
3511 NEW COLUMBIA RD
NEW COLUMBIA, PA 17856-9322

JEAN DEITRICK
177 DEITRICK RD
NEW COLUMBIA, PA 17856-9531

JEAN EPPS
6 E HILLCREST AVE
HAVERTOWN, PA 19083-1415

JEAN CAVANAGH
122 W BAYAUD AVE
DENVER, CO 80223-1824

JEAN DORETHY
8179 COPPER OAKS ST
PORTAGE, MI 49002-5891

JEAN F NASH
11431 CROMWELL CT
DALLAS, TX 75229-2532

JEAN CORCORAN
8002 MILL SPRINGS DR
NEW PORT RICH, FL 34653-2345

JEAN E HART
9715 COOLEY LAKE RD
COMMERCE TOWN, MI 48382-3630

JEAN FARRELL
517 WALDEN PL
POMPTON PLAIN, NJ 07444-1524

JEAN COTTRELL
100 FOXRUN
SPRINGFIELD, TN 37172-7334

JEAN E MILLS
PO BOX 199
NORTH KINGSVI, OH 44068-0199

JEAN FENLON
10 PEBBLE BEACH DR
EGG HARBOR TO, NJ 08234-7727

JEAN CRAFT
11018 DEVON CT
FISHERS, IN 46038-1771

JEAN EDGIN
1598 SAN ARDO DR
SAINT AUGUSTI, FL 32080-5481

JEAN FIELD
160 MORPETH ST
SOUTH HAMPTON, ON N0H 2L0

JEAN D DRAYE
33141 SANDPIPER CT
N RIDGEVILLE, OH 44039-6316

JEAN EILERS
3148 GRACEFIELD RD APT 302
SILVER SPRING, MD 20904-5864

JEAN FITZER
13349 LINE RD
JOLIET, IL 60431-9003

JEAN D SKUFCA
25900 EUCLID AVE APT 205
EUCLID, OH 44132-2700

JEAN ELLIS
1339 CHALON LN
FORT MYERS, FL 33919-3435

JEAN FRIDKIN
13246 GREENBOUGH DR
SAINT LOUIS, MO 63146-3624

JEAN DAVIS
12 STONERIDGE DR
KEOKUK, IA 52632-2400

JEAN ENDO
9128 W TERRACE DR APT 3I
NILES, IL 60714-5890

JEAN GLATZ
1112 SYLVAN DR
HADDON HEIGHT, NJ 08035-1226

JEAN DE BOER
2626 ROSEFIELD DR
HOUSTON, TX 77080-3830

JEAN ENGELKE
4420 WILDERNESS RUN CT
EAGAN, MN 55123-1835

JEAN GROFF
21 S HESS ST
QUARRYVILLE, PA 17566-1223

JEAN GUTTER
7300 W DEAN RD APT 1050
MILWAUKEE, WI 53223-2621

JEAN H GIRRENS
454 S FAIRHAVEN RD
WICHITA, KS 67209-2204

JEAN HAGGARD
PO BOX 126
PELION, SC 29123-0126

JEAN HAHN
335 ARABIAN RD
COLUMBIANA, AL 35051-3262

JEAN HALIDA
314 N HIGHLAND AVE APT 110
PLYMOUTH, WI 53073-2060

JEAN HAMPTON
7 EAGLE CT
IPSWICH, MA 01938-3017

JEAN HANSEN
5600 BYERS AVE
FORT WORTH, TX 76107-3115

JEAN HARDEN
2232 SAINT CLAIR RIVER DR
ALGONAC, MI 48001-1139

JEAN HATCH
401 MCDERMOTT ST APT 1107
DEER PARK, TX 77536-4886

JEAN HEARNE
5164 LADIES TRESSES PL
BROOMFIELD, CO 80023-3954

JEAN HEIGHTSHOE
252 WILDWOOD CT
NEWARK, OH 43056-5519

JEAN HEINER
1740 BRAZO CIR
HARLINGEN, TX 78552-8937

JEAN HESS
17624 1ST AVE S APT A204
BURIEN, WA 98148-1727

JEAN HINTZ-FLOR
1423 CHAMINADE CIR
DAYTON, OH 45458-2796

JEAN HUVER
3421 TIMPSON AVE SE
LOWELL, MI 49331-9556

JEAN I MACNEILL
45 BUTTERCUP CIR
HANSON, MA 02341-3105

JEAN IMHOLTE
7301 50TH AVE SE
CLEAR LAKE, MN 55319-9644

JEAN JACOBSON
2221 OAK ST APT 416
FOREST GROVE, OR 97116-2056

JEAN JOHNS
5903 SW 52ND AVE
PORTLAND, OR 97221-1722

JEAN JOHNSON
6613 RENWICK CT
WEST CHESTER, OH 45069-1483

JEAN K ANDERSON
PO BOX 589
CHECOTAH, OK 74426-0589

JEAN KANE
4 LINCOLN RD
BROOKLINE, MA 02445-6841

JEAN KANE
11645 N 25TH PL APT 215
PHOENIX, AZ 85028-1855

JEAN KAWLESKI
10024 BEPPLER RD
NEKOOSA, WI 54457-7450

JEAN KELLEY
PO BOX 125
WASHINGTONVIL, PA 17884-0125

JEAN KING
11615 OAKWOOD LN
FORT WORTH, TX 76179-9217

JEAN KINTZEL
2722 S PLEASANT DR
HOLMEN, WI 54636-9194

JEAN KIRKUS
1401 W H ST
MC COOK, NE 69001-2971

JEAN L BABCOCK
125 QUAKER HILL LN APT 327
PORTSMOUTH, RI 02871-4076

JEAN L SHANK
1632 PLEASANTVIEW AVE
ASHTABULA, OH 44004-2436

JEAN LARKE
1802 PARK AVE
PEORIA, IL 61604-4436

JEAN LEE
102 LOST LAKE BND
WEST MONROE, LA 71291-8765

JEAN LIGHT
1234 CASTLE GATE VILLAS DR
SAINT LOUIS, MO 63132-3182

JEAN LOUISE WILLIAMS
PO BOX 543
MANSFIELD, LA 71052-0543

JEAN M HANK
406 DANHURST RD
COLUMBUS, OH 43228-5310

JEAN M KELLY
12 COLD SPRING HILLS RD
HUNTINGTON, NY 11743-5104

JEAN M KINDIG
320 W MAIN ST APT 221
WARSAW, IN 46580-2718

JEAN M LONG
3304 JAMES BUCHANAN DR
ELIZABETHTOWN, PA 17022-3177

JEAN M SERUNTINE
10306 CHESTNUT ST
BELLFLOWER, CA 90706-7205

JEAN M SPIOTTA
62 SEQUOIA DR
CORAM, NY 11727-2039

JEAN M STEENBERG
3627 IOWA RD
KEOKUK, IA 52632-9528

JEAN MACK
124 BUCKHEAD RUN
NEW MARKET, AL 35761-9436

JEAN MACK
3870 YALE AVE
LIMA, OH 45804-5509

JEAN MAHAN
7 BISHOP HUBBARD CIR
RENSSELAER, NY 12144-2139

JEAN MARIE CARRA
2638 EAGLE DR
JOLIET, IL 60436-1096

JEAN MARTIN
1250 W PIONEER PKWY APT 351
ARLINGTON, TX 76013-8210

JEAN MARTIN
1225 CHICKADEE CIR
HERMITAGE, TN 37076-5614

JEAN MASON
915 FALL CREEK CT
WALNUT, CA 91789-4128

JEAN MATHENY
100 BROOKWOOD LN
WHITE OAK, TX 75693-2504

JEAN MAYNARD
3722 ANNE PL
FAIRFAX, VA 22031-3514

JEAN MCDOUGALL
PO BOX 438
LE MARS, IA 51031-0438

JEAN MCFARLAND
1365 W COUNTY ROAD 500 N
GREENCASTLE, IN 46135-8436

JEAN MCGARVEY
2431 BIRCH DR
RICHMOND, IN 47374-4636

JEAN MCGONIGLE
977 W PARK AVE
LONG BEACH, NY 11561-1318

JEAN MCGURN
5 MILL RD
GLEN HEAD, NY 11545-1019

JEAN QUINN
4630 W WILLARD RD
SPRINGFIELD, MO 65803-7659

JEAN SCHULTZ
222 58TH ST
DES MOINES, IA 50312-1504

JEAN MCNAMARA
1705 SW BROWNELL AVE
GRANTS PASS, OR 97526-5889

JEAN R ROSS
N3328 COUNTY ROAD DJ
JUNEAU, WI 53039-9695

JEAN SHERA
58 WINDING WAY
GIBBSBORO, NJ 08026-1461

JEAN MILLER
817 WISTERIA DR
EPHRATA, PA 17522-2622

JEAN RACHNER
601 ENTERPRISE AVE APT 1027
LEAGUE CITY, TX 77573-2923

JEAN SIIRILA
32384 COUNTY HIGHWAY 143
WADENA, MN 56482-5010

JEAN MOWERS
12836 W 65TH WAY UNIT B
ARVADA, CO 80004-6043

JEAN RAINEY
6015 LARIMER SQ
SAN ANTONIO, TX 78249-2441

JEAN SLATER
PO BOX 591
MULDROW, OK 74948-0591

JEAN MURRAY
280 DISTANT ISLAND DR
BEAUFORT, SC 29907-1516

JEAN RICHARDSON
2105 JOHN ST
PASADENA, TX 77502-3325

JEAN SNIDER
140 STUART DR
WINCHESTER, VA 22602-5115

JEAN N NELSON
6 GLENVILLE AVE
GOOSE CREEK, SC 29445-4406

JEAN ROGERS
308 BELAIR RD
BELVEDERE, SC 29841-2709

JEAN SPENCE
724 HOLIDAY VILLAGE DR
QUITMAN, TX 75783-3578

JEAN NEWTON
705 BURGOYNE DR
FAYETTEVILLE, NC 28314-0840

JEAN ROPER
PO BOX 362
PALERMO, CA 95968-0362

JEAN STONE
124 SUMMIT RDG
MARYVILLE, IL 62062-6477

JEAN OHLERKING
PO BOX 400
PRAIRIEVILLE, LA 70769-0400

JEAN ROQUEMORE
PO BOX 1708
KILDARE, TX 75562-1708

JEAN STRATEMEYER
2008 MARJORIE CIR
LEAVENWORTH, KS 66048-2136

JEAN PETERS
PO BOX 36
WESTON, VT 05161-0036

JEAN SCHMIT
4300 BEAR GULCH RD
HELENA, MT 59601-6669

JEAN TARLECKY
191 E CONESTOGA RD
DEVON, PA 19333-1210

JEAN TOMPKINS
483 WOODSIDE RD APT 507
REDWOOD CITY, CA 94061-3873

JEAN WITTER
1365 REMER DR
LE MARS, IA 51031-2833

JEANETTE BECHTOLD
1715 19TH AVE S
SARTELL, MN 56377-4666

JEAN TOWNSEND
415 GENERAL GEORGE PATTON RD
NASHVILLE, TN 37221-2429

JEAN WYMAN
5172 LAKE CATALINA DR APT B
BOCA RATON, FL 33496-2442

JEANETTE D SCHOUWEILER
4501 TAYLOR RD
FORT WAYNE, IN 46804-1915

JEAN TYLER
1840 N PROSPECT AVE APT 306
MILWAUKEE, WI 53202-1961

JEANE ANDERSON
1230 211TH ST
GARVIN, MN 56132-1097

JEANETTE DAVIS
1188 N 2500 EAST RD
ASSUMPTION, IL 62510-8540

JEAN USHIJIMA
573 S BOYLE AVE
LOS ANGELES, CA 90033-3816

JEANE NORVELL
413 WELLINGTON SQ
NASHVILLE, TN 37214-2218

JEANETTE DURIAN
2727 S BURDICK ST
KALAMAZOO, MI 49001-3763

JEAN VANDEVORD
4931 BOBBY AVE
ZEPHYRHILLS, FL 33541-7309

JEANEE DEAN
9358 E HUNTER CT
SCOTTSDALE, AZ 85262-2300

JEANETTE F TROESKEN
77 CALLE ARAGON UNIT D
LAGUNA WOODS, CA 92637-3975

JEAN VERNELL WESTRAY
2609 CEDAR RD
CHESAPEAKE, VA 23323-3912

JEANETTE ANGUITA
8 HUNTERS TRL
MASCOUTAH, IL 62258-2700

JEANETTE HAYES
275 DUNCAN RD
GRANITEVILLE, SC 29829-3839

JEAN VITOSH
1105 VILLAGE FARM CT
IOWA CITY, IA 52240-2919

JEANETTE B BROWN
2040 SUNSET MAPLE LN
CHESAPEAKE, VA 23323-6359

JEANETTE HOUCK
5002 STEELE VILLAGE RD
ROCK HILL, SC 29730-8630

JEAN WEAVER
14542 BAY HILLS DR
LARGO, FL 33774-5041

JEANETTE BAHR
20842 ROBINSON LN
GULF SHORES, AL 36542-2739

JEANETTE I PETERSON
5300 N MEADE AVE
CHICAGO, IL 60630-1043

JEAN WIKSTROM
15 ROXBURY ST
FARMINGDALE, NY 11735-2248

JEANETTE BALDWIN
162 OLD EAGLE SCHOOL RD
STRAFFORD, PA 19087-2453

JEANETTE J MERRILL
2120F STONE CREEK DR
FLEMING ISLE, FL 32003-4013

JEANETTE JOSTAK
1402 ROOSEVELT AVE
JOLIET, IL 60435-3854

JEANETTE REED
135 CHERRY ST
TATUM, TX 75691-1926

JEANIE HARSHBARGER
1353 OAKTREE DR
GREENVILLE, OH 45331-2718

JEANETTE KOCH
4800 KIMBALL HILL DR APT D2
ROLLING MEADO, IL 60008-4373

JEANETTE SHARP
150 MELROSE AVE
ALBANY, NY 12203-2424

JEANINE [JENNY] JOHNSON
6512 GARVIN ST
OMAHA, NE 68152-1622

JEANETTE LOTHERT-CORNELL
301 LAKE DR
REDWOOD FALLS, MN 56283-1527

JEANETTE SHEMO
1444 W 10TH ST APT 508
CLEVELAND, OH 44113-1264

JEANN ANN MILLER
845 WENTZ RD
LIMA, OH 45807-9568

JEANETTE M (JAN) CUPP
111 W ADAMS ST
COLEMAN, MI 48618-9207

JEANETTE VAN BUREN-MCCRACKEN
7710 AUSTINBURG RD
ASHTABULA, OH 44004-9009

JEANNE A PETERSON
325 JUANITA WAY
SAN FRANCISCO, CA 94127-1657

JEANETTE M HALTERMAN
6324 PIONEER TRL
HIRAM, OH 44234-9744

JEANETTE WADSWORTH
25018 PROPHET RD
ROCK FALLS, IL 61071-9639

JEANNE ALLEN
521 MONTANA AVE APT 107
SANTA MONICA, CA 90403-1314

JEANETTE MILLER
154 MILLER RD
EDGEFIELD, SC 29824-3132

JEANETTE WELCH
232 NW 51ST RD
WARRENSBURG, MO 64093-7907

JEANNE ALLEN
13455 BROOK AVE
ELM GROVE, WI 53122-1711

JEANETTE MURNICK
PO BOX 42
CRANBERRY POR, MB R0B 0H0

JEANI KOWITZ
PO BOX 6077
GLENDALE, AZ 85312-6077

JEANNE AREHART
519 N JEFFERSON ST
LOWELL, MI 49331-1116

JEANETTE POSPICHAL
W12222 COUNTY ROAD C
DEERBROOK, WI 54424-9337

JEANICE DE LONG
18203 18TH AVENUE CT E
SPANAWAY, WA 98387-7922

JEANNE BERG
27 SEA CREST AVE
NIANTIC, CT 06357-3807

JEANETTE RAMSETH
108 2ND ST SW
AUSTIN, MN 55912-3114

JEANIE GATTI
1596 FLATLICK RD
MOUNT WASHING, KY 40047-6032

JEANNE BORTZ
2417 GALL AVE
SAINT PAUL, MN 55109-1566

JEANNE BOYLE
12 HILLWOOD AVE
EDISON, NJ 08820-3005

JEANNE BRANNAN
414 ROMERO ST
FRITCH, TX 79036-8134

JEANNE BROWN
2154 CHINOOK TRL
MAITLAND, FL 32751-3927

JEANNE BURGE
1112 BRADBARY LN
PONCA CITY, OK 74601-2503

JEANNE BYRNS
312 UTAH ST
FAIRFIELD, CA 94533-5135

JEANNE CHARLAND
2189 HARMONY LAKES CT
LITHONIA, GA 30058-1505

JEANNE CRAIG
25 PEPPER HOLW
CLIFTON PARK, NY 12065-2301

JEANNE DANIELS
86 TWO BRIDGE RD
WISCASSET, ME 04578-4617

JEANNE DAVIS
3798 APACHE CIR
KINGSLAND, TX 78639-4030

JEANNE E CHALFANT
1850 BLUFF ST
WEST MIFFLIN, PA 15122-3703

JEANNE ESTEVEZ
1034 WASHINGTON ST
KANSAS CITY, MO 64105-2213

JEANNE FITZ
106 HUNT RD
SEWICKLEY, PA 15143-9406

JEANNE FUERST
25801 LAKE SHORE BLVD APT 56
EUCLID, OH 44132-1123

JEANNE GAEBLER
12002 GRAHAM CT
FLUSHING, NY 11354-1037

JEANNE GOETZ
12758 SW 114TH TER
PORTLAND, OR 97223-4063

JEANNE H MCKENNON
4685 PARK NICOLLET AVE SE AP
PRIOR LAKE, MN 55372-3936

JEANNE HAMILTON
245 W 104TH ST APT 3B
NEW YORK, NY 10025-4279

JEANNE HARTENSTEIN
1700 BRONSON WAY APT 121
KALAMAZOO, MI 49009-1081

JEANNE HEBERT
72 MEADOWVIEW LN
VERNON, CT 06066-2759

JEANNE HEFFINGTON
563 ALLEN RD TRLR 72
MILAN, MI 48160-1547

JEANNE HEFT
PO BOX 191
BOWMANSVILLE, PA 17507-0191

JEANNE KERN
2600 CHESHIRE CT N
LINCOLN, NE 68512-1644

JEANNE KOLDEN
420 INDEPENDENCE CT
VIROQUA, WI 54665-1335

JEANNE KYLE
1013 HEPBURN ST
MILTON, PA 17847-2445

JEANNE LEFEVER
171 WINDY HILL DR
LITITZ, PA 17543-9038

JEANNE M HARTUNG
N1825 COUNTY ROAD C
ELMWOOD, WI 54740-9502

JEANNE MAHONEY
268 ELM DR S
LEVITTOWN, NY 11756-5529

JEANNE  MEADOR
512 GLEN IVES WAY
KNOXVILLE, TN 37919-5958

JEANNE  SCHUETT
6563 N RIVER RD
GLENDALE, WI 53217-4059

JEANNE  WINSTON
1241 GULF OF MEXICO DR UNIT
LONGBOAT KEY, FL 34228-4623

JEANNE  MOEHN
38195 S DESERT STAR DR
TUCSON, AZ 85739-1005

JEANNE  STERZINGER
10805 PEPPERTREE LN
PORT RICHEY, FL 34668-2458

JEANNE  WITT
3931 16TH ST
DES MOINES, IA 50313-3036

JEANNE  MOYN-KLABER
858 SAN PABLO DR
SAN MARCOS, CA 92078-4829

JEANNE  STEVEN
30800 W 37TH ST N
MOUNT HOPE, KS 67108-9303

JEANNE  ZARUBA
PO BOX 274
LONE TREE, IA 52755-0274

JEANNE  OTTAWAY PHD
547 PELTON AVE
STATEN ISLAND, NY 10310-2915

JEANNE  STOKER
5 OAK BROOK CLUB DR APT N308
OAK BROOK, IL 60523-8674

JEANNEANE  PARKER
5526 65TH ST
LUBBOCK, TX 79424-1233

JEANNE  PETROCELLI
562 HERITAGE HLS UNIT D
SOMERS, NY 10589-5010

JEANNE  SUE LAVANGER
PO BOX 1366
ORANGE BEACH, AL 36561-1366

JEANNETTE  ALTMAN
11190 CRICKETT HILL DR
SAINT LOUIS, MO 63146-4902

JEANNE  POLINSKI
24 MIARA ST
PARLIN, NJ 08859-1846

JEANNE  SUSSIECK
698 SW 3RD ST
BOCA RATON, FL 33486-4606

JEANNETTE  ARMENT
107 FAWN MEADOW CT
LANCASTER, PA 17603-2145

JEANNE  PRUETT
114 ROCK CREEK DR S
JACKSONVILLE, NC 28540-9325

JEANNE  UMBENHOUR
4832 POND DR NW
NORTH CANTON, OH 44720-7433

JEANNETTE  DELAURENTI
6455 VELVET AVE
PORTAGE, IN 46368-4585

JEANNE  REIMBOLD
115 BLOCK ST
WILLIAMSTON, MI 48895-9019

JEANNE  VANLITH
23478 DEAL ISLAND RD
CHANCE, MD 21821-1824

JEANNETTE  JACKSON
1304 S UNION RD
DAYTON, OH 45417-7744

JEANNE  SANDRA RESSLER
540 RIDGE AVE
EPHRATA, PA 17522-9228

JEANNE  WALTMAN
2020 CREEK RD
NEW COLUMBIA, PA 17856-9528

JEANNETTE  M KINZER
PO BOX 261
TRURO, MA 02666-0261

JEANNETTE MANDELIN
320 BLUEBIRD LN
WISCONSIN RAP, WI 54494-1810

JEANNIE WINTERS
2485 LONG HOLLOW PIKE
HENDERSONVLLE, TN 37075-8718

JEFF ASPER
13936 LAKE MARY JANE RD
ORLANDO, FL 32832-6217

JEANNETTE SUBER
11647 BOUCHEY RD
MAPLE HILL, KS 66507-8503

JEANNINE BOHN
8440 RIDGE RD
CINCINNATI, OH 45236-1340

JEFF BRIGGS
4128 HIGHWAY 332
INTERNATIONAL, MN 56649-9154

JEANNIE ALDERMAN
50830 29 1/2 ST
PAW PAW, MI 49079-8028

JEANNINE HOWELL
10185 CARMODY LN
LAKEWOOD, CO 80227-2005

JEFF CULBERTSON
406 HENLEY RD
RICHMOND, IN 47374-6764

JEANNIE DEMYUN
104 PARKHAVEN DR
MCKINNEY, TX 75071-5052

JEANNINE MILLER
4015 ELIZABETH ST
RICHMOND, IN 47374-4576

JEFF D JENNINGS
811 N CYPRESS ST
WICHITA, KS 67206-4015

JEANNIE FLETCHER
PO BOX 181
GILLETT, AR 72055-0181

JEANNINE NELSON
3055 COUNTY ROAD 125
INTERNATIONAL, MN 56649-8720

JEFF E POWERS
12 N LIMESTONE ST
JAMESTOWN, OH 45335-1504

JEANNIE GREGOR-WANCHIK
10323 BRIGHTON RD
BRATENAHL, OH 44108-1029

JEARLDEAN KEALY
608 S 6TH ST
CLINTON, OK 73601-4616

JEFF FRITH
5250 77TH AVE NE
DEVILS LAKE, ND 58301-8804

JEANNIE KEYES
2132 LONGLEAF CIR
LAKELAND, FL 33810-8248

JED M DOLNICK
508 SAND DR
WEST BEND, WI 53095-5436

JEFF HAMILTON
3702 S WEYMOUTH AVE
SAN PEDRO, CA 90731-6050

JEANNIE MICHALSKI
4012 HIGHLAND AVE W
BRADENTON, FL 34205-1964

JEFF [CARP] ARMENTROUT
3012 56TH CT SE
OLYMPIA, WA 98501-7104

JEFF HAYNES
200 TRADEWIND DR
PALM BEACH, FL 33480-3331

JEANNIE NOGEL
11212 W 120TH ST
OVERLAND PARK, KS 66213-2046

JEFF A ROTH
205 N PERSHING ST
WICHITA, KS 67208-3935

JEFF HOLL
51 JUANITA WAY
SAN FRANCISCO, CA 94127-1732

JEFF JETER
613 NE SUNVIEW DR
BLUE SPRINGS, MO 64014-2049

JEFF PRATHER
5604 67TH ST
LUBBOCK, TX 79424-1404

JEFFREY [JEFF] HARDWIG
2593 COUNTY ROAD 103
INTERNATIONAL, MN 56649-8733

JEFF KEEFE
1900 NW WASHINGTON BLVD
GRANTS PASS, OR 97526-3470

JEFF STUMACHER
10 OAK BROOK LN
MERRICK, NY 11566-3227

JEFFREY A BRINE
3 SUNNY SLOPE DR
WEST HARTFORD, CT 06117-2646

JEFF KILIAN
10118 W CHAPARRAL DR
SUN CITY, AZ 85373-1105

JEFF THOMAS
2171 ELMCREST PL
OVIEDO, FL 32765-6144

JEFFREY A BURNETT
1535 WITCHES WILLOW LN
COLORADO SPRI, CO 80906-6208

JEFF L FUNK
25953 MATLIN RD
RAMONA, CA 92065-4817

JEFF WHARTON
8020 SW 23RD TER
TOPEKA, KS 66614-4819

JEFFREY A PICKER
36 JEFFERSON AVE
HADDONFIELD, NJ 08033-3410

JEFF LEE
2710 W COUNTRY AVE
VISALIA, CA 93277-6115

JEFFERY A VAN HOOK
44548 FENWICK DR
CANTON, MI 48188-3242

JEFFREY A REASONS
10208 NEW TOWN RD
WAXHAW, NC 28173-8581

JEFF PATTERSON
35905 RIVERSIDE DR SW
ALBANY, OR 97321-7505

JEFFERY BUCHHOLZ
1406 N WICKLOW RD
NIXA, MO 65714-7648

JEFFREY A WARREN
10736 N MAGNOLIA DR
MEQUON, WI 53092-5056

JEFF PIETSCH
535 CLARK ST
CASCADE, WI 53011-1382

JEFFERY RETTIG
52 CLARK ST
HARRINGTON, DE 19952-1210

JEFFREY BAUGHER
30 PRESTON ST
PORT WASHINGT, NY 11050-3525

JEFF PLASTERER
6850 JACKSONBURG RD
HAGERSTOWN, IN 47346-9708

JEFFREY & TULA HONDO
PO BOX 1677
ABSECON, NJ 08201-5677

JEFFREY CALLO
36 HAYSTACK CT
BRENTWOOD, CA 94513-2500

JEFF PRATHER
8211 LOIS DR
WEST CHESTER, OH 45241-1464

JEFFREY [JEFF] HARALA
135 BONNIE DOONE LN
OAK HARBOR, WA 98277-9602

JEFFREY FONTAINE
1324 SEVEN SPRINGS BLVD # 13
NEW PORT RICH, FL 34655-5635

JEFFREY FRANK
7944 E SAN MIGUEL AVE
SCOTTSDALE, AZ 85250-6518

JEFFREY MILLER
381A CARRIAGE HOUSE LN
ELKHART LAKE, WI 53020-1961

JEFFREY STOLER
205 E 68TH ST APT 6F
NEW YORK, NY 10065-5738

JEFFREY FREED MD
969 PARK AVE STE 1D
NEW YORK, NY 10028-0322

JEFFREY MILLS
4152 MARTIN RD
KRONENWETTER, WI 54455-8222

JEFFREY V CONRAD
804 WATER ST
KERRVILLE, TX 78028-5322

JEFFREY G WHITE
1953 HIDDEN SHORES DR
DIXON, IL 61021-8013

JEFFREY MOXLEY
1429 HAWKINS MEADOW DR
FENTON, MO 63026-7222

JEFFREY W HARDEMAN
139 LONGVIEW CT
SAINT MARYS, OH 45885-1140

JEFFREY HENRY CROSBY
PO BOX 153
BRUNSON, SC 29911-0153

JEFFREY N [BUBBA] KLEMETSRUD
305 16TH AVE SE
DEVILS LAKE, ND 58301-3406

JEFFREY W PRELLBERG
312 BELLINGRATH CT
PEACHTREE CIT, GA 30269-2643

JEFFREY HUSS
8851 MIDBURY DR
HUNTINGTON BE, CA 92646-4643

JEFFREY NEARY
919 NORTHSIDE CT
MERRILL, IA 51038-5005

JEFFREY WOOD EGAN
1114 UNION ST
BRUNSWICK, GA 31520-7319

JEFFREY J WINN
848 WILSON DR
NEW ORLEANS, LA 70119-3854

JEFFREY RUTLEDGE
717 OAK ST
LEAVENWORTH, KS 66048-2535

JEFFRY I KOMINS
912 NOTTINGHAM RD
WILMINGTON, DE 19805-2649

JEFFREY L BRANT
PO BOX 4010
PORTSMOUTH, OH 45662-2010

JEFFREY SCOTT [JACK] ANDREWS
104 S BEACH DR
SAINT AUGUSTI, FL 32084-0458

JEFFRY LEVY
819 VIRGINIA ST UNIT 2304
SEATTLE, WA 98101-4428

JEFFREY L SEILER
219 DARIEN LN
SLEEPY HOLLOW, IL 60118-1862

JEFFREY SILVERBERG
5740 W CINNABAR AVE
GLENDALE, AZ 85302-1335

JENE JANICH
624 HAMPTON DR
ROCKWALL, TX 75087-6775

JEFFREY M [JEFF] MCEOWN
1 ROSEDALE RD APT 201
TORONTO, ON M4W 2P1

JEFFREY STOCKWELL
1454 JUDD RD
SALINE, MI 48176-8819

JENETT PATRICK
5982 DAVID HWY
SARANAC, MI 48881-9672

JENIFER  FISCH
4035 MURDSTONE CT
FAIRFAX, VA 22033-2827

JENNIFER  A  BURTON
3044 WEXFORD WALK DR SE
SMYRNA, GA 30080-5738

JENNIFER  JONES
2995 WOODSIDE RD STE 400
WOODSIDE, CA 94062-2448

JENINE  STREETER
11900 6300 RD UNIT 17
MONTROSE, CO 81401-7211

JENNIFER  A  HARAWAY
6000 N PORT WASHINGTON RD
GLENDALE, WI 53217

JENNIFER  L  MAGNUSSEN
907 550TH ST
STORM LAKE, IA 50588-7526

JENNIE  CHEEK
53845 RIDGE RD
YUCCA VALLEY, CA 92284-8310

JENNIFER  BLOMBERG
9918 KIWI AVE N
BROOKLYN PARK, MN 55443-1831

JENNIFER  L  RANEY
2801 SOOD RD
KNOXVILLE, TN 37921-2950

JENNIE  CLARK
514 MAISH AVE APT 1
DES MOINES, IA 50315-3528

JENNIFER  BOGUSZEWSKI
11288 BEECHWOOD CT
TAYLOR, MI 48180-4183

JENNIFER  LUKAS-JACKSON
6714 ALLEGHENY AVE
TAKOMA PARK, MD 20912-4653

JENNIE  CONNER
3870 ORKNEY GRADE
MOUNT JACKSON, VA 22842-3315

JENNIFER  CARLE
7032 SANBORN RD
ASHTABULA, OH 44004-9556

JENNIFER  NAJEMNIK
1972 THESY DR
MELBOURNE, FL 32940-6837

JENNIE  KAISER
8408 BEREA DR
LOUISVILLE, KY 40228-2464

JENNIFER  GRAHAM
210 OLD HICKORY BLVD APT 24
NASHVILLE, TN 37221-7358

JENNIFER  PROKOP
15379 ROSCOMMON LN
GRANGER, IN 46530-6279

JENNIE  M  PERKINS
1705 AVALON AVE
JOLIET, IL 60435-5717

Jennifer Hayes Pinder, Esq.
3507 E. Frontage Road
Suite 325
Tampa, FL 33607

JENNIFER  SEGURA
4 WESTGATE CT
GLEN COVE, NY 11542-2266

JENNIE  SKRIEN
1116 9TH AVE
INTERNATIONAL, MN 56649-2808

JENNIFER  J  ROSE
7910 S COUNTY ROAD P
LAKE NEBAGAMO, WI 54849-9020

JENNIFER  SIMMONS
7112 PAN AMERICAN NE UNIT 15
ALBUQUERQUE, NM 87109-4213

JENNIFER  [JENNI]  SEICOL
1530 BEACON ST APT 604
BROOKLINE, MA 02446-2643

JENNIFER  JEAN  SCHREIER
3630 230TH ST
SOMERS, IA 50586-7502

JENNIFER  THORNELL
59 KIDDS WAY
STONINGTON, CT 06378-2311

JENNIFER WINTERTON
8730 CEDAR CREEK RD
LOUISVILLE, KY 40291-3104

JERE MAC TAYLOR
1110 ROME PIKE
LEBANON, TN 37087-4511

JERI SCHMITZ
1311 AIRPORT AVE
WISCONSIN RAP, WI 54494-6375

JENNIFER YOUNGER
4011 GRIFFITH AVE
WISCONSIN RAP, WI 54494-7530

JERE MICHALSEN
4410 48TH ST S
WISCONSIN RAP, WI 54494-3433

JERI WIEDEMER
7350 SHALLOWFORD AVE
LAS VEGAS, NV 89131-3373

JENNY COOLEY
1928 CALIFORNIA AVE
WHITE OAK, PA 15131-2320

JEREDITH STIFTER
900 WATERWAY LN
BURNET, TX 78611-3798

JEROLD BERG
W6084 STATE ROAD 28
CASCADE, WI 53011-1536

JENNY EVANS
222 BRIARHILL DR
BATTLE CREEK, MI 49015-4646

JEREMIAH WARD
9 W CHESTNUT ST
FARMINGDALE, NY 11735-3115

JEROME [JAMIE] BARNES
2335 SEGWUN AVE SE
LOWELL, MI 49331-9510

JEOFFREY G MEISTER
3045 DECATUR ST
KEOKUK, IA 52632-2453

JEREMY [JERRY] GABELL
114 CHASE RD
CHESTERBROOK, PA 19087-1210

JEROME [JERRY] BOLT
2935 MAZE DR
RICHMOND, IN 47374-1119

JERALD D THOMPSON
2733 COUNTY ROAD 94
INTERNATIONAL, MN 56649-8755

JERI AUSTIN
PO BOX 1051
SAINT ROBERT, MO 65584-1051

JEROME [JERRY] FRAGER
1578 QUAIL POINTE CIR W
MEMPHIS, TN 38120-1329

JERALD L [JERRY] BJORK
102 MARIE PL
PORTLAND, TX 78374-1416

JERI E DEEDRICK
2406 HI RIDGE DR
NORTH HUNTING, PA 15642-6112

JEROME BOGENSCHUTZ
1306 STEVE ST
WHITE OAK, TX 75693-3028

JERE BERKHEIMER
2037 MAIN ST # 1
LITITZ, PA 17543-3024

JERI GRAY
11318 OHIO AVE UNIT 3
LOS ANGELES, CA 90025-3210

JEROME D [JERRY] BLAINE
1500 BROADWAY FL 10
NEW YORK, NY 10036-4055

JERE D FLUNO
559 GREENWAY DR
LAKE FOREST, IL 60045-4800

JERI PARKS
9086 LAKE OVERLOOK DR
MENTOR, OH 44060-1170

JEROME DAML
8712 19TH AVE S
BLOOMINGTON, MN 55425-2100

JEROME E GADUS SR
118 THISTLE RD
GOOSE CREEK, SC 29445-7774

JEROME MARTIN
309 SHAMROCK RD
MARCUS, IA 51035-7801

JERRI FALK
101 CANDLEWOOD CT
MAULDIN, SC 29662-2013

JEROME HARVEY SR
2624 EAGLE DR
JOLIET, IL 60436-1071

JEROME PAUL [JERRY] STEWART
4201 SUMMERDALE DR
TAMPA, FL 33624-1238

JERRIAN TRUESDELL
4611 S RIDGE RD W
ASHTABULA, OH 44004-9580

JEROME J RESO JR
4005 N LABARRE RD
METAIRIE, LA 70002-1820

JEROME RICHARD KOHLHAAS
1704 TEXAS AVE
HARDY, IA 50545-8711

JERRIE JEAN GERING
6930 NE 56TH ST TRLR 43
ALTOONA, IA 50009-9555

JEROME J SEGAL
967 MACON AVE
PITTSBURGH, PA 15218-1028

JEROME S DAHLEN
PO BOX 274
MINNEWAUKAN, ND 58351-0274

JERRILYNN SWITZER
7141 RED SASH DR
MECHANICSVILL, VA 23116-6577

JEROME LOHR
18755 MONTEWOOD DR
SARATOGA, CA 95070-6221

JEROME SPIER
8665 N GLENHURST PL
TUCSON, AZ 85704-6635

JERROLD KATZ
5947 ALBERT RD
WEST PALM BEA, FL 33415-7117

JEROME M [JERRY] LEVIN
1222 CLUB HOUSE RD
GLADWYNE, PA 19035-1004

JEROME SUTTON
4707 W MILL RD
MILWAUKEE, WI 53218-1405

JERROLD MORRIS
259 VIA PASITO
VENTURA, CA 93003-1347

JEROME M KELLY
41 PINCHBROOK DR
FLORHAM PARK, NJ 07932-1309

JEROME THEN
351 COUNTY ROAD 120
SAINT CLOUD, MN 56303-4871

JERROLD PARKER
PO BOX 111795
ANCHORAGE, AK 99511-1795

JEROME M PINCKNEY
4820 GREY WOLF LN UNIT 202
LAS VEGAS, NV 89149-5786

JERRE HAUCK
961 RETTEW MILL RD TRLR 14
EPHRATA, PA 17522-1845

JERRY A FLAHERTY
1500 EDGEWATER DR APT 230
PLEASANT HILL, IA 50327-0951

JEROME MARKOVER
399 E 72ND ST APT 11F
NEW YORK, NY 10021-4652

JERRI CHAVIS
4128 SAMANTHA DR
BRITTON, MI 49229-8733

JERRY A WOLFE
1203 ECHO LAKE DR
PIQUA, OH 45356-4307

JERRY A YECK
7074 FRANKLIN ST
OMAHA, NE 68104-4649

JERRY ALLEY
13952 RIVIERA DR
VICTORVILLE, CA 92395-4926

JERRY ARNOLD
1435 CLIMAX AVE
KALAMAZOO, MI 49006-2411

JERRY B NAU
3930 4TH PL NW
ROCHESTER, MN 55901-8428

JERRY BAHL
12401 E KILLARNEY ST
WICHITA, KS 67206-4159

JERRY BISHOP
1042 PRYOR ST
AMARILLO, TX 79104-3206

JERRY BOQUIST
40 GOLDEN POND DR
HERON, MT 59844-9504

JERRY BRAZEAL
1830 BRANTLEY RD APT B2
FORT MYERS, FL 33907-3929

JERRY D FARRIS
PO BOX 299
HEDLEY, TX 79237-0299

JERRY D GENTRY
319 N 16TH ST
LEAVENWORTH, KS 66048-1602

JERRY D MCCAMBRIDGE
PO BOX 2001
CYPRESS, CA 90630-1501

JERRY D STURM
1260 HIGHWAY 77
COLUMBIANA, AL 35051-5410

JERRY DAPROZA
23758 W SUSSEX DR
CHANNAHON, IL 60410-3062

JERRY DEMOOR
489 LUDLOW ST APT 217
GREENDALE, IN 47025-1586

JERRY EMERICK
5608 ARCANUM BEARSMILL RD
GREENVILLE, OH 45331-9664

JERRY FROST
948 SW 26TH LN
REDMOND, OR 97756-1336

JERRY GIBSON
1214 RACHEL ST
SEVIERVILLE, TN 37876-0580

JERRY GLADER
1017 VILLA GRAN WAY
FENTON, MO 63026-2342

JERRY GLENN
7000 LOMA LARGA RD
CORRALES, NM 87048-6914

JERRY GOLDBERG
3329 21ST ST
SAN FRANCISCO, CA 94110-2316

JERRY GRAHAM
260 INDIAN LAKE RD
HENDERSONVILL, TN 37075-4323

JERRY H BELL
631 AUDREY RD
MOUNT JULIET, TN 37122-3844

JERRY H THOMPSON
10337 WALMER ST
OVERLAND PARK, KS 66212-1742

JERRY HAGMEIER
2732 WILD HORSE
QUINCY, IL 62305-0206

JERRY HARRIS
3650 COUNTY ROAD 142
INTERNATIONAL, MN 56649-8954

JERRY HARRISON
3518 W DONGES BAY RD
MEQUON, WI 53092-5120

JERRY HASSEL
3512 SW 44TH ST
DES MOINES, IA 50321-1816

JERRY HAYES
2850 DON QUIXOTE DR
PUNTA GORDA, FL 33950-6352

JERRY KARCHES
2926 W FAIRWAY VIEW CIR
TUCSON, AZ 85742-9759

JERRY L TEMPLIN
2834 STRADER RD
RICHMOND, IN 47374-9355

JERRY HEINECK
8130 52ND ST S
WISCONSIN RAP, WI 54494-9138

JERRY KOFFLER
33 DEVON WAY
HASTINGS ON H, NY 10706-3006

JERRY L TOWNSEND
PO BOX 1869
HICKORY, NC 28603-1869

JERRY HOLLAND
185 STEWART RD
GRANTS PASS, OR 97526-9671

JERRY KRAMPITZ
38014 CASTLE DR
ROMULUS, MI 48174-1016

JERRY L WHITE
973 SE VINE MAPLE DR
MYRTLE CREEK, OR 97457-9544

JERRY HOWELL
2004 ELMHURST DR
ARLINGTON, TX 76012-1726

JERRY KRATOSKA
6335 LOGAN AVE
WATERLOO, IA 50703-9664

JERRY LANE
401 PINETREE LN
RICHMOND, IN 47374-3503

JERRY J MIRRO
15180 20TH AVE
WHITESTONE, NY 11357-3106

JERRY KUTTER
1512 SW A ST
RICHMOND, IN 47374-3909

JERRY MARTIN
PO BOX 357
PACIFIC, MO 63069-0357

JERRY J STANTON
228 AIRVIEW BLVD
SUNRISE BEACH, TX 78643-9306

JERRY L LINDER DDS
2475 DOGWOOD LN
ORANGE PARK, FL 32073-5477

JERRY MILLER
780 N CHISHOLM CT
POST FALLS, ID 83854-8846

JERRY JACKSON
7026 161ST LN NW
ANOKA, MN 55303-3649

JERRY L OSTRUM
195 252ND AVE
SPIRIT LAKE, IA 51360-7159

JERRY MILLER
498 COKESBURY DR
THE VILLAGES, FL 32162-8734

JERRY JAGERS
24 MORRIS AVE
ATHENS, OH 45701-1936

JERRY L RANDOLPH
13 N DIXIE AVE
TUCSON, AZ 85710-3183

JERRY NAPPI
27 VIRGINIA PL
STATEN ISLAND, NY 10314-2322

JERRY JOSEPH [JJ] BEENER
5218 SE 31ST ST
DES MOINES, IA 50320-2172

JERRY L STEWART
48 GIBSON HWY
TRENTON, TN 38382-9700

JERRY NICHOLS
8927 COFFMAN PATH
INVER GROVE H, MN 55076-3395

JERRY OBEREMBT
PO BOX 1730
PAWLEYS ISLAN, SC 29585-1730

JERRY SLEZAK
816 FAIRWAY LN SE
IOWA CITY, IA 52240-9052

JERRY WAYNE KOON
230 TURBEVILLE CIR
LEESVILLE, SC 29070-7519

JERRY R CURRY
PO BOX 407
HAYMARKET, VA 20168-0407

JERRY SNADER
415 INDIAN RUN RD
EPHRATA, PA 17522-9747

JERRY WEAVER
6051 FREEPORT DR
DAYTON, OH 45415-1910

JERRY R WALDEN
1404 RIPPEY RD
MOUNT VERNON, IN 47620-7251

JERRY SPARLIN
6810 REDWOOD HWY
GRANTS PASS, OR 97527-9559

JERRY WHERLEY
4402 TOWN ROAD 403 S
INTERNATIONAL, MN 56649-9126

JERRY R WILSON
831 PEARL ST
WILMINGTON, IL 60481-1495

JERRY SULLIVAN
2141 P ST NW APT 802
WASHINGTON, DC 20037-1043

JERRY WILD
345 WARREN AVE
CINCINNATI, OH 45220-1134

JERRY REICHER
236 SUFFOLK F
BOCA RATON, FL 33434-2998

JERRY SURMA
1021 33RD AVE N
SAINT CLOUD, MN 56303-2239

JERRY WILLIS JONES III
328 NYE ST
LIMA, OH 45801-4638

JERRY REINSDORF
333 W 35TH ST
CHICAGO, IL 60616-3621

JERRY THOMPSON
30 MILL POINT PL
THE WOODLANDS, TX 77380-5402

JERRY WOLFE
6810 KING HILL AVE
SAINT JOSEPH, MO 64504-2027

JERRY ROSCELLI
433 SYLVAN AVE SPC 59
MOUNTAIN VIEW, CA 94041-1630

JERRY VANDONSELAAR
3326 E CAMBRIDGE DR
HAYDEN, ID 83835-7443

JERRY YOSTEN
PO BOX 606
OAKLAND, OR 97462-0606

JERRY ROTTMUND
204 MILLER RD APT 3
AKRON, PA 17501-1166

JERRY VOISINET
450 GARBRY RD
PIQUA, OH 45356-8212

JESSE A BATTEN
7901 HAMPTON COVE DR
OOLTEWAH, TN 37363-7184

JERRY RUANE
1957 CRESTVIEW WAY APT 160
NAPLES, FL 34119-3365

JERRY WARD
6760 VALE RD
SUN PRAIRIE, WI 53590-9411

JESSE BOWERS
5060 BLUESTEM DR
COLORADO SPRI, CO 80917-1308

JESSE BREWER
11348 RALEIGH DR
OMAHA, NE 68164-2257

JESSE C [CHUCK] DAY
90656 HIGHWAY 202
ASTORIA, OR 97103-8169

JESSE CUMMINGS
4316 LEADVILLE CT
AUGUSTA, GA 30909-9119

JESSE E DITZLER
122 LUNAR LN
MILTON, PA 17847-2150

JESSE H SHEFFIELD
12222 LANEVIEW DR
HOUSTON, TX 77070-2426

JESSE HENDERSON
1944 COTTONWOOD ST
FINDLAY, OH 45840-2746

JESSE J TAMAYO
2209 INGALLS AVE
JOLIET, IL 60435-3274

JESSE P EDWARDS JR
9247 MARLEMONT CIR
ELK GROVE, CA 95758-7604

JESSE ROBERT LEATHERS
9300 THIXTON LN
LOUISVILLE, KY 40291-3337

JESSE SHORE
1103 REMINGTON PL
MANCHESTER, TN 37355-2219

JESSE WHITE
300 W HILL ST APT 714
CHICAGO, IL 60610-7504

JESSE WILLIAMS
3658 88TH AVE
ZEELAND, MI 49464-8533

JESSICA ECHTERNACHT
712 9TH AVE
CORALVILLE, IA 52241-1917

JESSICA R SHKLAR
233 CATHARINE ST
PHILADELPHIA, PA 19147-3302

JESSICA WALKER
2043 MISTYHILL DR
CINCINNATI, OH 45240-3351

JESSIE ASHBY-BONDS
8223 FM 2164
SANGER, TX 76266-6926

JESSIE BATDORF
3008 COUNTY ROAD 127
INTERNATIONAL, MN 56649-8724

JESSIE BAUMGARDNER
12 S 7TH ST
WEST MILTON, PA 17886-8036

JESSIE FERGUSON
3348 BENT BOUGH PARK
HUNTSVILLE, TX 77340-8925

JESSIE GILES
2701 CORABEL LN APT 181
SACRAMENTO, CA 95821-5239

JESSIE H BAGGER
92 JOCKEY HOLLOW RD
BERNARDSVILLE, NJ 07924-1312

JESSIE KING
4416 PERRY LN
FORT WORTH, TX 76133-6906

JESSIE LAURION
1306 9TH AVE
INTERNATIONAL, MN 56649-2814

JESSIE MITCHELL
7321 S SOUTH SHORE DR APT 5
CHICAGO, IL 60649-3501

JESSIE PERRY
451 DOMINO DR
ORLANDO, FL 32805-2993

JESSIE RATHFELDER
1343 W BALTIMORE PIKE APT C1
MEDIA, PA 19063-5562

JESSIE SCHEURWATER
2920 CRYSTAL LN
KALAMAZOO, MI 49009-2108

JESSLYN K BRAZELL
121 BAILEY AVE
DUMAS, TX 79029-3513

JEWEL THACKER
21818 DEEP PINES CT
PORTER, TX 77365-3601

JILL NANTZ
1226 LOVELL VIEW DR
KNOXVILLE, TN 37932-2591

JESUS ANTONIO RAMOS
1401 N 4TH PL
LAMESA, TX 79331-4355

JILL DICKEY
7611 CHESTNUT AVE
BOWIE, MD 20715-4510

JILL R RANANAWSKI
105 E MAIDEN LN
SOMERDALE, NJ 08083-1419

JETHRO B GIBBS
236 JEANNETTE GLN
WEST JEFFERSO, NC 28694-8706

JILL GROSS
365 HUNTINGTON RD
DELAFIELD, WI 53018-1726

JILL RUHLMAN
1141 DAN JOHNSON RD NE
ATLANTA, GA 30307-1203

JETTIE NONTE
131 PECAN VALLEY LN
WAXAHACHIE, TX 75165-7605

JILL JENSEN
26225 PURISSIMA RD
LOS ALTOS HIL, CA 94022-4530

JILL SMALLEY
21316 RIVER RD N
CORDOVA, IL 61242-9619

JETTYE SCHLUETER
58 SWANAGE DR
BELLA VISTA, AR 72715-5376

JILL K TARNOFF
8 RAVEN TURN
RACINE, WI 53402-2365

JILL TOTH
7892 LEMONWOOD CIR
LA PALMA, CA 90623-1834

JEWEL FOEHSER
3830 S MIRROR ST
AMARILLO, TX 79118-6707

JILL L GERBERDING
11 W FAIRVIEW LN
SPRINGFIELD, IL 62711-9450

JILL YOUNG
750 ALVIN WAY
GAP, PA 17527-9000

JEWEL HOGAN DAVIS
5527 PEBBLE SPRINGS DR
HOUSTON, TX 77066-2425

JILL LYNDON
22 GLEN BROOK RD
WELLESLEY HIL, MA 02481-1428

JILLEA HEDBERG
PO BOX 552
WALL LAKE, IA 51466-0552

JEWEL MOYERS
1101 S HANNA CITY GLASFORD R
HANNA CITY, IL 61536-9705

JILL MARIE O'BRIEN
7255 LASAINE AVE
VAN NUYS, CA 91406-2415

JIM [JT] MEALS
215 LENORA LN
DOWNINGTOWN, PA 19335-1176

JEWEL SCOTT
330 BEECH ISLAND AVE
BEECH ISLAND, SC 29842-7656

JILL MOGG
2082 LAC DU MONT
HASLETT, MI 48840-9513

JIM [TUT] TUTTLE
2999 SMITH SPRINGS RD APT 13
NASHVILLE, TN 37217-4413

JIM A HOTOPP
4290 S 750 E
BLUFFTON, IN 46714-9430

JIM A MORTON
1222 19TH AVE NE
ROCHESTER, MN 55906-4306

JIM AHERN
4675 GOLDEN WAY
KINGSTON, OK 73439-5094

JIM BAUER
14721 E SHARON LN
WICHITA, KS 67230-7031

JIM BETZ
134 TOWNES END DR
WADSWORTH, OH 44281-8484

JIM BLACK
4316 NW 26TH ST
OKLAHOMA CITY, OK 73107-1074

JIM BORCHERT
6378 SCENIC DR E
WEST BEND, WI 53095-3515

JIM BOSTON
9538 DENSMORE PL
NORFOLK, VA 23503-3206

JIM BOX
PO BOX 325
CLINTON, AR 72031-0325

JIM BREZINSKI
5355 EMERSON AVE N
BROOKLYN CENT, MN 55430-3129

JIM BRUCK
PO BOX 213
CIMARRON, CO 81220-0213

JIM BRUSH
14095 BEAR CREEK RD
BOULDER CREEK, CA 95006-8613

JIM C WILLIAMS
1445 ARROWHEAD PL
MURFREESBORO, TN 37129-1002

JIM CHINQUIST
539 BELLWOOD AVE
MAPLEWOOD, MN 55117-2472

JIM CLEMENTS
1610 PETERSON ST
WEST BLOOMFIE, MI 48324-3864

JIM CROSIER
1313 RITCHIE RD
STOW, OH 44224-1721

JIM DAVIS
414 DONALD ST
KLAMATH FALLS, OR 97601-2459

JIM DOUGLAS
15809 AURORA AVE
URBANDALE, IA 50323-2259

JIM DOWNEY
716 S WELLSTON LN
ROMEOVILLE, IL 60446-5244

JIM EARLES
20827 W TORREY PINES LN
PLAINFIELD, IL 60544-7491

JIM EGGERT
208 S WILLIAM ST
MOUNT PROSPEC, IL 60056-3325

JIM GAMMON
5600 WISCONSIN AVE APT 308
CHEVY CHASE, MD 20815-4409

JIM GODBEY
901 SMITH ST
GRANTS, NM 87020-2837

JIM GORBY
803 WHIPPOORWILL DR
WASHINGTON, IL 61571-3239

JIM GREEN
1262 SURFACE RD
EATON, OH 45320-9280

JIM H MAYBRIER JR
PO BOX 15
OXFORD, KS 67119-0015

JIM HANNUM
19609 DUTCH HALL RD
BENNINGTON, NE 68007-6409

JIM HARRISON
1420 W SPRINGDALE RD
WEST HELENA, AR 72390-2125

JIM LUKS
607 W DANSVILLE RD
MASON, MI 48854-9659

JIM NIXON
5140 SAINT ANTHONY RD
CELINA, OH 45822-9019

JIM HOFFMAN
PO BOX 878
FAIRVIEW, OR 97024-0878

JIM LUNDY
1408 CONKLIN LN
COVE, OR 97824-8713

JIM OSBORN
812 E OUTER RD
POPLAR BLUFF, MO 63901-6881

JIM HOLZAEPFEL
5233 COAL BANK RD
ORRVILLE, OH 44667-9710

JIM LYME
6660 BURCH RD
VERSAILLES, OH 45380-9536

JIM PEPPER
41 SANIBEL CT
O FALLON, MO 63368-6667

JIM INGLEDUE
1232 HAZEL AVE
LIMA, OH 45805-1914

JIM MATTHEWS
1605 TERRACE DR
DUNCAN, OK 73533-1323

JIM PETERSOHN
37806 CHERRY BLOSSOM CT
FREMONT, CA 94536-3945

JIM JUSSILA
4455 RIMROCK RD
BILLINGS, MT 59106-1416

JIM MAYS
PO BOX 1253
HELENDALE, CA 92342-1253

JIM PHENIS
5105 HODGIN RD
RICHMOND, IN 47374-7951

JIM KIRCHER
901 OLD PATTON FERRY RD
ADGER, AL 35006-2005

JIM MIGGINS
1767 HIGHWAY 11 E
INTERNATIONAL, MN 56649-8739

JIM PHILLIPS
216 W CENTRAL AVE STE 3-1
EL DORADO, KS 67042-2148

JIM L CARTER
15627 LONE TREE DR
HOUSTON, TX 77084-3120

JIM MIKKELSEN
5935 84TH AVE NE
DEVILS LAKE, ND 58301-9505

JIM RAY
601 CONSTELLATION BLVD
LEAGUE CITY, TX 77573-6431

JIM LANDRUS
612 E WILSON AVE
PEORIA, IL 61603-1226

JIM MREEN
PO BOX 488
LAKE OSWEGO, OR 97034-0488

JIM ROBINSON
14795 BUCKINGHAM CT
DALLAS, TX 75254-7562

JIM LINDER
4955 COUNTY ROAD 29
RAY, MN 56669-9042

JIM MURPHY
6016 BRIDGET ST
METAIRIE, LA 70003-2110

JIM ROURKE II
PO BOX 222
PESCADERO, CA 94060-0222

JIM SCHIRMER
512 BISHOP AVE
PLYMOUTH, WI 53073-1406

JIM TRET
12051 SUGAR CREEK RD
NOBLESVILLE, IN 46060-4293

JIMMIE COGGINS
PO BOX 753
NEWBERRY, SC 29108-0753

JIM SEEFLUTH
S2932 LORENE DR
MARSHFIELD, WI 54449-9453

JIM TURNER
409 BAYSIDE DR
NEWPORT BEACH, CA 92660-7212

JIMMIE COPELAND
2232 NEW YORK ST
NEW ORLEANS, LA 70122-5655

JIM SHAW
6119 N BEULAH AVE
FERNDALE, WA 98248-9381

JIM TURNER
124 TAYLOR CIR
FITZGERALD, GA 31750-7415

JIMMIE CROSSNOE
402 ASHANA DR
COLLIERVILLE, TN 38017-1106

JIM SMYITHE
PO BOX 4
CLEARBROOK, MN 56634-0004

JIM VANDYK
22621 FRENCH RD
MATTAWAN, MI 49071-9327

JIMMIE D RHOADES
207 PONDEROSA DR
WOODWARD, OK 73801-6040

JIM SPANGLER
5309 WATER OAK DR
FLOWER MOUND, TX 75028-5202

JIM W WILSON
4952 DEVONSHIRE AVE
MEMPHIS, TN 38117-4208

JIMMIE DAUGHERTY
2236 HUMMINGBIRD LN
WASHINGTON, IL 61571-3319

JIM SULLIVAN
108 NW 135TH WAY UNIT 104
PLANTATION, FL 33325-7702

JIM WALKER
231 CARRIAGE CROSSING RD
LANSING, KS 66043-1547

JIMMIE EASH
2005 GRANTWOOD ST
IOWA CITY, IA 52240-5930

JIM SUVEGES
981 KEYSER LN
RICHMOND, IN 47374-1543

JIM WILLMAN
711 GARWOOD RD
RICHMOND, IN 47374-7120

JIMMIE H HOWIE
503 SIKES AVE
NORTH AUGUSTA, SC 29841-4168

JIM T DEETS
2145 MOUNTCLAIRE CT
STONE MOUNTAI, GA 30087-1335

JIM YOUNG
2984 FRANKLIN OAKS DR
OAK HILL, VA 20171-2254

JIMMIE J SHAW
1620 N PACIFIC ST
CONROE, TX 77301-1937

JIM THOMPSON
27915 N 100TH PL
SCOTTSDALE, AZ 85262-8935

JIMMIE BAKER
167 LUMBEE CIR UNIT 21
PAWLEYS ISLAN, SC 29585-4388

JIMMIE KENNEDY
891 S WALNUT ST APT 205
ANAHEIM, CA 92802-1762

JIMMIE L BRYANT
10670 SW 21ST ST
MIRAMAR, FL 33025-1787

JIMMY E MCMULLEN
9604 CHASE WAY
SHREVEPORT, LA 71118-4620

JIMMY R DICKENS
6986 WHITE OAK RD
STEWART, TN 37175-7614

JIMMIE L TOLIVER
1824 SNOWFIRE AVE
NORTH LAS VEG, NV 89032-0208

JIMMY GALE RICHARDSON
5091 EDINBORO LN
WILMINGTON, NC 28409-8519

JIMMY SKIPPER JR
PO BOX 492
MYRTLE BEACH, SC 29578-0492

JIMMIE LEE PHINAZEE
14274 SW 105TH PL
MIAMI, FL 33176-7031

JIMMY GREGORY
205 LEATHERWOOD LAKE RD
STEWART, TN 37175-4073

JIMMY SOL CLEVELAND
108 MISSION HILLS DR
LUFKIN, TX 75901-7764

JIMMIE LOUISE SMITH
1309 KIOWA ST
SWEETWATER, TX 79556-2837

JIMMY GUTHRIE
105 DORCHESTER RD
BELTON, SC 29627-9733

JIMMY WEEKS
9514 RUMBLING WOOD LN
HOUSTON, TX 77086-2337

JIMMIE W BASS
2909 OAK LN
BRADENTON, FL 34209-6228

JIMMY JONES
223 SUNRISE DR
MARISSA, IL 62257-1614

JIMMY WHITE
1601 CARDENAS DR NE
ALBUQUERQUE, NM 87110-6627

JIMMY BALLETTO
4 LEXINGTON AVE APT 3L
NEW YORK, NY 10010-5418

JIMMY K WILLIAMS
254 RAINBOW DR APT 15426
LIVINGSTON, TX 77399-2054

JINKS WYNN
RR 3 BOX 3954
ALTON, MO 65606-9517

JIMMY BOWEN
5202 E FLOWER ST
PHOENIX, AZ 85018-6616

JIMMY LAWSON
701 HADLEY AVE
OLD HICKORY, TN 37138-3118

JINSIE BINGHAM
104 S BLOOMINGTON ST
GREENCASTLE, IN 46135-1731

JIMMY D CLAY
1203 CEDAR GROVE RD
RIPLEY, TN 38063-6863

JIMMY NEWTON
7903 W COUNTY ROAD 116
MIDLAND, TX 79706-2813

JO ALICE BENDER
1229 N JACKSON ST UNIT 103
MILWAUKEE, WI 53202-2632

JIMMY D TERRELL
608 N ELKHART AVE APT B
LUBBOCK, TX 79416-1158

JIMMY OWEN ROGERS
3700 SPRINGFIELD ST
DENTON, TX 76208-2920

JO ANN COLLINS
808 FAIRVIEW DR
FORT WALTON B, FL 32547-4208

JO ANN DUDLEY
3025 GREYSTONE LOOP UNIT 101
KISSIMMEE, FL 34741-7827

JO ANN ENGELHARDT
205 BEACHWAY DR
OCEAN RIDGE, FL 33435-6209

JO ANN HICKEY
2153 MAPLEWOOD RD
STOW, OH 44224-2644

JO ANN HOFSTRA
10853 174TH ST
VALLEY FALLS, KS 66088-4089

JO ANN HUGHES
3905 100TH PL
LUBBOCK, TX 79423-5719

JO ANN KARN
348 ANILINE AVE N
HOLLAND, MI 49424-1918

JO ANN KETTERER
813 HIGH ST
KEOKUK, IA 52632-4926

JO ANN MCCARTY
PO BOX 8063
HORSESHOE BAY, TX 78657-8063

JO ANN MCCLANAHAN
215 WHITE BROS RD
HUMBOLDT, TN 38343-5845

JO ANN MUENCH
8612 GARYDON DR
LOUISVILLE, KY 40291-2739

JO ANN PAULSEN
10118 HEMLOCK DR
OVERLAND PARK, KS 66212-3451

JO ANN PEARMAN
822 LINCOLN ST
MINONK, IL 61760-1054

JO ANN PRICE
9874 HORSESHOE LN
AUSTIN, CO 81410-8223

JO ANN SINGLETON
6999 KNOLLWOOD DR
MORROW, GA 30260-3212

JO ANN STOUT
11720 SW 3RD ST
YUKON, OK 73099-6708

JO ANN VEHAR
26 OWAISSA DR
EASTLAKE, OH 44095-1950

JO ANN WARNER
19 JOEL CT
LINDENWOLD, NJ 08021-6719

JO ANN WEEKS
23446 SWAN ST
MORENO VALLEY, CA 92557-7909

JO ANNE GOAD
3307 GREEN RIDGE CT
ROANOKE, VA 24019-1815

JO ANNE MOORE
PO BOX 662
URBANNA, VA 23175-0662

JO ANNE ROBERTSON
359 IVY MANOR DR NW
MARIETTA, GA 30064-5118

JO ANNE WHALEY
164 S DUTCHLAND ESTATE RD
HAVANA, IL 62644-6967

JO BEAN
PO BOX 568
PAOLI, OK 73074-0568

JO CULNANE
6737 HARRIET AVE
RICHFIELD, MN 55423-2311

JO ELAINE FELICE
3101 SW 32ND PL
DES MOINES, IA 50321-1454

JO ELLEN ASHMORE
705 E RIVER DR APT 217
PARK RAPIDS, MN 56470-1565

JO ELLEN BOESCH
17607 N OAK LAWN AVE
CHILLICOTHE, IL 61523-9431

JO ELLEN ELLISON-QUIALES
1309 S 5TH ST
RICHMOND, IN 47374-6815

JO NAGLE
9 GOLF VIEW DR
PRINCETON, NJ 08540-8442

JOAN A SCHMIDT
728 AUBURN RD
FAIRLESS HILL, PA 19030-2437

JO ELLEN JENSEN
703 2ND ST
BATTLE CREEK, IA 51006-9426

JO R FUJISE
1145 DUFFIELD HEIGHTS AVE SE
SALEM, OR 97302-1708

JOAN ACKERMAN
14601 E SUNDANCE ST
WICHITA, KS 67230-7159

JO ELLEN MCKINNEY
PO BOX 87
REDVALE, CO 81431-0087

JO SHIFRIN
3 DELLWOOD LN
ARDSLEY, NY 10502-1309

JOAN ALTHOUSE
711 AMSTERDAM AVE APT 7E
NEW YORK, NY 10025-6912

JO ELLEN MILLER
124 MARBELLO CT
SAINT MARYS, OH 45885-9548

JO WEISTER
PO BOX 611
SHINGLETOWN, CA 96088-0611

JOAN ANN [JOANNE] BARNES
2427 INGALLS AVE APT 204
CREST HILL, IL 60403-3067

JO ELLEN MORRISON
2 DORAL DR
AMARILLO, TX 79124-7818

JO-ANN PERKINS
528 HOMESTEAD AVE
MOUNT HOLLY, NJ 08060-1244

JOAN AVILA
1858 BYERS CT
CARMICHAEL, CA 95608-5430

JO EVELYN DOWELL
110 CLIFTON CT
OLD HICKORY, TN 37138-2325

JO-ANNE DA SILVA
746 NW 41ST WAY
DEERFIELD BEA, FL 33442-9218

JOAN B RAE
10767 BELLVIEW DR
NORTH HUNTING, PA 15642-4286

JO HELGESON
N30W6801 LINCOLN BLVD APT 10
CEDARBURG, WI 53012-2643

JOAN [CAROL] STEGMAN
4991 ORCHARD RD
MENTOR, OH 44060-1256

JOAN BARTON
819 E DELAWARE AVE
GRAND ISLAND, NE 68801-8138

JO KLINGENSMITH
857 MICHELLE DR
MEADVILLE, PA 16335-9411

JOAN A COLLINS
5 CARSON ST
BILLERICA, MA 01821-5854

JOAN BAUER
121 TIDES RUN
YORKTOWN, VA 23692-4334

JO MARIE NEITZERT
13014 S BANCROFT RD
MORRICE, MI 48857-9735

JOAN A HEGG
2917 WINDERMERE RD
SCHENECTADY, NY 12304-3649

JOAN BEALL
1283 LONGLEAF CT
BRENTWOOD, CA 94513-2943

JOAN BELANGER
524 5TH ST
INTERNATIONAL, MN 56649-2404

JOAN C BRODSKY
68 GARLOR DR
HAVERTOWN, PA 19083-1224

JOAN CYPHER
20592 TAHITIAN BLVD
ESTERO, FL 33928-2712

JOAN BENSON
2529 W EUBANKS ST
OKLAHOMA CITY, OK 73112-7621

JOAN C KROEHLER
35 3RD ST
BANGOR, ME 04401-6102

JOAN DARBY
2468 CR 4550
COFFEYVILLE, KS 67337-7906

JOAN BERGER
10670 E PALO BREA DR
SCOTTSDALE, AZ 85262-3302

JOAN C MOATES
7035 N STARDUST CIR
TUCSON, AZ 85718-1133

JOAN DEUTSCH
61 RIDGEWAY DR
IRVINGTON, NY 10533-1840

JOAN BLOOM
26639 PETERMAN AVE
HAYWARD, CA 94545-3117

JOAN CLAYTON
194 LAKESIDE DR NW
KENNESAW, GA 30144-3087

JOAN DEXTER
355 EWE CREEK RD
GRANTS PASS, OR 97526-9323

JOAN BOGGESS
PO BOX 4376
PARKERSBURG, WV 26104-4376

JOAN COLE
256 S 3RD ST
PHILADELPHIA, PA 19106-3811

JOAN DICKERSON
1120 W MILL ST
QUAKERTOWN, PA 18951-1126

JOAN BRANSON
9427 LINDA RIO DR
SACRAMENTO, CA 95827-1066

JOAN COMER
2233 CHARLESTON PL
RICHMOND, IN 47374-6790

JOAN DINNEEN
7 HAWTHORNE AVE
PORT WASHINGT, NY 11050-4410

JOAN BRIDGENS
8437 FM 2657
KEMPNER, TX 76539-8085

JOAN CONNORS
1743 YARDLEY DR
WEST CHESTER, PA 19380-5793

JOAN DRUCKMAN
17 BENFORD DR
PRINCETON JUN, NJ 08550-1330

JOAN BRUCE
12105 STATE HIGHWAY 151 APT
SAN ANTONIO, TX 78251-4581

JOAN CONWAY
PO BOX 514
CHESTERTOWN, NY 12817-0514

JOAN DUNNE
56 DEERFIELD DR
MANAHAWKIN, NJ 08050-5413

JOAN BRUNNER
25609 N FOREST RD UNIT 10
RIO VERDE, AZ 85263-8139

JOAN CROWNS
7917 E DUBLIN ST
WICHITA, KS 67206-1609

JOAN E BICSEY
515 PARK ST
MCKEESPORT, PA 15132-2141

JOAN E BRODER
50 E HARTSDALE AVE APT 6F
HARTSDALE, NY 10530-2752

JOAN F CARR
204 W HATHAWAY LN
ARDMORE, PA 19003-1704

JOAN GARCIA
831 13TH ST S
WISCONSIN RAP, WI 54494-5342

JOAN E DAHLIN
6960 VIA ESTRADA
LA JOLLA, CA 92037-6450

JOAN FENSTERMAKER
13938 BETHANY RD
SYCAMORE, IL 60178-8405

JOAN GARNER
513 REDWOOD AVE
VENTURA, CA 93003-3628

JOAN E MCHALE
34 COTTON RD
LEVITTOWN, PA 19057-1412

JOAN FERREIRA
PO BOX 112
PRUDENCE ISLA, RI 02872-0112

JOAN GEISSMAN
177 E 102ND ST APT 1W
NEW YORK, NY 10029-5710

JOAN E STANGER
1223 N 146TH PLZ
OMAHA, NE 68154-1114

JOAN FISHBACK
11654 DOUGLAS ST
OMAHA, NE 68154-3129

JOAN GIVENS
2607 WAYNE ST
BELLEVUE, NE 68005-5359

JOAN E TRIPP
11 PARTRIDGE RUN
WASHINGTON, NJ 07882-1572

JOAN FLOOD
171 MAIN ST APT 33
MADISON, NJ 07940-2162

JOAN GOLDFEIN
399 E 72ND ST APT 6E
NEW YORK, NY 10021-4653

JOAN EHLERS
2066 ROOSEVELT BLVD
EUGENE, OR 97402-2668

JOAN FORMAN
540 N NEVILLE ST APT 302
PITTSBURGH, PA 15213-2836

JOAN GOLDSTEIN PHD
401 MCKINLEY CT
PRINCETON, NJ 08540-1684

JOAN ELAINE GUNTER
533 S 700 W
BRIGHAM CITY, UT 84302-2862

JOAN FORSLUND
2510 LAKE MICHIGAN DR NW APT
GRAND RAPIDS, MI 49504-8038

JOAN GOMORA
517 BETHEL DR APT 1N
JOLIET, IL 60435-5392

JOAN ERICKSON
5625 SANDPIPER DR APT 403
STEVENS POINT, WI 54482-8100

JOAN FREELAND
1569 N VEST DR
NAPERVILLE, IL 60563-9382

JOAN GORDON
413 BRUNSWICK DR APT 8
TROY, NY 12180-6668

JOAN ETTMAN
402 BERRINGER PL
BALLWIN, MO 63021-4143

JOAN GANNAWAY
1460 W ELM AVE
FULLERTON, CA 92833-3948

JOAN GREEN
108 BRIGHAM HILL RD
ESSEX JUNCTIO, VT 05452-2104

JOAN GREENBLATT
7753 E HIGGINS LAKE DR
ROSCOMMON, MI 48653-9353

JOAN HOLZMER
1347 W 3RD ST
HOBART, IN 46342-4930

JOAN KELLY
10250 WESCH RD
BROOKLYN, MI 49230-9716

JOAN GUNNEN
81 FREDERICK AVE
ALBANY, NY 12205-3083

JOAN HOMAN
6964 PIGEON HILL RD
SPRING GROVE, PA 17362-8680

JOAN KIRDAHY
67 KNOLLS DR
STONY BROOK, NY 11790-2416

JOAN H ASHMEN
14 TAYLOR WAY
WASHINGTON CR, PA 18977-1046

JOAN HOPKINS
57 GIBBS AVE
NEWPORT, RI 02840-2215

JOAN KITIK
436 CHESTNUT TREE HILL RD
OXFORD, CT 06478-1141

JOAN HEINLE
PO BOX 265
RANIER, MN 56668-0265

JOAN HUDSON
32237 CONLEYS CHAPEL RD
LEWES, DE 19958-6000

JOAN KNAPP
PO BOX 103
LOOKOUT, CA 96054-0103

JOAN HICKS
1176 ORTEGO DR
FAIRBORN, OH 45324-5733

JOAN HUNT
149 COLKET LN
DEVON, PA 19333-1204

JOAN KRUGER
4614 CORSAGE DR
LUTZ, FL 33558-9213

JOAN HILL
PO BOX 282
LAKEVIEW, OH 43331-0282

JOAN HUNT
31 ALMOND CT
LAFAYETTE, IN 47905-3935

JOAN KUHNS
49 CRESTON AVE
TENAFLY, NJ 07670-2905

JOAN HINRICHS
2064 LA FRANCE AVE
SOUTH PASADEN, CA 91030-4610

JOAN JOHNSTONE
430 HARBOR DR S
INDIAN ROCKS, FL 33785-3119

JOAN L EARHART
1370 PRITCHETT CT
LOS ALTOS, CA 94024-5711

JOAN HODGES
3332 S OURAY WAY
AURORA, CO 80013-2034

JOAN JONES
129 W ARLINGTON HTS
NORTH AUGUSTA, SC 29841-3432

JOAN L MICHELETTI
2939 SAINT JOHNS AVE
BILLINGS, MT 59102-6643

JOAN HOLOHAN
7 HARRISON PL
MASSAPEQUA, NY 11758-7029

JOAN KEEHN
1904 HIGHWAY 169
ALGONA, IA 50511-7155

JOAN LANGAN
3025 HIGHWOODS DR
ASTON, PA 19014-1629

JOAN LEMPINEN
1124 PINE OAKS CIR
LAKE FOREST, IL 60045-2684

JOAN M JOHNSEN
2189 SPANISH OAK DR
LILLIAN, AL 36549-5407

JOAN MARTIN
1815 WILLOW STREET PIKE
LANCASTER, PA 17602-4831

JOAN LENA EICHHORN
16225 N CAVE CREEK RD LOT 36
PHOENIX, AZ 85032-2965

JOAN M MORGAN
1971 STANSBERRY CIR
AKRON, OH 44313-8115

JOAN MCCABE
100 JOHN T O LEARY BLVD UNIT
SOUTH AMBOY, NJ 08879-1793

JOAN LOFGREN
1639 E MIKI WAY
LANCASTER, CA 93535-4841

JOAN M SCHLEIF
4951 BRIGHTON BLVD
MOUND, MN 55364-9287

JOAN MCCARTHY
5500 N MAIN ST APT 19204
FALL RIVER, MA 02720-2066

JOAN LOUISE BERTRAND
196 COLEBROOK RD
LITTLE COMPTO, RI 02837-2014

JOAN M WERNER
281 BEAVER SHORES DR
LACHINE, MI 49753-9677

JOAN MCDOLE
3201 RIDGE OAK DR
GARLAND, TX 75044-6947

JOAN LYLES
4046 VILLAGE PARK DR
SAN ANGELO, TX 76904-6664

JOAN M WEST
113 ELM ST
STOUGHTON, MA 02072-2257

JOAN MCGINTY
56 SHELLBARK LN
BRIARCLIFF, NY 10510-2553

JOAN M CAMINITI
1152 N KING ARTHUR CT
PALATINE, IL 60067-2623

JOAN MANN
3084 COUNTY ROAD 125
INTERNATIONAL, MN 56649-8721

JOAN MCHUGH
589 STRUMBLY DR
HIGHLAND HEIG, OH 44143-1951

JOAN M CASSIDY
2521 GULF BREEZE AVE
PENSACOLA, FL 32507-2657

JOAN MARIE FOY
31 ANCHOR ST APT Z
FREEPORT, NY 11520-5264

JOAN MCNEAL
631 WALNUT AVE
HARRISBURG, PA 17112-8898

JOAN M DOSTER
2940 RUTH RD
WANTAGH, NY 11793-1032

JOAN MARIE SULLIVAN
2325 LYNWOOD ST
CREST HILL, IL 60403-1739

JOAN MCPHERSON
2243 N MASON RD APT 309
KATY, TX 77449-3744

JOAN M HOLOHAN-DELANEY
531 BELL ST
WEST HEMPSTEA, NY 11552-1823

JOAN MARONI
3691 GRIMES DR
COLUMBUS, OH 43204-1884

JOAN MILETTE
811 7TH ST
INTERNATIONAL, MN 56649-2508

JOAN MOORE
12777 YACHT CLUB CIR
FORT MYERS, FL 33919-4589

JOAN OSBORN
8545 CARMEL VALLEY RD
CARMEL, CA 93923-9556

JOAN QUINN-ROACHE
PO BOX 523
MATTITUCK, NY 11952-0523

JOAN MORGAN
1038 BLESSING WAY
HEMET, CA 92543-1300

JOAN P LINK
7649 N LUCAS RD
MANTON, MI 49663-9036

JOAN R HUNT
111 WHITE PINE DR
ROSCOMMON, MI 48653-9327

JOAN NEIRBY
19133 110TH PL SE
RENTON, WA 98055-8112

JOAN PAKULA
6774 WOODBRIDGE DR
BOCA RATON, FL 33434-4270

JOAN REGAN
28 SPRING BEAUTY DR
BLUFFTON, SC 29909-7146

JOAN NERF
23 MARWILL ST
ALBANY, NY 12209-1505

JOAN PAVLECIC
6280 SAGER WAY
SAN JOSE, CA 95123-4643

JOAN RISSLER
8802 S COUNTY ROAD 725 W
REELSVILLE, IN 46171-8862

JOAN NEWEL
1907 LAUREL ST
DALLAS CENTER, IA 50063-1024

JOAN PIDGEON
33 GLENRIDGE DR
BEDFORD, MA 01730-2009

JOAN RITTENHOUSE
1540 NORMA RD
COLUMBUS, OH 43229-5119

JOAN O'DONNELL
906 HEATHER LN
PHOENIXVILLE, PA 19460-2117

JOAN POSS
2646 N RIDGEWOOD CT
WICHITA, KS 67220-4211

JOAN ROBISON
604 N CEMETERY ST
ROANOKE, IL 61561-7788

JOAN OBER
4254 ECHO RD
BLOOMFIELD HI, MI 48302-1943

JOAN POTTS-MULHALL
220 WATERS EDGE DR S
PONTE VEDRA B, FL 32082-2579

JOAN ROSE
3299 PINE VALLEY RD
SAN RAMON, CA 94583-3633

JOAN ODEHNAL
9458 W D AVE
KALAMAZOO, MI 49009-8886

JOAN PRASTKA
728 E PROMONTORY RD
SHELTON, WA 98584-9422

JOAN ROSENFELD
3145 NE 210TH ST
AVENTURA, FL 33180-3635

JOAN ORRIS
45 NEW YORK CT
DANA POINT, CA 92629-4524

JOAN PUTTERMAN
4913 EXETER ESTATE LN
WELLINGTON, FL 33449-8142

JOAN ROSS
801 FAIRMONT AVE APT A
FAIRMONT, WV 26554-5149

JOAN ROSS
3355 SAINT THOMAS ST
EUGENE, OR 97408-7360

JOAN SEELEY
13258 ALLEN ST
BATH, MI 48808-8714

JOAN STEVENS
116 W SIDE DR
REHOBOTH BEAC, DE 19971-1304

JOAN RUDLOFF
30 SPOTTSWOOD DR
MILTON, PA 17847-9644

JOAN SEILER
1604 MAI AVE
DESOTO, TX 75115-2128

JOAN STONER
195 SANDY HILL RD
DENVER, PA 17517-9450

JOAN RUTH BRAXTON
11990 MARKET ST UNIT 202
RESTON, VA 20190-6001

JOAN SENSENIG
2273 FURNACE HILL PIKE
NEWMANSTOWN, PA 17073-8601

JOAN SULLIVAN
5281 WILLOW GROVE DR
GRAND BLANC, MI 48439-8682

JOAN RYMER
14771 155TH ST NE
FOLEY, MN 56329-9116

JOAN SHIFFMAN
31 HINCKLEY RD
WABAN, MA 02468-1723

JOAN SWAIN
10061 SW 144TH ST
MIAMI, FL 33176-7083

JOAN S MILEY
3001 LITITZ PIKE
LANCASTER, PA 17606-7000

JOAN SHILEY
21168 FOREST LAKE DR
STEPHENS CITY, VA 22655-3357

JOAN TAYLOR
908 S JACKSON ST
GREENCASTLE, IN 46135-1958

JOAN SAMPSELL
77 CENTER ST
MILTON, PA 17847-1715

JOAN SHOOP
110 HIGHLAND AVE # 125
VALLEY PARK, MO 63088-1422

JOAN THOMPSON
6591 S TOURNAMENT LN
CHANDLER, AZ 85249-4360

JOAN SCHMIDT
4506 PROVIDENCE POINT PL SE
ISSAQUAH, WA 98029-6835

JOAN SOLEM
443 GOLDEN LN
LONGMONT, CO 80504-1315

JOAN TOBIN
1001 CARPENTERS WAY APT C1
LAKELAND, FL 33809-3963

JOAN SCHNEIDER
650 BENAVIDES ST
MIAMISBURG, OH 45342-2258

JOAN SPERO
1165 PARK AVE
NEW YORK, NY 10128-1248

JOAN TRATE
24 EAGLE DR
BLOOMSBURG, PA 17815-6803

JOAN SCHROEDER
PO BOX 638
TRYON, NC 28782-0638

JOAN STEEVES
3324 S 94TH ST
OMAHA, NE 68124-2748

JOAN TREIBER
9827 LAKEPOINTE DR
BURKE, VA 22015-1823

JOAN TYREE
4859 CASSELL DR
MILLINGTON, TN 38053-3952

JOAN WENDY FASSLER
19 HASENFUS CIR
NEEDHAM, MA 02494-1358

JOANITA JONES
109 MAIN ST
AKRON, PA 17501-1235

JOAN VOGEL
PO BOX 4
CIMARRON, KS 67835-0004

JOAN WETTEREAU-BLANKENBURG
2423 209TH PL NE
SAMMAMISH, WA 98074-6340

JOANN BALLARD
510 MERRY OAKS RD
MC MINNVILLE, TN 37110-4787

JOAN WALKER
100 W SUNRISE AVE
CORAL GABLES, FL 33133-6910

JOAN WEXELBAUM
85 NORRANS RIDGE DR
RIDGEFIELD, CT 06877-4237

JOANN BIEGLER
819 COLUSA ST
CHICO, CA 95928-4116

JOAN WALKER
1169 HEDY LYNN DR
NORTH HUNTING, PA 15642-1754

JOAN WINTERS
2900 KELLY ST
WHITE OAK, PA 15131-2139

JOANN BLOOM-MCCRUM
3805 M 52
WILLIAMSTON, MI 48895-9537

JOAN WALLACK
28 LINDEN SHRS
BRANFORD, CT 06405-5253

JOAN YOCUM
319 BISCAYNE BLVD
EL LAGO, TX 77586-6109

JOANN E CONNER
PO BOX 337
PLUMMER, ID 83851-0337

JOAN WARISE
5611 CENTRAL AVENUE PIKE
KNOXVILLE, TN 37912-2723

JOAN YOUNG-HUNT
3805 HARWOOD AVE SW
HUNTSVILLE, AL 35805-4427

JOANN FRANCES SHEPLEY
60755 CURRANT WAY
BEND, OR 97702-9133

JOAN WARREN
7138 CON RD 3 RR#1
LISLE, ON L0M 1M0

JOAN ZIMMER
10382 AUGUSTA DR
SAUK CENTRE, MN 56378-4864

JOANN FREEMAN
224 E BROADWAY ST
COVINGTON, OH 45318-1606

JOAN WEBER
3407 VANDYKE DR
SPRING, TX 77388-9327

JOANE CHIA
1432 E PARK AVE
DES MOINES, IA 50320-1303

JOANN FULLERTON
129 ROCKLAND AVE
BALA CYNWYD, PA 19004-1827

JOAN WEIGLE
3600 FULTON ST E APT A126
GRAND RAPIDS, MI 49546-1424

JOANETTA HAYNES
4833 MACMONT CIR
POWELL, TN 37849-4522

JOANN GREENEMEIER
28 COOPER LN
CHESTER, NJ 07930-2635

JOANN GRUBE
1465 FURNACE HILLS PIKE
LITITZ, PA 17543-9590

JOANN MUNIZ
40 FISHER ST
DOVER, NH 03820-3943

JOANNA JOHNSON
8085 CRYSTAL CT
AVON, IN 46123-1278

JOANN HAWKINS
6222 COUNTRY CLUB RD
OMAHA, NE 68152-2057

JOANN PETSEL
619 S STONE ST
SIGOURNEY, IA 52591-1228

JOANNA M FUELBIER
16129 CHIPETA RD
MONTROSE, CO 81403-4704

JOANN JANNEY
2509 THOROUGHBRED LN
MANSFIELD, TX 76063-5164

JOANN RASKAS
155 CARONDELET PLZ APT 304
SAINT LOUIS, MO 63105-3470

JOANNA UNOWITZ
469 STRATFORD RD
UNION, NJ 07083-8840

JOANN JOBE
1207 22ND ST
WEST DES MOIN, IA 50265-2226

JOANN SNYDER
238 LUNAR LN
MILTON, PA 17847-2153

JOANNA VANATTA
4514 NEW COLUMBIA RD
NEW COLUMBIA, PA 17856-9329

JOANN KEMP
22 AMELIA DR
SCHENECTADY, NY 12309-3202

JOANN WALK-FERGUSON
546 LAKESHORE DR
COLUMBUS, MS 39705-1617

JOANNE [JODY] SMITH
1048 N CHURCH ST
JACKSONVILLE, IL 62650-1302

JOANN KOLLER
2099 170TH AVE
DONNELLSON, IA 52625-9102

JOANNA (JO) JAMES
90421 SHADOWS DR
SPRINGFIELD, OR 97478-8764

JOANNE ASHENDEN
3500 JOHNSON RD
SALINE, MI 48176-8912

JOANN LOWE
40 STIMPSON AVE
CASTLETON ON, NY 12033-1525

JOANNA BROMMER
6030 PARKSIDE CT
EAST PETERSBU, PA 17520-1245

JOANNE BALMER
984 LINCOLN HEIGHTS AVE
EPHRATA, PA 17522-1542

JOANN MEURY
11 HARDING RD
COPIAGUE, NY 11726-5018

JOANNA CRABB
511 DART BROOK PL
HENDERSON, NV 89012-4532

JOANNE BARNES
6 CRYSTAL AVE
NEW EGYPT, NJ 08533-1503

JOANN MIHALIC
14488 ROCK CREEK RD
CHARDON, OH 44024-9225

JOANNA HARWOOD
3949 LOCH MEADE DR
LAKELAND, TN 38002-9369

JOANNE BOWERS
6835 BUTLER CT
STOCKTON, CA 95219-3510

JOANNE BROWN-OBERHEIDE
813 SUNNY ACRES DR
PRINCETON, IL 61356-9549

JOANNE FISHER
708 ELM ST
CRAWFORD, NE 69339-1067

JOANNE HEPP
30705 CAMBRIDGE CT W
BAY VILLAGE, OH 44140-1771

JOANNE BRUNS
PO BOX 167
SAINT HENRY, OH 45883-0167

JOANNE FORBES
5610 KELLNER RD
WISCONSIN RAP, WI 54494-4007

JOANNE HILL
12240 SONGBIRD LN
HUNTLEY, IL 60142-7767

JOANNE C EVERETT
76 W QUACKENBUSH AVE
DUMONT, NJ 07628-3409

JOANNE GLOVER
205 CHEROKEE DR
NORTH AUGUSTA, SC 29841-4705

JOANNE HOSTETLER
110 SLOW HAND DR
HUGHESVILLE, PA 17737-8022

JOANNE CLARK
3852 SAN MIGUEL LN
ROCKLEDGE, FL 32955-5376

JOANNE GLOW
13519 MEREDITH AVE
OMAHA, NE 68164-6321

JOANNE HULSER
21 HONEYSUCKLE LN
KINGS PARK, NY 11754-3920

JOANNE CLEVENGER
15740 GARRISON LN APT 2
SOUTHGATE, MI 48195-3215

JOANNE HARMAN
3839 N TAZEWELL ST
ARLINGTON, VA 22207-4568

JOANNE HUSBY
3500 W 50TH ST # 206
MINNEAPOLIS, MN 55410-2123

JOANNE DARNER
5980 JASSAMINE DR
DAYTON, OH 45449-2954

JOANNE HARRIS
3149 COUNTY ROAD 93
INTERNATIONAL, MN 56649-8768

JOANNE HUTTO
1444 TRAILHEAD CT
GREENVILLE, SC 29617-6225

JOANNE DENICOLA
1101 128TH ST
COLLEGE POINT, NY 11356-1937

JOANNE HELLAWELL
3602 BROKEN ARROW RD
COEUR D ALENE, ID 83815-7838

JOANNE I PAUL
60 SILK ST
ARLINGTON, MA 02474-3837

JOANNE DUNLAP
452 MITCHELLS LN
MIDDLETOWN, RI 02842-5349

JOANNE HELMS
219 BAYVIEW DR
EAST PEORIA, IL 61611-9675

JOANNE INGRAM
177 N WOLF ST
MANHEIM, PA 17545-1207

JOANNE E BARKER
4203 SHERMAN RD
KENT, OH 44240-6849

JOANNE HENTZELMAN
289 NW SCENIC LAKE DR
LAKE CITY, FL 32055-8580

JOANNE JOHNS
830 W PICKETT CREEK RD
GRANTS PASS, OR 97527-9632

JOANNE KUHNS
2604 JERSEY AVE S
MINNEAPOLIS, MN 55426-3302

JOANNE OCHS
207 S 18TH ST
LEAVENWORTH, KS 66048-2218

JOANNE SCHMITZ
40734 220TH ST
PARNELL, MO 64475-9106

JOANNE LEGACIE
105 WHITETAIL CT SE
DEVILS LAKE, ND 58301-3471

JOANNE P WARFEL
3701 HODGIN RD
RICHMOND, IN 47374-7443

JOANNE SIESENNOP
5359 N DIVERSEY BLVD
WHITEFISH BAY, WI 53217-5164

JOANNE LEONARD
145 PLANT RD
CLIFTON PARK, NY 12065-4315

JOANNE PAUL
60 SILK ST
ARLINGTON, MA 02474-3837

JOANNE SMITH
3206 CHESTERTON CT
BENSALEM, PA 19020-1940

JOANNE M ARNDT
440 14TH ST N
WISCONSIN RAP, WI 54494-3631

JOANNE POTRATZ
775 EDGEWATER DR UNIT A
BROOKFIELD, WI 53005-5767

JOANNE SWICK
7005 FLAX ST
SPRINGFIELD, VA 22152-3415

JOANNE M BREAUX
1702 HILL RD
NEW IBERIA, LA 70560-0667

JOANNE PUFAHL
2627 CENTER LINE RD
DULUTH, MN 55804-9688

JOANNE THOMPSON
4121 GALLMEYER CT
FORT WAYNE, IN 46835-3470

JOANNE M GIBBS
363 WILDROSE ST
BROWNS MILLS, NJ 08015-3309

JOANNE PURZYCKI
11531 ORCHARDVIEW DR
FENTON, MI 48430-2545

JOANNE VALENTINE
3421 CHESTATEE RD
GAINESVILLE, GA 30506-3478

JOANNE MARSMAN
10675 AQUARIUS DR NE
ROCKFORD, MI 49341-8421

JOANNE RACHKE
19508 W NOEL RD
ELWOOD, IL 60421-9544

JOANNE VAUGHN
902 MARY ST
MINONK, IL 61760-1148

JOANNE MURAD
47 COURTLAND GREEN ST
THE WOODLANDS, TX 77382-5100

JOANNE RADKE
4100 W FOUNTAIN AVE
MILWAUKEE, WI 53209-1716

JOANNE WALTERHOUSE
809 16TH ST NE
MASSILLON, OH 44646-4838

JOANNE NESBITT
6801 NW 24TH TER
FORT LAUDERDA, FL 33309-1411

JOANNE RUPPEL
4 EDWARD DR
WEST SAND LAK, NY 12196-9789

JOANNE WATERSTON
8950 TRAGER CT
INDIANAPOLIS, IN 46256-4376

JOANNE WIELAND
2601 NE JACK LONDON ST UNIT
CORVALLIS, OR 97330-6908

JOANNE ZEHLER
728 S CHARLES ST
BALTIMORE, MD 21230-3840

JOANNE ZUMMO
26 MILLER FARMS DR
MILLER PLACE, NY 11764-2446

JOCELYN BUBOLZ
14300 W ROGERS DR
NEW BERLIN, WI 53151-2460

JOCELYN L WILSON
11 PURPLE MARTIN DR
HACKETTSTOWN, NJ 07840-3113

JOCILYN WARREN
10181 NORTHAMPTON AVE
WESTMINSTER, CA 92683-7558

JODDY HIEBER
6291 WATERS RD
ANN ARBOR, MI 48103-9652

JODEE MOORE
1964 FAIRLEE DR
ENCINITAS, CA 92024-4228

JODI ANDES
9307 HARLEQUIN CT
PICKERINGTON, OH 43147-8617

JODI CLINE
526 N JUDITH ST
WICHITA, KS 67212-5136

JODIE QUICK
6945 SE 120TH ST
RUNNELLS, IA 50237-1196

JODIE YECKLEY
919 BROOKFIELD DR
AURORA, OH 44202-8021

JODY A SCHULZ
601 MEMORIAL DR
INTERNATIONAL, MN 56649-4113

JODY ANN RAY
14921 GAYLORD ST
THORNTON, CO 80602-7352

JODY BROWN
1071 NW HIGH POINT DR
LEES SUMMIT, MO 64081-4000

JODY LYNN HEISEY
71 E BOEHMS RD
WILLOW STREET, PA 17584-9721

JODY POLLINA
12 HEATHER CRES
COMMACK, NY 11725-1512

JODY RICKS
2619 S DURANGO DR APT 202
LAS VEGAS, NV 89117-2663

JODY WISE
256 TIMBERFIELD DR N
ELIDA, OH 45807-9468

JOE [JOEY] LENTZ
236 TURKEY CRK
ALACHUA, FL 32615-9343

JOE ALDRIDGE
5341 LITTLE MESA WAY
LAS VEGAS, NV 89120-4200

JOE ANDERSON
31485 FISHERMAN
PARKER, AZ 85344-8822

JOE B JOHNSON
12444 COUNTY ROAD H
PERRYTON, TX 79070-6334

JOE BACIK
76 HIGHFIELD AVE
PORT WASHINGT, NY 11050-1840

JOE BECKNER
12438 W LOUISIANA AVE
LAKEWOOD, CO 80228-3832

JOE BERRYHILL
576 SPRING LAKE DR
PEARL, MS 39208-6669

JOE BLACKBURN
1213 LOMA DR
NORMAN, OK 73072-3428

JOE BLATTNER
6120 TURNBERRY DR
PRESTO, PA 15142-1133

JOE COMPTON
211 S HARRIS ST
SALINE, MI 48176-1534

JOE GANLEY
2214 E GRANTVIEW DR
CORALVILLE, IA 52241-1396

JOE BOSWELL
907 EASTFIELD DR
CRAWFORDSVILL, IN 47933-4919

JOE CONDON
48 GLENWOOD RD
MENANDS, NY 12204-2407

JOE GILBERT GREENE
1606 BOBBER CT
LA GRANGE, KY 40031-9416

JOE BURFORD
1653 N BECK ST
SALT LAKE CIT, UT 84116-1214

JOE CROTTY
220 S 24TH AVE
YAKIMA, WA 98902-3737

JOE GREEN
405 LINDEN AVE
PIQUA, OH 45356-3111

JOE C [JOEY] BROWN
29 SWEETWATER CT
NORTH AUGUSTA, SC 29860-9315

JOE DANIELS
1262 HOBSON OAKS DR
NAPERVILLE, IL 60540-8134

JOE GUMMERSON
5845 N SHORE DR
DULUTH, MN 55804-9655

JOE C ROBERTSON
PO BOX 910
MEADE, KS 67864-0910

JOE DEBONA
422 E SPRING AVE
ARDMORE, PA 19003-2716

JOE GUY BURKETT
PO BOX 1955
OKLAHOMA CITY, OK 73101-1955

JOE CAMPOPIANO
2200 E SOUTHDALE DR
DES MOINES, IA 50320-9200

JOE E NUTTER JR
5304 FOUNTAIN GATE RD
KNOXVILLE, TN 37918-9232

JOE HARPER
1001 WOODLAND PARK AVE
MIDLAND, TX 79705-2520

JOE CAVEN
1214 DORIS LN
LA JUNTA, CO 81050-2616

JOE EVERETTE BINGHAM
487 PAGE DR
MOUNT JULIET, TN 37122-3414

JOE J SCOTT
18735 FOLLETT DR
BROOKFIELD, WI 53045-6183

JOE CLEMENTS
3051 PARKWOOD DR
RICHMOND, IN 47374-3551

JOE FISHER
PO BOX 387
COCHRAN, GA 31014-0387

JOE JAGERS
98 MORRIS AVE
ATHENS, OH 45701-1942

JOE COLLINSON
2630 COBBLESTONE CT S
FARGO, ND 58103-3557

JOE G BENSON
3354 WOODLAND DR
MURRYSVILLE, PA 15668-1450

JOE KARIUS
10911 W POTTER RD
WAUWATOSA, WI 53226-3423

JOE KRUSE
6134 DORNOCH LN
LOVELAND, OH 45140-9121

JOE R EVANS
PO BOX 417
FLORALA, AL 36442-0417

JOE TRUSTY
2215 10TH AVE
LEAVENWORTH, KS 66048-4212

JOE LABRIOLA
36 QUAKER PATH
COLD SPRING H, NY 11724-2005

JOE RAY BAIN
134 FLOYD AVE
DUMAS, TX 79029-3566

JOE W CRIST
149 PEARCE DR
POTTSBORO, TX 75076-7053

JOE M NIMMO
32954 BROOKSIDE CIR
LIVONIA, MI 48152-1419

JOE ROBINSON
11725 JEFFERSON ST NE
BLAINE, MN 55434-1902

JOE WHITE BAILEY
232 HICKORY DR
GREENVILLE, OH 45331-2822

JOE MACRI SR
8 DELAWARE TER
ALBANY, NY 12209-1711

JOE ROBINSON
3209 W CHARLESTON CT
STILLWATER, OK 74074-6943

JOE WILLIS
1476 NW REMARKABLE DR
BEND, OR 97701-5510

JOE MCMURRAY
3008 ISAAC RIVER DR
LAS VEGAS, NV 89134-7520

JOE ROHR
4893 AVI DR
ARLINGTON, TN 38002-5977

JOEL A ROSE
1766 ROLLING LN
CHERRY HILL, NJ 08003-3324

JOE MURPHY
853 TAMALPAIS AVE APT A207
NOVATO, CA 94947-3029

JOE SCHRAUT
1425 36TH ST SE
SAINT CLOUD, MN 56304-9506

JOEL BURNHAM
1307 BIRKENHEAD CT
DALLAS, TX 75204-6101

JOE O'NEILL
750 WOODBURY GLASSBORO RD
SEWELL, NJ 08080-4600

JOE SNEED
167 W CLIFFWOOD ST
LONGVIEW, TX 75603-7554

JOEL D SCHOTZ
3138 E WOODLAND DR
PHOENIX, AZ 85048-7702

JOE PARSONS
13335 OAKWOOD DR
HUDSON, FL 34669-1324

JOE SOLEM
2925 DRUID HILL DR
DES MOINES, IA 50315-2118

JOEL DURWOOD MORRIS JR
2 CROSSTIDE LN
BLUFFTON, SC 29910-4769

Joe Pellicane
733 North 5th Avenue
Addison, IL 60101

JOE THOMPSON
115 PARK CIR
OLD HICKORY, TN 37138-2636

JOEL FLEUREME
3380 NW 197TH TER
MIAMI GARDENS, FL 33056-2360

JOEL FORMAN
11260 OVERLAND AVE APT 9G
CULVER CITY, CA 90230-5532

JOEL R IVEC
14056 FLORENCE LN
NORTH ROYALTO, OH 44133-5287

JOELLEN BENECKE
5605 TUCKER ST
OMAHA, NE 68152-1839

JOEL FOSTER
4010 OAK RIDGE DR
BAYTOWN, TX 77523-8903

JOEL S KRINSKY
121 PERKINS ST
JAMAICA PLAIN, MA 02130-4348

JOELYN FEVURLY
17001 SPRINGDALE RD
LEAVENWORTH, KS 66048-7607

JOEL L BINENFELD
15 HERITAGE DR APT A
NEW CITY, NY 10956-5328

JOEL SALMAN
1530 PALISADE AVE APT 8D
FORT LEE, NJ 07024-5415

JOENE HEINKE
2940 CRUMB RD
COMMERCE TOWN, MI 48390-2874

JOEL L GETTS
6555 SAWTOOTH PASS
MIAMISBURG, OH 45342-1366

JOEL SILBEY PHD
105 JUDD FALLS RD
ITHACA, NY 14850-2715

JOHANN KRAMER
4684 AMARYLLIS ST
LIMA, OH 45807-2403

JOEL LANDSMAN
955 S SPRINGFIELD AVE UNIT 1
SPRINGFIELD, NJ 07081-3630

JOEL THOMAS MCMULLEN
1408 POINSETTA ST
METAIRIE, LA 70005-1031

JOHANNA ALLISON
353 TOWER CT
PEWAUKEE, WI 53072-3628

JOEL LEVY DSW
108 VIZCAYA ESTATES DR
PALM BEACH GA, FL 33418-1735

JOEL V BRIDGES
51 WILEY PL
CLARKS HILL, SC 29821-2045

JOHANNA MAGGARD
1031 E MEADE ST
RAPID CITY, SD 57701-5702

JOEL LILLIAN
52 STUART ST
WATERTOWN, MA 02472-1630

JOEL WIGGER
5595 ARROWHEAD DR
GREENFIELD, IN 46140-8924

JOHANNA MARIE [JONI] MARK
PO BOX 291
FRANKFORT, IL 60423-0291

JOEL LOVE GRIFFITH
PO BOX 45
NEESES, SC 29107-0045

JOELL JONES
2546 TOWN ROAD 213
INTERNATIONAL, MN 56649-8920

JOHANNA RAMSAY
2031 VISTA CAJON
NEWPORT BEACH, CA 92660-3911

JOEL MOORE HUNTER
725 LAKE JUNE RD
LAKE PLACID, FL 33852-8922

JOELLE M CORCORAN
12 RED MAPLE LN
BELLE MEAD, NJ 08502-5734

JOHN (JACK) LINCE
4645 MEEKISON DR
COLUMBUS, OH 43220-3038

JOHN [ALAN] PATTERSON
PO BOX 221193
ANCHORAGE, AK 99522-1193

JOHN [JACK] KOLLMANN
3510 VERNAL CT
MERCED, CA 95340-0689

JOHN A BENINATE
5635 PRATT DR
NEW ORLEANS, LA 70122-2644

JOHN [CHUCK] RIORDAN
27 TROUT BROOK AVE
MILTON, MA 02186-2503

JOHN [JACK] MAHONEY
2120 DUPORTAIL ST APT 3
RICHLAND, WA 99352-4068

JOHN A BOOTHBY MD
9 MAST RD
FALMOUTH, ME 04105-2409

JOHN [HARRY] WASHINGTON
342 E PARK AVE
HADDONFIELD, NJ 08033-1637

JOHN [JACK] MUELLERLEILE
9323 VISTA SERENA
CYPRESS, CA 90630-3019

JOHN A DIMARCO
1231 QUARTZ CT
WILLOUGHBY, OH 44094-5303

JOHN [JACK] COMER
4285 NE 27TH ST
DES MOINES, IA 50317-8813

JOHN [JACK] TANTON
901 CATON AVE
JOLIET, IL 60435-5907

JOHN A DYSTRUP
651 W KNOLL CREST DR
PEORIA, IL 61614-7116

JOHN [JACK] DORAN
1428 CORTEZ AVE
BURLINGAME, CA 94010-4711

JOHN [JACK] TAYLOR
PO BOX 367
GLOBE, AZ 85502-0367

JOHN A GERGELY
14350 RIDGE RD
NORTH HUNTING, PA 15642-6103

JOHN [JACK] GORMAN
95 GILLIGAN RD APT 115
EAST GREENBUS, NY 12061-1787

JOHN [JACK] WHITE
4223 EVERETT ST
KENSINGTON, MD 20895-3825

JOHN A GERM
6725 WATERFORD LN
MENTOR, OH 44060-4568

JOHN [JACK] HALPIN
224 SAN NICOLAS WAY
SAINT AUGUSTI, FL 32080-7710

JOHN [JACK] WILLARD
2020 LINDEN AVE
SOUTH PLAINFI, NJ 07080-5411

JOHN A GRANT
345 KOON STORE RD
COLUMBIA, SC 29203-9454

JOHN [JACK] HICKEY
39 MENDOCINO LN
NOVATO, CA 94947-2087

JOHN A ALMEIDA
66 OCEAN AVE
NEWPORT, RI 02840-6515

JOHN A GUINN JR
3842 CHESTERFIELD RD
ORION, MI 48359-1526

JOHN [JACK] KAHOUN
1400 RIVER RUN DR APT 119
WISCONSIN RAP, WI 54494-5428

JOHN A BAILY
1224 WOOD LILY CIR
LELAND, NC 28451-7686

JOHN A HAIGH
96 CRAFTS RD
CHESTNUT HILL, MA 02467-1826

JOHN A HAJEK
605 EDWARD DR APT 327
ROMEOVILLE, IL 60446-6523

JOHN A ROBINSON
4905 E 111TH ST
GARFIELD HEIG, OH 44125-2234

JOHN ALLEN
1000 DALLAS ST
ITALY, TX 76651-3864

JOHN A HODGES JR
1221 MELODY DR
METAIRIE, LA 70002-1911

JOHN A ROCK
4546 W 144TH ST
CLEVELAND, OH 44135-2806

JOHN ALLEN ANTHONY
2048 BERRYHILL RD
CORDOVA, TN 38016-5312

JOHN A MADER
1986 SONGBIRD CT
HENDERSON, NV 89012-3289

JOHN A SALWAY
2318 MCDONALD BLVD
FLORENCE, SC 29506-8320

JOHN ALPHENAAR
44439 N SHORE DR
PAW PAW, MI 49079-9026

JOHN A MERRIAM
13727 EVANSWOOD
SAN ANTONIO, TX 78233-4993

JOHN A VELDT
7921 OWEN DR
KALAMAZOO, MI 49009-9007

JOHN ALTHOUSE
380 RIDGE AVE
EPHRATA, PA 17522-2556

JOHN A MIGNOT
220 SARAH AVE
PLACENTIA, CA 92870-1937

JOHN A VIGIL
361 THOMPSON DR
MESQUITE, NV 89027-6152

JOHN ANTHONY
1656 FINCHES GARDEN RD
BETHLEHEM, PA 18015-1907

JOHN A MURRAY
3440 COUNTY ROAD 9
BRYAN, OH 43506-9708

JOHN A WILLHARDT
2941 S LANSING WAY
AURORA, CO 80014-3009

JOHN ANTHONY MIZII JR
420 PICKET POST LN
PHOENIXVILLE, PA 19460-5623

JOHN A PARMI
1018 RUTHERGLEN DR
COLUMBUS, OH 43235-4594

JOHN A WOLFE
2838 SAXE RD
MOGADORE, OH 44260-9462

JOHN ARMSTRONG
206 REED AVE
VERSAILLES, OH 45380-1116

JOHN A RAY
1919 BRANDVILLE RD
KNOXVILLE, TN 37924-1880

JOHN ABBOTT
6640 W BELDEN AVE
CHICAGO, IL 60707-3471

JOHN ARNETT
6326 OUTLOOK DR
MISSION, KS 66202-4214

JOHN A REICHARD JR
724 EDISON RD
DAUPHIN, PA 17018-9359

JOHN ACKERMAN MD
5971 SCOTT CT
GOLETA, CA 93117-2173

JOHN ARTEL [JACK] LOUGH
15020 CHESTNUT ST
BASEHOR, KS 66007-9711

JOHN ASH
338 W COUNTY ROAD 125 N
GREENCASTLE, IN 46135-8196

JOHN B ABJANIC
11423 ALMAZON ST
SAN DIEGO, CA 92129-1103

JOHN B COFFER
4300 CHATEAU BLVD APT B
KENNER, LA 70065-1966

JOHN B RHODEN
302 SHARON AVE
HAMPTON, SC 29924-3840

JOHN BAKER
9950 WINCHESTER WOOD
NAPLES, FL 34109-1666

JOHN BALKEMA
5300 E ML AVE
KALAMAZOO, MI 49048-8564

JOHN BALTHES
1757 EL VISTA CIR
ARCADIA, CA 91006-1660

JOHN BARKER
6 DORA LN
HOLMDEL, NJ 07733-1622

JOHN BASS
1316 BEYER DR
INTERNATIONAL, MN 56649-2559

JOHN BEDARD JR
1924 MULBERRY ST
WATERLOO, IA 50703-5046

JOHN BENDER
114 SUNGLOW DR
ELIZABETH, PA 15037-2840

JOHN BERGER
8929 SAINT PETERS RD
VERSAILLES, OH 45380-9573

JOHN BERRY ROBERTSON
1886 LONG BRANCH RD
DAHLONEGA, GA 30533-6126

JOHN BOONZAAIJER
4329 COLE AVE
DALLAS, TX 75205-4439

JOHN BRUNO
18 WOODHOLLOW RD # 647
GREAT RIVER, NY 11739-3000

JOHN BURCHARD
13421 PARKER CIR
OMAHA, NE 68154-3828

JOHN BURKE
113 LAKESIDE DR
LAKEVILLE, PA 18438-6791

JOHN BUTLER
673 BEAUFAIN ST SW
SUPPLY, NC 28462-2692

JOHN BUTLER
140 PUEBLO LN
OPELOUSAS, LA 70570-0321

JOHN BYRNE
6008 WILLOW SPRINGS RD
LA GRANGE HIG, IL 60525-3773

JOHN C [JACK] BROOKMAN
1109 NORTHWOLD ST
LIMA, OH 45801-3511

JOHN C BARNARD
7526 WOODSTOCK RD
SAINT LOUIS, MO 63135-3440

JOHN C BENTZ PHD
237 LOUISE DR
MORRISVILLE, PA 19067-4829

JOHN C BLESSING
2611 S KELLOGG ST
KENNEWICK, WA 99338-1930

JOHN C DOMMERMAN
613 S 2ND ST
KEOKUK, IA 52632-5710

JOHN C FAZZONE
6089 CEDARWOOD RD
MENTOR ON THE, OH 44060-2963

JOHN C JACKSON
118 N ESSEX AVE
NARBERTH, PA 19072-2206

JOHN C MCDONALD
17290 WHITNEY RD
MONTVILLE, OH 44064-9777

JOHN CARSON
696 ROSEWOOD LN
LAYTON, UT 84041-4251

JOHN COOK
5139 OAKMONT DR
LYNDHURST, OH 44124-2720

JOHN C MORGAN
90 BANK ST
MIDLAND PARK, NJ 07432-1702

JOHN CASWELL
47 BLISS MINE RD
NEWPORT, RI 02840-2309

JOHN COOK III
6547 LINDENHURST
KALAMAZOO, MI 49009-6155

JOHN C PETERS
7667 E 45TH ST N
BEL AIRE, KS 67226-8834

JOHN CATES
PO BOX 142
SANDGAP, KY 40481-0142

JOHN COONEY
933 FANNIN LOOP
TEMPLE, TX 76501-1246

JOHN C PUHGER
6629 EL GRECO AVE
FORT WORTH, TX 76133-5629

JOHN CECIL BILLINGSLEY JR
PO BOX 433
NEWBERRY, SC 29108-0433

JOHN COPELAND MD
5860 CLAYTON RD
CLAYTON, CA 94517-1152

JOHN C THOMPSON
704 N MAIN ST
CLAYTON, NJ 08312-1246

JOHN CHALMERS DIAL
125 DIAL LN
MONCKS CORNER, SC 29461-5930

JOHN COSTELLO
9636 E ARROWVALE DR
SUN LAKES, AZ 85248-7680

JOHN C UNDERSANDER
8503 OLD HIGHWAY RD N
SAINT CLOUD, MN 56301-9493

JOHN COKER
5514 NICKLE RD
KNOXVILLE, TN 37921-2227

JOHN CRAVEN
4200 PONDEROSA RD
BIG SPRING, TX 79720-7148

JOHN C WEISMANN
3683 SUN TER
WHITE BEAR LA, MN 55110-4933

JOHN COLLINS
380 FERNWAY DR
CENTRAL, SC 29630-9717

JOHN D [DALLAS] MCAMIS
3434 WILSON ST
CUYAHOGA FALL, OH 44221-1022

JOHN C WICKMAN
6308 FARGO AVE
LAS VEGAS, NV 89107-1398

JOHN CONRAD
639 BRUMFIELD RD
LANCASTER, OH 43130-2801

JOHN D [SHUG] HORTON
215 WELSH ST
CAMDEN, SC 29020-1521

JOHN CAHILL
39 DERMOT DR
NEW GLOUCESTE, ME 04260-2608

JOHN CONVERY
77 W 32ND ST
BAYONNE, NJ 07002-2852

JOHN D ANDERSON
430 E LANCASTER AVE APT A4
ST DAVIDS, PA 19087-4313

JOHN D ANELLO JR
10109 N LEE CT
MEQUON, WI 53092-5450

JOHN D MATTHEWS
1769 STAFFORD RD
JACKSONVILLE, FL 32208-3127

JOHN DAN GREENWAY
45 HILL ST
STATESBORO, GA 30458-4850

JOHN D BEEBE
850 MAYVIEW WAY
LIVERMORE, CA 94550-5804

JOHN D MCDONALD
3954 BENNIGAN LN
DULUTH, GA 30097-8139

JOHN DAVID BLANK
2241 E 70TH ST
BROOKLYN, NY 11234-6505

JOHN D CHANEY
3002 EAGLE CT
MISSOURI CITY, TX 77489-3024

JOHN D MEYER
1414 8TH AVE N
SAINT CLOUD, MN 56303-1905

JOHN DAVID BOWERS
1303 MARTIN ST
EAST EARL, PA 17519-9712

JOHN D CRUME JR
10401 W 91ST ST
OVERLAND PARK, KS 66214-2029

JOHN D MILLER
PO BOX 54
CASANOVA, VA 20139-0054

JOHN DAVID DEJAK
125 E 196TH ST
EUCLID, OH 44119-1033

JOHN D FAVILLE
5809 FERGE ST
WESTON, WI 54476-3513

JOHN D MOORE
5641 RIDGE RD
CORTLAND, OH 44410-9746

JOHN DAVID RAIHL
600 TIMBER TRAIL DR APT 604
LAFAYETTE, IN 47905-4651

JOHN D HEMENWAY
4816 RODMAN ST NW
WASHINGTON, DC 20016-3237

JOHN D MURNANE
10 MARIAN PL
MILLWOOD, NY 10546-1135

JOHN DAVID YOUNT
3000 LONDON RD
DULUTH, MN 55804-2006

JOHN D HOSFORD SR
823 TRINITY DR
NEWTON, KS 67114-1565

JOHN D NICOLINO
2910 E 16TH ST APT G223
DES MOINES, IA 50316-1927

JOHN DAVIS
2012 MANCHESTER ST
BEECH ISLAND, SC 29842-8669

JOHN D LONGANACRE
RR 1 BOX 12E
FORT SPRING, WV 24970-7700

JOHN D RICH
31001 ARLINGTON CIR
BAY VILLAGE, OH 44140-1008

JOHN DEARMAN
217 UPPER TER
SAN FRANCISCO, CA 94117-4515

JOHN D MAHER
9 MAIN ST
HAMPTON, NJ 08827-2768

JOHN D WALLS
PO BOX 261
RANIER, MN 56668-0261

JOHN DEININGER
417 VIA LIDO NORD
NEWPORT BEACH, CA 92663-4926

JOHN DEJONG
8113 CORNWALL RD
OXFORD, NC 27565-8048

JOHN E BAKER
8727 58TH ST NE
DEVILS LAKE, ND 58301-9513

JOHN E HALLBERG
823 ORCHARD VIEW DR
ROYAL OAK, MI 48073-3369

JOHN DICK
5519 MEANDERING RD
RIVER OAKS, TX 76114-2807

JOHN E BING
6100 108TH ST
NOBLE, OK 73068-7610

JOHN E HILLMAN
6320 N 48TH ST
OMAHA, NE 68104-1362

JOHN DICKINSON
933 GREENFIELD DR UNIT G
EL CAJON, CA 92021-3218

JOHN E BRITTAIN PE
337 SOUTHPOINT DR
LEXINGTON, KY 40515-4760

JOHN E HOLMAN
230 W KIMBERLY DR
HENDERSON, NV 89015-7848

JOHN DOMINGOES
106 LISA TER
PORTSMOUTH, RI 02871-2602

JOHN E BROWN
12 CLOVER ST
WATERBURY, CT 06706-2201

JOHN E KEITER
12 FRANKLIN DR
SOMERS POINT, NJ 08244-1616

JOHN DONOVAN
2645 LESLIE RD
SANTA ROSA, CA 95404-9607

JOHN E CARLSON
1024 10TH ST
INTERNATIONAL, MN 56649-2846

JOHN E KELLY
12 CLEVELAND ST
ALBANY, NY 12206-1419

JOHN DOTY JR
17 UNION ST
JAMESTOWN, RI 02835-1216

JOHN E CELESTIN JR
688 OWNBY DR
GATLINBURG, TN 37738-5767

JOHN E LIETZ
518 RANGER ST
MOSINEE, WI 54455-1813

JOHN DURANT
312 E 5TH ST APT 1
MONTICELLO, IA 52310-1240

JOHN E COOLEY
249 E LESTER AVE
FRESNO, CA 93720-1613

JOHN E LLOYD
10512 W SARATOGA CIR
SUN CITY, AZ 85351-2213

JOHN E A TURNER
10225 BONITA CT
CLERMONT, FL 34711-7208

JOHN E EVERITT
3176 STATE ROUTE 44
ALLENWOOD, PA 17810-9119

JOHN E MCCARTHUR
4679 CURTIS AVE
OMAHA, NE 68104-1374

JOHN E ANDREWS
67 MAHER AVE
GREENWICH, CT 06830-5616

JOHN E GARLAND
27 SPAFFORD RD
MILTON, MA 02186-4408

JOHN E MECKISIS
9011 WALTER AVE
LOUISVILLE, KY 40229-1043

JOHN E MOYERS
911 E DAVENPORT ST
IOWA CITY, IA 52245-3010

JOHN E VERA
1536 OSAGE ST
SIDNEY, NE 69162-2142

JOHN EUGENE FLOWERS
708 N CANAL ST
JEFFERSON, TX 75657-1514

JOHN E PANCURAK
1448 HUBER ST
MCKEESPORT, PA 15133-3410

JOHN E WILLKOMM
31700 MEADOW LARK WAY
PEPPER PIKE, OH 44124-5506

JOHN EVERETT MADISON
457 LUPINE WAY
OCEANSIDE, CA 92057-8547

JOHN E PRICE
2251 220 RD
MANKATO, KS 66956-2346

JOHN E WRIGHT
1369 S MAPLE AVE
FAIRBORN, OH 45324-3553

JOHN EVERETT MORGAN
46 WOODLAND RD
NORWOOD, MA 02062-4756

JOHN E SAUNDERS
5520 BARNHOLLOW RD
NORFOLK, VA 23502-3629

JOHN EDMUNDSON
4267 DELMAR DR
MONTGOMERY, AL 36109-2501

JOHN F [JACK] MC CLOSKEY JR
16 LOUVAINE PL
DALY CITY, CA 94015-2024

JOHN E SCHEXNAYDER
1408 BUTTERNUT AVE
METAIRIE, LA 70001-3342

JOHN EDWARD COPELAND SR
3932 LONG POINT BLVD
PORTSMOUTH, VA 23703-5337

JOHN F BRADLEY
617 TAMIAMI TRL N LOT 109
VENICE, FL 34285-6027

JOHN E SLATER
2714 N GOLF DR
PEORIA, IL 61604-2361

JOHN EDWARD LOCHTE
1266 MASTERS DR
ARNOLD, MD 21012-2328

JOHN F CEDERSTROM
PO BOX 452573
GROVE, OK 74345-2573

JOHN E STICKLING
5415 NOYES AVE
CHARLESTON, WV 25304-2219

JOHN EHRHARDT
8128 S BEDFORD RD
FLORAL CITY, FL 34436-3119

JOHN F COUPLAND
236 RIDGE RD
BROWNS MILLS, NJ 08015-4513

JOHN E SUTHERS
839 MERIWEATHER DR
SAVANNAH, GA 31406-3267

JOHN ELEK
11243 FAIRWAY DR
STERLING HEIG, MI 48312-4941

JOHN F DAVIES
441 OLD JACKS RUN RD
NORTH HUNTING, PA 15642-4116

JOHN E VADALA JR
PO BOX 390
NOTTINGHAM, NH 03290-0390

JOHN ERICKSEN
34453 S DAVY LN
WILMINGTON, IL 60481-9330

JOHN F GOLDSWORTHY
13712 W PARK SCHOOL RD
PRINCEVILLE, IL 61559-9645

JOHN F HARTNETT
2419 SMALLMAN ST
PITTSBURGH, PA 15222-4675

JOHN F MOHR
11 SALVADOR WAY
SAN RAFAEL, CA 94903-1818

JOHN FLANAGAN
27750 PARKVIEW DR
EUCLID, OH 44132-1346

JOHN F HARVEY
4520 MEDFORD CT
VIRGINIA BEAC, VA 23456-7114

JOHN F OLDEN
PO BOX 290
PEARBLOSSOM, CA 93553-0290

JOHN FLATH
473 MOTLOW COLLEGE RD
WARTRACE, TN 37183-8029

JOHN F JACOBY
84-710 KILI DR APT 1618
WAIANAE, HI 96792-1553

JOHN F PEABODY
394 3RD BEACH RD
MIDDLETOWN, RI 02842-5773

JOHN FLATLEY
1440 CERRO VERDE
SAN JOSE, CA 95120-4909

JOHN F KENNEDY HIGH SCHOOL
TAYLOR SCHOOL DISTRICT ALUMN
13505 KENNEDY DRIVE
TAYLOR, MI 48140

JOHN F PRINGLE
PO BOX 268
WINDHAM, NY 12496-0268

JOHN FLYNN
48 FARMSTEAD LN
WEST SIMSBURY, CT 06092-2413

JOHN F KENNEDY HIGH SCHOOL
c/o CAROLINE PATTS
13505 KENNEDY DRIVE
TAYLOR, MI 48140

JOHN F SCHOEDEL
1428 CROOKED CREEK PKWY
FORT WAYNE, IN 46845-2305

JOHN FOLEY
8619 TIA CHRISTINA DR NW
ALBUQUERQUE, NM 87114-5749

JOHN F LALA
1697 VELA CV
SLIDELL, LA 70458-6219

JOHN F WELTY
PO BOX 355
CARPINTERIA, CA 93014-0355

JOHN FULMER
4829 WALNUT GROVE CT
JACKSONVILLE, FL 32225-1069

JOHN F LENEHAN
9883 WINDING GREEN WAY
CENTERVILLE, OH 45458-6010

JOHN FELDKAMP
50635 MOHAWK DR
GRANGER, IN 46530-7571

JOHN FURSTENBERG
11006 N 62ND ST
OMAHA, NE 68152-1471

JOHN F MCCARTHY
1404 BRIDLE CT
YARDLEY, PA 19067-3934

JOHN FETT
5225 COMANCHE WAY
MADISON, WI 53704-1019

JOHN G [GERRY] BOLEK
104 QUEENS XING
CENTERVILLE, OH 45458-4273

JOHN F METRICK
24123 W OAK LN
JOLIET, IL 60404-7607

JOHN FIETKIEWICZ
806 HARDING ST
WESTFIELD, NJ 07090-1332

JOHN G CRAVEN
6445 FAR HILLS AVE
DAYTON, OH 45459-2725

JOHN G DENGEL
PO BOX 712
BYNUM, AL 36253-0712

JOHN GILBERT WYNN
1634 MYRTLE ST NW
WASHINGTON, DC 20012-1130

JOHN H FRY
10 RIDGE AVE
EPHRATA, PA 17522-2547

JOHN G HONDROS
4140 EXECUTIVE PKWY.
WESTERVILLE, OH 43081

JOHN GILLESPIE
125 N HIGHVIEW AVE
ADDISON, IL 60101-3535

JOHN H GARNER
1858 BURLEY RD
ANNAPOLIS, MD 21409-6016

JOHN G HUMMEL
14140 S US HIGHWAY 441
SUMMERFIELD, FL 34491-3455

JOHN GLYNN
1544 COVINGTON AVE
WESTLAKE VILL, CA 91361-1513

JOHN H GEORGE
432 VISTA WAY
CHULA VISTA, CA 91910-4930

JOHN G LEOMBRUNO
158 DEAN ST
NORWOOD, MA 02062-4784

JOHN GRABAVOY
10 DINOSAUR RD
WILMINGTON, IL 60481-8798

JOHN H GIVENS
110 S WOODRUM ST
PEARISBURG, VA 24134-1738

JOHN G NEWTON
241 TALON TRAIL LN
ETOWAH, NC 28729-7762

JOHN GRINBERG
628 N 13TH ST
BLAIR, NE 68008-1308

JOHN H GRIM
PO BOX 4152
PAWLEYS ISLAN, SC 29585-4152

JOHN G OLSEN
44129 CAROLSIDE AVE
LANCASTER, CA 93535-3532

JOHN GRISWOLD
9628 N 29TH ST
OMAHA, NE 68112-1524

JOHN H HEATH
2512 MESQUITE ST
DENTON, TX 76201-0872

JOHN GARRITY
16 OLD ENGLISH WAY
WAPPINGERS FA, NY 12590-1210

JOHN GULA
349 SALINE ST
PITTSBURGH, PA 15207-1031

JOHN H KONING
7 OAK RD
WATERFORD, CT 06385-3421

JOHN GARY HARVEY
15 TUSCARORA AVE
BEAUFORT, SC 29907-1107

JOHN H BEDENBAUGH
63 SUGGS RD
HATTIESBURG, MS 39402-3639

JOHN H LOVELL
3427 DANBURY DR
AMARILLO, TX 79109-4069

JOHN GIANNINI
3014 S 23RD ST
NEW CASTLE, IN 47362-2015

JOHN H CUNNINGHAM
416 HARBOR LGTS
TINTON FALLS, NJ 07753-7723

JOHN H MACUCH
1859 OHIO AVE
AUGUSTA, GA 30904-5326

JOHN H MCINTOSH
7112 E DUNKERTON RD
DUNKERTON, IA 50626-9703

JOHN HALMAN
2101 DEWEY RD
ASHTABULA, OH 44004-9146

JOHN HEGARTY
44865 RIVERGATE DR
CLINTON TOWNS, MI 48038-1385

JOHN H MCMILLON
325 S CAROLINE ST
DAYTONA BEACH, FL 32114-4607

JOHN HALSTEAD
4696 2ND PL SE
SALEM, OR 97302-4931

JOHN HEINLEIN III
4627 PLAPORT ST
PITTSBURGH, PA 15207-2155

JOHN H REISNER
PO BOX 475
HADDONFIELD, NJ 08033-0425

JOHN HAMELINK MD
3508 E EDWARD CT
BLOOMINGTON, IN 47401-4408

JOHN HEINZMAN
15824 N BROUGHAM DR
CHILLICOTHE, IL 61523-9471

JOHN H ROLLER
901 STONY CREEK RD
LYNCH STATION, VA 24571-2062

JOHN HAMMER
2914 GLENN AVE
SIOUX CITY, IA 51106-2723

JOHN HENCH
5151 PAES RD
NEW HOLLAND, PA 17557-9583

JOHN H TOLE
3803 PATRICIAN DR
PHILADELPHIA, PA 19154-3411

JOHN HAMMOND
285 S 172ND DR
GOODYEAR, AZ 85338-6072

JOHN HENRIQUE
844 HIBERNIA FOREST DR
FLEMING ISLAN, FL 32003-4502

JOHN H VAN BLARGAN
2136 CHARLES CT
AVON, OH 44011-1678

JOHN HARMAN
3011 HAYDEN RD APT 406
COLUMBUS, OH 43235-7257

JOHN HIESTAND
2526 MOUNT GRETNA RD
ELIZABETHTOWN, PA 17022-9597

JOHN H WOOD
6123 CUMBERLAND PL
STOCKTON, CA 95219-3821

JOHN HARRISON
937 LINDA FLORA DR
LOS ANGELES, CA 90049-1630

JOHN HOFFMAN
418 ARCHDALE AVE
CUYAHOGA FALL, OH 44221-2206

JOHN HACKELING
123 MARINERS WAY
COPIAGUE, NY 11726-5111

JOHN HASTER
22683 ALCALDE RD
CUPERTINO, CA 95014-3903

JOHN HOFFSTATTER
2326 3RD ST
MOLINE, IL 61265-5101

JOHN HALE
8473 KAEHLERS MILL RD
CEDARBURG, WI 53012-9759

JOHN HEATH
3060 RED BERRY CIR
EFFINGHAM, SC 29541-4943

JOHN HOLCOMB
3363 ALICE RD
VINTON, OH 45686-8890

JOHN HUNTER
376 WOOD ACRES DR
EAST AMHERST, NY 14051-1661

JOHN J CAMPO JR
PO BOX 306
NEWMAN LAKE, WA 99025-0306

JOHN J SKINNER
186 SPEEN ST
NATICK, MA 01760-2557

JOHN J [JACK] DONOHUE
40 RIVER RD
PAWCATUCK, CT 06379-2061

JOHN J DUGAN JR
156 OPENING HILL RD
MADISON, CT 06443-1952

JOHN J SMALLWOOD
510 ELYSIAN FIELDS DR
OAKLAND, CA 94605-5010

JOHN J [JACK] DUNNE
23 KENSINGTON RD
MADISON, NJ 07940-2318

JOHN J FORTUNA JR
7486 SOUTHLAND DR
MENTOR ON THE, OH 44060-3231

JOHN J SMUDA
2973 COUNTY ROAD 2 N
INTERNATIONAL, MN 56649-9156

JOHN J [JACK] RIEHL JR
8205 GRAPE VIEW CT NE
ALBUQUERQUE, NM 87122-1009

JOHN J HILL
309 DIGUISEPPE DR
BRISTOL, PA 19007-4450

JOHN J VALUE
2310 TIMEA ST
KEOKUK, IA 52632-2759

JOHN J BEATTY
2983 BEDFORD AVE
BROOKLYN, NY 11210-2831

JOHN J JECK
61161 E 340 RD
GROVE, OK 74344-8217

JOHN J WILLIAMS
104 HIGHLAND CT
DOUGLASSVILLE, PA 19518-9240

JOHN J BOGANSKY
72 QUEEN LILY RD
LEVITTOWN, PA 19057-1914

JOHN J KIRK
1093 E 64TH ST
CLEVELAND, OH 44103-1653

JOHN J ZAMORA
4420 CONLIN ST STE 101
METAIRIE, LA 70006-2167

JOHN J BORAWSKI
50 EISENHOWER AVE
SPOTSWOOD, NJ 08884-2307

JOHN J LIBBY JR
44 SQUIRREL DR
AUBURN, NH 03032-3953

JOHN JAGO
7 TIBY PL
MONMOUTH JUNC, NJ 08852-3036

JOHN J CAHILL
37407 PARK AVE
WILLOUGHBY, OH 44094-6050

JOHN J RAKIEWICZ
660 W HIGHLAND AVE
SIERRA MADRE, CA 91024-1612

JOHN JAMES TROY
1217 HACHITA DR
LAS CRUCES, NM 88012-6262

JOHN J CALAMIA
1206 N WHITE ST APT 5
NEW ORLEANS, LA 70119-3343

JOHN J SHULER
106 SILVER SPGS
UNIVERSAL CIT, TX 78148-3530

JOHN JARESS
5706 FLATROCK RD
HOAGLAND, IN 46745-9607

JOHN JASPER HILL
5752 WILL RUTH AVE
EL PASO, TX 79924-5415

JOHN KELLY
16975 STATE ROUTE 93
PEDRO, OH 45659-8741

JOHN KUNKLE
305 N 12TH ST
ATCHISON, KS 66002-2337

JOHN JOSEPH FERRIERA
74 NEWPORT AVE
MIDDLETOWN, RI 02842-5821

JOHN KING
1194 IDYLBERRY RD
SAN RAFAEL, CA 94903-1128

JOHN L APPLEGATE
1600 HATCHER CIR
PAGOSA SPRING, CO 81147-8882

JOHN K BRAY
375 LARCHWOOD DR
WARWICK, RI 02886-9537

JOHN KINLE
2268 S MOUNT PLEASANT RD
GREENBRIER, TN 37073-4858

JOHN L BUCKNER
13526 NEW HOPE CHURCH RD
BENTON, IL 62812-6834

JOHN K DOUGHERTY
1676 ELKCAM BLVD
DELTONA, FL 32725-3905

JOHN KNOLL
2219 BURPEE DR
JACKSONVILLE, FL 32210-3728

JOHN L CLAY JR
3784 FARMRIDGE RD
KEITHVILLE, LA 71047-9547

JOHN K NORMAN
920 CORAL LN
ANCHORAGE, AK 99515-3767

JOHN KOMORNY
5410 SE HULL AVE
PORTLAND, OR 97267-6609

JOHN L COLL
326 CONSTITUTION DR
PITTSBURGH, PA 15236-4468

JOHN KAIN
6324 ENCANTADO CT W
ROCKFORD, MI 49341-9621

JOHN KORN
23 WOODSTONE RD
BASKING RIDGE, NJ 07920-1515

JOHN L FOX
5400 B ST
LITTLE ROCK, AR 72205-3404

JOHN KALB
18803 90TH PL W
EDMONDS, WA 98026-5916

JOHN KRANCI
3001 COYOTE CIR
CLAYTON, CA 94517-1940

JOHN L JURANKO
395 DUMBARTON BLVD
RICHMOND HEIG, OH 44143-1749

JOHN KAMMERMEYER MD
116 FERSON AVE
IOWA CITY, IA 52246-3504

JOHN KRANTZ
1622 HAWK VIEW DR
ENCINITAS, CA 92024-1251

JOHN L MAGNANI
12216 TRIPLE CROWN RD
NORTH POTOMAC, MD 20878-3785

JOHN KEISER JR
501 FRAZIER DR
SANFORD, NC 27332-6021

JOHN KREMZAR
2519 BOOKSIN AVE
SAN JOSE, CA 95125-4802

JOHN L MAHAN
1713 HEIDEN AVE
CREST HILL, IL 60403-2029

JOHN L RILEY
5800 CENTRAL AVENUE PIKE APT
KNOXVILLE, TN 37912-2637

JOHN LOCKHART HORSLEY
8135 W 78TH ST
OVERLAND PARK, KS 66204-2612

JOHN M EGGEMEYER
PO BOX 2416
RANCHO SANTA, CA 92067-2416

JOHN L SWORSKI
4307 DUBLIN DR
SAINT CLOUD, MN 56301-8554

JOHN LONG
907 YORKSHIRE DR
LIMA, OH 45804-3382

JOHN M FORGUE
26 BELLINGER CT
REISTERSTOWN, MD 21136-3069

JOHN LANGLEY
2402 BROADWAY ST SW
ALBANY, OR 97321-7564

JOHN LOTHROP
38 UNION ST
BELFAST, ME 04915-6728

JOHN M FRALEY
7708 E MANSLICK RD
LOUISVILLE, KY 40228-2446

JOHN LAYHER
260 MARK HANNAH CT
SALINE, MI 48176-1319

JOHN LOWDEN
129 JUSTICE GRICE
WILLIAMSBURG, VA 23185-5100

JOHN M GAGHAN SR
363 MEDWAY RD
HIGHLAND HEIG, OH 44143-3735

JOHN LESLIE JONES
11403 FAWNWAY DR
HOUSTON, TX 77048-2605

JOHN LUKONDI
39506 GLORYLAND DR
DADE CITY, FL 33525-1591

JOHN M HERGENRETHER
7860 AVENUE OF THE SUN
WHITE CITY, OR 97503-9509

JOHN LEUCHS JR
35 LONGFELLOW RD
NORTH BRUNSWI, NJ 08902-3450

JOHN LYLE
4917 RAVENSWOOD DR APT 550
SAN ANTONIO, TX 78227-4354

JOHN M KESTELL
50 PLEASANT VIEW DR
KALISPELL, MT 59901-7756

JOHN LIMPP
22796 OLD LINCOLN HWY
CRESCENT, IA 51526-4112

JOHN M [BOVI] BOVAIRD
809 PERUGIA
CIBOLO, TX 78108-1929

JOHN M KRENNERICH CPA
3322 GRANDWOOD BLVD
KENNER, LA 70065-3936

JOHN LINDER
3736 COTTAGE RESERVE RD NE
SOLON, IA 52333-9225

JOHN M BOLTS
206 ALLISON ST
SAN FRANCISCO, CA 94112-4311

JOHN M LANTZ
8010 E 300 S
AVILLA, IN 46710-9746

JOHN LIVINGSTON
15050 33RD RD
WETMORE, MI 49895-9574

JOHN M DICKINSON
4017 TORTOISE LN
FORT WORTH, TX 76135-5380

JOHN M MARKLEY
149 MURRY HILL DR
LANCASTER, PA 17601-4109

JOHN M MC ELVENEY
2921 HERMANOS ST
PASADENA, CA 91107-2761

JOHN MARION GILLISON
PO BOX 506
BUNN, NC 27508-0506

JOHN MCSWEENEY
1781 LAMBETH LN
CONCORD, CA 94518-3220

JOHN M NOE
30 GROVE AVE
EAST HANOVER, NJ 07936-1520

JOHN MARTIN
3211 WAKONDA CT
DES MOINES, IA 50321-2606

JOHN MICHAEL FAEHNER
3110 STONEY RIDGE RD
AVON, OH 44011-2204

JOHN M ORTH
1875 BLUE RIVER DR
LOVELAND, CO 80538-5026

JOHN MATTHEWS
141 VALLEYWOOD CIR
SMITHFIELD, NC 27577-9435

JOHN MICHAEL GOODLING
114 BROWN THRUSH RD
SAVANNAH, GA 31419-6009

JOHN M PURCELL
16 UNIVERSITY ST
ALBANY, NY 12205-3237

JOHN MC KEON
23 S LAKEMIST HARBOUR PL
THE WOODLANDS, TX 77381-3345

JOHN MONAHAN
596 EVERETT DR
DANVILLE, CA 94526-4217

JOHN M ROCK
5336 CHARLES PL
CLEVELAND, OH 44143-1958

JOHN MCALPINE HOYLE
702 COVINGTON ST
BOWLING GREEN, KY 42103-1646

JOHN MORRISON
16458 BOLSA CHICA ST # 17
HUNTINGTON BE, CA 92649-2603

JOHN M ROSE
4336 N ORIOLE AVE
NORRIDGE, IL 60706-1145

JOHN MCDONNELL
12541 VIA RAVENNA
BOYNTON BEACH, FL 33436-5851

JOHN MOYER
349 CAMERON AVE
MILTON, PA 17847-2001

JOHN M STATZER
509 S 19TH ST
RICHMOND, IN 47374-6501

JOHN MCELHANEY
2200 ROSS AVE STE 2200
DALLAS, TX 75201-2748

JOHN MULHALL
5222 25TH LN NW
OLYMPIA, WA 98502-1589

JOHN MANASSE
419 S DONALD AVE
ARLINGTON HEI, IL 60004-6933

JOHN MCMULLEN
1783 SMITH ST
YPSILANTI, MI 48198-6700

JOHN MULLINS
7204 PHEASANT RIDGE DR
INDIANAPOLIS, IN 46237-8647

JOHN MANOS [JACK] LAMBAKIS
1420 PLEASANT VIEW LN
CHOCTAW, OK 73020-7909

JOHN MCNAMARA
9819 E FIRE AGATE PL
TUCSON, AZ 85749-8167

JOHN MURPHY
125 DEVONSHIRE DR
WATERLOO, IA 50701-3826

JOHN N ARGOUDELIS
2509 S CHICAGO ST
JOLIET, IL 60436-8513

JOHN P BUTLER JR
3721 BIXLER ST
METAIRIE, LA 70001-3801

JOHN P SPECTOR
4517 N FREDERICK AVE
WHITEFISH BAY, WI 53211-1220

JOHN N FREY JR
898 LUTZ RD
LIMA, OH 45801-1138

JOHN P CROUCH
604 E HILLCREST DR UNIT 217
INDIANOLA, IA 50125-9079

JOHN P STOCKHAUSEN
3241 BRUSHWOOD CT
CLEARWATER, FL 33761-2303

JOHN N HATFIELD PHD
1802 N SAINT PETER AVE
OKLAHOMA CITY, OK 73141-3420

JOHN P DIEMER
812 OWLS PT
FORT WAYNE, IN 46825-2854

JOHN P THOMPSON
PO BOX 181
HADDAM, CT 06438-0181

JOHN NED SMITH
1490 NW 70TH PL
ANKENY, IA 50023-9040

JOHN P GUSTIN
109 NU ST
BELLE CHASSE, LA 70037-1411

JOHN PACK
6615 WATERFORD LN
SARASOTA, FL 34238-2639

JOHN NICHOLL
1164 CHURCHILL RD
LYNDHURST, OH 44124-1304

JOHN P LANGE
8654 60TH ST NE
WEBSTER, ND 58382-9686

JOHN PARKER
1103 FOUNTAIN VIEW CIR UNIT
HOLLAND, MI 49423-5635

JOHN NIELSON
4116 DUTCHER RD
GLADWIN, MI 48624-8944

JOHN P MACDONALD
5801 NE 116TH ST
VANCOUVER, WA 98686-4552

JOHN PATRICK WILSON
4838 FISCAL RD
GLEN ROCK, PA 17327-7891

JOHN NYKAMP
6485 QUEENS WAY
KALAMAZOO, MI 49009-9024

JOHN P MAHON ESQ
4406 SALISBURY PARK DR
EAST MEADOW, NY 11554-5534

JOHN PATTERSON
3318 TWIN OAKS DR
NAPA, CA 94558-5318

JOHN P BERG
5555 DEWEY HILL RD APT 101
EDINA, MN 55439-1956

JOHN P MEDEIROS
432 GRANDIFLORA CIR
AIKEN, SC 29803-8221

JOHN PEARSON
8520 PLAZIAK RD NW
RICE, MN 56367-4621

JOHN P BERGER
612 SOPHIA ST
RIVER RIDGE, LA 70123-1140

JOHN P MIHLBAUER
1269 KAINUI DR
KAILUA, HI 96734-1934

JOHN PELLERITI
6129 NORTHILL DR SW
OLYMPIA, WA 98512-2842

JOHN PEPIOT
651 E WARD ST
VERSAILLES, OH 45380-1439

JOHN PRICE
9597 HUNTINGTON PARK DR
STRONGSVILLE, OH 44136-2507

JOHN R DAWSON
2029 5TH ST SE
PUYALLUP, WA 98372-4612

JOHN PERDONI
16 ERICSON AVE
HELMETTA, NJ 08828-1109

JOHN PRICHARD
315 W LAKESHORE DR
STORM LAKE, IA 50588-1723

JOHN R DIPPEL
956 ANTON RD
PLYMOUTH, WI 53073-1439

JOHN PETERSEN
2030 LION MOUNTAIN LOOP RD
WHITEFISH, MT 59937-1637

JOHN PROFFITT
1320 JASPER DR
NORTH HUNTING, PA 15642-1538

JOHN R DUNAGAN
216 PLEASANT ACRES RD
DECATUR, AL 35603-5748

JOHN PETERSON
75 BEL AIR ST
KEOKUK, IA 52632-2927

JOHN QUEZADA
1127 OAK HILL RD
LAFAYETTE, CA 94549-3137

JOHN R DUNNE
183 KINGS RD
MADISON, NJ 07940-2231

JOHN PETROLIAS
4612 PRIOR DR
WILMINGTON, NC 28412-2247

JOHN R [RIGBY] CAREY
740 N PRESTON TRL
WICHITA, KS 67230-1505

JOHN R ERICKSON
714 E DIEHL AVE
DES MOINES, IA 50315-5306

JOHN PETTY
1145 HIGHWAY 49 E
CHARLOTTE, TN 37036-5432

JOHN R BARTHOLOMEW
7 HIGHLAND DR
HAMILTON, IL 62341-1010

JOHN R GARDNER
960 E ISABELLA AVE
MUSKEGON, MI 49442-4049

JOHN PHELPS
3770 HOLT RD
HOLT, MI 48842-9774

JOHN R BEDNAROFSKY
951 ELIZABETH ST
MCKEESPORT, PA 15133-2316

JOHN R GARRETT
1526 HOLIDAY LN
LYNCHBURG, VA 24504-4276

JOHN PODHAISKY
6744 BRADEN CIR
KERRVILLE, TX 78028-8001

JOHN R BICH
1514 HITHERFIELD DR
SUGAR LAND, TX 77498-2349

JOHN R GRANT
6680 N FARM ROAD 141
SPRINGFIELD, MO 65803-6087

JOHN PRESSLER
17 CREEKVIEW CT
SANTA ROSA, CA 95409-5301

JOHN R COOLEY
4030 WILDWOOD DR # 15
BOYNE CITY, MI 49712-8108

JOHN R GRAY
209 MIMOSA PARK DR
GOLDSBORO, NC 27534-3227

JOHN R HALL
PO BOX 1526
ALVIN, TX 77512-1526

JOHN R VANEK
904 W WASHINGTON ST
PONTIAC, IL 61764-1641

JOHN ROBERT CARSON
551 RITTENHOUSE BLVD
NORRISTOWN, PA 19403-3383

JOHN R HAMBLEN
4931 22ND AVE SW
NAPLES, FL 34116-6305

JOHN REEDY
44 QUARRY RD
MILTON, PA 17847-8980

JOHN ROBERT SMITH
13509 42ND AVE W
MUKILTEO, WA 98275-5932

JOHN R HANNAH
102 CASTLEOAKS DR
SAN ANTONIO, TX 78213-2303

JOHN RENK
N6502 PLANK CIR
GLENBEULAH, WI 53023-1164

JOHN ROSLEE
810 GLENWOOD AVE
INTERNATIONAL, MN 56649-3820

JOHN R KNOX
407 CARTER DR
MADISON, AL 35758-1209

JOHN REUBLIN
6372 HUDSON RD
COCOA, FL 32927-2208

JOHN ROSSI
747 ROCKY HILL RD
MURPHYS, CA 95247-9451

JOHN R MARN
272 HEATHER LN
EASTLAKE, OH 44095-1570

JOHN RICE
9446 CLIFF WAY ST
SAN ANTONIO, TX 78250-3928

JOHN ROY RODMAN
6340 TWIN PONDS LN
MOUNT AIRY, MD 21771-7471

JOHN R MCDADE
26360 HOLLYHOCK LN
WILMINGTON, IL 60481-9320

JOHN RICHARD MILES
1001 INDIGO AVE
CAYCE, SC 29033-3209

JOHN RUSSELL
1705 FAIRWOOD DR
CONCORD, CA 94521-1340

JOHN R MICHAEL
2139 CANTERBURY DR
BURLINGTON, NC 27215-4522

JOHN RICHARD TARANTO
13095 JOINER RD
FOLSOM, LA 70437-3411

JOHN S [JACK] AILEY
2416 S RIDGEWAY AVE
CHICAGO, IL 60623-3805

JOHN R SHELL
1703 W SPRING CREEK PKWY
PLANO, TX 75023-4304

JOHN RINELLA MD
4900 W BROWARD BLVD
PLANTATION, FL 33317-2047

JOHN S [JACK] CAMERON
134 W 5TH ST N
COTTONWOOD, MN 56229-2132

JOHN R TALBOT
1706 AUGUSTINE DR
THE VILLAGES, FL 32159-0024

JOHN ROBERT ALLEN
11991 SE MELBROOK WAY
CLACKAMAS, OR 97015-9210

JOHN S CARVER
6111 ROCKGLEN DR
SPRINGFIELD, VA 22152-1836

JOHN S CASIAS
16424 WOODGATE RD
MONTROSE, CO 81401-9574

JOHN S GORDON
2965 GOOD EARTH PL NE
IOWA CITY, IA 52240-8077

JOHN S STEVENSON
3679 PINEWOOD DR
WEST HOMESTEA, PA 15120-1367

JOHN SAHRADNIK
337 SILVER BAY RD
TOMS RIVER, NJ 08753-2450

JOHN SAMMONS
1408 CONCERT ST
KEOKUK, IA 52632-4018

JOHN SAMPSON
8620 SW 16TH CT
PEMBROKE PINE, FL 33025-3304

JOHN SCOBBA
2960 SONGBIRD DR
ATLANTIC BEAC, FL 32233-2315

JOHN SCORDILL III
17461 CHEF MENTEUR HWY
NEW ORLEANS, LA 70129-2510

JOHN SHANNON
1491 BARROWS GROVE RD
BUCKHEAD, GA 30625-1608

JOHN SICINSKI
17814 198TH AVE NE
WOODINVILLE, WA 98077-8854

JOHN SIMPSON
1401 BOUNDARY RD
GRANTS PASS, OR 97527-7203

JOHN SNAKENBERG
268 COVERED BRIDGE DR
FORT WORTH, TX 76108-9605

JOHN SNAKENBERG
268 COVERED BRIDGE DR
FT WORTH, TX 76108-9605

JOHN SOUTH
14626 DEARBORN ST
DOLTON, IL 60419-1506

JOHN STOLL
19552 DAVE WOOD RD
MONTROSE, CO 81403-9177

JOHN STREETER
78369 23RD ST
LAWTON, MI 49065-7655

JOHN SULLIVAN KENNY
2247 OAK RIDGE CT
REDDING, CA 96001-2444

JOHN SUTCLIFFE
1360 BROOK GLEN DR
SAN JOSE, CA 95129-4159

JOHN SWENSON
500 9TH AVE SE
ROSEAU, MN 56751-1641

JOHN T [JACK] TRAYNOR
PO BOX 838
DEVILS LAKE, ND 58301-0838

JOHN T BOONE
516 WASHINGTON ST
KEOKUK, IA 52632-2435

JOHN T DOTY
PO BOX 873
PALOS VERDES, CA 90274-0873

JOHN T ELLINGTON PE
5225 GLENMORE DR
LAKELAND, FL 33813-3019

JOHN T GLADISH
7455 ROUND MTN
SAN ANTONIO, TX 78255-1159

JOHN T LYBARGER
6219 HAVERFORD AVE
INDIANAPOLIS, IN 46220-2011

JOHN T LYON
38 PARK ST APT 18E
FLORHAM PARK, NJ 07932-1742

JOHN T MOORE
250 LAKE BLVD APT 234
BUFFALO GROVE, IL 60089-8209

JOHN T OLIVER
51 BASTIAN DR
MOUNT LAUREL, NJ 08054-3056

JOHN THOMAS
1 MOCCASIN TRL
LAKE HOPATCON, NJ 07849-1031

JOHN VRBENSKY
5795 WOOD VALLEY RD
KALAMAZOO, MI 49009-8230

JOHN T REITER
1333 LEWIS LN
COLORADO SPRI, CO 80915-2335

JOHN THOMAS
1551 N COUNTY ROAD 400 W
GREENCASTLE, IN 46135-7707

JOHN W [JACK] ALBERS
100 3RD AVE S UNIT 3404
MINNEAPOLIS, MN 55401-2730

JOHN T SHERMAN
1834 COURTNEY DR
NORTH AUGUSTA, SC 29841-2203

JOHN THOMPSON [JT] GREENE III
117 GREENE DR
SAINT GEORGE, SC 29477-7633

JOHN W [JACK] MOQUIN
170 MORRIS AVE
ATHENS, OH 45701-1947

JOHN T SHORT
3115 N COOL RD
LIMA, OH 45801-9744

JOHN TRET
24055 COLGATE ST
DEARBORN HEIG, MI 48125-1905

JOHN W [JACK] PADDON
16 NORTHBRIDGE PL
MORRISTOWN, NJ 07960-5744

JOHN T SKIME
PO BOX 388
UTICA, MN 55979-0388

JOHN TROWBRIDGE
477 HOAGLAND HILL RD
MOUNT WASHING, KY 40047-7523

JOHN W [JERSEY] HARRIS
179 AUTUMN FROST AVE
STATESVILLE, NC 28677-9058

JOHN T THOMASSON
89 HICKORY DR
COLLINSVILLE, VA 24078-2169

JOHN V GENDRICH
19195 ABBY AVE
EUCLID, OH 44119-1736

JOHN W [ROOSTER] PEAT
PO BOX 1351
BRIGHTON, MI 48116-7851

JOHN TALBOT HENRY JR
270 ROLLINGWOOD TRL
ALTAMONTE SPR, FL 32714-3413

JOHN V GRZENDA
215 ESSEX LN
NEW LENOX, IL 60451-1510

JOHN W BRISCOE
1302 CEDAR ST
KEOKUK, IA 52632-4232

JOHN TEETER
161 SE JAMES RD
SHELTON, WA 98584-9337

JOHN V VARGO PE
909 WARRIOR RUN BLVD
TURBOTVILLE, PA 17772-8650

JOHN W BRODIE
PO BOX 53
RUNNELLS, IA 50237-0053

JOHN TENPAS
3945 LAY ST
DES MOINES, IA 50317-4122

JOHN VERANTH
4460 ASHFORD DR
SALT LAKE CTY, UT 84124-2506

JOHN W BROWN MD
121 HEADWATER CIR
IRMO, SC 29063-8634

JOHN W DEMATTEO
16515 E LOST ARROW DR UNIT B
FOUNTAIN HILL, AZ 85268-4765

JOHN W KOLBERG
4407 W CLEVELAND AVE
MILWAUKEE, WI 53219-3211

JOHN W MORRIS
14402 W MONTE VISTA RD
GOODYEAR, AZ 85395-2332

JOHN W ENEVOLDSEN
127 TURKEY TRL
CLARKS HILL, SC 29821-3202

JOHN W LAPICKI
430 MASTICK AVE APT 1
SAN BRUNO, CA 94066-4435

JOHN W NUGENT
W278N2711 ROCKY POINT RD
PEWAUKEE, WI 53072-4334

JOHN W GAY
1940 BURLINGTON PIKE
BURLINGTON, KY 41005-8213

JOHN W LONG
340 FIELDGATE CIR
PAWLEYS ISL, SC 29585-6419

JOHN W RENTMEESTER
440 INDEPENDENCE PKWY APT 21
PLANO, TX 75075-8039

JOHN W HANLON
PO BOX 152
TIGERTON, WI 54486-0152

JOHN W LUTTMAN SR
125 DANIEL MOORE ST
PORTLAND, TX 78374-2301

JOHN W ROWE JR
15807 SANCTUARY DR
TAMPA, FL 33647-1073

JOHN W HONEYCOMB
4780 ASTON GARDENS WAY APT 2
NAPLES, FL 34109-3572

JOHN W MACKIN
20 BRIARCLIFF RD
MARLTON, NJ 08053-2906

JOHN W SMITH
3105 GALLS CREEK RD
GOLD HILL, OR 97525-9810

JOHN W JENKINS JR
7591 NW 140TH ST
CHIEFLAND, FL 32626-7989

JOHN W MCDONOUGH
940 HUNTERHILL DR
ROSWELL, GA 30075-4226

JOHN WAHLERT
8 YAHARA AVE
RUTHERFORD, NJ 07070-1050

JOHN W KENNEDY JR
30 MINTON AVE
CHATHAM, NJ 07928-2740

JOHN W MCDOWALL
5280 BIG ROCK CT
SAINT AUGUSTA, MN 56301-4631

JOHN WAKEWOOD
14 WARWICK AVE APT A
ALBANY, NY 12205-1922

JOHN W KETTERER
6549 SCOTTSDALE WAY
FRISCO, TX 75034-4015

JOHN W MCFARLANE
427 HOWELL AVE
BROOKSVILLE, FL 34601-2044

JOHN WARMAN
4707 LEVADA TER
ROCKVILLE, MD 20853-2261

JOHN W KNEPLEY
2735 MEADOW TREE DR
WHITE HALL, MD 21161-9507

JOHN W MOFFETT
69 JOHN GLENN DR
PHOENIXVILLE, PA 19460-1907

JOHN WASHINGTON-HAMMURABII
8715 STROELITZ ST
NEW ORLEANS, LA 70118-3343

JOHN WEAVER
4647 GRAND AVE S
MINNEAPOLIS, MN 55419-5411

JOHN WILLIAM [BILL] KIDD
1550 NORTHRIDGE TRCE
ALBERTVILLE, AL 35951-4248

JOHNA GAGNON
PO BOX 10413
ALEXANDRIA, VA 22310-0413

JOHN WEAVER
PO BOX 208
BROOKVILLE, OH 45309-0208

JOHN WOLDRIDGE
3200 HARRISON GULCH RD
PLATINA, CA 96076-9703

JOHNIE RAGSDAL
6511 N DAVIS LN
HOBBS, NM 88242-0884

JOHN WEBB
64 GENEBERN WAY
SAN FRANCISCO, CA 94112-1119

JOHN WOODS
9811 ROBIN ST
LA PORTE, TX 77571-2569

JOHNNIE L CHANCE
3462 HYDE PARK WAY
TALLAHASSEE, FL 32309-8206

JOHN WENBERG
10919 LAKEVIEW DR
WHITEHOUSE, OH 43571-9252

JOHN WOODY CORNWELL
1532 HARRINGTON ST
NEWBERRY, SC 29108-2818

JOHNNIE MARIE MCCLEARY
2380 S MACGREGOR WAY APT 2
HOUSTON, TX 77021-1162

JOHN WERNER
4241 15TH PL S
WISCONSIN RAP, WI 54494-6789

JOHN WURZEL
1001 CITY AVE UNIT E206
WYNNEWOOD, PA 19096-3904

JOHNNY ASBERY
1609 MARYLAND AVE
WOODBRIDGE, VA 22191-3632

JOHN WESTERKAMP
2422 BIRCH DR
RICHMOND, IN 47374-4637

JOHN YIRAK
605 S 154TH ST
OMAHA, NE 68154-2705

JOHNNY B BAER
602 BEARD AVE
DUMAS, TX 79029-4511

JOHN WHAPHAM
8288 DEEPWOOD BLVD UNIT 9
MENTOR, OH 44060-7752

JOHN YODER
25 AUGUSTA DR
GALENA, IL 61036-8684

JOHNNY CHAPMAN
PO BOX 875
JAL, NM 88252-0875

JOHN WILBORNE GOODWIN
PO BOX 515
COLUMBIA, SC 29202-0515

JOHN ZEBLECKAS RT
956 VICTOR ST
BRIDGEWATER, NJ 08807-1363

JOHNNY D ACHORD
333 NAIDA ST
PAMPA, TX 79065-5741

JOHN WILLIAM [BILL] EAVES
106 BRIARWOOD DR
BELTON, SC 29627-9537

JOHN ZENTZ
1910 BOLIN RD
NORTH AUGUSTA, SC 29841-2215

JOHNNY GIPSON
1405 FULLILOVE DR
BOSSIER CITY, LA 71112-3344

JOHNNY HUFFINE
504 BROOKS MILL CIR
HERMITAGE, TN 37076-4142

JOHNNY M GORDON
2126 E HIGHWAY 218
MONROE, NC 28110-7031

JOHNNY M WARREN SR
503 DWIGHT DR
PORTSMOUTH, VA 23701-4148

JOHNNY W MILLIGAN
42 LERIDA CIR
HOT SPRINGS V, AR 71909-3321

JOHNNYLU SKERVEN
531 PINE TREE DR
NEKOOSA, WI 54457-7584

JOHNY THORNTON
PO BOX 153
CARLTON, GA 30627-0153

JOIE M MADER
3453 BRIAR CREEK LN
CARMEL, IN 46033-4105

JOJANET LAUSTERER
10805 HORTON ST
OVERLAND PARK, KS 66211-1143

JOLAINE WRIGHT
713 BARTON ST
STORM LAKE, IA 50588-1528

JOLEEN DULL
1126 STEINMETZ RD TRLR 3
EPHRATA, PA 17522-2623

JOLEITA FELTE
1403 IVYWOOD DR
FLOWER MOUND, TX 75028-1336

JOLENE HIBSHMAN
173 DENVER RD
DENVER, PA 17517-9314

JOLENE WINTER
201 S VINE ST
HARRISON, OH 45030-1354

JOLIET CATHOLIC ACADEMY
c/o HOLLY SCORDO
1200 N. LARKIN AVE
JOLIET, IL 60435

JOLIET TOWNSHIP HIGH SCHOOL
DISTRICT 204 ALUMNI RELATION
201 E JEFFERSON ST
JOLIET, IL 60432

JOLIET TOWNSHIP HIGH SCHOOL
c/o LYNNE LICHTENAUER
201 E JEFFERSON ST
JOLIET, IL 60432

JON A ERCOLE
6484 W CIMARRON TRL
FLINT, MI 48532-2021

JON AHLQUIST
1212 WILLOWBROOK DR SE APT 3
HUNTSVILLE, AL 35802-3852

JON BURNHAM
10928 N RHONDA WAY
DUNLAP, IL 61525-9007

JON C FALK
3875 GREEN VALLEY DR
PITTSBURGH, PA 15235-4702

JON DAVID ARMANTROUT
201 CYPRESS POINT DR
MOUNTAIN VIEW, CA 94043-4875

JON E JENSON
5700 BROOKSIDE RD
INDEPENDENCE, OH 44131-6013

JON EGBERT
1118 S PARK AVE
HADDON HEIGHT, NJ 08035-1620

JON FRIEL
1030 E LANCASTER AVE APT 20
BRYN MAWR, PA 19010-1416

JON GRUBBS
1430 SANDSTONE DR APT 309
WHEELING, IL 60090-5923

JON J MILLIKEN
2334 LEON C SIMON DR
NEW ORLEANS, LA 70122-4326

JON LEE CLAPSADDLE
196 REDBUD CIR
MANCHESTER, TN 37355-3319

JON M STEEN
34 S BRISTOL OAK CIR
THE WOODLANDS, TX 77382-1216

JON W BRENIZER
908 S MANLIUS ST
FAYETTEVILLE, NY 13066-2521

JONATHAN K HAYWARD
3929 BALSAM DR
NICEVILLE, FL 32578-1143

JON MCCARNEY
5758 118TH AVE
CLEAR LAKE, MN 55319-9240

JON W COFFEY
306 FAIRVIEW AVE
IOWA CITY, IA 52245-4428

JONATHAN P [JON] GLASNER
305 E 86TH ST APT 19BW
NEW YORK, NY 10028-4760

JON MOXLEY
11005 BRIARWOOD TER NE
ALBUQUERQUE, NM 87111-5151

JON W SCHULZ
1335 S HUMBOLDT ST
DENVER, CO 80210-2316

JONATHAN SCHUTZ
9739 HOUSCHILT RD
YORKSHIRE, OH 45388-9738

JON R [JACK] KOHL
8 CATHY RD
HILLSDALE, NJ 07642-1905

JON YAMAOKA
247 CONWAY CT
SOUTH ORANGE, NJ 07079-1453

JONATHAN SCOTT BLACK
2813 W WAGON WHEEL DR
TUCSON, AZ 85745-3538

JON RANDALL [RANDY] KEENEY
24675 VALLEY VIEW DR
CANYON, TX 79015-8739

JONATHAN [JON] DROSTE
4950 BEECHWOOD RD
CINCINNATI, OH 45244-1038

JONATHAN T THOMPSON
10656 WREN ST NW
MINNEAPOLIS, MN 55433-4025

JON REUTER
531 8TH AVE NE
MINNEAPOLIS, MN 55413-2129

JONATHAN DANCH
PO BOX 518
RYE BEACH, NH 03871-0518

JONATHAN WARREN STEVEN
215 W COLLEGE ST
ALGONA, IA 50511-3109

JON S CASTLE
1825 MORNINGVIEW DR
YORKTOWN HEIG, NY 10598-5517

JONATHAN E BERGHOLZ
1418 PENNSYLVANIA AVE
PITTSBURGH, PA 15233-1419

JONATHAN WOJCIK
1400 THELMA TER
LINDEN, NJ 07036-5522

JON STOLFUS
633 S IOWA ST
SOLON, IA 52333-9248

JONATHAN HAMMETT CHASE
133 CARROLL AVE
NEWPORT, RI 02840-4300

JONATHAN WRIGHT
27022 SHAWNEE DR
PERRYSBURG, OH 43551-5400

JON W BAADE
3538 DEWEY AVE
OMAHA, NE 68105-1376

JONATHAN HAYES
4537 ANDREW JACKSON PKWY
HERMITAGE, TN 37076-1416

JONATHAN Z KAMHOLTZ
429 W CLIFF LN
CINCINNATI, OH 45220-1011

JONATHON MATTHEWS
12 HIGH VIEW TER
NEW FAIRFIELD, CT 06812-2705

JORETTA WEACHTER
418 MAPLE AVE
MANHEIM, PA 17545-8918

JOSEPH [SERB] VORKAPICH
813 HARTMAN ST
MCKEESPORT, PA 15132-1524

JONI ANN WALTERS
730 SE 9TH ST
ANKENY, IA 50021-3644

JORGE MORALES
7 HOLYOKE DR
DELRAN, NJ 08075-1603

JOSEPH A CERVINI
412 MOONRAKER DR
SLIDELL, LA 70458-5527

JONI GOLLUB
120 LOCUST LN
NEEDHAM, MA 02492-1014

JORLYN TONINATO
1108 11TH AVE
INTERNATIONAL, MN 56649-2825

JOSEPH A LIZZI
64 PHEASANT RDG
SCHENECTADY, NY 12309-2517

JONI M SANTULLI
154 CENTRAL ST
HALLOWELL, ME 04347-3122

JOSE ANTONIO RUANO
8909 NW 189TH TER
HIALEAH, FL 33018-6236

JOSEPH A MCELROY
83 WYSTERIA CT
TORRINGTON, CT 06790-2661

JONI WEISKOPF
N89W17889 DUKE ST
MENOMONEE FAL, WI 53051-1933

JOSE NIEVES
4810 DUNSMORE AVE
ASHTABULA, OH 44004-6541

JOSEPH A SERIO
1901 SEVERN AVE
METAIRIE, LA 70001-2853

JONNIE GODBEY
631 S 7TH ST
MONTROSE, CO 81401-4345

JOSEPH [JOE] FARMER
1401 5TH AVE W APT 308
SEATTLE, WA 98119-3266

JOSEPH A SHRAGER
5003 MELLON CT
WINDERMERE, FL 34786-8909

JORDAN [JORDY] SCHNOLL
1324 CENTRAL ST APT 1E
EVANSTON, IL 60201-1654

JOSEPH [JOE] NEIDIG
1060 N CHARLOTTE ST UNIT 219
LANCASTER, PA 17603-2782

JOSEPH A SIMONCINI
632 PARKVIEW AVE
PENNDEL, PA 19047-5369

JORDAN O'HALLORAN
145 S MILLWOOD ST
WICHITA, KS 67213-4057

JOSEPH [JOE] UNSTAD
280 RIVERVIEW DR
BLAIR, NE 68008-2608

JOSEPH A SWEENEY
5162 THORNBURY RD
LYNDHURST, OH 44124-1255

JORDAN WIELAND
4424 N PLEASANT RIDGE CT
PEORIA, IL 61614-5915

JOSEPH [RANDY] HALBMAIER
832 VINEMEAD DR
WHITTIER, CA 90601-1040

JOSEPH A WILLIAMS
104 SPRING HOLLOW LN
CARY, NC 27518-9726

JOSEPH ARTHUR SELLERS
13858 BELVIN CT
ORLANDO, FL 32826-4622

JOSEPH CARRA
1020 MASON AVE
DES MOINES, IA 50315-6628

JOSEPH DAVIS
593 WASHINGTON ST
HOLLISTON, MA 01746-1818

JOSEPH B MONTGOMERY
66 CENTRAL AVE
MADISON, NJ 07940-1608

JOSEPH CHIUSANO
22 ANDORRA TER
FREEHOLD, NJ 07728-2821

JOSEPH DEZELAN
1269 WOODLAND CT
JOLIET, IL 60436-1926

JOSEPH BANK
6914 SWANSEA LN
BOYNTON BEACH, FL 33472-2963

JOSEPH CLEMENTE
404 27TH ST
MCKEESPORT, PA 15132-7024

JOSEPH DIALS
8336 W LAKE MARION RD
HAINES CITY, FL 33844-8731

JOSEPH BARANZANO
1208 HERON POINT WAY
DELAND, FL 32724-7351

JOSEPH COHEN
35 GAYMOR LN
COMMACK, NY 11725-1305

JOSEPH DIGIALLORENZO
1421 AUTUMN LN
CHERRY HILL, NJ 08003-3014

JOSEPH BARRERA
12920 GOODALL MINE RD
GRASS VALLEY, CA 95945-8892

JOSEPH COLENCH
447 27TH ST
MCKEESPORT, PA 15132-7027

JOSEPH DOWLING
15270 BURNABY DR
NAPLES, FL 34110-7929

JOSEPH BARTEL
7629 W ISHAM AVE
CHICAGO, IL 60631-1540

JOSEPH CRONIN
3264 PICADILLY DR
SAN JOSE, CA 95118-1547

JOSEPH DUBMAN
21 LYNNES WAY
TEWKSBURY, MA 01876-1323

JOSEPH BLOSSER
5459 QUINCE CT
ELIDA, OH 45807-9400

JOSEPH D BOLOGNINO
22 ERIE DR
SLINGERLANDS, NY 12159-9430

JOSEPH E [JOE] NOBLE
78 HOOVLER LN
STAFFORD, VA 22556-6252

JOSEPH C MARZALOES
2969 WESTBOROUGH DR
SAINT CHARLES, MO 63301-4548

JOSEPH D COONS
13691 E MARINA DR APT 109
AURORA, CO 80014-3713

JOSEPH E BURY
179 PENN LEAR DR
MONROEVILLE, PA 15146-4748

JOSEPH CARIUS
830 CYPRESSWOOD ML
SPRING, TX 77373-3064

JOSEPH D SARGENT
1913 SW WARNER CT
TOPEKA, KS 66604-3266

JOSEPH E CUZZORT
9199 SUNDERLAND WAY
WEST CHESTER, OH 45069-4031

JOSEPH E DUNN
515 WATERFRONT WAY SW
BEMIDJI, MN 56601-4823

JOSEPH E WAGNER
9818 ROLLING CIR
SAN ANTONIO, FL 33576-4656

JOSEPH FAZIO
115 FREDERICK ST
SAN FRANCISCO, CA 94117-4009

JOSEPH E FARNSWORTH
1244 EDGEMONT ST
DES MOINES, IA 50315-1847

JOSEPH EDDINS
910 CUSTER ST
CHEYENNE, WY 82009-3313

JOSEPH FENDERBOSCH
4 HILLCREST DR
GALLIPOLIS, OH 45631-1141

JOSEPH E GOODRICH JR
1317 CARRINGTON CRES S
PORTSMOUTH, VA 23701-3629

JOSEPH EDWARD FOWL
7 DEER RUN
O FALLON, IL 62269-1209

JOSEPH FINTON [JOE] FAULK
3525 GALBERRY RD
CHESAPEAKE, VA 23323-1405

JOSEPH E KAVANAUGH
2133 MAPLE AVE
CROYDON, PA 19021-5111

JOSEPH ERNEST BAILEY
13381 MAGNOLIA AVE SPC 32
CORONA, CA 92879-1941

JOSEPH FOWLER
479 CURRIN VALLEY RD
MARION, VA 24354-4061

JOSEPH E LONG
1391 STEVENS ST
MANHEIM, PA 17545-8673

JOSEPH F [JOE] QUINN
20 FOREST GLEN LN SW
LAKEWOOD, WA 98498-5306

JOSEPH FRANKLIN EATON
1936 JAMAICA ST
EL DORADO, KS 67042-4143

JOSEPH E MOITOZA
14 VAUGHAN AVE
NEWPORT, RI 02840-6404

JOSEPH F AIELLO
25 WINDCASTLE DR
SAINT CHARLES, MO 63304-0446

JOSEPH FRED JACOBS III
4829 SHASTA DR
OLD HICKORY, TN 37138-4124

JOSEPH E NAQUIN
409 1ST ST
BARABOO, WI 53913-2528

JOSEPH F CINKOLE
8633 PALOMINO TRL
WILLOUGHBY, OH 44094-5145

JOSEPH G PEREZ
212 HOFFSTADT RD
KENTWOOD, LA 70444-7911

JOSEPH E ROUSSEAU
8 LOREEN DR
PAXTON, IL 60957-1616

JOSEPH F MOORE
2412 S CHESTNUT AVE
BROKEN ARROW, OK 74012-6723

JOSEPH GREEN
6106 E MONTGOMERY RD
CAVE CREEK, AZ 85331-6136

JOSEPH E SEVERINO
1210 OAKMONT DR
NICEVILLE, FL 32578-4315

JOSEPH F NOVAK
7280 CLAY ST
THOMPSON, OH 44086-9767

JOSEPH H PINE
28 DRAPER AVE
MIDDLETOWN, RI 02842-5907

JOSEPH HAGGARTY
2566 BUTTERNUT DR
HILLSBOROUGH, CA 94010-6204

JOSEPH J JANUS
1169 CHURCHILL CIR
ROCHESTER, MI 48307-6057

JOSEPH KOSTANSEK
9390 DONATION RD
WATERFORD, PA 16441-4244

JOSEPH HALIGOWSKI
40 E MORRIS AVE
LINDEN, NJ 07036-3112

JOSEPH J KRESS
6909 STONEBROOK DR N
MOBILE, AL 36695-3051

JOSEPH KUNK
1117 S HIGHLAND PL
KENNEWICK, WA 99337-4402

JOSEPH HALLIGAN
40 MANNING BLVD
ALBANY, NY 12203-1708

JOSEPH J LABARGE
2513 CRYSTAL DR
JOLIET, IL 60435-1412

JOSEPH L AGEE
26712 VIA MANOLETE
MISSION VIEJO, CA 92691-4232

JOSEPH HAYDEN
1906 JERROLD AVE
ARDEN HILLS, MN 55112-7906

JOSEPH J MC CARTHY
4265 NE HALSEY ST APT 806
PORTLAND, OR 97213-1563

JOSEPH L BELL
20 DAHLIA RD
SOMERSET, NJ 08873-2806

JOSEPH HEIS-PALKA
10918 E CRESTRIDGE CIR
ENGLEWOOD, CO 80111-3812

JOSEPH J PIOTROWSKI
312 ROYAL GRANT DR
WILLIAMSBURG, VA 23185-4900

JOSEPH L DESHIELDS JR
520 LINCOLN AVE
AIKEN, SC 29801-3419

JOSEPH HUNTER
63 ALNWICK RD
MALVERNE, NY 11565-1649

JOSEPH J SULLIVAN
76 VAN ZANDT AVE
NEWPORT, RI 02840-1631

JOSEPH L DUNDIE
1036 KEENWICKE DR
LAKE MARY, FL 32746-1939

JOSEPH J BULMAN
163 EVANS AVE
PISCATAWAY, NJ 08854-2901

JOSEPH JOCH
PO BOX 396
ITHACA, NY 14851-0396

JOSEPH L GOBERT
1026 HONEYSUCKLE DR
WHEELING, IL 60090-5730

JOSEPH J CANNIZZARO SR
110 N DOGWOOD DR
COVINGTON, LA 70433-9139

JOSEPH KELLER
11400 CEDAR CREEK RD
LOUISVILLE, KY 40229-2541

JOSEPH L LANGE SR
5817 VIRGINIA PL
METAIRIE, LA 70003-1034

JOSEPH J GLOGOWSKI
122 WESLEY DR
MECHANICSBURG, PA 17055-3541

JOSEPH KOLNOSKI
155 MONTROSE RD
COLTS NECK, NJ 07722-1644

JOSEPH L MARCHI JR
201 N 1ST ST
CHARLOTTESVIL, VA 22902-5003

JOSEPH L MASHBURN
628 E RIDGE ST
ISHPEMING, MI 49849-2135

JOSEPH M DONADIEU
110 STEVENSON AVE
EDGEWATER PAR, NJ 08010-1839

JOSEPH MARONEN
6530 WOODRIDGE WAY SW
WARREN, OH 44481-9626

JOSEPH L MONCADA
7035 PENN AVE
PITTSBURGH, PA 15208-2407

JOSEPH M LANASA
977 DEEP WOODS DR
MARION, NC 28752-8253

JOSEPH MCDONALD
301 MECCA CT
FORT WASHINGT, MD 20744-5135

JOSEPH L RICKETTS
4813 W STATE AVE
GLENDALE, AZ 85301-2134

JOSEPH M MUNCH
5400 RECLANADA DR
METAIRIE, LA 70003-2517

JOSEPH MCGREGOR
996 HILL CT
SHOREVIEW, MN 55126-8467

JOSEPH L WILLIAMS
5615 ANACONDA AVE
MENTOR, OH 44060-2003

JOSEPH M MURRAY
3414 W SAN JUAN ST
TAMPA, FL 33629-7902

JOSEPH MUNIZ JR
13346 QUAIL MEADOW DR
BATON ROUGE, LA 70817-1124

JOSEPH LAUGHNEY
403 GROATS ST
ENDICOTT, NY 13760-4128

JOSEPH M SCHURECK
5926 S WATTERSON TRL
LOUISVILLE, KY 40291-1841

JOSEPH N GOUTIEREZ IV
2520 BLUEBIRD ST
SLIDELL, LA 70460-6622

JOSEPH LEONARD BRUCE
633 N ELIZABETH ST
LIMA, OH 45801-4003

JOSEPH M SHUMAR PHD
35000 KAISER CT STE 209
WILLOUGHBY, OH 44094-4280

JOSEPH N ROBINSON
4 HATCHET PLACE
SCARBOROUGH, ON M1B 1C7

JOSEPH LO PICCOLO
3747 N NOTTINGHAM AVE
CHICAGO, IL 60634-2231

JOSEPH M SIMMONS
25010 LAKE SHORE BLVD
EUCLID, OH 44132-3905

JOSEPH NAWROCKI
77 CHANDLER ST
BOSTON, MA 02116-6207

JOSEPH M [JEFF] ELLIOT III
C/O BROTHER MARTIN HIGH SCHO
NEW ORLEANS, LA 70122-3811

JOSEPH M SMITH
19106 BAALMAN AVE
COLWICH, KS 67030-9202

JOSEPH NEESE
832 DEER PATH LN
ELWOOD, IL 60421-6042

JOSEPH M BARTCZAK
520 NE 20TH ST
WILTON MANORS, FL 33305-2162

JOSEPH MANSFIELD
4027 FRANCIS LEE DR
VIRGINIA BEAC, VA 23452-1916

JOSEPH NIMIDOFF
2708 BEACH HEAD WAY
RICHMOND, CA 94804-7479

JOSEPH NOBLE
14990 CEREZO RD
VICTORVILLE, CA 92392-9310

JOSEPH R LAKERS
3667 GRAND AVE APT 14
DES MOINES, IA 50312-4379

JOSEPH SOBECK
517 FONT BLVD
SAN FRANCISCO, CA 94132-2409

JOSEPH NOLL
6570 OLD TURNPIKE RD
MIFFLINBURG, PA 17844-6646

JOSEPH R SPANO
3404 SCHENLEY AVE
ASHTABULA, OH 44004-5822

JOSEPH SPEER
60 CARIBE ISLE
NOVATO, CA 94949-5342

JOSEPH O'BRIEN
PO BOX 16058
SOUTH LAKE TA, CA 96151-6058

JOSEPH RANDALL PHD
160 WOODLAND PLACE CT
SAINT CHARLES, MO 63303-6585

JOSEPH T O'CONNOR
7521 COMOY CIR
LINCOLN, NE 68505-1532

JOSEPH OSGOOD
368 LONG BRANCH AVE
LONG BRANCH, NJ 07740-7633

JOSEPH RAY LE BLANC JR
4643 LAKE VILLAGE DR
FULSHEAR, TX 77441-4015

JOSEPH T SHEA
40 CUYLER AVE
ALBANY, NY 12209-1527

JOSEPH OWENS
7517 DUNLEITH CT
FORT WAYNE, IN 46815-6586

JOSEPH ROGERS
809 W 11TH ST S
NEWTON, IA 50208-4445

JOSEPH T WILLIAMS
10807 W GREEN TREE RD
MILWAUKEE, WI 53224-4323

JOSEPH P BUSHER
7837 ELLINGTON PL
MENTOR, OH 44060-5392

JOSEPH S PAPPALARDO SR
830 TURQUOISE ST
NEW ORLEANS, LA 70124-3543

JOSEPH TEPLITSKY
4608 N FOXGLOVE DR NW
GIG HARBOR, WA 98332-8115

JOSEPH P KAUFMAN
2529 N BEACHWOOD DR
HOLLYWOOD, CA 90068-2342

JOSEPH SAVAGE
16 SCHOOL HOUSE LN
SIMSBURY, CT 06070-1978

JOSEPH TOCYLOSKI
31 UNION ST
CLARK, NJ 07066-1507

JOSEPH R BARTON RN
11 IDOLSTONE RD
LEVITTOWN, PA 19057-2301

JOSEPH SHELTON BOOZER
251 HOLLAND BOOZER RD
PROSPERITY, SC 29127-8243

JOSEPH TOMON JR
PO BOX 188
ELLWOOD CITY, PA 16117-0188

JOSEPH R BLOOM
PO BOX 182
LESLIE, MI 49251-0182

JOSEPH SLATER
38 OXFORD CIR
JEFFERSONVILL, PA 19403-2939

JOSEPH ULLERY
4360 MOSS RIDGE CT NE
ROSWELL, GA 30075-5227

JOSEPH V SLAPELIS
656 WALNUT DR
EUCLID, OH 44132-2145

JOSEPH VERO
954 GRAND VIEW LN
AURORA, OH 44202-8845

JOSEPH W ALBERINO JR
151 HOPECREST AVE
SAVANNAH, GA 31406-5249

JOSEPH W BAKER
1905 ARLINGTON ST
EL DORADO, KS 67042-4105

JOSEPH W CLARKE
7734 PENROSE POINT DR
HOUSTON, TX 77095-1676

JOSEPH W MITCHELL
125 BURNING PINE CT
PONTE VEDRA B, FL 32082-3634

JOSEPH W NICHOLS
24505 STATES LN
SHOREWOOD, IL 60404-0667

JOSEPH W WALSH
12183 E KENTUCKY AVE
AURORA, CO 80012-3318

JOSEPH W WHITELY
162 CRANES LAKE DR
PONTE VEDRA B, FL 32082-1614

JOSEPHINE [BUNNY] RESSLER
414 W 5TH AVE
ROSELLE, NJ 07203-1858

JOSEPHINE [JOANNE] ADAMS
129 DREWSON DR
CRESTVIEW, FL 32536-9277

JOSEPHINE BARG
17 SHAW RD
CHESTNUT HILL, MA 02467-3121

JOSEPHINE CARTER
350 UPPER MARKET ST APT 4
MILTON, PA 17847-2542

JOSEPHINE CHIARELLI
111 CHERRY VALLEY AVE APT 30
GARDEN CITY, NY 11530-1572

JOSEPHINE FELDER
5516 BINGHAM DR
PORTSMOUTH, VA 23703-3702

JOSEPHINE FRUCCO
34 VALIMAR BLVD
WHITE PLAINS, NY 10603-1543

JOSEPHINE HANLEY
2621 ADGATE RD
LIMA, OH 45805-3707

JOSEPHINE HARRISON
112 SWAN PKWY W
ROYAL PALM BE, FL 33411-2926

JOSEPHINE JACKSON
66 BRADFORD HWY
TRENTON, TN 38382-9487

JOSEPHINE MCDONALD
2335 W BELLE PLAINE AVE APT
CHICAGO, IL 60618-2985

JOSEPHINE R KING
3316 205TH ST
BAYSIDE, NY 11361-1252

JOSEPHINE RICHARDSON
7608 GREELEY AVE
KANSAS CITY, KS 66109-2336

JOSEPHINE SILVA
169 FAIRLAWN AVE
ALBANY, NY 12203-1915

JOSEPHINE SIMMONS
1836 BALKAN PL
TOLEDO, OH 43613-4608

JOSEPHINE SMITH
12300 SW 109TH AVE
MIAMI, FL 33176-4653

JOSEPHINE TAYLOR
2808 OAKLAND AVE
AUGUSTA, GA 30909-3856

JOSHUA C THOMPSON
709 WAVERLY RD
BRYN MAWR, PA 19010-1827

JOSHUA J KACIK
2918 STATE ST
WHITE OAK, PA 15131-1333

JOY CORRY
733 E KREZDORN ST
SEGUIN, TX 78155-3249

JOY LEATHERMAN
1133 STATE ST
AUGUSTA, KS 67010-1133

JOSIAH CAMPBELL BRABHAM
859 TRENT ST
CHARLESTON, SC 29414-5551

JOY DARLEY PERKINS
704 BRADFORD LN
EVANS, GA 30809-3693

JOY M HARVEY
994 SHERIDAN ST
UPLAND, CA 91786-6446

JOSIE CUSICK
35100 S 540 RD
JAY, OK 74346-5691

JOY DOBSON WAY
400 SHERIDAN ST
ASHLAND, OR 97520-1526

JOY MOSELEY
1094 NEW YORK AVE APT A7
BROOKLYN, NY 11203-4937

JOSIE GUINN
104 RYBURN DR
OLD HICKORY, TN 37138-2815

JOY GAYNELL GREEN
400 S LEONARD AVE
LIMA, OH 45804-3052

JOY SCHAAP-FARMER
4138 CLOUD DR S
SALEM, OR 97302-2762

JOY A GOULD
101 HALF MOON CIR APT B
JUPITER, FL 33458-8522

JOY GILLESPIE
501 5TH ST
INTERNATIONAL, MN 56649-2403

JOY SCHUUR
2520 E MAIN RD
PORTSMOUTH, RI 02871-4064

JOY ADAMS
14421 RICHLAND RD
MONTICELLO, IA 52310-7979

JOY KLEINKNECHT
12 SIMONTOWN RD
PEMBERTON, NJ 08068-1770

JOY SHUPP-DIETRICH
2659 BEECHWOOD RD
LANCASTER, PA 17601-4836

JOY ANGELELLI
12441 EARLY RD
KNOXVILLE, TN 37922-6125

JOY KOCH
889 ALDER AVE STE 203
INCLINE VILLA, NV 89451-8220

JOY SORENSEN
1000 BORDER AVE W
WIGGINS, MS 39577-2508

JOY ANNE GALE
1216 JOHNSON ST
DES MOINES, IA 50315-6520

JOY L JACKSON
2324 SW 43RD ST
CAPE CORAL, FL 33914-6107

JOY THOMPSON
15135 CHEROKEE DR N
ROGERS, MN 55374-9037

JOY COOLEY
5940 N REDMOND AVE
OKLAHOMA CITY, OK 73122-7106

JOY L STRICKLIN
35916 JAY DR
CUSTER PARK, IL 60481-8447

JOY VOGEL
714 BOSTON AVE NE
ORANGE CITY, IA 51041-1114

JOY WALDREP
10386 FM 1853
MORAN, TX 76464-4108

JOYCE ANN FREI
2030 FOX CREEK DR
NORTH AUGUSTA, SC 29860-9403

JOYCE BURKHART
411 E RUTLEDGE ST
YATES CENTER, KS 66783-1433

JOY WEITZEL-BOYER
5300 W BIRNHAMWOOD DR
SIOUX FALLS, SD 57106-0655

JOYCE ANN OWEN
1401 ASPEN CT
RICHMOND, IN 47374-1790

JOYCE BURRELL
14030 POWDER DR
CARMEL, IN 46033-8553

JOYCE [CONNIE] KARAS
5601 BUCKINGHAM PALACE CT
ALEXANDRIA, VA 22315-4120

JOYCE APPLEGATE
2929 N AVOCA CIR
MESA, AZ 85207-0911

JOYCE BUSCHELL
8803 LIBERTY LN
POTOMAC, MD 20854-3629

JOYCE A AMOS
3800 S A ST APT 119B
RICHMOND, IN 47374-6085

JOYCE BAKER
315 AUTUMN LN
GRANTS PASS, OR 97527-7713

JOYCE CADDY
17548 6200 RD
MONTROSE, CO 81403-9657

JOYCE A BOIKE
7190 OAK ST
TAYLOR, MI 48180-2211

JOYCE BARTHOLOMAI
62 CATHERINE CT
LEVITTOWN, PA 19057-3613

JOYCE CALL
304 W GRAND RIVER AVE
FOWLERVILLE, MI 48836-9201

JOYCE A GROUNARD
106 BEECHWOOD RD
FLORHAM PARK, NJ 07932-2823

JOYCE BEECH
125 HIDDEN ACRES RD
ROCHESTER MIL, PA 15771-6303

JOYCE CAMPBELL
508 E 20TH ST
SAN ANGELO, TX 76903-3525

JOYCE A MCLEAR
405 WINDING BROOK DR
CENTERVILLE, IN 47330-9806

JOYCE BERKENES
2901 NE 80TH ST
ALTOONA, IA 50009-9423

JOYCE CARLISLE
2311 WINCHESTER DR
GEORGETOWN, TX 78626-8628

JOYCE A SIEVER
600 MILLS ST
HINSDALE, IL 60521-2432

JOYCE BISHOP
PO BOX 65600 PMB 725
LUBBOCK, TX 79464-5600

JOYCE CHALUPSKY
PO BOX 58
COHASSET, MN 55721-0058

JOYCE A STROUSE
506 RAMS BOTTOM CT
SPRING, TX 77388-6137

JOYCE BRADEN
11333 HARRINGTON LN
FISHERS, IN 46038-3210

JOYCE CLARK
5154 DAISY LN
ELIDA, OH 45807-1409

JOYCE CONGER
3670 COTTON BAY DR E
GULF SHORES, AL 36542-2768

JOYCE COSTANZA
128 SOUTHPORT CT
GALLOWAY, NJ 08205-6691

JOYCE COUP
41 WILSON CIR
MILTON, PA 17847-9646

JOYCE CROUSE
1790 IMPERIAL GOLF COURSE BL
NAPLES, FL 34110-1055

JOYCE D OWENS
PO BOX 451
WALLINS CREEK, KY 40873-0451

JOYCE D SALLQUIST
3376 WASSON RD
CINCINNATI, OH 45209-2424

JOYCE DARMATA
24106 BURR CT N
CHANNAHON, IL 60410-9610

JOYCE DAVIS
16309 E OAK POINT ST
LEWISTOWN, IL 61542-9391

JOYCE DE LIA
439 VALLEY RD
GILLETTE, NJ 07933-2111

JOYCE DEWITT
301 LOTUS LN
WASHINGTON, IL 61571-3164

JOYCE DIMARINO
221 WARREN AVE
BERWYN, PA 19312-1641

JOYCE DONAHUE
2204 BEN CLARE DR
FENTON, MO 63026-2229

JOYCE DOTY
13301 ALLEN ST
BATH, MI 48808-9456

JOYCE DYE
2740 340TH ST
KEOKUK, IA 52632-9545

JOYCE E BARRETT
41 CONCETTA DR
MANSFIELD, MA 02048-1458

JOYCE E CALLEN
46 JOPPA RD
MERRIMACK, NH 03054-3121

JOYCE E HAMMERS
1412 SW G ST
GRANTS PASS, OR 97526-2586

JOYCE E MILLER
206 E HARTFORD AVE
PHOENIX, AZ 85022-2332

JOYCE E SILVER
154 ELIOT ST
CHESTNUT HILL, MA 02467-1436

JOYCE EILEEN MILLER
3215 NW B ST
RICHMOND, IN 47374-4501

JOYCE ENOS
54 CHERRY HILL RD
JOLIET, IL 60433-1604

JOYCE F BOWDLER
3520 WILLOW GLEN DR
ASHTABULA, OH 44004-5828

JOYCE FERRAIUOLO
2308 EDEN TER
ROCK HILL, SC 29730-2726

JOYCE FITZRANDOLPH
2848 COASTAL HWY APT 6
SAINT AUGUSTI, FL 32084-2393

JOYCE FORGIONE
6036 E TREMONT ST
INVERNESS, FL 34452-8157

JOYCE FREI
9313 COLBERG DR
AUSTIN, TX 78749-4150

JOYCE GAYNELL RYAN
1898 HERSCH AVE
PAGOSA SPRING, CO 81147-7612

JOYCE GEHMAN
11 PLEASANT RD
GORDONVILLE, PA 17529-9590

JOYCE HIESTAND
14238 FRIEND RD
ROSSBURG, OH 45362-9712

JOYCE JOSE
14 LARKSPUR LN
NORTH OAKS, MN 55127-2006

JOYCE GOERGE
2830 N HINMAN RD
FOWLER, MI 48835-9283

JOYCE HOEKMAN
1716 MARCH ST
KALAMAZOO, MI 49001-3962

JOYCE K CONOVER
6101 MCNAUGHTEN GROVE LN
COLUMBUS, OH 43213-5107

JOYCE HAMMETT
114 HORSESHOE RD
BELVEDERE, SC 29841-2654

JOYCE HOLLINGSWORTH
1324 E WALLACE RD
FOUNTAIN CITY, IN 47341-9711

JOYCE KENAS
14885 FM 455
FORESTBURG, TX 76239-3184

JOYCE HANLIN
6900 LAIRD AVE
REYNOLDSBURG, OH 43068-2422

JOYCE HUFFMAN
2734 SAN JOAQUIN AVE SE
ALBUQUERQUE, NM 87106-3029

JOYCE KENNEDY
2422 TORREY PINE DR
BATON ROUGE, LA 70816-1070

JOYCE HANSON
3103 WORTHINGTON CIR
FALLS CHURCH, VA 22044-2632

JOYCE HUTCHINSON
207 HOGSETT ST
UNIONTOWN, PA 15401-2316

JOYCE KIRCHER
2069 LEXA CT
CINCINNATI, OH 45231-3014

JOYCE HANSTRA
120 COLDBROOK DR
LAFAYETTE, IN 47909-3899

JOYCE HUTTON
1613 10TH ST
MANHATTAN BEA, CA 90266-6105

JOYCE KISKIS
457 DEERFIELD CIR
FORT COLLINS, CO 80524-8604

JOYCE HARRIS
2006 HIGHWAY 101
FLORENCE, OR 97439-9723

JOYCE ISON
2525 ONEAL LN APT 606
BATON ROUGE, LA 70816-3416

JOYCE KITCHENMASTER
4495 W STANTON RD
STANTON, MI 48888-9219

JOYCE HEINEMANN
N3501 COUNTY ROAD NN
CASCADE, WI 53011-1527

JOYCE JONES
115 CIMA DR
GOODLETTSVILL, TN 37072-2005

JOYCE KOSS
1826 COURTNEY DR
NORTH AUGUSTA, SC 29841-2203

JOYCE HENNIG
9415 CADY AVE APT 202
OMAHA, NE 68134-5821

JOYCE JONES
102 W POPLAR ST
GREENCASTLE, IN 46135-1636

JOYCE L CHESTANG
138 CHERRY AVE
HAMPTON, VA 23661-2733

JOYCE LABELLE
10375 COPE RD
ONAWAY, MI 49765-8508

JOYCE MCKAY
1514 EUNICE AVE
JOLIET, IL 60433-8518

JOYCE PARRISH
9223 MUROC ST
BELLFLOWER, CA 90706-2128

JOYCE LAKE
6004 PINE VIEW DR
SIOUX CITY, IA 51106-5443

JOYCE MCMASTER
2907 CLOVER ST
IOWA CITY, IA 52245-5109

JOYCE RATCLIFFE
3130 SW 23RD ST
DES MOINES, IA 50321-1526

JOYCE LEY
418 6TH AVE S
SARTELL, MN 56377-2020

JOYCE MILMED
4800 GRANT ST
HOLLYWOOD, FL 33021-5236

JOYCE RATH
104 CATALINA DR
SUMNER, IA 50674-1217

JOYCE LOIS SCHOFIELD REEVES
4 LANZA CT
HOT SPRINGS V, AR 71909-4619

JOYCE MOORE
1297 BELL RD
CHAGRIN FALLS, OH 44022-4252

JOYCE RIGBY
40395 170TH AVE
LAURENS, IA 50554-8657

JOYCE LORRAINE KINNAMAN
3110 OLD DIKE RD
GROVE, OK 74344-5513

JOYCE MOORE
9020 VICTOR AVE
JENISON, MI 49428-9429

JOYCE RIVIERS
412 FOND DU LAC AVE
SHEBOYGAN FAL, WI 53085-1220

JOYCE M GRIFFITH
1106 AUDUBON RD
NORTH AUGUSTA, SC 29841-8746

JOYCE MORSE
321 W BURKE ST
EASTON, PA 18042-1514

JOYCE ROBERTS
2615 S J ST
RICHMOND, IN 47374-4593

JOYCE M HAYES
16331 BANDICOOT DR
SUGAR LAND, TX 77498-7619

JOYCE NIMKE
6400 PARKER RD
SALINE, MI 48176-9767

JOYCE ROMANOFF
670 MIDFIELD LN
NORTHBROOK, IL 60062-5508

JOYCE MARIE UHLIK
2867 CAINSVILLE RD
LEBANON, TN 37090-5703

JOYCE ORR
55 WILL ORR RD
DYER, TN 38330-3418

JOYCE RUCINSKI
469 SPARKS AVE
WISCONSIN RAP, WI 54494-6126

JOYCE MASTALIR
267 ROBINS RUN
BURLINGTON, WI 53105-1049

JOYCE OSBORNE
620 HIGHLAND CT
MANDEVILLE, LA 70448-7022

JOYCE RUSH
10241 W TAYLOR AVE
WICHITA, KS 67212-4640

JOYCE RUSSELL
PO BOX 36158
DES MOINES, IA 50315-0310

JOYCE SINTON HOMAN
46 JEAN DR
NORTH ATTLEBO, MA 02760-4625

JOYCE SZEMPLENSKI
281 OSAGE HIGHLANDS LOOP
CAMDENTON, MO 65020-4523

JOYCE SALING
309 MAGNOLIA ST
DENTON, TX 76201-0807

JOYCE SMYTHE
9 WINDCREST DR
GREENVILLE, SC 29615-5343

JOYCE SZYMANSKI
1011 SWEAT AVE
WISCONSIN RAP, WI 54494-6365

JOYCE SALLESE
240 ZURICH RD
JOLIET, IL 60436-3140

JOYCE SOHL
757 BROOK HOLLOW RD
NASHVILLE, TN 37205-2644

JOYCE THORNTON
7270 E BEVERLY DR
TUCSON, AZ 85710-5059

JOYCE SALLY KEIL SCHWARTZ RDMS
12721 CARLSBAD CT
HERNDON, VA 20171-2450

JOYCE STAHL
66 PARKER AVE
HAWTHORNE, NJ 07506-1733

JOYCE TODD
1426 SHERIDAN RD
BREMERTON, WA 98310-3422

JOYCE SANFORD
2827 N PATTERSON RD
LIBERTY, IN 47353-8726

JOYCE STEVENS
1105 COUNTY ROAD 427
STOCKDALE, TX 78160-6415

JOYCE TORGERSON
W243S7790 EVERGREEN DR
MUKWONAGO, WI 53149-8548

JOYCE SCHEIDT
1659 SAN SILVESTRO DR
VENICE, FL 34285-4576

JOYCE STRAUSS
145 RICHMOND AVE
MEDFORD, NY 11763-3755

JOYCE TRIMBLE
1262 AMSTERDAM DR
COLORADO SPRI, CO 80907-4004

JOYCE SCOTT
PO BOX 609
INTERNATIONAL, MN 56649-0609

JOYCE STREETY
1786 COUNTY ROAD 308
LITTLEFIELD, TX 79339-5915

JOYCE VOGT
4500 BLAKEMORE LN
LA GRANGE, KY 40031-9073

JOYCE SCOTT
12019 E UTAH PL
AURORA, CO 80012-5261

JOYCE SURA
3271 LYNNE AVE
FLINT, MI 48506-2117

JOYCE WESNER
240 HEPBURN ST
MILTON, PA 17847-1712

JOYCE SILBER
2137 BLACKVILLE DR
THE VILLAGES, FL 32162-1405

JOYCE SUTLIFF-TERRY
500 SAINT MICHAEL DR LOT 66
TEXARKANA, TX 75503-2015

JOYCE WHITE
11531 S SHELL AVE
YUMA, AZ 85367-5752

JOYCE WHITE
108 TYNE BLVD
OLD HICKORY, TN 37138-1221

JT LEE
1616 COLLEGE FARM RD
MURRAY, KY 42071-1560

JUANITA GOODMAN
1042 E COUNTY ROAD 25 S
GREENCASTLE, IN 46135-8687

JOYCE WILDERMUTH
724 DELAWARE AVE
MARYSVILLE, MI 48040-1514

JUANELLE WILLIAMS
PO BOX 2574
ALBANY, TX 76430-8026

JUANITA GRIZZARD
7152 S KEDZIE AVE
CHICAGO, IL 60629-3530

JOYCE WILLS
2072 SANDALWOOD DR
SANFORD, NC 27332-7312

JUANITA [NITA] HAMBLIN
4252 LEMON ST NE
SALEM, OR 97305-3485

JUANITA J AREY
740 COUNTY ROAD 607
PONTIAC, MO 65729-7186

JOYCE ZIMMERMAN
815 E GLEN AVE
PEORIA HEIGHT, IL 61616-5205

JUANITA BUSS
4310 BRAUN RD
SALINE, MI 48176-9648

JUANITA MAIER
PO BOX 2603
DAPHNE, AL 36526-2603

JOYCE ZURKOWSKI
2501 FOREST DR TRLR 189
PLOVER, WI 54467-3820

JUANITA CLAPPER
9613 SE 124TH LOOP
SUMMERFIELD, FL 34491-9737

JUANITA MARSHALL-MADISON
930 NW 199TH TER
PEMBROKE PINE, FL 33029-3366

JOYE HUTTO
643 HUTTO ISLAND DR
LEESVILLE, SC 29070-7376

JUANITA DAVIS
3500 LAKE BLVD # 214
OCEANSIDE, CA 92056-4600

JUANITA MILLER
820 OAKLAWN DR
BARTOW, FL 33830-5323

JOYE MCKUSICK
805 NORMANDY DR
IOWA CITY, IA 52246-2932

JUANITA DEHEART
5100 MANOR RIDGE DR UNIT A
PUEBLO, CO 81005-5548

JUANITA PIERMAN
PO BOX 963
PENTWATER, MI 49449-0963

JOYICE HOLMES
800 RIDGE ST
RICHMOND, IN 47374-2250

JUANITA E LEE
PO BOX 6026
AUGUSTA, GA 30916-6026

JUANITA PIERSON
306 HOLCOMB DR
SHREVEPORT, LA 71103-2030

JOYLENE [JOY] GILINSKY
19210 L ST
OMAHA, NE 68135-3807

JUANITA GERLING
71 VEHR SYE DR
VERSAILLES, OH 45380-9330

JUANITA SCOTT
1801 W COCOPAH ST
PHOENIX, AZ 85007-4026

JUANITA  SHREFFLER
1534 MEADOWHILL DR
MOUNTAIN HOME, AR 72653-5063

JUANITA  SUTTLE
PO BOX 1
KODAK, TN 37764-0001

JUANITA  WILLIS
4682 E RUSH CREEK RD
STOCKTON, IL 61085-9153

JUDE F SWIONTKOWSKI
1206 GRUBER AVE
UNION, NJ 07083-5012

JUDE  GILLISPIE
645 65TH PL UNIT 131
WEST DES MOIN, IA 50266-2464

JUDI A  KIEPER
6509 52ND AVE N
CRYSTAL, MN 55428-3904

JUDI A  VANDERWERFF
119 BELMONT DR
WILMINGTON, DE 19808-4330

JUDI  BARTH
15877 SAPPHIRE ST
VICTORVILLE, CA 92394-5588

JUDI  BOURD
22118 N ARRELLAGA DR
SUN CITY WEST, AZ 85375-2688

JUDI  DRAIS
3306 S PACIFIC HWY APT 87
MEDFORD, OR 97501-8705

JUDI  FREER
206 ADMIRAL LN
DEBARY, FL 32713-4708

JUDI J BASEY
1109 3RD AVE S
EDMONDS, WA 98020-4104

JUDI  PARKS FREIHOFF
PO BOX 36
FALL RIVER, KS 67047-0036

JUDI  TERRY
2024 S OGDEN ST
DENVER, CO 80210-4135

JUDI  WILSON
1119 DARLINGTON RD
LIGONIER, PA 15658-3550

JUDIE  SILVASY
104 DUNES
WILLIAMSBURG, VA 23188-8906

JUDITH [(JUDY] SCHAAB
3101 CALLE DEL BOSQUE NW
ALBUQUERQUE, NM 87104-3119

JUDITH [JUDY] ARONSON
1051 ABERDEEN CT N
MOBILE, AL 36609-3300

JUDITH [JUDY] DORFMAN
658 POST LN
SOMERSET, NJ 08873-6060

JUDITH [JUDY] DORMAN
723 PINETREE DR
FORT WAYNE, IN 46819-2330

JUDITH [JUDY] KIRK
205 DAN AVE
MEDFORD, OR 97501-1113

JUDITH [JUDY] MOSLEY
605 3RD ST W
FORT FRANCES, ON P9A 3B3

JUDITH [JUDY] SEGER
14854 MENDENHALL RD
YORKSHIRE, OH 45388-9720

JUDITH [JUDY] STIPP
178 BUTLER LAKE DR
SAINT SIMONS, GA 31522-5437

JUDITH [JUDY] STRAUB
1375 DUGANSVILLE RD
SALVISA, KY 40372-9605

JUDITH [JUDY] TAYLOR AICI
1901 WOODSONG PT
MOUNT JULIET, TN 37122-4536

JUDITH A [JUDY] FARRELL
1130 VINEWOOD AVE
SCHENECTADY, NY 12306-2917

JUDITH A BLOESER
PO BOX 346
COOPERSBURG, PA 18036-0346

JUDITH A RICE
11511 N VENETIAN DR
SYRACUSE, IN 46567-9730

JUDITH BARNARD
7625 WHITE PINE CT
MENTOR, OH 44060-6051

JUDITH A GUNN
418 SEAMARGE LN
PENSACOLA, FL 32507-3927

JUDITH A STRICKLAND
1917 99TH ST
LUBBOCK, TX 79423-7141

JUDITH BARNES
3925 BARNEGAT DR
PUNTA GORDA, FL 33950-7509

JUDITH A HAMILTON
12626 GLENVALE PLZ LOT 366
OMAHA, NE 68164-1969

JUDITH A STUART
9220 WESTERN AVE APT 312
OMAHA, NE 68114-2299

JUDITH BAUER
335 IVANHOE RD
WATERLOO, IA 50701-4211

JUDITH A HENDERSON
100 TEJAS RD
WEATHERFORD, TX 76085-9637

JUDITH ALEXANDER
10736 CHARLESTON PL
HOLLYWOOD, FL 33026-4906

JUDITH BECKER
717 S JEFFERSON ST
KENNEWICK, WA 99336-9364

JUDITH A KNAPP
7220 FOREST AVE
HAMMOND, IN 46324-1812

JUDITH ANN [JUDY] CONN
1738 E FRONT ST
TRAVERSE CITY, MI 49686-3017

JUDITH BETTILYON
1004 SILENT RETREAT
KNIGHTDALE, NC 27545-8869

JUDITH A ONEIL
5 LANCASTER AVE
CHELMSFORD, MA 01824-1807

JUDITH ANN CLEMENTS
219 NW K ST
RICHMOND, IN 47374-2141

JUDITH BOUTELLE
643 LINDEN PT
PETERSBURG, IL 62675-9752

JUDITH A PALAIS
36 TERRY AVE
LOWELL, MA 01850-1722

JUDITH ANN HENTHORN
212272 E COUNTY ROAD 34
MOORELAND, OK 73852-8943

JUDITH BREESE
20 CAPE COD LN
PERRYSBURG, OH 43551-3123

JUDITH A PELOT
5391 COUNTY ROAD Q
WISCONSIN RAP, WI 54495-9346

JUDITH ANN KOLLOCK
8151 COUNTY ROAD BB
BANCROFT, WI 54921-9647

JUDITH BROWN
8239 RIDGEFIELD AVE NE
OLYMPIA, WA 98516-6651

JUDITH A PETROSKI
1104 LILLICK DR
SUNNYVALE, CA 94087-3720

JUDITH ANN SHORT
1249 LOOMIS AVE
DES MOINES, IA 50315-1862

JUDITH BROWN
2057 50TH AVE
LAKEVIEW, MI 48850-9623

JUDITH BRUHN
7635 GENERAL SHERMAN LN
SAINT LOUIS, MO 63123-1230

JUDITH DEVRIES
1315 NORTHAMPTON RD
KALAMAZOO, MI 49006-1993

JUDITH FITZ
4002 CANOE CREEK RD
SAINT CLOUD, FL 34772-9109

JUDITH BUTRYM
950 TARPON CENTER DR APT 407
VENICE, FL 34285-1228

JUDITH DICKINSON
204 PAMELA DR
ALLISON PARK, PA 15101-3713

JUDITH FOX
308 GENTRY LN
AMBLER, PA 19002-3613

JUDITH CADWALLADER
1856 BULLS HEAD RD
STANFORDVILLE, NY 12581-6022

JUDITH DILLON
3864 COUNTY HIGHWAY 7
PORTER, MN 56280-3033

JUDITH FRANKLIN
1891 NW 58TH ST
MIAMI, FL 33142-2423

JUDITH CARVER
W5045 23RD ST
NECEDAH, WI 54646-7924

JUDITH E DOBSON
6 W PRESTON LN
STILLWATER, OK 74075-2018

JUDITH G COOVER
8802 E 152ND CT
THORNTON, CO 80602-5805

JUDITH CLEMENTE
21 TOPAZ RUN
POUGHKEEPSIE, NY 12603-1000

JUDITH ELAINE HURN
821 S HARLAN ST
ALGONA, IA 50511-3433

JUDITH G SCHNEIDER
805 E HENRY CLAY ST APT 304
WHITEFISH BAY, WI 53217-5624

JUDITH COURTNEY
618 W CASS ST
OSCEOLA, IA 50213-1573

JUDITH ELIZABETH MURRAY
3 INDIAN ROCK CT
ARNOLD, MO 63010-1243

JUDITH GAIL GROSEY
60 VALLEY VIEW CT
SAN MATEO, CA 94402-3641

JUDITH CRONIN
1321 CHRISTOPHER CT
METAIRIE, LA 70001-3803

JUDITH EVANS
19166 STANLEY ST
MELVINDALE, MI 48122-1866

JUDITH GERBOTH
14833 W CORRAL DR
SUN CITY WEST, AZ 85375-2600

JUDITH DARRELL
2721 LAKEVIEW CIR
PLATTSMOUTH, NE 68048-8005

JUDITH FEUSS
5 MURIEL RD
PORT WASHINGT, NY 11050-4123

JUDITH GORDON
611 SALEM END RD
FRAMINGHAM, MA 01702-5529

JUDITH DAVIDOWITZ
2 RIVA RIDGE RD
MANALAPAN, NJ 07726-6017

JUDITH FINKELSTEIN
5311 HYACINTH DR UNIT 60
CEDAR FALLS, IA 50613-6415

JUDITH GUEST
79 COLONESE RD
FAIRFIELD, CT 06825-1111

JUDITH HARPER
58 WOODHAVEN LN
WILLINGBORO, NJ 08046-3417

JUDITH HARPER
1914 24TH ST
ANACORTES, WA 98221-2404

JUDITH HART
562 S HIGHWAY 123 BYP
SEGUIN, TX 78155-9752

JUDITH HECHT
14 PUPEK RD
SOUTH AMBOY, NJ 08879-1323

JUDITH HEELEY
9 ANDROSCOGGIN ST
BRUNSWICK, ME 04011-1726

JUDITH HOLMES
1736 CATHERINE CT
SAINT LOUIS, MO 63138-1742

JUDITH HOWER
2017 SW HIGH AVE
TOPEKA, KS 66604-3126

JUDITH I CARLSON
1280 SECRETARIAT CT
BATAVIA, OH 45103-9239

JUDITH J FIELDER
406 EVERGREEN AVE
HADDON TOWNSH, NJ 08108-3513

JUDITH J GALBREATH
3471 GERALDINE LN
RICHMOND, IN 47374-6757

JUDITH JONES
110 PADDY LN
YOUNGSVILLE, NC 27596-8012

JUDITH K COLE
209 RACE ST
EL DORADO, KS 67042-2431

JUDITH K GRUBB
740 MEMORY LN
HOBART, IN 46342-5258

JUDITH K HUDSON
510 ELBOW BEND BLVD
GREENWOOD, IN 46142-8307

JUDITH K SMITH
1135 S BLUE RIDGE AVE
CULPEPER, VA 22701-3301

JUDITH KOLESKY
9728 N STATE ROAD 135
FREETOWN, IN 47235-9757

JUDITH L [JUDY] VAN
350 E JACKSON ST APT 614
ORLANDO, FL 32801-3541

JUDITH L BULTEMEIER
15927 BARKLEY RD
MONROEVILLE, IN 46773-9542

JUDITH L FRY
3223 BEALE ST
MCKEESPORT, PA 15132-7261

JUDITH LEE
201 E ELIZABETH ST APT 311
FENTON, MI 48430-2672

JUDITH LEE WISKUS
153 SUNCOAST DR
MCCOOK LAKE, SD 57049-4017

JUDITH LEHMANN
PO BOX 127
HOOPER, NE 68031-0127

JUDITH LOWRY
PO BOX 407
BOLINAS, CA 94924-0407

JUDITH LUBECK
6184 COUNTY ROAD F
WISCONSIN RAP, WI 54495-9255

JUDITH LUND
30237 660TH AVE
WARROAD, MN 56763-9608

JUDITH LYDON
1309 ADAMS DR
FORT WASHINGT, MD 20744-2830

JUDITH M [JUDY] BURDETTE
4382 LAKE SHORE DR APT B
WACO, TX 76710-1939

JUDITH MADDEN
6821 TIERRA LINDA ST
PORT RICHEY, FL 34668-3893

JUDITH NEUJAHR
5303 CRYSTAL CT
WILMINGTON, NC 28409-4017

JUDITH PORTA PHD
146 BROOKFIELD DR
MORAGA, CA 94556-1747

JUDITH MAINES
12401 HIGHWAY 90 W
HOLT, FL 32564-8907

JUDITH NORTON
303 READING AVE
TITUSVILLE, FL 32796-6105

JUDITH PRATT
1627 WILD RYE TRL
SUGAR LAND, TX 77479-6330

JUDITH MAYES
1311 N BOWDISH RD
SPOKANE VALLE, WA 99206-4908

JUDITH NUGENT
5939 ERICKSON DR
ASHTABULA, OH 44004-6303

JUDITH RAMSAY RN
2531 N RIDGE AVE
ARLINGTON HEI, IL 60004-2456

JUDITH MC CORKLE
20 WALTER ST
JACKSON, OH 45640-2156

JUDITH OLSON
605 COUNTRY LN
MORGANTOWN, PA 19543-8815

JUDITH RICHARDSON
2204 MORNING CT NW
ACWORTH, GA 30102-6450

JUDITH MCLAUGHLIN
286 E 260TH ST
EUCLID, OH 44132-1402

JUDITH OSTRANDER
9151 COUNTY ROAD 3410
BROWNSBORO, TX 75756-5105

JUDITH ROWE
16 CAXTON LN
BELLA VISTA, AR 72714-4904

JUDITH MESSNER
23322 FREEPORT AVE
PORT CHARLOTT, FL 33954-2513

JUDITH PARKS
1109 S EMPORIA ST
EL DORADO, KS 67042-3721

JUDITH RUSHWORTH
47 N LIME ST APT 3
LANCASTER, PA 17602-5010

JUDITH MILLER
233 E CHURCH AVE
BUFFALO LAKE, MN 55314-1084

JUDITH PETERSON
4168 HIGHWAY 11
INTERNATIONAL, MN 56649-9103

JUDITH SAVIO
37 SCENIC DR
MYERSTOWN, PA 17067-3175

JUDITH MURRAY
3212 BAY ESTATES CIR
DESTIN, FL 32550-5882

JUDITH PETRONE
245 FIELDSTONE LN
MARLTON, NJ 08053-4127

JUDITH SELZ
717 LAYNE BLVD
HALLANDALE BE, FL 33009-6527

JUDITH NELSON
409 BRANWAY DR
RICHMOND, VA 23229-7013

JUDITH PINKNEY
7490 FLOYD DR
MISSION, TX 78572-8974

JUDITH SHEPARD
9741 COUNTY ROAD WW
WISCONSIN RAP, WI 54494-9327

JUDITH SILBERHORN
3622 WINDBRIAR CT
BATTLEBORO, NC 27809-9484

JUDITH WRAIGHT
15752 ARCHDALE ST
DETROIT, MI 48227-1508

JUDY ABDOUCH
5618 FRANKLIN ST
OMAHA, NE 68104-4930

JUDITH STEFFY
600 E ROSEVILLE RD APT 1308
LANCASTER, PA 17601-4686

JUDITH YECIES
6455 SAINT ANDREWS DR
STOCKTON, CA 95219-1862

JUDY ADAMS
24419 PLACID DR
DEERWOOD, MN 56444-8275

JUDITH STEIR
433 E 56TH ST APT 10A
NEW YORK, NY 10022-2438

JUDITH Z GLEN
1852 NW 93RD TER
PLANTATION, FL 33322-5658

JUDY ALLCHIN
7382 WHISTLEWOOD SW
BYRON CENTER, MI 49315-8139

JUDITH SWOPE
55 ROYAL TROON
SPRINGBORO, OH 45066-8900

JUDITH ZEE STEINBERG
PO BOX 9608
ASPEN, CO 81612-9608

JUDY ANDERSEN
1042 NORWOOD DR
ASHTABULA, OH 44004-2358

JUDITH THEEL
3580 N WELLS ST
KINGMAN, AZ 86409-3044

JUDSON M SHULL
5869 STATE ROUTE 13
BELLVILLE, OH 44813-9057

JUDY ANN GOODWIN
1007 W GROVE ST
GREENVILLE, MI 48838-1661

JUDITH TURNER
11102 LA MESSA DR
FAIRFAX, VA 22030-5341

JUDY [TERRI] BECKHAM
2121 MEADOWVIEW DR
GARLAND, TX 75043-1010

JUDY ANN HESTER
314 W COURT ST APT 2106
CLAY CENTER, KS 67432-2329

JUDITH VAN HEERDE
533 WESTGATE DR
AURORA, IL 60506-3449

JUDY A ERPELDING
404 E FAIR ST
ALGONA, IA 50511-3409

JUDY AYERS
1350 ROBBINS RD
COLLINWOOD, TN 38450-4522

JUDITH VICCHIARELLI
411 RACHEL LN
AVON LAKE, OH 44012-1143

JUDY A HARVEY
14163 DARE RD
BROOKVILLE, IN 47012-9773

JUDY BAGGETT
1202 ASHFORD WAY
KINGWOOD, TX 77339-1591

JUDITH WALL
1170 SACRAMENTO ST APT 5C
SAN FRANCISCO, CA 94108-1966

JUDY A WINKLER
117 CLIFFTOP DR
HENDERSONVILL, TN 37075-4351

JUDY BAKER
434 W RUSS RD
GREENVILLE, OH 45331-2451

JUDY BAKER
821 ASH ST
CONWAY, AR 72034-5238

JUDY BOWERS
2282 W CALEY AVE
LITTLETON, CO 80120-3002

JUDY D FICK
2504 DOVE ST
ROLLING MEADO, IL 60008-1641

JUDY BANKS
5737 EMERSON DR
WATAUGA, TX 76148-3437

JUDY BOYER
435 32 RD UNIT 152
CLIFTON, CO 81520-9120

JUDY DARLING
306 N TABOR ST
LYONS, MI 48851-9658

JUDY BARANOWSKI
2510 W 21ST AVE
EUGENE, OR 97405-1306

JUDY BROWN
145 DITTMAR DR
TOMS RIVER, NJ 08757-5201

JUDY DAVIS
400 KILDAIRE WOODS DR
CARY, NC 27511-5599

JUDY BARTLETT
807 FOSSIL RIDGE RD
DECATUR, TX 76234-6823

JUDY C WILEY
3901 MONTECITO DR APT 809
DENTON, TX 76210-5562

JUDY E HAUSNER
711 MARLINSPIKE DR
PENSACOLA, FL 32507-7641

JUDY BEAIRD
2028 LOGAN DR
KEOKUK, IA 52632-2531

JUDY CHARLES
2955 PARK LAKE DR
BOULDER, CO 80301-5138

JUDY ELLEN ERK
9208 SPRINGBROOKE CIR
LOUISVILLE, KY 40241-3001

JUDY BEAM
PO BOX 251
GARDNER, CO 81040-0251

JUDY CIESIELSKI
12828 OSAGE RD
JESUP, IA 50648-9213

JUDY ELLENBURG
2925 HERITAGE DR APT M
FORT GRATIOT, MI 48059-3973

JUDY BLAKE
11741 LEDURA CT APT 106
RESTON, VA 20191-2355

JUDY COHEN
151 W 16TH ST APT 2E
NEW YORK, NY 10011-6227

JUDY F PATRICK
12625 COYOTE CANYON WAY
KNOXVILLE, TN 37932-3515

JUDY BLAND
310 SE 19TH ST
MINERAL WELLS, TX 76067-7065

JUDY CROSS
806 N W ST
INDIANOLA, IA 50125-4730

JUDY FISCHER
14028 BUTTERNUT ST NW
ANDOVER, MN 55304-6796

JUDY BOONE
1020 BEVERLY DR
OMAHA, NE 68114-5314

JUDY CURTIS
13408 S RAGSDALE RD
LONE JACK, MO 64070-8592

JUDY FISHER
9727 GLANDON ST
BELLFLOWER, CA 90706-3022

JUDY FRASER
13962 DELTA CIR
REDFIELD, IA 50233-6106

JUDY FRITTS
4400 HINTON RD
KNOXVILLE, TN 37921-3326

JUDY GARLICK
27 MOUNT HOPE AVE
JAMESTOWN, RI 02835-1464

JUDY GARNER
928 NE OTTER RIDGE CIR
ANKENY, IA 50021-6708

JUDY GERKEN
4966 SWEETBIRCH DR
DAYTON, OH 45424-4827

JUDY GLENN
5013 GOLDENEYE DR
CORPUS CHRIST, TX 78413-2323

JUDY GOWER
405 ELIZABETH DR APT 405
COLUMBIA, KY 42728-2156

JUDY GRAHAM
18 IVY HILL RD
LEVITTOWN, PA 19057-2310

JUDY GRONAU
15236 NW 110TH ST
WHITEWATER, KS 67154-8816

JUDY HARMAN
418 WASHINGTON ST
VERSAILLES, OH 45380-1340

JUDY HARRIS
3464 BOSTON TOWNSHIP LINE RD
RICHMOND, IN 47374-9421

JUDY HARRIS
3818 OAKVIEW DR
RICHMOND, IN 47374-3617

JUDY HAYS
3665 LONGFELLOW TRL
MARIETTA, GA 30062-5178

JUDY HILDRETH
206 LONG REACH DR
SALEM, SC 29676-4012

JUDY HOPKINS
3898 SAN PABLO AVE
OCEANSIDE, CA 92057-7208

JUDY HOWELL
177 WEBBERDALE DR SW
PLAINVILLE, GA 30733-9636

JUDY HUNT
171 BRADFORD HWY
TRENTON, TN 38382-9489

JUDY J VANDER HEIDE
5285 E RURAL RIDGE CIR
ANAHEIM, CA 92807-4619

JUDY JOHNSON
6452 RIVERPLACE DR
NASHVILLE, TN 37221-6546

JUDY K BAHR
PO BOX 69
HUMBOLDT, MN 56731-0069

JUDY K HILLER
653 MEADOW LN
NEKOOSA, WI 54457-7804

JUDY K QUICK
2017 CAPISTRANO DR
JACKSONVILLE, FL 32224-3093

JUDY KALLMEYER
2 FATHER FINIAN SULLIVAN DR
YONKERS, NY 10703-2848

JUDY KAPPEL
PO BOX 129
CORY, CO 81414-0129

JUDY KEITH
1405 KAREN AVE
PRYOR, OK 74361-7821

JUDY KELLEY
18228 MIDBURY ST
BREA, CA 92821-7203

JUDY KOONCE
507 MASON LN
GOODLETTSVILL, TN 37072-3567

JUDY L BALCOMB
1073 MILL POINTE
BOGART, GA 30622-2484

JUDY MASON
5514 EAGLES VW
HOUSE SPRINGS, MO 63051-3132

JUDY NOLLER
2533 CENTRAL AVE
AUGUSTA, GA 30904-6207

JUDY LARSON
1844 EDITH ST NE
PALM BAY, FL 32907-2438

JUDY MATHEWS
233 E COUNTY ROAD 375 S
WINSLOW, IN 47598-8823

JUDY PARKER
2850 E COUNTY ROAD 700 S
CLOVERDALE, IN 46120-8814

JUDY LEE
662 PRIMROSE LN
TIPP CITY, OH 45371-2754

JUDY MCARTHUR
115 E SUMMIT ST
CHELSEA, MI 48118-1053

JUDY PEDEN
1053 NW BAKER CREST CT
MCMINNVILLE, OR 97128-2477

JUDY LIEPACK
2536 STAFFORD PL
COLUMBUS, OH 43209-3133

JUDY MCGOWAN
N2347 BIRCHWOOD DR
WAUPACA, WI 54981-9593

JUDY PEPPLE
536 E WOOD ST
VERSAILLES, OH 45380-1450

JUDY LINDSEY
52 W GENESEE ST
SKANEATELES, NY 13152-1036

JUDY MCKEE
533 CHICKASAW TRL
GOODLETTSVILL, TN 37072-3336

JUDY PETERSON
650 N SCOTTSVALE LN
ARLINGTON HEI, IL 60004-5849

JUDY LUDWIG
5593 230TH ST
SAINT CLOUD, MN 56301-9233

JUDY MOREL
9669 WOODCROFT CT
KIRTLAND, OH 44094-8512

JUDY PETTIT
2486 BLACK DIAMOND RD SW
IOWA CITY, IA 52240-8541

JUDY M BUSCH
1400 WHITE DR APT 8
SANTA CLARA, CA 95051-3901

JUDY MORRISON
5301 DRUM CASTLE PKWY
SARASOTA, FL 34238-8503

JUDY POLLEY
104 KYLIE SAVANNAH CT
CART, NC 27511-3877

JUDY MARTENS
3625 IOWA RD
KEOKUK, IA 52632-9528

JUDY MOSHIER
6077 TWILIGHT AVE
KALAMAZOO, MI 49048-9450

JUDY PYNE
940 S US 23
HARRISVILLE, MI 48740-9502

JUDY MASKE
PO BOX 572
WEST BRANCH, IA 52358-0572

JUDY MUECKE
N3498 W COUNTY ROAD A
CASCADE, WI 53011-1263

JUDY R KORNEMANN
1517 17TH AVE
GRAFTON, WI 53024-2027

JUDY RAMSEY
4299 LAHRING RD
LINDEN, MI 48451-9473

JUDY ROSNER
428 SQUIRE DR
WEST PALM BEA, FL 33414-7879

JUDY SKAGGS
204 W WILLIAMS ST
YATES CITY, IL 61572-9400

JUDY REED ADKINS
16624 JACKDAW PATH
LAKEVILLE, MN 55044-4637

JUDY RUNAS
11871 OAKLAND DR
BOKEELIA, FL 33922-3442

JUDY SMITH
29 SPRING HILL LN
MOUNTVILLE, PA 17554-1065

JUDY REES
1010 S 3RD ST
DE SOTO, MO 63020-2312

JUDY S GOLDSTEIN
7280 CATALUNA CIR
DELRAY BEACH, FL 33446-3178

JUDY SPENCER
626 W 2ND ST
DULUTH, MN 55806-2419

JUDY REHLANDER
6070 FOREST VILLAS CIR
FORT MYERS, FL 33908-4532

JUDY SAMPSON
18709 E US HIGHWAY 14
HARVARD, IL 60033-9564

JUDY STEPHENS
9013 CARRIAGE CREEK RD
ARLINGTON, TN 38002-8939

JUDY REYNOLDS
9006 EDGEWOOD LN
HIGHLANDS RAN, CO 80130-5116

JUDY SCHMIDT
60 OAKWOOD DR
NAPERVILLE, IL 60540-7314

JUDY STEWART
721 N 15TH ST
MEMPHIS, TX 79245-2425

JUDY RIPKE
4855 110TH AVE
REMBRANDT, IA 50576-7503

JUDY SIEBURG
3830 N NORDICA AVE
CHICAGO, IL 60634-2378

JUDY STEWART
17818 S CAMINO CONFIANZA
SAHUARITA, AZ 85629-9495

JUDY ROBERTSON
356 E CALLE CRIBA
GREEN VALLEY, AZ 85614-3765

JUDY SIMANDL
4 SWEETGUM CT S
HOMOSASSA, FL 34446-5110

JUDY SULLIVAN
1233 E SENECA PL
PEORIA, IL 61603-2143

JUDY ROED
211 10TH AVE SE
MINOT, ND 58701-4611

JUDY SIMPSON
2328 FARWELL RD
DES MOINES, IA 50317-3016

JUDY SUSSKIND
197 KANE ST APT 8
BROOKLYN, NY 11231-3761

JUDY ROLAND
1811 SEASPRAY CT
HOUSTON, TX 77008-1235

JUDY SITES
144 CAMP RD
PLAINFIELD, NH 03781-5451

JUDY TARABEK
912 ALBERTA DR
WEST MIFFLIN, PA 15122-3205

JUDY TEEL
15 RYLEY CT
ALISO VIEJO, CA 92656-4259

JUDY THOMPSON
8632 N 114TH AVE
PEORIA, AZ 85345-3451

JUDY WADSWORTH
434 S 49TH CT
WEST DES MOIN, IA 50265-2028

JUDY WAZNIS
706 GORDON PL
JOLIET, IL 60435-5816

JUDY WEBER
35 BEACH ST
SPRUCE, MI 48762-9523

JUDY WEBER
710 N ROAN ST
ALGONA, IA 50511-1954

JUEL PARKER
44401 ADARE MANOR SQ
ASHBURN, VA 20147-3891

JULANNE STRICHERZ
3987 HIGHWAY T
KOELTZTOWN, MO 65048-1000

JULES J DAMARE JR
70178 DAMARE RD
MANDEVILLE, LA 70471-7638

JULES KRUMAN
120 BEECHMONT RD
PITTSBURGH, PA 15206-4514

JULES RADOW
5615 FORET CIR
RENO, NV 89511-5043

JULES STEINBERG
425 E COLLEGE ST
GRANVILLE, OH 43023-1377

JULES WAGUESPACK JR
60474 W SPRUCE LN
LACOMBE, LA 70445-2916

JULIA A RUTT
1110 MARILYN AVE
EPHRATA, PA 17522-1532

JULIA ANN BARR
208 TIFFANY SQ
BRISTOL, VA 24201-1506

JULIA CALLAHAN
26 WELLINGTON ST
BRISTOL, TN 37620-2946

JULIA DEWEY
2 SYLVAN AVE
QUEENSBURY, NY 12804-1215

JULIA E LAFUSE
2030 HAYDEN PARK LN
HANNIBAL, MO 63401-2633

JULIA E MARKWOOD
1103 WOODMONT DR
JOHNSON CITY, TN 37601-2641

JULIA E PHELPS
3975 OVERLAND AVE # 138
CULVER CITY, CA 90232-3722

Julia G. Kolpek
17810 Lake Carlton Dr
Lutz, FL 33558-6307

JULIA GODARD
5829 WINTER AVE
KLAMATH FALLS, OR 97603-7683

JULIA HENDEL
210 SADDLE HORN CIR
ROSWELL, GA 30076-1041

JULIA HODGES
533 ARRINGTON AVE
NORTH AUGUSTA, SC 29841-3685

JULIA J O'CEALLAIGH
6147 DIMOND ST
JUPITER, FL 33458-6740

JULIA JACKSON
2605 COUNTY ROAD 203
DURANGO, CO 81301-6196

JULIA MORAN
185 BAYLOR AVE
TURLOCK, CA 95382-1837

JULIA NIKITAS
6835 CROMWELL ST
PORTAGE, MI 49024-3418

JULIA WONG-JUNG
25 UPSON RD
WELLESLEY, MA 02482-2233

JULIANN KINSER
1763 ROAD G
HUGOTON, KS 67951-5145

JULIA OVERACKER
3578 BERRYHILL DR
ROANOKE, VA 24018-4404

JULIAN BANKS SCARBOROUGH
3217 LAKESHORE DR
FLORENCE, SC 29501-8231

JULIANN ROWLAND
6536 SW VISTA RD
AUGUSTA, KS 67010-7807

JULIA P FERGUSON
6255 E SEA BREEZE DR
LONG BEACH, CA 90803-2326

JULIAN N SOMMER
2938 HAPPY LN
SIMI VALLEY, CA 93065-1006

JULIANNE COCHRAN
134 MOUNTAIN VIEW DR
STEPHENSON, VA 22656-2117

JULIA PAULINE STEVEN
317 S MINNESOTA ST
ALGONA, IA 50511-3504

JULIAN QUICK
2010 CLEARVIEW DR
LA GRANGE, KY 40031-8701

JULIANNE EVERETT
16240 ADDINGTON CT
NEWBURY, OH 44065-9175

JULIA RAHN
853 RALPH RAHN RD
RINCON, GA 31326-3116

JULIAN WHITE
1 ROCK CT
EL DORADO, KS 67042-4603

JULIANNE MILEK
45 WASHINGTON AVE
PRINCETON, NJ 08540-8406

JULIA RAUCH
1382 NEWTOWN-LANGHORNE RD
NEWTOWN, PA 18940-2418

JULIANA DUNDORE
13820 94TH AVE
SEMINOLE, FL 33776-1358

JULIE A DOTY
5004 RICKS RD
DENTON, TX 76210-5265

JULIA VERBANIC
16632 WEDDEL ST
TAYLOR, MI 48180-5326

JULIANA KINCHELOE
3231 WOLCOTT AVE
DES MOINES, IA 50321-1947

JULIE A SMITH
5251 CLARENDON RD
INDIANAPOLIS, IN 46208-2427

JULIA VOLK
269 WASHINGTON BLVD
GREAT FALLS, MT 59404-6211

JULIANE BANTZ
4951 N IROQUOIS AVE
GLENDALE, WI 53217-5423

Julie A. Piper
4612 Weasel Dr
New Port Richey, FL 34653-6538

JULIA WISE
424 CALBRIETH CIR
NORTH AUGUSTA, SC 29860-8796

JULIANN JOHNSON
3640 S FULTON AVE UNIT 1141
ATLANTA, GA 30354-1757

JULIE ALLEN
W700 POND RD
RUBICON, WI 53078-9740

JULIE ANN GUESS
3918 MAMMOTH TRL
MADISON, WI 53719-4030

JULIE CHANDLER
1316 SHAWNEE TRL
IRONTON, OH 45638-1770

JULIE GIVEN
22239 SHAKER BLVD
SHAKER HTS, OH 44122-2661

JULIE ARNHEIM
1532 OVERTON LN APT B
PITTSBURGH, PA 15217-3506

JULIE DEFIBAUGH
141 REDDINGDALE DR
NEW CASTLE, IN 47362-3935

JULIE HEATH
401 N BLUFF ST
WICHITA, KS 67208-3730

JULIE ARTS
3172 COUNTY ROAD PP
RUDOLPH, WI 54475-9406

JULIE DOCKENDORF
6725 MAYHEW LAKE RD NE
SAUK RAPIDS, MN 56379-9773

JULIE HEXUM
106 2ND AVE SW APT 2
HUTCHINSON, MN 55350-2409

JULIE BLANCHARD
16 HALL ST # B
PLYMOUTH, MA 02360-4122

JULIE DOUGHTY
6211 SAWGRASS WAY
WESTERVILLE, OH 43082-8738

JULIE LOUISE WEIDA
529 MARLOU PKWY
DES MOINES, IA 50320-6851

JULIE BOSUSTOW
473 COVEY LN
EUGENE, OR 97401-7854

JULIE DUNSON
24397 MARIA LN
NORTH OLMSTED, OH 44070-1308

JULIE M ANDERSON
11513 HIGHWAY 17
ADAMS, ND 58210-9571

JULIE BRUEGGEMEIER
1260 CRESTVIEW LN
OWATONNA, MN 55060-2034

JULIE FATHERLEY
6 WILD ROSE RD
WESTPORT, CT 06880-2551

JULIE MCLEOD
308 POMARIA ST
LITTLE MOUNTA, SC 29075-9003

JULIE BRYAN
330 QUARRY LN
HAVERFORD, PA 19041-1723

JULIE FRADY
3111 N LAKECREST CIR
WICHITA, KS 67205-1917

JULIE MEALY
507 TRILLIUM LN
HUDSON, WI 54016-8243

JULIE C SCOTTI
2314 WESFORD DR
MARYLAND HEIG, MO 63043-4116

JULIE FRASIER
7099 PARKRIDGE PKWY
SWARTZ CREEK, MI 48473-1551

JULIE MINOR
12 SJM RD
FAIRFAX, VT 05454-9571

JULIE CHALBERT
413 BURNING TREE RD
CHERRY HILL, NJ 08034-3102

JULIE FRIZZELL
PO BOX 1072
LAMESA, TX 79331-1072

JULIE MISKOWICZ
28 BEECHWOOD DR
SHEBOYGAN, WI 53081-7849

JULIE MONNIN
6295 WILLIS RD
GREENVILLE, OH 45331-9242

JULLIE L KIRKLAND
639 WHITEWOOD WAY
NORTH AUGUSTA, SC 29860-8979

JUNE BERGER
PO BOX 16
MC EWENSVILLE, PA 17749-0016

JULIE W CHAN
185 LELAND FARM RD
ASHLAND, MA 01721-2382

JUNA KONST
1139 E HIGH ST
LIMA, OH 45804-2823

JUNE BERTKE
2120 JEFFERSON ST
MARIA STEIN, OH 45860-9502

JULIETTE FOX
9609 MACALLAN RD NE
ALBUQUERQUE, NM 87109-6436

JUNE A SCHLOFNER
12420 N CHERRY HILLS DR W
SUN CITY, AZ 85351-3312

JUNE BOOHER
615 SYLVANIA RD
SLIPPERY ROCK, PA 16057-7117

JULIO DELUCCHI
466 GRANADA DR
SOUTH SAN FRA, CA 94080-5655

JUNE A SMET
302 MADISON WAY APT 6
SHAWANO, WI 54166-3072

JUNE BROTHERTON
4109 RIVERVIEW CT
DUNKIRK, MD 20754-9455

JULIUS C HASTINGS
212 E FARGO ST
STOCKTON, CA 95204-2016

JUNE ANDERSON
20678 196TH RD
HUTCHINSON, MN 55350-4371

JUNE BROWN
7902 RUSTIC FRST
SAN ANTONIO, TX 78239-3525

JULIUS E PAL
4498 STATE ROUTE 193
KINGSVILLE, OH 44048-9747

JUNE ANNE DUNCAN
457 EATON WAY
WEST CHESTER, PA 19380-6933

JUNE CARLINE WITTE
309 N CATAWBA CT
AURORA, CO 80018-1569

JULIUS F JOHNSON
2159 E CEDAR PL
CHANDLER, AZ 85249-3536

JUNE B JOHN
1095 ASHLEY DR
VALLEY STREAM, NY 11580-2400

JUNE CHAPMAN
907 N 9TH ST
LAMESA, TX 79331-3660

JULIUS PFLUM
3957 SW MOORE ST
PALM CITY, FL 34990-5648

JUNE BADORF
PO BOX 5093
LANCASTER, PA 17606-5093

JUNE COHEN
8 ACORN DR
HARWICH, MA 02645-2848

JULIUS URSHAN
18040 W SPENCER DR
SURPRISE, AZ 85374-1944

JUNE BARON
2206 COUNTY ROAD 115
INTERNATIONAL, MN 56649-8842

JUNE COLEMAN
43 HEATHER LN
GLASGOW, MT 59230-2028

JUNE  D  JOHN
60 LANE 148 CROOKED LK
ANGOLA, IN 46703-9005

JUNE KIRVAN
800 3RD ST
INTERNATIONAL, MN 56649-2207

JUNE MILLER GADDIS
93745 PRAIRIE RD
JUNCTION CITY, OR 97448-8400

JUNE DAVIS
102 HILLER DR
OLD HICKORY, TN 37138-3806

JUNE KNOX
56 HERTZOG DR
LEOLA, PA 17540-1508

JUNE MITTMAN
8243 BLUE HERON DR E APT 4
WILMINGTON, NC 28411-7665

JUNE DEITZ
PO BOX 324
LINESVILLE, PA 16424-0324

JUNE LEWIS
1430 MOUNT ZION RD
MILTON, PA 17847-8435

JUNE MOODY
PO BOX 185
ROSSBURG, OH 45362-0185

JUNE F STEINKE
1617 ROADRUNNER PL
BILLINGS, MT 59102-2668

JUNE LORCH
7852 BOBBYBOYAR AVE
WEST HILLS, CA 91304-4420

JUNE O'HEA
6213 ANTIGUA ST NE APT B
ALBUQUERQUE, NM 87111-7010

JUNE GARBELL
4202 ELDER CT
BAKERSFIELD, CA 93306-7572

JUNE M ULLMAN
1001 GENTER ST UNIT 7D
LA JOLLA, CA 92037-5526

JUNE RODGERS
1490 OGDEN ST
OMAHA, NE 68110-1155

JUNE HANNEMAN
8431 CEDAR LN
WISCONSIN RAP, WI 54494-9623

JUNE MARTY
1659 6TH AVE SW
LE MARS, IA 51031-8200

JUNE SHARP
301 LONGCASTLE DR APT 1
GREENCASTLE, IN 46135-2446

JUNE HENRIKSON
1528 MAIN AVE
INTERNATIONAL, MN 56649-3322

JUNE MAYFIELD
3800 SAM BONEY DR APT 1105
NASHVILLE, TN 37211-3755

JUNE SHERWOOD
411 MARFORD DR
SAINT LOUIS, MO 63141-7507

JUNE IBACH
205 JULIA RD
EPHRATA, PA 17522-1516

JUNE MCCLOUD
2302 22ND AVE
STERLING, IL 61081-1756

JUNE SILBA
20 RAEMOOR DR
PALM COAST, FL 32164-6853

JUNE JOHNSON
90 PINNACLE ST
TEWKSBURY, MA 01876-1303

JUNE MICHALSKI
525 BROOK LN
SAINT CLOUD, MN 56301-9611

JUNE SOLOMON
4672 RIVERWALK VILLAGE CT UN
PONCE INLET, FL 32127-2222

JUNE STANKUS
1745 RANDOLPH RD
SCHENECTADY, NY 12308-2019

JUNE TAYLOR
1901 W RAY AVE
ARTESIA, NM 88210-2234

JUNE TOMASTICK
215 E 2ND ST
BLOOMINGTON, IN 47401-4778

JUNE WARRINER
603 63RD AVE W LOT D16
BRADENTON, FL 34207-4953

JUNE WEBER
7006 ARBOREAL DR
DALLAS, TX 75231-7316

JUNE WHITE
2810 SW ASHWORTH PL
TOPEKA, KS 66614-2510

JUNELL MILLER
1043 NW PRAIRIE RIDGE DR
ANKENY, IA 50023-1563

JUNIA SHLAUSTAS
340 W DIVERSEY PKWY APT 2717
CHICAGO, IL 60657-6245

JUNIOR DODD
PO BOX 778
PENN VALLEY, CA 95946-0778

JUSTIN ALAN SCHEIBEN
5400 EDGEWOOD DR SE
RICHMOND, IN 47374-9678

JUSTIN C MAY
12292 MANGEN RD
VERSAILLES, OH 45380-9474

JUSTIN PIPKORN
725 BERKSHIRE TER
SAINT AUGUSTI, FL 32092-3106

JUSTIN RENNINGER
1125 N BRISTOL DR
LITITZ, PA 17543-6625

JYM GANAHL
6828 BETHANY DR
WESTERVILLE, OH 43081-8295

JYNES [ANN] BALLARD
2052 S COTTONWOOD
MESA, AZ 85202-6304

K DEAN DAUGHERTY
8412 N 99TH AVE
PEORIA, AZ 85345-7605

K GARY BONSALL
25 SUNSET LN
COLUMBUS, NJ 08022-1109

K JOE DUKES
4712 MAGNOLIA RIDGE DR
WAXHAW, NC 28173-9020

K WILLIAM [BILL] CHAMBERS JR
6010 MAJESTIC HILL CT
KINGWOOD, TX 77345-3307

K-LYNN MAY NICHOLS
717 TIMEA ST
KEOKUK, IA 52632-4836

KAE HARDESTY
31560 SPRING VALLEY RD
LOUISBURG, KS 66053-6144

KALA HOLMES
9814 N POTTER AVE
KANSAS CITY, MO 64157-7744

KALAMAZOO CHRISTIAN HIGH S
KALAMAZOO CHRISTIAN SCHOOLA
2121 STADIUM DR
KALAMAZOO, MI 49008-1692

KALAMAZOO CHRISTIAN HIGH S
c/o CONNIE VANDERSLIK
2121 STADIUM DR
KALAMAZOO, MI 49008-1692

KALMAN JOHNSON
2111 SANDRA DR
KNOXVILLE, TN 37918-1671

KAM B LOUIE
8018 SAWGRASS CT
ORLAND PARK, IL 60462-4980

KAPAUN MT CARMEL CATHOLICS
KAPAUN MT CARMEL CATHOLICH
8506 E CENTRAL AVE
WICHITA, KS 67206

KAPAUN MT CARMEL CATHOLIC HIGH SCHOOL
c/o KEVIN ARKIN
8506 E CENTRAL AVE
WICHITA, KS 67206

KAREN ADAMS
1151 LAKEHURST DR
ROCK HILL, SC 29732-9537

KAREN BLACKSMITH
133 WHISPERING DR
GRANTS PASS, OR 97527-9084

KAREL HENKE
4721 78TH ST S
WISCONSIN RAP, WI 54494-9034

KAREN ANGLE
4650 S LEISURE CT
ELLICOTT CITY, MD 21043-6424

KAREN BRINKER
PO BOX 31171
CINCINNATI, OH 45231-0171

KAREN [ROBYN] DICK
1435 CHELLE CT
EL DORADO, KS 67042-4914

KAREN ANNE LONG
19 OLD COLONY RD
N STONINGTON, CT 06359-1518

KAREN BROWN JOHNSTON
PO BOX 130
SAN ANTONIO, NM 87832-0130

KAREN [SUZY] MEYER
590 GLACIER CLUB DR UNIT 13
DURANGO, CO 81301-8114

KAREN BACHELDER
464 COURTLAND PL
CINCINNATI, OH 45255-3320

KAREN BRUMLEY
20887 160TH AVE
CENTERVILLE, IA 52544-9019

KAREN A GARRISON
30413 CEDAR NECK RD UNIT 202
OCEAN VIEW, DE 19970-2781

KAREN BANGERT
3500 HILLCREST DR
BURLINGTON, IA 52601-2327

KAREN BRUMUND
1014 WESTERN AVE
JOLIET, IL 60435-6802

KAREN A HEFFLEY
501 SACKETT AVE
CUYAHOGA FALL, OH 44221-3863

KAREN BARTON
2733 PINNACLE DR
BURLESON, TX 76028-8316

KAREN BUMANN
1020 ONTARIO ST
STORM LAKE, IA 50588-3137

KAREN A HUNNEKE JONES
2001 REVOLUTIONARY LN
HIXSON, TN 37343-3430

KAREN BEHNEY
1001 W LAMBERT RD SPC 228
LA HABRA, CA 90631-1430

KAREN CASTELLUCCIO
PO BOX 485
FISHERS, IN 46038-0485

KAREN A MAAG
15880 ROAD 13
COLUMBUS GROV, OH 45830-9761

KAREN BENEDETTI
2258 MILLWOOD RD
KETTERING, OH 45440-2708

KAREN CHIDESTER
500 CEDAR CREST DR
WES DES MOINE, IA 50265-5149

KAREN A SAUTER
911 HALSTEAD TER
THE VILLAGES, FL 32162-6664

KAREN BERRY
3300 BENCHMARK TRL
AMELIA COURT, VA 23002-2027

KAREN CHILDERS
3274 SANDALWOOD LN NW
SALEM, OR 97304-1134

KAREN CHRISTIAN
3722 MORNING RD APT B
MADISON, WI 53704-7710

KAREN DRISCOLL
W49N636 CEDAR RESERVE CIR
CEDARBURG, WI 53012-3501

KAREN EVANS
8480 MAYBELLE DR
WEEKI WACHEE, FL 34613-4017

KAREN CHRISTIANSEN
300 E 74TH ST APT 30D
NEW YORK, NY 10021-3717

KAREN DUMPERT
633 GOLDEN HILLS RD
COLORADO SPRI, CO 80919-8151

KAREN EVANS
505 4TH AVE
SPRINGVILLE, IA 52336-9702

KAREN CISNEROS
1146 S OWENS CT
LAKEWOOD, CO 80232-4922

KAREN E CAMPBELL
339 JERICHO RD
LINDEN, VA 22642-5830

KAREN FARRELL
1520 E DALE ST
COLORADO SPRI, CO 80909-4545

KAREN CLOONAN
121 PENTAIL DR
LANCASTER, PA 17601-2545

KAREN E MELLINGER
1827 N EDEN RD
LANCASTER, PA 17601-5016

KAREN FASKE
62 BROADWAY RD
WARREN, NJ 07059-5002

KAREN COOK
103 MORGAN ST
COLT, AR 72326-8011

KAREN E SHALTERS
1637 ROBIN RD
LEBANON, PA 17042-6434

KAREN FEENSTRA
3641 7TH ST S
WISCONSIN RAP, WI 54494-6500

KAREN CROSSON
501 MAPLEWOOD DR
REED CITY, MI 49677-9673

KAREN EATON
3529 N NOTTINGHAM ST
ARLINGTON, VA 22207-1335

KAREN FLEMING
3345A S 12TH ST
MILWAUKEE, WI 53215-5005

KAREN DECKER RN
22 PROSPECT PL
CEDAR KNOLLS, NJ 07927-1608

KAREN EBELING
1 LEA PL
RYE, NY 10580-3807

KAREN FLETCHER
6804 PERKINS DR
RALEIGH, NC 27612-6916

KAREN DI NAPOLI
2776 HEATHERCREST DR
YORKTOWN HEIG, NY 10598-2412

KAREN EIDINGER
7843 ORACLE PL
POTOMAC, MD 20854-4031

KAREN FLICKINGER
PO BOX 1269
INTERVALE, NH 03845-1269

KAREN DIXON
248 SEBBY LN
LAKE ZURICH, IL 60047-1358

KAREN ENGEL
301 LAKE DR
RANDOM LAKE, WI 53075-1764

KAREN FUERST
944 S WILLIAMS ST
DENVER, CO 80209-4543

KAREN G KELLEY
5 SCENNA RD
BEVERLY, MA 01915-1428

KAREN HILL
48055 TORNADO RD
RACINE, OH 45771-9117

KAREN JO HULETT
PO BOX 236
MEDIAPOLIS, IA 52637-0236

KAREN G ROSS
604 SW 1ST ST
RICHMOND, IN 47374-5307

KAREN HITCHCOCK
2411 NOBLE RD
WILLIAMSTON, MI 48895-9130

KAREN JO MARKUS
12755 IZARD ST
OMAHA, NE 68154-1243

KAREN GALEY MD
108 HAWTHORNE RD
BLAWNOX, PA 15238-2322

KAREN HOLM
1112 N 59TH AVE W
DULUTH, MN 55807-1236

KAREN JOHNSON
5537 MOUNT PLEASANT DR
CAZENOVIA, NY 13035-9331

KAREN GLAZER
5475 FAIR OAKS ST
PITTSBURGH, PA 15217-1055

KAREN HORNING
205 IRONSTONE DR
LITITZ, PA 17543-9469

KAREN JONES
106 HAROLD CT
WINCHESTER, VA 22602-5609

KAREN GLENDINNING
60 SKYLINE DR
MORRISTOWN, NJ 07960-5145

KAREN HOYT
9517 BELLHAVEN CT
FREDERICK, MD 21701-5814

KAREN JOUBERT
3400 MAYHILL CT
ARLINGTON, TX 76014-3343

KAREN GUNLOCK RN
199 CAMINO DEL VALLE
LAS VEGAS, NM 87701-9654

KAREN HUFF
8023 MERRYMAKER LN
CINCINNATI, OH 45236-2750

KAREN K MECK
166 OAK KNOLL CIR
MILLERSVILLE, PA 17551-2205

KAREN HAMMOND
317 FISH HATCHERY RD
GOLDENDALE, WA 98620-3201

KAREN HUSTON
812 2ND ST
BONAPARTE, IA 52620-1019

KAREN KAUFMAN
1220 NORTHWOLD ST
LIMA, OH 45801-3571

KAREN HARSHBARGER
8035 KAHNIE TRAIL LOOP
NEHALEM, OR 97131-9727

KAREN J RYAN
164 BARBARA JEAN LN
JOLIET, IL 60436-1060

KAREN KINDSCHI
1601 DULUTH ST
SAINT PAUL, MN 55106-1115

KAREN HEDGES
1155 S BASS DR
MOUNT JULIET, TN 37122-2973

KAREN JAMISON
636 RICHMOND DR
LANCASTER, PA 17601-8812

KAREN KING
3700 RIVER OAKS DR
DES MOINES, IA 50312-4635

KAREN KITTLE
700 LAKE VIEW DR
CROWLEY, TX 76036-3962

KAREN LEIGH BRADLEY
732 AMELIA ST
NEWBERRY, SC 29108-3904

KAREN MARLO
9093 WEXFORD DR
VIENNA, VA 22182-2152

KAREN KORN
W137N6588 MANOR HILLS BLVD
MENOMONEE FAL, WI 53051-6051

KAREN LEVENE
8505 N 39TH ST
AUGUSTA, MI 49012-9769

KAREN MARMER
557 MAPLE CT
BENSALEM, PA 19020-4320

KAREN KUNAK
604 RIVERVIEW DR
DRAVOSBURG, PA 15034-1043

KAREN LIERLEY
211 BROOKRIDGE DR
ALGONA, IA 50511-7256

KAREN MERRILL
1307 SE UNIV AVE UNIT 108
WAUKEE, IA 50263-8467

KAREN L IVEY
1125 E 174TH ST
CLEVELAND, OH 44119-3107

KAREN LODE
PO BOX 1456
BODEGA BAY, CA 94923-1456

KAREN MEYER
7527 N EUCALYPTUS DR
PARADISE VALL, AZ 85253-3319

KAREN L SOINI
5428 GILBERT RD
RAVENNA, OH 44266-9200

KAREN LONG
14106 CERRITOS AVE
BELLFLOWER, CA 90706-2136

KAREN MONTEE
4941 MONTEE RD
THEODORE, AL 36582-8166

KAREN L WEIGAND
2452 S GLENDALE ST APT 145
WICHITA, KS 67210-1276

KAREN LYNCH
4325 N 163RD ST
OMAHA, NE 68116-2974

KAREN MOTT
735 NE MEMORIAL DR
GRANTS PASS, OR 97526-1407

KAREN LACKEY
1416 BOBWHITE TRL
GLENN HEIGHTS, TX 75154-8446

KAREN M PHILLIPS
308 CHERRY BLOSSOM CT
ELIDA, OH 45807-1085

KAREN MUSICK
331 VANCE DR
BRISTOL, TN 37620-4147

KAREN LAWRENCE
452 E MAIN ST
VERSAILLES, OH 45380-1524

KAREN MAHARG
824 E PONDVIEW CT
APPLETON, WI 54913-6605

KAREN N SCHMIDT
S93W33610 FIELDSIDE CT
MUKWONAGO, WI 53149-8202

KAREN LEE
4431 GOSHEN LAKE DR S
AUGUSTA, GA 30906-9120

KAREN MAHER
704 BIRCHWOOD PARK DR
MIDDLE ISLAND, NY 11953-2607

KAREN NICKELS
24972 TOCALOMA CT
LAGUNA HILLS, CA 92653-5603

KAREN NICOLE ROSS
5546 S LA SALLE ST
CHICAGO, IL 60621-4104

KAREN R GRAHAM
1030 N 48TH AVE E
DULUTH, MN 55804-2458

KAREN S THORN RT
2714 AERO WAY ST
KEOKUK, IA 52632-2503

KAREN NYCE
707 WESLEY CT
WORTHINGTON, OH 43085-3558

KAREN R LEONARD
7852 51ST ST NE
DEVILS LAKE, ND 58301-9670

KAREN SCHAUFELD
16140 RIVER FARM LN
LEESBURG, VA 20176-5949

KAREN O'BRIEN
6617 PAMPUS DR
ORLANDO, FL 32819-4502

KAREN RAMAGE
453 KINGS CANYON BLVD
GALESBURG, IL 61401-3236

KAREN SERENA ROBERTSON
6800 SAINT IGNATIUS DR APT 1
FORT WASHINGT, MD 20744-1963

KAREN OTSTOT
6356 LOCUST LN
MECHANICSBURG, PA 17050-7337

KAREN RAMEY
944 SHARP RD
SEVIERVILLE, TN 37876-6478

KAREN SHARP
200 INDIAN TRL
PEMBROKE, GA 31321-8261

KAREN P HESS
14 CHESTNUT HILL DR
SEEKONK, MA 02771-3304

KAREN RAY
411 BROWN DR
KNOXVILLE, TN 37918-9022

KAREN SMITH
PO BOX 95
NEWPORT, TN 37822-0095

KAREN PARSONS
3512 HENDERSON RD
SPRING ARBOR, MI 49283-9603

KAREN REGENNITTER
236 WOODFIELD LN
TIFFIN, IA 52340-4735

KAREN STANSBREY
137 PARMELEE DR
HUDSON, OH 44236-3427

KAREN PETIT-FERN
7984 S CEDAR CIR
LITTLETON, CO 80120-4430

KAREN RICHARDS
514 COLGATE DR
PLACENTIA, CA 92870-5105

KAREN STANTON
120 WARWICK RD
HADDONFIELD, NJ 08033-3707

KAREN PROCTOR
742 CHARTER OAKS DR
CONROE, TX 77302-3104

KAREN ROBBINS
404 LAURENS ST
OLEAN, NY 14760-2516

KAREN STONE
6789 PINEHURST ST
CENTRAL POINT, OR 97502-3485

KAREN PROKOPOWICH
9510 77 AVENUE
GRANDE PRAIRI, AB T8V 4T3

KAREN S ARTHUR
520 SW 17TH ST
RICHMOND, IN 47374-5137

KAREN STUMP
124 WINCHESTER AVE
GREENVILLE, OH 45331-9401

KAREN SUE HAYS
1075 SARGENT AVE SE
ADA, MI 49301-9168

KAREN WESTLAKE
234 EDGEWOOD AVE
SAINT THOMAS, PA 17252-9633

KARENE SALSBURY
557 S SCOTT ST
LIMA, OH 45804-1363

KAREN SUE LUEBBERS
7417 SOMERSET PL
NASHVILLE, TN 37221-4612

KAREN WHITE
605 S POPLAR ST
SAPULPA, OK 74066-5109

KARILYN DOLL
413 LOCUST ST
CHASE, KS 67524-9460

KAREN SUE MUNSON
2661 ROLLING RIDGE LN NW
WALKER, MI 49534-1345

KAREN WHITING
510 4TH ST SE APT 1
MINNEAPOLIS, MN 55414-1888

KARILYN PATTON
1282 S HIGH ST
EL DORADO, KS 67042-3778

KAREN TEAFORD
5444 LEXINGTON RD
CORPUS CHRIST, TX 78412-5100

KAREN WILLIAMS
118 E MARION AVE
EDGEWATER, FL 32132-2709

KARIN SUE VARNER
4906 E BROWN RD UNIT 28
MESA, AZ 85205-4264

KAREN THOMAS
1503 W 1ST ST
COFFEYVILLE, KS 67337-3207

KAREN WILLIAMS
2577 RUSTLING OAK BLVD
HILLIARD, OH 43026-8943

KARIS KOESTER
17564 NW SHOREWOOD DR
BEAVERTON, OR 97006-3245

KAREN THOMPSON
7117 S 49TH AVENUE CIR
OMAHA, NE 68157-2272

KAREN WILSON
502 18TH ST E
INTERNATIONAL, MN 56649-3144

KARL ANDERSON
3540 POLLEY RD
COLUMBUS, OH 43221-4758

KAREN WALBURG
2417 FORD RD
MINNETONKA, MN 55305-3107

KAREN WINN
8620 BLUE TEAL DR
CLAYTON, OH 45315-9637

KARL B WILLIAMS
9235 HARTLAND RD
FENTON, MI 48430-9559

KAREN WATTS
73403 HAYSTACK RD
PALM DESERT, CA 92260-6059

KAREN WOJAHN
415 ARNOLD AVE S APT 75
THIEF RIVER F, MN 56701-3537

KARL E BEMENT
4316 HIDDEN LAKE XING
PFLUGERVILLE, TX 78660-5550

KAREN WELLS
2881 ASHCROFT DR
LAKE, MI 48632-9259

KAREN YORK
6541 LAURELTON AVE
GARDEN GROVE, CA 92845-1822

KARL EVANS JR
6032 ADOBE SUMMIT AVE
LAS VEGAS, NV 89110-1878

KARL G WACHS
254 CREEKWOOD DR
BLUM, TX 76627-3005

KARLA HORTON
603 N 23RD ST
LAMESA, TX 79331-2207

KAROL D LIGHTNER
214 DAVIS AVE
DES MOINES, IA 50315-7307

KARL H KUMMERLEN
48 BIRCH AVE
MAPLE SHADE, NJ 08052-2802

KARLA M COLE
2624 W GRAND BLVD
DETROIT, MI 48208-1237

KAROL GABRIELSON
24400 RIVERCLIFF CV
SPICEWOOD, TX 78669-2654

KARL J BROWN
563 W HOLTZMULLER RD
WEST MANCHEST, OH 45382-9775

KARLA MESSER
306 N RAILROAD AVE
COLUMBUS, KS 66725-1238

KAROLE PANDO
5475 E SORRENTO DR
LONG BEACH, CA 90803-3627

KARL R BLACKBURN
876 BRIXHAM RD
COLUMBUS, OH 43204-1002

KARLA VASSER
28338 LOOKOUT POINT LN
MENIFEE, CA 92585-3175

KAROLYN KOEKKOEK
8064 CRIMSON LEAF CT
GAINESVILLE, VA 20155-1737

KARL SEGHORN
3610 WHETSTONE LN
FORT WAYNE, IN 46815-6359

KARLA WIGHT
64 MUGWHY LN
PORTLAND, ME 04103-2080

KAROLYN O CARLYLE
178 MONTGOMERY RD
DAYTON, TN 37321-7331

KARL W SCHROEDER
19133 MAPLES RD
MONROEVILLE, IN 46773-9767

KARLEEN MEVIG
270 SKIFF PT APT A1
CLEARWATER BE, FL 33767-2160

KAROLYN SAMMAN
9319 W CENTER ST
MILWAUKEE, WI 53222-4518

KARLA ADAMS
10021 W BURNS DR
SUN CITY, AZ 85351-1230

KARLLA SENSKE
8541 ALDRICH AVE S
BLOOMINGTON, MN 55420-2216

KARYL CASADY
7511 N 133RD EAST AVE
OWASSO, OK 74055-7158

KARLA G CARRELL
PO BOX 20234
AMARILLO, TX 79114-2234

KARMEN LAWRENCE
8059 PILMER DR
DES MOINES, IA 50320-6846

KARYL MANNELLY
1579 GLORIA WAY
MINDEN, NV 89423-9029

KARLA GREEN
300 N LEE AVE
FULLERTON, CA 92833-2407

KARN ALM
12711 COLORADO BLVD UNIT 120
THORNTON, CO 80241-2815

KARYN BOTFIELD
309 VILLAGE WAY
LIMERICK, PA 19468-3445

KARYN BRINKMEYER
PO BOX 38
HUBBARD, IA 50122-0038

KATHARINE HENNESSEY
345 N BROADWAY
SLEEPY HOLLOW, NY 10591-2309

KATHERINE GARRISON
107 ALPINE VALLEY DR
PERRY, GA 31069-8715

KARYN MILLER
1004 THOMAS CROSSING DR
BURLESON, TX 76028-3290

KATHARINE M FRETZ
318 ESTAUGH AVE
HADDONFIELD, NJ 08033-2512

KATHERINE HAFFEY
29 REGATTA DR
NIANTIC, CT 06357-1643

KATE CLAIRE LOFF
301 STANFORD ST
BRUSH, CO 80723-1623

KATHERELL R MORRISON W
2501 NW 30TH TER
FORT LAUDERDA, FL 33311-2862

KATHERINE HAMSKI
25 RANDALL RD
SHOREHAM, NY 11786-2027

KATE HERRIAGE JR
506 SUNSET PL
ATCHISON, KS 66002-1612

KATHERINE [KATHY] KREDICH
5831 N CAMINO ARIZPE
TUCSON, AZ 85718-4609

KATHERINE J [KAY] TURNER
1412 SAGESTONE CT
CHARLOTTE, NC 28262-4238

KATE LEGGETT
1925 BUFFALO DANCER TRL NE
ALBUQUERQUE, NM 87112-3752

KATHERINE [KAY] JANCO
1417 RIVERMONT CIR N
GALLATIN, TN 37066-5638

KATHERINE J HOWARD
976 OUTER DR
FENTON, MI 48430-2255

KATE MILLER
69 MELLON AVE
TROY, NY 12180-2738

KATHERINE [KAY] LEVINSON
21 DIVISION AVE
NYACK, NY 10960-4405

KATHERINE J MORGAN
186 LAKE AVE
FAIR HAVEN, NJ 07704-3107

KATE PARKER
PO BOX 1559
MCMINNVILLE, OR 97128-1559

KATHERINE A SEANEY
321 SW 1ST ST
RICHMOND, IN 47374-5303

KATHERINE J TRAFICANTI
5115 N KILDARE AVE
CHICAGO, IL 60630-2606

KATHALEEN CHRISCO
105 MEETING STREET RD
EDGEFIELD, SC 29824-3905

KATHERINE DONOHUE
35 PARK AVE
BRONXVILLE, NY 10708-1710

KATHERINE L JAMES
1724 UPSHUR ST NW
WASHINGTON, DC 20011-5317

KATHARINE ANN HRACH
9036 RADIOM DR
SAINT LOUIS, MO 63123-5541

KATHERINE FREENY
111 GILLIS AVE
SEQUIM, WA 98382-3640

KATHERINE M KAUTZ
2060 E 112TH PL
NORTHGLENN, CO 80233-2284

KATHERINE M LITTLE
305 RIGGS ST
FENTON, MI 48430-2353

KATHERINE MANKER
4870 WEST BROADWAY
MONTREAL, QC H4V 1Z9

KATHERINE R [KATHY] BEVANS
5421 N EAST RIVER RD APT 117
CHICAGO, IL 60656-1167

KATHERINE S GARTON
5N137 FOX BLUFF CT
SAINT CHARLES, IL 60175-5174

KATHERINE SCHEUER
2054 GRANT MCMAHAN BLVD
ELY, MN 55731-8161

KATHERINE SHECK
23722 W LAKEPOINT DR
CHANNAHON, IL 60410-4002

KATHERINE STANTON
3291 RIDGECREST CT APT 211
NORMAN, OK 73072-7555

KATHERINE WESTWOOD
31768 COUNTY ROAD JJ.5
LA JUNTA, CO 81050-9540

KATHERINE WILLOX
2759 HARBORMASTER DR SE
SOUTHPORT, NC 28461-8002

KATHERINE YAMASAKI
575 W MADISON ST APT 4208
CHICAGO, IL 60661-2622

KATHERLEEN PRIDE
2021 CENTANNI DR
SAINT BERNARD, LA 70085-5805

KATHI SUTTON
6805 JONES VALLEY DR SE
HUNTSVILLE, AL 35802-1919

KATHI TRETTER
2066 242ND ST
LOMITA, CA 90717-1116

KATHI WHITE
701 E SHERMAN ST
HUTCHINSON, KS 67501-7357

KATHIE [KATHY] BORDELON
801 ESPLANADE ST
LAKE CHARLES, LA 70607-6311

KATHIE A BRADLEY
348 E RICH LN
BLACKFOOT, ID 83221-5926

KATHIE EVANS
6381 MACLAREN AVE NE
OTSEGO, MN 55301-4623

KATHIE NESLAND
14838 JOHNSON CREEK LN SE
RAINIER, WA 98576-9522

KATHLEEN (KATHY) PFEIFFER
81 S EUCLID AVE
PITTSBURGH, PA 15202-3812

KATHLEEN [KATHIE] PHILLIPS
1704 RAINBOW DR
CEDAR FALLS, IA 50613-4566

KATHLEEN [KATHY] KUNKEL
81 FISH RD
WELLSBORO, PA 16901-6913

KATHLEEN [KATHY] SELL
4454 LONGPOINT DR
CHEBOYGAN, MI 49721-9778

KATHLEEN [KATIE] CELLI
700 MCROBERTS AVE
AURORA, OH 44202-8714

KATHLEEN [KAY] KOLENSKY
520 FOREST AVE
MASSAPEQUA, NY 11758-4803

KATHLEEN A [KATHY] WARD
20949 FOWLERS MILL CIR
ASHBURN, VA 20147-4826

KATHLEEN A [KATIE] ROSSO
PO BOX 732
MENOMONEE FAL, WI 53052-0732

KATHLEEN A [KAY] NASON
45 RUTH RD
BROOMFIELD, CO 80020-1107

KATHLEEN A GAARE-WIESE
13261 S EGYPT SHORES DR
CREAL SPRINGS, IL 62922-3842

KATHLEEN BAUGHER
166 HILLCREST AVE
MANHASSET, NY 11030-2318

KATHLEEN CASSOL
4960 NORTHLAWN CIR
MURRYSVILLE, PA 15668-9422

KATHLEEN A JOHNSTON
44 AUDUBON DR
ASHEVILLE, NC 28804-1202

KATHLEEN BLACK
340 FOREST BLVD
SHEBOYGAN FAL, WI 53085-2556

KATHLEEN CHAMBERLAIN
51 SLOAN RD
WEST CHESTER, PA 19382-4305

KATHLEEN A MALPEZZI
1131 PHEASANT RUN
QUAKERTOWN, PA 18951-2836

KATHLEEN BLOMQUIST
119 DANTZLER DR
LEXINGTON, KY 40503-1368

KATHLEEN CHAPMAN
PO BOX 41
LOGAN, IA 51546-0041

KATHLEEN A MORAN
3045 HOBART ST APT 5B
WOODSIDE, NY 11377-1427

KATHLEEN BRENNAN
604 N WILLARD AVE
JANESVILLE, WI 53548-2754

KATHLEEN CHASE
40 MAPLE AVE
LITTLE COMPTO, RI 02837-1712

KATHLEEN A MULVANEY
6562 W 91ST ST APT 149
OVERLAND PARK, KS 66212-6028

KATHLEEN BRIDGE
33 CHEROKEE DR
GREENSBURG, PA 15601-4703

KATHLEEN CHRISTENSEN
7534 ERSKINE ST
OMAHA, NE 68134-6635

KATHLEEN A PIPKIN
1660 COLUMBIA ROAD 31
WALDO, AR 71770-9631

KATHLEEN BRIGGS
PO BOX 1891
MILWAUKEE, WI 53201-1891

KATHLEEN COFFEY
18023 ROAD R17
COLUMBUS GROV, OH 45830-9226

KATHLEEN A TALTY ESQ
3349 BEECH AVE
BALTIMORE, MD 21211-2607

KATHLEEN BROBST
16358 BOYCE DR
BOKEELIA, FL 33922-1509

KATHLEEN COFFIN
23503 GLACIER RD
SIOUX CITY, IA 51108-8621

KATHLEEN BALES
1255 SHERMAN AVE
MENLO PARK, CA 94025-6012

KATHLEEN C CHENOWETH
1134 BACK CREEK LOOP
SOLOMONS, MD 20688-3109

KATHLEEN CONTILLO
3034 FIVE IRON DR
PORT SAINT LU, FL 34952-3164

KATHLEEN BARE
PO BOX 1244
KALKASKA, MI 49646-1244

KATHLEEN CAPIZZANO
14 MEADOW LARK DR
WESTERLY, RI 02891-2813

KATHLEEN CROSS
24 SUMMIT ST
TARRYTOWN, NY 10591-5910

KATHLEEN D [KATHY] JONES
2600 SE GRANGER CT
TOPEKA, KS 66605-2254

KATHLEEN E CASE
4981 SAND RIPPLES LN
COLORADO SPRI, CO 80922-3511

KATHLEEN GIESLER
3303 JEPSEN RD
CEDAR FALLS, IA 50613-9337

KATHLEEN D [KATHY] LEINBERGER
542 CYPRESS AVE
BATAVIA, IL 60510-1131

KATHLEEN E WALSH
78 LAKEVIEW DR
PLATTSBURGH, NY 12901-6932

KATHLEEN GOENNER
9703 100TH AVE SE
CLEAR LAKE, MN 55319-4550

KATHLEEN D KING
6665 WESTPOINT ST
TAYLOR, MI 48180-1710

KATHLEEN EASTHAM
10799 COUNTY ROAD 151
KAUFMAN, TX 75142-7818

KATHLEEN GORMAN
78 SADDLE RIDGE DR
HOPEWELL JUNC, NY 12533-6044

KATHLEEN DEOUL
2420 STILL FOREST RD
BALTIMORE, MD 21208-3431

KATHLEEN EMMONS
2 CEDAR LN
PEMBERTON, NJ 08068-1202

KATHLEEN GRIESE
PO BOX 14
DENVER, IA 50622-0014

KATHLEEN DICK
PO BOX 132
MOUNT HOPE, KS 67108-0132

KATHLEEN FABER
1025 CENTRAL AVE SW
LE MARS, IA 51031-2538

KATHLEEN HAMMOND
6301 N 102ND AVE
OMAHA, NE 68134-7306

KATHLEEN DIETZ
2981 DARLINGTON DR
THOUSAND OAKS, CA 91360-4551

KATHLEEN FALLS
615 WALNUT AVE
NORTH BEACH, MD 20714-9643

KATHLEEN HAWKINS
11373 NATURE AVE
LE MARS, IA 51031-8529

KATHLEEN DUFFY
3450 MERRIMAC RD
DAVIDSONVILLE, MD 21035-1354

KATHLEEN FENLASON
1320 SOUTHBRIDGE AVE N
SARTELL, MN 56377-4642

KATHLEEN HOEKSEMA
207 GABARDINE AVE
PORTAGE, MI 49002-7021

KATHLEEN DULIN
11 WYNNEWOOD DR
CRANBURY, NJ 08512-2811

KATHLEEN FINDLEY
720 LOCUST ST
REDDING, CA 96001-2708

KATHLEEN JOHNSON
39 HEATHER LN
LEVITTOWN, NY 11756-3307

KATHLEEN DUNCAN
2338 SW CRESTWOOD CT
DALLAS, OR 97338-2357

KATHLEEN G SKOLLER
2517 HASTINGS AVE
EVANSTON, IL 60201-1156

KATHLEEN KERR
648 BAINBRIDGE LOOP
WINTER GARDEN, FL 34787-2418

KATHLEEN KETT
16893 HELMET RD
TOMAH, WI 54660-6787

KATHLEEN L HEDLER
28 VILLAGE DR
EAST LYME, CT 06333-1241

KATHLEEN MULHAIR
2500 MEADOWOOD BLVD APT 25
NORMAN, OK 73071-4725

KATHLEEN KILGALLON
PO BOX 2568
RANCHO SANTA, CA 92067-2568

KATHLEEN L TRASK
PO BOX 23
TEKAMAH, NE 68061-0023

KATHLEEN NISTAD
101 S BATTERY ST
CHARLESTON, SC 29401-2321

KATHLEEN KILKUSKIE
303 S STATE ST
EPHRATA, PA 17522-2357

KATHLEEN LARSON
10216 W WILLOW WAY
PASCO, WA 99301-6568

KATHLEEN NOCERA
9411 69TH AVE APT 108
FOREST HILLS, NY 11375-5801

KATHLEEN KIRK
3423 N WEST BRANCH DR
GLADWIN, MI 48624-7932

KATHLEEN M JOHNSTON
PO BOX 250
CROYDON, PA 19021-0250

KATHLEEN NOWACKI-CORREIA
PO BOX 1584
LEXINGTON, VA 24450-1584

KATHLEEN KLEMS
5296 W VILLAGE DR
GLENDALE, AZ 85308-5339

KATHLEEN MALDONADO
PO BOX 154
ALTO, NM 88312-0154

KATHLEEN PEASPANEN
50 LOCK ONE RD
ASHVILLE, AL 35953-4726

KATHLEEN KNUDTSON
21850 BERNE ST
TEHACHAPI, CA 93561-6363

KATHLEEN MARSHALL
50 JAY DEE LN
BIRDSBORO, PA 19508-7923

KATHLEEN PLUNKETT
302 S MAIN ST
MONROE CITY, MO 63456-1625

KATHLEEN KOHLMANN
114 N DILLINGHAM ST
GLENBEULAH, WI 53023-1174

KATHLEEN MC BRIDE-MARINELLI
326 E 312TH ST
WILLOWICK, OH 44095-3625

KATHLEEN PONIKVAR
4270 JOHNSON RD
ORWELL, OH 44076-9731

KATHLEEN KRIEG
1311 GRAND BLVD
CEDAR FALLS, IA 50613-4309

KATHLEEN MCGRANN
222 FEDERAL ST
PHILADELPHIA, PA 19147-5310

KATHLEEN PUTNAM
5470 CADDIS BND APT 104
FITCHBURG, WI 53711-7165

KATHLEEN KUNASEK
3448 E CAROL DR
SPRINGFIELD, MO 65809-2104

KATHLEEN MEEHAN
2246 79TH ST
EAST ELMHURST, NY 11370-2140

KATHLEEN R [KATHY] FOCKE
227 ANDALE RD
ANDALE, KS 67001-9656

KATHLEEN REICHARDT
2060 CHRISTY RD
MARIETTA, OH 45750-6456

KATHLEEN SHKUDA
38 BARTLETT DR
MANHASSET, NY 11030-2121

KATHLEEN WEBER
1931 LINCOLN ST
WISCONSIN RAP, WI 54494-6032

KATHLEEN REINKE
2628 DAY LILY RUN
THE VILLAGES, FL 32162-2054

KATHLEEN SMITH
38 AUTUMN DR
CROSSVILLE, TN 38571-7337

KATHLEEN YERKISH
1428 S RAMA DR
WEST COVINA, CA 91790-3210

KATHLEEN RHODES-HORNSBY
22240 ROLLING HILLS LN
YORBA LINDA, CA 92887-2709

KATHLEEN SOKOLITSKY
4206 DERBYSHIRE LN
ORLANDO, FL 32812-2751

KATHLEEN ZELM
734 EASTERN AVE
PLYMOUTH, WI 53073-1915

KATHLEEN RIVARD
19316 MILLER RD
SANDSTONE, MN 55072-2805

KATHLEEN STILES
127 NANCY LN
KING OF PRUSS, PA 19406-2358

KATHRYN [CHIC] WELCH
2170 N LAKE FOREST DR
MCKINNEY, TX 75071-5156

KATHLEEN ROTHSTEIN
72 BEARDSWORTH RD
TIVERTON, RI 02878-1607

KATHLEEN SUSAN WILHOITE
11081 ASHFORD GABLE PL
JACKSONVILLE, FL 32257-3776

KATHRYN [KATHY] MCCULLOCH
3630 MEDINAH AVE W
SOUTHPORT, NC 28461-8120

KATHLEEN S NORRIS
532 RIDER RIDGE DR
LONGMONT, CO 80504-4692

KATHLEEN SYBING
11 CAMDEN CT
ROCKVILLE, MD 20850-2921

KATHRYN [KAY] PERRY
PO BOX 190
DALLAS CITY, IL 62330-0190

KATHLEEN SADLER
3758 ELGIN DR
IOWA CITY, IA 52245-3995

KATHLEEN TALLMAN
14149 E 1560 RD
STOCKTON, MO 65785-8104

KATHRYN A [KATIE] RUDNER
336 W HILLSDALE ST
INGLEWOOD, CA 90302-1122

KATHLEEN SAMUELS
49 HOLLY MILL RD
SELKIRK, NY 12158-1276

KATHLEEN TURNER
17 FOX CHASE CIR
NEWTOWN SQUAR, PA 19073-2405

KATHRYN ANDERSON
3 WILLOWDALE CIR
ORMOND BEACH, FL 32174-6933

KATHLEEN SAXON
PO BOX 705
LAKE HARMONY, PA 18624-0705

KATHLEEN ULRICH
170 WESTON PL
SHENANDOAH, PA 17976-1013

KATHRYN AUSEC
825 MARYKNOLL DR
LOCKPORT, IL 60441-6222

KATHRYN BAERENT
7416 OAK RIDGE ST
RICHMOND, VA 23294-3532

KATHRYN GREEN
2780 SE HOLLYHOCK CT
HILLSBORO, OR 97123-5205

KATHRYN LEUTHOLD
8440 W 97TH ST
MINNEAPOLIS, MN 55438-1663

KATHRYN BENEDETTO
861 CLARK RD
SANTA BARBARA, CA 93110-1222

KATHRYN HACKMAN
740 LINCOLN GARDENS RD
EPHRATA, PA 17522-8428

KATHRYN M [KATHY] HANAS
8102 E MOCKINGBIRD ST
WICHITA, KS 67207-1121

KATHRYN BRAND
8067 GRENFELL ST
KEW GARDENS, NY 11415-1023

KATHRYN HAGEL
2037 JAMES ST
MONTROSE, CO 81401-5373

KATHRYN M CONGLETON
2606 HENDERSON AVE
SILVER SPRING, MD 20902-2062

KATHRYN CLAUSSEN
612 BYRD CT
DAYTON, OH 45458-5807

KATHRYN HAGGARD
9555 W 59TH AVE APT 203
ARVADA, CO 80004-5394

KATHRYN M RIVENBARK
1345 15TH AVE
VERO BEACH, FL 32960-3765

KATHRYN DOW
7829 MARGARET ST
TAYLOR, MI 48180-2409

KATHRYN HAZLETT
1217 LORY ST
FORT COLLINS, CO 80524-3905

KATHRYN M SZEFLINSKI
1328 LAKEVIEW AVE
SOUTH MILWAUK, WI 53172-3534

KATHRYN FRANCES STRANG
125 CORNERSTONE DR
NEWTOWN SQUAR, PA 19073-4048

KATHRYN IRWIN
1607 OCONNOR DR
SAC CITY, IA 50583-1824

KATHRYN MALONE
619 S KENNICOTT AVE
ARLINGTON HEI, IL 60005-2249

KATHRYN G [KATHY] SEABER
2548 SADDLE DR
LANCASTER, PA 17601-4827

KATHRYN JAMES
11070 YARROW ST
WESTMINSTER, CO 80021-2624

KATHRYN MCKINNEY
2324 GREEN VALLEY DR
BILLINGS, MT 59102-1125

KATHRYN GILBRAITH
735 POST AVE
ALAMOGORDO, NM 88310-7363

KATHRYN KEISER
2421 OLD TURNPIKE RD # 137
LEWISBURG, PA 17837-6523

KATHRYN R MCKINNEY
207 WHITLEY WAY
LYNCHBURG, VA 24503-2156

KATHRYN GRAHAM
204 BROADWAY
KEYPORT, NJ 07735-1004

KATHRYN KOCHEL-BOOKMILLER
50 MAIN ST
LANDISVILLE, PA 17538-1144

KATHRYN RAY
1119 E 29TH PL
BAXTER SPRING, KS 66713-2333

KATHRYN S VAUGHAN
2105 N JOSEY LN APT 317
CARROLLTON, TX 75006-3027

KATHY ADAMS
935 MCCAMPBELL RD
MANSFIELD, TX 76063-5303

KATHY BUCHANAN
2235 SONGBIRD CT
PLYMOUTH, WI 53073-4997

KATHRYN SANDERS
111 S SPRING ST APT 106
GREENCASTLE, IN 46135-1712

KATHY ALDRICH
12400 UPTON RD
BATH, MI 48808-9487

KATHY CAMPBELL
848 NIAGARA DR
NORTH HUNTING, PA 15642-1676

KATHRYN SHERMAN
1255 NIPIGON AVE S
ATLANTIC BEAC, FL 32233-2225

KATHY ALEXANDER
PO BOX 25
OAK HILL, WV 25901-0025

KATHY COGANOW
725 HILL MEADOW DR
DACULA, GA 30019-3426

KATHRYN SUTTON
7030 E 11TH AVE
DENVER, CO 80220-4864

KATHY APEL
1551 JERSEY ST
LAKE MILTON, OH 44429-9635

KATHY CURTIS
5438 HOOSON RD
PENDER ISLAND, BC V0N 2M1

KATHRYN TRAVERSI
8413 GRINNELL WAY
SACRAMENTO, CA 95826-2935

KATHY ARENZ
921 W GREEN TREE RD
RIVER HILLS, WI 53217-3716

KATHY D HANCOCK
14170 N 2360 RD
MOUNTAIN VIEW, OK 73062-9664

KATHRYN W BRIMHALL MD
816 COLONIAL DR
MORRISTOWN, TN 37814-2557

KATHY BAILEY
411 DEMPS RD
SPARTA, TN 38583-5415

KATHY DANIEL
20142 BEAVER LAKE RD
SAINT AUGUSTA, MN 55353-4502

KATHRYN WINIECKI
253 RAVENNA ST
HUDSON, OH 44236-3445

KATHY BERGER
3109 CRESCENT LN NW
ROCHESTER, MN 55901-1415

KATHY ETIENNE
2575 COUNTY ROAD 99
RAY, MN 56669-9043

KATHRYN WITMER
1323 BLACK SHEEP CIR
EAST EARL, PA 17519-9264

KATHY BONNESON
12002 NEWHOPE RD
OMAHA, AR 72662-9161

KATHY FARRIS
4613 ELLSMERE LN
RALEIGH, NC 27604-4740

KATHY A LEGER
5310 FARRAGUT DR
ARLINGTON, TX 76018-1941

KATHY BROWN
1205 CRESCENT DR
RICHMOND, IN 47374-1124

KATHY FAVREAU
2379 MERLOT CT
BULLHEAD CITY, AZ 86429-7421

KATHY FERRONE
35A GRAMERCY LN
MANCHESTER, NJ 08759-7100

KATHY J JOHNSON
1516 N STATE ROAD 9
ALBION, IN 46701-9600

KATHY LOVETINSKY
5065 AMERICAN LEGION RD SE
IOWA CITY, IA 52240-9071

KATHY FETTKETHER
4801 CEDAR DR
WEST DES MOIN, IA 50266-4954

KATHY J VAN HOOSE
2024 GEORGETOWN DR
DENTON, TX 76201-1739

KATHY LUNA
700 E HUGHES AVE
DES MOINES, IA 50315-2425

KATHY GHEARING
2955 STATE ROAD 121
RICHMOND, IN 47374-8234

KATHY L BERRY
99 MIDWAY AVE
BARRE, VT 05641-2308

KATHY MADSEN
2535 E PETROGLYPH LN
ORO VALLEY, AZ 85755-1952

KATHY GORNIK
4158 GEORGETOWN RD
LEXINGTON, KY 40511-9066

KATHY L MCCALL
3608 DANIEL BOONE RD
GATE CITY, VA 24251-2887

KATHY MAIDLOW
26 SHENANDOAH CIR
SYLVANIA, OH 43560-4110

KATHY GROW
937 SW PRINCETON PL
GRANTS PASS, OR 97527-6716

KATHY L THUREEN
1200 RIVERSIDE DR APT 328
INTERNATIONAL, MN 56649-2162

KATHY MC GREW
6156 CADAGON CT
SALISBURY, MD 21801-1764

KATHY HARDING
202 WHITNEL DR
MOUNT JULIET, TN 37122-2506

KATHY L VANDERVEUR
275 S BRYN MAWR AVE APT F34
BRYN MAWR, PA 19010-4227

KATHY MCCOY
1411 E BLUESAGE CT
ANDOVER, KS 67002-7949

KATHY HAWKINS
609 TULIP LN
ROCKVILLE, IN 47872-1141

KATHY LARSON
8010 W APACHE WAY
BOISE, ID 83714-1909

KATHY MCCUE
7374 NW 121ST AVE
OCALA, FL 34482-1057

KATHY HENDRICKSON
1320 GLORIA LN
BOULDER CITY, NV 89005-2216

KATHY LEHMAN
8224 BOSECK DR
LAS VEGAS, NV 89145-4531

KATHY MCGARVEY
PO BOX 597
DEVILS LAKE, ND 58301-0597

KATHY HILL
360 WOODBEND DR
KILGORE, TX 75662-9201

KATHY LONGENBERGER
341 SCHOOLHOUSE RD
MILTON, PA 17847-7912

KATHY MEDEL
24 YELLOWSTONE LN
HOWELL, NJ 07731-2280

KATHY MIHALIC
27110 PARKWOOD DR
EUCLID, OH 44132-1629

KATHY SMITH
110 MANOR WAY
HENDERSONVILL, TN 37075-2197

KATIE HENDERSON
3 NIGHTHAWK LN
LAS CRUCES, NM 88007-6193

KATHY MILLER
806 EVERGREEN LN
CANDO, ND 58324-6424

KATHY STEPHENS
8501 CEDAR LN
WESTMINSTER, CO 80031-3707

KATIE L COZART
935 STEPHENS ST
GREENSBORO, NC 27406-2519

KATHY PATE-LARSEN
426 W JUNIPER AVE
FLAGSTAFF, AZ 86001-1317

KATHY TOMPKINS
1731 56TH ST
DES MOINES, IA 50310-1004

KATIE L KNICKMAN
7022 GLENDALE AVE
OMAHA, NE 68152-2045

KATHY PINGEL
1513 FAIRLAWN CT
JEFFERSON CIT, MO 65109-0429

KATHY TORNES
PO BOX 57
THREE LAKES, WI 54562-0057

KATIE LYNN DAVIS
1308 SKY HILL PL
WAKE FOREST, NC 27587-9184

KATHY POWNELL
1201 W THORNTON PKWY LOT 395
THORNTON, CO 80260-5424

KATHY WAGNER
343 STAFFORD ST
PLYMOUTH, WI 53073-1242

KATIE MCINTYRE
2556 WELLINGTON CT
EVANSTON, IL 60201-4975

KATHY ROUSH
10895 W PECK LAKE RD
LOWELL, MI 49331-9259

KATHY WATSON
1027 BONNIE CT
PLYMOUTH, WI 53073-1909

KATIE SHERMAN
2237 CAL YOUNG RD
EUGENE, OR 97401-6444

KATHY SATTESON
398 BROADWAY ST # 2
MILTON, PA 17847-2402

KATHY WEEMS
5542 LIME AVE
CYPRESS, CA 90630-3102

KATIE VALENTINE
1785 HIGHWAY 11 E
INTERNATIONAL, MN 56649-8739

KATHY SEEFRIED
10400 W FAIR AVE APT B
LITTLETON, CO 80127-5553

KATIE [KATHY] SNIDER
225 HANE AVE
MARION, OH 43302-4231

KATRINA BANKS
333 STILLMEADOW DR
GARLAND, TX 75040-3742

KATHY SLOAN
4111 WOODHILL DR
FORT WAYNE, IN 46804-2975

KATIE CHILDS
2519 W BENJAMIN DR
WICHITA, KS 67204-5521

KATRINA HOLTHUS
4103 CEDAR LAKE AVE
SAINT LOUIS P, MN 55416-3926

KATY EDMOND
950 CHIPETA RD
MONTROSE, CO 81403-4610

KAY C SIRON
870 E HARPER DR
MORRIS, IL 60450-9397

KAY ELNEDA MARTIN
73 CHESTNUT ST
MIFFLINBURG, PA 17844-1311

KAY [VALERIA] NEWKIRK
2313 INDIANOLA AVE
DES MOINES, IA 50315-1715

KAY CARTER
2321 S 63RD ST
KANSAS CITY, KS 66106-5329

KAY F DRAIN
4502 LARIMORE AVE
OMAHA, NE 68104-2448

KAY A WYSONG
3004 CRICKETT DR
PLANO, TX 75023-3642

KAY CASKEY
2645 RIVERSIDE LN NE
ROCHESTER, MN 55906-3456

KAY F RILEY
370 POINDEXTER LN
LEXINGTON, SC 29072-7858

KAY ANCE
7144 LAKE LEELANAU DR
TRAVERSE CITY, MI 49684-9536

KAY DAVIS
5991 HELLMAN AVE
ALTA LOMA, CA 91737-2825

KAY FISHER-IRWIN
13225 CRYSTAL WAY
AUSTIN, TX 78737-8839

KAY AUSTELL
340 MARYLEBONE DR
KERNERSVILLE, NC 27284-9019

KAY DIAMANT
325 PEBBLE ACRES DR
SAINT LOUIS, MO 63141-8035

KAY GIDEON
1460 GRAND AVE
MEDFORD, OR 97504-5212

KAY BENSHOOF
9109 MISTY LN
OKLAHOMA CITY, OK 73160-0411

KAY DOMENICK
506 N VALLEY FORGE RD
DEVON, PA 19333-1482

KAY HAZEL
PO BOX 1879
WASHINGTON, MO 63090-8879

KAY BLAKE
3316 EDENBURG DR
AMARILLO, TX 79106-2921

KAY DONAKOWSKI
821 ANTHONY ST
ALPENA, MI 49707-4402

KAY HELMAN
13980 WINDY OAKS RD
COLORADO SPRI, CO 80921-2981

KAY BROWN
338 UNIVERSITY AVE
PEMBERTON, NJ 08068-1757

KAY DONNA MITCHELL
5711 HOLLYHOCK DR
WEST CARROLLT, OH 45449-2917

KAY HULBERT
880 DEAN DR
NORTHGLENN, CO 80233-5614

KAY BRYANT
702 E HOWARD ST
MANCHESTER, IA 52057-1636

KAY E REHSE
14621 SHINKLE CIR
HUNTINGTON BE, CA 92647-2230

KAY IRSIK
5405 6 RD
INGALLS, KS 67853-9044

KAY JORDAN
PO BOX 98
DESTIN, FL 32540-0098

KAY PFAFFLE
2200 MONT BLANC CIR
PLACENTIA, CA 92870-1822

KAY TROUT
803 BLANTON PL
GREENSBORO, NC 27408-3186

KAY KENDALL
6236 SAN FELIPE ST
HOUSTON, TX 77057-2810

KAY RIDGWAY
7760 NE 106TH ST
MITCHELLVILLE, IA 50169-9647

KAY WISE
12348 SEWARD ST
OMAHA, NE 68154-1345

KAY KERL
6909 BRYN MAWR DR
CINCINNATI, OH 45224-1724

KAY S MAYBERRY
12623 IZARD ST
OMAHA, NE 68154-1241

KAY ZANG
1770 COUNTRY CLUB RD APT 1
EL DORADO, KS 67042-4153

KAY LIEBL
1082 COUNTRY HILLS DR
SANTA ANA, CA 92705-2366

KAY SABIN
1005 NORTHVIEW DR
CENTER POINT, IA 52213-9451

KAY-ALICE DIMARE
2347 AUSTINBURG RD
ASHTABULA, OH 44004-8819

KAY LYNCH
26821 ALCON DR
SANTA CLARITA, CA 91350-2303

KAY SHEAFFER
4235 GULL RD
LANSING, MI 48917-4269

KAYE CLOESSNER
2650 HIGHWAY 865
WINNSBORO, LA 71295-4989

KAY MARIE ARNOLD
3190 COUNTY ROAD 112
INTERNATIONAL, MN 56649-8719

KAY SHERWIN
5032 MEADOW AVE
FINLEYVILLE, PA 15332-1146

KAYE KRALL
512 10TH ST
INTERNATIONAL, MN 56649-2738

KAY MATTHEWS
38 GREEN LINKS DR
CAMERON, NC 28326-6910

KAY SLOAN
1208 EASTMOOR DR
MASON CITY, IA 50401-5326

KAYE LIND
4116 ATLANTIC AVE
ASHTABULA, OH 44004-2112

KAY OKINO
28003 CALZADA DR
RANCHO PALOS, CA 90275-1226

KAY SPICER
123 ARDMORE AVE
HADDONFIELD, NJ 08033-1427

KAYE MCFARLIN
6300 JAMESON RD
AMARILLO, TX 79106-2815

KAY PERKINS
311 FLAT IRON DR
COLUMBUS JUNC, IA 52738-9309

KAY TATE
16864 FURUBY RD
SHAFER, MN 55074-9793

KAYE ROBINSON
166 CHINQUIPEN
RUSK, TX 75785-1616

KAYLA ARENDT
3922 GRIFFIN LN
NEKOOSA, WI 54457-8309

KAZ J VOGELGESANG
9819 SAGEMOSS LN
HOUSTON, TX 77089-4224

KEITH [BUZZ] SITZLER
9901 W SIGNAL BUTTE CIR
SUN CITY, AZ 85373-1143

KEITH ALLEN
1036 MACK BRANCH RD
LYNNVILLE, TN 38472-5412

KEITH ALLEN SCHUETTE
612 MULBERRY DR E
WEST BEND, WI 53090-2230

KEITH ARBUCKLE
3982 STATE HIGHWAY 54 W
WISCONSIN RAP, WI 54495-9322

KEITH BROWN
911 CANDLEWOOD WAY
FORT WAYNE, IN 46845-1212

KEITH BURNS
PO BOX 370506
LAS VEGAS, NV 89137-0506

KEITH CULLICK
638 FREEDOM WAY
SHOREWOOD, IL 60404-7005

KEITH DORSETT
PO BOX 187
BRUCEVILLE, IN 47516-0187

KEITH E CLAUSEN
1605 MERION WAY APT 41D
SEAL BEACH, CA 90740-4947

KEITH E NOE
PO BOX 83
WAGNER, SD 57380-0083

KEITH E OSTRAND
34109 E 231ST ST
PLEASANT HILL, MO 64080-8222

KEITH ELLIS
802 S CASCADE AVE
MONTROSE, CO 81401-4322

KEITH EMERSON
2553 440TH ST
LITTLE CEDAR, IA 50454-8505

KEITH F DAMPIER
610 CHRISTIAN LN
SLIDELL, LA 70460-3238

KEITH FOSTER
5304 SERATHER CT
GARNER, NC 27529-7131

KEITH GEBERS
155 HIBISCUS AVE
SACRAMENTO, CA 95828-4624

KEITH GUNTER
15784 WHITBY ST
LIVONIA, MI 48154-2845

KEITH H BOURLIER
12362 HIPP ST
TAYLOR, MI 48180-4307

KEITH H STEFFEN
5821 RUSSETT RD APT 1D
MADISON, WI 53711-3492

KEITH HERMAN
1034 COLORADO AVE
ALLIANCE, NE 69301-2333

KEITH JAMES
184 ROGUE RIVER HWY
GOLD HILL, OR 97525-9822

KEITH L BAKER
1452 DUNCAN CHAPEL RD
BOWMAN, SC 29018-9036

KEITH L EVERSON
6120 E 161ST ST
NOBLESVILLE, IN 46062-9202

KEITH LEAVITT
5930 LAKE RD W UNIT 1002
ASHTABULA, OH 44004-8537

KEITH LEE
1701 GREENBROOKE RD
HUDSON, NC 28638-9581

KEITH LEITNER
5120 REED AVE
LOUISVILLE, KY 40214-2751

KEITH RENNER
8962 GLENCOE DR
RIVERSIDE, CA 92503-2123

KELLEY MCGLINCH
07754 STATE ROUTE 66
NEW BREMEN, OH 45869-9610

KEITH LIVERNASH
2512 COUNTY ROAD C
WISCONSIN RAP, WI 54495-9220

KEITH TAPLEY
476 TWISTED NEEDLE CT
NORTH AUGUSTA, SC 29841-8786

KELLI HART
3428 SHARON WAY
WILLIAMSTON, MI 48895-9576

KEITH M MCGATHEY
3107 STATE ROAD 227 N
RICHMOND, IN 47374-9631

KEITH THORNTON
1580 N OVERLAND TRAILS DR
WASHINGTON, UT 84780-2417

KELLIE MARLENE SHOUP
701 AMITY ST
LOWELL, MI 49331-1313

KEITH MONDELL KINARD
414 CHURCHILL RD
WALTERBORO, SC 29488-3618

KEITH W WISE
3330 N HERITAGE AVE
SPRINGFIELD, MO 65803-3756

KELLY ABRAHAM
2001 W LAURA AVE
WEST PEORIA, IL 61604-5143

KEITH MOSLEY
3907 FORDLEIGH RD APT A
BALTIMORE, MD 21215-2839

KEITH WHISENHUNT
1120 CANTERBURY TRL
RICHMOND, IN 47374-6789

KELLY B HARMON
23640 W 191ST ST
SPRING HILL, KS 66083-8749

KEITH OLSON
3001 REGENCY CT UNIT 202
AMES, IA 50010-4289

KEITH ZELLER
1944 COUNTY ROAD 800 N
VARNA, IL 61375-9310

KELLY BRINKMAN
4807 COUNTY ROAD 146
SOUTH HAVEN, MN 55382-9168

KEITH OLSON
501 WAKE ROBIN DR
SHELBURNE, VT 05482-7579

KEITHA W LANE
140 MAGNOLIA AVE
MERRITT ISLAN, FL 32952-4816

KELLY D GRAINEY
59 RIVER LN
LEVITTOWN, PA 19055-1408

KEITH PONSFORD
3225 ENDICOTT DR
BOULDER, CO 80305-6904

KELEN K PANEC
313 S 6TH ST
RED OAK, IA 51566-2549

KELLY DAREN MIDDLETON
1330 KALA CT
EL DORADO, KS 67042-9113

KEITH Q MILLER
PO BOX 261
LAWTON, IA 51030-0261

KELLEY G JONES
10660 LAGO CANTINI ST
LAS VEGAS, NV 89141-0452

KELLY E MERRILL
6116 N BERKELEY BLVD
MILWAUKEE, WI 53217-4315

KELLY H ROBERTS
102 PARKSIDE RD
LEXINGTON, SC 29072-7313

KELLY JO EVERITT
80 RIDGEVIEW COLONY
MILTON, PA 17847-9700

KELLY KANICKI
4664 SCHRAMLING RD
PIERPONT, OH 44082-9712

KELLY MAY
PO BOX 234
SARTELL, MN 56377-0234

KELLY MURPHY
3900 HULL AVE
DES MOINES, IA 50317-3952

KELLY NEFF
5495 ENSOR TER
WINTER PARK, FL 32792-1193

KELLY ROSBERG
807 PEABODY AVE
CREIGHTON, NE 68729-2963

KELSEY KING
164 CARPENTER CT
HOT SPRINGS, AR 71901-9264

KEN (KENNY) REW
302 W BENTON ST
IOWA CITY, IA 52246-5505

KEN ALEXANDER
3810 WINDY AVE NE
ALBANY, OR 97322-4608

KEN BYRAM
PO BOX 133
ANDERSON, AL 35610-0133

KEN COUCH
PO BOX 325
GARDENDALE, TX 79758-0325

KEN DANIEL
5630 SW FAIRLAWN RD
TOPEKA, KS 66610-9442

KEN ENGEN
1180 FERNRIDGE AVE SE
GRAND RAPIDS, MI 49546-3818

KEN ETIENNE
2512 CHICKASAW DR
FLORENCE, AL 35630-1662

KEN GASS
2107 EVENING STAR LN
BELLINGHAM, WA 98229-4164

KEN GRICOSKI
8665 STATE ROUTE 22
WEST CHAZY, NY 12992-3123

KEN H WETENDORF
424 W KENSINGTON RD
MOUNT PROSPEC, IL 60056-1109

KEN HOUGHTON
4431 DURER PKWY
SACRAMENTO, CA 95823-3013

KEN KINZ
11780 IVY AVE
HESPERIA, CA 92345-5078

KEN KLEINHANS
134 E RIVERBEND DR
PLYMOUTH, WI 53073-2200

KEN KONING
10950 S BURKETT RD
MC BAIN, MI 49657-9513

KEN KRAUSE
1651 TOLEDO CT
PACIFICA, CA 94044-4436

KEN KROIS
4290 FOOTHILL BLVD APT A
GRANTS PASS, OR 97526-4118

KEN L SHEETS
PO BOX 542
MARION, VA 24354-0542

KEN LUTZ
626 HAMPTON WOODS DR
MARION, OH 43302-6496

KEN MASTEN
116 ADAM CT
AUBREY, TX 76227-9279

KEN MATHIS
6355 SEA ISLE
GALVESTON, TX 77554-9661

KEN MEINECKE
227 DANTLEY WAY
WALNUT CREEK, CA 94598-1804

KEN MURAWSKI
3109 LAKEVIEW CIR
LEAVENWORTH, KS 66048-4972

KEN O'LEARY
PO BOX 84
GOLDENDALE, WA 98620-0084

KEN P LYBECK
3905 CITY VIEW DR
RAPID CITY, SD 57701-2367

KEN PIERICK
15825 W JOSHUA TREE DR
SURPRISE, AZ 85374-5003

KEN PRICE
W7647 KETTLE VIEW RD
PLYMOUTH, WI 53073-4449

KEN RITT
12 PENNOYER ST
NORWALK, CT 06853-1221

KEN SEVERINSON
1002 SHANNON AVE NE
DEVILS LAKE, ND 58301-9510

KEN STEPANIK
1776 MOFFIT GULCH RD
BOZEMAN, MT 59715-9632

KEN WEAVER
3315 BROWNWOOD DR
SNELLVILLE, GA 30078-6814

KEN WONG
4679 CAMBRIDGE DR
EAGAN, MN 55122-2710

KENDALL D WILLS
729 N HUSHAW AVE
CHILLICOTHE, IL 61523-1430

KENDALL GOETZ
4394 BEEMAN RD
WILLIAMSTON, MI 48895-9346

KENDELL HUGH MCWILLIAMS
1307 HAZELWOOD ST
BORGER, TX 79007-2314

KENNETH [KEN] COMBS
PO BOX 205
YACHATS, OR 97498-0205

KENNETH [KEN] CURPHEY
360 BAYARD DR
GRANTS PASS, OR 97527-9047

KENNETH [KEN] KAYE
15 COUNTRY DR
WESTON, MA 02493-1133

KENNETH [KEN] KNOX
12800 COMANCHE RD NE UNIT 4
ALBUQUERQUE, NM 87111-4389

KENNETH [KEN] METZ
2087 HAYMAKER RD
MONROEVILLE, PA 15146-4749

KENNETH [KEN] OLIVERIO
PO BOX 11857
PHOENIX, AZ 85061-1857

KENNETH [KEN] PULKRABEK
11325 FELSON ST
CERRITOS, CA 90703-5543

KENNETH [KEN] REMINGTON JR
1369 BAYCLIFF DR
VIRGINIA BEAC, VA 23454-1437

KENNETH [KEN] SAWUSCH
23 HINKLE LN
SCHAUMBURG, IL 60193-1414

KENNETH [KENNY] FISHER
4640 E LEWIS AVE
PHOENIX, AZ 85008-2406

KENNETH [KENNY] KASPER
4917 FAIRFIELD CIR
MEMPHIS, TN 38117-4209

KENNETH A [KEN] BOLLAM
2507 CLEARWATER LN
PAINESVILLE, OH 44077-9020

KENNETH A FRICK
151 E GREENBRIER DR
NEW ORLEANS, LA 70128-3646

KENNETH BROKAW
2228 W MAXWELL AVE
SPOKANE, WA 99201-2915

KENNETH D HILL
1476 HANCOCK LN
CHESTERBROOK, PA 19087-1119

KENNETH ADAMS
1129 MARIE AVE
EPHRATA, PA 17522-1525

KENNETH BRUCE STEINBACK
189 REGATTA DR
JUPITER, FL 33477-4012

KENNETH D KRAYNICK
6355 LAKE OAK LNDG
CUMMING, GA 30040-9574

KENNETH ARTHUR HEIMBACH
5696 NEW COLUMBIA RD
NEW COLUMBIA, PA 17856-9384

KENNETH C [KEN] MCKIVETT
26521 ROCKHURST LN
RANCHO PALOS, CA 90275-2455

KENNETH D WILSON
104 ANDULUSIAN TRL
SIMPSONVILLE, SC 29681-5501

KENNETH B CHRISTIE
PO BOX 151193
ARLINGTON, TX 76015-7193

KENNETH C BUETOW
2012 CARMAN DR
SAGINAW, MI 48602-2914

KENNETH DEHAAN
PO BOX 912
BEECHER, IL 60401-0912

KENNETH BATEMAN CPA
6 AVALON CT
FLEMINGTON, NJ 08822-3383

KENNETH CARLSON
1100 SHADOW MOUNTAIN PL
LAS VEGAS, NV 89108-1533

KENNETH DWIGHT DURANT
704 E SOUTH ST
ALGONA, IA 50511-3535

KENNETH BENNAGE
780 N MILL RD
MILTON, PA 17847-7704

KENNETH CASEY
136 RIDGE CREST CIR
LIMA, OH 45801-3810

KENNETH E [KEN] RHUE
5924 TRENT WALK DR
LITHONIA, GA 30038-1965

KENNETH BEVERING
2090 KEOKUK ST LOT 72
HAMILTON, IL 62341-1267

KENNETH CELIANO
802 S WASHINGTON AVE
PARK RIDGE, IL 60068-4809

KENNETH E BUSKE
302 MARINA VILLAGE WAY
BENICIA, CA 94510-3253

KENNETH BOEHLE
19004 LOUIS RD
GRASS VALLEY, CA 95945-8648

KENNETH CHARD
8478 SUNFISH LN
MAINEVILLE, OH 45039-9568

KENNETH E DAWSON
1718 LAUDERDALE DR
RICHMOND, VA 23238-4008

KENNETH BONN
13123 ASHEFORD WOODS LN
CHARLOTTE, NC 28278-7846

KENNETH COOK
PO BOX 282
WILLIAMS, OR 97544-0282

KENNETH E GEHMAN
13 WILHELM AVE
LEBANON, PA 17042-7252

KENNETH E LEVIN
11148 PORT ROYAL DR
SAINT LOUIS, MO 63146-5639

KENNETH GARLAND MILLER
1203 VISTA SUPERBA ST
GLENDALE, CA 91205-3745

KENNETH HEMMELGARN
17965 SUNRISE CIR NW
ELK RIVER, MN 55330-1629

KENNETH E RODENBO
12083 JENNINGS RD
LINDEN, MI 48451-9475

KENNETH GORDON
210 THREAD NEEDLE RD E
AUGUSTA, GA 30907-3751

KENNETH HOOGERHEIDE
2488 PLAINVIEW ST
KALAMAZOO, MI 49009-2025

KENNETH EIPEL
434 E 52ND ST APT 2G
NEW YORK, NY 10022-6576

KENNETH GRAESSER
38832 N ASHLEY DR
LAKE VILLA, IL 60046-5121

KENNETH HUGHES
4472 RUNKLE AVENUE EXT
ASHTABULA, OH 44004-7706

KENNETH ELGART
99 NOANETT RD
NEEDHAM HEIGH, MA 02494-2433

KENNETH GREENLY
132 FURLONG WAY
RED LION, PA 17356-8776

KENNETH IRVING
4229 ANDERSON AVE SE
IOWA CITY, IA 52240-9388

KENNETH FICHTMAN
7207 BIG BEND DR
SPRING HILL, FL 34606-3479

KENNETH GUIN RENSHAW
254 N TAYLOR AVE
PIGGOTT, AR 72454-2154

KENNETH J [KEN] GRAY
1050 STARKEY RD APT 303
LARGO, FL 33771-5467

KENNETH FOSTER
1520 E BATES UNIT G4
SPRINGFIELD, MO 65804-8410

KENNETH GUSTAFSON
2028 COUNTY ROAD 115
SAINT AUGUSTA, MN 56301-8717

KENNETH J ANDERSON
2201 STRODEN CIR
GOLDEN VALLEY, MN 55427-3147

KENNETH G MILLER
4111 TERRA GRANADA DR APT 2A
WALNUT CREEK, CA 94595-4363

KENNETH HALDEMAN
519 HIGHLAND AVE
IOWA CITY, IA 52240-4516

KENNETH J ERNST
10183 WEBB RD
HAMMOND, LA 70403-7203

KENNETH G WEABER JR
355 RICHLAND DR
LANCASTER, PA 17601-3631

KENNETH HAMILTON
1212 3RD ST NE APT 102
WASECA, MN 56093-4015

KENNETH J HUDSON
88 CENTRAL ST
HUDSON, NH 03051-4600

KENNETH GARDNER
1520 MATTERN AVE
DES MOINES, IA 50316-1618

KENNETH HARPER
50 THREE SISTERS RD
SAINT JAMES, NY 11780-1225

KENNETH J KAYE
9934 67TH RD APT 6H
FOREST HILLS, NY 11375-3050

KENNETH J WARZYN
6351 CLARK LAKE DR
TRINITY, FL 34655-6014

KENNETH KLOTZ
232 MAPLE AVE
SARATOGA SPRI, NY 12866-1810

KENNETH L STEWART
555 E MILL ST
REPUBLIC, MO 65738-1913

KENNETH J WESNER
3911 BURGUNDY BAY BLVD W
MEDINA, OH 44256-8278

KENNETH L [KEN] ASA
45 CLOVER LN
REEDS SPRING, MO 65737-9211

KENNETH LEE MIETZ
710 CENTRAL AVE
ROCKDALE, IL 60436-2512

KENNETH JAFFE
1805 S BALSAM ST APT 122
LAKEWOOD, CO 80232-6778

KENNETH L [KEN] KADIS
22 CHESTNUT PL APT 505
BROOKLINE, MA 02445-7568

KENNETH LOSIN
1025 S BASSWOOD CIR
BLOOMINGTON, IN 47403-5842

KENNETH JOHNSTON
2818 PINDELL AVE
LOUISVILLE, KY 40217-2030

KENNETH L BREW
52950 CARNATION RD
DELTA, CO 81416-9487

KENNETH LYON
1423 CEDAR ST
RUPERT, ID 83350-1173

KENNETH K HIKIDA
6313 DOLORES DR
OAK FOREST, IL 60452-2717

KENNETH L CARLSON
11012 FAIRWAY RIDGE LN
FISHERS, IN 46037-9133

KENNETH M HAFFEY CPA
12845 KINGSWAY DR
CHESTERLAND, OH 44026-3011

KENNETH KAMA
22348 DERBY RD
WOODHAVEN, MI 48183-3700

KENNETH L CHRISTENSEN
15009 KELLY RD
MISHAWAKA, IN 46544-9230

KENNETH M LOVE
2782 PATRICK AVE
COLUMBUS, OH 43231-2333

KENNETH KEEFER JR
704 ARNOLD RD
NEW COLUMBIA, PA 17856-9504

KENNETH L KLEINSCHMIDT
PO BOX 593
PERU, NY 12972-0593

KENNETH M THOMPSON
11068 S TOPVIEW RD
SOUTH JORDAN, UT 84095-7719

KENNETH KENNEDY
PO BOX 24
BIG FALLS, MN 56627-0024

KENNETH L MOREY
7311 OAK CREST RD
RIVERTON, IL 62561-9785

KENNETH M TOWNSEND
PO BOX 1045
MONTROSE, CO 81402-1045

KENNETH KEYS
2068 W HIGH ST
LIMA, OH 45805-2350

KENNETH L REAVES
6803 FEGENBUSH LN
LOUISVILLE, KY 40228-1371

KENNETH METZE
608 GRAY ST
EDGEFIELD, SC 29824-3404

KENNETH MOONEY
976 SERENA DR
PACIFICA, CA 94044-3526

KENNETH R [KEN] KAPAUN
1098 E MCNAIR DR
TEMPE, AZ 85283-4732

KENNETH ROLFE
301 SE FOUNDATION DR
DALLAS, OR 97338-9755

KENNETH MORGAN ROBERTS
360 ISLAND RD
SAVANNAH, GA 31406-8911

KENNETH R [KEN] MACK
12906 CHILLICOTHE RD
CHESTERLAND, OH 44026-3116

KENNETH S HOWARD
1610 S BROADWAY ST
LEAVENWORTH, KS 66048-3737

KENNETH N KNEISLEY
209 SUTHERLAND RD
LANCASTER, PA 17603-9053

KENNETH R HARRISON
1878 NASH CT
DAYTON, OH 45439-2620

KENNETH SATTERFIELD
7714 MARTEL PL
SPRINGFIELD, VA 22152-1945

KENNETH N LARSEN
5948 YORK AVE N
BROOKLYN CENT, MN 55429-2641

KENNETH R KAUFFMAN
5920 MAIN ST
EAST PETERSBU, PA 17520-1520

KENNETH SMITH
11399 WESTSIDE AVE
FORESTVILLE, CA 95436-9736

KENNETH NEESE
2701 OLD WOODS TRL
PLAINFIELD, IL 60586-7760

KENNETH R MESSER
1304 E APACHE TRL
GRANBURY, TX 76048-6330

KENNETH STANLEY
306 OWL LN
TRENTON, GA 30752-4911

KENNETH NICHOLS
340 SUMMER LN
RICHMOND, CA 94806-1968

KENNETH R SCOTT
5469 PINE GROVE AVE
NORFOLK, VA 23502-4924

KENNETH T ULBRICH
192 ALVIS RD
ELDRIDGE, AL 35554-3503

KENNETH P BORCHELT
1420 ST MARY CIR APT 116
HOBART, IN 46342

KENNETH R THOMAS JR
304 ACADEMY ST APT 201
CAMBRIDGE, MD 21613-1803

KENNETH TIFFANY
1209 NORWOOD DR
ABERDEEN, SD 57401-1554

KENNETH PARKER
4710 HERMANO DR
TARZANA, CA 91356-4516

Kenneth R. Krieger
7604 Augusta Avenue
Hudson, FL 34667

KENNETH V TOIGO
18627 ABBY AVE
EUCLID, OH 44119-1726

KENNETH PAULSON
6438 88TH AVE NE
WEBSTER, ND 58382-9656

KENNETH RICHARDS
3345 OLD CAROLINA RD
VIRGINIA BEAC, VA 23457-1170

KENNETH VAN METER
25760 W MINOOKA RD
MINOOKA, IL 60447-9456

KENNETH  VLIETSTRA
112 OAK FOREST DR
BRISTOL, TN 37620-2715

KENNETH  WOTRUBA
2420 LOVEWOOD DR
WISCONSIN RAP, WI 54494-1543

KENT  LOSEE
7845 POPPY LN
SALINE, MI 48176-9560

KENNETH  W BRIGGS
6501 STILLCREST WAY
DAYTON, OH 45414-5909

KENNETH  WRIGHT
3744 CHARLES BROWN CV
BARTLETT, TN 38133-2085

KENT  SMITH
1265 HCR 4235
HILLSBORO, TX 76645-6008

KENNETH  W DOHRN
2305 SE 5TH CT
CAPE CORAL, FL 33990-4304

KENNETH  WYRSCH
PO BOX 5332
FALLON, NV 89407-5332

KENT  STEWART
2126 E WINCHCOMB DR
PHOENIX, AZ 85022-4609

KENNETH  W FAULKNER
101 PINE AVE
DUMAS, TX 79029-3212

KENNY [KEN] BRYANT
1459 SCOTT HILL RD
POTTSBORO, TX 75076-6316

KENYON  PRYER
2115 BROOKHAVEN DR
LIMA, OH 45805-1067

KENNETH  W HANEY SR
RR 2 BOX 2956
BIRCH TREE, MO 65438-9276

KENNY  DART
8150 GRAND BLANC RD
SWARTZ CREEK, MI 48473-7609

KEOKUK  HIGH  SCHOOL
KEOKUK COMMUNITY SCHOOL F
2285 MIDDLE RD
KEOKUK, IA 52632-2834

KENNETH  W HUNTER SR
564 DELMAR ST
TERRYTOWN, LA 70056-2860

KENNY  IVIE
2945 SHELLEY DR
GRAND JUNCTIO, CO 81503-2355

KEOKUK  HIGH  SCHOOL
c/o KRIS (ANDERSON) PAYNE
2285 MIDDLE RD
KEOKUK, IA 52632-2834

KENNETH  WHITE
25 CHARLIE LEWIS RD
TRENTON, TN 38382-9483

KENT  A RUSS
512 E BRENTRIDGE DR
BRANDON, FL 33511-7208

KERIN  MUIR
7 REVELSTONE CT
NEWARK, DE 19711-2981

KENNETH  WHITLEY
1181 ROWENA AVE
GRASS LAKE, MI 49240-9339

KENT  E SOPER
9211 N COUNCIL RD APT 503
OKLAHOMA CITY, OK 73132-1340

KERMIT  C SAUER
302 CARDINAL DR
QUARRYVILLE, PA 17566-9298

KENNETH  WOLTERS
24180 COUNTY ROAD 75
SAINT AUGUSTA, MN 56301-8708

KENT  E THOMSON
1313 COUNTY ROAD 22 NW
ALEXANDRIA, MN 56308-4957

KERRI  ELLEN FERRIS
51 CHESTNUT GROVE RD
SHIPPENSBURG, PA 17257-9676

KERRIANN BROSKY
73 SAMMIS ST
HUNTINGTON, NY 11743-3517

KERRY KAEHLER
1528 DEAN ST
SCHENECTADY, NY 12309-5102

KERRY M SCHNEIDER
11 COLBY DR
BYRAM TOWNSHI, NJ 07821-3904

KERRY NAUHAUS
550 MARKET ST
PITTSBURGH, PA 15222-1820

KERRY SCHWARTZ
11772 YALE DR
CARMEL, IN 46032-4658

KESTUTIS Z [GUS] VAINIUNAS
5629 MARY ST
OMAHA, NE 68152-2344

KEVIN A O'CONNELL
270 ROBINWOOD LN
HILLSBOROUGH, CA 94010-7159

KEVIN A PERKINS
46 LATHROP RD
UNCASVILLE, CT 06382-2615

KEVIN B FLANAGAN
258 ASYLUM ST
NORWICH, CT 06360-4152

KEVIN BECKINGTON
10246 PLEASANT LAKE RD
ANN ARBOR, MI 48103-9323

KEVIN CAVANAUGH
139 TRIBLE RD
WATERLOO, IA 50702-4644

KEVIN CONE
761 610TH ST
STORM LAKE, IA 50588-7537

KEVIN COOK
2131 HARMONY CIR
SAINT GEORGE, UT 84790-8507

KEVIN DOHERTY
1230 UPPER GREYSTONE DR
PLYMOUTH, WI 53073-4567

KEVIN DOYLE
PO BOX 8641
CEDAR RAPIDS, IA 52408-8641

KEVIN E GERBER
507 HENSLEY ST
LITITZ, PA 17543-2406

KEVIN F LYNCH
59 FOURTH ST
AUBURN, ME 04210-6834

KEVIN FAUGHNAN
26 WILLOCKS CIR
SOMERSET, NJ 08873-7462

KEVIN FLOYD
29 GEORGIA ST
CRANFORD, NJ 07016-2741

KEVIN GARRY
2505 SADDLEBACK CT
SANTA ROSA, CA 95401-0805

KEVIN HALE
PO BOX 587
COLLINSVILLE, TX 76233-0587

KEVIN HOWE
194 MONTICELLO LN
WEST JEFFERSO, NC 28694-9076

KEVIN J FORDE
50 FLINT LOCKE LN
MEDFIELD, MA 02052-1916

KEVIN J KELLY
21 MISTY PINE RD
FAIRPORT, NY 14450-2653

KEVIN J MCLAUGHLIN
11546 SAN RAFAEL RD
LUSBY, MD 20657-3763

KEVIN J. SMITH
801 PRINCETON RD
LINDEN, NJ 07036-5909

KEVIN JEROME DOBARD
4112 COLEMAN RD N
VALDOSTA, GA 31602-4909

KEVIN KENNEDY
4108 DANUBE CT
OLNEY, MD 20832-2837

KEVIN KISSNER
4205 ROOSEVELT RD
SAINT CLOUD, MN 56301-9532

KEVIN KLEIN
W7425 COUNTY ROAD Z
PLYMOUTH, WI 53073-3758

KEVIN L SCALES
9713 CULPEPPER CT
CINCINNATI, OH 45231-2411

KEVIN LAVOI
14184 107TH ST SE
BECKER, MN 55308-4526

KEVIN M SMITH
290 N BRANDON BLVD
BRANDON, MS 39042-8332

KEVIN MULLANEY
2527 26TH AVE
SAN FRANCISCO, CA 94116-2906

KEVIN MURPHY
3611 ARGYLE RD TRLR 1
KEOKUK, IA 52632-9776

KEVIN P KRAFT SR
4933 81ST AVE NE
DEVILS LAKE, ND 58301-9634

KEVIN P RAINVILLE
123 BOULDER RD
MANCHESTER, CT 06040-4505

KEVIN PREVOST
515 VILLAGE DR APT 31
MARSHALL, MN 56258-1566

KEVIN R LAIR
44 OAKLAWN DR
METAIRIE, LA 70005-3408

KEVIN SANDERS
2709 ROMAN WAY
WEST COLUMBIA, SC 29170-1223

KEVIN SATTERLY
2048 GLEN OAKS DR
CORALVILLE, IA 52241-3225

KEVIN W KOLANDER
3115 CYPRESS POND PASS
DULUTH, GA 30097-3722

KEVIN W KOORIE
545 CENTRAL AVE APT 16
JEFFERSON, LA 70121-1404

KEVIN W KURTZ
6056 HUBBARDSTON RD
HUBBARDSTON, MI 48845-9717

KEVIN WICKER
RR 1 BOX 1143
MYRTLE, MO 65778-9742

KEVIN WILLIAMS
714 HEADLEE ST
DENTON, TX 76201-0801

KIM A TRUTTSCHEL
5496 N 400 E
GREENFIELD, IN 46140-8941

KIM ADEE
1569 E BRIARCLIFF ST
FAYETTEVILLE, AR 72703-3812

KIM BELLIS
5101 S DEERFIELD AVE
MECHANICSBURG, PA 17050-2492

KIM DAVIS
5204 15TH ST
LUBBOCK, TX 79416-5416

KIM HALDORSON
1215 LINCOLN PARK DR
DULUTH, MN 55806-1129

KIM HEUSEL
6818 MARKSMAN CT
INDIANAPOLIS, IN 46260-6432

KIM L FREDERICK
11110 WOODVINE LN
NEW ORLEANS, LA 70128-2924

KIM M REHKOPF
PO BOX 644
DUMAS, TX 79029-0644

KIM MANKUS
2547 VERMILION LAKE RD
COOK, MN 55723-8843

KIM MANLEY
807 2ND ST
INTERNATIONAL, MN 56649-2001

KIM MANTEL
12473 N FALLEN SHADOWS DR
MARANA, AZ 85658-4392

KIM MAUN
4201 T ST
SACRAMENTO, CA 95819-4735

KIM O'BRYON
1712 SPANISH TRL
PLANO, TX 75023-3033

KIM R OHANIAN
14117 59TH AVE
FLUSHING, NY 11355-5304

KIM REVOIR
1667 VT ROUTE 100
MORETOWN, VT 05660-9150

KIM SANDVIG
7003 BONNACREST DR
HERMITAGE, TN 37076-1103

KIMBERLEY ANN FRAZIER
PO BOX 265
LEMITAR, NM 87823-0265

KIMBERLY A WESBUR
21025 13TH AVE
SAINT AUGUSTA, MN 55320-1219

KIMBERLY ANDERSON
14663 MAHAN DR
TALLAHASSEE, FL 32309-8696

KIMBERLY BROWN
630 RANDY SMITH DR
SPRINGVILLE, IN 47462-5109

KIMBERLY CELLA
2652 ARTILLERY PT SW
MARIETTA, GA 30064-5027

KIMBERLY HERSHMAN
21411 US HIGHWAY 18
APPLE VALLEY, CA 92307-3502

KIMBERLY J PORCELLI
2055 HELMSFORD DR
WOLVERINE LAK, MI 48390-2423

KIMBERLY JEPKO
PO BOX 335
ELYSBURG, PA 17824-0335

KIMBERLY KAY KLUMB
1415 ROSALIE LN
GREEN BAY, WI 54304-2924

KIMBERLY KLEESATTEL
2361 ROCKNE DR
CONCORD, CA 94518-2522

KIMBERLY MEYERS
1803 CARLSBROOK LN
PORTAGE, MI 49024-4107

KIMBERLY MOSS
PO BOX 515
EAST ORLEANS, MA 02643-0515

KIMBERLY PORTZLINE
16526 W 9TH AVE
GOLDEN, CO 80401-3718

KIMBERLY ROCHELLE HOUSTON
4706 BLOSSOM CIR
MIDLAND, MI 48642-6832

KIMBERLY RUSH
13716 FIELDSTONE WAY
GAINESVILLE, VA 20155-6669

KIMBERLY RUSSELL-MCGOWAN
47 HIGHFIELD RD
COLONIA, NJ 07067-4103

KIMBERLY S DOYLE
15 PINE CONE RD
MAHOPAC, NY 10541-8700

KIMBERLY SCHMIDTBAUER
316 17TH ST
INTERNATIONAL, MN 56649-3500

KIMBERLY SETHER KOEHN
1044 WINTERBERRY RD
OCONOMOWOC, WI 53066-1782

KIMMIE TOWNSEND
435 NORTH AVE W
WESTFIELD, NJ 07090-1433

KIRK RIPPLINGER
2005 4TH ST NE
JAMESTOWN, ND 58401-3926

KOGER LAKE
PO BOX 3208
LEESVILLE, SC 29070-1208

KIMRA VAN VICKLE
620 TREATY WAY
GREENVILLE, OH 45331-9389

KIRK SCHWIETE
706 SE 10TH ST
ANKENY, IA 50021-3801

Konica
100 Williams Dr
Ramsey, NJ 07446-2907

KIPPY MASSEY
PO BOX 578
TOM BEAN, TX 75489-0578

KIRT BUNCH
130 W FULLIAM AVE
MUSCATINE, IA 52761-3021

KOREY KOLLBAUM
2466 590TH ST
FONDA, IA 50540-7545

KIRA L BUTLER
1419 BOWIE LN
FRISCO, TX 75033-1553

KITT PENDERGAST
1601 FAIRWAY DR
LIMA, OH 45805-3846

KORY L BOEHMER
8683 48TH ST NE
DEVILS LAKE, ND 58301-9558

KIRBY MARTZALL
2074 PINE DR
LANCASTER, PA 17601-5734

KITTIE GAYMAN
8 CHERRY ST
FRAMINGHAM, MA 01701-4434

KOSTAS G [CHARLES] DOIKOS
7940 GLENFINNAN CIR
FORT MYERS, FL 33912-4054

KIRK ADAMS
342 GREEN ST
EDGEWATER PAR, NJ 08010-1730

KITTY BEATTY
1202 CAROLINA AVE
SAINT CLOUD, FL 34769-3819

KRAEMER L PITTARI
29565 EZELL RD
LACOMBE, LA 70445-5405

KIRK CARSON
511 WILLOW ST
ONALASKA, WI 54650-9024

KITTY MEITZNER
2701 S LARKIN DR
WICHITA, KS 67216-1259

KRESSEY G CAMP
109 CAROLINE DR
CROSS, SC 29436-3043

KIRK D GAES
113 BIRCH ST
LAKESIDE, IA 50588-7721

KLARIS PETERSEN
PO BOX 242
MERLIN, OR 97532-0242

KRISTA L WOODARD
3192 GARST ST
WOODBURN, IA 50275-8007

KIRK HARMAN
62 ELMWOOD DR
VERSAILLES, OH 45380-9562

KOENE GRAVES
PO BOX 3470
PASO ROBLES, CA 93447-3470

KRISTA MORRISSEY
5604 N 162ND ST
OMAHA, NE 68116-3740

KRISTEE WATTS
525 GREENRIDGE RD
GEORGETOWN, TX 78628-3849

KRISTINE (KRIS) OLSON
900 SW 83RD AVE
PORTLAND, OR 97225-6308

KURT M SCHMIDT
405 S BELMONT ST
WICHITA, KS 67218-1307

KRISTEN A PLASTINO-ARNOLD
8210 COUNTRY SIDE DR
SAN ANTONIO, TX 78209-2234

KRISTINE DISPENSA
15431 23RD AVE
WHITESTONE, NY 11357-3722

KURT OSTWINKLE
7065 HILLTOP WAY
BOISE, ID 83709-6863

KRISTI ANNE FIX
4267 MONTDALE AVE
LAS VEGAS, NV 89121-2617

KRISTINE DUSSEAU
19800 BREWER RD
DUNDEE, MI 48131-9613

KURT P COLEMAN
15020 GEMINI DR
HUNTERTOWN, IN 46748-9701

KRISTI K GLODOSKI
6831 NORTHSTAR CT
WISCONSIN RAP, WI 54494-9505

KRISTINE HARRINGTON
6499 W HOWE RD
DEWITT, MI 48820-7804

KURT REIF
840 WATERFORD CT
LAKE ZURICH, IL 60047-3324

KRISTI M METZ
739 MAJESTIC MOUNTAINS BLVD
WALLAND, TN 37886-2092

KRISTY L KINIETZ
120 ESWINE DR
ETNA, OH 43062-9683

KURT RUTZ
1579 VALLEY CREST DR
COLUMBUS, OH 43228-9569

KRISTI WINKELMANN
PO BOX 1103
ELIZABETH, CO 80107-1103

KRISTY LABER
710 6TH ST NE
DEVILS LAKE, ND 58301-2629

KURT SIEHS
1145 RAINBOW CT
MUKWONAGO, WI 53149-1057

KRISTIN PARSONS
565 TROON RD
DOVER, DE 19904-2366

KURT DECMAN
17 COASTAL WALK
SAINT MARYS, GA 31558-3849

KWONG F [BILLY] WONG
35 CLAFLIN RD
BROOKLINE, MA 02445-4402

KRISTINA A SHANDER
2880 HOLLY ST
DENVER, CO 80207-2737

KURT FAIRCHILD
65 LITTLE DEER ISLE RD
LITTLE DEER I, ME 04650-3149

KYLE CLARK
1512 BRYAN AVE
BELLEVUE, NE 68005-2885

KRISTINA CARPENTER
2121 PLYMOUTH GAGEVILLE RD
ASHTABULA, OH 44004-9635

KURT HIRSCHHORN
20 5TH AVE APT 14E
NEW YORK, NY 10011-8860

KYLE E STANTON
2380 M DR S
ATHENS, MI 49011-9379

L ANN PHILLIPS
2014 BIDWELL RD
MUSCATINE, IA 52761-3646

L PAUL FESPERMAN
95 HOLLY TREE CIR
DUNCAN, SC 29334-9462

LABRON BOYKIN
668 N DEARBORN AVE
KANKAKEE, IL 60901-2413

L B FISHER JR
17300 DALLAS PKWY STE 3050
DALLAS, TX 75248-1172

L PETER TENNEY
27 VICTORIA WAY
ALBANY, NY 12209-1149

LACY L JOHNSON
4000 SMOKEY RD
ATHENS, GA 30601-4023

L DONALD RANDINO DO
6424 BRISA DEL MAR DR
EL PASO, TX 79912-7317

L RANKIN VASTERLING
10411 JEFFERSON HWY APT 221
NEW ORLEANS, LA 70123-1881

LADINE MCKINNEY
3001 S VAN BUREN ST
AMARILLO, TX 79109-3737

L DUKE GOLDEN
10558 MILLERTON RD
CLOVIS, CA 93619-9603

L T GRIFFIN
301 N WILSON ST
MADISONVILLE, TX 77864-1568

LADONNA KIENITZ
2180 VISTA ENTRADA
NEWPORT BEACH, CA 92660-3934

L GEORGE HENISEE JR
131 CHESWOLD LN
HAVERFORD, PA 19041-1801

LA DELL BLASINGAME
7956 SADDLE RIDGE TRCE
NASHVILLE, TN 37221-1023

LADONNA RAE KOCH
1504 CROSS CREEK RD
VALPARAISO, IN 46383-0514

L LEON BERNARD JR
217 N BLAKE RD
NORFOLK, VA 23505-4403

LA NELL COCKERELL
501 NE 2000
ANDREWS, TX 79714-9157

LADORIS JAMES
3893 BOLTON ST
AUGUSTA, GA 30909-9557

L M SMITH JR
653 PAWLEY RD
MOUNT PLEASAN, SC 29464-3563

LA RAE WATKINS
1618 GOLDRUSH RD APT 127
BULLHEAD CITY, AZ 86442-8383

LAEL ANDERSON
504 CENTER ST E
ROSEAU, MN 56751-1511

L MICHAEL BARRETT JR
1444 N PAYNE AVE
WICHITA, KS 67203-2817

LA ROSE M HUNT
PO BOX 99233
SAN DIEGO, CA 92169-1233

LAETITIA F RHATIGAN
11 GARLAND CT
ALBANY, NY 12202-1005

L MICHAEL MILLER
7407 ARBOR OAKS DR
DALLAS, TX 75248-2205

LA VERNE GEER
1382 KEENAN DR APT 110
INTERNATIONAL, MN 56649-9524

LALA MAE BODINE HATCH
45 W 500 S
HEBER CITY, UT 84032-2245

LALITA RUDY
105 6TH ST E
BRADENTON, FL 34208-1125

LANA DENOOYER
4012 DUKE ST
KALAMAZOO, MI 49008-3178

LANDON JEFFERS
25 WOODLOT LN
HUNTINGTON, NY 11743-2440

LAMAE E ROBERTS
3604 N 75TH ST
OMAHA, NE 68134-5004

LANA DIANA ROSS
6475 LITTLEWOOD RD
KERNERSVILLE, NC 27284-7006

LANDY E BONELLI MD
1434 N 122ND ST
WAUWATOSA, WI 53226-3122

LAMAR HAMILTON ELLIS JR
PO BOX 30956
SEA ISLAND, GA 31561-0956

LANA PLEMONS
12700 N 113TH AVE APT 22
YOUNGTOWN, AZ 85363-1076

LANE BACON
8345 COUNTY ROAD G
VERONA, WI 53593-8822

LAMARR LUNDBERG
675 JACKSON PKWY # 373
WILLIAMS BAY, WI 53191-9793

LANA WALLA
10863 W THUNDERBIRD BLVD
SUN CITY, AZ 85351-2653

LANE COLLEGE
c/o SHARRON T BURNETT
545 LANE AVE
JACKSON, TN 38301

LAMBERT SCOTT RISER
4173 OLD WHITMIRE HWY
NEWBERRY, SC 29108-7331

LANA WALZ
3 KETCHUM AVE
SAINT JAMES, NY 11780-2914

LANELL SKIPPER
1167 PECAN ACRES LN LOT 6
VIDALIA, LA 71373-5514

LAMESA HIGH SCHOOL
LAMESA HIGH SCHOOL
600 N 14TH ST
LAMESA, TX 79331

LANCE LICHTER
W63N674 WASHINGTON AVE
CEDARBURG, WI 53012-2073

LANELLE GROH
2309 WESLEY CIR
BOSSIER CITY, LA 71111-5914

LAMESA HIGH SCHOOL
c/o LISA TELCHIK
600 N 14TH ST
LAMESA, TX 79331

LANCE SCHACHTERLE
32 MASSACHUSETTS AVE
WORCESTER, MA 01602-2123

LANETTE L PERRYMAN
1033 B AVE STE 101 PMB 172
CORONADO, CA 92118-3439

LAMONT ROBERTSON
3643 W 84TH ST
CHICAGO, IL 60652-3225

LANCE SIDDENS
4927 PARKVIEW RD
DULUTH, MN 55804-2655

LANNY D KENNER
3223 MOONSTONE LN
BISMARCK, ND 58503-6311

LANA BENTLEY
4046 N RANIER
MESA, AZ 85215-0819

LANCE T NELSON
3601 ROSEMONT CT
LOUISVILLE, KY 40218-1675

LANNY M PIGG
10150 HIGHWAY 601
MIDLAND, NC 28107-7736

LANNY ROBBINS
5757 ENCHANTED FRST
SANFORD, MI 48657-9141

LARRIE M LOVETT SR
4933 MARSH RABBIT CV
DECATUR, GA 30035-3014

LARRY BALL
7248 BENNETT LAKE RD
FENTON, MI 48430-9071

LARAE BASILONE
2481 HI RIDGE DR
IRWIN, PA 15642-2106

LARRY [ACE] LEVINE
112 WASHINGTON PL
PITTSBURGH, PA 15219-3450

LARRY BARNARD
835 ADAIR AVE NE
ATLANTA, GA 30306-3705

LARAINE LEITCH
91 THOMPSON AVE
BABYLON, NY 11702-3404

LARRY [BUTCH] HOUGLUM
19764 5TH ST NE
CEDAR, MN 55011-4412

LARRY BASS
3220 47TH ST
DES MOINES, IA 50310-3558

LARAINE RICHTER
718 TRIMBLE BLVD
BROOKHAVEN, PA 19015-2109

LARRY A GORNISH
1019 LAVAL DR
SAINT LOUIS, MO 63132-4013

LARRY BICKHART
685 WOODLAWN AVE
EPHRATA, PA 17522-1924

LAREE DOSSETT
13011 APRIL LN
MINNETONKA, MN 55305-2734

LARRY A JACKSON
PO BOX 1119
PACIFIC PALIS, CA 90272-1119

LARRY BRANDT
6950 DAKOTA CT
WISCONSIN RAP, WI 54494-9509

LARETHA MILES
811 LINK DR APT 40
DUNCANVILLE, TX 75116-2653

LARRY A SCHROEDER
1396 PEONY LN
BOONE, IA 50036-7572

LARRY BROWN
4226 CASCADE FALLS DR
SARASOTA, FL 34243-4269

LARISSA BORST
61 S SAINT PAUL ST
HAMILTON, VA 20158-9033

LARRY A WICKS
3615 E REDFIELD CT
GILBERT, AZ 85234-3107

LARRY BRYANT
13326 VERONICA RD
FARMERS BRANC, TX 75234-4917

LARREE RENDA
5 SANTA MARIA LN
HILLSBOROUGH, CA 94010-6855

LARRY ALAN ROCHLEAU
2317 HIGHWAY 169
ALGONA, IA 50511-7157

LARRY C COUVILLON
154 BAILEY LN
LONG BEACH, MS 39560-6305

LARRIANNE [SAMM] STARK
4930 S 975 E
ZIONSVILLE, IN 46077-8682

LARRY B MARGOLIAN
2800 ALBROOK CIR
LAS VEGAS, NV 89117-3634

LARRY C HARTER
5062 VININGS BLVD
DUBLIN, OH 43016-7139

LARRY C PATRICK
16 CEDAR DR
LUGOFF, SC 29078-9317

LARRY D [ROCKHEAD] ROBB
9346 MONROE ST
OMAHA, NE 68127-4445

LARRY DEAN TOOTHMAN
246 SOQUEL ST
KLAMATH FALLS, OR 97601-1464

LARRY CATALDO
9792 PINE ST
TAYLOR, MI 48180-3406

LARRY D BUCHANAN
4414 LORCARDO DR NE
CEDAR RAPIDS, IA 52402-2315

LARRY DEWAYNE STEPHEN
211 RUSKIN ST
LAKE MARY, FL 32746-3513

LARRY CHRISTMAN
8215 427TH ST
RICE, MN 56367-8200

LARRY D HILSMIER
12532 CARROLL RIDGE DR
FORT WAYNE, IN 46818-8798

LARRY DOHRN
1505 OAKLAND RD
MOUNTAIN HOME, AR 72653-5988

LARRY CLAY
2805 EDISON AVE
SACRAMENTO, CA 95821-2463

LARRY D JONES
1463 ROZELLA WAY
GALLATIN, TN 37066-7571

LARRY DON WHITE
6006 DEVON DR
AMARILLO, TX 79109-6514

LARRY COFFEE
52413 SCOTT ST
SOUTH BEND, IN 46637-2958

LARRY D KECK
23536 GODDARD RD
TAYLOR, MI 48180-4115

LARRY E COOK
14313 OXFORD DR
EDMOND, OK 73013-7090

LARRY COGLAN
5038 660TH ST SE
LONE TREE, IA 52755-9561

LARRY D MOLCK
1610 HOSMER LN
CREST HILL, IL 60403-2032

LARRY E HOWARD
922 HIGHWAY 39 E
ATHENS, TN 37303-6497

LARRY CONROY
400 N HADDON AVE UNIT 104
HADDONFIELD, NJ 08033-1733

LARRY D WOLCOTT
2313 PINNEBERG AVE
ROCKVILLE, MD 20851-1519

LARRY E SMITH
6170 MILLBANK DR
CENTERVILLE, OH 45459-2241

LARRY COPELAND
11950 COUNTY ROAD 45
FINDLAY, OH 45840-9051

LARRY DAVIS
14005 LILLIAN CIR
OMAHA, NE 68138-6262

LARRY EUGENE HART
6606 SW 15TH ST
DES MOINES, IA 50315-5429

LARRY CUNNINGHAM
350 VOGAN DR
MERCER, PA 16137-9105

LARRY DAVISON
1012 7TH ST
INTERNATIONAL, MN 56649-2513

LARRY F DUFFY
24845 S RIVER TRL
CHANNAHON, IL 60410-8633

LARRY F TEMPLE
138 ANTON DR
SAN ANTONIO, TX 78223-3318

LARRY HINSON
PO BOX 2205
FRIENDSWOOD, TX 77549-2205

LARRY KENNEDY
3328 COUNTY ROAD 2 S
INTERNATIONAL, MN 56649-9133

LARRY FINCK
5285 BOSSLER RD
ELIZABETHTOWN, PA 17022-9522

LARRY HOGAN
8900 S MULLEN HILL RD TRLR 8
SPOKANE, WA 99224-9273

LARRY KRUMM
5000 LARCHVIEW DR
DAYTON, OH 45424-2401

LARRY FUERST
1945 E 38TH ST
BROOKLYN, NY 11234-4805

LARRY J WILEY
141 BEEKIN DR
HILLSBORO, OH 45133-1529

LARRY L ERICKSON MD
1909 EDGEBROOK DR UNIT C
MODESTO, CA 95354-1651

LARRY GAMBLE
834 W LOWER SPRINGBORO RD
SPRINGBORO, OH 45066-8740

LARRY JAMES
2612 ELK LN
GRANTS PASS, OR 97527-9188

LARRY L FULLERTON
PO BOX 291
WELCOME, MN 56181-0291

LARRY GEISER
122 BUNGALOW AVE
GREENFIELD, MA 01301-1444

LARRY JENSEN
6594 53RD ST N
OAKDALE, MN 55128-1513

LARRY L HAYES
613 NW KIMBERLY CIR
ANKENY, IA 50023-1526

LARRY GRABOWSKI
3264 BULLWINKLE DR
RENO, NV 89512-1134

LARRY JEROME
PO BOX 772
INTERNATIONAL, MN 56649-0772

LARRY L KOPPEN
222 MADISON ST UNIT 103
JOLIET, IL 60435-8220

LARRY HAMLIN
9612 NORFOLK ST
MANASSAS, VA 20109-3222

LARRY JOSEPH EVANS
318 SOUTHVIEW ST
GRAHAM, TX 76450-3432

LARRY L MCDOWALL
4316 225TH ST
SAINT AUGUSTA, MN 56301-9283

LARRY HARVILL
211 E OVERHILL DR
OLD HICKORY, TN 37138-1534

LARRY JUNGLES
709 CENTRAL AVE
ROCKDALE, IL 60436-2511

LARRY L ROSENBERG
66960 N BIG HILL RD
STURGIS, MI 49091-8804

LARRY HILKERT
2160 LAURENCE DR
CLEARWATER, FL 33764-6466

LARRY K COLE
3656 SETTLERS RD
DUBLIN, OH 43016-4335

LARRY L SOBER
4730 EASTER TER
NORTH PORT, FL 34286-7778

LARRY L WREN
4901 PHEASANT ST
LIMA, OH 45807-1446

LARRY M SHAW
910 CAMPBELL ST
JOLIET, IL 60435-6934

LARRY MORGAN
4297 N HIGHWAY 94
SAINT CHARLES, MO 63301-6928

LARRY L ZENTGRAF
PO BOX 302
MANHATTAN, IL 60442-0302

LARRY MARSHALL
1318 KILKEE CT
GARLAND, TX 75044-3528

LARRY MORRISON
521 BOYD ST
DES MOINES, IA 50313-4818

LARRY LANGE
2583 HAWTHORNE WAY
SALINE, MI 48176-1666

LARRY MATZDORF
N6443 RANGELINE RD
SHEBOYGAN, WI 53083-2310

LARRY N JOHNSON
1271 TURNER SCHOOL RD
FANCY GAP, VA 24328-4285

LARRY LEE
2718 SWAFFORD RD
KNOXVILLE, TN 37932-1300

LARRY MCGRIEVY
1645 SUNRISE DR
LIMA, OH 45805-4066

LARRY NAHINURK
522 7TH AVE SE
DEVILS LAKE, ND 58301-3734

LARRY LEED
17138 SE 117TH CIR
SUMMERFIELD, FL 34491-7886

LARRY MEREDITH
PO BOX 75
BEAVER, OH 45613-0075

LARRY NANNINI
1515 ANNIE ST
DALY CITY, CA 94015-1918

LARRY LEMAHIEU
1540 TOPAZ RANCH RD
WELLINGTON, NV 89444-9420

LARRY MICKEY
6704 S 139TH AVENUE CIR
OMAHA, NE 68137-4007

LARRY ORTON
608 BRIDGEVIEW PL
EDMOND, OK 73003-9003

LARRY LESTER ERWIN
106 CENTURY OAKS DR
EASLEY, SC 29642-8256

LARRY MIKESELL
3336 CLANDARA AVE
LAS VEGAS, NV 89121-3711

LARRY OWENS
PO BOX 70
WHITESTOWN, IN 46075-0070

LARRY M ASHBY
8209 OAK CREEK LN
DENTON, TX 76208-2184

LARRY MILLER
15336 ROAD 29
MADERA, CA 93638-2018

LARRY OWINGS
23220 BARNES LN
COLFAX, CA 95713-9011

LARRY M LA BORDE
PO BOX 10668
KNOXVILLE, TN 37939-0668

LARRY MOFFETT
6937 NOBLE AVE
CINCINNATI, OH 45239-4424

LARRY PALS
425 PIERCE AVE UNIT 501
CAPE CANAVERA, FL 32920-3199

LARRY POTTS
7002 BRAZIL BLVD
GEORGETOWN, IN 47122-8645

LARRY RICHARDSON
1401 CAVES CAMP RD
WILLIAMS, OR 97544-9698

LARRY SIMON
22754 ARROWHEAD LN
SHELL KNOB, MO 65747-7508

LARRY PRICE
8 PARK TER
AURORA, MO 65605-2855

LARRY ROBBINS
13242 TORREY RD
FENTON, MI 48430-1038

LARRY SMITH
505 AUGUSTA DR
HERMITAGE, TN 37076-1539

LARRY R CROCKETT
2608 NORTHRIDGE CT
ANN ARBOR, MI 48108-9659

LARRY ROSENOW
817 ASPEN DR
GRINNELL, IA 50112-2286

LARRY SMRCKA
1127 13TH AVE S
CLINTON, IA 52732-6206

LARRY R PFEIL
S79W31480 GREEN MEADOWS DR
MUKWONAGO, WI 53149-9229

LARRY S BARRIOS
61200 N MILITARY RD
SLIDELL, LA 70461-1804

LARRY SOLL
2358 SUNSHINE CANYON DR
BOULDER, CO 80302-9724

LARRY R REID
1692 BROWN AVE
GALESBURG, IL 61401-1977

LARRY SCACCIA
3620 N OKETO AVE
CHICAGO, IL 60634-3426

LARRY SPICKNELL
3253 KEMLER RD
EATON RAPIDS, MI 48827-9201

LARRY RADER
3700 COUNTY ROAD 30
ETHELSVILLE, AL 35461-3126

LARRY SCHABEL
3035 SCOTCH RIDGE RD
CARLISLE, IA 50047-3166

LARRY STIERLI
11055 SOSPEL PL
LAS VEGAS, NV 89141-3818

LARRY RAYMOND MD
8030 WITTS MILL LN
CINCINNATI, OH 45255-5730

LARRY SCHNEIDER
191 COLONY DR
HOLBROOK, NY 11741-2847

LARRY SUTHERLIN
1718 ESTHER CT
PLAINFIELD, IN 46168-9336

LARRY REED
106 KENDALL FALLS RD
COMFORT, TX 78013-3811

LARRY SCHROCK
517 MURPHYS ESTATE DR
THE VILLAGES, FL 32162-6070

LARRY T SCHMIDT
5 DORCHESTER DR APT T3
PITTSBURGH, PA 15241-1022

LARRY RICHARD MARTZ
2205 PRIMROSE DR
FORT COLLINS, CO 80526-2128

LARRY SHAY
6502 N QUEEN FRANCES LN
PEORIA, IL 61615-7801

LARRY THOME
8306 W 55TH ST S
CLEARWATER, KS 67026-9011

LARRY THOMPSON
PO BOX 20369
WICKENBURG, AZ 85358-5369

LARRY WENGER
3135 CAMPUS DR APT 129
SAN MATEO, CA 94403-3133

LARY ARMENTROUT
683 BRIDLE RIDGE CIR
EAGAN, MN 55123-1682

LARRY VASKO
116 FARMSTEAD DR
LANCASTER, PA 17603-7912

LARRY WILLIAM ABERNATHY
1026 KEYSTONE LN
CLEMSON, SC 29631-2026

LARY R WILSON
1604 MANCHESTER CT
NAPLES, FL 34109-0429

LARRY W ANDERSON
PO BOX 745
INTERNATIONAL, MN 56649-0745

LARRY WILLIAM GRAY JR
611 TREIBLEY RD
NEW COLUMBIA, PA 17856-9075

LAS LOMAS HIGH SCHOOL
c/o PAT CHURCH
1460 S MAIN ST
WALNUT CREEK, CA 94596-5383

LARRY W SHULER
158 IBIS POINT RD
SANTEE, SC 29142-9172

LARRY WILLIS
928B CALDWELL LN
NASHVILLE, TN 37204-4016

LASONIA M MCDANIEL
2276 OVERTON RD
AUGUSTA, GA 30904-3455

LARRY W WIEDMAYER
3725 NOTTEN RD
GRASS LAKE, MI 49240-9107

LARRY WINEGARDNER
2119 PRAIRIE ROSE DR
LIMA, OH 45807-1496

LATIFAH HAQQ
706 MEADOWDALE PL
SHREVEPORT, LA 71108-5713

LARRY WALKER
4020 E COUNTY LINE N
WHITE BEAR LA, MN 55110-1613

LARRY WINSLOW
3920 POUDRE DR
LOVELAND, CO 80538-4862

LATINA YVETTE QUINN
5858 N 65TH ST
MILWAUKEE, WI 53218-1923

LARRY WALLACE
225 S FERN AVE
WICHITA, KS 67213-4037

LARRY WITTMER
234 BROADMORE RD SW
CEDAR RAPIDS, IA 52404-1042

LATRISHA STEWART JEMISON
4165 DODSON CHAPEL RD
HERMITAGE, TN 37076-2742

LARRY WARD
118 W SOUTH ST
WILLIAMSTON, MI 48895-1340

LARRY YANDL
6367 N ROUND BARN RD
WILLIAMSBURG, IN 47393-9741

LAURA [LAURIE] FELBER
5789 FRAME RD
ELKVIEW, WV 25071-7030

LARRY WEED
7890 HIGHWAY 2
DEVILS LAKE, ND 58301-9619

LARRY ZOCHER
4428 KATHERINE ST
DEARBORN HEIG, MI 48125-2618

LAURA B TRIGGS
3858 N RIVER ST
ARLINGTON, VA 22207-4650

LAURA BECK
790 SKYVIEW DR
MILTON, PA 17847-7600

LAURA ELLIS
10 SANDT LN
LONG VALLEY, NJ 07853-3304

LAURA L THORSON
18388 430TH ST
LELAND, IA 50453-7584

LAURA BROWN
390 PAGE DR
MOUNT JULIET, TN 37122-3404

LAURA HALLE
4792 87TH AVE NE
DEVILS LAKE, ND 58301-8702

LAURA L VAN DYKE
3990 WRIGHT AVE
SAINT ANN, MO 63074-1965

LAURA C KENNEDY
381 ROUTE 390
TAFTON, PA 18464-9770

LAURA HUMPHREY
1379 JENKINS AVE
GRANTS PASS, OR 97527-9209

LAURA M GRIFFITH
16 ELIZABETH RD
SOUTH BERWICK, ME 03908-2174

LAURA CAVANAGH
142 BRIGHTON DR
SEWICKLEY, PA 15143-8866

LAURA J HAAS
3716 COUNTRY CLUB CIR
FORT WORTH, TX 76109-1034

LAURA MCDONAGH
7 WARRENTON CT
HUNTINGTON, NY 11743-3760

LAURA DENTON
11701 FERNSHIRE RD
GAITHERSBURG, MD 20878-1927

LAURA J SILVER
89 NEEDHAM ST APT 2168
NEWTON, MA 02461-1638

LAURA MCMAHAN
231 DEVIN DR
LEXINGTON, SC 29072-9753

LAURA DREY
2248 CRANFORD RD
DURHAM, NC 27705-1008

LAURA JEAN MCCLOUD
4329 ODONAHUE DR
JOLIET, IL 60431-8959

LAURA MURPHY
40 LADEIRA AVE
PORTSMOUTH, RI 02871-2504

LAURA DUGGAN
4714 BOULDER PL
LA MESA, CA 91941-5577

LAURA KERSHNER
97 HENRY ST
CAMBRIDGE, MA 02139-4728

LAURA N JACOBS
1501 ALLVIEW DR
ROCKVILLE, MD 20854-2618

LAURA E FISH
49 OAK HILL DR
SHARON, MA 02067-2308

LAURA L HARLEY
10 WINCHESTER ST
HAVERHILL, MA 01835-8124

LAURA OLSON
105 W DIVISION ST
RICHLAND, IA 52585-9519

LAURA EDDLESTON
990 CRANBROOK RD
BLOOMFIELD HI, MI 48304-2723

LAURA L PRADOS
7021 STAGECOACH TRL
KNOXVILLE, TN 37909-1112

LAURA PEITZMEIER
208 ROSE AVE
YUTAN, NE 68073-3021

LAURA REINHOLZ
7 PARSONS WAY
SOUTHAMPTON, MA 01073-9216

LAURA WINGET
1007 FAIRWOOD AVE
MARION, OH 43302-1631

LAUREN SMITH
603 CHAPEL HILL WEST DR
INDIANAPOLIS, IN 46214-3605

LAURA ROCHE
4678 MARGO WAY
LOXAHATCHEE, FL 33470-2394

LAURA WOLFSWINKEL
2136 CANDELERO ST
SANTA FE, NM 87505-5603

LAURENCE CARR
2000 LANCASHIRE AVE UNIT 203
LOUISVILLE, KY 40205-2970

LAURA ROOT
1263 RITCHIE RD
STOW, OH 44224-1719

LAURA YANTZ
5583 GOVERNORS POND CIR
ALEXANDRIA, VA 22310-2349

LAURENCE D KOPLAN
1311 COMMONWEALTH AVE
WEST NEWTON, MA 02465-2912

LAURA ROVITTO
234 SUMMIT AVE
PITTSBURGH, PA 15202-2938

LAURA ZEIGEL
1510 WAZEE ST UNIT 2
DENVER, CO 80202-5936

LAURENCE E PLOUFFE
10 MEADOW LN
OLD LYME, CT 06371-1706

LAURA S SHORTRIDGE
4587 TOWNLINE RD
ALBION, NY 14411-9320

LAURAL ARMSTRONG
705 NORTH ST
PORTSMOUTH, VA 23704-2447

LAURENCE E REYNOLDS
10 FELLS MANOR RD
CALDWELL, NJ 07006-6126

LAURA SCHNEIDER
7168 VIA PALOMAR
BOCA RATON, FL 33433-5920

LAURANE FERBER
22 ALAN LOOP
STATEN ISLAND, NY 10304-4460

LAURENCE FISHBACH
972 GRAND VIEW LN
AURORA, OH 44202-8845

LAURA SLATER
1203 BAHAMA BND APT C1
COCONUT CREEK, FL 33066-2517

LAURELLA TUTTLE
11 VALLEY TRL
ROUND ROCK, TX 78664-9751

LAURENCE MANLEY
6266 CAMINITO DEL OESTE
SAN DIEGO, CA 92111-6829

LAURA SMITH
5803 INGRAM RD APT 1801
SAN ANTONIO, TX 78228-3459

LAUREN DARR
1443 CAROL ST
PARK RIDGE, IL 60068-1205

LAURENCE SCHIFFER
244 GAY AVE
CLAYTON, MO 63105-3622

LAURA STEELE
2763 S E ST
RICHMOND, IN 47374-6782

LAUREN RUBEL
13294 AVILA BEACH CV
DELRAY BEACH, FL 33446-5640

LAURENCE T [LARRY] GERSKY S
23855 MARY ST
TAYLOR, MI 48180-2336

LAURETTA [NADINE] RICE
4111 EMMAUS CHURCH RD
MOUNT OLIVE, NC 28365-8237

LAURIE SUE CHECKOWAY
8565 E VIA DE SERENO
SCOTTSDALE, AZ 85258-3945

LAVERAL [LEA] FITZ
43 HILLCREST DR
SUGAR GROVE, IL 60554-9183

LAURIE A LEEDS
4300 SANDLEWOOD LN
HOFFMAN ESTAT, IL 60192-1230

LAURIE WARREN
26730 NEW LANCASTER RD
LOUISBURG, KS 66053-8005

LAVERNE EBNER
8727 RIVERDALE RD
PLATTSMOUTH, NE 68048-4810

LAURIE ANDERSON
128 TERRACE AVE
UPPER DARBY, PA 19082-1224

LAURIE WILCOX
633 W FLETCHER ST
HAXTUN, CO 80731-2740

LAVERNE GROVES
701 MAPLE AVE
GREENCASTLE, IN 46135-2139

LAURIE D HART
33857 ROAD 160
VISALIA, CA 93292-9164

LAURINE WILLIAMS
910 PINEDALE LN
DALLAS, TX 75241-1939

LAVERNE HARTMAN
2456 TANANA DR
NORTH POLE, AK 99705-6035

LAURIE E SOLOMON
500 W BRADLEY RD APT 229A
MILWAUKEE, WI 53217-2621

LAURIS BARR
535N COUNTY ROAD 441
MANISTIQUE, MI 49854-8848

LAVERNE HINES-POWELL
1865 STANGER AVE
WILLIAMSTOWN, NJ 08094-8726

LAURIE J GOODLOCK
4100 FREIERMUTH RD
STOCKBRIDGE, MI 49285-9520

LAVAUGHN ENIS
2112 MELANIE LN APT A
MARION, IL 62959-4753

LAVERNE KAILIMAI
11290 RAWSONVILLE RD
BELLEVILLE, MI 48111-9445

LAURIE LOMBARDI
48 ACREBROOK DR
CHICOPEE, MA 01020-2102

LAVELLE WALLS
209 SHOREWOOD DR
INTERNATIONAL, MN 56649-2145

LAVERNE KARSTEADT
1204 PARKWOOD BLVD APT C
SHEBOYGAN, WI 53081-7294

LAURIE MROCZEK
24511 63RD AVE
MATTAWAN, MI 49071-9523

LAVENA FARMER
16812 KICKAPOO RD
LEAVENWORTH, KS 66048-8495

LAVERNE LORD
245 SILENT MEADOW DR
LAKE SAINT LO, MO 63367-2623

LAURIE NATTBOY
167 E 61ST ST APT 22E
NEW YORK, NY 10065-8150

LAVERA MITCHELL
901 N GARDEN RIDGE BLVD APT
LEWISVILLE, TX 75077-2971

LAVERNE PIERCE
719 LYONS ST
NEW ORLEANS, LA 70115-1626

LAVERNE  SMITH
1893 STATE ROUTE 44 N
SHINGLEHOUSE, PA 16748-1900

LAWRENCE [LARRY] KOHLS
400 THOMAS CHAPEL DR
ARLINGTON, TX 76014-3024

LAWRENCE  BARNARD
15355 BUCK ST
TAYLOR, MI 48180-5124

LAVERNE  STEELE
1641 20TH AVE UNIT 101
INTERNATIONAL, MN 56649-2135

LAWRENCE [LARRY] MEANS
1772 RAY ST
LIBERTY, MO 64068-2687

LAWRENCE  BURDELL
476 BANDY RD
BIDWELL, OH 45614-9113

LAVINA  HURST
5831 EISENHOWER AVE
GREAT BEND, KS 67530-3139

LAWRENCE [LARRY] ORTH
4711 STONECREST TER
SAINT JOSEPH, MO 64506-3145

LAWRENCE C [L C] KNIES JR
1317 8TH ST
OLD HICKORY, TN 37138-3210

LAVINA  SCHWANINGER
28100 SW 14TH ST
MARTELL, NE 68404-6157

LAWRENCE [LARRY] SINGER
731 EATON RD
DREXEL HILL, PA 19026-1506

LAWRENCE C CANIPE SR
132 BUTLER AVE
NORTH AUGUSTA, SC 29841-3456

LAVONDA  CRIDER
3475 PURDY RD
HUNTINGDON, TN 38344-8049

LAWRENCE [ROCKY] BANGS
1221 PARKER PL UNIT 7
SAN DIEGO, CA 92109-5245

LAWRENCE C EPSTEIN
3700 ISLAND BLVD # C205
AVENTURA, FL 33160-4952

LAVONNE M TENNYSON
2205 8TH AVE N
GRAND FORKS, ND 58203-2950

LAWRENCE A (LARRY) MARABLE
983 VAN BUREN AVE
OGDEN, UT 84404-5151

LAWRENCE C LITTLE
127 KINSLEY RD
PEMBERTON, NJ 08068-1505

LAWANA  MOORE
3204 75TH ST
LUBBOCK, TX 79423-1307

LAWRENCE A DICKEY
2640 N CAMINO VALLE VERDE
TUCSON, AZ 85715-3412

LAWRENCE C LOJE
4076 SQUIRE HILL DR
FLUSHING, MI 48433-3101

LAWRENCE [BILL] STROCK JR
256 MARIGOLD RD
ORANGEBURG, SC 29115-9629

LAWRENCE ALMO
20622 N 103RD DR
PEORIA, AZ 85382-2263

LAWRENCE DAVIS
1090 WILLIAMS RD
COLUMBUS, OH 43207-5165

LAWRENCE [LARRY] HAMMOND
25 DOGWOOD LN
MOUNTVILLE, PA 17554-1227

LAWRENCE AMADO
723 CENTER AVE
MARTINEZ, CA 94553-4666

LAWRENCE DODGE
235 NE 64TH ST
DES MOINES, IA 50327-9172

LAWRENCE DUNPHY
1413 WARFORD ST
PERRY, IA 50220-1625

LAWRENCE GEHRET
8510 DAWSON RD
FORT LORAMIE, OH 45845-9733

LAWRENCE LIEBERMAN
1915 WESTMINSTER CIR APT 1
VERO BEACH, FL 32966-8081

LAWRENCE E [LARRY] SCHAUF
13956 N HONEY BEE TRL
ORO VALLEY, AZ 85755-4740

LAWRENCE GREEN
1335 VANDALE PL
ANDERSON, SC 29626-6752

LAWRENCE LUKENDA
5 FURBER AVE
LINDEN, NJ 07036-3615

LAWRENCE E COFFEY
700 JOHN RINGLING BLVD APT W
SARASOTA, FL 34236-1567

LAWRENCE H [LARRY] SAWTELLE
105 CORONA ST
WARWICK, RI 02886-1724

LAWRENCE NOLAN
364 SAN BENITO WAY
SAN FRANCISCO, CA 94127-2533

LAWRENCE E FANSHER
1800 SW D ST
RICHMOND, IN 47374-5022

LAWRENCE H LESCH SR
28 POWWOW RIVER RD
KINGSTON, NH 03848-3345

LAWRENCE OLIVER
3905 SHADY LN
WILLIAMSBURG, VA 23188-2554

LAWRENCE E MEYER
35403 EUCLID AVE W2
WILLOUGHBY, OH 44094

LAWRENCE HAMM
3274 PELOT LN
WISCONSIN RAP, WI 54495-9321

LAWRENCE OLSON
45 MCKENZIE CT
MILTON, WV 25541-8617

LAWRENCE E MILLER
1530 4TH ST
SIMI VALLEY, CA 93065-3211

LAWRENCE J [LARRY] FRAZIN MD
301 W RAVINE BAYE RD
BAYSIDE, WI 53217-1336

LAWRENCE P [LARRY] DOUGHE
7129 RIVERVIEW AVE
EDGELY, PA 19007-5826

LAWRENCE E STREETER
6450 PIERCE ST
ARVADA, CO 80003-4543

LAWRENCE JAYNES LYNCH MD
401 ARLINGTON RD
SAVANNAH, GA 31419-2844

LAWRENCE P [LARRY] JOUET S
5232 MEADOWDALE ST
METAIRIE, LA 70006-3926

LAWRENCE E SUMNER
3651 E BARANCA CT
GILBERT, AZ 85297-8271

LAWRENCE JOHNSON
3310 BARRINGTON RD
BLOOMINGTON, IL 61704-8361

LAWRENCE P WARREN
142 LONGSHORE AVE
YARDLEY, PA 19067-1730

LAWRENCE G DUNNIGAN
5487 KALES AVE
OAKLAND, CA 94618-1504

LAWRENCE KURTH
210 E MIAMI ST
PAOLA, KS 66071-1746

LAWRENCE R KIRCHNER
430 LOCH RIDGE RD
WETUMPKA, AL 36092-7406

LAWRENCE SANTA MARIA
21190 JIMMERSALL LN
GROVELAND, CA 95321-9554

LCOL MORRIS R ROBERTS USMC
809 BAY ST
GREEN COVE SP, FL 32043-3205

LEAH PUZZO
135 HILLCREST AVE
LEONIA, NJ 07605-1508

LAWRENCE TIEFENBACH
26315 E WEXFORD DR
PERRYSBURG, OH 43551-9069

LE MARS HIGH SCHOOL
921 3RD AVE SW
LE MARS, IA 51031

LEAH R SCHAEFER
14660 SE 175TH ST
WEIRSDALE, FL 32195-3002

LAWRENCE VINCENT JONES
3013 TUSK RD
JACKSONVILLE, FL 32209-2244

LE ROY WAYNE NIELSEN
831 WYNDSTONE DR
ELWOOD, IL 60421-6048

LEAH WARSHAW
16490 TIMBERLAKES DR APT 203
FORT MYERS, FL 33908-4363

LAWRENCE W DICKENSON
4343 GRAMERCY CIR
ALEXANDRIA, VA 22309-1223

LE ROY WILLARD BRANSON
12242 SANDRA CIR
OMAHA, NE 68137-3413

LEAH ZENDEL
6 WANDERING TRAIL CT
POTOMAC, MD 20854-2373

LAWRENCE WOLFE
PO BOX 365
RACINE, OH 45771-0365

LEAETTA JACKSON
1410 14TH ST
INTERNATIONAL, MN 56649-2858

LEANNE ENSELL COATES
PO BOX 211
KINGSVILLE, OH 44048-0211

LAWSON M [BILL] ALEXANDER
PO BOX 94
CHARLOTTESVIL, IN 46117-0094

LEAH JENNETT
784 TAMARACK DR
SAN RAFAEL, CA 94903-3722

LEANNE MILLS
8638 302ND ST
CHISAGO CITY, MN 55013-9642

LAYNE KELLEY
1290 PARKVIEW DR
NEW RICHMOND, WI 54017-2379

LEAH JONSON
109 YEOPIM CIR
HERTFORD, NC 27944-9653

LEANNE SIMONSON
6133 E MOUNTAIN VIEW RD
PARADISE VALL, AZ 85253-1801

LCDR BERNARD HARVEY
18 HEMLOCK LN
MONROE, CT 06468-1033

LEAH MAE [TINKER] BYARS
312 WOODWARD BLVD
SUMMERVILLE, SC 29483-3136

LEATRICE HALL-MARKS
5948 2ND ST
SHREVEPORT, LA 71108-4004

LCDR VICTOR SAMUEL SMITH RET
3570 MEADOW LAKE DR W
SLIDELL, LA 70461-5555

LEAH MITCHELL
2356 REDWOOD AVE
GRANTS PASS, OR 97527-6236

LEATRICE HELEN MILLER
10015 W ROYAL OAK RD APT 11
SUN CITY, AZ 85351-3114

LEATRICE SNOWDEN
3701 CONSHOHOCKEN AVE APT 60
PHILADELPHIA, PA 19131-5510

LEE ANN SINNER
1667 HIGHWAY 348
DELTA, CO 81416-8953

LEE HALLAUX
43 EUREKA LAKE RD
EUREKA, KS 67045-9488

LEAVENWORTH HIGH SCHOOL
LEAVENWORTH PUBLIC SCHOOLS E
2012 10TH AVE
LEAVENWORTH, KS 66048-4207

LEE BARRY SANDLER
343 SCOTTSDALE RD
PLEASANT HILL, CA 94523-5117

LEE HEIKKINEN
2642 QUEENSLAND DR
ELLICOTT CITY, MD 21042-2383

LEAVENWORTH HIGH SCHOOL
c/o AMY SLOAN
2012 10TH AVE
LEAVENWORTH, KS 66048-4207

LEE BOOZER MAYER
1074 SPEARMAN RD
NEWBERRY, SC 29108-6751

LEE HICKERSON
15808 27TH AVE N
PLYMOUTH, MN 55447-1928

LEE [SHIRLEY] WYANT JR
5219 GROUSE RUN DR
STOCKTON, CA 95207-5334

LEE BULLOCK
1406 NW 122ND ST APT 111
OKLAHOMA CITY, OK 73114-8038

LEE HIEGER
9009 N MAY AVE APT 159
OKLAHOMA CITY, OK 73120-4463

LEE A BROWN
10020 DESPERADO
WACO, TX 76708-6195

LEE C WALP CFP
124 BENTLEY LN
LANCASTER, PA 17603-6223

LEE HUNT
208 GLEN DR
GALLIPOLIS, OH 45631-1519

LEE A FURLONG
632 CONSTITUTION CIR
CLAIRTON, PA 15025-1047

LEE DORFMAN
1003 NW SHATTUCK WAY APT 344
GRESHAM, OR 97030-3763

LEE KIKEL
5053 MEADOWRIDGE LN
GIBSONIA, PA 15044-8235

LEE ANN GRAY
471 N CATARACT RD
CLOVERDALE, IN 46120-8053

LEE FELDMAN
2045 S FILLMORE ST
DENVER, CO 80210-3516

LEE LOVE
9021 SMOKEY HILL LN
INDIAN LAND, SC 29707-5526

LEE ANN PICKERING
208 N 28TH ST
RICHMOND, VA 23223-7328

LEE HAGER
14814 S VALLEY RD
WYOMING, IL 61491-8947

LEE MCGRAW JR
9805 CHAMBERS CIR
LOUISVILLE, KY 40299-3419

LEE ANN RITTINGER
132 FERRIS DR
BROOKLYN, MI 49230-9776

LEE HAINES
158 PARK AVE
EPHRATA, PA 17522-2020

LEE MECUM
435 S CENTRAL AVE
STOCKTON, CA 95204-5111

LEE PARODI
133 SHENANDOAH WAY
LOCHBUIE, CO 80603-7758

LEEANN CHRISTENSEN
7048 QUAIL SPRING AVE
TWENTYNINE PA, CA 92277-6529

LELAND [PETE] HOELTZEL
245 DOAK CREEK RD
LIBBY, MT 59923-9704

LEE R DOUGLASS
1250 WEST PIONEER PARKWAY AP
ARLINGTON, TX 76013-6291

LEEROY DYKES
33908 227TH ST
EASTON, KS 66020-7074

LELAND D LARSON
20 MANITOU TER
MANITOU SPRIN, CO 80829-1742

LEE R WHITAKER
1502 NATHAN DR
MARION, IL 62959-3879

LEESAN TRUMBLY
1320 NW LAWNRIDGE AVE
GRANTS PASS, OR 97526-1218

LELAND HOWARD
907 6400 RD
MONTROSE, CO 81403-4642

LEE RAYMOND
910 PENNSYLVANIA AVE APT 110
KANSAS CITY, MO 64105-1348

LEIANN L NEITZKE
139 WALLACE CT
BARTLETT, IL 60103-6527

LELAND L WORLOW
3308 HANNAH HILL CV
JONESBORO, AR 72404-7911

LEE RUTH MILLER
5346 ASCOT BND
BOCA RATON, FL 33496-1605

LEIGH A BALL
648 FERN MEADOW DR
UNIVERSAL CIT, TX 78148-3704

LEM DAVIS JR
211 NARCISSUS ST
LAKE JACKSON, TX 77566-5861

LEE VANDER HEIDE
2272 MARK WEST SPRINGS RD
SANTA ROSA, CA 95404-8631

LEIGH WARD
2538 BIRD LN APT C
PORTSMOUTH, VA 23702-2339

LEMAN SHELBY
2450 KROUSE RD LOT 233
OWOSSO, MI 48867-9308

LEE W VAN VOORHIS
2601 HICKORY TRL APT 13
IOWA CITY, IA 52245-3554

LEILA GOULD
301 SEVILLE M
DELRAY BEACH, FL 33446-2159

LENA REGINA WILLIAMS
801 NOTTINGHAM RD
PORTSMOUTH, VA 23701-2118

LEE WELLIVER
2990 SHAKESPEARE RD
MILTON, PA 17847-8324

LELA DARLENE BRATTAIN
744 N US HIGHWAY 231
GREENCASTLE, IN 46135-9271

LENA STULL
762 OLD WESTTOWN RD
WEST CHESTER, PA 19382-4959

LEE WHITESIDE
1384 N ACADEMY ST
GALESBURG, IL 61401-1665

LELA SMITH
5053 BLUE SPRUCE CT
STOCKTON, CA 95207-5201

LENARD TAPLEY
6720 92ND ST
LUBBOCK, TX 79424-6777

LENDA VOGLER
PO BOX 34
LAMESA, TX 79331-0034

LENORA LONEY
1122 7TH AVE
INTERNATIONAL, MN 56649-2718

LENORE WOLPA
471 LEYDEN ST
DENVER, CO 80220-5953

LENDALL L ROBERTS
PO BOX 51472
KNOXVILLE, TN 37950-1472

LENORE BOWMAN
5055 W PATTERSON AVE
CHICAGO, IL 60641-3414

LEO [JUMPY] ROBINSON
1400 S 12TH ST
BURLINGTON, IA 52601-3751

LENN SCHNEIDER
5931 SEMINOLE CENTRE CT APT
FITCHBURG, WI 53711-5169

LENORE BRUNS
1214 BEHAN RD
CRYSTAL LAKE, IL 60014-2604

LEO A DOLAN SR
217 HAWTHORN RD
KING OF PRUSS, PA 19406-1841

LENNACE CEBEREK
744 TWOMEY AVE
CALVERTON, NY 11933-1358

LENORE HOENIG
3104 CUNNINGHAM DR
ALEXANDRIA, VA 22309-2209

LEO BRIDAL
10012 HIGHWAY 92
INDIANOLA, IA 50125-7006

LENNELL HERBERT-MARSHALL
298 ANSLEM DR
LYNCHBURG, VA 24504-4254

LENORE K ERICKSON
1454 STERLING AVE
JOLIET, IL 60432-2669

LEO BRUNETTE
PO BOX 590
LA CENTER, WA 98629-0590

LENNI ANNE SADOWSKI
132 LAKESIDE DR
GRASS LAKE, MI 49240-9625

LENORE KATZ
10564 FLATLANDS 10TH ST
BROOKLYN, NY 11236-4618

LEO CAREY
4189 KNOLLCREST CIR N
AUGUSTA, GA 30907-1638

LENNY WEBER
1317 AUTUMNVIEW DR
BATAVIA, OH 45103-2797

LENORE LEVINE
1273 NORTH AVE APT 2D4
NEW ROCHELLE, NY 10804-2739

LEO H CZAJKOWSKI
199 SEELEY ST
BROOKLYN, NY 11218-1233

LENORA K WAIDE
1109 E OLIVE ST
WICHITA FALLS, TX 76310-0130

LENORE MILLER
511 POST RD
GREENLAND, NH 03840-2320

LEO J ZIEGLER
1104 FAIR ST SE
DEVILS LAKE, ND 58301-3214

LENORA KRIEGER
37094 VINCENT ST
WESTLAND, MI 48186-3920

LENORE SCANLIN
41 WALDHEIM PARK
ALLENTOWN, PA 18103-6774

LEO JOSEPH PUTCHINSKI
4200 LORIMAR DR
PLANO, TX 75093-6923

LEO KARSNIA
2224 COUNTY ROAD 140
INTERNATIONAL, MN 56649-8748

LEO SEILER SR
2020 FLORA CT
GRAND JUNCTIO, CO 81501-6914

LEON ENGELKING
28325 RODGERS DR
SANTA CLARITA, CA 91350-3823

LEO L LANGUIRAND
246 MARTHA ANNE DR
SHREVEPORT, LA 71115-3029

LEO URBANSKI
6956 E BROAD ST # 303
COLUMBUS, OH 43213-1517

LEON ESPE
407 S 20TH ST
LEAVENWORTH, KS 66048-2106

LEO LANO
11985 LAMBERT
TUSTIN, CA 92782-1240

LEOLA BROOKS
999 SW 18TH ST
BOCA RATON, FL 33486-6823

LEON GLASS
1361 STATE ROUTE 57
PORT MURRAY, NJ 07865-4031

LEO MARTIN
1014 HIGHWAY W
ELDON, MO 65026-4870

LEOLA HUTCHINS
4340 JANE AVE
PFAFFTOWN, NC 27040-9733

LEON H HAYEN
1060 SW SUNFLOWER CT
TOPEKA, KS 66604-2176

LEO P LANN
6950 ROOSEVELT AVE
MENTOR, OH 44060-5048

LEON ATTABIT
2270 RISING HILL RD
PLACERVILLE, CA 95667-3829

LEON HARRIS GOLINSKY
11377 SW 84TH ST APT 106
MIAMI, FL 33173-3642

LEO R CAMPBELL JR
170 BOCA CIEGA POINT BLVD S
MADEIRA BEACH, FL 33708-2728

LEON CACIOPPO JR
79 LIVE OAK DR
SLIDELL, LA 70461-1305

LEON JOHNSON
1250 BEAVER DR
ERIE, PA 16509-2905

LEO R SIMPSON
14824 BOTHELL WAY NE APT 260
LAKE FOREST P, WA 98155-7660

LEON COHORN
1677 BATTLE CREEK DR
FRISCO, TX 75034-6569

LEON P [PAT] ZAK
PO BOX 18
EGG HARBOR, WI 54209-0018

LEO RETTIG
1500 PALISADE AVE APT 3D
FORT LEE, NJ 07024-5322

LEON D JACKSON
17 COBDEN ST
ROXBURY, MA 02119-1327

LEON PRICE
PO BOX 311121
CAPITOL HEIGH, MD 20731-1121

LEO SCULLY
1406 SPRINGHAVEN CIR NE
MASSILLON, OH 44646-2565

LEON DEAHL PENDLETON
8033 WATERVIEW BLVD
LAKEWOOD RANC, FL 34202-2259

LEON R LEASE
PO BOX 409
BERESFORD, SD 57004-0409

LEON RESTER WILSON JR
3362 MOUNTAINBROOK AVE
NORTH CHARLES, SC 29420-8714

LEONA VANSCOYK
2142 CENTURY PARK LN APT 210
LOS ANGELES, CA 90067-3323

LEONARD F HAMMOND
11900 MAXFIELD BLVD
HARTLAND, MI 48353-3532

LEON SCHMIDT JR
2311 RIVER BIRCH LN
WISCONSIN RAP, WI 54494-0729

LEONARD [LARRY] WALKOVIAK
11198 58TH AVE
SEMINOLE, FL 33772-7211

LEONARD FAKE
211 MAIN ST
AKRON, PA 17501-1237

LEON STEINKE
1610 LARCHMONT RD
DAVIS, IL 61019-9631

LEONARD [LEN] RAUSCH
201 EAGLE RDG
ROANOKE, VA 24012-9089

LEONARD FISCHETTI
26 SADDLE CT
MONROE TWP, NJ 08831-3503

LEON W HOSTE
811 ORCHARD AVE
POINT PLEASAN, NJ 08742-2424

LEONARD A GODDY MD
1212 PARK HILLS DR
LOUISVILLE, KY 40207-4312

LEONARD FOSTER
1316 GRINNELL DR
RICHARDSON, TX 75081-5919

LEON WEILER
427 LASHER RD
CLYDE, NY 14433-9441

LEONARD A WILSON SR
4205 57TH CT
VERO BEACH, FL 32967-1655

LEONARD FRIED
28 SOLS POINT RD
CLINTON, CT 06413-2320

LEONA DHAININ
13235 W DESERT GLEN DR
SUN CITY WEST, AZ 85375-4828

LEONARD ABRAHAM
340 MILL VALLEY RD
BELCHERTOWN, MA 01007-9162

LEONARD G [LEN] BISIGNARO
4221 TERRACE ST
PHILADELPHIA, PA 19128-5016

LEONA EKKER
519 3RD ST N
SARTELL, MN 56377-1748

LEONARD B SANFORD
1253 SHAWNEE RD
MADISON, TN 37115-5467

LEONARD G STARNES
3148 W COLLEGE ST
SHREVEPORT, LA 71109-2712

LEONA LARSON
5178 HIGHWAY 11
INTERNATIONAL, MN 56649-9005

LEONARD D SIMMONS JR
3104 AUDUBON TRCE
JEFFERSON, LA 70121-1565

LEONARD GORDON
276 RIVERSIDE DR APT 10H
NEW YORK, NY 10025-5273

LEONA SHOQUIST
3552 COUNTY ROAD 120
INTERNATIONAL, MN 56649-8826

LEONARD DRUMMOND JR
306 PEBBLE LN APT A
AIKEN, SC 29801-6101

LEONARD J ALBAUGH
9 COLUMBIA AVE
JAMESTOWN, RI 02835-1307

LEONARD J ARTIGLIERE
3 ELMWOOD LN
WASHINGTON, NJ 07882-4010

LEONARD MORRISON
110 CHENEY CREEK RD
GRANTS PASS, OR 97527-9505

LEONE BURWELL
5073 CEDARDALE LN
FLUSHING, MI 48433-1015

LEONARD J BARCHIE
270 PARKWAY DR
PITTSBURGH, PA 15228-2128

LEONARD PRZEKOPSKI JR
36 PINE RD
COLCHESTER, CT 06415-2415

LEONE RUSBULT
PO BOX 113
PARNELL, IA 52325-0113

LEONARD J JEANSONNE
776 MYSTIC AVE
GRETNA, LA 70056-3006

LEONARD RHODES
8626 STONE OAK DR
HOLLAND, OH 43528-9250

LEONORA GIRRIER
100 STONEY HOLLOW RD
TIVERTON, RI 02878-2762

LEONARD JUNG
2909 TALLOW LN
BOWIE, MD 20715-2002

LEONARD S MORAVEC
2309 W EDGEWOOD LN
MCHENRY, IL 60051-4619

LEONORA STANLEY
3121 N NEW YORK AVE
PEORIA, IL 61603-1253

LEONARD KUCERA
3527 BENJAMIN ST NE
MINNEAPOLIS, MN 55418-1526

LEONARD SIMON
272 SOUTHPORT LN UNIT 32
KIMBERLING CI, MO 65686-9109

LEONTYNE R TABB
16047 MARSHFIELD AVE
HARVEY, IL 60426-4920

LEONARD M COUNIHAN
1055 NE MADRONA DR
HERMISTON, OR 97838-2091

LEONARD STALNAKER
16964 NE SATCHELL CREEK RD
CASSODAY, KS 66842-9037

LEOPOLD A SZCZYGIEL JR
283 LEBANON AVE
LEBANON, CT 06249-2305

LEONARD M PURSELL
5944 UPPER YORK RD
NEW HOPE, PA 18938-9794

LEONARD T MARTIN
2018 NOTTINGHAM DR
AUGUSTA, GA 30906-4730

LEORA BERRY
101 FARRS RD
KINGSTON, TN 37763-6377

LEONARD MARTIN
104 KAYLA LN
ELKVIEW, WV 25071-7472

LEONARD THOMAS
7002 N AYCLIFFE DR
PEORIA, IL 61614-1088

LEOTA ANN [LEE] MARTZ
3359 MUIRFIELD PL
LIMA, OH 45805-4015

LEONARD MCCOY
2113 QUAKER PL
CHESAPEAKE, VA 23325-4737

LEONARD WARRENS
1450 E HIGH ST
LIMA, OH 45804-2918

LEOTA COUNTER
1340 N SUMMITLAWN ST
WICHITA, KS 67212-2969

LEROY [LEE] CRUMMER
5950 SWAN CREEK DR
TOLEDO, OH 43614-1021

LEROY LINCOLN
1667 35TH AVE
AVON, IL 61415-9218

LERUTH SIEVERT
2631 COBBLESTONE CT
PLOVER, WI 54467-2591

LEROY BOTTENSEK
2917 1ST ST S
WISCONSIN RAP, WI 54494-5730

LEROY LOMMEL
1313 ROOSEVELT RD
SAINT CLOUD, MN 56301-5170

LES D LEVY
5313 TOBY LN
KENNER, LA 70065-2345

LEROY BROWER
6160 N BAYSHORE DR
IRONS, MI 49644-9023

LEROY MARKS
657 W EISENHOWER RD
LANSING, KS 66043-2204

LES LAW
25271 WESTRIDGE RD
GOLDEN, CO 80403-8349

LEROY CHERNE
9817 328TH ST
SAINT JOSEPH, MN 56374-9694

LEROY MINK
7905 BRONZEROCK DR
SAN ANTONIO, TX 78244-3332

LESA BRUNS
5066 SUGAR CAY CT
CARMEL, IN 46033-9546

LEROY E BUDDE
766 85TH LN NW
COON RAPIDS, MN 55433-6080

LEROY MORROW JR
7350 POPHAM PL
SOLON, OH 44139-5797

LESA VEITH
508 CEDAR CREST DR
WEST DES MOIN, IA 50265-5149

LEROY ERB
189 MCLAUGHLIN RD
MILTON, PA 17847-8060

LEROY PICKETT
327 8TH ST
DOWNERS GROVE, IL 60515-5340

LESLEY BRITTAIN KENT-SELIM
1200 ORMOND AVE
DREXEL HILL, PA 19026-2622

LEROY GRAY
315 OSTEND PL
FAR ROCKAWAY, NY 11691-4427

LEROY SPATH
12808 NICOLLET AVE APT 101
BURNSVILLE, MN 55337-2813

LESLEY E ENSIGN VERLIN
6076 CORRIGAN AVE NE
LOWELL, MI 49331-9737

LEROY J URSIN
1300 WISTERIA DR
METAIRIE, LA 70005-1060

LEROY WALKER
7207 OLD COLORADO CITY HWY
BIG SPRING, TX 79720-0565

LESLIE [MAX] FRISBY
4004 SOUTHLAKE CIR
SEDALIA, MO 65301-9322

LEROY JONES
1015 E 118TH TER
KANSAS CITY, MO 64131-3828

LEROY WALLIN
1768 WAINWRIGHT DR
RESTON, VA 20190-3442

LESLIE A HARTJE
293 N STATE COLLEGE BLVD AP
ORANGE, CA 92868-5715

LESLIE ALLGYER
136 RED WELL RD
NEW HOLLAND, PA 17557-9515

LESLIE ALTER
8333 AUSTIN ST APT 4F
KEW GARDENS, NY 11415-1820

LESLIE ANN GLAZA
PO BOX 141123
GRAND RAPIDS, MI 49514-1123

LESLIE BAIRD
3373 EGNER AVE NE
CEDAR SPRINGS, MI 49319-8843

LESLIE BELL
26 COLONIAL DR APT 1
CLINTON, IL 61727-2632

LESLIE BERGER
6306 VIA PALLADIUM
BOCA RATON, FL 33433-3848

LESLIE BUTLER
5061 WOLF RUN SHOALS RD
PRINCE WILLIA, VA 22192-5766

LESLIE CARNINE
2718 W GREEN ACRES RD
ROGERS, AR 72758-9141

LESLIE E [EBBY] NOLTING
6706 PALATINE AVE N
SEATTLE, WA 98103-5232

LESLIE E [LES] SNIVELY
985 N ALAMEDA AVE
KLAMATH FALLS, OR 97601-2505

LESLIE E SMITH
945 GARRISON RIDGE BLVD
KNOXVILLE, TN 37922-5157

LESLIE EKLUND
2214 LISTER RD NE
OLYMPIA, WA 98506-3615

LESLIE GAITA
35 BELLEVUE AVE
MELROSE, MA 02176-3215

LESLIE HOLLINGSWORTH
1561 VALLEY VIEW RD
COVINGTON, GA 30016-8995

LESLIE HOOF
1617 ALLEN ST
NORTH LITTLE, AR 72114-3339

LESLIE J KAUSEK
8227 CONSTANCE DR
SARASOTA, FL 34243-2026

LESLIE J MENDELSOHN
1007 WINDSOR DR
FRAMINGHAM, MA 01701-5002

LESLIE JOSE
6 POND VIEW LN
MALVERN, PA 19355-2889

LESLIE K LERNER
77 POND AVE APT 801
BROOKLINE, MA 02445-7114

LESLIE L LOUSHIN
18627 AGILE PINES DR
HUMBLE, TX 77346-8006

LESLIE LIDONNICI
235 E 22ND ST APT 4T
NEW YORK, NY 10010-4633

LESLIE LUCE
8833 W CARIBBEAN LN
PEORIA, AZ 85381-2803

LESLIE MCFALLS
1740 WHITE OAK RIVER RD
MAYSVILLE, NC 28555-9330

LESLIE MUNDJER
10440 QUEENS BLVD APT 2D
FOREST HILLS, NY 11375-8129

LESLIE O SMITH
18129 AMERICAN BEAUTY DR UN
CANYON COUNTR, CA 91387-5464

LESLIE REICH
3501 N OCEAN DR APT 8H
HOLLYWOOD, FL 33019-3818

LESLIE ROBINSON
1004 WOODSIDE PKWY
SILVER SPRING, MD 20910-4140

LESLIE TUZZIO
32 BIRCH RUN AVE
DENVILLE, NJ 07834-9321

LESLIE V WILDIN
304 FAIRLANE DR
ALGONA, IA 50511-3412

LESLIE WHITEHEAD
544 ALBANY DR
HERMITAGE, TN 37076-1420

LESLIE YEAGER
396 COVINGTON DR
ADVANCE, NC 27006-7892

LESLIE YERKES
PO BOX 176
BUCKINGHAM, PA 18912-0176

LESSIE MAE HARRIS
2012 AUGUSTA CT
SUFFOLK, VA 23435-3306

LESTER [ALLEN] SIMMONS
727 LANHAM RD
EDGEFIELD, SC 29824-3810

LESTER [LES] ETIENNE
1409 OAKWOOD DR
ALBERT LEA, MN 56007-1542

LESTER C FARWELL II
313 CHEYENNE DR
BERTHOUD, CO 80513-1343

LESTER DALE ANDERSON
2700 E VALLEY PKWY SPC 171
ESCONDIDO, CA 92027-2957

LESTER F SCHWAB
130 TRACE LOOP
MANDEVILLE, LA 70448-7558

LESTER GEORGE CONNER
1517 SYCAMORE ST
HADDON HEIGHT, NJ 08035-1529

LESTER GOLDBERG
389 DINSMOOR DR
CHESTERFIELD, MO 63017-2964

LESTER GRUNIG
903 E LAKESHORE DR APT 2
STORM LAKE, IA 50588-2617

LESTER L [BUZZY] WEED JR
629 WILLOWBANK RD
GEORGETOWN, SC 29440-3326

LESTER LAMMERS
1709 14TH AVE N
ESTHERVILLE, IA 51334-1470

LESTER LEFKOWITZ
7334 PRINCETON AVE
LA MESA, CA 91942-8718

LESTER MAURER JR
7 OLYMPIA PARK PLZ
MCKEESPORT, PA 15132-6111

LESTER R PUGH
1612 S MESA AVE
MONTROSE, CO 81401-5024

LESTER RASTORFER
2440 7TH ST
EUREKA, CA 95501-1201

LESTER SMITH
1214 W 132ND ST
GARDENA, CA 90247-1506

LESTER THEISEN
12114 IDAHO AVE N
CHAMPLIN, MN 55316-2108

LEVERNA ATCHLEY-ANGEL
607 VEINTE DR
DELTA, CO 81416-2947

LEVESSIE DAVIS
541 NW 12TH ST
FLORIDA CITY, FL 33034-2079

LEW FELBERBAUM
2706 SUNDOWNER DR
SAINT CHARLES, MO 63303-5056

LEWAYNE L WHITE
3145 W BETTY ELYSE LN
PHOENIX, AZ 85053-3932

LEWIE EDWIN SHEALY
PO BOX 61178
SAVANNAH, GA 31420-1178

LEWIS [HAROLD] HAYNES
388 BALENTINE LAKE RD
WARE SHOALS, SC 29692-2703

LEWIS BRUNNER
605 MAGNOLIA ST
THOMASVILLE, GA 31792-6561

LEWIS DUNCAN
916 RUSWOOD CIR
ABILENE, TX 79601-4654

LEWIS E STAHL
1498 WEEPING WILLOW LN
SHERIDAN, WY 82801-8640

LEWIS FADALE JR
2118 PINE BLUFFS CT
HIGHLAND, MI 48357-4328

LEWIS GLICK
316 N BROADWAY ST
GREENVILLE, OH 45331-2225

LEWIS HERBERT COOK II
100 HOMESTEAD VLG APT 78
FAIRHOPE, AL 36532-7306

LEWIS HILL
12723 JASPER LEAF
SAN ANTONIO, TX 78253-5533

LEWIS HOGAN PHD
940 5TH AVE SW
ALBANY, OR 97321-1906

LEWIS J THOMAS JR
7251 KINGSBURY BLVD
SAINT LOUIS, MO 63130-4141

LEWIS LAWLESS
6128 NEILL RD
GRANTS PASS, OR 97527-9638

LEWIS M MOTON SR
4485 TANGELO AVE
COCOA, FL 32926-2847

LEWIS ROSENBAUM
17 ABBOTT RD
SOMERSET, NJ 08873-2344

LEWIS TERRY GOSE
2139 S COUNTY RD 50 W
GREENCASTLE, IN 46135-8877

LEWIS VENUTI
136 GARFIELD AVE
CLEMENTON, NJ 08021-3901

LEXIE WILBURN
6200 WOODFORD PL NE
ALBUQUERQUE, NM 87110-1352

LIBBY CASTLEMAN
14318 OLD HENRY RD
LOUISVILLE, KY 40245-2059

LIBBY G BRENNER
469 LAWRENCE RD
BROOMALL, PA 19008-3747

LILA BELOFSKY
17228 BALBOA POINT WAY
BOCA RATON, FL 33487-1013

LILA BONNEL
37 DALLEY RD
RIVERTON, WY 82501-9478

LILA E RUSS
2324 WOODHILL CT
PLAINFIELD, IL 60586-6993

LILA FREUNDEL
12788 TOUCHSTONE PL
WEST PALM BEA, FL 33418-6984

LILA KIMBALL
9504 W MAPLE CT
WEST ALLIS, WI 53214-4149

LILBURNE LAIDLAW
220 SIDERIUS LN
BIGFORK, MT 59911-6208

LILITA CARLSON
12439 LAMONT ST
OMAHA, NE 68144-4116

LILLIAN [SALLY] RUMMELHART
822 10TH AVE SW # A
MOUNT VERNON, IA 52314-9554

LILLIAN BANKS
201 ADKINS ST
MARSHALL, TX 75670-3103

LILLIAN BARTHELL
11270 RED FOX DR
MAPLE GROVE, MN 55369-6329

LILLIAN GILBERT
7540 NORENE DR
WHITMORE LAKE, MI 48189-9738

LILLIAN MORELAND
10500 SW 17TH CT
MIRAMAR, FL 33025-1736

LILLIAN BOSSCHER
1116 BOWES RD APT 7
LOWELL, MI 49331-9578

LILLIAN J MITCHELL
8375 CARDOVA RD
RICHMOND, VA 23227-1507

LILLIAN PATRICIA NORMAN
4256 HATTON POINT RD
PORTSMOUTH, VA 23703-4000

LILLIAN BOWMAN
107 CHERRY HILLS LN
LOUISVILLE, KY 40245-5084

LILLIAN JANET [JAN] GARRISON
2801 SPENCER RD APT 24104
DENTON, TX 76208-6971

LILLIAN STOEPPEL
10918 HUGHES RD
CINCINNATI, OH 45251-4528

LILLIAN C EMBICK
1501 CALIFORNIA AVE
FORT WAYNE, IN 46805-5018

LILLIAN L MENDENHALL
2480 N BEACH RD
ENGLEWOOD, FL 34223-9106

LILLIAN T LA BARBARA
6 N CREEK RD
NORTHPORT, NY 11768-1049

LILLIAN CARLSON
7801 POTTERS MILL CT
DERWOOD, MD 20855-1025

LILLIAN LEGOTINO
621 ROCKINGHORSE CT
STEDMAN, NC 28391-9071

LILLIAN ZAGGY
1122 BIRCH LN
WESTERN SPRIN, IL 60558-2102

LILLIAN CLANCY
67 OAK RD
CANTON, MA 02021-2605

LILLIAN LYNCH
3061 COUNTY ROAD 125
INTERNATIONAL, MN 56649-8720

LILLIE WILLIAMS
1211 COLTRANE DR
PORTSMOUTH, VA 23701-3818

LILLIAN DELORES BROWN
5105 GREENBROOK DR
PORTSMOUTH, VA 23703-2011

LILLIAN M ERDODY
41350 FOX RUN APT 517
NOVI, MI 48377-5047

LILY TRIVELPIECE
316 HEPBURN ST
MILTON, PA 17847-2454

LILLIAN FRAZIER
3536 N RURAL ST
INDIANAPOLIS, IN 46218-1264

LILLIAN M HOFFMEYER
8345 JACKSON ST
TAYLOR, MI 48180-2925

LILYANN DISSINGER
3922 SW 13TH ST
DES MOINES, IA 50315-3016

LILLIAN GARCIA
3314 85TH ST
JACKSON HEIGH, NY 11372-1534

LILLIAN MORAIS
PO BOX 4032
MIDDLETOWN, RI 02842-0032

LIMA CITY HIGH SCHOOLS
LIMA CITY SCHOOLS FOUNDATIO
1 SPARTAN WAY
LIMA, OH 45801

LIMA CITY HIGH SCHOOLS
c/o PEGGY EHORA
1 SPARTAN WAY
LIMA, OH 45801

LIN KREBS
3249 LOVERS LN
RAVENNA, OH 44266-8931

LIN STENNES
4580 ENGLISH OAKS LN NW
LILBURN, GA 30047-3539

LINCOLN HIGH SCHOOL
LINCOLN HIGH SCHOOL
1801 16TH ST S
WISCONSIN RAP, WI 54494-5499

LINCOLN HIGH SCHOOL
c/o LORI STANTON
1801 16TH ST S
WISCONSIN RAP, WI 54494-5499

LINDA [JOE] DRIVER
6340 N 700 E
FREMONT, IN 46737-8870

LINDA A CUMBERBATCH RN
25707 TOURNAMENT RD
VALENCIA, CA 91355-2360

LINDA A FRIED
4 DUFFYS BRIDGE RD
KATONAH, NY 10536-2801

LINDA A HAUGEN
54405 AVENIDA HERRERA
LA QUINTA, CA 92253-3697

LINDA A LOKE
3138 S AUSTIN ST
MILWAUKEE, WI 53207-2604

LINDA A MARVELLE
20 INDIAN AVE APT 21
PORTSMOUTH, RI 02871-5122

LINDA A PETERS
3802 S 77TH ST
MILWAUKEE, WI 53220-1602

LINDA A RICH
29221 LIDO BAY DR
SUN CITY, CA 92585-5621

LINDA A SEALES
PO BOX 232
LA CONNER, WA 98257-0232

LINDA AKARMAN
1132 CENTER ST
WHITE OAK, PA 15131-2902

LINDA ALCORN
1812 VALLEY DR
RICHMOND, IN 47374-1534

LINDA ALLEN
29 COWDIN ST
BELMONT, MA 02478-4236

LINDA ALLEN
14361 HUNT CLUB LN
SPRING HILL, FL 34609-0318

LINDA ALLISON
998 ROAD P
HUGOTON, KS 67951-5200

LINDA ANDERSON
400 N LINCOLN ST
WHITE PIGEON, MI 49099-9729

LINDA ANDERSON
408 ASHWOOD CT
BOONE, IA 50036-7194

LINDA ANDERSON
120 S SHORE DR
FAIR PLAY, SC 29643-2348

LINDA ANDREWS
212 E SOUTH ST
CENTERVILLE, IN 47330-1442

LINDA ANN BARNES
2335 SEGWUN AVE SE
LOWELL, MI 49331-9510

LINDA ANN KILGORE
1804 LOG RIDGE TRL
TALLAHASSEE, FL 32312-3760

LINDA ANN RHODES
4878 66TH AVE
HYATTSVILLE, MD 20784-1419

LINDA ASHLEY
6285 MANDALAY DR
PARMA HEIGHTS, OH 44130-2919

LINDA BASIL
215 LEISURE LN
MONTGOMERY, TX 77356-4714

LINDA BOTHWELL
216 E WHITE ST
PILOT POINT, TX 76258-4248

LINDA BURBRIDGE
PO BOX 252
CENTERVILLE, IN 47330-0252

LINDA BAUGHER
1366 E 21ST ST
IDAHO FALLS, ID 83404-6281

LINDA BOWKER
403 WOOD ST
BURLINGTON, NJ 08016-4505

LINDA BURGOR
17803 FAIRFAX LN
ROMULUS, MI 48174-9562

LINDA BEATTY
345 SHORT BARK RD
MADISONVILLE, TN 37354-4051

LINDA BOWMAN
2129 GREENPINE DR
CINCINNATI, OH 45231-2100

LINDA BURROWS
1116 CEDAR CREEK DR APT 6
MODESTO, CA 95355-5215

LINDA BEITELSPACHER
11508 K42
LE MARS, IA 51031-8870

LINDA BROCK
3644 E HANTHORN RD
LIMA, OH 45804-4266

LINDA BUTLER
4300 WISTERIA LANDING CIR UN
LOUISVILLE, KY 40218-4798

LINDA BENO
3614 POND WAY
WHITE OAK, PA 15131-2535

LINDA BROWN
9 SPOTTSWOOD DR
MILTON, PA 17847-9664

LINDA C EDELSTEIN
1439 DAPPLEGREY LN
AUSTIN, TX 78727-4613

LINDA BERRY
908 13TH STREET CIR SW
ALTOONA, IA 50009-2417

LINDA BROWN
406 N 19TH ST
LAMESA, TX 79331-2510

LINDA C STEELE
PO BOX 785
CLOVERDALE, IN 46120-0785

LINDA BIDDLE
5557 SE MAPLE DR
CARLISLE, IA 50047-9531

LINDA BROWNLEE
9 WINDING CREEK TRL
GARLAND, TX 75043-1481

LINDA C WITTEMBERG
7259 UPLAND ST
PITTSBURGH, PA 15208-1231

LINDA BLACK
22041 LOPEZ ST
WOODLAND HILL, CA 91364-1610

LINDA BRYANT
3618 DELARUA PL
VALRICO, FL 33596-8456

LINDA CALVASINA
136 BALCONES BND
BOERNE, TX 78006-8595

LINDA BOOTH
3712 HAZELTON ETNA RD SW
PATASKALA, OH 43062-9197

LINDA BUCKLEY
143 HUGHES AVE
SELLERSVILLE, PA 18960-2702

LINDA CARIS
2205 8TH STREET DR
WATSONTOWN, PA 17777-8004

LINDA CARLSTEN
638 PALISADES DR
MOUNT PLEASAN, SC 29464-8122

LINDA CARNEY
735 HAPPY HOLLOW CT
GREENWOOD, IN 46142-8309

LINDA CARVER
1208 ROOSEVELT AVE
CARTERET, NJ 07008-1513

LINDA CAVALIER
4 FLOWER HILL CT
HUNTINGTON, NY 11743-2336

LINDA CHOATE
37776 WALNUT ST
ROMULUS, MI 48174-4715

LINDA CHRISTINE SHERR
PO BOX 2899
GULF SHORES, AL 36547-2899

LINDA CHUBB
1540 TALL TREE DR
TRENTON, MI 48183-1860

LINDA CLARK
13485 LINDSLEY RD
SALINE, MI 48176-9303

LINDA COBB
111 CEDAR DR N
GREENWOOD, SC 29649-1307

LINDA COGSHALL
769 SHEEP PEN RD LOT 3
UNADILLA, NY 13849-2178

LINDA COMER
16100 INDUSTRIAL PARK RD
BRISTOL, VA 24202-3722

LINDA CONROY
26 W EDGEWOOD AVE
LINWOOD, NJ 08221-1702

LINDA COPPOCK
3473 AULT VIEW AVE
CINCINNATI, OH 45208-2518

LINDA CORNELIUS
205 RICHARDS WAY
EXTON, PA 19341-3126

LINDA COUNTS
6107 COTTLE CT
STATESBORO, GA 30461-4928

LINDA CRUZ
20950 WAHRMAN RD
NEW BOSTON, MI 48164-9426

LINDA D CRISER
14009 E PEPPERTREE ST
WICHITA, KS 67228-8719

LINDA D GATTON
806 VIRGINIA CT
HUTCHINSON, KS 67502-2058

LINDA D MARFFIE
30 ORCHARD RD
FLORHAM PARK, NJ 07932-2514

LINDA D ROCKHOLD
512 W REBECCA AVE
IOWA PARK, TX 76367-1232

LINDA D SCALES
5004 QUAIL HOLLOW DR
RALEIGH, NC 27609-5483

LINDA DARLENE MARKUM
10233 S 175TH DR
GOODYEAR, AZ 85338-5507

LINDA DAVIS
6607 BRODIE LN APT 1116
AUSTIN, TX 78745-4654

LINDA DELEONARDIS
300 CAROLINE HILL RD
LEXINGTON, SC 29072-7177

LINDA DENMARK
8831 CUYAMACA ST
CORONA, CA 92883-2111

LINDA DERRICK
3339 ELK LN
GRANTS PASS, OR 97527-9191

LINDA DINKINS
300 NEUMANN DR
EAST PEORIA, IL 61611-3039

LINDA DONOHOE
4330 WILLIAMSBURG RD
DALLAS, TX 75220-1932

LINDA GALE FINKEL-TALVADKAR
4109 38TH ST NW
WASHINGTON, DC 20016-2217

LINDA HEATH
1801 PINEDALE ST
MEDFORD, OR 97504-5171

LINDA DOUGLAS
3650 47TH AVE S
MINNEAPOLIS, MN 55406-2941

LINDA GAUL
4238 SUBURBAN DR
WATERLOO, IA 50702-4951

LINDA HELMS
5425 COUNTY ROAD 22
CENTRE, AL 35960-8105

LINDA DREES
9345 SEIBT RD
BRADFORD, OH 45308-9605

LINDA GAYLE FRANKLIN
5938 OLD US HWY 70 W
BLACK MTN, NC 28711-8309

LINDA HERRMAN
906 NW C ST
RICHMOND, IN 47374-4068

LINDA DUBOIS
977 SWAN POND CIRCLE RD
HARRIMAN, TN 37748-5109

LINDA GLADFELDER
8416 FAIR HAVEN CT
FORT WORTH, TX 76179-3209

LINDA HOUSER
PO BOX 10538
COLLEGE STATI, TX 77842-0538

LINDA EBERT
145 N PARK DR
SPARTANBURG, SC 29302-2729

LINDA GOLTRY
183 EASTWOOD DR
NEWPORT NEWS, VA 23602-7320

LINDA HUBER
108 NORTHWOOD BLVD
GREENCASTLE, IN 46135-1330

LINDA EMERSON
20 SHEFFIELD PL
MASHPEE, MA 02649-2244

LINDA HARDIE
1511 SW PARK AVE APT 816
PORTLAND, OR 97201-7805

LINDA HUTCHINSON
3 BLOOMFIELD DR
EPHRATA, PA 17522-9168

LINDA EPLEY
4898 HIGHWAY 11
INTERNATIONAL, MN 56649-9002

LINDA HARNISH
121 E CHURCH ST
STEVENS, PA 17578-9529

LINDA HYATT
1601 WARD RD
ARDMORE, OK 73401-1212

LINDA FLECK
8933 STATE ROUTE 274
NEW BREMEN, OH 45869-9501

LINDA HARRIS
2221 ALAMEDA CT
ODESSA, TX 79763-2273

LINDA INNELLA
2 YALE RD
HEWITT, NJ 07421-2519

LINDA G GIROT
1124 RANCH RD
CONNERSVILLE, IN 47331-1012

LINDA HEARIN
8406 ARTESIA AVE
HELOTES, TX 78023-4709

LINDA IRMSCHER
10401 MOHAWK CT
FORT WAYNE, IN 46804-4928

LINDA J AMAN
243 LAKEWOOD LANDING DR
BUMPASS, VA 23024-4606

LINDA JEAN TRUSKEY
1030 OAK KNOLL DR
HARRISBURG, PA 17111-4673

LINDA K PARSONS
503 WAXWOOD DR
BRENTWOOD, TN 37027-5621

LINDA J BREWER
517 STONE LAKE CT
AUGUSTA, KS 67010-2399

LINDA JENKINS
84 S PACIFIC AVE
VENTURA, CA 93001-3455

LINDA KAROUB
2040 RIDGELINE AVE
VISTA, CA 92081-8810

LINDA J GERBERS
2865 E MUNCIE RD
COLUMBIA CITY, IN 46725-9319

LINDA JENSON
1320 CHESTNUT ST
GRAND FORKS, ND 58201-5635

LINDA KAY HAWTHORNE
PO BOX 189653
SACRAMENTO, CA 95818-9653

LINDA J KLAUSNER
12 RINGS TER
HAMPTON, NH 03842-2798

LINDA JONES
913 MISSION DR
RICE LAKE, WI 54868-1920

LINDA KAYE FRANCISCO
3417 E ARMY POST RD
DES MOINES, IA 50320-9611

LINDA J LEVIN
615 HEATH ST UNIT 205
CHESTNUT HILL, MA 02467-2146

LINDA JONES
26196 OLD RIVER RD
MONROE, OR 97456-9626

LINDA KEATING
5 LINCOLN ST
BALDWIN, NY 11510-4323

LINDA J PIERPOINT
9017 W 115TH TER
OVERLAND PARK, KS 66210-1744

LINDA JOY GOLDNER
530 S 2ND ST APT 746
PHILADELPHIA, PA 19147-2426

LINDA KEUTZER
2002 SHOOTING PARK RD
PERU, IL 61354-1667

LINDA J RANDALL
7032 S LEWIS CT
LITTLETON, CO 80127-2946

LINDA JOYCE CRAPO
25921 E OLYMPIC AVE
NEWMAN LAKE, WA 99025-9671

LINDA KILHEFNER
909 S SPRUCE ST
ELIZABETHTOWN, PA 17022-2759

LINDA JACOBSON
133 WINDSOR AVE
HADDONFIELD, NJ 08033-1418

LINDA JOYCE MCALLISTER
609 ROBINSON GAP RD
MONROE, VA 24574-3098

LINDA KING
38 PERRY AVE
MIDDLETOWN, RI 02842-5913

LINDA JEAN MONSEN
1833 KNOXVILLE AVE
LONG BEACH, CA 90815-3438

LINDA K OLSON-HELLERUD
120 11TH ST N
WISCONSIN RAP, WI 54494-4548

LINDA KING
19766 SW OAK ST
BEAVERTON, OR 97007-4325

LINDA KING JAMES
116 S 7TH ST
RICHMOND, IN 47374-5426

LINDA L CULVER
4326 STATE ST
OMAHA, NE 68112-1655

LINDA LAST
427 TEAKWOOD ST
MESQUITE, TX 75149-4761

LINDA KIRKNER
325 STUMP RD
DANVILLE, PA 17821-6840

LINDA L ELSBERRY
501 COUNTRY CLUB DR
CARMEL VALLEY, CA 93924-9542

LINDA LEASE
133 LAKEVIEW TRL
SUGARLOAF, PA 18249-1063

LINDA KIRSTEIN
3820 HULL AVE
DES MOINES, IA 50317-3950

LINDA L FERGIONE-BROWN
8836 GREENHAVEN DR
FORT WORTH, TX 76179-2912

LINDA LEE RESSLER
PO BOX 743
CLAYPOOL, AZ 85532-0743

LINDA KNAUSS
916 CAPITOL RD
NORRISTOWN, PA 19403-4002

LINDA L JONES
855 S FULTON AVE
FORT LUPTON, CO 80621-1250

LINDA LEMBKE
3615 BLUESTEM RD
NORWALK, IA 50211-9687

LINDA KOCH
1950 S OAKWOOD RD
OSHKOSH, WI 54904-8341

LINDA L LEARY
776 NEWTON ST
CHESTNUT HILL, MA 02467-2606

LINDA LEMING
545 SOUTHPOINT DR
LEXINGTON, KY 40515-5121

LINDA KOHN
PO BOX 142
WATERLOO, NE 68069-0142

LINDA L LEIGHTLEY
10301 MONROE CT
FAIRFAX, VA 22030-3229

LINDA LENT
15143 12TH AVE
WHITESTONE, NY 11357-1829

LINDA KULLA
22 MARLIN LN
PORT WASHINGT, NY 11050-1707

LINDA L SORELL
PO BOX 12
MANHATTAN, KS 66505-0012

LINDA LEONARD
13025 SE ORIENT DR UNIT 36
BORING, OR 97009-9557

LINDA L BIDEN
2216 N H ST
MIDLAND, TX 79705-7521

LINDA L WHITE
2105 S 90TH ST
OMAHA, NE 68124-2005

LINDA LEVINE
8142 GILMAN CT
LA JOLLA, CA 92037-2933

LINDA L CLARK
6804 TIMBERWOLF LN
DES MOINES, IA 50320-6502

LINDA LAGRON
321 N WASHINGTON ST
METAMORA, IL 61548-9456

LINDA LEWIS
7804 WERNER AVE
CINCINNATI, OH 45231-3129

LINDA LINCOLN
2537 RICHWOOD DR
RICHMOND, IN 47374-4660

LINDA LORENCHICK
4921 1ST ST
MCKEESPORT, PA 15132-6202

LINDA LOU COLLINS
5 CLIFTON DR
RICHMOND, IN 47374-1954

LINDA LOU GILLES
3494 SHAWNEE RD
LIMA, OH 45806-1455

LINDA LOU NELSON
100 SUNRISE DR
WEST MONROE, LA 71291-7339

LINDA LOUISE GIBSON
1888 WALNUT HILL PARK DR
COLUMBUS, OH 43232-3049

LINDA LOVE
507 JONES LN
HENDERSONVILL, TN 37075-8514

LINDA LUCACHICK
101 E 2ND AVE N
AURORA, MN 55705-1311

LINDA M CREWS
27450 W 3RD AVE
HILLIARD, FL 32046-7930

LINDA M DAVIS
5521 HILL GAIL RD
VIRGINIA BEAC, VA 23462-4039

LINDA M LIVENGOOD
4933 LABRADORE DR
ROANOKE, VA 24012-8537

LINDA M MARZANO
31 BEACH AVE
HULL, MA 02045-2701

LINDA M MCGHEE
4476 WINTERGREEN DR
TROY, MI 48098-4371

LINDA M SINGER
1400 CALIFORNIA AVE
WHITE OAK, PA 15131-1618

LINDA MACK
2539 THOMAS AVE S
MINNEAPOLIS, MN 55405-2345

LINDA MAGYAR
2206 ORIOLE ST
MCKEESPORT, PA 15132-1239

LINDA MALLORY
1456 AUDUBON DR
BROWNSBURG, IN 46112-8321

LINDA MANKUS
2483 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8943

LINDA MARCIS
39513 VILLAGE RUN DR
NORTHVILLE, MI 48168-3481

LINDA MARIE NEWTON
110 TIMKA DR
BALLWIN, MO 63011-3741

LINDA MARSH
2 CHRISSY CT
BEAR, DE 19701-1747

LINDA MATZKIN
99 FLORENCE ST # 30
CHESTNUT HILL, MA 02467-1935

LINDA MAURY
3044 HIGHWAY 224 N
KELLOGG, IA 50135-8732

LINDA MILLER
214 DIXIE AVE
KALAMAZOO, MI 49001-3635

LINDA MINNICK
12107 BEAVANS RD
FORT WAYNE, IN 46819-9735

LINDA MOYER
160 HASTINGS WAY SW
POPLAR GROVE, IL 61065-9088

LINDA MURPHY
100 SW 15TH ST
RICHMOND, IN 47374-5102

LINDA MYERS
272 KESTERSON RD
PARKERSBURG, WV 26101-7422

LINDA OTT
PO BOX 22
CHERRYVALE, KS 67335-0022

LINDA POPPELREITER
8160 LOCKLIN LN
COMMERCE TOWN, MI 48382-2227

LINDA NELSON
13748 SW TANOAK CT
PORTLAND, OR 97223-5668

LINDA PAAR
17618 KETTERING TRL
LAKEVILLE, MN 55044-9343

LINDA POWERS
4 WILSON CT
MANALAPAN, NJ 07726-2925

LINDA NELSON
7372 24TH ST SE
BUFFALO, MN 55313-5110

LINDA PACANOWSKI
1378 DIAMOND DR
HOFFMAN ESTAT, IL 60192-3825

LINDA PUGH
1714 MILTON AVE
LIMA, OH 45805-2284

LINDA NIZEL
6070 WILDCAT RUN
WEST PALM BEA, FL 33412-3005

LINDA PACE
262 S PASEO CERRO UNIT A
GREEN VALLEY, AZ 85614-0965

LINDA R FORD
3301 S GOLDFIELD RD LOT 5068
APACHE JUNCTI, AZ 85119-4533

LINDA OAKES
1738 LOCERBIE DR
MURFREESBORO, TN 37128-5028

LINDA PARRINELLO
15 ANNA ST
DENVILLE, NJ 07834-1301

LINDA R KRAUSE
630 12TH ST
BARABOO, WI 53913-1513

LINDA OATLEY
253 MAPLE RUN
MASON, MI 48854-2527

LINDA PAUST
3411 DOROTHY LN
RICHMOND, IN 47374-6747

LINDA R PATTON
1568 CRAYTON AVE
LIMA, OH 45805-3722

LINDA OHMAN
13949 HIGHWAY 149
MURPHYSBORO, IL 62966-4829

LINDA PELTZER
2056 N BULLINGER CT
WICHITA, KS 67203-2041

LINDA R SIMPSON
11707 UDALL RD
HIRAM, OH 44234-9704

LINDA OLSON
20043 103RD PL SE
KENT, WA 98031-1565

LINDA PERKINS
1008 WHITE BLUFF DR
WHITNEY, TX 76692-2020

LINDA RAMIAN
1029 S DUNTON AVE
ARLINGTON HEI, IL 60005-3152

LINDA ORSBORN
3859 SW N ST
RICHMOND, IN 47374-4835

LINDA PIKE
5247 HUNTER RD
GREENVILLE, OH 45331-9334

LINDA RAWLINGS
2607 WOLFLIN AVE PMB 227
AMARILLO, TX 79109-1825

LINDA RHODES
1624 PHEASANT RUN
RICHMOND, IN 47374-7906

LINDA SCHULTZ
1215 E COMMERCIAL ST
ALGONA, IA 50511-1902

LINDA SMITH
7204 E GRAND RIVER AVE LOT 1
PORTLAND, MI 48875-8773

LINDA RICHARDS
1119 MONONGAHELA BLVD
WHITE OAK, PA 15131-1523

LINDA SCOTT
1250 MEDLEY DR
SAN JOSE, CA 95121-2539

LINDA SMITH
820 PEREGRINE DR
NORTH HUNTING, PA 15642-6326

LINDA ROATH
PO BOX 594
WILLIAMS, AZ 86046-0594

LINDA SEAMENS
834 CANTON HOLLOW RD LOT 30
KNOXVILLE, TN 37934-4111

LINDA SNYDER
329 E HIGH ST
LONDON, OH 43140-9726

LINDA ROLLINS
1702 SE ANECI ST
PORT SAINT LU, FL 34983-4502

LINDA SHEEHAN
62 EDUCATION LN
PORTSMOUTH, RI 02871-2706

LINDA SOLANO
865 BROADWAY AVE APT 198A
HOLBROOK, NY 11741-4945

LINDA S MINNICK
306 NEW HERITAGE DR
COOKEVILLE, TN 38506-3002

LINDA SIMPSON
9715 GRAND AVE
OMAHA, NE 68134-2622

LINDA SPECHT
PO BOX 1239
FLORENCE, OR 97439-0060

LINDA S SCHARFF
765 CARAMBOLA DR
MERRITT ISLAN, FL 32952-4001

LINDA SKINNER
5 PIONEER ST
ALDEN, KS 67512-9330

LINDA STAUFFER
201 4TH AVE S
HUMBOLDT, IA 50548-2134

LINDA SACKETT
1319 AVALON DR
SPRINGVILLE, UT 84663-6505

LINDA SLANINA
4550 S RIVER RD E
GENEVA, OH 44041-9637

LINDA STEVENS
512 ASHFORTH WAY
CHESAPEAKE, VA 23322-8888

LINDA SANCHEZ
2201 CANAL ST
VIOLET, LA 70092-3308

LINDA SMALL
9 SULLIVAN DR
RANDOLPH, MA 02368-2532

LINDA STOKES
700 FARWOOD CIR
HADDONFIELD, NJ 08033-1068

LINDA SAVARD
362 WALDON RD
ORION, MI 48359-1356

LINDA SMITH
760 JEPSON LN
MIDDLETOWN, RI 02842-4670

LINDA STONE
8384 GRAND MESSINA CIR
BOYNTON BEACH, FL 33472-7103

LINDA SUE BELLAMY
1500 NW 180TH TER
MIAMI GARDENS, FL 33169-4138

LINDA THOMLEY
20980 LIBERTY ST
NEW CANEY, TX 77357-4568

LINDA WARD
1001 PINE ISLAND SHRS
SUMMERTON, SC 29148-8572

LINDA SUE CAMPBELL
13252 CUMING ST
OMAHA, NE 68154-5279

LINDA TILANDER
1516 MAIN AVE
INTERNATIONAL, MN 56649-3322

LINDA WARD
5174 WALSH WAY
SAN DIEGO, CA 92115-1147

LINDA SULAM
1506 THURBER ST
HERNDON, VA 20170-2565

LINDA TUCKER
PO BOX 4
OLD HICKORY, TN 37138-0004

LINDA WERTMAN
1185 MEXICO RD
MILTON, PA 17847-7844

LINDA SUSAN SMITH
681 STATE ROUTE 1241
MAYFIELD, KY 42066-9153

LINDA VANCE
9035 E CAMINO DEL SANTO
SCOTTSDALE, AZ 85260-7637

LINDA WESTBROOK
4709 MARSH RD
KINGSLEY, MI 49649-9614

LINDA SUSMAN
1767 PARK AVE
MERRICK, NY 11566-2835

LINDA VAUGHN
645 CONCORD CADES RD
TRENTON, TN 38382-9293

LINDA WHITWELL
43 TJ SCOTT RD
MILAN, TN 38358-5330

LINDA SVOBODA
9633 CALLAWAY CT
DENTON, TX 76207-5603

LINDA VON PEIN
4591 S C ST
RICHMOND, IN 47374-6027

LINDA WICKRE-MAYER
19839 IVEY RD
CHELSEA, MI 48118-9479

LINDA SWARTZ
18124 AKINS DR
SPRING HILL, FL 34610-1047

LINDA W CLEMONS
9663 HILLSIDE TRL
SAN ANTONIO, TX 78250-1732

LINDA WILLETT
9780 N US HIGHWAY 27
FOUNTAIN CITY, IN 47341-9450

LINDA TERRELL
7700 VARANN RD
RICHMOND, VA 23231-7324

LINDA WALLS
455 POMPE WAY
RENO, NV 89506-9487

LINDA WILLIAMS
2149 NE 43RD ST
OCALA, FL 34479-2586

LINDA THOMAS
1336 GOLFSIDE DR
WINTER PARK, FL 32792-5134

LINDA WALTERS
1014 FOREST HILL LN
LEAVENWORTH, KS 66048-9245

LINDA WILLIAMSON
2013 LAKEVIEW DR
GREENCASTLE, IN 46135-9419

LINDA WILSON
2133 N WINTHROP AVE
PEORIA, IL 61604-3001

LINDALOU HAUERSPERGER
605 EDEN PARK DR
RANTOUL, IL 61866-1509

LINTON A FLEURY
218 ORCHARD RD
RIVER RIDGE, LA 70123-2651

LINDA WINTERS
7517 ALABA AVE
YUCCA VALLEY, CA 92284-6129

LINDSAY BERGE
914 PARKWATCH DR
BALLWIN, MO 63011-3640

LINWOOD [LENNY] AYOTTE
1121 COPPET ST
FAIRBANKS, AK 99709-4722

LINDA WIRTH
1 GRIER LN
BELLA VISTA, AR 72715-4939

LINDSAY J GEIST
126 LAFAYETTE CT
TRAPPE, PA 19426-2232

LINWOOD W MAHONEY
414 VAL LN
MILLVILLE, NJ 08332-4774

LINDA WRIGHT
151 S PERRY ST
HAGERSTOWN, IN 47346-1523

LINDSAY WILLIAMS
643 HANCOCK CT
FERNDALE, MI 48220-2415

LINZIE STALEY
427 BARNWELL ST
COLUMBIA, SC 29205-3005

LINDA Y MC GRATH
2580 NW 99TH AVE
CORAL SPRINGS, FL 33065-6209

LINDSEY JACKSON
22 BROOKSHIRE DR
RICHMOND HILL, GA 31324-7327

LIONEL FENDELL
11554 BRIARWOOD CIR APT 4
BOYNTON BEACH, FL 33437-1952

LINDA YAGEL
27504 273RD ST
HINTON, IA 51024-8906

LINDY S WILSON
16447 GRAYVILLE DR
LA MIRADA, CA 90638-2719

LISA A BOLANDER
1709 BLUEGATE CT
FORT COLLINS, CO 80526-3333

LINDA YONCE
1109 PRICE CIR
WEST COLUMBIA, SC 29169-4013

LINETTE M MACFADYEN
621 FOREST DR
FENTON, MI 48430-1811

LISA A HAEFNER
573 FRIENDSHIP AVE
LANCASTER, PA 17601-4493

LINDA ZIEGLER
834 SE SPIRES RD
EL DORADO, KS 67042-8623

LINN MARTIN
883 GAIL PL
LANCASTER, PA 17601-5813

LISA A NYLEN
34 BROWNVILLE AVE
IPSWICH, MA 01938-2033

LINDA ZIMMERMAN
44 VALLEYBROOK DR
LANCASTER, PA 17601-4617

LINNEA NELSON
5581 W COUNTY ROAD 8E
BERTHOUD, CO 80513-9614

LISA A ROSEN
1020 MARVISTA AVE
SEAL BEACH, CA 90740-5842

LISA B KATZMAN
533 HARBOR LAKE CT
MARIETTA, GA 30066-6140

LISA BOSTAPH
4550 N BLUEGRASS AVE
BOISE, ID 83703-3106

LISA FREELAND
105A KELLY CV
MOUNT LAUREL, NJ 08054-2735

LISA JO HAYES
2908 MELBOURNE TER
MOUNT JULIET, TN 37122-7541

LISA JOY TURNER
6469 N RANGE LINE RD
GLENDALE, WI 53209-3203

LISA KLEIN
1905 ERIK RD
CEDAR FALLS, IA 50613-7945

LISA LANDO
210 CONCORD ST
EAST WILLISTO, NY 11596-1908

LISA LEIGHTON
651 PERALTA AVE # B
SAN FRANCISCO, CA 94110-5744

LISA M DAVIS
5910 ALMADEN DR
NAPLES, FL 34119-4627

LISA M JEFFERSON
3795 GREENSBURG PIKE
PITTSBURGH, PA 15221-3983

LISA M LYONS CPCU
335 THORLEY RD
NEW CUMBERLAN, PA 17070-3133

LISA M NELSON
117 BENT CREEK CT
PALATINE, IL 60067-9022

LISA M PATALUNA
273 W WOODLAKE CIR
MOUNT WASHING, KY 40047-6183

LISA M ROSETTY
41578 N VARGAS DR
QUEEN CREEK, AZ 85140-4253

LISA MANDRELL
8813 MALLOW DR
KNOXVILLE, TN 37922-6029

LISA MARCOTT
1316 PROSPECT AVE
WAUSAU, WI 54403-6663

LISA MARIE FARGO
3381 S 42ND ST
CUMMING, IA 50061-7811

LISA POET
554 W MAIN ST
MANCHESTER, MI 48158-8654

LISA RICHARD
808 COVERED WAGON DR
CHEYENNE, WY 82007-1672

LISA SCHENONE
325 GROSVENOR ST
DOUGLASTON, NY 11363-1010

LISA SIEBEL
1231 BALLENTRACE BLVD
LEBANON, TN 37087-5732

LISA SKAGGS
18075 33RD AVE
CLEARWATER, MN 55320-1412

LISA SNELLING
PO BOX 700
ELM MOTT, TX 76640-0700

LISA T KASPERSKI RN
14991 CHICKENBRISTLE RD
FARMERSVILLE, OH 45325-9298

LISA WILTS
3051 BRANCH RD SW
ALEXANDRIA, MN 56308-6417

LISBETH K [LIZ] SCHLESINGER
437 MCKINLEY AVE
LIBERTYVILLE, IL 60048-2734

LISSA MCMEEKEN
5703 S NEW HOPE RD
BELMONT, NC 28012-8773

LITA BOUDAKIAN
72 WATERWORKS DR
EAST ROCHESTE, NY 14445-1936

LLOYD ADAMS
1201 MOUND RD # B
MIAMISBURG, OH 45342-3211

LLOYD FREI
912 FAIRCHILD ST
IOWA CITY, IA 52245-3022

LITA M [LEE] PELKO
1775 STEVENS ST
EAST PETERSBU, PA 17520-1143

LLOYD C FINKBEINER
5573 AUSTIN RD
SALINE, MI 48176-9604

LLOYD FUNK
2528 N RENWOOD AVE
PEORIA, IL 61604-2238

LITA SAUL
113 BETHPOLAMY CT
DAYTON, OH 45415-2512

LLOYD C PETERSEN
112 RANCH AVE
MARSHALL, MN 56258-1102

LLOYD GERHART
1390 SPRING HILL RD
CAMDEN, SC 29020-9775

LIVIA MORROW
1311 N COUNTY ROAD 1050 E
TUSCOLA, IL 61953-7824

LLOYD CHEZICK
35 REDBIRD TRL
ROCKPORT, TX 78382-7912

LLOYD GEYER JR
466 TURKEY CRK
ALACHUA, FL 32615-9303

LIZ BEAVER
6502 E SHEPHERD HLS
TUCSON, AZ 85710-1127

LLOYD CLIFTON THOMAS
830 MURRAH RD
NORTH AUGUSTA, SC 29860-8996

LLOYD GREENWELL
3553 SE BLUESTEM RD
EL DORADO, KS 67042-8719

LIZA LEE COLLINS
30370 N OAK GROVE AVE
LIBERTYVILLE, IL 60048-1415

LLOYD COOPER
3991 S COUNTY ROAD 150 W
GREENCASTLE, IN 46135-8671

LLOYD H LUNDBERG
6112 HILLCREST RD
DOWNERS GROVE, IL 60516-1735

LIZZIE P JENKINS
17904 SW 183RD AVE
ARCHER, FL 32618-5084

LLOYD D MILLER
7590 PRATT LAKE AVE SE
ALTO, MI 49302-9609

LLOYD H OLDS
PO BOX 2452
HARBOR, OR 97415-0316

LLARILYN E BUCKINGHAM
1420 W LAKE RD
BRANCHPORT, NY 14418-9683

LLOYD DUNCAN
1001 GOODWIN LN
WEST CHESTER, PA 19382-7323

LLOYD J FRANKLIN
29 SOLJER DR
WATERFORD, CT 06385-4313

LLOYD A LOONEY
3935 HAMILTON VIEW WAY
DACULA, GA 30019-3046

LLOYD E NISSLEY
6373 CAMINITO LUISITO
SAN DIEGO, CA 92111-7216

LLOYD JOHNSON
245 VILLAGE GREEN DR
PORT JEFF STA, NY 11776-4534

LLOYD LEON GREEN
11239 LAKELAND CIR
FORT MYERS, FL 33913-6924

LLOYD W MEYER
1307 W MULBERRY LN
ARLINGTON HEI, IL 60005-1159

LOIS A SEIWERT
650 N 311TH ST W
GARDEN PLAIN, KS 67050-9204

LLOYD N STEINER JR
6120 N 95TH ST
MILWAUKEE, WI 53225-1603

LLOYD WEBER
206 CALDWELL PL
OSKALOOSA, IA 52577-1750

LOIS ALLAIRE
1691 S COUNTY LINE RD
ONAWAY, MI 49765-9687

LLOYD PATE [BUCK] REGAN
128 MARION AVE
CLYO, GA 31303-3241

LOA MOLTRUM
6440 YOUNGMONT AVE
LAS VEGAS, NV 89103-3254

LOIS ANN MANASTERSKI
N2030 COUNTY ROAD K
WAUPACA, WI 54981-8353

LLOYD R (MIKE) MULL
250 PARKVIEW HEIGHTS RD APT
EPHRATA, PA 17522-9493

LOANNE BATES
611 W MAIN ST APT 43
LEAD, SD 57754-1574

LOIS ANN SCHNYDER
173 SATELLITE DR
MILTON, PA 17847-2106

LLOYD ROSENBERGER
10762 MIDWAY RD
CLARKSVILLE, MI 48815-9759

LOCKE DAVOLI
7374 MILAN AVE
SAINT LOUIS, MO 63130-1400

LOIS ANNE WOLFE
3703 JEFFERSON ST
HYATTSVILLE, MD 20782-3835

LLOYD SIMMONS
23241 KENSINGTON ST
TAYLOR, MI 48180-3579

LOCKPORT TOWNSHIP HIGH SCHOOL
c/o STEVE CARDAMONE
1333 E SEVENTH ST
LOCKPORT, IL 60441

LOIS ARNOLD
706 BLAKE DR
FORT WAYNE, IN 46804-1010

LLOYD SKIME JR
W7846 PARK ST
ONALASKA, WI 54650-9727

LODEMA HALE
2723 WASHINGTON AVE
SAINT ALBANS, WV 25177-2147

LOIS ASHLEY
RR 72 BOX 2061
ALTON, MO 65606-9600

LLOYD SPOONHOLTZ
7285 SELLS RD
EAU CLAIRE, MI 49111-9624

LOIS [JERI] LEACH
2002 BOARDWALK PLACE DR APT
O FALLON, MO 63368-3905

LOIS BAKER
PO BOX 225
MARTENSDALE, IA 50160-0225

LLOYD TRAUT
1315 SOUTHBRIDGE AVE N
SARTELL, MN 56377-4642

LOIS [LOU] WHEELAND
1673 S TRENTON ST
DENVER, CO 80231-2608

LOIS BATHKE
7831 DEER LN
WISCONSIN RAP, WI 54494-9119

LOIS BLAKE
8512 FOWLER AVE
OMAHA, NE 68134-3153

LOIS BYRUM
1310 W 113TH ST S
JENKS, OK 74037-2161

LOIS E OLSON
1496 AKRON DR
NEKOOSA, WI 54457-8121

LOIS BOCKENKAMP
46 VILLAGE VIEW PL
CHESTERFIELD, MO 63017-1970

LOIS CAROL SCHLAR
823 COLONIA RD
ELIZABETH, NJ 07208-1202

LOIS EATON
3364 S 114TH ST
OMAHA, NE 68144-4654

LOIS BOELSTLER
284 ELDERFIELDS RD
MANHASSET, NY 11030-1626

LOIS CLARK
690 S COUNTY ROAD 125 W
GREENCASTLE, IN 46135-7864

LOIS EDDLEMAN
234 GARVER LN
LOS ALAMOS, NM 87544-3513

LOIS BOSWELL
84 RIDGELAND RD
GREENCASTLE, IN 46135-7680

LOIS DAMMEYER
1515 SPRINGFIELD AVE
WAPAKONETA, OH 45895-7415

LOIS EPSTEIN
19 NOCHE VISTA LN
TIBURON, CA 94920-1107

LOIS BOYER
10611 CRIMSON LN
NEW PORT RICH, FL 34655-2257

LOIS DAU
15 E COLLEGE ST
ALGONA, IA 50511-3302

LOIS F GREGOIRE
3105 WILLOWRIDGE RD UNIT B
MARION, IA 52302-1797

LOIS BREKKE
502 SHOREWOOD DR
INTERNATIONAL, MN 56649-2100

LOIS DEITZ
4241 BOND AVE
HOLT, MI 48842-1417

LOIS F LAMA
3770 13TH AVE SW
NAPLES, FL 34117-5328

LOIS BRITTON
3500 W ELM ST APT 215
LIMA, OH 45807-2298

LOIS DIAMOND
1160 EMILYS WALK LN W
JACKSONVILLE, FL 32221-4313

LOIS FENNER
1115 SW 53RD ST
CORVALLIS, OR 97333-2634

LOIS BRODEN
1902 TARA ST
CORPUS CHRIST, TX 78412-4816

LOIS DOYLE
N2639 KELLEEN DR
WAUPACA, WI 54981-8316

LOIS FERGUSON
2101 S GARFIELD AVE APT 430
LOVELAND, CO 80537-7378

LOIS BROWN
12274 GREEN MEADOW DR APT E
COLUMBIA, MD 21044-2841

LOIS E KONING
6016 SALEM LN
PORTAGE, MI 49002-2911

LOIS FISHER
2204 HIGHWAY 367 N
NEWPORT, AR 72112-2328

LOIS FORSCHLER
5228 COURTYARD DR
GONZALES, LA 70737-8576

LOIS GOODPASTURE
218 PAINTED ROCK DR
KERRVILLE, TX 78028-9465

LOIS J ANDERSON
10285 MAJESTIC DR
LARGO, FL 33774-5031

LOIS FOSTER
1 N BREAKERS ROW APT 221
PALM BEACH, FL 33480-4013

LOIS GRIFFITH
31222 FLOWERIDGE DR
RANCHO PALOS, CA 90275-6238

LOIS J FLETCHER
16 OCEAN CREST DR
ORMOND BEACH, FL 32176-3116

LOIS FRILOUX
117 RED BARN DR
CARENCRO, LA 70520-5916

LOIS GROSS
1 W FRANKLIN ST APT 204
TROY, OH 45373-3266

LOIS J LANGE
113 COUNTRY CLUB RD
DEVILS LAKE, ND 58301-8980

LOIS FUSS
13761 68TH ST SE
ALTO, MI 49302-9504

LOIS HANNA
2662 GINGERTREE DR
ASHTABULA, OH 44004-4802

LOIS J NEWBAUER
3876 HUMBERT RD
JOHNS ISLAND, SC 29455-3602

LOIS G HURLEY
840 GUFFY HOLLOW RD
SEVIERVILLE, TN 37876-1767

LOIS HAPPEL
124 RIVER WALK TRL
NEW MARKET, AL 35761-7672

LOIS J ROBERTS
2701 CREEK RD
HAINESPORT, NJ 08036-2707

LOIS GALLAWAY
2605 10TH AVE
LEAVENWORTH, KS 66048-4272

LOIS HENDRICKS
25771 JUNIPER AVE
NEW PRAGUE, MN 56071-8897

LOIS J WALTON
1305 VALLEY BROOK AVE
SACRAMENTO, CA 95831-4052

LOIS GAST
122 RAINBOW DR # 2280
LIVINGSTON, TX 77399-1022

LOIS HEROUX
8015 CASUARINA DR
PORT RICHEY, FL 34668-3006

LOIS JEAN BRINK
PO BOX 221
PATOKA, IN 47666-0221

LOIS GIBSON
6042 INDIANA AVE
KANSAS CITY, MO 64130-4455

LOIS HOLLCROFT
712 BLUEBONNET DR
ALLEN, TX 75002-4435

LOIS JENKINS
8827 28TH AVE SW
SEATTLE, WA 98126-3705

LOIS GILLIOM
8731 E 600 N
CHURUBUSCO, IN 46723-9328

LOIS HOLM
3097 COUNTY ROAD 20
INTERNATIONAL, MN 56649-8704

LOIS JOHNS
3260 OLD FREDERICKTOWN RD
FARMINGTON, MO 63640-7521

LOIS KECK
89157 547 AVE
CROFTON, NE 68730-4052

LOIS LUMSDEN
1543 WALNUT DR
CHEYENNE, WY 82001-5529

LOIS MEEHAN
68 WAYNE AVE
RIVER EDGE, NJ 07661-1810

LOIS KING
315 W 20TH ST
SEDALIA, MO 65301-7319

LOIS M CASSIDY
830 AUDUBON WAY APT 114
LINCOLNSHIRE, IL 60069-3843

LOIS MEISENBACH
5233 HARBOR RD
LOWER LAKE, CA 95457-9776

LOIS KRAMER
4631 26TH ST E
TUSCALOOSA, AL 35404-5176

LOIS M KAISER
445 E DUPONT RD APT 43
FORT WAYNE, IN 46825-2098

LOIS MOODY
3443 ESPLANADE AVE APT 611
NEW ORLEANS, LA 70119-2969

LOIS KREKOW
270 520TH ST
MARCUS, IA 51035-7099

LOIS MARBACH
6464 229TH ST
OAKLAND GDNS, NY 11364-2712

LOIS MORT
1209 GERRADS CROSS
WEBSTER, NY 14580-9151

LOIS L PRAEFKE
7183 N NAVAJO AVE
GLENDALE, WI 53217-3867

LOIS MARIE BEST
8007 ZELMA FIELDS AVE
LOUISVILLE, KY 40228-2226

LOIS NIEMAN
13538 E 50TH ST
YUMA, AZ 85367-8508

LOIS LAZICH
1341 BALBOA AVE
BURLINGAME, CA 94010-4705

LOIS MARIE WHITE
2202 AMELIA AVE
SHREVEPORT, LA 71108-5610

LOIS NORMAN
2724 W RESERVOIR BLVD
PEORIA, IL 61615-4137

LOIS LEEK
976 TOWN MOUNTAIN RD
HAYESVILLE, NC 28904-9354

LOIS MATSCHNIG
2323 PLYMOUTH ST
OSHKOSH, WI 54901-1728

LOIS OTTILIE PERRINE
4724 W JEFFERSON BLVD
FORT WAYNE, IN 46804-6828

LOIS LEROY
N14725 17TH AVE N
NECEDAH, WI 54646-7140

LOIS MC LEAN
4220 15TH PL S
WISCONSIN RAP, WI 54494-6795

LOIS PAULA ANDERS
53057 CARNATION RD
DELTA, CO 81416-8423

LOIS LEVEQUE
4650 HILLCREST DR
MIDDLETON, WI 53562-4143

LOIS MCLEAN
1506 COUNTRY LN
EWING, NJ 08628-3323

LOIS POWELL
PO BOX 1012
ALTAVILLE, CA 95221-1012

LOIS PRAECHTER
7800 ELIZABETH ST
CINCINNATI, OH 45231-3516

LOIS SHOCKLEY-WOOTTEN
5030 SPENCER RD
SNOW HILL, MD 21863-3676

LOIS VANDEWARKER
1187 W 1460 N
CLINTON, UT 84015-6681

LOIS PYE
1310 JACKSON AVE
RIVER FOREST, IL 60305-1110

LOIS SHRANATAN
13678 LORETTA CT
IRWIN, PA 15642-1731

LOIS VERDERBER
3821 MULBERRY POINT CT
DUMFRIES, VA 22025-1843

LOIS R RICHARDSON
2105 BLOOMING HILLS DR APT 3
PRESCOTT, AZ 86301-6548

LOIS STAATS
3230 N CARLOCK ST
WICHITA, KS 67204-4152

LOIS VERVOORT
4211 RIDGEVIEW LN
WISCONSIN RAP, WI 54494-6748

LOIS ROBINS
6017 SHADY OAK LN
BETHESDA, MD 20817-6025

LOIS STARR
PO BOX 327
TOWANDA, KS 67144-0327

LOIS WALKER
1714 13TH ST
BEDFORD, IN 47421-3116

LOIS ROHRER
138 HUNTINGWOOD DR
LANCASTER, PA 17602-1391

LOIS STAUFFER
1747 PEACHTREE CIR
WHITEHALL, PA 18052-4305

LOIS WARNOCK
16434 DORCHESTER PL
LOCKPORT, IL 60441-6013

LOIS SACKETT
18412 EMILE CIR
ELKHORN, NE 68022-5669

LOIS STUBER
1512 3RD ST
FORT WAYNE, IN 46808-2670

LOIS WILBUR
901 SW 15TH ST
RICHMOND, IN 47374-5181

LOIS SANDERSON
775 N COPUS RD
LIMA, OH 45807-1968

LOIS SULLIVAN
278 SEYMOUR ST
AUBURN, NY 13021-2445

LOIS WILSON
1465 NW 5TH CT
GRESHAM, OR 97030-5307

LOIS SCHROCK
PO BOX 183
PARADISE, PA 17562-0183

LOIS TREMBOT
14134 BAYWOOD VILLAGES DR
CHESTERFIELD, MO 63017-3421

LOIS WRIGHT
6906 N 63RD ST
OMAHA, NE 68152-2239

LOIS SHER
578 SARAH LN APT 404
SAINT LOUIS, MO 63141-6975

LOIS TUTTLE
6752 PARKVIEW DR
CINCINNATI, OH 45224-1730

LOLA BROWN
2243 300TH ST
MONTROSE, IA 52639-9503

LOLA FISHER
PO BOX 3390
IDYLLWILD, CA 92549-3390

LOLA SZYMANSKI
720 N GUYER ST
HOBART, IN 46342-2047

LONNIE LEE BONE
111 ACACIA DR APT 108
INDIAN HEAD P, IL 60525-4403

LOLA GRIMES
458 N CENTRAL VALLEY DR
CENTRAL POINT, OR 97502-1571

LOLITA ANN JENKINS
802 TAZEWELL ST
PORTSMOUTH, VA 23701-3228

LONNIE REIMAN
1095 RANGER RD
WISCONSIN RAP, WI 54494-9118

LOLA HILL
8603 20TH AVE
NORWALK, IA 50211-9323

LOLITA EVETTE BRECKENRIDGE
426 N ARMISTEAD ST APT 102
ALEXANDRIA, VA 22312-3413

LONNIE RITCHIE
4975 BLANTON RD
EUGENE, OR 97405-4906

LOLA HOTARD
2292 MARINER BEACH DR
OAK HARBOR, WA 98277-8600

LOLITA MOONE
3571 COUNTY ROAD 24
INTERNATIONAL, MN 56649-8909

LONNIE SLOAN JR
1111 JAMAL LN E
PORTSMOUTH, VA 23701-3746

LOLA JACOBSON
9999 COLLINS AVE PH 1B
BAL HARBOUR, FL 33154-1848

LON D MAY
1029 4TH AVE
LEAVENWORTH, KS 66048-3203

LONNIE SPEIGHT
PO BOX 18307
SAN JOSE, CA 95158-8307

LOLA L LOVINS
28788 BEECHWOOD AVE
FLAT ROCK, MI 48134-9710

LON PARDUE
2308 SEABOARD AVE
MIDLAND, TX 79705-8514

LONNIE STE MARIE
PO BOX 56
CAMP MEEKER, CA 95419-0056

LOLA MONEYPENNY
10322 U S HIGHWAY 33 W
CAMDEN, WV 26338-8265

LONI WENDT
608 N MADISON ST
WAUPUN, WI 53963-1111

LONNIE WILKERSON
556 E PEARL ST
LA GRANGE, TX 78945-2049

LOLA POE
2930 S MAIN ST
SAPULPA, OK 74066-7101

LONNA CHESNEY
332 N LYON AVE SPC 45
HEMET, CA 92543-2565

LONNY SCHNEIDER
PO BOX 144
CASCADE, WI 53011-0144

LOLA STRUM
3910 E GLENEAGLE PL
CHANDLER, AZ 85249-9444

LONNIE KELLY
2494 NASSAU DR
COLUMBUS, OH 43232-7214

LONZETTA SMITH-ALLEN
7821 ROCKDALE RD
FORT WORTH, TX 76134-4637

LORA A METZ
3800 S A ST APT 214C
RICHMOND, IN 47374-6094

LOREN GREENFIELD
973 N ACADEMY ST
GALESBURG, IL 61401-2642

LORENE M MELVIN
2921 NW 186TH TER
MIAMI GARDENS, FL 33056-3130

LORA BELLE [LUTTY] HOUSTON
1214 REESE AVE
LIMA, OH 45804-2053

LOREN KOBER
2281 ADAMS ST
WEST BRANCH, IA 52358-8610

LORENZ J [LARRY] SCHIRATTI
1900 WAR EAGLE DR
NORTH LITTLE, AR 72116-4434

LORA REYNOLDS
1501 REDWOOD AVE
GRANTS PASS, OR 97527-6053

LOREN LESHER
1660 NE LAURELWOOD CIR
CANBY, OR 97013-2959

LORENZO FALLAW
340 GOLD NUGGET PT
PROSPERITY, SC 29127-9370

LORAINE JOHNSON
725 ROYAL AVE APT 42
MEDFORD, OR 97504-6451

LORENA A [ANN] MELL
167 MAPLEHURST BLVD
BATTLE CREEK, MI 49017-5239

LORENZO PETERSON
6700 SWINDON PL
MANASSAS, VA 20112-5569

LORAINE PARRY
103 LINDOWER LN
ASHLAND, OH 44805-4364

LORENA GRAHAM
2420 VOLUNTEER PKWY APT 1
BRISTOL, TN 37620-6820

LORETTA ANN SZCZEPINSKI
PO BOX 128
GREENHURST, NY 14742-0128

LORAINE PEARROW
41 LYNN CV
MARION, AR 72364-2513

LORENA RITTER
234 ROCKBOWL SPGS
KUTTAWA, KY 42055-5971

LORETTA BARCHERS
7373 E 29TH ST N APT W112
WICHITA, KS 67226-3419

LORANNE PLESS
19173 OAK ST
APPLE VALLEY, CA 92308-4903

LORENE JONES
9563 CEDAR ST
BELLFLOWER, CA 90706-6580

LORETTA BLANC
2761 HEAD DR
ERIE, PA 16506-5001

LOREAN GRAHAM
6538 PARSONS BLVD APT 1B
FLUSHING, NY 11365-4548

LORENE K GRONSKEI
1961 MANKATO CIR NE
HAM LAKE, MN 55304-5440

LORETTA BRYAN
7938 RIDGEGATE WEST DR
INDIANAPOLIS, IN 46268-1830

LOREDITH HAULDREN
38 SUN VALLEY DR
GALLIPOLIS, OH 45631-2606

LORENE LANTING
3152 GIANT FOREST LOOP
CHINO HILLS, CA 91709-1508

LORETTA COX
2053 LAKE AVE
CHARLESTON, SC 29414-6218

LORETTA DE CAMPI
7717 DIXON RD
SAINT GERMAIN, WI 54558-8885

LORETTA L ELLIOTT
416 OATFIELD LN
GOSHEN, IN 46526-1681

LORETTA SAATHOFF
1766 S COUNTY ROAD 100 E
GREENCASTLE, IN 46135-8132

LORETTA DEERHAKE
2770 ORLENES ST
NORTH FORT MY, FL 33917-6095

LORETTA L PEARSON
3 W WOODLAND RD
OAKWOOD HILLS, IL 60013-1218

LORI & TIM BARDOLE
2074 285TH ST
RIPPEY, IA 50235-7010

LORETTA DONALDSON
5941 ROBINSON AVE
ALLEN PARK, MI 48101-2861

LORETTA LEE
207 LISHAKILL RD
SCHENECTADY, NY 12309-3223

LORI A CHAMBERLAIN
228 COBBLESTONE LN
LANCASTER, PA 17601-3369

LORETTA FROEHLICH
2905 STAFFORDSHIRE DR
CARROLLTON, TX 75007-4826

LORETTA M BARKER
42647 WINDFLOWER DR
ASHBURN, VA 20148-6886

LORI A PRESTON
9108 BEHNER BROOK CT
INDIANAPOLIS, IN 46250-1448

LORETTA J COSTELLO
103 S DUBUQUE ST
ANAMOSA, IA 52205-1519

LORETTA MADRU
9535 CARRIAGE LN
FORT WAYNE, IN 46804-3917

LORI A THOMPSON
11609 ENGLISH ELM DR
NEW PORT RICH, FL 34654-1910

LORETTA J RIZZUTI
200 HARTFORD AVE
DES MOINES, IA 50315-1355

LORETTA MANGAN
160 E LAKE BLVD APT D1
MAHOPAC, NY 10541-1686

LORI ALBRECHT
18117 BIG PINE CT
CHESTERFIELD, MO 63005-4939

LORETTA JANE STOLTZFUS
535 LENOVER RD
PARKESBURG, PA 19365-9549

LORETTA MCGARRY
888 BRENTWOOD DR
BILOXI, MS 39532-2261

LORI ANN QUALIA
1408 S FRIENDSWOOD DR UNIT 9
FRIENDSWOOD, TX 77546-5093

LORETTA K KEPLEY
2005 3RD AVE
CANYON, TX 79015-3032

LORETTA PASTOR
308 MARIGOLD DR
GREENSBURG, PA 15601-9594

LORI BANGHART
6316 PEACEDALE AVE
EDINA, MN 55424-1928

LORETTA KLUG
500 2ND AVE N
SAUK RAPIDS, MN 56379-1614

LORETTA PATTERSON
1010 SCOTT PARK DR APT 301
IOWA CITY, IA 52245-3979

LORI CLAUSON
6 GOLF CLUB RD
GREENWICH, CT 06830-4848

LORI CLEARE
10221 CENTREPARK DR APT 1731
HOUSTON, TX 77043-1363

LORI NELSON
6019 SW 5TH ST
DES MOINES, IA 50315-5726

LORNA MURPHY
7503 N GARFIELD AVE
GLADSTONE, MO 64118-2346

LORI ELSNER
3732 3RD AVE W
HIBBING, MN 55746-2808

LORI ROETHLER
2512 NW CAMELOT PL
BLUE SPRINGS, MO 64015-2959

LORNA NEGUS
1080 SILVERCREST WAY APT 30
IOWA CITY, IA 52240-2959

LORI FANTINI
103 MILL DR
LEVITTOWN, PA 19056-3620

LORI VANN-MEWES
1598 UNIVERSITY AVE
SAN JOSE, CA 95126-1641

LORNA RANCK
PO BOX 21
WHITE DEER, PA 17887-0021

LORI JOHNSON
2819 HACKNEY WAY
JAMESTOWN, NC 27282-8643

LORIE A DOTTER
2037 BALLY DR
NORTHAMPTON, PA 18067-9591

LORNA ROBINSON
RR 4 BOX 445
CHECOTAH, OK 74426-9203

LORI L KUIPERS
1112 CHENNAULT AVE
CLOVIS, CA 93611-0350

LORIE THOMAS
15082 220TH ST
BOX ELDER, SD 57719-8101

LORNA SMITH
9565 PARK ST
BELLFLOWER, CA 90706-5725

LORI LASANSKY
2 SAND HILL CT NE
IOWA CITY, IA 52240-9120

LORIE ZANDI
2401 W LYNN LN
PERU, IN 46970-7288

LORNA SPARROW
108 CRESTVIEW DR
HAMILTON, IL 62341-1101

LORI LYMAN
428 SHOREWOOD DR
INTERNATIONAL, MN 56649-2110

LORILEE CURRY
98 N FORSYTHE ST
FRANKLIN, IN 46131-2554

LORRAIN [LOREN] BARKLEY
636 MISSION DR
CAMARILLO, CA 93010-1149

LORI MARIE METZGER
707 MAIN ST
WATSONTOWN, PA 17777-1513

LORNA BOGENSCHNEIDER
622 N MILWAUKEE ST
THERESA, WI 53091-9517

LORRAINE [LORRI] MARSHALL
5618 75TH AVENUE CT W
TACOMA, WA 98467-4512

LORI MATTOX
202 HIDDEN HARBOUR DR
MOUNT JULIET, TN 37122-6908

LORNA M FUGLESTEN
910 N BUSE ST
FERGUS FALLS, MN 56537-1133

LORRAINE A BLAKE-REID
489 E 23RD ST
BROOKLYN, NY 11226-7508

LORRAINE A SCHEETZ USMC
52 FLEMING CT
GROTON, CT 06340-4006

LORRAINE COLEMAN
156 COUNTRY GLENN AVE
GRANITEVILLE, SC 29829-3974

LORRAINE HARRIS
529 E FRONT ST
FLORENCE, NJ 08518-1510

LORRAINE ALEXANDER
4011 AZURE WAY
PENSACOLA, FL 32507-8622

LORRAINE DAVIS
1204 1/2 9TH ST
ONAWA, IA 51040-1847

LORRAINE HERON
3421 DEERWOOD CIR
HOOVER, AL 35216-4815

LORRAINE B HECKEL
223 NEW HAVEN DR
LITITZ, PA 17543-8666

LORRAINE DOLORES MASARIK
11 CLAY ST
SOUTH AMBOY, NJ 08879-1040

LORRAINE HILL
306 4TH AVE NE
SAINT CLOUD, MN 56304-0317

LORRAINE B KNOUSE
50 FAIRVIEW DR APT 304
LITITZ, PA 17543-9237

LORRAINE DONOVAN
6321 JEBENS AVE
DAVENPORT, IA 52806-1666

LORRAINE JOYAL
11821 CYPRESS CORNER LN AP
HOUSTON, TX 77065-1142

LORRAINE BARNES
222 E 2ND ST APT 216
DULUTH, MN 55805-1824

LORRAINE DOUGLAS
6104 KIRBY RD
BETHESDA, MD 20817-6650

LORRAINE KINTZ
20314 PORCUPINE LOOP
FORT PIERRE, SD 57532-5405

LORRAINE BOIKE
326 ASHBERRY LN
HINCKLEY, OH 44233-9411

LORRAINE ENGEBRETSON
5376 MATTERHORN DR NE
FRIDLEY, MN 55421-1364

LORRAINE LOHEIDE
4405 N TAMERA AVE
FRESNO, CA 93722-4146

LORRAINE BUSMAN
11743 84TH AVE
ALLENDALE, MI 49401-7501

LORRAINE ENOS
21501 S CLEARVIEW CT
OREGON CITY, OR 97045-9104

LORRAINE M JOYNT
6004 W WOODBRIDGE PL
PEORIA, IL 61615-9214

LORRAINE BYRES
196 KOEHL ST
MASSAPEQUA PA, NY 11762-2214

LORRAINE FOLKESTAD
4081 KENTUCKY AVE N
CRYSTAL, MN 55427-1323

LORRAINE MAGARIAN
273 CAMBRIDGE RD APT 705
WOBURN, MA 01801-6077

LORRAINE CASSEL
302 W SUNHILL RD
MANHEIM, PA 17545-9790

LORRAINE GERKEN
1307 MORNING GLORY LN
VISTA, CA 92084-7221

LORRAINE MALCOLM
1920 CHURCHMAN AVE APT D
BEECH GROVE, IN 46107-1000

LORRAINE MCCURRY
907 11TH ST SW
HUMBOLDT, IA 50548-2425

LORRAINE SPARKS
1200 CLAYTON CT
MASON, MI 48854-9206

LORRETTA A CORWIN
1413 E PARIS AVE
PEORIA, IL 61603-1640

LORRAINE MCNEAL
8220 NATURES WAY APT 209
LAKEWOOD RANC, FL 34202-4208

LORRAINE STEWARD
1725 ORLEANS AVE
KEOKUK, IA 52632-2912

LORRIE BIELICKE
4466 W PINE BLVD APT 17F
SAINT LOUIS, MO 63108-2340

LORRAINE MEEUWSEN
5800 LONGBOW DR
SEBRING, FL 33876-7476

LORRAINE T JENKINS
146 RIDGEWOOD RD
MIDDLETOWN, RI 02842-6242

LOTA MAE MILLER
PO BOX 685
BURNS FLAT, OK 73624-0685

LORRAINE MULLAHY
10615 VILLAGE LAKE RD
WINDERMERE, FL 34786-5935

LORRAINE TANNER
12085 STATE ROUTE 44
WATSONTOWN, PA 17777-8103

LOTTA TUCKER
6548 43RD ST APT 2201
LUBBOCK, TX 79407-1957

LORRAINE PERKINS
2831 GOLDEN AVE
LONG BEACH, CA 90806-1406

LORRAINE TAYLOR
201 E MCGREGOR ST APT 4
ALGONA, IA 50511-2709

LOU [CORNEL] CHAPMAN
3059 WOODRIDGE WAY
PORTSMOUTH, OH 45662-2442

LORRAINE PHILLIPS
1320 ANDERSEN LN
EUGENE, OR 97404-2856

LORRAINE THOMAS
633 LEGER DR
NOKOMIS, FL 34275-3596

LOU ELLEN LAFOLLETTE
1516 CRYSTALLINE DR SE
CALEDONIA, MI 49316-7987

LORRAINE RUBIN
847 PROVIDENCE RD
MALVERN, PA 19355-3407

LORRAINE TRACY
109 WATERFORD CIR
BERWYN, PA 19312-2519

LOU KESSLER
545 AVALON PL
CORALVILLE, IA 52241-3447

LORRAINE S CLARK
131 E FOXBRIAR FOREST CIR
THE WOODLANDS, TX 77382-5394

LORRAINE Y JOHNSON
45 OLD MILL RD
EPHRATA, PA 17522-1806

LOU KUHLMAN
5184 HATHAWAY RD
LEBANON, OH 45036-9724

LORRAINE SAKLI
5640 60TH ST
MASPETH, NY 11378-2318

LORRETTA [LYNN] NELSON
8510 SANDUSKY AVE
KANSAS CITY, KS 66112-1849

LOUAN MAE PFEIFLE
307 S MADISON ST
PERRY, MI 48872-8143

LOUANN SHIGAKI
5042 CORNELL AVE
WESTMINSTER, CA 92683-2715

LOUIE JOHNSON
861627 N HAMPTON CLUB WAY
FERNANDINA BE, FL 32034-8707

LOUIE LYN HARRELL
1201 SHARON AVE
MARION, SC 29571-2133

LOUIS A [LOUIE] KLEMP JR
1816 PINE RIDGE DR
LEAVENWORTH, KS 66048-5416

LOUIS A CROW
847 W MAIN ST
VAN WERT, OH 45891-1416

LOUIS A SCIALDONE
51 GERRISH ST
BRIGHTON, MA 02135-1704

LOUIS ABLER
1921 SHOREWOOD TER
WISCONSIN RAP, WI 54494-2064

LOUIS ALPERN MD
4171 N MESA ST STE D100
EL PASO, TX 79902-1400

LOUIS ALT
328 WAYNE TER
UNION, NJ 07083-9121

LOUIS BEGLEY
925 PARK AVE
NEW YORK, NY 10028-0210

LOUIS BULLOCK
1204 NOUVELLE DR
MIAMISBURG, OH 45342-6303

LOUIS C BAKER
2619 BUCKINGHAM RD
ELLICOTT CITY, MD 21043-3597

LOUIS C DURANTE
1424 LINCOLN ST
PHOENIXVILLE, PA 19460-1441

LOUIS C WEBB
7 BURNWOOD
SAN ANTONIO, TX 78254-5571

LOUIS DELAIR JR
PO BOX 4047
MERRIFIELD, VA 22116-4047

LOUIS DEUTSCH
1870 211TH ST APT 2H
BAYSIDE, NY 11360-1823

LOUIS DOMINIC DE MELLO
181 SYCAMORE VISTA DR
CHINO VALLEY, AZ 86323-6780

LOUIS FERRIGNO
310 W MAIN ST
LOS GATOS, CA 95030-6807

LOUIS FRED STOCKAMP
5110 N 450 W LOT 24
ANGOLA, IN 46703-8439

LOUIS FURNA
38 MAPLE LN
BLACKSTONE, VA 23824-9542

LOUIS GAEFKE
23639 W MCCLINTOCK RD
CHANNAHON, IL 60410-3056

LOUIS H MOORE
1153 BERGEN PKWY, STE. I, #4
EVERGREEN, CO 80439-9501

LOUIS HILDMAN
935 CANDY LN
CANTONMENT, FL 32533-6985

LOUIS IAROSSI
736 E WOODLAWN AVE
MAPLE SHADE, NJ 08052-1228

LOUIS J [BUD] SCHAUB
2978 CHIPPER DR NE
PALM BAY, FL 32905-5705

LOUIS J [LOUGAS] GASPARI
PO BOX 960
BRYN MAWR, PA 19010-0960

LOUIS J BODETTE JR
PO BOX 125
WALTON, IN 46994-0125

LOUIS J ENGOLIA JR
1560 ORPHEUM AVE
METAIRIE, LA 70005-1464

LOUIS J LORIO
23122 PECAN GROVE DR
ROBERT, LA 70455-1806

LOUIS J MARSEGLIA
341 MADISON ST
BRISTOL, PA 19007-4125

LOUIS J SALOY JR
40322 CREST RIDGE DR
GONZALES, LA 70737-7148

LOUIS M BRAVO
640 N BEAU CHENE DR APT 3
MANDEVILLE, LA 70471-7104

LOUIS MCANLY HILLS
360 HARRINGTON AVE
CONCORD, MA 01742-4035

LOUIS MIDKIFF
1555 HOLLY TRL SE
BROOKHAVEN, MS 39601-8780

LOUIS P MILNER III
13120 ELMHURST CIR
ANCHORAGE, AK 99515-4016

LOUIS PETRO
60 E KATHRYN CT
SHELTON, WA 98584-6630

LOUIS R BAHOR
707 LOWRY ST
MANCHESTER, TN 37355-2319

LOUIS R LISTERMANN
2464 TIMBERCROFT CT
CINCINNATI, OH 45239-6614

LOUIS SCHLATER
91 CONNIE LN
ROSSBURG, OH 45362-9602

LOUIS W DASHER
2027 LEGOMA DR
FORT WAYNE, IN 46819-2015

LOUIS WEST
513 E MUSTANG ST
CROWLEY, TX 76036-2827

LOUISE [ELAINE] LE CAM
3775 MODOC RD APT 138
SANTA BARBARA, CA 93105-4458

LOUISE ALFORD
25231 DERRINGER RD
PUNTA GORDA, FL 33983-6060

LOUISE BLASKE
9366 85TH AVE
MILACA, MN 56353-4524

LOUISE BROCK
2951 N GOVERNEOUR ST APT 215
WICHITA, KS 67226-1767

LOUISE BYRNE
222 E MAIN ST
KAHOKA, MO 63445-1739

LOUISE CHAPMAN
239 HIPP ISLAND RD
LEESVILLE, SC 29070-7172

LOUISE CORSOVER
855 MAIN ST
FRANKLIN, NY 13775-2001

LOUISE CUSTER
3631 HIGHWAY 11 E
INTERNATIONAL, MN 56649-8808

LOUISE EGLAND
1368 COUNTY ROAD G
NEKOOSA, WI 54457-9780

LOUISE ENGLEMAN
837 LIMEKILN RD
NEW CUMBERLAN, PA 17070-2318

LOUISE FERRANTE
6761 CHURCH ST
HANOVER PARK, IL 60133-3906

LOUISE FULLER
18 WARREN ST
CABOT, AR 72023-3815

LOUISE HERZL-BETZ
659 EUCLID AVE
ELMIRA, NY 14901-1916

LOUISE JACKSON
1161 E 225TH ST APT 1B
BRONX, NY 10466-5509

LOUISE MENCKEN
2839 DEER TRAIL RD
THOMSON, GA 30824-6516

LOWELL [TOMMY] MILLS
1950 MCCLAIN ST
GREENVILLE, MS 38701-7719

LOUISE JOHNSON
199 PREWITTS WAY
SOMERSET, KY 42503-4458

LOUISE MYERS
PO BOX 251
CAIRO, OH 45820-0251

LOWELL E CLAPP
4819 5TH AVE # 1
KENOSHA, WI 53140-2924

LOUISE KOCH
2801 UNION ST APT 6H
FLUSHING, NY 11354-1734

LOUISE PRIGMORE
7502 SE US HIGHWAY 77
LEON, KS 67074-7900

LOWELL E FRAME
2636 FAUST CT
CARMEL, IN 46033-8433

LOUISE LAPINSKI
803 S MAIN ST
MOUNT PROSPEC, IL 60056-4233

LOUISE ROY
PO BOX 297
DORRIS, CA 96023-0297

LOWELL ENSEY
4831 N HEDGEROW CT
BEL AIRE, KS 67220-1662

LOUISE LESNIAK
975 BAYSIDE CV
NEWPORT BEACH, CA 92660-7419

LOUISE TRESTED
30 DOXSEY PL APT 413
LYNBROOK, NY 11563-3406

LOWELL HIGH SCHOOL
LOWELL ALUMNI ASSOCIATION
11700 VERGENNES RD
LOWELL, MI 49331

LOUISE LEWANDOWSKI
4651 S BLACK SWAN DR
SALT LAKE CIT, UT 84117-4809

LOUISE VAN DYKE
3202 N NEW YORK AVE
PEORIA, IL 61603-1256

LOWELL HIGH SCHOOL
c/o LYNN DROWN
11700 VERGENNES RD
LOWELL, MI 49331

LOUISE M KENNEDY
105 KETEWAMOKE AVE
BABYLON, NY 11702-1907

LOUISE VANZAGO
14928 SEWARD PLZ
OMAHA, NE 68154-1054

LOWELL JOHNSON
1926 VIENNA AVE
WOODBINE, IA 51579-5052

LOUISE M MOORE-AUSTIN
230 SW CLAY ST
TOPEKA, KS 66606-1134

LOUISE WELLER
13006 WESTBROOK DR
FAIRFAX, VA 22030-8233

LOWELL MIESSE
3113 N DELMAR CT
PEORIA, IL 61604-1507

LOUISE MCNAMARA
5209 KNOB HILL CT
MINNETONKA, MN 55345-4510

LOVYE J CLEMONS
7626 S HALLDALE AVE
LOS ANGELES, CA 90047-2515

LOWELL NEES
3100 TECUMSEH CIR
PIQUA, OH 45356-9711

LOWELL W FINDLEY
14145 ROAD 26
DOLORES, CO 81323-9231

LT RICKEY L GILES SR
PO BOX 1262
LEAVENWORTH, KS 66048-0962

LTCL JAMES F [JACK] GREY RE
1273 GARY WAY
CARMICHAEL, CA 95608-6107

LOWER MERION / HARRITON HIGH SCHOO
LOWER MERION/HARRITON ALUMNI
315 EAST MONTGOMERY AVE
ARDMORE, PA 19003

LTCD DONALD E SHIARLA
5975 CRYSTAL SPRINGS CT N
KEIZER, OR 97303-3886

LTCL JIM HEATH USA
600 HEADLEE ST
DENTON, TX 76201-0853

LOWER MERION / HARRITON HIGH SCHOO
c/o JONI RASH-BLUM
315 EAST MONTGOMERY AVE
ARDMORE, PA 19003

LTCD DONALD J REED
5670 FLAG WAY
COLORADO SPRI, CO 80919-4434

LTCL JOHN A MUTTER
134 MOUNTAINVIEW DR
CANYON LAKE, TX 78133-6463

LOY CHRISTENSEN
1000 N VINE ST
CRESTON, IA 50801-1661

LTC GASPER V ABENE
9920 CASTLEWOOD DR
PLANO, TX 75025-5263

LTCL ROE EDWARD WALKER R
9653 AIR PARK DR
GRANBURY, TX 76049-4451

LOYCE MARIE WHYTE
1634 PENDLETON RD
AUGUSTA, GA 30904-4802

LTC JAKE A SALTAMACHIA
120 TEMPLETON DR
LAFAYETTE, LA 70508-5626

LU ANN CARMICHAEL
4011 WILLOW CREEK RD
FLORENCE, SC 29505-8816

LOYCE WILKINS
28427 ROSE VERVAIN DR
SPRING, TX 77386-3941

LTC PATRICIA A KRAUSE USA
2706 CREEKSTONE CT
PHENIX CITY, AL 36867-2402

LU ELLEN ROBERTSON
83 MAY RIVER PT
BLUFFTON, SC 29910-5516

LOYD CLYDE SPURGEON
8 SWIFT CREEK CT
SAINT PETERS, MO 63376-5962

LTC ROBERT J JACOBSON
234 N LAWSON RD
POQUOSON, VA 23662-1838

LU PORTE
5330 BEACON HILL RD APT 312
MINNETONKA, MN 55345-5862

LOYD D KEITH
2961 DIXON RD
MARYVILLE, TN 37801-9580

LTC VALERIE H DAVIS
1931 S DOUBLETREE LN
TUCSON, AZ 85713-6721

LUANN BRISCO
468538 E 923 RD
BUNCH, OK 74931-5140

LOYDE FOSTER
13510 DE ALCALA DR
LA MIRADA, CA 90638-2848

LTCL EDGAR R CANCEL USA
1007 MACY LN SE
JACKSONVILLE, AL 36265-3908

LUANN M WEEMS
5205 S PEYTON HWY
COLORADO SPRI, CO 80930-9513

LUANN SHIELDS
11441 FM 1923
MORSE, TX 79062-3007

LUANNE HELTON
1120 CUMMINS RD APT 111
DES MOINES, IA 50315-2622

LUANNE WAGNER
3463 SAPELO AVE
NORTH PORT, FL 34286-8933

LUAYNE PINGLETON
9630 ISLAND FORD RD
HANSON, KY 42413-9725

LUCIA CAMPER
14382 HORSESHOE POINT LN
SMITHFIELD, VA 23430-3900

LUCIA DAHLSTRAND
200 GLENWOOD CIR APT D7
MONTEREY, CA 93940-6758

LUCIA HANNA
12534 BARKLEY ST
LEAWOOD, KS 66209-2570

LUCIA M BIEHLER RN
12914 W ALDERNY ST
WICHITA, KS 67235-7017

LUCIANN GRAZIANO
9908 VINE ST
THORNTON, CO 80229-2488

LUCIEN A SALVANT
9383 LAKE ABBY LN
BONITA SPRING, FL 34135-8882

LUCILE ROBERTS
2 ANDERSON CT
MARLTON, NJ 08053-5599

LUCILLE A HUSTEDT
1087 COUNTY ROAD JJ
NEKOOSA, WI 54457-9516

LUCILLE ANN JENSEN
10225 N 72ND ST
OMAHA, NE 68122-2207

LUCILLE BARBER
3876 G 1/4 RD
PALISADE, CO 81526-8707

LUCILLE CAZZETTO
501 GRANTLAND AVE
WEST HEMPSTEA, NY 11552-2709

LUCILLE COCHRAN
5808 NW 53RD ST
WARR ACRES, OK 73122-6213

LUCILLE COX
706 MILLSTONE POINTE DR
GREENCASTLE, IN 46135-2317

LUCILLE DIELE
702 W 26TH ST
MERCED, CA 95340-3629

LUCILLE GEIB
PO BOX 116
BASSETT, NE 68714-0116

LUCILLE GRIFFIN
1409 SW BRIDGE ST
GRANTS PASS, OR 97526-5818

LUCILLE HARR
422 MARYLE CT
NEWPORT NEWS, VA 23602-6536

LUCILLE I BAIN
139 GORE RD
REVERE, MA 02151-2032

LUCILLE J ARDREY
3451 THIRD AVE
BENSALEM, PA 19020-1716

LUCILLE M JOHNSON
220 PIONEER PL
NEW LENOX, IL 60451-9732

LUCILLE M NAHRWOLD
1024 SHOREWORTH TRL
FORT WAYNE, IN 46819-1428

LUCILLE M SCHEWE
4901 S 153RD ST APT 313
OMAHA, NE 68137-5050

LUCILLE M SHANLEY
16747 RICKENBACKER CIR
RIVERSIDE, CA 92518-2913

LUCILLE MARIE ESPOSITO
11 ALMA AVE
MADISON, NJ 07940-2403

LUCILLE WESTFALL
2248 ROCKEFELLER RD
WICKLIFFE, OH 44092-2021

LUCIUS P BERNARD
4704 TENBURY LN
ROCKLIN, CA 95677-4486

LUCILLE MAXWELL
295 TARA WOODS DR
RIVERDALE, GA 30274-3185

LUCILLE WITNER
217 GLENDALE DR
PULASKI, TN 38478-5102

LUCREZIA FAZIO
29 E FULTON DR
DES MOINES, IA 50315-1583

LUCILLE MILLER
3134 E CALAVEROS DR
PHOENIX, AZ 85028-5312

LUCILLE YERY
411 LIBERTY BLVD
LOCUST GROVE, VA 22508-5139

LUCREZIA SMITH
1924 SPRINGVIEW DR
LAS VEGAS, NV 89146-3011

LUCILLE MILLER
554 RIDGE AVE
EPHRATA, PA 17522-9228

LUCINDA EVANS
1284 GLENGARY WAY
HENDERSON, KY 42420-2577

LUCY A MEE
283 VILLAGE RUN E
ENCINITAS, CA 92024-3045

LUCILLE SCHWARZ
50 PARK AVE APT 2G
NEW YORK, NY 10016-3076

LUCINDA J [CINDY] GREGORY
351 MAIN ST
PINEY FLATS, TN 37686-4825

LUCY ANTCZAK
3643 N CUMBERLAND AVE
CHICAGO, IL 60634-1910

LUCILLE SNELL
4324 MIRAMAR AVE NE
GRAND RAPIDS, MI 49525-1530

LUCINDA TODD
112 E MAIN ST
RUSSIA, OH 45363-9701

LUCY BAMBREY
3861 S NARCISSUS WAY
DENVER, CO 80237-1239

LUCILLE TOSCHLOG
3304 NW C ST
RICHMOND, IN 47374-4510

LUCIO COSTANZO
106 AVENUE A
PORT JEFFERSO, NY 11777-1878

LUCY BENEDICT
2535 UNION AVE
FAIRFIELD, IA 52556-8529

LUCILLE WALLER
333 OGLE RD
SEYMOUR, TN 37865-5817

LUCIUS A GARDNER JR
3462 FRIENDSHIP RD
OLAR, SC 29843-2135

LUCY C MONAHAN
7 RICHARTSON RD
PEABODY, MA 01960-1509

LUCILLE WALTARI
5255 STATE RD LOT 68
ASHTABULA, OH 44004-6230

LUCIUS EVENSON
7064 FRENCHTOWN RD
BELLEVILLE, WI 53508-9532

LUCY DELLA ROSA
1324 TORREY ST
DAVIS, CA 95618-5062

LUCY GRYGORCEWICZ
30 NORMANDY DR
PARSIPPANY, NJ 07054-4068

LUELLA HENNING
3231 137TH AVE NW
ANDOVER, MN 55304-3783

LULA PHILLIPS
6 RICHARDSON CIR
SIDNEY, AR 72577-9301

LUCY INEZ SELLERS
221 REBECCA LN
WALNUT RIDGE, AR 72476-8440

LUELLA MOORE
1276 MUNROE FALLS KENT RD
KENT, OH 44240-3254

LULA SIMMS JR
4501 LAFON DR
NEW ORLEANS, LA 70126-4115

LUCY J BELCHER
11504 JONES RD
SANGER, TX 76266-3333

LUELLA N AUCHARD
314 SHANE CIR
PERRY, GA 31069-3776

LUNELLE ZEECK
161 BRIDGEWATER CIR
MIDLAND, TX 79707-6112

LUCY RODES
11350 WOODSTOCK RD APT 2105
ROSWELL, GA 30075-7536

LUELLA NEUMANN-SCHUETTE
11175 27TH AVE SE UNIT 307
BECKER, MN 55308-4676

LUTHER [GERALD] MCKINLEY
108 ELDORADO AVE
CENTERVILLE, GA 31028-1404

LUCY SAAD
138 E WINTER AVE
NEW CASTLE, PA 16101-2376

LUELLA W DUES
558 SHROYER RD
DAYTON, OH 45419-4049

LUTHER D LEE
PO BOX 116
LA CROSSE, FL 32658-0116

LUCY THOMPSON
895 WAFFORD LN
BETHLEHEM, PA 18017-3877

LUIS PEREZ
604 N L ST
LAKE WORTH, FL 33460-3030

LUTHER LACY
1413 HOLCOMB PL
PLACENTIA, CA 92870-7463

LUELLA ASMUSSEN
10010 E 222ND ST
PECULIAR, MO 64078-9274

LUKE J BRUINING
5442 SUNFIELD AVE
LAKEWOOD, CA 90712-1854

LUTHER ROSE
113 DAVIDSON AVE
SAVANNAH, GA 31419-3013

LUELLA BAKER
103 MIFFLIN PL
MIFFLINBURG, PA 17844-9317

LUKE M GHERGICH
119 ORMOND OAKS DR
DESTREHAN, LA 70047-3527

LUTHER WILLARD WORRELL
761 TEAKWOOD CT
WEST COLUMBIA, SC 29169-4964

LUELLA F [FRANKIE] WELSH
11725 W ALDERNY CT UNIT 59
WICHITA, KS 67212-6566

LULA MAE KNAPP
1315 SCHOONER CT
SAINT PAUL, MN 55125-9295

LUVERNE NEILS
834 2ND AVE N
SAUK RAPIDS, MN 56379-1645

LYDE MARIE NEWMAN
180 JEROME AVE
MINEOLA, NY 11501-3305

LYLE D SCHMIDT
927 CLAYTON DR
WORTHINGTON, OH 43085-3301

LYNDA D BEAR
7447 MONTCLAIR DR
FORT WAYNE, IN 46804-5550

LYDELL E TAYLOR
2204 7TH AVE S
SAINT CLOUD, MN 56301-5829

LYLE LAWRENCE
16 BROOK ST
PLYMPTON, MA 02367-1713

LYNDA ELLIOTT
435 E 79TH ST
NEW YORK, NY 10075-1034

LYDIA ANN ABERLI
4115 GAUDET RD
LOUISVILLE, KY 40299-6817

LYLE M STEVEN
946 MAGNOLIA ST
SLIDELL, LA 70460-1914

LYNDA FAITH
3057 COUNTY ROAD 20
INTERNATIONAL, MN 56649-8702

LYDIA BROWN
51849 TOWNSHIP ROAD 186
FRESNO, OH 43824-9776

LYLE THOMAS [TOM] HUNTRESS
1712 ELLISON ST
WELLINGTON, TX 79095-4302

LYNDA FOURRIER
397 INDIAN HILLS DR
WATERLOO, WI 53594-1018

LYETTA AWALT
800 E GORDON AVE
EFFINGHAM, IL 62401-3723

LYLE ZELLER
118 MOUNTVIEW LN
ETHEL, WA 98542-9703

LYNDA HACKSTAFF
27W322 MELROSE LN
WINFIELD, IL 60190-1081

LYLA FINCH
261 E 100 S
TOOELE, UT 84074-2701

LYMAN HUNTINGTON WHITNEY
PO BOX 68
GARRISON, MN 56450-0068

LYNDA HILL
4420 VZ COUNTY ROAD 2144
WILLS POINT, TX 75169-7900

LYLA HENDRICKSON
12505 SW NORTH DAKOTA ST
PORTLAND, OR 97223-3284

LYN E BISESI
171 TRUDY AVE
MUNROE FALLS, OH 44262-1012

LYNDA L LYDICK
4201 BEAUPORT RD
INDIANAPOLIS, IN 46222-1418

LYLA K BONJOUR
1100 W ASHLAND AVE
INDIANOLA, IA 50125-2209

LYN L FOSH_
2149 PRAIRIE VW E
AMES, IA 50010-4555

LYNDA MORTON
11916 W 109TH ST APT 419
OVERLAND PARK, KS 66210-3992

LYLE BUDDENHAGEN
91 DEERPATH RD
TRACY, MN 56175-2029

LYNDA CULBERTSON
10429 COUNTY ROAD 289
ANNA, TX 75409-3213

LYNDA REED
3392 CHEYENNE DR
GRANTS PASS, OR 97527-8728

LYNDA ROUSSEY
6615 MONTE AVE
FORT WAYNE, IN 46835-3847

LYNN [VERA] BRADY
1309 LAVALL DR
DAVIDSONVILLE, MD 21035-1136

LYNN C COOK
1700 CEDAR CREEK RD
LOUISVILLE, KY 40229-3763

LYNDA SMITH
524 SYCAMORE PT
WOODSTOCK, GA 30189-6764

LYNN A BELANGER
3782 TOWN ROAD 243
INTERNATIONAL, MN 56649-8930

LYNN C SCULL
10 GOODWIN CIR
HARTFORD, CT 06105-5201

LYNDA TRIPP
125 HIGHLAND ST APT 104
TAUNTON, MA 02780-4739

LYNN A GREENE
2453 STATE ROAD 227 N
RICHMOND, IN 47374-1774

LYNN COE
118 LANTERN CT
NICHOLASVILLE, KY 40356-9712

LYNDA VAUGHN
4120 ELM ST
EAST CHICAGO, IN 46312-3003

LYNN A PROCTOR-SHIPMAN
2218 VIA TESORO
ALPINE, CA 91901-3162

LYNN CRESSY
5654 MIRABEL LN
COLORADO SPRI, CO 80923-4154

LYNDAL A DERRYBERRY-BURCH
200 E WEBSTER ST APT 1016
MADISON, TN 37115-4848

LYNN AKERS
3411 W CHARTWELL RD
PEORIA, IL 61614-2323

LYNN D RUSSELL
2135 MARTINSBURG PIKE
WINCHESTER, VA 22603-4716

LYNDON LARSEN
438 3RD ST
INTERNATIONAL, MN 56649-2310

LYNN ALAN WRIGHTNOUR
2503 DOUGLAS RD
ASHTABULA, OH 44004-9294

LYNN DELLATORRE
733 VIA DEL SOL
NORTH FORT MY, FL 33903-1572

LYNETTE HUNGERFORD
4749 N VIEWPOINT DR APT B
PRESCOTT VALL, AZ 86314-6608

LYNN ANN WEINSTEIN
2606 BRIDGEWOOD CIR
BOCA RATON, FL 33434-4118

LYNN DROWN
2900 16 MILE RD NE
CEDAR SPRINGS, MI 49319-9446

LYNETTE KLUCK
1150 MCKINLEY ST
WISCONSIN RAP, WI 54495-3340

LYNN BOWEN
3 MAHOOD TRCE
HUNTINGTON, WV 25705-2601

LYNN DUNAWAY
3410 N EL VISTA AVE
PEORIA, IL 61604-1219

LYNETTE P MAIN
3679 HUNTLEIGH DR
LIMA, OH 45806-1328

LYNN BURTON
12632 REMLER DR W
JACKSONVILLE, FL 32223-2779

LYNN EWAN
252 ASTRAL PT
SPRING BRANCH, TX 78070-5089

LYNN FOLEY
11 BRIAR RIDGE PL
SELKIRK, NY 12158-1267

LYNN FOX
2905 SEDGEWICK DR
LYNCHBURG, VA 24503-3331

LYNN GERSMAN
917 MURPHY DR
JOLIET, IL 60435-2835

LYNN GIROUX
957 LACLAIR ST
PITTSBURGH, PA 15218-1024

LYNN GREEN
1004 FAIRFIELD AVE
NORTH AUGUSTA, SC 29841-3329

LYNN GURNEY
8 PELEG RD
PORTSMOUTH, RI 02871-3830

LYNN HITE
1006 ELLEN DR
WHITE HALL, AR 71602-9508

LYNN HOCHHAUSER
3344 SCOTT AVE N
GOLDEN VALLEY, MN 55422-2748

LYNN HOOVER
317 STRASBURG DR
PORT CHARLOTT, FL 33954-3308

LYNN JOHNSON
2 NORTHFIELD CT
LAMBERTVILLE, NJ 08530-1039

LYNN JOHNSON
189 PHEASANT HOLLOW DR
BURR RIDGE, IL 60527-5050

LYNN JORDAN RN
3 COUNTRY CLUB CT
MOUNT SINAI, NY 11766-1219

LYNN KAMAKARIS
9266 CORNELL ST
TAYLOR, MI 48180-3475

LYNN KARGMAN
221 MOUNT AUBURN ST APT 703
CAMBRIDGE, MA 02138-4852

LYNN KEMPER
2360 BATES RD
O FALLON, MO 63368-7023

LYNN KREINER
2407 DUNLAP ST
LANSING, MI 48911-1716

LYNN LEE
369 MONTEZUMA AVE # 113
SANTA FE, NM 87501-2835

LYNN LORAIN GERDES
12432 N GOLF DR
MEQUON, WI 53092-2463

LYNN MALONEY
2196 ORANGE DR
PORT ORANGE, FL 32128-6576

LYNN MANNAN
365 HARLAN ST
GREENEVILLE, TN 37745-4415

LYNN MCNEARY
886 BANEBERRY DR
SUN PRAIRIE, WI 53590-4301

LYNN MEALS
1137 EATON DR
AKRON, OH 44312-4094

LYNN NEWCOMER
3009 W TIVERTON
WILLIAMSBURG, VA 23185-8717

LYNN OSMUN RN
907 HILLCREST LN
LEWISBURG, PA 17837-9517

LYNN PERRY
214 BOSTON ST UNIT A
SEATTLE, WA 98109-2376

LYNN PURVES
5708 EVERGREEN ST
MIDLAND, MI 48642-3140

LYNN ROBERTS
22717 RIFLE RIDGE RD
ELKHORN, NE 68022-2418

LYNN SZALLAR
40 SENECA TRL
DENVILLE, NJ 07834-1108

LYNNE CHARLTON
120 LANTERN LN
NORTH KINGSTO, RI 02852-5600

LYNNE MARTINA
31 LANTERN LN
CHERRY HILL, NJ 08002-1623

LYNN WATKINS
7849 MONROE BLVD
TAYLOR, MI 48180-2449

LYNNE DICKENS
3005 ASHLAND AVE
SAINT JOSEPH, MO 64506-1501

LYNNE MCCAY
26 BATTERY POINT DR
FREDERICKSBUR, VA 22406-5471

LYNN WILSON
28 VIRGINIA AVE
REHOBOTH BEAC, DE 19971-2813

LYNNE DOLAN
2770 BOULDER DR
BURNSVILLE, MN 55337-5003

LYNNE PETERSON
1662 LEISURE WORLD
MESA, AZ 85206-2322

LYNN WINKLER
6462 W COUNTY ROAD 710 S
REELSVILLE, IN 46171-9635

LYNNE E BOOGHER
10736 SANTA FE LINE RD
WAPAKONETA, OH 45895-8857

LYNNE ROBERTS
1449 JANET ST
SYCAMORE, IL 60178-1056

LYNN WINSLOW
1306 FIR AVE
VENICE, FL 34285-7907

LYNNE EDGAR
3927 INDIAN RIVER DR E
VERO BEACH, FL 32963-1406

LYNNE WILSON
356 COUNTRYSIDE DR
BROADVIEW HEI, OH 44147-3412

LYNN WOLF
6115 Y AVE
AURELIA, IA 51005-7007

LYNNE GRAMZA
4903 NW 57TH ST
TAMARAC, FL 33319-2815

LYNNETTE GILLOCK-GRAHAM
2449 MAIA LOOP
SPRINGFIELD, OR 97477-6549

LYNNE BUSHYEAGER
1243 TIDEWOOD DR
BETHEL PARK, PA 15102-1029

LYNNE HARRIS
1936 TURNSTONE RD
REDMOND, OR 97756-7353

LYNNETTE JANE ACKLEY
116 UPPER MARKET ST
MILTON, PA 17847-1820

LYNNE C TYROLER
1418 NORTHFIELD PARK BLVD
WARRENSBURG, MO 64093-9773

LYNNE JACKSON
314 DE LA MARE AVE APT 2
FAIRHOPE, AL 36532-2330

LYNNETTE JENKNER
518 MANNING AVE
MCKEESPORT, PA 15132-3621

LYNNE CAUDILL
1002 E 260 S
LAYTON, UT 84041-4433

LYNNE LEVINE
73 NEWPORT AVE
TAPPAN, NY 10983-1605

LYNNETTE MCCULLOH
22007 TRAILRIDGE BLVD
ELKHORN, NE 68022-2508

LYNORA [LYN] SIMMS
645 STEPHENSON ST
SHREVEPORT, LA 71104-4321

LYNORA W BUDD
244 RIDGE RD
SOUTHAMPTON, NJ 08088-3511

LYNTHUS [LINK] LEWIS
19630 LEAPWOOD AVE
CARSON, CA 90746-2347

LYNWOOD L BATTLE
2700 ASHLAND AVE UNIT 57
CINCINNATI, OH 45206-1473

M [ANDREA] HARRINGTON
6 MILLSTONE LN
LINCOLN, MA 01773-4405

M [BOBBI] SEGAL
5517 HOBART AVE
WEST PALM BEA, FL 33405-3420

M ALEX MELTON
317 JACKSON AVE
NORTH AUGUSTA, SC 29841-3537

M CAROL KENNEDY
280 SQUIRE LN
LIMA, OH 45805-3613

M CAROLE GALLIS
3 DEWEY DR
ANNAPOLIS, MD 21401-2242

M CARTER FLOYD JR
1116 SHADY LANE CIR
TALLADEGA, AL 35160-2941

M CONNIE WALLACE
10426 BOB GRAY RD
KNOXVILLE, TN 37932-2609

M CRAIG BELITZ
PO BOX 50786
KNOXVILLE, TN 37950-0786

M ELIZABETH [BETTY] WEIDMAN
300 SAINT MARK AVE APT 1116
LITITZ, PA 17543-2247

M EVONNE PENNINGTON
3942 KENSINGTON AVE
KANSAS CITY, MO 64130-1544

M JANE HUNTER
2100 CIRCLE DR APT 136
SCOTTSBLUFF, NE 69361-1783

M JEAN KNAPP
217 N WYNNEWOOD AVE
NARBERTH, PA 19072-2134

M JEANIE NORD
1420 NORMA DR
BLOOMINGTON, IL 61704-8661

M JO AARSBY
255 TEXAS ST APT H230
RAPID CITY, SD 57701-7320

M JOAN KNUTSON
205 STARLINE AVE
LAFAYETTE, CO 80026-2541

M JUDITH RHODES
22707 ELM BARK ST
TOMBALL, TX 77375-5410

M KAY RAMOS
1808 QUAIL MEADOWS CIR
VACAVILLE, CA 95687-6565

M LOUISE NEWBERRY
1790 BRANDON RD
ROCKDALE, IL 60436-9512

M PATRICIA SIMMONS
27 STONYTOWN RD
MANHASSET, NY 11030-1117

M PHILLIP RUGGEIRO
4009 CALLE SONORA OESTE UN
LAGUNA WOODS, CA 92637-3220

M R [RILEY] PHILLIPS
PO BOX 445
STAR, NC 27356-0445

M SCOTT GIBSON
PO BOX 208
FLATWOODS, WV 26621-0208

M VIRGINIA FLETCHER
10126 EARNSHAW ST
LENEXA, KS 66215-1987

M'LEE MCDONALD
5323 20TH ST
LUBBOCK, TX 79407-2109

MABEL GRISWOLD
3400 KINGS NECK DR
VIRGINIA BEAC, VA 23452-5848

MABEL I GILES
124 FRANKLIN ST
MILFORD, MI 48381-2403

MABEL N RADOSEVICH
305 15TH AVE SW
ALTOONA, IA 50009-1111

MABEL ULM
2225 VINCENT ST
MOGADORE, OH 44260-1345

MABLE COCKRILL
4025 MAIN ST
OLD HICKORY, TN 37138-2443

MABLE MC COY
837 TAMMY COVE LN
JACKSONVILLE, FL 32218-7650

MACE B TAMSE CFP
3450 S OCEAN BLVD
HIGHLAND BEAC, FL 33487-2586

MACK A CARTER JR
10 APACHIE CV
JACKSON, TN 38305-1501

MACK CROCKETT
306 S 21ST ST
RICHMOND, IN 47374-5736

MACK H JENKINS
220 HIGHGATE HILL RD
INDIAN SPRING, AL 35124-3828

MACKIE SPRUILL
PO BOX 467
ORIENTAL, NC 28571-0467

MACY E STEIN
2400 NE 1ST LN APT 416
BOYNTON BEACH, FL 33435-1936

MADDALENA GALDI
8907 LANDIS AVE
SEA ISLE CITY, NJ 08243-1043

MADELEINE THOMAS
4841 WOODFIELD DR
CARMEL, IN 46033-9424

MADELENE VARGO
3503 BANKVIEW DR
JOLIET, IL 60431-4803

MADELINE CHURCHICH
7910 LEAVENWORTH ST
OMAHA, NE 68114-5330

MADELINE CUNNINGHAM
6007 MARQUETTE TER
BETHESDA, MD 20817-1752

MADELINE FARRELL
1512 CARLETON TER
HENDERSONVILL, NC 28791-1522

MADELINE MARTINEZ
URB EL ROSARIO 31 CALLE E
VEGA BAJA, PR 00693-5131

MADELINE REYNOLDS
117 GRAND ST
PORTSMOUTH, VA 23702-1017

MADELINE RUSSO
56 S MANOR DR
WHITE PLAINS, NY 10603-1904

MADELYN PICONE
49 HASTINGS RD
MANCHESTER, NJ 08759-6726

MADELYNE MCKEE
1675 GOVERNORS WAY
BLUE BELL, PA 19422-2552

MADISON HIGH SCHOOL
MADISON PUBLIC SCHOOLS
170 RIDGEDALE AVE
MADISON, NJ 07940

MADISON HIGH SCHOOL
c/o DR. MICHAEL ROSSI
170 RIDGEDALE AVE
MADISON, NJ 07940

MADONNA [DONNA] GOUGH
2115 W JUBILEE LN
DUNLAP, IL 61525-8601

MADONNA HARRIS
1502 ALBIN POND RD
GREENCASTLE, IN 46135-9222

MADONNA LOMENCH
4 JAMES CT
WEST LONG BRA, NJ 07764-1109

MAE BERRY
1160 N CAMBRIDGE AVE APT 5
CHICAGO, IL 60610-2934

MAE CAROLYN MAURI
4 ALDEN LN
PORT WASHINGT, NY 11050-4403

MAE ELIZABETH SWAN
6404 SHAFFER LN
LOUISVILLE, KY 40291-3520

MAE MAXWELL
613 BLUEBERRY LN
LEBANON, PA 17046-4507

MAE RUTH JOHNSON
11122 TURFGRASS WAY
INDIANAPOLIS, IN 46236-8321

MAEBELLE POWELL
1203 W 6TH ST
IDA GROVE, IA 51445-1559

MAGGIE PETZA
8718 MISSION RD
JESSUP, MD 20794-3942

Mail Finance
478 Wheelers Farms Rd
Milford, CT 06461-9105

MAJ HENRY E REEBER
25 CREST LN
WATSONVILLE, CA 95076-9641

MAJ KENNETH ANDERSON
258 RIVERSIDE DR
EL PASO, TX 79915-4524

MAJ LA VERNE A WESTLING USAF
4103 RAMADA TRL
GEORGETOWN, TX 78628-1510

MAJ LAWRENCE T ZILISCH USA
1460 HUNTINGTON AVE
GROVER BEACH, CA 93433-2884

MAJ NANCY R FLESHER
8935 E 5TH ST
TUCSON, AZ 85710-3041

MAJ SEAN F COUNIHAN USA
8160 SYDNEY LN
AVON, IN 46123-7682

MAJOR HARRIS JR
5424 CASTLE DR
WICHITA FALLS, TX 76306-1370

MALCOLM B GORDON
7611 VINISTE DR
BOYNTON BEACH, FL 33472-7395

MALCOLM BOULTON
PO BOX 273
BEAVERTON, MI 48612-0273

MALCOLM E SMITH
1758 PIERCE ST
DANIEL ISLAND, SC 29492-8229

MALCOLM O WATSON
1717 49TH AVE NE
COLUMBIA HEIG, MN 55421-2044

MALCOM GRUVER
1826 N STONEY POINT ST
WICHITA, KS 67212-7400

MALISSA MATCHETTE
19370 SPRINGFIELD CIR
JEFFERSONTON, VA 22724-2258

MALVENE HEYZ
905 CENTER ST
MCKEESPORT, PA 15132-6608

MAMIE A MORLAN
2100 MEADOW CHASE LN UNIT 2
DES MOINES, IA 50320-1863

MAMIE LLOYD
2401 STATE ROUTE 93
OAK HILL, OH 45656-9794

MANDY BRACKEN
124 WOODGLEN CIR
DEVILS LAKE, ND 58301-9037

MANFRED DERKATSCH
713 STRATTON RD
FORT WAYNE, IN 46825-5440

MAPLE [DIANE] HUFFMASTER
322 NEVADA 165
WALDO, AR 71770-8610

MARC S WEINSWEIG
14114 CHINKAPIN DR
ROCKVILLE, MD 20850-7403

MANHASSET HIGH SCHOOL
TOWER FOUNDATION OF MANHASSE
200 MEMORIAL PLACE
MANHASSET, NY 11030-2300

Maple Press
PO Box 2695
York, PA 17405-2695

MARC STOCKMAN
301 COUNTY ROAD 4984
DESDEMONA, TX 76445-7110

MANHASSET HIGH SCHOOL
c/o PAUL PETRAS
200 MEMORIAL PLACE
MANHASSET, NY 11030-2300

MARA RAY SUCHY
1325 E ALTADENA DR
ALTADENA, CA 91001-2005

MARC W GORDON
17717 PRESTON RD APT 901
DALLAS, TX 75252-5786

MANHEIM TOWNSHIP HIGH SCHOOL
MANHEIM TOWNSHIP HIGH ALUMNI
PO BOX 5134 SCHOOL RD
LANCASTER, PA 17606-5134

MARALOU CROSS
294 WREN RIDGE DR
EAGLE POINT, OR 97524-9731

Marcadis Singer PA
5104 S. Westshore Blvd.
Tampa, FL 33611

MANHEIM TOWNSHIP HIGH SCHOOL
c/o KRISTIN KOPP
PO BOX 5134 SCHOOL RD
LANCASTER, PA 17606-5134

MARC COMER
3 MARISA CT
OCEAN, NJ 07712-3534

Marcadis Singer PA
5104 South Westshore Blvd.
Tampa, FL 33611

MANUEL BOTELHO JR
172 PECKHAM AVE
MIDDLETOWN, RI 02842-5772

MARC DARLING
100 DENNISTON AVE APT 64
PITTSBURGH, PA 15206-4043

MARCELA L GRANATELLI
10519 BORSON ST
NORWALK, CA 90650-2102

MANUEL F FLORES JR
4134 CHERRY POINT CT
ANTIOCH, CA 94531-9110

MARC KUSINITZ
12805 BLACK OAK DR
LAUREL, MD 20708-2319

MARCELLA B PERSHEY
825 HORSESHOE DR
JOLIET, IL 60435-5947

MANUEL JESSE BORGES
172 MOUSE MILL RD
WESTPORT, MA 02790-4124

MARC LOWENSTEIN
1105 LAVENDER LN
ABSECON, NJ 08201-4319

MARCELLA F MCNEIL
1206 ALCINDOR RD
PORTSMOUTH, VA 23701-3812

MANUEL VIEIRA
5850 E KEMPER RD
CINCINNATI, OH 45241-2139

MARC MOUTON
69164 TAVERNY CT
MADISONVILLE, LA 70447-3232

MARCELLA FOYT
2901 2ND AVE E
INTERNATIONAL, MN 56649-4411

MARCELLA HARE
502 MICHIGAN AVE
TROY, OH 45373-2143

MARCIA BUTTGEN
1510 LYON AVE
WATERLOO, IA 50702-3442

MARCIA F MURPHY
3 HILLSIDE AVE
ALBANY, NY 12205-4305

MARCELLA LEITZ
954 BRENTON RD
DREXEL HILL, PA 19026-1604

MARCIA CARLSTROM
2911 TOWN ROAD 174
KABETOGAMA, MN 56669-9041

MARCIA FELDMAN
11816 CRESTA VERDE DR APT C
SAINT LOUIS, MO 63146-4751

MARCELLA SIEBEL
2541 VICTARRA CIR
LUTZ, FL 33559-3708

MARCIA CLARK
7027 4 MILE RD
FRANKSVILLE, WI 53126-9437

MARCIA FINNEY
4370 WILLOUGHBY RD
HOLT, MI 48842-9763

MARCELLA ZIEGLMEIER
520 1ST ST NE APT 75
SARTELL, MN 56377-1228

MARCIA COFFEEN
5208 RAVEN OAKS DR
OMAHA, NE 68152-1749

MARCIA HARLACHER
1699 N TERRY ST SPC 159
EUGENE, OR 97402-7714

MARCELLUS MCLAUGHLIN
PO BOX 830
MUKILTEO, WA 98275-0830

MARCIA COX
4881 US HIGHWAY 27 N LOT 34
RICHMOND, IN 47374-1086

MARCIA HEIM
5712 JESSICA CT NW
ALBUQUERQUE, NM 87120-3320

MARCI SPIEGLE
115 BUCKNER AVE
HADDONFIELD, NJ 08033-2911

MARCIA D JONES
30 OLD FIVE NOTCH RD
EDGEFIELD, SC 29824-3340

MARCIA J MCCARTY
40 SW 10TH ST
RICHMOND, IN 47374-4014

MARCIA [JO] GALVIN
457 MAPLEVIEW RD
MACEDONIA, OH 44056-1033

MARCIA DANOVITZ
2677 N OCEAN BLVD APT 22
BOCA RATON, FL 33431-7190

MARCIA JOAN JAFFE
26300 VILLAGE LN APT P8
BEACHWOOD, OH 44122-7547

MARCIA BERNHARDT
233 BERNHARDT RD
IRON RIVER, MI 49935-8265

MARCIA E KELLY
5897 OGILBY DR
HUDSON, OH 44236-3957

MARCIA JOHNSON
1246 N 24TH PL
FORT DODGE, IA 50501-2109

MARCIA BOUMAN
1700 8TH ST
MARTIN, MI 49070-9754

MARCIA E MILDENBURGER
10120 E LITTLE YORK RD
SCOTTSBURG, IN 47170-5249

MARCIA JUHASZ
904 TINGLER RD W
RICHMOND, IN 47374-9203

MARCIA  KING
305 W JACOB ST
GREENCASTLE, IN 46135-1273

MARCIA R MCHUGH
6951 S SUNDOWN DR
CHANDLER, AZ 85249-8649

MARCIDENE BENNING
9629 BOYD CIR
OMAHA, NE 68134-3868

MARCIA  KINSINGER
401 SW 19TH ST
RICHMOND, IN 47374-5005

MARCIA  SAWYER
14903 W GOLDWATER RIDGE DR
SURPRISE, AZ 85374-9552

MARCIE  BRIGHTWELL
4012 15TH ST
DES MOINES, IA 50313-3028

MARCIA  LACEY
PO BOX 124
HOVLAND, MN 55606-0124

MARCIA  STAPLETON
10 MARVILL DR
ALBANY, NY 12211-1206

MARCIE  MOON
452 PEARSON DR
NEW WILMINGTO, PA 16142-5218

MARCIA  LANTTO
2241 BUFFALO ST
WHITE BEAR LA, MN 55110-2332

MARCIA T PESSIN
10 RIVER HAVEN LN
EAST FALMOUTH, MA 02536-7136

MARCUS  BOHRN
10960 ARCADIA AVE
APPLE VALLEY, CA 92308-3678

MARCIA  LEE
231 MOONLIGHT BAY DR
PANAMA CITY B, FL 32407-2826

MARCIA  TAYLOR
2114 COLERIDGE DR
SILVER SPRING, MD 20910-1109

MARCY  ALTIMANO
17368 W LILAC ST
GOODYEAR, AZ 85338-2572

MARCIA  MARTIN
230 S 12TH ST
SAC CITY, IA 50583-2002

MARCIA  THIBODO
3784 BURGUNDY DR
EAGAN, MN 55122-3165

MARCY  DOCKENDORF
527 6TH ST SW
SAINT STEPHEN, MN 56375-9664

MARCIA  PFLEIGER-BLAIR
10940 LARRY DR
NORTHGLENN, CO 80233-3461

MARCIA  WALTERS
4825 LUSTER LEAF CIR APT 403
MYRTLE BEACH, SC 29577-7711

MARCY J GOLDMAN
1009 N SWEETZER AVE APT 8
WEST HOLLYWOO, CA 90069-4359

MARCIA  PORTER
PO BOX 401
LOCKWOOD, CA 93932-0401

MARCIA  WEISS
7618 DUNOON AVE
DALLAS, TX 75248-1641

MARDEL  ROCK
PO BOX 351
PLAINFIELD, IL 60544-0351

MARCIA R JOHNSON
88 KINGSBURY LN
GLASTONBURY, CT 06033-2085

MARCIA  WHEELER
1248 N BAY SHORE DR
VIRGINIA BEAC, VA 23451-3764

MARDELL D HASKINS
2345 E MAIN ST LOT 107
MESA, AZ 85213-9117

MAREE  GILLIAM
PO BOX 691
LEXINGTON, SC 29071-0691

MARGARET [MICKEY] SEUSY
1501 FLORIDA ST NE
ALBUQUERQUE, NM 87110-6807

MARGARET [PEGGY] SHAW
1438 NUMBER 10 RD
NEW COLUMBIA, PA 17856-9353

MARELLA LOGSDON
11 COTTONWOOD LN
SEAL BEACH, CA 90740-5969

MARGARET [MOKIE] STEISKAL
7350 FALLS VIEW CIR
DELAWARE, OH 43015-6013

MARGARET [PEGGY] THOMAS
28 HILLSIDE RD
HACKETTSTOWN, NJ 07840-4142

MARGARET [DIANNE] JORDAN
PO BOX 2253
SPRINGFIELD, OH 45501-2253

MARGARET [PEG] O'HARA
420 APPLETON DR
VERNON HILLS, IL 60061-1712

MARGARET A [PEGGY] FRIEDEN
217 W PLEASANTVIEW DR
HURST, TX 76054-3609

MARGARET [GARBY] WOODS
286 S ELM ST APT 15
WALLINGFORD, CT 06492-4800

MARGARET [PEGGY] ANDRADE
3823 W STATE AVE
PHOENIX, AZ 85051-8264

MARGARET A AUTEN
212 W RUSSELL ST
SALINE, MI 48176-1134

MARGARET [GEGE] KREISCHER
608 COLEBROOK CT
LUTZ, FL 33548-6186

MARGARET [PEGGY] BREESE
17 LONG ISLAND RD
SAVANNAH, GA 31411-3043

MARGARET A DAVIS
487 KENNON CIR
PALO PINTO, TX 76484-3752

MARGARET [JERRY] EDWARDS
17 ARDMORE CT
NICEVILLE, FL 32578-3927

MARGARET [PEGGY] CROWDER
7620 MARKET CART WAY
LOUISVILLE, KY 40291-2939

MARGARET A DELANEY
56 COREY LN
NIANTIC, CT 06357-1335

MARGARET [JUNE] RIDDLE MAYS
182 PRIVATE ROAD 8809
BEN WHEELER, TX 75754-5062

MARGARET [PEGGY] HOWARD
128 BONA TERRA DR
MOUNT CARMEL, IL 62863-2624

MARGARET A FORBES
709 W 5TH ST
SAINT AUGUSTI, FL 32084-3918

MARGARET [MAGGIE] HYER
6714 DUBLIN LOOP W
COLORADO SPRI, CO 80918-1221

MARGARET [PEGGY] KINDEM
1807 N 4TH ST
GRAND FORKS, ND 58203-1614

MARGARET A HALL
501 HARRELL LN APT B
CANYON, TX 79015-4261

MARGARET [MARGE] GEORGANTAS
1381 FM 812
CEDAR CREEK, TX 78612-3335

MARGARET [PEGGY] LACOSTE
236 LICHTY BLVD
WATERLOO, IA 50701-9042

MARGARET A HANSON
808 PALMERO WAY
BOULDER CITY, NV 89005-3536

MARGARET A MORIARTY
68 OLD MIDDLETOWN RD
WHARTON, NJ 07885-2822

MARGARET ANN HOOKER
3209 JANET DR
AMARILLO, TX 79109-3253

MARGARET BOE
29000 CALLE ALTA
MURRIETA, CA 92563-5642

MARGARET A O'CONNOR
2301 SABAL RIDGE CT APT H
PALM BEACH GA, FL 33418-8973

MARGARET ANN LANGER
7717 ARDENDALE RD
RICHMOND, VA 23225-1959

MARGARET BOWMAN
14015 STATE ROUTE 139
JACKSON, OH 45640-9701

MARGARET A OSTREM
106 RIDGEVIEW ST
WEST DES MOIN, IA 50265-5124

MARGARET ANN TONN
4452 OAK VIEW DR
SARASOTA, FL 34232-3462

MARGARET BOYETT
945 TATE RD
CANTONMENT, FL 32533-6460

MARGARET A RASH
8024 83RD AVE N
BROOKLYN PARK, MN 55445-2130

MARGARET ANN WILLEY
40 W FAIRWAYS CIR
SMYRNA, DE 19977-1828

MARGARET BREWER
809 N OAK ST
ROANOKE, TX 76262-5007

MARGARET A SANDERS
241 EDISON FROGJUMP RD
TRENTON, TN 38382-9740

MARGARET ARMSTRONG
10235 LAVONNE DR
IRWIN, PA 15642-2640

MARGARET BURCH
1754 HOWARD AVE
DES PLAINES, IL 60018-3026

MARGARET A STEVENS
5336 BROWN LN
MADISONVILLE, TX 77864-7051

MARGARET BARNUM
2820 BURDETTE ST APT 712
NEW ORLEANS, LA 70125-2543

MARGARET BURGESS
6678 CIBOLA RD
SAN DIEGO, CA 92120-2129

MARGARET A YARUS
4 SUFFOLK WAY
GRAYSLAKE, IL 60030-9601

MARGARET BASSFORD
2431 SE 8TH ST
DES MOINES, IA 50315-7406

MARGARET C [PEGGY] SPARRO
1404 PALMER ST
VIRGINIA BEAC, VA 23456-1487

MARGARET AHLGRIM
9029 W SILVER LAKE RD
MEARS, MI 49436-9670

MARGARET BEAMON
25470 PUMALO ST
SAN BERNARDIN, CA 92404-6508

MARGARET CARLILE
4616 N NELSON DR
PEORIA, IL 61614-5762

MARGARET AKARD
2209 HIGHWAY 126
BRISTOL, TN 37620-1509

MARGARET BERGER
955 MEARS CT
STANFORD, CA 94305-1041

MARGARET CARLISLE
115 JONES ST # A
EL DORADO, KS 67042-1471

MARGARET CATHERINE MCCLURE
1536 READE CIR
SAINT CLOUD, FL 34772-9192

MARGARET DOIEL
2565 315TH ST
MISSOURI VALL, IA 51555-8060

MARGARET EDWARDS
845 W 12TH ST
MEDFORD, OR 97501-3421

MARGARET COLBERT
152 BRIGHT OAKS CIR
CARY, IL 60013-1522

MARGARET DOUGLAS
13597 HERITAGE ST
CARLETON, MI 48117-9426

MARGARET ELAINE ZIMMERMAN
100 LAKE BLVD APT 603
BUFFALO GROVE, IL 60089-4381

MARGARET COLE
5913 DOG LEG CT
GRANBURY, TX 76049-4184

MARGARET E [MEG] GREEN
21 ALGONQUIN AVE
ANDOVER, MA 01810-5527

MARGARET EVANS
600 WALL ST
MILTON, PA 17847-2228

MARGARET COOK
2921 S 7TH ST
KEOKUK, IA 52632-3617

MARGARET E CLENDENEN
1411 E MCNAIR DR
TEMPE, AZ 85283-5021

MARGARET FENNER
30008 FERN DR
WILLOWICK, OH 44095-4844

MARGARET COYNE
6149 N NASSAU AVE
CHICAGO, IL 60631-2608

MARGARET E GREEN
7552 SE MARSH FERN LN
HOBE SOUND, FL 33455-7842

MARGARET FINNEGAN
7607 WEBSTER RD
MIDDLEBURG HE, OH 44130-6604

MARGARET D BRADLEY
PO BOX 521
EAST MACHIAS, ME 04630-0521

MARGARET E HALE
14480 N74 RD
MONTROSE, CO 81401-9738

MARGARET FINNIN
1507 GLENLEAF DR
PEACHTREE COR, GA 30092-6114

MARGARET D GATES
408 CRANE ST
SWEETWATER, TX 79556-4604

MARGARET E LEE
3356 CIRCLE OAKS TRL
DELAND, FL 32724-1340

MARGARET FISCHIONE
9375 DOROTHY DR
STREETSBORO, OH 44241-5418

MARGARET D PRUITT
5408 DEWEY ST
WICHITA FALLS, TX 76306-1305

MARGARET E MCQUILLAN
416A HERITAGE VLG
SOUTHBURY, CT 06488-1727

MARGARET FLOWERS
85 KEENELAND TRL
CORBIN, KY 40701-8544

MARGARET DIANE ANDREJCIK
367 JOHN ST
SOUTH AMBOY, NJ 08879-1745

MARGARET E STRIGGOW
70 HAVEN LN
TIGER, GA 30576-2214

MARGARET GOOD
882 VALLEY CREST DR
CARSON CITY, NV 89705-6883

MARGARET H PIERCE
11983 WINDSOR MOSS
ELLICOTT CITY, MD 21042-7113

MARGARET J [PEG] STAUFFER
58 REDWOOD CIR
EPHRATA, PA 17522-9542

MARGARET KALLA
1302 E MINNESOTA ST
SAINT JOSEPH, MN 56374-8646

MARGARET HAINES
523 MYSTIC LN
ARNOLD, MD 21012-2007

MARGARET J [PEGGY] VERGERONT
2109 MADISON ST
MADISON, WI 53711-2131

MARGARET KASPAR
13330 DEL MONTE DR APT 10R
SEAL BEACH, CA 90740-4555

MARGARET HARRELL
6224 SAINT JAMES DR
CARMICHAEL, CA 95608-0941

MARGARET J DE BIASSE
48 PATRICK DR
MANAHAWKIN, NJ 08050-5322

MARGARET KELLY-MACDONALD
219 WESTRIDGE PL N
PHOENIXVILLE, PA 19460-3380

MARGARET HARTMAN
11 HIGH RIDGE RD
SANTA FE, NM 87506-0125

MARGARET J JOHNSON
5221 44TH ST
SACRAMENTO, CA 95820-5133

MARGARET KENNEFICK
2029 TURTLE POND DR
RESTON, VA 20191-4005

MARGARET HELENA SMITH
382 ROLLING MEADOWS LN
KYLE, TX 78640-5122

MARGARET J MCCLURE
4570 ALLENTOWN RD
LIMA, OH 45807-1926

MARGARET KENNY
14 BEAVER DAM RD
RANDOLPH, NJ 07869-3803

MARGARET HILL
2755 BARNES STORE RD
PROVIDENCE, KY 42450-9453

MARGARET JACKSON
1682 COLEUS CV
LAKELAND, FL 33803-1628

MARGARET KIELY
23 WISTERIA AVE
MINEOLA, NY 11501-4627

MARGARET HOLMESTAD
2130 COUNTY ROAD 123
INTERNATIONAL, MN 56649-8812

MARGARET JANE LUCAS
11683 PARKWAY DR
IRWIN, PA 15642-2062

MARGARET KING
7572 MESTER RD
CHELSEA, MI 48118-9519

MARGARET HONEYCUTT
801 N POPLAR ST
APPLETON CITY, MO 64724-1528

MARGARET JOHNSON
PO BOX 1204
BENTON, IL 62812-5204

MARGARET L BALDUCKI
1255 ORCUTT RD SPC B29
SAN LUIS OBIS, CA 93401-4989

MARGARET IRENE VOSS
13104 N 103RD PL
SCOTTSDALE, AZ 85260-9002

MARGARET KAETTERHENRY
796 FAIRWAY DR
MOSINEE, WI 54455-8278

MARGARET L MEYER
2151 SHENANDOAH DR
LEAVENWORTH, KS 66048-6533

MARGARET LANYON
661 CALERA ST APT 1
PITTSBURGH, PA 15207-1924

MARGARET M MOORE
351 GARFIELD ST
BRISTOL, PA 19007-4101

MARGARET MCCAULEY
2718 E 58TH ST
DAVENPORT, IA 52807-3541

MARGARET LEUSENRING
249 GEORGE ST
SOUTH AMBOY, NJ 08879-1737

MARGARET M. WIKER
919 BAY STREET #58
FALL RIVER, MA 02724

MARGARET MCDONNELL
12952 MIRAR DE VALLE
VALLEY CENTER, CA 92082-7132

MARGARET LEWIS
2456 CATALINA CT
RICHLAND, WA 99354-1928

MARGARET MARKEY
211 CERET CT SW
VIENNA, VA 22180-6209

MARGARET MCLEAN DUNCAN
3620 GENERAL BATE DR
NASHVILLE, TN 37204-3813

MARGARET LOMAX
1612 CALVARY RD
BEL AIR, MD 21015-6408

MARGARET MARTIN
8 MONROE AVE APT 2
BAYVILLE, NY 11709-1300

MARGARET MILLER
508 W MULLER RD
EAST PEORIA, IL 61611-4708

MARGARET LORD
917 RAPPAIX CT
TOWSON, MD 21286-7909

MARGARET MARY [MIMI] BARKER-FLANNAGAN
1309 ARROWMINK RD
VILLANOVA, PA 19085-2147

MARGARET MOON
3876 HARTWELL RD
SARANAC, MI 48881-9739

MARGARET LORENZ
1213 N CENTER ST
JOLIET, IL 60435-4317

MARGARET MARY VIOLI
349 WALNUT LN
MASON, OH 45040-2012

MARGARET MORETZ
8645 WAGNER RD
BRISTOL, VA 24202-2311

MARGARET LYERLY
1398 STOKES RD
MEDFORD, NJ 08055-8633

MARGARET MASHAW
85 SEASCAPE AVE
MIDDLETOWN, RI 02842-5855

MARGARET MORROW
102 E MORNINGSIDE DR
OAK RIDGE, TN 37830-8300

MARGARET M ALWINE
683 TRENTON RD
FAIRLESS HILL, PA 19030-2407

MARGARET MASON
11004 CEDAR CREEK RD
LOUISVILLE, KY 40229-2412

MARGARET MORROW
A76 WOODSIDE GDNS
ROSELLE PARK, NJ 07204-1007

MARGARET M MCALEVY
34312 HIDE A WAY CT
FRANKFORD, DE 19945-3123

MARGARET MCCARTER
1279 SPRINGLAKE RD
YORK, SC 29745-8708

MARGARET N [TRICKY] WATERH
2807 DANBURY LN
TOMS RIVER, NJ 08755-2574

MARGARET P MELLO
24 N BEACON TER
MIDDLETOWN, RI 02842-4815

MARGARET REIS
723 UNION AVE
ROMEOVILLE, IL 60446-1431

MARGARET SCHMELING
201 PARK AVE
MADISON, MN 56256-1700

MARGARET PIDY LINDERMAN
5398 S 3375 W
ROY, UT 84067-9283

MARGARET RELLSTAB
413 KENTUCKY TRL
BROWNS MILLS, NJ 08015-5528

MARGARET SCHUCKER
2830 COLT RD
RANCHO PALOS, CA 90275-6506

MARGARET PONIKVAR
5820 RIDGEVIEW LN
WILLOUGHBY, OH 44094-3083

MARGARET REYNOLDS
4611 S T CIR
FORT SMITH, AR 72903-3504

MARGARET SCHULTZ
61 DUNSTABLE RD
SOUTHAMPTON, NJ 08088-1003

MARGARET PORTEUS
PO BOX 495
OYSTER BAY, NY 11771-0495

MARGARET ROBERTSON
316 FITE RD
ARKADELPHIA, AR 71923-8555

MARGARET SENECAL
14 WINSLOW DR
SCHENECTADY, NY 12309-3216

MARGARET PRYOR
428 N HITE AVE APT 18
LOUISVILLE, KY 40206-1127

MARGARET ROBSON
3201 JEROME PRAIRIE RD
GRANTS PASS, OR 97527-9153

MARGARET SHAFFER
720 HIDDEN VALLEY DR
RICHMOND, IN 47374-5154

MARGARET R [MAGGIE] MCFERRAN
100 MADELINE CT
CORRALES, NM 87048-6911

MARGARET ROSE
3111 CANAL AVE APT 210
GRANTS PASS, OR 97527-6373

MARGARET SHARP
585 CHENERY ST
SAN FRANCISCO, CA 94131-3031

MARGARET R [PEGGY] COOPER
7 MCKENZIE CIR
NORTH AUGUSTA, SC 29841-4319

MARGARET RUTTER-TODD
4128 TORONTO ST
AMES, IA 50014-3847

MARGARET SHOQUIST
327 N 52ND AVE W APT 3
DULUTH, MN 55807-2580

MARGARET R FLOOD
15 PRINCE ST
BROOKLINE, MA 02445-7504

MARGARET S MATHIS
1261 MCGIRTS CREEK DR E
JACKSONVILLE, FL 32221-3106

MARGARET SKOOG
15377 479TH AVE
MILBANK, SD 57252-5936

MARGARET R MCCULLEY
6801 ANTELOPE BLVD
INDIANAPOLIS, IN 46278-1877

MARGARET S MOORE
4005 SPRING MEADOW CRES
CHESAPEAKE, VA 23321-3117

MARGARET SMITH
1316 N WILLIAM ST
JOLIET, IL 60435-4148

MARGARET SPROTT
11514 REGENCY DR
POTOMAC, MD 20854-3733

MARGARET WALDORF
14916 HUMMINGBIRD HL
COLLINSVILLE, OK 74021-5669

MARGARETTE [RITA] DALEY
1310 ROYAL PALM LN
CARROLLTON, TX 75007-1034

MARGARET SUE KAUFMAN
72 QUISISANA DR
KENTFIELD, CA 94904-1524

MARGARET WATTS
1114 SE 10TH ST
OCALA, FL 34471-4569

MARGARITA F [VICKY] GIBSON
8904 PEABODY ST
MANASSAS, VA 20110-2515

MARGARET SZABOLSCKY
6221 HARDIN PINES RD
REMINGTON, VA 22734-2336

MARGARET WESTER
RR 1 BOX 59B
GOLDEN EAGLE, IL 62036-9708

MARGARY ESPEY
341 N 8TH AVE E
HARTLEY, IA 51346-1216

MARGARET THERESA BARTLETT
235 E 95TH ST APT 12D
NEW YORK, NY 10128-4018

MARGARET WESTERMAIER
309 HUTCHINSON AVE
HADDONFIELD, NJ 08033-3915

MARGE BALL
26686 SADDLEBACK DR
MISSION VIEJO, CA 92691-5146

MARGARET THOMPSON
23146 MARBLE WAY
CALIFORNIA, MD 20619-2176

MARGARET WHITE
360 GEORGE ST
SOUTH AMBOY, NJ 08879-1740

MARGE GLICK
121 PEARSON RD
BELTON, SC 29627-9236

MARGARET THOMPSON
441 PAPAYA CIR
BAREFOOT BAY, FL 32976-6852

MARGARET WILLIAMS
5717 E HAMPTON BLVD
OAKLAND GARDE, NY 11364-2035

MARGE PITTENRIDGE
13900 S HARVEY AVE
OKLAHOMA CITY, OK 73170-6872

MARGARET TON
20 DOWNING PARK CT
BREVARD, NC 28712-4081

MARGARET WOLFE
15 BANBURY LN
SOUTHAMPTON, NJ 08088-1222

MARGE SMITH
9027 VINEWOOD LN N
MAPLE GROVE, MN 55369-9594

MARGARET TRAVIS
2265 DENNIS RD
WILLIAMSTON, MI 48895-9745

MARGARET WOOLEY
PO BOX 550
MOUNTAIN HOME, ID 83647-0550

MARGE STRUM
434 W MAIN ST
NEW HAMPTON, IA 50659-1612

MARGARET VENEKLASEN
205 WILLIAMS ST
SANTA FE, NM 87501-1120

MARGARET WRIGHT
7512 CHERRY BLOSSOM LN
KNOXVILLE, TN 37931-3489

MARGEAN POWERS
2920 CRYSTAL LN
KALAMAZOO, MI 49009-2108

MARGEE STRUB
1011 MERCHANTS DR APT 103
DALLAS, GA 30132-7526

MARGERY FOX
2225 ALICE RD
SARASOTA, FL 34231-4205

MARGIE POMMER
1047 ROYALIST RD
MOUNT PLEASAN, SC 29464-9562

MARGENE GRANGER
730 SORRENTO INLT
NOKOMIS, FL 34275-1421

MARGERY KRON
15 ASHWOOD DR
IOWA CITY, IA 52245-3202

MARGIE WIDMANN
1138 YOUNGS FORD RD
GLADWYNE, PA 19035-1326

MARGENE ODOM
601 KITSON ST
GREENWOOD, SC 29646-2185

MARGERY MCFARLAND
79 SONGBIRD LN
TIVERTON, RI 02878-2379

MARGIE WRIGHT
25 GLENWOOD RD
ALBANY, NY 12204-2406

MARGENE OLSON
16836 16TH AVE SW
NORMANDY PARK, WA 98166-3457

MARGERY SORENSON
120 W KURLENE DR
MACOMB, IL 61455-1008

MARGO FOSTER
129 SOMERS AVE
MOORESTOWN, NJ 08057-3437

MARGENE SULLIVAN
15405 CANA PINE CREEK RD
CHICO, CA 95973-9428

MARGIE B LABADIE
217 S EDINBOROUGH ST
RED SPRINGS, NC 28377-1233

MARGO G WILLIAMS
486 BRENDA DR
MADISON, AL 35758-1364

MARGERY A HANNAH
620 IDA ST
JOLIET, IL 60436-2749

MARGIE BYNUM
23 W TOWNHOUSE LN
GRAND PRAIRIE, TX 75052-6222

MARGO STRONG
3329 M ST
EUREKA, CA 95503-5459

MARGERY CORNWELL
86 SAINT JAMES PL
BROOKLYN, NY 11238-1211

MARGIE CALHOUN
370 E 77TH ST
SHREVEPORT, LA 71106-4918

MARGO WALTER
1579 N WATSON WAY
EAGLE, ID 83616-7015

MARGERY DOSS
3115 EDWARDS PL
MARYLAND HEIG, MO 63043-1869

MARGIE LEACH RN
14331 BROADGREEN DR
HOUSTON, TX 77079-6604

MARGUERITE [PEGGI] STEPHEN
9950 RAMM RD
MONCLOVA, OH 43542-9505

MARGERY ELLIS
230 W JOLIET HWY
NEW LENOX, IL 60451-2112

MARGIE PEARL WOODS
1219 ROWELL AVE
JOLIET, IL 60433-2813

MARGUERITE ALBERT
1028 HORACE ST
NEW ORLEANS, LA 70114-1726

MARGUERITE BANKS
PO BOX 669
EL DORADO, KS 67042-0669

MARGUERITE NALBACH
35 OAKVIEW AVE
FARMINGDALE, NY 11735-2724

MARIA FASULO
802 70TH ST
BROOKLYN, NY 11228-1013

MARGUERITE BLOOM
74 BROWN RD
SCARSDALE, NY 10583-5304

MARGUERITE THOMAS
1760 MORANE MANOR DR
SAINT GEORGE, UT 84790-4830

MARIA GAMEZ
PO BOX 35
TECOPA, CA 92389-0035

MARGUERITE BURG
15791 PRENTISS POINTE CIR AP
FORT MYERS, FL 33908-4191

MARGUERITE TRICARICO
237 SPRUCE DR
BRICK, NJ 08723-7150

MARIA NITTI
16915 21ST RD
WHITESTONE, NY 11357-4103

MARGUERITE DAVISON
3031 COUNTY ROAD 2 S
INTERNATIONAL, MN 56649-9145

MARIA [MARY] SCHWEGEL
63602 N DOUGLASS RD
WEST RICHLAND, WA 99353-9160

MARIA O'HARA
71 MONTROSE RD
COLTS NECK, NJ 07722-1641

MARGUERITE G JOHNSON
108 S BOYD ST
RINCON, GA 31326-9220

MARIA A BALL
70 1/2 S 16TH ST
RICHMOND, IN 47374-5645

MARIA PECCIA
315 CARNATION DR
FARMINGDALE, NY 11735-7012

MARGUERITE KOSLUCHER
2010 5TH AVE E APT 205
HIBBING, MN 55746-1783

MARIA BROOK
2305 PLEASURE DR
RENO, NV 89509-3516

MARIA PRASSINOS
300 PARSIPPANY RD APT 30J
PARSIPPANY, NJ 07054-5147

MARGUERITE L CULP
7960 CENTER ST APT 122
MENTOR, OH 44060-7867

MARIA C CURCIARELLO
435 W ERIE ST APT 1502
CHICAGO, IL 60654-6981

MARIA RISPOLI
613 MASSACHUSETTS AVE
ALDAN, PA 19018-3214

MARGUERITE M COLLARD
3014 D 1/2 RD
GRAND JUNCTIO, CO 81504-2513

MARIA CRISTINA PARDO
26823 82ND AVE
NEW HYDE PARK, NY 11040-1814

MARIA ROBERTS
720 WILDWOOD DR
LAKE DALLAS, TX 75065-2522

MARGUERITE MULLIN
2405 15TH ST # 214
TROY, NY 12180-1702

MARIA E STEIN
1377 E STATE HIGHWAY 159
FAYETTEVILLE, TX 78940-5139

MARIA ROSE MASSA
15054 20TH AVE
WHITESTONE, NY 11357-3133

MARIA WEISSMAN
289 WELLESLEY ST
WESTON, MA 02493-2621

MARIAN E STAUFFER
15056 COUNTRY TRL
LEROY, MI 49655-8111

MARIAN KLING
444 W BROAD ST UNIT 304
FALLS CHURCH, VA 22046-3346

MARIALICE C SANDISON
2207 GRANDVIEW BLVD
SIOUX CITY, IA 51104-3838

MARIAN ERMELS
914 WATER ST
WEBSTER CITY, IA 50595-2031

MARIAN KNIGHT
5609 CREEK BED LN
HIGH POINT, NC 27265-3195

MARIAN ALLEN
27608 MAYFAIR AVE
BROWNSTOWN TO, MI 48183-4897

MARIAN F MANDELL-JACOBSON
75 HIGHLAND ST
WEST NEWTON, MA 02465-2404

MARIAN LECOUNT
801 TRAVIS ST
SPRING GREEN, WI 53588-9447

MARIAN BARNES
3812 BOYER RD
FALLON, NV 89406-8225

MARIAN GALVIN
12517 PEPPERWOOD DR
SAINT LOUIS, MO 63146-3813

MARIAN MCGRANE
52 BEECH ST
FLORAL PARK, NY 11001-3103

MARIAN C FLANIGAN
4830 W 103RD AVE
WESTMINSTER, CO 80031-2325

MARIAN GIRRENS
606 N BAY COUNTRY ST
WICHITA, KS 67235-1336

MARIAN NOE
318 MONROE NUNLEY RD
HAZEL GREEN, AL 35750-8222

MARIAN CAUDILL
6115 LOVERS LN
FERN CREEK, KY 40291-1237

MARIAN GROFF
148 RESERVOIR RD
STRASBURG, PA 17579-9713

MARIAN PAGEL
2275 STATE HIGHWAY 19
MARSHALL, MN 56258-5450

MARIAN CHOPPY
716 W GLENVIEW DR
WEST GROVE, PA 19390-2102

MARIAN I OSTER
39 KEVIN CT
LEOLA, PA 17540-1331

MARIAN PENCHEFF
94 HADLEY RD APT 205
GREENVILLE, PA 16125-1264

MARIAN DAVIS
17401 MULLEN RD
MEADVILLE, PA 16335-6235

MARIAN J BJORNSTAD
3400 WAGNER HEIGHTS RD APT 2
STOCKTON, CA 95209-4887

MARIAN PERRY
PO BOX 304
PATEROS, WA 98846-0304

MARIAN E KNEER PHD
13919 S TAMARACK DR
PLAINFIELD, IL 60544-6354

MARIAN JANSSEN
981 STONEBROOK DR # 2
ALBANY, MN 56307-4105

MARIAN R SIEGLE
2311 RADCLIFF VILLAGE DR SE
GRAND RAPIDS, MI 49546-7724

MARIAN RICKEY
4705 W WASHINGTON ST
SPRINGFIELD, IL 62711-9278

MARIANNA SPAIN
8550 N GRANBY AVE APT 214
KANSAS CITY, MO 64154-1238

MARIANNE LABARBARA
504 BASSI DR
MCKEESPORT, PA 15132-6601

MARIAN SCHOENER
310 KENWOOD AVE
JOLIET, IL 60435-1350

MARIANNA TEETER
310 N DIVISION ST
UNION CITY, OH 45390-1620

MARIANNE LAMPE
404 BROAD ST
GRINNELL, IA 50112-2408

MARIAN SCHWARTZ
27110 GRAND CENTRAL PKWY APT
FLORAL PARK, NY 11005-1231

MARIANNE ALLEN
1530 PALISADE AVE
FORT LEE, NJ 07024-5471

MARIANNE MAURER
41700 STANDISH DR
CLINTON TOWNS, MI 48038-2199

MARIAN SLOPE
1063 W VALENCIA MESA DR
FULLERTON, CA 92833-2236

MARIANNE BRACCHI
602 SABAL PALM LN
PALM BEACH GA, FL 33418-8076

MARIANNE OLESKI
5520 ABEL MERRIL RD
COLUMBUS, OH 43221-5552

MARIAN SMITH
806 S EAST ST
FENTON, MI 48430-2905

MARIANNE BRUNEMANN
14726 OSPREY POINT DR
FORT MYERS, FL 33908-7912

MARIANNE REID JONES
2110 PEBBLE BEACH DR
LEAGUE CITY, TX 77573-4452

MARIAN TURK
801 N VENETIAN DR APT 801
MIAMI BEACH, FL 33139-1068

MARIANNE FUJITA
1419 W 187TH ST
GARDENA, CA 90248-3916

MARIANNE SAYLOR
960 WESTPORT DR
PORT EDWARDS, WI 54469-1171

MARIAN VANDERHAM
2655 HIGHRIDGE DR
CHINO HILLS, CA 91709-4877

MARIANNE HARDEN WYLLY
3691 SINCLAIR DAM RD NE
MILLEDGEVILLE, GA 31061-9321

MARIANNE SCHAFFNER
1645 RIDGEFIELD RD
FREEPORT, IL 61032-6125

MARIAN WILLIAMS
1450 HONEYSUCKLE DR NE
ALBUQUERQUE, NM 87122-1144

MARIANNE KESSLER
3369 N 125TH ST
OMAHA, NE 68164-4288

MARIANNE SELZ
N4722 US HIGHWAY 12
HUMBIRD, WI 54746-8010

MARIANN MENGES
6 ANFRED WALK
SAINT LOUIS, MO 63132-4902

MARIANNE KISSINGER
37 EASTPORT CT
RED BANK, NJ 07701-5431

MARIANNE SHEEHAN
2404 SIERRA HEIGHTS DR
LAS VEGAS, NV 89134-5136

MARIANNE SMOOT
12471 HANDLES PEAK WAY
PEYTON, CO 80831-4463

MARIE AVENI
6733 WATERFORD LN
MENTOR, OH 44060-4568

MARIE E DELORENZO
42 CLERMONT ST
ALBANY, NY 12203-2403

MARIANNE SOLEM
604 MARION ST
DES MOINES, IA 50315-3574

MARIE BAGAROZZA
861 WRAIGHT AVE
BRICK, NJ 08724-2144

MARIE E HECK
300 HIGH GABLES DR APT 401
GAITHERSBURG, MD 20878-7429

MARIANNE WONSON
121 WALNUT ST
HADDONFIELD, NJ 08033-1854

MARIE BEHNKE
101 PLAZA REAL S APT 933
BOCA RATON, FL 33432-4852

MARIE F STRYSIK
2305 GREEN ST
CREST HILL, IL 60403-1725

MARIANNE ZEIGLER
3400 MAPLEWOOD ST
SIOUX CITY, IA 51104-2239

MARIE BLEDSOE
39 CLIFT TRL
ROSSVILLE, GA 30741-1419

MARIE FARRELL
127 BLOCK ST
WILLIAMSTON, MI 48895-9019

MARIBETH SAUDER
3111 LITITZ PIKE APT 204
LITITZ, PA 17543-8427

MARIE BOWKER
3165 DIUBLE RD
ANN ARBOR, MI 48103-9605

MARIE FORD
2107 PINE VALLEY DR
TIMONIUM, MD 21093-3013

MARIBETH WITKOWSKI
960 S COLONIAL PKWY
SAUKVILLE, WI 53080-2204

MARIE BURROUGHS
11 MINE HILL RD
WEST REDDING, CT 06896-2701

MARIE GAFFNEY-NELSON
13225 SHADOW CANYON TRL
BROOMFIELD, CO 80020-5573

MARIE [LUCIE] DAVIDSON
5400 N NORTHWEST HWY APT 514
CHICAGO, IL 60630-1150

MARIE DELEHANTY
632 LYNBROOK AVE
TONAWANDA, NY 14150-7310

MARIE HAASE
1840 COMISKY CT
ELY, IA 52227-9664

MARIE [RERE] BOYLAN
328 SHEFFIELD AVE
MILL VALLEY, CA 94941-3860

MARIE DONALDSON
5740 LAGUNA PARK DR
ELK GROVE, CA 95758-4754

MARIE HANCHARIK
720 ASHTON CT
NORTH HUNTING, PA 15642-3693

MARIE ABLOVE
7425 PELICAN BAY BLVD APT 16
NAPLES, FL 34108-5507

MARIE DUCA
145 EASTBOURNE CT UNIT B
RIDGE, NY 11961-8049

MARIE HANNAN
18 E LIDO PROMENADE
LINDENHURST, NY 11757-6705

MARIE HAWORTH
525 W EL NORTE PKWY SPC 114
ESCONDIDO, CA 92026-3910

MARIE LAVIN
19 SHOREDALE DR
MANHASSET, NY 11030-2221

MARIE REALI
330 GREENBRIAR DR
AVON LAKE, OH 44012-2156

MARIE HERBST
175 TAYLOR AVE
CHESHIRE, CT 06410-2152

MARIE LAWRENCE
1736 LANCEWOOD PL
LIMA, OH 45805-1023

MARIE SCOTT
1210 S F ST APT 17
OSKALOOSA, IA 52577-3729

MARIE HOPKINS
1614 CATHERINES LAKE RD
JACKSONVILLE, NC 28540-8752

MARIE M HIGINBOTHAM
36 HIGHLAND AVE
MADISON, NJ 07940-2150

MARIE SKOWRON
PO BOX 182
CENTER HARBOR, NH 03226-0182

MARIE KAELIN
166 N PEMBERTON RD
PEMBERTON, NJ 08068-1321

MARIE MANCUSO
1460 N SANDBURG TER APT 503
CHICAGO, IL 60610-5552

MARIE STEWARD
722 N WASHINGTON ST
LOWELL, MI 49331-1156

MARIE KATHLEEN VAUGHN
7119 LANGDON LN
HOUSTON, TX 77074-4735

MARIE MARSHALL
430 S KEITH ST
CROSBYTON, TX 79322-3024

MARIE STIEGLER
20 RIDGEWOOD AVE
STATEN ISLAND, NY 10312-3813

MARIE KENNY
RR 2 BOX 1498
WHEATLAND, MO 65779-9700

MARIE MASTERS
912 5TH AVE SE
SAINT CLOUD, MN 56304-1406

MARIE STRZELEC
7810 BROOKHAVEN AVE
DARIEN, IL 60561-4510

MARIE L [MARY LOU] DISALVO
11 ALMOND LN
LEVITTOWN, PA 19055-1209

MARIE MEALIFF
4101 ASHWORTH RD
WEST DES MOIN, IA 50265-3051

MARIE SUTHERLAND
PO BOX 263
SOUTH PITTSBU, TN 37380-0263

MARIE LAMB
PO BOX 7293
PORTSMOUTH, VA 23707-0293

MARIE MULLAN
590 SANDSTONE DR
ATHENS, GA 30605-3438

MARIE T TRAVISON
17 WESTERN AVE
DELMAR, NY 12054-1612

MARIE LASCH
54 GLASTON CT
VOORHEESVILLE, NY 12186-9567

MARIE NYITRAY
11833 JAMES ST APT A19
HOLLAND, MI 49424-7717

MARIE VAROZ
2495 E CINNABAR LN
SALT LAKE CIT, UT 84121-3926

MARIE WOLFSTIRM
101 FREEPORT BLVD
TOMS RIVER, NJ 08757-6119

MARIE ZAK
24463 HERITAGE DR
WOODHAVEN, MI 48183-3767

MARIE ZAREN
3166 HIGHWAY 332
INTERNATIONAL, MN 56649-8921

MARIEANNE WASON
246 LITTLE NECK RD
CENTERPORT, NY 11721-1146

MARIEN WONER
248 EDINBURGH RD
SAN ANGELO, TX 76901-9504

MARIETTA GANN
312 MARMATON RD
EL DORADO, KS 67042-3078

MARIETTA KLAPPER
8543 QUAIL HOLLOW RD
INDIANAPOLIS, IN 46260-2208

MARIGAY ALLEN
6147 FARMSTEAD PL
COLORADO SPRI, CO 80925-1347

MARIJANE BUINING
13246 N 108TH AVE
SUN CITY, AZ 85351-2616

MARIKAY LINDSTROM
708 MONTCLAIR DR
SANTA PAULA, CA 93060-1659

MARILEA SWENSON
1871 PACIFIC BEACH DR
SAN DIEGO, CA 92109-6168

MARILLA [RILLA] BAXTER
3735 BRANDYWINE ST
SAN DIEGO, CA 92117-5738

MARILOU CROUCH
413 S YALE AVE
ARLINGTON HEI, IL 60005-2237

MARILOU REED
1715 W BROADLAND LN
LAKE FOREST, IL 60045-4817

MARILYN [BOOTS] TILLMAN
2325 NW HIGHLAND AVE SPC 7
GRANTS PASS, OR 97526-3359

MARILYN [MARY LYNN] DEATON
3700 WOOD HILL DR
TALLAHASSEE, FL 32303-2068

MARILYN [MERNIE] FIDAY
3495 AMERICAN DR APT 301
COLORADO SPRI, CO 80917-5733

MARILYN [SUE] PRIEST
2379 GRAHAM SCHOOL RD
GALLIPOLIS, OH 45631-9073

MARILYN A KING
251 N FERNWOOD DR
LIMA, OH 45805-2150

MARILYN A LINDNER-BOMBECK
823 S STUHR RD
GRAND ISLAND, NE 68801-8106

MARILYN A SCHULTZ
1326 ALMDALE DR
FORT WAYNE, IN 46818-8430

MARILYN A SCOTT
4205 HUNTER GREEN CT
HENRICO, VA 23294-5629

MARILYN A WERNER
5 FAIRWAY DR
NORTH WINDHAM, CT 06256-1351

MARILYN AGEE
3601 WATERFORD ST
RICHMOND, IN 47374-7929

MARILYN ALLEN
5512 PLEASANT CENTER RD
YODER, IN 46798-9746

MARILYN AYALA
1701 HOOVER TRL
MCHENRY, IL 60051-3608

MARILYN BARGE
352 W WOOD ST
VERSAILLES, OH 45380-1232

MARILYN BIRMINGHAM
8539 ATHENIAN DR
UNIVERSAL CIT, TX 78148-2603

MARILYN BONCELA
2919 EMERALD LAKES BLVD
WILLOUGHBY HI, OH 44092-2718

MARILYN BRIAN
65 OLD FORT DR
HILTON HEAD, SC 29926-2699

MARILYN BROWN
PO BOX 106
FAIRVIEW, MO 64842-0106

MARILYN BURNS
19 BRIARFIELD LN
HUNTINGTON, NY 11743-3844

MARILYN CHAMBERLAIN
6967 E CALLE CERCA
TUCSON, AZ 85715-4903

MARILYN CLARK
7459 FM 1388
KAUFMAN, TX 75142-8733

MARILYN COOPER
21 SCARBROUGH LOOP
HUMBOLDT, TN 38343-8419

MARILYN COOPER
191 PRESIDENTIAL BLVD UNIT 8
BALA CYNWYD, PA 19004-1261

MARILYN COOVERT
1731 OAK ST
HAMILTON, IL 62341-1732

MARILYN CRAWLEY
PO BOX 140103
NASHVILLE, TN 37214-0103

MARILYN CURNOW
PO BOX 655
POSTVILLE, IA 52162-0655

MARILYN DAKINS
8050 SHEILA LN
WISCONSIN RAP, WI 54494-9213

MARILYN DELAY
1701 CAMPUS DR UNIT 1420
CLIVE, IA 50325-6622

MARILYN DOUGLAS
360 MACLANE ST
PALO ALTO, CA 94306-3303

MARILYN E HAMBY
123 E KIRKWOOD AVE
DES MOINES, IA 50315-1719

MARILYN E LEGAN
1805 KELLY AVE
CREST HILL, IL 60403-2315

MARILYN E WEISMAN
31 DEERFIELD RD
WEST CALDWELL, NJ 07006-8009

MARILYN ELGIN
206 DOGWOOD LN
UPPER SANDUSK, OH 43351-9605

MARILYN ELMORE
3309 W OAKELLAR AVE
TAMPA, FL 33611-2919

MARILYN ERICKSON
5496 5TH AVE N
WISCONSIN RAP, WI 54495-9204

MARILYN ESTHER CHARETTE
88 SOMERSETT DR
MYSTIC, CT 06355-2152

MARILYN EVANS
7979 WASTLER RD
BROOKVILLE, OH 45309-7230

MARILYN F SNYDER
9123 LOXFORD ST
LITHIA SPRING, GA 30122-6414

MARILYN FANNON
3945 HICKORY ST
SEAFORD, NY 11783-2603

MARILYN FAUSER
603 E WILLCOX AVE
PEORIA, IL 61603-1851

MARILYN FLORO
4176 ENGLISH HOLLY CIR
RICHMOND, VA 23294-5933

MARILYN FRANKS
405 SUNSET ST APT B
CLIFTON, TX 76634-1878

MARILYN H POTTER
995 DYE MILL RD
TROY, OH 45373-4275

MARILYN HUGHEY
3101 OLD PECOS TRL UNIT 684
SANTA FE, NM 87505-9548

MARILYN GAFFEY
9 THE WOODS NE
IOWA CITY, IA 52240-7986

MARILYN HAGLE
PO BOX 147
BLOOMING GROV, TX 76626-0147

MARILYN HUMPHREY
159 WARTMAN RD
COLLEGEVILLE, PA 19426-1720

MARILYN GALBRAITH
9900 BOULDIN RD
IRWIN, PA 15642-2410

MARILYN HANSEN
500 HUNTINGTON RD
EASLEY, SC 29642-1943

MARILYN IRVIN
2254 S RIVERSIDE DR TRLR 52
IOWA CITY, IA 52246-5851

MARILYN GAUTHIER
1016 S 21ST ST
RICHMOND, IN 47374-6533

MARILYN HARRIS
367 CLIFF OVERLOOK
NOBLESVILLE, IN 46062-8480

MARILYN IRVING
326 NW PLEASANT VIEW DR
GRANTS PASS, OR 97526-1025

MARILYN GETTINGER
121 SEVERIN CT
CRANFORD, NJ 07016-3140

MARILYN HAYDEN
6920 WHITMORE PL
NEW ORLEANS, LA 70128-2605

MARILYN J ALLMANDINGER
4005 HANNA ST
FORT WAYNE, IN 46806-1821

MARILYN GILL
34 FAIRVIEW AVE
MADISON, NJ 07940-1630

MARILYN HILL
22049 2ND AVE
OTSEGO, MI 49078-9406

MARILYN J BOGUE
3898 N BROADWAY
GENEVA, OH 44041-7745

MARILYN GREEN
6844 BRANDY LN
QUINLAN, TX 75474-4004

MARILYN HODGES
2782 LITTLE SULPHUR CREEK RD
BIG SANDY, TN 38221-4363

MARILYN J FANCHER
2770 E CROSS RD
MADISON, IN 47250-8414

MARILYN GRUNEWALD
726 MAQUAM SHORE RD
SWANTON, VT 05488-8438

MARILYN HOLLAND
1831 RAVENWOOD DR APT 10
MOBERLY, MO 65270-3042

MARILYN J FICELI
1185 KENSINGTON ST NW
GRAND RAPIDS, MI 49534-2174

MARILYN GUINN
3103 NE 171ST ST
RIDGEFIELD, WA 98642-8099

MARILYN HOLMES
18531 MORRIS AVE
HOMEWOOD, IL 60430-3625

MARILYN J SWANSON
PO BOX 2794
DURANGO, CO 81302-2794

MARILYN JANE HATHAWAY
2101 MARIYANA AVE
GALLUP, NM 87301-5629

MARILYN KOBLITZ
44 SPYGLASS DR
LITTLETON, CO 80123-6651

MARILYN LEROY
5522 BRADSHAW ST
SHAWNEE, KS 66216-1617

MARILYN JOHNSON
15 VIRGINIA AVE
LAKE HOPATCON, NJ 07849-1532

MARILYN KUMMER
PO BOX 548
OLD HICKORY, TN 37138-0548

MARILYN LIPTON-HENZEL
8924 GARNER CT
TRINITY, FL 34655-4619

MARILYN JONES
1122 N SAGINAW ST
HOLLY, MI 48442-1353

MARILYN L CAHOON
9435 TANNIS RD
CLARKSVILLE, MI 48815-9727

MARILYN LISS
12053 LAKE PLACID DR
SAINT LOUIS, MO 63146-5110

MARILYN K NELSON-FOSTER
85 FLINTTOWN RD
GANDEEVILLE, WV 25243-8603

MARILYN L CURRY
2179 CANE HILL DR
FRISCO, TX 75034-0894

MARILYN LOPEZ
1103 CHARLESWORTH AVE
JOLIET, IL 60432-1204

MARILYN KACHMAR
821 HARTMAN ST
MCKEESPORT, PA 15132-1524

MARILYN LARSEN
3406 COUNTRY HILL DR
FAIRFAX, VA 22030-2016

MARILYN LOUISE TALLMAN
102 ASHLEY CT
FLORENCE, AL 35630-2745

MARILYN KAE HUGHES
9205 N HOLMES CT
KANSAS CITY, MO 64155-3317

MARILYN LARSON
10816 BIRKDALE CT
FORT WAYNE, IN 46814-9311

MARILYN LOWMAN
142 SAGE DR
PALM SPRINGS, CA 92264-6461

MARILYN KAPOLKA
791 DOTY DR
WADSWORTH, OH 44281-1612

MARILYN LEACH
408 N 5TH ST
MARSHALL, MN 56258-1122

MARILYN LYNN FISHER
940 PAYTON AVE
DES MOINES, IA 50315-5043

MARILYN KENNEDY
2654 W CENTURY BLVD
CITRUS SPRING, FL 34434-4814

MARILYN LEE
1341 NORTON ST
WISCONSIN RAP, WI 54494-3068

MARILYN M PEACHE
1738 PEBBLE BEACH DR
HOFFMAN ESTAT, IL 60169-1172

MARILYN KING
PO BOX 2409
BUNNELL, FL 32110-2409

MARILYN LEHMULLER
99 AYERS RD
LOCUST VALLEY, NY 11560-2305

MARILYN M ST JOHN
6600 CONSTITUTION BLVD APT 7
PORTAGE, MI 49024-8905

MARILYN MADDEN
180 SCHOONER BEND AVE
SUMMERVILLE, SC 29483-5385

MARILYN MIGGINS-MOORE
5475 NE SUNSET PL
BAINBRIDGE IS, WA 98110-3656

MARILYN OEHLERKING
8816 286TH ST
MURDOCK, NE 68407-2304

MARILYN MAHAFFEY
581 HOMEWOOD ACRES CIR
EASTABOGA, AL 36260-5560

MARILYN MINER
8200 ELLE CIR APT 1804
FORT WORTH, TX 76120-2685

MARILYN OLSASKY
5101 NW 66TH AVE
JOHNSTON, IA 50131-1128

MARILYN MALONEY
723 MULDOWNEY AVE
WEST MIFFLIN, PA 15122-1130

MARILYN MISENER
15254 OAK SPRING ST
SAN ANTONIO, TX 78232-4242

MARILYN ORRISON
4800 WINDSOR HWY
POTTERVILLE, MI 48876-8783

MARILYN MANOOGIAN
9644 WILLIAM ST
TAYLOR, MI 48180-3727

MARILYN MORGAN
4211 BACKMEYER RD
RICHMOND, IN 47374-7109

MARILYN PEARL
7600 MERLIN CT
RANCHO CUCAMO, CA 91730-8323

MARILYN MANSFIELD
120 SEACLUSION CIR
PANAMA CITY B, FL 32413-5708

MARILYN MORGAN
255 WILLISON AVE
BATTLE CREEK, MI 49014-6613

MARILYN PEARL
5503 NW CLUB HOUSE CV
PARKVILLE, MO 64152-3207

MARILYN MATHEWS
4247 COUNTY ROAD 79
LITTLEFORK, MN 56653-9420

MARILYN MORITT
1414 RIDGE RD
SYOSSET, NY 11791-9671

MARILYN PETERSON
2038 EMMA LEE LN
HANFORD, CA 93230-1605

MARILYN MCCHESNEY
PO BOX 54
CAMPBELL, MN 56522-0054

MARILYN MOSS
248-38 DEEPDALE AVE
LITTLE NECK, NY 11362-1233

MARILYN PHILLIPS
2663 COUNTY ROAD 94
INTERNATIONAL, MN 56649-8754

MARILYN MCEVOY
1928 7TH AVE
INTERNATIONAL, MN 56649-3648

MARILYN N DEVALON
38305 GRAND OAKS AVE
PALM DESERT, CA 92211-1251

MARILYN POORTENGA
7848 N GLENEAGLE DR
KALAMAZOO, MI 49048-8627

MARILYN MCKAIN
530 STONY BATTERY RD
LANDISVILLE, PA 17538-1408

MARILYN NEILIS
924 COPLEY LN
JOLIET, IL 60431-9302

MARILYN PUNKE
501 OAKMONT WAY
CIBOLO, TX 78108-4348

MARILYN R HOLLENBECK
6108 N ROSEWOOD DR
BEVERLY HILLS, FL 34465-2230

MARILYN SCHOONBECK
3219 S PARK ST
KALAMAZOO, MI 49001-4732

MARILYN SWANSON
622 LARIMER AVE
EAST MCKEESPO, PA 15035-1323

MARILYN R SMITH
486 MECHLIN CORNER RD
PITTSTOWN, NJ 08867-5018

MARILYN SEFCHOVICH
548 PINE WOOD LN
LOS GATOS, CA 95032-1318

MARILYN SWARTZ
26 CORTLAND DR
SHARON, MA 02067-3315

MARILYN RAMEY
680 E HEATHER DR
BLOOMINGTON, IN 47401-8440

MARILYN SEIBERT
3623 DENSMORE AVE N
SEATTLE, WA 98103-8233

MARILYN TAYLOR SFO
PO BOX 186
OWINGS, MD 20736-0186

MARILYN RICE
6426 E CALLE PEGASO
TUCSON, AZ 85710-5657

MARILYN SMITH
PO BOX 77
SACKETS HARBO, NY 13685-0077

MARILYN TRIPLETT
441 W CARTER AVE
CLARKSVILLE, IN 47129-2313

MARILYN RICHTERS
411 S CENTER ST
VERSAILLES, OH 45380-1105

MARILYN SPENCER
1C COUNTRY CLUB LN
MILFORD, MA 01757-2258

MARILYN VAN ETTEN
5 WILD MAGNOLIA LN
OKATIE, SC 29909-4211

MARILYN ROGERS
46 ELM ST
PAWLING, NY 12564-1021

MARILYN STOFKO
2024 TIN TOP RD APT 1501
WEATHERFORD, TX 76086-8117

MARILYN VANDERHEYDEN
1667 HOLLAND AVE
CLOVIS, CA 93611-5145

MARILYN S [KANDY] DAVIDSON
1170 TIMBER WALK DR
LOGANVILLE, GA 30052-5055

MARILYN STREETER
3015 MISTY WAY DR
WYLIE, TX 75098-6413

MARILYN W GURY
9609 OAKHAM WAY
ELK GROVE, CA 95757-5116

MARILYN S BRENNER
3433 BUTLER CT
FORT WAYNE, IN 46808-1367

MARILYN STRONG
655 E BROCKTON AVE
MADISON HEIGH, MI 48071-4323

MARILYN WALL
199 HARRYS GTWY
APPLETON, WI 54914-8747

MARILYN SARGENT
174 TALL GRASS RD
NEW LENOX, IL 60451-3518

MARILYN SUE WARNER
1670 CARDIGAN AVE
VENTURA, CA 93004-2968

MARILYN WEBSTER
1621 HIGHWAY 41A N
SHELBYVILLE, TN 37160-5504

MARILYN WEINTRAUB
301 IRONWOOD CIR
ELKINS PARK, PA 19027-1336

MARILYNN MCCULLOUGH-SIMMS
6044 PRATT ST
OMAHA, NE 68104-2719

MARION [MIMI] SEITZ
2095 CALIFORNIA ST APT 309
SAN FRANCISCO, CA 94109-4305

MARILYN WEISMORE
1510 KILBORN DR
PETOSKEY, MI 49770-8712

MARILYNN WEINBERG
2 ATHERTON RD
FOXBORO, MA 02035-1603

MARION [MIMI] STANG
1290 VALLEY VIEW DR NW
SALEM, OR 97304-3037

MARILYN WELLER
107 LEATHERMAN DR
EATON, OH 45320-1035

MARILYNNE BROWN
596 DICHTER ST
EL CAJON, CA 92019-2572

MARION A KNOLL
702 MINNESOTA ST
BURT, IA 50522-5049

MARILYN WITHROW
121 S 17TH ST
RICHMOND, IN 47374-5648

MARIN CATHOLIC HIGH SCHOOL
c/o JANIE ORTHEY ROCKETT
675 SIR FRANCIS DRAKE BLVD
KENTFIELD, CA 94904

MARION A LEWELLEN
1000 COBBLESTONE CIR
MUSKOGEE, OK 74403-8640

MARILYN Y JENNINGS
103 MEETING RD
SUFFOLK, VA 23435-1763

MARINA BURGSTAHLER
3913 SHELLEY LN
ANNANDALE, VA 22003-2235

MARION A PHIPPS
8682 S CEDAR ST
MOHAVE VALLEY, AZ 86440-8568

MARILYN ZANE
2280 STONE HEDGE DR NE
KEIZER, OR 97303-1069

MARINA JO JETT-SWANEY
675 W LANE AVE
LIMA, OH 45801-2767

MARION B GIBSON
215 LINDEN LN
LOUISVILLE, KY 40206-2317

MARILYN ZIEBELL
201 CLEARBROOK CT
SCHAUMBURG, IL 60193-3129

MARINUS [REN] REUGEBRINK
PO BOX 202
CALPINE, CA 96124-0202

MARION B WATTS NEWTON
1580 TURBOT AVE
WATSONTOWN, PA 17777-8137

MARILYNN DICK
16 BROADFIELD
TRENTON, TN 38382-2902

MARIO MANNI
2 ESSEX PL
DEER PARK, NY 11729-3504

MARION BLACK
119 OAK ST
FORTY FORT, PA 18704-4033

MARILYNN J SHAFTER
617 DARLINGTON CT
FORT WAYNE, IN 46825-1103

MARIO ROSSI
13 HERRICK AVE
DIX HILLS, NY 11746-6734

MARION BOKAUSEK
7737 FERN DR
MENTOR ON THE, OH 44060-3216

MARION BURG
13302 W CASTLE ROCK DR
SUN CITY WEST, AZ 85375-4806

MARION EUGENE ZEIGLER
125 HILLCREST DR
KINGSTON, TN 37763-6847

MARION KELLY
8130 AINSWORTH DR
KNOXVILLE, TN 37909-2201

MARION BURKHART
532 S STATE ST
EPHRATA, PA 17522-2336

MARION F HOSKINS
907 E CURTIS AVE
PARMA, ID 83660-5963

MARION KLINGER
413 N 9TH ST
SUNBURY, PA 17801-2043

MARION BURLESON WILLIAMS JR
537 TARPON AVE
FERNANDINA BE, FL 32034-2139

MARION GEIGES
4233 MONROE ST
HOLLYWOOD, FL 33021-7344

MARION L ENGEL
237 CORONADO ST
ISLIP TERRACE, NY 11752-2409

MARION CAREY
860 SAN CARLOS CT
FREMONT, CA 94539-3610

MARION GIBBS
5033 S 92ND ST
OMAHA, NE 68127-2437

MARION L ROSSI
730 30TH ST NW
CANTON, OH 44709-3114

MARION CATHCART
904 SURREY TRL
HUTCHINSON, KS 67502-3356

MARION H HOLMES
1523 STAUNTON DR
MOON TOWNSHIP, PA 15108-8975

MARION LARUE VANDIVERE
2011 COUNTY ROAD 8
ODONNELL, TX 79351-1813

MARION CUDDAHY
9101 NEW FALLS RD APT C18
LEVITTOWN, PA 19054-1812

MARION HERSEY
5141 GREBEL LN
SARASOTA, FL 34232-2614

MARION LEON MCLEMORE
PO BOX 1565
GREER, SC 29652-1565

MARION E DEBROSSE
13056 COMPASS POINT DR
STRONGSVILLE, OH 44136-8002

MARION HUBER
1081 PALM AVE APT B216
NORTH FORT MY, FL 33903-4356

MARION MAHONE
3289 MEADOW RDG
REDDING, CT 06896-3228

MARION E VOIGT
W175N7853 WILDWOOD DR APT 30
MENOMONEE FAL, WI 53051-4140

MARION JOLLY
582 MAIN ST
TOBYHANNA, PA 18466-7703

MARION MARTIN
3 KERSHAW PL
NORTH AUGUSTA, SC 29841-2744

MARION EDWARDS
842 PLANTATION BLVD
GALLATIN, TN 37066-4496

MARION JOYCE CARR-CRAIN
1701 LAWRENCE AVE
EAST SAINT LO, IL 62207-2038

MARION MILLER
5100 230TH ST
SAINT AUGUSTA, MN 56301-9232

MARION NEAL
887B WINDERMERE AVE
DREXEL HILL, PA 19026-1537

MARION VOTE
385 NE 17TH AVE
HILLSBORO, OR 97124-3410

MARITA FISHER
144 WALNUT HILL LN
HAVERTOWN, PA 19083-2840

MARION PARNELL
413 BRIDSON ST
FENTON, MI 48430-1860

MARION W CLARK
755 HOPE FERRY RD
LEXINGTON, SC 29072-9606

MARITHA GOBER
110 BELT LINE RD APT 5311
GARLAND, TX 75040-0965

MARION POTTINGER
1465 N HAMETOWN RD
AKRON, OH 44333-1055

MARION WAESCH
2237 S PEBBLE BEACH AVE
TUCSON, AZ 85710-7201

MARITZA GUILLOCHEAU
1535 TREELINE DR
MALVERN, PA 19355-9764

MARION ROBBINS
1325 OSAUKA RD NE
SAUK RAPIDS, MN 56379-4561

MARION WAITE
20 KNOB HILL RD
ALBANY, NY 12211-1112

MARJAY LASKE
6514 BELLEVIEW DR
COLUMBIA, MD 21046-1000

MARION STRAS VAUGHAN
100 NETHERLAND LN APT 339
KINGSPORT, TN 37660-7249

MARION WEBSTER
PO BOX 44
MINGO, IA 50168-0044

MARJEAN CHILES DELIDUKA
11019 SWALLOW ST NW
COON RAPIDS, MN 55433-4165

MARION SUCHOWICKI
110 CAMPBELL AVE
HAVERTOWN, PA 19083-1524

MARIPAT HOLT
1400 LAUREL AVE APT 1008
MINNEAPOLIS, MN 55403-1270

MARJIE HUCKESTEIN
2626 SEDER RD
ALGER, MI 48610-9711

MARION T CALDWELL JR
210 AVENIDA LA PALMA
NOKOMIS, FL 34275-2018

MARIS MATTINGLY
9230 NIKI PL APT 102
MANASSAS, VA 20110-6747

MARJO THOMPSEN
3420 N 125TH AVE
OMAHA, NE 68164-4297

MARION TURNER
1910 ROANOKE AVE
PORTSMOUTH, VA 23704-5347

MARISA CHASE
14711 W 93RD TER
LENEXA, KS 66215-3026

MARJORIE [COOKIE] LUKE
3680 HIGHWAY 8
TROY, ID 83871-9611

MARION VENNA
3 TEE TIME LN
SOUTH WEYMOUT, MA 02190-4207

MARISA MC COY
7 PARKER RD
WELLESLEY, MA 02482-2229

MARJORIE [DEEDA] BRADFORD
674 CARLSON RD
COALMONT, TN 37313-7918

MARJORIE [MARGE] ANDERSON
2420 MERIDIAN DR
JOLIET, IL 60431-1237

MARJORIE ABRAMS
238 8TH ST E
SAINT PAUL, MN 55101-2304

MARJORIE E GEHRING
7087 SOUTHERN VISTA DR
ENON, OH 45323-1547

MARJORIE [MARGE] MOULTON
1010 5TH ST S
SAINT JAMES, MN 56081-1906

MARJORIE B MORRIS
565 ESPLANADE UNIT 202
REDONDO BEACH, CA 90277-4051

MARJORIE EISENZIMMER
2265 N LEMA DR
MESA, AZ 85215-2619

MARJORIE [MARGE] RANKIN
7340 SE US HIGHWAY 160
SHARON, KS 67138-9036

MARJORIE BERRY
22250 OXFORD ST
DEARBORN, MI 48124-3471

MARJORIE EVANS
PO BOX 335
RIO GRANDE, OH 45674-0335

MARJORIE [MARGIE] FLORES
25 HAKOI HEMA PL
KIHEI, HI 96753-7350

MARJORIE BUCK
1291 JOURNEYS END DR
LA CANADA FLI, CA 91011-1710

MARJORIE FRENCHWOOD
6158 GLENHURST DR
HOUSTON, TX 77033-1247

MARJORIE [MARNIE] HARTLEY
5086 ISLAND VIEW DR
LINDEN, MI 48451-9031

MARJORIE BUCKLEY
309 GEORGIAN DR
CINNAMINSON, NJ 08077-4306

MARJORIE GAYNOR CULLEN
3374 DOLOMAR DR
CINCINNATI, OH 45239-4064

MARJORIE A CARRIER
50 HIGHLAND ST UNIT 160
TAUNTON, MA 02780-7002

MARJORIE CAMPBELL
28211 OAKLANDS RD
EASTON, MD 21601-8257

MARJORIE GENSLER
180 MARYELLEN DR
NORTH VERSAIL, PA 15137-2445

MARJORIE A SPEELMAN
393 E 4TH ST
MINSTER, OH 45865-1312

MARJORIE CHRISTENSEN
235 HAMPSHIRE DR
HOYT LAKES, MN 55750-1235

MARJORIE GUINN
11618 SE 166TH PL
RENTON, WA 98058-5342

MARJORIE A STERNIN
801A SEDGEFIELD DR
MOUNT LAUREL, NJ 08054-1854

MARJORIE CHRISTOPHER
103 PINE HILL RD
PORT JEFFERSO, NY 11777-2124

MARJORIE GUNDY
302 S KANSAS AVE
BURRTON, KS 67020-8884

MARJORIE A YELLETS
2011 ASPEN LN
COLUMBIA, PA 17512-9780

MARJORIE COAR
256 HAWTHORNE AVE
HADDONFIELD, NJ 08033-1404

MARJORIE HARTMAN
111 EMERSON ST APT 1225
DENVER, CO 80218-3790

MARJORIE HECHT
383 S HILLCREST DR TRLR 28
MONTROSE, CO 81401-4191

MARJORIE L [MARGIE] SIMON
20 N 3RD ST STE 601
PHILADELPHIA, PA 19106-2137

MARJORIE OCCHIALINO
6 BRIAR AVE
ALBANY, NY 12203-2604

MARJORIE HUFF
713 OSBORN DR
SAULT SAINTE, MI 49783-9275

MARJORIE LINDBERG
10413 W GULF HILLS DR
SUN CITY, AZ 85351-1618

MARJORIE PALMER
20 FOX HILL DR
WESTFIELD, MA 01085-4015

MARJORIE J BEALS
4012 EASTON BLVD
DES MOINES, IA 50317-5646

MARJORIE MARES
2252 TABLE ROCK RD SPC 57
MEDFORD, OR 97501-1428

MARJORIE PAYTON
2670 FRANKS DR
LIMA, OH 45807-1628

MARJORIE J GOREN
99 DAVENPORT ST
TAUNTON, MA 02780-4335

MARJORIE MARTINDALE
105 SHADOW RANCH LN
ROSEBURG, OR 97470-1128

MARJORIE PERLOW
PO BOX 2136
BIGFORK, MT 59911-2136

MARJORIE J LOVELL
3650 ANTIEM ST
SAN DIEGO, CA 92111-4304

MARJORIE MCCLURE
26056 S GOUGAR RD
MANHATTAN, IL 60442-9229

MARJORIE RICHARDSON
PO BOX 470970
AURORA, CO 80047-0970

MARJORIE JOHNSON
2008 BODEGA LN
MODESTO, CA 95350-3629

MARJORIE MCKNIGHT
6067 MYRA AVE
BUENA PARK, CA 90620-4336

MARJORIE ROOST
1910 GRAND AVE
KEOKUK, IA 52632-2942

MARJORIE KAHN
24 NAPLES RD
BROOKLINE, MA 02446-5721

MARJORIE MEGSON
15721 FOXBEND CT APT 2W
ORLAND PARK, IL 60462-6582

MARJORIE SALMON
1501 BEACON ST APT 1604
BROOKLINE, MA 02446-4606

MARJORIE KLASKO
25 COUNTRY WALK
CHERRY HILL, NJ 08003-2553

MARJORIE MINK
2147 JACKSON PIKE
BIDWELL, OH 45614-9359

MARJORIE STANSBURY
1280 HERITAGE TRL
MESQUITE, NV 89034-1042

MARJORIE KOHARSKI
914 GREEN GROVE RD
NEPTUNE, NJ 07753-2908

MARJORIE NEVE
1502 ALBERT ST N
SAINT PAUL, MN 55108-2304

MARJORIE TAYLOR
445 VILLAGE DR
COLUMBUS, OH 43214-2829

MARJORIE TICHNOR
2311 GREAT MEADOW RD
DEDHAM, MA 02026-4074

MARJORY VANDERSTEEG
712 DOUSMAN ST
GREEN BAY, WI 54303-2808

MARK ANDREW DITTRICK
1315 GIRL SCOUT RD
DENVER, PA 17517-9555

MARJORIE TRASK
5613 ZEINER CT
ATWATER, CA 95301-9590

MARK A [JOE] PATACH
15101 WHITMORE CIR
BENNINGTON, NE 68007-7459

MARK B SHUMOW
755 TANAGER LN
GENEVA, IL 60134-3151

MARJORIE WALDNER
160 SAGO PALM RD
VERO BEACH, FL 32963-3701

MARK A BRUICK
12818 EDGERTON RD
NEW HAVEN, IN 46774-9522

MARK BAUMAN
15564 156TH ST
BLOOMER, WI 54724-4490

MARJORIE WILLIAMS
1123 CEDAR CREEK DR
MONROE, MI 48162-9706

MARK A KAELIN
3035 W VALANNA CT
GLENDALE, WI 53209-2506

MARK BIGELOW
97 WILLOW RD
SANBORNTON, NH 03269-2035

MARJORIE WILLSON
1050 RAYMOND RD
HANFORD, CA 93230-1635

MARK A PRESTON
4445 AVENIDA DE LOS ARBOLES
YORBA LINDA, CA 92886-3124

MARK BRATUS
1 BAY ST
SOUTH AMBOY, NJ 08879-2501

MARJORIE ZWITKOWITS
17 REDWOOD DR
NORTHAMPTON, PA 18067-8959

MARK A SPELKER
11 COURSEN WAY
MADISON, NJ 07940-2801

MARK BRICE
8 THURSBY LN
BELLA VISTA, AR 72714-5120

MARJORY [SUE] BILEY
1617 ORANGE AVE
PRESCOTT, IA 50859-8024

MARK A STOELTING
536 BRENTFIELD LN
GREENCASTLE, IN 46135-1168

MARK BUTI
10019 E TONEY AVE
TERRE HAUTE, IN 47805-9627

MARJORY OHL
10105 GATE DR
INDIANAPOLIS, IN 46239-8979

MARK ALAN BLESSING II
33012 W 128TH ST
EXCELSIOR SPR, MO 64024-6228

MARK C BATSON
102 ELM ST
NEW LENOX, IL 60451-1466

MARJORY PLATTE
4402 STONEHURST AVE
HOLT, MI 48842-2031

MARK ALDON WEISS
12 LOCBURY CT APT G
GERMANTOWN, MD 20874-3841

MARK C MCAVOY
11408 E RAMONA AVE
MESA, AZ 85212-4143

MARK CHALPIN
116 BILLINGSGATE LN
GAITHERSBURG, MD 20877-3725

MARK CLARK COWELL
3 HILLSIDE LN
NEW HOPE, PA 18938-1701

MARK COBLITZ
850 PUGH RD
WAYNE, PA 19087-2054

MARK D BOGARD
4121 N 19TH ST
OMAHA, NE 68110-1608

MARK D WARD SR
PO BOX 544
KELLER, TX 76244-0544

MARK DAMES
3603 BANKVIEW DR
JOLIET, IL 60431-4877

MARK DAPORE
4680 BRAID LN
MASON, OH 45040-6850

MARK DELP
3305 S 32ND AVE
OMAHA, NE 68105-4014

MARK DESIMOWICH
N6783 CEDAR VALLEY RD
FREDONIA, WI 53021-9764

MARK DEVANE
400 FIRETHORN CT
MANHATTAN, KS 66503-8219

MARK E [SHEEPDOG] SCHUTZ
9719 HOUSCHILT RD
YORKSHIRE, OH 45388-9738

MARK E DIETERICH
36 CARRYBACK DR SW
PATASKALA, OH 43062-9550

MARK E LE BLANC
PO BOX 659
INTERNATIONAL, MN 56649-0659

MARK E NUSBAUM
105 CHAMBERLAIN HILL RD
EAST GREENBUS, NY 12061-3705

MARK E WATKINS
300 ROE AVE
SYRACUSE, NY 13210-3741

MARK EDWARDS
1932 EDENBRIDGE WAY
NASHVILLE, TN 37215-5809

MARK EXTEIN
1327 BALLS HILL RD
MCLEAN, VA 22101-3427

MARK F MACDONALD ESQ
8794 DUVEEN DR
WYNDMOOR, PA 19038-7462

MARK FOX
370 17TH ST STE 3300
DENVER, CO 80202-1387

MARK GERARD LEBLANC
2311 SAINT CHARLES AVE
NEW ORLEANS, LA 70130-5823

MARK GERKEN
12732 REDDING DR
FORT WAYNE, IN 46814-9530

MARK GROESCHEL
7333 W LISBON AVE
MILWAUKEE, WI 53216-2744

MARK H RUBIN
144 KNIGHTSBRIDGE RD
WYNNEWOOD, PA 19096-1212

MARK H SLATER
4218 VASSAR ST
DEARBORN HEIG, MI 48125-2404

MARK HAMNER
1052 SIR LANCELOT CIR
LEWISVILLE, TX 75056-5761

MARK HINTZEN
258 OSTEGO DR
FORT MYERS BE, FL 33931-2831

MARK J [JACK] HORVATH
8366 JEANETTE LN
CINCINNATI, OH 45249-2367

MARK J ADAIR
12810 CALAWAY DR
FORT WAYNE, IN 46845-2313

MARK MALENO
122 ACRE LN
HICKSVILLE, NY 11801-4428

MARK P DOUGLASS
38477 SYCAMORE CT
WESTLAND, MI 48185-5686

MARK J CARTER
PO BOX 338
SOUTH AMBOY, NJ 08879-0338

MARK MAULT
6730 FOUST RD
COLUMBUS GROV, OH 45830-9420

MARK P HEENAN
6227 E 9TH ST N
WICHITA, KS 67208-3657

MARK J DREWS
2209 S 16TH TER
LEAVENWORTH, KS 66048-4187

MARK MELZER
102 INVERNESS DR
CANONSBURG, PA 15317-3612

MARK P KOENIG
22105 S CHIPMUNK TRL
WOODHAVEN, MI 48183-1510

MARK J KLIMOWICZ
24 CABLE RD
LEVITTOWN, PA 19057-1608

MARK MILLER
1124 9TH ST
INTERNATIONAL, MN 56649-2538

MARK POEPPELMAN
6433 RED STONE LOOP
DUBLIN, OH 43016-7056

MARK KNAPKE
PO BOX 333
KALIDA, OH 45853-0333

MARK NEWTON
4570 54TH AVE SW
SEATTLE, WA 98116-3941

MARK R GAGNE
41 PARK ST
NORWICH, CT 06360-5938

MARK KUNK
47 W WATER ST
VERSAILLES, OH 45380-1208

MARK O CHASE
23931 MASCH AVE
WARREN, MI 48091-4734

MARK R HOLLENSEN
6770 S HIGHWAY A1A
MELBOURNE BEA, FL 32951-3807

MARK L GUSHNER
2860 LE BATEAU DR
PALM BEACH GA, FL 33410-1267

MARK O'CONNOR
169 MADISON GDNS
OLD BRIDGE, NJ 08857-2809

MARK R SCHAEFER
4316 BUTLER RD
FORT WAYNE, IN 46808-1670

MARK L HOFFMAN
3829 MIRAMONTES CIR
WELLINGTON, FL 33414-8829

MARK O'GRADY
2239 S BRANCH RD
BRANCHBURG, NJ 08853-4179

MARK R VRABEL
1425 S MAIN ST
NORTH CANTON, OH 44720-4245

MARK L TURK
501 TIMBERLINE DR
JOLIET, IL 60431-4830

MARK OLSON
3020 FULTON ST E
GRAND RAPIDS, MI 49506-1814

MARK RAMUNDO
20732 W ALSAP RD
BUCKEYE, AZ 85396-1666

MARK RITZEMA
525 N HUDSON ST
LOWELL, MI 49331-1346

MARK THOMPSON
14714 KRYPTON ST NW
RAMSEY, MN 55303-5629

MARK WILLIAM GELDERSMA
12465 MCPHERSON ST NE
LOWELL, MI 49331-9399

MARK ROBARGE
4 MEECH AVE
GROTON, CT 06340-5808

MARK VAN VOORHIS
2323 EASTHILLS DR UNIT 34
BAKERSFIELD, CA 93306-3165

MARK YOUNG
12 SAINT ANDREWS DR
STORM LAKE, IA 50588-7800

MARK S KINGKADE
1335 ROSE AVE
DES MOINES, IA 50315-3023

MARK W HICKMAN
2113 3RD AVE E APT 114
INTERNATIONAL, MN 56649-4064

MARK ZURWELL
2415 JAYWOOD DR
TITUSVILLE, FL 32780-8306

MARK S LEVIN
50 BELMONT AVE APT 611
BALA CYNWYD, PA 19004-2428

MARK W WEEKS
8086 RIVERS AVE STE A
NORTH CHARLES, SC 29406-9821

MARKEL L ALBRECHT
PO BOX 343
TABERNASH, CO 80478-0343

MARK SAUNDERS
1129 JUBERT TRL
MEDINA, MN 55340-3707

MARK WASSUM SR
54 HOMESTEAD RD
LEVITTOWN, PA 19056-1335

MARKUS P HACKENBERG
PO BOX 281745
SAN FRANCISCO, CA 94128-1745

MARK STEINER
23675 DELMERE DR APT 211
NORTH OLMSTED, OH 44070-1608

MARK WEINBERG
PO BOX 400
POLAND, ME 04274-0400

MARLA GRAYBILL
2798 FOUR LAKES DR
PARK CITY, UT 84060-6932

MARK STELLINGA
603 JACKSON ST
TIFFIN, IA 52340-4728

MARK WEINSTEIN
3230 DORSETT LN
YORK, PA 17402-4103

MARLA JEAN MAIER
1800 S WASHINGTON AVE
ROSWELL, NM 88203-3625

MARK STEWARD
PO BOX 36
BURNS, KS 66840-0036

MARK WENK
2580 E VALLEY RD
ADRIAN, MI 49221-8308

MARLA PORIS
7673 GRANVILLE DR
TAMARAC, FL 33321-8748

MARK STONER
26 GREEN ACRE RD
LITITZ, PA 17543-8770

MARK WHETSTONE
125 S DIXIE DR
VANDALIA, OH 45377-2123

MARLA TENNYSON
211 BLUEBERRY PT
BRANDENBURG, KY 40108-7022

MARLAN TEVIS
13990 76TH AVE N
OSSEO, MN 55311-2754

MARLENE EISENSTEIN
8350 DELCREST DR APT 505
SAINT LOUIS, MO 63124-2163

MARLENE KOLBE
2241 STONE GATE DR
DUPO, IL 62239-1915

MARLEE RICHARDSON
14130 KAHLER PL
BROOMFIELD, CO 80023-4547

MARLENE ERICKSON
1609 5TH AVE E
INTERNATIONAL, MN 56649-3114

MARLENE L MCGEHEE
16203 PENN MANOR LN
BOWIE, MD 20716-1751

MARLENE [KAY] MIMS
6402 INDIAN PATH
SAN ANGELO, TX 76901-4922

MARLENE EVANGELINE HINES
14217 GOLDEN GIVEN RD E
TACOMA, WA 98445-2749

MARLENE M MURPHY
6578 US HIGHWAY 19 S
PERRY, FL 32348-0747

MARLENE [MUFFY] BRYAN
PO BOX 874
PATAGONIA, AZ 85624-0874

MARLENE FERGUSON
210 N 9TH ST APT 113
RICHMOND, IN 47374-3300

MARLENE MILLETT
11070 EASTON RD
NEW LOTHROP, MI 48460-9759

MARLENE BAKER
1406 LAKEVIEW DR
LAKE WORTH, FL 33461-6048

MARLENE GADEN
13951 STATE HIGHWAY 13 S
WISCONSIN RAP, WI 54494-8560

MARLENE PALMER
1142 VIA MAVIS
SANTA MARIA, CA 93455-5651

MARLENE BORTMAN
18 VAN NESS AVE
SHREWSBURY, MA 01545-2672

MARLENE HECKMANN
637 N BOMPART AVE
SAINT LOUIS, MO 63119-1965

MARLENE PATTY
1761 SE BLUESTEM RD
EL DORADO, KS 67042-8868

MARLENE C FOODY
1103 CHURCH RD
ORELAND, PA 19075-2304

MARLENE HESSLER
8390 RIVER RIDGE DR
COOPERSVILLE, MI 49404-9766

MARLENE R KOCH
11551 VILLAGE LN
EVANSVILLE, IN 47725-1191

MARLENE D BERNER
4000 W WHITE RIVER BLVD
MUNCIE, IN 47304-4203

MARLENE J [KELLY] GUY
1486 W FAIRWAY WOOD CT
TUCSON, AZ 85737-9025

MARLENE ROSE CROWDER
3206 SENATE AVE
FORT WAYNE, IN 46806-2627

MARLENE DOMASKY
1979 W 28TH AVE
APACHE JUNCTI, AZ 85120-9504

MARLENE J BERNSTEIN
16910 NE 7TH CT
NORTH MIAMI B, FL 33162-2418

MARLENE ROSKE
32713 COUNTY ROAD 2
SAINT JOSEPH, MN 56374-9618

MARLENE RUTH WEBBER
3941 TAMIAMI TRL UNIT 3157
PUNTA GORDA, FL 33950-7925

MARLON D RICHARDSON
5109 PERFECTION LN
HOPE MILLS, NC 28348-7547

MARLYS PAVEL
10646 E MISSION LN
SCOTTSDALE, AZ 85258-6112

MARLENE SCHMALZ
2403 JENNY LIND ST
MCKEESPORT, PA 15132-5033

MARLYN JOY SHIPLEY
1015 IRIS DR
IRWIN, PA 15642-4337

MARLYSE WEBSTER
5599 MCCOY RD
OXFORD, OH 45056-9254

MARLENE TEY
419 E ANDERSON AVE
PHOENIX, AZ 85022-2369

MARLYN K BURCH
3314 SW WESTOVER RD
TOPEKA, KS 66604-2560

MAROLYN RIPPE
717 W CHERYL AVE
HURST, TX 76053-4905

MARLENE TUCKER
2213 MACFARLANE DR
JOLIET, IL 60435-3245

MARLYN WOOL
550 HOFFMAN DR
BRYN MAWR, PA 19010-1745

MARQUITA CHAVIS
719 S 21ST ST
RICHMOND, IN 47374-6526

MARLENE VAUGHN
3701 COLUMBIA ST APT 2A
PORTSMOUTH, VA 23707-2900

MARLYS BJUSTROM
512 N CLARKE ST
ALGONA, IA 50511-2224

MARSCINE BROWN
911 S 8TH ST
BURLINGTON, IA 52601-5943

MARLENE WARDEN
811 W HAPPFIELD DR
ARLINGTON HEI, IL 60004-7141

MARLYS CURRY
PO BOX 573
OGDEN, IA 50212-0573

MARSHA BANKS
80591 HOYLAKE DR
INDIO, CA 92201-8907

MARLENE WIELGUS
PO BOX 485
LAKE DELTON, WI 53940-0485

MARLYS E HANSON
3117 15TH ST NW
BEMIDJI, MN 56601-8798

MARSHA BRANCA
4983 WOODHAVEN DR
SALT LAKE CIT, UT 84123-4366

MARLENE WOLFE REICHEL
2495 S QUEBEC ST APT 12
DENVER, CO 80231-6067

MARLYS INGERSON
4301 38TH ST SE
MINOT, ND 58701-2939

MARSHA DAVIS
344 HOGAN ST
CENTREVILLE, MI 49032-9549

MARLIN JOHNSON
1234 S WATERVILLE RD
OCONOMOWOC, WI 53066-9259

MARLYS J HILTON
29767 STINGLEY GULCH RD
HOTCHKISS, CO 81419-6705

MARSHA FREID
15 S GREEN CT
LARKSPUR, CA 94939-1527

MARSHA G PURMORT
3323 FOREST LAKE CIR
SARASOTA, FL 34232-4705

MARSHA SPAK
680 N LAKE SHORE DR APT 1002
CHICAGO, IL 60611-4478

MARSHALL TATUM
1454 ADELE AVE SW
ATLANTA, GA 30314-2504

MARSHA HEINSOHN
724 COLLEGE AVE
STORM LAKE, IA 50588-1533

MARSHA WILCOX
9654 BAILEY DR NE
LOWELL, MI 49331-9777

MARSHALL WEINSTEIN
1900 CLENDENIN LN
RIVERWOODS, IL 60015-1726

MARSHA J KILLIAN
304 DONNA DR
ELIZABETH, PA 15037-2512

MARSHA ZEIEN
12643 LAPORTE RD
LA PORTE CITY, IA 50651-2169

MARSHALL WNUK
611 BROWN AVE APT 204
TURTLE CREEK, PA 15145-1142

MARSHA KAY MYEROWITZ
100 WARWICK DR
MONROEVILLE, PA 15146-4826

MARSHALL [KUPE] KUPERSTEIN
1623 INDIAN RIVER DR UNIT 30
SEBASTIAN, FL 32958-1647

MARSHELL SHONKWILER
22652 MADISON RD
SOUTH BEND, IN 46614-9435

MARSHA KLEINSTUB
4141 BAYSHORE BLVD APT 1205
TAMPA, FL 33611-1802

MARSHALL GARY HILES
208 BRUCE ST
EATON, OH 45320-1852

MARTAIN ALVIA FARLEY
1294 CHANNINGS LAKE CT
LAWRENCEVILLE, GA 30043-6410

MARSHA KURTH
5819 W 84TH ST
OVERLAND PARK, KS 66207-1631

MARSHALL H CHRISTENSEN JR
11465 COUNTY ROAD 40
BENNINGTON, NE 68007-8005

MARTHA (MARTY) RINGENBERG
12705 OHIO IND STATE LINE RD
HICKSVILLE, OH 43526-9723

MARSHA OSBORN
2612 SE QUAIL PL
BARTLESVILLE, OK 74006-4340

MARSHALL HARGER
630 GAMBER LN
LINDEN, MI 48451-9755

MARTHA (MATSIE) RANDALL
5147 BERCOT RD
FREELAND, WA 98249-9787

MARSHA SHEEHAN
210 STEPHENS RUN ST
STEPHENS CITY, VA 22655-2883

MARSHALL HOWARD TRACKMAN
776 WOODGATE CT
SAN LEANDRO, CA 94579-2419

MARTHA [MARTIE] TAYLOR
112 BAY AVE
MILTON, DE 19968-1257

MARSHA SMITH
173 VOYAGER DR
WEST NEWTON, PA 15089-9753

MARSHALL KIMMEL
995 EAGLE RD
BIDWELL, OH 45614-9030

MARTHA [MARTY] DESCH
610 COVINGTON PL
LANCASTER, PA 17601-6406

MARTHA A BUNKLEY
86 INDIAN HILLS DR
RYDAL, GA 30171-1658

MARTHA BIRNBAUM
7 HANCOCK PL
CAMBRIDGE, MA 02139-2208

MARTHA EVELYN LARSEN
619 LAUREL LAKE DR APT 203
COLUMBUS, NC 28722-7452

MARTHA A LANINGHAM
3022 VICKSBURG RD
JOHNSON CITY, TN 37604-6388

MARTHA BURKLEY
5633 BRICKSTONE PL
HILLIARD, OH 43026-3882

MARTHA F JONES
1303 SORIN ST
SOUTH BEND, IN 46617-2129

MARTHA A MCINDOE
174 SWAN LAKE DR
PATCHOGUE, NY 11772-2965

MARTHA CAROLUS
203 SANDI CT
BELLEVUE, NE 68005-2436

MARTHA FAIRLEY
11125 VERA CRUZ AVE N
CHAMPLIN, MN 55316-3510

MARTHA A WHITWORTH
8208 DELTA CIR
LOUISVILLE, KY 40228-3113

MARTHA CASSANDRA BULLUCK
2678 LAKESHIRE LN
INDIANAPOLIS, IN 46268-3217

MARTHA FERRARO
4 DORSET RD
MANCHESTER, NJ 08759-6806

MARTHA ANN BRADY
517 MIZE CT
UNIONDALE, NY 11553-2113

MARTHA CHUTE
8021 CHRISTIAN CT APT 112
LOUISVILLE, KY 40222-9015

MARTHA FLANNERY
2530 SW PLUM CT
PORTLAND, OR 97219-6234

MARTHA ANN BURN
107 FREEMAN GREEN DR APT 3D
ELIZABETHTOWN, KY 42701-1662

MARTHA COCHRANE
47209 64TH AVE
LAWRENCE, MI 49064-9729

MARTHA GARCIA
6230 FM 722
DUMAS, TX 79029-6804

MARTHA ANN WILEY
747 BAKER PLACE RD
GROVETOWN, GA 30813-4001

MARTHA COLEMAN
PO BOX 1292
BANNER ELK, NC 28604-1292

MARTHA GERTRUDE PERKINS
4832 TWIN VALLEY DR
AUSTIN, TX 78731-3548

MARTHA BALL
721 W KIBBY ST
LIMA, OH 45804-1020

MARTHA EASTERDAY
9785 DETLING RD
ANSONIA, OH 45303-8940

MARTHA GILREE
216 PEARL ST
ATHENS, GA 30601-2915

MARTHA BILLING
4514 DOWDEN ST
SPRINGFIELD, OH 45503-7417

MARTHA ENGLEMAN
827 DATESMAN VLG
WEST MILTON, PA 17886-7169

MARTHA GILSTRAP
1908 W RIGGIN RD
MUNCIE, IN 47304-1168

MARTHA GREULICH
19241 MONTROSE DR
SOUTH BEND, IN 46614-5872

MARTHA J KELLEY
95 ANTHONY AVE
OLD HICKORY, TN 37138-2203

MARTHA KOHLMEYER
6723 S ANTHONY BLVD APT E53
FORT WAYNE, IN 46816-2065

MARTHA HAIGLER
102 WITTENBERG DR
CHAPIN, SC 29036-7859

MARTHA J SNYDER
428 BLACK HALL RD
EPSOM, NH 03234-4309

MARTHA L [MARTI] MILNE
1006 RED OAK DR
CHERRY HILL, NJ 08003-2631

MARTHA HAMMONDS
2910 VINE ST
HUMBOLDT, TN 38343-2744

MARTHA JACKSON
1283 SAND OAK DR
LUGOFF, SC 29078-9110

MARTHA L MEEK
33508 290TH ST
BATTLE LAKE, MN 56515-9309

MARTHA HART
1808 BEKAH RD
GERMANTOWN, TN 38138-2802

MARTHA JACOBSEN
427 BROOKES WALK
WOODSTOCK, GA 30188-5184

MARTHA L PATTERSON
3600 VAN TASSEL ST
AMARILLO, TX 79121-1732

MARTHA HARTLE
28 ELIZABETH ST
SAYREVILLE, NJ 08872-1623

MARTHA JANE SIMPSON
1101 CHICKASAW RD
PARIS, TN 38242-4304

MARTHA LAMB
272 BAYVILLE RD
LOCUST VALLEY, NY 11560-1402

MARTHA HAWLEY
4 VALLEY FORGE DR
WHEATLEY HEIG, NY 11798-1215

MARTHA JOAN RYGELSKI
2603 LOCUST LN
RICHMOND, IN 47374-6564

MARTHA LASSITER
9375 WHITEFIELD AVE
SAVANNAH, GA 31406-6944

MARTHA HENSON
4818 ROYAL OAK DR
SAN ANGELO, TX 76904-4547

MARTHA KASTING
302 OLD FARM RD
LOUISVILLE, KY 40207-2308

MARTHA LEE CHILD
1474 EVANS FARM DR
MCLEAN, VA 22101-5652

MARTHA HERBST
8837 HEMINGWAY DR
SAINT LOUIS, MO 63126-1929

MARTHA KASTRONIS
488 CARMALOT ST
NORTH HUNTING, PA 15642-2505

MARTHA LEN NELSON
2603 BROOKFIELD LN
DENTON, TX 76209-1372

MARTHA HOSKINS
2911 CREEKSIDE DR
LOUISVILLE, KY 40241-2106

MARTHA KENDALL
410 LOCKHART CT
VANDALIA, OH 45377-9755

MARTHA LEZINSKY
8172 N BROOK WAY
CITRUS SPRING, FL 34433-5163

MARTHA LOOCK
7603 MATHER RD N
LAKELAND, FL 33810-1270

MARTHA MONROE
3617 OAKMONT DR
GRAND PRAIRIE, TX 75052-6720

MARTHA RANDOLPH
9764 MATTHEWS HWY
TECUMSEH, MI 49286-7714

MARTHA LOU [LOU] CONNER
505 JOHNSON RD
KENT, OH 44240-1827

MARTHA MURRAY
12 BIRCH HILL RD
ALBANY, NY 12211-2003

MARTHA RASMUSEN
30427 165TH AVE
EAGLE BEND, MN 56446-9793

MARTHA M PARKER
529 DIAMOND AVE
SOUTH SAN FRA, CA 94080-2731

MARTHA NELL PORTER
2665 HIGHWAY 152
ALAMO, TN 38001-5903

MARTHA RUFF
1413 ROBBINWOOD CT
LONGVIEW, TX 75601-4161

MARTHA MAE BECKMAN
PO BOX 342
KALONA, IA 52247-0342

MARTHA NISSLEY
21 RIDGEWOOD DR
AKRON, PA 17501-1121

MARTHA S BRELAND
6628 REXFORD LN
WILLIAMSBURG, VA 23188-7267

MARTHA MARCHETTI
82 BAYVIEW PARK
MIDDLETOWN, RI 02842-4879

MARTHA PAES
6317 HOPI DR
NORTH LITTLE, AR 72116-5306

MARTHA SCHWEITZER
1702 LARKMOOR LN
LOUISVILLE, KY 40218-3012

MARTHA MC QUADE
894 GARFIELD ST
FRANKLIN SQUA, NY 11010-3730

MARTHA PAULETTE DARLIN
2601 COUNTY ROAD 540
POPLAR BLUFF, MO 63901-9180

MARTHA SECHMAN
8103 N MAPLE DR
MOORESVILLE, IN 46158-6599

MARTHA MCMANIS
PO BOX 184
KEOKUK, IA 52632-0184

MARTHA PITNEY
32 BROOK RD
HANNIBAL, MO 63401-2572

MARTHA SEECH
1776 DREW AVE APT 137W
COLUMBUS, OH 43235-7429

MARTHA MIKESELL
231 MARKET PL # 319
SAN RAMON, CA 94583-4743

MARTHA POLAND
2484 EDGEVALE RD
COLUMBUS, OH 43221-1163

MARTHA SPENCER
10504 COUNTY ROAD 335
NEW PARIS, OH 45347-1604

MARTHA MOHN
9700 SEMINOLE BLVD
SEMINOLE, FL 33772-2527

MARTHA R TALLENT
3905A LIPRIE ST
ORANGE, TX 77630-4231

MARTHA STROHM
1225 ARMSTRONG DR
SOUTH PARK, PA 15129-9452

MARTHA T OGARY
3630 PINE RIDGE CT APT 311
MOLINE, IL 61265-6562

MARTIN [MART] JEPKEMA
29780 COUNTY ROAD 352
LAWTON, MI 49065-7407

MARTIN G BERKMAN
10907 MARTINGALE CT
POTOMAC, MD 20854-1500

MARTHA TOPIK
7 DICKENS CT
IRVINE, CA 92617-4028

MARTIN A FERMAN
8710 LINCOLN DR
HUNTINGTON WO, MI 48070-1266

MARTIN GARY FLYNN
11650 HERON DR
LAKEVIEW, MI 48850-9752

MARTHA VALENTI
118 HAYPATH RD
BETHPAGE, NY 11714-1427

MARTIN BARON
157 EXETER ST
BROOKLYN, NY 11235-3723

MARTIN GRIFFIN
658 SPRINGBROOK N
IRVINE, CA 92614-7921

MARTHA VARNER
1151 S MAIN ST APT 127
WAKE FOREST, NC 27587-9649

MARTIN BARTA
432 S BOROS DR
PUEBLO WEST, CO 81007-2819

MARTIN HOFFER
1724 SW 110TH TER
DAVIE, FL 33324-7184

MARTHA VENTER
46 CLIFF ST
NEW HAVEN, CT 06511-1344

MARTIN D PRENDERGAST
479 E 309TH ST
WILLOWICK, OH 44095-3715

MARTIN JACOBS
36 MAYO AVE
NEEDHAM, MA 02492-3324

MARTHA WALDRON
271 NORTHAMPTON RD
AMHERST, MA 01002-2546

MARTIN E NEMITZ
601 DAVID AVE
SHEBOYGAN FAL, WI 53085-1703

MARTIN JD CARBAUGH
7928 CLARIDGE PL
FORT WAYNE, IN 46825-3396

MARTHA WEDGE-BLAKE
740 N PINE ST
LANCASTER, PA 17603-2826

MARTIN F [BUD] SCHEIMANN
3029 SEAFARER CV
FORT WAYNE, IN 46815-8522

MARTIN K JUNGKUNTZ
2115 E HUMES LN
FLORISSANT, MO 63033-1716

MARTHA WRIGHT
1739 LATHAM AVE
LIMA, OH 45805-1633

MARTIN F CARUS
250 GORGE RD APT 14D
CLIFFSIDE PAR, NJ 07010-1300

MARTIN L GREEN
16 FOREST KNL
PITTSFORD, NY 14534-3602

MARTHA ZELL
2929 WEAVER RD
LANCASTER, PA 17601-2935

MARTIN F GOLDSMITH
9460 N BETHANNE DR
BROWN DEER, WI 53223-1210

MARTIN L KRANINGER
13603 N MARTIN WAY
MEQUON, WI 53097-1750

MARTIN M MANTHEY
825 NAVARRE AVE
NEW ORLEANS, LA 70124-2707

MARTIN O LEHMAN
1326 GABY HILLS DR
DANDRIDGE, TN 37725-4845

MARTIN R FEIT
434 CHESHIRE FARM LN
SAINT LOUIS, MO 63141-8555

MARTIN R FELLER MD
5 KNOX PL
DIX HILLS, NY 11746-5505

MARTIN TIERNEY
5270 HARBORD DR
OAKLAND, CA 94618-2513

MARTIN W FLAVIN
8795 SE 177TH GRASSMERE ST
THE VILLAGES, FL 32162-0886

MARTIN W LIPTAK
5010 GRANDVIEW DR
FORT MILL, SC 29707-5859

MARTIN WAYNE EVENS
863 BATES ST
BATESVILLE, AR 72501-6930

MARTINA G SULLIVAN
1580 WAMPANOAG TRL APT 202
BARRINGTON, RI 02806-1711

MARTINA HASLAM
28 KEEHER AVE
NEWPORT, RI 02840-2320

MARTINA T COLL
495 MERIDIAN LN
YORK, PA 17402-3620

MARTINE VAN NORMAN
1351 DEL RIO CT APT 1
CONCORD, CA 94518-3890

MARTY HESS
3900 N PARKWOOD LN
BEL AIRE, KS 67220-2023

MARTY JONES
9277 COLLEGE CORNER RD
GREENS FORK, IN 47345-9774

MARTY LASKIN
5756 246TH CRES
DOUGLASTON, NY 11362-1908

MARTY MCCARRON
541 HELMET AVE
WATERLOO, IA 50703

MARTY MITCHELL
455 WILDWOOD FOREST DR APT 4
SPRING, TX 77380-2768

MARTY VAN WINKLE
125 RYAN CIR
ROLAND, IA 50236-1017

MARTYNA THERESA SKIDMORE
324 EASTBOURNE AVE
LONG BRANCH, NJ 07740-5502

MARV L DOSCH
2516 CABEZON DR NE
RIO RANCHO, NM 87144-6733

MARVA RUPERT
961 FRANKLIN TOWN HOUSE RD
JACKSON, OH 45640-8057

MARVEL DARROUGH
216 S BELMONT ST
WICHITA, KS 67218-1304

MARVEL RUDD
PO BOX 645
CANYONVILLE, OR 97417-0645

MARVIE ALLEN
PO BOX 466
EAST PALATKA, FL 32131-0466

MARVIN [DEACON] HAYES
5107 N 54TH ST
OMAHA, NE 68104-1704

MARVIN [MARV] ROONEY
5049 STILLWATER BLVD N
STILLWATER, MN 55082-1033

MARVIN BEY
108 PERIDOT DR
ANNA, OH 45302-8640

MARVIN BITLER
7628 CLOUSER CT
LAKELAND, FL 33810-5113

MARVIN J SALATO
18 SALATO LN
MINOOKA, IL 60447-9753

MARVIN MYER
716 N MUHLENBERG ST
ALLENTOWN, PA 18104-3938

MARVIN BROEKHUIZEN
109 E SOUTH ST
DECATUR, MI 49045-1228

MARVIN LEE FRANCIS
837 WOODCREST DR
DOVER, DE 19904-2440

MARVIN O NEVINS
9157 W ACOMA DR
PEORIA, AZ 85381-3781

MARVIN C [DUSTY] DECKER
2710 N 115TH PLZ APT 202
OMAHA, NE 68164-9602

MARVIN LEE JONES
PO BOX 676
HENDERSON, TX 75653-0676

MARVIN OWENS
1129 MOUNT WATER LN
LAWRENCEVILLE, GA 30043-6237

MARVIN CALLOWAY
2913 N WHITTEN AVE
TYLER, TX 75702-1225

MARVIN LETO JR
5242 SW 158TH AVE
MIRAMAR, FL 33027-4989

MARVIN PEDERSEN
5414 SW CHARLESTOWN ST
SEATTLE, WA 98116-3144

MARVIN DEARCHS
19192 ROAD 223
SAUCIER, MS 39574-8242

MARVIN LEVY
1018 WASHINGTON LN
RYDAL, PA 19046-1709

MARVIN PLUCKEBAUM
319 WOODLAND WEST DR
GREENFIELD, IN 46140-8892

MARVIN E DE VRIES
809 TURWILL LN
KALAMAZOO, MI 49006-2742

MARVIN M SWARTZ
900 COVE CAY DR UNIT 6G
CLEARWATER, FL 33760-1214

MARVIN RACOWSKY
2146 E LYNWOOD ST
MESA, AZ 85213-2253

MARVIN E JEMTRUD
PO BOX 451
LARIMORE, ND 58251-0451

MARVIN MARION
10509 JORDAN RD
SALINE, MI 48176-9690

MARVIN RUBIN
5719 N KINGS HWY
ALEXANDRIA, VA 22303-1402

MARVIN F STABELFELDT
W2068 ILLINOIS RD
IRON RIDGE, WI 53035-9619

MARVIN MENNING
4429 SOLOMONS ISLAND RD
HARWOOD, MD 20776-9503

MARVIN SITTNER
1554 NE 70TH AVE
HUDSON, KS 67545-9022

MARVIN HJ GRUBER
130 RIVER MEADOW DR
ROCHESTER, NY 14623-4815

MARVIN MERRITT
14473 266TH RD
ARKANSAS CITY, KS 67005-6071

MARVIN WILLIAMS
3725 250TH AVE
KEOKUK, IA 52632-9737

MARVIN WILLIAMS
2 TWIN FORKS DR
NORTH AUGUSTA, SC 29860-7007

MARVIN ZELKOWITZ M.D.
3235 VOLLMER RD STE 110
FLOSSMOOR, IL 60422-2069

MARVIS BOWMAN
5301 PINNACLE RD
DAYTON, OH 45417-6441

MARVISS WARREN
1201 SE BLUESTEM RD
EL DORADO, KS 67042-8823

MARY [BUNNY] WINSTON
5379 THORNAPPLE LN NW
ACWORTH, GA 30101-7886

MARY [CHRISTINE] KING
115 CROSSWYNDS DR
SAUNDERSTOWN, RI 02874-2403

MARY [KATHLEEN] HANNA
7972 STONEGATE DR
CINCINNATI, OH 45255-3135

MARY [LEE] CULLER
208 FINLEY ST
NORTH WILKESB, NC 28659-3230

MARY [LENA] ROBERSON
1650 S 5TH ST
RICHMOND, IN 47374-6822

MARY [MOLLY] CAMPBELL
116 WOODSEDGE DR
MILTON, PA 17847-9698

MARY [SUE] BAILEY
2594 MONTEGO PL
MEDFORD, OR 97504-5072

MARY [TERRY] PITT
118 HOUSATONIC DR
MILFORD, CT 06460-5034

MARY A FERRAIRA
805 SHADYWOOD DR APT D206
PERKASIE, PA 18944-1575

MARY A HELMSING
430 SW 2ND ST
RICHMOND, IN 47374-5321

MARY A POLLITT
PO BOX 221
METAMORA, IN 47030-0221

MARY A RAMSELL
575 NW 6TH ST APT 15
EARLHAM, IA 50072-1026

MARY A SNOVER
6 WASHINGTON RD APT 9
PARLIN, NJ 08859-1068

MARY A WHITE
3146 BEAVER POND TRL
VALRICO, FL 33596-7931

MARY ADAMS
3642 S SLATE FORD RD
SCOTTSBURG, IN 47170-6214

MARY ADAMS
1600 N OAK ST APT 1210
ARLINGTON, VA 22209-2756

MARY AGNES FAVER
159 E 3RD AVE
ROSELLE, NJ 07203-1211

MARY ALICE DANIELS
7315 VECINO DR
DALLAS, TX 75241-5730

MARY ALICE FLETCHER
RR 1 BOX 2330
STILWELL, OK 74960-9776

MARY ALICE HAYMOND
111 KENSINGTON DR
SPARTANBURG, SC 29306-3916

MARY ALICE IVEY
506 SCOTTS WAY
AUGUSTA, GA 30909-3238

MARY ALICE LIVINGSTON
4899 N FOXTAIL DR
CASTLE ROCK, CO 80109-2819

MARY ALICE MALONEY
1106 LORRAINE DR
FRANKLIN SQUA, NY 11010-1834

MARY ALICE POAG
919 MEADOW VIEW DR
RICHARDSON, TX 75080-3009

MARY ANN BURGHGRAVE
1712 ADONIS WAY
SACRAMENTO, CA 95864-1702

MARY ANN EBERT
3357 ROHRET RD SW
IOWA CITY, IA 52246-8471

MARY ALICE SCHAEFER RN
2100 FRANKLIN LN
ROCKAWAY, NJ 07866-5815

MARY ANN BURNS
403 W AUGUSTA AVE
AUGUSTA, KS 67010-1701

MARY ANN EDEEN
704A LIVERPOOL CIR
MANCHESTER, NJ 08759-5381

MARY ALVARADO
3235 GILCREST TER
COLORADO SPRI, CO 80906-4510

MARY ANN CASPER
6706 BRILEY DR
NORTH RICHLAN, TX 76180-8164

MARY ANN EGAN
5340 N LOWELL AVE APT 207
CHICAGO, IL 60630-1772

MARY AMMONS
2447 KANSAS AVE
OMAHA, NE 68111-1341

MARY ANN CASPERSOM
1260 W HARBOR DR
ARBOR VITAE, WI 54568-9703

MARY ANN EVEN
21 ANTELOPE DR
WHEATLAND, WY 82201-8929

MARY ANDREWS
13227 COPPER COVE WAY
HERNDON, VA 20171-3023

MARY ANN CLARK
2309 N 71ST ST
OMAHA, NE 68104-3854

MARY ANN FERRAGUTO
3251 WOODLAND LN
ALEXANDRIA, VA 22309-2250

MARY ANN [TERI] YOUNG
7218 EATON CT
DEXTER, MI 48130-9818

MARY ANN COLCLOUGH
21111 SHAW LN
HUNTINGTON BE, CA 92646-7143

MARY ANN GRIFFITHS
405 RANKIN DR
ENGLEWOOD, OH 45322-1141

MARY ANN ATER
PO BOX 617
CHESAPEAKE, OH 45619-0617

MARY ANN CONDER
1896 NW L ST
RICHMOND, IN 47374-1416

MARY ANN HAHN
127 PARKVIEW DR
DANVILLE, IN 46122-9045

MARY ANN BERGHELA
64 GRENADA TER
WATERVLIET, NY 12189-3408

MARY ANN CONROY
8508 W BEKEMEYER ST
WICHITA, KS 67212-3263

MARY ANN HARSKI
6 WESTWOOD DR
HADDONFIELD, NJ 08033-3861

MARY ANN BOLDUC
158 TOM AVE
EPHRATA, PA 17522-2483

MARY ANN CRIVOLIO
4082 SW 47TH AVE
OCALA, FL 34474-9668

MARY ANN HEALY
PO BOX 326
AMAWALK, NY 10501-0326

MARY ANN HINCH
1350 NW 171ST ST
MIAMI, FL 33169-5215

MARY ANN KIRKLAND
1822 ROBIN RD
NORTH AUGUSTA, SC 29841-3153

MARY ANN MARCHESE
3710 NW 120TH WAY
SUNRISE, FL 33323-2616

MARY ANN HOSKINSON
2040 ADAMS ST
WILMINGTON, NC 28401-6906

MARY ANN KLEIN
728 STATE ROAD 57 LOT 38
PLYMOUTH, WI 53073-4296

MARY ANN NIBLACK
2015 SADDLEBACK DR
CASTLE ROCK, CO 80104-9494

MARY ANN HULL
5689 STRATHMORE LN
DUBLIN, OH 43017-8550

MARY ANN KOCHEL
1416 EUNICE AVE
JOLIET, IL 60433-8517

MARY ANN PAINTER
12000 N 90TH ST UNIT 2119
SCOTTSDALE, AZ 85260-8634

MARY ANN INMAN
1135 W COUNTY ROAD 125 S
GREENCASTLE, IN 46135-8478

MARY ANN KOEHLER
85 ASHLAND CT
WAUKEE, IA 50263-8513

MARY ANN PEDRO
85 BRIARWOOD AVE
MIDDLETOWN, RI 02842-5807

MARY ANN JACKSON
1711 E 12TH ST
DES MOINES, IA 50316-2003

MARY ANN LI CAUSI
189 PRIVATE ROAD 1400 S
MORGAN, TX 76671-3283

MARY ANN PETERS
705 E PARKER AVE
DAVIS, OK 73030-3156

MARY ANN JACOBS
1121 CHESTER RD
BLYTHEWOOD, SC 29016-8458

MARY ANN LUEDKE
314 N HIGHLAND AVE APT 213
PLYMOUTH, WI 53073-2074

MARY ANN PIERCE
5327 LANCE DR
KNOXVILLE, TN 37909-1816

MARY ANN JOHNSON
5562 COUNTY ROAD 72 W
LITTLEFORK, MN 56653-9153

MARY ANN M MCMANUS
222 KELSO CT
CARY, NC 27511-6549

MARY ANN PLUMP
8 ELGAR ST
ELWOOD, NY 11731-5612

MARY ANN KATTELMAN
3312 EMERALD LAKES DR UNIT 2
CINCINNATI, OH 45211-1984

MARY ANN MALISHESKI
417 WELLINGTON CIR
WAITE PARK, MN 56387-4519

MARY ANN PLUTH
2316 BIRCH ST
JOLIET, IL 60435-1701

MARY ANN KENDALL
1318 BEECH AVE
TORRANCE, CA 90501-2423

MARY ANN MALONEY
8 GLORIA ST
CLARK, NJ 07066-2512

MARY ANN POPOVICH
3817 SARAH ST
MCKEESPORT, PA 15132-1534

MARY ANN PRONTIKER
152 ROYAL OAK DR APT 607
WHITE OAK, PA 15131-2015

MARY ANN STEINKE
1617 CANDLEGLOW ST
CASTLE ROCK, CO 80109-3624

MARY ANN WENZEL
994 AIRPORT RD
FALMOUTH, KY 41040-8893

MARY ANN RUSS
212 HURST DR
OLD HICKORY, TN 37138-2802

MARY ANN STODDARD
2562 MAGELLAN LN
VISTA, CA 92081-8709

MARY ANN WERTENBERGER
246 MIDWAY ST
DUNDEE, MI 48131-1125

MARY ANN SANBORN
309 SHEEK ST N
DOVER, MN 55929-2710

MARY ANN SUMMERS
6908 HALLWOOD CT
LOUISVILLE, KY 40291-2476

MARY ANN WHITE
6604 S 46TH ST
OMAHA, NE 68117-2644

MARY ANN SCHLOTT
1001 E OREGON RD
LITITZ, PA 17543-9205

MARY ANN SVEC
27701 SOLON RD
SOLON, OH 44139-3466

MARY ANN WHITMORE
4 CIRCLE WOOD RD
ROCHESTER, NY 14625-2179

MARY ANN SELTZER
22 OAKWOOD LN
PLAINVIEW, NY 11803-2234

MARY ANN TEST
4334 UPLAND DR
MADISON, WI 53705-5041

MARY ANN WRIGHT
7113 NUBBIN RIDGE DR
KNOXVILLE, TN 37919-8150

MARY ANN SMITH
5360 EMERYWOOD DR
BUENA PARK, CA 90621-1633

MARY ANN TROSTLE
2531 SHAW AVE
CUYAHOGA FALL, OH 44223-1533

MARY ANN YOUNG
10519 WALTER THOMPSON DR
VIENNA, VA 22181-3031

MARY ANN SMRZ
1999 SLEEPY HOLLOW RD
JUNCTION CITY, WI 54443-9741

MARY ANN VON SEGGERN
6860 PIERSHILL LN
CARY, NC 27519-1566

MARY ANNA WATSON
852 CHESTNUT DR
FRANKFORT, KY 40601-2457

MARY ANN SPENCER
1717 W 14TH ST
ASHTABULA, OH 44004-2921

MARY ANN WARNER
2711 FAIRLANE PL
CHINO HILLS, CA 91709-1240

MARY ANNE BANTA-NELSON
8 DAVID DR
MONTVILLE, NJ 07045-9521

MARY ANN STARR
331 N LIME ST
LANCASTER, PA 17602-2356

MARY ANN WEGNER
6535 N ALBERTA CT
GLENDALE, WI 53217-4020

MARY ANNE GASSMANN
7185 STATE ROAD B
DITTMER, MO 63023-1707

MARY ANNE HARLAN
6199 W HODGES DR
RICHLAND, IN 47634-9167

MARY ANNE WALSH
105 CHESTER AVE
FOLSOM, PA 19033-3611

MARY BARTELL
191 HARVEST AVE
STATEN ISLAND, NY 10310-2815

MARY ANNE KRISTEL
16070 VIA MONTEVERDE
DELRAY BEACH, FL 33446-2351

MARY ANNETTE COOK
185 BEECHTREE LN
MOUNT WASHING, KY 40047-7139

MARY BARTKOWSKI
4726 SOUTHERN TRL
MYRTLE BEACH, SC 29579-7229

MARY ANNE LANINGHAM
301 SPYGLASS HILL PL
SALISBURY, NC 28144-9493

MARY ANSON
314 SIB RUMERY ST
WAYLAND, MI 49348-1332

MARY BASS
PO BOX 544
YANTIS, TX 75497-0544

MARY ANNE MCDONALD
28254 SHADYLANE DR
FARMINGTON HI, MI 48336-2151

MARY ARNOLD
5784 HEMLOCK RD
VESPER, WI 54489-9734

MARY BELEW
1705 MAPLE ST
QUINCY, IL 62301-1958

MARY ANNE PAGE
5230 65TH PL APT 3B
MASPETH, NY 11378-1321

MARY ARNOLD
400 GRANT ST APT A11
EAST TAWAS, MI 48730-1685

MARY BELLE BRANDON
2259 220TH ST
DONNELLSON, IA 52625-9182

MARY ANNE ROSS
12354 MEDALIST PKWY
CARMEL, IN 46033-8932

MARY ASBRIDGE
74 OLD RUTHERFORD KENTON RD
KENTON, TN 38233-3414

MARY BELLE KNOLLINGER
49 WILLIAMBURG CIR
WHEELING, WV 26003

MARY ANNE SAWERS
2922 CROYDON ST
DENTON, TX 76209-1336

MARY AUBIN
3807 STUDSTILL RD
VALDOSTA, GA 31605-7716

MARY BELLE KOHLI
211 OLD CEDAR PT
CHAPIN, SC 29036-8110

MARY ANNE THIEDE
11330 PARDEE RD
TAYLOR, MI 48180-4229

MARY B GAINEY
6 KATZMAN PL
NEWPORT, RI 02840-1910

MARY BERRY
9 RAMBLING LN
MALVERN, PA 19355-3023

MARY ANNE TUTTLE
277 MOUNT FAIR CIR
SWANSEA, MA 02777-1029

MARY BABICH
1230 BUELL CT
JOLIET, IL 60435-6875

MARY BETH BRADY
26 MILL SPRING RD
MANHASSET, NY 11030-3430

MARY BETH D'ANGELO
475 MANHASSET WOODS RD
MANHASSET, NY 11030-1663

MARY BOUDRIE
2385 BLUEBUSH RD
MONROE, MI 48162-9643

MARY C BLEICHERT
187 DUNSBACH FERRY RD
COHOES, NY 12047-4923

MARY BETH GARNER
102 CHERYL CT
HENDERSONVILL, TN 37075-2201

MARY BOWERS
4034 ARDARA DR
TALLAHASSEE, FL 32309-2802

MARY C HOLLINGSHEAD
517 W PINE ST
JOHNSON CITY, TN 37604-6625

MARY BETH MILLER
1795 BARRINGTON RD
COLUMBUS, OH 43221-3838

MARY BOYD
1 MEADOW LN
ROCHESTER, NY 14618-3431

MARY C LARSH
152 WOODLAND DR
EATON, OH 45320-9671

MARY BETH NIEDZWIECKI
182 MIDWAY AVE
FANWOOD, NJ 07023-1053

MARY BRANNAN
11668 N COUNTY ROAD 300 W
BRAZIL, IN 47834-6902

MARY C LOVE
332 PAXSON LN
LANGHORNE, PA 19047-8255

MARY BETTERMAN
525 E 315TH ST
WILLOWICK, OH 44095-4216

MARY BROSSMAN
405 BROSSMAN RD
EPHRATA, PA 17522-9502

MARY C MCENULTY
6612 E ZIMMERLY CT
WICHITA, KS 67207-2845

MARY BICKNELL
5739 33RD AVE NE
SEATTLE, WA 98105-2320

MARY BROWN
21618 COGGINS RD
POTEAU, OK 74953-8674

MARY C MURPHY
2229 LAUREL COVE DR
VIRGINIA BEAC, VA 23454-2000

MARY BOETTCHER
303 MANHATTAN AVE
WEST BABYLON, NY 11704-5531

MARY BUCHANAN
733 JOHNSON ST
WATERLOO, IA 50702-2231

MARY C SHORTT
838 FAIR ST APT E107
CARMEL, NY 10512-3095

MARY BOND
1 BEACH DR SE UNIT 812
SAINT PETERSB, FL 33701-3924

MARY BUSHMAKER
528 SCARLETT WAY
MC CORMICK, SC 29835-2933

MARY CANOLE
87 GIRARD AVE APT 307
NEWPORT, RI 02840-1161

MARY BORTNER
11 GRIFFITH AVE
MALVERN, PA 19355-2614

MARY C ASH
401 7TH AVE APT 407
FAIRBANKS, AK 99701-4966

MARY CAROLYN KLUTE
1275 HENLEY RD
RICHMOND, IN 47374-7132

MARY CATHERINE BRANDT
247 PORTERVILLE RD
BRIGHTON, TN 38011-4138

MARY COLE
2360 BULL PEN RD
CASHIERS, NC 28717-9525

MARY DAVIDSON
1134 POTTAWATOMIE ST
LEAVENWORTH, KS 66048-1729

MARY CATHERINE LINDLER
90 MANVILLE AVE
BARNWELL, SC 29812-1589

MARY COLLIER
302 S WALNUT ST
MCPHERSON, KS 67460-4731

MARY DAVIS
54 WHITEHALL
BRISTOL, TN 37620-2950

MARY CHISHOLM
49 LAFAYETTE ST
HUNTINGTON, NY 11743-5228

MARY COOK
204 BREEZY HILL RD
BATESBURG-LEE, SC 29070-8921

MARY DE LUCA
12409 EAGLESWOOD DR APT A
HUDSON, FL 34667-2486

MARY CHRISTIANSEN
1708 FOX VALLEY DR SW
ROCHESTER, MN 55902-3432

MARY CRITTENDEN
PO BOX 45
GREENWAY, AR 72430-0045

MARY DEDOES
3237 CANDLE RIDGE DR
ORLANDO, FL 32822-4057

MARY CHRISTIE
1207 JACKSON AVE APT 205
NEW ORLEANS, LA 70130-5173

MARY CROPF
7912 CLAREDALE DR
BARTLETT, TN 38133-2083

MARY DEGAGNE
33337 29TH PL SW
FEDERAL WAY, WA 98023-2715

MARY CLEONA ESTUS
PO BOX 926
CHINO VALLEY, AZ 86323-0926

MARY D BANK
1905 CLEMSON DR
RICHARDSON, TX 75081-2627

MARY DEW
2316 W 9TH ST
GREELEY, CO 80634-5914

MARY CMARIK
2650 ATHENA DR
TROY, MI 48083-2468

MARY D CASAVECCHIA
6050 TULIP ST
PHILADELPHIA, PA 19135-4222

MARY DIANE KNOX
6532 HALSEY DR
WOODRIDGE, IL 60517-1341

MARY COHEN-EHLEN
1209 DU MOTIER DR
BALLWIN, MO 63011-3612

MARY D GALLITELLI
303 BROADWAY
MENANDS, NY 12204-2707

MARY DICKERT
1527 BOUNDARY ST
NEWBERRY, SC 29108-3829

MARY COLE
899 NORMANDY RD
NORMANDY, TN 37360-3149

MARY DAUGHERTY
PO BOX 89
WARREN, IN 46792-0089

MARY DILISSIO
313 LINCOLN AVE
BRISTOL, PA 19007-5312

MARY DOLORES LANDGRAF
115 W END AVE
HADDONFIELD, NJ 08033-2617

MARY E CLEARY
1018 CUYLER CT
SLINGERLANDS, NY 12159-9555

MARY E VAN METER
745 GLEASON RD
PIKETON, OH 45661-9698

MARY DONNELLY-NIEGOCKI
33 RIVERSIDE DR APT 1D
NEW YORK, NY 10023-8013

MARY E DEITZ
5654 DOCKSIDE LN
MARION STATIO, MD 21838-2748

MARY E VENTURI
1605 PORTOLA AVE
STOCKTON, CA 95209-2549

MARY DORMER-GASKEY
6110 78TH ST
MIDDLE VLG, NY 11379-1336

MARY E FOLEY
10221 NEWPORT CIR
TAMPA, FL 33612-7346

MARY EBEL
28 WINNEBAGO DR
MILFORD, OH 45150-1624

MARY DRANSFIELD
12 KAREN DR
NEW FAIRFIELD, CT 06812-4614

MARY E HAMMERLE
8230 DUESLER ST
DOWNEY, CA 90242-2418

MARY EILEEN PIRKLE
103 OAK RDG
MONROE, GA 30655-2274

MARY DRESSLER ED.D
426 SCHOOL LN
WAYNE, PA 19087-5431

MARY E HEAD
45 COURT ST
WEST HAVEN, CT 06516-5022

MARY EILERS
2640 15TH ST N
SAINT CLOUD, MN 56303-1616

MARY DUNPHY
PO BOX 47
MC EWENSVILLE, PA 17749-0047

MARY E HETZEL
481 CLOVERFIELD LN
FORT WRIGHT, KY 41011-5145

MARY ELIZABETH ALADJ
205 JAY DR
ROCKVILLE, MD 20850-4708

MARY E [MELLAN] BLOUNT
13542 LOBLOLLY LN
CLERMONT, FL 34711-7615

MARY E MAXWELL
1855 MAPLECREST RD
FORT WAYNE, IN 46815-7655

MARY ELIZABETH BUFFINGTON
2506 BIRD LN APT A
PORTSMOUTH, VA 23702-2324

MARY E ARMES RN
803 N KNIGHT CIR
MARION, IN 46952-2466

MARY E REICHENBERGER
501 S SUMMITLAWN ST
WICHITA, KS 67209-2245

MARY ELIZABETH KOEHLER
100 2ND ST SE APT 902
MINNEAPOLIS, MN 55414-2129

MARY E BURNS
668 E COUNTY ROAD 300 N
CENTERPOINT, IN 47840-8294

MARY E SUTHERLAND
PO BOX 134
CASTLEWOOD, VA 24224-0134

MARY ELIZABETH LONG
31 WESTGATE LN
STORRS MANSFI, CT 06268-1506

MARY ELIZABETH MINKALIS
1060 EASY ST UNIT C
CROWN POINT, IN 46307-3745

MARY ELLEN HARRIGAN
109 ROCKY TOCK ST
LA VERGNE, TN 37086-3214

MARY ELLEN TROCHESSET
5424 SUNSET VIEW DR
MONONGAHELA, PA 15063-4625

MARY ELIZABETH WALLACE
721 W PECAN ST
BLYTHEVILLE, AR 72315-1637

MARY ELLEN KIMBALL APR
1015 LAKESHORE DR
OSCEOLA, IA 50213-1604

MARY F [FRITZIE] SMITH
1811 WHITE SANDS DR
GREAT BEND, KS 67530-3020

MARY ELLEN BAHL
2420 BRYONAIRE RD
MANSFIELD, OH 44903-7407

MARY ELLEN MERRILL
3714 DELANO DR
EATON RAPIDS, MI 48827-9677

MARY F HERRIOTT
10410 HILLTOP RD
OMAHA, NE 68134-2925

MARY ELLEN BANASZEK
124 LANCASTER RD
CANAAN, ME 04924-3136

MARY ELLEN MILLER
44 DORCHESTER DR
PAINESVILLE, OH 44077-5016

MARY F LEMOS
227 HOWARD ST
MELROSE, MA 02176-2007

MARY ELLEN BRANTLEY PHD
3537 PRESERVE DR SE
ATLANTA, GA 30339-3737

MARY ELLEN MOORADIAN
3364 HOLLY WOODS CT
QUINTON, VA 23141-1338

MARY F TAYLOR
616 NORTHRIDGE ST
DENTON, TX 76201-0829

MARY ELLEN BULICK
455 S MAIN ST APT 327
AMHERST, OH 44001-2127

MARY ELLEN RADMANN
28 MAYWOOD PL
SAINT PAUL, MN 55117-5620

MARY F TONINI
4301 PARK AVE UNIT 220
DES MOINES, IA 50321-3453

MARY ELLEN FORD
25 BROOKLINE AVE
ALBANY, NY 12203-1804

MARY ELLEN SHOEMAKER
315 OSCEOLA MILL RD
GORDONVILLE, PA 17529-9713

MARY FAHEY
6985 INDIAN LORE CT
WEST BEND, WI 53090-8923

MARY ELLEN GEISWITE
507 LIBERTY ST
WATSONTOWN, PA 17777-1135

MARY ELLEN TERRACCIANO
68 POPLAR ST
GARDEN CITY, NY 11530-6327

MARY FARRAR
1710 7TH ST SW LOT 21
RUSKIN, FL 33570-5520

MARY ELLEN GRACE WICHSER
5402 S CLAIBORNE AVE
NEW ORLEANS, LA 70125-4904

MARY ELLEN TRACY
6031 PALISADE DR
HUNTINGTON BE, CA 92647-3224

MARY FELDMANN
520 MCCOLM ST
PLYMOUTH, WI 53073-2352

MARY FIELD
2707 WESTERN AVE
DAVENPORT, IA 52803-1434

MARY FRANCES SHEPARD-KING
42 MEANY RD APT D4
WRIGHTSTOWN, NJ 08562-1630

MARY GLOVER
405 SILVER CREEK RD
GREER, SC 29650-3419

MARY FITZNER
246 KNOX GALLUPVILLE RD
BERNE, NY 12023-2018

MARY FROST
2342 KILLARNEY CT NW
OLYMPIA, WA 98502-3445

MARY GORDON
PO BOX 1202
KALAMA, WA 98625-1100

MARY FLANDERS
103 SHAWNEE AVE E
BIG STONE GAP, VA 24219-2811

MARY G PISKORSKI
437 S VAIL AVE
ARLINGTON HEI, IL 60005-1847

MARY GRACE PORTER
357 WOODBRIDGE DR UNIT A
RIDGE, NY 11961-8366

MARY FLORENCE
9901 NE 4TH ST APT 21
BELLEVUE, WA 98004-5666

MARY GALBRAITH
3930 N HARCOURT PL
SHOREWOOD, WI 53211-2444

MARY GUMTOW
4998 WILLOW RD
SALINE, MI 48176-9369

MARY FOWLER
120 MAKALAUNA ST
KIHEI, HI 96753-7568

MARY GASTON
3236 S COUNTY ROAD 200 W
GREENCASTLE, IN 46135-8108

MARY HABER
6765 PENN AVE
PITTSBURGH, PA 15208-2346

MARY FRANCES BOBB
231 HIDEAWAY TRL
BEAVERTOWN, PA 17813-9223

MARY GERAGHTY
613 WINCHESTER LN
MONROE TOWNSH, NJ 08831-2005

MARY HAINLEY
820 12TH ST APT 12
MANNING, IA 51455-1400

MARY FRANCES LANDY-BROWN
3486 MONTE CARLO DR
AUGUSTA, GA 30906-5717

MARY GESSLER
6251 ASH ST
MISSION, KS 66205-3006

MARY HAMMERBACHER RNC
12801 E CREST RIDGE CIR
WICHITA, KS 67230-1630

MARY FRANCES LOWN
801 STANTON DR
NORTH AUGUSTA, SC 29841-3267

MARY GIESLER
17 GIRARD AVE
CHATHAM, NJ 07928

MARY HANKOSKY
1024 CRESCENT DR
RICHMOND, IN 47374-1148

MARY FRANCES NICOLE JELLISON
219 N L ST APT 103
LAKE WORTH, FL 33460-3490

MARY GLOMSKI
19932 VOGEL LN
KIEL, WI 53042-4641

MARY HANNOVER
708 N CHURCH ST
ALGONA, IA 50511-1709

MARY HARRISON
14906 XIT TRL
AMARILLO, TX 79118-3441

MARY HAWKINS
1608 WILDWOOD DR
ROUND ROCK, TX 78681-7240

MARY HAWKINSON
PO BOX 122
KANDIYOHI, MN 56251-0122

MARY HAYES
625 ANDERSON ST
GREENCASTLE, IN 46135-1833

MARY HAYFORD
1400 HOLBROOK ST
WENATCHEE, WA 98801-1673

MARY HEATHCOTE
11471 BUCKINGHAM WAY
SPRING HILL, FL 34609-5652

MARY HEETER
2658 VILILLY CIR W
GROVE CITY, OH 43123-8898

MARY HELEN CHAVEZ
902 LAMP POST CIR SE
ALBUQUERQUE, NM 87123-4119

MARY HELEN HALSEY
4723 S NEW COLUMBUS RD
ANDERSON, IN 46013-3968

MARY HELEN MCKINLEY
192 WEST BYP
TRENTON, TN 38382-7932

MARY HELEN NICHOLS
3737 HOMELAND DR
LOS ANGELES, CA 90008-4921

MARY HELMER
PO BOX 740575
ORANGE CITY, FL 32774-0575

MARY HERKENHINE
339 S BROMFIELD RD
KETTERING, OH 45429-2754

MARY HERO
517 MOORE PL
LINDEN, NJ 07036-2964

MARY HOLTZ
110 MANCHESTER AVE
KEYPORT, NJ 07735-1915

MARY HORSTMAN
4646 HARRIS RD
WILLIAMSTON, MI 48895-9153

MARY HUCKELBERRY
13412 IRONWOOD RD APT 7
ELY, MN 55731-8109

MARY HULL
10535 S GLENVIEW LN
OLATHE, KS 66061-7427

MARY HUNTER
421 NW 201ST AVE
PEMBROKE PINE, FL 33029-3360

MARY I TRAVERS
PO BOX 760727
SAN ANTONIO, TX 78245-0727

MARY J [JAMIE] HAHN
625 GLEN WILLOW DR
KNOXVILLE, TN 37934-1736

MARY J FLEMING
1204 E BROWNING AVE
PAMPA, TX 79065-5002

MARY J HILLMAN
8106 W 200 S
RUSSIAVILLE, IN 46979-9732

MARY J JENKINS
62 HORIZON RD
BROWNS MILLS, NJ 08015-3856

MARY J PINEGAR
3235 NE 48TH AVE
DES MOINES, IA 50317-5473

MARY J SCHUETT
8855 N PORT WASHINGTON RD A
BAYSIDE, WI 53217-1631

MARY J TYNAN
6 HART ST
BROOKLINE, MA 02445-6756

MARY JAMISON
3026 54TH ST APT 322
LUBBOCK, TX 79413-4238

MARY JANE FAIRMAN
270 KANE RD
PITTSBURGH, PA 15239-2809

MARY JANE LEMMER
10 E WASHINGTON ST
HORNELL, NY 14843-1419

MARY JANE [JEAN] FUOCO
4329 VALMONTE DR
SACRAMENTO, CA 95864-3166

MARY JANE GENOESE
36 BROOKLAKE RD
FLORHAM PARK, NJ 07932-2817

MARY JANE LEUGERS
204 WESTMINSTER DR
GREENVILLE, OH 45331-2761

MARY JANE BEEBE
98 KING PHILIP AVE
BRISTOL, RI 02809-4330

MARY JANE GOWANS
929 TRAFALGER ST
EAST LANSING, MI 48823-1326

MARY JANE MCAFEE MURPHY
2308 COVENT GARDEN RD
VIRGINIA BEAC, VA 23456-7809

MARY JANE BUSH
3557 VINEYARD HILLS CT
GRASS LAKE, MI 49240-8509

MARY JANE HIMES
4302 MARATHON PKWY
LITTLE NECK, NY 11363-1937

MARY JANE MICHALIK
3848 S SACRAMENTO AVE
CHICAGO, IL 60632-2341

MARY JANE CHAIN
105 S NARBERTH AVE APT J
NARBERTH, PA 19072-2345

MARY JANE JENSEN
1139 LAURALYNN DR
LATROBE, PA 15650-4718

MARY JANE RANDALL
1201 MENOR ST APT 105
WINFIELD, KS 67156-4244

MARY JANE DAVIS
609 STONEY CREEK DR
DAUPHIN, PA 17018-9611

MARY JANE JORDAN
6004 ELLESMERE CT UNIT C
KINGSTOWNE, VA 22315-4872

MARY JANE SAVAGE
12800 SPRUCE TREE WAY APT 3
RALEIGH, NC 27614-8272

MARY JANE DAY
450 DAYS LN
SPARTA, KY 41086-9594

MARY JANE KINMAN
155 CARONDELET PLZ UNIT 902
SAINT LOUIS, MO 63105-0029

MARY JANE SCHNUPP
71 FONTANA AVE
LEBANON, PA 17042-4723

MARY JANE DEWYER
115 HORSESHOE DR
WHITE OAK, PA 15131-3222

MARY JANE LANG
24551 DOLPHIN COVE DR
PUNTA GORDA, FL 33955-1883

MARY JANE SCHUKNECHT
228 GLEN HOLLOW RD
MADISON, WI 53705-1166

MARY JANE EGBERT
16202 N 33RD ST
PHOENIX, AZ 85032-3108

MARY JANE LAURIELLO
448 MELROSE AVE
HADDON TOWNSH, NJ 08108-2519

MARY JANE SHOULTZ
2865 MAIN ST APT 272
ANN ARBOR, MI 48103-6971

MARY JANE TONEY
3020 N US HIGHWAY 231
GREENCASTLE, IN 46135-8448

MARY JEAN STEGMAN
4291 RALEIGH WAY
TALLAHASSEE, FL 32311-3339

MARY JO COOGAN
1541 FILLMORE CT
LOUISVILLE, CO 80027-1001

MARY JANE WECHTER
823 HIGH ST
AKRON, PA 17501-1417

MARY JEAN VAN DYKE
6279 AVENIDA GORRION
GOLETA, CA 93117-2057

MARY JO ELIZABETH DESOTA
8816 MADISON ST NE
BLAINE, MN 55434-2339

MARY JANE WEIDNER
1806 IL ROUTE 23
HARVARD, IL 60033-9423

MARY JEANNE LINDINGER-OLSEN
25606 GRAF RD
HARVARD, IL 60033-8959

MARY JO FALK
49949 350TH ST
SALOL, MN 56756-9609

MARY JANE ZEMEK
721 WALNUT ST E
DEVILS LAKE, ND 58301-3153

MARY JEANNE WOLF
840 DRIFTWOOD AVE
COLUMBUS, IN 47203-1027

MARY JO FERRITER
103 ASHRIDGE CT
COLUMBIA, SC 29212-1967

MARY JAYNE WOODWARD
232 N STONEHEDGE DR
COLUMBIA, SC 29210-4222

MARY JENKINS
69 FRANCIS MARION CIR
BEAUFORT, SC 29907-1929

MARY JO HODGES
1322 SE 6TH AVE
OAK HARBOR, WA 98277-3987

MARY JEAN BANNERT
2274 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8922

MARY JO BAUMGARTNER
1404 WILMETTE ST
PORT CHARLOTT, FL 33980-1956

MARY JO JEFFERS
4969 GREENMOUNT PIKE
RICHMOND, IN 47374-9687

MARY JEAN CARROLL
2967 JACKS RUN RD APT 312
WHITE OAK, PA 15131-2548

MARY JO BRADLEY
28660 490TH ST
WALNUT, IA 51577-4132

MARY JO JOHNSON
14 FIELDSTONE TRL
SPARTA, NJ 07871-2854

MARY JEAN JACOBY
4 ARMISTEAD KY
COLTS NECK, NJ 07722-1754

MARY JO BRIDGFORD
10777 EMMA LN
NEWBURGH, IN 47630-9496

MARY JO LARSEN
1814 INDIAN MEADOWS LN
FORT COLLINS, CO 80525-1421

MARY JEAN OSTERKIL
1295 S CAWSTON AVE SPC 412
HEMET, CA 92545-9115

MARY JO CLARK
426 TIKTIN DR
CHATTANOOGA, TN 37415-5115

MARY JO LOUISE
7308 220TH ST
OAKLAND GARDE, NY 11364-3038

MARY JO MENCH
207 SAINT MARTINS LN
SMYRNA, TN 37167-6373

MARY JO MILLER
PO BOX 165
BRIMFIELD, IL 61517-0165

MARY JO PANKO
1341 17TH ST S
WISCONSIN RAP, WI 54494-5425

MARY JO PETTERSON
140 BEACH SUMMIT CT
JUPITER, FL 33477-9629

MARY JO SCHENK
3706 23RD ST
GREAT BEND, KS 67530-7448

MARY JO STEVENSON FULLEN
PO BOX 81
NINOLE, HI 96773-0081

MARY JO TRESTER
8896 HIDDEN HILLS DR
CENTERVILLE, IN 47330-9541

MARY JO TUBESING
218 N ROUND BARN RD
RICHMOND, IN 47374-4529

MARY JO WHITE
PO BOX 1324
GREEN VALLEY, AZ 85622-1324

MARY JO ZACHOW
235 PARK CREST DR
THIENSVILLE, WI 53092-1758

MARY JOANNE BROWN
1231 CROSS CREEK RD
BURGETTSTOWN, PA 15021-2401

MARY JOANNE KOETTING
936 WYNSTAY CIR
VALLEY PARK, MO 63088-1444

MARY JOHANSSON
52 MISSIONARY RD #26
CROMWELL, CT 06416-2170

MARY JOLING
841 WASHINGTON ST
WISCONSIN RAP, WI 54494-3539

MARY JUDE
1402 SHORE RD
LAMOINE, ME 04605-4630

MARY JUDITH [JUDY] KUC
86 WHITE PINE DR
COLTS NECK, NJ 07722-1531

MARY JUNE PACKER
3712 CHANNEL VIEW PT
MUSKEGON, MI 49441-6429

MARY K ADAMS
59 1300TH ST
CHANUTE, KS 66720-5393

MARY K GREGORY
268 WOODEND RD
BONNER SPRING, KS 66012-1390

MARY K HUMPHREY
366 PASADENA AVE
COLUMBUS, OH 43228-6114

MARY K MASTY
9682 OHIO PL
BOCA RATON, FL 33434-2306

MARY K NELSON
5801G N PULASKI RD # 215-W
CHICAGO, IL 60646-6055

MARY K VANDEN BERGE
21100 STATE ST SPC 318
SAN JACINTO, CA 92583-8318

MARY KATHERINE RAGLOW
215 WARNER ST
WALBRIDGE, OH 43465-1135

MARY KATHERINE SIMON
32 S TURBOT AVE OFC
MILTON, PA 17847-2498

MARY KATHRYN [KATHY] SPOTT
8660 SC HIGHWAY 395
NEWBERRY, SC 29108-7133

MARY KATHRYN GROGG
1607 OSCEOLA ST
JOHNSON CITY, TN 37604-7117

MARY KAY DECKER
3801 AFTON BRAE DR
ANNISTON, AL 36207-6468

MARY KELLEHER
4 ASPEN CT
ALBANY, NY 12203-5354

MARY L MARTIN
251 W HOMEWAY LOOP
CITRUS SPGS, FL 34434-8109

MARY KAY FELLER
5072 JAMES HILL RD
DAYTON, OH 45429-5440

MARY KISH
425 FREMONT CT
BERRYVILLE, VA 22611-1441

MARY L NEAL
12961 FILMORE ST
PACOIMA, CA 91331-1834

MARY KAY KENT
8250 76TH ST S
COTTAGE GROVE, MN 55016-2007

MARY KLINE
1015 KERR DR SW
AIKEN, SC 29803-5396

MARY L OLSON
1075 PARK AVE
NEW YORK, NY 10128-1003

MARY KAY LARSEN
1259 S HILL DR
WATERLOO, IA 50701-5046

MARY KOEHLER
PO BOX 367
FISH CREEK, WI 54212-0367

MARY L SEXTON
2651 CASTLE PL
LA CROSSE, WI 54601-6493

MARY KAY MARTIN
1327 OAK ST APT A
SANTA MONICA, CA 90405-4728

MARY KRATOCHVIL
4203 ELM AVE
BROOKFIELD, IL 60513-1903

MARY L SPRINKMAN
7417 N LONGACRE RD
FOX POINT, WI 53217-3541

MARY KAY PROCTOR
26427 S LAKEVIEW DR
SUN LAKES, AZ 85248-6954

MARY KYLE
336 HEPBURN ST
MILTON, PA 17847-2414

MARY L TAYLOR
900 HAYES RD APT C8
GAYLORD, MI 49735-7347

MARY KAY WESTEMEIER
375 SHERIDAN RD
WATERLOO, IA 50701-4023

MARY L GEORGE
24199 W MAIN ST
COLUMBUS, NJ 08022-1916

MARY L TUCKER
531 BELMONTE PARK N APT 111
DAYTON, OH 45405-4707

MARY KAYE HUNTEMAN
3411 BRECKENRIDGE DR
RICHMOND, IN 47374-8304

MARY L HUDSON
4500 HILLSBORO AVE N
NEW HOPE, MN 55428-4753

MARY L YAHNKE
28595 HORSESHOE LN
GRAVOIS MILLS, MO 65037-4013

MARY KAYE TOLEN
201 HANOVER RD
EVANSVILLE, IN 47710-4211

MARY L JONES
1713 IRMA ST
CHARLOTTE, NC 28216-4815

MARY LAMAR
510 OZARK TRL
MADISON, WI 53705-2539

MARY LANDWEHR
3509 ARGYLE RD
KEOKUK, IA 52632-9753

MARY LANSING
214 COLUMBIA TPKE
RENSSELAER, NY 12144-4130

MARY LAPE
6792 KERN DR
CINCINNATI, OH 45247-3386

MARY LASHWAY
53-567 KAMEHAMEHA HWY APT 21
HAUULA, HI 96717-9677

MARY LASOTA
162 ALOE CT
RICHLAND, WA 99352-8615

MARY LEANN BENNETT
3720 TAMARAK DR
SPRINGFIELD, IL 62712-8956

MARY LEE TOOLE
2002 MAGNOLIA PKWY
GROVETOWN, GA 30813-3087

MARY LEWIS
23731 S FRONTAGE RD
CHANNAHON, IL 60410-3131

MARY LILJEHULT
3456 STEPHEN LN
WANTAGH, NY 11793-3106

MARY LINDA HAHN
152 EDINBURG RD
TRENTON, NJ 08619-1712

MARY LINDEMAN
661 N PRESTON TRL
WICHITA, KS 67230-1525

MARY LITTLE
2589 N LIGHTWOOD AVE
BETHEL PARK, PA 15102-2050

MARY LOIS SCOTT
1935 NW 13TH ST
OKLAHOMA CITY, OK 73106-2009

MARY LOU AUER
3576 SW WILLOW BROOK DR
TOPEKA, KS 66614-3865

MARY LOU BAUM RN
16 SUMMERWOOD
ALISO VIEJO, CA 92656-1437

MARY LOU BONAGURO
11 MATTHEWS CT
BROOKLYN, NY 11218-4309

MARY LOU BRILES
1015 LUSTER LN
DES MOINES, IA 50315-6622

MARY LOU BURNELL
PO BOX 76
SPRAGUE, MB R0A 1Z0

MARY LOU CAPPS
114 E MEADOWBROOK DR
CHATTANOOGA, TN 37415-2826

MARY LOU CLARK
19 BON AIRE LN
RICHMOND, IN 47374-1921

MARY LOU CONN
3208 N BIGELOW ST
PEORIA, IL 61604-1630

MARY LOU COXON
7533 STONE RIDGE RD
ORR, MN 55771-8481

MARY LOU CULKIN
101 WILLOW LN
VALLEY STREAM, NY 11580-7013

MARY LOU DAVIS
684 DUNDEE CT
WENTZVILLE, MO 63385-2858

MARY LOU DICKERSON
13 AMELIA DR
SCHENECTADY, NY 12309-3201

MARY LOU DUGAN
411 W NEVILLE ST
WOOLSTOCK, IA 50599-8046

MARY LOU GARLAND
1060 ARGYLL WOODS
DANVILLE, KY 40422-2715

MARY LOU GREENHOE
1133 YEOMANS ST LOT 133
IONIA, MI 48846-1962

MARY LOU RICHMOND
9851 W ORAIBI DR
PEORIA, AZ 85382-4106

MARY LOU ZELAZNY
1065 CLIFFVIEW DR
EASTLAKE, OH 44095-2359

MARY LOU HAMMER
16500 WATERGAP RD
WILLIAMS, OR 97544-9564

MARY LOU ROGERS
2309 MEADOW RIDGE CT
WHEELERSBURG, OH 45694-9078

MARY LOUISA [POLLY] PINNEY
12108 LAKEWOOD CT
FORT MYERS, FL 33908-2833

MARY LOU HASTINGS
1421 S KING CT
DENVER, CO 80219-3956

MARY LOU RUPPRECHT
2435 WHISPER WALK DR
SPRING HILL, FL 34606-7245

MARY LOUISE BUDA
11736 MEREDITH AVE
OMAHA, NE 68164-2226

MARY LOU JENNINGS
620 E VISTA AVE
PHOENIX, AZ 85020-4062

MARY LOU SAVAGE
613 ARCHER ST
MCKEESPORT, PA 15132-3610

MARY LOUISE CESTONE
46 MAPLETREE RD
TOMS RIVER, NJ 08753-5237

MARY LOU KOGER HUFFMAN
6628 TWELVE OAKS DR
ANDERSON, IN 46013-9671

MARY LOU SEGER
55 PINEHURST AVE
ALBANY, NY 12203-2507

MARY LOUISE COBOURN
1514 BRANDYWINE BLVD
WILMINGTON, DE 19809-2212

MARY LOU LAUER
3802 W WESTPORT ST
WICHITA, KS 67203-1423

MARY LOU SIEMENS
5020 N BELLAIRE AVE
KANSAS CITY, MO 64119-3827

MARY LOUISE GESUALDI
1419 WILSON AVE
BRISTOL, PA 19007-4213

MARY LOU NEWCOMB
340 HOUK RD
LOUDON, TN 37774-6284

MARY LOU SMITH
5722 GONDOLIER DR
NEW BERN, NC 28560-9005

MARY LOUISE PICKERING
3454 CYPRESS GROVE DR
EUSTIS, FL 32736-2506

MARY LOU O'BRIEN
50 PLAZA ST E APT 8C
BROOKLYN, NY 11238-5004

MARY LOU STAHL
211 ARAPAHOE CT
JUNCTION CITY, KS 66441-8837

MARY LOUISE POLI
33 QUAIL CT
MANORVILLE, NY 11949-2602

MARY LOU ONOFRIO
1101 SERENADE LN
RICHARDSON, TX 75081-4445

MARY LOU TREVINO
1551 W 4270 S
SALT LAKE CIT, UT 84123-2243

MARY LOUISE PRATT
12 CORNELIA DR
WALLINGFORD, CT 06492-2862

MARY LOUISE WILSON-GRIMM
3616 KENNESAW PL
MELBOURNE, FL 32934-2903

MARY LYNN SHENDAL
1303 TURTLE CV
MANCHESTER, MO 63011-4272

MARY M SEEDLOCK
1627 EDINBURGH DR
TUCKER, GA 30084-8310

MARY LOUISE YOUNG
PO BOX 284
MAYETTA, KS 66509-0284

MARY LYNNE CHASE
847 WOODLAND AVE
SCHENECTADY, NY 12309-6114

MARY M SMITH
4177 E MAIN ST
BELLEVILLE, PA 17004-9219

MARY LOURDES OLIVER-SLOAN
1800 MILL RD APT T353 WEST
BOOTHWYN, PA 19061-2559

MARY LYNNE SCHMITT
516 W STRATFORD DR
PEORIA, IL 61614-7250

MARY MAHONY
50 KAREMARK DR
BURLINGTON, NJ 08016-4148

MARY LU WETMORE
2601 HAVELOCK CT
STEILACOOM, WA 98388-4018

MARY M BARGERSTOCK
8520 ROBERT ST
TAYLOR, MI 48180-2382

MARY MAJKOWSKI
17 RHODE ST
SAYREVILLE, NJ 08872-1359

MARY LUBRANO
PO BOX 460
GRAMERCY, LA 70052-0460

MARY M BLOOM
636 SHERIDAN RD APT 2D
HIGHWOOD, IL 60040-1013

MARY MARGARET RUDOLPH
4963 SLABTOWN RD
LIMA, OH 45807-9525

MARY LUCILLE DONDERO
769 BRETTINGHAM CT
WEST CHESTER, PA 19382-1813

MARY M GIBSON
12604 EARLY RUN LN
RIVERVIEW, FL 33578-3324

MARY MARGARET TRAVERSE
2172 CRANSTON RD
UNIVERSITY HE, OH 44118-3031

MARY LYN [LYN] O'BRYAN
228 CIRCLE DR
WICHITA, KS 67218-1208

MARY M KERR
132 COOLIDGE AVE
PARLIN, NJ 08859-1545

MARY MARGARET YOUNG
10653 NE 150TH ST
CASSODAY, KS 66842-9073

MARY LYNN JERNIGAN
150 QUINCY RD
CHEYENNE, WY 82009-4126

MARY M LYONS
761 HAVENWOOD DR
DALLAS, TX 75232-4317

MARY MARIE SATTERLEE
3600 E CLARENDON AVE
PHOENIX, AZ 85018-5119

MARY LYNN JOHNSON
8811 FERNDALE RD
LOUISVILLE, KY 40291-2629

MARY M REICHERT
508 ACORN CT W
NEW HOPE, PA 18938-1545

MARY MARTENS
1379 N 14TH ST
FORT DODGE, IA 50501-7531

MARY MC CAFFERTY
7609 BLACKSHEAR DR
DAYTON, OH 45424-2120

MARY MILLS
104 NAVAHO DR
KEOKUK, IA 52632-2023

MARY MUSOLF
2403 LAUREL DR
CINNAMINSON, NJ 08077-3828

MARY MCALPIN
146 SPENCER AVE
LYNBROOK, NY 11563-3410

MARY MOORE
8842 SHELLFLOWER DR
SOUTHAVEN, MS 38671-5377

MARY NAHAN
7606 SALEM RD
FALLS CHURCH, VA 22043-3210

MARY MCBRIDE
8168 BIRCH ST
WINDSOR, CA 95492-9473

MARY MOORE
13490 SYCAMORE ST
SOUTHGATE, MI 48195-1342

MARY NAHIKIAN
200 GLEN EDDY DR
NISKAYUNA, NY 12309-4967

MARY MCCALL
303 CHOATE ST
PORTSMOUTH, VA 23707-4569

MARY MORRIS
43000 12 OAKS CRESCENT DR AP
NOVI, MI 48377-3428

MARY NAKAYAMA
1425 LUNETA DR
DEL MAR, CA 92014-2535

MARY MCWILLIAMS
90 BEACHHURST DR
NORTH CAPE MA, NJ 08204-3370

MARY MOST
3511 N OAKLEY AVE
CHICAGO, IL 60618-6023

MARY NANCY ADAMS
417 SPRINGVIEW DR
NASHVILLE, TN 37214-3016

MARY MEACHUM HEGARTY
231 WILD CHERRY LN
NORTHUMBERLND, PA 17857-9681

MARY MOUGIN
3122 500TH ST SW
RIVERSIDE, IA 52327-9791

MARY NAPPI
244 DAVID ST
SOUTH AMBOY, NJ 08879-1712

MARY MICHAEL [MIKE] MADISON
831 N WESTVIEW DR
DERBY, KS 67037-1856

MARY MOULTON
975 BULL CREEK RD
GRANTS PASS, OR 97527-7516

MARY NELL STRAUTMAN
28487 NEVADA AVE
WARSAW, MO 65355-5568

MARY MIELNIK
118 MONTROSE AVE
IOWA CITY, IA 52245-3326

MARY MUNSTEREIFEL
8013 SHIRLEY ST
METAIRIE, LA 70003-6539

MARY NIZZI
1328 ROSE AVE
DES MOINES, IA 50315-3022

MARY MILLER
2635 N GUNNELL RD
EATON RAPIDS, MI 48827-9342

MARY MURCHIE
45 PEMBERTON AVE APT C9
JAMESTOWN, RI 02835-1443

MARY NUNES
5 INDIANA CT APT B
MATAWAN, NJ 07747-4464

MARY O'CONNOR
265 VALLEY STREAM LN
CHESTERBROOK, PA 19087-5861

MARY PAT BUTTERFIELD
4 BROADWAY APT G03
ROCKPORT, MA 01966-1519

MARY PIERCE
11535 WINDRIDGE DR
PICKERINGTON, OH 43147-9140

MARY O'MALLEY
46 WEBSTER ST
NEWPORT, RI 02840-4031

MARY PAT MCKENDRY
17006 CROCHERON AVE APT 2B
FLUSHING, NY 11358-2217

MARY PIFER
109 PALMETTO LN
LARGO, FL 33770-2624

MARY OEFF
10987 WINDJAMMER DR N
INDIANAPOLIS, IN 46256-9672

MARY PAT WALSH
500 N MANOA RD
HAVERTOWN, PA 19083-3517

MARY PORTER
1332 RAMBLEWOOD TRL
CLEVELAND, OH 44121-4071

MARY ORRIN
2574 DOVILLE RANCH RD
FALLBROOK, CA 92028-9138

MARY PAUL HARTMAN
506 SANDHURST DR
PETERSBURG, VA 23805-7843

MARY R P GAINES
1411 QUIET CT
PORTSMOUTH, VA 23701-3617

MARY PADILLA
359 JUDY DR
AMES, IA 50010-9246

MARY PAULETTE GIBSON
373 SUNDOWN WAY
STONE MOUNTAI, GA 30087-6164

MARY R VECERA
18 N 20TH ST
RICHMOND, IN 47374-3430

MARY PAGE
2219 N NEWBERRY ST
DERBY, KS 67037-2366

MARY PECK
4970 IRON HORSE TRL
COLORADO SPRI, CO 80917-1152

MARY RAUSCH
1155 215TH ST
CLEARWATER, MN 55320-1221

MARY PARISH
3637 JACKSON ST
SHREVEPORT, LA 71109-4105

MARY PEPIOT
80 ELMWOOD DR
VERSAILLES, OH 45380-9562

MARY RAUTER
358 SHADOW CREEK DR
BRENTWOOD, TN 37027-7869

MARY PARKER
327 N 10TH ST APT 12
RICHMOND, IN 47374-3184

MARY PETERSEN
34 N WINDSOR CIR
STORM LAKE, IA 50588-2061

MARY RAVENSCROFT
1809 W 5TH ST APT 3
STORM LAKE, IA 50588-3044

MARY PARRIOTT
2141 W SHANNON ST
CHANDLER, AZ 85224-6978

MARY PFRUENDER
5059 MARLOWE AVE SE
GRAND RAPIDS, MI 49548-7655

MARY RAYMOND
2823 COVENTRY WAY
SARASOTA, FL 34231-6925

MARY REED
306 E 19TH ST
SPENCER, IA 51301-2339

MARY ROSE LUEDTKE
636 AVENIDA SEVILLA UNIT Q
LAGUNA HILLS, CA 92637-4511

MARY SANCHEZ
1296 WEIZEN DR
SPARKS, NV 89441-4871

MARY REGAN
291 SUNSET RD
STRAFFORD, PA 19087-2438

MARY ROSS
9105 FORTUNA DR APT 8410
MERCER ISLAND, WA 98040-3175

MARY SCAFFIDO
4605 N 135TH ST
BROOKFIELD, WI 53005-1208

MARY RICHARDSON
3831 NW 7TH ST
FORT LAUDERDA, FL 33311-6313

MARY RUPERTUS
31 SEELEY RD
BRIDGETON, NJ 08302-9423

MARY SCHREIFELS
1001 38TH AVE N
SAINT CLOUD, MN 56303-2158

MARY RIDGLEY
3729 SCOFIELD ST
METAIRIE, LA 70002-1508

MARY RUTH JONES
3845 E SANDALWOOD AVE
TERRE HAUTE, IN 47805-1385

MARY SCHWALLER
W8204 STATE ROAD 67
PLYMOUTH, WI 53073-3708

MARY RILEY
1210 OAKLAND AVE
JOLIET, IL 60435-4245

MARY RUTH KRAFT
17413 N 2000 EAST RD
NORMAL, IL 61761-9308

MARY SCUDELLARI
1405 APPLETON WAY
WHIPPANY, NJ 07981-1770

MARY RITA MERSMANN
8702 MICHAEL EDWARD DR
LOUISVILLE, KY 40291-1525

MARY S FREDERICK
2525 COUNTY LINE RD TRLR 215
DES MOINES, IA 50321-3355

MARY SEIDEL
54 W MAIN ST
GREENWICH, OH 44837-1031

MARY RODDEN
1175 BOWLING GREEN DR
CLOVER, SC 29710-9635

MARY SAFEWRIGHT
4708 COLONIAL HARBOR DR
LOUISVILLE, TN 37777-3045

MARY SHAW
444 W OVERLOOK MOUNTAIN RD
BUDA, TX 78610-3013

MARY ROOT
3419 41ST ST
MOLINE, IL 61265-7838

MARY SAITTA
3162 ROYAL BIRKDALE WAY
PORT ORANGE, FL 32128-6807

MARY SIEMS
2669 BLAZING STAR DR
IOWA CITY, IA 52240-6845

MARY ROSBOROUGH
3215 SILVER SPRINGS DR
LA PORTE, TX 77571-6935

MARY SALMON
10 HOBCAW LN
SAVANNAH, GA 31411-2508

MARY SILVIA
87 GIRARD AVE APT 309
NEWPORT, RI 02840-1160

MARY SIMKINS
1804 N MAIN ST
GREENVILLE, SC 29609-4729

MARY STOCKINGER
54 WASHINGTON CT
PALM HARBOR, FL 34684-1456

MARY SUTCH
116 STURGIS ST N
MANKATO, MN 56001-1818

MARY SMITH
9027 VINEWOOD LN N
MAPLE GROVE, MN 55369-9594

MARY STROMAN
PO BOX 3295
SAINT AUGUSTI, FL 32085-3295

MARY SVOBODA
118 TINKERS TRL
CHARDON, OH 44024-2801

MARY SNYDER
1441 6530 RD
MONTROSE, CO 81401-8872

MARY STUART FORMAN
4511 220TH PL
BAYSIDE, NY 11361-3648

MARY SWIERSZ
1872 WILLOW CIRCLE DR
CREST HILL, IL 60403-2092

MARY STAHLE
3017 PEACEFUL DR
RIVERSIDE, IA 52327-9201

MARY SUE FELDMANN
12205 W UNDERWOOD PKWY
WAUWATOSA, WI 53226-3645

MARY T DEMOS
80 LOCUST LN
NEEDHAM, MA 02492-1014

MARY STELLA CRONBERGER
3574 CREEKSTONE WAY
WAKE FOREST, NC 27587-8380

MARY SUE PUHATCH
2308 CLINTON ST
MUNHALL, PA 15120-2643

MARY T HOYT
PO BOX 476
JARRELL, TX 76537-0476

MARY STEWART
12 ROWE CT
BOSTON, MA 02131-4310

MARY SUE SHANNON
5458 HIGHWAY 822
DUBACH, LA 71235-3548

MARY T. SULLO
115D REVERE ST
CANTON, MA 02021-2954

MARY STIBOREK
1407 E DOVE RD
SOUTHLAKE, TX 76092-3906

MARY SUE WINNEKE
720 GRAND AVE
LEAVENWORTH, KS 66048-2320

MARY TAEGER
13803 BEAVERDALE RD
WEST BURLINGT, IA 52655-8570

MARY STINES
680 58TH PL
WEST DES MOIN, IA 50266-6007

MARY SUMERISKI
4 RUGBY ST
BROWNS MILLS, NJ 08015-2006

MARY TERESE LARET
3304 QUENTIN DR
YOUNGSTOWN, OH 44511-1206

MARY STOCKARD
14960 WAX MYRTLE AVE
BATON ROUGE, LA 70817-4620

MARY SUMMERS
9 PHEASANT RUN
VOORHEESVILLE, NY 12186-9674

MARY TERESE YOSTPILLE
1610 WOODLEDGE CIR
STATE COLLEGE, PA 16803-1874

MARY THERESA YOUNG
3 SHEFFIELD AVE
NEWPORT, RI 02840-1617

MARY VORMITTAG
150 DOGWOOD PL
LYNCHBURG, VA 24502-4586

MARY ZUPAN
6539 MENTOR PARK BLVD
MENTOR, OH 44060-3725

MARY THRASHER
6819 JONATHAN AVE
CYPRESS, CA 90630-4923

MARY WALKER
2822 S WEXLEY RD
BLOOMINGTON, IN 47401-4362

MARY-ANNE D'ESPOSITO
14 BERKSHIRE RD
HICKSVILLE, NY 11801-3306

MARY TILTON
804 SOUTH ST
POINT PLEASAN, NJ 08742-4547

MARY WHITE
11190 LLOYD ST NW
CANAL FULTON, OH 44614-9604

MARY-ELLEN CRAMER-RAUP
19 HOEFER ST
LATHAM, NY 12110-4717

MARY TINDALL
20168 HIGHWAY 3
AKRON, IA 51001-8732

MARY WILKINS
3530 DAMIEN AVE SPC 153
LA VERNE, CA 91750-3213

MARY-MARGARET E WARD
541 RUTLEDGE ST
JACKSON, MI 49203-1113

MARY V DE BLASE
3700 N BERNARD ST
CHICAGO, IL 60618-4207

MARY WILLIAMS
1604 CRYSTAL LAKE DR
PORTSMOUTH, VA 23701-3632

MARYALICE DITZLER
3003 KUMQUAT DR
EDGEWATER, FL 32141-6211

MARY V MCCALL
303 CHOATE ST
PORTSMOUTH, VA 23707-4569

MARY WILLIAMS
353 LOOMIS AVE
FORT DODGE, IA 50501-2416

MARYANN BUTTERFIELD
PO BOX 352
RIDGECREST, CA 93556-0352

MARY V SOUZA
152 MAPLE AVE
MIDDLETOWN, RI 02842-4859

MARY WILLIAMS
5811 BRIGADE LN APT 212
INDIANAPOLIS, IN 46216-2199

MARYANN DOWNIE
212 CHRISTIAN HILL RD
BROOKLYN, CT 06234-2508

MARY VANICE BARNETT
700 W 3RD ST
ROANOKE RAPID, NC 27870-1624

MARY WYNN
229 CEDAR RIDGE CIR
SAINT AUGUSTI, FL 32080-6575

MARYANN DWYER
125 MAIN ST APT 202
STAMFORD, NY 12167-1150

MARY VERHOVEK
41399 HAGLEY PL
LEESBURG, VA 20175-8601

MARY ZACK
1510 TAYLOR AVE
HOOD RIVER, OR 97031-1559

MARYANN J HOGAN
4751 PARSONS BLVD
FLUSHING, NY 11355-2328

MARYANN KOESTNER
1501 TOLLIS PKWY APT 157
BROADVIEW HEI, OH 44147-1888

MARYANN WRIGHT
RR 2 BOX 150
LAWRENCEVILLE, IL 62439-9674

MARYJANE BURNS
802 WILD VIOLET DR
PITTSBURGH, PA 15239-2376

MARYANN LARONGA-EMMETT
1577 HENRY RD
WANTAGH, NY 11793-3121

MARYANNA KOTTLER
10407 N BALBOA DR
SUN CITY, AZ 85351-4260

MARYJEAN BUTLER
938 PENNINGTON ST APT A12
ELIZABETH, NJ 07202-1599

MARYANN MC AFEE MNRN
29132 195TH ST
LEAVENWORTH, KS 66048-7655

MARYANNE COLAMAIO-BEAMESDERFER
157 MAIN ST
STOUCHSBURG, PA 19567-1633

MARYJEAN MOSER
1614 NUMBER 10 RD
NEW COLUMBIA, PA 17856-9354

MARYANN NOLA
1906 BIG CYPRESS ST NE
PALM BAY, FL 32905-3324

MARYANNE MCCORMACK
1303 CAMPBELLRD
HOUSTON, TX 77024-5308

MARYJEAN PENARANDA
418 S QUEEN ANNE DR
FAIRLESS HILL, PA 19030-3023

MARYANN ROSS
1900 BIRDSEYE CREEK RD
GOLD HILL, OR 97525-6762

MARYBEL WEAVER
520 E WARD ST
VERSAILLES, OH 45380-1436

MARYJO MOTT
4337 RIVER GLEN DR
JOLIET, IL 60431-8944

MARYANN SUE REEVES
5582 WHITES BRIDGE RD
BELDING, MI 48809-9237

MARYBETH O'CONNOR
7900 NIEMAN DR
CINCINNATI, OH 45224-1216

MARYJO VONDERCRONE
1510 PEACH TREE LN
HATFIELD, PA 19440-2113

MARYANN TRAPP
2230 CHERRY BLOSSOM CT N
BETHLEHEM, PA 18020-7808

MARYBETH RHODESIDE
4928 WATER GROVE LN
ELLICOTT CITY, MD 21043-6620

MARYLEE A GERVIN
8419 S SHORE DR
CLARKSTON, MI 48348-2675

MARYANN WHITTEN
31 MIDDLESEX RD
MERRIMACK, NH 03054-2773

MARYELLEN KELLY
24 SUGARMAPLE LN
LEVITTOWN, PA 19055-2005

MARYLIN LESCHER
3036 150TH ST
FLUSHING, NY 11354-2452

MARYANN WILCOX
5924 5TH AVE N APT A12
SAINT PETERSB, FL 33710-7067

MARYELLEN MOONEY
42 SE 114TH RD
WILBURTON, OK 74578-5528

MARYLOU BRASHLER
17539 WOODBROOK LN
LOCKPORT, IL 60441-5856

MARYLOU C BORNHORST
11021 CONOVER RD
VERSAILLES, OH 45380-9477

MASAKO UMEKUBO
17016 MERIT AVE
GARDENA, CA 90247-5822

MATTHEW BOHNERT
811 WACO ST LOT 11
EL DORADO, KS 67042-3371

MARYLOU HEGARTY
310 BASSWOOD CT
BELLEVUE, NE 68005-2004

MASON JOHNSON
12379 CALLE ALBARA APT 1
EL CAJON, CA 92019-4842

MATTHEW COLE
PO BOX 280
WILMETTE, IL 60091-0280

MARYLOU I DODD
207 GAME DR
MUNROE FALLS, OH 44262-1703

MATHEW RUGGIERI
PO BOX 796
CHAMPION, PA 15622-0796

MATTHEW ENSCH
1014 BALMORAL DR
DELAWARE, OH 43015-7172

MARYLOU RISPOLI
54 LYNHURST AVE
STATEN ISLAND, NY 10305-1809

MATILDA [TILLIE] MOYER
283 LAKE CLUB CIR APT A
HENDERSONVILL, NC 28792-4874

MATTHEW EUGENE DUNN
200 LAKE TOMACHEECHEE DR
RINCON, GA 31326-5123

MARYLYN HUFFORD
11811 GERALDINE AVE
CLEVELAND, OH 44111-1712

MATT D MERCURIO
6206 FAIRHURST AVE
CINCINNATI, OH 45213-1214

MATTHEW FEKETE
592 LANDER DR
CLEVELAND, OH 44143-2039

MARYLYN MEYERSON
20 W 86TH ST
NEW YORK, NY 10024-3604

MATT MANGUS
7415 S COUNTY ROAD 445 W
REELSVILLE, IN 46171-9674

MATTHEW GRIZELY
9377 LANDINGS LN UNIT 205
DES PLAINES, IL 60016-5272

MARYLYN WEBER
635 ARKANSAS CT SE
RIO RANCHO, NM 87124-4396

MATT PICCIOLO
1821 POST RD APT 1D
NEW BRAUNFELS, TX 78130-2746

MATTHEW HEMMELGARN
13041 MISSISSIPPI RD NW
ELK RIVER, MN 55330-1733

MARYLYNN MCPHIE
PO BOX 648
RINDGE, NH 03461-0648

MATT VERHUEL
940 14TH ST
WEST DES MOIN, IA 50265-3423

MATTHEW KAMM
1915 SEMINOLE BLVD LOT 141
LARGO, FL 33778-1348

MARZELLE [SANDY] FERGUSON
11300 GOLDLEAF LN
OKLAHOMA CITY, OK 73131-3259

MATTHEW A [MATT] SCHLAPP
3812 WASHINGTON WOODS DR
ALEXANDRIA, VA 22309-2734

MATTHEW LUKETIC
423 LEMON ST
MCKEESPORT, PA 15132-7317

MATTHEW M STRICKLER
523 TIMBER LN
DEVON, PA 19333-1234

MATTHEW MOSKOWITZ
10 MAYFLOWER RD
FRAMINGHAM, MA 01701-4239

MATTHEW PETTI
7809 CINDY LN
BETHESDA, MD 20817-6908

MATTHEW PRICE
19 SCHOOLHOUSE PL
RIDGEFIELD, CT 06877-1025

MATTHEW S CARROLL
44 THURSTON AVE
NEWPORT, RI 02840-1762

MATTHEW VILA
44 BARRINGTON DR
WHEELING, WV 26003-6667

MATTHEW WILLIAM WITHERS III
811 GREENFIELD ST
JOLIET, IL 60433-2518

MATTIE CHANCE
2621 EMBURY DR
ROCKFORD, IL 61103-9555

MATTIE LEE SMITH
2203 S HIGHWAY 137
LAMESA, TX 79331-5953

MATTIE MEADOWS
281 PALMA ST
NORTH VERSAIL, PA 15137-1431

MATTIE NORWOOD
7310 EASY ST
CAMP SPRINGS, MD 20748-4119

MATTIE REE STREETER
5 WINTER RIDGE CT
WINTER HAVEN, FL 33881-5812

MAUDE JONES
1204 W NORFOLK AVE APT 405
NORFOLK, NE 68701-4949

MAUDE M JOHNS
405 JACKS CANYON RD APT 233
SEDONA, AZ 86351-7863

MAUDE STORR
2001 NW 3RD CT
FORT LAUDERDA, FL 33311-8707

MAUREEN A BEATTY
2726 OAK TRCE
BEAVERCREEK, OH 45431-8572

MAUREEN ASHARE
65 ERIC DR
MIDDLE ISLAND, NY 11953-2620

MAUREEN BENNETT
1271 LAURA LN
NICEVILLE, FL 32578-4723

MAUREEN BROTHERS
111 E WASHINGTON ST APT 215
PAINESVILLE, OH 44077-3404

MAUREEN BURIAN-MCLAREN
135 VALLEY CIR NE
WARREN, OH 44484-1084

MAUREEN C NOLAN
2402 PALMER AVE
BRISTOL, PA 19007-5705

MAUREEN CAMDEN
548 S SPOONBILL DR
SARASOTA, FL 34236-1820

MAUREEN COOPER
252 GREEN ST
WOODBRIDGE, NJ 07095-2008

MAUREEN FERNER
10355 MAINE DR
CROWN POINT, IN 46307-7068

MAUREEN FIRTH
4206 74TH TER E
SARASOTA, FL 34243-5123

MAUREEN G DALY
11775 W 240TH ST
BELLE PLAINE, MN 56011-8223

MAUREEN HAVERT
3055 75TH AVE SE
SAINT CLOUD, MN 56304-9750

MAUREEN HENDRICKS
7110 45TH ST
CHEVY CHASE, MD 20815-6035

MAUREEN MCCARTHY
362 PACIFIC ST # 2
BROOKLYN, NY 11217-2218

MAUREEN REHOR
15454 12TH AVE
BEECHHURST, NY 11357-1939

MAUREEN J CANNON
4 SOUTH LN
ENGLEWOOD, CO 80113-7023

MAUREEN MCDANIEL
1154 WINBORN DR
CHARLESTON, SC 29412-4834

MAUREEN RIENZO
11A SATURN BLVD
HAUPPAUGE, NY 11788-2608

MAUREEN LETOCHA
444 RATHTON RD
YORK, PA 17403-2866

MAUREEN MCKEVITT
138 RAYLINSKI RD
BALLSTON LAKE, NY 12019-1120

MAUREEN RUBEN
576 CHALETTE DR
BEVERLY HILLS, CA 90210-1916

MAUREEN LEWIS
1208 TREMONT DR
CEDAR PARK, TX 78613-6708

MAUREEN MULHALL
11 MANCHESTER CT
BERWYN, PA 19312-1863

MAUREEN SCHUMACHER
11010 BELAIRE DR
IRWIN, PA 15642-6329

MAUREEN LOONAM
8 PLYMOUTH RD
DIX HILLS, NY 11746-7832

MAUREEN MURRAY
1 CASTLE HARBOR RD
HALESITE, NY 11743-1209

MAUREEN THOMAS
5803 N BANANA RIVER BLVD AP
CAPE CANAVERA, FL 32920-3986

MAUREEN LUGG
150 W MAPLE ST APT 1012
CHICAGO, IL 60610-2893

MAUREEN NAGLE
29 REEVES AVE
FARMINGDALE, NY 11735-1626

MAUREEN WALSH
43 LAUREL LEDGE RD
STAMFORD, CT 06903-1520

MAUREEN MAGILL
22 ELOVAR DR
BROWNDALE, PA 18421-9523

MAUREEN PATRICIA HANSON
455 TITUS AVE APT 102
ROCHESTER, NY 14617-3546

MAUREEN WELLNER
9 WATERSEDGE
GLEN COVE, NY 11542-1775

MAUREEN MARIE CAHILL
815 59TH ST
WEST DES MOIN, IA 50266-7518

MAUREEN QUEALLY
9 FROST POND RD
GREENLAWN, NY 11740-2203

MAUREEN WHEAT
8901 W 94TH ST
OVERLAND PARK, KS 66212-3959

MAUREEN MC GILL
23346 SW 55TH WAY APT A
BOCA RATON, FL 33433-7381

MAUREEN RAMSEY
57 SHEFFIELD PL
SOUTHAMPTON, NJ 08088-1306

MAUREEN WITTLER
738 GIBBS LN
DOVER, OH 44622-1246

MAUREEN YOUNG
84-1389 MAUNAOLU ST
WAIANAE, HI 96792-4607

MAURICE J HYDER
19194 HIGHLANDER DR
TWAIN HARTE, CA 95383-9660

MAURINE H WILLIE
3706 SUN VALLEY DR
HOUSTON, TX 77025-4137

MAURICE [JACK] SEGHERS SR
1613 GIUFFRIAS AVE
METAIRIE, LA 70001-3660

MAURICE J RABIDOUX
7201 2ND AVE S
SAINT PETERSB, FL 33707-1106

MAURINE LEMBKE
5815 SE 27TH ST UNIT 401
DES MOINES, IA 50320-2766

MAURICE CHAIT
1866 E YALE DR
TEMPE, AZ 85283-2257

MAURICE JENNINGS
8151 PEPPERWOOD DR
WEST CHESTER, OH 45069-1862

MAURO RUSSO
48 POPLAR PL
FANWOOD, NJ 07023-1733

MAURICE D KOGUT
49 SEA MARSH RD
CENTERVILLE, MA 02632-3671

MAURICE KAHN
PO BOX 399
NORTH BENNING, VT 05257-0399

MAURY H HENDLER JR
10 SYCAMORE DR
SANDS POINT, NY 11050-1133

MAURICE D LEONE
1115 OAK AVE SE
MASSILLON, OH 44646-7151

MAURICE LAFAYETTE
713 CALMAR VISTA RD
DANVILLE, CA 94526-2254

MAVIS TANEM
2830 HIGHWAY 53
INTERNATIONAL, MN 56649-8900

MAURICE E DAVIS
7602 BARRET RD
WEST CHESTER, OH 45069-2603

MAURICE R STEPHENS
1503 N HAYDEN ISLAND DR
PORTLAND, OR 97217-8299

MAX BARTELS
840 OAKCREST ST
IOWA CITY, IA 52246-3409

MAURICE F HOWARD
3202 WESTENEDGE DR
COLUMBUS, IN 47203-1626

MAURICE SCHROEDER
PO BOX 36
DANUBE, MN 56230-0036

MAX BREADMAN
1235 OLIVETTE DR
SAINT LOUIS, MO 63132-2322

MAURICE GOESER
12826 299TH AVE NW
PRINCETON, MN 55371-3644

MAURINE ALFREY
275 PINE HOLLOW LN
HOUSTON, TX 77056-1501

MAX DOAN
152 W REGENT DR
CLARKSVILLE, TN 37043-5434

MAURICE GOWER
27 VINCENTOWN PEMBERTON RD
PEMBERTON, NJ 08068-1751

MAURINE FLIPPER
40 CAMINO ALTO APT 2103
MILL VALLEY, CA 94941-2963

MAX DOMANN
6701 N OVERLAND DR
KANSAS CITY, MO 64151-1724

MAX DRAPER
3799 KENSINGTON DR
MARIETTA, GA 30066-2566

MAXFIELD M METZGER
PO BOX 607
ROYAL CENTER, IN 46978-0607

MAXINE CHADWICK
414 COLLEGE ST
WILMER, TX 75172-1304

MAX E TURNER
5276 WILDWOOD
RIVERTON, IL 62561-9676

MAXIE JO LAMBRIGHT
2429 WILLIAM A DIEHL CT APT
DEFIANCE, OH 43512-7801

MAXINE CHELF
1614 GROVEWOOD RD
MISSION, TX 78573-8433

MAX EVANS
13810 METCALF AVE APT 12320
OVERLAND PARK, KS 66223-7892

MAXINE [MICKY] CONARD
2172 ARNOLD AVE SPC 33
GRANTS PASS, OR 97527-9143

MAXINE CLARK
120 RACQUET RD
JAMESTOWN, RI 02835-2929

MAX G SAVICKAS
12980 CASSIE LN
CHESTERLAND, OH 44026-3262

MAXINE BARNETT
2210 TERRELL ST
BEAUMONT, TX 77701-8042

MAXINE CLARK
853 WOODMONT RD
ANNAPOLIS, MD 21401-6907

MAX O PALMER
2909 WOODLAND AVE APT 1112
DES MOINES, IA 50312-3834

MAXINE BARRINGER
1401 S 9TH ST
LAMESA, TX 79331-7253

MAXINE DAHL
1409 BELSLY BLVD
MOORHEAD, MN 56560-5194

MAX RASANSKY
200 W NOKOMIS CT
MILWAUKEE, WI 53217-2609

MAXINE BOTTOMS
5005 OVERDOWNS DR
PLANO, TX 75023-4944

MAXINE DAVIES
5 BROOKSIDE ST
FILLMORE, IN 46128-9622

MAX WILLIAMSON
217 E HAZELWOOD ST
MORTON, IL 61550-2867

MAXINE BRACKEN
3505 COLUMBINE CT
EVANS, CO 80620-1705

MAXINE DEE MCKEE
8048 LOMBARD WAY
DUBLIN, OH 43016-8430

MAXCINE FRENCH
13409 NW INDIAN SPRING DR
VANCOUVER, WA 98685-1633

MAXINE BROAM
128 TANGLEWOOD LN
LANCASTER, PA 17601-3316

MAXINE GOLDFARB
6384 VIA ROSA
BOCA RATON, FL 33433-6481

MAXELL BROWN
PO BOX 16382
CHESAPEAKE, VA 23328-6382

MAXINE BROWN
831 POPLAR COVE DR
BROWNSTOWN, IN 47220-1976

MAXINE HAMILTON
650 KEYSTONE CT
YELLOW SPRING, OH 45387-1921

MAXINE HOCHMAN
42 TOPPING ST
STATEN ISLAND, NY 10306-5753

MAXINE SIMMONS
30 FOX HARBOR DR
TROY, OH 45373-1081

MAYDENE SCHWIETERT
4729 S PACIFIC HWY UNIT 28
PHOENIX, OR 97535-9618

MAXINE L EDMISTON
1191 QUINTUPLET DR
CASSELBERRY, FL 32707-3510

MAXINE STEWART
3558 E NORWICH AVE
FRESNO, CA 93726-2451

MAYLENNE R CONLEY
321 SW F ST
RICHMOND, IN 47374-5228

MAXINE LEIS
917 FRANKLIN ST
LIMA, OH 45804-1625

MAXINE TYLER
505 ARMY POST RD APT 203
DES MOINES, IA 50315-6246

MAYSON A CALLAWAY
1135 STILLWOOD DR NE
ATLANTA, GA 30306-3535

MAXINE LOSSING
214 WHEELER CT
SALINE, MI 48176-1137

MAXINE WILSON
PO BOX 151254
DALLAS, TX 75315-1254

MBNA
PO Box 15796
Wilmington, DE 19850-5796

MAXINE MARTIN
PO BOX 4954
OMAHA, NE 68104-0954

MAY CROWE
2597 HIGHWAY 218
DONNELLSON, IA 52625-9687

MC KEESPORT AREA HIGH SCH
1960 EDEN PARK BLVD
MC KEESPORT, PA 15132-7617

MAXINE PETROSKY
41 CONSHOHOCKEN STATE RD APT
BALA CYNWYD, PA 19004-2419

MAY KITTELSON
3696 COUNTY ROAD 142
INTERNATIONAL, MN 56649-8954

MCPO ROBERT L NICHOLSON R
28 INDIAN HILL RD
UNCASVILLE, CT 06382-2071

MAXINE RAVERT
329 HEPBURN ST
MILTON, PA 17847-2413

MAY MCDANIEL
350 EVESBORO MEDFORD RD
MARLTON, NJ 08053-5702

MEDA PEEPLES
PO BOX 402
WHITE ROCK, SC 29177-0402

MAXINE RUPPERT
2959 IRELAND AVE NW
TIFFIN, IA 52340-9385

MAY METTLER
2615 SW 151ST PL
BURIEN, WA 98166-1638

MEG SMITHER
1508 RIDGE RD
RALEIGH, NC 27607-6731

MAXINE SCHAFER
13992 E MARINA DR APT 231
AURORA, CO 80014-3750

MAYDA J BAGGS
PO BOX 385
BOWIE, TX 76230-0385

MEL J COLON
5979 BUFORD HWY NE STE B4
DORAVILLE, GA 30340-1368

MEL LINDLEY
3301 GRAYBAR DR
GARLAND, TX 75040-3411

MEL NORRICK
185 HIDDEN VALLEY LN
ROGUE RIVER, OR 97537-5564

MELANIE ALFT
512 VERMONT AVE
ST CLOUD, FL 34769

MELANIE BEAUSTON
3930 MAGNOLIA LEAF LN
SUWANEE, GA 30024-3939

MELANIE BUERKLE
PO BOX 215
PORT TOWNSEND, WA 98368-0215

MELANIE CERVERA
508 HOME VIEW DR
ADKINS, TX 78101-2626

MELANIE COLLINS
798 WALNUT RIDGE DR
LA VERGNE, TN 37086-4016

MELANIE FUNCANNON
18901 COUNTY ROAD 47.7
BONCARBO, CO 81024-2036

MELANIE HOWIE
488 KEWANEE DR
BYRON, GA 31008-4217

MELANIE SACKS
7818 EXETER BLVD E
TAMARAC, FL 33321-8795

MELBA DIXON
3123 S WOODLAND ST
AMARILLO, TX 79103-5510

MELBA EITNIEAR
2490 US HWY 62-180 W
SEMINOLE, TX 79360

MELBA J JOHNSON
14202 TORREY VISTA DR
HOUSTON, TX 77014-1834

MELBA LADD
PO BOX 366
DEPORT, TX 75435-0366

MELBA NELL MORELAND
3428 CHARLESTON ST
HOUSTON, TX 77021-1212

MELBA RAMONA FLOYD
633 COUNTY ROAD 1371
BOONEVILLE, MS 38829-9607

MELINDA A COOK
239 SEDILLO HILL RD
TIJERAS, NM 87059-7319

MELINDA ANN WHYTE
4037 LAMORNA DR
PLANO, TX 75093-6910

MELINDA JACOBS
720 BLAIR CT APT B
SUNNYVALE, CA 94087-1126

MELINDA MOORE
18101 POINT LOOKOUT DR APT 4
HOUSTON, TX 77058-3771

MELINDA POLLOWITZ
16613 TAUNTON VALE RD
LOUISVILLE, KY 40245-4493

MELINDA R GAYLER LVN
424 NW CHARLYNE DR
BURLESON, TX 76028-4526

MELINDA ROBINS
114 BRADFORD DR
NORTH AUGUSTA, SC 29860-8951

MELINDA STONE
9607 OTTERBEIN RD
CINCINNATI, OH 45241-3375

MELISSA [LISA] MOE
15 UPPER LAKE CT
CHICO, CA 95928-7335

MELISSA A CRANDALL
4871 HIGHWAY 11
INTERNATIONAL, MN 56649-9002

MELISSA A FLOWERS
113 HAWTHORNE AVE
PIKESVILLE, MD 21208-4820

MELISSA ANNE HENRY
816 W DEERBROOK DR
PEORIA, IL 61615-1013

MELODIE DONOHUE
102 MONTCLAIR RD N
BARNEGAT, NJ 08005-2611

MELVEN LOBSTEIN
2919 COUNTY ROAD O
LAMESA, TX 79331-5922

MELISSA BISSELL
2423 POCOMOKE CT
SIMI VALLEY, CA 93065-5803

MELODY HORGAN
19632 E UTAH PL
AURORA, CO 80017-4615

MELVENA [VENIE] YONKOUSKI
128 S YALE ST
LAS VEGAS, NV 89107-2723

Melissa Data
22382 Avenida Empresa
Rancho Santa Margarita, CA 92688-2112

MELODY IRVIN
36 INVERNESS DR
BLUFFTON, SC 29910-4962

MELVIN [MEL] HACKMAN
329 NOEL DR
MONROEVILLE, PA 15146-1523

MELISSA HAUCK
128 KENNER AVE
NASHVILLE, TN 37205-2219

MELODY KELLY
2109 KAYEWOOD DR
DENTON, TX 76209-2109

MELVIN [MEL] NIERENGARTEN
881 CASTLEBRIDGE DR
MURRELLS INLE, SC 29576-7533

MELISSA KRAFT
209 E MILLER AVE
MUNHALL, PA 15120-3227

MELODY KEMPTON
12139 WHITEBARK DR
INDIANAPOLIS, IN 46236-8360

MELVIN [WAYNE] HALEY
3211 WOODBRIDGE LN
SMYRNA, TN 37167-8326

MELISSA MERCADO
22 LEE DR
OLD LYME, CT 06371-2111

MELODY MORRELL
2084 LABONA DR
EUGENE, OR 97404-2131

MELVIN BERGSTEIN
1104 FRICK LN
PITTSBURGH, PA 15217-2572

MELISSA TAUBE
201 WILLIAMSBURG DR
GREER, SC 29651-5675

MELVA HELWIG
1517 TRANSCONTINENTAL DR
METAIRIE, LA 70001-3156

MELVIN C SEAL
14525 CLAYTON RD APT 429
BALLWIN, MO 63011-2762

MELISSA VOYLES-LEWIS
3611 SCENIC HWY
PENSACOLA, FL 32504-9006

MELVA KAZZEE
1213 NEWBERRY RD
POCAHONTAS, AR 72455-3523

MELVIN COTTON
223 CHIANTI CT
FLORISSANT, MO 63031-6537

MELODEE ADAMS
PO BOX 1449
GRANTS PASS, OR 97528-0121

MELVA WITT
22006 CHESTNUT RD
COUNCIL BLUFF, IA 51503-7407

MELVIN E GRUWELL
316 LAFAYETTE AVE
STORY CITY, IA 50248-1456

MELVIN E LANGSTON
PO BOX 112428
CARROLLTON, TX 75011-2428

MELVIN JAGER
2647 WULFURT RD UNIT 6
SANIBEL, FL 33957-2237

MELVIN MILENDER
11820 COYOTE RD NW
BEMIDJI, MN 56601-9203

MELVIN E VELDMAN
W4626 COUNTY ROAD C
PLYMOUTH, WI 53073-4250

MELVIN KLOOSTER
7325 E ML AVE
KALAMAZOO, MI 49048-9504

MELVIN MILLER
716 BLACK ROCK RD
GLADWYNE, PA 19035-1401

MELVIN EIREW
1755 SEVEN HILLS DR
HEMET, CA 92545-7793

MELVIN KONIETZKI
1012 W 4TH ST
NEKOOSA, WI 54457-1050

MELVIN MULLINS
2527 S 17TH AVE
BROADVIEW, IL 60155-3923

MELVIN ELBEIN
1046 KING HENRY CT
SAINT LOUIS, MO 63146-5528

MELVIN L [LEE] GARDNER
7501 WYNGATE DR
CLARKSTON, MI 48348-4771

MELVIN PARIS
257 PINEVIEW DR
MOORESVILLE, IN 46158-2774

MELVIN FANNING
1028 W MAPLEWOOD ST
SPRINGFIELD, MO 65807-4761

MELVIN L FAULCON
1115 FAULCON RD
LITTLETON, NC 27850-9239

MELVIN SCHLENDER
1039 W 31ST ST N
WICHITA, KS 67204-4328

MELVIN G HERR
601 LINCOLN RD
LITITZ, PA 17543-8900

MELVIN LINDNER
2387 JOHNSON STREET RD
KEOKUK, IA 52632-9740

MELVIN SRADER
1106 N BRIARWOOD RD
DERBY, KS 67037-3713

MELVIN GRAHL
25187 DALLAS DR
GROSSE ILE, MI 48138-1755

MELVIN LOHMAN
627 S 74TH TER
KANSAS CITY, KS 66111-2710

MELVIN ST CYR
9301 DINKINS ST
NEW ORLEANS, LA 70127-1125

MELVIN HELMICH
PO BOX 493
MOUNT VERNON, OH 43050-0493

MELVIN MASBRUCH
4242 BERKFORD CIR NE
ATLANTA, GA 30319-1752

MELVIN STUCKE
11451 STATE ROUTE 185
VERSAILLES, OH 45380-9413

MELVIN HOLBROOK
PO BOX 543
COQUILLE, OR 97423-0543

MELVIN MC DANIEL
8250 SALEM RD
ATHENS, OH 45701-9143

MELVIN TALLEY
515 GETTYSBURG
COATESVILLE, IN 46121-8959

MELVIN W GOLDBERG
1230 C ST SE
WASHINGTON, DC 20003-1433

MELVIN WAGNER
4910 PLEASANT ST UNIT 4
WEST DES MOIN, IA 50266-5400

MELVIN WEILER
135 E MOHLER CHURCH RD
EPHRATA, PA 17522-9226

MELVIN WING
37033 BONE MESA RD
PAONIA, CO 81428-6404

MELVYN SIMONS
635 WELD ST
WEST ROXBURY, MA 02132-1739

MENDLE E ADAMS
678 MEADOWLANE DR
CLEVELAND, OH 44143-1946

MERCEDES MARIONEAUX
231 HISTORIC MAIN ST
GARYVILLE, LA 70051-3202

MEREDITH BROWN
2302 CHESHIRE LN
ALEXANDRIA, VA 22307-1814

MEREDITH LEE
202 MIDDLESEX AVE
VOORHEES, NJ 08043-1344

MERI PHILLIPS
5518 PRIMROSE AVE
LISLE, IL 60532-2739

MERL L RIGGS
PO BOX 460351
AURORA, CO 80046-0351

MERL MITCHEL
6404 SE 23RD AVE APT 104
PORTLAND, OR 97202-5456

MERLE B PULVER
4121 NW 53RD ST
OKLAHOMA CITY, OK 73112-2101

MERLE CELESTE LINKEMER
15801 THOMAS RIDGE CT
CHESTERFIELD, MO 63017-8726

MERLE F SHARP
210 NORTHVIEW DR
ZELIENOPLE, PA 16063-1160

MERLE GINGERICH
217 MEADOW LN
LANCASTER, PA 17601-3705

MERLE HORNER
1963 PARSNIP LN APT B
JOPLIN, MO 64804-8141

MERLE M CAPELLO CPP
53 WICKEY AVE
WESTBURY, NY 11590-2004

MERLE MAE SACHSE
32019 ROBINSON HILL RD
GOLDEN, CO 80403-7739

MERLE MATTHEWS
303 HUNT WAY CT
HERNDON, VA 20170-5315

MERLE V SCHAAL
2620 W TIMBERLAKE DR
LINCOLN, NE 68522-9141

MERLENE HANZUK
2131 BANBURY DR
ANCHORAGE, AK 99504-3360

MERLIN ESSIG
3219 WRIGHT RD SW
ROCHESTER, MN 55902-1410

MERLIN J ZIMMERMAN
2293 CROSSROADS DR
LEWISBURG, PA 17837-7422

MERLIN STOVER
4035 SUNNER AVE
SPIRIT LAKE, IA 51360-7665

MERLIN SWITSER
3405 DON ALVAREZ DR
CARLSBAD, CA 92010-9034

MERLL KORNDOERFER
3315 PATZKE LN
RACINE, WI 53405-1279

MERLYN A ARNOLD
1347 S WEYANT AVE
COLUMBUS, OH 43227-1941

MERWYN CLAAR
834 WASHINGTON CROSSING RD
NEWTOWN, PA 18940-2706

MICHAEL [MIKE] PARMLEY
801 S SPRING HOLLOW DR
WICHITA, KS 67230-9123

MERRI MANN
11 ISLAND AVE APT 2102
MIAMI BEACH, FL 33139-1346

METHURIA [MARY] RASHAD
10408 W 116TH TER APT 213
OVERLAND PARK, KS 66210-3840

MICHAEL [MIKE] PLATT
PO BOX 188
KNAPP, WI 54749-0188

MERRILIE ROUSSEAU
46501 WOODALL RD
SHELBY TOWNSH, MI 48317-4171

MGEN JOHN A BRASHEAR USAF
12145 MOUNTAIN LAUREL DR
ROSWELL, GA 30075-1221

MICHAEL [MIKE] WILSON
1076 LEEDALE AVE
CLEVELAND, OH 44107-1230

MERRILL ROSS JR
3109 BRIDGEWAY DR
WEST LAFAYETT, IN 47906-5253

MGEN RICHARD ALFRED GUSTAFSON USAF
3006 NEUSE RIVER DR
NEW BERN, NC 28560-6739

MICHAEL A BROWN
900 S BRADDOCK AVE
PITTSBURGH, PA 15221-3422

MERRILL VANDERHOOF
220 ACHIEVEMENT DR
BRILLION, WI 54110-1267

MGEN WALTER E BRINKER
7400 CRESTWAY DR APT 520
SAN ANTONIO, TX 78239-3090

MICHAEL A CALABRESE
7314 IDYLBROOK CT
FALLS CHURCH, VA 22043-1513

MERRILYN MC GLOIN
1247 PANTHER GULCH RD
WILLIAMS, OR 97544-9749

MICHAEL [BOHANNAN] ASBURY
6726 VERNON AVE
SAINT LOUIS, MO 63130-2522

MICHAEL A CARRONE
PO BOX 743
CARRIERE, MS 39426-0741

MERRY M SOUDER
2604 DIXON RD
FREDERICK, MD 21704-8125

MICHAEL [MICKEY] BERSANO
255 WILLIAM ST
NEW LENOX, IL 60451-1934

MICHAEL A CHIPOLETTI SR
24 CROSS ST
MADISON, NJ 07940-2130

MERVIN [VAN] GREENE
1922 E SUNDANCE DR
POST FALLS, ID 83854-9534

MICHAEL [MIKE] GRAHAM
846 PARKSVILLE PATH
THE VILLAGES, FL 32162-1450

MICHAEL A CLAY
21201 EASTFARM LN
NORTHVILLE, MI 48167-9025

MERVIN CRANE
207 NW 17TH ST
RICHMOND, IN 47374-3927

MICHAEL [MIKE] LAZZARINI
1205 OKANOGAN AVE
WENATCHEE, WA 98801-3612

MICHAEL A COLEMAN
PO BOX 41
WICKLIFFE, OH 44092-0041

MICHAEL A CRAMER
PO BOX 7223
LANCASTER, PA 17604-7223

MICHAEL ADAMS
480 LLOYD RD
CLEVELAND, OH 44132-1731

MICHAEL BLOOM
473 FDR DR APT 1303
NEW YORK, NY 10002-1084

MICHAEL A DELORD JR
103 N 5TH ST APT B1
BARDSTOWN, KY 40004-1474

MICHAEL ALTON SCOTT
5229 SWANNER RD
KNOXVILLE, TN 37918-9000

MICHAEL BROWN
1173 DOG POND RD
EAST CALAIS, VT 05650-8149

MICHAEL A GREEN
363 PARKSIDE DR
HOLLISTER, MO 65672-5200

MICHAEL ANGELO HAIRSTON
1602 STRATFORD ST
PORTSMOUTH, VA 23701-3335

MICHAEL C [MIKE] MALEVER PH
11416 E KILLARNEY ST
WICHITA, KS 67206-4317

MICHAEL A HALPERSON
78 CANNON FORGE DR
FOXBORO, MA 02035-5217

MICHAEL ANTHONY JIMENEZ
314 S KENILWORTH AVE
LIMA, OH 45805-3241

MICHAEL C HILDRETH
19 LEONARD ST
HOPKINTON, MA 01748-1724

MICHAEL A STIEGLITZ
9719 CHATHAM OAKS TRL
CHARLOTTE, NC 28210-7812

MICHAEL ARNDT SR
8911 MILL RD
WISCONSIN RAP, WI 54494-8925

MICHAEL C PERRY
1256 STONEWOOD CT
PAINESVILLE, OH 44077-5106

MICHAEL A VILLA
901 MAIN ST STE 3700
DALLAS, TX 75202-3742

MICHAEL B MCADAM SR
932 MARTIN BEHRMAN WALK
METAIRIE, LA 70005-2140

MICHAEL C RUSSO
10912 COUNTY LINE RD
DES MOINES, IA 50320-6405

MICHAEL A WEBER
4111 FRANKLIN CT
ZION, IL 60099-1913

MICHAEL B STYER
100 OVERBROOK RD
BALTIMORE, MD 21212-1713

MICHAEL C WAGNER PE
2409 E 51ST ST
SIOUX FALLS, SD 57103-5203

MICHAEL AARON CLARK
3603 NORWICH RD
NEW BERN, NC 28562-5123

MICHAEL B VAN CLEVE
60 NETCONG RD
BUDD LAKE, NJ 07828-2125

MICHAEL CALABRESE JR
453 FONTANA DR
PALM SPRINGS, FL 33461-1509

MICHAEL ABRAHAM HELFANT
4844 GREENTREE LN APT A
BOYNTON BEACH, FL 33436-0959

MICHAEL BAKER
1003 STRAWBERRY CT
SAUK RAPIDS, MN 56379-4635

MICHAEL CARRICK
8226 ENCHANTED RIDGE CT SE
TURNER, OR 97392-9409

MICHAEL  CENTANNI
1155 15TH ST NW STE 410
WASHINGTON, DC 20005-2748

MICHAEL  D  VARGA
3 SAN CARLOS ST
BELLEVILLE, MI 48111-2925

MICHAEL  E  MCWHORTER
2853 SPAULDING ST
OMAHA, NE 68111-2978

MICHAEL  CHANEY
33 PEPPER RD
BROWNS MILLS, NJ 08015-3028

MICHAEL  D  WRIGHT
3 WIMBLEDON WAY
BELLA VISTA, AR 72715-8408

MICHAEL  E  RUSSELL
6308 AMACHER HOLLOW RD
ARENA, WI 53503-9408

MICHAEL  CHILDS
765 BROADWAY ST
MIDDLEPORT, OH 45760-1321

MICHAEL  DALGAARD
1511 BABY DOLL RD E
PORT ORCHARD, WA 98366-4834

MICHAEL  E  TEANEY
7113 OAKLEY RD
GLENN DALE, MD 20769-9434

MICHAEL  CHRYSTAL
61758 TAM MCARTHUR LOOP
BEND, OR 97702-1090

MICHAEL  DIETZ
11500 SOBER RD
WEBBERVILLE, MI 48892-9514

MICHAEL  EBSEN
1409 NELA AVE
BELLE ISLE, FL 32809-6121

MICHAEL  CLIFFORD  RYAN
46 VALLEY RD
MANHASSET, NY 11030-1437

MICHAEL  DRUDY
13759 BROMLEY POINT DR
JACKSONVILLE, FL 32225-2634

MICHAEL  ELBEIN
6710 W 66TH TER
SHAWNEE MISSI, KS 66202-4145

MICHAEL  CUSIMANO
2416 LOS PRADOS WAY
ANTIOCH, CA 94509-6405

MICHAEL  DUANE  JUHOLA
1401 CANDLEWOOD DR
COLUMBUS, OH 43235-1621

MICHAEL  ERPELDING
PO BOX 3379
SIOUX CITY, IA 51102-3379

MICHAEL  D  BESSETTE
23823 S GLENBURN DR
SUN LAKES, AZ 85248-6247

MICHAEL  E  ANDERSON
2686 PORTERFIELD RD
RICHMOND, IN 47374-9663

MICHAEL  F  EUBANKS
127 MAHOGANY DR
RICHMOND, KY 40475-9823

MICHAEL  D  MANKO
8098 TILBY RD
NORTH ROYALTO, OH 44133-1638

MICHAEL  E  KELLY
14411 CALICO FIELD DR
CYPRESS, TX 77429-6906

MICHAEL  F  HELMER
3631 YOUNG AVE
NAPA, CA 94558-2649

MICHAEL  D  PLUMMER
4612 VILLA GREEN DR
NASHVILLE, TN 37215-4332

MICHAEL  E  MARCOVSKY
7115 MACAPA DR
LOS ANGELES, CA 90068-2003

MICHAEL  F  LEENEY
1950 CAMINO DE LA REINA UNIT
SAN DIEGO, CA 92108-5512

MICHAEL F MILLER
17929 LIV LN
EDEN PRAIRIE, MN 55346-4101

MICHAEL FERMAN
1120 CONWYCK LN
SAINT LOUIS, MO 63131-2630

MICHAEL FLAHERTY
6511 SOUTHGROVE RD
MENTOR, OH 44060-3449

MICHAEL FOX
6417 N CINCINNATI ST TRLR 39
SPOKANE, WA 99208-5298

MICHAEL FREEMAN
3727 ALBATROSS ST
SAN DIEGO, CA 92103-3924

MICHAEL FREY
57 VALLECITO LN
WALNUT CREEK, CA 94596-5815

MICHAEL FROHRIP
3324 GERRARD AVE
EAU CLAIRE, WI 54701-7001

MICHAEL FROST
32 OVERLOOK DR
WESTFIELD, MA 01085-2517

MICHAEL G BARRY
1109 1/2 SPRUCE ST
LEAVENWORTH, KS 66048-2331

MICHAEL G JENNINGS CPA
1250 AMOL LN
COLUMBUS, OH 43235-2103

MICHAEL G MEYERS
2508 COUNTY ROAD 2270
MOBERLY, MO 65270-4615

MICHAEL G PARR
2210 NE MADISON AVE
PEORIA, IL 61603-2908

MICHAEL G ROGERS
68 JEFFERSON VLY
COATESVILLE, IN 46121-8935

MICHAEL G TURNER
1463 MARBELLA ST
SANDY, UT 84093-2245

MICHAEL GLENN HALISON
3515 HUNTER LN
RICHMOND, VA 23237-2713

MICHAEL GOODIN
226 FLINT CT
SONOMA, CA 95476

MICHAEL GRILL
3009 NORTH CT
WILLIAMSBURG, VA 23185-3829

MICHAEL H ROWE
8 JOHNSFIELD CT
MELVILLE, NY 11747-1627

MICHAEL HACKETT
524 COUNTRY OAKS DR
EL PASO, TX 79932-3143

MICHAEL HENNIGAN
1827 E 45TH ST
ASHTABULA, OH 44004-6105

MICHAEL HENRY
22 SAINT ANDREWS CT
WESTAMPTON, NJ 08060-4721

MICHAEL HUCAL JR
15 HOLLY LN
BARTONVILLE, IL 61607-2102

MICHAEL I [MIKE] MCGOWAN
455 E OGDEN AVE APT 711
MILWAUKEE, WI 53202-2585

MICHAEL I BABBITZ
1359 LYONS RD
COCONUT CREEK, FL 33063-3927

MICHAEL J [MIKE] SPECTOR
2114 E KENSINGTON BLVD
SHOREWOOD, WI 53211-1223

MICHAEL J BARILLA
522 KNOLLWOOD RD
MINERAL BLUFF, GA 30559-3060

MICHAEL J BENCIC
14821 PHEASANT HILL CT
CHESTERFIELD, MO 63017-5411

MICHAEL J BLOW
7464 WATERWOOD DR
GREENWOOD, LA 71033-3366

MICHAEL J MCNEILL PHD
10 E OAK RIDGE DR
ALGONA, IA 50511-1039

MICHAEL JENSEN
935 N PORTER AVE
WICHITA, KS 67203-3147

MICHAEL J BURAS
3524 CLEARY AVE
METAIRIE, LA 70002-4502

MICHAEL J MURPHY
1131 LANTERN SQ APT 3 # APTS
WATERLOO, IA 50701-4765

MICHAEL JOHNSON
6305 FERNCLIFF LN
LOUISVILLE, KY 40291-2231

MICHAEL J DOHERTY
1122 W 30TH ST S
WICHITA, KS 67217-2456

MICHAEL J PAUSIC
13224 DANGELO DR
BOWIE, MD 20720-4726

MICHAEL JOHNSON
4653 GLENDALE AVE
TOLEDO, OH 43614-1910

MICHAEL J FOX
PO BOX 959
TOMBSTONE, AZ 85638-0959

MICHAEL J RILEY
10624 BUTTON WILLOW DR
LAS VEGAS, NV 89134-7374

MICHAEL JOHNSON
8408 VICTORY LN
MACHESNEY PAR, IL 61115-2380

MICHAEL J JANESCH
25654 GLENBROOK BLVD
EUCLID, OH 44117-1875

MICHAEL J ROBERTSON
832 E UNIVERSITY AVE
FRESNO, CA 93704-6125

MICHAEL JOSEPH LANTZY
2040 HIGH ST
CROYDON, PA 19021-8024

MICHAEL J JORDAN
43 WESTMONT DR
DALY CITY, CA 94015-3046

MICHAEL J UNDERWOOD
8725 BUFFALO DR
COMMERCE TOWN, MI 48382-3411

MICHAEL K [MJ] JAFFE
11300 LAKESHORE DR
GRAND HAVEN, MI 49417-8826

MICHAEL J LINDSEY
24 HI LEA FARM RD
COLCHESTER, CT 06415-1779

MICHAEL J VERSACKAS MD
804 36TH ST
WEST DES MOIN, IA 50265-3134

MICHAEL K YERKES
13916 KIRKLAND RDG
EDMOND, OK 73013-7057

MICHAEL J MCGEE
10620 103RD AVE N
MAPLE GROVE, MN 55369-2819

MICHAEL J WEINSTEIN
8210 FOREST HILLS DR
ELKINS PARK, PA 19027-1505

MICHAEL KAIHLANEN
1040 HASENWINKEL RD
COMFORT, TX 78013-3343

MICHAEL J MCGINNIS JR
126 STONEY RIDGE LN
LYNDHURST, VA 22952-2916

MICHAEL JAMES FORTSON
20002 ALVO AVE
CARSON, CA 90746-2575

MICHAEL KENNEDY
1656 FAIRWAY DR
LIMA, OH 45805-3847

MICHAEL KENNY
15451 OVERBROOK LN
OVERLAND PARK, KS 66224-9798

MICHAEL KIRCHNER
21 KAREN CT
LITITZ, PA 17543-9243

MICHAEL KIRILA
3100 CANFIELD RD
YOUNGSTOWN, OH 44511-2809

MICHAEL KLINE
10099 WATERMAN RD
BROOKLYN, MI 49230-9587

MICHAEL KLOOSTER
10452 36TH ST S
SCOTTS, MI 49088-9326

MICHAEL KOSTECKI
300 SAINT FRANCIS LN
NEW LENOX, IL 60451-1721

MICHAEL KRICHENA
1116 RIDGEWOOD AVE
JOLIET, IL 60432-2516

MICHAEL KROEKER
4510 E ENGLISH ST
WICHITA, KS 67218-1416

MICHAEL KRYWUCKI CHFC
1233 GLENBROOK TER
NICHOLS HILLS, OK 73116-5701

MICHAEL L [MIKE] HUDSON
7805 BERKSHIRE BLVD
POWELL, TN 37849-3737

MICHAEL L CAMPANA JR
7697 NE 199TH STREET RD
CITRA, FL 32113-2813

MICHAEL L COLTEN
1502 BRIANWOOD RD
DECATUR, GA 30033-1723

MICHAEL L GERBER
1535 EL PASO REAL
LA JOLLA, CA 92037-6303

MICHAEL L HAHN
1801 DEER PATH CT
WAUKESHA, WI 53189-8232

MICHAEL L MARKHAM
1030 W BEWICK ST
FORT WORTH, TX 76110-6735

MICHAEL L RILEY
2658 HOLTMAN DR NE
GRAND RAPIDS, MI 49525-1863

MICHAEL L SANFORD
1002 E US HWY 380 #20
DECATUR, TX 76234-3120

MICHAEL LAMAR MCCABE
209 KERR ST
BELVEDERE, SC 29841-2657

MICHAEL LAMPE
2219 EASTLAND DR
ALGONA, IA 50511-7318

MICHAEL LANDERS
415 WATER ST
PORTSMOUTH, RI 02871-4228

MICHAEL LARKIN
2118 RAMPART DR
ALEXANDRIA, VA 22308-1536

MICHAEL LEE
2327 MORTON AVE
FLINT, MI 48507-4445

MICHAEL LONG
515 COVINGTON PL
SLINGERLANDS, NY 12159-9517

MICHAEL LONG
104 STONE HOUSE LN
COLUMBIA, PA 17512-9406

MICHAEL M HUCK
62 S 7TH ST
MCCONNELSVILL, OH 43756-1302

MICHAEL M MILLAR
5232 EMERALD ST
TORRANCE, CA 90503-2724

MICHAEL M PHILLIPS MD
9916 CARTER RD
BETHESDA, MD 20817-1415

MICHAEL  MALUCHNIK
310 DEWITT ST
LINDEN, NJ 07036-5060

MICHAEL  MILLER
1459 LAKE DR
KNOXVILLE, IA 50138-8844

MICHAEL  PARODI
2212 SOUTHAMPTON WAY
SAN MATEO, CA 94403-1533

MICHAEL  MARCUCCI
4928 N RAEBURN DR
CINCINNATI, OH 45223-1225

MICHAEL  MOELLER
1917 14TH ST S
SAINT CLOUD, MN 56301-4855

MICHAEL  PAVEY
1137 OAKVIEW DR
COLUMBUS JUNC, IA 52738-1240

MICHAEL  MARTIN
355 KREUTZ CREEK RD
YORK, PA 17406-8013

MICHAEL  NOVAK
5676 WHISPERING WILLOW WAY
FORT MYERS, FL 33908-4519

MICHAEL  PERRONNE
PO BOX 95
CLEVELAND, WI 53015-0095

MICHAEL  MCCAUGHEY
5318 FONTHILL CT
LANGHORNE, PA 19047-3439

MICHAEL  O CONNICK
6 PELICAN CV
DIAMONDHEAD, MS 39525-3983

MICHAEL  PIERSON
4121 17TH AVE SE
CALGARY, AB T2A 0T1

MICHAEL  MCCULLOUGH
2024 87TH TRL N
BROOKLYN PARK, MN 55443-3710

MICHAEL  O'LEARY
PO BOX 143
RANIER, MN 56668-0143

MICHAEL  PLATT ESQ
3310 N LEISURE WORLD BLVD A
SILVER SPRING, MD 20906-5687

MICHAEL  MCKEOUGH
12108 MARKET TRL
LAKE VIEW TER, CA 91342-6216

MICHAEL  O'LEARY
1590 24TH AVE
SAN FRANCISCO, CA 94122-3314

MICHAEL  R COURNOYER
1505 SE JONATHAN AVE
DALLAS, OR 97338-9228

MICHAEL  MCMAHON
2337 GLACIER LN
SANTA MARIA, CA 93455-5725

MICHAEL  P DONOHOE
816 PARU ST
ALAMEDA, CA 94501-4032

MICHAEL  R MAGOTEAUX
2250 CARDO RD
FORT LORAMIE, OH 45845-9743

MICHAEL  MERCER
4530 SYCAMORE ST
HOLT, MI 48842-1636

MICHAEL  P GIRSCH
7101 YORK AVE S STE 140
EDINA, MN 55435-4448

MICHAEL  R MALEC
1007 KICKAPOO ST
LEAVENWORTH, KS 66048-1360

MICHAEL  MILLER
506 E ASH LN
EULESS, TX 76039-2473

MICHAEL  PALMIERI
4012 COLEMAN ST
PITTSBURGH, PA 15207-1127

MICHAEL  R MASON
3020 N WISCONSIN AVE
PEORIA, IL 61603-1934

MICHAEL RAUSCH
16019 RAMSEY BLVD NW
RAMSEY, MN 55303-6907

MICHAEL ROSS SENTA
PO BOX 949
PALMER, AK 99645-0949

MICHAEL SHMOOKLER
883 CROSS RD
SCHWENKSVILLE, PA 19473-2133

MICHAEL RAY JACOBSON
5237 E 7TH ST
TUCSON, AZ 85711-2350

MICHAEL RUDE
1751 25TH AVE S
WISCONSIN RAP, WI 54495-5646

MICHAEL SIMMERMAN
307 S JACKSON ST
GREENCASTLE, IN 46135-1619

MICHAEL RAY RUGH
1218 PINE RD
CARLISLE, PA 17015-9319

MICHAEL S DANIEL
8005 AVANTI WAY
LOUISVILLE, KY 40291-2403

MICHAEL SIMSON
2 FAWN RUN
PITTSFORD, NY 14534-9795

MICHAEL REICH
PO BOX 4
WEST MILTON, PA 17886-0004

MICHAEL S FISCHER MD
100 TORTOISE ST
SLIDELL, LA 70461-3843

MICHAEL SLUSHER
7434 SW ARTHURS RD
TOPEKA, KS 66610-1626

MICHAEL RENDE
100 BELVEDERE AVE
SAN CARLOS, CA 94070-4819

MICHAEL SARMENTO
2163 CHAMBERS LN
GRANTS PASS, OR 97526-5887

MICHAEL STAPLETON
700 SAN JUAN PL
SAN RAMON, CA 94583-2851

MICHAEL RICCI
PO BOX 202
HILLSIDE, NJ 07205-0202

MICHAEL SCHMIDT
611 S SAINT FRANCIS ST
WICHITA, KS 67202-4525

MICHAEL STASKO
86 VICKSBURG ST
SAN FRANCISCO, CA 94114-3325

MICHAEL RICHARDS
5719 E PARADISE LN
SCOTTSDALE, AZ 85254-1203

MICHAEL SEDLACEK
3110 PRAIRIE DU CHIEN RD NE
IOWA CITY, IA 52240-7804

MICHAEL SULLIVAN
5 MAYWOOD DR
OLD LYME, CT 06371-1544

MICHAEL ROBERT GEIGER
320 E COLE RD
FREMONT, OH 43420-4806

MICHAEL SHELDON BERRY
3 HOBONNY LN
CHARLESTON, SC 29407-9609

MICHAEL T [MIKE] HOGAN
6413 E 11TH ST N
WICHITA, KS 67206-1301

MICHAEL ROGINSKI
6387 COPPER LN
PITTSVILLE, WI 54466-9306

MICHAEL SHERIDAN
13172 E 116TH ST
FISHERS, IN 46037-9719

MICHAEL T [MIKE] ROBERTSON
1708 NW 193RD CIR
EDMOND, OK 73012-3552

MICHAEL T DUNCAN
415 S 28TH ST
RICHMOND, IN 47374-6709

MICHAEL THELEN
211 NORTH ST APT 306
PLYMOUTH, WI 53073-1952

MICHAEL W ASHENFELDER
PO BOX 584
JOSEPH CITY, AZ 86032-0584

MICHAEL T HUBER
110 JULIANA PL
SAINT MARYS, GA 31558-3636

MICHAEL THOMPSON
15412 W ST
OMAHA, NE 68137-2497

MICHAEL W BROSNAN
183 OAKLAND ST APT D
MANCHESTER, CT 06042-2186

MICHAEL T KIRKPATRICK
7611 SCHWEIGER ST
SHAWNEE MISSI, KS 66217-3031

MICHAEL TIMKO
4795 PARE LN
TRENTON, MI 48183-4531

MICHAEL W CAPLIN
1120 CHESAPEAKE BLVD
GRAYSLAKE, IL 60030-1193

MICHAEL T SOLIS
6311 CHARLES ST
OMAHA, NE 68132-1219

MICHAEL TOWLE
1748 CARLETON CT
REDWOOD CITY, CA 94061-2666

MICHAEL W STEINMETZ
21690 COUNTY HWY DD
RICHLAND CENT, WI 53581-6239

MICHAEL T STRYCHARZ
7 ALLYSON CT
ALBANY, NY 12205-4941

MICHAEL TZOUANAKIS
1000 S JACKSON ST
GREENCASTLE, IN 46135-1960

MICHAEL W TEEL
1453 SALEM CT
OCEANSIDE, CA 92057-1810

MICHAEL T ULAND
2226 32ND AVE
SAN FRANCISCO, CA 94116-1625

MICHAEL VAN HAMERSVELD
2500 BRETON RD SE # 2000
GRAND RAPIDS, MI 49546-5630

MICHAEL W WILLIAMS
2256 HIGHWAY 11 E
INTERNATIONAL, MN 56649-8741

MICHAEL TARKETT
133 UNION MILL TER
MOUNT LAUREL, NJ 08054-3265

MICHAEL VARENHORST MD
7811 E HARTMOOR ST
WICHITA, KS 67206-3845

MICHAEL WALTERS
500 INWOOD RD
LINDEN, NJ 07036-5326

MICHAEL TELVEN
200 DOGWOOD DR
CONWAY, SC 29526-3205

MICHAEL VOBORA
1089 CHAPEL HILL RD
DE QUEEN, AR 71832-9013

MICHAEL WAYNE WILVER
1196 CROMWELL LN
BELLEVILLE, IL 62221-7987

MICHAEL TERRENCE WESSON
768 DONE ROVEN RD
AUGUSTA, GA 30906-9707

MICHAEL VON DER HAAR
11975 92ND AVE N
MAPLE GROVE, MN 55369-3996

MICHAEL WOLF
430 WAKEFIELD CT
WALES, WI 53183-9771

MICHAELE OBERBROECKLING
20714 GREAT LAUREL CT
KINGWOOD, TX 77346-1330

MICHELE CAIN
6385 CONIFER LN
CINCINNATI, OH 45247-5771

MICHELE WILLIAMS GRANT
1006 COOLIDGE ST
PORTSMOUTH, VA 23704-6514

MICHAELEEN WHITROCK
1041 BROADWAY ST
WISCONSIN RAP, WI 54494-2847

MICHELE HILLIS
407 S PINE ST
FENTON, MI 48430-2358

MICHELLE [SHELLY] LEFEBVRE
3 FREEDOM CIR
HANSCOM AFB, MA 01731-2644

MICHAELENE CYCHOSZ
216 MAIN ST
JUNCTION CITY, WI 54443-9478

MICHELE KING
3703 PLANTATION DR
HERMITAGE, TN 37076-1839

MICHELLE A GOLLA
2556 EUDORA ST
DENVER, CO 80207-3215

MICHAL ANN SCHAFER
16920 FOUR SEASONS DR
DUMFRIES, VA 22025-3620

MICHELE L GORDON
7856 NESTING PINE PL
LAS VEGAS, NV 89143-4469

MICHELLE A VOJTEK
554 SHUMAKER DR
MONROEVILLE, PA 15146-1056

MICHEAL DEVYLDER
1119 E NORTHWOOD DR
BRAZIL, IN 47834-1232

MICHELE MIGCHELBRINK
2667 OVERBROOK DR
TOLEDO, OH 43614-5523

MICHELLE BARENIE
1401 LEIGH CT
AUGUSTA, GA 30909-6738

MICHELE A BREEN
174 EAST ST
HINGHAM, MA 02043-2020

MICHELE NOTTURNO
10960 LONGSHORE WAY W
NAPLES, FL 34119-8815

MICHELLE C HOMMERDING
PO BOX 213
CEDARVILLE, CA 96104-0213

MICHELE B MILLER
7735 E MANITOU TRL-92
ROANOKE, IN 46783-9203

MICHELE ODESHOO
4825 N CLAREMONT AVE
CHICAGO, IL 60625-1909

MICHELLE C PERRY
14631 W 70TH TER
SHAWNEE, KS 66216-3920

MICHELE BANKS
PO BOX 47
EL DORADO, KS 67042-0047

MICHELE RAMES SMITH
442 RIVER NORTH DR
NORTH AUGUSTA, SC 29841-5420

MICHELLE FARKAS
182 SHADOW RIDGE DR
PITTSBURGH, PA 15238-2132

MICHELE BROWER
8518 104TH ST
RICHMOND HILL, NY 11418-1123

MICHELE WEISS
2406 82ND ST APT 2F
BROOKLYN, NY 11214-2722

MICHELLE FARRINGTON
2910 THREE ACRES LN
SAINT LOUIS, MO 63125-3930

MICHELLE GRANTHAM
508 GOLDEN HARVEST RD
KNOXVILLE, TN 37934-4736

MICHELLE JOHNSON
6444 BROOKLYN RD
JACKSON, MI 49201-8594

MICHELLE LYNN
76 CHAPEL ST
KINGSTON, NY 12401-6746

MICHELLE LYNN VAUDT
5309 WOODLAND AVE
WEST DES MOIN, IA 50266-6367

MICHELLE M BOOKER
2937 GODDARD CIR
LEAVENWORTH, KS 66048-4792

MICHELLE MACK
2024 E HURD RD
MONROE, MI 48162-9353

MICHELLE ROBINSON
23350 MCALLISTER ST
SOUTHFIELD, MI 48033-2963

MICHELLE WARD
721 SCOTT LN
WALLINGFORD, PA 19086-6734

MICHELLE Y DECKER
1908 CHISWICK RD
KNOXVILLE, TN 37922-8543

MICHELLE Y KEIL
12505 CEDAR BEND DR
DALLAS, TX 75244-7014

MICKEY COFFMAN
132 TAYLOR ST
TRENTON, TN 38382-3316

MICKEY DARCY
29538 WOODWAY DR
WICKLIFFE, OH 44092-2248

MICKEY DEEGAN
160 W 13TH ST
DEER PARK, NY 11729-4928

MICKEY FARRELL
32 MEADOWVIEW DR
WOODSTOWN, NJ 08098-2547

MICKEY LUBIN
5068 N 25TH PL
PHOENIX, AZ 85016-3627

MICKEY MITCHELL DENNEY
PO BOX 8153
HERMITAGE, TN 37076-8153

MICKEY ROGERS
11851 SAINT TRINIANS CT
RESTON, VA 20191-2723

MIDPARK HIGH SCHOOL
c/o PAM SIMON
7000 PAULA DR
MIDDLEBURG HT, OH 44130-3598

MIGUEL [MIKE] PARETS
414 OLIVE ST
PALATKA, FL 32177-3543

MIGUEL D REGUEIRO MD
624 POIA RD
SEWICKLEY, PA 15143-1047

MIKE A HANLIN
17807 ROUTE 84 N
EAST MOLINE, IL 61244-9765

MIKE A MAKELA
1743 N LYNHURST DR
SPEEDWAY, IN 46224-5501

MIKE AICHER
PO BOX 456
SOLON, IA 52333-0456

MIKE ARNETT
1819 RIDGE RD
EL DORADO, KS 67042-4033

MIKE ATHEN
913 3RD AVE NE
SARTELL, MN 56377-1152

MIKE BARTHOLOMEW
127 640TH ST
ALTA, IA 51002-7583

MIKE BECKER
1028 CEDAR BROOK DR
VILLA HILLS, KY 41017-4454

MIKE BUCKLER
985 DEER RUN DR
MELBOURNE, FL 32940-6797

MIKE GIBSON
120 SHEATH DR
COLUMBIA, SC 29212-2211

MIKE JENKINS
255 ELM LODGE DR
KINGSLAND, TX 78639-3823

MIKE CUDMORE
22837 ASPEN RD
SHEVLIN, MN 56676-4178

MIKE GIRSCH RPH
1608 UNION RD
CEDAR FALLS, IA 50613-9221

MIKE JONES
PO BOX 1582
GRANTS PASS, OR 97528-0134

MIKE D JENKINS
405 WOODLAND RD
MADISON, NJ 07940-2423

MIKE GORNEK
2711 BRISTOL CT
SUGAR LAND, TX 77478-3615

MIKE K KOSTECKI
231 ASPEN ST
WALLA WALLA, WA 99362-2669

MIKE DAVIS
4703 CRESTHAVEN DR
COLLEYVILLE, TX 76034-4580

MIKE GUTHRIE
1322 BRIARWOOD DR
LANSING, MI 48917-1708

MIKE KARLEN
975 MOON LAKE DR
NAPLES, FL 34104-6604

MIKE DERISON
400 W 43RD ST APT 38G
NEW YORK, NY 10036-6316

MIKE HARRINGTON
17295 MELLEN LN
JUPITER, FL 33478-5204

MIKE KAUFMANN
4465 WINDMILL CREEK WAY
COLORADO SPRI, CO 80911-3187

MIKE DONOHUE
2652 BROCKWAY RD
WINSTON, OR 97496-9653

MIKE HENDERSON
10850 N HIGHWAY
PLATTE CITY, MO 64079-8382

MIKE KEARNS
3385 MIDDLE RD
KEOKUK, IA 52632-3004

MIKE EMIZAWA
3612 LONG LAKE DR SE
LACEY, WA 98503-4054

MIKE HITCHCOCK
6100 SE 4TH ST
DES MOINES, IA 50315-5815

MIKE KELLER
82 RIVERSIDE DR
PORT REPUBLIC, NJ 08241-9768

MIKE FLYNN
582 LOWELL RD
GROTON, MA 01450-1439

MIKE HUTCHINGS
2180 INVERNESS CT
OVIEDO, FL 32765-5841

MIKE LOSO
PO BOX 101
SAINT JOSEPH, MN 56374-0101

MIKE GALATI
21 NORTON AVE
LEMONT, IL 60439-3944

MIKE J NOLTIMIER
203 N 6TH AVE
HILL CITY, KS 67642-1824

MIKE MCBRIDE
13147 QUAY ST NW
MINNEAPOLIS, MN 55448-3508

MIKE MCMAHON
60 HAMMOND HL
SAUNDERSTOWN, RI 02874-3509

MIKE RUDDICK
107 BYRD RD
WEST MONROE, LA 71292-0145

MILAN SHAW
600 W ORANGE ST
CLARINDA, IA 51632-2959

MIKE MCPHERSON
17124 HAWTHORNE RD
CARTHAGE, MO 64836-8640

MIKE SCOTT
469 WHITESTONE CT
CINCINNATI, OH 45231-2716

MILAN WASHOWICH
1919 MYER AVE
MCKEESPORT, PA 15133-3243

MIKE MUDRAK
58 CRANBERRY RUN
SOUTHAMPTON, NJ 08088-3566

MIKE SHEEHY
11299 ROBINSON DR NW APT 109
COON RAPIDS, MN 55433-7472

MILBREY ZELLEY
PO BOX 2
COPAKE FALLS, NY 12517-0002

MIKE NOWAK
90 CASPERSON AVE
NORTH KINGSTO, RI 02852-2235

MIKE TILLER
2350 BERING DR APT 71
HOUSTON, TX 77057-4729

MILDRED [MIDGE] RADER
PO BOX 1174
KEOKUK, IA 52632-1174

MIKE PATON
216 GREENFIELD PKWY
DES MOINES, IA 50320-6924

MIKE WARD
1840 TERRACE DR
EL DORADO, KS 67042-4000

MILDRED [MILLIE] DREESE
2832 SUPPLEE MILL RD
WINFIELD, PA 17889-9452

MIKE PORSCH
3009 LEONA DR
STORM LAKE, IA 50588-2704

MIKE WASHBURN
6761 3 MILE RD NE
ADA, MI 49301-9538

MILDRED A COZZENS
94 STORM KING DR
PORTSMOUTH, RI 02871-2153

MIKE R FISHER
711 S 12TH ST
ADEL, IA 50003-2307

MIKE WEIMER
107 NICHOLAS RD
LANCASTER, PA 17603-9423

MILDRED A PANKERS
3445 S 50TH ST
OMAHA, NE 68106-3828

MIKE RAUPP
307 ARROWOOD RD
JONESBOROUGH, TN 37659-6933

MIKIE BARKER
PO BOX 214
CAMBRIDGE, IA 50046-0214

MILDRED ABLE
PO BOX 2578
ORANGEBURG, SC 29116-2578

MIKE RINDERLE
4372 BOOMER RD
CINCINNATI, OH 45247-7947

MILAGROS TORRES
3904 LAKECLIFF DR
HARKER HEIGHT, TX 76548-8605

MILDRED AGNEW
PO BOX 482
WALCOTT, IA 52773-0482

MILDRED ANDERSON
69 AVERILL AVE
ROCHESTER, NY 14620-1205

MILDRED KENDRICK
1 7TH ST APT 601
AUGUSTA, GA 30901-1305

MILDRED RENDLEMAN
7603 WASHINGTON STATE CT
LOUISVILLE, KY 40228-2260

MILDRED BOYCE
3430 KEENE RD
NICHOLASVILLE, KY 40356-8701

MILDRED KLEIN
8500 ROYAL PALM BLVD APT A11
CORAL SPRINGS, FL 33065-5716

MILDRED RUTH MILLER
1967 JACKSON RD
KNOXVILLE, TN 37921-5019

MILDRED CONNER
220 WINDMEADOWS ST
ALTAMONTE SPR, FL 32701-3576

MILDRED LOIS HAWKINS
1428 HOLT DR
PORTSMOUTH, VA 23701-3627

MILDRED SIMMS
1210 ROOSEVELT BLVD
PORTSMOUTH, VA 23701-3744

MILDRED EHLERS
716 N 26TH ST
SHEBOYGAN, WI 53081-3727

MILDRED M CARRICO
605 GOLFVIEW TER
LEBANON, KY 40033-1948

MILDRED SWINEA
5008 BONNAWELL DR
HERMITAGE, TN 37076-1809

MILDRED EILEEN MORSE
4503 WEATHERSFIELD CT
LEAGUE CITY, TX 77573-6229

MILDRED M GRAHAM
1729 N FELTON ST
PHILADELPHIA, PA 19151-3441

MILDRED TOWSEY
1190 OXFORD AVE
LIMA, OH 45804-1047

MILDRED ELIZABETH HOXIE
2324 FLOWERDALE CT
DOUGLASVILLE, GA 30135-7909

MILDRED M SMITH
9505 WOODSMILL RUN
FORT WAYNE, IN 46835-9463

MILDRED WATERS
PO BOX 2782
PALESTINE, TX 75802-2782

MILDRED GRIFFITH
3201 SE 33RD TER LOT 12
OKEECHOBEE, FL 34974-6897

MILDRED MASON
11 SPYGLASS DR
LITTLETON, CO 80123-6638

MILDRED WILLIS
1011 CRAIN ST
EVANSTON, IL 60202-1206

MILDRED HENDERSON
994 NISSLEY RD
LANCASTER, PA 17601-1435

MILDRED PHELPS
4221 NW 16TH AVE
OAKLAND PARK, FL 33309-4510

MILDRED WRIGHT
111 S BUNGALOW PL
PONTIAC, IL 61764-2500

MILDRED K KOTSCHEVAR
110 15TH AVE N APT 317
WAITE PARK, MN 56387-1685

MILDRED RANZINI
43 SWEETWATER DR
BELLE MEAD, NJ 08502-5132

MILDRED YVONNE PHILPOT
34192 BOND RD
LEBANON, OR 97355-9480

MILDRED ZIMMERMAN
3001 LITITZ PIKE PO BOX 5093
LANCASTER, PA 17606-5093

MILLIE UNDERWOOD
6043 OLIVA AVE
LAKEWOOD, CA 90712-1033

MILTON D ALMOND
574 N MAIN ST
DAVIDSON, NC 28036-9475

MILES C GERBERDING
17726 N RIDGEWOOD DR
ARCADIA, MI 49613-5100

MILO HARPER
1087 CLARK AVE
BILLINGS, MT 59102-5459

MILTON EARL HILL
4110 BELT RD
CAPITOL HEIGH, MD 20743-5711

MILES RUBIN
13082 MINDANAO WAY APT 33
MARINA DEL RE, CA 90292-7682

MILT HERMAN
1945 GULF OF MEXICO DR UNIT
LONGBOAT KEY, FL 34228-3324

MILTON ESTNER
1502 SE COLCHESTER CIR
PORT SAINT LU, FL 34952-4272

MILFORD PIERCE
2409 ANDREW PL
NASHVILLE, TN 37216-4303

MILTON [ARTIE] DECKER
3366 SNOWY BUTTE LN
CENTRAL POINT, OR 97502-1560

MILTON H BROWN
3920 NADINA CV
FORT WAYNE, IN 46815-5851

MILLARD MARTIN
2070 THELON DR
YORK, PA 17408-4224

MILTON AREA SENIOR HIGH SCHOOL
MILTON HIGH SCHOOL ALUMNI AS
700 MAHONING ST
MILTON, PA 17847

MILTON H OSBORN
3801 VILLAGE VIEW DR APT 121
GAINESVILLE, GA 30506-4335

MILLER LEE JEWELL SR
10122 MARY DELL LN
LOUISVILLE, KY 40299-1231

MILTON AREA SENIOR HIGH SCHOOL
c/o GEORGE VENIOS
700 MAHONING ST
MILTON, PA 17847

MILTON HILL
1422 LAKE FOREST DR
PORTSMOUTH, VA 23701-3149

MILLIE KUHNERT
326 CONNIE LN
MERLIN, OR 97532-9705

MILTON B LEWIS
2727 S OCEAN BLVD APT 304
HIGHLAND BEAC, FL 33487-1837

MILTON M DUREAU JR
73 DOESCHER DR
HARAHAN, LA 70123-4855

MILLIE R GROGAN
3227 SANTEE DR
MURRELLS INLE, SC 29576-8269

MILTON BLACK
900 S COLLEGE ST APT C4
TRENTON, TN 38382-2822

MILTON PODOLSKY
180 E PEARSON ST APT 3606
CHICAGO, IL 60611-2135

MILLIE SUE KRNA
3866 CHARLOTTE ST
KANSAS CITY, MO 64109-2614

MILTON BURFORD
12210 ARBOR PARK PL
BAKERSFIELD, CA 93311-9295

MILTON SCHMIDT
3306 BRYN MAWR DR
IRVING, TX 75062-4533

MILTON ZOUPAS
3752 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8942

MIMI BORKSTROM
1107 S VIRGINIA AVE
CLARKSVILLE, IN 47129-3047

MINA TEMPLE
1501 E MAGNOLIA RD APT 290
SALINA, KS 67401-9116

MINDI DAVIS
4371 ALDER DR
SAN DIEGO, CA 92116-2323

MINDY KOVINOW
2925 EASTBROOK CT
LEXINGTON, KY 40502-2900

MINNIE BROWN
116 PITTS AVE
OLD HICKORY, TN 37138-2628

MINNIE DEVANCE-HUDSON
1512 BURMEISTER RD
FORT WORTH, TX 76134-3622

MINNIE LEA CALDWELL
PO BOX 176
PERRYVILLE, AR 72126-0176

MINNIE SCHOLL
139 OLD FARM LN
MILTON, PA 17847-2166

MIRCHELLE JOHNSON
5459 CHATHAM WOODS CT
COLUMBUS, GA 31907-1849

MIRIAM [MICKI] ROTEMAN
954 LINDENDALE DR
PITTSBURGH, PA 15243-1934

MIRIAM [TOOTIE] MANGUM
3001 W LAKE AVE APT B5
PEORIA, IL 61615-7300

MIRIAM A PEPPER
161 CARRANZA RD
TABERNACLE, NJ 08088-9304

MIRIAM ARONSON
5742 COBBLER PL
ROGERS, AR 72758-8672

MIRIAM BAILEY
261 CHAMBERLAIN RD
CARLISLE, OH 45005-3207

MIRIAM CEDARBAUM
500 PEARL ST FL 8
NEW YORK, NY 10007-1316

MIRIAM CHILDS
100 PARK BLVD APT 15A
CHERRY HILL, NJ 08034-3415

MIRIAM EIDLITZ
1835 NW 13TH ST APT 104
DELRAY BEACH, FL 33445-7463

MIRIAM FABER
40 E INVERNESS DR
TUCSON, AZ 85737-7678

MIRIAM GUY
9974 KREMMLING RD
AUSTIN, CO 81410-8224

MIRIAM HAWK
7122 N WILLOW BEND POINTE
PEORIA, IL 61614-1188

MIRIAM J INSKEEP
200 HUNT CLUB DR UNIT 129
SAINT CHARLES, IL 60174-2302

MIRIAM JANE SERE
2300 PRYTANIA ST
NEW ORLEANS, LA 70130-5806

MIRIAM KORFHAGE
1010 AMERICAN EAGLE BLVD AP
SUN CITY CENT, FL 33573-5276

MIRIAM MOORE
34 MIDDLE CREEK RD
LITITZ, PA 17543-9137

MIRIAM NEFF
3649 W BERYL AVE
PHOENIX, AZ 85051-1334

MIRIAM R FRANKEL
161 FRANKLIN CORNER RD APTD
LAWRENCEVILLE, NJ 08648-2590

MIRIAM R MALONE
23301 SCOTT DR
FARMINGTON HI, MI 48336-2843

MIRIAM RUBMAN
261 ARGYLE RD
BROOKLYN, NY 11218-4301

MIRIAM SEUTE
1339 METROPOLITAN AVE
LEAVENWORTH, KS 66048-1253

MIRIAM SOULE KINSEY
508 COEUR DE ROYALE DR APT 2
SAINT LOUIS, MO 63141-6938

MIRIAM V AGCAOILI
PO BOX 373
KURTISTOWN, HI 96760-0373

MIRIAM WALDOW
74 CLARA ST
BROOKLYN, NY 11218-3010

MIRIAM WENDEL
6687 BURCH RD
VERSAILLES, OH 45380-9536

MITCH R SEIBEL
8903 56TH ST SE
ADRIAN, ND 58472-9541

MITCHELL A YOKUM
2341 EASTER LN
NEW ORLEANS, LA 70114-3423

MITCHELL B KRAUSE D.O.
917 HONEYSUCKLE LN
WYNNEWOOD, PA 19096-1649

MITCHELL DUNN
3501 OAKMEADOW LN
CINCINNATI, OH 45239-3824

MITCHELL FLOGAUS
1994 PRESERVE CIR E
CANTON, MI 48188-2223

MITCHELL JIM HARDMAN JR
148 ALEXANDER CT
HAYSVILLE, KS 67060-1158

MITCHELL L BRUINING
1765 DEERFIELD CT
DORR, MI 49323-9430

MITCHELL PATTERSON
7672 N INDIAN LAKE DR
SCOTTS, MI 49088-8735

MITCHELL RUMP
10 LITTERER RD
DANVILLE, PA 17821-9379

MITCHELL W BABCOCK
4154 CLARK AVE
WILLOUGHBY, OH 44094-6153

MITZI [MICHELLE] CARAFIDES
1737 WISTERIA LN
WEST CHESTER, PA 19380-4212

MITZI FRANCIS-HOPKINS
219-8500 GENERAL CURRIE
RICHMOND, BC V6Y 3V4

MITZI GREEN
711 N 20TH ST
LAMESA, TX 79331-2523

MITZI LEON
14042 FORESTVALE DR
CHESTERFIELD, MO 63017-3223

MOLLY B ALVIS
7300 HAPPY WEST RD
HAPPY, TX 79042-3242

MOLLY E MCCOY
9736 SARATOGA ST
OMAHA, NE 68134-2641

MOLLY MAXWELL
2444 BYRNES RD
MINNETONKA, MN 55305-2812

MOLLY MCVAY-WALTERS
1919 POPLAR ST
HOLLAND, MI 49424-2405

MONA HAAS
3469 MISSISSIPPI RIVER RD
KEOKUK, IA 52632-9554

MONA HUFF
6547 BETHLEHEM RD
PLEASUREVILLE, KY 40057-9549

MONA LEE [MONIE] PETERSON
6362 CHIMNEY CT
MASON, OH 45040-3695

MONTE ARRIN RICHARDS
921 AMER DR
FORT WASHINGT, MD 20744-5934

MOREEN BUTCHEE
2223 S 4TH ST
LAMESA, TX 79331-6505

MONG YANG
78 REAGAN DR
EPHRATA, PA 17522-1237

MONTE G ALTMAN
67 BLACK BEAR DR UNIT 1511
WALTHAM, MA 02451-0220

MORENE MARTIN
145 SONTAG DR
FRANKLIN, TN 37064-5757

MONICA A KING
25277 WARD ST
TAYLOR, MI 48180-2028

MONTE MANKA
976 AQUAMARINE LN
CORONA, CA 92882-3844

MORGAN E FOOSE JR
190 CLEARVIEW DR
QUARRYVILLE, PA 17566-9256

MONICA ANN TAFOYA
1178 LAKE BLVD SPC 46
REDDING, CA 96003-1758

MONTE P ANDERS
32702 RIDGE TOP LN
CASTAIC, CA 91384-3082

MORRIS BATEMAN
15321 63RD STREET CT E
SUMNER, WA 98390-2667

MONICA CERVANTES
3808 W FALLEN LEAF LN
GLENDALE, AZ 85310-3315

MONTE S PICHSON
1602 E 52ND ST
BROOKLYN, NY 11234-3824

MORRIS G CLARK
W5929 DAISY CT
APPLETON, WI 54915-7470

MONICA MARSHALL
25785 PLAYER DR
VALENCIA, CA 91355-2309

MONTIE G DERSHEM
HC 63 BOX 266
EUFAULA, OK 74432-9758

MORRIS L TODD
724 CORDELL CT
OLIVETTE, MO 63132-3415

MONICA SENNELL
316 N VAN DIEN AVE
RIDGEWOOD, NJ 07450-2729

MONTROSE HIGH SCHOOL
MONTROSE EDUCATION FOUNDATIO
600 SOUTH SELIG AVE
MONTROSE, CO 81401

MORRIS P MARLBROUGH
117 SCHALLODIN PL
HAMMOND, LA 70403-3422

MONICA WHITNEY
4442 SW LAKE FLORA RD
PORT ORCHARD, WA 98367-7468

MONTROSE HIGH SCHOOL
c/o DEANN BALASH
600 SOUTH SELIG AVE
MONTROSE, CO 81401

MORRIS WEAVER
7822 SW MAPLELEAF ST
TIGARD, OR 97223-1008

MONNA FERER
4513 MAIN ST APT 2
MUNHALL, PA 15120-3331

MOONEEN BOOTH
559 MOLLY LN
ROCKAWAY BEAC, MO 65740-9453

MORTIMER CAMERON
1122 LAKE RD
CONNEAUT, OH 44030-1139

MORTON A EPSTEIN
11 WILLIAM LN
MOUNT SINAI, NY 11766-3021

MOUNT HEALTHY HIGH SCHOOL
c/o STEVE HARNESS
8101 HAMILTON AVE
CINCINNATI, OH 45231

MSGT JENNIFER JAMES USAR
3145 ASHTON BROOKE DR APT 1
BEAVERCREEK, OH 45431-8902

MORTON BUNIS
3 CULLEN DR
WEST ORANGE, NJ 07052-1703

MOUZON SCHURLKNIGHT
1888 JAMESON RD
EASLEY, SC 29640-7839

MSGT JOHN D DANDRIDGE
100 BROOKE DR
MONROE, NC 28112-6338

MORTON FREILICHER
200 E 57TH ST APT 9N
NEW YORK, NY 10022-2866

MOZETTE EDWARDS
3275 OASIS CT
SUMTER, SC 29150-9764

MSGT JOHN RODNEY MANOGUE
901 SETTLEMENT DR
WILLIAMSBURG, VA 23188-2644

MORTON KIRSCH
705 N FREDERICK ST
ARLINGTON, VA 22203-1412

MRS DONALD W DEKARSKE
365 THAXTON LANDING RD
ANACOCO, LA 71403-3129

MSGT RALPH C HURLBURT USA
2410 MEADOW DR
BLAIR, NE 68008-1158

MORTON ZIMMERMAN
555 NORTH AVE APT 11F
FORT LEE, NJ 07024-2413

MRS JOHN A SHERRELL
298 JAMES MOORE CIR
JACKSON, GA 30233-2421

MURDO SMITH
1095 29TH AVE N
NAPLES, FL 34103-4560

MOSES CLARENCE WHITAKER
2728 WESTMINSTER AVE
NORFOLK, VA 23504-4528

MRS WENDELL SCOTT
2455 S ST ANDREWS PL APT 612
LOS ANGELES, CA 90018-2049

MURIEL BRAUNSTEIN
7114 WARRENS WAY
WANAQUE, NJ 07465-1648

MOSES KING JR
8112 NASHUA DR
MIDLOTHIAN, VA 23112-7620

MRS. PAM BORIE
8311 SUNNY RIDGE CT
LOUISVILLE, KY 40299-1382

MURIEL BUCKLEY
1834 CYPRESS MESA DR
HENDERSON, NV 89012-6160

MOTHER OF MERCY HIGH SCHOOL
c/o LISA FLUEGEMAN '78
3036 WERK RD
CINCINNATI, OH 45211-7099

MSGR G PATRICK GARRITY V E
PO BOX 3755
KNOXVILLE, TN 37927-3755

MURIEL CLACK
1900 EFFINGHAM ST
PORTSMOUTH, VA 23704-5744

MOUNT HEALTHY HIGH SCHOOL
MOUNT HEALTHY HS ALUMNI ASSN
8101 HAMILTON AVE
CINCINNATI, OH 45231

MSGR MICHAEL NESTOR
867 N CONCORD ST
GILBERT, AZ 85234-8753

MURIEL FARLEY
1144 LITTLE BROOK LN
GOODVIEW, VA 24095-3608

MURIEL LAURALPH BROOKS-CARTER
1725 NEWPORT AVE
PASADENA, CA 91103-1442

MUZETTE COOPER
2150 S COLLEGE ST
TRENTON, TN 38382-3945

MYRA ROTHENBERG
413 CLOVER FORK DR
KNOXVILLE, TN 37934-2608

MURIEL MYERS
5022 WATERBECK ST
FULSHEAR, TX 77441-4143

MYNNE SCHMIDT
637 BIG TIMBER DR
JOLIET, IL 60431-4872

MYRA TUCKER
270 CUMBERLAND OAKS DR
TULLAHOMA, TN 37388-7739

MURIEL R CLARK
718 REGENCY LN E
HOPKINS, MN 55343-4701

MYRA ALEXANDER
250 E WYNNEWOOD RD APT C16
WYNNEWOOD, PA 19096-1553

MYRIL SHEINKOPF
1100 SALEM ST APT 35
LYNNFIELD, MA 01940-1582

MURIEL ROSE MARTIN
809 LAKE VERMILLION CT
SLIDELL, LA 70461-3803

MYRA BURGESS
504 N PARK ST
HEBER SPRINGS, AR 72543-2633

MYRLE ANN DOUGHERTY
3D SHELLY CT
POCASSET, MA 02559-2279

MURLYN R NIEMAN
25639 RUSTY ST
TAYLOR, MI 48180-3290

MYRA HOGAN
2331 WELLINGTON AVE
SANTA BARBARA, CA 93105-3939

MYRNA AGAN
910 ELDER LN
DES MOINES, IA 50315-3435

MURRAY CHASS
22-20 RADBURN RD
FAIR LAWN, NJ 07410-4524

MYRA JOANN CAVINESS
2220 COTTONWOOD LAKE DR
WINDOM, MN 56101-1261

MYRNA DUKE
3319 EDGEWATER DR
MEDFORD, OR 97504-8489

MURRAY LAMAR DAVIS
20 LEAWOOD CT
COLUMBIA, SC 29206-1364

MYRA L LANDAU
217 TIMBER RIDGE RD
PITTSBURGH, PA 15238-2436

MYRNA F MATT
297 N MAIN ST
CAMDEN, OH 45311-1122

MURRAY POPLE
1337 21ST AVE
ROCK ISLAND, IL 61201-4411

MYRA LEON
67 HOFFMAN LN
BLAUVELT, NY 10913-1719

MYRNA FEAGANS
617 CONCERT ST
KEOKUK, IA 52632-5517

MURRELL DEAN PORTER
10707 PROVIDENCE DR
LOUISVILLE, KY 40291-4437

MYRA M CARRIER
5023 NASSAU DR
FORT WAYNE, IN 46815-7538

MYRNA FLORAY
5008 SHRINE PARK RD
LEAVENWORTH, KS 66048-4817

MYRNA GOLDMAN
3112 CHESTERWOOD WAY
SOMERSET, NJ 08873-5900

MYRNA STONE
6526 JAYSVILLE SAINT JOHNS R
GREENVILLE, OH 45331-9250

MYRTLE MCKEAN
66 MONTROSE AVE
FANWOOD, NJ 07023-1109

MYRNA KLEIN
14242 RIVERSIDE DR UNIT 104
SHERMAN OAKS, CA 91423-2336

MYRNA THROCKMORTON
PO BOX 668
HOLDENVILLE, OK 74848-0668

MYRTLE R CLARK
224 LONGVIEW PT
HOT SPRINGS, AR 71913-8700

MYRNA LAMPTON
603 K ST
PENROSE, CO 81240-9547

MYRON BOOR
3018 CAMBRIDGE ST
SAINT JOSEPH, MO 64506-1164

MYRTLE SUE MEADOWS
3366 MANTILLA DR
LEXINGTON, KY 40513-1039

MYRNA LANGOWSKI
3820 HERITAGE RIDGE DR
WISCONSIN RAP, WI 54494-3494

MYRON WAYNE GORDON
1608 7TH AVE
INTERNATIONAL, MN 56649-3645

MYRTLE TODD
PO BOX 33
CAMAK, GA 30807-0033

MYRNA M EGETH
333 E 34TH ST APT 9C
NEW YORK, NY 10016-5231

MYRTA E GALARZA
27 TOLEDO LN
WILLINGBORO, NJ 08046-3743

N DOUGLAS MCNABB
505 WHEELER AVE
JOLIET, IL 60436-2073

MYRNA PATTERSON
200 ARNOLD DR
MCKEESPORT, PA 15132-7507

MYRTICE JACKSON
1036 NE SAVAGE ST
GRANTS PASS, OR 97526-1347

N ERMA BRACKMAN
20 HALL RD
COLUMBIA CROS, PA 16914-7909

MYRNA PETERS
2616 SOUTHEAST PKWY
RICHMOND, IN 47374-5853

MYRTLE DOWNS
22800 CIVIC CENTER DR APT 22
SOUTHFIELD, MI 48033-7168

N ETHEL VERSOLA
418 W COTA ST
SANTA BARBARA, CA 93101-3445

MYRNA S NETTLETON
374 HERMITAGE AVE
COOKEVILLE, TN 38501-4503

MYRTLE GREGG-LAFAY
7034 MANITOU WAY
GRAND LEDGE, MI 48837-9338

NADINE C SCHATZ
12050 SE WIESE RD
DAMASCUS, OR 97089-8356

MYRNA SCHEUERMANN
3266 S COUNTY ROAD 200 W
GREENCASTLE, IN 46135-8108

MYRTLE M [MERT] JOSEPH
1725 E GRANT AVE
VINELAND, NJ 08361-7260

NADINE HENZ
210 3RD ST S APT 201
SAINT CLOUD, MN 56301-4454

NADINE JEWETT
4231 US ROUTE 322
WILLIAMSFIELD, OH 44093-9717

NADINE M TOLVIN
160 E 65TH ST APT 18B
NEW YORK, NY 10065-6664

NADINE MILLER
8110 OAKDALE AVE
WINNETKA, CA 91306-1935

NADINE THOMPSON
1620 BEREA CHURCH QUINCY RD
HIDDENITE, NC 28636-9103

NAN DURAND
2516 GOOD SHEPHERD DR
BROWNWOOD, TX 76801-7807

NAN HALL
RR 2 BOX 2133
ALTON, MO 65606-9622

NANCI R GOUTHRO
180 MANTHORNE RD
WEST ROXBURY, MA 02132-1329

NANCY A DEVOLI
2169 SAMPSON RD
CAMDEN, MI 49232-9549

NANCY A HICOK PORTER
9514 BLUEWATER HWY
LOWELL, MI 49331-9298

NANCY A HOFFMAN
222 GIRARD AVE
HORSHAM, PA 19044-3243

NANCY ABBOTT
1411 N 13TH ST
CAMBRIDGE, OH 43725-1019

NANCY ADEN
2515 W LODGE DR
PHOENIX, AZ 85041-9608

NANCY ALLEN
304 PENNWOOD DR
RICHLANDTOWN, PA 18955-1041

NANCY ANDERSON
5912 COUNTY ROAD 262
EAST BERNARD, TX 77435-7714

NANCY ANDIS
613 RIDGE AVE
GREENCASTLE, IN 46135-1350

NANCY ANN KARR
84 ALETHA RD
NEEDHAM, MA 02492-3902

NANCY ARUFFO
5312 CHEROKEE ST
HOUSTON, TX 77005-1702

NANCY AZZAM
2300 NOBLE AVE N
GOLDEN VALLEY, MN 55422-3602

NANCY B GRIDLEY
24 BRADRICK LN
WEST MILFORD, NJ 07480-2917

NANCY BAER
3806 ROAN CIR
GARLAND, TX 75043-1921

NANCY BAIJ
1600 E HIGH ST
MOUNT PLEASAN, MI 48858-8928

NANCY BAKER
306 PAOLI POINTE DR
PAOLI, PA 19301-1381

NANCY BANKS
252 MCGREGOR CIR
LEXINGTON, SC 29072-8788

NANCY BAUMGART
9287 COACHHOUSE LN
ESTERO, FL 33928-4240

NANCY BEA HEFLEY
PO BOX 1150
SILVER SPRING, NV 89429-1150

NANCY BEALER
104 MATTHEW DR
READING, PA 19608-9415

NANCY BERG
721 RICE ST E
WAYZATA, MN 55391-1722

NANCY BERKMAN
413D DEDHAM ST
NEWTON, MA 02459-3300

NANCY BRACKBILL
188 BROOKSIDE LN
NAZARETH, PA 18064-9109

NANCY C HOPKINS
PO BOX 43853
LOUISVILLE, KY 40253-0853

NANCY BERLAND PHD
3421 BROOKWOOD TRCE
MOUNTAIN BROO, AL 35223-2879

NANCY BREADHEFT
8419 KINGLET DR
ENGLEWOOD, FL 34224-7765

NANCY C LAWTON
2 SHETLAND PONY CT
SAINT PETERS, MO 63376-3777

NANCY BERNTSON
822 N 350 W
AMERICAN FORK, UT 84003-1188

NANCY BRINO
45 LEE AVE
EAST WILLISTO, NY 11596-2424

NANCY C RANGEL
27082 NOGAL
MISSION VIEJO, CA 92692-3418

NANCY BERRY
13879 E SARATOGA DR
AURORA, CO 80015-4291

NANCY BROWN SHOWERS
3715 W 4TH ST
WATERLOO, IA 50701-4505

NANCY CALDER
PO BOX 251
COLERAINE, MN 55722-0251

NANCY BEST
1107 CLEISTES LN
RICHMOND, TX 77469-2012

NANCY BRUCE
26 LAUREL WAY
MADISON, NJ 07940-1002

NANCY CARDEN
324 ECHO VALLEY LN
NEWTOWN SQUAR, PA 19073-1620

NANCY BLUM
7361 HICKMAN ST
CINCINNATI, OH 45231-4464

NANCY BRYANT
3109 MCGREGOR BLVD
FORT MYERS, FL 33901-6737

NANCY CARTER
15461 E HIGHWAY 264
LOWELL, AR 72745-8550

NANCY BOETTCHER
3207 SPRING CANYON RD
BELTON, TX 76513-2595

NANCY BUCK
500 FISHER DR
WATSONTOWN, PA 17777-8042

NANCY CENCULA
9145 CORDOBA BLVD
SPARKS, NV 89441-9298

NANCY BORSON
2809 GETCHELL RD
DULUTH, MN 55810-1143

NANCY BYROM
928 SPORTSMAN DR
TRINITY, TX 75862-8369

NANCY CHERNETT
441 ATHENS AVE
WYNNEWOOD, PA 19096-2522

NANCY BOUSH
3427 BROOKWOOD DR
FAIRFAX, VA 22030-2043

NANCY C AZZAM
2300 NOBLE AVE N
GOLDEN VALLEY, MN 55422-3602

NANCY CHESSOR
1161 HIGHWAY 100 W
CENTERVILLE, TN 37033-5248

NANCY CLEM
108 N POE ST # A
LAKE ELSINORE, CA 92530-3628

NANCY CUNNINGHAM
1509 WALNUT ST
PITTSBURGH, PA 15218-1431

NANCY DELUCIO
3473 UNION PIKE
RICHMOND, IN 47374-9202

NANCY COONEY
9223 DALBERG ST
BELLFLOWER, CA 90706-2120

NANCY CUSKE
1173 LAKE PT
WESTERVILLE, OH 43082-7485

NANCY DENNINGS
815 WILLIAMS ST
SAINT MARYS, OH 45885-1561

NANCY COSTELLO
6512 ALFANO DR
HARRISBURG, PA 17112-4404

NANCY DAGEN
59 PEBBLE CREEK DR
LITITZ, PA 17543-7639

NANCY DERING MOCK
3 CREEK BANK DR
MECHANICSBURG, PA 17050-1814

NANCY COUCH
14617 N 125TH AVE
EL MIRAGE, AZ 85335-5909

NANCY DAILEY
3937 HIGHLAND DR
RICHMOND, IN 47374-4858

NANCY DESMOND
25 BARKER ST APT 304
MOUNT KISCO, NY 10549-1631

NANCY COVINGTON
306 NEWCASTLE RD
KNOXVILLE, TN 37909-2619

NANCY DANNELS
2494 RIVER RD
COWANSVILLE, PA 16218-3110

NANCY DOSS
805 WASHINGTON ACRES RD
HAMPSTEAD, NC 28443-2051

NANCY COX
811 WILDROSE SPRINGS DR
SAINT CHARLES, IL 60174-5594

NANCY DAUBERMAN
2139 LINCOLN ST
WILLIAMSPORT, PA 17701-5548

NANCY DROCKELMAN
10238 N ADAMS CHURCH RD
BATESVILLE, IN 47006-8614

NANCY CRAWFORD
9559 EASTERN VIEW LN APT 1
MIDLAND, VA 22728-1803

NANCY DAVIS
1173 SILVERSTONE RD
HOLLAND, MI 49424-2791

NANCY E CORRELL
2217 W WELLS ST
MILWAUKEE, WI 53233-1958

NANCY CREW
306 CHURCH ST
NAPOLEON, OH 43545-5789

NANCY DAVIS
3218 FRENCH CREEK RD
EVERETT, PA 15537-5254

NANCY E ELMER
2309 GRAND AVE
LEAVENWORTH, KS 66048-4278

NANCY CULVER
814 SAINT ANDREWS WAY
MARYVILLE, TN 37801-8648

NANCY DAWSON
17911 HURSHTOWN RD
GRABILL, IN 46741-9673

NANCY E EVERSON
404 CHESWICK PL APT 436
BRYN MAWR, PA 19010-1247

NANCY E FIALKOWSKI
190 ASHLEY WAY
BLOOMINGDALE, IL 60108-2931

NANCY ELLIOTT
1404 ROOSEVELT BLVD
PORTSMOUTH, VA 23701-3622

NANCY FLETCHER
3180 NW DIVISION ST APT 130
GRESHAM, OR 97030-5206

NANCY E KELLEY
113 ROXBURY RD
NIANTIC, CT 06357-1110

NANCY EPPICH
8363 VILLA MARINA CT
MENTOR, OH 44060-2039

NANCY FOREMAN
902 1 MILE RD
LEVERING, MI 49755-9708

NANCY E LEACH
2514 BLAIR BLVD
NASHVILLE, TN 37212-4808

NANCY ERWIN
867 TIMBER TRAIL CT
SOUTH LYON, MI 48178-9068

NANCY FRANCIS
16 ACAPULCO DR
ROGERS, AR 72756-8205

NANCY E MOTSINGER
106 LEE ANN CT
BLANCHESTER, OH 45107-1024

NANCY EVALE
6 SPRING ST
MEXICO, NY 13114-4490

NANCY FRAZER
3208 NW C ST
RICHMOND, IN 47374-4554

NANCY E REAMS
529 BAKER DR
HURST, TX 76054-3425

NANCY EVANS
229 MORRISON AVE
GREENSBURG, PA 15601-3411

NANCY FREER
10024 AVENIDA VISTA SOL NW
ALBUQUERQUE, NM 87114-5902

NANCY E THIM
72 SUNSET BEACH RD
BRANFORD, CT 06405-5042

NANCY EVENSON
333 MAPLE ST
DIMONDALE, MI 48821-9500

NANCY FRIEDMANN
706 N HILLSIDE DR
LONG BEACH, CA 90815-4713

NANCY EBERLE
2104 COLLEGE ST
GRAND ISLAND, NE 68803-2714

NANCY FAGERLIE
212 HURSTDALE DR
PRUDENVILLE, MI 48651-9425

NANCY FULLERTON
2367 NADEAU RD
MONROE, MI 48162-9313

NANCY EKERN
3133 HUELANI PL
HONOLULU, HI 96822-1238

NANCY FINN
W3331 COUNTY ROAD J
GREEN LAKE, WI 54941-9690

NANCY GANTNER
744 SHERMAN WAY
WEST BEND, WI 53090-2421

NANCY ELIZABETH FOX
1166 HUNTERBROOK RD
YORKTOWN HEIG, NY 10598-6218

NANCY FISHWICK
22 GOLF COTTAGE DR
NAPLES, FL 34105-7113

NANCY GEBERDT
473 NEW YORK AVE
LINCOLN PARK, MI 48146-3150

NANCY GEIGER
8271 E US HIGHWAY 33
CHURUBUSCO, IN 46723-9396

NANCY HAMMER
3618 CARLTON DR
CEDAR FALLS, IA 50613-5762

NANCY HICKMAN
849 JEFFERSON AVE
CHERRY HILL, NJ 08002-3706

NANCY GEYERHAHN
12 ELIZABETHAN DR
KENNEBUNKPORT, ME 04046-6515

NANCY HANCOCK
5141 CHURCH RD
MOUNT LAUREL, NJ 08054-9623

NANCY HOEFERLE
500 GRANDVIEW DR
NORMAL, IL 61761-3141

NANCY GIBSON
PO BOX 81
TRENTON, TN 38382-0081

NANCY HANSEN
547 TOWER RD
HADLEY, NY 12835-2749

NANCY HOTALING
PO BOX 203
PALENVILLE, NY 12463-0203

NANCY GOODMAN
6 EVERGREEN LN
LARCHMONT, NY 10538-1027

NANCY HARMS
PO BOX 553
ROGERSVILLE, MO 65742-0553

NANCY HURLEY
927 JEFFERSON ST
MCKEESPORT, PA 15132-1625

NANCY GRAVES
11 GIRDLER RD
MARBLEHEAD, MA 01945-2204

NANCY HEALY
23214 N PADARO CT
SUN CITY WEST, AZ 85375-1628

NANCY J ARFLACK
7821 W ACRES DR
KNOXVILLE, TN 37919-7180

NANCY GREEN
1903 N SALEM DR
INDEPENDENCE, MO 64058-1327

NANCY HEIMAN
10 LONGWOOD DR UNIT 321
WESTWOOD, MA 02090-1142

NANCY J BARRY
3604 BISCAYNE ST
QUINCY, IL 62305-4740

NANCY GRIFFIN
548 WESTGATE DR
NAPA, CA 94558-1239

NANCY HENDRICKS
427 MAHONING ST
MILTON, PA 17847-2211

NANCY J BONO
62 MAY ST
NEW BRITAIN, CT 06052-1012

NANCY GRUEN
7545 WENTWORTH LN
MENTOR, OH 44060-7273

NANCY HERZOG
4786 KELLOGG CIR
BOULDER, CO 80303-1109

NANCY J KIRBY
429 MONTGOMERY AVE APT C20
HAVERFORD, PA 19041-1730

NANCY H ISHMAEL
1 CHENAULT DR
MOUNT STERLIN, KY 40353-1121

NANCY HEVEKER
11350 JAMES ST
IRWIN, PA 15642-4480

NANCY J LOWMAN
1163 SW BOSWELL AVE
TOPEKA, KS 66604-1448

NANCY J NICHOLAS ANDRADE
1221 BUNTS RD
LAKEWOOD, OH 44107-2611

NANCY JEDELE
4620 S ZEEB RD
ANN ARBOR, MI 48103-9662

NANCY KOHLER
7195 WILLOW RD
CLINTON, MI 49236-9408

NANCY J ROWLEY
PO BOX 856
PLAINFIELD, IL 60544-0856

NANCY JO KAUFMAN
1961 W HIDDEN RESERVE CT
MEQUON, WI 53092-5565

NANCY KROFT
1783 RITCHIE RD
STOW, OH 44224-1856

NANCY J SAMPSON
7765 120TH ST SW
MOTLEY, MN 56466-2579

NANCY JOHNSON
5957 DRAPER ST
WOLCOTT, NY 14590-1148

NANCY L GIACCHETTI
6679 LAKEWAY DR
CHANHASSEN, MN 55317-7578

NANCY J SAWYER
3 DUNN ESTS
SCARBOROUGH, ME 04074-8430

NANCY JOHNSON
7253 SOUTHSIDE BLVD
NAMPA, ID 83686-9431

NANCY L GILBERT
2404 NAPA TRL
WAUKESHA, WI 53188-4668

NANCY J TALBERT
2230 BRITTANY LN
POWHATAN, VA 23139-6027

NANCY JOHNSON
5 BRANDYWINE DR
GLENMOORE, PA 19343-1005

NANCY L KRECKLER
3331 2ND ST S
WISCONSIN RAP, WI 54494-5799

NANCY J TIBURSKI
4562 GOLDEN RIDGE DR
OCEANSIDE, CA 92056-2936

NANCY JONES
201 TIMBER CREEK CT
COLUMBUS GROV, OH 45830-1062

NANCY L MARTIN
135 APPLEBLOSSOM LN
SHAKOPEE, MN 55379-8244

NANCY JACKSON
1107 W 4TH ST
FRIONA, TX 79035-2303

NANCY K HILLIARD
102 RED OAK LN
FLOWER MOUND, TX 75028-3501

NANCY L REED
1133 YEOMANS ST LOT 93
IONIA, MI 48846-1953

NANCY JANE AMES
1806 COOL SPRING DR
ALEXANDRIA, VA 22308-1630

NANCY K RODDY
PO BOX 529
EAST MIDDLEBU, VT 05740-0529

NANCY L SAWALL
PO BOX 875
PENROSE, CO 81240-0875

NANCY JANE CAMARDA
4001 CREE DR
ORMOND BEACH, FL 32174-9320

NANCY KERSTEN
206 E RIVER ST
WEEPING WATER, NE 68463-4308

NANCY L SCHMIDT
1640 TOWNSHIP AVE
WISCONSIN RAP, WI 54494-6481

NANCY L VANHISE
PO BOX 168
JULIUSTOWN, NJ 08042-0168

NANCY LEE TAYLOR
5109 OAK CENTER DR
OAK LAWN, IL 60453-3939

NANCY LYNN CLAY
241 WIMBLEDON LAKE DR
PLANTATION, FL 33324-2445

NANCY LAPPIN
2917 E HIGH ST UNIT 41
SANATOGA, PA 19464-3155

NANCY LEHRER
170 BOULEVARD SE APT H517
ATLANTA, GA 30312-2382

NANCY M BEASLEY
1110 SADDLE RDG
PORTAGE, WI 53901-9799

NANCY LARKIN
101 ELIZABETH DR
GLASGOW, KY 42141-3415

NANCY LEITMANN
285 FAIRLAWN DR
BERKELEY, CA 94708-2220

NANCY M BROMBERG
6120 WYNNWOOD RD
BETHESDA, MD 20816-2017

NANCY LARSON
2280 SALLY PL
TURLOCK, CA 95382-2820

NANCY LEMKUIL
N6505 RANGELINE RD
SHEBOYGAN, WI 53083-2329

NANCY M JOHNSON
133 CRESCENT DR
CHALFONT, PA 18914-1923

NANCY LATCH
6501 N 142ND CIR
OMAHA, NE 68164-1212

NANCY LESSING
47 WALTON AVE
NEW PROVIDENC, NJ 07974-1745

NANCY M KETTNER
23887 41ST AVE
SAINT AUGUSTA, MN 56301-8759

NANCY LAWSON
7045 TOBIK TRL
PARMA HEIGHTS, OH 44130-4652

NANCY LIZOTTE
23972 PASEO DEL CAMPO
LAGUNA NIGUEL, CA 92677-2405

NANCY MACK
2229 RIDGE RD
MCKEESPORT, PA 15135-3036

NANCY LEE HATFIELD
5850 N ROLLIN HWY
ADDISON, MI 49220-9311

NANCY LONEY
1306 7TH AVE
INTERNATIONAL, MN 56649-2720

NANCY MANNING
1791 GOAT ISLAND RD
SUMMERTON, SC 29148-7501

NANCY LEE MEILAHN
2723 W BUENA VISTA DR
GREELEY, CO 80634-7717

NANCY LONGACRE
11548 DOGWOOD FOREST DR
PINE BLUFF, AR 71603-8799

NANCY MARIA DI BLASI
556 MERCER ST FL 2
ALBANY, NY 12208-3204

NANCY LEE SCHUMAN
1018 PEARSON DR
JOLIET, IL 60435-3256

NANCY LUDWIG
4853 WINTON CIR
SAINT AUGUSTI, FL 32086-5632

NANCY MASCARO-MILLER
25162 CRISLER ST
TAYLOR, MI 48180-3234

NANCY MC LOUGHLIN
89 MILLER AVE
FLORAL PARK, NY 11001-3323

NANCY MESSIMER
PO BOX 165
WHITE DEER, PA 17887-0165

NANCY MURCHIO
12 BAYSIDE
ROCKAWAY PT, NY 11697-1142

NANCY MCCAHEY
180 FATIMA DR
WARREN, RI 02885-3808

NANCY MESSNER
68175 RIDGE RD
NORTH BEND, OR 97459-7517

NANCY MURRAY
2117 COVENTRY TRL
TRAVERSE CITY, MI 49686-2084

NANCY MCCUEAN
115 GENERAL BRADDOCK DR
BRADDOCK, PA 15104-2703

NANCY MICHEL
25260 LYRA CT
SUN CITY, CA 92586-3812

NANCY NEWMAN
257 E 255TH ST
EUCLID, OH 44132-1005

NANCY MCDONALD
7540 CORBETT DR
CANTON, MI 48187-2414

NANCY MINNICK
331 E WALNUT ST
LANCASTER, PA 17602-2403

NANCY NICKEY
32 S TURBOT AVE APT 2321
MILTON, PA 17847-2559

NANCY MCKAY
29704 W 184TH ST
GARDNER, KS 66030-9585

NANCY MITCHELL
1026 MORNINGSIDE LN
MARTINSVILLE, VA 24112-5508

NANCY NICOL
1404 N MAY ST
JOLIET, IL 60435-4050

NANCY MCKEOWN-STONE
428 OAK ST
AUDUBON, NJ 08106-2127

NANCY MLACHAK
1341 BELL RD
CHAGRIN FALLS, OH 44022-4251

NANCY NOEL
1506 W 18TH ST
SIOUX FALLS, SD 57104-4604

NANCY MEDLOCK
32 OLIVEIRA AVE
ACUSHNET, MA 02743-2505

NANCY MOERER
7520 E 53RD ST
TULSA, OK 74145-7711

NANCY NURMINEN
304 W OAK AVE
EL SEGUNDO, CA 90245-2213

NANCY MEINHARDT
1 GREENBRIER CT
KEOKUK, IA 52632-2104

NANCY MORRISON
500 N TARRANT PKWY APT 611
KELLER, TX 76248-5683

NANCY NUSS
1411 MARION ST
LEAVENWORTH, KS 66048-4139

NANCY MERTZ
2750 S BEVERLY CIR
MESA, AZ 85210-7607

NANCY MOZGA
1617 60TH ST
DES MOINES, IA 50322-6105

NANCY OVERZET
18 KINGS MILL CIR UNIT 212
MADISON, WI 53718-3405

NANCY OWSTON
4625 PLAPORT ST
PITTSBURGH, PA 15207-2155

NANCY POTTS
23015 DURANT ST NE
BETHEL, MN 55005-9524

NANCY RICHARDS
1225 N CHESTER RD
WEST CHESTER, PA 19380-6874

NANCY P MURPHY
2600 ARMSTRONG CIR
GASTONIA, NC 28054-7263

NANCY PRUITT
650 WOOD FOREST RD
KINGSLAND, TX 78639-9747

NANCY RIEKE
9427 CAMBERWELL DR
FORT WAYNE, IN 46804-4765

NANCY PARKIN
308 S LEMEN ST
FENTON, MI 48430-2307

NANCY PRYMAK PRATT
15900 FAIRWAY DR
DUMFRIES, VA 22025-1620

NANCY RILEY
117 GEORGETOWNE DR
ELON, NC 27244-8314

NANCY PATTON
1221 S WEIMER RD
BLOOMINGTON, IN 47403-2863

NANCY R BENSON
1029 SE SWOFFORD LN
PORT ORCHARD, WA 98367-9648

NANCY RINER
404 N 6TH ST
TOWANDA, KS 67144-8904

NANCY PELZER
513 6TH AVE NE
SAINT CLOUD, MN 56304-0117

NANCY RACETTE
3901 N ATHENIAN AVE
WICHITA, KS 67204-3428

NANCY RODGERS
310 N HARRIS ST
SALINE, MI 48176-1211

NANCY PETTET
38520 HOLM AVE
NORTH BRANCH, MN 55056-4806

NANCY RAMSEY
1108 FAIRACRES RD
RICHMOND, IN 47374-1146

NANCY RUTH KIELER
625 E EDISON AVE
DES MOINES, IA 50315-1426

NANCY PHILIPPS
47 BELLE AVE
RONKONKOMA, NY 11779-4904

NANCY RANSOM
1975 DEAN AVE
HOLT, MI 48842-1513

NANCY S GOLDBERG
101 W 79TH ST APT 15B
NEW YORK, NY 10024-6479

NANCY PHILLIPS
1909 PONDEROSA PL
LOVELAND, CO 80538-8626

NANCY RHEUBLE
6179 STONEBROOK WAY
CENTERVILLE, IN 47330-9794

NANCY S LAZEAR
805 E CAPITOL ST SE
WASHINGTON, DC 20003-1347

NANCY POPP
10900 WILLOW RD
WILLIS, MI 48191-9729

NANCY RHODES
300 SANGO DR
CLARKSVILLE, TN 37043-6822

NANCY S UTLEY
939 PLEASURE AVE
OCEAN CITY, NJ 08226-3413

NANCY S VAN SCIVER
411 KAIOLU ST APT 552
HONOLULU, HI 96815-2226

NANCY SINNOTT
29828 HILLARY AVE
EASTON, MD 21601-4894

NANCY STEFANI
34 E PARK AVE
DES MOINES, IA 50315-7736

NANCY SANDERS
506 FRANKLIN BROADWAY ST
DONNELLSON, IA 52625-9281

NANCY SMITH
2044 LAKE RD
RIDGEWAY, SC 29130-9658

NANCY STEPHENS
21A FRANKLIN LN
WHITING, NJ 08759-6341

NANCY SANFORD
6367 STATE ROAD 227 S
RICHMOND, IN 47374-9423

NANCY SNOWMAN
20270 NW 100TH AVENUE RD
MICANOPY, FL 32667-7775

NANCY STEWART
1100 N RIVER RD UNIT 3309
SHOREWOOD, IL 60404-7711

NANCY SCHAENEN
56 MIDWOOD TER
MADISON, NJ 07940-2735

NANCY SPENCE LILLIE
135 W GLOUCESTER ST
GLADSTONE, OR 97027-2032

NANCY STROTHER
1550 S TREASURE DR
NORTH BAY VIL, FL 33141-4127

NANCY SCHMITZ
170 LOWDER RD
WATERLOO, IA 50703-1041

NANCY SPENCER
4688 W VICTORY RD
MERIDIAN, ID 83642-6846

NANCY STYER
200 LAUREL LAKE DR APT W235
HUDSON, OH 44236-2170

NANCY SCHROEDER
36909 BASS LAKE DR
COHASSET, MN 55721-2062

NANCY SPICER
390 RARITAN DR
VALPARAISO, IN 46385-8811

NANCY SUE GREENMAN
12948 WHITEHORSE LN
DES PERES, MO 63131-2241

NANCY SCLIGHT
92 MEADOW LN
RICHBORO, PA 18954-1832

NANCY SPITTERS
10620 CYPRESS TRAIL DR
ORLANDO, FL 32825-5037

NANCY SYLVANDER
733 MCKEE RD
WHITE OAK, PA 15131-2528

NANCY SHAIN
731 CLUB CIR
LOUISVILLE, CO 80027-3236

NANCY STARLING ROSS
225 BIG BEAR RD
MOSCA, CO 81146-9778

NANCY TANK
3395 SHADYVIEW LN N
PLYMOUTH, MN 55447-1160

NANCY SHIPMAN
2567 285TH ST
OSKALOOSA, IA 52577-9099

NANCY STAUFFER
250 PARKVIEW HEIGHTS RD APT
EPHRATA, PA 17522-9493

NANCY TARNOFF
5005 JASMINE DR
ROCKVILLE, MD 20853-1636

NANCY THOMPSON
204 PIEDMONT AVE
BELVEDERE, SC 29841-2628

NANCY THOMPSON
1120 S 1ST ST
BLACKWELL, OK 74631-4311

NANCY TRUELOCK
2425 S EVANS AVE
EL RENO, OK 73036-5944

NANCY VENIER
PO BOX 157
WELLS, NY 12190-0157

NANCY VISSER
1615 SOUTHERN AVE
KALAMAZOO, MI 49001-4355

NANCY VORVA
602 E KALAMAZOO ST
BLOOMINGDALE, MI 49026-9729

NANCY WALDON
163 NORTHVIEW DR
SARTELL, MN 56377-3214

NANCY WALTERS
726 BROADWAY ST
MILTON, PA 17847-2410

NANCY WALTERS
715 QUINCE ST UNIT 2234
OMAK, WA 98841-9314

NANCY WALTZ
45 STONEBRIDGE DR
WINCHESTER, IN 47394-8204

NANCY WARREN
157 NEAL KINSY RD
TRENTON, TN 38382-9436

NANCY WEBSTER
10671 DORMAR CT
SAN JOSE, CA 95127-2709

NANCY WESNER
359 CAMERON AVE
MILTON, PA 17847-2001

NANCY WIGGERS
25 DONALD ST
HOLBROOK, NY 11741-1108

NANCY WILKE
506 GALWAY DR
O FALLON, MO 63366-7400

NANCY WILKERSON
1581 NORTHBROOK DR
LIMA, OH 45805-1069

NANCY WILKINS
1901 WINDSOR PL
FINDLAY, OH 45840-7062

NANCY WILLIAMS
103 LAKE POINTE LN
STARKVILLE, MS 39759-4243

NANCY WOOD
11503 N 100 E
ALEXANDRIA, IN 46001-8045

NANCY WOODWARD
961 TOWNSHIP ROAD 185
BELLEFONTAINE, OH 43311-9109

NANCY WRIGHT
PO BOX 437
ALPINE, AZ 85920-0437

NANCY YACKO
4709 NORITAKE CT
JOLIET, IL 60431-7502

NANCY ZELEZNIKAR
20771 AQUATIC LN
HUNTINGTON BE, CA 92646-6602

NANCY ZUSI
119 PINEHURST DR
NEW BERN, NC 28562-2942

NANCYE RHODENHISER
1257 MARYWOOD LN APT 202
RICHMOND, VA 23229-6060

NANETTE BELLAVANCE
289 E MOUNTAIN RD
NEWPORT, NH 03773-1957

NANETTE GIBSON
48 CHASE RD
MANHASSET, NY 11030-2503

NANNIE  GREENWELL
6913 MOUNT WASHINGTON RD
LOUISVILLE, KY 40229-2447

NANNIE  LOUISE  JENNINGS
1600 BELAFONTE DR
PORTSMOUTH, VA 23701-3801

NAOMA  ANDERSEN
N6667 E LONG LAKE RD
WILD ROSE, WI 54984-6739

NAOMI  [EDNA]  LEE
122 MILLSTONE LN
GODWIN, NC 28344-9086

NAOMI  C  SMITH
PO BOX 359
RAYVILLE, LA 71269-0359

NAOMI  CHARLENE  DEFORGE
7002 HIGHWAY 17
SCOTTS VALLEY, CA 95066-2826

NAOMI  EVANS
2934 BRIDLE CREEK DR SW
CONYERS, GA 30094-5696

NAOMI  HASKELL
3437 CRICKLEWOOD ST
TORRANCE, CA 90505-6622

NAOMI  HAWKINS
1823 N 110TH AVE
OMAHA, NE 68154-1607

NAOMI  HECK
33 WINDSOR WAY
CAMP HILL, PA 17011-1752

NAOMI  KATZ
PO BOX 205
SOUTH EGREMON, MA 01258-0205

NAOMI  KING
18660 COYLE ST
DETROIT, MI 48235-2830

NAOMI  L  TROUT
826 CAMINITO DEL MAR
CARLSBAD, CA 92011-2401

NAOMI  MAYERS
PO BOX 51
PROSPERITY, SC 29127-0051

NAOMI  NEFT
525 E 86TH ST APT 9F
NEW YORK, NY 10028-7514

NAOMI  PHLIPOT
110 MARKER RD APT 19
VERSAILLES, OH 45380-9483

NAOMI  R  VANLEY
4458 MYRTLE AVE
LONG BEACH, CA 90807-2440

NAOMI  SOLOMON
20090 BOCA WEST DR APT 353
BOCA RATON, FL 33434-5235

NAOMI  VERMEULEN
11516 FRESHWIND CT
SAN DIEGO, CA 92127-2048

NAOMI  WILLIAMS
1915 STEINER AVE
AUGUSTA, GA 30901-3434

NARVY  E  GARRETT
4275 SILVER LAKE HIGHLANDS A
STOW, OH 44224-2355

NATALIE  [SCOTTIE]  BERRY
19 POCONO RD APT 430A
DENVILLE, NJ 07834-2983

NATALIE  ARMBRISTER
201 LAKE POINTE DR APT 105
OAKLAND PARK, FL 33309-3557

NATALIE  AROUH
50905 PARADISE EAST DR
LA QUINTA, CA 92253-2945

NATALIE  BRODSKY
3310 N LEISURE WORLD BLVD A
SILVER SPRING, MD 20906-5663

NATALIE  CUBAN
128 N CRAIG ST APT 305
PITTSBURGH, PA 15213-2758

NATALIE  MUCHIN
411 E RAVINE BAYE RD
BAYSIDE, WI 53217-1330

NATALIE R BIRBARIE
43 STANNARD AVE
BRANFORD, CT 06405-4431

NATHANIEL D JOHNSON JR
105 COUNTRYSIDE PL SE
SMYRNA, GA 30080-3879

NEAL J BUCKSTEIN
342 COLEMAN DR
MONROEVILLE, PA 15146-4828

NATALIE STAVSETH
2173 COUNTY ROAD 121
INTERNATIONAL, MN 56649-8843

NATHANIEL KING JR
224 CANADA WAY
LOS ALAMOS, NM 87544-3431

NEAL J SNYDER
16 MIDDLE CREEK RD
LITITZ, PA 17543-9137

NATALIE WALKER
2917 GRAND AVE APT 114
DES MOINES, IA 50312-4266

NATHANIEL S WASHINGTON SR
7235 DOSTIE DR E
JACKSONVILLE, FL 32209-1348

NEAL P VAN DER VOORN
PO BOX 164
WAUNA, WA 98395-0164

NATHAN E TAVES
2140 E LINKER RD
COLUMBIA CITY, IN 46725-8927

NATHANIEL WAKEFIELD
16352 FAIRWAY LN
HUNTINGTON BE, CA 92649-2722

NEAL STREBLOW
1221 GLOVERVILLE TER
THE VILLAGES, FL 32162-8732

NATHAN FRANK FROLKEY
104 LAKESHORE DRIVE LN
SHELL KNOB, MO 65747-7220

NATISHA DANIELS-THOMPSON
6907 LAYSAN TEAL CT
LOUISVILLE, KY 40228-1196

NEAL STRITTMATTER
2377 RESERVOIR RD
RICHMOND, IN 47374-1729

NATHAN J WOODWARD
530 N EAST ST
FENTON, MI 48430-2724

Navy Federal
Attention: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

NEAL VANDERBILT
48 GRANDVIEW CT
BATTLE CREEK, MI 49015-5022

NATHAN LANDIS
640 N PRESIDENT AVE
LANCASTER, PA 17603-2622

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22116-3700

NEAL W MOORE
11403 SE 66TH ST
BELLEVUE, WA 98006-6409

NATHAN STANTON
905 SUNNY HILL LN
HARRISBURG, PA 17111-4664

NEAL DUNHAM MACDONALD
24131 W OAK LN
JOLIET, IL 60404-7607

NED M HAGAN
821 S CRESTWAY ST
WICHITA, KS 67218-2215

NATHANIEL [NAT] THOMPSON
5936 SW 61ST AVE
SOUTH MIAMI, FL 33143-2248

NEAL H [SKIP] MIDDLETON
1740 PEBBLE BEACH LN
LADY LAKE, FL 32159-2239

NEDRA FARLEY
8001 MERISSA LN NE
ALBUQUERQUE, NM 87122-3763

NEIL [PETER] ANDERSON
45 GRAND VIEW LN
BELLINGHAM, WA 98229-2743

NEIL KAFKO
63 DEAN ST
BROOKLYN, NY 11201-6245

NELDA BLAKE
1740 PIPER LN APT 101
DAYTON, OH 45440-5071

NEIL BUTTEIGER
15992 WOODLET WAY CT
CHESTERFIELD, MO 63017-5048

NEIL L CHAYET
26 WINTER ST
SALEM, MA 01970-3807

NELDA J REXROAT
913 COMANCHE CT
ULYSSES, KS 67880-1500

NEIL D BRESLIN
15 PINEDALE AVE
DELMAR, NY 12054-3012

NEIL O LEUNEBERG
1320 SUNSET BLVD
FLINT, MI 48507-4061

NELDA JEAN BROWN
6605 68TH DR E
PALMETTO, FL 34221-8553

NEIL D TREFZGER
29470 VALLEY VIEW DR
WICKLIFFE, OH 44092-2031

NEIL ROLDE
PO BOX 304
YORK, ME 03909-0304

NELDA SANDERS
1022 COCOVILLE RD
MANSURA, LA 71350-4219

NEIL ECKHOFF
8316 BRAUN CT
ARVADA, CO 80005-5815

NEIL STIERLE
10390 WATERS RD
ANN ARBOR, MI 48103-9657

NELL ESENY
489 WESTCHESTER DR
NORTH HUNTING, PA 15642-2677

NEIL H BERKOW
5711 OSTROM AVE
ENCINO, CA 91316-1407

NEIL TRACY
4091 WOODBRIER DR
FORT MYERS, FL 33905-6424

NELL JEAN HAMILTON
4200 OLD OMEN RD APT 1201
TYLER, TX 75707-2141

NEIL J ANGELOTTI
14358 MAPLE ROCK CT
CENTREVILLE, VA 20121-5705

NEIL WHITE
3512 ECHO VALLEY CIR
LA GRANGE, KY 40031-9676

NELLA CRISS
7505 E 10TH CIR N
WICHITA, KS 67206-3844

NEIL J COCINO
15 WOODSIDE LN
FLEMINGTON, NJ 08822-3221

NEITA WOODWARD
225 ELM LODGE DR
KINGSLAND, TX 78639-3823

NELLAURA FLANCE
1477 LAMBERT ST
DELTONA, FL 32725-7434

NEIL J DUPAN
2173 N KIRTLAND PL
HUDSON, OH 44236-5303

NELCY ALEXANDER PHIPPS-MILES
71 BROADFORD RD
HAILEY, ID 83333-8302

NELLIE FULLER
123 NW KENSINGTON LN
LAKE CITY, FL 32055-5176

NELLIE FULMER
619 SCHELL RD
TURBOTVILLE, PA 17772-8641

NELLIE GORGES
225 S RIDGEWOOD DR
WICHITA, KS 67218-1622

NELLIE STODDARD
4263 SHADOWWOOD DR
VALDOSTA, GA 31605-4943

NELLIE TREVETT
7922 AZALEA DR
BUENA PARK, CA 90620-1920

NELSON DUGAN
3843 NORTHERN HILLS DR
ROCKY MOUNT, NC 27804-8297

NELSON E WIDELL
75 WOOSAMONSA RD
PENNINGTON, NJ 08534-3804

NELSON FISHER
61 WASHINGTON ST
TURBOTVILLE, PA 17772-8548

NELWYN PARISH
2322 AIRLINE RD
LONGVIEW, TX 75605-5163

Neopost Florida
4913 W Laurel St
Tampa, FL 33607-3811

NETTA GROLLMAN
79 COUNTRY CLUB LN
BELMONT, MA 02478-1120

NEVA ABBOUD
174 8TH ST
BETHPAGE, NY 11714-1802

NEVA HAMAN
PO BOX 1495
IOWA CITY, IA 52244-1495

NEVA HELMS
11596 NIAGARA DR
MIRA LOMA, CA 91752-3044

NEVILLE HIGH SCHOOL
NEVILLE ALUMNI & FRIENDS ASS
600 FORSYTHE AVE
MONROE, LA 71201-4000

NEVILLE HIGH SCHOOL
c/o DANA JEFFERSON
600 FORSYTHE AVE
MONROE, LA 71201-4000

NEWBERRY COLLEGE
NEWBERRY COLLEGE
2100 COLLEGE ST
NEWBERRY, SC 29108-2197

NEWBERRY COLLEGE
c/o REVEREND JOHN DERRICK
2100 COLLEGE ST
NEWBERRY, SC 29108-2197

NICHOLAS A CHIAROLANZIO
537 CAMBRIDGE DR
BURBANK, CA 91504-2937

NICHOLAS C [NICK] LOVE
990 MARGO CT APT F
MONTROSE, CO 81401-5665

NICHOLAS C DEFELICE
6410 TEN POINT CIR
TRAFFORD, PA 15085-2314

NICHOLAS CYPRUS
215 TRUMBULL RD
MANHASSET, NY 11030-2116

NICHOLAS DIBARTOLOMEO
615 WARDSHIRE PL
LOUISVILLE, KY 40223-6119

NICHOLAS E SEEHAFER
1546 11TH AVE
MOLINE, IL 61265-3140

NICHOLAS G [NICK] VAN PATTE
6020 MCKINLEY AVE
DES MOINES, IA 50321-1657

NICHOLAS J [JACK] PETERS
1696 WILLOW CIRCLE DR
CREST HILL, IL 60403-2087

NICHOLAS J BRAZEAU SR
630 3RD ST S
WISCONSIN RAP, WI 54494-4365

NICHOLAS J GAGLIANO
3709 METAIRIE HEIGHTS AVE
METAIRIE, LA 70002-1824

NICHOLAS J MATRANGA
357 BADEN PL
STATEN ISLAND, NY 10306-6044

NICHOLAS URSIN
320 CRYSTAL ST
NEW ORLEANS, LA 70124-2620

NICK-VLAD [VLADETA] NIKOLIC
3317 W PENSACOLA AVE
CHICAGO, IL 60618-1207

NICHOLAS LAVITOLA
1107 AUTUMN HILL CT
CROZET, VA 22932-3145

NICHOLAS WHITNEY JR
510 GRANDVIEW DR
HUDSON, WI 54016-5819

NICKALA [NICKI] MCKENNA
1209 W 6TH ST
STORM LAKE, IA 50588-2909

NICHOLAS M FATICA JR
7523 CADLE AVE UNIT 6
MENTOR, OH 44060-5712

NICHOLE JENNINGS
3918 SE 15TH ST
DES MOINES, IA 50320-1451

NICKIE ANDERSON
1412 E EUCLID AVE
INDIANOLA, IA 50125-1640

NICHOLAS MERRIAM
3833 MAHOPAC ST
JEFFERSON VAL, NY 10535-1301

NICK HOUSEMAN
2097 105TH ST
EARLHAM, IA 50072-8636

NICKIE ROSS
3630 CHESTER BLVD
RICHMOND, IN 47374-1023

NICHOLAS MUELLER
1868 W BRANTWOOD CT
GLENDALE, WI 53209-3415

NICK KOSTIS
39204 COURSEVIEW DR
AVON, OH 44011-4799

NICOLA MCSWAIN
3325 CALIFORNIA RD
OKEANA, OH 45053-9568

NICHOLAS R DOLJAC
29604 GRAND BLVD
WICKLIFFE, OH 44092-2127

NICK N MENEGAS
1306 CANTERBURY LN
GLENVIEW, IL 60025-3141

NICOLAS J NIEBOER
1183 TANAGER LN
KALAMAZOO, MI 49009-2847

NICHOLAS R STRANIERO
6913 N MAIN ST
GRANGER, IN 46530-8039

NICK SCHWAB
PO BOX 750
GUERNSEY, WY 82214-0750

NICOLE HAMBURGER
2082 CENTRAL DR N
EAST MEADOW, NY 11554-5114

NICHOLAS S MATULICH
149 CAROLINE AVE
RIVER RIDGE, LA 70123-1858

NICK SULLIVAN
20300 SAUMS RD APT 1014
KATY, TX 77449-1851

NICOLE SCHIMMENTI
3432 E PINOT NOIR AVE
GILBERT, AZ 85298-9093

NICHOLAS SCHLOTTER
510 ROBERT CT
MAHTOMEDI, MN 55115-2024

NICK TUTOROW
880 E CASE BLVD
ALBANY, IN 47320-8916

NICOLE VALENTINE
104 OCEAN AVE
MASSAPEQUA, NY 11758-6505

NICOLET HIGH SCHOOL
NICOLET HIGH SCHOOL FOUNDATI
6701 N JEAN NICOLET RD
GLENDALE, WI 53217-3799

NINA HURST
605 WOODBERRY DR
DANVILLE, IN 46122-7808

NINA S ARNFELD
1533 BEACON ST
BROOKLINE, MA 02446-4601

NICOLET HIGH SCHOOL
c/o FERNE HECKER
6701 N JEAN NICOLET RD
GLENDALE, WI 53217-3799

NINA K SHUFORD
3 27TH AVE
ISLE OF PALMS, SC 29451-2401

NINA SCRIPPS
PO BOX 414
FRANKLIN, NC 28744-0414

NICOLETTE TROUBALOS
61 BROAD REACH UNIT M38B
NORTH WEYMOUT, MA 02191-2277

NINA KEARNEY
44 BAYARD ST
ALLSTON, MA 02134-1427

NINA SINGLETON
1402 S 1ST ST
LAMESA, TX 79331-6056

NIGEL K FOUNDLING
860 LOVERS LN
LEBANON, PA 17046-9362

NINA KIESS
108 COVE DR
MANHASSET, NY 11030-1311

NINA STRICKLER
6016 TRAFALGAR LN
DUBLIN, OH 43016-8319

NIHLA DAVIS
PO BOX 130
NORTH STAR, OH 45350-0130

NINA L GILSTRAP
7230 STONE MEADOW CIR
ROWLETT, TX 75088-4211

NINA VAN GILDER
13240 ENID BLVD
FENTON, MI 48430-1152

NILAH CAIAZZO
510 W MAIN ST APT 653
RICHMOND, IN 47374-4081

NINA M SABATINO
40 STARLIGHT DR
COMMACK, NY 11725-3522

NINA WINTERS
409 E DES MOINES ST
WAYLAND, MO 63472-9716

NINA BOGLE
95 ANTHONY AVE
OLD HICKORY, TN 37138-2203

NINA MARTIN
783 SILVER LN
EUGENE, OR 97404-2242

NIRAJ [NICK] AGARWAL
39 CROSBY ST APT 4N
NEW YORK, NY 10013-3254

NINA BONNEY
452 NIXON RD
PEMBROKE, NH 03275-3504

NINA ROSA
696 DICKERSON RD
WILLOWICK, OH 44095-4223

NITA CROWNOVER
301 BRADLEY LN
DUMAS, TX 79029-3453

NINA CAHILL
321 TAINTOR DR
SOUTHPORT, CT 06890-1340

NINA RUBIN MD
120 SEAVER ST
BROOKLINE, MA 02445-5719

NITA ELLIOTT
9215 FORDSHIRE DR
HOUSTON, TX 77025-3906

NITA GILLHAM
34266 HIGHWAY 113
PEETZ, CO 80747-9523

NITA RAE RANDOLPH
8152 WADEBRIDGE CIR
HUNTINGTON BE, CA 92646-2037

NOAH HAIRSTON
745 OAK ST
LIMA, OH 45804-1038

NOAH ROBBINS
18 HASTINGS LNDG
HASTINGS ON H, NY 10706-2915

NOEL EDWARD CASEBOLT JR
1325 STORY DR
KNOXVILLE, IA 50138-8965

NOEL GAGNON
6215 11TH AVE S
RICHFIELD, MN 55423-1702

NOEL HERTZ
4236 N ASHLAND AVE
CHICAGO, IL 60613-1202

NOEL K ANDREWS
2000 MITCHELL DR
PENINSULA, OH 44264-9650

NOELLE RICHARDSON
1859 N 150TH CT
OMAHA, NE 68154-1060

NOLA ANN EITEN
PO BOX 399
WELLSBURG, IA 50680-0399

NOLA E FALCONE
245 S BEACH RD
HOBE SOUND, FL 33455-2512

NOLA J HYLAND
3901 MANDEVILLE CANYON RD
LOS ANGELES, CA 90049-1029

NOLA LANGLEY
3224 ST IVES BLVD
SPRING HILL, FL 34609-3148

NOLAN CARTER PERCY
5811 HIGHLAND RD
SAINT FRANCIS, LA 70775-6503

NOLAN L WIGGINS
2 YAUN CIR
NORTH AUGUSTA, SC 29841-9246

NOLAN PAUL LEWIS
2219 SPLENDOR CT
ARLINGTON, TX 76010-3207

NOLEN [DEL] RENFRO
731 NW AMELIA DR
GRANTS PASS, OR 97526-1003

NOLLIE L SMITH
1100 SPRUCE AVE
ATWATER, CA 95301-2728

NONA GREEN
3639 MARJORIE LN
SEAFORD, NY 11783-2431

NONA M SCHUBERT
N57W34433 NICKELS POINT RD
OCONOMOWOC, WI 53066-2535

NONETTE C BENEDETTO
30 WERTMAN LN
ALBANY, NY 12211-2106

NORA ALLEN
PO BOX 133
FERRIS, TX 75125-0133

NORA B LAW
324 E GRAY ST
DES MOINES, IA 50315-1742

NORA L KEETER
PO BOX 454
YELLVILLE, AR 72687-0454

NORA LUCKE-BAKER
1734 NW 16TH ST
NEWCASTLE, OK 73065-5924

NORA MARIE BROWN
430 AZALEA LN
DUNCANVILLE, TX 75137-2531

NORA MILES
44 COOK AVE APT 102
MADISON, NJ 07940-1851

NORA MOON
2179 EARWOOD DR SW
MARIETTA, GA 30060-4852

NOREEN DENN-HOUSE
70 MATHER AVE
SCHENECTADY, NY 12304-2513

NORMA B PRENTICE
901 E CAMINO REAL APT 9B
BOCA RATON, FL 33432-6345

NORA RANSOM
3325 NEWBURY ST
MANHATTAN, KS 66503-0303

NOREEN DHEIN
6278 155TH ST NW
CLEARWATER, MN 55320-2104

NORMA BARTO
130 CORAL CAY DR
PALM BEACH GA, FL 33418-4007

NORA TUMINARO
1671 CHELMSFORD CT UNIT 1
BARTLETT, IL 60103-0717

NOREEN HARRISON
207 W WYNNBROOK DR
HENDERSONVILL, NC 28792-8015

NORMA BILLARD
38 APPLEGATE LN
FALMOUTH, ME 04105-1744

NORBERT DORSCH
2272 85TH ST NE
MONTICELLO, MN 55362-3185

NOREEN KOEHN
6734 24TH ST N
SAINT CLOUD, MN 56303-4797

NORMA BILLINGS
1614 FRANCIS WAY
LONGMONT, CO 80501-2569

NORBERT F STANGLER
11891 LOFTON AVE S
HASTINGS, MN 55033-9450

NOREEN SCILEPPI
15 GAINES PL
HUNTINGTON, NY 11743-1520

NORMA BREIMEIER
5230 25TH ST
NEW SALEM, ND 58563-9138

NORBERT FISCHER
545 ORCHID LN N
PLYMOUTH, MN 55447-3926

NORINE JASTER
14160 NORTH RD
FENTON, MI 48430-1394

NORMA BUTTERS
404 READING RD APT 402
CINCINNATI, OH 45202-1487

NORBERT MENKE
6508 KENVIEW DR
CINCINNATI, OH 45243-2324

NORM ANDERSON
63415 OVERTREE RD
BEND, OR 97701-7080

NORMA COLE
1125 WILKIN RD
DANVILLE, IL 61832-1671

NORBERT O SCHEDLER
1120 NICOLE CIR
CONWAY, AR 72034-6040

NORMA [JEANNE] HARKLESS
1235 RITCHIE RD
STOW, OH 44224-1719

NORMA DALTON
5524 KNOLLWOOD DR
SAINT CLOUD, MN 56303-4682

NORE WILLIAM SWANSON III
6395 E STAGECOACH TRL
APPLE RIVER, IL 61001-9782

NORMA ANDERSON
2165 LEEVILLE RD
MT JULIIET, TN 37122

NORMA DANCIS
701 KING FARM BLVD APT 518
ROCKVILLE, MD 20850-6182

NORMA DODDS
1 PINE RUN DR
DILLSBURG, PA 17019-9111

NORMA HUMPHREY
2080 STATE ROAD 227 N
RICHMOND, IN 47374-1770

NORMA JEAN PETERSON
655 E MAIN ST SPC 97
SAN JACINTO, CA 92583-7797

NORMA E BROWN
8586 BUNTON RD
WILLIS, MI 48191-9740

NORMA J BECKER
10111 INVERNESS MAIN ST UNIT
ENGLEWOOD, CO 80112-5727

NORMA JEAN UFFELMAN
17728 SCHROEDER RD
DECATUR, IN 46733-9611

NORMA E CAMPBELL
43 TOPPA BLVD # 2
NEWPORT, RI 02840-2364

NORMA J COLE
2125 BRINKER RD APT 132
DENTON, TX 76208-2941

NORMA JEAN WRIGHT
171 PALOMINO LN
VALPARAISO, IN 46383-8006

NORMA EDMUNDSON
12643 ROBISON BLVD APT 114
POWAY, CA 92064-4427

NORMA J MARCINEK-BENAK
203 W 10TH ST
NORTH PLATTE, NE 69101-3013

NORMA JO HARLACHER
2349 PARKWAY DR
CAMARILLO, CA 93010-2122

NORMA ELAINE PEAL
259 FERRY RD
LOPEZ ISLAND, WA 98261-8383

NORMA J STITES
1198 KURTZ RD
HOLLY, MI 48442-8314

NORMA JOHNSTON
30 AMBER LN
LEVITTOWN, NY 11756-4011

NORMA FLORAY
728 EISENHOWER RD
LEAVENWORTH, KS 66048-5500

NORMA J TUERSON
404 BURKE AVE
HARVEY, ND 58341-1129

NORMA K SMITH
3695 LAKEVIEW CT
SANTA MARIA, CA 93455-2925

NORMA GILLAM
22293 ROUNDUP DR
WALNUT, CA 91789-1487

NORMA J WADE
2011 BRANDYWINE CT
FORT WAYNE, IN 46845-1587

NORMA LEE MERKEL
1303 SOUTHLAWN DR
DES MOINES, IA 50315-5064

NORMA GILLILAND
1720 PEACOCK RD
RICHMOND, IN 47374-3969

NORMA JEAN DANIELS
964 GREY VILLAGE CIR
MARIETTA, GA 30068-2287

NORMA NEALY
1456 APPLEGATE AVE
GRANTS PASS, OR 97527-9202

NORMA GRABIAK
654 CLAY PIKE
IRWIN, PA 15642-2317

NORMA JEAN MCCARTHY
6611 N COBBLESTONE CT
PEORIA, IL 61614-2406

NORMA PARIN
10638 H B HOLE RD
VERSAILLES, OH 45380-9739

NORMA PAYNE
1763 INVERARY DR
ORLANDO, FL 32826-5266

NORMA SGROI
5801 13TH AVE
BROOKLYN, NY 11219-4907

NORMAN A FIFOLT
8172 CONOVER CT
MENTOR, OH 44060-2437

NORMA PETERS
PO BOX 353
GILCREST, CO 80623-0353

NORMA SUE BRAY
1901 YELLOWSTONE DR
LAMPASAS, TX 76550-3491

NORMAN ALAN RUDMAN
10912 CROWN COLONY DR APT C
AUSTIN, TX 78747-1664

NORMA PETERS
357 N PRAIRIE AVE APT 2
JOLIET, IL 60435-6949

NORMA SUE GWARTNEY
11881 E 38TH ST
TULSA, OK 74146-2834

NORMAN ARN
10721 CANFIELD DR
AUSTIN, TX 78739-1976

NORMA R SMITH
4 OBER RD
PRINCETON, NJ 08540-4918

NORMA THOMAN
4550 COMMODORE DR
STOW, OH 44224-1116

NORMAN ASMER
1037 CRESTWATER CT
WEST COLUMBIA, SC 29169-6068

NORMA R WILLIAMS
5267 ARUBA CIR
AUGUSTA, GA 30909-5795

NORMA VANDERMEER
7179 MAIDA LN
FORT MYERS, FL 33908-4255

NORMAN BETTENHAUSEN
2356 E 10000N RD
MANTENO, IL 60950-3121

NORMA RAMSEY
PO BOX 140
INTERNATIONAL, MN 56649-0140

NORMA WALKER
3753 E AVENUE I SPC 111
LANCASTER, CA 93535-2430

NORMAN BLANE HARTY
201 N CATALPA ST
DEXTER, MO 63841-1607

NORMA RONAI
4 CENDRY LN
EAST NORTHPOR, NY 11731-5112

NORMA WOOD
10500 ROSEWAY BLVD
IRWIN, PA 15642-9754

NORMAN CORENTHAL
3534 77TH ST APT 2
JACKSON HEIGH, NY 11372-4583

NORMA ROSE
3091 MILL VISTA RD UNIT 1603
HIGHLANDS RAN, CO 80129-2428

NORMA Y LARNER
14300 PARK DR
MECOSTA, MI 49332-9797

NORMAN D EISLEY
3790 STATE ROUTE 54
TURBOTVILLE, PA 17772-8524

NORMA SCHNEIDER
3 E NAVAJO ST
COUNCIL BLUFF, IA 51501-8347

NORMAN A [NORM] CUMMINGS
2420 N CALHOUN RD
BROOKFIELD, WI 53005-4444

NORMAN D SCHMELZER SR
2809 93RD ST E
PALMETTO, FL 34221-1691

NORMAN DOLLIN
168 LONG LN
KIRKWOOD, PA 17536-9530

NORMAN JOHNSON
PO BOX 102
JEFFERS, MN 56145-0102

NORMAN SHERRAN
29 ANDERSON AVE
SCARSDALE, NY 10583-5215

NORMAN E WAGNER
3406 CENTERFIELD RD
HARRISBURG, PA 17109-2427

NORMAN LANGELAND
646 AQUAVIEW DR
KALAMAZOO, MI 49009-9653

NORMAN SHONTZ
8748 ROBBEN RD
DIXON, CA 95620-9608

NORMAN E WINKELMAN
1105 2ND AVE SW
JAMESTOWN, ND 58401-5462

NORMAN M BEEMAN
1582 JENNIFER DR
TWINSBURG, OH 44087-2711

NORMAN SILVERBERG
42 GRYPHON DR
MONROE TOWNSH, NJ 08831-7936

NORMAN F HAUSFATER
232 CARLYLE LAKE DR
SAINT LOUIS, MO 63141-7544

NORMAN MASKE
912 FRANK DR
CHAMPAIGN, IL 61821-4234

NORMAN VEEN
14998 ODESSA PL
BOUTON, IA 50039-4468

NORMAN GERON
3615 HEMLOCK FARMS
HAWLEY, PA 18428-9159

NORMAN ORLANDI
PO BOX 215
MADISON, PA 15663-0215

NORMAN WEAVERLING
7200 W MILITARY DR TRLR 26
SAN ANTONIO, TX 78227-2972

NORMAN GINSBURG PHD
15 VIRGINIA RAIL LN
HILTON HEAD I, SC 29926-1855

NORMAN PERRIN
14728 ALABAMA CT
FONTANA, CA 92336-0836

NORMAND LAMBERT
76 COVEWOOD DR
ACTON, ME 04001-5602

NORMAN GOOD
1300 FURNACE HILL RD
STEVENS, PA 17578-9778

NORMAN R ANDERSON
3919 PARK AVE
BROOKFIELD, IL 60513-1922

NORMON DAVIS
15304 E 3000S RD
PEMBROKE TOWN, IL 60958-4888

NORMAN HOLLIS
249 COULTER RD
WHITE OAK, PA 15131-3203

NORMAN REIMERS
11744 SNOW RD
BAKERSFIELD, CA 93314-8760

NORNA PRIOR
PO BOX 16
MC DERMOTT, OH 45652-0016

NORMAN J HUHN
3231 NOLT RD
LANCASTER, PA 17601-1505

NORMAN S BAIER JR
PO BOX 661
SUNAPEE, NH 03782-0661

NORRIS J LIVELY
737 SKYLINE DR
LANCASTER, PA 17601-4441

NORRIS SKOGSTAD
59 ANNA AVE
FAIRBANKS, AK 99701-1703

O STEPHEN MURPHY JR
1812 CAROL SUE AVE
GRETNA, LA 70056-4114

OLEDA WILLIAMS
9350 PARDEE RD
TAYLOR, MI 48180-3528

NORTH AUGUSTA HIGH SCHOOL
NORTH AUGUSTA HIGH SCHOOL FO
2000 KNOBCONE AVE
NORTH AUGUSTA, SC 29841-2099

OCELL MILLER JR
7033 HUNNICUT RD
DALLAS, TX 75227-1319

OLEVIA KINSEY
80 MAGPIE DR
CASTLE ROCK, WA 98611-8971

NORTH AUGUSTA HIGH SCHOOL
c/o JENNIFER (GROVE) TOOLE
2000 KNOBCONE AVE
NORTH AUGUSTA, SC 29841-2099

ODELL FLOWERS
996 HOWLISTON CT
JOLIET, IL 60433-9570

OLGA LOGUE
133 N PROSPECT ST
KENT, OH 44240-2241

NORVAL WEIGEL
PO BOX 615
CANYONVILLE, OR 97417-0615

ODELL HOLLEMAN
5555 E THRILL PL
DENVER, CO 80207-2044

OLGA RAE BENTLEY
1406 JERSEY LN
WATERLOO, IA 50701-9013

NOVA EUGENE [GENE] STUCKER
1504 SOUTHMORE BLVD
HOUSTON, TX 77004-5848

ODESSA ANDERSON
3933 BUCKINGHAM RD
LOS ANGELES, CA 90008-1708

OLGA WHOLEY
25705 LOMITA LINDA CT
LOS ALTOS HIL, CA 94024-6303

NOVELLA WILLIAMS
1612 LANSING AVE
PORTSMOUTH, VA 23704-4318

ODESSA BRYSON
5965 ARMSTRONG RD
ELKTON, FL 32033-3121

OLGA ZITZMANN
4657 158TH ST
FLUSHING, NY 11358-3609

NUEL K SCHNEIDER
105 BUCCANEER CT
SWANSBORO, NC 28584-9424

Office Of Attorney General
State Of Florida
The Capitol Pl-01
Tallahassee, FL 32399-7021

OLIN B JENKINS
3209 WILMOT AVE APT 3C
COLUMBIA, SC 29205-2674

NYLENE VAN PATTEN
2503 GOTCH PARK RD
HUMBOLDT, IA 50548-8819

OLAF P MELHOUSE
7108 CANYON CT
FORT WORTH, TX 76137-4462

OLIN ROGER COOK
18860 LUCKEY RD
ATASCOSA, TX 78002-5518

O ERNEST MOSIER JR
696 EMERIL DR
DECATUR, GA 30032-1195

OLATHE HIGH SCHOOL
MONTROSE EDUCATION FOUNDATIO
410 HIGHWAY 50 BUSINESS LP
OLATHE, CO 81425

OLIVE ELAINE WILLIAMSON
417 WHITAKER ST
ENFIELD, NC 27823-1440

OLIVER E BRUECK
1232 ELM ST
NEW HAVEN, IN 46774-1606

OLIVIA ARTALEJO
1828 W 26TH ST
ODESSA, TX 79763-2132

OLIVIA KRAPE
106 DORY RD S
NORTH PALM BE, FL 33408-4406

OLIVIA MINTER
8620 SANDHURST DR
KNOXVILLE, TN 37923-5544

OLIVIA ROBINSON
2620 ELLIOTT AVE
WILLOW GROVE, PA 19090-4408

OLIVIA SAUER
3929 W MURIEL DR
GLENDALE, AZ 85308-3018

OLLIE SMITH
1214 W 132ND ST
GARDENA, CA 90247-1506

OLYMPIA DORWIN
5815 PRINCESS JEANNE AVE NE
ALBUQUERQUE, NM 87110-5246

OMAH HELLER
561 LANCASTER CT
SALINE, MI 48176-1188

OMAHA NORTH HIGH SCHOOL
OMAHA NORTH HIGH MAGNET SCHO
4410 N 36TH ST
OMAHA, NE 68111

OMAHA NORTH HIGH SCHOOL
c/o LINDA TOWNSELL
4410 N 36TH ST
OMAHA, NE 68111

ONITA ELAM
124 GEORGE ALLEN AVE
CORAL GABLES, FL 33133-4847

OPAL JOHNSON
RR 1 BOX 1688
ALTON, MO 65606-9764

OPAL KATSMA
5825 N OZARK AVE
CHICAGO, IL 60631-2285

OPAL KISH
6702 AUGUSTA ST
BONNERS FERRY, ID 83805-8501

OPAL MILLER
2122 S 16TH ST
RICHMOND, IN 47374-7318

OPAL THOMPSON
6222 AMY AVE
GARDEN GROVE, CA 92845-1808

OPHELIA [FELI] HORICH
7530 FAIRINGTON DR
SAN ANTONIO, TX 78244-1524

OPRA ROBINSON
2315 NW 13TH ST
FORT LAUDERDA, FL 33311-5238

ORA LEE CASTLEMAN
3947 VIA SALICE
CAMPBELL, CA 95008-2662

ORA MICKEY BOTELHO
310 VAUCLUSE AVE
MIDDLETOWN, RI 02842-5745

ORA ROSS
6220 MARTWAY ST APT 207
MISSION, KS 66202-3383

ORANGEL N FRANCOIS
5385 YELLOW PINE DR
MCDONOUGH, GA 30252-6878

ORCHARD PARK HIGH SCHOOL
c/o CHERYL CONNORS
4040 BAKER RD
ORCHARD PARK, NY 14127-2098

OREN [SCOTT] DESHONG
13488 S31 HWY
MILO, IA 50166-4708

OREN J ROESLER DDS
1325 SPRING DR
BROOKFIELD, WI 53005-5529

OREN LAVEE
1413 GREENFIELD AVE APT 203
LOS ANGELES, CA 90025-3487

ORENE WIPPER
13387 BRENDA BLVD
BECKER, MN 55308-9528

ORVILLE BOHMAN
11535 STATE ROUTE 47
VERSAILLES, OH 45380-9730

OSKAR HASCHKE
6326 N IMPERIAL DR
PEORIA, IL 61614-3329

ORIN L SIMON
920 15TH ST
INTERNATIONAL, MN 56649-2837

ORVILLE KIRK
5247 NORTHLAND AVE
SAINT LOUIS, MO 63113-1018

OTHO JACKSON BRAGG JR
255 JAY ARMENTROUT RD
JONESBOROUGH, TN 37659-4503

ORINDA BERNHART
7135 HALPIN RD
NEW TRIPOLI, PA 18066-2324

ORVILLE WESTLUND
2611 BUSBY RD
OAK HARBOR, WA 98277-8632

OTIS N DAVIS
997 HIDDEN OAKS DR
BEAUMONT, CA 92223-8527

ORLETA SHAULIS
1856 E SHERWOOD RD
WILLIAMSTON, MI 48895-9650

ORZELLA STEED
2041 OTTAWA ST APT 104A
LEAVENWORTH, KS 66048-1182

OTIS SHULER CULCLASURE
701 HAMMOND CROSS RD
SAINT MATTHEW, SC 29135-7732

ORLEY MORGAN
5319 W 103RD PL
OVERLAND PARK, KS 66207-3841

OSCAR FRANCIS
2382 WALKER LN
KEOKUK, IA 52632-9529

OTTO F FUHRMAN
10705 N 200 W
DECATUR, IN 46733-8756

ORMAN ROEHM
13211 ABEL RD
CLINTON, MI 49236-9413

OSCAR JAEGER ESQ
729 KATHLEEN PL
BROOKLYN, NY 11235-5163

OTTO MAJEWSKE
4002 KINGSTON DR
ANCHORAGE, AK 99504-4439

ORMAND LEAVEL
8650 VILLA LA JOLLA DR UNIT
LA JOLLA, CA 92037-2361

OSCAR ROBERT [BOBBY] HORTON
1236 YOUNG RD
CASSATT, SC 29032-9642

OTTO STORER
204 FIDDLERS POINT DR
SAINT AUGUSTI, FL 32080-6133

ORVAL E MORANDY
1108 N BROADWAY ST
LEAVENWORTH, KS 66048-1460

OSCAR T CHRISTENSEN
13642 CUMING ST
OMAHA, NE 68154-5270

OUR LADY OF MERCY ACADEM
OUR LADY OF MERCY ACADEMY
815 CONVENT RD
SYOSSET, NY 11791

ORVAL MOORE
125 RUSTLING ELM WAY
AZLE, TX 76020-7501

OSIA G LANG
1008 THEODORE ST
CREST HILL, IL 60403-2375

OUR LADY OF MERCY ACADEM
c/o PAT GENOVESE DILOLLO
815 CONVENT RD
SYOSSET, NY 11791

OWEN G CHRISTIE
19531 WEMBLEY AVE
ORLANDO, FL 32833-5554

P MICHAEL HOCH
6339 LONGWOOD RD
LIBERTYVILLE, IL 60048-9447

PAM ADKINS
PO BOX 463
BROOKLYN, MI 49230-0463

OWEN J NICHOLS
7376 HAWKSTONE AVE SW
PORT ORCHARD, WA 98367-7631

PABLO PALMIERI
15398 SW 25TH TER
MIAMI, FL 33185-5742

PAM BAKER
PO BOX 1733
DUMAS, TX 79029-1733

OWEN LARSON
3942 N EAGLE RD
WILLMAR, MN 56201-9172

PAIGE KAUFMAN
571 MEADOW LAKE DR
MENDON, VT 05701-6758

PAM BERNARD
326 W HIGHLAND ST
BOISE, ID 83706-3924

OWEN NELSON
2232 OGDEN CT
SAINT PAUL, MN 55119-5636

PAIGE THEISS
PO BOX 153
AUSTINBURG, OH 44010-0153

PAM BRACELAND
126 CRUMP RD
EXTON, PA 19341-1510

OWEN WIDMAYER
W3228 MACLEAN RD
ELKHORN, WI 53121-4431

PAINE COLLEGE
PAINE COLLEGE
1235 15TH ST
AUGUSTA, GA 30901

PAM DAULTON
1179 TOWNSHIP ROAD 174
WEST LIBERTY, OH 43357-9599

OZZIE SMITH JR
7930 SLATE PARK AVE
REYNOLDSBURG, OH 43068-7271

PAINE COLLEGE
c/o HELENE CARTER
1235 15TH ST
AUGUSTA, GA 30901

PAM FARMER
1520 OLD JELLICO CREEK RD
WILLIAMSBURG, KY 40769-7510

OZZIE SMITH SR
1111 S I ST
RICHMOND, IN 47374-6364

PALLIE SCHUFF
620 WESTCHESTER DR
EVANSVILLE, IN 47710-4260

PAM FREDERICK
117 SIMON CRESTWAY
WAUNAKEE, WI 53597-1721

P J FLANAGAN
300 BRASSELL DR
MARSHALL, TX 75672-7716

PALMEDA ROBINSON
1919 3RD AVE
LEAVENWORTH, KS 66048-3828

PAM HAGEMEYER
2811 HATFIELD RD
LEBANON, OH 45036-9734

P JOYCE SAWYER
9813 W SHASTA DR
SUN CITY, AZ 85351-2068

PALMIRA GALL
1201 YALE PL APT 508
MINNEAPOLIS, MN 55403-1956

PAM HARVEY
2922 CREST TERRACE DR
CHATTANOOGA, TN 37404-5567

PAM JENNINGS
3575 540TH ST SW
RIVERSIDE, IA 52327-9775

PAM JENSON
2094 COUNTY ROAD 137
INTERNATIONAL, MN 56649-8736

PAM KELLY
4685 DEERHAVEN PARK DR
LOWELL, MI 49331-8786

PAM KENNEDY
13824 FOGGY HILLS CT
CLIFTON, VA 20124-2408

PAM KOVACICH
6000 CORTADERIA ST NE APT 32
ALBUQUERQUE, NM 87111-8006

PAM LANGFITT
11628 HAMRICK PL
JACKSONVILLE, FL 32223-0708

PAM LARSON
19742 COUNTY ROAD W66
COLUMBUS JUNC, IA 52738-8912

PAM LOCH
310 CEDAR AVE N
WATKINS, MN 55389-1027

PAM MCALISTER
PO BOX 630
OVERGAARD, AZ 85933-0630

PAM MCMAHON
2665 HIGHLAND OAKS DR
EUGENE, OR 97405-5921

PAM MULLEN
2606 CLUBLAKE TRL
MCKINNEY, TX 75070-4006

PAM MURRELL
190 TIMBERLINE DR
EAST PEORIA, IL 61611-9612

PAM PETERSON
936 SIMON CT
SOUTH BEND, IN 46615-3626

PAM R WILKINSON
PO BOX 1856
DISCOVERY BAY, CA 94505-7856

PAM RUANE
5809 W 131ST ST
OVERLAND PARK, KS 66209-3640

PAM SARTOR
1519 TRAILWOOD LN SW
FARIBAULT, MN 55021-6500

PAM SCHULTE
25 FAWN RDG
NEWNAN, GA 30265-1282

PAM STROHMAIER
1216 BANK ST
KEOKUK, IA 52632-4322

PAM TAIT
5082 DOVEWOOD DR
HUNTINGTON BE, CA 92649-1406

PAM TROY
47-682 HUI KELU ST APT 1
KANEOHE, HI 96744-4633

PAM WHITMAN
2102 E ROBIN CT
PEORIA HEIGHT, IL 61616-4434

PAMA LEE THOMPSON
11847 COLUMBET AVE
GILROY, CA 95020-9211

PAMALA E [PAM] JACKSON
1705 NW 4TH ST
ABILENE, KS 67410-3565

PAMALA PERKINS
2074 ASPEN GLADE DR
KINGWOOD, TX 77339-1758

PAMALEE CORRIGAN
901 S PINE ST
NEWTON, KS 67114-4425

PAMELA [PAM] ARNOTT
242 MAPLE AVE APT 510
WESTBURY, NY 11590-3277

PAMELA [PAM] BINNIG
6181 BAHIA DEL MAR BLVD APT
SAINT PETERSB, FL 33715-2361

PAMELA [PAM] DENNE'E
441 BRENTWOOD DR
WISCONSIN RAP, WI 54494-5718

PAMELA CORNACCHIONE
211 W 10TH ST
CARUTHERSVILL, MO 63830-1803

PAMELA HILL
9668 TOWNLINE RD
IRON, MN 55751-8014

PAMELA [PEEJAY] FINNEY
1602 9TH AVE
LEWISTON, ID 83501-3110

PAMELA DAZEY
17257 OTTAWA AVE
SPRING LAKE, MI 49456-1854

PAMELA J REDDICK
2496 LAVISTA CT
DUBUQUE, IA 52002-2705

PAMELA A DILLEY
3030 HAMLET CIR
EAST LANSING, MI 48823-6388

PAMELA E TYNAN
1037 WHITEGATE RD
WAYNE, PA 19087-2182

PAMELA JOYCE CHANCE
423 E RIDGE DR
PINEVILLE, LA 71360-4701

PAMELA ANN GLOVER
1787 CALHOUN ST N
WYNNE, AR 72396-4012

PAMELA F FARIA
70 MAPLE ST
AUBURNDALE, MA 02466-2335

PAMELA KENNEDY
PO BOX 213
KENO, OR 97627-0213

PAMELA ANN ROBY
203 PALO VERDE TER
SANTA CRUZ, CA 95060-3212

PAMELA FRANCES JOHNSTON
86 W MAIN RD
MIDDLETOWN, RI 02842-4934

PAMELA KERNS
5108 NW 67TH ST
KANSAS CITY, MO 64151-1932

PAMELA BATSON
1562 IBIS DR
ORANGE PARK, FL 32065-7398

PAMELA FRANZEN
21 N FRANKLIN ST
ATHENS, NY 12015-1402

PAMELA L CRUME
1809 RIDGE RD
LEAVENWORTH, KS 66048-4043

PAMELA BLYSKAL
5 SHERWOOD DR
HUNTINGTON, NY 11743-5138

PAMELA G WOODSON
5445 WESLEYAN DR STE 409
VIRGINIA BEAC, VA 23455-6940

PAMELA LOFGREN
3153 COUNTY ROAD 112
INTERNATIONAL, MN 56649-8719

PAMELA BOSTIC
1002 LAKEVIEW DR
BEVERLY, OH 45715-8914

PAMELA HARDING
233 CREST ST
WETHERSFIELD, CT 06109-1418

PAMELA M [PAM] SUTLIFF
4535 CHERYL DR
BETHLEHEM, PA 18017-8405

PAMELA C SMITH
7260 PEANUT LN
MECHANICSVILL, VA 23116-4806

PAMELA HENRY
134 W HARMON DR
GREENVILLE, OH 45331-2336

PAMELA MCCLURE
PO BOX 173
LINDEN, MI 48451-0173

PAMELA NEVILLE
1511 CENTER RD
LANCASTER, PA 17603-4731

PAMELA SVENBY
PO BOX 11
KEOSAUQUA, IA 52565-0011

PAMELLA E BOUIE
2721 MONROE ST
NEW ORLEANS, LA 70118-2252

PAMELA PASSMORE
1297 WINDSOR PL
RICHMOND, IN 47374-7162

PAMELA TALARICO
1430 PELHAM DR
FORT WAYNE, IN 46825-4122

PAMELLA E MACWILLIAMS
48 N 2ND ST
INDIANA, PA 15701-2001

PAMELA REBER JONES
5227 HILLGROVE DR
LORAIN, OH 44053-1801

PAMELA WAGNER
2425 HOLLY HALL ST APT B30
HOUSTON, TX 77054-3931

PAMLA ANN STEINER
6255 NORTHERN HILLS DR
OMAHA, NE 68152-1020

PAMELA ROSEN
N108W14890 BEL AIRE LN
GERMANTOWN, WI 53022-4202

PAMELA WEAVER
661 JUNIPER PL
FRANKLIN LAKE, NJ 07417-1738

PARKER CROWELL
280 COCONUT PALM RD
VERO BEACH, FL 32963-3707

PAMELA SHAW
3612 SAINT JOHNS RD
WISCONSIN RAP, WI 54495-9286

PAMELA WILSON
625 BRIGHTVIEW DR
SIMPSONVILLE, KY 40067-6564

PARTHENIA WASHINGTON
12933 E OUTER DR
DETROIT, MI 48224-4206

PAMELA SHERMAN
1937 HARDWOOD PATH
LAKE VILLA, IL 60046-7584

PAMELA WOOD
36 BROOKDALE DR
STAMFORD, CT 06903-4121

PAS RONALD J WILLIAMS
3839 FOXRIDGE DR
MANHATTAN, KS 66502-8934

PAMELA SMITH
24 PAYNE ST
JACKSON, OH 45640-1868

PAMELA WOODS
112 LONG HOLLOW WAY
HENDERSONVILL, TN 37075-8791

PASCAL P ALFANO JR
26196 GLENBROOKE DR
DENHAM SPRING, LA 70726-6553

PAMELA SPADONI
4537 FOXTAIL DR
NAZARETH, PA 18064-9666

PAMELA WUNDER PHD
16 PINE PL
NEWARK, DE 19711-3439

PASCAL SALVADOR RANATZA
15 OPENWOOD DR E
CARRIERE, MS 39426-7224

PAMELA SUBLER
6580 PLESENTON DR
WORTHINGTON, OH 43085-2931

PAMELA YOUNGBERG
1702 LINKSIDE WAY SW
OCEAN ISLE BE, NC 28469-6418

PASCUAL PUERTOLAS
PO BOX 1315
COBB, CA 95426-1315

PAT [PATTY] CRAWFORD
534 DON TOMAS CT
HENDERSON, NV 89015-6960

PAT ANDERSON
102 8TH AVE NW APT 5A
OELWEIN, IA 50662-1500

PAT BEATTY
913 BAFFIN DR
CANAL FULTON, OH 44614-8493

PAT BELLCOUR-GRONBERG
9941 W HOPE CIR S
SUN CITY, AZ 85351-4224

PAT BRYAN
2541 N BOONVILLE AVE
SPRINGFIELD, MO 65803-2409

PAT CATTON
8725 W SMITHVILLE RD
MAPLETON, IL 61547-9403

PAT CHRISMAN
13917 OHERN ST
OMAHA, NE 68137-1570

PAT CHRISTIAN
2561 MCINTIRE RD
MORROW, OH 45152-9646

PAT CORWIN
653 GOLDEN WILLOW RD
EVERGREEN, CO 80439-4239

PAT COUCH
3212 STRADA ANGELO
FLORENCE, SC 29501-8963

PAT CRAFT
29 STONEY CREEK DR
CLIFTON PARK, NY 12065-6640

PAT DOLEHANTY
4068 HIGHLAND DR
RICHMOND, IN 47374-4823

PAT DYSART
7520 COUNTY ROAD 277
ANNA, TX 75409-4213

PAT ERVIN
1100 LIBERTY AVE APT 601
PITTSBURGH, PA 15222-4243

PAT FAST
6704 GLENDALE RD
LOUISVILLE, KY 40291-2341

PAT FINN
19 DEB MAR WOODS PL
MOUNTAIN HOME, AR 72653-6429

PAT FIUST
107 HITHERDELL LN
NORTH BABYLON, NY 11703-5118

PAT FOTHERGILL
729 HARBOR WAY
KNOXVILLE, TN 37934-4862

PAT FRAIZER
2472 BEDFORD DR
NEW ORLEANS, LA 70131-4702

PAT GARRISON
236 EUNICE ST
EL DORADO, KS 67042-3334

PAT GEHRING
PO BOX 1037
EL DORADO, KS 67042-1037

PAT GIUNTA
3042 FIVE IRON DR
PORT ST LUCIE, FL 34952-3164

PAT GOODWIN
280 MONKEY RD
ELGIN, TX 78621-5506

PAT GRAY
7085 BLOOMFIELD RD LOT 72
DES MOINES, IA 50320-1862

PAT GRAY
646 N US HIGHWAY 421
DELPHI, IN 46923-8720

PAT HANDYSIDE
1400 LE CLAIRE ST
WARSAW, IL 62379-1459

PAT HANSEN
3737 121ST AVE SE
VALLEY CITY, ND 58072-9582

PAT HASSEIN
7029 CLIFTON KNOLL CT
ALEXANDRIA, VA 22315-3962

PAT LANE
100 E PARK AVE
DES MOINES, IA 50315-7738

PAT PRYMEK
6501 SW 17TH ST
DES MOINES, IA 50315-5452

PAT HICKEY
PO BOX 957088
DULUTH, GA 30095-9519

PAT LOVEDAY-HANEY
2848 N 2ND ST
SAINT AUGUSTI, FL 32084-1854

PAT R CANIFF
528 WHEATLEY RD
ASHLAND, KY 41101-2344

PAT HILLIGAS
325 HIGH ST APT 3A12
BROOKLYN, IA 52211-9263

PAT MAYER
408 KINSEY ST
RICHMOND, IN 47374-4127

PAT R PERKINS
431 BRODIE LN
ASHDOWN, AR 71822-9606

PAT HOWES
105 LINDLEY RD
CRESTVIEW, FL 32536-9524

PAT MCKENNA
1535 650TH ST
STORM LAKE, IA 50588-7486

PAT RENTSCHLER
4521 S FARMERS RETREAT RD
DILLSBORO, IN 47018-9076

PAT JACOBS
6963 195TH AVE NE
OAK PARK, MN 56357-8981

PAT MICHALOWSKI
9133 RENDALIA ST
BELLFLOWER, CA 90706-4221

PAT RICE
909 FAIRLANE AVE
NORTH AUGUSTA, SC 29841-3330

PAT KARRICK
1225 3RD ST APT 5
HENRY, IL 61537-1369

PAT MYERS CPA
5239 KATY ARBOR LN
KATY, TX 77494-2958

PAT RIDGLEY
121 PELLA LN
NEW BERN, NC 28562-2263

PAT KENNELL
900 W GRAND OAK DR
PEORIA, IL 61615-1150

PAT NAESE
2687 ELM LN
STURGEON BAY, WI 54235-9483

PAT RIGSBY
5878 W HELM RD
WILLIAMSBURG, IN 47393-9738

PAT KOPHAMER
146 FOREST LN
STATE ROAD, NC 28676-9248

PAT NEILSON
283 ELMWOOD AVE
EAST AURORA, NY 14052-2613

PAT RITTER
3912 BRIGADOON DR SE
OLYMPIA, WA 98501-4100

PAT L [PATTY] WAMSLEY
7701 CASE RD
BROOKLYN, MI 49230-8514

PAT ORWICK-SUSAG
1541 ADVENT ST
HARVEY, ND 58341-1801

PAT ROBINSON
8400 US HIGHWAY 380
CROSSROADS, TX 76227-2531

PAT SCHAFER
6842 OAKLAND DR
PORTAGE, MI 49024-3345

PAT VAN BUSKIRK
PO BOX 386
MARS, PA 16046-0386

PATI ROOT
3330 SPRINGCREST DR
HAMILTON, OH 45011-7854

PAT SCHMIDT
679 ALVARADO
NORTH PORT, FL 34287-2554

PAT WALSH
PO BOX 783284
WICHITA, KS 67278-3284

PATMAN C WRIGHT
1242 HITCH RD
MARYVILLE, TN 37804-2341

PAT SHEETS
929 NW MORGAN LN
GRANTS PASS, OR 97526-3322

PAT WEHRY
7130 SW HAVERHILL RD
EL DORADO, KS 67042-7953

PATRIC WANTY
211 CLARK ST
SALINE, MI 48176-1207

PAT SHOCKLEY
3514 KAREN ST
LANSING, MI 48911-2814

PAT WEIDENKOPF
PO BOX 130670
BIG BEAR LAKE, CA 92315-8973

PATRICA CARPINO
517 VIA EL RISCO
SAN CLEMENTE, CA 92673-6608

PAT SHOEMAKER
779 FISHER DR
WATSONTOWN, PA 17777-8038

PAT WELLS
PO BOX 3419
HOMOSASSA SPR, FL 34447-3419

PATRICE [TREESE] PILKINGTON
5031 MERCEDES BND
WATERLOO, IA 50701-9377

PAT SHRINER
219 BROWNSVILLE AVE
LIBERTY, IN 47353-1002

PAT WILLIAMS
1415 LAKE SHORE CIR SE
ALTOONA, IA 50009-2762

PATRICE E DUSENBURY
19160 COLAHAN DR
ROCKY RIVER, OH 44116-2805

PAT SMITH
122 W SHERIDAN ST
GREENSBURG, IN 47240-1437

PAT WRIGHT
1451 FOSTER RD
PLEASANTON, TX 78064-6628

PATRICE KRIMPELBEIN
12420 LAUREL LN
ELM GROVE, WI 53122-1436

PAT TROCANO
750 STATE ROUTE 571
UNION CITY, OH 45390-9009

PAT WRIGHT
261 CATALPA DR
VERSAILLES, OH 45380-9407

PATRICE M WARD
1047 WILLOW OAKS CIR
PASADENA, TX 77506-5133

PAT TURNER
44 SUNSET DR
GREENCASTLE, IN 46135-1966

PAT ZARR
120 SOLAR PL
MILTON, PA 17847-2156

PATRICIA [JILL] REILLY
466 SAINT DAVIDS AVE
WAYNE, PA 19087-4203

PATRICIA [LYNN] LANDIS
817 HORNIG RD
LANCASTER, PA 17601-5711

PATRICIA [PAT] ORMBERG
30 WEDGEMERE RD
WEST YARMOUTH, MA 02673-3773

PATRICIA [PATTY] SLUDER
1106 E POST OAK ST
DERBY, KS 67037-2427

PATRICIA [PAM] MAGIL
301 W KENNEDY RD
NORTH WALES, PA 19454-5605

PATRICIA [PAT] POHMER
94 GENESEE DR
COMMACK, NY 11725-4032

PATRICIA [PATTY] VAUGHN
1287 MARTHA WASHINGTON DR
WAUWATOSA, WI 53213-2941

PATRICIA [PAT] AUST
19 MAYRIDGE DR
SHENANDOAH, IA 51601-2233

PATRICIA [PAT] STOWE
1801 N HAGADORN RD APT 228
EAST LANSING, MI 48823-2287

PATRICIA [TRISHA] MAURO
115A AMITY LN
BOILING SPRIN, SC 29316-8392

PATRICIA [PAT] BAILEY
102 E SAINT CLOUD PL
WICHITA, KS 67230-1614

PATRICIA [PAT] ZEZELIC
251 ERIN LN
EAST SETAUKET, NY 11733-6455

PATRICIA A [PAT] ROACH
11803 E BAYLEY ST
WICHITA, KS 67207-4366

PATRICIA [PAT] FOSTER
PO BOX 76
MONTANDON, PA 17850-0076

PATRICIA [PATSY] NICHOLAS
5611 LOCUST WAY
LOUISVILLE, KY 40229-2312

PATRICIA A [PAT] SALVATO
11677 JUREANE DR
ORLANDO, FL 32836-6120

PATRICIA [PAT] HARMAN
2038 SULLIVAN LN
BARDSTOWN, KY 40004-7803

PATRICIA [PATSY] NINE
3571 S MILLBROOK AVE
SPRINGFIELD, MO 65807-6203

PATRICIA A [PATSY] GALLANT
8464 RAMATH DR
CHARLOTTE, NC 28211-5687

PATRICIA [PAT] MARKER
5647 PARK ELWOOD RD
RICHMOND, IN 47374-9610

PATRICIA [PATTI] MARTINO
2100 MEDITERRANEAN AVE #111
VIRGINIA BEAC, VA 23451-4153

PATRICIA A BATT
PO BOX 22
STAMFORD, NE 68977-0022

PATRICIA [PAT] MELLENDORF
1507 LONGHORN DR
METAMORA, IL 61548-8495

PATRICIA [PATTY] BAHR
3673 COUNTY ROAD 21
INTERNATIONAL, MN 56649-8800

PATRICIA A BONELLI
85 OUTLOOK LN
LEVITTOWN, PA 19055-1515

PATRICIA [PAT] MILLER
937 GOLDENROD ST
HOMESTEAD, PA 15120-2938

PATRICIA [PATTY] BLEDSOE
1402 S LOGAN AVE
INDEPENDENCE, MO 64055-1645

PATRICIA A BOROS
21980 CRICKET LN
STRONGSVILLE, OH 44149-1127

PATRICIA A BRANDON
2927 WESTVIEW DR
RICHMOND, IN 47374-1128

PATRICIA A CARLTON
3049 WOODED WAY
JEFFERSONVILL, IN 47130-5995

PATRICIA A COMBS
124 AUSTIN DR
WARTBURG, TN 37887-3310

PATRICIA A COTTER
9 ERIE AVE
ROCKAWAY, NJ 07866-1117

PATRICIA A DEAN
3135 N WALKER LN E
ARLINGTON HEI, IL 60004-1647

PATRICIA A DONNELLY
146 MOUNTAIN GATE RD
ASHLAND, MA 01721-2385

PATRICIA A FANTOZZI
N51W27535 LETTIE LN
PEWAUKEE, WI 53072-1044

PATRICIA A FERGUSON
1811 GLASGOW CT
MYRTLE BEACH, SC 29575-5632

PATRICIA A FLETCHER
231 SHIRLEY CIR
WEATHERFORD, TX 76087-2102

PATRICIA A FRYER
10888 GUFFEY RILLTON RD
RILLTON, PA 15678-2731

PATRICIA A GOIN
2073 KELLOGG DR
FENTON, MI 48430-1448

PATRICIA A HINRICHS
5032 BURNS AVE
BARTONVILLE, IL 61607-2219

PATRICIA A KELLY
908 SPENCER DR
CROYDON, PA 19021-6292

PATRICIA A LEWIS
608 PENDER CT
BERRYVILLE, VA 22611-1446

PATRICIA A MARSHALL
13407 READS CT
HOUSTON, TX 77015-1342

PATRICIA A MCCOY
7668 STATE ROAD 38
GREENS FORK, IN 47345-9708

PATRICIA A MEEKER
3440 OLENTANGY RIVER RD APT
COLUMBUS, OH 43202-1567

PATRICIA A QUADE
33719 IKE AVE
LEESBURG, FL 34788-4622

PATRICIA A RAULERSON
1 BRIGGS RD
LAKE HOPATCON, NJ 07849-2129

PATRICIA A SALZER
104 12TH ST N
SARTELL, MN 56377-1401

PATRICIA A SCHAERER
7 COUNTRYSIDE LN
LITITZ, PA 17543-9460

PATRICIA A SCOTT
10826 KEELBOAT CV
NEW HAVEN, IN 46774-9574

PATRICIA A SIMONSMEIER
19021 17TH ST
PRINCETON, MN 55371-3114

PATRICIA A SINI
12 WINDY RIDGE PL
WATERFORD, CT 06385-2100

PATRICIA A STAUNING
1222 W AVENUE H7
LANCASTER, CA 93534-5451

PATRICIA A TANCREDI
47 BALDY HILL RD
ALBURTIS, PA 18011-2002

PATRICIA A WARD
2209 VALMONT ST
NEW ORLEANS, LA 70115-6458

PATRICIA A WITKOWSKI
7922 MCKINLEY ST
TAYLOR, MI 48180-2486

PATRICIA ANN BOOKOUT
PO BOX 2
WISEMAN, AR 72587-0002

PATRICIA ARNOLD
104 RIVER OAKS DR
COLD SPRING, MN 56320-1500

PATRICIA A YESENOSKY
5132 W 62ND ST
MISSION, KS 66205-3051

PATRICIA ANN MADDOCK
1738 RESERVOIR RD
RICHMOND, IN 47374-1728

PATRICIA BAILIE
360 WOODBEND DR
KILGORE, TX 75662-9201

PATRICIA A ZIEL
PO BOX 362
MEDINAH, IL 60157-0362

PATRICIA ANN MONTGOMERY
3340 DEL SOL BLVD SPC 192
SAN DIEGO, CA 92154-3460

PATRICIA BALZELL
4603 BALFOUR RD TRLR 106
BRENTWOOD, CA 94513-1647

PATRICIA ACKER
1375 PASADENA AVE S LOT 137
SOUTH PASADEN, FL 33707-3730

PATRICIA ANN MYERS
6909 HARVARD LN
CANTON, MI 48187-2501

PATRICIA BAYONNE-JOHNSON
3809 E CONGRESS AVE
SPOKANE, WA 99223-5440

PATRICIA ANDERSON
9261 24TH ST NE
TOLNA, ND 58380-9570

PATRICIA ANN WALLACE
945 LEGACY LNDG APT 418
VIRGINIA BEAC, VA 23464-3662

PATRICIA BELL
33106 ALVA DR
EASTLAKE, OH 44095-3942

PATRICIA ANN [PAT] ROBINSON
430 HIGH ST APT 1
PORTSMOUTH, VA 23704-3650

PATRICIA ANN WRIGHT
1009 FOUTS DR
IRVING, TX 75061-4131

PATRICIA BERLS
6 LAKESIDE DR NW
SUSSEX, NJ 07461-4744

PATRICIA ANN [PAT] WALTERS
3704 INDIANOLA AVE
DES MOINES, IA 50320-1459

PATRICIA ANNE BUDZILEK
30120 MEADOWBROOK DR
WICKLIFFE, OH 44092-1228

PATRICIA BERTHELOT
2203 ELMWOOD AVE
STOW, OH 44224-4141

PATRICIA ANN AKINS
413 N 10TH ST
BENTON, IL 62812-3017

PATRICIA ANNE WEINBERG
9808 SW 108TH TER
MIAMI, FL 33176-2884

PATRICIA BINKLEY
1012 ESTURBRIDGE CT
ANTIOCH, TN 37013-2533

PATRICIA ANN ANTHONY
1415 BLAIRWOOD LN
CHESAPEAKE, VA 23320-3078

PATRICIA ARETZ
175 W NORTH ST APT 330A
NAZARETH, PA 18064-1421

PATRICIA BOARD
10316 DARLING RD
VENTURA, CA 93004-2425

PATRICIA BOATMAN
62045 CODY RD
BEND, OR 97701-9306

PATRICIA BROADNAX
7531 PINEWOOD DR
CHATTANOOGA, TN 37421-1820

PATRICIA CACCAVALE
191 KINGS RD
MADISON, NJ 07940-2231

PATRICIA BODDEN
1590 THORNFIELD LN APT 1
ROSELLE, IL 60172-4052

PATRICIA BROCKWAY
3929 COVENTRY VALLEY DR
WATERFORD, MI 48329-3923

PATRICIA CALDERON
5 BICKFORD RD
MALDEN, MA 02148-4017

PATRICIA BORCHERS
214 CENTRAL AVE SE
LE MARS, IA 51031-2032

PATRICIA BROWN
206 PANTHER RUN
DESTREHAN, LA 70047-3135

PATRICIA CARNEY
805 STUART ST
ADAIR, IA 50002-1117

PATRICIA BORGESON
5811 N 42ND ST
OMAHA, NE 68111-1428

PATRICIA BROWN
3433 E 426 RD
OOLOGAH, OK 74053-4087

PATRICIA CHAPLIN
3520 HARTSVILLE HWY
DARLINGTON, SC 29540-9506

PATRICIA BOSGRAAF
16160 JAMES ST
HOLLAND, MI 49424-6055

PATRICIA BROWN-CURTIS
2606 MARGUERITE DR
LOUISVILLE, KY 40216-1826

PATRICIA COBEY
75 MUTINY PL
KEY LARGO, FL 33037-2326

PATRICIA BOTTA
413D BROMLEY PL
WYCKOFF, NJ 07481-1533

PATRICIA BRUBAKER
3522 S JASPER AVE
YUMA, AZ 85365-4175

PATRICIA CONCREE
698 W WASHINGTON ST
HANSON, MA 02341-1516

PATRICIA BOYCE
1174 MAUL CAMP RUN RD
RAVENSWOOD, WV 26164-5275

PATRICIA BRYAN
3090 WINDING LN
WESTLAKE VILL, CA 91361-3213

PATRICIA CONLEY
5041 BENNINGTON WAY
HIGH POINT, NC 27262-8473

PATRICIA BRADLEY
146 BEECH ST
FLORAL PARK, NY 11001-3302

PATRICIA BUCKLEY
548 ROSELLE AVE
EL CAJON, CA 92021-6319

PATRICIA COOPER
3313 MORKEL DR
GODFREY, IL 62035-1844

PATRICIA BRISCOE
PO BOX 112
GALES FERRY, CT 06335-0112

PATRICIA BUTLER
5006 VIOLET LN
MADISON, WI 53714-2131

PATRICIA CORNETT
1143 W ORCHARD PARK DR
LIBERTY, IN 47353-8542

PATRICIA COULAZ
3530 CORPORAL STONE ST
BAYSIDE, NY 11361-1736

PATRICIA DUFFEY
1310 FOSTER RD APT 204
IOWA CITY, IA 52245-1594

PATRICIA FARMER
30240 LONGHORN DR
CANYON LAKE, CA 92587-7645

PATRICIA COYLE
67 DANE ST
SAYREVILLE, NJ 08872-1105

PATRICIA DUNAWAY
9114 CATTAIL LN
WEST CHESTER, OH 45069-2983

PATRICIA FERRERI
3037 KANDE LN
DURANT, OK 74701-1667

PATRICIA CURLEY
104 N PINE AVE APT 405
ARLINGTON HEI, IL 60004-6177

PATRICIA DUNHAM
1017 CEDAR ST
WEBSTER CITY, IA 50595-2717

PATRICIA FINUOLI
3237 ETHAN ALLEN CT
BENSALEM, PA 19020-1821

PATRICIA CURRIN
2189 PHILLIPS AVE
HOLT, MI 48842-1369

PATRICIA DUNN
300 W ELM ST STE 2314
CONSHOHOCKEN, PA 19428-1832

PATRICIA FLACHS
4247 WATSON AVE
HOLT, MI 48842-1731

PATRICIA DARMAN
500 ATLANTIC AVE UNIT 15F
BOSTON, MA 02210-2245

PATRICIA E ALPERTI
10198 E SUNRISE MEADOW PL
TUCSON, AZ 85747-5500

PATRICIA FLYNN
502 MCINDOE ST APT B
WAUSAU, WI 54403-4752

PATRICIA DELISA
163 LOWER CROSS RD
ONEONTA, NY 13820-4617

PATRICIA E MAGOTO
241 KENILWORTH AVE
DAYTON, OH 45405-4009

PATRICIA FRITZ
4305 EL RANCHO DR
DAVENPORT, IA 52806-4823

PATRICIA DORSEY
709 RIDGEMOUNT DR
LAS VEGAS, NV 89107-1558

PATRICIA EATON
470 HOLLYWOOD DR
SALINE, MI 48176-1112

PATRICIA GAIL MONTEFERRANT
30429 HUNTER CT
OCEAN VIEW, DE 19970-3840

PATRICIA DOW
777A SENDA VERDE
SANTA BARBARA, CA 93105-5441

PATRICIA ERIE
310 E 46TH ST APT 14J
NEW YORK, NY 10017-3021

PATRICIA GALLOWAY
101 KENNETT RD
OLD HICKORY, TN 37138-2113

PATRICIA DUCOMMUN
PO BOX 339
MARCUS, IA 51035-0339

PATRICIA ESKOZ
PO BOX 891
CASTLE ROCK, CO 80104-0891

PATRICIA GARD
2742 TINGLER RD W
RICHMOND, IN 47374-9272

PATRICIA GOLDSBOROUGH
18 VILLAGE DR
GREENWOOD LAK, NY 10925-2241

PATRICIA HARPER
3688 MAYO RD
VONORE, TN 37885-1708

PATRICIA HURLEIGH
24 SUMTER AVE
EAST WILLISTO, NY 11596-2433

PATRICIA GOLDSMITH LINZY
66801 RAINBOW RD
VANDALIA, MI 49095-8711

PATRICIA HASKELL
122 RESIDENCE ST
EL DORADO, KS 67042-1544

PATRICIA J [P J] ALBAMONTI
29 COSMO ST
WESTERLY, RI 02891-5912

PATRICIA GORRELL
55 WASHINGTON ST # B
GROVELAND, MA 01834-1142

PATRICIA HAWK
2516 PHILLIPS RD
LEBANON, TN 37087-7370

PATRICIA J [PAT] SEDWICK
14211 CINDYWOOD DR
HOUSTON, TX 77079-6613

PATRICIA GRACE
1220 BAY RIDGE PKWY
BROOKLYN, NY 11228-2402

PATRICIA HERSHEY
104 BRIDLEWOOD CT S
LANCASTER, PA 17603-2190

PATRICIA J [PATTI] RISEMAN
19 BARNEY HILL RD
WAYLAND, MA 01778-3601

PATRICIA GROSS
111 CAROLINE ST APT 712
HOMESTEAD, PA 15120-3484

PATRICIA HILL-STUART
8620 53RD AVE S
SEATTLE, WA 98118-4701

PATRICIA J CAIN
93 GORSKI DR
SOUTH WINDSOR, CT 06074-2462

PATRICIA GUSTIN
206 CLEARVIEW RD
NEW CUMBERLAN, PA 17070-2803

PATRICIA HOLLIDAY
809 E MICHIGAN AVE
LANSING, MI 48912-1415

PATRICIA J FOSTER
608 SW 1ST ST
RICHMOND, IN 47374-5307

PATRICIA HALTOM
8255 LOCUST LAKE RD
SPENCER, IN 47460-5506

PATRICIA HOOD
900 S A ST APT 609
RICHMOND, IN 47374-5564

PATRICIA J FOWLER
114 GARDEN VIEW CT
PIEDMONT, SC 29673-7768

PATRICIA HAMPTON
11138 N STONE CREEK DR
DUNLAP, IL 61525-9797

PATRICIA HORTON
966 N DEER CREEK DR
PAYSON, AZ 85541-2046

PATRICIA J GRAHAM
7520 DENTON HILL RD
FENTON, MI 48430-9484

PATRICIA HANCOCK-MCHENRY
20083 E CASPIAN CIR
AURORA, CO 80013-6286

PATRICIA HUFFMAN
9601 RIVERSIDE RD
ATHENS, AL 35611-7725

PATRICIA J STIGALL
3836 E EL CARMEN AVE
ORANGE, CA 92869-2510

PATRICIA JACKSON
1311 DAYTON ST
AURORA, CO 80010-3208

PATRICIA JORDAN
45 KATHERINE BLVD APT 308
PALM HARBOR, FL 34684-3648

PATRICIA KINDLER
21307 STATE HIGHWAY C
CASSVILLE, MO 65625-8633

PATRICIA JANSEN SCHAUB
905 HOLLAND RD
GERMANTOWN HI, IL 61548-8890

PATRICIA K CANNON
817 FAIRVIEW AVE
LIMA, OH 45804-1721

PATRICIA KINNEY
9708 HAINES AVE NE
ALBUQUERQUE, NM 87112-4037

PATRICIA JEFFERY
9890 PRESTON TRL W
PONTE VEDRA B, FL 32082-3558

PATRICIA K DODSON
901 23RD AVE
VERO BEACH, FL 32960-3942

PATRICIA KLEBS
21375 OLD WINDSOR RD
WELCH, MN 55089-9546

PATRICIA JENNINGS
615 YALE DR
ELIZABETHTOWN, KY 42701-3147

PATRICIA KAY MILBERN
2201 LA REATA LN
AMARILLO, TX 79124-1010

PATRICIA KOENIG
9812 KAPALUA LN
ELK GROVE, CA 95624-5003

PATRICIA JOANNE BYARD
429 MILETREE RD
EAST PEORIA, IL 61611-9530

PATRICIA KAY SAUER
4639 ANITA DR
INDIANAPOLIS, IN 46217-3401

PATRICIA KONZ
920 LEE AVE
HOWARDS GROVE, WI 53083-1235

PATRICIA JOBE
287 MIDWAY RD
GATE CITY, VA 24251-5257

PATRICIA KAYE CAMPBELL
8680 W 44TH PL
WHEAT RIDGE, CO 80003-3202

PATRICIA KULL
10182 CEDAR POND DR
VIENNA, VA 22182-2903

PATRICIA JOHNSON
PO BOX 380
ABERDEEN PROV, MD 21005-0380

PATRICIA KELCH
1002 WRIGHT ST
PLEASANT HILL, MO 64080-1080

PATRICIA KULOW
803 MOCKINGBIRD LN
PLYMOUTH, WI 53073-2454

PATRICIA JOHNSON
3630 38TH AVE S APT 80
SAINT PETERSB, FL 33711-4394

PATRICIA KELSOE
4371 COUNTRY CLUB RD
DENTON, TX 76210-3225

PATRICIA L BANE
6431 S HEINBAUGH RD
RICHMOND, IN 47374-9465

PATRICIA JONES
PO BOX 337
BUCKLEY, WA 98321-0337

PATRICIA KERLEY
2441 GRAND AVE
BELLMORE, NY 11710-3547

PATRICIA L BRULE
4430 WINSTON LN S
SARASOTA, FL 34235-3209

PATRICIA L BUTCKO
6750 BETHEL CHURCH RD STE A
SALINE, MI 48176-8738

PATRICIA LEA ARMSTRONG
18 TABBS DR
WILLIAMSPORT, PA 17701-9646

PATRICIA LORD-MILLER
9 LAUREL LEAF CT
POTOMAC, MD 20854-1769

PATRICIA L DALRYMPLE
1220 BROADWAY ST
DENTON, TX 76201-2712

PATRICIA LEE
1434 NORWOOD ST
DEER PARK, TX 77536-3714

PATRICIA LOU MORRISON
2634 STATE ROAD 227 N
RICHMOND, IN 47374-1776

PATRICIA L KELLY
1201 W NORTHMOOR RD APT 228
PEORIA, IL 61614-3466

PATRICIA LEE MATTSON
715 E 39TH ST
HIBBING, MN 55746-3133

PATRICIA LOUCKS
8608 W EUCALYPTUS AVE
MUNCIE, IN 47304-9356

PATRICIA L KRAUSS
PO BOX 876196
WASILLA, AK 99687-6196

PATRICIA LEONHARDT
52 COVE RD
HUNTINGTON, NY 11743-2252

PATRICIA M MARTHOUSE
1644 W STROHM DR
CHAMBERSBURG, PA 17202-8008

PATRICIA L MCCLANE
1620 AGAWELA AVE
KNOXVILLE, TN 37919-8319

PATRICIA LICHER
3259 CEDARWOOD RD
FAIRBORN, OH 45324-2211

PATRICIA M MYERS
4500 S ATLANTIC AVE
NEW SMYRNA BE, FL 32169-4006

PATRICIA L MILLER
1800 RESERVOIR RD LOT 609
LIMA, OH 45804-2969

PATRICIA LINDVALL
PO BOX 21
LITTLEFORK, MN 56653-0021

PATRICIA M TERZIAN
6 ALFRED DR E
ALBANY, NY 12205-2912

PATRICIA L STOUSE
1103 WESTWOOD DR
MOUNT CARMEL, IL 62863-2420

PATRICIA LITTLEJOHN
2003 LEAH CT
MOUNT JULIET, TN 37122-3560

PATRICIA MACCHIAROLO
232 SPRUCE RD
BEDFORD, PA 15522-6458

PATRICIA LACKEY
23509 W GRINTON DR
PLAINFIELD, IL 60586-7888

PATRICIA LITTON
1509 ESTHER ST
IOWA CITY, IA 52240-2589

PATRICIA MAHON
3434 E CHALLAS ENTRANCE
CRETE, IL 60417-1806

PATRICIA LANGHAM
3507 BELL OAK RD
WILLIAMSTON, MI 48895-9555

PATRICIA LOELIGER
535 CLAREMONT RD
SPRINGFIELD, PA 19064-3414

PATRICIA MAHONEY
442 CHARLES ST APT 1B
NEW IBERIA, LA 70560-3855

PATRICIA MALDONADO
1006 PARK ST
MCKEESPORT, PA 15132-2151

PATRICIA MCDONALD
8910 PENNSYLVANIA RUN RD
LOUISVILLE, KY 40228-2548

PATRICIA MOE
PO BOX 311
ALBERT CITY, IA 50510-0311

PATRICIA MANNING
4 HILL CT
GLEN HEAD, NY 11545-1583

PATRICIA MCHUGH
267 HILL ST
MINEOLA, NY 11501-3244

PATRICIA MOORE
746 SAINT JOHNS PL
BROOKLYN, NY 11216-4205

PATRICIA MARTIN
2650 W MARKET ST APT 405B
LIMA, OH 45805-2144

PATRICIA MCLAREN
2822 FAIRWAY AVE
REDDING, CA 96002-1330

PATRICIA MORGAN
1209 CAMPO SANO AVE
CORAL GABLES, FL 33146-1159

PATRICIA MARX
9625 S FULLER LN
GLASFORD, IL 61533-9711

PATRICIA MEADOWS
9419 LESLIE DEANN CT
BAKERSFIELD, CA 93312-5067

PATRICIA MORGAN
119 CLAREMONT CIR
BROOKLYN, MI 49230-9704

PATRICIA MASLANKA
40985 REDWING SONG LN
LOVETTSVILLE, VA 20180-2271

PATRICIA MEIWES
5418 COUNTY ROAD JJ
HEREFORD, TX 79045-7317

PATRICIA MORRELL
58 WYATT RD
GARDEN CITY, NY 11530-3143

PATRICIA MASSA
135 BARN RUN CT
HUNTINGTON ST, NY 11746-1951

PATRICIA MEYER
PO BOX 334
SOUTH INTL FA, MN 56679-0334

PATRICIA MURPHY
5697 BROOK HOLLOW DR
BROOMFIELD, CO 80020-3934

PATRICIA MATHIAS
1890 MEXICO RD
MILTON, PA 17847-7850

PATRICIA MICHAELS
625 E SCOTT ST
FOND DU LAC, WI 54935-2906

PATRICIA N WALKER
641 OAKDALE AVE
BELVEDERE, SC 29841-2350

PATRICIA MATTHEWS
212 GLENMONT RD
GLENMONT, NY 12077-4413

PATRICIA MINCHIN
1109 PROSPECT RIDGE BLVD
HADDON HEIGHT, NJ 08035-1642

PATRICIA NALE
PO BOX 1291
EAGLE POINT, OR 97524-1291

PATRICIA MC GARVEY
845 LANDING DR
GROVETOWN, GA 30813-7004

PATRICIA MITCHELL
2146 WESLEY LN
GREENVILLE, NC 27858-7939

PATRICIA NAVARRO
26883 CALLE ALCALA
MISSION VIEJO, CA 92691-2618

PATRICIA NOREUIL
23128 BROADWAY RD
MORTON, IL 61550-9634

PATRICIA PFLEEGOR
1818 BROADWAY
MILTON, PA 17847-8944

PATRICIA RECH
PO BOX 364
CHESHIRE, MA 01225-0364

PATRICIA NOURSE
6666 BROOKMONT TER
NASHVILLE, TN 37205-4658

PATRICIA PILLARD
815 DIAMOND K LN
JOLIET, IL 60433-9566

PATRICIA REID
8145 263RD ST
FLORAL PARK, NY 11004-1518

PATRICIA O'MARY
287 SANTA ANITA CT
SIERRA MADRE, CA 91024-2647

PATRICIA PLACE
1770 COUNTRY CLUB RD APT 5
EL DORADO, KS 67042-4153

PATRICIA REINAGLE
11326 LENOIR ST
ALLEN PARK, MI 48101-1016

PATRICIA OLDHAM
215 WATER ST APT B
LEWISBURG, TN 37091-2791

PATRICIA PROKSCH
7401 N BRITTANY PARK PL
PEORIA, IL 61614-1833

PATRICIA REPP
4555 W CORAL CIR
NORTH FORT MY, FL 33903-4619

PATRICIA OVERTON
5985 SHEPHERDS POND
ALPHARETTA, GA 30004-7801

PATRICIA PRUSAK
4664 BOWES AVE
WEST MIFFLIN, PA 15122-1902

PATRICIA RESIDES
41 DEGREEN RD
DANVILLE, PA 17821-8311

PATRICIA PAINTER
2595 N COUNTY ROAD 2530
LA HARPE, IL 61450-9272

PATRICIA QUADE
33719 IKE AVE
LEESBURG, FL 34788-4622

PATRICIA REYNOLDS
415 ARCHER ST
MCKEESPORT, PA 15132-3606

PATRICIA PARRISH
2834 E SHADY FOREST LN
ORANGE, CA 92867-1917

PATRICIA R HARP
18275 MURPHY CIR
TINLEY PARK, IL 60487-4782

PATRICIA RICHARDS
7019 NEW POST DR APT 6
NORTH FORT MY, FL 33917-3478

PATRICIA PATTERSON
2751 CONETREE RD
TRAVERSE CITY, MI 49685-9394

PATRICIA R MALCHIODI
2454 DEER RIDGE LN
NORTH CHARLES, SC 29406-9179

PATRICIA RIECKS
5966 OAK HILL WEST DR
PLAINFIELD, IN 46168-9327

PATRICIA PEARSALL
5155 SIESTA DEL RIO DR
JACKSONVILLE, FL 32258-2242

PATRICIA R MCCAHON
17 N HANOVER ST APT 2A
POTTSTOWN, PA 19464-9520

PATRICIA RIEHL
24 PINE GROVE AVE
MANAHAWKIN, NJ 08050-6039

PATRICIA  RIMMELE
22 SHAWONDASSEE DR
STONINGTON, CT 06378-2424

PATRICIA S DODSON
725 N KANSAS CT
BENTON, KS 67017-9013

PATRICIA SEXTON
622 LOOK AVE
MARION, VA 24354-1659

PATRICIA  RODAK
16920 HEREFORD RD
MONKTON, MD 21111-1416

PATRICIA S ROBERTS
108 WILDERNESS LN
WILLIAMSBURG, VA 23188-7101

PATRICIA SISSOM
800 PREACHER SPRY RD
BRADYVILLE, TN 37026-5137

PATRICIA  RODENBAUGH
3426 HANCOCK BRIDGE PKWY UNI
NORTH FORT MY, FL 33903-7080

PATRICIA SANDERS
2316 DREXEL AVE
FORT WAYNE, IN 46806-1385

PATRICIA SLADARITZ
311 CHURCHILL BLVD
SAN ANGELO, TX 76903-8616

PATRICIA  ROSE
39 EVERETT ST
SHERBORN, MA 01770-1527

PATRICIA SCHOPPE
1535 STATE HIGHWAY 155
SAINT GERMAIN, WI 54558-8907

PATRICIA SMITH
N6435 RANGELINE RD
SHEBOYGAN, WI 53083-2310

PATRICIA  ROSS
45 OLDFIELD WAY
BLUFFTON, SC 29909-7012

PATRICIA SCHUETZ
442 TWO MILE AVE
WISCONSIN RAP, WI 54494-6559

PATRICIA SNAYD
20 PHEASANT RUN RD
WILTON, CT 06897-2317

PATRICIA  ROSS
962 RAVINE DR
VILLA HILLS, KY 41017-3679

PATRICIA SCHULDT
621 QUAIL CREEK DR
GALLIPOLIS, OH 45631-8403

PATRICIA SOBECKI
719 TIOGA TRL
WILLOUGHBY, OH 44094-7228

PATRICIA  RUMER
2025 DUTCH HOLLOW RD
ELIDA, OH 45807-1814

PATRICIA SCOTTO
29 MAPLE DR
SPRING LAKE, NJ 07762-2153

PATRICIA SOFRANKO
115 CEDARMERE RD
OWINGS MILLS, MD 21117-2405

PATRICIA  RUNDELL
PO BOX 281
INTERNATIONAL, MN 56649-0281

PATRICIA SEKELY
341 DEERFOOT TRL
CHANHASSEN, MN 55317-8604

PATRICIA SPOTTS
440 BROWN AVE
MILTON, PA 17847-2326

PATRICIA  RUTHERFORD
358 WESTBEND RD
EAST MILLSBOR, PA 15433-1105

PATRICIA SERAPIGLIA
25 JANE DR
NORTH BABYLON, NY 11703-2307

PATRICIA STEELE
233 KENVILLA DR
TUCKER, GA 30084-1908

PATRICIA STELZEL
6410 N BETHMAUR LN
GLENDALE, WI 53209-3318

PATRICIA TODD
16 BROADLEAF CV
JACKSON, TN 38305-5349

PATRICIA WHITEHOUSE
PO BOX 487
TAWAS CITY, MI 48764-0487

PATRICIA STODDARD
12740 GATEWAY PARK RD APT 23
POWAY, CA 92064-2078

PATRICIA TURNER
5B QUAIL CIR
SMITHFIELD, RI 02917-2531

PATRICIA WILLIAMS
11 DORSET RD
MANCHESTER, NJ 08759-6819

PATRICIA STRITTMATTER
6186 TALL OAKS DR
MENTOR, OH 44060-3157

PATRICIA UHL
630 HARMONY DR APT 367
NEW OXFORD, PA 17350-8224

PATRICIA WIZGIRD
PO BOX 127
BRUSSELS, WI 54204-0127

PATRICIA SUE COX
5740 DITZLER RD
HARROD, OH 45850-8771

PATRICIA VERD
22841 LORINDA RD NW
POULSBO, WA 98370-9723

PATRICIA WYATT
625 S 20TH ST
RICHMOND, IN 47374-6515

PATRICIA SWEENEY
403 AIRPORT AVE
WISCONSIN RAP, WI 54494-6517

PATRICIA WALSH
15 SHERRIN RD
CHESTNUT HILL, MA 02467-3227

PATRICIA Y KRUG
10118 W CALUMET RD
MILWAUKEE, WI 53224-3206

PATRICIA TAYLOR
1225 LUTHER LN APT 411
ARLINGTON HEI, IL 60004-8135

PATRICIA WARBURTON
2 YACHT CLUB EST
OGALLALA, NE 69153-5810

PATRICIA YARDLEY
906 ROSEWOOD DR
NEWTON, NJ 07860-4565

PATRICIA TERRANOVA
3 MOUNTAIN VIEW CT
NORTHPORT, NY 11768-2353

PATRICIA WEISS
2803 WHISPER LN
HENDERSON, NV 89074-3230

PATRICIA YOUNG
3333 BRECKINRIDGE DR
INDIANAPOLIS, IN 46228-2749

PATRICIA TESSLER
4254 SHERWOOD FOREST CT
ANN ARBOR, MI 48103-9472

PATRICIA WELLMAN
1830 RAVINE DR
GURNEE, IL 60031-6013

PATRICIA YOUNG
274 STATE ST
JACKSON, OH 45640-1171

PATRICIA TIRPAK
206 HAINES ST E
LANOKA HARBOR, NJ 08734-2821

PATRICIA WELSH
1723 PENNSYLVANIA AVE
SUN PRAIRIE, WI 53590-1717

PATRICIA YURMANOVICH
N3595 TIMBERVIEW RD
WALDO, WI 53093-1207

PATRICIA ZARECOR
1033 S COLLEGE ST
TRENTON, TN 38382-3126

PATRICIA ZIMMERMANN
1445 S LORRAINE RD APT 307
WHEATON, IL 60189-7066

PATRICIA ZUBROD
16346 300TH ST
TEMPLETON, IA 51463-8502

PATRICIA ZWILLING
17 PHEASANT RDG
NEWNAN, GA 30265-2724

PATRICK A TREMPE
25815 S ASHWOOD DR
SUN LAKES, AZ 85248-6870

PATRICK A TROY
1343 OREGON CREEK WAY
PLUMAS LAKE, CA 95961-9014

PATRICK B O'LEARY
3376 GRAVENSTEIN HWY S
SEBASTOPOL, CA 95472-5253

PATRICK BECKHAM MD
1212 HAVRE LAFITTE DR
AUSTIN, TX 78746-6858

PATRICK BREUER
168 LESTER RD
FREDONIA, KY 42411-7653

PATRICK BROWN
1298 AURELIUS RD
HOLT, MI 48842-9673

PATRICK CRISPO
1629 SPRING AVENUE EXT
WYNANTSKILL, NY 12198-3008

PATRICK D [PAT] SAWYER DMD
256 PEEL RD
LANGHORNE, PA 19047-8203

PATRICK D CORCORAN
7923 MEADOWLARK LN S
REYNOLDSBURG, OH 43068-4926

PATRICK D KELLY
707 CREEKBRIAR LN
SAINT LOUIS, MO 63122-2221

PATRICK D QUINN
2802 SOM CENTER RD STE 102
WILOUGHBY HIL, OH 44094-8903

PATRICK E SHERIDAN
91 E 200TH ST
EUCLID, OH 44119-1009

PATRICK ELLISON
711 HICKORY ST
HAMILTON, IL 62341-1443

PATRICK FREEMAN
625 OAK ST
LAGUNA BEACH, CA 92651-2920

PATRICK J [PAT] CROWLEY
4831 CRYSTAL RIVER CT
INDIANAPOLIS, IN 46240-6435

PATRICK J BOYCE
36555 GARRETTS COVE DR
EASTLAKE, OH 44095-5402

PATRICK J DODSON
PO BOX 120
ISLAMORADA, FL 33036-0120

PATRICK J DOWNS
185 LEE ST
HARROGATE, TN 37752-7304

PATRICK J HEVER
3235 ELIZABETH DR UNIT 36
PERRY, OH 44081-9102

PATRICK J HOGAN
855 COLE CT
COVINGTON, LA 70433-7904

PATRICK J MAHONEY
4433 TAKACH RD
PRINCE GEORGE, VA 23875-2414

PATRICK J MICHAELS
W8645 COUNTY ROAD F
CASCADE, WI 53011-1125

PATRICK J WHITCRAFT
317 BLOSSOM RD
WOODLAND PARK, CO 80863-8104

PATRICK KELLEHER
326 CENTRAL AVE
MOUNTAINSIDE, NJ 07092-1946

PATRICK R RYAN
2508 24TH ST
KENOSHA, WI 53140-1726

PATSY AUNKST
9 JO ANN LN
MILTON, PA 17847-2113

PATRICK KOPSA
300 2ND AVE
LAUREL, IA 50141-7724

PATRICK T MILLIGAN
31 DEVON RD
NEWTOWN, PA 18940-3813

PATSY AYRES
RR 1 BOX 81M
GOODWELL, OK 73939-9781

PATRICK LAUBY
2121 EVERGREEN LN
WISCONSIN RAP, WI 54494-3161

PATRICK URBAN
630 EMERSON PL
SEVERNA PARK, MD 21146-3443

PATSY BOARDMAN
2222 S 3RD ST
LAMESA, TX 79331-5035

PATRICK MCCOY
5016 N WINCHESTER AVE APT 3R
CHICAGO, IL 60640-2641

PATRICK V COST
7550 OHIO ST
MENTOR, OH 44060-4845

PATSY COLEY
2310 ISABELLA ST
HOUSTON, TX 77004-4332

PATRICK MCNAMARA
1340 S OCEAN BLVD APT 1909
POMPANO BEACH, FL 33062-6909

PATRICK W GROSS
7401 GLENBROOK RD
BETHESDA, MD 20814-1327

PATSY DAUGHERTY
3259 TEST RD
RICHMOND, IN 47374-4967

PATRICK O'CONNELL
14824 E 94TH ST N
OWASSO, OK 74055-5006

PATSIE ODELL
PO BOX 269
FREELANDVILLE, IN 47535-0269

PATSY DORALINE TWITTY
4536 TABERNACLE RD
LANCASTER, SC 29720-8207

PATRICK O'NEILL
4739 BRAEBURN DR SE
GRAND RAPIDS, MI 49546-2367

PATSY [PAT] HUTTON
404 DENNING FORD RD
PORTLAND, TN 37148-5109

PATSY FAWVER
5629 DRESSLER RIDGE RD
MOUNT PLEASAN, PA 17853-7931

PATRICK PUCCI
6743 CATANIA DR
BOYNTON BEACH, FL 33472-7357

PATSY A [PAT] PAYNE
225 SENDERO DR
WAXAHACHIE, TX 75165-1562

PATSY KLUEVER
30543 WILDVIEW RD
BOVEY, MN 55709-5529

PATRICK R MCLOUGHLIN
44410 S EL MACERO DR
EL MACERO, CA 95618-1030

PATSY A FOLK
143 COLLEGE MANOR DR
SHELBY, NC 28152-8056

PATSY LAUWAERT
8019 KILDARE AVE
SKOKIE, IL 60076-3239

PATSY LUKENS
4519 NEWCOMER RD
STOW, OH 44224-5005

PATT BROWN
543 WHITE COTTAGE RD S
ANGWIN, CA 94508-9624

PATTI RICE
114 BEVERLY FARMS DR
SHARPSBURG, GA 30277-3586

PATSY MASSEY
304 HICKORY DR
OLD HICKORY, TN 37138-1124

PATTA HUDDLESTON
2559 WILMHURST RD
DELAND, FL 32720-1468

PATTI SONCKSEN
6104 NW 10TH ST
LINCOLN, NE 68521-3713

PATSY ROGERS
PO BOX 220
SEAGOVILLE, TX 75159-0220

PATTERSON CURTIS
PO BOX 4452
PAGOSA SPRING, CO 81157-4452

PATTIE CURTIS
4727 LEISURE LN
TRENTON, MI 48183-4563

PATSY ROGERS
7189 W COUNTY ROAD 75 S
GREENCASTLE, IN 46135-8348

PATTI A MCMAHON
245 GREENBROOK DR
STOUGHTON, MA 02072-4972

PATTIE WILCOX
7026 NEWHALL DR
HIGHLANDS RAN, CO 80130-4110

PATSY SCHMALZ
510 ESTATE ST # A
GRAND JUNCTIO, CO 81504-5386

PATTI ANN HURLBURT
15236 E VIA DEL PALO
GILBERT, AZ 85298-9709

PATTY [PAT] DAVIDSON
220 RED COAT PASS, 11682 BIG
BIG CANOE, GA 30143-5145

PATSY SHULL
1424 VAN FLEET AVE
CINCINNATI, OH 45231-4424

PATTI BLAIR
421 HILL ST
WISCONSIN RAP, WI 54494-4325

PATTY BORDER FORD
2319 45TH ST
MOLINE, IL 61265-5024

PATSY WEAVER
28219 122ND ST SE
MONROE, WA 98272-9533

PATTI L NAULT
1412 WHEAT GRASS
HUDSON, WI 54016-9281

PATTY BROWN
1017 HAMPTON CT
RICHMOND, IN 47374-6582

PATSY WELLS
3203 S POLK AVE
LAKELAND, FL 33803-4531

PATTI M BOUCHER
609 KEARNEY ST STE A
EL CERRITO, CA 94530-3157

PATTY BRUYERE
PO BOX 617
INTERNATIONAL, MN 56649-0617

PATSY WHITEHEAD
6207 HIGHGATE LN
DALLAS, TX 75214-2157

PATTI P LEVENSON
12246 S NORTHSHORE DR
KNOXVILLE, TN 37922-5437

PATTY CARL
7611 BAUMAN AVE
OMAHA, NE 68122-1619

PATTY CLIFTON
199 POWELL CREEK RD
WILLIAMS, OR 97544-9577

PATTY PARADISO
1404 W MAIN ST
RICHMOND, IN 47374-3959

PATTY VAIL
9816 SASKATCHEWAN AVE
SAN DIEGO, CA 92129-3505

PATTY COOPER
1 E ROCKWOOD DR
CONWAY, AR 72034-2905

PATTY PHILLIPS
1000 S IDAHO RD # 328
APACHE JUNCTI, AZ 85119-6431

PATTY WESTFALL
3908 BAUMBERGER RD
STOW, OH 44224-2412

PATTY FRYE
565 10TH AVENUE DR SE
HICKORY, NC 28602-5114

PATTY REHN
1285 62ND ST W
NORTHFIELD, MN 55057-4280

PAUL (JEFF) MEDVES
18838 SUTWIK CIR
EAGLE RIVER, AK 99577-8657

PATTY J BRISTOW
8908 LONGVIEW DR
JOHNSTON, IA 50131-1755

PATTY ROLLINS
27 MEADOW LN
LEWISBURG, PA 17837-1269

PAUL [DUANE] COOK
5708 PARKHILL PL
BARTLESVILLE, OK 74006-9110

PATTY J GEORGE
22838 ZION PKWY NW
BETHEL, MN 55005-9315

PATTY SARCONE
120 NE 41ST ST UNIT 107
ANKENY, IA 50021-6004

PAUL [FRED] VERMILLION
700 BRADFORD DR
FORT WALTON B, FL 32547-3241

PATTY KOIVISTO
1707 S HUBERT AVE
TAMPA, FL 33629-5614

PATTY SCHWIETE
51 PLEASANT LN
KEOKUK, IA 52632-2349

PAUL A AMODEO SR
17079 OHARA DR
PORT CHARLOTT, FL 33948-2255

PATTY LAMSON
3320 DOROTHY LN
RICHMOND, IN 47374-6746

PATTY SUE BROWN-WRIGHT
106 S GREENWOOD ST
EUREKA, KS 67045-2109

PAUL A FARBER
113 N BREAD ST APT 3A
PHILADELPHIA, PA 19106-4613

PATTY LOHR PEARSON
PO BOX 2086
ELKINS, WV 26241-2086

PATTY THOMPSON
1411 BAY SHORE DR
GROVE, OK 74344-2627

PAUL A IRONSIDE MD
42687 CAPRI DR
BERMUDA DUNES, CA 92203-8039

PATTY MOILANEN
1415 RIDGEVIEW LN
BISMARCK, ND 58501-3073

PATTY TOMASZEWSKI
N92W5838 DORCHESTER DR
CEDARBURG, WI 53012-1432

PAUL A MURPHY
24 MARY ST APT 315
NEWPORT, RI 02840-3033

PAUL A NAPOLI
5023 COUNTRY CLUB DR
BRENTWOOD, TN 37027-5173

PAUL B APPLE
11611 EDGEWOOD AVE N
CHAMPLIN, MN 55316-2833

PAUL CARLSON
15049 HALEY HOLW
AUSTIN, TX 78728-4457

PAUL A SCARLATA
6703 CONGRESSIONAL TER
FAYETTEVILLE, PA 17222-9403

PAUL B GUPTILL
3908 IVANHOE BLVD
COLUMBIA, MO 65203-0492

PAUL CHATELAIN
3 JOYCE AVE
NEW ORLEANS, LA 70121-2209

PAUL A SHUTT
318 ASHLAND AVE
AURORA, IL 60505-5164

PAUL B WILSON
1025 NICHOLSON RD
WYNNEWOOD, PA 19096-2001

PAUL CONE
130 BRIARWOOD LN
SUMMERVILLE, SC 29483-3708

PAUL AGNE
15762 DUTTON RD
GREGORY, MI 48137-9583

PAUL BAMBERG
141 PRENDIVILLE WAY
MARLBOROUGH, MA 01752-6738

PAUL COOPER
415 PENNINGTON TITUSVILLE RD
TITUSVILLE, NJ 08560-2012

PAUL ALLEY
55 OAK MEADOW RD
EVANSVILLE, IN 47725-9286

PAUL BILBEN
1317 9TH ST
INTERNATIONAL, MN 56649-2539

PAUL CURTIS
7000 BARKLEY CRK NE
ROCKFORD, MI 49341-9661

PAUL ANDERSON
2214 4TH AVE E
INTERNATIONAL, MN 56649-4132

PAUL BOTTKE
1505 ELLIS AVE
IOWA FALLS, IA 50126-1801

PAUL D BORDEN PHD
12152 GOLD BLUFF LN
GOLD RIVER, CA 95670-4526

PAUL ANTOL
7182 121ST ST W
APPLE VALLEY, MN 55124-6266

PAUL BROWN
191 OLD DELP RD
LANCASTER, PA 17601-3264

PAUL DONALD (DON) TEEFY
6501 WOODLAKE DR APT 603
RICHFIELD, MN 55423-1394

PAUL APOLLO
6351 POINTE PLEASANT CIR
DELRAY BEACH, FL 33484-2493

PAUL C DAVENPORT
1314 OAKLAND PKWY
LIMA, OH 45805-2408

PAUL DOUGLAS HARRISON
1926 PLUMB CREEK CIR
KNOXVILLE, TN 37932-2049

PAUL ARNETT
3188 W BREESE RD
LIMA, OH 45806-1512

PAUL C LUND
265 QUARRYSTONE LN
BEREA, OH 44017-2564

PAUL E BUCKLEY
61 ENNSBROOK DR
EAST FALMOUTH, MA 02536-6177

PAUL E COURNET
258 E AUGUSTA LN
SLIDELL, LA 70458-8835

PAUL EDWARD TINNESZ
257 HARBOR DR
LAVALLETTE, NJ 08735-1437

PAUL FRAUSTO
1014 KRINGS LN
JOLIET, IL 60435-3835

PAUL E HAMMERSTROM JR
153 SUMMER ST
MILFORD, NH 03055-4139

PAUL ELLISON
639 LAKENGREN DR
EATON, OH 45320-2614

PAUL FREDERICK WESTERHAUS
3024 TENNESSEE AVE
KENNER, LA 70065-4738

PAUL E MONTAGNET
47 CHATEAU DU LAC
KENNER, LA 70065-2060

PAUL ENGEL
77 HAWTHORNE AVE
ALBANY, NY 12203-2125

PAUL G ANDRIESSE
7312 PINEWALK DR S
MARGATE, FL 33063-8104

PAUL E NITSICK
610 MAIN ST
SPRINGFIELD, NE 68059-3220

PAUL ESSMAN
4136 BOULDER DR
LINCOLN, NE 68516-2918

PAUL G DILLENBERGER
10101 HORSESHOE TRL
EDEN PRAIRIE, MN 55347-4722

PAUL E PEARSON
1534 MEDITERRANEAN CT
PRESCOTT, AZ 86301-5548

PAUL EUGENE GEYMANN
4927 SE FORDHAM DR
BARTLESVILLE, OK 74006-2814

PAUL G EVANS
3421 CIRCLE CLOSE
MADISON, WI 53705-1409

PAUL E PILLSBURY
7175 N NOFFKE DR
CALEDONIA, MI 49316-8805

PAUL F HEIDER
88 PINE ST
TEWKSBURY, MA 01876-3729

PAUL G SCHOEN
21 WINNIE PALMER CT
MONROE TOWNSH, NJ 08831-8833

PAUL E RODIBAUGH JR
114 NARRAGANSETT DR
MCKEESPORT, PA 15135-3317

PAUL F KLAPPER
301 MISSION ST UNIT 36C
SAN FRANCISCO, CA 94105-6654

PAUL GARDNER SARGENT
148 BARROWS ST
NORTON, MA 02766-3123

PAUL E SAMPSON
12954 REDSTONE DR
HUNTLEY, IL 60142-6399

PAUL F STEEN
2363 VILLAGE SQ
MISSOULA, MT 59801-2100

PAUL GEORGE
49 WINDY LN
SUNBURST, MT 59482-9714

PAUL E WASHINGTON
22727 CIELO VIS
SAN ANTONIO, TX 78255-9501

PAUL FRAMPTON
4516 FRANKLIN ST
OMAHA, NE 68104-5125

PAUL GLISCHINSKI
9428 CORONADO DR
LA GRANGE, CA 95329-9603

PAUL GOLDINER
255 HUGUENOT ST APT 2204
NEW ROCHELLE, NY 10801-8303

PAUL I ANDERSON
9717 SUNRISE BEACH DR NW
GIG HARBOR, WA 98332-7512

PAUL JOHN VAN ALLEN
34 S CRICKET TER
ARDMORE, PA 19003-2204

PAUL GOLLNER
379 W RIVER RD
PALATKA, FL 32177-7063

PAUL J DONDLINGER
20 PLAZA DEL CENTRO
SANTA FE, NM 87506-7992

PAUL JOHNSON
860 CENTER ST
WISCONSIN RAP, WI 54494-1818

PAUL H [SONNY] CROSBY
1415 MOUNTAIN MEADOW RD
KALISPELL, MT 59901-8413

PAUL J HOULIHAN
149 NW 48TH BLVD
GAINESVILLE, FL 32607-2279

PAUL JONES
16051 177TH ST
HUTCHINSON, MN 55350-7142

PAUL H BUNCH JR
1415 OLD MARTINTOWN RD
NORTH AUGUSTA, SC 29860-9602

PAUL J SCHNEIDER
2692 NE HIGHWAY 70 LOT 472
ARCADIA, FL 34266-8524

PAUL JOSEPH CASTELLANO
200 RUTHERGLEN DR
OAKDALE, PA 15071-9730

PAUL HEINTZ
7315 N MANNING DR
PEORIA, IL 61614-1917

PAUL J SPRAGUE
1921 HILLCREST DR
LIMA, OH 45805-2619

PAUL K FORT
161 CARLISLE AVE
TRENTON, NJ 08620-1253

PAUL HERZBERG
2416 BLAISDELL AVE
MINNEAPOLIS, MN 55404-3365

PAUL J STORMO
6200 BALDER LN
EDINA, MN 55439-1102

PAUL KREIDER
3220 SIMPSON AVE
OCEAN CITY, NJ 08226-2042

PAUL HOOGERHEIDE
2800 CEDAR AVE
LONG BEACH, CA 90806-1447

PAUL J SWEENEY
201 REILLYWOOD AVE
HADDONFIELD, NJ 08033-2203

PAUL KUCHENBUCH
9 LABELLE TER
RICHLAND, MI 49083-9611

PAUL HOPPERDIETZEL
531 E MAIN ST
SAINT ANTHONY, ID 83445-1550

PAUL JAGNOW
1516 TRACY LN
IOWA CITY, IA 52240-5832

PAUL L CONTI
635 S PARK BLVD
GLEN ELLYN, IL 60137-6918

PAUL HUFFER
171 RIDGE CREST CIR
LIMA, OH 45801-3809

PAUL JOCHNAU
209 SHERWOOD CT
SOMERSET, NJ 08873-6029

PAUL L GOENNER
10022 82ND ST SE
CLEAR LAKE, MN 55319-9609

PAUL L HARVEY
704 SAND DRIFT CT
CHESAPEAKE, VA 23322-6409

PAUL M CICERO
606 PROSPECT AVE
MORRISVILLE, PA 19067-2230

PAUL NEWTON
7902 JONQUIL DR
LOUISVILLE, KY 40258-2444

PAUL L LISS
221 THUMB LAKE RD
VANDERBILT, MI 49795-9765

PAUL M EHRLICH
511 N WISCONSIN ST
PORT WASHINGT, WI 53074-1641

PAUL NOMECOS
3505 KATHERINE WAY
URBANA, MD 21704-7023

PAUL L STROLE
1546 CORTLAND CT
GRAND JUNCTIO, CO 81506-5244

PAUL M FERNANDEZ III
7624 RIVER RD
MILTON, FL 32583-8686

PAUL O FILTER
PO BOX 175
DILLSBORO, IN 47018-0175

PAUL LAMBRECHT
30 SPRINGCREST CT APT 234
GREENVILLE, SC 29607-4034

PAUL M GAGNET SR
4001 METAIRIE CT
METAIRIE, LA 70002-1933

PAUL OLSON
2412 NE 16TH AVE
PORTLAND, OR 97212-4228

PAUL LAWRENCE
1407 KELLERS CHAPEL RD
JONESBORO, AR 72404-9481

PAUL M GOIN
4370 COUNTY ROAD 417
MUENSTER, TX 76252-3305

PAUL P COMBEL
916 NAVARRE AVE
NEW ORLEANS, LA 70124-2710

PAUL LENTFER
1115 ROOSEVELT ST
WATERLOO, IA 50707-4023

PAUL M JENKINS
59 N BROAD ST
LITITZ, PA 17543-1025

PAUL PARKER JR
45 SHINNECOCK DR
PALM COAST, FL 32137-1510

PAUL LINDHAG
1018 KODIAK ST
FAIRBANKS, AK 99709-4832

PAUL MALLORY
4250 FORESTBROOK DR
LIVERPOOL, NY 13090-2434

PAUL PATTERSON
3440 JENNINGS ST
SIOUX CITY, IA 51104-1951

PAUL LIVESAY
4383 N COUNTY ROAD 325 W
GREENCASTLE, IN 46135-8411

PAUL MEPYANS
8877 E ML AVE
KALAMAZOO, MI 49048-9649

PAUL PHILLIPPE
1055 CHESTNUT ST
SYRACUSE, NE 68446-9784

PAUL M BROWN
229 LAVENDER HILL LN
PETALUMA, CA 94952-1873

PAUL MURGATROYD
2028 UPPER LAKE DR
RESTON, VA 20191-3645

PAUL R DEVRIES
5142 GREEN MEADOW RD
KALAMAZOO, MI 49009-1256

PAUL R HEFFNER
1831 WOODBINE CIR
AUSTELL, GA 30168-5031

PAUL S KRAMER
4800 QUEEN PALM LN
TAMARAC, FL 33319-3544

PAUL STEPHAN
401 BOTTLEBRUSH AVE
LAKE PLACID, FL 33852-9084

PAUL R MARIANO
1414 DELMONT AVE
HAVERTOWN, PA 19083-2628

PAUL S SELYA
306 SPRUCE RD
FLOURTOWN, PA 19031-2237

PAUL T HURBAN
33592 NANDINA LN
MURRIETA, CA 92563-3400

PAUL R REMELIUS
5520 SE AULT AVE
STUART, FL 34997-6433

PAUL SCHOCKMAN
16633 REDWOOD ST
FOUNTAIN VALL, CA 92708-2321

PAUL T WHITE JR
423 HOLMES AVE
LIMA, OH 45804-2033

PAUL R VASELANEY
24494 S RIDGE RD
BEAVERCREEK, OR 97004-9765

PAUL SEARS
2131 WESTMINSTER DR
RIVERSIDE, CA 92506-5529

PAUL V BEHNEN
3956 SWEET SHADOW AVE
COLUMBUS, OH 43230-7399

PAUL R WIGGINS
16239 SW 16TH ST
PEMBROKE PINE, FL 33027-5131

PAUL SELBY
131 CLEMSON DR
OAK RIDGE, TN 37830-7665

PAUL V BUTLER
1051 PENNINGTON LN
CUPERTINO, CA 95014-4929

PAUL REICH
225 VINE ST
MILTON, PA 17847-1613

PAUL SMITH
PO BOX 771
LAKE CITY, TN 37769-0771

PAUL V SERENIUS DDS
321 VILLAGE SQUARE DR
DAYTON, OH 45458-4047

PAUL RIPPERT
388 PIEZZI RD
SANTA ROSA, CA 95401-5534

PAUL SMITH
219 W RIVERVIEW DR
ALGONA, IA 50511-3215

PAUL V WEBB
124 LONESOME PINE TRL
MOULTRIE, GA 31788-8700

PAUL S ALDERMAN
2227 E PALMAIRE AVE
PHOENIX, AZ 85020-5633

PAUL SNELLER
130 VALLEY RD
MONTEZUMA, IA 50171-8423

PAUL W BEVERUNG
3853 ANNETTA CENTERPOINT RD
ALEDO, TX 76008-2569

PAUL S DEAN JR
10610 EAGLE GLEN DR
CONCORD, TN 37922-5564

PAUL SPAUDE
6354 E BAY LN
RICHLAND, MI 49083-8707

PAUL W DOENGES
3122 WILLOW OAKS DR
FORT WAYNE, IN 46809-1853

PAUL W HAWKINS
1821 EAGLE MESA AVE
HENDERSON, NV 89012-6200

PAUL W KAUFMAN
25 LA VIS
SANTA FE, NM 87505-9002

PAUL W PITTS
19 COLCHESTER DR
JACKSON, NJ 08527-4782

PAUL WAGONER
324 COLUMBIA ST
CAMBRIDGE, MA 02141-1310

PAUL WALPOLE
200 COMMERCE ST
OLD HICKORY, TN 37138-2426

PAUL WALTHER
1399 FOXTAIL CT
LAKE MARY, FL 32746-4467

PAUL WELDON
413 SPRINGTIME CT
ANTIOCH, TN 37013-1219

PAUL WOJCIECHOWSKI
524 IRON RIDGE RD
HANOVER, PA 17331-6838

PAULA A MORRISON
1019 GARRISON RIDGE BLVD
KNOXVILLE, TN 37922-5158

PAULA ADKINS
854 N LIBERTY ST
ARLINGTON, VA 22205-1415

PAULA BERGER
3630 N VALLEY DR
WISCONSIN RAP, WI 54494-8034

PAULA BRULAND
18114 HOWE CIR
OMAHA, NE 68130-4234

PAULA C HOLLANDSWORTH
6054 MCGUIRE ST
TAYLOR, MI 48180-1146

PAULA CANNON
4380 HERITAGE DR APT 2A
LIVERPOOL, NY 13090-2042

PAULA CASPER
22528 MERIDIANA DR
BOCA RATON, FL 33433-6311

PAULA CROSS
758 DEEMS RD
MINERAL WELLS, WV 26150-8115

PAULA DOUGLAS
111 CRANES ROOST
ROYAL PALM BE, FL 33411-8632

PAULA FASS
1211 GRIZZLY PEAK BLVD
BERKELEY, CA 94708-2127

PAULA FRANCES EBBITT
63 MOUNT VERNON ST APT 4
CAMBRIDGE, MA 02140-2746

PAULA FRANKLIN
1 CRESTWOOD DR
TROPHY CLUB, TX 76262-5635

PAULA HANSON
500 18TH ST NE
WATERTOWN, SD 57201-2051

PAULA HUGHES
6129 CIRCLEVIEW DR
NORTH RICHLAN, TX 76180-8015

PAULA J LEWIS
10891 MILLBROOK LN
OLATHE, KS 66061-9107

PAULA J PETRUSKEWIC
3513 76TH ST APT 21
JACKSON HEIGH, NY 11372-4564

PAULA JOHNSON
1229 DONELSON AVE
OLD HICKORY, TN 37138-3217

PAULA K HUSE
3312 SW 318TH PL
FEDERAL WAY, WA 98023-2239

PAULA K MARTIN
732 VISTA ABAJO DR NE
ALBUQUERQUE, NM 87123-2247

PAULA KANT
6801 E PRICE RD
SAINT JOHNS, MI 48879-8137

PAULA MINOR
3392 LIONEL RD
MIMS, FL 32754-5307

PAULETTA KOONS
3365 E BETHEL LN
BLOOMINGTON, IN 47408-9386

PAULA KORTZ
6673 DYER RD SW
SOUTH BOARDMA, MI 49680-9406

PAULA NEWTON
1818 LOWELL AVE
LIMA, OH 45805-3126

PAULETTA STEWART
2635 VI POST RD
RICHMOND, IN 47374-9494

PAULA KREMERS
4 SILVER FOX LN
HILTON HEAD, SC 29926-1130

PAULA PUCKETT
3301 GERALDINE LN
RICHMOND, IN 47374-6755

PAULETTE CAMDEN
2923 TROPICAL DR
INDIANAPOLIS, IN 46205-1588

PAULA KREPCIK
17281 NEWPORT RD
ANAMOSA, IA 52205-7677

PAULA ROSALIE MYERS
15268 SPRINGRUN DR
CHESTERFIELD, MO 63017-1920

PAULETTE DE CORIOLIS
7912 170TH AVE NE UNIT 206
REDMOND, WA 98052-0906

PAULA LAXTON
3203 BOWMAN RD
GRANITE FALLS, NC 28630-9526

PAULA SCHMIDT
17816 CADDY DR
DERWOOD, MD 20855-1004

PAULETTE DISMANG
3805 N MARYBELLE AVE APT 80
PEORIA, IL 61615-3997

PAULA LEIFRIG
2518 WOODWIND DR
RICHMOND, TX 77406-2360

PAULA SLIEFERT
18948 96TH PL N
MAPLE GROVE, MN 55311-1225

PAULETTE EVANS
319 GIBBS RD
NEW PARIS, OH 45347-9109

PAULA M JAMISON
17470 270TH RD
WHITING, KS 66552-9313

PAULA SMITH
4718 SPINNING WHEEL DR
BRIGHTON, CO 80601-4637

PAULETTE F FRENCH
1770 W PLACITA CANOA AZUL
GREEN VALLEY, AZ 85622-8072

PAULA M PEDRO
PO BOX 449
WILLIAMS, OR 97544-0449

PAULA WEIS
25 MARION AVE
STONY BROOK, NY 11790-2403

PAULETTE FERRAS
4490 RIVER ASH CT
CONCORD, CA 94521-4402

PAULA MARIE SENATORE-DIGIACOMO
1421 WYNNEWOOD RD
ARDMORE, PA 19003-3124

PAULA YOUNG MAYBERRY
329 W 20TH ST
HUNTINGBURG, IN 47542-9180

PAULETTE GARBO
1152 BISHOP RD
SALINE, MI 48176-9402

PAULETTE KETCHAM
509 OAK ST
GEORGETOWN, KY 40324-1949

PAULINE CUMMINS
34 NW 16TH ST
RICHMOND, IN 47374-3920

PAULINE MITCHELL
3390 JOHN TREE HILL RD
POWHATAN, VA 23139-4520

PAULETTE SERRANI
2435 BERKLEY AVE
FORT WAYNE, IN 46815-6903

PAULINE CURRY
14 STUART DR
EAST BRUNSWIC, NJ 08816-3808

PAULINE MOSER
1533 LANTERNS REST RD UNIT 2
MYRTLE BEACH, SC 29579-6517

PAULINA HEVIA
7600 SW 176TH ST
PALMETTO BAY, FL 33157-6322

PAULINE DREW
4101 W ILES AVE APT 2121
SPRINGFIELD, IL 62711-7144

PAULINE RIESEN
544 ELIZABETH DR
WOOD DALE, IL 60191-2336

PAULINE [POLLY] BOWERS
1126 E TIMBER RIDGE RD
PRESCOTT, AZ 86303-6407

PAULINE FARNSWORTH
3305 VOELLER AVE
GROVE CITY, OH 43123-3123

PAULINE SCHOBERT
24 WEST ST
NEWPORT, RI 02840-6810

PAULINE [POLLY] GIBBLE
PO BOX 5093
LANCASTER, PA 17606-5093

PAULINE HINESLY
3275 DEER TRAIL LN
MEDFORD, OR 97501-9302

PAULINE THERESA JANKOWSKI
38 HARTFORD RD
WHITING, NJ 08759-2248

PAULINE A BARTON
1216 JANE ELLEN
LOWELL, MI 49331-1232

PAULINE M ELLINGSON
2154 GOLDEN AVE
LONG BEACH, CA 90806-4117

PAULINE WARNER
PO BOX 347
MOUND, MN 55364-0347

PAULINE ANDRES
830 D ST
PETALUMA, CA 94952-4133

PAULINE MCMILLAN
69 ASTER ST
BROWNS MILLS, NJ 08015-2962

PAULINE YVONNE PATRISS
44 CHAPMAN ST
NEWINGTON, CT 06111-1701

PAULINE BROWDER
1319 N BEVERLY AVE
TUCSON, AZ 85712-4905

PAULINE MEANEY
11677 JUREANE DR
ORLANDO, FL 32836-6120

Paypal Credit Services
PO Box 965005
Orlando, FL 32896-5005

PAULINE BRUNSWICK
4234 CHILDRENS HOME BRADFORD
GREENVILLE, OH 45331-9319

PAULINE MIFSUD
81 EASTVIEW DR
HOLLISTER, CA 95023-5526

PAZETTA MALLETTE
4011 W HAMILTON RD
NASHVILLE, TN 37218-2114

PEABODY HIGH SCHOOL
PEABODY HIGH SCHOOL ALUMNI A
2609 HIGHWAY 45 S BY PASS
TRENTON, TN 38382

PEABODY HIGH SCHOOL
c/o JENNY CORBIN
2609 HIGHWAY 45 S BY PASS
TRENTON, TN 38382

PEARL EMMA HORNER
317 CHESTERFIELD ARNEYTOWN R
WRIGHTSTOWN, NJ 08562-2029

PEARL L SWIG
5751 COLUMBINE WAY
POLLOCK PINES, CA 95726-9419

PEARLIE A JOHNSON
509 JULIUS DAVIS LN
MARSHALL, TX 75672-3352

PEARLINE WATSON
2243 ELDEROAKS LN
DALLAS, TX 75232-3310

PEDRO R QUINONES
PO BOX 1133
BROWNS MILLS, NJ 08015-8133

PEGGIE CARSTEN
3022 LOESS HILLS TRL
MISSOURI VALL, IA 51555-5003

PEGGIE J MCLAIN
101 CARSON AVE
DUMAS, TX 79029-3515

PEGGY A CRICHTON
253 RICHMOND AVE
AMITYVILLE, NY 11701-4238

PEGGY A SVOMA
W20614 PRAIRIE RD W
STRUM, WI 54770-7923

PEGGY A TOMPKINS
1829 OTTER HILL RD
BEDFORD, VA 24523-6261

PEGGY ADAMS
21 MOUNT ORANGE RD
TRENTON, TN 38382-9615

PEGGY ANN POOL
26463 HAMRE PL
HEMET, CA 92544-6481

PEGGY ANN VINSON
126 LIGHTHOUSE DR
PORTSMOUTH, VA 23703-5473

PEGGY ARSENEAU
2019 4TH AVE N APT 308
SAUK RAPIDS, MN 56379-2778

PEGGY BECK
809 N 21ST ST
LAMESA, TX 79331-2417

PEGGY BOTHELL
5643 480TH ST SE
IOWA CITY, IA 52240-8347

PEGGY BURKE
8710 DRIFTWOOD DR
COLLEGE STATI, TX 77845-5573

PEGGY C WILCOX
61 UNION AVE
CENTER MORICH, NY 11934-3331

PEGGY CARLSON
7761 LOST LAKE TRL
LAKE SHORE, MN 56468-3001

PEGGY DALEY
N19956 PARADISE LN
GALESVILLE, WI 54630-8123

PEGGY DE PROPHETIS
104 S PRINCETON AVE
SWARTHMORE, PA 19081-1517

PEGGY DROOK
12 REDWOOD LN
RICHMOND, IN 47374-2888

PEGGY DUNSTON
48490 BAILEYS BAY RD
BIG STONE CIT, SD 57216-8211

PEGGY EMMONS
PO BOX 45
GREEN FOREST, AR 72638-0045

PEGGY FERGUSON
PO BOX 621
DUMAS, TX 79029-0621

PEGGY GARN
3624 N 101ST ST
OMAHA, NE 68134-4506

PEGGY HOGAN
8595 WHITTAKER RD
YPSILANTI, MI 48197-9434

PEGGY KOCH
1542 600TH ST
CHEROKEE, IA 51012-7176

PEGGY GENUNG
22790 PAHUTE RD
APPLE VALLEY, CA 92308-7415

PEGGY HOLE
2226 NORTHRIDGE LN
WASHINGTON, IL 61571-1945

PEGGY L CARLSON
241 CREST CT
BLOOMINGDALE, IL 60108-1603

PEGGY GREER
121 CHOCTAW DR
HENDERSONVILL, TN 37075-4639

PEGGY HOMAN
1804 WHITE DEER PIKE
NEW COLUMBIA, PA 17856-9248

PEGGY L PETERS
917 GOLDEN ARROW ST
GREAT FALLS, VA 22066-2520

PEGGY GWYNN
184 S HILL DR
WESTAMPTON, NJ 08060-5728

PEGGY J BAIR
301 CANNONBALL DR W
CAMP POINT, IL 62320-1034

PEGGY LASO
156 ALSPACH RD
ONALASKA, WA 98570-9409

PEGGY HADWIN
400 S BROADWAY PL APT 1259
TUCSON, AZ 85710-3792

PEGGY J BLAISING
13642 RUSHMORE LN
SANTA ANA, CA 92705-2608

PEGGY LEE MCHUGH
71 KINGS XING
CALICO ROCK, AR 72519-8976

PEGGY HARTMAN
416 SW 15TH ST
RICHMOND, IN 47374-5108

PEGGY J REED
8812 MIDDLEBROOK PIKE
KNOXVILLE, TN 37923-1614

PEGGY LENTI
BOX 62
FORT LANGLEY, BC V1M 2R4

PEGGY HAYES
2950 PINE VALLEY DR
MIRAMAR BEACH, FL 32550-7837

PEGGY JOHNSON
N4957 1208TH ST
PRESCOTT, WI 54021-7617

PEGGY LINABITZ
1025 3RD ST NE
DEVILS LAKE, ND 58301-3229

PEGGY HENEMYRE
330 10TH ST NE
NAPLES, FL 34120-5074

PEGGY JONES
2546 W CARDINAL ST
SPRINGFIELD, MO 65810-1309

PEGGY LOUISE BONE
3308 LINDLAVISTA WAY
DES MOINES, IA 50310-5026

PEGGY HILL
440 PINE ST
ROGUE RIVER, OR 97537-5505

PEGGY KNOEPFLE
1700 W WASHINGTON ST APT B40
SPRINGFIELD, IL 62702-6455

PEGGY LOWES
18 JAMES PL
MANASQUAN, NJ 08736-2814

PEGGY M CIN
5703 SPRUCE MILL DR
MORRISVILLE, PA 19067-7220

PEGGY MICHIE
922 OHIO ST APT 216
BANGOR, ME 04401-3078

PEGGY SIMPLER
185 GRAYLYN CREST DR
NEW COLUMBIA, PA 17856-9417

PEGGY M RUTLAND
424 SHORECREST DR
CLEMSON, SC 29631-1411

PEGGY MILLER
904 E MILWAUKEE AVE APT 17
STORM LAKE, IA 50588-3501

PEGGY SKINNER
2718 60TH ST
DES MOINES, IA 50322-5118

PEGGY MANIS
PO BOX 447
MADISON, TN 37116-0447

PEGGY NICHOLSON
425 SW 17TH ST
RICHMOND, IN 47374-5134

PEGGY STORY
410 HARVESTER DR
NORTH AUGUSTA, SC 29860-7702

PEGGY MARCH MD
1511 S LAKE SHORE DR
SARASOTA, FL 34231-3405

PEGGY OLDHAM
303 S MADISON ST
KNIGHTSTOWN, IN 46148-1334

PEGGY SUE TREBNIK
41305 BROWN RD
FALL RIVER MI, CA 96028-9726

PEGGY MASON
380 FLAMINGO DR
VENICE, FL 34285-3001

PEGGY OTTO
PO BOX 122
DORR, MI 49323-0122

PEGGY SWAILS
174 HOBCAW DR
MOUNT PLEASAN, SC 29464-2545

PEGGY MATTHEWS
104 OLD WESTMORELAND RD
PORTLAND, TN 37148-1926

PEGGY PETTIFORD
1916 PINEY GROVE CHURCH RD
KNOXVILLE, TN 37909-1735

PEGGY TAYLOR
501 SPRINGVIEW DR
SANFORD, FL 32773-5950

PEGGY MC DERMOTT
580 WHITNEY TER
MEDFORD, OR 97504-3708

PEGGY ROSS
1 MCKNIGHT PL APT 482
SAINT LOUIS, MO 63124-2235

PEGGY WESTBROOK
PO BOX 77
GAIL, TX 79738-0077

PEGGY MCLAUGHLIN
2018 N ADDISON ST
SPOKANE, WA 99207-2234

PEGGY SARNO
45 W 54TH ST APT 3E
NEW YORK, NY 10019-5404

PEGGY WHITFORD
1242 RAINIER LN
OAK HARBOR, WA 98277-8444

PEGGY MCRAE
102 MAID MARIAN CT
HINESVILLE, GA 31313-6324

PEGGY SHAPLAND
3560 TWIN OAKS DR
WONDER LAKE, IL 60097-8179

PEGGY WILKINS
1111 SUNFLOWER TRL
ORLANDO, FL 32828-5349

PEGGY WOODWARD
208 WESTERN ST
LEAVENWORTH, KS 66048-1746

PENNEE CASE
1294 LAWRENCE RD
CLOQUET, MN 55720-2925

PENNY ZLATEC
4070 MINNETONKA DR
LINDEN, MI 48451-9470

PEGGY YOCKEY
1770 COYOTE POINT DR
COLORADO SPGS, CO 80904-1053

PENNY BRUCE
21 LONG CRESCENT DR
BRISTOL, VA 24201-3521

PERCIVAL RAVENEL PORCHER
1690 N WOODMERE DR APT 14
CHARLESTON, SC 29407-2812

PEMBERTON TOWNSHIP HIGH SCHOOL
PEMBERTON TOWNSHIP HIGH SCHO
148 ARNEY'S MOUNT RD
PEMBERTON, NJ 08068

PENNY HAWKINS
110 STURBRIDGE LN
TRUMBULL, CT 06611-1047

PERICLES STRICKLAND
3845 W HIGHWAY 326
OCALA, FL 34482-7611

PEMBERTON TOWNSHIP HIGH SCHOOL
c/o MIKE PINTO
148 ARNEY'S MOUNT RD
PEMBERTON, NJ 08068

PENNY HUGHES
15471 MEYER RD
LEAVENWORTH, KS 66048-6365

PERRY BAHM
8750 SW 50TH PL
COOPER CITY, FL 33328-4358

PENELOPE DIETZ
1110 PARKMORE CT
LELAND, NC 28451-7996

PENNY KAISER
3099 EDEN RD
LESLIE, MI 49251-9390

PERRY EDDINS
112 WISTERIA WAY
BOWLING GREEN, KY 42104-7621

PENELOPE EVANCIC
13785 WATERCHASE WAY
JACKSONVILLE, FL 32224-0808

PENNY MCCULLOUGH
109 COTTAGE PL
NASHVILLE, TN 37214-2048

PERRY H KAY SR
PO BOX 710962
HOUSTON, TX 77271-0962

PENELOPE L (PENNY) ROBERTS
704 AVON PL
ALEXANDRIA, VA 22314-1205

PENNY SANDS
3297 MILL CREEK RD
GALLIPOLIS, OH 45631-8225

PERRY PARADISO
176 CAMINO DE HERRERA
SAN ANSELMO, CA 94960-1355

PENELOPE LAFRANCE
10121 WOODBURY DR APT 205
MANASSAS, VA 20109-3783

PENNY SAWYER
3132 GARMON OAK CT
LAWRENCEVILLE, GA 30044-5116

PERRY RICHARD PERRYMAN
100 INDEPENDENCE PL STE 201
TYLER, TX 75703-1327

PENELOPE SEDLOCK
1121 6TH AVE
LEAVENWORTH, KS 66048-3224

PENNY SCHENCK
2766 S E ST
RICHMOND, IN 47374-6772

PERRY RUDMAN
8720 E MALLARD LN
WILMINGTON, IL 60481-9226

PETE HANSEN
112 GRAND AVE
STORM LAKE, IA 50588-1607

PETER C VORUM
1886 SOUTHLAWN DR
FAIRBORN, OH 45324-3954

PETER G BOWLER
12428 COVINGTON CT
CHARLOTTE, NC 28277-4608

PETE KEMLING
14392 HOLDEN CT
SAN JOSE, CA 95124-4509

PETER CORDEIRO
23 BURGESS RD
PLYMOUTH, MA 02360-3550

PETER G GUSTAFSON
1325 HUNGRY HOLLOW RD
WINNSBORO, SC 29180-8946

PETE RIPPLINGER
8372 33RD ST SE
JAMESTOWN, ND 58401-9655

PETER D BEWLEY
2174 MIRAMONTE WAY
NAPLES, FL 34105-3074

PETER G RAPP II
1195 WEDGEWOOD AVE APT 100
NASHVILLE, TN 37203-5442

PETER [PETE] ARMBRUST
PO BOX 404
MURRYSVILLE, PA 15668-0404

PETER D KITTOWER
6205 S 195TH DR
BUCKEYE, AZ 85326-4811

PETER G VAVALIDES
PO BOX 2172
ALPHARETTA, GA 30023-2172

PETER [PETE] FISCHER
N6605 MEADOWLARK RD
WITTENBERG, WI 54499-8128

PETER D MECHTEL
8618 72ND ST SE
CLEAR LAKE, MN 55319-9573

PETER GERGAY
78 DELMAR ST
SAN FRANCISCO, CA 94117-4006

PETER [PETE] KRZYZKOWSKI
19 SPRING ST
SOUTH RIVER, NJ 08882-1655

PETER E ROCHE
655 ENTERPRISE DR APT 8
ROHNERT PARK, CA 94928-2437

PETER HEXUM
PO BOX 86
IRON RIVER, WI 54847-0086

PETER ANDREWS
5161 COLLINS AVE APT 504
MIAMI BEACH, FL 33140-2719

PETER E SMITH
748 DEER CREEK DR
KING OF PRUSS, PA 19406-1534

PETER HUCKABA
75 LESLIE SCRUGGS RD
HUMBOLDT, TN 38343-5634

PETER BARRY
744 WEDGE DR APT 10
NAPLES, FL 34103-4444

PETER ESHELMAN
618 FIVEPOINTVILLE RD
DENVER, PA 17517-8982

PETER J [PETE] COAKLEY
4845 N BISON ST
WICHITA, KS 67204-2616

PETER C ROLLINS
2023 JORDAN
STILLWATER, OK 74074-1371

PETER G APICELLA
36321 EDDY RD
WILLOUGHBY HI, OH 44094-8414

PETER J [PJ] VANDE RYDT
56 FARM LN
WESTWOOD, MA 02090-1108

PETER J DELFYETT
12230 BENTON ST
SPRINGFIELD G, NY 11413-1051

PETER LAMBERT
4755 ALONZO AVE
ENCINO, CA 91316-3605

PETER R BAKKALA
51 WESSON TER
NORTHBOROUGH, MA 01532-1955

PETER J GRUBER
105 SUMMIT VW
GLEN ROSE, TX 76043-5336

PETER LANGLOIS
7464 GADSBY SQ
ALEXANDRIA, VA 22315-5288

PETER R STROBL
2 CAROLINA DR
PERRYSBURG, OH 43551-3616

PETER J STEIN
26 ARROWHEAD DR
GUILFORD, CT 06437-3137

PETER M CELESTINA
22015 N CALLE ROYALE
SCOTTSDALE, AZ 85255-4938

PETER R TYSON
26 WOOSAMONSA RD
PENNINGTON, NJ 08534-3803

PETER K MAITLAND
444 S PARKSIDE AVE
ELMHURST, IL 60126-3936

PETER MAGGI
86 CLIFTON AVE
HULL, MA 02045-2604

PETER ROBERTS
34 HILL RD
ALLENTOWN, NJ 08501-1410

PETER K SOLECKI
4080 FRONT ST APT 404
SAN DIEGO, CA 92103-2081

PETER MCCANN
3154 REFLECTION LN
OOLTEWAH, TN 37363-6978

PETER S KADETSKY
117 GILMAN AVE
NASHVILLE, TN 37205-4434

PETER KING
144 CANAL WALK BLVD
SOMERSET, NJ 08873-7381

PETER MURCHISON
12 CHELSEA CIR
CLOVERDALE, CA 95425-4002

PETER SEELEY
8803 N THOMPSON AVE
CLOVIS, CA 93619-9017

PETER KRAWCZYK
217 LAUREL MEADOWS DR
WEST COLUMBIA, SC 29169-2312

PETER NEPA
777 S FEDERAL HWY APT N109
POMPANO BEACH, FL 33062-5952

PETER STRAUSS
156 BRITE AVE
SCARSDALE, NY 10583-1427

PETER L GOODWIN
1233 FLICKER CIR
EAGAN, MN 55123-1115

PETER O'CONNELL
1131 MARY KEVIN DR
SLIDELL, LA 70461-5355

PETER T MAHLOCK
10310 KEEN PL
FORT WAYNE, IN 46825-1514

PETER L HAUSE
10610 OXFORD CT
GREAT FALLS, VA 22066-4218

PETER P DOUGHERTY
528 MANOR BROOK DR
CHAGRIN FALLS, OH 44022-4505

PETER TRAHON
113 PAYSON RD
CHESTNUT HILL, MA 02467-3271

PETER VAN
7665 LA CORNICHE CIR
BOCA RATON, FL 33433-6007

PETER WARNER
804 GLEN AVE
HOWARDS GROVE, WI 53083-1149

PETER WASSERBURGER
337 BEDAL LN
CAMPBELL, CA 95008-6541

PETER WILLIAM SILBERSTEIN
1631 TAWNYBERRY CT
TRINITY, FL 34655-5348

PETER WIRTZ
N7499 GOLF COURSE RD
PLYMOUTH, WI 53073-2702

PETER ZOMAYA
2020 W HUNT AVE
CHICAGO, IL 60643-5934

PHIL BLACK MD
7230 PENNSYLVANIA AVE
KANSAS CITY, MO 64114-1319

PHIL BURNETTE
1458 HIGH GROVE WAY
ORLANDO, FL 32818-5642

PHIL GREENWOOD
18 BABCOCK LN
WILLINGBORO, NJ 08046-1604

PHIL HYATT
109 SW HEMLOCK ST
DUNDEE, OR 97115-9522

PHIL LANGSTRAAT
14592 KENNEDY ST
INDIANOLA, IA 50125-8252

PHIL PERDUE
4903 MEADOW CREEK CT
CRESTWOOD, KY 40014-8600

PHIL PILGRIM
PO BOX 464
PORT TOWNSEND, WA 98368-0464

PHIL STEVENS
840 S WOLF RD
COLUMBIA CITY, IN 46725-9737

PHILIP A BAIRD
PO BOX 987
E FALMOUTH, MA 02536-0987

PHILIP A BREAM
4246 COOPER LN
HOLT, FL 32564-9475

PHILIP A DIEDERICH
2268 EMORY LN
NORMAL, IL 61761-6501

PHILIP A SECHLER
1833 MACARTHUR DR
MC LEAN, VA 22101-5339

PHILIP A STEVENS
16015 W 150TH TER
OLATHE, KS 66062-2672

PHILIP ARLIA
800 PENNSYLVANIA AVE
IRWIN, PA 15642-3734

PHILIP ARMANINO
1022 ARMSBY WAY
SUISUN CITY, CA 94585-3700

PHILIP B CARLO
3815 AUSTINBURG RD
ASHTABULA, OH 44004-9308

PHILIP BARISH
2812 S OCEANSHORE BLVD
FLAGLER BEACH, FL 32136-4015

PHILIP BRANDIS
14 HILLSIDE RD UNIT C
GREENBELT, MD 20770-7791

PHILIP C MUSGRAVE
PO BOX 8
TRENTON, SC 29847-0008

PHILIP CLAUDSON
2385 TABLE ROCK RD SPC 119
MEDFORD, OR 97501-1567

PHILIP D BLEDSOE
5485 CANNON BRIDGE RD
COPE, SC 29038-9255

PHILIP DALEY
1071 BEARD RD
WATERFORD, CA 95386-8705

PHILIP J CAREY
205 MURRAY DR
DOYLESTOWN, PA 18901-3316

PHILIP MITCHELL
915 BIRDIE WAY
SAINT AUGUSTI, FL 32080-9179

PHILIP DOWLING
782 SUTTON DR
WALNUT CREEK, CA 94598-4664

PHILIP J SCHOFFMAN
1549 CORNER CROSSING RD
DELAND, FL 32720-2587

PHILIP MUSKIN
1700 YORK AVE
NEW YORK, NY 10128-7814

PHILIP E GALLUCCIO
34 W MONTGOMERY AVE APT 232
ARDMORE, PA 19003-1427

PHILIP KRIEGER
2200 BREVARD RD NE
SAINT PETERSB, FL 33704-3542

PHILIP N CHISESI
4641 CARTHAGE ST
METAIRIE, LA 70002-1468

PHILIP E KECK
1922 N COUNTY ROAD 0 EW
FRANKFORT, IN 46041-7802

PHILIP LEIBERT
769C MARLTON RD
MONROE TOWNSH, NJ 08831-7259

PHILIP R GLOTFELTY III MD
635 N LINDEN ST
MARSHALL, MI 49068-1054

PHILIP F PAULIN
483 MCNEIL DR
SAGAMORE HILL, OH 44067-2519

PHILIP LYDE
3460 HERITAGE VALLEY RD SW
ATLANTA, GA 30331-2310

PHILIP S SLAUGH
514 GRANT AVENUE EXT
WEST MIFFLIN, PA 15122-3831

PHILIP H STUTZ
28910 HONEYSUCKLE CT
LAKEMOOR, IL 60051-2237

PHILIP M MATHIS
600 ASHTON PL NE APT 305
CEDAR RAPIDS, IA 52402-8334

PHILIP SCHAENMAN
10605 VANTAGE CT
POTOMAC, MD 20854-4244

PHILIP H YOUNG
43 SYCAMORE LN
LEXINGTON, VA 24450-1799

PHILIP M STEBBINS
415 SIEGMUND ST
JOLIET, IL 60433-2029

PHILIP SPEARS VAVALIDES
4307 SHOAL CREEK DR
GREENSBORO, NC 27410-8669

PHILIP ITZKOWITZ
8312 FAIRWOOD DR
PASADENA, MD 21122-4648

PHILIP M TOUSSAINT
1170 W PORTVIEW DR
PORT WASHINGT, WI 53074-2320

PHILIP W HEINE
1328 WHISPERING PINES DR
HOUSTON, TX 77055-6855

PHILIP J BAROTT
2906 CASA DEL NORTE DR NE
ALBUQUERQUE, NM 87112-2116

PHILIP MARSALA
8552 S KINGS COVE DR
SALT LAKE CIT, UT 84121-6006

PHILIP WAYNE MORRIS
15426 SHANE PARKS LN
JACKSONVILLE, FL 32218-1481

PHILIP WOLTERSOM
3810 CANTERBURY AVE
KALAMAZOO, MI 49006-2702

PHILLIP P YOUNG
40695 US HIGHWAY 63
CABLE, WI 54821-4601

PHOEBE BAXTER
751 CHAMPLAIN DR
KING OF PRUSS, PA 19406-1517

PHILLIECIA Y CARTER
1402 GENTLE BEND DR
MISSOURI CITY, TX 77489-4110

PHILLIP REED SR
7300 MORRISON RD
NEW ORLEANS, LA 70126-3007

PHOEBE CRANE
1585 N US HIGHWAY 421
WHITESTOWN, IN 46075-9383

PHILLIP [PHILROY] EARLYWINE
3006 STATE ROAD 121
RICHMOND, IN 47374-8233

PHILLIP ROSSON
3117 ASHBY ST
BAKERSFIELD, CA 93308-1436

PHOEBE MEEKS
1008 ALVEDA AVE
EL CAJON, CA 92019-3455

PHILLIP H BOWER
2195 STOPPER DR
MONTOURSVILLE, PA 17754-9697

PHILLIP T SHAFER
290 N JAY ST
WEST MILTON, OH 45383-1708

PHYLLIS [KAY] TAYLOR
910 BETHESDA RD
BATESVILLE, AR 72501-9589

PHILLIP KREIDLER
777 S WEBB RD
GEUDA SPRINGS, KS 67051-8071

PHILLIP T STRANIERO
PO BOX 37
HICKORY CORNE, MI 49060-0037

PHYLLIS [PHYL] SCHAUER
6455 N 39TH ST
AUGUSTA, MI 49012-9767

PHILLIP L MCGALLIARD
4336 S CATHAY WAY
AURORA, CO 80015-2805

PHILLIP URBAN
1803 CHEROKEE ST
LEAVENWORTH, KS 66048-2117

PHYLLIS [SOOKY] KARP
15063 SW 16TH ST
PEMBROKE PINE, FL 33027-2370

PHILLIP M MOORE
103 S 4TH ST
RICHMOND, IN 47374-4220

PHILLIP VERDI
200 PEPPERIDGE DR
GENEVA, OH 44041-7107

PHYLLIS A BALLARD
795 S 770 W
WOODS CROSS, UT 84087-1547

PHILLIP MILLER
517 ALCAZAR CT
LADY LAKE, FL 32159-5619

PHILLIP W BORCHELT
6435 ROCKINGHAM DR
FORT WAYNE, IN 46835-2652

PHYLLIS A LOGSTON
3188 PINOLE VALLEY RD
PINOLE, CA 94564-1843

PHILLIP NIEZGOCKI SR
1200 13TH ST SE
SAINT CLOUD, MN 56304-1922

PHILLIP W PHIPPS
1902 N BAZIL AVE
INDIANAPOLIS, IN 46219-1943

PHYLLIS A MARTIN
707 N CHICAGO AVE
ARLINGTON HEI, IL 60005-1002

PHYLLIS A WILSON
8125 STILES RD
NORTH CHESTER, VA 23235-4623

PHYLLIS BRASHER
PO BOX 86
SHARON, TN 38255-0086

PHYLLIS COSTON
62 S FLORIDA ST
BUCKHANNON, WV 26201-2664

PHYLLIS ANN PETERSON
3820 JIM SMITH RD
WENATCHEE, WA 98801-9707

PHYLLIS BROWN
761 RUTH LAKE CT
HINSDALE, IL 60521-8123

PHYLLIS DIANNE STRICKLIN
248 RABBIT TRAIL RD
LEOMA, TN 38468-5664

PHYLLIS B BAILEY
423 LOCUST ST
INDIANA, PA 15701-3021

PHYLLIS BURDELL
1321 WOLFE AVE
BRADDOCK, PA 15104-2749

PHYLLIS E BIERI
725 BOWES RD APT L8
LOWELL, MI 49331-1689

PHYLLIS B FOSNAUGH
PO BOX 435
MANHATTAN, IL 60442-0435

PHYLLIS BURKHOLDER
232 MILLER RD
AKRON, PA 17501-1152

PHYLLIS ESHLEMAN
1252 BEAVER VALLEY PIKE
WILLOW STREET, PA 17584-8929

PHYLLIS B LYNCH
2440 BETHEL RD
NICHOLASVILLE, KY 40356-9585

PHYLLIS BURKHOLDER
222 W FARMERSVILLE RD
LEOLA, PA 17540-9721

PHYLLIS FRISBY
571 GRIGGS ST S
SAINT PAUL, MN 55116-1612

PHYLLIS BADEN
22185 CHELAN LOOP
WEST LINN, OR 97068-8207

PHYLLIS CALVERT
8215 W 17TH ST N
WICHITA, KS 67212-1454

PHYLLIS GALLO
2553 LAKE VISTA DR
TOLEDO, OH 43614-2681

PHYLLIS BARKER
264 N EAST ST
BRIGHTON, MI 48116-1641

PHYLLIS CHAMBLIN
13820 METCALF AVE APT 11002
OVERLAND PARK, KS 66223-7864

PHYLLIS HABERMAN
932 SW PRINCESS CIR
GRANTS PASS, OR 97527-6718

PHYLLIS BARRIX
53 EMERALD LAKE DR
JACKSON, TN 38305-1571

PHYLLIS COHEN
83 CORNWALL CIR
YORKTOWN HEIG, NY 10598-1037

PHYLLIS HEIN
377 CONCORD DR
OREGON, WI 53575-3616

PHYLLIS BIGLER
302 TWEED
WINFIELD, KS 67156-1521

PHYLLIS COMMONS
411 NE TOWN TER
JENSEN BEACH, FL 34957-6805

PHYLLIS HOLLINGER
218 COBBLESTONE LN
LANCASTER, PA 17601-3369

PHYLLIS I AUTZEN
13930 WEIR ST
OMAHA, NE 68137-1536

PHYLLIS KLEIMAN
11407 HOLLOWSTONE DR
ROCKVILLE, MD 20852-3122

PHYLLIS LEGLER
1630 ILLINOIS ST
LAWRENCE, KS 66044-4040

PHYLLIS J DEWEY
3280 BRETON RD SE
KENTWOOD, MI 49512-2708

PHYLLIS KNOTT
1231 FARMCREST DR
UNION, KY 41091-9071

PHYLLIS LINK
716 BUTLER ST
COLDWATER, OH 45828-1110

PHYLLIS JACKSON
930 630TH ST
STORM LAKE, IA 50588-7542

PHYLLIS KNUDSON
2313 BRIARWOOD LN
SYCAMORE, IL 60178-2803

PHYLLIS LOWDER
16811 BURDETTE ST APT 109
OMAHA, NE 68116-2778

PHYLLIS JEAN BROWN
11908 SAND DOLLAR CIR
INDIANAPOLIS, IN 46256-9683

PHYLLIS KORTVELESY
87 DEVALINDER DR
NEWARK, DE 19702-4783

PHYLLIS LUMPA
PO BOX 130
CASCADE, IA 52033-0130

PHYLLIS JENNINGS
2685 RANDALL AVE
CENTRAL POINT, OR 97502-8428

PHYLLIS KRUMREY
3407 KINSEY AVE
DES MOINES, IA 50317-2713

PHYLLIS M ADELMANN
13719 S COTTONWOOD LN
PLAINFIELD, IL 60544-9345

PHYLLIS JOHNSON
27251 REGIO
MISSION VIEJO, CA 92692-3206

PHYLLIS L ARMBRUST
681 RAINBOW DR
CHULA VISTA, CA 91911-6845

PHYLLIS M BARLOW
322 S STATE ROAD 129
MILAN, IN 47031-9182

PHYLLIS JOHNSON
4100 BAKER LN
BARTONVILLE, IL 61607-2215

PHYLLIS L DICKERSON
16234 TACONIC CIR
DUMFRIES, VA 22025-1529

PHYLLIS M KRAUSE
315 W 15TH ST
LINDEN, NJ 07036-4705

PHYLLIS KASPER
525 MAIN ST
DOWAGIAC, MI 49047-1710

PHYLLIS LAPKA
11 WENDY LN
MASSAPEQUA PA, NY 11762-3733

PHYLLIS M NIEZABITOWSKI
122 E WILSON ST
ELMHURST, IL 60126-4431

PHYLLIS KIDDOO
2403 W 27TH ST S
WICHITA, KS 67217-1768

PHYLLIS LEE
26 MAPLE GROVE CT
MADISON, WI 53719-1545

PHYLLIS MAC INTYRE
64 SALT BOX RD
SOUTH YARMOUT, MA 02664-2326

PHYLLIS MAHONEY
7649 DEERFIELD AVE
WOODRIDGE, IL 60517-2841

PHYLLIS O'LEARY
16 JAMAICA RD
BROOKLINE, MA 02445-7040

PHYLLIS S BRESLOF
2 PARTRIDGE HL
SHARON, MA 02067-1531

PHYLLIS MARCHAL
9521 SANDUSKY RD
HARROD, OH 45850-8413

PHYLLIS OEHLERKING
111 N MAPLE ST
MOUNT PROSPEC, IL 60056-2525

PHYLLIS S WALKER
399 WARREN DR
SAN FRANCISCO, CA 94131-1033

PHYLLIS MARTIN
21015 17TH AVENUE CT E
SPANAWAY, WA 98387-7525

PHYLLIS PATIENT
10810 CADDIE CT
PORT RICHEY, FL 34668-2701

PHYLLIS SANTALA SMITH
14260 MONTECITO DR
VICTORVILLE, CA 92395-4651

PHYLLIS MARTIN
9 COGGESHALL CIR
MIDDLETOWN, RI 02842-4642

PHYLLIS R DANA
22 ESTY FARM RD
NEWTON CENTER, MA 02459-3607

PHYLLIS SATIN
16171 BLATT BLVD APT 201
WESTON, FL 33326-1476

PHYLLIS MESSINGER
16 BIRCH ST
MECHANICSBURG, PA 17050-2707

PHYLLIS RAE BUTLER
2430 BRAZILIA DR APT 8
CLEARWATER, FL 33763-3702

PHYLLIS SCHULMAN
505 EAGLETON COVE TRCE
PALM BEACH GA, FL 33418-8497

PHYLLIS MONK
4840 RIVER DR
PLOVER, WI 54467-9583

PHYLLIS RAUCHER
9749 VIA GRANDE W
WELLINGTON, FL 33411-6547

PHYLLIS SEMENKO
4 SAINT THERESE CT APT 7
HOMESTEAD, PA 15120-3705

PHYLLIS NAPPI
11 PAGODA LN
FREEHOLD, NJ 07728-4154

PHYLLIS RIGGLEMAN
417 ERIE CT
SHELBYVILLE, KY 40065-8554

PHYLLIS SHINGLER
118 AMERICANA RD
PALMER, TX 75152-9583

PHYLLIS NATHAN
15 JARMAIN RD
MONROE, NY 10950-4264

PHYLLIS ROGERS
1238 CARRIE AVE
DES MOINES, IA 50315-3429

PHYLLIS SIGNORELLI
22 E GOLDEN ST
BEVERLY HILLS, FL 34465-3200

PHYLLIS NELSON
2930 1ST AVE NE
DEVILS LAKE, ND 58301-4110

PHYLLIS ROSENFELD
106 GREENBRIER B
WEST PALM BEA, FL 33417-2327

PHYLLIS SJULSON
39154 335TH AVE SE
FOSSTON, MN 56542-9470

PHYLLIS SMITH
101 CROSSWINDS LN
MURRYSVILLE, PA 15668-1202

PHYLLIS WHITFORD
817 COURTLAND AVE
PARK RIDGE, IL 60068-4833

PHYLLIS ZARZOUR
8615 HERTS RD
SPRING, TX 77379-6720

PHYLLIS STEIERWALD
894 ORCHARD ST
AKRON, PA 17501-1542

PHYLLIS WILLIAMS
633 SWEETWATER CIR
OLD HICKORY, TN 37138-2062

PHYLLISS HARRIS
3224 EMERALD PL
KOKOMO, IN 46902-5670

PHYLLIS STERN
1333 MOON DR
YARDLEY, PA 19067-3225

PHYLLIS WILLIAMS
2142 TUSCANY GARDENS DR
POWELL, TN 37849-5379

PIERRE E THIBODEAUX
3708 45TH ST
METAIRIE, LA 70001-3927

PHYLLIS STIERSTORFER
7049 QUEENSCOURT LN
MACUNGIE, PA 18062-8988

PHYLLIS WIMER
115 CORRY AVE
LANCASTER, PA 17601-3933

PINA T BARRY
20 BEECH AVE
POMPTON LAKES, NJ 07442-2444

PHYLLIS SUMNER
2550 S ELLSWORTH RD UNIT 106
MESA, AZ 85209-1199

PHYLLIS WOLFE
654 S PARKCREST ST
GILBERT, AZ 85296-9533

Pinellas County Tax
PO Box 4006
Seminole, FL 33775-4006

PHYLLIS THORPE
7717 JEROME AVE
SAINT LOUIS, MO 63143-1103

PHYLLIS WRAY
505 COLLEGE AVE
RICHMOND, IN 47374-5218

PLESANT M PARK III
6735 SE RATNER RD
BERRYTON, KS 66409-9693

PHYLLIS W DEWS
904 RODNEY DR SW
ATLANTA, GA 30311-2360

PHYLLIS Y ROSEN
82 PARKWAY DR UNIT A
FREEHOLD, NJ 07728-3431

PLYMOUTH HIGH SCHOOL
PLYMOUTH EDUCATION FOUNDA
125 HIGHLAND AVE
PLYMOUTH, WI 53073

PHYLLIS WALDRON
2410 MEMORIAL DR APT B205
BRYAN, TX 77802-2844

PHYLLIS YENDRICK
1434 MILL CREEK RD
MANAHAWKIN, NJ 08050-5341

PLYMOUTH HIGH SCHOOL
c/o ANNE TROKA
125 HIGHLAND AVE
PLYMOUTH, WI 53073

PHYLLIS WESLER
8341 FREED RD
NEW PARIS, OH 45347-9286

PHYLLIS YORK
116 CANAL DR
PRUDENVILLE, MI 48651-9721

POLLY ANN TAUSCH
PO BOX 36424
ALBUQUERQUE, NM 87176-6424

POLLY HAIRELL
405 BALLYSHANNON DR
DACULA, GA 30019-6576

Premium Sound
13146 Curry Dr
Spring Hill, FL 34609-0933

PRISCILLA L LUTZ
PO BOX 124
UNCASVILLE, CT 06382-0124

POLLY HALL
901 SHARONWOOD DR
ANDERSON, SC 29621-7062

PRESTON PUGH
1155 S CENTRAL AVE
LIMA, OH 45804-2029

PRISCILLA LARSEN
25140 ALLSPICE ST
HEMET, CA 92544-2737

POLLY MITCHELL
10S211 HAMPSHIRE LN E
WILLOWBROOK, IL 60527-6043

PRISCILLA [PADDY] MORGAN
50 HIGHLAND ST UNIT 212
TAUNTON, MA 02780-7012

PRISCILLA NITZKE
913 CAPISTRANO DR
SALINAS, CA 93901-2306

POLLY THORNTON
6134 POLK ST
NEW PORT RICH, FL 34653-3739

PRISCILLA BISHOP
7584 SHAWNEE LN APT 327
WEST CHESTER, OH 45069-7445

PRISCILLA PEEBBLES
45 KENSINGTON LN
BEDFORD, NH 03110-6071

POLLY WHITMORE
205 HUMPHREY ST
MARBLEHEAD, MA 01945-1618

PRISCILLA CAMPBELL
4120 THORNHILL LN
SAINT PAUL, MN 55127-3610

PRISCILLA ROLLINS
21 MEADOWVIEW LN
IPSWICH, MA 01938-2579

POLLYANN SERSEN
2612 TULANE DR
FORT COLLINS, CO 80525-2132

PRISCILLA DAVIS
229 KING CHARLES RD
COLUMBIA, SC 29209-2241

PRISCILLA ROLLYSON
303 WASHINGTON ST APT 15
MARIETTA, OH 45750-2112

POLLYANNA PLATT
PO BOX 12747
SALEM, OR 97309-0747

PRISCILLA FLOHR-CAIN
2301 CARSON ST
MCKEESPORT, PA 15132-7807

PRISCILLA WATSON
3009 MCCLURE LN
WHITE OAK, PA 15131-2107

POMALEE AMOS
14540 RED ROCK DR
PLATTE CITY, MO 64079-9127

PRISCILLA HODECKER
237 EVANS RD
LITITZ, PA 17543-9408

PROF EBOH C [MAZI] EZEANI
307 S WATERFORD RD
SILVER SPRING, MD 20901-2529

POOH KAYE
460 COUNTY HIGHWAY 40
WORCESTER, NY 12197-2817

PRISCILLA JOHNSON
1911 ROHRET RD SW
OXFORD, IA 52322-9192

PROF GORDON FELLMAN
15 SHERMAN ST
CAMBRIDGE, MA 02138-6729

PROF MILLARD SUSMAN
2707 COLGATE RD
MADISON, WI 53705-2234

QUINCY TARRANCE
5 UPPER MEADOW WAY
GREENVILLE, SC 29609-7152

R JAY ARMSTRONG
812 SAINT JOSEPH ST
LANCASTER, PA 17603-5464

PROSPER ETCHEMENDY
1115 20 MILE CREEK RD
LOST SPRINGS, WY 82224-8601

R DARLEEN HAMMOND
733 N 3RD ST
PHILADELPHIA, PA 19123-2903

R KAY REINART
606 PHILLIPS DR
DUMAS, TX 79029-4639

PROSPER G SICK
5803 DIMAGGIO PL
METAIRIE, LA 70003-3873

R DAVID STAUFFER
3044 SW 70TH LN
GAINESVILLE, FL 32608-5216

R MERLE CHALLENDER
423 LANDING ST APT 3C
LUMBERTON, NJ 08048-1209

PURVIN RODGERS
1702 NORTHRIDGE DR
TYLER, TX 75702-1743

R DIANNE HIBBS
11840 CRANBERRY LAKE RD
MARCELLUS, MI 49067-9345

R MICHAEL HINSHAW
1641 SOUTHWOOD DR
ASHLAND, OH 44805-3464

PUTNAM CITY HIGH SCHOOL
PUTNAM CITY HIGH SCHOOL
5300 NW 50TH ST
OKLAHOMA CITY, OK 73122-5399

R DUANE [RAY] ANDERSON
PO BOX 277
DADE CITY, FL 33526-0277

R MICHAEL SHAFT
2185 MITCHELL RD
WILLIAMSTON, MI 48895-9600

Q MARIE JAMES
1163 62ND ST
WEST DES MOIN, IA 50266-2327

R ELAINE HOLLMAN
6219 S CALHOUN ST
FORT WAYNE, IN 46807-3514

R SCOTT RYDER
7594 STABLEBROOK CIR
KALAMAZOO, MI 49009-3915

QUARTUS GRAVES JR
6 W EDEN ELM CIR
THE WOODLANDS, TX 77381-3125

R ELIZABETH STRAUSS
12 E 28TH DIVISION HWY
LITITZ, PA 17543-9652

R THOMAS [TOM] DONAHUE
201 CHEYENNE TRL
MEDFORD LAKES, NJ 08055-1304

QUEENIE M DOWNTON-HARRIS
301 E HANTHORN RD
LIMA, OH 45804-2457

R ERIC DELAROSA CPA
607 OLIVER ST
PASCAGOULA, MS 39567-1452

R WARD SUTTON
PO BOX 8555
ROCKY MOUNT, NC 27804-1555

QUINCY M HUGHES
12538 MALLARD RD
SANGER, TX 76266-3914

R J HARMON
9269 IRISH RD
GOODRICH, MI 48438-9440

R WAYNE LATIMER
612 PINE AVE
DUMAS, TX 79029-2610

R WES TEMPLE
130 SKYFIELDS DR
GROTON, MA 01450-1814

RACHEL L ELSE
1206 BLACKBURN ST
MARSHALL, TX 75670-0908

RAE A NEUNABER
1007 PEPPARD DR
BEL AIR, MD 21014-6933

R WILSON [TIGER] WILMER JR
66 DEER RIDGE RD
BASKING RIDGE, NJ 07920-3401

RACHEL MAGER-THOMATZ
8557 HIGHWAY 21 N
BABBITT, MN 55706-8136

RAE CREBS
67 MARSH RD
MILTON, PA 17847-9226

RABB STEVEN B JACOBS
533 N KEYSTONE ST
BURBANK, CA 91506-1919

RACHEL O HARRIS
28 MANLY ST
PORTSMOUTH, VA 23702-1020

RAE KURASZ
3465 N EDISON ST
ARLINGTON, VA 22207-1829

RABBI DAVID BERNSTEIN
26 PAIKEN DR
SPRING VALLEY, NY 10977-3844

RACHEL OWEN
140 DUTTON MILL RD
MALVERN, PA 19355-3328

RAE WEST
1000 SUNSET DR
FUQUAY VARINA, NC 27526-2190

RABBI JEFFREY ROTH
734 OLD POST RD
NEW PALTZ, NY 12561-4537

RACHEL PERSICANO
5922 CENTRAL FALLS DR
HOUSTON, TX 77041-5905

RAESHON LAROSE SYKES
9 ROSE TREE VLG
MEDIA, PA 19063-2038

RACHAEL TOWNSEND
299 S 48TH ST
RICHMOND, IN 47374-6044

RACHEL SANDERS
505 STRYKER AVE
JOLIET, IL 60436-1946

RAFAEL GONZALEZ
14034 SW 276TH WAY
HOMESTEAD, FL 33032-8825

RACHEL COOME
3209 PLACER RD
WOLF CREEK, OR 97497-9778

RACHEL WAGGONER
14590 SW 124TH PL
MIAMI, FL 33186-7408

RAFAEL I LISSACK
252 S 3RD ST
PHILADELPHIA, PA 19106-3811

RACHEL DERR
288 STRYKER AVE
MONTGOMERY, PA 17752-9547

RACHELL MATHIS
2367 BARBARO DR
BARTLETT, TN 38134-5701

RAINER MILLER
6970 S HOLLY CIR STE 200
CENTENNIAL, CO 80112-1066

RACHEL HINES
2016 SPRUCE ST
MURPHYSBORO, IL 62966-2341

RAE A BEEBE
220 BROAD ST
FLORENCE, NJ 08518-1311

RAKESH K GORE
13719 FLATBUSH AVE
NORWALK, CA 90650-3460

RALENE A MELVIN
103 REDWOOD DR
MORTON, IL 61550-1225

RALPH BROWN
271 COUNTY ROAD 510
BERRYVILLE, AR 72616-4546

RALPH E BASS
N107W14088 OVERLOOK CT
GERMANTOWN, WI 53022-6206

RALPH [MARKENA] MILLER
1311 ROOSEVELT BLVD
PORTSMOUTH, VA 23701-3630

RALPH BUCK BLACK
PO BOX 6
PROSPERITY, SC 29127-0006

RALPH E BRYAN
2411 CRESTMOOR RD APT PH4
NASHVILLE, TN 37215-2035

RALPH [NEIL] MITCHELL
2068 GRACELAND DR
GOODLETTSVLLE, TN 37072-4251

RALPH C SMITH
9 MOUNTAIN VIEW AVE
STAATSBURG, NY 12580-5902

RALPH E MASON JR
6205 OYSTER BAY CT
BRIDGEVILLE, PA 15017-3469

RALPH A ABREO
622 MEDINAH DR
AIKEN, SC 29803-5949

RALPH CHIANESE
40 STORY LN
CLINTON CORNE, NY 12514-2825

RALPH E SCHULTZ
1064 NE HEFLEY ST
GRANTS PASS, OR 97526-1338

RALPH A BONGARD
15442 SE 22ND PL
BELLEVUE, WA 98007-6310

RALPH CLARKE NASH JR
700 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20037-2407

RALPH F HANSEN
10389 W MOHAWK LN
PEORIA, AZ 85382-2255

RALPH A SANDELLO SR
7 HOWARD ST
MADISON, NJ 07940-1210

RALPH D GOUBEAUX
2787 PAINTED CAVE RD
SANTA BARBARA, CA 93105-9770

RALPH F SHELTON USN
15495 HIGHWAY 87 N
JAY, FL 32565-2337

RALPH A SCOTT JR
1425 ROBERTSON RD
CHUCKEY, TN 37641-4227

RALPH D JONES
8858 SW 194TH CT
DUNNELLON, FL 34432-2794

RALPH F TREPAL
4386 ARCHER RD
CLEVELAND, OH 44105-6096

RALPH BARSI
1263 LERIDA WAY
PACIFICA, CA 94044-3635

RALPH DAVID MANGANELLO
3 WAVERLY PL
METAIRIE, LA 70003-2553

RALPH FEIGH
PO BOX 302
LUCERNE, CA 95458-0302

RALPH BONNER
26 ANASAZI TRAILS LOOP
PLACITAS, NM 87043-8760

RALPH DEUTSCHMAN
1141 EXCELLER CT APT 101
CASSELBERRY, FL 32707-6712

RALPH FENWICK
1131 AVENUE C ST
GREENCASTLE, IN 46135-1433

RALPH FLOYD GWIN
5249 GREAT FALLS HWY
GREAT FALLS, SC 29055-8801

RALPH H TONGE
466 RUBY DR
ABERDEEN, MD 21001-1726

RALPH J TARSITANO
6820 SENECA RD
MAYFIELD, OH 44143-3523

RALPH FOGUE
2625 VINE ST APT 314
WEST DES MOIN, IA 50265-3290

RALPH HANCOCK
917 COTTONWOOD DR
LANSING, KS 66043-6264

RALPH KUIVINEN
31345 SAINT ANDREWS
WESTLAKE, OH 44145-5023

RALPH FORD
129 EASTSHORE DR
MORTON, IL 61550-1101

RALPH HARDY
PO BOX 4104
ALBANY, GA 31706-4104

RALPH L LIVINGSTON
1715 NW 12TH RD
GAINESVILLE, FL 32605-5333

RALPH FRANCIS
9224 SHADBUSH CIR
DAYTON, OH 45458-5913

RALPH HARPER
111 BLUFF ST APT 214
ISHPEMING, MI 49849-2058

RALPH LUNSFORD
4997 COUNTY ROAD 48
WATERLOO, OH 45688-9332

RALPH FRASER
1010 E 5TH ST
DELTA, CO 81416-2511

RALPH HAUSLER
N5245 OAK RD
PLYMOUTH, WI 53073-3940

RALPH M WEILER
1216 DIVISION HWY
EPHRATA, PA 17522-8827

RALPH G HOSELEY
2178 S CROSSCREEK LN
BOISE, ID 83706-6705

RALPH J FIELDS
1421 OLINO ST
HONOLULU, HI 96818-1930

RALPH MARTIN
178 SALIENT LN
MOUNT JULIET, TN 37122-6165

RALPH G KARST
1842 N DENENE ST
WICHITA, KS 67212-6703

RALPH J GRAFF
312 N MERAMEC AVE APT 103
SAINT LOUIS, MO 63105-3770

RALPH O BURKHARDT
520 SW 20TH ST
RICHMOND, IN 47374-5012

RALPH GAMPP
334 GAMPP LN
PORTSMOUTH, OH 45662-8944

RALPH J MOSER JR
2755 HOLLANDALE LN
DALLAS, TX 75234-2034

RALPH ORR
RR 1 BOX 1386
ALTON, MO 65606-9748

RALPH GOLDBACH
152 ROYAL OAK DR APT 308
WHITE OAK, PA 15131-2010

RALPH J SIERRA JR
12817 SCOTTISH PINE LN
CLERMONT, FL 34711-7690

RALPH PERRY
41 BRADLEY TER
PORTSMOUTH, RI 02871-4101

RALPH POLISE
112 BROOKLAWN DR
MORRIS PLAINS, NJ 07950-2705

RALPH RAY
113 EASTSIDE DR
WHITE HOUSE, TN 37188-8914

RALPH S MILLER
3612 RIDGEBRIAR DR
DALLAS, TX 75234-7918

RALPH S TILLITT
2602 LATOKA DR SW
ALEXANDRIA, MN 56308-9125

RALPH SLAGER
2507 SANDCHERRY DR SE
GRAND RAPIDS, MI 49512-9099

RALPH SONNENSCHEIN
1240 LOS PADRES CT
CHESTERFIELD, MO 63017-2404

RALPH STEVER
1 SHAWNEE CT APT 101
PARKVILLE, MD 21234-8603

RALPH STOUT
2811 W MAIN ST
RICHMOND, IN 47374-4609

RALPH THOLE
22260 STATE HIGHWAY 15
SAINT AUGUSTA, MN 56301-9207

RALPH TROMBA
9141 BLUE LAKE CT
FORT MYERS, FL 33967-5270

RALPH W ARDITO
14 WINDSOR AVE
AUGUSTA, ME 04330-6642

RALPH W MARSH
1516 GREENHILL RD
WEST CHESTER, PA 19380-5809

RAMA C MARTIN
4710 MOUNTAIN VIEW RD
DELTA, CO 81416-8815

RAMON A [RAY] COMBS
4550 PEEPLES RD
OAK RIDGE, NC 27310-9763

RAMONA B SAATZER
17 SPENCER RD
ROBERTS, MT 59070-9407

RAMONA C MCCAIN
1911 LANARK AVE
DALLAS, TX 75203-4522

RAMONA DE BOER
4082 CLOVERCROFT RD
FRANKLIN, TN 37067-5825

RAMONA DUNLAP
8 BAYVIEW PARK
MIDDLETOWN, RI 02842-4874

RAMONA E DEBOER
4082 CLOVERCROFT RD
FRANKLIN, TN 37067-5825

RAMONA MENDENHALL
231 S FAIRWAY CIR
ANDOVER, KS 67002-9044

RAMONA MOORE
1015 HANNOVER CIR
STOCKBRIDGE, GA 30281-7964

RAMONA OEHLERKING
34206 HIGHWAY 1
MURDOCK, NE 68407-2134

RAMONA S SMITH
PO BOX 234
DANA, NC 28724-0234

RAMONA STATHOULOPOULOS
127 97TH ST
BROOKLYN, NY 11209-7601

RANDAL [RANDY] GANS
8810 S 35TH ST
BELLEVUE, NE 68147-2214

RANDAL V KLINE
345 W MOUNT AIRY RD
STEVENS, PA 17578-9664

RANDALL [RANDY] STEVENS
138 GREEN MOUNTAIN DR
IOWA CITY, IA 52245-3816

RANDALL CLEMENTS
4400 HOLT RD APT 322
HOLT, MI 48842-1688

RANDI JENSEN
2800 LEAGUE CITY PKWY #115
LEAGUE CITY, TX 77573-1665

RANDY FOLTZ
2310 MALRAUX DR
VIENNA, VA 22182-5043

RANDALL COLLINS
348 WALTON HEATH WAY
AIKEN, SC 29803-8099

RANDI JO TIBBETTS
197 LUNINBORG ST
HENDERSON, NV 89074-8718

RANDY FUCHS
8 KINNICUT RD
POUND RIDGE, NY 10576-1800

RANDALL DAWSON
120 S 4TH ST
MOUND CITY, KS 66056-5402

RANDOLPH [RANDY] NIMTZ
PO BOX 341
PLEASANT LAKE, MI 49272-0341

RANDY GARRISON
11988 STATE ROUTE 185
VERSAILLES, OH 45380-9414

RANDALL DUNLAP
494 5TH AVE
SAN FRANCISCO, CA 94118-3104

RANDOLPH E [RANDY] PORTER
7200 SHADYVILLA LN APT 97
HOUSTON, TX 77055-5217

RANDY GENE GIBSON
225 GRANVIL DR
LOUISVILLE, KY 40218-3223

RANDALL H [RANDY] ANDERSEN
24 VICTORIA WAY
CROSSVILLE, TN 38558-2762

RANDOLPH NAUMAN
1000 FAIRWOOD DR
ANCHORAGE, AK 99518-2941

RANDY GOERNDT
1446 NIGHTHAWK AVE
AFTON, IA 50830-8108

RANDALL L ALLEN
25 WINDSOR WAY
STAFFORD, VA 22556-1026

RANDY [GLENN] MILLS
239 VILLAGE CIRCLE DR
SHEPHERDSVILL, KY 40165-6636

RANDY HALL
682 CLAUDE JONES RD
MURFREESBORO, TN 37129-7956

RANDALL MEYER JACOBS
PO BOX 471
SANIBEL, FL 33957-0471

RANDY BALL
1217 STARKEY ST
AUGUSTA, KS 67010-1843

RANDY J DAVIS
207 CARSON AVE
DUMAS, TX 79029-3425

RANDI ELLIOTT
340 W 28TH ST APT 4B
NEW YORK, NY 10001-4735

RANDY CAMPBELL
10525 BREEDSHILL DR
CINCINNATI, OH 45231-1707

RANDY K DIXON
3000 LINDA DR
ENNIS, TX 75119-7624

RANDI GERBER-KATZ
3400 LOUIS DR
PLANO, TX 75023-1114

RANDY D BREDEHOFT
1550 WILDER AVE APT A808
HONOLULU, HI 96822-4629

RANDY L CURRY
PO BOX 9
ALUM CREEK, WV 25003-0009

RANDY L SPEED
221 N SILVER MAPLE DR
SLIDELL, LA 70458-5484

RAUL A AGUILAR
11 SHERWOOD CT
SAN FRANCISCO, CA 94127-1662

RAY FRENCH
6002 GREENWAYS DR
AMARILLO, TX 79119-4925

RANDY LAMB
1200 ASPENWOOD DR
SEVEN HILLS, OH 44131-5865

RAY A CRAIG
9405 GRAND AVE
OMAHA, NE 68134-2650

RAY HATRIDGE
3615 KINGS CT
DENTON, TX 76209-7939

RANDY LEE NADEAU
6169 WELLINGTON ST
TAYLOR, MI 48180-1035

RAY A MORES
1333 CITADEL DR
JOLIET, IL 60435-5182

RAY HUBBARD
647 JUNCTION RD
GLENDALE, OR 97442-3706

RANDY LOWE
4310 URBANDALE AVE
DES MOINES, IA 50310-3459

RAY ATLESON
560 NE F ST STE A PMB 925
GRANTS PASS, OR 97526-2300

RAY JAMESON
1006 SE 125TH AVE
VANCOUVER, WA 98683-6131

RANDY MISEJKA
9418 N HARRISON ST
KANSAS CITY, MO 64155-3351

RAY BARKER
730 E 260TH ST
EUCLID, OH 44132-2302

RAY K HUDSON
3205 HAZELWOOD RD
KNOXVILLE, TN 37921-1420

RANDY O'KEEFE
5011 TOWER RD
WISCONSIN RAP, WI 54494-9535

RAY BENTON
2875 WOODLAND DR NW
WASHINGTON, DC 20008-2743

RAY KENNEDY
5421 TOWN ROAD 189
LITTLEFORK, MN 56653-9415

RANDY S FRITZ
919 WEMBLEY DR
ISLAND LAKE, IL 60042-9577

RAY C WILLIAMS
12 WOODLAND CIR
DOWNINGTOWN, PA 19335-3347

RAY L CARTER
2306 BEECHWOOD DR
WAXHAW, NC 28173-9358

RANDY W WELLS
169 GORDON DR
SPARTANBURG, SC 29301-2951

RAY E [RAYMOND] MARENTETTE
9089 88TH ST
HOWARD CITY, MI 49329-9065

RAY L TOEPFERT JR
5367 SHADOW HILL CT
TAYLOR MILL, KY 41015-4112

RAQUEL CARR
1416 UNION AVE
BELVIDERE, IL 61008-5658

RAY E WOMBACHER
3644 ELGIN DR
IOWA CITY, IA 52245-3972

RAY LEE COX
7156 ROUNDTREE RD
SULPHUR, OK 73086-8963

RAY MILLER
2079 SKYLINE DR
STOUGHTON, WI 53589-3255

RAY ZIMMERMAN
2040 DUBAY DR
MOSINEE, WI 54455-9333

RAYMOND B BANGHART
500 W ROSEDALE AVE APT TR-B
WEST CHESTER, PA 19382-5329

RAY PRINCE
1430 S COCALICO RD
DENVER, PA 17517-9438

RAYDENE RHOADS
PO BOX 379
BUSHLAND, TX 79012-0379

RAYMOND B FOX
2903 SWEETLEAF TER
MOUNT LAUREL, NJ 08054-4936

RAY ROBINSON
1471 NW 180TH ST
BURNS, KS 66840-8871

RAYMOND [RAY] JEMTRUD
817 8TH ST NE
DEVILS LAKE, ND 58301-2301

RAYMOND BALUKIN
148 ALCAN DR
PITTSBURGH, PA 15239-2361

RAY SMITH
17311 NW 47TH AVE
MIAMI GARDENS, FL 33055-3633

RAYMOND A [RAY] REES
3700 OAKES DR
HAYWARD, CA 94542-1719

RAYMOND BROERMAN
13859 VERSAILLES YORKSHIRE R
YORKSHIRE, OH 45388-9702

RAY THOMPSON
1005 95TH ST NW
RICE, MN 56367-7601

RAYMOND A JENSEN SR
601 MONTEREY ST
MCKEESPORT, PA 15132-3628

RAYMOND CORREIRO
60 LEWIS ST
TIVERTON, RI 02878-4223

RAY VESELY
1200 LINCOLN ST UNIT 417
BELLINGHAM, WA 98229-5740

RAYMOND A LA FACE
3574 W WINDOVER CT
MURRYSVILLE, PA 15668-2129

RAYMOND CYRA
9841 SYLVAN SHORE DR
MINOCQUA, WI 54548-9249

RAY W MERKEL
1969 ROLLINGWOOD CT
FLORENCE, KY 41042-9114

RAYMOND A WISHART JR
44 WESTMINSTER DR S
SOUTHAMPTON, NJ 08088-1023

RAYMOND DE LUCIO
911044 HOLUNAPE ST
KAPOLEI, HI 96707-2638

RAY WHITE
918 KINGSRIDGE CT
BALLWIN, MO 63021-2025

RAYMOND ALT
36 CIRCLE DR W
MILTON, DE 19968-9407

RAYMOND E CENTA
4901 EARLSCOURT CIR NW
CANTON, OH 44718-1592

RAY ZANG
20042 W 1ST ST
PRATT, KS 67124-7780

RAYMOND ARTHUR CAMARA
259 PELLETIER LN
TIVERTON, RI 02878-3007

RAYMOND E WYNNE SR
130 ALEXANDER MCGREGOR RD
PAWTUCKET, RI 02861-3714

RAYMOND EUGENE KIRKLAND
2804 GUILFORD AVE
BALTIMORE, MD 21218-4418

RAYMOND J HAGAMANN
10818 W WEDGEWOOD DR
SUN CITY, AZ 85351-1036

RAYMOND L JOHNSON JR
2204 MASON AVE
JOLIET, IL 60435-5426

RAYMOND FINK
PO BOX 134
WILLIAMSTON, MI 48895-0134

RAYMOND JACKSON
620 NORTHAVEN CT
JACKSONVILLE, AR 72076-3446

RAYMOND L ZACCAGNINI
4817 FAIRWAY POINTE CT
LOUISVILLE, KY 40241-3432

RAYMOND G [BRUCKY] BRUCKMAN
1259 HIGHLAND GREENS DR
VENICE, FL 34285-5666

RAYMOND JAMES CLARK
62 LINCOLN AVE
NORTHPORT, NY 11768-3015

RAYMOND LITTLE
444 W WOODRIDGE LN
PEORIA, IL 61614-2956

RAYMOND G DERIENZO SR
PO BOX 359
BAMBERG, SC 29003-0359

RAYMOND JOSEPH FERREIRA
15 CHURCH LN
PORTSMOUTH, RI 02871-4103

RAYMOND LOWE
4714 29TH ST
DICKINSON, TX 77539-5518

RAYMOND GENE BARRY
2402 HARRISON AVE
PARKERSBURG, WV 26104-2852

RAYMOND K REDENSHEK
31709 DOUGLAS DR
WILLOWICK, OH 44095-4328

RAYMOND M MALINCHAK
600 BECKMAN DR
MCKEESPORT, PA 15132-7413

RAYMOND H WEED
4308 62ND AVE NE
MINNEWAUKAN, ND 58351-9594

RAYMOND K WICKER
PO BOX 398
NEWBERRY, SC 29108-0398

RAYMOND M MC NEIL
110 W MARKET ST
FREEBURG, PA 17827-9742

RAYMOND HARRIS
9507 W BURNS DR
SUN CITY, AZ 85351-1401

RAYMOND L [BUNNY] OAKES
7315 ROTHERWOOD DR
KNOXVILLE, TN 37919-7417

RAYMOND MCSHANE
24110 COUNTRYSIDE DR
MINOOKA, IL 60447-9279

RAYMOND J [IRISH] COONEY
27 EDWARD CT
NEW PROVIDENC, NJ 07974-1770

RAYMOND L [RAY] DOHERTY
4910 GOLF DR
HOUSTON, TX 77018-1426

RAYMOND MILLER
9225 W 100TH ST
OVERLAND PARK, KS 66212-4110

RAYMOND J GRADY
4242 E WEST HWY APT 612
CHEVY CHASE, MD 20815-5951

RAYMOND L BITZER
532 EASTBROOK RD
RIDGEWOOD, NJ 07450-2113

RAYMOND OSBORN
5919 N 154TH AVE
OMAHA, NE 68116-4308

RAYMOND OWEN
252 LIGHT LN
SHEPHERDSVILL, KY 40165-7226

RAYMOND SHOQUIST
3457 14TH AVE W APT 1
SEATTLE, WA 98119-1651

RAYMOND WILSON
632 S KATE ST
FORT WORTH, TX 76108-1412

RAYMOND P HUARD
6551 FOYLE WAY
SAN DIEGO, CA 92117-4211

RAYMOND SPARKS
308 25TH ST
WEST DES MOIN, IA 50265-6243

RAYMOND ZADD
2056 MCCLAREN LN
BROADVIEW HEI, OH 44147-3600

RAYMOND PRIMKA
22 PIN OAK DR
LAWRENCEVILLE, NJ 08648-3141

RAYMOND T BRISCO
1634 MONICA LN
ANDERSON, IN 46013-2598

RAYMOND ZADZILKO
3444 NEW GERMANY RD
EBENSBURG, PA 15931-4319

RAYMOND R JOHNSON
941 GREEN CASTLE DR
DALLAS, TX 75232-1209

RAYMOND THOMPKINS
1723 PLANK RD
NORTH AUGUSTA, SC 29841-2919

RAYNER K [RAY] ROSICH
6613 S GRAY ST
LITTLETON, CO 80123-6880

RAYMOND RIDORE
1284 E 52ND ST
BROOKLYN, NY 11234-2309

RAYMOND TOTH
160 FLORENCE AVE
COLONIA, NJ 07067-1813

RAYNITA HOUGLUM
601 9TH AVE
INTERNATIONAL, MN 56649-2541

RAYMOND ROBERT
4 BIRCHWOOD CT APT 3N
MINEOLA, NY 11501-4513

RAYMOND V MOSHER
117 WOLCOTT AVE
MIDDLETOWN, RI 02842-5920

REA ZEINER
496 S COUNTY ROAD 100 E
GREENCASTLE, IN 46135-7848

RAYMOND ROEHRIG
210 GRANVIL DR
LOUISVILLE, KY 40218-3224

RAYMOND V WAYNE
7101 4TH AVE APT B2
BROOKLYN, NY 11209-1630

REBA DEAN
202 N 16TH ST
LAMESA, TX 79331-3310

RAYMOND SCHWARTZ
6723 BARNHURST DR
SAN DIEGO, CA 92117-4208

RAYMOND W RAWLINGS
18 SHERMAN ST # 2
PORTLAND, ME 04101-2317

REBA J FONZI
602 KING ST
OLEAN, NY 14760-3008

RAYMOND SCOTT
3116 IWV RD SW
IOWA CITY, IA 52246-8474

RAYMOND W UHLHORN
1461 QUAIL LAKE DR
VENICE, FL 34293-1458

REBA MILLER
2049 STONECREST LN
LINCOLN, CA 95648-8700

REBA SWEIGART
313 E MAIN ST
MOUNT JOY, PA 17552-1517

REBECCA B PINCUS
21549 JUEGO CIR APT 7D
BOCA RATON, FL 33433-2063

REBECCA JONES
5075 WALKER ST
NORTH CHARLES, SC 29405-4351

REBECCA [BECKY] CHAVEZ
883 W 2650 N
CLINTON, UT 84015-9141

REBECCA D SNYDER
5604 RIVER FALLS DR
CHARLOTTE, NC 28215-9652

REBECCA L JEWISON
2518 S J ST
RICHMOND, IN 47374-4588

REBECCA [BECKY] DILLANDER
102 CHERRY ST
VINE GROVE, KY 40175-1004

REBECCA DICKEY
507 ELKS RD
RICHMOND, IN 47374-3632

REBECCA LANE
8009 MARGARET ST
TAYLOR, MI 48180-2463

REBECCA [BECKY] LOOSE
312 CRESCENT AVE
EPHRATA, PA 17522-1506

REBECCA F GRUNBAUM
7242 DARTMOUTH AVE
SAINT LOUIS, MO 63130-3005

REBECCA M PRINE
1919 NORTHWOOD DR
KNOXVILLE, TN 37923-1308

REBECCA [BECKY] PANZI
1008 JEROLEMAN ST
DUNLAP, IA 51529-1222

REBECCA GRAVES
706 TIMBERVIEW AVE
SPRINGFIELD, OH 45502-7954

REBECCA MAHOLOVICH
614 N MAIN ST
EUREKA, IL 61530-1046

REBECCA [BECKY] STONE
2546 W MONTEREY WAY
PHOENIX, AZ 85017-5104

REBECCA HAUSER
138 S CHURCHILL DR
FAYETTEVILLE, NC 28303-5065

REBECCA MAXWELL
3700 BUCHANAN AVE SPC 15
RIVERSIDE, CA 92503-4866

REBECCA [BECKY] WEINHANDL
607 MAPLE ST
MARENGO, IL 60152-3451

REBECCA HENDERSON
PO BOX 98
SANFORD, FL 32772-0098

REBECCA NULL
PO BOX 852
NIWOT, CO 80544-0852

REBECCA A WEAVER
5055 BLUE SKY LN
CUMMING, GA 30040-6436

REBECCA JEAN FREDERICKSON
7300 SHOSHONE AVE
LAKE BALBOA, CA 91406-2338

REBECCA PIERCE
825 ESSEX PKWY NW APT 245
ROCHESTER, MN 55901-3435

REBECCA AMATO
12944 PLEASANT RIDGE DR
WALKER, LA 70785-8305

REBECCA JENSEN
2316 ROEMIG ST SW
CEDAR RAPIDS, IA 52404-6157

REBECCA POST
399 HESS ST S
HAMILTON, ON L8P 3R2

REBECCA RIDPATH
3205 BLUE RIDGE DR
CEDAR PARK, TX 78613-5420

REDEMPTORIST REGIONAL CATHOLIC HS
c/o CHRIS PORCHE '80
4000 SAINT GERARD AVE
BATON ROUGE, LA 70805-2999

REGINA APUZZO
1185 MOUNT EYRE RD
WASHINGTON CR, PA 18977-1441

REBECCA ROMSTAD
2209 14TH ST S
SAINT CLOUD, MN 56301-4852

REED SNYDER
409 EDGEHILL DR
AKRON, PA 17501-1250

REGINA BARR
1453 E 6TH ST
DELTA, CO 81416-2966

REBECCA SMITH
2175 BIG IVY RD
PURLEAR, NC 28665-9103

REED WIEGLE
800 LITTLE CONESTOGA RD
GLENMOORE, PA 19343-2008

REGINA COLLINS
28031 CHAPULIN
MISSION VIEJO, CA 92692-2341

REBECCA STOVER
4843 LAKEWOOD DR
NORWALK, IA 50211-1819

REEN WHITHAM
4218 WIGHTMAN ST
SAN DIEGO, CA 92105-2618

REGINA D BROWN
715 S 4TH ST
WAPELLO, IA 52653-1413

REBECCA SUE KUHNS
10 LAFAYETTE DR
PALMYRA, VA 22963-2932

REENE BUTTERBAUGH
2347 QUAKER AVE
NEW LONDON, IA 52645-9104

REGINA GAGNE
14 SEAVIEW AVE
JAMESTOWN, RI 02835-1645

REBECCA T HELFER
10317 BILSTON CT APT 1
SAINT LOUIS, MO 63146-5832

REGENA FERGUSON
612 S 8TH ST APT 5
DEMING, NM 88030-4049

REGINA HAGGERTY
6 EDEN CIR
BROOMALL, PA 19008-4136

REBECCA THOMAS
217 13TH ST NW
DEVILS LAKE, ND 58301-1521

REGESTON A PARKER
3709 NOVUS CT
GRAND PRAIRIE, TX 75052-7004

REGINA M HAHN
5234 PLOVER CIR
FORT WAYNE, IN 46818-2515

REBECCA WESTBROOK
534 AUDUBON CIR
NORTH AUGUSTA, SC 29841-2701

REGINA [REGGIE] GRZYWACZ
2519 53RD ST
LUBBOCK, TX 79413-4407

REGINA MACK
3603 JAMAICA DR
AUGUSTA, GA 30909-2617

REBECCAH [BECKY] COLLINS
1207 FAGLEY DR
SEYMOUR, TN 37865-4342

REGINA A BLAIR
4600 W PENDLETON PL
PEORIA, IL 61615-2839

REGINA MIYAMOTO
10745 BOTHWELL RD
CHATSWORTH, CA 91311-1913

REGINA  PETTUS
2460 PEACHTREE RD NW APT 405
ATLANTA, GA 30305-4154

REGINA  VAN  ANTWERPEN-SPAHN
1829 W ZEDLER LN
MEQUON, WI 53092-5430

REGINALD  SHULL
3212 BECKER RD
WOODBURN, IN 46797-9441

REGIS  J  OBRINGER
784 BALDWIN RD
PITTSBURGH, PA 15207-1929

REGIS  J  OBRINGER  JR
5174 CURRY RD
PITTSBURGH, PA 15236-2542

REID  C  PIXLER
3166 E DESERT WILLOW RD
PHOENIX, AZ 85048-8312

REIKO  SCOTT
36455 S EVERETT BOWMAN TRL
WICKENBURG, AZ 85390-2429

REINHOLD  C  [REINY]  DAHLKE  III
4827 MOUNT PILGRIM CHURCH RD
PROSPERITY, SC 29127-7341

REINOLD  BOETTCHER
9311 RAMBOUILLET RDG
ROSCOE, IL 61073-7280

REITA  RIVERS
140 MARION DR
ATHENS, GA 30606-4922

REKITA  WHITE
435 GARDEN AVE
BROWNS MILLS, NJ 08015-1829

RELDA  BUCKHEIT
1940 CASCADES DR APT 9
NAPLES, FL 34112-2711

REMA  MARQUIS
916 FOREST HILLS BLVD
RICHMOND, IN 47374-6698

RENAE  MALONEY
1958 COUNTY ROAD 138
INTERNATIONAL, MN 56649-8752

RENARD  BERGSTROM
521 12TH AVE NE
DEVILS LAKE, ND 58301-2713

RENE  GOTTHEIM
320 E SHORE RD APT 14C
GREAT NECK, NY 11023-1735

RENE  W  RIZAN
25518 HIGHWAY 435
ABITA SPRINGS, LA 70420-2752

RENE'  DAWN  LAMBERT
4412 WILLIAMS HWY
GRANTS PASS, OR 97527-8797

RENEE  B  FENN
PO BOX 32
WILLIAMS, OR 97544-0032

RENEE  CAREY
11856 S IRONWOOD DR
YUMA, AZ 85367-5877

RENEE  DANZL
24557 400TH ST NW
STRANDQUIST, MN 56758-9766

RENEE  FANSHAWE
301 NORRISTOWN RD APT D104
AMBLER, PA 19002-2772

RENEE  FLEISCHER
15524 KILLARNEY ST
HOWARD BEACH, NY 11414-2855

RENEE  GOLDMAN
444 HENDRICKS ISLE APT 501
FORT LAUDERDA, FL 33301-3881

RENEE  HENSON
2683 N WHITEWATER CLUB DR
PALM SPRINGS, CA 92262-2688

RENEE  LEEDY
1257 DEVONSHIRE WAY
GRANTS PASS, OR 97527-6206

RENEE  LINK
10113 MANGROVE DR APT 102
BOYNTON BEACH, FL 33437-1329

RENEE RADFORD
405 5TH ST
INTERNATIONAL, MN 56649-2401

RENEE ROGNESS
409 23RD TER E
WILLISTON, ND 58801-6200

RENEE SOBOLESKI
128 PARK AVENUE
INTERNATIONAL, MN 56649-2118

RENETTA BRIDGE
21155 WOODED COVE DR
ELWOOD, IL 60421-9615

RET CAROLYN CARROLL USA
4294 FM 2808
KEMPNER, TX 76539-5763

RETA FOREE
487 FLINO RD
SIDNEY, AR 72577-9193

RETA GAIL THRUSH
7698 REDBUD CT
NEWARK, CA 94560-2244

RETTA KALINOWSKI
11307 CURRITUCK CT
FREDERICKSBUR, VA 22407-3722

RETTA MIZAK
175 LINCOLN AVE
HOMESTEAD, PA 15120-2329

REV ALLEN ROSS
7764 N VIA ATASCADERO
TUCSON, AZ 85743-8101

REV ANDREW B WOOD
4491 MINNIE HALL RD
AUTRYVILLE, NC 28318-7076

REV ANDREW BROWN
PO BOX 280517
HOUSTON, TX 77228-0517

REV ASHLEY H PECKHAM
31 W MAIN RD
PORTSMOUTH, RI 02871-1406

REV BEAUFORT ROBERTS
PO BOX 3207
BRUNSWICK, GA 31521-3207

REV BOBBY WALKER
20 MALLORY ST
BATESVILLE, AR 72501-5343

REV BUTLER W SMITH
3506 HIGHWAY 62 W
POCAHONTAS, AR 72455-8908

REV CAROLYNN PALIN
1840 LEFFLER DR
LIMA, OH 45806-1719

REV CHARLES MITCHELL
823 WESTERMAN CT
VILLA HILLS, KY 41017-1093

REV CLARENCE K DERRICK JR
1413 ROSE PARK DR
CHARLESTON, SC 29412-8172

REV CLARENCE LEE
31 N DEER CLIFF DR
CRAWFORDSVILL, IN 47933-2259

REV CONSTANTINE T DIMAS
PO BOX 363
KECHI, KS 67067-0363

REV CRAIG STEIMEL
PO BOX 10
NORWAY, IA 52318-0010

REV DANIEL MURRAY SHULL JR
111 PLANTATION DR
MOORE, SC 29369-9794

REV DARLINE BALM-DEMMEL
603 W 9TH ST
CEDAR FALLS, IA 50613-2961

REV DAVID E BRIDGFORTH
128 PENDOCK LN
PIEDMONT, SC 29673-8194

REV DAVID EUGENE RICHEY
147 BRADLEY 147 RD
WARREN, AR 71671-9173

REV DAVID L KNIGHT
PO BOX 4188
BUTTE, MT 59702-4188

REV DEAN E BYROM
171 COBBLESTONE DR
PITTSBURGH, PA 15237-1288

REV EARL S KING JR
14362 SPRINGBROOK CT
WOODBRIDGE, VA 22193-3401

REV GEORGE D PLVAN
309 WEAVER AVE
EMPORIA, VA 23847-1231

REV DENNIS SHEHAN
PO BOX 1519
ATASCADERO, CA 93423-1519

REV EDWARD RALPH BENOWAY
1233 FOX CHAPEL DR
LUTZ, FL 33549-8707

REV GEORGE M MASON
2940 WHEATFIELD FARMS DR
O FALLON, MO 63368-7848

REV DOLLIE HUMPHREY
HC 2 BOX 807
ANAHUAC, TX 77514-9605

REV EDWIN THRESS
56 ROBINSON CIR
SEAFORD, DE 19973-1539

REV GEORGE M RUSHE
126 LAKE VISTA DR
CHAPIN, SC 29036-8469

REV DOLORES TAYLOR
210 WOODLAND DR
EUSTIS, FL 32726-7805

REV ELDON NOLTE
3416 E 52ND ST
DES MOINES, IA 50317-4955

REV GERALD [GERRY] MARTIN
924 8TH ST
CLAY CENTER, KS 67432-2620

REV DONALD B LOADHOLDT
PO BOX 444
WHITE ROCK, SC 29177-0444

REV EUGENE L EPTING JR
14 BLACK FOREST DR
SAVANNAH, GA 31410-2709

REV GERALD E CHRISTENSEN
707 BLUFF ST
NECEDAH, WI 54646-7863

REV DONALD SMITH
1210 MIXON AVE
BAY MINETTE, AL 36507-5115

REV FRANK R HAIG
4501 N CHARLES ST
BALTIMORE, MD 21210-2601

REV HARLAN WINTER
319 S 5TH ST
WAPELLO, IA 52653-1455

REV DR ALLEN WARD BEACH
806 ARBORETUM DR
HESSTON, KS 67062-8948

REV FRED C LOWERY
211 WILLOW VALLEY SQ
LANCASTER, PA 17602-4861

REV HAROLD G WILLIAMS
104 CALVIN WAY
HUNTINGDON, PA 16652-2708

REV E ARDEN HALLMAN JR
322 CHURCH ST
LEESVILLE, SC 29070-7780

REV FRED JENSEN
PO BOX 272
CAMBRIDGE CIT, IN 47327-0272

REV HAROLD J MCCOY SR
1044 POTRERO CIR
SUISUN CITY, CA 94585-4139

REV E LEDELL BAILEY
2420 BRITTANY LN
SEARCY, AR 72143-7064

REV FRED W GOLKE
5114 LONG LAKE RD
MOUNDS VIEW, MN 55112-4823

REV HAROLD W KAMMAN
7707 W BRITTON RD APT 2201
OKLAHOMA CITY, OK 73132-1532

REV HENRY F WITTE
1013 S NEWTON ST
SIOUX CITY, IA 51106-1337

REV HENRY N BRANDT
PO BOX 807
PROSPERITY, SC 29127-0807

REV HERBERT N OSBORNE
12401 PARCHMENT DR
HUDSON, FL 34667-2572

REV ION SPOR PHD
7785 6025 RD
OLATHE, CO 81425-9378

REV J BILL SMITH
4240 VASHTI RD
TAYLORSVILLE, NC 28681-8476

REV J PIERCE EVANS JR
PO BOX 7
LITTLE MOUNTA, SC 29075-0007

REV JAMES D MASSEY JR
2410 BRISTOL DR
MACON, GA 31217-4504

REV JAMES L [JIM] LEY
161 LYDIA LN
WEST CHESTER, PA 19382-6102

REV JAMES M DURGIN
3316 CHADWOOD DR
NEW ALBANY, IN 47150-4291

REV JAMES P HABERKOST
544 SUNSET AVE
LA GRANGE, IL 60525-6117

REV JAMES ROARK
PO BOX 1076
WILLIAMSBURG, KY 40769-3076

REV JAMES W ALLISON
PO BOX 638
NEW LEXINGTON, OH 43764-0638

REV JAMES W SHELDON
221 BRITTANY LN
PITTSFORD, NY 14534-4319

REV JERRY GREER
19800 BURNHAM AVE
LYNWOOD, IL 60411-9752

REV JESSE HODGES
4711 VICTORIA WATTS PL
JONESBORO, AR 72404-8387

REV JOHN A MALCOLMSON
26 MAPLE ST
WEST BOYLSTON, MA 01583-1809

REV JOHN DARLINGTON
1800 9TH ST SW
WILLMAR, MN 56201-3919

REV JOHN ROBERT MUHLIG JR
3850 GALLERIA WOODS DR APT 1
HOOVER, AL 35244-3062

REV JOHN W SCHWARTZ
34089 OLD FORGE CT
STERLING HEIG, MI 48312-5649

REV JOHN WESLEY ATCHISON
RR 1 BOX 1792
SUMMERSVILLE, MO 65571-9647

REV JOHNNY R HATNEY
119 E WALKER ST
AUGUSTA, GA 30901-1745

REV JOSEPH M SCHNEIDER
119 W FAYETTE ST
MANCHESTER, IA 52057-1515

REV KAREN R TEWS
1310 WHITFIELD DR
GENEVA, IL 60134-1674

REV KARL FREDERICK SUHR
2269 CHRYSLER TER NE
ATLANTA, GA 30345-3808

REV KATHRYN E YATES
322 N 2ND ST APT 2006
HARRISBURG, PA 17101-1337

REV LARRY CONNORS
12724 SADDLE WAY
KNOXVILLE, TN 37922-6676

REV LARRY CONRAD
6048 CYPRESS COVE DR
THE COLONY, TX 75056-4617

REV LARRY KENT WOLFF
78 STONEYKIRK DR
PINEHURST, NC 28374-9046

REV PAUL L POLK
4915 QUAILGATE DR
SPRING, TX 77373-8556

REV RICKEY KENDRICK
7729 S CRANDON AVE
CHICAGO, IL 60649-4118

REV LOUISE SHOEMAKER
1 HILLCREST AVE APT 200
MORRISVILLE, PA 19067-1154

REV PAUL WEINERT
424 E 22ND ST
FALLS CITY, NE 68355-1712

REV ROBERT L PRICE
1905 N EAST ST
KIRKSVILLE, MO 63501-2518

REV MARGARET ALSTON
828 BAINBRIDGE BLVD
CHESAPEAKE, VA 23324-2543

REV PEGGY KIERAS
54 PARKER AVE
HOLDEN, MA 01520-2428

REV ROBERT LINK
1029 SITKA CT
LOVELAND, CO 80538-4052

REV MARTIN P OTILLIO
2217 GREEN ACRES RD
METAIRIE, LA 70003-2009

REV PETER J MARS
PO BOX 188
NORTH MONMOUT, ME 04265-0188

REV ROBERT MADER
PO BOX 1698
SAINT CLOUD, MN 56302-1698

REV MARYLIZ CLARK
18 MINDY DR
MOORESTOWN, NJ 08057-3024

REV PHILIP H SCHOENHERR
2365 CHAMBERS ST
EUGENE, OR 97405-1860

REV ROBERT SCHWANKE
874 ELM ST NE
HUTCHINSON, MN 55350-1287

REV MEL LUETCHENS
33919 WAVERLY RD
MURDOCK, NE 68407-2141

REV RAY LEE BORCHELT
3662 S MARLBOROUGH DR
TUCKER, GA 30084-8313

REV ROBERT VAN KUREN
3307 TIMBERVIEW ST
FLINT, MI 48532-3756

REV MILAN J BABEL
6406 LARCHMONT DR
MOUNT PLEASAN, WI 53406-5124

REV RAY OHLENDORF
4046 NC HIGHWAY 16 N
TAYLORSVILLE, NC 28681-8438

REV ROGER WEDL
7506 BIRKDALE DR
NEWARK, CA 94560-1512

REV ORLANDO E TRIER
6439 NE 35TH PL
PORTLAND, OR 97211-7271

REV RICHARD PAULUS
PO BOX 397
WEST BRANCH, IA 52358-0397

REV RONALD W DEYOUNG
15959 VERA CT
OAK FOREST, IL 60452-3736

REV PATRICK CLEMENTS
3388 CHAMPIONSHIP DR S
SALEM, OR 97302-9806

REV RICHARD STADELMANN
5538 SPREEN RD
BRENHAM, TX 77833-6650

REV ROY MCKAY
PO BOX 222
ABERDEEN, MS 39730-0222

REV RUSSELL L SAUERWEIN
103 JACKS LN
CENTRE HALL, PA 16828-9112

REV STANLEY BOLDS
44 S STARR AVE
PITTSBURGH, PA 15202-3408

REV STEPHEN C LOVELADY
609 12TH ST
SILVIS, IL 61282-1528

REV SUSAN KENNEDY
507 SPRING GARDEN ST
POTTSVILLE, PA 17901-1650

REV THEODORE E ALLWARDT
98126 W BENHAM LN SPC 29
BROOKINGS, OR 97415-8518

REV THOMAS ALEXANDER WRIGHT
5315 WOODSTEAD WAY
ORLANDO, FL 32819-3934

REV THOMAS N GREEN
415 GRAMATAN AVE APT 3H
MOUNT VERNON, NY 10552-2907

REV THOMAS SEAGRAVE
455 W 20TH AVE
SAN MATEO, CA 94403-1335

REV VICTOR H COHEA
9701 HAMMOND ST
NEW ORLEANS, LA 70127-3519

REV WELDON H LEIMER
1737 TIMBER HEIGHTS DR
INDIANAPOLIS, IN 46280-1593

REV WILLIAM BRYAN KYZER SR
555 FOREMOST DR
LEXINGTON, SC 29073-8519

REV WILLIAM W LEVERGOOD
628 E KEARNEY ST
SPRINGFIELD, MO 65803-3426

REV WILNER MAXY
20420 NW 9TH CT
MIAMI, FL 33169-2372

REVA PRAY
PO BOX 78
HASTINGS, FL 32145-0078

REX BAUMBACK
3156 RAINBOW RIDGE DR
PRESCOTT, AZ 86303-5767

REX BOYLSTON
129 HARBRA CT
LEXINGTON, SC 29072-9552

REX BRANDSTATTER
2159 LYNNCREST DR
CORALVILLE, IA 52241-2892

REX DAVIS
1502 LOOP DR
SAN ANGELO, TX 76904-7701

REX G PHILLIPS
3946 CAUSEWAY DR NE
LOWELL, MI 49331-9408

REX HOULETTE
1104 NE 4TH ST
DUMAS, TX 79029-3402

REX I HYZER
3026 N BASS LAKE RD
PIERSON, MI 49339-9411

REX L SPENCER
303 N MILL ST
CELINA, OH 45822-1644

REX MCKEE
2368 RIDGE RD
TRAER, IA 50675-9374

REX PATTY
1912 SE INDIANA AVE
TOPEKA, KS 66607-1426

REX ROBERTS
421 S ROSEDALE AVE
LIMA, OH 45805-3353

REX ROBINSON
5481 ROCKPOINTE DR
CLIFTON, VA 20124-0941

REX SURBER SR
9711 TRADING POST RD
LEO, IN 46765-9316

REX W JOYNER
6610 QUAIL RIDGE LN
FORT WAYNE, IN 46804-2876

RHODA LENGLE
1621 GOOD SHEPHERD RD
MONTOURSVILLE, PA 17754-8088

RHONDA ELIFRITZ-RIX
2415 E ROSEMONTE DR
PHOENIX, AZ 85050-3110

REYNALDO A GREGORY
4838 S SEDGEWICK RD
LYNDHURST, OH 44124-1109

RHODA LUCAS
123 ROUTE 530
SOUTHAMPTON, NJ 08088-1643

RHONDA FITCHETT
1912 1ST AVE N
FORT DODGE, IA 50501-6742

REYNOLDS E NORRIS
33 E MAIN ST
NORTH EAST, PA 16428-1340

RHODA MOUNTZ
314 DECLARATION AVE
EPHRATA, PA 17522-7004

RHONDA HALL
2216 W BANNOCK ST
BOISE, ID 83702-4924

RHEA-JOY R SIMONICH
24058 BROWN LN
PLAINFIELD, IL 60586-8281

RHODA SUTHERLAND
50 HOLLY LN
PAOLA, KS 66071-1843

RHONDA HORTON
8302 FARM ROAD 71 W
TALCO, TX 75487-3623

RHETT RILEY
129 LAKEVIEW DR
EUTAWVILLE, SC 29048-9495

RHONA KATZ
130 E 18TH ST APT 4H
NEW YORK, NY 10003-2436

RHONDA JONES
1800 RESERVOIR RD LOT 82
LIMA, OH 45804-2961

RHODA GRIMSKY
1047 FERNGATE LN
CREVE COEUR, MO 63141-6129

RHONDA ABEL
5503 MALLARD POINTE CT
MILFORD, OH 45150-9417

RHONDA KORTE
37768 S HURON RD
NEW BOSTON, MI 48164-9661

RHODA JONES
2129 WESLEY ST
MCKEESPORT, PA 15132-7640

RHONDA BAILEY
215 E 23RD ST
DES MOINES, IA 50317-2217

RHONDA MARIA RICHARDSON
101 MIDWAY FARMS DR
LEXINGTON, SC 29072-7718

RHODA KESSELMAN-RABINOWITZ
20 CONSHOHOCKEN STATE RD APT
BALA CYNWYD, PA 19004-3325

RHONDA BERNDT
18101 RYANWOOD DR
RIVERVIEW, MI 48193-8138

RHONDA MATHIS
436 LAMB ST
PERRY, MI 48872-8521

RHODA LASH
27 SHADY LN
SYOSSET, NY 11791-1407

RHONDA CLARADY
1824 BIMINI WAY
SEABROOK, TX 77586-2924

RHONDA MAYFIELD
PO BOX 2651
SPRINGFIELD, VA 22152-0651

RHONDA MCPHERON
5171 ASTER ST
ELIDA, OH 45807-1366

RICARDO DE PEDRO
7 CALLE DUQUE
GUAYAMA, PR 00784-5507

RICHARD [DICK] HOUSTON
39 E CONCORD AVE
KANSAS CITY, MO 64112-2873

RHONDA METHFESSEL
224 PARMER DR
DES MOINES, IA 50315-7743

RICH JORGENSEN
207 E SOUTHWIND DR
SCHALLER, IA 51053-7740

RICHARD [DICK] KILLIAN
350 E DESERT INN RD UNIT E20
LAS VEGAS, NV 89109-9007

RHONDA R FEICHT
2601 PEBBLE BEACH DR
VALPARAISO, IN 46383-3284

RICH LALOR
3550 FEDERAL BLVD
DENVER, CO 80211-2802

RICHARD [DICK] KLINE
442 CROSSLANDS DR
KENNETT SQUAR, PA 19348-2051

RHONDA SIKORA
25836 MARTIN DR
SPIRIT LAKE, IA 51360-7306

RICH PERKOSKI
3716 LIBERTY WAY
MCKEESPORT, PA 15133-2004

RICHARD [DICK] LEHMANN
1426 IRVINGSIDE LN SW
BEMIDJI, MN 56601-4189

RHONDA STOVER
PO BOX 202
SOUTHWICK, MA 01077-0202

RICH ROHDE
915 SW HUNTER ST
DALLAS, OR 97338-2101

RICHARD [DICK] LOOMIS
1432 BLACKBERRY AVE
ARROYO GRANDE, CA 93420-6705

RHONDA TASSIN
15856 S BLACKFOOT CT
OLATHE, KS 66062-6608

RICHARD (TINK) JACKSON
2426 S COUNTY ROAD 50 W
GREENCASTLE, IN 46135-8879

RICHARD [DICK] MAX
18055 SABINI CT
MORGAN HILL, CA 95037-3421

RHONDA WALSH
3852 BAYBERRY LN
SEAFORD, NY 11783-1503

RICHARD [DICK] CASEBIER
4391 CEDAR RD
DELTA, CO 81416-9403

RICHARD [DICK] MURPHY
5110 HERBERT HOOVER HWY NE
IOWA CITY, IA 52240-8388

RIC CALLAHAN
8636 GRUENEWALD LN
CHARLOTTE, NC 28210-5862

RICHARD [DICK] FRY
36 ROLLING RIDGE DR
MILTON, PA 17847-9690

RICHARD [DICK] NEWACHECK
819 MOUNTAIN VIEW DR
LAFAYETTE, CA 94549-4213

RIC FRAMBACH
682 BRIDAL ROW
DES MOINES, IA 50314-1712

RICHARD [DICK] HILER
418 MOHICAN TRL
WILMINGTON, NC 28409-3423

RICHARD [DICK] RATTRAY
8308 COLBY PKWY APT 211
URBANDALE, IA 50322-7008

RICHARD [DICK] TAYLOR
311 BELMONT AVE
GREENVILLE, SC 29601-4303

RICHARD [DICK] THULEAN
1801 E CRESTWOOD DR
PEORIA, IL 61614-7911

RICHARD [DICK] VITOSH
1105 VILLAGE FARM CT
IOWA CITY, IA 52240-2919

RICHARD [DICK] WYTHES
PO BOX 991
BOCA GRANDE, FL 33921-0991

RICHARD [OSCAR] RAU
5016 E BAKER ST
TUCSON, AZ 85711-2159

RICHARD [RICH] GAUTHIER
PO BOX 437
MORRISTOWN, MN 55052-0437

RICHARD [RICK] ASHBY JR
9 APPLE HILL DR
LITITZ, PA 17543-8212

RICHARD [RICK] BARDACH
560 N ST SW APT N602
WASHINGTON, DC 20024-4622

RICHARD [RICK] BERNSTEIN
8011 W KENSINGTON DR
MEQUON, WI 53097-3455

RICHARD [RICK] PETERSON
320 E 2ND ST
STORM LAKE, IA 50588-2565

RICHARD A [DICK] GILMORE
725 CARDINAL LN
COPPELL, TX 75019-3424

RICHARD A BURTNETT PE
1693 BERNICE DR
IRWIN, PA 15642-1705

RICHARD A CHRISTINA CPA
208 MONTCLAIR RD S
BARNEGAT, NJ 08005-2613

RICHARD A COON SFO
1800 RESERVOIR RD LOT 718
LIMA, OH 45804-2970

RICHARD A DALESSIO
361 ZENITH LN
JUNO BEACH, FL 33408-2033

RICHARD A ESREY JR
235 BENTBOUGH DR
LEESBURG, FL 34748-9117

RICHARD A FLESNER
5011 N MONTCLAIR AVE APT 3C
PEORIA HEIGHT, IL 61616-5255

RICHARD A JOHNSON JR
5004 PRESBYTERIAN DR
CONWAY, SC 29526-8618

RICHARD A KAMPA
6764 E DAVID DR
TUCSON, AZ 85730-1638

RICHARD A KING
11249 CARON ST
LOWELL, MI 49331-9663

RICHARD A LENTZ
150 E WYNNEWOOD RD APT 10D
WYNNEWOOD, PA 19096-1526

RICHARD A MEINZER
599 GOODALE HILL RD
GLASTONBURY, CT 06033-4022

RICHARD A MORGAN
7 VAUGHN CT
PORTSMOUTH, VA 23701-3828

RICHARD A MULFORD
1231 WISTERIA DR
MALVERN, PA 19355-9736

RICHARD A OUTLAND
1744 CIRCLEWOOD DR
RACINE, WI 53402-1528

RICHARD A SHERER
2420 CURTIS AVE UNIT A
REDONDO BEACH, CA 90278-2104

RICHARD A VAIRIN JR
23372 LOWE DAVIS RD
COVINGTON, LA 70435-6510

RICHARD A VARGO
2007 SUNFLOWER DR
SPRING HILL, TN 37174-2279

RICHARD ALTO
125 ROYAL CIR
MADISON HEIGH, VA 24572-5013

RICHARD BALKOVEC
3516 N 107TH PLAZA STE 122
OMAHA, NE 68134

RICHARD A WILSON
8105 READ ST
OMAHA, NE 68122-1425

RICHARD ANDERSON
14498 EDDY LAKE RD
FENTON, MI 48430-1532

RICHARD BARBOUR
15153 STILLFIELD PL
CENTREVILLE, VA 20120-3910

RICHARD A YARGER
34928 STACCATO ST
PALM DESERT, CA 92211-3082

RICHARD ANSELM WIESNER
1845 LACROSSE AVE
SAINT PAUL, MN 55119-4809

RICHARD BARNES
705 E CORRINGTON AVE
PEORIA, IL 61603-1935

RICHARD ACH
4812 N 18TH ST
TACOMA, WA 98406-3316

RICHARD ATTERBURY
320 ISLAND OAK DR
AUSTIN, TX 78748-3893

RICHARD BATTAGLIA
202 LAUDERDALE RD
NASHVILLE, TN 37205-1822

RICHARD ALBEN
1705 DORWALDT BLVD
SCHENECTADY, NY 12309-5113

RICHARD B ADAMS JR
1699 CATESBY
EL PASO, TX 79911-3038

RICHARD BEATTY
104 BOUVANT DR
PRINCETON, NJ 08540-1224

RICHARD ALLEN
2348 BRADFORD PL
EDMOND, OK 73012-4382

RICHARD B BARNES
809 W RIORDAN RD STE 100-313
FLAGSTAFF, AZ 86001-0855

RICHARD BEFFA
9 VALLEY VIEW RD
MORRISTOWN, NJ 07960-4817

RICHARD ALLEN KEISER JR
532 CANTERBURY RD
VIRGINIA BEAC, VA 23452-7002

RICHARD B BURCHARD
90 BURCHARD LN
BONNOTS MILL, MO 65016-2325

RICHARD BELL
345 HAWTHORNE DR
LANCASTER, PA 17603-4209

RICHARD ALLEN MEESE SR
263 CENTER ST APT 1A
NEW COLUMBIA, PA 17856-8966

RICHARD B SCHWARTZ
308 EATON CT
WARRINGTON, PA 18976-3618

RICHARD BLOMQUIST
2903 W HIDDEN LAKE RD
MEQUON, WI 53092-5300

RICHARD ALT
1510 NE 126TH ST
VANCOUVER, WA 98685-3138

RICHARD BACH
2929 LYNNHAVEN DR
VIRGINIA BEAC, VA 23451-1522

RICHARD BOHANNAN
104 WHEELER CT
EAST PEORIA, IL 61611-4354

RICHARD BORING ROBERTS
5008 KNOB VIEW TRL
WINSTON SALEM, NC 27104-5121

RICHARD BRACE
3731 PARAISO WAY
LA CRESCENTA, CA 91214-1045

RICHARD BRANGAN
1224 PLYMOUTH ROCK WAY
GREENWOOD, IN 46142-1946

RICHARD BROCKMAN
931 JO ANN DR
WILMINGTON, IL 60481-1651

RICHARD BROOKNER
4759 S PRAIRIE HILLS DR
GREEN VALLEY, AZ 85622-5809

RICHARD BROWN
369 E COMO DR
PUEBLO WEST, CO 81007-1386

RICHARD BULLOCK
13511 PIMBERTON DR
HUDSON, FL 34669-0802

RICHARD BURGE
1608 N NORTH ST
PEORIA, IL 61604-4132

RICHARD BURLEY
PO BOX 242
HILLMAN, MI 49746-0242

RICHARD BURTON CORNWELL
PO BOX 93
OLATHE, CO 81425-0093

RICHARD BYRD [DICK] WILKE
904 CLYDE
WINFIELD, KS 67156-1517

RICHARD C BADER
1836 N KASPAR AVE
ARLINGTON HEI, IL 60004-3720

RICHARD C BERG
11038 STATE HIGHWAY 96
OLNEY SPRINGS, CO 81062-9784

RICHARD C BROWN
750 SYCAMORE ST
DECATUR, GA 30030-2062

RICHARD C DAVISSON
8207 INDIAN SCHOOL RD NE
ALBUQUERQUE, NM 87110-4867

RICHARD C GARVIN
1217 WINDERMERE CT
EASLEY, SC 29642-8364

RICHARD C LAFLEUR
PO BOX 892
DEVILS LAKE, ND 58301-0892

RICHARD C SCHLAMEL
4 PARKESS ST
STAFFORD SPRI, CT 06076-1110

RICHARD C SCHUST
5899 S 455 E
WOLCOTTVILLE, IN 46795-8802

RICHARD C WATTS
167 BRIDGEWATER CIR
MIDLAND, TX 79707-6112

RICHARD C WERNER
66 WINDSOR CT
NEW BRIGHTON, MN 55112-3373

RICHARD CALABRESE
201 HILLCREST AVE
BLACKWOOD, NJ 08012-4910

RICHARD CAREY
1414 GERMANIA DR
DES MOINES, IA 50311-2629

RICHARD CARLISLE NORTON
3601 HIGHWAY 34 W
LATTA, SC 29565-4445

RICHARD CAULFIELD
12 MOUNTAIN ASH RD
EAST BRIDGEWA, MA 02333-1585

RICHARD CHAMBERS
907 5TH AVE
IOWA CITY, IA 52240-6403

RICHARD CHILDS
5800 WINDSOR DR
FAIRWAY, KS 66205-3344

RICHARD  CLARK
811 S TOPEKA ST
EL DORADO, KS 67042-2655

RICHARD  CLEVENGER
596 SALISBURY RD S
RICHMOND, IN 47374-7426

RICHARD  CLIFFORD  ANTHONY
104 WESTWIND RD
WAKEFIELD, RI 02879-1500

RICHARD  COLTER
PO BOX 952
GORE, OK 74435-0952

RICHARD  CONRAD
210 W SEMINARY ST
GREENCASTLE, IN 46135-1644

RICHARD  COURTESIS
194 SMITH ST APT BB
FREEPORT, NY 11520-4308

RICHARD  CRANDALL  CREIGHTON
5632 STYRON RD
ORIENTAL, NC 28571-9218

RICHARD  CUSACK
22 S WASHINGTON ST
PORT WASHINGT, NY 11050-3223

RICHARD  D [DICK] HAWLEY
1184 CAROLYN CT
EAST PEORIA, IL 61611-1100

RICHARD  D [DICK] SPENCER
805 NE WISTERIA LN
ANKENY, IA 50021-6679

RICHARD  D [RICK] WHEELER
1510 ANTHONY WAY
MOUNT JULIET, TN 37122-3553

RICHARD  D  ANDERMAN
39812 PARTRIDGE DR
ASKOV, MN 55704-4076

RICHARD  D  BROWN
13524 WRIGHT ST
OMAHA, NE 68144-3435

RICHARD  D  INMAN
3616 VILLAGE RUN DR
DES MOINES, IA 50317-5112

RICHARD  D  KEWLEY
2755 FOX RUN
APPLETON, WI 54914-8727

RICHARD  D  MERICA
2220 TULIP WAY
SACRAMENTO, CA 95821-4615

RICHARD  D  PETRULIS
2914 MARGARETTA DR
WESTLAKE, OH 44145-4676

RICHARD  D  PHIPPS
3433 TULANE CT
IOWA CITY, IA 52245-4038

RICHARD  D  WINCHELL
3048 SE KLAMATH RD
PRINEVILLE, OR 97754-8368

RICHARD  D  YOWELL
17 COBBLESTONE DR
HORSHAM, PA 19044-1847

RICHARD  DANA
104 S HECLA ST
LAURIUM, MI 49913-2428

RICHARD  DARWIN  KEELER
8433 COUNTY ROAD 1233A
GODLEY, TX 76044-3941

RICHARD  DAVID  NICHOLS
5015 CLEBURNE CT
PLEASANT HILL, IA 50327-7080

RICHARD  DAVID  STUHR
305 BUTTONWOOD CT
COCOA, FL 32926-3162

RICHARD  DECKER
9467 E SUTTON DR
SCOTTSDALE, AZ 85260-4309

RICHARD  DEMSKI
5052 UNION ST
FINLEYVILLE, PA 15332-1141

RICHARD  DI  MARTINI
1491 ARGYLE RD
BERWYN, PA 19312-1903

RICHARD DIRCKSEN
10100 OLD STATE ROUTE 121
VERSAILLES, OH 45380-9586

RICHARD E COOLEY
5888 AUGUSTA LN
GRAND BLANC, MI 48439-9472

RICHARD E MILLER
110 EVELYN CT
OLDSMAR, FL 34677-2305

RICHARD DU BOIS
135 DELAWARE DR
LANSING, MI 48911-5027

RICHARD E DAY
261 CITY VIEW DR
FORT LAUDERDA, FL 33311-9122

RICHARD E ORR
2617 MAPLECREST RD APT 226
BETTENDORF, IA 52722-3393

RICHARD DUVAL
1102 VINE ST
JOLIET, IL 60435-4310

RICHARD E DEAN
990 DEAN CIR
TALLASSEE, AL 36078-3524

RICHARD E RALEIGH
10705 RUNYAN LAKE RD
FENTON, MI 48430-2449

RICHARD E [RICK] BRADFORD
1022 MOUNTAIN BREEZE LN
BRISTOL, TN 37620-8769

RICHARD E GIBSON
11758 WHITMORE ST
OMAHA, NE 68142-1639

RICHARD E SCHIAVO
187 PATERSON AVE APT 154
MIDLAND PARK, NJ 07432-1862

RICHARD E ALEXANDER
6401 AUGUSTA BLVD
SEMINOLE, FL 33777-4725

RICHARD E GILL
205 WESTMINSTER WAY
ANDERSON, IN 46013-4462

RICHARD E TONNELL
1021 DIAMOND WILLOW CIR
WAITE PARK, MN 56387-2028

RICHARD E AMMON
3652 HEDGEWOOD DR
WINTER PARK, FL 32792-3028

RICHARD E GRUNER
16 LOBLOLLY CT
MANDEVILLE, LA 70448-7551

RICHARD E. HAUSE SR
347 WALL ST
MILTON, PA 17847-2016

RICHARD E BAKER
29319 CRESTHAVEN DR
WILLOWICK, OH 44095-4534

RICHARD E HERRINGTON
2455 HIDDEN RIVER LN
FRANKLIN, TN 37069-6933

RICHARD EARL ATCHISON
247 PUTT PUTT LN
MURPHY, NC 28906-4905

RICHARD E BISHOP
2206 E CAPE COD DR
BLOOMINGTON, IN 47401-6124

RICHARD E KISTLER
996 MIRROR LAKE CT
RENO, NV 89511-8516

RICHARD EMMERT
4031 KENNETT PIKE APT 38
WILMINGTON, DE 19807-2032

RICHARD E CLEVER
3276 ANDORA DR
SAN JOSE, CA 95148-1203

RICHARD E LEWIS
7180 ROSS DR
COLORADO SPRI, CO 80920-3311

RICHARD ENGLAR
86-311 HOKUPAA ST
WAIANAE, HI 96792-2971

RICHARD EUGENE MCMINN
56 BILL EDWARDS RD
HUMBOLDT, TN 38343-5018

RICHARD F PORRO
70 SHADY OAK CT
ALVIN, TX 77511-9249

RICHARD FRAHER
306 NEWMAN DR
SOUTH SAN FRA, CA 94080-3015

RICHARD EVANS MD
7 FERN HL
GREAT BARRING, MA 01230-1062

RICHARD F SULLIVAN
23 UPPER OAK DR
SAN RAFAEL, CA 94903-1731

RICHARD FRANCIS
137 W WOOD ST
VERSAILLES, OH 45380-1229

RICHARD F ABBOTT
8533 SCARLETT DR
BATON ROUGE, LA 70806-8525

RICHARD FASSINO
510 EASTRIDGE DR
HAILEY, ID 83333-8571

RICHARD FRANCIS CAROLAN
295 RUMSTICK RD
BARRINGTON, RI 02806-4922

RICHARD F AHLES
1 WEST ST UNIT 222
SIMSBURY, CT 06070-5402

RICHARD FEIMAN
910 5TH AVE APT 2D
NEW YORK, NY 10021-4161

RICHARD FRANCIS III
4798 TARTAN LN
HOLT, MI 48842-1936

RICHARD F GOSLINE
521 HOOD BLVD
FAIRLESS HILL, PA 19030-3021

RICHARD FELDMAN
10 KNOLLCREST DR
ANDOVER, MA 01810-3256

RICHARD FREEBORN
129 KAY ST
NEWPORT, RI 02840

RICHARD F GOUBEAUX
635 WILLOW VALLEY SQ
LANCASTER, PA 17602-4869

RICHARD FELDMANN
444 E RHINE ST
ELKHART LAKE, WI 53020-1948

RICHARD FRIEDMAN
36 BALA AVE
BALA CYNWYD, PA 19004-3154

RICHARD F KRAUS
122 SE RIDGEVIEW CT
LEES SUMMIT, MO 64063-2900

RICHARD FLINT
106 ANDREWS BLVD
PLAINFIELD, IN 46168-9769

RICHARD FRIEDRICH
1100 NORTH ST
GUTHRIE CTR, IA 50115-1220

RICHARD F LEWIS
8171 WEBER RD
SALINE, MI 48176-9207

RICHARD FORREST GRIMSLEY II
125 GENEVA AVE
HADDON TOWNSH, NJ 08108-2451

RICHARD FRITH
4737 96TH AVE NE
CRARY, ND 58327-9354

RICHARD F NOREM
400 WALDEN DR
ALEXANDRIA, LA 71303-2951

RICHARD FOULK
3670 CRESTWOOD DR
BEAUMONT, TX 77706-3733

RICHARD G BOZARTH
210 BURRS MILL RD
SOUTHAMPTON, NJ 08088-3549

RICHARD G HENNEK
16074 NAKOMIS DR
AVON, MN 56310-9669

RICHARD H [DICK] DRISCOLL MD
2333 43RD AVE E APT 103
SEATTLE, WA 98112-2786

RICHARD HALES
7080 LINDEN RD
MACUNGIE, PA 18062-9440

RICHARD G KAHN
582 MAIN ST
CHATHAM, MA 02633-2203

RICHARD H BELTZ SR
219 CROSSHILL RD
WYNNEWOOD, PA 19096-3123

RICHARD HANNERT
1010 NORTH BLVD
UNIVERSAL CIT, TX 78148-3915

RICHARD G KALB
6873 HELENA DR NE
BREMERTON, WA 98311-9534

RICHARD H BURTON
504 1ST ST NE APT 113
SARTELL, MN 56377-1237

RICHARD HARMON
25 SHEFFIELD DR
FORKED RIVER, NJ 08731-5648

RICHARD G STEELE
61582 ROOSEVELT RD
BARNESVILLE, OH 43713-9607

RICHARD H KLEINHANS
134 E RIVERBEND DR
PLYMOUTH, WI 53073-2200

RICHARD HAROLD BOND
231 BEND RD
DYERSBURG, TN 38024-8601

RICHARD GLEASON
5 LINTON AVE
ALBANY, NY 12205-3231

RICHARD H MILLER
3803 SOMERSET DR APT 203
PRAIRIE VILLA, KS 66208-5172

RICHARD HENNIG
1005 ELM ST
SAN CARLOS, CA 94070-3823

RICHARD GOOD
10699W TWIN BAY RD
HAYWARD, WI 54843-6692

RICHARD H PHILLIPS
402 HEATHWOOD DR
AIKEN, SC 29803-6119

RICHARD HIGGINS
2505 HERBERTSVILLE RD
POINT PLEASAN, NJ 08742-2261

RICHARD GOREN
12335 PLEASANT GREEN WAY
BOYNTON BEACH, FL 33437-2052

RICHARD H REINKING
4317 SPATZ AVE
FORT WAYNE, IN 46806-4726

RICHARD I SCRUGGS
320 PETTIBONE ST
SOUTH LYON, MI 48178-1221

RICHARD GUNDERSON
733 2 1/2 ST N
SARTELL, MN 56377-1714

RICHARD H ROEDER
5909 SE 34TH ST
DES MOINES, IA 50320-9301

RICHARD ISGRIGG
154 WINDING WOODS TRL
MOUNT WASHING, KY 40047-6845

RICHARD GUSTAFSON
10009 OXBOROUGH RD
BLOOMINGTON, MN 55437-2350

RICHARD H WALDROP
2864 ST GEORGE DR
DAVENPORT, FL 33837-1542

RICHARD J [RICK] VON FLATER
2939 CRAWFORD ST
HOUSTON, TX 77004-2744

RICHARD J [SKIP] LUBENOW
14722 COURTYARD CIR
BURNSVILLE, MN 55306-6198

RICHARD J [TINY] DEDRICK
723 N ROOSEVELT AVE
OCONOMOWOC, WI 53066-2856

RICHARD J ALLEY
3312 COLLEGE AVE
TERRE HAUTE, IN 47803-2321

RICHARD J ANGELINI
1535 CONCHESTER HWY
GARNET VALLEY, PA 19060-2107

RICHARD J BLAHA
179 NOBSCUSSETT RD
DENNIS, MA 02638-1207

RICHARD J BOLES
606 ELIZABETH DR
MURRELLS INLE, SC 29576-8446

RICHARD J BONDE PHD
28400 CRESTHAVEN DR
WILLOWICK, OH 44095-4515

RICHARD J BRYL
103 CRYSTAL LANE CT
DEVILS LAKE, ND 58301-9677

RICHARD J GADD
140 SCHOTT RD
LAKE ARIEL, PA 18436-4576

RICHARD J GAUL
13100 116TH ST
LARGO, FL 33778-1855

RICHARD J GRAY SR
3829 LAKE TRAIL DR
KENNER, LA 70065-3315

RICHARD J HAMPTON JR
2627 COMET ST
NEW ORLEANS, LA 70131-5103

RICHARD J HOLLAND
106 HILLSIDE VILLAGE DR
WEST BOYLSTON, MA 01583-2460

RICHARD J HUGGINS
489 POPE RD S
ELLABELL, GA 31308-8079

RICHARD J JAKSIC
1171 NORWOOD RD
CLEVELAND, OH 44103-1550

RICHARD J KIMMINAU
4760 N GLENDALE ST
BEL AIRE, KS 67220-1431

RICHARD J LEAHY
2501 EVERGREEN LN
SAINT JOSEPH, MO 64503-2028

RICHARD J LYONS
3131 ESSINGTON WAY
BENSALEM, PA 19020-1574

RICHARD J MAHLER
3420 N JUGTOWN RD
MORRIS, IL 60450-7388

RICHARD J MIRIANI
1424 CHARTWELL RD
SCHAUMBURG, IL 60195-3242

RICHARD J NOBLE
10300 BUSHMAN DR APT 210
OAKTON, VA 22124-2825

RICHARD J OSBORNE
36233 FERNWAY CIR
AVON, OH 44011-3421

RICHARD J PAUL
307 CHESTNUT AVE
LINDENWOLD, NJ 08021-2253

RICHARD J PHILIPPSEN
988 IRONWOOD RD
BEAUMONT, CA 92223-8530

RICHARD J SCHMIDT
15806 ORANGE BLOSSOM LN
LOS GATOS, CA 95032-3535

RICHARD J SCHMIDT
478 COUNTRY LN
CRYSTAL LAKE, IL 60012-3339

RICHARD J STEELE
14 GOODROW RD
WEYMOUTH, MA 02188-1821

RICHARD J TALBOT PHD
4882 DELAWARE DR
LARKSPUR, CO 80118-8501

RICHARD KELLER
3103 ALAMEDA BLVD
KOKOMO, IN 46902-3969

RICHARD L [DICK] BELL
6801 N 67TH PLZ APT 2
OMAHA, NE 68152-2182

RICHARD J VOVK
2501 DEEP VALLEY TRL
PLANO, TX 75023-7865

RICHARD KELLEY
4139 NEW HOPE RD
GRANTS PASS, OR 97527-9072

RICHARD L BARNES JR
3226 RAVINE HOLLOW CT
LAMBERTVILLE, MI 48144-9693

RICHARD JACKSON
1358 AVALON DR
MADISON, OH 44057-1202

RICHARD KLOOSTERMAN
8543 GULL RD
RICHLAND, MI 49083-8629

RICHARD L BERTI
806 ROONEY DR
JOLIET, IL 60435-2910

RICHARD JETER
3520 102ND ST
LUBBOCK, TX 79423-5148

RICHARD KOEPKE
12 SHERWOOD DR
WESTLAKE VILL, CA 91361-4810

RICHARD L BOLDREY
178 WELLINGTON CIR
GURNEE, IL 60031-6221

RICHARD JEWETT
6812 S CORTEZ ST
TAMPA, FL 33616-2505

RICHARD KREMER
665 E WARD ST
VERSAILLES, OH 45380-1439

RICHARD L BROWN DC
PO BOX 933
CLARKSVILLE, VA 23927-0933

RICHARD JOYCE
11428 W GRANGE HALL RD
BRIMFIELD, IL 61517-9585

RICHARD KREMER
13917 SUN FOREST DR
PENN VALLEY, CA 95946-9550

RICHARD L CHELLIS
53 COLUMBIA AVE
JAMESTOWN, RI 02835-1323

RICHARD K VAN WAGENEN
3915 NEBRASKA AVE
OMAHA, NE 68111-1157

RICHARD KURSELL
742 MEADOW WOOD DR
JOLIET, IL 60431-4865

RICHARD L CLEVELAND
1731 MAPLE AVE
PORTSMOUTH, VA 23704-4621

RICHARD KACSUTA
2036 STATE ROUTE 30
LIGONIER, PA 15658-1172

RICHARD L [DICK] ATKINS
36 AMANDA AVE
LEOLA, PA 17540-1903

RICHARD L GABEL
1225 W 1ST AVE
EL DORADO, KS 67042-1505

RICHARD KATES
47 PENNIMAN RD
BROOKLINE, MA 02445-4136

RICHARD L [DICK] BACON
1 SCARBOROUGH LN
BELLA VISTA, AR 72715-2367

RICHARD L GRAY
12613 FEATHERING DR
FRISCO, TX 75034-0320

RICHARD L REED
8722 SE SOUNDINGS PL
HOBE SOUND, FL 33455-4231

RICHARD LESHER
207 E HOMESTEAD AVE
COLLINGSWOOD, NJ 08108-1931

RICHARD M COULTER JR
508 HOGANS RUN
COLUMBIA, SC 29229-3371

RICHARD L ROSE
1918B NANTUCKET DR
HOUSTON, TX 77057-2914

RICHARD LIBONATE
171 MARINA DEL REY CT
CLEARWATER, FL 33767-2948

RICHARD M GORDON
1100 PENN CENTER BLVD APT 7
PITTSBURGH, PA 15235-5329

RICHARD L SMITH
426 OLIVE ST APT 8
LEAVENWORTH, KS 66048-2749

RICHARD LOFTON
3267 BROOKSHIRE DR
KEOKUK, IA 52632-2141

RICHARD M HALL
3755 E 82ND ST STE 110
INDIANAPOLIS, IN 46240-4340

RICHARD L VAN NORMAN
1417 W DAYTONA DR
PEORIA, IL 61614-4105

RICHARD LONG
1 AERIE EST
CHARLESTON, WV 25302-4955

RICHARD M HULL
5706 BRIERCREST AVE
LAKEWOOD, CA 90713-1432

RICHARD LAMBERT
925 GRANDVIEW AVE
WATERLOO, IA 50703-5633

RICHARD LUNDE
3832 HOLDEN CIR
LOS ALAMITOS, CA 90720-2218

RICHARD M JOHNSON
759 MOHICAN LN
SAINT PAUL, MN 55120-1634

RICHARD LAMPL
201 GRANT ST APT 601
SEWICKLEY, PA 15143-1353

RICHARD M ABRAMS
604 S WASHINGTON SQ APT 602
PHILADELPHIA, PA 19106-4121

RICHARD M KRAVITZ
4317 MYERS PARK DR
DURHAM, NC 27705-1663

RICHARD LAND
1305 PILGRIM DR
MADISON, TN 37115-5939

RICHARD M BROOKS
PO BOX 3416
KETCHUM, ID 83340-3416

RICHARD M QUALTERS
395 SW 64TH TER
MARGATE, FL 33068-1538

RICHARD LANDFIELD
1350 E YORBA LINDA BLVD
PLACENTIA, CA 92870-3833

RICHARD M BRUSKOFF

RICHARD M WARE
1777 BRIGHTWATERS BLVD NE
SAINT PETERSB, FL 33704-3815

RICHARD LAUMAN
4874 S HOLLAND ST
DENVER, CO 80123-1974

RICHARD M CLAY
104 N CHEYENNE DR
WARSAW, IN 46582-7296

RICHARD MALCOM
2568 CORY AVE
SCHALLER, IA 51053-7592

RICHARD MAREDA
2303 RUE MAISON
BILOXI, MS 39532-3215

RICHARD NEIL ERNEST
105 W 7TH ST
TRENTON, TN 38382-2517

RICHARD PANZA
32353 BRANDON PL
AVON LAKE, OH 44012-2548

RICHARD MCDERMOTT
3127 POCAHONTAS RD
CEDAR FALLS, IA 50613-1134

RICHARD O'CONNOR
1118A LONG BEACH BLVD
BEACH HAVEN, NJ 08008-5630

RICHARD PARMALEE
5946 LOUNSBURY RD
WILLIAMSTON, MI 48895-9620

RICHARD MCNEIL
559 INMAN AVE
CINNAMINSON, NJ 08077-1605

RICHARD ORRVICK
930 ALDERMAN RD
PALMYRA, NY 14522-9540

RICHARD PARRISH
4000 139TH ST NE
SURREY, ND 58785-9590

RICHARD MELANCON JR
696 AUKAI PL
DIAMONDHEAD, MS 39525-3552

RICHARD ORTEGA
38739 SUMAC AVE
PALMDALE, CA 93550-3739

RICHARD PARSONS
10926 TANGLEBERRY CT
CINCINNATI, OH 45240-3354

RICHARD MORRIS
1508 MADEWOOD RD
LA PLACE, LA 70068-3210

RICHARD P [RUPE] RUPERT
1984 COMANCHE CT
GRAFTON, WI 53024-9365

RICHARD PEARSON
5935 BRADFORD LN
LANSING, MI 48917-1206

RICHARD MURPHY
2030 SUNDOWNER RIDGE DR
BALLWIN, MO 63011-1716

RICHARD P GLASGOW
2356 GAYLORD RD UNIT 3A
CREST HILL, IL 60403-1478

RICHARD PIASSOLI
3926 SANDY CIR
PALM SPRINGS, CA 92262-8860

RICHARD MURRAY
3209 HILLSIDE DR
BURLINGAME, CA 94010-5913

RICHARD P JOHNSON
75 COACH TRL
EADS, TN 38028-3185

RICHARD PIEART
905 S LOCUST ST
VISALIA, CA 93277-4809

RICHARD N [DICK] KEIL
89 KENDALL DR
RINGWOOD, NJ 07456-1824

RICHARD P PLATTS
PO BOX 988
KETTLE FALLS, WA 99141-0988

RICHARD POKORNY
81979 HIGHWAY 11
BURWELL, NE 68823-8105

RICHARD N ERICKSON
735 SE PONDS EDGE CIR
ANKENY, IA 50021-4000

RICHARD P TURNER
PO BOX 191
AVON LAKE, OH 44012-0191

RICHARD PRINDLE
1753 FLOWER ST
WATERLOO, IA 50701-3206

RICHARD R LEE
335 MAPLE LN
LIMA, OH 45805-2455

RICHARD ROCK
PO BOX 726
WILMINGTON, IL 60481-0726

RICHARD S SCHIFFRIN
127 KNIGHTSBRIDGE RD
WYNNEWOOD, PA 19096-1212

RICHARD R MORSE
14642 PIKE 377
BOWLING GREEN, MO 63334-2900

RICHARD RODAL
4064 AUTUMN WOOD PL
RICHMOND, IN 47374-4584

RICHARD S ZAZYCKI
1045 WALLACE AVE
ROTTERDAM, NY 12306-2007

RICHARD R VON BRIESEN
559 RIVER RIDGE DR
GLENBURNIE, ON K0H 1S0

RICHARD ROSSI
1026 E ELMHURST AVE
PEORIA, IL 61603-1445

RICHARD SANDSTROM
11017 112TH AVE SW
TACOMA, WA 98498-1460

RICHARD R WILSON
3875 SPENCEVILLE RD
WHEATLAND, CA 95692-9723

RICHARD RUEF
1217 MAGNOLIA LN
LINCOLN, CA 95648-8424

RICHARD SCHEER
370 RIVERSIDE DR
NEW YORK, NY 10025-2179

RICHARD RASHID
1043 DALY RD
ASHTABULA, OH 44004-9166

RICHARD S BERGER
10307 COLONY CT
HOUSTON, TX 77041-8823

RICHARD SCHNEIDER
5232 WITHERSPOON WAY
HOLT, MI 48842-9579

RICHARD REID
1111 BROOKWOOD RD
JACKSONVILLE, FL 32207-4221

RICHARD S GORDON
7 CARLSON LN
PALM COAST, FL 32137-8150

RICHARD SCHOELLER
452 11TH ST
BROOKLYN, NY 11215-4308

RICHARD RINALDI
18560 LAMBERT LAKE RD
SONORA, CA 95370-9334

RICHARD S KOTARSKI
7649 E VIA DEL PLACITO
SCOTTSDALE, AZ 85258-4205

RICHARD SCOTT
485 CHANDLER DR
ROSEBURG, OR 97471-5735

RICHARD RINGFELT
107 WOODINGHAM DR
VENICE, FL 34292-3927

RICHARD S LAIRD
PO BOX 1141
TWAIN HARTE, CA 95383-1141

RICHARD SEEGER
720 GREENWICH ST APT 10A
NEW YORK, NY 10014-2548

RICHARD ROBINSON
6425 BIG BASS RD NE
BEMIDJI, MN 56601-8675

RICHARD S ROLLINS
2526 BEAVER AVE
DES MOINES, IA 50310-3906

RICHARD SEELIG
1341 MILWAUKEE ST
DELAFIELD, WI 53018-1632

RICHARD  SEIF
13357 LARRAY LN
CEDAR SPRINGS, MI 49319-8245

RICHARD  SEWARD
989 REGATTA DR
SACRAMENTO, CA 95833

RICHARD  SPALDING
8705 NEW HAMPTON RD NE
ALBUQUERQUE, NM 87111-1890

RICHARD  STRAIT
307 ROBINSON AVE APT 102
LOWELL, AR 72745-8006

RICHARD  SULLIVAN
248 RED HILL LN
IOWA CITY, IA 52245-9315

RICHARD  SZCZEPANIAK
6 BRIXAM COR
BARNEGAT, NJ 08005-1729

RICHARD  T [CHIP] SMITH  JR
220 S ENGLEWOOD DR
ROCKY MOUNT, NC 27804-3620

RICHARD  T [RICK] HOY
373 BRICKYARD POINT RD N
BEAUFORT, SC 29907-1038

RICHARD  T [TOD] DOEBLER
PO BOX 842
MENOMONEE FAL, WI 53052-0842

RICHARD  T  BRANDENBURG
810 INDIANA AVE LOT 108
RICHMOND, IN 47374-2719

RICHARD  T  BRENDEL
114 HIGH FOREST DR
BELLEVILLE, IL 62226-5411

RICHARD  T  JONES
740 GREENTREE RD
PACIFIC PALIS, CA 90272-3909

RICHARD  T  MORRISON
4177 AMSTERDAM RD SW
BOWERSTON, OH 44695-9610

RICHARD  TABIN
44 TRUXTON RD
ISLAND PARK, NY 11558-1416

RICHARD  THALER
260 PARK AVE S APT 9B
NEW YORK, NY 10010-7259

RICHARD  THALL
810 ONEIL WAY
INCLINE VILLA, NV 89451-9123

RICHARD  THAYER
PO BOX 298
WOLFEBORO FAL, NH 03896-0298

RICHARD  THEISEN
3020 EDGERTON ST
LITTLE CANADA, MN 55117-1208

RICHARD  TOMKOWITZ
6108 SMITHFIELD ST
MCKEESPORT, PA 15135-1149

RICHARD  TRUMAN
10111 FAIRMOUNT RD
LOUISVILLE, KY 40291-3145

RICHARD  V  GONSER
481 DONNALEE DR
MONROE, MI 48162-3310

RICHARD  VEACH
483 OAKLEAF TRL
SUWANEE, GA 30024-1056

RICHARD  W [RICH] DERINGER
4950 SABRA LN
ANNANDALE, VA 22003-4001

RICHARD  W  EDWARDS
4490 FILBY RD
RICHMOND, IN 47374-9379

RICHARD  W  HARTING
10331 CIELITO LINDO NE
ALBUQUERQUE, NM 87111-3629

RICHARD  W  HEISS
41350 FOX RUN APT 210
NOVI, MI 48377-5038

RICHARD  W  HESS
2117 BRANDYWINE CT
FORT WAYNE, IN 46845-1589

RICHARD W HOOVER
30 S 3RD ST
WEST MILTON, PA 17886-8034

RICHARD WELLER
8005 VALLEY VIEW RD
CUSTER, WA 98240-9523

RICHARD WOLZ
PO BOX 706
POWAY, CA 92074-0706

RICHARD W HUGHES
1219 LAKESIDE DR
LINCOLNTON, GA 30817-2434

RICHARD WHELPLEY
3009 US 601 HWY
YADKINVILLE, NC 27055-6838

RICHARD YECIES
73 SPRINGWOOD DR
SOUTHAMPTON, PA 18966-3054

RICHARD W KAEUPER
151 VILLAGE LN
ROCHESTER, NY 14610-3039

RICHARD WHISTON
1857 WELLINGTON W
CARSON CITY, NV 89703-7456

RICHARD ZAMSKY
1417 S ATLANTIC DR
LAKE WORTH, FL 33462-4718

RICHARD W KIMBALL
1219 LIMERICK RD
PAPILLION, NE 68046-3068

RICHARD WILLHARDT
26964 PINE DR
EVERGREEN, CO 80439-5400

RICHMOND HIGH SCHOOL
RICHMOND HIGH SCHOOL ALUM
380 HUB ETCHISON PKWY
RICHMOND, IN 47374-5398

RICHARD W KOPP
2509 BROADWAY TER
LEAVENWORTH, KS 66048-4318

RICHARD WILLIAM EDWARDS
104 DOVENSHIRE DR
CROSSVILLE, TN 38558-8888

RICHMOND HIGH SCHOOL
c/o MARY LOU GRIFFEY
380 HUB ETCHISON PKWY
RICHMOND, IN 47374-5398

RICHARD W KRAGH
28W495 DOUGLAS RD
NAPERVILLE, IL 60564-9595

RICHARD WINOKUR
240 HENLEYS MILL RD
PITTSBORO, NC 27312-8911

RICK B O'DELL
1820 EDEN RD
MASON, MI 48854-9233

RICHARD WALKER
1730 PAYTON AVE
DES MOINES, IA 50315-4961

RICHARD WINTER
25 LOOP RD
WATSONTOWN, PA 17777-9102

RICK BRITT
224 LAKE CHATEAU DR
HERMITAGE, TN 37076-3009

RICHARD WALTER
7340 ELIZABETH ST
CINCINNATI, OH 45231-4469

RICHARD WIRTH
1407 WALNUT ST
CAMP HILL, PA 17011-3967

RICK BROWN
2704 S 48TH AVE
OMAHA, NE 68106-3912

RICHARD WEAVER
PO BOX 115
WEST MILTON, PA 17886-0115

RICHARD WOLFE
41 3RD ST
TURBOTVILLE, PA 17772-8670

RICK CROCKETT
46-063 EMEPELA PL APT S200
KANEOHE, HI 96744-3969

RICK GRAF
28646 AVOCADO PL
SANTA CLARITA, CA 91390-4106

RICKEY D RAINES
28A WATERVIEW COVE
JACKSON, TN 38305-1597

RISA LANGEDAL
615 J ST
KEOKUK, IA 52632-4513

RICK GUFFEY
855 STRAHAN RD
NEW COLUMBIA, PA 17856-9065

RICKI KAPLAN
14090 METTAWA WOODS DR
METTAWA, IL 60045-1017

RITA A BOHNKE
13411 FACKLER RD
MONROEVILLE, IN 46773-9540

RICK LINDER
5230 BENJAMIN ST
ALEXANDRIA, LA 71303-4005

RICKY D MULKEY
3919 HAMPTON RD
DENTON, TX 76207-3233

RITA BECK
1175 BLUE IRIS CT
WISCONSIN RAP, WI 54494-4241

RICK MILBURN
PO BOX 190146
BOISE, ID 83719-0146

RICKY E WALLACE
1242 WEBSTER RD
DANVILLE, KY 40422-9762

RITA BELL
14223 EVENTIDE DR
CYPRESS, TX 77429-3907

RICK RIETMANN
10009 STARDUST DR
BOISE, ID 83709-0358

RICKY ISREAL
226 HIGH PL
JACKSON, OH 45640-1914

RITA E BUTCHER
137 DARIEN RD
HOWELL, NJ 07731-1807

RICK ROCHE
371 COUNTY ROAD 24
INTERNATIONAL, MN 56649-8960

RICKY S HEIL
523 W CHESTNUT ST
PORT WASHINGT, WI 53074-2106

RITA EVEN
3452 BUENA VISTA AVE
GLENDALE, CA 91208-1505

RICK S VOLZ
2501 BLANCHARD AVE
MORAINE, OH 45439-2129

RIDGE VIOLETT
4210 SE 12TH ST
DES MOINES, IA 50315-3727

RITA FORSLOF
1603 HOLMAN ST
LEAVENWORTH, KS 66048-4157

RICK STAR
4675 SOMERSET CT
BROOKFIELD, WI 53045-8156

RIGGS / PIERRE HIGH SCHOOL
c/o KIM BRAKKE
1010 SOUTH BROADWAY
PIERRE, SD 57501

RITA GIBBONS
1919 SANDY HILL RD APT C-4
PLYMOUTH MEET, PA 19462-2339

RICK ULAND
PO BOX 460211
SAN FRANCISCO, CA 94146-0211

RIMA HIMELSTEIN MD
520 WILDFLOWER LN
MEDIA, PA 19063-1672

RITA GILHOOL
131 PUTNEY LN
MALVERN, PA 19355-3210

RITA GRISANTE
2400 LEBANON CHURCH RD
WEST MIFFLIN, PA 15122-2559

RITA M MUMMA
1002 CLEARVIEW AVE
EPHRATA, PA 17522-1339

RITA MOSLEY
122 ADDISON CT
WATERLOO, IA 50701-1752

RITA HEMPHILL
6120 MIDDLEBELT RD APT 312
GARDEN CITY, MI 48135-2402

RITA MANN
2112 4TH AVE
MUSCATINE, IA 52761-4609

RITA P GILLEN
6408 HIRAM AVE
ASHTABULA, OH 44004-7633

RITA HERBERT
PO BOX 999
CARBONDALE, CO 81623-0999

RITA MATTIOLI
721 W HAVERFORD RD
BRYN MAWR, PA 19010-3114

RITA PIERCE
829 ASH CIR
PLYMOUTH, WI 53073-4068

RITA HIGGINS
150 MAVIS PL
SAN RAMON, CA 94583-2827

RITA MC CLOUD
10887 E PEAR TREE DR
CORNVILLE, AZ 86325-5521

RITA RANGE
4224 28TH PL W
SEATTLE, WA 98199-1441

RITA I BEAN
4450 COLOROW RD
OLATHE, CO 81425-9590

RITA MCCARTAN
220 E 54TH ST APT 2J
NEW YORK, NY 10022-4838

RITA S COX
171 LINCOLN AVE # 1
ALBANY, NY 12206-1402

RITA J FRAPPIER
PO BOX 704
GALES FERRY, CT 06335-0704

RITA MCKENNA
65 WESTMONT ST
WEST HARTFORD, CT 06117-2928

RITA SAND
307 23RD AVE N
SAINT CLOUD, MN 56303-3842

RITA JORDAN
16 RAMBLEWOOD RD
SHOREHAM, NY 11786-2300

RITA MILLER
30 SKYVIEW OVAL
TAPPAN, NY 10983-1115

RITA SCHIELTZ
214 PARK END DR
DAYTON, OH 45415-3531

RITA LOWE
3777 INDEPENDENCE AVE APT 14
BRONX, NY 10463-1424

RITA MILLER
195 TINLEY PARK CIR
DELAWARE, OH 43015-7171

RITA SESTOKAS-SHINE
8641 HICKORY HOLLOW DR
CHARDON, OH 44024-9630

RITA M KRICK
1924 PEACH TREE LN
BETHLEHEM, PA 18015-5251

RITA MISICH
7527 PARKER DR
MENTOR, OH 44060-6125

RITA SIERRA
36134 WEBER DR
STERLING HEIG, MI 48310-4645

RITA SLOM
400 BELLEVUE AVE APT 320
NEWPORT, RI 02840-6959

RITA ZECHER
5600 MUNHALL RD APT 1008
PITTSBURGH, PA 15217-2045

ROBBIE L COX
1141 ENGLEMEADE DR
SHREVEPORT, LA 71107-5528

RITA STEVENS
9713 WINGFIELD RD
LOUISVILLE, KY 40291-3642

RITA ZOLP
679 ASPEN GRV
SHEBOYGAN FAL, WI 53085-2596

ROBBIE L WINCHESTER
3345 E UNIVERSITY DR UNIT 52
MESA, AZ 85213-8667

RITA SWEENEY
2209 PHEASANT RUN DR
MOUNT JULIET, TN 37122-2464

ROANNA JEAN HOLM
230 HOPE WAY
NIPOMO, CA 93444-9539

ROBBIE MENDOZA
6607 LOQUAT LN
ORLANDO, FL 32807-4947

RITA TANSKI
120 REID AVE
PORT WASHINGT, NY 11050-3919

ROB BICKEL
411 W PINE ST
MARENGO, IA 52301-1226

ROBBY RAY COX
518 HAMPSHIRE ST
LONGVIEW, TX 75605-3718

RITA THOMAS
2002 SKY HAWK AVE
PAPILLION, NE 68133-2348

ROB HOUDEK OD
524 AMARILLO ST
DENTON, TX 76201-4006

ROBERT [BOB] BARNES
181 BERT ST
DELTA, CO 81416-2254

RITA TWICHELL
4417 KELLER RD
HOLT, MI 48842-2167

ROB MORRISON
9012 COACH WAY
CHAPEL HILL, NC 27516-9744

ROBERT [BOB] BARRON
6303 BENEFIELD AVE
ODESSA, TX 79762-2920

RITA WHITE
37553 N DIANNE LN
NEW BOSTON, MI 48164-8005

ROBB JOHNSON
180 HARRIS DR
AUSTIN, TX 78737-4605

ROBERT [BOB] CARBONE
23 CORNELL RD
BALA CYNWYD, PA 19004-2104

RITA WILCOX
2348 W ALPINE AVE
STOCKTON, CA 95204-2702

ROBBIE D DAVIS
4400 TROUP HWY APT 300
TYLER, TX 75703-2314

ROBERT [BOB] COCHRAN
6928 SUNRISE CT
MIDLAND, TX 79707-1415

RITA WROBLEWSKI
169 E 69TH ST APT 6A
NEW YORK, NY 10021-5163

ROBBIE HORTON
3120 SW 61ST ST
OKLAHOMA CITY, OK 73159-1202

ROBERT [BOB] CONNELLY
5020 ASHLEY WOODS DR
GRANITE BAY, CA 95746-6492

ROBERT [BOB] DUNCAN
684 BENICIA DR APT 66
SANTA ROSA, CA 95409-3069

ROBERT [BOB] MAXWELL
1401 E 7TH ST APT 6
SIOUX FALLS, SD 57103-1456

ROBERT [STEVE] DAWSON
PO BOX 1422
COSHOCTON, OH 43812-6422

ROBERT [BOB] FRAPPIER
4 BARCLAY CT
NEWTOWN, PA 18940-1555

ROBERT [BOB] PAYNE
2220 GREENBAY DR
HANOVER PARK, IL 60133-6015

ROBERT [TED] ANDERSON
1220 ELKS RD
RICHMOND, IN 47374-2091

ROBERT [BOB] HENDRICKSON
10726 258TH ST
CHISAGO CITY, MN 55013-7441

ROBERT [BOB] RICHARDS
4510 ORANGEWOOD LN
BOWIE, MD 20715-1133

ROBERT [VOIGHT] SHEALY
130 CHESHIRE RD
LEXINGTON, SC 29072-2702

ROBERT [BOB] HYBERT
6386 WOODLAND CIR
ASHTABULA, OH 44004-4817

ROBERT [BOB] SIMPSON JR
92 COUNTRY CLUB DR
CANYON, TX 79015-1826

ROBERT A [BOB] BIXLER
135 S ALPINE DR
YORK, PA 17408-6296

ROBERT [BOB] KITTENDORF
9007 CLARK VIEW CT
LOUISVILLE, KY 40214-7609

ROBERT [BOB] WEIKERT
1937 LITITZ PIKE
LANCASTER, PA 17601-3805

ROBERT A [BOB] HENDEE
122 W MARQUETTE ST
BERLIN, WI 54923-1125

ROBERT [BOB] KLOOSTERMAN
1828 FELICIANA TER
THE VILLAGES, FL 32162-4021

ROBERT [BOB] WILROY
504 HAMPTON TRACE LN
COLUMBIA, SC 29209-1935

ROBERT A [BOB] LIND
1457 OLEANDER DR SW
LILBURN, GA 30047-3227

ROBERT [BOB] KOHLS
9012 SUNCREST AVE SW
ALBUQUERQUE, NM 87121-8845

ROBERT [BOBBY] ROLLINS JR
604 LINDEN DR
WAYCROSS, GA 31501-6908

ROBERT A ABRAMS
922 PARK ST UNIT F
LA CONNER, WA 98257-4706

ROBERT [BOB] KONDRAS
1100 SYLVAN DR
HADDON HEIGHT, NJ 08035-1226

ROBERT [GREG] SOURBER
1112 CREST LN
LANCASTER, PA 17601-4468

ROBERT A BLOHM
33000 W KIRTLAN WAY
FORT BRAGG, CA 95437-8369

ROBERT [BOB] LEE
2105 WAYMON ST
SHREVEPORT, LA 71118-3397

ROBERT [SCOTT] MCNEILL
126 S OLD CREEK RD
VERNON HILLS, IL 60061-3174

ROBERT A BYER
23 GREENWOOD RD
BREWSTER, MA 02631-1047

ROBERT A COLE
2313 PULASKI RD
KNOXVILLE, TN 37914-2936

ROBERT A LATTERELL
1380 HERITAGE DR APT 9
NEW RICHMOND, WI 54017-2556

ROBERT A SHIVELY
741 ALBANY AVE
VENTURA, CA 93004-2373

ROBERT A COLOMBO
909 CASSIE DR
JOLIET, IL 60435-2937

ROBERT A LOCKE
7402 MARINA DR
HOLMES BEACH, FL 34217-1124

ROBERT A UTKE
1456 LARPENTEUR AVE W
FALCON HEIGHT, MN 55113-6303

ROBERT A DIESTEL
21 BARRY DR
GALES FERRY, CT 06335-1803

ROBERT A MAUER
601 HARRISON ST
FRENCHTOWN, NJ 08825-1118

ROBERT A VERTOCNIK
2050 E 226TH ST
EUCLID, OH 44117-2108

ROBERT A ELICKER
24826 11TH AVE S
DES MOINES, WA 98198-8535

ROBERT A MILLER
2133 N LYNHURST DR
INDIANAPOLIS, IN 46224-5004

ROBERT ABILD
1715 E 7TH ST
ATLANTIC, IA 50022-1912

ROBERT A FRANK
35 LOUNSBURY RD
RIDGEFIELD, CT 06877-4710

ROBERT A MULLER
PO BOX 431
HAVERFORD, PA 19041-0431

ROBERT ABRAHAM
3445 HEATHER DR
AUGUSTA, GA 30909-2707

ROBERT A HAYS
28 LYONS ST
ROCHESTER, NH 03867-1849

ROBERT A PAVLICK
25 EMORY ST
MARY ESTHER, FL 32569-1619

ROBERT ADAIR
7911 SHADY HOLLOW LN
SAN ANTONIO, TX 78255-1228

ROBERT A JOHNSON
47 LAURELHURST DR
LADERA RANCH, CA 92694-0204

ROBERT A PERKINS
10908 PIEDMONT DR
FREDERICKSBUR, VA 22407-5022

ROBERT ADAMS
114 OVERLAKE KNL
HOLLY LAKE RA, TX 75765-7550

ROBERT A KECK
29885 KIAWAH DR
DAGSBORO, DE 19939-3395

ROBERT A PETERSON
802 CREETOWN CT
LOUISVILLE, KY 40243-1713

ROBERT ALLEN DICKSON
1315 ACROPOLIS DR
LAFAYETTE, CO 80026

ROBERT A LAMBERT
2173 PATHFINDER RD
FLORISSANT, CO 80816-7006

ROBERT A SCOTT
212 WARE ST
SHELBY, NC 28150-4341

ROBERT ALLEN LATTA
431 W VINE ST
NEW WILMINGTO, PA 16142-1408

ROBERT ANDREW COHEN
204 QUAYSIDE CIR APT 502
MAITLAND, FL 32751-5778

ROBERT B GOLDEN
516 AURORA AVE
METAIRIE, LA 70005-3214

ROBERT BASS
2240 COUNTY ROAD 98
INTERNATIONAL, MN 56649-8922

ROBERT ANDREW DUNNE
21035 SOELL DR
ABITA SPRINGS, LA 70420-3101

ROBERT B GRACE
7719 DEERWOOD POINT CT
JACKSONVILLE, FL 32256-2820

ROBERT BAUER
2859 190TH ST
MARSHALLTOWN, IA 50158-8939

ROBERT ANTHONY BARANSKI
1004 KELLY AVE
JOLIET, IL 60435-4543

ROBERT B HILLSON
105 CASA GRANDE CT
PALM BEACH GA, FL 33418-1706

ROBERT BAYNHAM
210 CREEK DR
CLARKS HILL, SC 29821-2040

ROBERT ANTHONY MARKELZ MD
4223 BAY BEACH LN APT A5
FORT MYERS BE, FL 33931-4919

ROBERT B HOPLER
6228 WINTER PARK DR
NORTH RICHLAN, TX 76180-5355

ROBERT BEARD
911 MAURICE CIR
STEVENS, PA 17578-9619

ROBERT ANTOL
65 DUNN LN
POUGHQUAG, NY 12570-5607

ROBERT B JAGGARD
1668 MONARCH DR
VENICE, FL 34293-0305

ROBERT BECK
281 SHAWMUT AVE
BOSTON, MA 02118-2146

ROBERT AUFDEMBERGE
8431 SW 77TH ST
AUBURN, KS 66402-9519

ROBERT B MARCUS
115 GRINGO INDEPENDENCE RD
ALIQUIPPA, PA 15001-6014

ROBERT BELL
9111 E BAY HARBOR DR APT 2D
BAY HARBOR IS, FL 33154-2711

ROBERT B COE
1 RIVERPLACE DR APT 212
LA CROSSE, WI 54601-8529

ROBERT B STUART
2000 W CESSNA WAY
TUCSON, AZ 85755-8895

ROBERT BENCIC DDS
4093 TAM O SHANTER
TALLAHASSEE, FL 32309-2729

ROBERT B DAHLQUIST
5 QUARRY RD
MASON CITY, IA 50401-2510

ROBERT BALLARD
729 S CARMENCITA DR
WEST COVINA, CA 91790-3532

ROBERT BERSCHET
10 CHATEAU WAY
NAPLES, FL 34112-9122

ROBERT B FREDRICKSON
3374 LAKE BEND DR
VALLEY PARK, MO 63088-2524

ROBERT BANKS
764 WHIPPOORWILL CIR
SEYMOUR, TN 37865-3310

ROBERT BEVERING SR
PO BOX 704
HIXSON, TN 37343-0704

ROBERT BILLHIME SR
215 CENTER RD
MILTON, PA 17847-9405

ROBERT BUFFIN
351 MAGNOLIA ST
HALF MOON BAY, CA 94019-2051

ROBERT C BRACKELSBERG
3655 235TH AVE
KEOKUK, IA 52632-9756

ROBERT BOSSMAN
32 LAURUS LN
NEWTON CENTER, MA 02459-3138

ROBERT C [BOB] BIRNEY
5804 COLLEGE CREEK PL
WILLIAMSBURG, VA 23185-3763

ROBERT C BROWNE
111 CANYON RIM DR
FOLSOM, CA 95630-2035

ROBERT BOUDOURES
77 PLATA CT
NOVATO, CA 94947-3731

ROBERT C [BOB] HELLER
200 FORDHAM WAY
KNOXVILLE, TN 37934-3839

ROBERT C BUSH
15401 CASA CLUB DR
BAKERSFIELD, CA 93306-9556

ROBERT BRAUNSCHWEIG
27343 94TH AVE
DONAHUE, IA 52746-9702

ROBERT C [BOB] LINDSAY
6005 GREENTREE RD
MADISON, WI 53711-3125

ROBERT C DIETERLE SR
303 CALLE DESCANSO
SAN CLEMENTE, CA 92673-3005

ROBERT BRECHKA
45 THORNTON ST
HILLSBOROUGH, NJ 08844-7028

ROBERT C [BOB] RUSSELL
6685 SE 55TH CT
CARLISLE, IA 50047-9751

ROBERT C DOUGLAS
2 PUTNAM PL
WINTHROP, MA 02152-2666

ROBERT BRENNAN
PO BOX 357
SOMERVILLE, MA 02143-0009

ROBERT C [BOB] SPRECKELMEIER
2229 RIPPLEBROOK DR
CINCINNATI, OH 45231-2841

ROBERT C ELLIS
237 POINT CIR
PILOT POINT, TX 76258-4455

ROBERT BROWN
117 ABBEYWOOD CIR
STREAMWOOD, IL 60107-1053

ROBERT C [BOB] ZIRNSTEIN SR
77-6466 KILOHANA ST
KAILUA KONA, HI 96740-9743

ROBERT C HALLISY JR
1143 QUILLIAMS RD
CLEVELAND HEI, OH 44121-1835

ROBERT BROWNER
16772 W BELL RD STE 110/200
SURPRISE, AZ 85374-9702

ROBERT C BARTLEMAY
21343 E CAMINA PLATA
QUEEN CREEK, AZ 85142-6992

ROBERT C HUFFMAN
1401 N MURRAY ST
WICHITA, KS 67212-4215

ROBERT BUDNY
352 TALON DR
SALISBURY, NC 28147-5901

ROBERT C BLACK
228 E CARAMILLO ST
COLORADO SPRI, CO 80907-7419

ROBERT C JONES
PO BOX 8321
HUNTINGTON, WV 25705-0321

ROBERT C KLUTE
410 BACH AVE
KIRKWOOD, MO 63122-5302

ROBERT CARNAHAN
4484 CLOVERLEAF DR SE
GRAND RAPIDS, MI 49546-6221

ROBERT CORREY
907 BUFFALO RD
LEWISBURG, PA 17837-1205

ROBERT C LINE
214 W NORTH ST
ELIDA, OH 45807-1061

ROBERT CAVALIERE
44 MACGREGOR AVE
ROSLYN HEIGHT, NY 11577-1909

ROBERT COSTELLO
785 S CITY VIEW RD
PONCA CITY, OK 74604-5845

ROBERT C MCLAUGHLIN
95 WINTERGREEN DR
MIDDLETOWN, RI 02842-7232

ROBERT CAVANAGH
246 AUBURN DR
EASTON, PA 18042-7119

ROBERT COSTELLO
205 TILLOTSON RD
FANWOOD, NJ 07023-1431

ROBERT C THOMAS
20 SARACENO
NEWPORT COAST, CA 92657-1306

ROBERT CHAPMAN
2437 FORMAX DR
ORLANDO, FL 32828-9327

ROBERT CULP
854 DATESMAN VLG
WEST MILTON, PA 17886-7170

ROBERT C UMSCHEID
885 CRABAPPLE LN
ESTES PARK, CO 80517-9777

ROBERT CLAMAN
525 PENNSYLVANIA ST
CARLISLE, IA 50047-7776

ROBERT D [BOB] ANDREWS
PO BOX 1957
WRIGHTWOOD, CA 92397-1957

ROBERT C YENTEMA
4255 SPENCER ST APT 101
LAS VEGAS, NV 89119-5546

ROBERT CLAYTON VISCONTI
650 N PAGE ST
SOUTHERN PINE, NC 28387-4145

ROBERT D [BOB] DONOVAN
3135 W GALLAHER FERRY RD
KNOXVILLE, TN 37932-1024

ROBERT CALVERLEY
7820 DEER RD
WISCONSIN RAP, WI 54494-9033

ROBERT CONDON
5485 MALLARD PT
GAINESVILLE, GA 30504-9014

ROBERT D [DOUG] LIGHT
814 WILLOWBROOK PL
COOPERSBURG, PA 18036-1432

ROBERT CAMPBELL
37 E RIDGE RD
LOUDONVILLE, NY 12211-1477

ROBERT COOK SR
27162 HIGHWAY KK
RUSH HILL, MO 65280-2112

ROBERT D [DUANE] BREWER
491 FM 457
BAY CITY, TX 77414-7535

ROBERT CAREY SMOAK
PO BOX 414
BAMBERG, SC 29003-0414

ROBERT COOPER
5401 W BUSINESS 83
HARLINGEN, TX 78552-3633

ROBERT D ANDERSON
5909 PRAIRIE ROSE CIR
SAINT CLOUD, MN 56303-1138

ROBERT D BAKER
5620 CRABTREE RD
BLOOMFIELD HI, MI 48301-1205

ROBERT D SMITH
2262 CR 4500
COFFEYVILLE, KS 67337-8500

ROBERT DIENS
3586 SEASHORE AVE
GREENBANK, WA 98253-9743

ROBERT D BROWN
6137 N ROCKLAND DR
PRESCOTT VALL, AZ 86314-3105

ROBERT DALE STEVERSON
2504 CALADIUM RD
JACKSONVILLE, FL 32211-4015

ROBERT DINGMANN
9201 COUNTY ROAD 23 SE
BECKER, MN 55308-8910

ROBERT D CANFIELD
4179 CAUSEWAY DR NE
LOWELL, MI 49331-9410

ROBERT DALLY
13311 FOXGLOVE DR NW
GIG HARBOR, WA 98332-7831

ROBERT DIRCKSEN
12144 REED RD
VERSAILLES, OH 45380-9712

ROBERT D FRASER
1507 W ACRES RD
JOLIET, IL 60435-5847

ROBERT DARRAH
3913 83RD ST
URBANDALE, IA 50322-2907

ROBERT DONALD ALCORN
2927 DELANO DR
COLUMBIA, SC 29204-3342

ROBERT D JENNINGS
130 THOMPSON DR SE APT 108
CEDAR RAPIDS, IA 52403-1703

ROBERT DAVIS
5821 E PEA RIDGE RD APT 17
HUNTINGTON, WV 25705-2653

ROBERT DONOVAN
9130 SARAH CT
MENTOR, OH 44060-1641

ROBERT D JOHNSON
14909 ORCHARD DR
BURNSVILLE, MN 55306-4922

ROBERT DAVIS
16217 SW INDIANWOOD CIR
INDIANTOWN, FL 34956-3643

ROBERT DYER
6 MARI NOL CIR
CLIFTON PARK, NY 12065-4520

ROBERT D KERN
506 CINDERELLA DR
CLAREMONT, CA 91711-5126

ROBERT DEGROFF
N2901 CAMP RIVERSITE RD
SHEBOYGAN FAL, WI 53085-2618

ROBERT DYER JR
PO BOX 1954
PRINCE GEORGE, VA 23875-1976

ROBERT D KRINSKY
370 1ST AVE APT MF
NEW YORK, NY 10010-4945

ROBERT DERRICK
132 APPLE ST
CREVE COEUR, IL 61610-3210

ROBERT E [BOB] HENDRICKS
3633 DORIS DR
AMARILLO, TX 79109-4401

ROBERT D MANSZEWSKI
13669 OBERLEY DR
LOWELL, MI 49331-9354

ROBERT DEVANY
3827 PERRY AVE N
ROBBINSDALE, MN 55422-2009

ROBERT E [BOB] JOHNSON SR
958 S 23RD ST APT 290
RICHMOND, IN 47374-6662

ROBERT E [BOB] MOODY
10722 MASTERS DR
CLERMONT, FL 34711-6297

ROBERT E DANIELS
811 E FRANKLIN ST
CHAPEL HILL, NC 27514-3222

ROBERT E MASON
30 LARK AVE
OLD BETHPAGE, NY 11804-1430

ROBERT E [BOB] SCHAEFER
6332 AMBERWOOD DR
ALTA LOMA, CA 91701-3222

ROBERT E DUNPHY
55 ARMAND RD
RIDGEFIELD, CT 06877-3033

ROBERT E MISH
230 WILLETTS AVE
NEW LONDON, CT 06320-3410

ROBERT E [BOB] SECRIST
615 16TH ST E
INTERNATIONAL, MN 56649-3136

ROBERT E ENGLISH
9936 MUELLER ST
TAYLOR, MI 48180-3567

ROBERT E PETERSON
1201 30TH ST
PERRY, IA 50220-2303

ROBERT E [BOB] SWABB
11671 CHRISTIANSBURG JACKSON
SAINT PARIS, OH 43072-9667

ROBERT E JAGENBURG
14 VALLEY RD
PLANDOME, NY 11030-1437

ROBERT E SCHUDY
4157 RIDGE RD
WISCONSIN RAP, WI 54495-9362

ROBERT E [GENE] WALLS
510 FOLIAGE LN
SPRINGBORO, OH 45066-9319

ROBERT E JOHNSON
215 SANDY BEACH DR
DAGSBORO, DE 19939-9736

ROBERT E SEYMOUR
750 WEAVER DAIRY RD APT 219
CHAPEL HILL, NC 27514-1467

ROBERT E ALEXANDER
7407 W 81ST PL
ARVADA, CO 80003-1633

ROBERT E KILLICK
5369 ILLINOIS RD
EAGLE RIVER, WI 54521-8553

ROBERT E SHANAHAN III
122 TRAILS END
BROWNSBURG, IN 46112-9245

ROBERT E BRENNAN
13948 SE 94TH CT
SUMMERFIELD, FL 34491-8225

ROBERT E KRUSE
6 CADDY RD
NORWALK, CT 06851-1604

ROBERT E SHEPHERD
725 W THORNTON AVE SPC 112
HEMET, CA 92543-7707

ROBERT E COOK
11101 SW 66TH AVE
PORTLAND, OR 97223-9178

ROBERT E LAYMAN
6108 RICHLAND DR
FORT WAYNE, IN 46804-3039

ROBERT E THOMAS
1434 RIDGE ST
RICHMOND, IN 47374-1837

ROBERT E CURTIS
1744 WELSHIRE DR
DAVENPORT, IA 52806-2561

ROBERT E LONG
405 HILLDALE RD
HOLTWOOD, PA 17532-9628

ROBERT E TUCKER ESQ
2600 CROASDAILE FARM PKWY A
DURHAM, NC 27705-1342

ROBERT  EATON
303 FOX CATCHER DR
MYRTLE BEACH, SC 29588-6689

ROBERT F [BOB] PATTERSON JR
31 DOGWOOD DR
JACKSON, TN 38305-8840

ROBERT F  MITCHELL  JR
2325 N 134TH ST
OMAHA, NE 68164-4041

ROBERT  ECKWEILER
667 S COATE RD
ORANGE, CA 92869-5131

ROBERT F [STU] STEWARD
17412 3RD AVENUE KP N
LAKEBAY, WA 98349-9701

ROBERT F  NORTON
25801 LAKE SHORE BLVD APT 1
EUCLID, OH 44132-1131

ROBERT  EDISON DALTON
405 OVERALL DR
BRENTWOOD, TN 37027-7649

ROBERT F  CARRINO
822 GOLD CREEK DR
DAWSONVILLE, GA 30534-3168

ROBERT F  PASTERIS
2707 NORTHMOOR DR
NAPERVILLE, IL 60564-6027

ROBERT  EDWARD GILLESPIE  JR
11216 OAKWOOD DR
DUNKIRK, MD 20754-9415

ROBERT F  CASWELL
47 HARRISON AVE
GLENS FALLS, NY 12801-2733

ROBERT F  POWELL
3825 RIDGELAKE DR APT 321
METAIRIE, LA 70002-1701

ROBERT  EVANS
106 W KENDALL DR
YORKVILLE, IL 60560-1037

ROBERT F  CUDWORTH
203 STONE ST
MOOSIC, PA 18507-1532

ROBERT F  PRATT
17450 MOUNTAIN DR
BROOKINGS, OR 97415-8270

ROBERT  EWALD
3961 HIGHWAY 332
INTERNATIONAL, MN 56649-8908

ROBERT F  DUMAINE
9806 HOBART DR
SUGAR LAND, TX 77498-1024

ROBERT F  SMITH
11030 GULF SHORE DR APT 801
NAPLES, FL 34108-1739

ROBERT  EWING KORHN
107 HAIGLER ST
ABBEVILLE, SC 29620-1615

ROBERT F  FRIELER
9716 WINDSOR LAKE BLVD
COLUMBIA, SC 29223-2026

ROBERT F  WOLF
2085 MONTURA VW UNIT 102
COLORADO SPRI, CO 80919-6550

ROBERT F [BOB] BAIN
122 LAUREL LOOP
MAGGIE VALLEY, NC 28751-7683

ROBERT F  GALLAGHER
3 WHEATON CTR APT 611
WHEATON, IL 60187-4969

ROBERT  FAIRCHILD
PO BOX 775
MORGAN, UT 84050-0775

ROBERT F [BOB] MINSHALL
11780 SPARKLEBERRY LN
JACKSONVILLE, FL 32223-0707

ROBERT F  KIEFER
1004 SMOKETREE DR
COVINGTON, LA 70433-5045

ROBERT  FARRAND  JR
1328 NW WASHINGTON BLVD
GRANTS PASS, OR 97526-1248

ROBERT FEINSTEIN
32 BALSAM DR
HICKSVILLE, NY 11801-2051

ROBERT G [BOB] YAMAMOTO
3201 THATCHER AVE
MARINA DEL RE, CA 90292-5555

ROBERT G RODRIGUEZ
PO BOX 317
GRANVILLE, OH 43023-0317

ROBERT FINK
18 NEPTUNE CT
SOMERSET, NJ 08873-2938

ROBERT G ANDERS
15115 INTERLACHEN DR APT 401
SILVER SPRING, MD 20906-5670

ROBERT G SHARTLE
7645 W NORWOOD ST
CHICAGO, IL 60631-3808

ROBERT FIORELLINO
723 BROOKSIDE RD
RAHWAY, NJ 07065-1806

ROBERT G CARNEY
7053 CORNELL LN
MENTOR, OH 44060-5177

ROBERT G WALTER
204 E 4TH AVE
CHEYENNE, WY 82001-1414

ROBERT FISHER
2151 BAKER ST
AURORA, IL 60506-1707

ROBERT G DAVID
4713 JOLLIFF WOODS DR
CHESAPEAKE, VA 23321-1358

ROBERT G WEISSHAUPT
207 WHITE ST
BROWNS MILLS, NJ 08015-4523

ROBERT FLINT
535 W MULBERRY ST
KOKOMO, IN 46901-4453

ROBERT G DENNIS
3214 PALMETTO BLVD
EDISTO ISLAND, SC 29438-3567

ROBERT GASKELL
3105 SUN VALLEY DR
PICKERINGTON, OH 43147-8744

ROBERT FORD
316 S AVENUE B
GALLOWAY, NJ 08205-9404

ROBERT G GREEN
PO BOX 3684
DANBURY, CT 06813-3684

ROBERT GEORGE MCCURDY
400 BELGIAN RD
SCHWENKSVILLE, PA 19473-1859

ROBERT FORONATO
6010 SW 2ND ST
DES MOINES, IA 50315-5705

ROBERT G JULIUS
1918 WILLOW STREET PIKE
LANCASTER, PA 17602-4834

ROBERT GIDLOW
5927 WILLOW WOOD LN
DALLAS, TX 75252-2666

ROBERT FOX
3558 WEDGEWOOD DR
LAPEER, MI 48446-2989

ROBERT G KELLY
99 NORUMBEGA RD APT 215
WESTON, MA 02493-2482

ROBERT GLASHOW
30 ARGYLE AVE APT 104
RIVERSIDE, RI 02915-1135

ROBERT FRANKLIN TAYLOR
233 SAN JUAN DR
PONTE VEDRA, FL 32082-1817

ROBERT G PENNOCK
101 DANIEL CT
RICHLANDS, NC 28574-8188

ROBERT GOLDENBERG
6030 MCNAUGHTEN GROVE LN
COLUMBUS, OH 43213-5103

ROBERT  GOODKIND
226 DARTMOUTH DR NE
ALBUQUERQUE, NM 87106-2114

ROBERT  GRATZ
88 MATLACK DR
VOORHEES, NJ 08043-4717

ROBERT  GREEN
538 BISHOP AVE
PLYMOUTH, WI 53073-1406

ROBERT  GREENBERG EDD
177 SOUTHARD AVE
ROCKVILLE CEN, NY 11570-2615

ROBERT  GROSSMAN
8098 GRANT RD
ARPIN, WI 54410-9551

ROBERT  GUILLOCHEAU
1535 TREELINE DR
MALVERN, PA 19355-9764

ROBERT  GURWITZ
5501 NEWCASTLE AVE APT 122
ENCINO, CA 91316-2176

ROBERT  GWYNNE-VAUGHAN
16249 DURSLEY CT
WESTFIELD, IN 46074-5400

ROBERT  H [MIDGE] CHALMERS
58 CURTIS RD
FRAMINGHAM, MA 01702-7427

ROBERT  H BOHNSACK
10925 N PEELER PT
CRYSTAL RIVER, FL 34428-7288

ROBERT  H CHRISTIE
2267 E MIRABEAU ST
SPRINGFIELD, MO 65804-3828

ROBERT  H HAM
208 W 27TH ST
MINNEAPOLIS, MN 55408-1503

ROBERT  H JOHNSON
8 STARBEAM LN
HYANNIS, MA 02601-2194

ROBERT  H JORDAN PHD
2047 CAPTAIN SHREVE DR
SHREVEPORT, LA 71105-3819

ROBERT  H LESHER
107 REAGAN DR
EPHRATA, PA 17522-1240

ROBERT  H LEWE
408 TWO LOCH PL
CHARLESTON, SC 29414-6883

ROBERT  H MARSHALL
60 KNOLLWOOD DR
MAYS LANDING, NJ 08330-3617

ROBERT  H ROHNER
1282 W SUGAR MOUNTAIN RD
BUSHKILL, PA 18324-8769

ROBERT  H SCHOENLEBER
8687 ELSINORE CT
CHARLESTON, SC 29406-9502

ROBERT  H SCHROEDER
PO BOX 224
ARLINGTON, OH 45814-0224

ROBERT  H SCRUGGS
PO BOX 4193
GREENVILLE, SC 29608-4193

ROBERT  H UNTERREINER JR
3222 BON AIR AVE
LOUISVILLE, KY 40220-1769

ROBERT  HAMILTON JR
402 WINDING WAY
LANCASTER, PA 17602-4845

ROBERT  HARBER
719 BRISTOL DR
RAYMORE, MO 64083-9053

ROBERT  HARMON
808 N MERIDIAN ST
BRAZIL, IN 47834-1648

ROBERT  HARPER
9650 OZGA ST
ROMULUS, MI 48174-1334

ROBERT  HARRIS
53 LOG HILL LN
BALLWIN, MO 63011-3234

ROBERT HARTMAN JR
206 DERWENT BLVD
FORT MYERS, FL 33908-3413

ROBERT HUGHES
407 HILLVIEW ST
MCKEESPORT, PA 15132-7312

ROBERT J CANGELOSI MD
4201 FRENCHMEN ST
NEW ORLEANS, LA 70122-3839

ROBERT HENDERSON
1010 NW MORGAN LN
GRANTS PASS, OR 97526-3379

ROBERT I EVANS
767 VIOLET ST
TALLAHASSEE, FL 32308-6274

ROBERT J CRISSMAN AIA
11525 SE 152ND ST
OKLAHOMA CITY, OK 73165-6804

ROBERT HERSH
11565 PRIVADO WAY
BOYNTON BEACH, FL 33437-1925

ROBERT J [BOB] POWERS
511 1ST TER
LANSING, KS 66043-1601

ROBERT J DEBOER
613 4 BAYS DR
NOKOMIS, FL 34275-3009

ROBERT HERSHBERGER PHD
2511 VISTA DR SE
HUNTSVILLE, AL 35803-1365

ROBERT J [BUBBA] KOLBASOWSKI
220 WHITE HORSE RD
CHATSWORTH, NJ 08019-2250

ROBERT J DICKINSON
204 PAMELA DR
ALLISON PARK, PA 15101-3713

ROBERT HETRICK
40 RIVER DR
NORTH PEKIN, IL 61554-1046

ROBERT J BAHR
3202 HIGHWAY 53
INTERNATIONAL, MN 56649-8923

ROBERT J DIETZEL
5986 CAMPBELL RD
MENTOR ON THE, OH 44060-3022

ROBERT HEURUNG
12718 COUNTY ROAD 3
AVON, MN 56310-9508

ROBERT J BAUMGARTNER
1855 MAYFLOWER AVE
BRONX, NY 10461-4103

ROBERT J FITZPATRICK
1203 GREEN VIEW WAY
TOMS RIVER, NJ 08753-7318

ROBERT HILLS DIETZ JR
6807 FLAGSTONE WAY
FLOWERY BRANC, GA 30542-5066

ROBERT J BRAUNFELD
206 HARDWICKE LN
VILLANOVA, PA 19085-1405

ROBERT J GAYLOR
PO BOX 336
NEW HAVEN, MO 63068-0336

ROBERT HOLDER
19 POND AVE APT C
NEWPORT, RI 02840-2175

ROBERT J BURNS
6046 GENERAL HAIG ST
NEW ORLEANS, LA 70124-3822

ROBERT J GOODMAN
5136 WEDDINGTON DR
TROTWOOD, OH 45426-1960

ROBERT HOMAN
5730 SPRINGTOWN RD
WATSONTOWN, PA 17777-8506

ROBERT J BUSH
1946 RIDGE MEADOW CT
TWINSBURG, OH 44087-1687

ROBERT J GRAVINA
13875 ROYAL MELBOURNE SQ
SAN DIEGO, CA 92128-3643

ROBERT J GROSS
635 LLOYD RD
WICKLIFFE, OH 44092-2362

ROBERT J KYRYLUK
2626 PEARL DR NE
BEMIDJI, MN 56601-8523

ROBERT J SJOBERG
1129 ROSEMARY LN
DANVILLE, VA 24541-4111

ROBERT J GULA
5703 ALBER RD
SALINE, MI 48176-9711

ROBERT J LARSEN
5414 SE 26TH CT
DES MOINES, IA 50320-2644

ROBERT J SMILK
3 QUINCE CIR
NEWTOWN, PA 18940-9288

ROBERT J HALMAN
PO BOX 3108
ASHTABULA, OH 44005-3108

ROBERT J LUKETIC
902 WASHINGTON BLVD
MCKEESPORT, PA 15133-3841

ROBERT J STRITTMATTER III
950 HAMILTON DR
ALLEN, TX 75002-8167

ROBERT J HAYS
4019 GREEN CREST DR
HOUSTON, TX 77082-4050

ROBERT J MC ENANEY
438 MANNING BLVD
ALBANY, NY 12206-2109

ROBERT JAMES BRUNET
4521 BARNETT ST
METAIRIE, LA 70006-2043

ROBERT J HEMBREE
PO BOX 6797
ASHEVILLE, NC 28816-6797

ROBERT J MISNER
725 13TH ST
INTERNATIONAL, MN 56649-2745

ROBERT JAN BIEBER
2443 TIMBERLAKE DR
JAMES CREEK, PA 16657-7617

ROBERT J HOERR
1212 W DETROIT ST
NEW BUFFALO, MI 49117-1634

ROBERT J MORLEY
12961 HIMEBAUGH AVE
OMAHA, NE 68164-1329

ROBERT JANZ
5760 COUNTY ROAD F
WISCONSIN RAP, WI 54495-9237

ROBERT J JACOB
221 YORKTOWN CT
EASLEY, SC 29642-9042

ROBERT J PHINN
P.O BOX 658
LEVITTOWN, PA 19058

ROBERT JOHNSON II
470 SNAVELY MILL RD
LITITZ, PA 17543-9729

ROBERT J JENKINS
1301 E BROADWAY BLVD
SEDALIA, MO 65301-6202

ROBERT J SEARFOSS
1205 GREENWAY AVE
TAVARES, FL 32778-2913

ROBERT JOHNSTON
PO BOX 518
WHIGHAM, GA 39897-0518

ROBERT J KLINE
9387 FULTON ST E
ADA, MI 49301-8914

ROBERT J SERILLO
7 ESSEX PL
MADISON, NJ 07940-2315

ROBERT K [BOB] LINDSTROM
2937 WILDERNESS BLVD E
PARRISH, FL 34219-9275

ROBERT K [KELLY] KEYS
295 ROBIN DALE DR
LEOLA, PA 17540-1635

ROBERT KEGLEY
15631 S MALLARD LN
HOMER GLEN, IL 60491-6770

ROBERT KLIMAS
3871 MEADOW RIDGE CT NW
CONCORD, NC 28027-8129

ROBERT K ALLEN
12703 W MAPLEWOOD DR
SUN CITY WEST, AZ 85375-4619

ROBERT KEHRBERG
1933 EDENVIEW LN
WEST COVINA, CA 91792-1314

ROBERT KLINSING
106 BERTHA AVE N
IHLEN, MN 56164-2313

ROBERT K BRISKE
5758 N MULLIGAN AVE
CHICAGO, IL 60646-6131

ROBERT KELLY
6314 SENATORS DR
CORPUS CHRIST, TX 78413-2516

ROBERT KOLBE
636 W 21ST ST
SIOUX FALLS, SD 57105-0613

ROBERT K CODDINGTON
306 E NORTH ST
CENTERVILLE, IN 47330-1056

ROBERT KERST
1776 WESTOVER LN
MANSFIELD, OH 44906-3369

ROBERT KOPF
675 HILLSIDE AVE
GLEN ELLYN, IL 60137-4616

ROBERT K KAYSER
6125 AGERTER RD
LIMA, OH 45806-9345

ROBERT KEVIN O'CONNELL SR
8033 HOLLAND RD # 215
ALEXANDRIA, VA 22306-3133

ROBERT KRAMER
3821 HAGERMAN RD
TODDVILLE, IA 52341-9766

ROBERT K MAYBERRY
6149 STATE 210 W
MOTLEY, MN 56466-2164

ROBERT KILEFNER
608 WOODCREST AVE
LITITZ, PA 17543-9303

ROBERT L [BOB] MARSHALL
307 JONES AVE
WARRENSBURG, MO 64093-2232

ROBERT K NOBLIN
1475 E 57TH ST
BROOKLYN, NY 11234-4003

ROBERT KILHEFNER
419 LYNCROFT DR
GAHANNA, OH 43230-2645

ROBERT L [BOB] MC LAUGHLIN
4356 BRICKER RD
KENOCKEE, MI 48006-3709

ROBERT KACENA
112 PARSONS AVE
IOWA CITY, IA 52245-3330

ROBERT KINDSCHI
6854 SAVANNAH CT
LAFAYETTE, IN 47909-9315

ROBERT L [BOB] TYSON
6775 BEACH DR SW
SEATTLE, WA 98136-1760

ROBERT KARLSENG
4541 SOUTHGATE DR
PLANO, TX 75024-2138

ROBERT KINNEY
PO BOX 912
PRAIRIE VIEW, TX 77446-0912

ROBERT L BLACKWELL JR
212 LOMBARDY DR
BENNETTSVILLE, SC 29512-2742

ROBERT L BONNAFFONS
4417 HENICAN PL
METAIRIE, LA 70003-1201

ROBERT L GILLMAN
118 LIBERTY ST
RITTMAN, OH 44270-1307

ROBERT L LEWMAN
2005 STRINGER GAP RD
GRANTS PASS, OR 97527-9574

ROBERT L BRUGGER
PO BOX 243
FLORALA, AL 36442-0243

ROBERT L GORDON MD
58 GASPEE POINT DR
WARWICK, RI 02888-4918

ROBERT L MUSHKIN
8171 BAY COLONY DR APT 703
NAPLES, FL 34108-7563

ROBERT L CHANDLER
3825 WAWONAISSA TRL
FORT WAYNE, IN 46809-1456

ROBERT L HACKER
2593 COLONIAL ST
YORKTOWN HEIG, NY 10598-3403

ROBERT L PFEIFFER
831 COLE RD
MEADOW VISTA, CA 95722-9566

ROBERT L COY
26 S FARMERSVILLE RD
LEOLA, PA 17540-1614

ROBERT L HERMAN
3400 S OCEAN BLVD APT 3D2
PALM BEACH, FL 33480-7608

ROBERT L PFEIL
2107 MARABOU PL
GOSHEN, IN 46528-5731

ROBERT L CROUCH
6236 OAK HILLS PLZ
OMAHA, NE 68137-4419

ROBERT L INGRAM
1214 TANGLE BRIAR DR
SEABROOK, TX 77586-4525

ROBERT L SANDERSON
1905 W WOODBURY LN
MILWAUKEE, WI 53209-1849

ROBERT L DAUBER
6106 FAIRVIEW CT
GRANBURY, TX 76049-4228

ROBERT L JACOBBERGER-BROCK
9915 RUSTLELEAF DR
DALLAS, TX 75238-2140

ROBERT L STOCKAMP
1685 ASHLEY AVE NE
NORTH CANTON, OH 44720-1763

ROBERT L ECKBRETH
4915 LOUGEAN AVE
PITTSBURGH, PA 15207-2147

ROBERT L JACOBSEN
1183 JOHN HANCOCK DR
BOLINGBROOK, IL 60490-2144

ROBERT L SULASKI
6716 N WHITE FIR DR
EDWARDS, IL 61528-9424

ROBERT L EHRMANN
10 LONGWOOD DR UNIT 372
WESTWOOD, MA 02090-1144

ROBERT L JENNINGS
428 S ZELTA
WICHITA, KS 67207

ROBERT L SWAN
112 N LAKESIDE DR APT 3F
MCPHERSON, KS 67460-4524

ROBERT L FINK
411 E 10TH ST APT 18F
NEW YORK, NY 10009-4212

ROBERT L JONES
2526 HANOVER ST
HEPHZIBAH, GA 30815-6666

ROBERT L TURNER
74 CHESTNUT ST
WILLIMANTIC, CT 06226-2402

ROBERT L TUTTLE
5673 CASTOR WAY
NOBLESVILLE, IN 46062-6955

ROBERT LEE ARMANTROUT
1068 VISALIA DR
COSTA MESA, CA 92626-2117

ROBERT M [BOB] MCALAINE
707 PENNSTONE RD
BRYN MAWR, PA 19010-2912

ROBERT L WERTZ
214 SKYVIEW LN
LITITZ, PA 17543-9123

ROBERT LEE STEPHENS
805 S GULPH RD
KING OF PRUSS, PA 19406-3761

ROBERT M [BOBBY] LITTLE
13393 EISENHOWER DR
PORT CHARLOTT, FL 33953-2300

ROBERT LAKE
106 CATHERINE ST
WASHINGTON, IL 61571-2663

ROBERT LEVY
4051 SW 1ST ST
PLANTATION, FL 33317-3713

ROBERT M ALLBRIGHT
117 PONCE DE LEON ST
ROYAL PALM BE, FL 33411-1212

ROBERT LARICCIA
1179 GORDON RD
LYNDHURST, OH 44124-1347

ROBERT LEWIS
1102 MICHIGAN ST
PERRYTON, TX 79070-3710

ROBERT M ALLEN
10802 TRADEWIND DR
OAKTON, VA 22124-1800

ROBERT LAROCHE JR
3475 HICKORY HILL RD
JOHNS ISLAND, SC 29455-7120

ROBERT LEWIS DRESHFIELD
17443 SUN MEADOW TRL
STRONGSVILLE, OH 44149-5839

ROBERT M BRANCHEAU
14557 QUIET ACRES RD
JOHANNESBURG, MI 49751-8752

ROBERT LARRY KELLY
126 GLEN HAVEN CIR
AIKEN, SC 29803-1009

ROBERT LEWIS FELT
2150 W RANDOLPH ST BLDG 801G
SAINT CHARLES, MO 63301-0844

ROBERT M CLEMENTS
9014 CHERI LN
YPSILANTI, MI 48197-9451

ROBERT LASKE
14 CIRCLE DR
MIDDLETOWN, RI 02842-4606

ROBERT LINCOLN
8226 N DEL MAR AVE
FRESNO, CA 93711-6017

ROBERT M COOPER JR
214 KING RD
DE QUEEN, AR 71832-9298

ROBERT LASSER
32417 E 1800 NORTH RD
COLFAX, IL 61728-7521

ROBERT LOUIS WILKERSON
1203 BENTON LN
REIDSVILLE, NC 27320-6006

ROBERT M CORBIN
9 JEFFERSON CT
WAYNESBORO, VA 22980-6596

ROBERT LAVERN [VERN] FREEMAN
583 HEIDEL ST
GRAND JUNCTIO, CO 81504-4872

ROBERT LOVEJOY
1640 HORN RD
PAHRUMP, NV 89048-4586

ROBERT M DONADIEU
62 SPICEBERRY LN
BERKELEY SPRI, WV 25411-4998

ROBERT M KING SR
1839 MAHALIA DR
WACO, TX 76705-2773

ROBERT MCCARTHY
310 OAK AVE
ELIZABETH, PA 15037-1630

ROBERT METZGER
34 HARRISON RD
MILTON, PA 17847-7528

ROBERT M LITSCHEWSKI
13714 A LA ENTRADA ST
CORPUS CHRIST, TX 78418-6059

ROBERT MCCAUGHEY
9 KENWOOD DR N
LEVITTOWN, PA 19055-2414

ROBERT MEYER
3 BURT LN
FAYETTEVILLE, NY 13066-1707

ROBERT M MAYER
PO BOX 18107
PANAMA CITY B, FL 32417-8107

ROBERT MCGALLICHER JR
110 CLEARVIEW RD
EPHRATA, PA 17522-9729

ROBERT MICHAEL WILKERSON
6944 BETHEL RD
GREENBRIER, TN 37073-5709

ROBERT M PERRY
835 SILVERWOOD CT
LAKE ZURICH, IL 60047-2844

ROBERT MCGUFFIN PHM
1821 LAKEMONT LN
SAINT LOUIS, MO 63138-1224

ROBERT MILES DAVENPORT
4012 HORN SPRINGS RD
LEBANON, TN 37087-1987

ROBERT M PESTAK
9772 ANDREA DR
MENTOR, OH 44060-7209

ROBERT MCINTYRE
496 QUAIL RUN
EAGLE POINT, OR 97524-9022

ROBERT MILTNER
866 E WOODLEAF DR
PUEBLO, CO 81007-1567

ROBERT M SINGER PHD
892 COUNTRY CLUB DR
TEANECK, NJ 07666-5647

ROBERT MCKEE
351 HOLLY ST
PENSACOLA, FL 32514-3158

ROBERT MITCHELL
4777 GLEN ECHO WAY
CENTRAL POINT, OR 97502-9707

ROBERT M TEFFT
11711 AUSTIN RD
BROOKLYN, MI 49230-9519

ROBERT MECKELNBURG MD
105 WOODS LN
LANDENBERG, PA 19350-9109

ROBERT MOAG JR
1311 HAREWOOD SQ
WEXFORD, PA 15090-9758

ROBERT MARTIN
2000 N VOLUSIA AVE LOT B55
ORANGE CITY, FL 32763-2810

ROBERT MERLE MORRIS
24032 W OAK ST
PLAINFIELD, IL 60544-2833

ROBERT MOHNING
633 E DESERT PARK LN
PHOENIX, AZ 85020-4083

ROBERT MARTIN [BOB] FLEMING
3488 IVY DR
MURRYSVILLE, PA 15668-1605

ROBERT MERRICK
11104 BRYANT RD
MOKENA, IL 60448-1115

ROBERT MOLINE
W875 SPRING COULEE RD
GENOA, WI 54632-8861

ROBERT MORENO
824 WINESAP CT APT 302
PROSPECT HEIG, IL 60070-2346

ROBERT MORRIS BARNES
1034 RIVERSIDE DR
LOWELL, MI 49331-9651

ROBERT MORSE
1735 HIAWATHA CT NE
ROCHESTER, MN 55906-8014

ROBERT MULL
6718 COUNTY LINE RD
LAKELAND, FL 33811-1759

ROBERT MUSSER
329 BOIARDI LN
MILTON, PA 17847-9671

ROBERT N [BOB] LYNEMA
8089 MISTYVIEW DR SW
BYRON CENTER, MI 49315-8017

ROBERT N [BOB] SANTELLO
1550 OHIO AVE
LAWRENCEVILLE, NJ 08648-4651

ROBERT N BURNS
2321 WESTMERE ST
HARVEY, LA 70058-2233

ROBERT N ROACH
790 IVES RD
EAST GREENWIC, RI 02818-4628

ROBERT N SIEBEN
38745 160TH AVE
AVON, MN 56310-9728

ROBERT NAIMAN
301 BURR OAK AVE
DEERFIELD, IL 60015-4720

ROBERT NEBRIG
20 GRANADA CT
PORTOLA VALLE, CA 94028-7737

ROBERT NEUBERT
9565 BRAYES MANOR DR
MENTOR, OH 44060-7167

ROBERT NIETHAMMER
9122 WHISPERING PINES DR
SALINE, MI 48176-9235

ROBERT NIMMO
636 DEER RUN RD
BELLVILLE, TX 77418-9608

ROBERT O STARKEY
2005 SIGNAL POINT RD
KNOXVILLE, TN 37922-6146

ROBERT O'CONNOR
1203 E ILLINOIS ST
WHEATON, IL 60187-5967

ROBERT OGDEN BEATTIE
7 EASTNOR RD
NEWPORT, RI 02840-3839

ROBERT P [BUD] CARLSON
6390 CROW VALLEY DR
BETTENDORF, IA 52722-6220

ROBERT P EBEL
2427 139TH RD
SHELBY, NE 68662-5543

ROBERT P FRYER
15 DEERFIELD PL
BALLSTON SPA, NY 12020-2712

ROBERT P GEGENHEIMER
701 LAFAYETTE ST
GRETNA, LA 70053-6135

ROBERT P HAMILTON
5293 FISH HATCHERY RD
GRANTS PASS, OR 97527-9549

ROBERT P JOHNSON
9430 POINCIANA PL APT 104
DAVIE, FL 33324-4814

ROBERT P LACZKO
289 HOLLY HILL RD
RICHBORO, PA 18954-1948

ROBERT P SUPER
117 LESOINE DR
HENRYVILLE, PA 18332-7825

ROBERT PAETZNICK
1629 INNSBRUCK CIR W
MINNEAPOLIS, MN 55421-2018

ROBERT PARKE
105 LAKEVIEW BLVD
PLYMOUTH, MA 02360-2845

ROBERT PITTMAN
1285 NW 179TH TER
MIAMI, FL 33169-4123

ROBERT R KRESS
210 ALBEMARLE DR
PENLLYN, PA 19422-1102

ROBERT PARKS
PO BOX 6328
PORTSMOUTH, VA 23703-0328

ROBERT PRIMS
15609 PLEASANT VALLEY RD
UNION, IL 60180-9785

ROBERT R LOCKWOOD
740 MICHIGAN AVE
EVANSTON, IL 60202-2512

ROBERT PAUL BACKER
100 26TH AVE N
SAINT CLOUD, MN 56303-4231

ROBERT QUEEN
925 MCLAUGHLIN CIR
BELLEVUE, NE 68005-3220

ROBERT R SAMPSELL
102 FOUNTAIN DR
YORK, PA 17402-9113

ROBERT PAUL WOLF
33 ROAD 3DX
CODY, WY 82414-9644

ROBERT QUIMBO
2255 DERRY WAY
SOUTH SAN FRA, CA 94080-5506

ROBERT R SEARS OD
5762 TOWNSHIP ROAD 276
MILLERSBURG, OH 44654-7815

ROBERT PAYNE
13850 CARLSTEAD DR
PICKERINGTON, OH 43147-8720

ROBERT R BUTCHER
2062 SW 35TH ST
ANKENY, IA 50023-5900

ROBERT R SISLER
711 INDIAN RIDGE RD
LOUISVILLE, KY 40207-1750

ROBERT PERRILL
10650 W BARNEY LN
TUCSON, AZ 85743-9571

ROBERT R CANNON
1206 AMOS AVE
DES MOINES, IA 50315-6547

ROBERT R WOOD
1137 VOLONNE DR
ROSEVILLE, CA 94551-1964

ROBERT PETITJEAN
9828 CONOVER RD
VERSAILLES, OH 45380-9508

ROBERT R CLEMENS
1624 PINE HARRIER CIR
SARASOTA, FL 34231-3353

ROBERT RADTKE
415 FRANCIS AVE
CASCADE, WI 53011-1392

ROBERT PHILLIPS
3130 WESTFIELD DR
CAPE GIRARDEA, MO 63701-4120

ROBERT R EARL
1 WYNDHAM RD
VOORHEES, NJ 08043-2906

ROBERT RALSTON SNOW
1103 BEECHTREE CT
HARTSVILLE, SC 29550-7809

ROBERT PITSCH
908 CEDAR DR
KILL DEVIL HI, NC 27948-8015

ROBERT R HIPPLER III
1783 NEIGHBOR ST
FERNANDINA BE, FL 32034-1987

ROBERT RAPAWAY
1114 13TH AVE
INTERNATIONAL, MN 56649-2834

ROBERT RAY BROWN
8403 CEDAR CREEK RD
LOUISVILLE, KY 40291-3209

ROBERT RIVESMAN
412 ABBEY LN
LEAGUE CITY, TX 77573-1837

ROBERT RUSSELL PERRINE
65 OSPREY DR
OLD BRIDGE, NJ 08857-3593

ROBERT REDFORD
6517 KENSINGTON PL
DOWNERS GROVE, IL 60516-2467

ROBERT ROBINS
25 W ELM ST APT 16
GREENWICH, CT 06830-6469

ROBERT S [STEVE] LOWE
415 DEEPWOOD PL
NORTH AUGUSTA, SC 29841-3101

ROBERT REESE
PO BOX 368
HILLS, IA 52235-0368

ROBERT ROCKS
12489 GRAINWOOD WAY
SAN DIEGO, CA 92131-2283

ROBERT S [STEVE] MINNIS
1213 HOPKINS DR
DENTON, TX 76205-8119

ROBERT REID HEOS SR
900 AMHERST DR
NORTH AUGUSTA, SC 29841-3201

ROBERT ROEDIGER
19798 WALLACE RD
ATCHISON, KS 66002-5026

ROBERT S BARNES
2717 HIGHLAND AVE S APT 211
BIRMINGHAM, AL 35205-1725

ROBERT REIMERS
231 S ELM ST
GARDNER, KS 66030-1325

ROBERT ROSENBROOK
386 640TH ST
ALTA, IA 51002-7585

ROBERT S BROWN
4402 ORR DR
CHANTILLY, VA 20151-2705

ROBERT RICHARD CORRADINI
9805 SW 115TH CT
MIAMI, FL 33176-2582

ROBERT ROTH
3720 DARYL DR
LANDISVILLE, PA 17538-1514

ROBERT S COMA
48 LONG POINT DR
FERNANDINA BE, FL 32034-6405

ROBERT RICHARDS
11540 HIGHLAND PARK
LOGAN, OH 43138-8618

ROBERT ROY CREEKMORE
PO BOX 71
OLD FORT, NC 28762-0071

ROBERT S HIKIDA
15 LONGVIEW HEIGHTS RD
ATHENS, OH 45701-3335

ROBERT RILEY
9303 BAYSHORE RD LOT H4
PALMETTO, FL 34221-9697

ROBERT RUBIN
539 COEUR DE ROYALE DR APT 1
SAINT LOUIS, MO 63141-6923

ROBERT S LAFAYE JR
PO BOX 823
BEAUFORT, SC 29901-0823

ROBERT RILEY
1392 HEMINGWAY LN
MOUNT JOY, PA 17552-7266

ROBERT RUBINSTEIN
201 HIGH GABLES DR APT 307
GAITHERSBURG, MD 20878-7403

ROBERT S MALONE
PO BOX 954
GULF SHORES, AL 36547-0954

ROBERT S ROGERS III
102 BOMAR GARDENS ST
CHERAW, SC 29520-1719

ROBERT SCHIEDEL
182 W F AVE
KALAMAZOO, MI 49009-5443

ROBERT T ABRAMS ESQ
288 KENT ST
BROOKLINE, MA 02446-5415

ROBERT S RUBENSTEIN
1635 BRYANT ST
PALO ALTO, CA 94301-3514

ROBERT SCHNEIDER
18411 PIERS END DR
NOBLESVILLE, IN 46062-6650

ROBERT T BRAND
3118 N OAKLAND AVE
MILWAUKEE, WI 53211-3048

ROBERT S TREZZA
35 DEER LN
WANTAGH, NY 11793-1807

ROBERT SLOVENEC
13861 TRENTON OVAL
STRONGSVILLE, OH 44136-8248

ROBERT T HUGHES
22 ROLLINGVIEW DR
PAOLI, PA 19301-1728

ROBERT S WEISS
17630 RINALDI ST
GRANADA HILLS, CA 91344-3321

ROBERT SMITH
68 BOSTON PARK
MUSCATINE, IA 52761-5907

ROBERT T VEON
5 NORTHERN HILLS PL
TEXARKANA, AR 71854-8213

ROBERT SAGE
439 DEDHAM ST # D
NEWTON, MA 02459-3300

ROBERT STAAB
30 NECK RD
OLD LYME, CT 06371-4404

ROBERT T WATSON
955 E LAKE DR
GAINESVILLE, GA 30506-1729

ROBERT SAMUELSON
1801 20TH ST UNIT J21
AMES, IA 50010-5166

ROBERT STAKE
3484 STATE HIGHWAY 73
WISCONSIN RAP, WI 54495-8809

ROBERT THOMAS MCKEE
259 RESERVOIR RD
VANDERBILT, PA 15486-1245

ROBERT SANCHEZ
53 CAMELLIA AVE
SAN FRANCISCO, CA 94112-1538

ROBERT STICHMAN
4001 N OCEAN BLVD APT B1408
BOCA RATON, FL 33431-5333

ROBERT THOMAS MUFFLEY SR
113 MCNUTTS CREEK CT
ATHENS, GA 30606-3862

ROBERT SAVAGE
19401 LINWOOD DR
CLINTON TOWNS, MI 48038-4994

ROBERT STULL
503 EDWARDS ST
ADA, OH 45810-1117

ROBERT TODD
20310 VAN DORN ST
EAGLE, NE 68347-4016

ROBERT SAVETT
528 PUTNAM RD
MERION STATIO, PA 19066-1039

ROBERT SULLIVAN
84 LAWNVIEW DR
BRAINTREE, MA 02184-1507

ROBERT TUTSON
1945 W 3RD ST
JACKSONVILLE, FL 32209-7151

ROBERT TUTTLE
10247 E HOUGHTON LAKE DR
HOUGHTON LAKE, MI 48629-8630

ROBERT W BEREND ESQ
132 E 35TH ST APT 13H
NEW YORK, NY 10016-3892

ROBERT W HANDLEY
609 HIGHWAY 466
LADY LAKE, FL 32159-3721

ROBERT V BARNES
501 S EAST ST
FENTON, MI 48430-2390

ROBERT W BOOHER
2010 EASTWOOD DR
MARYVILLE, TN 37803-6314

ROBERT W HARVEY
413 FLANDERS DR
INDIALANTIC, FL 32903-4039

ROBERT V SIMMONDS
7652 S SPOTSWOOD CT
LITTLETON, CO 80120-4411

ROBERT W DAY
3994 MEANDERING LN
TALLAHASSEE, FL 32308-5953

ROBERT W HUNT SR
1308 DONELSON AVE
OLD HICKORY, TN 37138-3220

ROBERT V STOIA
20731 FARGO DR
CUPERTINO, CA 95014-1903

ROBERT W EHLERS
PO BOX 96
NORTH STAR, OH 45350-0096

ROBERT W LANHAM
140 SADDLEBROOK WAY
ALVATON, KY 42122-9700

ROBERT VEDDER
8588 GRASSMERE CT
MANCELONA, MI 49659-7829

ROBERT W EVANS
2442 W DEL MAR DR
CRAWFORDSVLLE, IN 47933-5001

ROBERT W MORRIS
1013 BANK ST
KEOKUK, IA 52632-4638

ROBERT VERNON HOUSEMAN
2269 SAINT CHARLES RD
WINTERSET, IA 50273-8127

ROBERT W FIELD
15334 6800 RD
MONTROSE, CO 81401-7422

ROBERT W MOYER
3575 PALMER DR
TITUSVILLE, FL 32780-5320

ROBERT W [BILL] GUTHRIE
RR 1 BOX 212
BELINGTON, WV 26250-9764

ROBERT W GARROD III
34 MARLBORO RD
MANHASSET, NY 11030-3308

ROBERT W PADGETT
601 N BLACK HORSE PIKE APT C
WILLIAMSTOWN, NJ 08094-1027

ROBERT W [BILL] SCHWAB
3840 N CHESTERBROOK RD
ARLINGTON, VA 22207-4562

ROBERT W GOULD
1621 SUGARLAND DR
SHERIDAN, WY 82801-5728

ROBERT W PARKS
655 W IRVING PARK RD APT 500
CHICAGO, IL 60613-6306

ROBERT W ANDERSON JR
9815 CAMDEN AVE
OMAHA, NE 68134-2618

ROBERT W GUERRI
519 GORDON AVE
PENN VALLEY, PA 19072-1530

ROBERT W PELKEY
404 TAURUS ST
MISSION, TX 78572-6516

ROBERT W RANGE
7653 W MERCER WAY
MERCER ISLAND, WA 98040-5538

ROBERT WAYNE PEARSON
564 SPRINGMONT BLVD
OLD HICKORY, TN 37138-1556

ROBERT WILSON
123 CAPRI ST
SUGAR LAND, TX 77478-3303

ROBERT W VOLK
964 E ELFINWILD RD
ALLISON PARK, PA 15101-3911

ROBERT WAYNE RIVERS
1109 CRYSTAL VIEW CT
CHAPIN, SC 29036-8307

ROBERT WILSON HOLLIS IV
9817 WILSON BLVD
BLYTHEWOOD, SC 29016-9023

ROBERT W WHITLEDGE JR
902 DESOTO DR
BARTONVILLE, IL 61607-1716

ROBERT WEBSTER
932 SOMERSET ST
NEW LENOX, IL 60451-2051

ROBERT WIMBERLY
PO BOX 343
WINDER, GA 30680-0343

ROBERT W WILLIFORD SR
2601 S 17TH ST
LEAVENWORTH, KS 66048-4007

ROBERT WEINER
2 LEIGHTON CT
ATLANTA, GA 30327-4308

ROBERT WISE
3059 OAKRIDGE RD NE
NORTH LIBERTY, IA 52317-9533

ROBERT W WINGARD JR
1583 COUNTS FERRY RD
LEXINGTON, SC 29072-8308

ROBERT WESLEY WHITMAN
2604 EAGLE DR
JOLIET, IL 60436-1071

ROBERT WITKOWSKI
W8217 COUNTY ROAD U
PLYMOUTH, WI 53073-4422

ROBERT WAGNER
3123 WYNBROOKE CIR
LOUISVILLE, KY 40241-3122

ROBERT WESTCOTT
2129 TERRA LN
CORALVILLE, IA 52241-3464

ROBERT WRIGHT
821 VASSAR DR
FENTON, MI 48430-2231

ROBERT WARNER
1221 32ND ST S
WISCONSIN RAP, WI 54494-5575

ROBERT WIETECHA
4437 7TH ST NE
MINNEAPOLIS, MN 55421-2236

ROBERT WUERTHNER
168 BROWN ST
KENNEBUNK, ME 04043-7205

ROBERT WARNER
230 W ELDER RD
HARRISON, MI 48625-8502

ROBERT WILKERSON
5312 W BEAVER CREEK DR
POWELL, TN 37849-4909

ROBERT ZANGWILL
19260 CALAHAN ST
NORTHRIDGE, CA 91324-2709

ROBERT WASELOVICH
10761 SMETANA RD APT 304
HOPKINS, MN 55343-8086

ROBERT WILLIAMS
23442 EL TORO RD APT E207
LAKE FOREST, CA 92630-6925

ROBERT ZUKOWSKI
16261 SW 274TH ST
HOMESTEAD, FL 33031-2934

ROBERT ZWACK
13543 55TH ST NE
SAINT MICHAEL, MN 55376-3271

ROBERTA EDELMAN
11080 BAYBREEZE WAY
BOCA RATON, FL 33428-1250

ROBERTA JAFFIE
5839 GRAND HARBOUR CIR
BOYNTON BEACH, FL 33437-4235

ROBERTA [BOBBIE] WEISSMAN
27110 GRAND CENTRAL PKWY APT
FLORAL PARK, NY 11005-1206

ROBERTA EISNER
11 SADDLE CT
PIKESVILLE, MD 21208-1331

ROBERTA JANE ELDER
4012 W COURTLAND ST
PEORIA, IL 61615-2950

ROBERTA ANDREWS
4113 ROLLING OAKS DR
WINTER HAVEN, FL 33880-1637

ROBERTA EUNSON
2408 PARGOUD BLVD
MONROE, LA 71201-2327

ROBERTA KAYE
702 FERRIS LN
WILLIAMSTOWN, NJ 08094-9705

ROBERTA ARNOLD
16105 HOWDEN DR
WESTFIELD, IN 46074-5522

ROBERTA FAYE BIEBER
543 CABLE ST
LOCHBUIE, CO 80603-5877

ROBERTA L GOLDMAN
23 WESTGATE RD APT 6
CHESTNUT HILL, MA 02467-3403

ROBERTA BLACK
31 OAKLAND CT
TEQUESTA, FL 33469-2744

ROBERTA FISHMAN
30 FEENEY WAY
PORTLAND, ME 04103-3559

ROBERTA LOWRY
7787 TOMMY ST APT 14
SAN DIEGO, CA 92119-1739

ROBERTA BURWELL
121 YONA WAY
LOUDON, TN 37774-2724

ROBERTA HARRIS
28684 GREENWOOD PL
CASTAIC, CA 91384-4309

ROBERTA M TAYLOR
2 EMERSON ST
NATICK, MA 01760-1819

ROBERTA CAWTHORN
1225 CONNER AVE
EL DORADO, KS 67042-3624

ROBERTA HAUPT
33 CLOVER RD
PORT DEPOSIT, MD 21904-1304

ROBERTA MADAR-PRUETT
1419 GLADDING AVE
ASHTABULA, OH 44004-2411

ROBERTA E [BOBBIE] ARONSON
PO BOX 2192
NATICK, MA 01760-0016

ROBERTA HERR
4963 142ND AVE NW
WILLISTON, ND 58801-8634

ROBERTA MIZAK
4 SAINT THERESE CT APT 206
HOMESTEAD, PA 15120-3705

ROBERTA EARNEST
538 LINCOLN ST
MILTON, PA 17847-1314

ROBERTA J OLDHAM
6 HURD CT
LEBANON, TN 37087-2678

ROBERTA MOCKENSTURM
1804 OAKDALE LN S
CLEARWATER, FL 33764-6460

ROBERTA PETERS
23 TERRACE DR
CRAFTON, PA 15205-4311

ROBERTO [CHICO] DAVILA
K8 CALLE BAMBOO DR
GUAYNABO, PR 00966-3144

ROBIN JOHNSON
2910 18TH ST S
SAINT CLOUD, MN 56301-4702

ROBERTA RAINEY
14418 WEIR CIR
OMAHA, NE 68137-1425

ROBERTO BENITEZ
2516 S 21ST ST
OMAHA, NE 68108-1328

ROBIN L GOODMAN
115 EDGEMONT RD
COLUMBIA, PA 17512-9720

ROBERTA RENCK
7316 S DWYER RD
OKEANA, OH 45053-9413

ROBIN ASSAD
5372 MOUNTAIN VIEW AVE
YORBA LINDA, CA 92886-4911

ROBIN MOON
1113 EASTWOOD AVE
MARSHALL, MN 56258-2188

ROBERTA SCHOTT
37 NASSAU PL
PRINCETON JUN, NJ 08550-1655

ROBIN BOLDING
1160 E BLUE LICK RD
SHEPHERDSVILL, KY 40165-7023

ROBIN ZEMBER
24 E SWARTZVILLE RD
DENVER, PA 17517-9119

ROBERTA SHAW
318 S MARKS ST
THUNDER BAY, ON P7E 1M2

ROBIN C SMITH
183 S BILLUPS ST
ATHENS, GA 30606-3603

ROBYN GALIARDI
217 E JAMES ST
MUNHALL, PA 15120-2715

ROBERTA TILLER
550 WASHINGTON TER
AUDUBON, NJ 08106-2221

ROBIN CAHOON
10291 W GRAND RIVER AVE
LOWELL, MI 49331-9265

ROBYN HELMER-TALLON
4536 MCPHERSON AVE
SAINT LOUIS, MO 63108-1904

ROBERTA TRIMBLE
720 LUPIN LN
WEST COVINA, CA 91791-2834

ROBIN CARVER
11871 VENICE BLVD
FOLEY, AL 36535-8122

ROCCO A MORGAN
14717 59TH AVE S
TUKWILA, WA 98168-4538

ROBERTA WEINBERG
290 STANLEY RD
MONROE, CT 06468-1521

ROBIN D WALLACE
5807 SNYDER AVE
BROOKLYN, NY 11203-4815

ROCHELLE A POWLESS
1325 RONA LN
GREEN BAY, WI 54313-1480

ROBERTA ZAPP
10000 PENFOLD CT
POTOMAC, MD 20854-2157

ROBIN DENSON
PO BOX 875
SPIRIT LAKE, ID 83869-0875

ROCHELLE DUESER
10759 THISTLE RDG
FISHERS, IN 46038-2251

ROCHELLE FOLEY
14 JOANNE DR
SICKLERVILLE, NJ 08081-4934

ROD SEARLE
3860 JAMESTOWN CURV
SAINT PAUL, MN 55129-4931

RODNEY GRILL
PO BOX 519
S INTERNATION, MN 56679-0519

ROCHELLE LEE
7A BEDFORDSHIRE DR
MONROE TOWNSH, NJ 08831-5490

ROD THURMOND
4127 LOUIS RD SW
LILBURN, GA 30047-3021

RODNEY KNIGHT
3609 HEIGHTS CT
SAINT CLOUD, MN 56301-4583

ROCHELLE MCCARTHY
3625 W NETTLE CREEK DR
MORRIS, IL 60450-8731

RODERIC MOORE
2 WILSON CIR
MILTON, PA 17847-9646

RODNEY LEHTONEN
115 SHEFFIELD
SALINE, MI 48176-1020

ROCHELLE ROSENBERG
777 BRICKELL AVE STE 1010
MIAMI, FL 33131-2807

RODERICK A METTE
5468 ROWE TRL
MILTON, FL 32571-9557

RODNEY OGLE
3162 MOUNT KUEBLER DR S
SALEM, OR 97302-9499

ROCHELLE TABOH
19264 GUNTHER CT
SARATOGA, CA 95070-4015

RODERICK WALLACE
858 55TH ST
BROOKLYN, NY 11220-3213

RODNEY P NAP
5940 E ISLAND DR
OSHKOSH, WI 54904-7032

ROCINDA STEWART
1831 ALAMBRA CIR
APOPKA, FL 32703-2611

RODGER ADKINS
16771 E ASHBROOK DR APT A
FOUNTAIN HILL, AZ 85268-2026

RODNEY RAMACHER
18374 180TH AVE S
BARNESVILLE, MN 56514-9203

ROD D ALLEN
187 GALEWOOD CIR
SAN FRANCISCO, CA 94131-1131

RODNEY A BOURGEOIS
2613 SELLS ST
METAIRIE, LA 70003-3538

RODNEY RESSLER
691 AUTUMN GLEN DR
MELBOURNE, FL 32940-6406

ROD HALL
1835 NELSON WAY
SAN JOSE, CA 95124-3628

RODNEY A VIRGADAMO
1364 SIGUR AVE
METAIRIE, LA 70005-1220

ROGENE KRAUS
1023 DAVENPORT RD
PLYMOUTH, WI 53073-1411

ROD ROMICK
5061 80TH AVE
ALTA, IA 51002-7407

RODNEY D SMITH
4673 DYE MOUND RD
FORESTBURG, TX 76239-3128

ROGER A BJERKE
90 SECRET TOWN LN
COLFAX, CA 95713-9455

ROGER A STILES
3384 DURAHART ST
RIVERSIDE, CA 92507-3459

ROGER CARL STAUFFER
1365 MONTCALM AVE SE
LOWELL, MI 49331-9314

ROGER HOYNE
1114 BAYENES CT SE
OLYMPIA, WA 98513-7726

ROGER ALAN RUDY
5787 GOSPEL ST
MOUNT JACKSON, VA 22842-9425

ROGER CORNETT
1261 WINDSOR PL
RICHMOND, IN 47374-7162

ROGER J BROEKER JR
1 EVEREST DR
HACKETTSTOWN, NJ 07840-2843

ROGER ARNOLD
2628 LOGAN GAP RD
RIPLEY, OH 45167-8825

ROGER D ARTZ
37 FOREST HILLS RD
PITTSBURGH, PA 15221-3707

ROGER J CRAFT
3946 UNION PIKE
RICHMOND, IN 47374-9268

ROGER ATTERBERG
PO BOX 585
KEOKUK, IA 52632-0585

ROGER E TOMPKINS
1388 SPRING HILL CIR
KERNERSVILLE, NC 27284-7548

ROGER J PERRET JR
3520 LAKE TRAIL DR
KENNER, LA 70065-3310

ROGER B ESTES
915 BROWER RD
LIMA, OH 45801-2518

ROGER E VAN CAMP
57 ROSEDELL DR
WESTFIELD, MA 01085-1738

ROGER J SEIFERT
PO BOX 8
VESPER, WI 54489-0008

ROGER B PEIKIN
635 14TH ST
SANTA MONICA, CA 90402-2929

ROGER E WATTS
397 LOCUST ST
MILTON, PA 17847-2521

ROGER JASPERSE
7181 FAIRWAY DR S
FAYETTEVILLE, PA 17222-9427

ROGER BAKER
1439 VALLEY DR
NORCO, CA 92860-3928

ROGER GOUT
6582 WINONA AVE
ALLEN PARK, MI 48101-2324

ROGER JOHN AUBIN
48 LAWTON BROOK LN
PORTSMOUTH, RI 02871-1032

ROGER BELCHER
2500 OLD MILITARY RD LOT 4
MOBILE, AL 36605-3342

ROGER HAMMOND
603 7TH ST SE
DEVILS LAKE, ND 58301-3729

ROGER KARLOSKE
5931 COOLIDGE RD
ARPIN, WI 54410-9633

ROGER BERGIA
6723 N GEM CT
PEORIA, IL 61614-2901

ROGER HINCKLEY
10350 MAINES RD
PARMA, MI 49269-9692

ROGER KOBA
4300 MARSH RD
MARIETTA, GA 30066-1829

ROGER KOSTREBA
20573 QUINCY ST NW
ELK RIVER, MN 55330-8612

ROGER LUTKIEWICZ
549 N 27TH ST
GRAND JUNCTIO, CO 81501-7966

ROGER P HARMAN
908 S 48TH ST
PHILADELPHIA, PA 19143-3507

ROGER L HEIDER
1105 MAYPER DR
CARTER LAKE, IA 51510-1329

ROGER M PATCHES
4535 STARVIEW RD
MOUNT WOLF, PA 17347-9737

ROGER P KOVACH
PO BOX 411
BOLINAS, CA 94924-0411

ROGER L HUEGLIN
11 BLUEBERRY HILL PL
WILTON, CT 06897-1406

ROGER MARIEN
1200 RIVERSIDE DR APT 318
INTERNATIONAL, MN 56649-2132

ROGER R SMITH
523 S DEVINNEY ST
LAKEWOOD, CO 80228-2441

ROGER L JELLUM
810 HOLLEY RIDGE RD
HENRY, VA 24102-3183

ROGER MARKELL
400 E MAIN ST APT 402
MIDLAND, MI 48640-6507

ROGER RANDALS
6200 WESTCHESTER LN
PLANO, TX 75093-6175

ROGER L KEITH
2608 150TH AVE
ALGONA, IA 50511-7027

ROGER MCFADDEN
5337 INDIAN MEADOW CT
LAS VEGAS, NV 89130-7066

ROGER RENWICK
3581 W SHIAWASSEE RD
FENTON, MI 48430-8708

ROGER L LAIRD
11901 PLAINVIEW RD
KRUM, TX 76249-4058

ROGER MEHL
1756 WHITE AVE
LINCOLN PARK, MI 48146-2253

ROGER S LEED
30 N OAK ST
EPHRATA, PA 17522-2060

ROGER LEFLER
PO BOX 33490
LAS VEGAS, NV 89133-3490

ROGER NEGIN
108 DEVONSHIRE CT
ELYRIA, OH 44035-3038

ROGER S YOUNG
4385 NOBEL DR UNIT 94
SAN DIEGO, CA 92122-1577

ROGER LINDSAY JONES
319 ROLLING MEADOW CT
SPARTANBURG, SC 29303-4306

ROGER NEILSON
1009 SAN MARCO RD
VIRGINIA BEAC, VA 23456-4295

ROGER SCOTT
4717 OPORTO PL
SAN DIEGO, CA 92124-2448

ROGER LONGRIE
7402 HITCHCOCK RD
WHITE LAKE, MI 48383-2049

ROGER NELSON
230 S BRENTWOOD BLVD APT 16D
SAINT LOUIS, MO 63105-1638

ROGER TEEL
15 RYLEY CT
ALISO VIEJO, CA 92656-4259

ROGER TIMKO
520 ANGIER DR
STORM LAKE, IA 50588-3008

ROGER W PERALDO
1385 DUNLORA DR
CHARLOTTESVIL, VA 22901-0650

ROGER W TILL
926 E CEDAR CANYONS RD
FORT WAYNE, IN 46845-9777

ROGER WRIGHT
2471 STRUTHMORE DR
LIMA, OH 45806-1356

ROGER YOUNGHUSBAND
29245 S WALLINGFORD RD
MANHATTAN, IL 60442-9695

ROGERS HIGH SCHOOL
ROGERS HIGH SCHOOL ALUMNI AS
15 WICKHAM RD
NEWPORT, RI 02840-4233

ROGERS HIGH SCHOOL
c/o COLLEEN CONKLIN MURRAY
15 WICKHAM RD
NEWPORT, RI 02840-4233

ROJEAN SCHREIBER
535 BUCKINGHAM RD APT 6109
RICHARDSON, TX 75081-5183

ROLAND A HARRIS
261 VETERANS PKWY APT 1105
MURFREESBORO, TN 37128-6451

ROLAND A HARRIS JR
261 BARFIELD CRESCENT RD APT
MURFREESBORO, TN 37128-6278

ROLAND BRANDT
PO BOX 154
WALDO, WI 53093-0154

ROLAND C FLANAGAN
1035 LINDEN ST
MORTON, IL 61550-9518

ROLAND CONSTIEN
487 ROBIN LN SE
MARIETTA, GA 30067-7067

ROLAND FAHLSING
315 LANE 100A PINE CANYON LK
ANGOLA, IN 46703-8717

ROLAND H MEYER
14962 CATHY LN
LARGO, FL 33774-4801

ROLAND KUHLENBECK
2102 W HOPPES RD
LIBERTY, IN 47353-9033

ROLAND L CUTTER
841 ROSEWOOD DR
RICHMOND, IN 47374-8316

ROLAND LIONEL WILLIAMS
1112 KENELM CT
CHESAPEAKE, VA 23323-2814

ROLAND MONSON
11607 W MAY ST
WICHITA, KS 67209-4251

ROLANNE HENRY
10 PINE TREE TER
MADISON, NJ 07940-2312

ROLF ENGELFRIED
2841 NW 9TH AVE
WILTON MANORS, FL 33311-2336

ROLLA T KESTNER
315 W STONEGATE RD
PEORIA, IL 61614-6034

ROLLAND [BUTCH] DAVIS
3390 HARDSCRABBLE RD N
MOUND, MN 55364-9412

ROLLEN J WINKEL
210 W HIGHWAY
ALTA, IA 51002-1356

ROLLIE CARLSON
8870 YELLOWSTONE LN N
MAPLE GROVE, MN 55311-1296

ROLLIE F HAGEN
5118 E ASHLAN AVE APT 102
FRESNO, CA 93727-7328

ROLLIN MIKE BURGOON
1556 ARROYO MANOR DR
REDDING, CA 96003-9218

ROMELLE MARSHALL
4061 FOREST AVE
WESTERN SPRIN, IL 60558-1051

RON CHAPMAN
5734 ALLISON AVE
DES MOINES, IA 50310-1071

RON HAGEN
2630 2ND ST S
WISCONSIN RAP, WI 54494-5827

ROMONA PERSON
14967 SE 117TH AVE
CLACKAMAS, OR 97015-8265

RON CICHY
415 5TH AVE NE
SAINT CLOUD, MN 56304-0326

RON HAIGHT
408 GRAND AVE
WEST DES MOIN, IA 50265-3743

RON [BUTCH] SCHWARTZENBERGER
20031 ROAD 256
STRATHMORE, CA 93267-9649

RON CRONKHITE
PO BOX 12364
OMAHA, NE 68112-0364

RON HESTER
3660 CARFAX AVE
LONG BEACH, CA 90808-2803

RON A SEANEY
321 SW 1ST ST
RICHMOND, IN 47374-5303

RON DILTZ
12657 BRECKENRIDGE DR
EAGLE RIVER, AK 99577-7659

RON J NELSON
2403 HIGHWAY 20
DEVILS LAKE, ND 58301-8647

RON ABBOTT
1131 TASKER ST
PHILADELPHIA, PA 19148-1127

RON DOAN
1014 COLLINS CT
BARTONVILLE, IL 61607-1714

RON KNECHTEL
2485 DAKIN DR
CORONA, CA 92882-6196

RON BURKE
901 NE SAVAGE ST
GRANTS PASS, OR 97526-1341

RON ERK
445 SW 3RD ST
RICHMOND, IN 47374-5344

RON L HILL
32312 WILDOMAR RD
LAKE ELSINORE, CA 92530-0512

RON CANADA
250 WHISPERING MEADOWS DR
OAKLAND, TN 38060-3382

RON FERREIRA
649 MALLARD CV
HARRODSBURG, KY 40330-8302

RON LITCHY
401 22ND AVE N
SAINT CLOUD, MN 56303-3836

RON CANTRELL
1613 E TAM O SHANTER ST
ONTARIO, CA 91761-6356

RON G HUTH
6422 TAYLORSVILLE RD
HUBER HEIGHTS, OH 45424-3105

RON MC PEEK
6005 LEVI RD
SPRING, TX 77389-3732

RON CAUDILL
RR 1 BOX 71A
HASTINGS, OK 73548-9504

RON GERKEN
290 STONE CLIFF CT
SALINE, MI 48176-1569

RON MULLER
1909 ELKCAM BLVD
DELTONA, FL 32725-3924

RON NIXON
149 S FIELDS CIR
CHAPEL HILL, NC 27516-7797

RON WATERS
770 LIBERTY RIDGE RD
FALMOUTH, KY 41040-8165

RONALD [RON] WILSON SR
5934 SAWMILL WOODS DR
FORT WAYNE, IN 46835-8704

RON R SARNIGUET
13165 WALKER DR
HAMMOND, LA 70401-6319

RON WEAVER
4001 WOODS POINT RD
ROCKY FACE, GA 30740-8938

RONALD [RONN] KINKEADE
1030 BRAZIL AVE
SAN FRANCISCO, CA 94112-2136

RON REBAL
1110 IOWA DR
LE CLAIRE, IA 52753-9341

RON WEST
1034 W PILGER ST
ROSEBURG, OR 97471-2654

RONALD A BRISKER
523 THOMAS DR
SIDNEY, OH 45365-1817

RON REIDEL
2536 SW 31ST TER
CAPE CORAL, FL 33914-4754

RON WHARTON
3412 SAN BAR LN
COLLEYVILLE, TX 76034-8658

RONALD A JACOBS
9855 LEMONWOOD WAY
BOYNTON BEACH, FL 33437-5468

RON S HARTER
9423 FARMINGDALE AVE
WALKERSVILLE, MD 21793-9118

RON YNACAY-NYE
3319 COLOMA DR
CARSON CITY, NV 89705-7238

RONALD A KUTCHICK
PO BOX 2295
KODIAK, AK 99615-2295

RON SCHREIER
860 BROOKSIDE DR
JEFFERSON, SD 57038-6891

RONALD [RON] CAPLE
1936 LAWN ST
DULUTH, MN 55812-1156

RONALD A LICHALK
342 CHALLEN DR
PITTSBURGH, PA 15236-4559

RON STUMP
24048 TROYES LN
MURRIETA, CA 92562-1924

RONALD [RON] DEMUTH
4046 SE KING RD
MILWAUKIE, OR 97222-5864

RONALD A MCCREERY
4844 S LAGUNA AVE
SIERRA VISTA, AZ 85650-9756

RON SUTHERLIN
813 ELLYNN DR
CARY, NC 27511-4618

RONALD [RON] DICKEN
6526 W GROVE AVE
VISALIA, CA 93291-7928

RONALD A SWAFFORD
1310 COMANCHE CIR
LINCOLNTON, GA 30817-2636

RON THOMPSON
25622 SPINNAKER DR
SAN JUAN CAPI, CA 92675-4020

RONALD [RON] LITTLE
155 2ND AVE S
SOUTH SAINT P, MN 55075-2305

RONALD ALIC
948 BRYN MAWR AVE
WICKLIFFE, OH 44092-2206

RONALD ALVIN NOYES
163 W MONROE CIR
JEFFERSON, OH 44047-1083

RONALD AMES
563 CALLAWAY DR
HOLTS SUMMIT, MO 65043-2543

RONALD ANTON BAIER
1750 NW 3RD TER APT 208
FORT LAUDERDA, FL 33311-4836

RONALD BATMAN
315 JAMES ST
MILTON, PA 17847-1901

RONALD BAUMGARDNER
1 EMS B37 LN LOT 97
WARSAW, IN 46582-9715

RONALD BENEDETTI
267 WALLACE AVE
FORKED RIVER, NJ 08731-4265

RONALD BENTON
518 GALAXY LN
RAYMORE, MO 64083-9597

RONALD BIELEFELD
472 CASE AVE
WISCONSIN RAP, WI 54494-5914

RONALD BUCHER
955 MAPLE ST
LITITZ, PA 17543-9748

RONALD C BAUGH
903 CLIFFORD ST
ATHENS, TX 75751-2959

RONALD C BUDNY
6 MILLAY CT
LITCHFIELD, CT 06759-3316

RONALD C KAMP
2640 SUMMIT DR UNIT 202
GLENVIEW, IL 60025-7630

RONALD C OLDSEN
2211 THOREAU DR
LAKE WALES, FL 33898-6680

RONALD CARE
185 WARD DR
NORTH HUNTING, PA 15642-1652

RONALD CRABB
1091 STATE HIGHWAY 73 S
WISCONSIN RAP, WI 54494-9298

RONALD CUOCO
93 FAIRVIEW AVE APT 2
WESTWOOD, NJ 07675-2200

RONALD D JAHN
12429 SLATER ST
OVERLAND PARK, KS 66213-4702

RONALD D MAASSEL
21119 HURSHTOWN RD
GRABILL, IN 46741-9668

RONALD D MILLS
17105 GULF BLVD
N REDINGTON B, FL 33708-1497

RONALD D STEGALL
102 OLD PLACE RD
DEER ISLE, ME 04627-3755

RONALD DAVIDOFF
402 W CAPE ROYAL LN
PHOENIX, AZ 85023-5223

RONALD DEININGER
18901 W MANHATTAN RD
ELWOOD, IL 60421-9562

RONALD DESHIELDS
303 BARCLAY RD
DURHAM, NC 27712-1613

RONALD DINGLE
555 GERMANIA RD
GALETON, PA 16922-9404

RONALD DUNKIN
1154 WILD BROOK DR
AKRON, OH 44313-8637

RONALD DURAND
45 WILDWOOD WAY
SAN RAFAEL, CA 94901-1236

RONALD E BEARBOWER
1646 PLYMOUTH AVE
WATERLOO, IA 50702-3518

RONALD E KRAJEWSKI
11242 STANLEY LN
TWINSBURG, OH 44087-2672

RONALD F LONDE
33 N MAPLE AVE
SAINT LOUIS, MO 63119-2436

RONALD GENE SALMAN
2101 HYDE PARK DR
ASHEVILLE, NC 28806-4820

RONALD E MORGAN
PO BOX 313
SCOTLAND, PA 17254-0313

RONALD F PEHMOELLER
11400 RIDGE RD
LARGO, FL 33778-3025

RONALD GERMAN
2131 ROBIN LN
POTTSTOWN, PA 19465-8609

RONALD E VERSTEEG
7662 EL LOBO CIR
LA PALMA, CA 90623-2402

RONALD FUSCO
1280 MEADOWBROOK BLVD
STOW, OH 44224-1281

RONALD GILES
1836 FAN FARE DR
NORTH LAS VEG, NV 89032-0635

RONALD E VIRGETS
300 N CAROLINA ST
NEW ROADS, LA 70760-3608

RONALD G ATZINGER
138 HAMPTON CT
NORTHVILLE, MI 48168-1549

RONALD GOLDRICH
1841 EAGLE TRACE BLVD W
CORAL SPRINGS, FL 33071-5401

RONALD E WATTS
33321 ANTELOPE LN
SQUAW VALLEY, CA 93675-9208

RONALD G BIGELOW
420 S SULLIVAN AVE
FREMONT, MI 49412-1552

RONALD GORSLINE
4518 HARRIS RD
WILLIAMSTON, MI 48895-9152

RONALD E WIEGANDT
235 E GRAND RIVER RD
WILLIAMSTON, MI 48895-9342

RONALD G GALLMEYER
1631 COLONY DR
FORT WAYNE, IN 46825-5003

RONALD GREENLEE
4189 E CHIGGER HOLLOW SOUT
CRAWFORDSVILL, IN 47933-9506

RONALD EDWARD GARDNER
435 SEGUIN ST
NEW ORLEANS, LA 70114-2357

RONALD G HAMMERSCHLAG

RONALD H [RON] FRITZE
20272 EXECUTIVE DR
TANNER, AL 35671-3627

RONALD ELENS
119 DAVIS ST
SENECA, IL 61360-9691

RONALD G MARTIN
2019 E 48TH AVE
SPOKANE, WA 99223-6582

RONALD H GALOWICH
1248 N ASTOR ST
CHICAGO, IL 60610-2308

RONALD F JARM
1904 S HEIGHTS DR
ROSWELL, NM 88203-4218

RONALD GARNER
1950 E BADILLO ST APT 98
WEST COVINA, CA 91791-1185

RONALD H JOHNSON
502 W CAMPBELL RD
GOODLETTSVILL, TN 37072-2910

RONALD H MILLER
2841 ADIE RD APT 9
SAINT ANN, MO 63074-3740

RONALD KATZ
2085 COWPER ST
PALO ALTO, CA 94301-3810

RONALD L MCDANIEL
937 FREMONT AVE
MORRIS, IL 60450-1601

RONALD HETZEL
1013 COUNTY RD S
JUNCTION CITY, WI 54443-9473

RONALD KINCADE
2158 GLENBRIAR DR
MOUNTAIN HOME, AR 72653-7655

RONALD L MILLER
299 RHODA DR
LANCASTER, PA 17601-3649

RONALD HOLT
6627 VANDRE AVE
LOUISVILLE, KY 40228-1843

RONALD KNEPPER
6203 ANASTASIA ST
SIMI VALLEY, CA 93063-3709

RONALD L PITTS M.D.
10120 WENONGA LN
LEAWOOD, KS 66206-2445

RONALD J KIHNEL
5124 REBECCA BLVD
KENNER, LA 70065-3250

RONALD L [RON] REDD
PO BOX 224
LEXINGTON, SC 29071-0224

RONALD L PURDY
31420 GLENBRIDGE RD
WESTLAKE VILL, CA 91361-4721

RONALD J ROBINSON
3938 JONQUIL LN
OKEMOS, MI 48864-3732

RONALD L BALTES
650 WAGNER AVE APT 204
GREENVILLE, OH 45331-2643

RONALD L RAYMOR
520 AVERY ST
LOWELL, MI 49331-1470

RONALD J SPERA
29 SNOWBALL DR
LEVITTOWN, PA 19056-2209

RONALD L GOODRICH
556 N SHORE DR LOT 9
SOUTH HAVEN, MI 49090-1062

RONALD L WEAVER
13776 MORGAN RD
DELPHOS, OH 45833-8804

RONALD JAMES [JIM] HERCULES
1123 PERKINS AVE
WOOSTER, OH 44691-4154

RONALD L HEILMAN
7421 GLEN GELDER CIR
FORT WAYNE, IN 46804-5555

RONALD LEE BEMIS
17711 TANFORAN DR
TEHACHAPI, CA 93561-5573

RONALD JOHNSON
3006 BRAMBLE WOOD TRL
AUGUSTA, GA 30909-4106

RONALD L JANSEN
PO BOX 67
WALTON, IN 46994-0067

RONALD LEE CROSETTO
308 S GRUNDY ST
GARDNER, IL 60424-6215

RONALD JOHNSTON
1801 CONVERSE CT
DELTONA, FL 32738-4156

RONALD L KRUCHAN JR
955 COUNTRYSIDE DR
MEDINA, OH 44256-3871

RONALD LEGGITT
41832 GLADE RD
CANTON, MI 48187-3774

RONALD LEPANTO
2045 LEE DR
ESCONDIDO, CA 92027-1730

RONALD MCCALL DAVIS
911 SWEET JULIET WAY
GREER, SC 29650-4559

RONALD OSBORNE
2325 E HIGHVIEW DR
DES MOINES, IA 50320-2764

RONALD LEROY [RON] KIEDROWSKI
2342 ARBORDALE AVE
THE VILLAGES, FL 32162-3532

RONALD MCKINNEY
3845 FARQUHAR AVE UNIT 105
LOS ALAMITOS, CA 90720-2008

RONALD OWENS
1855 N LITCHFIELD ST
WICHITA, KS 67203-2920

RONALD LHAMON
1040 3RD ST
PENROSE, CO 81240-9210

RONALD MESTICHELLI
220 LEXINGTON RD
SCHWENKSVILLE, PA 19473-1204

RONALD P LONGO
183 CEDRUS AVE
EAST NORTHPOR, NY 11731-4414

RONALD LONGNECKER
253 CANDLEWOOD DR
CONWAY, SC 29526-8982

RONALD MIGDALOF
151 UNION AVE APT 3F
LYNBROOK, NY 11563-3304

RONALD PARSONS
23627 N 43RD DR
GLENDALE, AZ 85310-3917

RONALD LOWE
4405 W 93RD ST
PRAIRIE VILLA, KS 66207-2616

RONALD MINTEN
PO BOX 909
ALTON, IA 51003-0909

RONALD PAUL KELLEY
2127 SE 3RD ST
DES MOINES, IA 50315-1550

RONALD LUND
1666 BAYHILL DR
NEW LENOX, IL 60451-3459

RONALD MOTTO
844 CENTER ST
MCKEESPORT, PA 15132-6605

RONALD R ECKERT
3222 DARDEN DR
WOODBRIDGE, VA 22192-3337

RONALD M ROGERS
609 CHELSEA WAY
RICHMOND, IN 47374-6604

RONALD NAGEL
15848 W GRANDPOINT LN
SURPRISE, AZ 85374-4507

RONALD R HALL
1055 SUNSET BLVD STE A
WEST COLUMBIA, SC 29169-6884

RONALD MARKWORTH
1331 NORTON ST
WISCONSIN RAP, WI 54494-3068

RONALD NEGUS
4750 PIERCE AVE
PAULLINA, IA 51046-7407

RONALD R TOSSMAN
420 LITCHFIELD DR
MOORE, SC 29369-9371

RONALD MARVIN VICKERY
556 LOG LANDING RD
SPRINGFIELD, GA 31329-5030

RONALD NICHOLS
6508 MAYFAIR ST
OCEAN SPRINGS, MS 39564-2429

RONALD R YUNGMANN
PO BOX 184
BIGELOW, MN 56117-0184

RONALD REEVES
34459 S LAKESIDE TER
WILMINGTON, IL 60481-9694

RONALD STRAIT
1503 STEWART DR
SARASOTA, FL 34232-3217

RONALLE E HAWKINS
12323 LANHAM SEVERN RD
BOWIE, MD 20720-4559

RONALD ROEMER
3308 KENASTON DR
FORT WAYNE, IN 46815-6313

RONALD TRACY PERDUE
504 COVINGTON CT
ANDERSON, SC 29621-4405

RONDA MAGINNITY
722 W MURPHY ST
LIMA, OH 45801-3568

RONALD S HOLDEN
3685 SUNWOOD DR
REDDING, CA 96002-4913

RONALD VANOVERLOOP
8198 CHESTNUT HILL CT
WEST CHESTER, OH 45069-2554

RONNA LEVY
7804 MONTECITO PL
DELRAY BEACH, FL 33446-4423

RONALD S WILSON
9 FELLS WAY UNIT D
LACONIA, NH 03246-4097

RONALD W POWELL
9471 W STATE ROUTE 163
OAK HARBOR, OH 43449-9604

RONNI CRYSTAL
1015 ACTIVE DR
SAINT LOUIS, MO 63146-5005

RONALD SCAIFE
14335 BELLAMY BROTHERS BLVD
DADE CITY, FL 33525-7611

RONALD WEBB
PO BOX 90
LEMON SPRINGS, NC 28355-0090

RONNIE BEASLEY
6647 COUNTRY CLUB RD
OMAHA, NE 68152-2005

RONALD SCHWEIZER
25260 PELICAN CREEK CIR APT
BONITA SPRING, FL 34134-0962

RONALD WEESNER
8304 LOUIS DR SE
HUNTSVILLE, AL 35802-3522

RONNIE BROWN
PO BOX 457
SEAGOVILLE, TX 75159-0457

RONALD SEIF
W5185 COUNTY ROAD C
NEILLSVILLE, WI 54456-8117

RONALD WHITTAKER
1825 GLENDALE RD
IOWA CITY, IA 52245-3212

RONNIE E NUTT
PO BOX 121
THROCKMORTON, TX 76483-0121

RONALD SIDERS
11318 NW 115TH TER
ALACHUA, FL 32615-6526

RONALD WILLIAM MAU
2824 DORSETT LN
NEW LENOX, IL 60451-1503

RONNIE FRANKEL
560 TREMONT AVE
WESTFIELD, NJ 07090-1354

RONALD SLAGLE
1009 PAYTON AVE
DES MOINES, IA 50315-5046

RONALD Z ZEARFOSS
621 LAZY DIAMOND
CANYON LAKE, TX 78133-2413

RONNIE MADDIX
8007 AVANTI WAY
LOUISVILLE, KY 40291-2403

ROOSEVELT SMYLY JR
3315 S WHEELER RD
PEMBROKE TOWN, IL 60958-5425

RORY D GJESTVANG
3500 ENGLAND ST
BISMARCK, ND 58504-8967

ROSA BARNDT
417 W SUNSET AVE
EPHRATA, PA 17522-1947

ROSA DANIELS
PSC 851 BOX 130
FPO, AE 09834-0002

ROSA EVERETT EDD
2228 W 17TH ST
JACKSONVILLE, FL 32209-4622

ROSA HOOPER
1272 HERITAGE LN
WAITE PARK, MN 56387-4511

ROSA MARTIN
6110 NW 32ND ST
GAINESVILLE, FL 32653-1729

ROSALEE KILLIAN
1521 NW PROSPECT AVE
GRANTS PASS, OR 97526-1007

ROSALIE CARUSO
1040 LONGVIEW RD
KING OF PRUSS, PA 19406-3735

ROSALIE D'ANDREA
400 TERRY DR
JOLIET, IL 60435-5324

ROSALIE FREEMAN
9887 HARBOUR LAKE CIR
BOYNTON BEACH, FL 33437-3820

ROSALIE GLICKMAN
3959 BOULEVARD DR
PITTSBURGH, PA 15217-2619

ROSALIE I [ROSE] PIERCE
308 E WILDER HILL LN
MONTESANO, WA 98563-1323

ROSALIE KELTING
PO BOX 764
GUTHRIE, OK 73044-0764

ROSALIE LOUDERMILK
715 ARROW CT
VANDALIA, OH 45377-1701

ROSALIE NOSKA
2721 10TH ST S APT 103
WISCONSIN RAP, WI 54494-6370

ROSALIE OLSON
1167 KNOX HIGHWAY 4
ALTONA, IL 61414-9437

ROSALIE OLSON
1507 237TH ST
VENTURA, IA 50482-8916

ROSALIE PAYNE
5795 SAN PEDRO AVE
ATASCADERO, CA 93422-3520

ROSALIE PIAZZA
6218 N FRANCISCO AVE APT 2S
CHICAGO, IL 60659-2573

ROSALIE PILKINGTON
425 N 10TH ST
HAMILTON, IL 62341-1025

ROSALIE STERNECK
750 S HANLEY RD APT 490
SAINT LOUIS, MO 63105-2658

ROSALIND BARNETT
1010 MEMORIAL DR APT 6G
CAMBRIDGE, MA 02138-4866

ROSALIND HILTON
14 SARGENT ST UNIT 1
NORTHFIELD, NH 03276-4075

ROSALYN BOULWARE
6100 PALM DR
FORT PIERCE, FL 34982-7574

ROSALYN G PELLEGRINI
111 ERVIN RD
PIPERSVILLE, PA 18947-9393

ROSALYN PRATER
1080 N MAIN ST
LIMA, OH 45801-3677

ROSAMOND D BRENNER
310 LINDEN AVE
WILMETTE, IL 60091-2843

ROSAMOND FLYNN
6208 WESTOVER WAY
SOMERSET, NJ 08873-5910

ROSANN KLEN
1209 BASIN DR
LOCKPORT, IL 60441-2203

ROSANNA MOLINARIO
PO BOX 675
TICKFAW, LA 70466-0675

ROSANNE FRATZKE
604 EDGEWOOD BLVD
PAPILLION, NE 68046-6144

ROSCO TURNER
6150 YAUPON DR
BEAUMONT, TX 77708-3928

ROSCOE FAUSSONE
1601 BETTS ST NE
ALBUQUERQUE, NM 87112-4267

ROSE ANN FURNEY
3703 CRESTON DR
INDIANAPOLIS, IN 46222-3976

ROSE ANN OLMSTEAD
28 EASTMAN ST
DORCHESTER, MA 02125-2278

ROSE ANN TROYANOWSKI
7779 STATE HIGHWAY 66
ROSHOLT, WI 54473-9518

ROSE ANN WASSERMAN
1503 N MARSHALL ST
MILWAUKEE, WI 53202-2029

ROSE BAILEY
11030 LINCOLN TRL
INDIANAPOLIS, IN 46236-2949

ROSE BYERS
PO BOX 564
PAONIA, CO 81428-0564

ROSE GADBOIS
255 BELLA VISTA DR
BETHLEHEM, PA 18017-2450

ROSE HARMON
1401 SWINTON CT
ELBURN, IL 60119-7843

ROSE LINDA HUNICKE
547 TIMBER RIDGE DR
LONGWOOD, FL 32779-2646

ROSE M ALLIES
4915 SWEGLE RD NE UNIT 21
SALEM, OR 97301-2119

ROSE M HEHL
36 BERKELEY CT
MIDDLETOWN, RI 02842-5357

ROSE M WINDJUE
225 15TH AVE NE
DEVILS LAKE, ND 58301-3305

ROSE MARIE [ROSIE] SCHMIDT
425 S LAPHAM PEAK RD
DELAFIELD, WI 53018-2221

ROSE MARIE DINSMORE
PO BOX 307
BROOKLYN, MI 49230-0307

ROSE MARIE ENDERS
9671 CLOVERWOOD ST
BELLFLOWER, CA 90706-3050

ROSE MARIE KUSHNER PALOCS
12051 MCKEE RD
NORTH HUNTING, PA 15642-2356

ROSE MARIE LAUER
3615 CREEKVIEW RD
SAINT CLOUD, MN 56301-9515

ROSE MARIE LAWLOR
30 WOODROW ST
OAKHURST, NJ 07755-1249

ROSE MARIE PETERS
485 N MAPLE ST
EPHRATA, PA 17522-2197

ROSE MARIE SHISLER
11808 BALCONES WAY
AUSTIN, TX 78750-2904

ROSE MARIE SIMMS
1820 UNIVERSITY DR APT C1
CEDAR FALLS, IA 50613-4859

ROSE MARIE STOLZ
14002 SE LE ANN CT
BORING, OR 97009-9010

ROSE MARY HETTLER
10630 JUNIPER GLEN DR
HOUSTON, TX 77041-8621

ROSE MARY VAN DE ZANDE
26 N IOWA AVE
ADDISON, IL 60101-3813

ROSE MAURIELLO
5 HAMPSHIRE CIR
WOBURN, MA 01801-5314

ROSE NEFF
1805 NORTHBROOK DR NE
CEDAR RAPIDS, IA 52402-1122

ROSE PETERS
9028 VILLA RIDGE DR
LAS VEGAS, NV 89134-8533

ROSE PHILLIPS
2486 N MCDONEL ST
LIMA, OH 45801-1919

ROSE REEDY
20 NYODA TRL
TABERNACLE, NJ 08088-9005

ROSE WIGHT
1157 E SANDY DR
PRESCOTT, AZ 86303-8301

ROSE WISE
1490 MORROW RD
RICHMOND, IN 47374-9231

ROSE ZUMWINKLE
46 GLENVIEW LOOP
SAINT CLOUD, MN 56303-4865

ROSEANN MARSELLA
14735 38TH AVE APT B58
FLUSHING, NY 11354-4800

ROSEANNA KARBACKA
1002 GRAND PARK DR
FAIRFIELD, IA 52556-4104

ROSEANNA PHILLIPS
3370 VALDOR PL
PENSACOLA, FL 32503-3436

ROSEANNE DEL GAUDIO
19 GRAND CANYON CT
BOHEMIA, NY 11716-4124

ROSEANNE ENNIS
5914 69TH ST
MASPETH, NY 11378-2902

ROSEANNE EVANS
106 BRANDON AVE
TARBORO, NC 27886-2008

ROSELEE PROCTOR
268 PARK PL SE
EPHRATA, WA 98823-2213

ROSELLA LOHR
5805 BIRCHWOOD CT
OXON HILL, MD 20745-2309

ROSELLA M PETERSON
620 1ST AVE S
SLEEPY EYE, MN 56085-1427

ROSELLE CATHOLIC HIGH SCHO
ROSELLE CATHOLIC HIGH SCHO
350 RARITAN RD
ROSELLE, NJ 07203

ROSELLE CATHOLIC HIGH SCHO
c/o BROTHER DAN O'RIORDAN
350 RARITAN RD
ROSELLE, NJ 07203

ROSELLYN WELCH
4301 HUNTING MEADOWS CIR
COLORADO SPRI, CO 80916-2459

ROSELYN WENMAN
2410 WALDEN CT
IOWA CITY, IA 52246-4118

ROSELYNNE JUNE PETERS
14070 FULTON ST E
LOWELL, MI 49331-9333

ROSEMARIE BALISTRERI SENDIK
3444 N LAKE DR
MILWAUKEE, WI 53211-2918

ROSEMARIE FAZZONE
5775 WOODLAND CT
DISCOVERY BAY, CA 94505-1409

ROSEMARY BRADLEY
78 SHERWOOD DR
PORTSMOUTH, RI 02871-3832

ROSEMARY HANNA
539 TIMBER LN
DEVON, PA 19333-1234

ROSEMARIE FUNK
29 KENDALL DR
PARLIN, NJ 08859-1105

ROSEMARY BREDESEN
PO BOX 123
FRIENDSHIP, WI 53934-0123

ROSEMARY HAYES
4028 WATER POINT CT SW
CEDAR RAPIDS, IA 52404-7723

ROSEMARIE KANE
10 ADMIRALTY DR APT 2
MIDDLETOWN, RI 02842-6255

ROSEMARY COFFMAN
5649 DEPWEG RD
CELINA, OH 45822-9575

ROSEMARY J GRAHAM
21 CONSTANTINE CT
ATHENS, NY 12015-1204

ROSEMARIE P [ROSIE] SPRINGER
10618 106TH PL
CARMEL, IN 46033-3827

ROSEMARY CURTIN
3785 HAHN AVE
BETHPAGE, NY 11714-5006

ROSEMARY KAHSAR
9191 MONTORO DR
CINCINNATI, OH 45231-3015

ROSEMARIE SHAW
47 JACKSON BLVD
GREENCASTLE, IN 46135-1963

ROSEMARY DENISE KUBIN
4535 HIGHWAY 348
OLATHE, CO 81425-9746

ROSEMARY KANE
30 CHESTNUT ST
MASSAPEQUA, NY 11758-5119

ROSEMARIE SHIMRAK
4372 DUTILLY RD
NORTH PORT, FL 34287-2992

ROSEMARY DWYER
2100 KINGS HWY LOT 998
PUNTA GORDA, FL 33980-4253

ROSEMARY KONCILIJA
10803 HERALD SQUARE DR
HOUSTON, TX 77099-1816

ROSEMARIE VITA
2903 WILKE RD
ROLLING MEADO, IL 60008-1662

ROSEMARY FAJGIER
210 S LAKESHORE DR
BROWNS MILLS, NJ 08015-4016

ROSEMARY KOTKOWSKI
78 WEST AVE
MARION, MA 02738-1946

ROSEMARY A FLYNN
10 FOXFERN DR
FAIRLESS HILL, PA 19030-4026

ROSEMARY GILL
2590 MEADOW OAK LN
MONTICELLO, MN 55362-9595

ROSEMARY LIGHT
7107 PONTIAC CIR
CHANHASSEN, MN 55317-9452

ROSEMARY BORLAND
2030 ORCHARD ST
RACINE, WI 53405-3767

ROSEMARY GLAUSER
1053 E LAKEWOOD ST
SPRINGFIELD, MO 65810-2451

ROSEMARY MORGAN
12 PEACEFUL DR
MORRISVILLE, PA 19067-5932

ROSEMARY MURPHY
116 COLLEGE AVE
POUGHKEEPSIE, NY 12603-2805

ROSETTA ROBINSON
1301 CLOUGH ST
WAYCROSS, GA 31501-6620

ROSLYN SHORE
4313 VILLAGE OAKS LN
DUNWOODY, GA 30338-5731

ROSEMARY PATNO
95 FOXHALL DR
CHAGRIN FALLS, OH 44022-4273

ROSEVELT COLVIN
12521 OLD STONE DR
INDIANAPOLIS, IN 46236-9225

ROSS B REYNOLDS
181 CRESCENT ROAD
TORONTO, ON M4W 1V1

ROSEMARY QUINTON
11220 SUNBURST ST
LAKE VIEW TER, CA 91342-6629

ROSIE EMERICK
5220 HUDSON BEND RD
AUSTIN, TX 78734-1200

ROSS BOHANON
406 RAINBOW DR
CREVE COEUR, IL 61610-4274

ROSEMARY TYRRELL
3448 PARSONS GREENE CT
POWDER SPRING, GA 30127-4428

ROSIE V TRIMMELL
1307 80TH ST E
TACOMA, WA 98404-3312

ROSS NIFFENEGGER
5707 FLAG CT
FAIRFIELD, CA 94533-9726

ROSEMARY WEITZEL
2619 PINE RIDGE DR
ANOKA, MN 55303-6400

ROSINE JACOBS
PO BOX 1423
ADRIAN, MI 49221-7423

ROSS PAUL WALKER
10115 INDIAN LAKE BLVD S
INDIANAPOLIS, IN 46236-9538

ROSETTA B BROWN
2521 ASH ST
PORTSMOUTH, VA 23707-4211

ROSLYN BIENENSTOCK
967 MEARS CT
STANFORD, CA 94305-1041

ROWE BEALE
37 GLEN DR
VOORHEES, NJ 08043-1403

ROSETTA BARKLEY
3210 E MEYER BLVD
KANSAS CITY, MO 64132-1218

ROSLYN D SMALL
197 MAYFAIR DR
PITTSBURGH, PA 15228-1144

ROWENA CLOUGH
8420 CEDARCREEK CT
ELLICOTT CITY, MD 21043-6064

ROSETTA BRANDON
775 MONTMARTRE DR
SAINT LOUIS, MO 63141-6121

ROSLYN M ELKINS
414 OLD LANCASTER RD APT 301
HAVERFORD, PA 19041-1572

ROWENA GREEN
15038 S CULVER RD
VICTORVILLE, CA 92394-2134

ROSETTA LYMAN
15 E 5TH ST APT 1
ZUMBROTA, MN 55992-1684

ROSLYN SCHLANG
810 SAINT ANDREWS RD
HOLLYWOOD, FL 33021-2919

ROWENA L BOWERMAN
290 LINCOLN ST
TWIN FALLS, ID 83301-5251

ROXANA LEVAN
323 N RIDGE RD
MILTON, PA 17847-7829

ROY C STEINHARDT
404 ERIE AVE
SHEBOYGAN, WI 53081-3508

ROY H MCFALL PHD
1891 E SLATER RD
CHEBOYGAN, MI 49721-8218

ROXANN KITTINGER
10884 29 MILE RD
ALBION, MI 49224-9764

ROY DEAN WOOD SR
1187 FINLEY ST
CHAPARRAL, NM 88081-7344

ROY HAUCK JR
17 HESTER DR
WATSONTOWN, PA 17777-8779

ROXANNA PERTZBORN
117 BAYVIEW ST
STORM LAKE, IA 50588-7769

ROY E WUEST
745 TREVINO DR
LADY LAKE, FL 32159-5576

ROY HOLLENBERGER
210 PARK LN
EDGERTON, WI 53534-1405

ROXANNE (ROXIE) SMITH
50 PLUM POINT RD
SAUNDERSTOWN, RI 02874-2707

ROY FELTMAN
362 ROLLING ROCK RD
MOUNTAINSIDE, NJ 07092-2120

ROY KROCHMAL MD
6240 SW 102ND ST
MIAMI, FL 33156-3358

ROXANNE HJELDEN
16135 WHIPPLE LN NE
KELLIHER, MN 56650-3115

ROY G [BUCK] SAUNDERS
7806 MAGNOLIA COVE CT
HUMBLE, TX 77346-1608

ROY L KOFOED JR
12760 A ST
OMAHA, NE 68144-4035

ROXANNE L PRATT
9536 PINTO LN
FORT WAYNE, IN 46804-3947

ROY G SAUNDERS
7806 MAGNOLIA COVE CT
HUMBLE, TX 77346-1608

ROY LEDSINGER
310 S SCOTT ST
LIMA, OH 45804-1360

ROXEY HAMMOND
816 PECO RD
GRANTS PASS, OR 97526-8239

ROY GOETSCH
4263 TATTERSALL DR
PLAINFIELD, IN 46168-7924

ROY LYNN VAIL
99 PINE AVE
MENA, AR 71953-4698

ROXY NEALEY
14409 BUENA VISTA DR
URBANDALE, IA 50323-2028

ROY GOULD
5518 MOCERI LN
GRAND BLANC, MI 48439-4364

ROY M RIDGE
916 HIDDEN VALLEY DR
RICHMOND, IN 47374-5158

ROY BALLINGER
4404 DOUGLAS ST
LANGLEY, WA 98260-9559

ROY H HAMILTON
7367 YORKSHIRE DR
DAYTON, OH 45414-2134

ROY MCINTIRE
3321 W BIRKSHIRE DR
PEORIA, IL 61614-2306

ROY PANTER
151 SE AIRPARK DR
BEND, OR 97702-2491

ROY QUILLIN MINTON
1100 GUADALUPE ST
AUSTIN, TX 78701-2116

ROY R HOLLAND
18216 HINTON ST
RIVERVIEW, MI 48193-7466

ROY S FASNACHT JR
860 GREENVILLE RD # G
DENVER, PA 17517-9402

ROY SAATZER
PO BOX 604
VILLAGE MILLS, TX 77663-0604

ROY T THORSEN
1250 LA PERESA DR
THOUSAND OAKS, CA 91362-2229

ROY VANCE
14256 88TH PL N
MAPLE GROVE, MN 55369-9328

ROY W HOLLAND
1229 HIGH ST
LEAVENWORTH, KS 66048-2325

ROYAL GAUTIER
PO BOX 862
COLUMBUS, NE 68602-0862

ROYCE E SMITH
325 W WOOD ST
VERSAILLES, OH 45380-1233

ROYCE MCWHARTER
1188 LAURELWOOD RD
POTTSTOWN, PA 19465-7422

ROYCE WHITWORTH
14211 E EVANS AVE APT 374
AURORA, CO 80014-1458

ROYETTE QUALLEY
1932 MAIN AVE
INTERNATIONAL, MN 56649-3326

ROZANNE LANDERS-STEINHOFF
3492 FISHINGER MILL DR
HILLIARD, OH 43026-9307

ROZELLA BROWN
68790 RISUENO RD
CATHEDRAL CIT, CA 92234-8807

RUBY BENTHIN
7969 TIMBER HORN CT
LAS VEGAS, NV 89147-4287

RUBY DODGE
4669 MARINA DR
MUNHALL, PA 15120-2981

RUBY JEAN ANDERSON
3228 LAKESHORE DR
OLD HICKORY, TN 37138-2213

RUBY JO WILLIAMS
2015 E ALMA AVE
SHERMAN, TX 75090-4006

RUBY JO WOOD
8566 LARKHALL CIR UNIT 807A
HUNTINGTON BE, CA 92646-5663

RUBY KNIGHT-JARRETT
541 S RADIO DR
SAN DIEGO, CA 92114-6570

RUBY L BANKS
6308 WILEYVALE RD
HOUSTON, TX 77028-4144

RUBY L WILLIAMS
3028 ALABAMA AVE SE
WASHINGTON, DC 20020-3008

RUBY MCGUIRE
616 BROAD WAY
ROARING SPRIN, TX 79256-2203

RUBY MIDDLETON
890 FREDRICK DR
EL DORADO, KS 67042-2236

RUBY ROMINE
801 SWEENY AVE
BURLINGTON, IA 52601-6353

RUBY SHAW
1009 GLENDA ST
TERRELL, TX 75160-5013

RUBY WASH
135 INNSBRUCK DR
COLUMBIA, SC 29212-8501

RUDY ELWELL
1005 W MARTINTOWN RD
NORTH AUGUSTA, SC 29841-2045

RUSSELL C BLACKBURN
9444 E COCHISE PL
SUN LAKES, AZ 85248-7009

RUBY WILSON
PO BOX 805
HARLEM, GA 30814-0805

RUFUS TOMCZAK
12720 WILDWOOD DR
KABETOGAMA, MN 56669-8077

RUSSELL C HUGHES III
132 SNAVELY MILL RD
LITITZ, PA 17543-8911

RUBYE BOOZER
PO BOX 1085
ALACHUA, FL 32616-1085

RUPERT LESLIE LEARY
303 RIPPLEVIEW DR
CLEMSON, SC 29631-1628

RUSSELL COX
3737 N COUNTY ROAD 500 W
GREENCASTLE, IN 46135-8822

RUDOLF HABBEN
3732 N MONROE AVE
PEORIA HEIGHT, IL 61616-7632

RUSS BODE
1408 240TH ST
ALGONA, IA 50511-7094

RUSSELL D KARICH
5725 N NEWCASTLE AVE
CHICAGO, IL 60631-3147

RUDOLF TRUSHEIM
200 SW BROOKSIDE DR APT 110
GRIMES, IA 50111-2320

RUSS BRANSON
13880 HIGHWAY 66
ASHLAND, OR 97520-9430

RUSSELL E ADAMSON JR
439 PYTHIAN RD
SANTA ROSA, CA 95409-6324

RUDOLPH FRAZIER
4519 N OLIVE ST
NORTH LITTLE, AR 72116-7261

RUSS HOBURG
78281 BOVEE CIR
PALM DESERT, CA 92211-2333

RUSSELL E HURDLE SR
4513 WESTBOROUGH DR
CHESAPEAKE, VA 23321-2819

RUDOLPH H RISTOW JR
687 CONGRESS PL
NEENAH, WI 54956-2943

RUSS HUYSER
9305 CASCADE RD SE
ADA, MI 49301-9337

RUSSELL E RODERICK
3110 DOWNEY BRANCH LN
LYNN HAVEN, FL 32444-5637

RUDOLPH M KEENEY CPA
1010 E 2ND ST
DUMAS, TX 79029-4102

RUSS RILEY
4506 LEE ANN CIR
LIVERMORE, CA 94550-7292

RUSSELL E SMITH
3711 BARTLETT CT
LOUISVILLE, KY 40218-2772

RUDOLPH ODELL HUNT
PO BOX 5051
PORTSMOUTH, VA 23703-1051

RUSSEL CALAWAY
3925 N RIDGE RD E LOT 96
ASHTABULA, OH 44004-4346

RUSSELL E WILLIAMS
385 HIGH FIELDS DR
MOUNT ULLA, NC 28125-7822

RUSSELL GIBSON
431 CATALPA DR
GRANTS PASS, OR 97526-8233

RUSSELL N BROCKMAN
1600 HOLSAPPLE RD
RICHMOND, IN 47374-1346

RUTH A COSSABOON
311 SHILOH RD
BRIDGETON, NJ 08302-5750

RUSSELL GLAPION
147 JULIUSTOWN RD
BROWNS MILLS, NJ 08015-3134

RUSSELL RUHL
2038 TRES PICOS DR
YUBA CITY, CA 95993-6108

RUTH A MOSS
7745 N 37TH ST
OMAHA, NE 68112-2007

RUSSELL HOSSBACH
113 S REED ST
JOLIET, IL 60436-1450

RUSSELL TIMS
PO BOX 23291
SANTA FE, NM 87502-3291

RUTH A PARNES
1927 JUNIPER LN
BENSALEM, PA 19020-4436

RUSSELL J KEICHEL
1067 STEVENS BLVD
EASTLAKE, OH 44095-2652

RUSSELL TINSLEY
518 CHRISTOPHER WAY
WINDSOR, CA 95492-7937

RUTH ALLEN
3887 GRAPE AVE
AUGUSTA, GA 30909-9574

RUSSELL J TRETT
234 EDGEWOOD DR
HIGHLAND VILL, TX 75077-6904

RUSSELL TRAWITZ
10010 ANTLER STA
SAN ANTONIO, TX 78251-4340

RUTH AMEN
18101 CATHERINE CIR
VILLA PARK, CA 92861-6415

RUSSELL KINKLE
1205 E MARKET ST
LIMA, OH 45804-2835

RUSSELL W BECKER
8222 HARRIS RD
MILLINGTON, MI 48746-9238

RUTH ANDERSEN
7128 WINDMILL DR
WINNECONNE, WI 54986-9804

RUSSELL M [SONNY] WOLFE
PO BOX 50888
COLORADO SPRI, CO 80949-0888

RUSSELL W LIGHT
12813 7TH ST SPC 24
YUCAIPA, CA 92399-2203

RUTH ANDRES
7721 IDLEWOOD LN
DALLAS, TX 75230-3201

RUSSELL MALCOLM
8000 W ALEXANDRIA RD
MIDDLETOWN, OH 45042-9290

RUSTY TERRY
3901 WHITLAND AVE APT 3
NASHVILLE, TN 37205-1939

RUTH ANN BROWER
231 OLD TUCKERTON RD
CHATSWORTH, NJ 08019-2231

RUSSELL MARCHAL
11066 ELIJAH YORK RD
VERSAILLES, OH 45380-9543

RUTH [RUTHIE] OLSON
9011 ROTT RD
SAINT LOUIS, MO 63127-1205

RUTH ANN CHRISTOPHERSEN
503 MARSH RD
WILMINGTON, DE 19809-2120

RUTH ANN EVANS-BIERNOT
4109 MIDDLEGATE DR
KISSIMMEE, FL 34746-6419

RUTH ANN RAYMOND
206 W DUPONT ST
RIDLEY PARK, PA 19078-2904

RUTH BURCHARD
PO BOX 155
TOWANDA, KS 67144-0155

RUTH ANN FAHRNI
725 BOWES RD APT L4
LOWELL, MI 49331-1674

RUTH ANN REMETTA
1240 VICKSBURG SOUTH DR
GREENWOOD, IN 46143-7322

RUTH BURTON
4350 BEEKMAN PL
SARASOTA, FL 34235-2286

RUTH ANN GREATHOUSE
1017 PINE HILL RD
LITITZ, PA 17543-8996

RUTH ANNE HEIGLE
1819 WALNUT RD
HEATH, OH 43056-1749

RUTH BUZZARD
705 BUZZARD LN
DAWSON SPRING, KY 42408-1863

RUTH ANN HOARD
6551 MELDRUM RD
IRA, MI 48023-2020

RUTH BETTINGER
604 KINGSTON CT
APOLLO BEACH, FL 33572-2427

RUTH BYDASH
1393 LINDEN CREEK DR
MILFORD, OH 45150-2474

RUTH ANN HURSH
1001 E OREGON RD APT 1512
LITITZ, PA 17543-9205

RUTH BISHOP
PO BOX 105
PITTSBORO, IN 46167-0105

RUTH CAHN
8740 WESLEY RD
BLOOMFIELD, NY 14469-9559

RUTH ANN KNOLLMAN
3501 SUNNYSIDE AVE
CLOVIS, CA 93611-5842

RUTH BIVINS
330 NORWOOD ST
ROCKFORD, MI 49341-1028

RUTH CARR
PO BOX 686
PRESTON, MD 21655-0686

RUTH ANN LABORDE
103 SUNSET DR
GUN BARREL CI, TX 75156-3623

RUTH BODNAR
2311 DOROTHY ST
WICHITA FALLS, TX 76306-1308

RUTH CERVAY
365 SUNSET DR APT 2006
DOUSMAN, WI 53118-8843

RUTH ANN MCKAY
4200 PONDEROSA RD
BIG SPRING, TX 79720-7148

RUTH BOUCHER
22935 OEHLMANN PARK RD
CONIFER, CO 80433-4502

RUTH CHANDEYSSON
4100 27TH RD N
ARLINGTON, VA 22207-5116

RUTH ANN PETERSON
2833 W 4TH AVE
EL DORADO, KS 67042-3063

RUTH BRAMSON
10533 ASHFIELD ST UNIT A
HIGHLANDS RAN, CO 80126-6713

RUTH CHIAVARI
17432 E GRANDE BLVD
FOUNTAIN HILL, AZ 85268-3229

RUTH CHIVIAN
19511 N 140TH AVE
SUN CITY WEST, AZ 85375-5656

RUTH E RAWLING
816 PINE ST
HASTINGS, MN 55033-2561

RUTH ERNESTINE POOLE
3724 PEARCE ST
JACKSONVILLE, FL 32209-3828

RUTH CLARE FEINSON
1752 HOBART ST NW
WASHINGTON, DC 20009-2908

RUTH E ROSSOW
549 ARBOLEDA DR
LOS ALTOS, CA 94024-4113

RUTH ERNESTINE TUTLER
5620 WESLEYAN DR APT 255
VIRGINIA BEAC, VA 23455-6913

RUTH CONARD
13022 82ND AVE N
MAPLE GROVE, MN 55369-7311

RUTH E SPRINGER
5404 TUNBRIDGE XING
FORT WAYNE, IN 46815-8535

RUTH F NELSON
9153 YARROW ST APT 1315
WESTMINSTER, CO 80021-4536

RUTH CORNETT
14618 HURON ST
TAYLOR, MI 48180-4747

RUTH EDINBERG
341 DEL POND DR
CANTON, MA 02021-2755

RUTH FARR
3171 LAKE RD
CONNEAUT, OH 44030-3215

RUTH CRANDELL
3240 HART RD
JACKSON, MI 49201-8721

RUTH EGLOFF
185 CAVE RUN DR APT 6
ERLANGER, KY 41018-4014

RUTH FAX
148 MILL ST
NEWTON, MA 02459-1022

RUTH DENNIS
3322 CHALFONT DR
HOUSTON, TX 77066-4904

RUTH EISLEY
179 EISLEY RD
MILTON, PA 17847-7533

RUTH FRANK
PO BOX 204
VERDIGRE, NE 68783-0204

RUTH DONAIS
46 WALNUT AVE
NORTH HAMPTON, NH 03862-2011

RUTH ELIZABETH HEATH
60859 LOUISE CT
MONTROSE, CO 81403-9082

RUTH GELHAUS
PO BOX 395
HUBBARD, IA 50122-0395

RUTH E CROSBY
10414 N 100 E
DECATUR, IN 46733-8404

RUTH ELLEN FROHMADER
W9945 30TH ST
CAMP DOUGLAS, WI 54618-9785

RUTH GORDILLO
12700 LAKE AVE APT 706
LAKEWOOD, OH 44107-1501

RUTH E MCKINNIS
603 S 14TH ST
RICHMOND, IN 47374-6416

RUTH ELLEN GORDON
10 COLUMBIA WAY
MONTROSE, CO 81401-4852

RUTH GRANT
121 ROGER DR
SANTA CRUZ, CA 95060-2633

RUTH GUIMOND
6417 193RD AVE NW
PENNOCK, MN 56279-8505

RUTH JACKSON
435 SE 30TH ST
EL DORADO, KS 67042-9051

RUTH LEWIS LAY
3041 WESTWOOD WAY
ALPHARETTA, GA 30004-3875

RUTH HAMILTON
5015 7 LKS W
WEST END, NC 27376-9308

RUTH JANE WILKS
4507 130TH PL NE
MARYSVILLE, WA 98271-8757

RUTH LITTLE
358 GRAND AVE
BROOKLYN, NY 11238-1924

RUTH HAMM
4 SERENO LN
HOT SPRINGS V, AR 71909-7643

RUTH KASLE
229 BRANNAN ST UNIT 3A
SAN FRANCISCO, CA 94107-4044

RUTH LOUISE LAUTH
142 EVARTS ST
NEWPORT, RI 02840-1661

RUTH HARR
306 SCENERIDGE RD
MCKEESPORT, PA 15133-2222

RUTH KEEFE
7010 ROWAN HILL DR APT 203
CINCINNATI, OH 45227-3361

RUTH LUPETTI
3273 S HERMAN ST
MILWAUKEE, WI 53207-2851

RUTH HARRIS
5 GRAYCREST CT
MOUNT SINAI, NY 11766-3408

RUTH KIEM
16810 CHESTERFIELD BLUFFS CI
CHESTERFIELD, MO 63005-1662

RUTH LYNCE
12932 GOLF COURSE RD
CONNEAUT LAKE, PA 16316-4702

RUTH HASENAUER
873 GOLDEN YARROW TRL
BERNALILLO, NM 87004-5785

RUTH KNOKE
86 WHITTINGTON RD
CHARLESTON, WV 25312-5250

RUTH M HODGE
718 LAWRENCE AVE
LEAVENWORTH, KS 66048-2487

RUTH HERBERG
101 SHOREWOOD DR APT 28
INTERNATIONAL, MN 56649-2128

RUTH KOTCHER
376 CENTRAL AVE APT 2K
LAWRENCE, NY 11559-1623

RUTH M MORRIS
6801 NW 33RD ST
GAINESVILLE, FL 32653-1367

RUTH HESS
3859 N NOTTINGHAM AVE
CHICAGO, IL 60634-2233

RUTH L DAVIS
1549 CRYSTAL LAKE DR
PORTSMOUTH, VA 23701-3623

RUTH M WERNER
562 HORSEPOUND RD
CARMEL, NY 10512-4703

RUTH INGRAM
5205 W SUNNYSIDE DR
MEQUON, WI 53092-2036

RUTH LEVINE
5690 FAIRWAY PARK DR APT 104
BOYNTON BEACH, FL 33437-1732

RUTH MANSFIELD
214 ARNOLD DR
MCKEESPORT, PA 15132-7507

RUTH MARIE GARROD
123 E FOXBRIAR FOREST CIR
THE WOODLANDS, TX 77382-5394

RUTH OSBORNE
202 LOMBARDY ST
TRENTON, TN 38382-3108

RUTH SARIS WOLFE
1501 BEACON ST APT 1701
BROOKLINE, MA 02446-4633

RUTH MATHER
5043 AUTUMN GLEN ST
KALAMAZOO, MI 49009-8183

RUTH RABIN
5 MOHICAN LN
IRVINGTON, NY 10533-1021

RUTH SELMER
605 E BRONSON RD APT 214
SEYMOUR, WI 54165-1077

RUTH MCALISTER
3544 CREEK VIEW DR
DALLAS, TX 75233-1708

RUTH REID
7322 SHAFTESBURY AVE
SAINT LOUIS, MO 63130-2208

RUTH SHARRATT
2011 COUNTY ROAD 4
CARLTON, MN 55718-8141

RUTH MCCONNELL
107 DEER RUN CIR
CROSSVILLE, TN 38572-6412

RUTH REISE
843 PICK ST
WHEATON, IL 60187-4429

RUTH SHOCK
6111 CARPENTER RD
YPSILANTI, MI 48197-8843

RUTH MILLHISLER
4854 W LOCKE RD
PERRY, MI 48872-9571

RUTH RONDBERG
930 ASTERN WAY UNIT 306
ANNAPOLIS, MD 21401-7159

RUTH SPATAR
196 RUTH AVE
LOGAN, OH 43138-1852

RUTH MOORE
20902 BLUE TRINITY
SAN ANTONIO, TX 78259-2359

RUTH ROSS
602 SAINT FRANCIS ST
MARKED TREE, AR 72365-2619

RUTH SUMMERLIN
1540 BISHOP RD
SALINE, MI 48176-9455

RUTH MORNINGSTAR
18660 FAIRMOUNT RD
WAPAKONETA, OH 45895-9047

RUTH RUTER
9801 HILLOCK DR
LOUISVILLE, KY 40291-3462

RUTH TOWNSEND
2705 NORTHMONT BLVD
RICHMOND, IN 47374-1123

RUTH MULDER
1 S ROBINHOOD LN
IVANHOE, MN 56142-9717

RUTH SALISBURY
4005 64TH ST
URBANDALE, IA 50322-2703

RUTH TUROCZY
974 GREENFIELD AVE
PITTSBURGH, PA 15217-2666

RUTH NEUMANN
329 S COLONIAL PKWY
SAUKVILLE, WI 53080-2537

RUTH SAPP
1001 CUNNIFF RD
ASHLAND CITY, TN 37015-2701

RUTH U MITCHELL
475 SHAD LN
APEX, NC 27523-5548

RUTH VEASEY
34 EASTLAND TER
HAVERHILL, MA 01830-2842

RUTHANN [RUE] SUHRKE-FLOWERS
1732 HOOD LN
MAPLE GLEN, PA 19002-6103

RYAN SNODDY
1002 DEER RUN DR
KOKOMO, IN 46901-9770

RUTH W FRANCK
85 MURIEL DR
HEATHSVILLE, VA 22473-2144

RUTHANN ELLIS
2210 MILLER ST
LAKEWOOD, CO 80215-1371

RYNELL NOVAK PHD
2500 HINKLE DR APT 27
DENTON, TX 76201-0765

RUTH WELSCH
6108 122ND AVE
FENNVILLE, MI 49408-8413

RUTHANN HARDING
113 WESLYN WAY
NICHOLASVILLE, KY 40356-2936

RYTA FREESE
2175 400TH ST
WESTSIDE, IA 51467-7570

RUTH WHIPPLE
4845 GLEN IVY LN SW APT 207
ROANOKE, VA 24018-6023

RUTHANN VERGARA
214 YOUNG DR
PORTSMOUTH, RI 02871-2123

S ROBERT BEANE
PO BOX 2086
NEW CASTLE, NH 03854-2086

RUTH WHITED
162 COUNTY LINE RD
DERIDDER, LA 70634-6128

RUTHANNE BEYEA
3087 S UNION RD
VINELAND, NJ 08361-7654

S TODD BRUCE
PO BOX 602
PULASKI, VA 24301-0602

RUTH WILLIAMS
1222 E 36TH CT
DES MOINES, IA 50317-6710

RUTHE WRIGHT
3008 LAKEVIEW TER
LEAVENWORTH, KS 66048-4867

SABENA PHILLIPS
1117 FREEHOLD CLOSE
VIRGINIA BEAC, VA 23455-6706

RUTH WILLS
PO BOX 43
WEBSTER, IN 47392-0043

RUTHIE ANDREWS-BUCKNER
3615 ONEIL BLVD
MCKEESPORT, PA 15132-1644

SABRINA A BLACKMON
140 COTTSFORD DR SW
ATLANTA, GA 30331-8376

RUTH WINTNER
3514 RIDGEWOOD DR
PITTSBURGH, PA 15235-5230

RUTHIE FOUNTAINE
W5036 BLACKHAWK RD
WILD ROSE, WI 54984-6446

SABRINA Y'VES LEWIS
PO BOX 4074
HOUSTON, TX 77210-4074

RUTH WOOD
509 E 17TH LN
PORTALES, NM 88130-9290

RYAN J HARRINGTON
5109 N SANTA MONICA BLVD
WHITEFISH BAY, WI 53217-5537

SACHIKO SUZUKI
569 HYANNIS DR
SUNNYVALE, CA 94087-1316

SAINT BERNARD SCHOOL
SAINT BERNARD SCHOOL
1593 NORWICH - NEW LONDON T
UNCASVILLE, CT 06382-1399

SAINT BERNARD SCHOOL
c/o BETTY BAILLARGEON
1593 NORWICH - NEW LONDON T
UNCASVILLE, CT 06382-1399

SALINDA LEE NICHOLSON
30 SHEOAH BLVD APT 20
WINTER SPRING, FL 32708-2476

SALINE HIGH SCHOOL
SALINE HIGH SCHOOL ALUMNI AS
1300 CAMPUS PARKWAY
SALINE, MI 48176

SALINE HIGH SCHOOL
c/o IRENE JEDELE
1300 CAMPUS PARKWAY
SALINE, MI 48176

SALLEY B MAYS
10 DOGWOOD DR
RICHMOND, IN 47374-2885

SALLIE GRUSZKA
1683 W SUNRIDGE DR
TUCSON, AZ 85704-8364

SALLIE HURST
1420 FREEPORT LOOP APT 9C
BROOKLYN, NY 11239-2307

SALLIE MASON
312 NE 136TH ST
VANCOUVER, WA 98685-2822

SALLY A MEYER
2835 S WAGNER RD UNIT 213
ANN ARBOR, MI 48103-9760

SALLY A. STIEBER
744 E LINCOLN HWY APT 303
COATESVILLE, PA 19320-3590

SALLY ADAMISIN
20620 EMMETT ST
TAYLOR, MI 48180-4309

SALLY ALLEN
413 20TH AVE W
PALMETTO, FL 34221-4221

SALLY AMON
3 DUMBARTON DR
SAINT LOUIS, MO 63132-4409

SALLY AMUNDSON
3512 SE 19TH ST
DES MOINES, IA 50320-1978

SALLY ANN VEJNOSKA
9 BATES WAY
WESTFIELD, NJ 07090-3411

SALLY BAKER
2440 WILLAKENZIE RD APT 235
EUGENE, OR 97401-4899

SALLY BOGAERT
PO BOX 66
LINCOLN, MT 59639-0066

SALLY CASEY
8520 NORTHRIDGE DR
OMAHA, NE 68112-1735

SALLY CHOONG
PO BOX 369
BORING, OR 97009-0369

SALLY CHOWAN
1409 13TH ST
INTERNATIONAL, MN 56649-2855

SALLY CONLEY
568 WOODLAKE DR
WESTERVILLE, OH 43081-3078

SALLY DAUGHTON
120 PHARIS ST
SYRACUSE, NY 13204-1722

SALLY DESORMEAUX
6320 GENE BALL DR
ALEXANDRIA, LA 71302-8604

SALLY DYK
4638 30TH ST NW
WASHINGTON, DC 20008-2127

SALLY E WARFIELD
4605 S PRIEST DR LOT 233
TEMPE, AZ 85282-6532

SALLY ENCK
36 IRONWEED DR
PUEBLO, CO 81001-1031

SALLY FINK
3841 LIGHTHOUSE DR
PALM BEACH GA, FL 33410-5627

SALLY J MCKEE
338 KING RD
DUNLAP, TN 37327-3835

SALLY M COOPER
1112 SYCAMORE ST
HADDON HEIGHT, NJ 08035-1616

SALLY FOSTER
1796 FLATLICK RD
MOUNT WASHING, KY 40047-6034

SALLY JEAN ALEXANDER
45 E RODELL PL
ARCADIA, CA 91006-5148

SALLY M ROBERTS
49 BRIAR HOLLOW LN UNIT 1002
HOUSTON, TX 77027-9351

SALLY GEHRING
1688 NE CRESTRIDGE DR
BEND, OR 97701-3910

SALLY KNECHT
8012 W ELM DR
NORRIDGE, IL 60706-4443

SALLY MARIE HAASE
N1640 835TH ST
HAGER CITY, WI 54014-8170

SALLY GENTSCH
802 CROSSBOW DR
WOODWAY, TX 76712-3404

SALLY KOSCO
PO BOX 7
JONES MILLS, PA 15646-0007

SALLY MARIE MARKEY
37 OVERLOOK DR
SPRINGFIELD, MA 01118-1120

SALLY GRANBERRY
1329 SANDERS ST
AUBURN, AL 36830-2641

SALLY L HANSON
1622 NORTHRIDGE LN
NORTH MANKATO, MN 56003-1631

SALLY MARKEN
915 GLENDALE RD
GLENVIEW, IL 60025-4007

SALLY GRANT
1549 E POETS RST
LAYTON, UT 84040-4522

SALLY L HEAL
4706 N MEADOW RIDGE CIR
MC KINNEY, TX 75070-5202

SALLY MCKNIGHT
1134 CIRCLE BEND DR
MISSOURI CITY, TX 77489-1510

SALLY HARGIS
720 NE GREEN ST
TOPEKA, KS 66616-1309

SALLY L HUTTON
304 SW 4TH ST
RICHMOND, IN 47374-5349

SALLY MEHRETEAB
410 FREEDOM BLVD
COATESVILLE, PA 19320-1559

SALLY HAUPT
1624 S RODDIS AVE APT 303
MARSHFIELD, WI 54449-4977

SALLY LICHTENWALTER
3 GINGERWILDE PL
THE WOODLANDS, TX 77381-5129

SALLY O'SHEA
70 VALLEYBROOK DR
LANCASTER, PA 17601-4617

SALLY HAYWARD
3950 RANCHO RD
LAFAYETTE, CA 94549-2822

SALLY LOU ALBRECHT
100 SIEGTOWN RD
CAPE MAY COUR, NJ 08210-1441

SALLY PARR
737 BLANCA
NORTH PORT, FL 34287-2597

SALLY SAYLES
6517 W JONES RD
PEORIA, IL 61604-4325

SALLY TREVARTHEN
1241 WILLOWGATE LN
SAINT CHARLES, IL 60174-4181

SAM GIAMMO
9648 REDMONT RD NE
ALBUQUERQUE, NM 87109-6814

SALLY SCHOENECKER
428 DICKSON ST
SAINT LOUIS, MO 63122-4634

SALLY VOLLMER
527 WATERFOWL WAY
CADIZ, KY 42211-8288

SAM GRAVES
5961 LAKE AVE
GREENVILLE, OH 45331-8616

SALLY SHEPHERD
130 SPRUCE ST APT 101
WYANDOTTE, MI 48192-4045

SALLY WRIGHT
3648 SW BELLE AVE
TOPEKA, KS 66614-4542

SAM LOVE JR
802 MARTIN LUTHER KING JR BL
QUINCY, FL 32351-3710

SALLY SHRAWDER
153 OLD ORCHARD RD
MILTON, PA 17847-7659

SALLY YARBROUGH
PO BOX 28
SELMA, OR 97538-0028

SAM PALMER
83 BRATTLE ST
ARLINGTON, MA 02474-2824

SALLY SIMMS
853 CALLE CORTITA
SANTA BARBARA, CA 93109-1203

SALVADOR M BROCATO
4600 CHURCH ST
METAIRIE, LA 70001-3359

SAM POLK
6302 N FIELDTREE CT
PEORIA, IL 61615-2250

SALLY STRAND
3879 TIMBER RIDGE CT
PALM HARBOR, FL 34685-3126

Salvatore Pellicane
610 Fieldcrest Drive
Whitesburg, GA 30185

SAM RUTIGLIANO
9671 METCALF RD
WAITE HILL, OH 44094-9744

SALLY SUE SEABOLD
10010 DAMASCUS HILL CT
DAMASCUS, MD 20872-2818

SAM A GOODMAN JR
275 HONEYSUCKLE LN
HUNTINGDON, TN 38344-1813

SAM SHULL
1113 WHISPERING OAK DR
MIDLAND, MI 48642-3084

SALLY TEN HAGEN
C/O MARK TEN HAGEN
MIDLOTHIAN, TX 76065-6603

SAM EVANOFF
136 ANTHURIUM ST
SOLDOTNA, AK 99669-7730

SAM STANG
512 SCHLUERSBURG RD
AUGUSTA, MO 63332-1430

SALLY TOWER
739 RODGERS CIR
PLATTEVILLE, CO 80651-7942

SAM GENTILE
1703 RITCHIE RD
STOW, OH 44224-1856

SAM STORY
4072 COWELL RD
CONCORD, CA 94518-1742

SAM STRAFACE
340 CALLOWAY CT
ROYERSFORD, PA 19468-1053

SAM W CULLISON MD
8319 MIDWAY RD
DALLAS, TX 75209-2833

SAM W ROGERS DDS
14327 CINDYWOOD DR
HOUSTON, TX 77079-6614

Sam's Club
PO Box 965005
Orlando, FL 32896-5005

SAMANTHA S MEEDS
517 E DOUGLAS AVE APT 211
WICHITA, KS 67202-3524

SAMMIE TOLLETTE
2715 S CHESTER ST
LITTLE ROCK, AR 72206-6546

SAMMY FLAKE
826 A1A BEACH BLVD UNIT 46
SAINT AUGUSTI, FL 32080-6963

SAMMY G BOLDEN
1107 HOLLYWOOD BLVD
IOWA CITY, IA 52240-7047

SAMMY OWEN
1001 S 5TH ST
LAMESA, TX 79331-6807

SAMMYE J CALDWELL
13344 CASTLETON DR
FARMERS BRANC, TX 75234-5115

SAMRA CARPINO
13 TENBY LN
MARLTON, NJ 08053-5300

SAMUEL A [SAM] BARBARA
2524 MICHIGAN AVE
METAIRIE, LA 70003-5424

SAMUEL ALLEN JR
7432 E 24TH CT N
WICHITA, KS 67226-1129

SAMUEL D WALDMAN
64 OAK KNOLL DR
SAN ANSELMO, CA 94960-1117

SAMUEL DAVID HANGER
1544 CENTRAL AVE
OCEAN CITY, NJ 08226-3155

SAMUEL DEAN STEELE JR
2532 ATHENS RD
OLYMPIA FIELD, IL 60461-1908

SAMUEL E NEWEY
720 OAKS FIELD RD
JACKSONVILLE, FL 32211-7317

SAMUEL E TOWNSEND
21 WILKINS STATION RD
MEDFORD, NJ 08055-9635

SAMUEL EBERLY
135 W MOUNT AIRY RD
STEVENS, PA 17578-9763

SAMUEL HOPKINS JR
2913 LANDON DR
COLUMBUS, OH 43209-3257

SAMUEL J MATOES
7560 POST RD
NORTH KINGSTO, RI 02852-3901

SAMUEL J REIGER
290 E 320TH ST
WILLOWICK, OH 44095-3538

SAMUEL JOSEPH LAROSA
102 MCARTHUR DR
MCKEESPORT, PA 15132-7524

SAMUEL K LEBOLD
529 KILLIN CT
REYNOLDSBURG, OH 43068-7100

SAMUEL KLINE
5223 STONE BRIDGE RD
GREENCASTLE, PA 17225-9743

SAMUEL L DOUGLASS
1308 ROLLING MEADOW RD
PITTSBURGH, PA 15241-3434

SAMUEL L GREEN
PO BOX 470
APPALACHIA, VA 24216-0470

SAMUEL R HOOVER
259 MONTGOMERY ST
MONTGOMERY, PA 17752-1205

SANDI BASACA
416 TEAKWOOD DR
GRANTS PASS, OR 97526-9016

SANDRA [SANDY] BOND
8106 SUMMIT RIDGE LN
JACKSONVILLE, FL 32256-7149

SAMUEL R LAMMIE
7915 PARSONS RD
MONTROSE, WV 26283-9710

SANDI DVORAK
11315 W MONTICELLO PL
WESTCHESTER, IL 60154-5932

SANDRA [SANDY] OPPENHEIM
3300 S OCEAN BLVD
PALM BEACH, FL 33480-5637

SAMUEL RAY STOUDEMIRE
1141 SWANNANOA DR
WEST COLUMBIA, SC 29170-3147

SANDI KEY
7255 S DEPEW ST
LITTLETON, CO 80128-7078

SANDRA [SANDY] SIEWERT
48404 BEAVER VALLEY RD
VALLEY SPRING, SD 57068-6701

SAMUEL S TRUST
24503 SAN MATEO AVE
CARMEL, CA 93923-9357

SANDI KRAFT
5061 10TH AVE S
FARGO, ND 58103-7236

SANDRA [SANDY] WALSH
315 OVINGTON AVE APT 1N
BROOKLYN, NY 11209-1470

SAMUEL T CARSON
PO BOX 190
HONEY BROOK, PA 19344-0190

SANDI SMITH
120 PINEHURST DR
WEST DES MOIN, IA 50265-5122

SANDRA A BRANDT
181 RAINTREE CT
LANGHORNE, PA 19047-1012

SAMUEL W MENEFEE III
133 RIVEREDGE DR
LEOLA, PA 17540-9746

SANDRA [SAM] CRAWFORD
501 FAIRVIEW RD
MEDFORD, NJ 08055-9154

SANDRA A KATZ
3166 ALTA VIS UNIT A
LAGUNA WOODS, CA 92637-8858

SAMUEL WALKAMA
18 KING PHILIP ST
WEYMOUTH, MA 02190-1116

SANDRA [SANDY] ABRAMSON
16 W 77TH ST
NEW YORK, NY 10024-5126

SANDRA A MILLER
10410 VAN RUITEN ST
BELLFLOWER, CA 90706-2763

SAMUEL YOUNG
4426 VALLEY RD
SHERMANS DALE, PA 17090-8556

SANDRA [SANDY] ALLEN
198 N WASHINGTON ST
HAGERSTOWN, IN 47346-1241

SANDRA A SILVIA
102 PALMER ST
FALL RIVER, MA 02724-3236

SANDER SHAPIRO
3421 MONTE VISTA DR
AUSTIN, TX 78731-5722

SANDRA [SANDY] BIRKELAND
4602 KINGSTON ST
DEARBORN HEIG, MI 48125-3242

SANDRA ADAMS
601 N 18TH ST
LAMESA, TX 79331-2505

SANDRA ALLEN
464 3RD BEACH RD
MIDDLETOWN, RI 02842-5739

SANDRA AMBROSE
23 BERNWOOD DR
MCKEAN, PA 16426-1345

SANDRA ANDERSON
6634 E ELLIS ST
MESA, AZ 85205-6023

SANDRA ANSUINI
29 KENNEDY BLVD
LINCOLN, RI 02865-3617

SANDRA APRUZZESE
671 HEXHAM CT
SUWANEE, GA 30024-7576

SANDRA ATCHLEY
61 HARRISON ST
WILSON, AR 72395-1329

SANDRA BAILEY
2213 92ND ST
LUBBOCK, TX 79423-4331

SANDRA BAKER
5 HONEYSUCKLE LN
MILTON, PA 17847-9537

SANDRA BATTAGLIA
349 LEEDALE ST
ALBANY, NY 12209-2125

SANDRA BECKER
3953 WINDFLOWER LN
FORT WORTH, TX 76137-1624

SANDRA BOUTELLE
3126 E COURT ST
IOWA CITY, IA 52245-3900

SANDRA BREEDEN
209 PITTS AVE
OLD HICKORY, TN 37138-2607

SANDRA BRINLEY
5009 SNEAD RD
RICHMOND, VA 23224-6028

SANDRA BROCK
11763 LASSITER DR
CINCINNATI, OH 45240-2003

SANDRA BURKE
4128 GRANBY RD
WOODBRIDGE, VA 22193-2510

SANDRA BUTLER
106 OAKLAND FARM RD
PORTSMOUTH, RI 02871-2154

SANDRA BUTTON
4474 LIGHTHOUSE LN
NAPLES, FL 34112-6426

SANDRA C GOBITAS
PO BOX 55
HOPKINTON, RI 02833-0055

SANDRA CASTLEMAN
4507 PORTICO CT
LOUISVILLE, KY 40299-6219

SANDRA COBB
587 SUNSET LN
POINT PLEASAN, WV 25550-9672

SANDRA COLLINS
2912 N KILBOURN AVE
CHICAGO, IL 60641-5360

SANDRA COLSTROM
1324 N 110TH PLZ APT 1416
OMAHA, NE 68154-4508

SANDRA COTTA
895 MIDDLE RD
PORTSMOUTH, RI 02871-2232

SANDRA CRAGLE
1009 PINE ST
BERWICK, PA 18603-2122

SANDRA D TAYLOR
601 OLD HERALD HARBOR RD
CROWNSVILLE, MD 21032-1401

SANDRA DIPKO
2290 ALEMANY BLVD
SAN FRANCISCO, CA 94112-3351

SANDRA DRESSER
2598 310TH ST
KEOKUK, IA 52632-9814

SANDRA DUNCAN
126 ABBOTTSFORD
NASHVILLE, TN 37215-2441

SANDRA FISCHMAN
6380 MORROWFIELD AVE
PITTSBURGH, PA 15217-2505

SANDRA GIBSON
304 ROSEMONT DR
TRENTON, TN 38382-3116

SANDRA E EAST
291 N BAXTER ST
SUTTON, WV 26601-1138

SANDRA FISHER
2108 PORTSIDE PSGE
PALM HARBOR, FL 34685-1521

SANDRA GILBERT
2135 HONEYSUCKLE DR APT 2
TRAVERSE CITY, MI 49685-7065

SANDRA E GRADY
68 FARMINGTON AVE
NEW LONDON, CT 06320-3206

SANDRA FORSTNER
9740 STATE HIGHWAY 54 E
WISCONSIN RAP, WI 54494-8708

SANDRA GLYMPH
135 FOLK ST
POMARIA, SC 29126-9503

SANDRA E JOHNSON
PO BOX 92
LEEDS, ND 58346-0092

SANDRA FOSTER
602 LONGCASTLE DR
GREENCASTLE, IN 46135-9403

SANDRA GOLDSMITH
210 N 2ND AVE
HIGHLAND PARK, NJ 08904-2423

SANDRA ENSOR
4628 N COUNTY ROAD 325 W
GREENCASTLE, IN 46135-8413

SANDRA FREY-LATTA
5480 MILO DR
JACKSON, MI 49201-9224

SANDRA H HART
9215 MUELLER ST
TAYLOR, MI 48180-3512

SANDRA ESHLEMAN
44 CRESTMONT CT
LITITZ, PA 17543-8304

SANDRA G BUTLER
4418 HAMMERSLEY RD
MADISON, WI 53711-2826

SANDRA HALTOM
708 CASTLETON DR
GREENCASTLE, IN 46135-1104

SANDRA FARRANCE
702 OAK ST
DELAVAN, IL 61734-9242

SANDRA G MARSH
5513 WOODLAND HILLS DR
DENTON, TX 76208-3615

SANDRA HALVERSON
PO BOX 2664
SIOUX CITY, IA 51106-0664

SANDRA FAY HOWE
3814 CODY RD
SHERMAN OAKS, CA 91403-5019

SANDRA G MCMILLAN
696 SHIPWATCH DR E
JACKSONVILLE, FL 32225-5406

SANDRA HAMMES
920 S 55TH ST
OMAHA, NE 68106-1704

SANDRA FINCHUM
6101 EDSALL RD APT 808
ALEXANDRIA, VA 22304-6005

SANDRA GARRIOTT-STEJSKAL
520 SLATE AVE NW
ALBUQUERQUE, NM 87102-2157

SANDRA HARTZ
3895 HIGHWAY 423
MC KENZIE, TN 38201-8492

SANDRA HECK
8512 POPP RD
FORT WAYNE, IN 46845-9200

SANDRA J JOHNSON
3017 SUNGOLD DR
LAS VEGAS, NV 89134-8634

SANDRA JEAN JACOBS
1021 BLAIR ST
PORTSMOUTH, VA 23704-2209

SANDRA HERDLISKA
4787 CANYON HILLS DR
SUISUN CITY, CA 94534-3972

SANDRA J LINDSTEDT
144 CYNTHIA DR
HACKETTSTOWN, NJ 07840-3741

SANDRA JOCHMANN
W4807 COUNTY ROAD PP
PLYMOUTH, WI 53073-4228

SANDRA HERTE
1020 W WILLOW DR
OAK CREEK, WI 53154-2839

SANDRA J NYILAS
290 BRIDLE PATH RD
NORTH AUGUSTA, SC 29860-7411

SANDRA JOHNSON
2921 BRYN MAWR DR
IRVING, TX 75062-8901

SANDRA HILL RN
2021 S WHITTIER AVE
SPRINGFIELD, IL 62704-4647

SANDRA J VAN HORN
741 W KENILWORTH AVE
PALATINE, IL 60067-6033

SANDRA JUNE PULLIAM
80 COUNCIL TRL
WARRENSBURG, MO 64093-2909

SANDRA HOFFMAN
586 LIMESTONE RD
MILTON, PA 17847-8972

SANDRA J WARD
25512 WEXFORD AVE
WARREN, MI 48091-6010

SANDRA K BOLT
3338 CEDAR CREEK DR
SALINA, KS 67401-2850

SANDRA HOLDER
1422 WOODBRIDGE RD APT 1H
JOLIET, IL 60436-1356

SANDRA JACKSON
4615 N NEWLAND AVE
HARWOOD HEIGH, IL 60706-4844

SANDRA K BULDUC
8103 SARPY AVE
BELLEVUE, NE 68147-1980

SANDRA HYDUK
203 LOCH LOMOND ST
SUMMERVILLE, SC 29483-5213

SANDRA JACOB
340 HOLIDAY PARK DR
PITTSBURGH, PA 15239-2363

SANDRA K HEISTER
6900 ULMERTON RD
LARGO, FL 33771-4948

SANDRA J BAATZ
4441 COUNTY ROAD 58
AUBURN, IN 46706-9727

SANDRA JACOBS-GRIVNA
PO BOX 368
DEERWOOD, MN 56444-0368

SANDRA K MARTIN
218 N 9TH ST
MISSOURI VALL, IA 51555-1834

SANDRA J FILES
729 BAY RIDGE DR
IOWA CITY, IA 52246-5897

SANDRA JEAN BROWN
127 MARLOU PKWY
DES MOINES, IA 50320-6933

SANDRA K MCINTOSH
14174 CUDDY LOOP APT 101
WOODBRIDGE, VA 22193-5997

SANDRA KANT
103 OAK ST
MANITOWISH WA, WI 54545-9304

SANDRA KAY HOFFMAN
1201 COUNTY ROAD 1900 E
ROANOKE, IL 61561-7712

SANDRA KEGLER
14736 INKSTER RD
REDFORD, MI 48239-3015

SANDRA KENNEDY
10331 MERCER AUGLAIZE COUNTY
MENDON, OH 45862-9728

SANDRA KENT-WALSH
547 NARRAGANSET LN # B
STRATFORD, CT 06614-8318

SANDRA KILLINGBECK
520 N KINGS HWY
LUTHER, MI 49656-9636

SANDRA KIRK
2985 JONES TRL
MURRELLS INLE, SC 29576-8208

SANDRA KYTE
18655 HILLTOP LN
RIVERVIEW, MI 48193-8077

SANDRA L [SANDY] KUDELKO
14018 W TERRITORIAL LN
SUN CITY WEST, AZ 85375-2261

SANDRA L [SANDYLEE] BURNS
42241 HIGHWAY 62
PROSPECT, OR 97536-9707

SANDRA L BERRY
14687 HIDEAWAY LAKE LN
DELRAY BEACH, FL 33484-8552

SANDRA L CRAIG
3132 WILLOW SPRINGS DR
COLUMBUS, OH 43219-3065

SANDRA L DUPERRON
9503 SALINA RD
POSEN, MI 49776-9213

SANDRA L MACELLARI
52 SIMONTOWN RD
PEMBERTON, NJ 08068-1770

SANDRA L SCHMIDT
8 SOMMERS LN
BROWNS MILLS, NJ 08015-6503

SANDRA LANE
121 HILLTOP DR
CHESTERTOWN, MD 21620-2046

SANDRA LATHAN
201 SAWGRASS LN
PORTSMOUTH, VA 23703-2285

SANDRA LAUSCH
139 E MAIN ST # 2
EPHRATA, PA 17522-2720

SANDRA LEE JACKSON
356 N CEDAR ST
NEWARK, OH 43055-6859

SANDRA LEE MIZICKO
2613 E WASHINGTON ST
JOLIET, IL 60433-1602

SANDRA LEE MOOTRY
214 S RIFE ST
DILLON, MT 59725-2466

SANDRA LEWANDOWSKI
4 SPORTSMAN CT
ROTONDA WEST, FL 33947-1908

SANDRA LONGO
34 WHIRLAWAY DR
TINTON FALLS, NJ 07724-2862

SANDRA M [SANDY] BRACE
1925 WALNUT BLVD
ASHTABULA, OH 44004-2820

SANDRA MAHER
411 N OLIPHANT ST
WEST BRANCH, IA 52358-9789

SANDRA MARIE WHITE
3843 PEACH ORCHARD CIR
PORTSMOUTH, VA 23703-2510

SANDRA MILAM
1494 MILAM RD
TYRONZA, AR 72386-9463

SANDRA MINDL
1310 11TH ST
INTERNATIONAL, MN 56649-2852

SANDRA MITCHELL
2571 GUTHRIE AVE
DES MOINES, IA 50317-3096

SANDRA MITTS
1163 MICHIGAN AVE
COOS BAY, OR 97420-3166

SANDRA MULLIKIN
122 KAY AVE
SHEBOYGAN FAL, WI 53085-1714

SANDRA NELSON-MAURER
1710 W 15TH ST
ASHTABULA, OH 44004-3013

SANDRA OLIVARES
42524 BISCAY ST
LANCASTER, CA 93536-4572

SANDRA P DUTTON
1154 DUTTON HOLLOW RD
RURAL RETREAT, VA 24368-2775

SANDRA PARKER
2386 GRAHAM RD
STOW, OH 44224-3555

SANDRA PAXSON
4713 BOMARC CIR
DEL CITY, OK 73115-4357

SANDRA PERKINS
7458 GREENHAVEN DR APT 233
SACRAMENTO, CA 95831-5125

SANDRA POPE
2968 N ALGER AVE
WHITE CLOUD, MI 49349-9440

SANDRA POWELL
4176 LEE DR
JASPER, IN 47546-2785

SANDRA R DEMPSEY
1380 WATERFORD DR
MINNEAPOLIS, MN 55422-4276

SANDRA RAGAN
1630 KENSINGTON AVE
WESTCHESTER, IL 60154-4211

SANDRA RASKIN
12400 MATISSE LN
DALLAS, TX 75230-1756

SANDRA RAY
207 ELLIS DR
PARIS, TN 38242-5624

SANDRA RODRIGUES
130 SPICE BUSH TRL
NARRAGANSETT, RI 02882-2428

SANDRA S [SANDY] AICHINGER
6181 S BRADSHAW WAY
CHANDLER, AZ 85249-3919

SANDRA S ENSMINGER
1701 FORT WORTH HWY
WEATHERFORD, TX 76086-3603

SANDRA S MULLINS
132 PEBBLE BROOK DR
MURFREESBORO, TN 37127-7216

SANDRA S OEHLER
13612 FACKLER RD
MONROEVILLE, IN 46773-9540

SANDRA SAARI
4301 N BEND RD
ASHTABULA, OH 44004-9797

SANDRA SANDERS
704 N CHESTNUT CT
HERMITAGE, TN 37076-1350

SANDRA SCHMEISSER
1313 BROPHY AVE
PARK RIDGE, IL 60068-5227

SANDRA SCHMITZ
315 REBECCA RD
JOLIET, IL 60435-4975

SANDRA SMITH
5490 VZ COUNTY ROAD 4106
CANTON, TX 75103-5640

SANDRA SMITTKAMP
140 SHERIDAN AVE
XENIA, OH 45385-2248

SANDRA STENEN
1415 VICTORIA ST APT 1406
HONOLULU, HI 96822-3663

SANDRA SULLIVAN
5232 NW 52ND ST
TOPEKA, KS 66618-3245

SANDRA TAYLOR
965 G ST
HAMILTON, GA 31811-5709

SANDRA TAYLOR
8109 STUB HWY
EATON RAPIDS, MI 48827-9319

SANDRA TIEMAN
63 YARMOUTH ST
LONGMEADOW, MA 01106-3224

SANDRA TURNER
613 E MILLER AVE
DES MOINES, IA 50315-2950

SANDRA TURNER
PO BOX 128
GATES MILLS, OH 44040-0128

SANDRA VALEK
12226 SAINT ANDREWS WAY
FENTON, MI 48430-8890

SANDRA VELKOFF
890 IDYLBERRY RD
SAN RAFAEL, CA 94903-1236

SANDRA WATSON
1006 SILENT HOLW
SAN ANTONIO, TX 78260-6237

SANDRA WATWOOD
209 PIER POINT DR
JACKSONS GAP, AL 36861-2558

SANDRA WEEKES
368 N HOMESTEAD DR
LANDISVILLE, PA 17538-1376

SANDRA WEPRUK
PO BOX 55
FORT FRANCES, ON P9A 3M5

SANDRA WIELAND
347 S PLEASANT VIEW RD APT 2
PLYMOUTH, WI 53073-4991

SANDRA WILLIAMS
3603 HAZELHURST PL
BONITA, CA 91902-2670

SANDRA WILLIAMSON
42158 JOHN MUIR DR
COARSEGOLD, CA 93614-9619

SANDRA WOODARD
668 SHERIDAN ST
LEAVENWORTH, KS 66048-4450

SANDRA YURKO
5429 FORBES AVE
PITTSBURGH, PA 15217-1105

SANDRA ZIMNY
2721 BLUEBERRY LN
WISCONSIN RAP, WI 54494-7775

SANDY AUGUSTINE
8705 BELLMAN LN
EAGLE RIVER, WI 54521-8529

SANDY BOTTOMS-WALLACE
PO BOX 11641
LYNCHBURG, VA 24506-1641

SANDY BROHM
140 DEVEREUX RD
GLENMOORE, PA 19343-1615

SANDY CAIRNS
321 BENNETT ST
MILFORD, MI 48381-2020

SANDY CORYELL
211 N GORDY ST APT 2-04
EL DORADO, KS 67042-1969

SANDY CREMERS
7401 E SPEEDWAY BLVD APT 15
TUCSON, AZ 85710-1579

SANDY DAILY
129 DEN MAR CT
GREENSBURG, PA 15601-6422

SANDY DOCKEN
9607 BRIGGS TRL
NORWALK, IA 50211-9247

SANDY FLETCHER
15979 LIMESTONE SCHOOL RD
LEESBURG, VA 20176-5911

SANDY MERLINI
6 BOX ELDER CT
ENOLA, PA 17025-3418

SANDY SIELER
3919 S 175TH AVE
OMAHA, NE 68130-2220

SANDY GRILLIOT
11454 STATE ROUTE 47
VERSAILLES, OH 45380-9777

SANDY NEIDIGH
3620 ORIOLE DR
COLUMBUS, IN 47203-1303

SANDY SILVER
215 3RD ST SE APT 108
AITKIN, MN 56431-1799

SANDY HOOD
2946 WOODCREST DR
PANAMA CITY, FL 32405-2033

SANDY PLUMMER
1002 11TH ST
INTERNATIONAL, MN 56649-2823

SANDY SPENCE
460 HOLDINESS RD
RAYVILLE, LA 71269-5900

SANDY KREBS
5510 NORTON ST
TORRANCE, CA 90503-1254

SANDY REYNOLDS
11952 HOUGH RD
FOUNTAIN CITY, IN 47341-9761

SANDY WALSH
17 MOUNTAIN VIEW BLVD
SOUTH BURLING, VT 05403-5825

SANDY LAUREN
330 WILDWOOD AVE
PIEDMONT, CA 94611-3849

SANDY RUSSELL
33935 HATHAWAY ST
LIVONIA, MI 48150-2629

SANDY WHERLEY
3865 CHERRY CREEK NORTH DRS
DENVER, CO 80209-3806

SANDY LYONS
546 HORTON HILL RD
NAUGATUCK, CT 06770-4846

SANDY S ALLSHOUSE
2069 ECHO RD
STOW, OH 44224-4615

SANDY WHITE
9324 CUMING PLZ APT 9A
OMAHA, NE 68114-2401

SANDY MALONE
2309 S DAYCOR DV
PEORIA, IL 61607-1511

SANDY SCHER
14450 S SANTA FE AVE
EDMOND, OK 73025-1802

SANFORD ISRAEL
386 ROLLING ROCK RD
SPRINGFIELD, NJ 07081-3705

SANDY MCCAW
301 PLYMOUTH DR
STREAMWOOD, IL 60107-1031

SANDY SHELLY
6870 E 10TH ST
LONG BEACH, CA 90815-4930

SANFORD J [SANDY] KORNBERG
73 WEAVER ST APT 10
GREENWICH, CT 06831-5164

SANDY MCCONNELL
3104 SCENIC CT
DENVILLE, NJ 07834-3482

SANDY SHIELDS
39680 SW OAK LN
WILLAMINA, OR 97396-9607

SANFORD JAFFE
200 GRAND BANKS CT
CHESTERFIELD, MO 63017-9507

SANFORD M LUGGER
23532 E PHILLIPS PL
AURORA, CO 80016-7079

SARA HUMPHREY
1004 HIGH ST
KEOKUK, IA 52632-4728

SARA WHEAT
202 REDBUD TRL
SHADY SHORES, TX 76208-5025

SANTA PASQUINI
19 FOUNTAIN AVE
ALBANY, NY 12203-2613

SARA KNEPPRATH
N2255 COUNTY ROAD CC
WALDO, WI 53093-1755

SARA WILKES
PO BOX 252
TOCCOA, GA 30577-1404

SARA [ELAINE] RICARD
31 FITCH AVE
NEW LONDON, CT 06320-5330

SARA LACEY
3308 CLABERN DR
AMARILLO, TX 79121-1012

SARA-FAY TARLIN
6 PINE HILL BLVD
MASHPEE, MA 02649-2850

SARA ANN [SALLY] DUNCAN
117 WOODGLEN LN
CHAPIN, SC 29036-7513

SARA LATHROP
7 OSPREY LN
MYSTIC, CT 06355-3242

SARAH (SALLY) SCHLOSS
8057 CLUBHOUSE DR
SUFFOLK, VA 23433-1113

SARA BUNDY
1580 S RIVER RD
SAINT GEORGE, UT 84790-7016

SARA LE MAISTRE
6650 SOUTHRIDGE LN
WRIGHTSVILLE, PA 17368-9329

SARAH C MOYER
102 PRESIDENTIAL DR
LIMERICK, PA 19468-3462

SARA COWELL
1609 DEVON WAY
VIRGINIA BEAC, VA 23456-5484

SARA LOU WILLEN
1750 WEXFORD WAY
VIENNA, VA 22182-2151

SARAH CATHERINE GIBSON
PO BOX 161
SAN MATEO, FL 32187-0161

SARA DIX
437 PARK AVE
MILTON, PA 17847-9650

SARA PARTRIDGE
2207 N ATLANTIC AVE
PEORIA, IL 61603-2741

SARAH CRUMLEY
408 N CANYONWOOD DR
DRIPPING SPRI, TX 78620-4172

SARA E FORREST
826 DARTMOUTH DR
CIRCLEVILLE, OH 43113-1248

SARA RUTH ZWEIG
5701 VIRGINIA PKWY APT 4202
MCKINNEY, TX 75071-1004

SARAH DISMUKE
1804 PATE RD
JULIETTE, GA 31046-3805

SARA FEIDER
2720 S LENOX ST
MILWAUKEE, WI 53207-2210

SARA TOMPKINS
14112 GREENCROFT LN
HUNT VALLEY, MD 21030-1110

SARAH E [BETTY] BLANKLEY
10 WITHERSPOON CT
CHESTERBROOK, PA 19087-1206

SARAH EILAND NORET
4608 91ST ST
LUBBOCK, TX 79424-5036

SARAH K SITES
31 PEACEFUL LN
EPHRATA, PA 17522-9155

SARAH MONTGOMERY
9385 FLEETWOOD DR
RENO, NV 89506-5620

SARAH F ANTUNEZ
11304 MOLLYMAWK CT
NEW PORT RICH, FL 34654-5069

SARAH KELLEY
950 SUSQUEHANNOCK DR
HOLTWOOD, PA 17532-9709

SARAH MOORE
11 NOTRE DAME LN
MASHPEE, MA 02649-2161

SARAH GRAVES
14080 ROSS MEDFORD RD
NEW WESTON, OH 45348-9728

SARAH KRUEGER
200 HALBART DR
SAN ANTONIO, TX 78213-2210

SARAH MURPHY
432 E ARCH ST
INDIANAPOLIS, IN 46202-3371

SARAH HEIMBACH
178 OLD ROUTE 45
MILTON, PA 17847-8449

SARAH L MCCORMICK
522 CROWDER LN
LONGVIEW, TX 75603-6377

SARAH O'BRIEN
9604 HIGHGATE RD
COLUMBIA, SC 29223-2149

SARAH HOAGLAND
3102 ANCHORAGE WAY
OCEAN CITY, MD 21842-5352

SARAH L MILLS
3713 HEMLOCK PARK DR
KINGSPORT, TN 37663-2065

SARAH PARSONS
1804 SPRUCE HILLS DR
GLEN GARDNER, NJ 08826-3717

SARAH HOGG
801 N 23RD ST
LAMESA, TX 79331-2105

SARAH LARKINS
1013 OVERHILLS CT
OLD HICKORY, TN 37138-1315

SARAH ROBERTSON
365 YEATTS RD
MARTINSVILLE, VA 24112-0435

SARAH J PAUL
49 OGDEN ST
BROWNS MILLS, NJ 08015-3228

SARAH LEE
601 AVENIDA SEVILLA UNIT F
LAGUNA WOODS, CA 92637-4553

SARAH ROSE KEMMER
4010 S DEAVER RD
TUCSON, AZ 85735-8812

SARAH JANE ROBINSON
4479 1975 RD
FREDONIA, KS 66736-2282

SARAH MARSH
2683 JODEE DR # C
JOLIET, IL 60436-1058

SARAH S WERTZ
761 WINYAH DR
NORTH AUGUSTA, SC 29841-2030

SARAH JOHNSON
2030 CHESTER BLVD
RICHMOND, IN 47374-1215

SARAH MIEDER
918 SMOKERISE BLVD
PORT ORANGE, FL 32127-7936

SARAH SPENTZ
8915 PARSONS BLVD APT 11K
JAMAICA, NY 11432-6059

SARAH WASHINGTON
17228 E BACA DR
FOUNTAIN HILL, AZ 85268-2614

SARAH WATSON
116 S GRAYCROFT AVE
MADISON, TN 37115-3542

SARAH ZIMMERMAN
1833 IVANHOE AVE
LAFAYETTE, CA 94549-1926

SARAJANE SCHWARTZ
3068 N BEACHWOOD DR
LOS ANGELES, CA 90068-1940

SARALEE RODGERS-SCHMIDT
39883 N CRABAPPLE DR
ANTIOCH, IL 60002-2336

SARALYN O DUNAWAY
832 MIMOSA ST
THOMSON, GA 30824-1767

SAUNDRA A BARNES
12500 GLADYS RETREAT CIR
BOWIE, MD 20720-3328

SAUNDRA DEXTER
3085 COUNTY ROAD 112
INTERNATIONAL, MN 56649-8716

SAUNDRA ENGLUND
5502 TAWNEY AVE
AMARILLO, TX 79106-4808

SAUNDRA GORE
537 MEADOWBROOK RD
RICHMOND, IN 47374-5069

SAUNDRA IVES
1976 QUAIL COVE DR
KALAMAZOO, MI 49009-1869

SAUNDRA MARTIN
6508 SHADOWBROOK RUN
LAKELAND, FL 33813-3654

SAUNDRA MORRISON
5018 GARDEN DR
SHEPHERDSVILL, KY 40165-8956

SAUNDRA S CHASTEEN
4419 S B ST
RICHMOND, IN 47374-6017

SAUNDRA SPRING
17512 E DICKENSON PL
AURORA, CO 80013-4178

SAUNDRA STUART
1475 NE 88TH ST
ALTOONA, IA 50009-8859

SAVANNAH SMITH
1601 HARRIS BRIDGE RD
ANDERSON, SC 29621-3501

SCHELDA WILLIAMS
PO BOX 330056
HOUSTON, TX 77233-0056

SCOT J LABOURDETTE
1100 POYDRAS ST STE 2900
NEW ORLEANS, LA 70163-2900

SCOTT A [BROWNIE] BROWN
103 18TH ST NE
DEVILS LAKE, ND 58301-1611

SCOTT A LEWIS
111 RIDGELAND RD
GREENCASTLE, IN 46135-9450

SCOTT A RUDIN
1133 MELVIN DR
BENBROOK, TX 76126-3940

SCOTT ANDREWS
418 S HIGHLAND AVE
PLYMOUTH, WI 53073-2549

SCOTT B HARTMAN
1143 MARILYN AVE
EPHRATA, PA 17522-1533

SCOTT BUEK
181 WESTOVER DR
DELRAN, NJ 08075-2224

SCOTT BYERS
917 S 39TH ST
SAINT JOSEPH, MO 64507-2147

SCOTT CHARLES MCCREERY
8150 BRECKSVILLE RD
BRECKSVILLE, OH 44141-1205

SCOTT CHRISTENSON
835 50TH ST S
MOORHEAD, MN 56560-7905

SCOTT HARTWELL
712 S PUTNAM ST
WILLIAMSTON, MI 48895-1622

SCOTT R GERYK
4733 LARCHWOOD AVE
PHILADELPHIA, PA 19143-1813

SCOTT CLEAVER
4602 MILL BROOK DR
COLLEYVILLE, TX 76034-3696

SCOTT HOUSTON
10806 HIGHWAY 6 N
EASTLAND, TX 76448-5506

SCOTT R WILLIAMSON
644 W KEMPER PL
CHICAGO, IL 60614-3312

SCOTT D BAKER
611 TIARA WAY
WSHNGTN CT HS, OH 43160-1775

SCOTT J NICHOLSON
1072 WOODGLEN RD
WESTERVILLE, OH 43081-3234

SCOTT RAGAR
718 EICHER ST
KEOKUK, IA 52632-2419

SCOTT D RUSSELL
660 PARRINGTON OVAL
NORMAN, OK 73019-3003

SCOTT LERNER
6791 ROYAL ORCHID CIR
DELRAY BEACH, FL 33446-4338

SCOTT SHELLEY
101 PARKVIEW HEIGHTS RD
EPHRATA, PA 17522-2614

SCOTT FICARRA
7B COASTAL CT
WESTERLY, RI 02891-4058

SCOTT M SPANGLER
5670 N ECHO CANYON DR
PHOENIX, AZ 85018-1245

SCOTT STEINER
653 BEDINGTON CIR
MANHEIM, PA 17545-9378

SCOTT FOSDICK
186 PLEASANT RIDGE DR
SALINE, MI 48176-1564

SCOTT MCWILLIAMS
PO BOX 473
SUNRAY, TX 79086-0473

SCOTT THOMPSON
223 9TH AVE SE
DEVILS LAKE, ND 58301-3103

SCOTT G ARBUCKLE
17301 CLUB HILL DR
DALLAS, TX 75248-1107

SCOTT MILLER
1222 PLEASANT VALLEY DR
WATERLOO, IA 50701-1805

SCOTT TOAY
524 N KEYSTONE ST
BURBANK, CA 91506-1920

SCOTT HALL
12208 118TH ST S
BAKER, MN 56580-5004

SCOTT MOSTAD
16 MOSTAD DR
TOWNSEND, MT 59644-9748

SCOTT WINN
2472 COUNTRY CLUB DR
CHASE CITY, VA 23924-4510

SCOTT HALSTEAD
305 N 48TH ST
GRAND FORKS, ND 58203-2613

SCOTT N WHITCRAFT
PO BOX 531
LAKE GEORGE, CO 80827-0531

Scottsdale Insurance Company
1001 Winstead Dr Ste 500
Cary, NC 27513-2130

SCPO NICHOLAS I H ROBERTS USN
18320 N ESTRELLA VISTA DR
SURPRISE, AZ 85374-6233

SELMA VARNEY
3515 W HADLEY ST APT 117
MILWAUKEE, WI 53210-2564

SFC CHESTER FISCHER
2512 OLD CHARLESTON RD
GEORGETOWN, SC 29440-4112

SEAN P KAYLOR
1403 HOLLY WALK
POUGHKEEPSIE, NY 12603-7101

SERENA ELIZABETH DOUGLAS
PO BOX 1337
BELEN, NM 87002-1337

SGM HARVEY D BANKS ARMY
1924 QUAKER RD
COLUMBIA, SC 29223-3941

Sean S. Lastorka
8544 Shallow Creek Ct
New Port Richey, FL 34653-7025

SERENA MELVIN
15 WINDMILL SPGS
GRANBY, CT 06035-2316

SHAARON ALLEN
2051 N MAIN ST STE 208
COEUR D ALENE, ID 83814-5487

SEAN SULLIVAN
2151 LUNDY LAKE DR
ESCONDIDO, CA 92029-5440

SETH KOCH VMD
1420 LOCUST ST APT 31K
PHILADELPHIA, PA 19102-4219

SHALLIE JOHNSON
333 PRESLEY CIR
WATERLOO, IA 50701-3804

SELDON L [S.L.] VALENTINE
3609 MCCARRELL LN
KNOXVILLE, TN 37920-4758

SEVERE P TURENNE
757 MAIN ST APT 14
SOUTH PORTLAN, ME 04106-5433

SHAN ROSE
116 PARK SHORE DR E
COLUMBIA, SC 29223-6017

SELENA HAMILTON
613 MACFARLANE DR
PITTSBURGH, PA 15235-4221

SEYMOUR DANIEL JR
1235 WOODFIELD AVE
SACRAMENTO, CA 95831-3615

SHANE MURRAY
PO BOX 301
MONTANDON, PA 17850-0301

SELIG SCHNEIDER
243 BRONWOOD AVE
LOS ANGELES, CA 90049-3103

SEYMOUR PALANS
154 OAKHURST PL
SAN ANTONIO, TX 78209-2135

SHANE STONEBRAKER
1007 WOODLAND DR
VERSAILLES, OH 45380-9563

SELMA LAUTER
11731 BRIARWOOD CIR APT 3
BOYNTON BEACH, FL 33437-1951

SEYMOUR SAPERSTEIN
11950 FOUNTAINSIDE CIR
BOYNTON BEACH, FL 33437-4924

SHANE W GRANZOW
1412 15TH ST N
MOORHEAD, MN 56560-1733

SELMA SHAPIRO
435 EAST DR
OAK RIDGE, TN 37830-4104

SEYMOUR W [SANDY] URBAN
2 W CHESTER PIKE APT 312
RIDLEY PARK, PA 19078-1605

Shanna L. Saben
3002 Westmoreland Ct
New Port Richey, FL 34655-3517

SHANNON M FITZPATRICK
4297 5TH AVE N APT 106A
GRAND FORKS, ND 58203-4302

SHANON ROSENO
6731 5TH AVE
RUDOLPH, WI 54475-9528

SHAREN L BAKER
3721 HUNTINGTON DR
AMARILLO, TX 79109-4045

SHAREN LEMEN
569 S 23RD ST
BLAIR, NE 68008-1880

SHAREN WHITERABBIT
12590 THRUSH ST NW
COON RAPIDS, MN 55448-1567

SHARI A GEE
PO BOX 75
BLACKVILLE, SC 29817-0075

SHARI FREEMAN
4566 CAPE COD CIR
CARLSBAD, CA 92010-6549

SHARI HOWARD
719 4TH AVE
GALLIPOLIS, OH 45631-1501

SHARI WASHBURN
1550 N 2ND ST
JENKS, OK 74037-2119

SHARI WILLIAMS
PO BOX 5132
GRANTS PASS, OR 97527-0132

SHARLA WILSON
215 CARSON AVE
DUMAS, TX 79029-3425

SHARLYN TAYLOR
12311 185TH AVE SE UNIT 181
BIG LAKE, MN 55309-5500

SHAROLYN WALCUTT
5235 DIAMOND HEIGHTS BLVD AP
SAN FRANCISCO, CA 94131-2144

SHARON [DARLENE] COURTNEY SAGESER
35 YATES RD
CAMPBELLSVLLE, KY 42718-7827

SHARON [SHERRY] ARNOLD
1865 315TH AVE
FORT MADISON, IA 52627-9789

SHARON A BENDISH
6215 HIGHWAY 1806
FORT RICE, ND 58554-8919

SHARON A BURY
PO BOX 2333
MATTHEWS, NC 28106-2333

SHARON A DAVIS
1133 LEE RD
TROY, OH 45373-1807

SHARON A LAUGHLIN
48 HABERSHAM CV
HUMBOLDT, TN 38343-8806

SHARON A PEREZ
6902 E TIMBERON LN
WICHITA, KS 67206-1144

SHARON A SMITH
1913 NANCY JANE CIR
GARLAND, TX 75043-1419

SHARON A STANLEY
915 TWO NOTCH RD SE
AIKEN, SC 29803-5179

SHARON A WRIGHT
10229 W FREMONT AVE
LITTLETON, CO 80127-3429

SHARON AHO
29495 IVYWOOD TRL
CHISAGO CITY, MN 55013-9634

SHARON ANDERSON
PO BOX 282
WHITTIER, CA 90608-0282

SHARON ANN O'HARA
541 SPRING VALLEY LN
NASHVILLE, TN 37214-2850

SHARON ANTISDEL
51 HIDDEN RIVER DR
TIPTON, IA 52772-9380

SHARON APPLE
14566 STATE ROUTE 127
NEW WESTON, OH 45348-9503

SHARON BARNETT
800 W 7TH ST APT 112
MONROE, MI 48161-1575

SHARON BEDGOOD
210 DEMENT ST
MOUND CITY, KS 66056-5225

SHARON BORDERS
8 STILLMAN RD
BLOOMFIELD, CT 06002-3411

SHARON BRANNEGAN
113 RIVER BREEZE RD
SUFFOLK, VA 23435-1352

SHARON BYRD
1144 AVENUE D ST
GREENCASTLE, IN 46135-1840

SHARON CALDWELL
2361 LYNNWOOD DR
PADUCAH, KY 42001-8698

SHARON CARMEN
213 S STATE ST
CHIPPEWA FALL, WI 54729-2858

SHARON CARPENTER
625 GLOBE MILLS RD
MIDDLEBURG, PA 17842-8377

SHARON CHANDLER
1388 BIDDLE RD
GALION, OH 44833-9337

SHARON COOKMAN
12680 UPPER GILCHRIST RD
MOUNT VERNON, OH 43050-9203

SHARON CORNIA
11639 BRYANT ST
YUCAIPA, CA 92399-3128

SHARON CRIPPIN
2709 WALNUT AVE
GRANTS PASS, OR 97527-9660

SHARON CROMARTIE
663 ROOKWAY DR SE
ADA, MI 49301-7845

SHARON CROPSEY
3941 HANLY RD
OAKLAND, CA 94602-1859

SHARON D BATES
1306 WOOL AVE
PORTSMOUTH, VA 23707-3516

SHARON DELAINE DELAWDER
429 E STONE AVE
ADDISON, IL 60101-2995

SHARON DIANE HOLLAND
637 OAKDALE AVE
BELVEDERE, SC 29841-2350

SHARON DIBATTISTA
4429 EBENEZER RD
BALTIMORE, MD 21236-1805

SHARON DUFORE
7410 LACY DR
BELLEVILLE, MI 48111-5369

SHARON DUKEMAN
182 VALLEYBROOK DR
LANCASTER, PA 17601-4619

SHARON DUNLAP
7912 CEDAR CREEK RD
LOUISVILLE, KY 40291-3245

SHARON E AHMAD
3532 APPLETON ST NW
WASHINGTON, DC 20008-2909

SHARON E GERBER
8012 FOUNTAINHEAD PL
FORT WAYNE, IN 46835-4777

SHARON E GUDAS
8807 RISING SUN AVE
PHILADELPHIA, PA 19115-4814

SHARON E MOROCCO
2731 GULL POINT PL
MILFORD, IA 51351-7343

SHARON EGGERMAN
410 GREEN BAY RD APT 1
HIGHWOOD, IL 60040-1354

SHARON F KNAPP
6603 DALZELL PL
PITTSBURGH, PA 15217-1441

SHARON GRAHAM
PO BOX 130551
TYLER, TX 75713-0551

SHARON HOTALING
2436 BROADMEADE RD
LOUISVILLE, KY 40205-2204

SHARON FEREDAY
1975 KAMILLE CT
WATERLOO, IA 50701-4536

SHARON GREINER
30 VERTIE LN
MILTON, PA 17847-9586

SHARON HUMPHREYS
36 TOMPKINS PL
BROOKLYN, NY 11231-4404

SHARON FISHER
46 S 3RD ST
WEST MILTON, PA 17886-8034

SHARON GUTHMILLER
212 N 5TH ST
MENNO, SD 57045-2112

SHARON HYATT
1250 ROAD S SE
MOSES LAKE, WA 98837-8952

SHARON FRABONI
901 E HINES AVE
PEORIA HEIGHT, IL 61616-7625

SHARON HALEY
3434 ROLSTON RD
FENTON, MI 48430-1036

SHARON J ANDERSON
28754 GIMPL HILL RD
EUGENE, OR 97402-9010

SHARON FRAKER
5855 HAZELBROOK AVE
LAKEWOOD, CA 90712-1131

SHARON HAUGEN
1534 5TH AVE
OROVILLE, CA 95965-4630

SHARON J HOWARD
9931 BETHEL BURLEY RD SE
PORT ORCHARD, WA 98367-8139

SHARON FYKE
PO BOX 242
VARNA, IL 61375-0242

SHARON HEATH
2971 NW 151ST TER
OPA LOCKA, FL 33054-2541

SHARON J KIRK
4605 SOUTH ST
LAKEWOOD, CA 90712-1143

SHARON G MANN
PO BOX 207
MOSELEY, VA 23120-0207

SHARON HENDRICKS
3107 S BIVINS ST
AMARILLO, TX 79103-4608

SHARON JACKSON
60 JOHN COLLIER RD
ATHENS, GA 30607-2259

SHARON GIBBS
PO BOX 10
MURPHY, OR 97533-0010

SHARON HOLLOMAN
417 E GRAY ST
DES MOINES, IA 50315-1743

SHARON JEAN RICHIE
307 SCOTT DR
DWIGHT, IL 60420-1627

SHARON GRAE HAAS
30 PARK LN
DELAWARE, OH 43015-1432

SHARON HORVAT
608 CENTER ST
MCKEESPORT, PA 15132-6533

SHARON JENSON
1920 ROCKNE DR
SOUTH BEND, IN 46617-2243

SHARON JOHNSON
6651 HANNA LAKE AVE SE
CALEDONIA, MI 49316-8366

SHARON K BEATTIE
1630 W 13TH ST
PORT ANGELES, WA 98363-6804

SHARON K KORST
507 SPRING VALLEY DR
RALEIGH, NC 27609-7050

SHARON K MUNSON
1241 OAK ST
HAMILTON, IL 62341-1621

SHARON KAY BAUER
6844 LANDING DR
GRAND PRAIRIE, TX 75054-6810

SHARON KAY BLACHLELY
5460 E ARBOR AVE
MESA, AZ 85206-1416

SHARON KAY EHRICH
504 SE ELM ST
CORWITH, IA 50430-5022

SHARON KAYE PARKER
22619 S WOODSIDE DR
CHANNAHON, IL 60410-3282

SHARON KIEFER
903 N LAKE ST
HEDRICK, IA 52563-9418

SHARON KNIPP
5921 NW 49TH ST
WARR ACRES, OK 73122-4107

SHARON KNUDSEN
3036 SAYBULA DR
ASHTABULA, OH 44004-2230

SHARON KORSLIN
5910 TAMARACK RD
VESPER, WI 54489-9670

SHARON KOST
115 MIANTONOMI AVE
MIDDLETOWN, RI 02842-5429

SHARON KRIESCH
325 N LESTER ST
CAPAC, MI 48014-3139

SHARON KUMP
22628 S DEAL AVE
CHANNAHON, IL 60410-3042

SHARON L GOSSMAN
17653 NOLL RD NE
POULSBO, WA 98370-7428

SHARON L HOWLEY
648 RENOLDA WOODS CT
KETTERING, OH 45429-3415

SHARON L KILGORE
2660A SUMMER CREST CT
GRAND JUNCTIO, CO 81506-8665

SHARON L KLEINER
103 BURNTWOOD DR
LIMA, OH 45805-1603

SHARON L ROBINSON
20 LOCUST ST
FROSTBURG, MD 21532-1605

SHARON L WILCH
11652 DECATUR DR
WESTMINSTER, CO 80234-2555

SHARON L WILSON
PO BOX 3047
BROOKINGS, OR 97415-0509

SHARON LANCINA
27424 POLK AVE
BROWNSTOWN TW, MI 48183-5905

SHARON LAWSON
3761 RASPBERRY CT
THE VILLAGES, FL 32163-2774

SHARON LEE KERR
1835 S PENNSYLVANIA ST
DENVER, CO 80210-3132

SHARON LEE RODOCKER
1116 BARR AVE
LANSING, MI 48911-4018

SHARON LESHER
1875 FURNACE HILL RD
DENVER, PA 17517-9559

SHARON  LIMBERG
W8656 STATE HIGHWAY 23
GLENBEULAH, WI 53023-1407

SHARON  MCGEE
3716 LILAC RD
SOUTH BEND, IN 46628-3895

SHARON  OPIPERY
2489 MISTY WATER DR E
JACKSONVILLE, FL 32246-9358

SHARON  LUKEN
2205 JORDAN LN
ELGIN, IL 60123-2568

SHARON  MCMAHON
3412 RIDGEWAY DR
EAU CLAIRE, WI 54701-8142

SHARON  PARKER SCHROEDER
325 E WOOD ST
OXFORD, WI 53952-9059

SHARON  M APREA
934 TUSCAN LN
SACRAMENTO, CA 95864-6100

SHARON  MIKOSZ
6042 MACBETH LN
FORT MYERS, FL 33908-4495

SHARON  POWERS
3829 E DOVER STRA
TUCSON, AZ 85706-1979

SHARON  M CURTSINGER
143 GOODLOE AVE
BLOOMFIELD, KY 40008-7123

SHARON  MILLER
16923 STATE ROAD 38
HAGERSTOWN, IN 47346-9779

SHARON  R DILLON
6010 SAINT JOE RD APT 36
FORT WAYNE, IN 46835-2064

SHARON  MAC TAVISH
2248 S KENTON WAY
AURORA, CO 80014-4756

SHARON  MYLET
2414 W WOODLAND AVE
PERU, IN 46970-7286

SHARON  SALA
708 3RD ST
MANHATTAN, IL 60442-9121

SHARON  MARTIN
1354 CARPERS FARM WAY
VIENNA, VA 22182-1347

SHARON  NEEDHAM
256 AETNA ST
OAK HILL, OH 45656-1002

SHARON  SCHACH
4469 LUBBOCK DR
SIMI VALLEY, CA 93063-1747

SHARON  MCCANN
1507 FREEMONT ST
MCKEESPORT, PA 15132-5330

SHARON  NEEL
16606 STATE ROUTE 104
LUCASVILLE, OH 45648-8576

SHARON  SCHEFFERS
7145 N SHEFFERS LN
KALAMAZOO, MI 49009-6343

SHARON  MCCORMACK
18 ARAPAHO TRL
SPARTA, NJ 07871-3101

SHARON  NEWBERRY
1711 ANTHONY AVE
PURCELL, OK 73080-1768

SHARON  SCHLEICHER
2509 PINE GROVE AVE
SHEBOYGAN, WI 53083-3731

SHARON  MCGEE
110 BOGEY HILL DR
LAKE OZARK, MO 65049-5755

SHARON  OEHLER
192 BLUE HERON DR
HEATHSVILLE, VA 22473-2335

SHARON  SENFT
948 PAGET DR APT F
EPHRATA, PA 17522-2360

SHARON SHOWERMAN
2249 STOCKBRIDGE RD
WILLIAMSTON, MI 48895-9511

SHARON SRYNIAWSKI
24572 MIDDLEBELT RD
NEW BOSTON, MI 48164-9717

SHARON WHITE
3782 HILLVIEW RD
SANTA MARIA, CA 93455-3014

SHARON SIMONS
6 SKYE PL
HIGHLANDS RAN, CO 80130-3974

SHARON STURGIS
1720 CHESTER BLVD
RICHMOND, IN 47374-1669

SHARON WILSON
128 POMONA AVE
PORT REPUBLIC, NJ 08241-9747

SHARON SIMPSON
12600 4TH AVE W APT 5H
EVERETT, WA 98204-6430

SHARON SUE HELTON
4100 QUIET WAY
LOUISVILLE, KY 40219-1550

SHARON WINKELMAN
5909 75TH AVE SE
SAINT CLOUD, MN 56304-9752

SHARON SLIFKA
753 REEVES RD
ANTIOCH, TN 37013-3327

SHARON SUE ROBERTS
561 SALCEDA LN
MUNDELEIN, IL 60060-4834

SHARON WOODHULL
10300 BURGANDY BLVD
DIMONDALE, MI 48821-9406

SHARON SMITH
PO BOX 1694
MARSHALL, TX 75671-1694

SHARON T SHEPHARD
482 ALMOND RD
PITTSGROVE, NJ 08318-4069

SHARON WUERDEMAN
3080 COMPTON RD
CINCINNATI, OH 45251-2638

SHARON SMITH
35 GETTYSBURG DR
CHILLICOTHE, OH 45601-7826

SHARON TSAI
924 MOOREFIELD CREEK RD SW
VIENNA, VA 22180-6244

SHARRON F ADAMSKI
285 GREENMEADOW DR
THOUSAND OAKS, CA 91320-4152

SHARON SMOLAR
20967 VIETO TER
BOCA RATON, FL 33433-1642

SHARON WADE
1825 DRENIK DR
WICKLIFFE, OH 44092-1511

SHARRON GRAF
13318 SE RAMONA ST
PORTLAND, OR 97236-4279

SHARON SNYDER
2406 IMPERIAL OAKS DR
MUSCATINE, IA 52761-2636

SHARON WALKER
5316 IRONWOOD DR
CEDAR FALLS, IA 50613-7923

SHARRON HAMMER
5615 PENNSWOOD AVE
LAKEWOOD, CA 90712-1817

SHARON SNYDER
1631 JACOB RD
ESTES PARK, CO 80517-6701

SHARON WANDERSCHEID
21659 CORRAL CREEK RD
NEMO, SD 57759-7607

SHARRON PIERCE
446 MEAGANS LN
LA VERNIA, TX 78121-3901

SHARYL A BERRY
4414 S COUNTY ROAD 150 W
GREENCASTLE, IN 46135-8666

SHARYN BERGIN
120 KETTERING TRCE
TYRONE, GA 30290-1648

SHARYN PAUL
55 E 87TH ST
NEW YORK, NY 10128-1043

SHAUN VAN VLIET
51 DALE DR
CHATHAM, NJ 07928-1637

SHAVA J CARBONI
317 E SCENIC DR
PASS CHRISTIA, MS 39571-4508

SHAWN SAMUEL MCELLHENNEY
126 E WALNUT ST
EPHRATA, PA 17522-2241

SHEELAGH LEGGETT
109 PALOMINO PKWY
DES MOINES, IA 50320-6836

SHEILA BIRCH
9 HASKELL DR
BRATENAHL, OH 44108-1100

SHEILA BOYLE
24515 BICKFORD CT
KATY, TX 77494-4500

SHEILA BRIDGFORD
1210 S Q ST LOT 103
RICHMOND, IN 47374-7733

SHEILA BRUDNO
3900 CATHEDRAL AVE NW APT 31
WASHINGTON, DC 20016-5220

SHEILA BURNS
36 HARRISON AVE
NEWPORT, RI 02840-4141

SHEILA CAIRNS
2920 E 33RD ST N
WICHITA, KS 67219-4906

SHEILA CORRELL
927 DAY HOLLOW RD
ENDICOTT, NY 13760-2018

SHEILA DERECHIN
48 PACIO CT
ROSELAND, NJ 07068-1123

SHEILA GASSIE
5776 CREEKSIDE LN
SAINT FRANCIS, LA 70775-7321

SHEILA GUILLOTON
1 OLD BARGE RD
SIMSBURY, CT 06070-1741

SHEILA H CALANQUIN
740 N CATALINA ST
BURBANK, CA 91505-3017

SHEILA HILL
721 S CALLE ESCONDIDO
TUCSON, AZ 85748-7054

SHEILA HOPPER
275 LASALLE AVE
HAMPTON, VA 23661-1638

SHEILA K COURT
5076 NW 43RD CT
LAUDERDALE LA, FL 33319-4651

SHEILA L GREENE
6616 NORTHGATE PKWY
CLINTON, MD 20735-4051

SHEILA M COOPER
1216 SIERRA DR
SIERRA VISTA, AZ 85635-2038

SHEILA MECK
97 E MAIN ST
REINHOLDS, PA 17569-9607

SHEILA MENDEL
1804 SANGATE DR
SOUTH PARK, PA 15129-9209

SHEILA PACHULSKI
4819 LAKE SHORE DR
CHARLEVOIX, MI 49720-8929

SHEILA PHELPS
804 DUSKY SAP CT
GRIFFIN, GA 30223-5996

SHEILA RAPPAPORT
4691 S WOLFF ST
DENVER, CO 80236-3357

SHELAH FEISS
1 CORNELL ST
NEWTON, MA 02462-1105

SHELDON H KONOWITZ
555 GREEN BAY RD
HIGHLAND PARK, IL 60035-4913

SHEILA RICHMAN
5 CHERRY BROOK LN
EAST WINDSOR, NJ 08520-1203

SHELBA GREGORY
213 KENYA CT
OLD HICKORY, TN 37138-1406

SHELDON J OLSON
8000 BADURA AVE UNIT 2117
LAS VEGAS, NV 89113-2117

SHEILA ROSENSON
7725 SW 115TH ST
MIAMI, FL 33156-4425

SHELBIA JUNE COSTA-COOK
203 PRINCETON CT
SHOREWOOD, IL 60404-9133

SHELDON S FERKEY
2975 SWIGGUM LN
WISCONSIN RAP, WI 54495-8329

SHEILA SCHREIBER
500 THREE ISLANDS BLVD APT 4
HALLANDALE BE, FL 33009-2839

SHELBIE MUMMA
49 E FRANKLIN ST
EPHRATA, PA 17522-2446

SHELDON WEIL
925 GREENSWARD LN
DELRAY BEACH, FL 33445-9022

SHEILA VASS
27010 GRAND CENTRAL PKWY APT
FLORAL PARK, NY 11005-1103

SHELBY J PERA
2300 N COMMONWEALTH AVE APT
CHICAGO, IL 60614-4868

SHELEY G STONE
1021 INMAN DR
AMARILLO, TX 79104-3303

SHEILA WEISS
1001 LANCASTER DR
ANCHORAGE, AK 99503-7038

SHELBY JEAN WIELAND
9024 CEDAR CREEK TER
EDMOND, OK 73034-2047

SHELIA BLISS
86 FENWOOD DR
OLD SAYBROOK, CT 06475-3038

SHEILAH COHEN
2209 PICARDY MEADOW LN
CHESTERFIELD, MO 63017-7135

SHELBY LESSENTINE
940 W WESTRIDGE CT
UPLAND, CA 91786-2767

SHELIA GEIST
92 CENTRAL BLVD
MERRICK, NY 11566-3742

SHEIRA [CHERYL JOY] GREENWALD
39 W LAKE BLVD
MORRISTOWN, NJ 07960-5073

SHELDON B PUTNAM
2225 N LANEWOOD RD
EAGLE, ID 83616-3147

SHELIA MCAFEE
3501 S COCHRAN AVE
LOS ANGELES, CA 90016-5114

SHELA BLOMKER
511 1ST AVE SW
POCAHONTAS, IA 50574-1815

SHELDON GUSKY
5533 POCUSSET ST
PITTSBURGH, PA 15217-1912

SHELIA PAPP
40229 IVYWOOD LN
PLYMOUTH, MI 48170-2727

SHELLEY DANA
859 ELY RD
QUINCY, MI 49082-9469

SHERELLE DILWORTH
5647 S DESERT LAKES DR
FORT MOHAVE, AZ 86426-9298

SHERMAN WOODLEY
201 DOGWOOD DR
SPARTA, GA 31087-4617

SHELLEY PACKARD
7416 E ROCKWOOD RD
WICHITA, KS 67206-2134

SHERI GABRIEL
9301 BOCA GARDENS CIR S APT
BOCA RATON, FL 33496-1798

SHERRAE L CANOY
11762 LORRAINE RD
GULFPORT, MS 39503-3967

SHELLEY R THOMASON
6110 E HAWTHORNE ST
TUCSON, AZ 85711-1627

SHERI PORTER
16861 MARBLE AVE
LE MARS, IA 51031-8901

SHERRI ALLEN
4916 E CALGARY
MURFREESBORO, TN 37129-8066

SHELLEY SHAPIRO
5555 CLAIRE ROSE LN NW
ATLANTA, GA 30327-4830

SHERIE L HOWARD
4109 GREENDALE DR
FORT WAYNE, IN 46815-4830

SHERRI J ROWE
415 NOANK RD
MYSTIC, CT 06355-2319

SHELLIE MONREAN
1902 MAIN AVE
INTERNATIONAL, MN 56649-3326

SHERILYN MCCAULEY
30 ROAD 5151
BLOOMFIELD, NM 87413-9700

SHERRI JARVIS
17 LEWIS DR
GALLIPOLIS, OH 45631-1405

SHELLY A SCHAENEN
1366 6TH AVE
SAN FRANCISCO, CA 94122-2504

SHERILYN SNYDER
253 HILL ST
MOUNTVILLE, PA 17554-1001

SHERRI SINDERS
1089 CROSS CREEK CT
MCPHERSON, KS 67460-2133

SHELLY PIERCE
1655 MEADOW CIR SE
ROCHESTER, MN 55904-5283

SHERMA RABINS
13413 DEBBY ST
VAN NUYS, CA 91401-2404

SHERRI SPECTOR
19617 TURTLE SPRINGS WAY
NORTHRIDGE, CA 91326-3834

SHELLY SHELLENBERGER
1001 HOLLAND RIDGE DR
RALEIGH, NC 27603-8652

SHERMAN C REEVES
407 30TH ST
OLD HICKORY, TN 37138-2526

SHERRIE FRONDAL
6735 LINCOLN AVE
CARMICHAEL, CA 95608-1916

SHEREE ALEXANDER
4700 SANFORD ARMS
WILLIAMSBURG, VA 23188-7256

SHERMAN RAY SMITH JR
603 N LIBERTY STREET EXT
PERRYOPOLIS, PA 15473-1301

SHERRILL FAYE YARBROUGH
230 HOLLY COVE LN
DAVISBORO, GA 31018-5642

SHERRILL FITZPATRICK
114 MORRIS AVE
EVANSDALE, IA 50707-1634

SHERRY CLARK
500 SW 17TH ST
RICHMOND, IN 47374-5137

SHERRY L RYAN
12061 CAMINITO CAMPANA
SAN DIEGO, CA 92128-2061

SHERRILL MARIE RIEMERSMA
10414 SOUTHFIELD DR
ZEELAND, MI 49464-6858

SHERRY CLARK
90 FOX RUN RD
PINEHURST, NC 28374-8043

SHERRY LANGWELL
2804 BIRDIE LOOP
ALAMOGORDO, NM 88310-7760

SHERRILL ROSS-WIENEKE
617 BAYSTONE CT
ANNAPOLIS, MD 21409-4621

SHERRY D SELTMAN
39503 E 270TH AVE
GILMAN CITY, MO 64642-8159

SHERRY M CROSS MAZZANTI
1161 SE SAINT LAWRENCE WAY
STUART, FL 34997-5585

SHERRIN WRIGHT
8708 MICHAEL EDWARD DR
LOUISVILLE, KY 40291-1525

SHERRY FINKBEINER
9148 AUSTIN RD
SALINE, MI 48176-9615

SHERRY M QUINN
3 INDIAN TRL
VERNON, NJ 07462-3145

SHERRON MCCOY
3321 BRIARGROVE LN
SAN ANGELO, TX 76904-7321

SHERRY GOEHRS
2323 BROOKS AVE
RED WING, MN 55066-3971

SHERRY MARTIN
1630 WILLIAMS HWY PMB 198
GRANTS PASS, OR 97527-5660

SHERRY A ROBBEN
4402 S 151ST ST W
WICHITA, KS 67227-7933

SHERRY J SCHWALM
4011 KING TARPON DR
PUNTA GORDA, FL 33955-1871

SHERRY RATLIFF
214 WINCHESTER DR
ROSCOMMON, MI 48653-8773

SHERRY AKER
503 N MAIN ST
RUSHVILLE, IN 46173-1639

SHERRY JOSEPH
6825 ARBOR CREEK DR
LOUISVILLE, KY 40228-4405

SHERRY SAGLE
W6237 SILVER SANDS RD
CASCADE, WI 53011-1325

SHERRY BROM
4401 MAROON CIR
BROOMFIELD, CO 80023-4089

SHERRY KOERTH
175 COUNTY ROAD 415
WHITSETT, TX 78075-3011

SHERRY SMITH
9948 LIGGETT ST
BELLFLOWER, CA 90706-3215

SHERRY CARNEY
8 W BANBURY DR
STOCKTON, CA 95207-5704

SHERRY L BROGAN
8021 161ST RD
WINFIELD, KS 67156-6675

SHERRY STUDY
4096 HIGH ST
RICHMOND, IN 47374-4574

SHERRY TRETTEL
842 7TH AVE NW
NEW BRIGHTON, MN 55112-2726

SHERYL F BEST
2910 HODGES ST
AMARILLO, TX 79103-7210

SHERYLEE DOUGHERTY
8028 N LEAVETH RD
HURLEY, WI 54534-9265

SHERRY TUCKER
2121 SHILLINGS RD NW
KENNESAW, GA 30152-4149

SHERYL HEPPNER
220 4TH ST NE
PRIMGHAR, IA 51245-1004

SHIANN C BAINES
101 BREEZEWOOD DR APT G
GREENVILLE, NC 27858-8091

SHERRY WAGNER
1848 RIVER SHORES DR
KNOXVILLE, TN 37914-6004

SHERYL JAMES
8325 HIGHWAY 2
DEVILS LAKE, ND 58301-9404

SHINE THOMSON
1 TAP CT
NESCONSET, NY 11767-1582

SHERRYL CAPORIZZO
36 CERRETTA ST APT 29
STAMFORD, CT 06907-1817

SHERYL L [SHERRY] KELLY
5306 CALEDONIA RD
RICHMOND, VA 23225-3010

SHIRLEE J COX
228 STRAWBRIDGE AVE
HADDON TOWNSH, NJ 08108-1809

SHERRYL HILL
299 RUBY LAKE LN
WINTER HAVEN, FL 33884-3267

SHERYL MORSE
265 E RIVER PARK CIR STE 110
FRESNO, CA 93720-1576

SHIRLEE WISE
3965 TRAPANI PL
LAS VEGAS, NV 89141-4214

SHERYL AMMONS
5316 KELLYS PT
OOLTEWAH, TN 37363-8892

SHERYL ROSS
111 DREWELOW AVE
FREDERICKSBUR, IA 50630-9591

SHIRLENE [MARTHA] TOKARSKI
571 BERTRAM RD
LINESVILLE, PA 16424-6261

SHERYL BOHLENDER
1427 VERMONT AVE
TARPON SPRING, FL 34689-3890

SHERYL S VON WESTERNHAGEN
801 BARCLAY DR
BOLINGBROOK, IL 60440-6120

SHIRLEY [ANN] RUNNER
9004 FERNDALE RD
LOUISVILLE, KY 40291-2634

SHERYL E JACKSON
6626 ROMSLEY LN
HOUSTON, TX 77049-3512

SHERYL WEST-CRAYTON
19404 GALWAY AVE
CARSON, CA 90746-1922

SHIRLEY A [TOOTIE] BROCKSENS
1625 HENDERSON AVE SPC B9
EUGENE, OR 97403-2320

SHERYL EVERETT
4230 NW 46TH PL
DES MOINES, IA 50310-3766

SHERYLE NORTHRUP
141 BRISTOL FERRY RD
PORTSMOUTH, RI 02871-1901

SHIRLEY A BARTON
3533 IVANHOE AVE
BOYNTON BEACH, FL 33436-3135

SHIRLEY A BAXTER
514 W LAKEWOOD AVE
PEORIA, IL 61614-6023

SHIRLEY ALMER
11420 JAY ST NW
COON RAPIDS, MN 55433-3764

SHIRLEY BAKER
2514 N SPAULDING AVE
CHICAGO, IL 60647-1404

SHIRLEY A DLUGOSCH
4945 NE RIVER RD
SAUK RAPIDS, MN 56379-9303

SHIRLEY ANGST
PO BOX 339
SEVEN MILE, OH 45062-0339

SHIRLEY BARTON
612 GLEN ARBOR CT
DALLAS, TX 75241-1003

SHIRLEY A GEHMAN
18 PLEASURE RD
EPHRATA, PA 17522-2686

SHIRLEY ANN DZURKO
5288 VAN BUREN RD
DELRAY BEACH, FL 33484-4290

SHIRLEY BEAKLER
1015 SCOTT FELTON RD
INDIANOLA, IA 50125-1038

SHIRLEY A GLICK
1701 CENTER ST APT A
LEBANON, PA 17042-4436

SHIRLEY ANN HARTFIELD
3 SMITH LN
MACHIASPORT, ME 04655-3146

SHIRLEY BEAVER
2400 BROADWAY RD
MILTON, PA 17847-7816

SHIRLEY A HORNBERGER
405 PHILMONT DR
LANCASTER, PA 17601-2821

SHIRLEY ANN PETERSON
8400 PENNSYLVANIA RD APT 338
MINNEAPOLIS, MN 55438-2705

SHIRLEY BEBEE
2127 CHESTNUT CRES
SALINE, MI 48176-1668

SHIRLEY A HUTSON
1540 HIAWATHA DR
COLORADO SPRI, CO 80915-2613

SHIRLEY ANNE MORELAND
4341 WINTHROP AVE
INDIANAPOLIS, IN 46205-1971

SHIRLEY BENTZ
118 KAREN DR
ELIZABETH, PA 15037-2405

SHIRLEY A MUCHA
500 MASONIC LN UNIT 20
RICHMOND, VA 23223-5558

SHIRLEY APP
119 WATERS DR
SOUTHERN PINE, NC 28387-2237

SHIRLEY BERNARD
1440 SIBLEY ST NW
GRAND RAPIDS, MI 49504-4948

SHIRLEY A SHUMATE-SINGLETARY
717 BRITTANY FALLS CT
NORTH LAS VEG, NV 89031-1752

SHIRLEY ARMOLD
639 DANVILLE DR
LINCOLN, NE 68510-2310

SHIRLEY BERNHARD
214 SHAWNEE DR
MINOOKA, IL 60447-8762

SHIRLEY A WILKENS
123 WAGON TRAIL DR
OGALLALA, NE 69153-3209

SHIRLEY ARNOLD
3120 COUNTY ROAD 112
INTERNATIONAL, MN 56649-8719

SHIRLEY BETTS
458 STRATFORD LN
FOREST GROVE, MT 59441-8013

SHIRLEY BLATT
930 VILLAS CT
HIGHLAND PARK, IL 60035-3703

SHIRLEY BUTLER
1237 S APACHE LN
PEORIA, IL 61607-1102

SHIRLEY COX
75 TERI LN
LITTLE HOCKIN, OH 45742-9607

SHIRLEY BOLTON
295 ROAN DR
GRAND CANE, LA 71032-6221

SHIRLEY C WATKINS RN
5327 DELORES LN
SPRING, TX 77373-7571

SHIRLEY DAVIS
1813 STONE CRESS CT
CERES, CA 95307-4567

SHIRLEY BRAHAM
1500 WILDWOOD LN
JOLIET, IL 60433-2979

SHIRLEY CAMPBELL
125 CAMBRIDGE TRL
MADISON, AL 35758-8651

SHIRLEY DEMARCHI
813 2ND ST
INTERNATIONAL, MN 56649-2201

SHIRLEY BREEN
3224 MCLEAN ST
EL PASO, TX 79936-1706

SHIRLEY CARTER
17701 AVALON BLVD SPC 44
CARSON, CA 90746-6818

SHIRLEY DENEISE RIDDLE
PO BOX 112869
ANCHORAGE, AK 99511-2869

SHIRLEY BRODY
110 CASTLE HILL RD
MONROEVILLE, PA 15146-4712

SHIRLEY CATALINE
N4091 N SAINT MARTINS PT
HESSEL, MI 49745-9643

SHIRLEY DITMER
5700 LOST CREEK DR
SUMTER, SC 29154-1335

SHIRLEY BROWN
5718 QUINCE RD APT 5
MEMPHIS, TN 38119-7037

SHIRLEY CHRISTENSEN
8497 BLUEJAY ST
MOUNTAIN IRON, MN 55768-2038

SHIRLEY DIVELEY
121 STONEMAN ST
EAST PEORIA, IL 61611-4882

SHIRLEY BROWN
502 E 4TH ST
STOVER, MO 65078-0940

SHIRLEY CHRISTIANSON
2181 COUNTY ROAD 115
INTERNATIONAL, MN 56649-8840

SHIRLEY DONATI DUNKLEY
9237 GREEN PINES TER
NEW PORT RICH, FL 34655-1177

SHIRLEY BURKE
12 TOURAINE AVE
HULL, MA 02045-2229

SHIRLEY CHRISTIANSON
1300 RIVERSIDE DR TRLR 111
INTERNATIONAL, MN 56649-2124

SHIRLEY DOUGLAS
3207 MARGARET OAKS LN
ORLANDO, FL 32806-6553

SHIRLEY BURNAM
147 GREENWOOD ST
HEREFORD, TX 79045-3849

SHIRLEY CORDONNIER
406 E WARD ST
VERSAILLES, OH 45380-1434

SHIRLEY DRESDEN
1821 FRANKLIN ST
KEOKUK, IA 52632-2821

SHIRLEY DROSTE
3111 6TH ST S APT 2
WISCONSIN RAP, WI 54494-6293

SHIRLEY FRAZIER
3245 MONOGRAM AVE
LONG BEACH, CA 90808-4131

SHIRLEY GRADWOHL
6833 RIVER BIRCH RD
MEMPHIS, TN 38119-5615

SHIRLEY DUFRESNE
2015 WOLF LN
GRANTS PASS, OR 97527-9238

SHIRLEY FRAZIER
PO BOX 54
SAINT GEORGE, KS 66535-0054

SHIRLEY GREEN
207 SMOKEY WOOD DR
PITTSBURGH, PA 15218-2709

SHIRLEY DUNNING
490 ELMIRA AVE SE
BANDON, OR 97411-9462

SHIRLEY FREIFELD
2099 WINGATE BEND
WELLINGTON, FL 33414-6244

SHIRLEY GREEN
PO BOX 503
HAYS, KS 67601-0503

SHIRLEY DUNNING
10 SHERRY DR
EAST HAMPTON, CT 06424-1016

SHIRLEY FRUEHLING
4547 51ST ST
DES MOINES, IA 50310-2932

SHIRLEY GUIRY
420 SAND CREEK RD APT 303
ALBANY, NY 12205-2716

SHIRLEY E ENGLEMAN
61 N PLANET AVE
MILTON, PA 17847-9628

SHIRLEY GABRIEL
6528 BIXBY WAY
INVER GROVE H, MN 55076-1912

SHIRLEY HAAS
2126 GRANDVIEW PL
LA CROSSE, WI 54601-4273

SHIRLEY E MERRITT
206 SENECA DR
GROTON, CT 06340-5641

SHIRLEY GEHLHAUSEN
PO BOX 114
NOBLE, IL 62868-0114

SHIRLEY HALL
1325 LA VETA WAY
COLORADO SPRI, CO 80906-3054

SHIRLEY ERB
3407 ARGYLE RD
ARGYLE, IA 52619-9641

SHIRLEY GERADS
801 10TH AVE SE
SAINT CLOUD, MN 56304-1514

SHIRLEY HENDRICKS
4123 S HARRISON ST
AMARILLO, TX 79110-1622

SHIRLEY FINAN-GALLAGHER
3362 CYNTHIA LN APT 102
LAKE WORTH, FL 33461-5836

SHIRLEY GERIEN LAWLER-CONRAD
1014 BIGFORK VALLEY VILLA
BIGFORK, MN 56628-8700

SHIRLEY HICKMAN
1031 GLENMORE AVE
NEWARK, OH 43055-2545

SHIRLEY FORCIER
44 WATERFORD LANE
WAITE PARK, MN 56387-4531

SHIRLEY GOUTCHER
PO BOX 534
PRESTON, MN 55965-0534

SHIRLEY HILL
3686 E MEADOW CREEK WAY
SAN TAN VALLE, AZ 85140-5340

SHIRLEY HOEGGER
1584 CAREFUL DR
GREEN BAY, WI 54304-2941

SHIRLEY J STOCKHAM
PO BOX 283
MUKILTEO, WA 98275-0283

SHIRLEY KALLING-THORNTON
5909 WEDGMONT CIR N
FORT WORTH, TX 76133-3602

SHIRLEY HOFF
38041 GRAND OAKS AVE
PALM DESERT, CA 92211-1245

SHIRLEY J WINEBRENNER
PO BOX 36746
DES MOINES, IA 50315-0316

SHIRLEY KAU
321 WASHINGTON CT
SHEBOYGAN, WI 53081-4137

SHIRLEY HOFFMAN
2128 CURVING RD
KNOXVILLE, TN 37912-5813

SHIRLEY JANE KAISER
8916 NOTTOWAY AVE NW
CALABASH, NC 28467-2139

SHIRLEY KOGER
3211 STATE HIGHWAY 137
ACKERLY, TX 79713-4043

SHIRLEY HOLLIDAY
2456 OLD RAILROAD AVE
TIMMONSVILLE, SC 29161-9646

SHIRLEY JEAN SAWYER
19570 CARMELITA AVE
CORONA, CA 92881-4348

SHIRLEY KOSHATKA
225 E 2ND ST
FAIRMONT, MN 56031-2814

SHIRLEY HOLTZMAN-SCHWARTZ
14 CURRY CT
TURTLE CREEK, PA 15145-1007

SHIRLEY JO MYNATT
8511 PORTERFIELD GAP RD
KNOXVILLE, TN 37920-9722

SHIRLEY KRUGER
8890 WEBER RD
SALINE, MI 48176-9208

SHIRLEY J BROWN
14494 SW 298TH TER
HOMESTEAD, FL 33033-3940

SHIRLEY JOHN
2601 BEECHWOOD RD
LANCASTER, PA 17601-4801

SHIRLEY LAMBERTS
3123 FREYER RD
ELIDA, OH 45807-2006

SHIRLEY J DAVIS
268 SORRENTO RD
POINCIANA, FL 34759-4062

SHIRLEY JOHNSON
14829 SCOTCH RIDGE RD
CARLISLE, IA 50047-3132

SHIRLEY LANDRUM
412 AREA 4 RD
WEST MONROE, LA 71292-8900

SHIRLEY J MULLINS
9922 HALL RD
KNOXVILLE, TN 37923-1949

SHIRLEY JONES
3408 PHEASANT LN
PUEBLO, CO 81005-4013

SHIRLEY LANE
3503 N ROCKWOOD RD
PEORIA, IL 61604-1102

SHIRLEY J SCOVIL
1807 OREGON ST
OSHKOSH, WI 54902-6964

SHIRLEY KAHLE
105 WOODLAND AVE
WATSONTOWN, PA 17777-1423

SHIRLEY LANGE
209 SIENA ST
SAN DIEGO, CA 92114-6032

SHIRLEY LANIER
4141 FOREMAN WAY
HEPHZIBAH, GA 30815-4758

SHIRLEY MAE JACKSA
901 ESSINGTON RD APT 210
JOLIET, IL 60435-8404

SHIRLEY MCVICKER
801 S MUMAUGH RD APT 7A
LIMA, OH 45804-3579

SHIRLEY LIGHTFOOT
10372 IMPERIAL AVE
GARDEN GROVE, CA 92843-1125

SHIRLEY MAE JACKSON PHD
7815 13TH ST NW
WASHINGTON, DC 20012-1306

SHIRLEY MEIER
5350 N 700 E
CHURUBUSCO, IN 46723-9323

SHIRLEY M BOHNER
7317 SAGEPORT PL
FORT WAYNE, IN 46825-3178

SHIRLEY MAE LIVINGSTON
6038 N KNOXVILLE AVE
PEORIA, IL 61614-3519

SHIRLEY MICHAEL
1815 TURBOT AVE
WATSONTOWN, PA 17777-7903

SHIRLEY M COHEN
840 S COLLIER BLVD UNIT 1106
MARCO ISLAND, FL 34145-6136

SHIRLEY MAHONEY
3800 N NICKLAS AVE
OKLAHOMA CITY, OK 73122-2418

SHIRLEY MICKELSON
1626 E 51ST ST TRLR 136
ASHTABULA, OH 44004-6281

SHIRLEY M CROSS-KOVALE
1714 FOXWOOD DR
NEW LENOX, IL 60451-3110

SHIRLEY MANNING
4619 50TH ST
MOLINE, IL 61265-6745

SHIRLEY MILLER
48 BRIARCLIFF
SAINT LOUIS, MO 63124-1762

SHIRLEY M LACZYNSKA
4295 SETON ST
PITTSBURGH, PA 15227-1255

SHIRLEY MAY
4509 CHESTNUT LN
ROCKVILLE, MD 20853-1404

SHIRLEY MILLER
825 NEGLEY AVE
EVANSVILLE, IN 47711-3431

SHIRLEY M TOBIN
1005 S 600 W
LEBANON, IN 46052-8952

SHIRLEY MCCARTY
116 2ND ST
PROCTOR, MN 55810-2205

SHIRLEY MITCHELL
17200 W BELL RD LOT 87
SURPRISE, AZ 85374-9804

SHIRLEY M WENDORF
814 W CATINO ST
ARLINGTON HEI, IL 60005-2316

SHIRLEY MCKEE
PO BOX 2332
GRAY, GA 31032-2332

SHIRLEY MOORE
106 MANOR RIDGE DR
WOODSTOCK, GA 30188-2128

SHIRLEY M WREDE
12790 W RENWICK ST
BOISE, ID 83709-5298

SHIRLEY MCKEE
PO BOX 244
CLEBURNE, TX 76033-0244

SHIRLEY NIEUKIRK
200 CARLSON AVE APT 26J
WASHINGTON, IL 61571-3082

SHIRLEY NORDEEN
530 PARKVIEW LN
RICHARDSON, TX 75080-5116

SHIRLEY R COX
1839 S BATTIN ST
WICHITA, KS 67218-4415

SHIRLEY SCHUMACKER
2664 CARMEN ST
PORTAGE, IN 46368-3609

SHIRLEY OLESON
4750 COUNTY ROAD C
VESPER, WI 54489-9649

SHIRLEY RANDOLPH
33 GREEN TRAIL DR
CHATHAM, IL 62629-1563

SHIRLEY SCOTT
7850 SLATER AVE SPC 66
HUNTINGTON BE, CA 92647-6759

SHIRLEY OWENS
250 WALNUT GLENN RD
LINCOLN UNIVE, PA 19352-9328

SHIRLEY REECE
153 S 45TH ST
RICHMOND, IN 47374-6003

SHIRLEY SHIPLEY
16 BLUEBERRY LN
WEXFORD, PA 15090-7545

SHIRLEY P BIERMA
3663 PARK CENTER BLVD APT 12
MINNEAPOLIS, MN 55416-2598

SHIRLEY RICHMOND
1025 SUGAR SANDS BLVD APT 35
SINGER ISLAND, FL 33404-3159

SHIRLEY SHULL
13159 RIDGE RD
IRWIN, PA 15642-2158

SHIRLEY PAFF
24765 MILFORD RD
SOUTH LYON, MI 48178-8942

SHIRLEY ROBERSON
2401 OAKCREST DR
GARLAND, TX 75044-7341

SHIRLEY SINKS
706 OAKLAND ST
GRAND PRAIRIE, TX 75052-6513

SHIRLEY PERRIN
2050 TARPON ST
EUGENE, OR 97401-1944

SHIRLEY ROBINSON
137 11TH STREET CT W
PALMETTO, FL 34221-4017

SHIRLEY STALEY
1816 MYRTLE AVE
ASHTABULA, OH 44004-2756

SHIRLEY PETERSON
45W016 MCDONALD RD
HAMPSHIRE, IL 60140-8501

SHIRLEY RODGERS
545 N CENTRAL PARK AVE
CHICAGO, IL 60624-1237

SHIRLEY STANSELL
21136 OKAY RD
TECUMSEH, OK 74873-6450

SHIRLEY POOLE
7400 MYRTLE GROVE RD
WILMINGTON, NC 28409-4920

SHIRLEY RUBY
8517 SE 17TH AVE APT 222
PORTLAND, OR 97202-7377

SHIRLEY STEININGER
1317 LINCOLN HEIGHTS AVE APT
EPHRATA, PA 17522-1551

SHIRLEY POPLAWSKI
2811 DRYDEN DR
SPRINGFIELD, IL 62711-6202

SHIRLEY RUTH SAULNIER
2 FRANCISCO DR
MIDDLETOWN, RI 02842-4631

SHIRLEY STEPHENS
2313 MAYFIELD RD
IOWA CITY, IA 52245-4815

SHIRLEY SUE MCKENNON
1285 NARROW GAUGE ST
TRENTON, TN 38382-8452

SHIRLEY WILLIS
1403 COLE RD
PORTSMOUTH, VA 23701-3115

SHON LEWIS
2768 LIBERTY LN
MANVEL, ND 58256-9702

SHIRLEY SUE ROGGIO
2 FRIAR TUCK DR
MEDFORD, NJ 08055-8542

SHIRLEY WOEHLER CRISWELL
PO BOX 514
LE MARS, IA 51031-0514

SHONDA LEE
8634 WESTHOPE ST
CHARLOTTE, NC 28216-3690

SHIRLEY TERRY
28 SUNDALE CIR
BRISTOL, VA 24201-2234

SHIRLEY WROBLEWSKI
10747 WESTLAKE ST
TAYLOR, MI 48180-3274

SHONEE MICHELLE WILLIAMS
PO BOX 50893
WASHINGTON, DC 20091-0893

SHIRLEY THEUSCH
W7602 COUNTY ROAD F
CASCADE, WI 53011-1241

SHIRLEY YERINGTON
1502 1ST AVE
MUSCATINE, IA 52761-5307

SHOREWOOD HIGH SCHOOL
SHOREWOOD HIGH SCHOOL
1701 EAST CAPITOL DR
SHOREWOOD, WI 53211

SHIRLEY V RIECK
725 S FIFTH AVE
DES PLAINES, IL 60016-3110

SHIRLEY YOUNG
1691 BULLARD LN
SANTA ANA, CA 92705-8401

SHOREWOOD HIGH SCHOOL
c/o KIM GRADY
1701 EAST CAPITOL DR
SHOREWOOD, WI 53211

SHIRLEY VANCIL
PO BOX 134
FORT MADISON, IA 52627-0134

SHIRLEY YOUNG
2008 19TH ST
EMMETSBURG, IA 50536-2135

SHURA BARY
815 SEA SPRAY LN APT 202
FOSTER CITY, CA 94404-2437

SHIRLEY VELIKO
25 GORMLEY LN
MONROE TOWNSH, NJ 08831-2658

SHIRLEY ZIMRING
23 TOPTON WAY APT 4P
SAINT LOUIS, MO 63105-1663

SHURLA LUNSFORD
2171 CANNOLOT BLVD
PORT CHARLOTT, FL 33948-3324

SHIRLEY WAGNER
1380 KEENAN DR APT 104
INTERNATIONAL, MN 56649-9525

SHIRLEY ZWISSLER
3187 COLLEGE CORNER RD
RICHMOND, IN 47374-4511

SID MOORE
64880 RANGER RD
MONTROSE, CO 81403-7835

SHIRLEY WESKIRCHEN
4732 N 136TH ST
OMAHA, NE 68164-6121

SHIRLIE EWING
2861 HUDSON DR
CUYAHOGA FALL, OH 44221-1973

SID SILVERTHORN
2610 G ST APT 4
SACRAMENTO, CA 95816-3723

SIDNEY [GERALD] LAKES
1578 N SHUTT HILL RD
HUNTINGTON, IN 46750-8104

SIDNEY AARON HIRSCH
13243 WINDBROOKE LN
SAINT LOUIS, MO 63146-2221

SIDNEY C DESFORGES
1801 N ATLANTA ST
METAIRIE, LA 70003-5725

SIDNEY E ANDERSON
15151 WOODSONG DR
MIDDLEFIELD, OH 44062-9021

SIDNEY E CALHOUN
14247 STAHELIN AVE
DETROIT, MI 48223-2989

SIDNEY L CLACK JR
1900 EFFINGHAM ST
PORTSMOUTH, VA 23704-5744

SIDNEY LITTLE JR
3619 MIRAMONTE DR
LIMA, OH 45806-1330

SIDNEY LUNDEEN
4311 SOUNDVIEW LN
CHESTERFIELD, VA 23832-7784

SIDNEY STARK JR
5023 FREW ST APT 1A
PITTSBURGH, PA 15213-3829

SIDNEY TURNER
1113 GARY DR
BALTIMORE, MD 21228-5123

SIDNEY ZEMP JR
PO BOX 455
SAINT MATTHEW, SC 29135-0455

SIEGLINDE WIMMER
15361 SE THORNTON DR
PORTLAND, OR 97267-2553

SILVIO A DILISCIA
219 WALLACE DR
MONROEVILLE, PA 15146-3105

SIMON L MCGEE III
4961 PAULINE DR
NEW ORLEANS, LA 70126-3640

SIR JAMES CHARLES TAYLOR THD
102 CHEROKEE LN
SAN ANTONIO, TX 78232-2902

SKID EDWARDS
13507 RUSSELL ST
WHITTIER, CA 90602-3145

SKIP GIPE
103 LE CLAIRE ST
WARSAW, IL 62379-1524

SKIP WILSON
132 SELWYN PL
GLENMOORE, PA 19343-2671

SMITH [SMITTY] GAUSE
PO BOX 3457
NORTH MYRTLE, SC 29582-0457

SONDRA D GIVLER
6 OVERLOOK DR
QUARRYVILLE, PA 17566-9114

SONDRA HEALD
3550 E CAMP DR
GUTHRIE, OK 73044-9072

SONDRA J LONG
429 TAMMY AVE
AMARILLO, TX 79108-3209

SONDRA JENNINGS
1502 S REECE RD
GODDARD, KS 67052-9484

SONDRA K BOYER
1144 N RICHMOND ST
WICHITA, KS 67203-4614

SONDRA L LAVEY
1001 MCNUTT RD LOT 268
CONWAY, AR 72034-7955

SONIA ALLEN
5211 M 52
WILLIAMSTON, MI 48895-9554

SONIA BANWART
319 E PEARSON ST
EUREKA, IL 61530-1443

SONIA JOSEPH-PAULINE
16 WASHINGTON BLVD
WASHINGTONVIL, NY 10992-1273

SONIA ORAM
33 TIDEWATER WAY
SAVANNAH, GA 31411-2102

SONIA S STOLOFF
46 DRUMLIN RD
WESTPORT, CT 06880-6137

SONIA SCOTT
43 PERSHING AVE
ISELIN, NJ 08830-1427

SONIA SPENCER
403 W COLLEGE CORNER RD
CENTERVILLE, IN 47330-1166

SONIA SUZETTE TROXELL
411 MYRTLE ST
MILTON, PA 17847-2356

SONJA CORLEW
3211 RIDGEWOOD AVE
ASHTABULA, OH 44004-4430

SONJA GERICK
10967 MORTENVIEW DR
TAYLOR, MI 48180-3724

SONJA K CERINI
24064 STEELHEAD DR
CORONA, CA 92883-9391

SONJA KIPP
1535 FURNACE HILL RD
STEVENS, PA 17578-9627

SONJA ORR
4671 POINCIANA DR
PENSACOLA, FL 32526-2034

SONYA DAHLEN
518 4TH ST SE
DEVILS LAKE, ND 58301-3704

SONYA MARIE MARTELLI
624 150TH PL
WHITESTONE, NY 11357-1218

SOPHIA A BROWN
1321 ROOSEVELT BLVD
PORTSMOUTH, VA 23701-3630

SOPHIE TOULON
536 N DEE RD
PARK RIDGE, IL 60068-2821

SOPHVINA ETINGE
3612 BARBADOS DR
AUGUSTA, GA 30909-2602

SORINE [SUNNY] MARKERT
51 PLAINS RD
HONEOYE FALLS, NY 14472-9007

SOUTH CAROLINA SYNOD
c/o DOROTHY JEFFCOAT
1003 RICHLAND STREET
COLUMBIA, SC 29201

SOUTHERN UNIV AT NEW ORLE
SOUTHERN UNIVERSITY AT NEWO
6400 PRESS DR
NEW ORLEANS, LA 70126

SOUTHERN UNIV AT NEW ORLE
c/o GLORIA MOULTRIE
6400 PRESS DR
NEW ORLEANS, LA 70126

SPEIR N RAMSEY MD
1604 FOX HALL RD
SAVANNAH, GA 31406-5006

SPENCER A BROOME JR
1526 MT TORREY RD
LYNDHURST, VA 22952-2304

SPENCER ALLEN SR
819 WILDERNESS WAY
NEWPORT NEWS, VA 23608-1396

SPENCER C MILLER
18731 US HIGHWAY 69 S
TYLER, TX 75703-8247

SPENCER D SUTHERBY
1444 FAIRWAYS E
FLUSHING, MI 48433-2272

SPENCER V PERKINS JR
1113 FORT HAYES DR
SOUTH PRINCE, VA 23805-9122

SR BARBARA EPPICH
2600 LANDER RD
CLEVELAND, OH 44124-4320

SR JEANNE CONLEY RSM
106B TAMPA AVE
ALBANY, NY 12203-2324

STACY CARSON
925 WINTHROP LN
ROCKFORD, IL 61107-3445

STAN SIMMER
2740 14TH AVE NE
NAPLES, FL 34120-5552

SR JOHANNA J ZIELINSKI DW
3418 BURT ST
OMAHA, NE 68131-1942

STACY J DUMKRIEGER
1805 W 6TH ST
STORM LAKE, IA 50588-2810

STANFORD BEARD
1250 WHITWORTH CT
KERNERSVILLE, NC 27284-3762

SR M LEO FRANCIS MONAGHAN OP
149 SCHLEIGEL BLVD
AMITYVILLE, NY 11701-1319

STACY MEARS
105 HOPEWELL CIR
GEORGETOWN, TX 78628-6958

STANFORD FRIEDBERG
4204 TAMARACK LN
MURRYSVILLE, PA 15668-9353

SR PATRICIA M MANNION RSM
426 WHITEHALL RD APT 516
ALBANY, NY 12208-1650

STACY STEELE
6654 S OAKLEY AVE
CHICAGO, IL 60636-2426

STANLEY B MCDONALD SR
1401 FIELD AVE
METAIRIE, LA 70001-3228

SR ROSEMARY BOYD OLM
PO BOX 12410
CHARLESTON, SC 29422-2410

STAN CASPER
17 LA PUNTA
ORINDA, CA 94563-1818

STANLEY BOUDER
408 FLAXEN LN
EPHRATA, PA 17522-8442

ST AGNES ACADEMIC HIGH SCHOOL
ST AGNES ACADEMIC HIGH SCHOO
13-20 124TH ST
COLLEGE POINT, NY 11356-1896

STAN CHRZANOWSKI
2504 SAILORS WAY
NAPLES, FL 34109-7620

STANLEY CLOVER
627 ANDERSON ST
GREENCASTLE, IN 46135-1833

ST AGNES ACADEMIC HIGH SCHOOL
c/o DENISE FETONTE
13-20 124TH ST
COLLEGE POINT, NY 11356-1896

STAN GIVENS
8770 WILLIAMSHIRE EAST DR
INDIANAPOLIS, IN 46260-1785

STANLEY D ALLRED
3224 HOLMES ST
KANSAS CITY, MO 64109-1754

ST STANISLAUS COLLEGE
c/o SUSAN RYAN ESTRADE
304 SOUTH BEACH BOULEVARD
BAY SAINT LOU, MS

STAN J BYERS
5 KINGSRIDGE DR N
COUNCIL BLUFF, IA 51503-8419

STANLEY DRUMM
122 VALENCIA CIR
CENTERVILLE, GA 31028-1338

STACIE L TRUEHEART
7738 TEA TABLE DR
LORTON, VA 22079-4707

STAN RICKS
PO BOX 1840
GRANTS PASS, OR 97528-0156

STANLEY F AYERS
PO BOX 1306
DESERT HOT SP, CA 92240-0941

STANLEY GOLDMAN CPA
101 LARCHWOOD DR
TURTLE CREEK, PA 15145-1125

STANLEY P LARNER
279 ALLIGATOR ALY
ZOLFO SPRINGS, FL 33890-6711

STANLEY YINGER
1056 29TH ST
PORTSMOUTH, OH 45662-2229

STANLEY J HARRIS JR
120 TEDDY LN
PICAYUNE, MS 39466-2190

STANLEY P STRAUSS
1440 BREAKERS WEST BLVD
WEST PALM BEA, FL 33411-1847

STANSA ZITNIK
482 SNAVELY RD
RICHMOND HEIG, OH 44143-2741

STANLEY J JORSZ JR
105 WILLIAMS ST
NORWICH, CT 06360-3439

STANLEY R LAMBARTH
6120 PLEASANT LAKE RD
ANN ARBOR, MI 48103-9631

STANTON W HOLMBERG
16295 38TH PL N
MINNEAPOLIS, MN 55446-1348

STANLEY J RICHMOND
210 ALLANDALE RD APT 1C
CHESTNUT HILL, MA 02467-3284

STANLEY RAY JOHNSON
4863 DAYWALT RD
SEBASTOPOL, CA 95472-6020

Staples Credit Plan
Dept 51-7819109678
PO Box 689020
Des Moines, IA 50368-9020

STANLEY JANKOWSKI JR
135 JOHN ST
SOUTH AMBOY, NJ 08879-1718

STANLEY SHAFER
1404 CHERRY LN
DECATUR, IN 46733-1458

STEARNS W [STEVE] WOOD
765 RIVER HEIGHTS RD
MENOMONIE, WI 54751-3748

STANLEY JOHN JAY
410 OLD SCARBOROUGH LN
GARNER, NC 27529-5173

STANLEY SHAPIRO
28 MARGARETE DR
PITTSGROVE, NJ 08318-3012

STEAVEN SWICKARD
731 AMBER DR
LAKE CHARLES, LA 70611-4622

STANLEY M FARAK
37 NORSEMAN DR
PORTSMOUTH, RI 02871-3201

STANLEY SIESEL
6999 VIALE ELIZABETH
DELRAY BEACH, FL 33446-3742

STELLA HENRY
52 CHURCH RD
MIFFLIN, PA 17058-7027

STANLEY OGBORN
1393 CONCORD POINT LN
RESTON, VA 20194-1307

STANLEY T ESCUDERO
3034 S PENINSULA DR
DAYTONA BEACH, FL 32118-5912

STELLA PAULINE MAIS BROWN
14796 SCOTCH RIDGE RD
CARLISLE, IA 50047-3133

STANLEY P [STAN] STONE
345 E 80TH ST APT 23J
NEW YORK, NY 10075-0689

STANLEY WEINMAN
525 E 72ND ST APT 25H
NEW YORK, NY 10021-9608

STELLA REVEN
PO BOX 958
KINGSLAND, TX 78639-0958

STEPHAN CARFARO
14 MENDHAM AVE
MORRISTOWN, NJ 07960-3618

STEPHANIE REDWINE
534 MARTIN MILL PIKE
ROCKFORD, TN 37853-3508

STEPHEN A CREVISTON
2093 TEST RD
RICHMOND, IN 47374-4951

STEPHANIE [DIANNE] FISHER
215 OLIVE ST APT 1
LEAVENWORTH, KS 66048-2824

STEPHANIE ROBERTS
1707 LINDEN DR APT D
FAIRFIELD, IA 52556-8883

STEPHEN A GARY
142 PINE AVE
WEST BERLIN, NJ 08091-1842

STEPHANIE BOVE
26 ABERCORN CT
JACKSON, NJ 08527-3965

STEPHANIE TAGYE
71 BIRCH LN
PAOLI, PA 19301-1202

STEPHEN A SHAFER
2214 N MAYBERRY ST
MISSION, TX 78572-2933

STEPHANIE COX
2250 LOTTRIDGE RD
COOLVILLE, OH 45723-9332

STEPHANIE WOLF
628 W HORTTER ST
PHILADELPHIA, PA 19119-3649

STEPHEN ANDERSON
PO BOX 1214
STORM LAKE, IA 50588-1214

STEPHANIE DIRNER
6202 E HEARN RD
SCOTTSDALE, AZ 85254-3228

STEPHANIE WRAY
11115 E ONYX CT
SCOTTSDALE, AZ 85259-4858

STEPHEN B CURREY
11453 N COPPERBELLE PL
TUCSON, AZ 85737-1713

STEPHANIE FARENWALD SANDS
632 PROSPECT ST
LANCASTER, PA 17603-5840

STEPHEN [STEVE] LEVY
2152 HARBOUR DR
PALMYRA, NJ 08065-1124

STEPHEN B LUCAS
9 OVERBROOK DR
AIRMONT, NY 10952-4321

STEPHANIE HEINLE
444 3RD ST
INTERNATIONAL, MN 56649-2310

STEPHEN [STEVE] VESSELS
10950 BROAD RUN RD
LOUISVILLE, KY 40299-5422

STEPHEN BISHOP
2609 EISENHOWER AVE
AMES, IA 50010-4411

STEPHANIE MILLER
50 POPHAM RD APT 6F
SCARSDALE, NY 10583-4259

STEPHEN [STEVE] WRIGHT
101 S BLOOMINGTON ST
GREENCASTLE, IN 46135-1730

STEPHEN BRYANT
2383 HARMONYVILLE RD
ELVERSON, PA 19520-8975

STEPHANIE ORTH
7 W BRANCH LN
WEST CHESTER, PA 19382-8350

STEPHEN A COYCAULT SR
4315 MAIDENHEAD DR
PASADENA, TX 77504-5021

STEPHEN C TAUNTON
1413 N LOMALAI LN
FLAGSTAFF, AZ 86001-1421

STEPHEN CAPISTA
130 RIVOLI OAKS CIR
MACON, GA 31210-1597

STEPHEN G ARBEELY
10 CAROL CT
BREWSTER, NY 10509-4401

STEPHEN J RICCI
100 BRACKETT RD
NEWTON, MA 02458-2614

STEPHEN CARL BRAND
145 TATUM LN
EUGENE, OR 97404-3148

STEPHEN G BAKER
3 HICKEY DR
FRAMINGHAM, MA 01701-8812

STEPHEN J SKAPURA
26885 MALLARD AVE
EUCLID, OH 44132-1512

STEPHEN COLAMONICO
339 CINDY ST
OLD BRIDGE, NJ 08857-1852

STEPHEN GOULD
99 HARRIS RD
PRINCETON JUN, NJ 08550-1303

STEPHEN J TONRA JR
PO BOX 1024
REDDING CENTE, CT 06875-1024

STEPHEN COOPER
PO BOX 72815
FAIRBANKS, AK 99707-2815

STEPHEN H WEBER
231 GEORGETOWNE CT
ROYERSFORD, PA 19468-3128

STEPHEN KAYE
6715 ASPEN TRACE CT
ANNANDALE, VA 22003-3570

STEPHEN EMIL ARCHEY
6793 COOKSEY RD
ADKINS, TX 78101-2245

STEPHEN HANDLEY
PO BOX 630
GRANTHAM, NH 03753-0630

STEPHEN L OSTRUM
PO BOX 484
DEPEW, OK 74028-0484

STEPHEN ENGBERS
11408 E AMHERST CIR S
AURORA, CO 80014-3047

STEPHEN HILLMAN
6320 N 48TH ST
OMAHA, NE 68104-1362

STEPHEN L PRICE
5909 HERSHOLT AVE
LAKEWOOD, CA 90712-1341

STEPHEN ENGLER
1941 MONO DR
MARTINEZ, CA 94553-4915

STEPHEN HOCH
22953 N RANCH VIEW DR
RATHDRUM, ID 83858-7371

STEPHEN L SMITH
2546 STATE ROUTE 218
GALLIPOLIS, OH 45631-8344

STEPHEN F CONDIRACCI
1 IDA ST
SAYREVILLE, NJ 08872-1157

STEPHEN HORATH
2317 PARKROSE AVE
CREST HILL, IL 60403-1809

STEPHEN LIBBY
605 SOUTHDALE WAY
WOODSIDE, CA 94062-4146

STEPHEN FERRIS
7 WELLINGTON AVE
NEWPORT, RI 02840-3927

STEPHEN J KRAJEWSKI, JR
18 UNCAS AVE
QUAKER HILL, CT 06375-1543

STEPHEN M [PETE] BAER DDS
106 PAINT BRUSH CIR
LUFKIN, TX 75904-5343

STEPHEN M [STEVE] KREIDLER
5410 MATTHEW CT
SARASOTA, FL 34231-6354

STEPHEN P PALISIN
21501 HALWORTH RD
SHAKER HEIGHT, OH 44122-3948

STEPHEN S BARNEY
15024 EMORY LN
ROCKVILLE, MD 20853-1652

STEPHEN M FAUST
201 DUKES ST
SAINT GEORGE, SC 29477-2011

STEPHEN PARIS
43 PASO NOGAL CT
PLEASANT HILL, CA 94523-1700

STEPHEN S TALIANCICH
254 AUDUBON BLVD
NEW ORLEANS, LA 70125-4125

STEPHEN M YAS
1889 MAPLE AVE UNIT W5
EVANSTON, IL 60201-3169

STEPHEN PERSEPONKO
1212 NW 19TH ST
RICHMOND, IN 47374-1453

STEPHEN SALTZBURG
1646 21ST ST NW
WASHINGTON, DC 20009-1003

STEPHEN MACANGA
919 CAMARO RUN DR
WEST CHESTER, PA 19380-4281

STEPHEN PETER
8435 PARDEE RD
TAYLOR, MI 48180-2780

STEPHEN SAMUELS
14 COLGATE RD
WELLESLEY, MA 02482-7406

STEPHEN MARLOW
417 47TH ST
WEST DES MOIN, IA 50265-7100

STEPHEN PHIPPS
4688 BEAVER PIKE
BEAVER, OH 45613-9497

STEPHEN STACY
3619 SHANTUNG CT
CHINO HILLS, CA 91709-2824

STEPHEN NICKEY
121 N BIDDLE ST
MARIETTA, PA 17547-1201

STEPHEN R LEOPOLD
PO BOX 14125
MILWAUKEE, WI 53214-0125

STEPHEN T BOWERS
12 BROOKSIDE AVE
WYNANTSKILL, NY 12198-7518

STEPHEN NISHINO
3112 STEARNS HILL RD
WALTHAM, MA 02451-7114

STEPHEN R PRESS
11202 WAKEFIELD AVE
GARDEN GROVE, CA 92840-1417

STEPHEN THOMPSON
1524 DECANTER DR
NEW BRAUNFELS, TX 78132-2693

STEPHEN ODELL SMOAK
1063 SHILLINGS BRIDGE RD
ORANGEBURG, SC 29115-9796

STEPHEN R SENIE
80 E END AVE APT 19B
NEW YORK, NY 10028-8016

STEPHEN TILY
60 OYSTER CUT
VERO BEACH, FL 32963-3723

STEPHEN P HELWIG
370 LONG COVE DR
HILTON HEAD I, SC 29928-6143

STEPHEN RICHARD SCHUTTER
4710 REDSTART ST
HOUSTON, TX 77035-4908

STEPHNIE L SMITH
725 PHILLIPS DR
DUMAS, TX 79029-5325

STEVE [WHITEHAWK] BISSELL
9614 DISCOVERY RISE
CONVERSE, TX 78109-1931

STEVE CALIGIURI
3305 EP TRUE PKWY UNIT 1603
WEST DES MOIN, IA 50265-7677

STEVE GARDNER
1030 AVENUE D ST
GREENCASTLE, IN 46135-1838

STEVE A MULLINIX
380 CREST HILL AVE
VANDALIA, OH 45377-1556

STEVE COLEMAN
960 42ND ST
WEST DES MOIN, IA 50265-3025

STEVE GREEN
1968 FAIRHAVEN DR
CEDARBURG, WI 53012-9156

STEVE ANDERECK
1411 JEFFERSON AVE
SHEBOYGAN, WI 53081-4344

STEVE COOK
937 MCKINLEY AVE
LOUISVILLE, KY 40217-2021

STEVE GREGG
2741 GALLOWS RD APT 103
VIENNA, VA 22180-7138

STEVE BENNETT
1660 200TH ST
WEST CHESTER, IA 52359-9757

STEVE DECKER
5937 THOMPSON CREEK RD
APPLEGATE, OR 97530-9638

STEVE HAYS
4127 OVERBROOK DR
BRECKSVILLE, OH 44141-1845

STEVE BERG
201 KNOELKE DR
PORTER, IN 46304-1221

STEVE DENNIS
PO BOX 645
ELGIN, OK 73538-0645

STEVE HAYSLETT
1150 KYLE DR NE
IOWA CITY, IA 52240-9608

STEVE BIBB
5763 S KILLARNEY WAY
CENTENNIAL, CO 80015-3607

STEVE DODSON
1267 SE BLUESTEM RD
EL DORADO, KS 67042-8823

STEVE HENSLEY
PO BOX 484
KALIDA, OH 45853-0484

STEVE BORGMAN
2103 ADDISON RD
HOUSTON, TX 77030-1221

STEVE E DIMICK
8306 E LAKELAND CIR
WICHITA, KS 67207-5120

STEVE HODGES
384 BARTLETT LN
GRANTS PASS, OR 97527-9602

STEVE BRUMLEY
315 MARGARET AVE
GAFFNEY, SC 29341-4854

STEVE EHLERS
2526 SW 27TH AVE
CAPE CORAL, FL 33914-3833

STEVE HUGHES
5 FRENSHAM LN
BELLA VISTA, AR 72715-6900

STEVE C WILLIAMS
829 NW B ST
RICHMOND, IN 47374-4061

STEVE FRITZ
4896 W GILES RD
MUSKEGON, MI 49445-9694

STEVE J GHENT III
253 CRAIG MANOR RD RM 217
LANCASTER, SC 29720-6531

STEVE J RAY
213 RECLINATA CIR
VENICE, FL 34292-5402

STEVE MORTIMORE
1650 WILLIAMS ST NW
SWISHER, IA 52338-9429

STEVE SAMUELS
202 CLEVELAND DR
CROTON ON HUD, NY 10520-2415

STEVE JOHN COVELL
885 GORDONS LN
COLDWATER, MI 49036-8292

STEVE NICHOLSON
9279 SCHRODER RD
VERSAILLES, OH 45380-9523

STEVE SANTORO
402 BUTTERCUP LN
PLEASANT HILL, CA 94523-1631

STEVE L MEADOWS
149 RIVERSIDE DR
CAPE CANAVERA, FL 32920

STEVE NOBLE
6408 LAKESIDE
FLOWER MOUND, TX 75022-5834

STEVE SCHARETG
22702 BALTAR
MISSION VIEJO, CA 92691-1705

STEVE L TOWNER
3272 N KABA RD
GOLDEN VALLEY, AZ 86413-8908

STEVE ONGERT
625 WATERSTONE DR
NORTON SHORES, MI 49441-6504

STEVE SCHNEIDER
8685 B DR N
BATTLE CREEK, MI 49014-7516

STEVE M MILLER
6763 DELONG LANDING CIR
ANCHORAGE, AK 99502-1984

STEVE PARNELL
5318 OLD HIGHWAY 87
ORANGE, TX 77632-0636

STEVE SMITS
30175 NE SMITS LN
NEWBERG, OR 97132-6460

STEVE MAULDIN
52643 CENTER DR
LA PINE, OR 97739-8908

STEVE REYES
9292 BLACKOAKS CT N
MAPLE GROVE, MN 55311-1576

STEVE SPINA
101 LUCIA CT
SAN BRUNO, CA 94066-4725

STEVE MEYER
518 FAIRVIEW DR
PLYMOUTH, WI 53073-1305

STEVE RIEBHOFF
1308 HIGHWAY 18 E
ALGONA, IA 50511-1110

STEVE TERZINI
2305 VI POST RD
RICHMOND, IN 47374-9498

STEVE MORAN
14337 LA FORGE ST
WHITTIER, CA 90603-1852

STEVE ROEDER
6641 BELLFONTAINE RD
HARROD, OH 45850-9717

STEVE WELLS
70 BUCKBOARD DR
WILLIFORD, AR 72482-7025

STEVE MORELLO
1615 BELMONT AVE APT 212
SEATTLE, WA 98122-2327

STEVE ROGGOW
780 DONNELLY DR
MARION, IA 52302-2746

STEVE WHISENAND
8316 W POCAHONTAS AVE
TAMPA, FL 33615-2821

STEVE WOOLF
130 EDGAR RD
SAINT LOUIS, MO 63119-3228

STEVEN [STEVE] PRIBYL
613 BOULEVARD RD
KEOKUK, IA 52632-2443

STEVEN A BARRON
1114 USHER ST
BENBROOK, TX 76126-3512

STEVEN A DEBELLA
9247 KOKANEE RD
VERNON, BC V1H 1K4

STEVEN A KAMMEYER
20802 WOODBURN RD
WOODBURN, IN 46797-9567

STEVEN A SEILER
4420 GLENDALE ST
METAIRIE, LA 70006-2851

STEVEN A WRUCK
1115 COUNTY ROAD 4
SAINT CLOUD, MN 56303-0229

STEVEN BAUMAN
7632 SADDLE DR
MANHATTAN, KS 66503-9771

STEVEN BAUSERMAN MD
16910 HAMILTON POOL RD UNIT
AUSTIN, TX 78738-7204

STEVEN BERGIN MD
617 LINWOOD AVE
STEVENS POINT, WI 54481-4428

STEVEN BORDEN
2 TWIN PONDS CT
NEW FAIRFIELD, CT 06812-3129

STEVEN BRAUN
2107 SPENCER RD
SILVER SPRING, MD 20910-5016

STEVEN C [STEVE] LUMLEY
17455 COUNTY ROAD 44
SOUTH HAVEN, MN 55382-2637

STEVEN C BOLYARD
17522 ROTH RD
SPENCERVILLE, IN 46788-9600

STEVEN C PUGH
11750 3 1/2 MILE RD
BATTLE CREEK, MI 49015-9322

STEVEN CAMPBELL
761 BROWNVILLE RD
ROME, OH 44085-9740

STEVEN CLARK
346 E HIGH POINT RD
PEORIA, IL 61614-3039

STEVEN CUDEN
40 TIMBERLINE CT
PITTSBURGH, PA 15217-3043

STEVEN D MEARS
1185 W MOUNTAIN VIEW RD APT
JOHNSON CITY, TN 37604-2532

STEVEN D POPELL
14244 AMHERST CT
LOS ALTOS HIL, CA 94022-1829

STEVEN DOORLAG
1507 LAKEVIEW DR
PORTAGE, MI 49002-6971

STEVEN DUISTERHOF
309 W RIDGE CIR
KALAMAZOO, MI 49009-9108

STEVEN E BENNETT
1272 COUNTY ROAD 45
WATERLOO, IN 46793-9717

STEVEN F GIATROUDAKIS
412 DOWNING CIR
DAVENPORT, FL 33897-8592

STEVEN FROST
825 MOULTON AVE
NORTH MUSKEGO, MI 49445-2919

STEVEN G BRODY
4 MESERVE RD
DURHAM, NH 03824-2908

STEVEN G FRIEDMAN
2000 L ST NW STE 675
WASHINGTON, DC 20036-4900

STEVEN G PAYNE
624 E 2ND ST
RIALTO, CA 92376-6011

STEVEN KLEBANOFF
8 LONGLEDGE DR
RYE BROOK, NY 10573-1946

STEVEN P LINDENBERG
321 W BRUBAKER VALLEY RD
LITITZ, PA 17543-9533

STEVEN G VARANKO
874 GLADE CREEK SCHOOL RD
ENNICE, NC 28623-9204

STEVEN KULLMER
1102 IOWA ST
DYSART, IA 52224-9526

STEVEN PEARCE
111 BUCHANAN DR
YORK, PA 17402-4802

STEVEN GAAL
660 ASHLAND AVE
FOLCROFT, PA 19032-1404

STEVEN L RIECK
1006 PRANGE DR
FORT WAYNE, IN 46807-2515

STEVEN RICHARD LESSENS MD
110 S MICHIGAN AVE
SHELBY, MI 49455-1202

STEVEN GROSSMANN
2454 FRANCISCO ST
SAN FRANCISCO, CA 94123-1815

STEVEN L WALTERS
25220 PINTO DR
HOLLYWOOD, MD 20636-2664

STEVEN ROACH
1105 KENSINGTON AVE
GROSSE POINTE, MI 48230-1404

STEVEN HARTNESS
PO BOX 716
CAPITOLA, CA 95010-0716

STEVEN LAUGHLIN
110 GLENN DR
IOWA CITY, IA 52245-4806

STEVEN ROBAK
5820 9TH ST SE
SAINT CLOUD, MN 56304-9435

STEVEN HAYES BARNHILL
16 BARTON RD
TRENTON, SC 29847-2338

STEVEN LINDBERG
1907 TOWN ROAD 274
INTERNATIONAL, MN 56649-8761

STEVEN ROEGLIN
271 ALTA DR
STUARTS DRAFT, VA 24477-3209

STEVEN HEMSOTH
3720 FORESTHILL AVE
FORT WAYNE, IN 46805-1302

STEVEN M [STEVE] KNECHT
720 RACHELS TRL
HERMITAGE, TN 37076-2222

STEVEN ROTH SR
2196 MERRILL AVE
BULLHEAD CITY, AZ 86442-8356

STEVEN INGRAM
104 N WRIGHT AVE
EAGLE GROVE, IA 50533-1829

STEVEN M BERNSON
16060 VENTURA BLVD STE 110-2
ENCINO, CA 91436-2761

STEVEN SANDOR
6904 STATE ROUTE 22 STE 1
GREENSBURG, PA 15601-8875

STEVEN K FUSCHETTI
840 MILLER ST
PALMYRA, PA 17078-3056

STEVEN OTTMANN
1146 COUNTY ROAD F
DORCHESTER, NE 68343-2294

STEVEN SEGAL
2601 S MCKENZIE ST STE 204
FOLEY, AL 36535-3455

STEVEN SEXTON
8216 NORTHRIDGE DR E
OMAHA, NE 68112-2144

STEWART A DAVIS
1657 GOLDEN RIDGE DR
THE VILLAGES, FL 32162-6766

STUART B SIMMONS
65 EISENHOWER DR
SHARON, MA 02067-2436

STEVEN SHELDON
2712 TORREY AVE
ANN ARBOR, MI 48108-1343

STEWART GALLARDO
6919 DIANNA DR
CINCINNATI, OH 45239-4305

STUART BUSCH
315 W 23RD ST
NEW YORK, NY 10011-2247

STEVEN SIEGELSKI
275 GREEN ST APT 5H7
BEVERLY, NJ 08010-2408

STEWART HUDSON
2545 FRANCISCAN ST NE
CANTON, OH 44705-2915

STUART E MASON
2910 NOTTINGHAM DR
DENTON, TX 76209-1370

STEVEN SIRI
4671 CRIMSON CT
SANTA MARIA, CA 93455-4184

STEWART J MENKING
2217 LONG RIDGE RD
STAMFORD, CT 06903-2104

STUART E SINOFF MD
2087 LONG BOW LN
CLEARWATER, FL 33764-6407

STEVEN SOLO
PO BOX 413
INTERNATIONAL, MN 56649-0413

STORM LAKE HIGH SCHOOL
STORM LAKE SCHOOL DISTRICT F
621 TORNADO DRIVE
STORM LAKE, IA 50588-2277

STUART G SIEGAL
930 MONTGOMERY AVE APT 504
BRYN MAWR, PA 19010-3041

STEVEN W WALDROP
4100 CENTRAL PIKE APT 415
HERMITAGE, TN 37076-3250

STORM LAKE HIGH SCHOOL
c/o PAT FISHER
621 TORNADO DRIVE
STORM LAKE, IA 50588-2277

STUART GLENN GOODMAN
4524 RANGEVIEW DR
BILLINGS, MT 59106-4723

STEVEN WILSON
4625 FREIERMUTH RD
STOCKBRIDGE, MI 49285-9508

STOW-MUNROE FALLS HIGH SCHOOL
3227 GRAHAM RD
STOW, OH 44224-3600

STUART J GORDON
701 FALLSGROVE DR APT 411
ROCKVILLE, MD 20850-8710

STEVEN ZICHTERMAN
3825 N 6TH ST
KALAMAZOO, MI 49009-8515

STUART A KESSLER
101 FERNCLIFF DR
WEST HARTFORD, CT 06117-1015

STUART J SPIVAK
8160 E BUTHERUS DR STE 5
SCOTTSDALE, AZ 85260-2523

STEVIE HUFF SR
102 WHITEHALL RD
NORTH AUGUSTA, SC 29841-8737

STUART A STEINMARK
1202 CRESTWAY CT
FORT COLLINS, CO 80526-3036

STUART KIMBALL
400 MELANIE WAY
MAITLAND, FL 32751-3149

STUART KIRSCHENBAUM
27080 WELLINGTON RD
FRANKLIN, MI 48025-1328

SUE ANN HICKS
3 COUNTRY CLUB DR
CANYON, TX 79015-2125

SUE E POLAK
7328 E 31ST ST N
WICHITA, KS 67226-2214

STUART L BRODER
2331 MALCOLM AVE
LOS ANGELES, CA 90064-2205

SUE ANN PEDERSEN
9502 LENOX LN
VILLAGE OF LA, IL 60014-3337

SUE ELLEN FREDERICK
49127 N 5TH AVE
PHOENIX, AZ 85087-8047

STUART M BAUMANN
601 W MINNEHAHA PKWY
MINNEAPOLIS, MN 55419-1232

SUE BACKES
402 PLANCEER PL
PEACHTREE CTY, GA 30269-2268

SUE ELLEN NELSEN
654 OVERLAND TRL
GRAFTON, WI 53024-1100

STUART SCHULTZ
2465 URBAN ST
LAKEWOOD, CO 80215-1128

SUE BETZ
320 ROYAL DR
GULF SHORES, AL 36542-2740

SUE ETTER
290 FILER AVE W TRLR 19
TWIN FALLS, ID 83301-4670

STUART SCHWALM
3162 PUTNAM AVE
HURRICANE, WV 25526-1315

SUE BREWSTER
54 OX BOW RD
WESTON, MA 02493-2718

SUE GIBSON
10022 SHADOW CREST DR
WOODWAY, TX 76712-3123

SUE A UNGER-MERISALO
903 WHITETAIL ST APT 6
RICE LAKE, WI 54868-2069

SUE CLARITY
1832 1ST AVE
INTERNATIONAL, MN 56649-3436

SUE GIBSON
4375 BERKELEY LN
IOWA CITY, IA 52245-9221

SUE ANN BEATY
378 SUNRISE CIR
COSTA MESA, CA 92627-5401

SUE DILLARD
701 N COUNCIL RD APT 205
OKLAHOMA CITY, OK 73127-4932

SUE HANEY
7366 BEACON HILL DR
PITTSBURGH, PA 15221-2569

SUE ANN DALBEY
8258 HATTERAS RD
ORLANDO, FL 32822-7112

SUE DOULOS
25 SHERWOOD RD
HAMPTON BAYS, NY 11946-3612

SUE HARWOOD
301 MOOSE BRANCH RD APT D5
ROBBINSVILLE, NC 28771-9413

SUE ANN FRAZIER
210 W WASHINGTON ST
GREENCASTLE, IN 46135-1555

SUE DURKEE
5872 E MONROE RD
TECUMSEH, MI 49286-9400

SUE HORVATH
4504 W HAVERILL DR
SAINT JOSEPH, MO 64506-1245

SUE HOWARD
2905 EAGLE HILLS CIR
PAPILLION, NE 68133-3371

SUE LE MAY
7570 E SPEEDWAY BLVD UNIT 42
TUCSON, AZ 85710-8820

SUE RABY UHDE
1460 PIONEER CIR
WATKINSVILLE, GA 30677-2909

SUE HUNT
3101 E HANTHORN RD
LIMA, OH 45804-4242

SUE LEWIS
358 WELCHWOOD DR
CLARKSVILLE, TN 37040-6739

SUE REX
28352 250TH ST
BONAPARTE, IA 52620-8068

SUE HUNTER
5925 STATE LINE RD
KANSAS CITY, MO 64113-1322

SUE LUCKEY
70201 AURORA RD SPC 233
DESERT HOT SP, CA 92241-8316

SUE RIVENBARK
3000 EVERGREEN RD
PROVIDENCE FO, VA 23140

SUE JANSSEN
12635 TOUCHDOWN DR
FISHERS, IN 46037-9531

SUE MCDANIEL
6416 CORBLY RD APT 218
CINCINNATI, OH 45230-2464

SUE ROSS
4646 ZMIKLY RD
PELLSTON, MI 49769-9001

SUE KING
9 HEMLOCK DR
WHITE SULPHUR, WV 24986-2327

SUE MORRISON
529 PEARL ST
MEDFORD, OR 97504-6831

SUE S ALTHOUSE
1107 WINTERS LN
GLADWYNE, PA 19035-1339

SUE KLEMEYER
3301 ELDERBERRY LN
SPRINGFIELD, IL 62711-8289

SUE N RUSH
41201 N US HIGHWAY 287
MASTERSON, TX 79058-2603

SUE S GRESS
94 HERITAGE HILL RD APT A
NEW CANAAN, CT 06840-4620

SUE KOEHLER
11432 BALFOUR DR
FENTON, MI 48430-9060

SUE NORDQUIST
130 RIVERVIEW BLVD
INTERNATIONAL, MN 56649-2106

SUE SHERLE
2610 REMINGTON WAY
CLARKSTON, WA 99403-2245

SUE L FRYMARK
3720 NE 109TH AVE
PORTLAND, OR 97220-2607

SUE OSBORN
2312 WALNUT LN
RICHMOND, IN 47374-5059

SUE TELL
3625 SINTON PL
KETTERING, OH 45429-4413

SUE LANGENBERG
29 E JEFFERSON ST
FREEPORT, IL 61032-6521

SUE QUINN
303 CALLE DESCANSO
SAN CLEMENTE, CA 92673-3005

SUE UTTER
2961 W CORTE MADELENA
TUCSON, AZ 85741-2987

SUE VASHOLZ-JENSEN
3132 TUCKER ST
OMAHA, NE 68112-1746

SUE WELLS
40 WHITE OAK PL
IOWA CITY, IA 52245-1591

SUE WHITMAN
2863 HOUSELS RUN RD
MILTON, PA 17847-9015

SUE WINFORD
404 N 17TH ST
LAMESA, TX 79331-3238

SUEANNE GRAY
13103 GERMANY RD
FENTON, MI 48430-9552

SUELLA BARTO
1475 AMHERST CT
MECHANICSBURG, PA 17050-8349

SUELLEN [SUE] HARRIS
30 NORFIELD WOODS RD
WESTON, CT 06883-2230

SUELLYN STOTTS
39 W STAFFORD AVE
WORTHINGTON, OH 43085-3567

SUNNIE OHL
202 TEN MILE CREEK RD
EAST PEORIA, IL 61611-9224

SUSAN [DEDE] JOHNSTON
2206 DELAWARE AVE
WILMINGTON, DE 19806-2212

SUSAN [SUE] HILTON
1432 DEVINNEY RD
YORK, SC 29745-2119

SUSAN [SUE] KING
3760 CHARLIE LN
DOUGLASVILLE, GA 30135-4312

SUSAN A LEMAIRE
330 2ND AVE S APT 17
KIRKLAND, WA 98033-6649

SUSAN A MCQUEEN
6 JEAN DR
LITTLE FALLS, NJ 07424-2438

SUSAN A SCHULDT
120 FAIRWAY LN
CAPE CARTERET, NC 28584-9703

SUSAN A THOMPSON
2198 SE LINDEN LN
GRANTS PASS, OR 97527-5243

SUSAN A WILLIAMS
18 OAKDALE BLVD
YARDLEY, PA 19067-3413

SUSAN ADAMS
127 ROSEMARY ST
PORT CHARLOTT, FL 33954-2467

SUSAN ADLEMAN
18 SANDBURG CT
MAHWAH, NJ 07430-3167

SUSAN ALTHERR-WILSON
88 ARLINGTON AVE
LONDON, OH 43140-1030

SUSAN ARNOLD
226 MEANDERING DR
LEBANON, TN 37090-1556

SUSAN BALDWIN
103 HEDGE ROW LN
CARLISLE, PA 17015-4329

SUSAN BARKER
7910 KELLNER RD
WISCONSIN RAP, WI 54494-7124

SUSAN BEAL
5532 S SHORE DR APT 14D
CHICAGO, IL 60637-1990

SUSAN BISHOP
280 NW 132ND ST
NORTH MIAMI, FL 33168-3825

SUSAN BLOOMENSTEIN
32 SUTTON PL
ENGLEWOOD, NJ 07631-3643

SUSAN BONDER
7676 SPRINGWATER PL APT 201
BOYNTON BEACH, FL 33437-5483

SUSAN BOSELIE
104 N FAIRWAY DR
KATHLEEN, GA 31047-2040

SUSAN CASSON
5201 E CICERO ST APT D
MESA, AZ 85205-7361

SUSAN CORAN
505 E HURON ST APT 802
ANN ARBOR, MI 48104-1553

SUSAN BRAATEN
3001 COUNTY ROAD 127
INTERNATIONAL, MN 56649-8724

SUSAN CHASE
2330 TURNBERRY DR
OVIEDO, FL 32765-5851

SUSAN CORNETT
2233 EGAN RD
BIG STONE GAP, VA 24219-4233

SUSAN BRENNEMAN
PO BOX 524
IOWA CITY, IA 52244-0524

SUSAN CIATTO
10 ROGERS LN
SMITHTOWN, NY 11787-2414

SUSAN CORRENTE
74 CENTRAL PARK RD
PLAINVIEW, NY 11803-2012

SUSAN BUCKLEY
919 170TH PL SE
BELLEVUE, WA 98008-5237

SUSAN COCKERILL
2557 DONNA DR
WILLIAMSTON, MI 48895-9115

SUSAN COX
3 PEMBROKE RD
LOUISVILLE, KY 40220-1259

SUSAN C DAVIS
3004 CORNELL CT
NEWTOWN SQUAR, PA 19073-1059

SUSAN COFFMAN
6032 COCKTAIL DR
LAS VEGAS, NV 89130-7099

SUSAN CRONIN
393 PRIMROSE DR
UPPER GWYNEDD, PA 19446-7604

SUSAN C RUSSELL
12002 S ONEIDA ST
PHOENIX, AZ 85044-3115

SUSAN COMTE
25 YORK DR
NEW CITY, NY 10956-5836

SUSAN CURTIS
800 CRESTON AVE
DES MOINES, IA 50315-2353

Susan C. Czap
3802 Habana St
New Port Richey, FL 34652-6119

SUSAN COOK
3069 LYNDALE CT
EDGEWOOD, KY 41017-2322

SUSAN D KIELY
1133 14TH ST UNIT 2400
DENVER, CO 80202-2248

SUSAN CARR
1320 BUNKER HILL RD
MCKEESPORT, PA 15135-2104

SUSAN COOPER
45 COYOTE CT
NORTH LIBERTY, IA 52317-9261

SUSAN DAVIS
15822 DREXEL CIR
OMAHA, NE 68135-2360

SUSAN CARYL
1648 SUFFOLK DR
CLEARWATER, FL 33756-1838

SUSAN COPPELMAN
39 BELLE OF THE WEST RD
YARMOUTH PORT, MA 02675-1205

SUSAN DEE PRIM
304 SOUTHWOOD DR
MOCKSVILLE, NC 27028-4338

SUSAN DEMMET
211 E 35TH ST
NEW YORK, NY 10016-4280

SUSAN EDDY
1133 VIRGINIA ST
WATERLOO, IA 50703-1732

SUSAN FRAIK
905 RIVERSIDE DR
INTL FALLS, MN 56649-2244

SUSAN DENNISTON
7383 CLUSTER HOUSE WAY
GAINESVILLE, VA 20155-3403

SUSAN ELIZABETH WESTCOTT
1030 LOMA AVE APT 103
LONG BEACH, CA 90804-8809

SUSAN FRAZIER
5385 COULTER LN
OXFORD, OH 45056-1434

SUSAN DIANE STICKLEY
6810 BROWNS QUARRY RD
SABILLASVILLE, MD 21780-9405

SUSAN ELKIN
408 COBUN CREEK RD
MORGANTOWN, WV 26508-3832

SUSAN G ATLAS
PO BOX 129
PEMBINE, WI 54156-0129

SUSAN DICKERSON
1608 PRO DR
LIMA, OH 45805-4039

SUSAN ERISMAN
PO BOX 158
SAINT JOHNSBU, VT 05819-0158

SUSAN G BETSWORTH
15 CENTRAL AVE NW
LE MARS, IA 51031-3517

SUSAN DOCKTER
1945 MIDDLE BELLVILLE RD
MANSFIELD, OH 44904-1656

SUSAN FARZIN
2420 DONNA DR
COLUMBUS, OH 43220-4783

SUSAN GAY
1060 BROADMOOR RD
BRYN MAWR, PA 19010-1934

SUSAN DORN
6 MISTY HOLLOW CT
SAINT CHARLES, MO 63303-5085

SUSAN FENNER
4322 SENDERO DR
AUSTIN, TX 78735-6322

SUSAN GEISINGER
1405 W MILWAUKEE AVE
STORM LAKE, IA 50588-2905

SUSAN E HARRIS
180 E PEBBLE TRL
CASA GRANDE, AZ 85122-6229

SUSAN FLEEGE
PO BOX 273
FOLEY, MN 56329-0273

SUSAN GIPSON
7053 LAKE WILLOW DR
NEW ORLEANS, LA 70126-3107

SUSAN E MULLEN RN
9235 EILE DAHL RD
KEMPTON, PA 19529-9124

SUSAN FLOYD
11380 COVE CREEK CT
TAYLOR, MI 48180-7545

SUSAN GOETTEL
3008 HENDERSON AVE SE
CEDAR RAPIDS, IA 52403-3633

SUSAN E NOAH
1302 RIVER OAKS DR
FLOWER MOUND, TX 75028-1345

SUSAN FORTGANG
2500 HICKORY HILLS RD
ACCOKEEK, MD 20607-9401

SUSAN GOODMAN
9608 RED BUD TREE LN
SAINT LOUIS, MO 63122-6551

SUSAN GORDON
656 N KIRK ST
WEST LAFAYETT, OH 43845-1077

SUSAN GREINER
4809 ROCKY SHOALS CIR
EVANS, GA 30809-7042

SUSAN GUZE
815 LIMPET DR
SANIBEL, FL 33957-3805

SUSAN H LITEHISER
2625-2 HILL AVE APT 9
SUPERIOR, WI 54880-5275

SUSAN HAAS
24015 E SILSBY RD
BEACHWOOD, OH 44122-1275

SUSAN HAGGERTY
35 CAWFIELD LN
MELVILLE, NY 11747-1602

SUSAN HARE
2234 CHANDLER LN
SCHWENKSVILLE, PA 19473-2418

SUSAN HARRIS
732 GUNDERSON AVE
OAK PARK, IL 60304-1424

SUSAN HART
28451 ORTEGA HWY
SAN JUAN CAPI, CA 92675-2016

SUSAN HICKS
195 MESCAL LOOP
LAKE HAVASU C, AZ 86403-5829

SUSAN HILARY CHAMBERS
4447 BALBOA DR
SUGAR LAND, TX 77479-2130

SUSAN HILPERT
26 TWIN PINES RD
HILTON HEAD, SC 29928-2911

SUSAN HOBBS
318 W WAVERLY CT
ARLINGTON HEI, IL 60004-2522

SUSAN HOLMGREN
152 LOVEJOY AVE
WATERLOO, IA 50701-4126

SUSAN HUDSON
6609 ARROYO DEL OSO AVE NE
ALBUQUERQUE, NM 87109-2733

SUSAN HUGEL
7913 STEVEN FRANKLIN DR
BARTLETT, TN 38133-2062

SUSAN I TAYLER
24582 ROSEMONT DR
SOUTH LYON, MI 48178-8021

SUSAN J ACCORSI
2312 PINEWOOD BLVD
SEBRING, FL 33870-1882

SUSAN J BAUERMEISTER
3526 COUNTY ROAD 35
AUBURN, IN 46706-9432

SUSAN J DIBLASSIO-KNIGHT
512 W BLOOMING GLEN DR
PERKASIE, PA 18944-1501

SUSAN J PALISIN
233 4TH AVE
BEREA, OH 44017-1223

SUSAN J SCHWEGEL
S66W12549 SOMERSET DR
MUSKEGO, WI 53150-3039

SUSAN JACKSON
38027 W 231ST ST S
BRISTOW, OK 74010-8737

SUSAN JACOBS
3178 ARBOR LN
HOLLYWOOD, FL 33021-8412

SUSAN JOHNSON
2431 FOX RUN RD
DAYTON, OH 45459-3563

SUSAN JORDAN
1242 W BOHLAND ST
AVON PARK, FL 33825-3552

SUSAN JUFFE
725 S AIKEN AVE
PITTSBURGH, PA 15232-1408

SUSAN K CHAPMAN
11440 R ST
OMAHA, NE 68137-3634

SUSAN KLEINSCHMIDT
565 MARIGOLD DR
FRANKLIN, TN 37064-4728

SUSAN LAFRANCE
3831 FOREST CREEK WAY
MARTINEZ, GA 30907-4110

SUSAN K COSTANZO
1714 S 75TH ST
OMAHA, NE 68124-1706

SUSAN KOEBERLE
1916 7TH ST
CUYAHOGA FALL, OH 44221-3824

SUSAN LAMICA
471 N BAGLEY CREEK RD
PORT ANGELES, WA 98362-9171

SUSAN K GRAY RNC
1700 177TH AVE NW
ANDOVER, MN 55304-1430

SUSAN KONIGSBERG
150 WALNUT DR
ROSLYN, NY 11576-2352

SUSAN LASKA
620 CHEYNEY RD
SPRINGFIELD, PA 19064-2004

SUSAN K MAHAFFEY
PO BOX 127
BLAIR, NE 68008-0127

SUSAN KUTNER
200 AMBRIDGE CT APT 206
CHESTERFIELD, MO 63017-9504

SUSAN LEBOW ESQ
11 COBBLERS LN
DIX HILLS, NY 11746-5001

SUSAN KAY LEONARD
1821 BONNIE LN
CHARLOTTE, NC 28213-3519

SUSAN L CANNON
PO BOX 5825
SCOTTSDALE, AZ 85261-5825

SUSAN LEE NOCK
3349 TANNENCREST DR
DUARTE, CA 91010-1674

SUSAN KAYE GRAVES
5025 COUNTY ROAD R
DUMAS, TX 79029-6701

SUSAN L HUBBELL MD
250 S FERNWOOD DR
LIMA, OH 45805-2521

SUSAN LEE PFEIFER-PERSCH
30 WINTHROP LN
FLAGLER BEACH, FL 32136-8025

SUSAN KELCHNER
100 ROBIN RD
PORTSMOUTH, RI 02871-3711

SUSAN L MITCHELL
509 MAIN ST
SOUTHAMPTON, NJ 08088-8819

SUSAN LIEBERMAN
13725 VISROY AVE
CERRITOS, CA 90703-6361

SUSAN KIMBALL
315 51ST STREET CT W
PALMETTO, FL 34221-9379

SUSAN L RUBIN
810 SUMMIT RD
PENN VALLEY, PA 19072-1323

SUSAN LIPSON
800 POWDER MILL LN
WYNNEWOOD, PA 19096-4037

SUSAN KIRSHENBAUM
317 OAK PARK DR
SAN FRANCISCO, CA 94131-1026

SUSAN L WINE
1480 LEE HILL RD UNIT 4
BOULDER, CO 80304-0872

SUSAN LIVERA
12311 MANVEL LN
BOWIE, MD 20715-2947

SUSAN LIVERNASH
2923 1ST ST S
WISCONSIN RAP, WI 54494-5730

SUSAN M ROSSOW
PO BOX 304
MERRILL, IA 51038-0304

SUSAN MARTIN
PO BOX 898
EFFINGHAM, IL 62401-0898

SUSAN LORRAINE MYERS
PO BOX 800
MILLVILLE, PA 17846-0800

SUSAN M WALLACE
62 PERKINS RD
LONDONDERRY, NH 03053-2416

SUSAN MATTE
11748 CORNELL ST
TAYLOR, MI 48180-4094

SUSAN M ABSHIRE
27 DALTON DR
NEWARK, DE 19702-2057

SUSAN M WALSH
2 HICKORY HL
WEST SPRINGFI, MA 01089-1704

SUSAN MATTHEWS
960 BANBURY RD
MUNDELEIN, IL 60060-1121

SUSAN M BARNES
PO BOX 287
CATAUMET, MA 02534-0287

SUSAN M WORK
415 ALASTAR CIR
SEFFNER, FL 33584-3690

SUSAN MC MAHAN
4393 BITTERN CT
NAPLES, FL 34119-8938

SUSAN M BLAISDELL
65 E MAIN ST # 1
GLOUCESTER, MA 01930-3861

SUSAN MACKEY
1317 E WESTCHESTER DR
TEMPE, AZ 85283-3150

SUSAN MCCLAIN
3144 WOODRIDGE DR
LANDISVILLE, PA 17538-1347

SUSAN M DUNKLE
14448 ROUTE 104
MIDDLEBURG, PA 17842-9452

SUSAN MAHONEY
235 HUFFMAN DR
COLUMBUS, IN 47201-5044

SUSAN MCCLUSKEY
1251 E LUGONIA AVE SPC 11
REDLANDS, CA 92374-2648

SUSAN M GLASER
1601 ALBIN POND RD
GREENCASTLE, IN 46135-9226

SUSAN MALLORY
771 W STURGEON BAY TRL
LEVERING, MI 49755-9767

SUSAN MCCONNELL
10138 N CENTERVILLE RD
WILLIAMSBURG, IN 47393-9786

SUSAN M MCDOUGLE
419 W SHERRY DR
TROTWOOD, OH 45426-3613

SUSAN MANCE
9636 N SOLITUDE CYN
FOUNTAIN HILL, AZ 85268-6416

SUSAN MCCRAY
195 SEDGEFORD SE
CEDAR RAPIDS, IA 52403-1716

SUSAN M POKWINSKI
809 SAN SALVADOR DR
THE VILLAGES, FL 32159-9226

SUSAN MARIE BRUHN
3184 560TH AVE
FENTON, IA 50539-8014

SUSAN MCKENDRICK
1101 WINDING DR
CHERRY HILL, NJ 08003-2730

SUSAN MCKNIGHT
6667 S GALLUP ST
LITTLETON, CO 80120-3313

SUSAN NIELSEN
109 RUSSELL ST
STORM LAKE, IA 50588-2668

SUSAN R TYRRELL
112 WISCONSIN TRL
BROWNS MILLS, NJ 08015-5324

SUSAN MCMAINS
27 BEVERIDGE ST
GREENCASTLE, IN 46135-1906

SUSAN OLENZAK
PO BOX 304
LELAND, MI 49654-0304

SUSAN RAMSEY
1325 STOCKTON CT
INDIANAPOLIS, IN 46260-2866

SUSAN MEJEUR
628 WYNDING OAKS
KALAMAZOO, MI 49006-6411

SUSAN OLIVER
68 ROCKLEDGE RD APT 2A
HARTSDALE, NY 10530-3455

SUSAN RENNAGEL
121 PEBBLE BCH
WILLIAMSBURG, VA 23188-8904

SUSAN METHOD
1707 KINGHAM WAY
FULLERTON, CA 92833-1524

SUSAN OSENBAUGH
1631 E JAMES ST
DERBY, KS 67037-3542

SUSAN REUTER
2108 W 50TH TER
WESTWOOD HILL, KS 66205-2036

SUSAN MICHELE CLARK
179 RIDGE RD
PHOENIXVILLE, PA 19460-1531

SUSAN P COTLER
32 LANA LN APT B
HOUSTON, TX 77027-5644

SUSAN RIX
26110 E 235TH ST
HARRISONVILLE, MO 64701-4198

SUSAN MOODY
5273 DREAMGARDEN LOOP
ROSEVILLE, CA 95747-8228

SUSAN PATON
2019 ANN WAY
LIMA, OH 45805-1619

SUSAN ROHRER
197 LAKE AVE
SUNAPEE, NH 03782-2618

SUSAN MURRAY
8183 VALLEY VIEW ST
BUENA PARK, CA 90620-2741

SUSAN PATRICK
1326 FISHING CREEK ESTATES R
LINCOLNTON, GA 30817-5767

SUSAN ROSSETTI
5780 SEMINOLE RIDGE CIR
FITCHBURG, WI 53711-7422

SUSAN MYERS
2123 1ST AVE E
SPENCER, IA 51301-2314

SUSAN PELLOW
510 INCA LN
NEW BRIGHTON, MN 55112-6511

SUSAN SCHLUETER
168 GUNSTON HALL CT
CHESTERFIELD, MO 63017-2515

SUSAN NEUBAUER
108 HOLWORTHY ST
CAMBRIDGE, MA 02138-4558

SUSAN QUINN
9305 LANGFORD CT
POTOMAC, MD 20854-4351

SUSAN SCHMACKERS
6161 STATE ROUTE 274
CELINA, OH 45822-9505

SUSAN SCHNEIDER
633 BRENTFIELD LN
GREENCASTLE, IN 46135-1100

SUSAN SKLAR
909 RICHLAND RD SPC 119
SAN MARCOS, CA 92069-9634

SUSAN SYLVESTER
533 COPPITT DR S
ORANGE PARK, FL 32073-4333

SUSAN SCHUMAN
419 HOLM ST
WATERLOO, IA 50702-3831

SUSAN SMITH
2 LAKEVIEW RD
WESTPORT, CT 06880-5114

SUSAN T BARRY
14 SANDY RIDGE DR
DOYLESTOWN, PA 18901-3339

SUSAN SCHWARZE
1011 VAN DYKE RD NW
ALEXANDRIA, MN 56308-4939

SUSAN SOSNIN
3954 PARESTIS RD
BARTO, PA 19504-9239

SUSAN TERRY
104 JOHNSTON BLVD
WAXAHACHIE, TX 75165-1323

SUSAN SHARP
2912 KNOWLSON AVE
PITTSBURGH, PA 15226-2030

SUSAN SPURR REID
3552 GRANDVIEW AVE
CINCINNATI, OH 45241-2726

SUSAN THEOBALD
1803 CREEKSIDE DR
CLARKSVILLE, IN 47129-9029

SUSAN SHOEMAKE
1424 W VASSAR AVE
VISALIA, CA 93277-4571

SUSAN STEINEN
1032 INDIAN HILL DR
VAN WERT, OH 45891-2630

SUSAN TKAC
405 STAISEY ST
WHITE OAK, PA 15131-1030

SUSAN SHRADER
12636 SKIPPER LN
HUDSON, FL 34669-2715

SUSAN STEVENSON
103 SPRUCE PINE CT
FORT MILL, SC 29715-8744

SUSAN W BARRETT
119 SHUMANKANUC HILL RD
CHARLESTOWN, RI 02813-3213

SUSAN SHRUM
404 TANGLEWOOD LN
ROSEBURG, OR 97471-9274

SUSAN STILES
PO BOX 116
MONTROSE, MI 48457-0116

SUSAN W DEGROFF
101 NORTH AVE
CASCADE, WI 53011-1385

SUSAN SIMMONS
1424 TIMBERLAND LN
TWINSBURG, OH 44087-1090

SUSAN SVIHLIK
PO BOX 21421
HILTON HEAD I, SC 29925-1421

SUSAN WALKOVIAK
302 KELLY CIR
DULUTH, MN 55811-5907

SUSAN SIMON
3740 SAINT CLAIR FOREST RD
MOODY, AL 35004-2513

SUSAN SWANSON
9312 LEE CT
LEAWOOD, KS 66206-1929

SUSAN WALSH
203 WEST AVE
WAYNE, PA 19087-3221

SUSAN WEISS
3233 MAJESTIC PRINCE TRL
TALLAHASSEE, FL 32309-1723

SUSANNA HENNUM
5320 NE 81ST AVE APT 294
VANCOUVER, WA 98662-6366

SUSIE BAUER
8336 NW 34TH TER
BETHANY, OK 73008-3520

SUSAN WENNER
2 WESTLAND DR
GLEN COVE, NY 11542-1014

SUSANNA SANKEY
4707 W MOUNT VERNON RD
CEDAR FALLS, IA 50613-9705

SUSIE BRIGHT
PO BOX 61
SEDGWICK, KS 67135-0061

SUSAN WESTFALL
5297 QUEEN BISHOP LN
WILLIAMSBURG, VA 23185-3286

SUSANNA TOCZYNSKI
1036 N FISCHER DR
ADDISON, IL 60101-1232

SUSIE LINDSEY-SCHMIDT
162 SHERMAN ST
ASHLAND, OR 97520-2956

SUSAN WILSON
13 LESMERISES RD
LOUDON, NH 03307-1005

SUSANNAH BERNING
2312 FINCH LN
SAN DIEGO, CA 92123-3715

SUSIE MOREHEAD
2711 OLD CREEK CT
LEAVENWORTH, KS 66048-4399

SUSAN WORTHMAN
4 AUSTIN AVE
SAUGERTIES, NY 12477-2201

SUSANNE BURG - GREEN
3914 BOARDMAN ST
MINNEAPOLIS, MN 55417-2255

SUSIE PECK-STONE
5836 W ERIE ST
CHICAGO, IL 60644-1424

SUSAN YENCIK
577 LUCIA RD
PITTSBURGH, PA 15221-3965

SUSANNE CARLSON
1031 DRYDEN ST
STRATFORD, IA 50249-7734

SUSIE RANDALL
11440 SW HAZELBROOK RD
TUALATIN, OR 97062-7084

SUSAN ZARIN
2629 CRANBERRY CIR
HARRISBURG, PA 17110-3507

SUSANNE GENSEL
11322 RICKEY LN
FORT WAYNE, IN 46845-1138

SUSIE WILSON
16210 N 33RD ST
PHOENIX, AZ 85032-3108

SUSAN ZELLER
11 ISABEL CIR
MONTPELIER, VT 05602-4306

SUSANNE MCGALEY
44 LINCOLN ST
BABYLON, NY 11702-1835

SUSSANNE SAWYER
241 PEACH VALLEY RD
GALLATIN, TN 37066-5104

SUSANNA EILERMAN
8490 W MASON RD
SIDNEY, OH 45365-9034

SUSANNE WINTON
21 CARRIAGE CT
FRANKLIN, NC 28734-2893

SUZAN COPPOLA
20321 FREMONT ST
LIVONIA, MI 48152-1803

SUZANNE [SUE] PARK
1073 1ST AVE APT 32
NEW YORK, NY 10022-2210

SUZANNE E [SUE] HALL
200 PINE BLUFF RD
STEVENS POINT, WI 54482-9309

SUZANNE JUDITH STEELE
105 HOLLAND RD
SOUTH ORANGE, NJ 07079-2705

SUZANNE [SUE] REEVES
2054 ROUNDTABLE RD
SERGEANT BLUF, IA 51054-9743

SUZANNE E BACHMAN
227 OLD MILL RD
NEWMANSTOWN, PA 17073-8963

SUZANNE JULIUSSEN
908 DUMONT DR
RICHARDSON, TX 75080-6947

SUZANNE [SUE] ROE
6500 S RIDGE RD E
GENEVA, OH 44041-7314

SUZANNE EDWARDS
9548 CAPRON RD
LEE CENTER, NY 13363-2306

SUZANNE KENEALY
7702 N 38TH ST
OMAHA, NE 68112-2016

SUZANNE [SUZY] SHANK
28 GEORGIA TRL
MEDFORD, NJ 08055-8942

SUZANNE ELIZABETH SHUSTER
235 SUMAC ST
PHILADELPHIA, PA 19128-3827

SUZANNE KNIGHT
8725 MAGNOLIA BLOOM CV
CORDOVA, TN 38016-6165

SUZANNE ALLEN
492 GLENVIEW DR
GREENCASTLE, IN 46135-7489

SUZANNE FALCO
4550 W DEAN RD
MILWAUKEE, WI 53223-3116

SUZANNE L BURNS
211 CASSATT RD
BERWYN, PA 19312-1326

SUZANNE BARTHOLOMEW
4100 W SLAUGHTER LN APT 5106
AUSTIN, TX 78749-3796

SUZANNE GEARY
5915 CALGARY ST
TIMNATH, CO 80547-2521

SUZANNE L GURLEY
2613 RICHMOND ST
JOLIET, IL 60435-6438

SUZANNE BUTLER
3082 S WHEELING WAY APT 406
AURORA, CO 80014-5614

SUZANNE GRABLE
2104 BLACK HILLS RD NE
RIO RANCHO, NM 87124-2411

SUZANNE L NEWTON
336 17TH AVE NE
SAINT PETERSB, FL 33704-3503

SUZANNE DERRYBERRY
118 AUSTELL DR
COLUMBIA, TN 38401-5528

SUZANNE H REBECCHI
411 N KENSINGTON AVE
KANSAS CITY, MO 64123-1241

SUZANNE LAUER
2030 N COVE CT
MARIETTA, GA 30066-1324

SUZANNE DICKIE
1700 3RD AVE W APT 813
BRADENTON, FL 34205-5933

SUZANNE J MACFARLAND
35 BROOKTREE RD
EAST WINDSOR, NJ 08520-1816

SUZANNE LAUSSUCQ MD
360 E 88TH ST APT 8F
NEW YORK, NY 10128-4985

SUZANNE LETZIG
1616 NE THAMES DR
LEES SUMMIT, MO 64086-5482

SUZANNE MURPHY
43 WOODBINE RD
LEVITTOWN, PA 19057-3215

SUZANNE STROSS
46 CENTRE DR
MANHASSET, NY 11030-3104

SUZANNE LIGATO
41 TWISTING LN
LEVITTOWN, PA 19054-2913

SUZANNE NOORDYK
PO BOX 146
PLYMOUTH, WI 53073-0146

SUZANNE T [SUZIE] STUBBLEFIE
1119 CHURCH ST
GREENBRIER, TN 37073-5385

SUZANNE LONG
629 WESTOVER RD
COLUMBIA, SC 29210-5736

SUZANNE PELTASON
18 WHISTLER CT
IRVINE, CA 92617-4069

SUZANNE TAYLOR
8565 JERICHO TPKE
WOODBURY, NY 11797-1804

SUZANNE M BOOTS
84 GOVERNORS CLUB DR
XENIA, OH 45385-9125

SUZANNE PETERSON
6608 NIGHTINGALE BLUFF LN
LOUISVILLE, KY 40241-5878

SUZANNE TEGLER
1072 W KING RD
MALVERN, PA 19355-1950

SUZANNE M SHARER
527 N DUNTON AVE
ARLINGTON HEI, IL 60004-5909

SUZANNE PHILLIPS
14 KENT PL
ALBANY, NY 12203-4706

SUZANNE TOLMAN PHD
2709 MERRIHILLS DR SW
ROCHESTER, MN 55902-1168

SUZANNE M WALTER
105 PINE LAKES AVE
SAVANNAH, GA 31405-1013

SUZANNE ROGERS
PO BOX 8555
SPRING, TX 77387-8555

SUZANNE WARNER
5099 NORQUEST BLVD
YOUNGSTOWN, OH 44515-1711

SUZANNE MCHUGH
744 IRVING RD
GREENVILLE, NY 12083-3619

SUZANNE ROGERS
114 N COUNTRY GATE CIR
CONROE, TX 77384-4670

SUZANNE WHITAKER
1220 NORTH AVE
KIRKLAND, WA 98033-6747

SUZANNE MEINERT
7 ADAMS LN
WAYLAND, MA 01778-2007

SUZANNE ROSE
100 WINSTON DR APT VP2
CLIFFSIDE PAR, NJ 07010-3317

SUZANNE WILGUS
204 WASHINGTON AVE
BELLEFONTAINE, OH 43311-1623

SUZANNE MULLER
200 E END AVE APT 10J
NEW YORK, NY 10128-7891

SUZANNE SCHULTZ
5858 PAWSON RD
TIPTON, MI 49287-9763

SUZETTE JENSEN
3127 THOMPSON AVE
DES MOINES, IA 50317-3145

SUZI NEFT
1218 GOODMAN ST
PITTSBURGH, PA 15218-1106

SUZY GORMAN
2508 N BROADWAY
SAINT LOUIS, MO 63102-1506

SUZZANNE RUTKOWSKI
4 CHANTAL CT
BALLSTON SPA, NY 12020-2523

SWEN K SWENSON JR
7313 AURORA AVE
URBANDALE, IA 50322-1727

SYBIL [BILLIE] KNUDSON
333 JACKSON AVE
CROOKSTON, MN 56716-2013

SYBIL [PAULETTE] JOHNSTON
81 NEWT BLACKWELL RD
HUMBOLDT, TN 38343-5626

SYBIL BERRY
542 RICHLAND CREEK RD
WARD, SC 29166-9477

SYBIL FULLER
4879 LIBERTY RD
BELLEVUE, TX 76228-2809

SYBIL H LOFTEN
586 N HOLLY ST
CANBY, OR 97013-3014

SYBIL KRZYKOWSKI
1911 SHAMROCK LN
WISCONSIN RAP, WI 54494-6782

SYBIL MCCOMBS
16900 63RD ST
SHERRARD, IL 61281-8008

SYBIL PATTAN JR
178 WILDERNESS DR
ROCKINGHAM, NC 28379-7668

SYDELLE SANDLER
3 THOMAS RD
DANVERS, MA 01923-1632

SYDNEY GUNDERSON
1688 RAMBLING BROOK LN
PRATTVILLE, AL 36066-3600

SYDNEY M LINER
4 YORK RD
WABAN, MA 02468-2133

SYDNEY MILLER
1712 E MILWAUKEE AVE
STORM LAKE, IA 50588-2188

SYDNEY R GEDDES
154 SETTLERS RD
FINCASTLE, VA 24090-3642

SYLVAN HAROLD ROBINSON
1 MCKNIGHT PL APT 207
SAINT LOUIS, MO 63124-1981

SYLVAN LANG
232 COOL SPRINGS RD
WHITE OAK, PA 15131-2004

SYLVIA ALDEN
PO BOX 72
OWLS HEAD, ME 04854-0072

SYLVIA BERGSTEDT
107 EDGECLIFF RD
CARNEGIE, PA 15106-1008

SYLVIA DE FREITAS
8221 N 53RD ST
PARADISE VALL, AZ 85253-2511

SYLVIA DELORES SMITH
1308 WARFIELD DR
PORTSMOUTH, VA 23701-3850

SYLVIA DOUGLAS
581 TIMPSON PL APT 3J
BRONX, NY 10455-3881

SYLVIA ELIZABETH LYLES PHD
2505 HENSON VALLEY WAY
FORT WASHINGT, MD 20744-3361

SYLVIA HURVITZ
2050 SW 10TH CT APT 219
DELRAY BEACH, FL 33445-6024

SYLVIA J COOPER
99 BRACKETT ST APT 834
QUINCY, MA 02169-4639

SYLVIA J WEST
2630 VALLEY DR
LANCASTER, PA 17603-5967

SYLVIA ROWE
2932 DAVENPORT ST NW
WASHINGTON, DC 20008-2165

SYLVIA WESTON
5723 LAUREL ST
INDIANAPOLIS, IN 46227-4651

SYLVIA JETTON
84 JOHN JETTON RD
TRENTON, TN 38382-9533

SYLVIA RUSSELL
16111 W HUNNICUT RD
CAMBRIDGE CIT, IN 47327-9798

SYLVIA YOUNG
679 MICHIGAN AVE
LEAVENWORTH, KS 66048-3734

SYLVIA JOHNSON
102 E COX RD
EDGERTON, WI 53534-9761

SYLVIA SHAMUN
6107 ROBLEY TATE CT
CHARLOTTE, NC 28270-1740

SYNTHIA ROSENTHAL
814 AMHERST AVE APT 203
LOS ANGELES, CA 90049-5293

SYLVIA KALMBACH
231 BRECON DR
SALINE, MI 48176-1189

SYLVIA SMITH
2447 SHELBY CIR
KISSIMMEE, FL 34743-4444

SYRENE DUNCAN MITCHELL
5010 MENEFEE DR
DALLAS, TX 75227-1429

SYLVIA LA VIOLETTE
555 LANDING RD
KENANSVILLE, FL 34739-9629

SYLVIA VALENTINO
3126 GRACEFIELD RD APT 112
SILVER SPRING, MD 20904-5823

T E ZINS
PO BOX 53
OJO CALIENTE, NM 87549-0053

SYLVIA LAWING
11221 MEADOWOOD DR
BRIGHTON, MI 48114-9204

SYLVIA VISHNEVSKY
516 E PARKWAY BLVD
AURORA, OH 44202-6601

T HAROLD [HAL] DERRICK
12612 DUSTY WHEEL LN
FAIRFAX, VA 22033-1735

SYLVIA MCCORMICK
1212 NORTHAMPTON RD
ANDERSON, SC 29621-2837

SYLVIA WALTERS
154 BRADMAN EST
SLIPPERY ROCK, PA 16057-3206

T J SCHMIDT
7340 W KEENEY ST
NILES, IL 60714-2960

SYLVIA MCCRARY
909 MERRITT ST
OLD HICKORY, TN 37138-3237

SYLVIA WEBER
356 WOODLAND DR
SALINE, MI 48176-1766

T JAMES JENKINS JR
323 WINGATE AVE SW
HUNTSVILLE, AL 35801-3315

SYLVIA RODRIGUEZ
2743 W 71ST ST
CHICAGO, IL 60629-2054

SYLVIA WESTON
1600 LYONTINE LN
PORTSMOUTH, VA 23701-4009

T JANET NOVAK
17777 SW 28TH ST- SAPPHIRE P
MIRAMAR, FL 33029-5124

T JOYCE KEENAN
490 DELAWARE AVE
ALBANY, NY 12209-1428

T KEITH GOURDIN
153 WALNUT WAY
PINEVILLE, SC 29468-3060

T PAUL BULMAHN
5294 NW 130TH AVE
OCALA, FL 34482-1712

T W [BILL] UHLRICH
970 RUTHERFORD CIR
BRENTWOOD, CA 94513-2617

TAHYO GILLOOLEY
13539 LOOMIS LN
CRESTWOOD, IL 60445-1543

TAISHAN A WALDON
451 CANTON
SAN ANTONIO, TX 78202-3102

TALLIE E EVERSON
803 9TH ST
BRODHEAD, WI 53520-1381

TALLY MARIE DOWNTON
529 WREN WALK
STONE MOUNTAI, GA 30087-7204

TAMARA CARMICHAEL
1512 SOUTHRIDGE LN
CINCINNATI, OH 45231-5324

TAMARA D SWENSON
34 WINNERS CIR
CABOT, AR 72023-5040

TAMARA SKIRBOLL
154 N BELLEFIELD AVE
PITTSBURGH, PA 15213-2640

TAMARA WILSON
1918 KIMBERLITE PL
FORT WAYNE, IN 46804-5226

TAMI JOHNSON
25812 168TH ST
SPIRIT LAKE, IA 51360-6858

TAMI MARTINEK
1574 334TH RD
MADRID, IA 50156-7428

TAMI S SELBY
901 BOLIVAR ST
SANGER, TX 76266-4622

TAMMALA [TAMMY] HOFFMAN
696 THOUSAND OAKS RD
YELLVILLE, AR 72687-8439

TAMMI JAHNKE
4837 W LONG LAKE RD
ORLEANS, MI 48865-9757

TAMMI M ZELLMER
3841 CLIFF ST
WISCONSIN RAP, WI 54494-6593

TAMMY A ZAKENS
7567 BEACH DR
PASADENA, MD 21122-2507

TAMMY BETHANN STARR
216 BEECH ST
SOUTH WILLIAM, PA 17702-6904

TAMMY D FORD
12819 HUNTING BEAR
SAN ANTONIO, TX 78249-4349

TAMMY DE REMER
126 ADAMSTOWN RD
REINHOLDS, PA 17569-9652

TAMMY EPPLER
PO BOX 583
PONDER, TX 76259-0583

TAMMY K EKMAN
13409 340TH ST NW
NEWFOLDEN, MN 56738-9243

TAMMY LYNN WERTZ
840 COUNTY LINE RD
TURBOTVILLE, PA 17772-8931

TAMMY OJALA
209 E ARLINGTON ST
BANGOR, MI 49013-1405

TAMMY PARE'
2910 CLOVERLAWN DR
GRANTS PASS, OR 97527-5034

TAMMY PATTON
622 E SPRINGDALE LN
GRAND PRAIRIE, TX 75052-5254

TANIA BONNER
774 OLD COLCHESTER RD
UNCASVILLE, CT 06382-2015

TAYLOR ALLDERDICE HIGH SCH
TAYLOR ALLDERDICE H.S. ALUM
2409 SHADY AVE
PITTSBURGH, PA 15217-2498

TAMMY REAS
3530 N DRAKE RD APT D240
KALAMAZOO, MI 49006-3404

TANIS CORDES
100 TATE ST NE
KENNESAW, GA 30144-1538

TAYLOR ALLDERDICE HIGH SCH
c/o JEFF ROSENTHAL
2409 SHADY AVE
PITTSBURGH, PA 15217-2498

TAMMY RILEY
150 RIVERVIEW BLVD
INTERNATIONAL, MN 56649-2106

TANYA PATTON
400 E OHIO ST APT 1303
CHICAGO, IL 60611-3324

TAYLOR CENTER HIGH SCHOOL
TAYLOR SCHOOL DISTRICT ALUM
23033 NORTHLINE RD
TAYLOR, MI 48180

TAMMY ROSSOW
403 SUNSET RD
WATERLOO, IA 50701-3927

TANYA SPEYRER
108 TURTLEDOVE DR
MONROE, LA 71203-8441

TAYLOR CENTER HIGH SCHOOL
c/o CAROLINE PATTS
23033 NORTHLINE RD
TAYLOR, MI 48180

TAMMY S WEST
523 PARK LN
MOUNT VERNON, TX 75457-4600

TARA MOORE
65 PALMER ST
PAWCATUCK, CT 06379-1938

TECH HIGH SCHOOL
TECH HIGH SCHOOL ALUMNI AS
233 12TH AVE S
SAINT CLOUD, MN 56301-4293

TAMMY SUTCH
3235 COUNTY ROAD 2 S
INTERNATIONAL, MN 56649-9143

TARI R SHEAFFER
233 POST OAK RD
LANCASTER, PA 17603-9446

TECH HIGH SCHOOL
c/o JOE HENRY
233 12TH AVE S
SAINT CLOUD, MN 56301-4293

TAMMY WOLFF
507 YELLOWSTONE RD
ROCK SPRINGS, WY 82901-2810

TARIANNE HOLTSLANDER
2324 BUNKER HILL DR SE
KENTWOOD, MI 49508-6600

TED BAUER
110 POCAHONTAS TRL
PRUDENVILLE, MI 48651-9730

TAMMY WOOD
133 RIVERVIEW BLVD
INTERNATIONAL, MN 56649-2138

TARIQ [CHURCH] SPAULDING
1801 MILTON AVE
LIMA, OH 45805-2226

TED BRIDGES
4208 BROOKHILL LN
BARTLETT, TN 38135-1833

TANA BURNS
6126 RAINTREE DR
CANTON, MI 48187-3634

TASIA DAWN ODELL
22611 S WOODSIDE DR
CHANNAHON, IL 60410-3282

TED CHAFFIN
14481 DARBY CREEK RD
ORIENT, OH 43146-9192

TED CROWLEY
4102 E SAINT JOSEPH WAY
PHOENIX, AZ 85018-1155

TED HALL
3154 OAKCREST DR NW
SALEM, OR 97304-1219

TED PHILLIPS
7855 COOLIDGE ST
NORWALK, IA 50211-9552

TED DINGMANN
PO BOX 551
FOLEY, MN 56329-0551

TED HELFGOTT PHD
2313 W T C JESTER BLVD
HOUSTON, TX 77008-1356

TED R TOSH
558 LONGFIELD AVE
LOUISVILLE, KY 40215-2930

TED EASTERLING
49 N RIVER RD
MUNROE FALLS, OH 44262-1307

TED HUTCHISON
784 S FOXTAIL CIR
WEST DES MOIN, IA 50266-7639

TED SCUDDER
362 MARION AVE
GLEN ELLYN, IL 60137-4014

TED ETIENNE
2575 COUNTY ROAD 99
KABETOGAMA, MN 56669-9043

TED JACKSON
5003 FERRER WAY
LOUISVILLE, KY 40291-1476

TED SMITH
12714 SUMMERFIELD LN
POWAY, CA 92064-1531

TED FLODEN
1009 HEROLD AVE
DES MOINES, IA 50315-3854

TED LAQUERCIA
35 W 90TH ST
NEW YORK, NY 10024-1507

TED STUMM
12 PLAINS RD
MOODUS, CT 06469-1124

TED FOX
6003 RIVER PINES CT
SCHOFIELD, WI 54476-1978

TED MILLAN
7714 LAKE ANDRITA AVE
SAN DIEGO, CA 92119-2524

TEDDY SLOAN
226 CALADONIA AVE
FAIRLAWN, OH 44333-3761

TED FRIESEN
6515 SE 56TH AVE
PORTLAND, OR 97206-7667

TED N ATSALIS
5715 E THUNDERBIRD RD
SCOTTSDALE, AZ 85254-3743

TEDI WILSON
PO BOX 213
SOLON, IA 52333-0213

TED GEHRET
12155 STATE ROUTE 66
MINSTER, OH 45865-9303

TED NOBLE
14138 14 MILE RD NE
GREENVILLE, MI 48838-9380

TEDRA CAMPBELL
505 N BLAINE AVE
BRADLEY, IL 60915-1001

TED GLARROW
4341 HARTVICKSON LN
VALLEY SPRING, CA 95252-9542

TED PETERSON
PO BOX 296
MARCELL, MN 56657-0296

TEMA HAAB
3710 PLEASANT LAKE RD
ANN ARBOR, MI 48103-9628

TENA SAWYER
804 N 17TH ST
LAMESA, TX 79331-2402

TERESA DOSS
3013 PEMBROKE AVE
HEMET, CA 92545-5351

TERESA KAY STRUM
5788 PINE AVE
DES MOINES, IA 50321-9698

TERENCE (TERRY) DANIELSON
PO BOX 461088
LEEDS, UT 84746-1088

TERESA E OLROYD
1387 HACIENDA LN
CEDARBURG, WI 53012-9442

TERESA KNAUSS
280 BAKER ST APT 101
MOSCOW, ID 83843-4051

TERENCE QUINLAN
3750 MERU LN
SANTA BARBARA, CA 93105-2435

TERESA ESPOSITO-HANLEY
18 STUART DR E
GLEN COVE, NY 11542-2636

TERESA L SMITH
1065 CHARLESTON HWY
HAMPTON, SC 29924-5810

TERESA A [TERI] DI FRANCESCO
17 WOODLAND AVE
FANWOOD, NJ 07023-1133

TERESA GAIL WARNER
736 GREEN RIVER ST
OXNARD, CA 93036-5460

TERESA LAMPKIN
1056 LATIGO DR UNIT 4
CARSON CITY, NV 89701-2553

TERESA A LEDFORD
1520 SOCONY LN
KNOXVILLE, TN 37909-1165

TERESA GARMAN
70 KEYSER CIR
WILLIAMSPORT, PA 17701-9207

TERESA M [TESS] O'NEILL
317 BERMUDA ST
NEW ORLEANS, LA 70114-2311

TERESA BLUMEL
22035 BREI CT
SANTA CLARITA, CA 91321-1296

TERESA GREEN
1452 IVY ST
DENVER, CO 80220-2646

TERESA MASSAD
20 S LEDYARD ST
NEW LONDON, CT 06320-5118

TERESA BROWN
477 CLARK STATE RD
GAHANNA, OH 43230-2204

TERESA HELTON
240 PALOMINO DR
GRANTS PASS, OR 97526-7838

TERESA NESS
PO BOX 1235
INTERNATIONAL, MN 56649-1235

TERESA CARR
766 BROWNELL AVE
MIDDLEPORT, OH 45760-1125

TERESA J HAGY
820 VIRGINIA AVE
BRISTOL, TN 37620-3935

TERESA O DANIELS
6297 E DWIGHT WAY
FRESNO, CA 93727-5855

TERESA CONWAY
1165 LEADMINE RD
BETHLEHEM, KY 40007-9416

TERESA JONES
6419 W RANDOLPH DR
BOISE, ID 83709-2163

TERESA ODEN
107 NW DAWNHILL CT
GRANTS PASS, OR 97526-1189

TERESA PRATER
851 BALL PARK RD
MORRISON, TN 37357-5376

TERI KOENEN
11857 L AVE
PARKERSBURG, IA 50665-8012

TERRENCE J LEHMAN
2204 E FALCON VISTA DR
GREEN VALLEY, AZ 85614-5525

TERESA PROBST
16 DEANS LN
BAYVILLE, NY 11709-1305

TERI SCHROEDER
1461 S BIRON DR APT 2
WISCONSIN RAP, WI 54494-1888

TERRENCE M CROCKETT
9137 CREEKWOOD DR
MENTOR, OH 44060-6418

TERESA RAMIREZ
4805 VAN DYKE RD
BROWN CITY, MI 48416-9682

TERILL LONGRIE
236 S HIGH ST
PLYMOUTH, WI 53073-2333

TERRENCE M MANTHEY
714 EMERALD ST
NEW ORLEANS, LA 70124-3519

TERESA RIESTENBERG
1759 ASPENHILL DR
CINCINNATI, OH 45240-3415

TERIS BINDER
245 PROSPECT AVE APT 8A
HACKENSACK, NJ 07601-2571

TERRENCE T HAGEN
401 N GREMPS ST
PAW PAW, MI 49079-1365

TERESA SIZER
1734 HICKORY DR
MADISON, WI 53705-1010

TERRANCE IRWIN
100 ALDER AVE
DALY CITY, CA 94015-1619

TERRI DESIDERATI
101 MADISON AVE APT 9A
ASTORIA, OR 97103-5038

TERESSA VANCE
2015 COLORADO AVE
PORTSMOUTH, VA 23701-2917

TERRE DOLPHIN
115 N GEORGE ST
NORTH LIBERTY, IA 52317-9613

TERRI GERTKEN
19802 290TH ST
RICHMOND, MN 56368-8022

TERI BRUCE
13451 HIGH RES WAY
PERRIS, CA 92570-9488

TERRELL EDWIN KEARSE
2007 BARBARA LN
NORTH AUGUSTA, SC 29860-9701

TERRI HARRISON
805 DAY ST
DECORAH, IA 52101-2226

TERI HACKMAN
2140 LANDIS VALLEY RD
LANCASTER, PA 17601-5410

TERRELL W KING III
1321 COUNTRY CLUB RD
ARGYLE, TX 76226-2904

TERRI JANEL DRURY
2656 22ND ST
CLARKSTON, WA 99403-1533

TERI HOESLI
PO BOX 682
INTERNATIONAL, MN 56649-0682

TERRENCE [TERRY] KELLER
16 PATRICIA CT
GALES FERRY, CT 06335-1826

TERRI KAUFFMAN
40 CHERRY ALY
STEVENS, PA 17578-9733

TERRI KOSTER
140 ISLAND WAY # 124
CLEARWATER, FL 33767-2216

TERRI L GAINEY
2025 BARRETT DOWNS DR
CUMMING, GA 30040-9623

TERRI LUEHRING
PO BOX 109
GLADBROOK, IA 50635-0109

TERRI MAHAN
2305 S 8TH ST
TERRE HAUTE, IN 47802-3113

TERRI MCKEE
1298 N COUNTY ROAD 175 W
GREENCASTLE, IN 46135-9293

TERRI PHLIPOT
3086 KAISER RD
FORT LORAMIE, OH 45845-9747

TERRI ROACH
9220 WEAVER RD
RAVENNA, OH 44266-9420

TERRI TESCH
4877 NEST AVE
GRANVILLE, IA 51022-7543

TERRI WIESER
W5801 WOODLAND RD
PLYMOUTH, WI 53073-3345

TERRI WUERTEMBERGER
2800 NORTHMONT LN
RICHMOND, IN 47374-1149

TERRIE MCGILL
11396 HIGHWAY F34 W
COLFAX, IA 50054-7810

TERRIE PHILLIPS
3412 54TH ST
DES MOINES, IA 50310-1709

TERRY A BURNETT
615 SPRUCE AVE
DUMAS, TX 79029-2611

TERRY A JACKSON
703 S LA LONDE AVE
LOMBARD, IL 60148-3521

TERRY A PEEPLES
5530 DEERFIELD DR
MORRIS, IL 60450-9752

TERRY ALLEN
12628 E CHERRY CREEK CT
WICHITA, KS 67207-6679

TERRY B CONLEY
11419 LALLY ST NE
LOWELL, MI 49331-9470

TERRY B TRAHAN
411 HIGHLAND CREST DR
COVINGTON, LA 70435-3921

TERRY BOQUIST
65366 BENDERS RD
NORTHOME, MN 56661-1858

TERRY BRENNER
588 SOCIETY HILL CIR
THE VILLAGES, FL 32162-6128

TERRY BUNNIS
32021 COUNTY HIGHWAY 34
OGEMA, MN 56569-9567

TERRY BURK
403 10TH AVE
SLATER, IA 50244-9763

TERRY C PARIS
2668 W COUNTY ROAD 400 S
GREENCASTLE, IN 46135-8046

TERRY CORDER
3578 STATE ROUTE 800 NE
DOVER, OH 44622-6915

TERRY D MARBACK
801 2ND AVE NW
DEVILS LAKE, ND 58301-2034

TERRY E BURKHART
30 MILLER RD
AKRON, PA 17501-1118

TERRY E KAISER
211 S MARGARET ST
JOLIET, IL 60436-1315

TERRY E MATHIAS
507 SUSQUEHANNA AVE
MILTON, PA 17847-2219

TERRY HOY
1623 4TH AVE
INTERNATIONAL, MN 56649-3538

TERRY L JOHNSON-SUBEDI
2527 DERING PL NE
ATLANTA, GA 30345-1627

TERRY F COOK
7017 S PRIEST DR APT 1045
TEMPE, AZ 85283-6071

TERRY J STEPHENS
5464 BEECHMONT AVE
CINCINNATI, OH 45230-1142

TERRY L LUBOTSKY
1170 GULF BLVD APT 1602
CLEARWATER BE, FL 33767-2785

TERRY GARMAN
506 NW SERENE MEADOW WAY
PORT SAINT LU, FL 34986-3576

TERRY KASHNER
403 1ST ST
ABBEVILLE, LA 70510-6551

TERRY L POLING
103 ALARON DR
WEAVERVILLE, NC 28787-8486

TERRY GOLDBERG
330 W 72ND ST APT 13D
NEW YORK, NY 10023-2649

TERRY KINSETH
310 E GROVE ST
ALGONA, IA 50511-3416

TERRY L SHAFFER
6 GRINSTEAD LN
BELLA VISTA, AR 72715-6605

TERRY H CHIANG
2501 CANOPY CT
MARIETTA, GA 30066-1540

TERRY L [BERT] ROED
23111 127TH AVE NE
ARLINGTON, WA 98223-8565

TERRY L THOMAS
905 LINDERO PASS
GEORGETOWN, TX 78633-5227

TERRY H LOGAN
3404 TOWNBLUFF PL
PLANO, TX 75023-8045

TERRY L CUFFE
9410 SWARNER DR
LENEXA, KS 66219-2228

TERRY L VANNATTA
5542 SPANDRELL CIR
SPARKS, NV 89436-2666

TERRY HEBBLE
9516 BRUNSWICK CIR
BLOOMINGTON, MN 55438-1702

TERRY L FINN
875 S SAPPHIRE LN
ANAHEIM, CA 92807-4864

TERRY LOOMIS
811 S CHERRY ST
CRESTON, IA 50801-3902

TERRY HEIL
1416 LINCOLN HEIGHTS AVE TRL
EPHRATA, PA 17522-1225

TERRY L HAWKINS
232 W MADISON AVE
MILTON, WI 53563-1233

TERRY M JAY
1307 CARPENTER BRANCH CT
OVIEDO, FL 32765-5620

TERRY HICOCK
5421 TEAK CT
MIDLOTHIAN, TX 76065-7200

TERRY L HILDEBRAND
811 HIGH ST
AKRON, PA 17501-1417

TERRY MAZORE
3750 NORTHERN PIKE
MONROEVILLE, PA 15146-2136

TERRY MCLAUGHLIN
7 SYLVAN CT
MILTON, PA 17847-8928

TERRY R SCHULTZ SR
622 9TH ST
INTERNATIONAL, MN 56649-2714

TERRY TRENT
1091 MEADOW LN
FOND DU LAC, WI 54935-6311

TERRY MICHAEL THOMAS
PO BOX 1389
ROEBUCK, SC 29376-1389

TERRY RANDOLPH
PO BOX 135
RANIER, MN 56668-0135

TERRY TROXELL
295 HUFF RD
NEW COLUMBIA, PA 17856-9438

TERRY MOOK
83 MOOK LN
WATSONTOWN, PA 17777-8399

TERRY RING
14211 BOOTH MEMORIAL AVE
FLUSHING, NY 11355-5343

TERRY ULCH SR
29282 CHENWOOD CT
FARMINGTON HI, MI 48334-3100

TERRY MOSER
198 PRAIRIE DAWN
KYLE, TX 78640-5518

TERRY SALMANS
1208 N CAMELOT DR
PAYSON, AZ 85541-3304

TERRY WARREN
102 JULY CT
SMYRNA, TN 37167-5911

TERRY MURPHY
25 LA RUE DR
HUNTINGTON, NY 11743-2501

TERRY SCHATTSCHNEIDER
211 S SMITH ST APT 102
ALGONA, IA 50511-2532

TERRY WARREN
2582 CORDELL AVE
WENATCHEE, WA 98801-5900

TERRY OPAL
1039 SW 1ST ST
RICHMOND, IN 47374-5314

TERRY SMITH
2547 MILL CREEK RD
AUSTINBURG, OH 44010-9731

TERRY WHITESELL
9129 ADMIRALS BAY DR
INDIANAPOLIS, IN 46236-9331

TERRY OYLER
6548 NEW HOPE RD
GRANTS PASS, OR 97527-8930

TERRY SMOTHERS
2050 PRAIRIE DU CHIEN RD NE
IOWA CITY, IA 52240-9617

TERRY WICZEK
PO BOX 956
BAUDETTE, MN 56623-0956

TERRY PRATT
PO BOX 1290
BOCA GRANDE, FL 33921-1290

TERRY SWEENEY
401 97TH ST
AMERY, WI 54001-4055

TERRY WOLLESEN
1300 WADE ST
DES MOINES, IA 50315-6540

TERRY R MOORE
2842 COLEMAN HILL RD
ROCKVALE, TN 37153-4409

TERRY T HOWARD MD
1 BUTT HINGE RD
CHELMSFORD, MA 01824-2126

TERRY WRIGHT
66642 E BAY RD SPC 70
NORTH BEND, OR 97459-8290

THAD HUGGINS
925 SE RIVER RD APT 1303
EL DORADO, KS 67042-8272

THEDUS A CASTLE
14905 5875 RD
MONTROSE, CO 81403-8048

THELMA J MOSLEY
939 SE 12TH AVE
GAINESVILLE, FL 32601-8013

THALES ELLIOTT
3105 TATE RD
AUGUSTA, GA 30906-3134

THELDA SITZ
PO BOX 38
SLIDELL, TX 76267-0038

THELMA JACKSON
909 S 4TH ST
LAMESA, TX 79331-6115

THALIA A MORGAN
1412 BARLOW CIR
COLORADO SPRI, CO 80915-2301

THELMA [JEAN] GIACONE
6300 W MONTROSE AVE APT 301
CHICAGO, IL 60634-5402

THELMA JUTTE
2559 SIEGRIST JUTTE RD
FORT RECOVERY, OH 45846-9579

THALIA DORWICK
7255 SNAKE RD
OAKLAND, CA 94611-1334

THELMA A COOPER
4155 BRITTANY LN
SARASOTA, FL 34233-3701

THELMA MALECEK
539 ARLENE DR
WOOD DALE, IL 60191-1701

The Hartford
PO Box 660916
Dallas, TX 75266-0916

THELMA A SUTERS
1703 OLD BLACK HORSE PIKE
BLACKWOOD, NJ 08012-5217

THELMA MCKIBBEN
239 W 406 N
VALPARAISO, IN 46385-8805

The Hayes Law Group
4701 Central Ave Ste A
Saint Petersburg, FL 33713-8153

THELMA BUMGARDNER
207 N MADISON ST
GREENCASTLE, IN 46135-1262

THELMA O THOMPSON
6249 50TH ST NE
MINNEWAUKAN, ND 58351-9580

THEA DIAMOND HOWEY
127 RIGHTERS FERRY RD
BALA CYNWYD, PA 19004-2326

THELMA CRAWFORD
9911 CENTRAL PIKE
MOUNT JULIET, TN 37122-6104

THELMA PARKS
6513 N 78TH AVE
OMAHA, NE 68122-1668

THEDA ROSE RICHARDS
1236 KEPLER RD
POTTSTOWN, PA 19464-2102

THELMA HENMAN
1251 ERIE CT
SIDNEY, OH 45365-7908

THELMA SMITH
19 NW HEATHERSTONE DR
LAWTON, OK 73505-9535

THEDORA GAINOUS
4325 COLONY WAY
ORLANDO, FL 32808-6405

THELMA J GOULD
9139 S HARPER AVE
CHICAGO, IL 60619-7917

THELMA W MARTIN
1575 FURNACE HILLS PIKE
LITITZ, PA 17543-9591

THELMA WILLIAMS
1319 CHERRY AVE
AUGUSTA, GA 30901-2015

THEODORE E ROMBERG
1011 METROPOLITAN AVE
MILTON, MA 02186-1039

THEODORE PEIFER
215 LOIZOS DR NW
FORT WALTON B, FL 32548-4703

THEO MORRIS JR
7538 MONET PL
ROHNERT PARK, CA 94928-3628

THEODORE FRANKLIN COLEMAN
1339 OLD LINDEN RD
LINDEN, VA 22642-5256

THEODORE R FLINT
PO BOX 50
ELVERSON, PA 19520-0050

THEODIS R GATLIN JR
12234 W 72ND ST
SHAWNEE, KS 66216-3624

THEODORE GUZIK
1340 MAYFIELD RIDGE RD
MAYFIELD HEIG, OH 44124-1539

THEODORE SHIAKALLIS
1322 S YALE AVE
ARLINGTON HEI, IL 60005-3419

THEODORA J GUTZ
4050 ADAIR BLF
SAN ANTONIO, TX 78223-3273

THEODORE H ECKERT
11 WICKER DR
LITITZ, PA 17543-9458

THEODORE WOLFSTICH
29 EMERICK LN
LOUDONVILLE, NY 12211-1259

THEODORE [TED] FRANCIS
1998 5TH AVE E
INTERNATIONAL, MN 56649-3112

THEODORE J ANSEL
1701 W ROBB AVE LOT 1
LIMA, OH 45805-1570

THEODORE ZORC
19321 SHAWNEE AVE
CLEVELAND, OH 44119-2772

THEODORE [TED] VOSS
2652 S CYPRESS ST
SIOUX CITY, IA 51106-4101

THEODORE JERAULD SAAL
8547 WONDERLAND AVE NW
CLINTON, OH 44216-9516

THEODOSIA [THEO] GRIMES
69 ELEPHANT LN
SOUTH ROYALTO, VT 05068-5302

THEODORE A RODENBECK
1017 TURKEY ROOST DR
LIVERMORE, CO 80536-0199

THEODORE KOSTKAN
1829 N 146TH ST
OMAHA, NE 68154-4705

THERESA [TERRY] MACDONALD
PO BOX 894
WINDHAM, NY 12496-0894

THEODORE ARTHUR ROBERTSON
19029 US HIGHWAY 19 N APT 22
CLEARWATER, FL 33764-3068

THEODORE L PLOETNER JR
2208 SUGARMAPLE DR
LA GRANGE, KY 40031-6903

THERESA A SHEPHERD
2070 S LONG LAKE RD
FENTON, MI 48430-1485

THEODORE D PENNINGTON
9568 SUNNYBROOK DR
BRENTWOOD, TN 37027-8226

THEODORE P LENTZ
3200 W 14TH ST
CLEVELAND, OH 44109-1811

THERESA ALEXANDER
9691 SYLVAN LN
MENTOR, OH 44060-8105

THERESA ALLEN
946 CRESTON AVE
DES MOINES, IA 50315-1803

THERESA GOENNER
6526 75TH AVE SE
SAINT CLOUD, MN 56304-9752

THERESA ROMAGNA
5 ASTER LN
BURLINGTON, NJ 08016-2274

THERESA BAIRD
434 FLOWER AVE W
WATERTOWN, NY 13601-3941

THERESA GOSSMAN
600 S LOOMIS ST
CHICAGO, IL 60607-3312

THERESA SCHWABE
EP556 BALSAM ST
STRATFORD, WI 54484-9543

THERESA BRZEK
2108 WESLEY ST
MCKEESPORT, PA 15132-7639

THERESA GRANDVILLE
34 NORWOOD RD
YONKERS, NY 10710-1416

THERESA SHIMMEL
601 WILSON AVE
MOUNT MORRIS, MI 48458-1554

THERESA C STAFFELDT
192 3RD ST W
NOKOMIS, FL 34275-1543

THERESA JONES
70 HOGAN LN
AMBLER, PA 19002-5237

THERESA SWIDERSKI
69 CLYNE AVE
SPOTSWOOD, NJ 08884-1203

THERESA CAFFERY
1920 CHERRYVALE CT
TOMS RIVER, NJ 08755-0845

THERESA K BOZICH
418 ANDOVER RD
FAIRLESS HILL, PA 19030-2302

THERESA THOMAS
1639 WAYNE AVE
YORK, PA 17403-1243

THERESA E RICE
20 LINDEN CT
CLIFTON PARK, NY 12065-5343

THERESA L FORD PHR
6510 ROXTON DR
AMARILLO, TX 79109-5121

THERESA WARREN
2813 LINCOLN DR
ASHTABULA, OH 44004-5117

THERESA ESPOSITO
1225 NW 21ST ST APT 1112
STUART, FL 34994-9329

THERESA L HUTCHERSON LPN
318 BROADMOOR ST
FREDERICKSBUR, TX 78624-2707

THERESA WERNER
918 LEXINGTON WAY
WAUNAKEE, WI 53597-2104

THERESA F LURA MD
1209 FREDRICKSBURG RD
JOHNSON CITY, TN 37604-6377

THERESA O'BRIEN ESQ
2 RUNDELANE
BLOOMFIELD, CT 06002-1523

THERESA WURTH
436 FOREST VIEW AVE
SIOUX CITY, IA 51103-3180

THERESA GENTZLER
148 NANTUCKET CIR
PAINESVILLE, OH 44077-1550

THERESA RICHARDS
PO BOX 358
NUCLA, CO 81424-0358

THERESE BROWN
2638 GATELY DR E APT 106
WEST PALM BEA, FL 33415-7987

THERESE ZEH
660 DIAMOND GLEN CIR
FOLSOM, CA 95630-3168

THERON C BONE
77 CHAPMAN CT
STEILACOOM, WA 98388-1733

THERSA MILANAK
3910 LAWNVIEW AVE
PITTSBURGH, PA 15227-3240

THOM JACKSON
1001 N VIA PRIMAVERA
TUCSON, AZ 85710-8801

THOMAS (TOM) HEMNES
49 HAMMOND RD
BELMONT, MA 02478-2249

THOMAS [ALAN] MCGLINCH
3991 GETTYSBURG PITSBURG RD
ARCANUM, OH 45304-9725

THOMAS [JOE] WAMER
PO BOX 306
SAINT GEORGE, SC 29477-0306

THOMAS [MICK] HODGES
4106 MCCULLOM LAKE RD
MCHENRY, IL 60050-1519

THOMAS [TOM] ELWOOD
315 LEONARDVILLE RD
BELFORD, NJ 07718-1272

THOMAS [TOM] ETZEL
5439 REDSTART ST
HOUSTON, TX 77096-5031

THOMAS [TOM] HAGEN
119 W MCMILLAN ST APT D
MARSHFIELD, WI 54449-1043

THOMAS [TOM] JONES
605 ROCA ST
ASHLAND, OR 97520-3313

THOMAS [TOM] KOPP
7773 OHARA PL
SPRINGFIELD, VA 22153-2237

THOMAS [TOM] MCKEAN
3811 W NINE MILE RD
PENSACOLA, FL 32526-7817

THOMAS [TOM] MOLESKI
1037 GRANGER ST
FENTON, MI 48430-1566

THOMAS [TOM] PENMAN
3 ETON CV
NEWPORT NEWS, VA 23608-1805

THOMAS [TOM] THORNTON
6004 FRONT ROYAL DR
AUSTIN, TX 78746-7283

THOMAS [TOM] WESTEN
116 RACQUET RD
WALL TOWNSHIP, NJ 07719-9423

THOMAS [TOMMY] HALE
2102 11TH ST
BROWNWOOD, TX 76801-5442

THOMAS A [TOM] DOWLING
2423 HIGH LONESOME TRL
LAFAYETTE, CO 80026-9393

THOMAS A ADELSPERGER
936 BRECKENRIDGE DR
RICHMOND, IN 47374-7114

THOMAS A BURKE
3845 GARNET DR
MULBERRY, FL 33860-8622

THOMAS A FISCHETTI
11 COLUMBIA AVE
CRANFORD, NJ 07016-2029

THOMAS A HAUGLAND
1307 8TH AVE
INTERNATIONAL, MN 56649-2804

THOMAS A HILL
8702 HIGHWAY 81
SAINT THOMAS, ND 58276-9525

THOMAS A KINNARY
906 PARK LN
LACON, IL 61540-1708

THOMAS A MANSKE
4260 WHISTLEWOOD CIR
LAKELAND, FL 33811-3052

THOMAS A MASILLA JR
2 CLEVELAND CT
METAIRIE, LA 70003-1050

THOMAS ALFRED EDWARDS
2412 LANSING AVE
PORTSMOUTH, VA 23704-6424

THOMAS BRADFORD MCMURTRE
309 N GLENWOOD AVE
CLEARWATER, FL 33755-5708

THOMAS A MCCULLOUGH
980 SAND GAP RD
PENNSBORO, WV 26415-3051

THOMAS AMIRIAN JR
70 SUMMIT AVE
BROOKLINE, MA 02446-2320

THOMAS BULL
RR 9 BOX 705
GATEWOOD, MO 63942-9009

THOMAS A TRANFAGLIA JR
177 EUSTON RD
GARDEN CITY, NY 11530-1201

THOMAS ANDERSON
1809 DRURY LN
GRANTS PASS, OR 97527-5321

THOMAS BYROM
PO BOX 68
COLLINSVILLE, TX 76233-0068

THOMAS A VERDERBER
14913 LAKE SHORE BLVD
CLEVELAND, OH 44110-1224

THOMAS ANDREW JAMISON III
1610 GREYFIELD TRCE
SNELLVILLE, GA 30078-5973

THOMAS C [TOM] ASPELL
3225 MARKET ST
SAN FRANCISCO, CA 94114-2226

THOMAS A WEBER
9520 W LANGLADE ST
MILWAUKEE, WI 53225-1625

THOMAS B [T C] CLARK JR
5606 CARRINGTON DR
RICHARDSON, TX 75082-2870

THOMAS C [TOM] LYNCH
711 DANTE RD
KNOXVILLE, TN 37918-9722

THOMAS ADAMS
PO BOX 2051
KALAMA, WA 98625-1800

THOMAS B MERVINE JR
437 BEECHWOOD AVE
HADDONFIELD, NJ 08033-1104

THOMAS C BRICKMAN
25581 EDGECLIFF DR
EUCLID, OH 44132-1161

THOMAS AICHER
4012 STEPHANIE DR NE
ALBUQUERQUE, NM 87111-4020

THOMAS BAACK
15963 BRIDLE RIDGE DR
MONUMENT, CO 80132-6096

THOMAS C GREEN
238 DOTTERER RD
LENHARTSVILLE, PA 19534-9584

THOMAS AKERS
129 MARLOU PKWY
DES MOINES, IA 50320-6933

THOMAS BABER CALLAHAN
PO BOX 550025
GASTONIA, NC 28055-0025

THOMAS C HODER
108 PROSPECT HILL ST
TAUNTON, MA 02780-1118

THOMAS ALEXANDER DABNEY JR
2788 BLUEJAY RD
HEATH SPRINGS, SC 29058-9211

THOMAS BARTON
26600 MORRIS SALEM RD
CIRCLEVILLE, OH 43113-9320

THOMAS C SIFRIT
1711 PALMA SOLA BLVD
BRADENTON, FL 34209-4840

THOMAS  CASPER
2121 4TH ST S
WISCONSIN RAP, WI 54494-5806

THOMAS  CASTEEL
7202 N CLIO RD
MOUNT MORRIS, MI 48458-8226

THOMAS  CHARLES  WATTS
1584 S DENMARK RD
JEFFERSON, OH 44047-9407

THOMAS  CISSELL
290 S SKYLINE DR
LOUISVILLE, KY 40229-3267

THOMAS  CORCORAN
806 E BEAUMONT AVE
WHITEFISH BAY, WI 53217-4813

THOMAS  D  EDWARDS
8262 US HIGHWAY 77
WINFIELD, KS 67156-6784

THOMAS  D  GRIFFIN
12305 IDLEWILD RD
MATTHEWS, NC 28105-3880

THOMAS  D  HARVEY JR
1048 VALENCIA ST
SAN FRANCISCO, CA 94110-2406

THOMAS  D  HOFFMAN
2616 NE 27TH AVE
FORT LAUDERDA, FL 33306-1716

THOMAS  D  KIENLEN
71 PEACH PALM LN
NAPLES, FL 34114-8321

THOMAS  D  LE ROY
8619 DUMAINE
SAN ANTONIO, TX 78240-3504

THOMAS  D  MCINTOSH
2307 W 21ST ST
PANAMA CITY, FL 32405-2423

THOMAS  D  SANO
12910 OAK NUT ST
HUDSON, FL 34667-5129

THOMAS  D  SEAMAN
342 EASTHAM RD
POINT PLEASAN, NJ 08742-2016

THOMAS  DANA
18737 SUMMERSONG DR
HUDSON, FL 34667-5534

THOMAS  DAVIS
202 HARLAN MORRIS DR
TRENTON, TN 38382-3921

THOMAS  DOBBELSTEIN
9801 N PALMYRA RD
CANFIELD, OH 44406-9748

THOMAS  DORIS
404 8TH ST
INTERNATIONAL, MN 56649-2630

THOMAS  DORO
1563 E LAKE BLUFF BLVD
SHOREWOOD, WI 53211-1539

THOMAS  E [THOM] HERRMAN
3720 COUNTRY CLUB LN
RICHMOND, IN 47374-3602

THOMAS  E [TIM] ROBERTS
60 W HUNTER ST
LOGAN, OH 43138-1512

THOMAS  E [TOM] STARNES
PO BOX 1371
CHATSWORTH, GA 30705-1371

THOMAS  E  BAYLIFF
728 E 4TH ST
SPENCERVILLE, OH 45887-1283

THOMAS  E  BEDI
834 CAMBRIDGE DRIVE
MANHEIM, PA 17545-8405

THOMAS  E  BRINLEY
4401 AVENTS FERRY RD
SANFORD, NC 27330-6431

THOMAS  E  CATRON II
8611 N 57TH ST
OMAHA, NE 68152-1755

THOMAS  E  DEROSE SR
4 AVALON WOODS CT
CAPE MAY COUR, NJ 08210-1450

THOMAS E DOMITOR
2180 DEERFIELD AVE
MYRTLE BEACH, SC 29575-5401

THOMAS E MARTIN
9 LEXINGTON DR
HANOVER, PA 17331-8654

THOMAS ENNIS
13429 GLEN ENTRANCE DR
HOMER GLEN, IL 60491-8207

THOMAS E DOWNS IV
415 MAIN ST
SOUTH AMBOY, NJ 08879-1658

THOMAS E MCDONALD
495 N PARHAM RD
CLOVER, SC 29710-9133

THOMAS ETHERIDGE
224 AVALON DR
PARIS, TN 38242-4428

THOMAS E FRONTZ
620 N MAPLE ST
EPHRATA, PA 17522-2125

THOMAS E MERTENS
15 DONNA DR
GAYLORDSVILLE, CT 06755-1516

THOMAS EVERETT CARTER
1103 NORTHSHORE DR
CASTALIAN SPR, TN 37031-4506

THOMAS E GASTON
2807 SUMMER POINTE CT
OWENSBORO, KY 42303-4018

THOMAS E MURLEY
9915 BARNSBURY CT
FAIRFAX, VA 22031-1003

THOMAS F BARKS
1271 TOMAHAWK RD
CHEYENNE, WY 82009-9049

THOMAS E GRINNEN JR
1100 SENA DR
METAIRIE, LA 70005-1629

THOMAS E POSPISIL
2914 200TH ST
BAYSIDE, NY 11360-2360

THOMAS F BRYAN
1210 TRAILHEAD CT
GREENVILLE, SC 29617-6223

THOMAS E HORA
104 HIDDEN CT
NEW HOPE, PA 18938-2277

THOMAS E QUILLIN
9015 37TH ST N
PINELLAS PARK, FL 33782-5918

THOMAS F EILART
2507 STONECLIFFE DR
MONROEVILLE, PA 15146-3219

THOMAS E KEMBLE
4 ROTA DR
PARLIN, NJ 08859-2015

THOMAS E RAMSDEN
15 HEMLOCK ACRES CT
MANHEIM, PA 17545-8942

THOMAS F MCDERMOTT
914 POND ST
BRISTOL, PA 19007-5222

THOMAS E LIM
13935 35TH AVE APT 6A
FLUSHING, NY 11354-3530

THOMAS E SCHMITT
11855 FRIAR POST
NORTH ROYALTO, OH 44133-6065

THOMAS F PADGEON
17 ASPEN LN
LEVITTOWN, PA 19055-1230

THOMAS E MARTIN
1540 HOUSE RD
WEBBERVILLE, MI 48892-9734

THOMAS ELSBREE
2385 LAS GALLINAS AVE
SAN RAFAEL, CA 94903-1606

THOMAS F PETERMAN
W6312 SCHMIDT RD
WATERTOWN, WI 53098-3819

THOMAS F REIN
13 JEANS LN
FAYETTEVILLE, TN 37334-6629

THOMAS G GORDON
3468 MARCUS POINTE BLVD
PENSACOLA, FL 32505-1892

THOMAS H DENNEY
770 CAPITOL ST NE
SALEM, OR 97301-2508

THOMAS F SANSONE
24 DINO DR
BALLSTON LAKE, NY 12019-9553

THOMAS G LE BON
64 MONTERREY AVE
KENNER, LA 70065-3143

THOMAS H HEMMELGARN
111 HIGHLAND AVE
RUSSIA, OH 45363-9700

THOMAS F SCHEXNAYDER
116 VIRGINIA PKWY
RIVER RIDGE, LA 70123-2540

THOMAS G PATTON
201 W EUCLID AVE
HADDONFIELD, NJ 08033-2603

THOMAS H SWAIM III
1613 CROOKED PINE DR
MYRTLE BEACH, SC 29575-5252

THOMAS F WEBER
141 AZALEA LN
MENTOR, OH 44060-4404

THOMAS G RODRIGUEZ
PO BOX 204
LEAVENWORTH, KS 66048-0204

THOMAS H WATSON
1912 OAKLAND AVE
CREST HILL, IL 60403-2429

THOMAS F WHELAN
19375 N REGENTS PARK DR
SURPRISE, AZ 85387-7221

THOMAS GISKA
5318 DUNLEIGH DR
BURKE, VA 22015-1651

THOMAS HAYES
412 N RAVEN RD
SHOREWOOD, IL 60404-9622

THOMAS F WRATTEN
8525 DANBURY BLVD APT 101
NAPLES, FL 34120-0620

THOMAS GORSCHE
1633 DAKOTA DR
WATERLOO, IA 50701-9767

THOMAS HELMEL
8636 RUNNING FOX CIR
LOUISVILLE, KY 40291-2668

THOMAS FISCHETTI
11 COLUMBIA AVE
CRANFORD, NJ 07016-2029

THOMAS GRANT
5926 CHEROKEE DR
FAIRWAY, KS 66205-3316

THOMAS HERBERTSON
2721 TISCHLER RD
BETHEL PARK, PA 15102-3834

THOMAS FITZGERALD
8361 5TH ST APT 102
DOWNEY, CA 90241-3802

THOMAS H [TOM] CLEPHANE
303 CLUB DR
TRAVELERS RES, SC 29690-2155

THOMAS HOLLANDER
12505 MONTERO PL
SAN DIEGO, CA 92128-2338

THOMAS FITZHUGH
921 W CORAL ST
TAMPA, FL 33602-1113

THOMAS H BAALMANN SR
20717 W 55TH ST S
VIOLA, KS 67149-9665

THOMAS HOOPER
1174 SAINT ANDREWS RD
BRYN MAWR, PA 19010-1951

THOMAS HUBER
114 HAMILTON LN
MC CORMICK, SC 29835-3124

THOMAS J D'AQUILA
5740 BRUNSWICK CT
NEW ORLEANS, LA 70131-5423

THOMAS J O'BRIEN
180 HOLLY RD
MONTICELLO, FL 32344-1008

THOMAS HUNTER [TOM] NICHOLSON
3026 CUNARD DR
VALRICO, FL 33596-5268

THOMAS J DUBECKY
2081 E REMINGTON PL
CHANDLER, AZ 85286-1258

THOMAS J PFEIFER
2097 SW LIBRA LN
PORT SAINT LU, FL 34984-4487

THOMAS I [TIM] MELCHER
30140 S 587 CIR
GROVE, OK 74344-7805

THOMAS J ECCLES
7273 PINESCHI PL
ROSEVILLE, CA 95747-8331

THOMAS J PICKENS
253 BELLEVUE AVE
NEWPORT, RI 02840-3571

THOMAS J BENZ
3754 STATE ROUTE 55
URBANA, OH 43078-9611

THOMAS J HEMSOTH
8575 MAYSVILLE RD
FORT WAYNE, IN 46815-5804

THOMAS J PORCHE
4800 PONTCHARTRAIN DR APT 1
SLIDELL, LA 70458-5803

THOMAS J BIDDLE
5510 HIGHWAY 30W
THE DALLES, OR 97058-9538

THOMAS J HORST
2150 E BELL RD UNIT 1021
PHOENIX, AZ 85022-2972

THOMAS J RABE
1095 E 174TH ST
CLEVELAND, OH 44119-3105

THOMAS J CATRONE
320 E PORTER AVE
DES MOINES, IA 50315-5238

THOMAS J HOURIHAN
105 WARREN ST
NEEDHAM, MA 02492-3115

THOMAS J REPICKY
17815 BRAZIL RD
CLEVELAND, OH 44119-1908

THOMAS J CHENEY
1304 SEVERS DR
PIQUA, OH 45356-2530

THOMAS J JOHNSON
N8441 COVENTRY LN
BEAVER DAM, WI 53916-9739

THOMAS J SCHAEFER
2 BRIAN DANIEL CT
REISTERSTOWN, MD 21136-4635

THOMAS J COOK
1525 HUSSMAN AVE
GARDNERVILLE, NV 89410-5132

THOMAS J KEHOE
10763 GRAND RIVER DR SE
LOWELL, MI 49331-9587

THOMAS J WARD
22 GRASSWOOD CIR
ROCKLAND, MA 02370-2834

THOMAS J CRUMP JR
6061 GOLF VIEW XING
LOCUST GROVE, GA 30248-7068

THOMAS J MCGALLIARD
PO BOX 994
ARGYLE, TX 76226-0994

THOMAS J WILLIAMS
104 JUNIPER LN
WOOLWICH TOWN, NJ 08085-4046

THOMAS JAMES FERGUSON
13831 GIMBERT LN
NORTH TUSTIN, CA 92705-2809

THOMAS L HOOKER
27 CABOT DR
NASHUA, NH 03064-1633

THOMAS LAKOWSKY
25944 NOYES AVE
GLENWOOD, IA 51534-5392

THOMAS JOSEPH ECKER
PO BOX 416
GONZALES, LA 70707-0416

THOMAS L HORNER
3547 S AVENUE 5 E
YUMA, AZ 85365-7754

THOMAS LAMSON
24426 BEEF CANYON DR
HOCKLEY, TX 77447-9242

THOMAS K FAGAN
1855 S RAINBOW DR
MEMPHIS, TN 38107-3114

THOMAS L JONES
PO BOX 484
BOOKER, TX 79005-0484

THOMAS LANGE DDS
PO BOX 5010 PMB 17
RCHO SANTA FE, CA 92067-5010

THOMAS KACHEL
385 LANCASTER PIKE N
NEW PROVIDNCE, PA 17560-9751

THOMAS L RARICK
3690 FENLEY RD
CLEVELAND HEI, OH 44121-1369

THOMAS LAVIN
908 BENDERMERE AVE
OCEAN, NJ 07712-4104

THOMAS KEATING
9 THE NCK
MANHASSET, NY 11030-1315

THOMAS L SALERNO
5449 CAROLYN LN
MILFORD, OH 45150-2888

THOMAS LEE
755 EMERALD ST
NEW ORLEANS, LA 70124-3518

THOMAS KEMPS
1553 BELLFLOWER DR
BRIGHTON, CO 80601-6539

THOMAS L SCHOENHERR
888 EASTERDAY DR
COLDWATER, MI 49036-8054

THOMAS LESCH
101 N CLINTON AVE
ELMHURST, IL 60126-2906

THOMAS KLIMUC
226 MIDWOOD PL
WESTFIELD, NJ 07090-2510

THOMAS L SCOTT CLU
4713 BRENTWOOD DR
CHATTANOOGA, TN 37416-3143

THOMAS LEVITT
413 N ALMANSOR ST
ALHAMBRA, CA 91801-2624

THOMAS KRUEGER
8687 N 62ND ST
BROWN DEER, WI 53223-2800

THOMAS L TURK
643 HARPETH TRACE DR
NASHVILLE, TN 37221-3147

THOMAS LIPKE
1138 W CALLE DEL LIBRO DORA
SAHUARITA, AZ 85629-8150

THOMAS L DIBIASE
512 BAY ST OFC
WAYCROSS, GA 31501-6303

THOMAS L VINCE
PO BOX 2254
HUDSON, OH 44236-0854

THOMAS M [TOM] BRODERICK
10212 E COUNTRYSIDE CIR
WICHITA, KS 67207-5752

THOMAS M DEHAVEN
4635 DAISY ST
SPRINGFIELD, OR 97478-6661

THOMAS M ULBRIGHT MD
6406 MACATUCK DR
INDIANAPOLIS, IN 46220-5039

THOMAS MURPHY
40 CLEMSON RD
PARLIN, NJ 08859-1253

THOMAS M DEVORE
1150 RIDGE RD
FINKSBURG, MD 21048-1002

THOMAS MACALUSO
2135 34TH AVE
SAN FRANCISCO, CA 94116-1608

THOMAS NELSON
307 12TH ST N
HUMBOLDT, IA 50548-1667

THOMAS M FINN
PO BOX 391116
SNELLVILLE, GA 30039-0019

THOMAS MCGAHUEY
305 QUEEN RD
IMLER, PA 16655-9228

THOMAS NICELY
2433 WHITMORE LAKE RD
ANN ARBOR, MI 48105-1160

THOMAS M GRIFFIN
3030 POINT CLEAR DR
TEGA CAY, SC 29708-8542

THOMAS MCLAUGHLIN
110 TELFORD ST
EAST ORANGE, NJ 07018-1844

THOMAS O'CONNELL
1723 SHELLWOOD DR
CONCORD, CA 94521-2128

THOMAS M HAUSERMAN
45 CHATHAM PL
NEWTOWN, PA 18940-1173

THOMAS MEISENHEIMER
14277 SAYRE ST
SYLMAR, CA 91342-4747

THOMAS OAKES
3374 SUGARBERRY LN
WALNUT CREEK, CA 94598-1744

THOMAS M KETTERER
609 KILBOURNE PL
KEOKUK, IA 52632-2600

THOMAS MILLER
10 WALNUT ST
JACKSON CENTE, PA 16133-2112

THOMAS ORRIN MILLS
349 SW 92ND ST
OKLAHOMA CITY, OK 73139-8638

THOMAS M MCNEACE
5 CONFEDERATE CIR
TAYLORS, SC 29687-3958

THOMAS MILLER GALARDI
140 FOXWOOD DR
AIKEN, SC 29803-5785

THOMAS OTOOLE
145 WHITE RD
FAYETTEVILLE, GA 30214-1200

THOMAS M NICHOLS JR
651 FRED COOK RD
PROSPERITY, SC 29127-8287

THOMAS MOORE
11933 FUERTE DR
EL CAJON, CA 92020-8315

THOMAS P CARROLL
644 LANDER DR
CLEVELAND, OH 44143-2004

THOMAS M O'ROURKE
124 CSM DR
SAN MATEO, CA 94402-3601

THOMAS MOSES
266 N PARK AVE
OAK HILL, OH 45656-1077

THOMAS P EBELT
1383 KIPLING CT
TROY, MI 48083-5323

THOMAS P FAHRENHOLZ
23061 EVERGREEN LN
LOS GATOS, CA 95033-9219

THOMAS R BRITTON
5765 HONEYSUCKLE LN
MYRTLE BEACH, SC 29588-5201

THOMAS REED
326 CLARK RD
BROOKLINE, MA 02445-5830

THOMAS P ROETHEL
1021 RIFLECREST AVE
VALRICO, FL 33594-5834

THOMAS R CROSS
1109 SE RIO DR
ANKENY, IA 50021-3849

THOMAS ROBERT GORMAN
5516 LAKESHORE DR APT 307
COLUMBIA, SC 29206-4944

THOMAS P WALSH
7236 S GALAHAD PL
PAINESVILLE, OH 44077-9577

THOMAS R DAVIN
50 SUMNER STETSON RD
COLRAIN, MA 01340-9723

THOMAS ROMANSKI
449 N MATLOCK ST
MESA, AZ 85203-7221

THOMAS PAUL WAGNER JR
5313 CORNELL AVE
EL PASO, TX 79924-4715

THOMAS R GUILLOT
75 S B ST
TAFTVILLE, CT 06380-1126

THOMAS RYAN
PO BOX 60
LIGONIER, PA 15658-0060

THOMAS PRICKETT II
PO BOX 725
CARTHAGE, NC 28327-0725

THOMAS R NEELD
1112 NEELD DR
XENIA, OH 45385-1423

THOMAS S CLARK
216 SEA ISLE PT
ATLANTIC BEAC, NC 28512-5936

THOMAS PROUDIAN
543 CONCORD LN
BOLINGBROOK, IL 60440-1426

THOMAS R WINKLER
6545 N SUNNY POINT LN
MILWAUKEE, WI 53217-4069

THOMAS S DAVIS
520 27TH ST SW
NAPLES, FL 34117-3140

THOMAS R [GUS] HAINES
PO BOX 58
NEW LISBON, NJ 08064-0058

THOMAS RAY TRIETSCH
2862 HENRY LN
SANGER, TX 76266-7461

THOMAS SAXER
PO BOX 1144
CAREFREE, AZ 85377-1144

THOMAS R [TOM] GANTS
1212 SLASH PINE DR
FLOWER MOUND, TX 75028-1486

THOMAS REDDINGTON
111 S 7TH ST
RICHMOND, IN 47374-5456

THOMAS SCHADLE
125 W JEFFERSON PL
BROKEN ARROW, OK 74011-5032

THOMAS R [TUCK] CARPENTER
123 CHESTNUT ST
HADDONFIELD, NJ 08033-1812

THOMAS REDDY
7D TUPELO DR
CLIFTON PARK, NY 12065-6235

THOMAS SCHAFFER
3121 MANY OAKS PARK
LEXINGTON, KY 40509-8538

THOMAS SCHULTZ
91 MATTHEW CIR
RICHBORO, PA 18954-2045

THOMAS TREFZGER JR
3129 N NEW YORK AVE
PEORIA, IL 61603-1253

THOMAS W BOYNE
24822 S ELSIE ST
CHANNAHON, IL 60410-5065

THOMAS SHISLER
32 LAURA ST
SAN FRANCISCO, CA 94112-4010

THOMAS TYLER
2715 MARYLAND AVE
FLOSSMOOR, IL 60422-1850

THOMAS W BURKHOLDER
4672 HICKORY RIDGE RD
URBANA, OH 43078-9767

THOMAS SMITH
2924 CYPRESS ST
PORTSMOUTH, OH 45662-2636

THOMAS V DUTTON
81365 FOREST DR
INDIO, CA 92201-8651

THOMAS W HOYA
2939 VAN NESS ST NW APT 424
WASHINGTON, DC 20008-4621

THOMAS SONSINI
1606 NW 170TH ST
NEWBERRY, FL 32669-2140

THOMAS V MALONEY
PO BOX 1059
COLUMBIA STAT, OH 44028-1059

THOMAS W JONES
110 HADDAWAY DR
HENDERSONVILL, TN 37075-4087

THOMAS STANLEY BLACK
1 HUNTCREST CT
GREENVILLE, SC 29605-5910

THOMAS V MERTENS
15846 BRYANT ST
NORTH HILLS, CA 91343-5829

THOMAS W LOVE
6730 AUSTIN RD
SALINE, MI 48176-9607

THOMAS STONE JR
PO BOX 567
PICAYUNE, MS 39466-0567

THOMAS W [TOM] GEISLER
256 CATTLEBARON TER
HENDERSON, NV 89012-3278

THOMAS W MALESKI
15 PERSHING DR
LATHAM, NY 12110-5425

THOMAS STOUT
200 E COLUMBUS ST
KENTON, OH 43326-1582

THOMAS W ALBRECHT
19211 CHICKASAW AVE
CLEVELAND, OH 44119-2733

THOMAS W MARTIN
1724 KATHERINE ST
FLOWER MOUND, TX 75022-6710

THOMAS T GLIDDEN
PO BOX 34332
LAS VEGAS, NV 89133-4332

THOMAS W BISHOP
95 RIVERSIDE DR
PAINESVILLE, OH 44077-5313

THOMAS W MECUM
7006 140TH STREET CT E
PUYALLUP, WA 98373-5285

THOMAS TIBBS
1121 1ST ST NW
MINOT, ND 58703-1409

THOMAS W BLAKE
3047 N JACKSON BLVD
DERBY, KS 67037-8623

THOMAS W OSTERHOUT
358 CHELSEA RD
FAIRLESS HILL, PA 19030-2245

THOMAS W POWELL
374 WALNUT DR
WOODSTOCK, GA 30189-5421

THOMAS WOOD
3530 EVERGREEN AVE
DES MOINES, IA 50320-2125

TIL SMELSER
231 MILL BAYOU RD
MONROE, LA 71203-8109

THOMAS W SCHAAF SR
3347 CHAIN BRIDGE RD
FAIRFAX, VA 22030-2601

THOMAS ZACHARY
1286 RUSK RD
ROUND ROCK, TX 78665-7855

TILLMAN R KARL
502 S WASHINGTON ST
VAN WERT, OH 45891-1947

THOMAS W STEPHENSON
2410 SARANAC LN
GLENVIEW, IL 60026-1068

THOMAS ZIMMERMANN
N6862 STAR RD
PLYMOUTH, WI 53073-3244

TIM A BEAN
221 SPRING VALLEY RD
PIGEON FORGE, TN 37863-3681

THOMAS WAID
4768 FIREBROOK BLVD
LEXINGTON, KY 40513-1403

THOMASINA GODBEE
3501 STAFFORD ST
HEPHZIBAH, GA 30815-6625

TIM AMATO
605 ANGEL CT
CHARLOTTE, MI 48813-3111

THOMAS WEAVER JR
214 MAPLE COVE RD
BUFFALO MILLS, PA 15534-9351

Thompson-Shore
7200 Joy Rd
Dexter, MI 48130

TIM B DEARING
6240 LOWER RIVER RD
GRANTS PASS, OR 97526-9627

THOMAS WEBB MD
6110 N OAK LEAF CT
PEORIA, IL 61615-2240

THORNTON MOSER
8 S MAIN ST
WATSONTOWN, PA 17777-1715

TIM BARNES
3507 N 80TH ST
OMAHA, NE 68134-4913

THOMAS WEBER
123 15TH AVE N
SAINT CLOUD, MN 56303-4529

THRESA [TERRY] DAVIS
1201 DISCHER DR
FRANKFORT, KY 40601-1693

TIM BARTHOLOMEW
PO BOX 181
FOLSOM, LA 70437-0181

THOMAS WHITE
15140 65TH AVE S APT 221
TUKWILA, WA 98188-2515

THURLOW DEVRIES
9634 5650 RD
OLATHE, CO 81425-9780

TIM BURTON
625 HILLCREST CT
WHEELERSBURG, OH 45694-1956

THOMAS WILLARD TURNER
13807 GLENGARRY CIR
BELLEVUE, NE 68123-3762

THURMAN YORK
1007 FOWLER ST
OLD HICKORY, TN 37138-3230

TIM DALEY
30624 310TH ST
NEW HARTFORD, IA 50660-8590

TIM G DAVIS SR
1124 LANCASHIRE DR
RICHMOND, IN 47374-6793

TIM SPRING
12416 COUNTY ROAD P
NAPOLEON, OH 43545-9346

TIMOTHY A BURNS
3126 OCOEE TRL
KNOXVILLE, TN 37917-3232

TIM J CARPENTER
413 FOREST OAK DR
VICKSBURG, MS 39180-3403

TIM UHTE
3337 PORTERFIELD RD
RICHMOND, IN 47374-9665

TIMOTHY B [TIM] PARKMAN
427 TURTLE LN
BENTONVILLE, VA 22610-2680

TIM J MICHALSKI
103 CHAMPIONS CT
VICTORIA, TX 77904-3322

TIM W MEADE
5553 RIVERBANKS RD
GRANTS PASS, OR 97527-9675

TIMOTHY C KIFFMEYER
107 RIVER OAKS DR
COLD SPRING, MN 56320-1500

TIM LIUDAHL
660 FLINT RD
MACOMB, IL 61455-8970

TIM WATSON
9906 GAPPA RD
KABETOGAMA, MN 56669-8048

TIMOTHY COMBS
3205 ARROW POINT DR
ZANESVILLE, OH 43701-6983

TIM LONDO
444 HARBOR VIEW LN
PETOSKEY, MI 49770-8615

TIMOTHY [TIM] JOSLYN
9301 2ND AVE S
BLOOMINGTON, MN 55420-3737

TIMOTHY COUGHLIN
PO BOX 15
CONIFER, CO 80433-0015

TIM MCCAMMON
3285 E OLD ROAD 30
WARSAW, IN 46582-5610

TIMOTHY [TIM] ROBERTS
268 BLACK OAK RD
CLINTON, TN 37716-5735

TIMOTHY D CROWLEY
2600 MOUNT PLEASANT RD
LINCOLN, CA 95648-8532

TIM P BAYARD
13277 RIVERLAKE DR
COVINGTON, LA 70435-5523

TIMOTHY [TIM] SCHMIDT
12215 PICKWICK PL
CINCINNATI, OH 45241-6003

TIMOTHY D FINUCAN SR
34878 LAKE SHORE BLVD APT J
EASTLAKE, OH 44095-2042

TIM P VON PEIN
7992 CONTINENTAL DR
MOORESVILLE, IN 46158-7730

TIMOTHY A BENECKE
3504 REDWING CT
NAPERVILLE, IL 60564-4435

TIMOTHY D STEVENS
614 ASHLEY CIR
NORTH AUGUSTA, SC 29841-2307

TIM SPECK
1521 SERENO DR
DALLAS, TX 75218-3540

TIMOTHY A BRUCK
7585 MURRAY AVE
MENTOR, OH 44060-6027

TIMOTHY DUGGAN
3526 JADE DR
POLLOCK PINES, CA 95726-9742

TIMOTHY E PURCELL
204 MARINER DR
VICTORIA, TX 77901-3718

TIMOTHY HESS
701 RIDGESIDE PL
NORTH VERSAIL, PA 15137-1810

TIMOTHY L VERHELLE
507 W SILVER LAKE RD
FENTON, MI 48430-2618

TIMOTHY F O'KEEFE
1035 N ELDER CT
SAND SPRINGS, OK 74063-8907

TIMOTHY J BLAD
13462 FORUM MEADOWS DR
CARMEL, IN 46033-9278

TIMOTHY LANDFAIR
900 LONG BLVD APT 476
LANSING, MI 48911-6745

TIMOTHY FENNEMA
7568 ARUNDEL WOODS DR
JESSUP, MD 20794-3262

TIMOTHY J EDWARDS
31425 WELLNER RD
WILLOWICK, OH 44095-3707

TIMOTHY M DOWNEY
10A E DUNDEE QUARTER DR UN
PALATINE, IL 60074-1627

TIMOTHY FISTEK
341 E 218TH ST
EUCLID, OH 44123-1729

TIMOTHY J MCNEILL CPA
32289 REDWOOD BLVD
AVON LAKE, OH 44012-2551

TIMOTHY P BOLZ
3201 MAPLEWOOD BLVD APT 22
OMAHA, NE 68134-5439

TIMOTHY G MCCORD
10600 ALYSSA CT
PAINESVILLE, OH 44077-8977

TIMOTHY J O'NEILL
39 BELLEVUE PL
NEW LONDON, CT 06320-4701

TIMOTHY P WILLIAMS
14101 GRANITE POINT CT
CHESTERFIELD, VA 23838-6181

TIMOTHY G WORKMAN
1780 JAMES
CASPER, WY 82601-6813

TIMOTHY J POWELL
163 OAKVIEW DR
CRANBERRY TOW, PA 16066-2319

TIMOTHY ROBERT SELLERS
13054 N 99TH DR
SUN CITY, AZ 85351-2817

TIMOTHY H STEWART
9380 BARNHARDT RD NE
MANCELONA, MI 49659-9224

TIMOTHY J RYAN
3814 TREMONT RD
CLEVELAND HEI, OH 44121-1840

TIMOTHY S JENNINGS
6310 RANGER LAKE RD
GAYLORD, MI 49735-8574

TIMOTHY HENRY MARTIS
3944 E 96TH ST
NEWAYGO, MI 49337-8252

TIMOTHY L [TIM] DURYEA
333 E 2440 N
NORTH LOGAN, UT 84341-1782

TIMOTHY SUTHERBY
6905 STEARNS LN
CELINA, OH 45822-2918

TIMOTHY HERR
361 PETERSBURG RD
LITITZ, PA 17543-9367

TIMOTHY L SWARTHOUT
15514 PARKWOOD CIR
AVON, MN 56310-4617

TIMOTHY SUTHERLIN
3298 W COUNTY ROAD 300 S
GREENCASTLE, IN 46135-8293

TIMOTHY TAYKOWSKI
54066 SAMARA DR
MACOMB, MI 48042-2212

TINA STEWART
PO BOX 107
WESTON, ID 83286-0107

TODD ECKERSON
995 HOPMEADOW ST
SIMSBURY, CT 06070-1812

TIMOTHY TWYNHAM
333 LAS OLAS WAY
FORT LAUDERDA, FL 33301-2363

TINA SWEENEY
39 CROSS BOW LANE
COMMACK, NY 11725-1214

TODD FORSYTHE
3265 TOWN ROAD 195
INTERNATIONAL, MN 56649-8948

TIMOTHY ULMER
18 BAYLEAF DR
LUMBERTON, NJ 08048-4228

TINA TALLBACKA
140 PHEASANT RUN
MAYFIELD HEIG, OH 44124

TODD J ROBERTS
2901 26TH ST W APT 707
BRADENTON, FL 34205-3766

TIMOTHY W ONASCH
5021 SEMINARY RD APT 1610
ALEXANDRIA, VA 22311-1943

TINA WRASSMANN
6213 WATCHCREEK WAY APT 302
MILFORD, OH 45150-5610

TODD LEON PARRISH
1427 BLACK RUN RD
LEWISBURG, PA 17837-7636

TIMOTHY WALLOCH
531 GRIFFITH AVE TRLR Y
WISCONSIN RAP, WI 54494-7846

TOBIANNA DROLETTE
11860 PASEO LUCIDO APT 2087
SAN DIEGO, CA 92128-7221

TODD LIVERNASH
2512 COUNTY ROAD C
WISCONSIN RAP, WI 54495-9220

TINA A OSWALD
1904 CREEKVIEW BND
NACOGDOCHES, TX 75965-3152

TOBY HINDERSTEIN
20310 FAIRWAY OAKS DR
BOCA RATON, FL 33434-3244

TODD RITTER
164 YODERS DR
ALTOONA, PA 16601-8423

TINA MARIE BERTE
4033 570TH AVE
WHITTEMORE, IA 50598-8030

TODD A SAMUELSON
312 CARSON RD
BATTLE MTN, NV 89820-2328

TODD STEWART
14669 SHAVANO VALLEY RD
MONTROSE, CO 81403-9698

TINA MARIE VUKONICH
2311 BIRCHWOOD LN
JOLIET, IL 60435-3201

TODD ANDERSON
915 AIRPORT RD
CENTERVILLE, IN 47330-9784

TODD T WHEELER
607 HEATHER LN
BRYN MAWR, PA 19010-2019

TINA SACKMAN
PO BOX 725
WARRENSBURG, NY 12885-0725

TODD DETRO
502 S BLOOMINGTON ST
GREENCASTLE, IN 46135-2114

TODD WESLEY BOLDT
2908 145TH ST
URBANDALE, IA 50323-2045

TODD WIENER
11919 NICKLAUS CIR
TAMPA, FL 33624-4541

TODDY A MANSON
13556 STANFORD ST
OMAHA, NE 68144-2440

TOM A MANOS
66 KATELYN HILLS DR
FALMOUTH, MA 02540-2048

TOM A YAX
9958 GRAYFIELD
REDFORD, MI 48239-1426

TOM AKINS
8425 LATTO RD SE
UHRICHSVILLE, OH 44683-6555

TOM ALLMAN
5894 S BLACK OAK LAKE RD
LAND O LAKES, WI 54540-9747

TOM ARMOUR
PO BOX 74
BUCKLEY, MI 49620-0074

TOM B MCCORD
404 RIO GRANDE AVE
HUTTO, TX 78634-4448

TOM BAWEK
10629 WYOMING CIR
BLOOMINGTON, MN 55438-2252

TOM BOHN GRIM
7510 POTTERS RD
SARANAC, MI 48881-9582

TOM BOLAND SR
121 MARSH OAK DR
BRUNSWICK, GA 31525-4515

TOM BOUDREAU
8845 HOLZ LN
NEKOOSA, WI 54457-7414

TOM BRUICK
55 LANE 375A LAKE JAMES
ANGOLA, IN 46703-9023

TOM C BOTSFORD
708 HALL ST
EATON RAPIDS, MI 48827-1464

TOM C KOGER
319 DAVIS RD
BIG SPRING, TX 79720-8817

TOM C MCALHANY
PO BOX 392
NORTH, SC 29112-0392

TOM CHAMBERS
8711 N GREGORY RD
FOWLERVILLE, MI 48836-8736

TOM CONNOR
733 RYAN
MAPLETON, ND 58059-4015

TOM CUNEO
7611 OAK LEAF DR
SANTA ROSA, CA 95409-6211

TOM DEAN
9861 W BIENAPFL DR
BOISE, ID 83709-4702

TOM DUANE CLARK
2310 LEGENDS GATE DR
SPRING, TX 77386-3394

TOM EDELBROCK
303 MAIN ST E
RICHMOND, MN 56368-8228

TOM EDWARDS
3462 CHRISTINA GROVES CIR S
LAKELAND, FL 33813-3909

TOM ENGLER
1518 MAIN ST
KEOKUK, IA 52632-3927

TOM FRASER
1636 13TH AVE N
FORT DODGE, IA 50501-7704

TOM FUGATE
1127 VILLAGE CT
LAKE ZURICH, IL 60047-3306

TOM FULTON
202 FISHERS LN
KELSO, WA 98626-1306

TOM GINGRICH
12001 NIEMAN RD
OVERLAND PARK, KS 66213-1987

TOM LINCOLN
38 JACKSON CHAPEL RD
CEDARTOWN, GA 30125-4222

TOM PURPLE
3086 SULLIVAN CT
STOCKTON, IL 61085-9077

TOM HARROLD
PO BOX 216
FITHIAN, IL 61844-0216

TOM LOWN
5530 SIERRA DR
WATERLOO, IA 50701-9110

TOM ROWAN
740 1575 RD
DELTA, CO 81416-3246

TOM HEATH
23 E MOUNTAIN CREEK CT
GRAND PRAIRIE, TX 75052-5983

TOM MAGOTO JR
902 WOODLAND DR
VERSAILLES, OH 45380-8588

TOM SINNER
615 BLUFF ST
DELTA, CO 81416-3618

TOM HOLDORF
606 MADISON AVE
OMRO, WI 54963-1628

TOM MARRISCOLO
440 LOMITA AVE
MILLBRAE, CA 94030-1162

TOM SLAVENS
908 E DEL WEBB BLVD
SUN CITY CENT, FL 33573-6229

TOM JOHNSON
924 NORTHDALE DR
ALTON, IL 62002-4242

TOM MCNICHOLAS
2856 HALF MOON LAKE RD
HILLSDALE, MI 49242-8307

TOM SPEELMAN
318 E MARKET ST
MENDON, OH 45862-9580

TOM KEMPER
913 COULTER RD
WHITE OAK, PA 15131-3109

TOM MILLIGAN
3223 FOREST DR
RICHMOND, IN 47374-2530

TOM SWARICK
PO BOX 1241
RHINELANDER, WI 54501-1241

TOM KUNKEL
1333 15TH AVE S
SAINT CLOUD, MN 56301-5439

TOM NALLY
2211 DANUBE WAY
UPLAND, CA 91784-7957

TOM T FULLERTON
1515 HARD ROCK RD APT 223
IRVING, TX 75061-3789

TOM L FARNSWORTH
212 WASHINGTON ST APT 122
KEOKUK, IA 52632-2321

TOM NELSON
8321 BANKS MILL RD
DOUGLASVILLE, GA 30135-5509

TOM WALTER
52 CHELTENHAM DR
READING, PA 19610-1842

TOM LEMAHIEU
701 MELANIE LN
RIPON, WI 54971-1037

TOM PICKERING
116 BROADMOOR LN
IOWA CITY, IA 52245-9313

TOM WAMBAUGH
109 FAIRFIELD DR
BRIDGEPORT, WV 26330-9402

TOM WAMBO
1005 N MORTON AVE
CENTERVILLE, IN 47330-1061

TOM WARD
810 DELAWARE ST
WHITE OAK, PA 15131-1110

TOM WILLIAMS
713 SAYBROOK ST
PORT ORANGE, FL 32127-1105

TOM WORTH
1412 13TH ST
INTERNATIONAL, MN 56649-2856

TOM ZAHN
10780 MACON RD
SALINE, MI 48176-9308

TOMAS [TOM] HERRERA
3773 FORT AMANDA RD
LIMA, OH 45805-4052

TOMI PORTERFIELD CPA
803 BIRCHVIEW CT
PEARLAND, TX 77584-8043

TOMITA-KASHINO SHIMAMOTO
1042 WARFIELD AVE
OAKLAND, CA 94610-1612

TOMMA GODSAVE
5214 HOMESTEAD AVE
LINESVILLE, PA 16424-5825

TOMMIE E FORDHAM
1711 NW 18TH AVE
OCALA, FL 34475-4935

TOMMIE SUE ROBERTS
1573 NOTTINGHAM RD
CHARLESTON, WV 25314-2454

TOMMY A DRUMHELLER
7219 CHESTERFIELD RD
CRYSTAL LAKE, IL 60012-3050

TOMMY BRANON
5505 HEARTLAND CT
MIDLAND, TX 79707-9105

TOMMY E THOMPSON
800 E BEAU ST APT B3
WASHINGTON, PA 15301-2918

TOMMY F RIDGLEY
1216 BEVERLY GARDEN DR
METAIRIE, LA 70002-1904

TOMMY FRAZIER BRIDGES
522 WOMBLE RD
SANFORD, NC 27330-6593

TOMMY L [SLICK] FENTON
85 ELMORE ST
COLUMBUS, MS 39702-7398

TOMMY LOCKE
219 GREEN HARBOR RD
OLD HICKORY, TN 37138-1031

TOMMY LOGSDON
704 BEVERLY AVE
ALTAMONTE SPR, FL 32701-6428

TOMMY M DUPLESSIS
2605 MEADOWLARK DR
SAINT BERNARD, LA 70085-5726

TOMMY MCMURRY
PO BOX 12435
LUBBOCK, TX 79452-2435

TOMMY PHELAN
PO BOX 263
MILAN, TN 38358-0263

TOMMY SMITH
861 MULFORD LN
JOLIET, IL 60431-9304

TOMSENA GREENE
PO BOX 515
PALATKA, FL 32178-0515

TONI GRUBE
990 S COCALICO RD
DENVER, PA 17517-9576

TONI IVES
837 BLACKBERRY RD
DEATSVILLE, AL 36022-5157

TONI J DARTEY
6209 S CORY AVE
CUDAHY, WI 53110-3015

TONI LEE HOWARD
1102 S CHELTON RD APT 131
COLORADO SPRI, CO 80910-1706

TONI O CORPE
5565 LAKE PLEASANT RD
NORTH BRANCH, MI 48461-7910

TONI R PFLAUM
4680 78TH AVE NE
DEVILS LAKE, ND 58301-8905

TONY BALTES
57 LAFAYETTE ST
STAFFORD, VA 22554-7699

TONY BEAUDINE
958 DELAWARE WAY
LIVERMORE, CA 94551-7439

TONY BROWN
6113 RED SPRUCE DR
LOUISVILLE, KY 40229-1635

TONY CAROLLO
PO BOX 1227
SUMMERFIELD, FL 34492-1227

TONY CRUGER
110 N BEACH RD
HOBE SOUND, FL 33455-2110

TONY DE LEON
2420 N MORNING DEW ST
WICHITA, KS 67205-1302

TONY F ORLANDO
2404 CLARK AVE
VENICE, CA 90291-4708

TONY HELL
4751 COUNTY ROAD 9
LITTLEFORK, MN 56653-9344

TONY KLUCKING
9333 BRISTOL WAY
MONTGOMERY, AL 36117-6053

TONY L NORTON
4340 W BOCKHOFER RD
FOUNTAIN CITY, IN 47341-9768

TONY MALMED
547 CAMINO RANCHEROS
SANTA FE, NM 87505-2835

TONY MCCARTY
10701 SLIPPERY ELM DR
LOUISVILLE, KY 40291-3779

TONY MORO
9057 NW 31ST ST
POLK CITY, IA 50226-2221

TONY N REDD
827 MILLEDGE RD APT C1
AUGUSTA, GA 30904-4380

TONY P ROOF
180 HOMESTEAD LN
LEXINGTON, SC 29072-7672

TONY PAULUS
9495 BRENRICK RD
PIQUA, OH 45356-9519

TONY PITKIN
PO BOX 238
CALLAWAY, NE 68825-0238

TONY POLAND CMT
1632 ELLSMERE AVE
LOS ANGELES, CA 90019-3826

TONY RASTBICHLER
2 TILLMAN ST
LIBERTY, SC 29657-1256

TONY RUSSOM
2216 HAWKS LANDING DR
LAKE SAINT LO, MO 63367-1852

TONY SCHENKE
5929 ORCHARD HILLS LN
CINCINNATI, OH 45252-2617

TONY SKAJA
9000 71ST AVE SE
LAKE LILLIAN, MN 56253-9738

TONY SPAINHOUR
4312 SETH DR
HOLLY SPRINGS, NC 27540-9082

TONY VAN DER VOORN
2721 S HIRAM AVE
WICHITA, KS 67217-1825

TONY WINGEIER
8124 W CRANE RD
MIDDLEVILLE, MI 49333-9457

TRACI YAGER
3417 N 125TH AVE
OMAHA, NE 68164-4298

TRAVIS A MIRRA
515 WILLRICH DR
NEWARK, OH 43055-1516

TONYA J MCWILLIAMS
4813 SE 29TH AVE
AMARILLO, TX 79103-7012

TRACIE R SHUTT
1181 BEBB WILLOW LN
LEWISVILLE, NC 27023-8607

TRAVIS BLOCK
2727 KIMBLETON CT
HOUSTON, TX 77082-2050

TONYA PIERCE
2801 HIGHWAY 6 E LOT 18
IOWA CITY, IA 52240-2633

TRACY BOURGEOIS
RR 2 BOX 2365
WYACONDA, MO 63474-9534

TRAVIS BONNEVILLE
8405 MIDNIGHT AVE
LAS VEGAS, NV 89143-1381

Total Funds By Hasler
PO Box 30193
Tampa, FL 33630-3193

TRACY FLANAGAN
409 MILLHOUSE POND
CHESTERBROOK, PA 19087-5518

TRAVIS DEBNAM
2004 COUNTY ROAD G
LAMESA, TX 79331-2948

TRACEY L WELLS
125 PETTICOAT LN
LEBANON, NJ 08833-4109

TRACY LEE CADDY
240 SAND GULCH RD
CRAIG, CO 81625-7976

TRAVIS K BALLOU
46714 FIELDING TER
STERLING, VA 20164-2348

TRACEY NICKENS
6915 215TH ST E
BRADENTON, FL 34211-7773

TRACY M EPTING
2359 FM 1204
DECATUR, TX 76234-7280

TREASA BYRD
1229 EVANS ST
DES MOINES, IA 50315-3822

TRACEY POWERS
4405 SARATOGA HILL RD
LOUISVILLE, KY 40299-4377

TRACY P CLARK
6927 SUNRISE CT
MIDLAND, TX 79707-1414

TREASURE ANN BRASHER
83 COUNTRY CLUB DR
CANYON, TX 79015-1821

TRACI J HANCOCK
83 MULLEN HILL RD
WATERFORD, CT 06385-1910

TRACY SHAW
718 THORNBURY RD
BARTLETT, IL 60103-2331

TRENT BATSON PHD
25 KRISTEN LN
NORTH KINGSTO, RI 02852-1410

TRACI SAARI
3196 COUNTY ROAD 20
INTERNATIONAL, MN 56649-8709

TRACY SPURRIER
7102 STRAIGHTLINE PIKE
RICHMOND, IN 47374-9000

TRENT SPENCER LAWRENCE
865 GEORGE ST
SEBASTIAN, FL 32958-4917

TREON A DOLLAR HOELSCHER
309 DOGWOOD CT
WYLIE, TX 75098-3852

TRESA WARD
1280 ZION HILL RD
WEATHERFORD, TX 76088-8528

TREVOR ALLEN MANGELS
517 W 9TH ST
HUGOTON, KS 67951-2313

TRICIA MERYDITH
1013 MAIN STREET
KEOKUK, IA 52632

TRILBY PORTER
145 S YORK ST UNIT 226
ELMHURST, IL 60126-3468

TRISH STUMP
2615 MAXWELL DR
MIDLAND, TX 79705-4917

TRISHA DALY-KARLSON
PO BOX 1601
EAST ORLEANS, MA 02643-1601

TRISHA FITCH
726 SW L ST
GRANTS PASS, OR 97526-2640

TRISHA WILLIAMS
1260 MILLERS BOTTOM RD
NEW COLUMBIA, PA 17856-9458

TROY G MACALUSO PHD
417 ARIS AVE
METAIRIE, LA 70005-3441

TROY HILDMAN
333 BAYBERRY DR
KINGSPORT, TN 37663-3299

TROY L WITHEY
905 GOLDEN POND DR
YUKON, OK 73099-6121

TROY W SHEALY
148 BROWNING HEIGHTS WAY
CENTRAL, SC 29630-3001

TRUBEE BELL JONES
1855 E RAMON RD APT 3
PALM SPRINGS, CA 92264-7965

TRUDEL GIFFORD
1142 TANO DEL ESTE
SANTA FE, NM 87506-7530

TRUDIE [DIANE] WHITE
11004 W HIGHWAY 156
WEST FORK, AR 72774-9709

TRUDIE BALBACH
10220 BADGER CREEK LN
WILTON, CA 95693-9719

TRUDORA [TRUDY] HARSHMAN
3505 S MCCOY ST
INDEPENDENCE, MO 64055-3208

TRUDY DALEY
515 E CAREFREE HWY PMB 338
PHOENIX, AZ 85085-8839

TRUDY DUGAN
108 BENCK ST
ALGONA, IA 50511-7278

TRUDY FREIDINGER
18875 N SNOW DROP LN
MOUNT VERNON, IL 62864-8845

TRUDY M SULLI
7 HARBOR N
AMITYVILLE, NY 11701-3810

TRUDY SOLO
PO BOX 504
S INTL FALLS, MN 56679-0504

TRUDY STAUBITZ
PO BOX 796
ELY, MN 55731-0796

TRUDY WALLACE
2400 JOHNSON AVE APT 12K
BRONX, NY 10463-6449

TRUMAN JONES
4535 LEGACY CT
SARASOTA, FL 34241-7145

TRUMAN W SOMMERS
PO BOX 525
GRANTS PASS, OR 97528-0044

TSGT GEORGE LYNN VICKERY USAF
60019 COLE RD
AMORY, MS 38821-8919

TYANNE THOMAS
10313 TEMPERANCE ST SW
HUNTSVILLE, AL 35803-2059

ULYSESE BROWN
197 KANE ST APT 10
BROOKLYN, NY 11231-3761

TUCKER EVANS
44238 ELM AVE
LANCASTER, CA 93534-4320

TYLER W DANN
1361 E BOOT RD APT 135
WEST CHESTER, PA 19380-5988

ULYSSES HIGH SCHOOL
c/o TAMMIE HENSLEY
501 N MCCALL ST
ULYSSES, KS 67880

TULLIO TOZZI
3417 EISENHOWER DR
WHITE OAK, PA 15131-2209

TYREE FOSTER
5760 RUTLEDGE TRL
LIBERTY TOWNS, OH 45011-1244

UNA MILLER
7051 CROWN POINT AVE APT 11
OMAHA, NE 68104-5301

TULLY COLCORD PATROWICZ
1700 COUNTRY CLUB RD
EUSTIS, FL 32726-5818

TYRONE P MELANCON
321 CATALPA DR
LA PLACE, LA 70068-2505

UNA POLK
3051 SAINT PAUL ST
DENVER, CO 80205-4837

TUNY BOSCH
13646 MONTEVERDE DR
CHINO HILLS, CA 91709-1358

TYRONE ROBERT SYLVIA
3420 MORNINGSIDE DR
KISSIMMEE, FL 34744-9452

UNION COLLEGE, LINCOLN,NE
c/o CHRIS JOHNSON '08
3800 S 48TH ST
LINCOLN, NE 68506-4300

TWILA BOWSER
1519 MAPLE ST
MALVERN, AR 72104-7638

TYSON HADLEY
4320 STARKES GRADE RD
PLACERVILLE, CA 95667-7879

UNIV OF RIO GRANDE / COMMU
RIO GRANDE ALUMNI OFFICE
218 N COLLEGE AVE
RIO GRANDE, OH 45674

TWILA FORD
5933 N TERRY AVE
OKLAHOMA CITY, OK 73111-7501

UDO R VAN CITTERS
423 TULIP ST
FAIRFIELD, CA 94533-1536

UNIV OF RIO GRANDE / COMMU
c/o ANNETTE WARD
218 N COLLEGE AVE
RIO GRANDE, OH 45674

TWILA WELDON
1719 SUSANNA RD NE
PIEDMONT, OK 73078-6805

UGOCHUKWU [UGO] NWAKANMA
125 QUARRINGTON CT
ALPHARETTA, GA 30004-5080

UNIVERSITY CITY HIGH SCHOOL
UNIVERSITY CITY HIGH SCHOOL
7401 BALSON AVE
UNIVERSITY CI, MO 63130-2995

TWYLA J NORRIS
1530 N SMITH CIR UNIT 402
WICHITA, KS 67212-5507

ULMA [JEAN] STEVENSON
350 MAGNOLIA RD
CLEVELAND, TX 77328-5996

UNIVERSITY CITY HIGH SCHOOL
c/o CAROL ANN COLE
7401 BALSON AVE
UNIVERSITY CI, MO 63130-2995

URSULA REDEYE
20601 ARBOR AVE
EUCLID, OH 44123-3106

VAL EUGENE ABBOTT
544 MINERAL POINT LN
IOWA CITY, IA 52246-6107

VALERIA CROWELL
2920 TAIT TER
NORFOLK, VA 23509-2351

URSULA TEGGATZ
700 WOODSIDE DR
IOWA CITY, IA 52246-3456

VAL HOFFMAN
905 SE 9TH ST
ANKENY, IA 50021-3608

VALERIE ARNELL BOOKHOLT
2208 CEDAR BIRD LN
CHARLOTTE, NC 28270-0791

Usaa Federal Savings Bank
PO Box 33009
San Antonio, TX 78265-3009

VALANTINA [VI] BLANZOLE
109 AZALEA DR
DEPTFORD, NJ 08096-6638

VALERIE CARABE
138 S PLAISTED AVE
HAUPPAUGE, NY 11788-2752

Usaa Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX 78288-1600

VALDA KAYE PUGH
8809 KINGS LYNN LN
LOUISVILLE, KY 40220-4103

VALERIE D FULTON
2833 MARA LOMA CIR
WOOSTER, OH 44691-8440

V HERBERT WATTS
1653 CRABTREE CIR
ASHTABULA, OH 44004-9350

VALDA X ROBINSON
29130 GERTRUDE CT
INKSTER, MI 48141-1102

VALERIE FOX LCSW
23242 PEARL CT
CARROLLTON, VA 23314-2240

V KAY ROE
24070 HURON RIVER DR
NEW BOSTON, MI 48164-9437

VALDON DANIEL SR
1300 BELMONT RD
ATHENS, GA 30605-4924

VALERIE KIMMEL
4 TALL PINE CIR
AUGUSTA, GA 30909-1849

V LOUISE CHRISTOPHER
421 KING ST APT 3D
LITTLETON, MA 01460-6217

VALEDA WESNER
10095 STATE ROUTE 44
WATSONTOWN, PA 17777-8277

VALERIE L WOOD
7580 E RANCH VIEW RD
CORNVILLE, AZ 86325-4913

V RITA CASSIDY
222 IRONWOOD LN
REDDING, CA 96003-5343

VALENCIA HARDY
4843 S CALUMET AVE
CHICAGO, IL 60615-1307

VALERIE LEE
1546 MONTICELLO DR
GLADWYNE, PA 19035-1247

VADA FISHER
2170 OAK ST
MARIA STEIN, OH 45860-9509

VALENE PITTMAN
1281 PRICE RD
OLMSTED, IL 62970-2302

VALERIE MIKAJLO
3407 JEFFERSON AVE
TOMS RIVER, NJ 08753-4819

VALERIE  MITCHELL
18107 ALBERT DR
CULPEPER, VA 22701-9304

VALORIE  BOWERS
1148 DEAN ST
BROOKLYN, NY 11216-3004

VANESSA  MUDD
4977 S COUNTY ROAD 400 E
GREENCASTLE, IN 46135-8056

VALERIE P GREENE
5 FAXON RD
STOUGHTON, MA 02072-1709

VAN E HOUBOLT
16443 CRESCENT LAKE DR
CREST HILL, IL 60403-1648

VANESSA  SELLERS
1009 COULSONS CT
HENDERSONVILL, TN 37075-8779

VALERIE  PORTER
462 ROCK HAVEN RD LOT 47
MURFREESBORO, TN 37127-8126

VAN GREGORY HIBBERTS
123 SHORELINE DR
GULF BREEZE, FL 32561-4175

VANITA C KASSING
4302 CHRISMAC WAY
COLLEYVILLE, TX 76034-4950

VALERIE  TERRALL
4405 NW 187TH AVE
PORTLAND, OR 97229-2911

VAN H BURNS
31289 KATHERINE PIGOTT RD
FRANKLINTON, LA 70438-4933

VANLEER  DAVIS
74 GALLUP RD
PRINCETON, NJ 08540-7302

VALERIE V [VEEVEE] WALKER-TAYLOR
4025 LONG POINT BLVD
PORTSMOUTH, VA 23703-5348

VAN WILCOX
PO BOX 123
INTERNATIONAL, MN 56649-0123

VANNA  ZEIGLER
21505 W WASSON RD
TRIVOLI, IL 61569-9722

VALERIE  VERINI
44 AVON CIR APT C
RYE BROOK, NY 10573-2011

VANDERGRIFT HIGH SCHOOL
c/o KATHY STARR
4500 MELWOOD RD
LEECHBURG, PA 15656

VASHTI  WOODKINS
331 BETTYRAE WAY
DALLAS, TX 75232-4417

VALETTA  JACKSON
2830 PROSPECT AVE
FORT WORTH, TX 76106-5730

VANESSA  DAVIS
4706 RHETT DR
EVANS, GA 30809-3296

VEDA  WOLFE
1103 NICKELS PL SW
LEESBURG, VA 20175-4331

VALOISE  SAVAGE
5211 45TH ST
LUBBOCK, TX 79414-1325

VANESSA  ELLIOTT
3906 TRIAD CT
WOODBRIDGE, VA 22192-6287

VELLA  RUNYAN
1330 HANOVER RD LOT 321
DELAWARE, OH 43015-8784

VALORIE  BERRY
2905 SAINT MARKS DR
TITUSVILLE, FL 32780-6743

VANESSA F KELLY
1422 WELLINGTON ST W APT 409
OTTAWA, ON K1Y 0X7

VELMA A BUTLER
715 FERNDALE ST
PLYMOUTH, IN 46563-2209

VELMA COOK
3420 DONOSO CT
NAPLES, FL 34109-1377

VENIA [MARTI] ROHRBAUGH
9116 IRONSTONE AVE
LAS VEGAS, NV 89143-1140

VERA PALUMBO
67 DARI RD
MIDDLE ISLAND, NY 11953-2658

VELMA CYR
13949 DOMINICA DR
SEMINOLE, FL 33776-1319

VENNETTA J TARZIAN
9880 N NAME UNO
GILROY, CA 95020-9288

VERA SCHMIDT
405 N WOODVIEW DR
COLDWATER, OH 45828-1037

VELMA E ANDERSON
1201 SW CORNWALL ST
TOPEKA, KS 66611-2421

VERA BRISCOE
11000 WEBB RD
AMARILLO, TX 79108-7811

VERA SCHUNK
3095 STRUBLE RD
CINCINNATI, OH 45251-1129

VELMA KAY SANDERS
602 N BOLIVAR ST
MARSHALL, TX 75670-2016

VERA ELLIOTT
2512 PATE AVE
AUGUSTA, GA 30906-2851

VERA STEWART
8714 DALTON AVE
LOS ANGELES, CA 90047-3419

VELMA MANNING
11805 MEADOWGLEN LN APT 1216
HOUSTON, TX 77082-2773

VERA FULLERTON
1842 AGLEN ST
SAINT PAUL, MN 55113-6502

VERA THOMPSON
1000 SE MARJEAN LN APT O12
GRANTS PASS, OR 97526-7005

VELMA MOEN
113 COPPERSMITH CT
SAINT CHARLES, MO 63301-7403

VERA LOUISE TIPPE
30 N BOOTH ST
DUBUQUE, IA 52001-7331

VERA WROBLESKI
27 OAK HILL CIR
MALVERN, PA 19355-2016

VELORA COPELAND
709 ANDOVER DR
ROUND ROCK, TX 78664-3003

VERA MAE NOGGLE
1211 4TH AVE N APT 116
SAUK RAPIDS, MN 56379-2663

VERDELLE P LEWIS
1708 ELLINGTON DR
FORT WORTH, TX 76112-7713

VELTA GRAUZE
6016 CONCORD AVE
EDINA, MN 55424-1732

VERA MCCLENNEN
274 GLEN RIDDLE RD APT A105
MEDIA, PA 19063-5847

VERDERY ROBERSON
104 FAIRINGTON RD NW
HUNTSVILLE, AL 35806-2292

VELZA DAVIS
9 JESSIE ST
JOLIET, IL 60433-1427

VERA OKEEFFE
17166 WATERBEND DR APT 111
JUPITER, FL 33477-5873

VERDIE MIDDLECOFF
202 S FREE ST
HOXIE, AR 72433-8969

VERENA KAEPPLER
40 BOX CANYON RD
SEDONA, AZ 86351-7707

VERN MILLER
2705 W CENTRAL PARK AVE
DAVENPORT, IA 52804-2506

VERNELL THOMPSON
1804 POSSUM TROT ST
ROUND ROCK, TX 78681-1710

VERENE CELESTAINE
10145 S PRINCETON AVE
CHICAGO, IL 60628-1943

VERN MINX MANSELLE
PO BOX 216
BEAVERCREEK, OR 97004-0216

VERNELLA TAYLOR
7264 US HIGHWAY 59 S
MARSHALL, TX 75672-4158

VERGIE MORRIS
2508 RIVERVIEW ST
MCKEESPORT, PA 15132-5016

VERN REBSCH
4740 ZION RD
CLEVES, OH 45002-9686

VERNELLE HOSKINS
808 STEPHEN CT
FRIENDSWOOD, TX 77546-4515

VERITY WHITLEY
1720 17TH AVE
MOLINE, IL 61265-4068

VERNA EBERHART
200 19TH ST SE APT 204
WATERTOWN, SD 57201-3979

VERNER [RED] DEAN
1300 DONELSON AVE
OLD HICKORY, TN 37138-3220

Verizon Florida LLC
PO Box 920041
Dallas, TX 75392-0041

VERNA JOHNSON
3288 VILLAGE LN
PLOVER, WI 54467-3465

VERNETHA RENWICK
2108 CHERRY LAUREL DR
NEWBERRY, SC 29108-2207

VERL D LANTZ
304 DORA CIR
COPPERAS COVE, TX 76522-1412

VERNA LEE
4116 HOUKUM CT S
FARGO, ND 58104-6000

VERNON ARMSTRONG JR
784 TIMBERS DR
HENDERSON, KY 42420-2400

VERLYN TAFT TANKSLEY
110 BRIDLE TRAIL CT
ROSWELL, GA 30076-1072

VERNA POLK
2300 BELL ST STE 6
AMARILLO, TX 79106-4632

VERNON BARKER
1265 S TOPEKA ST
EL DORADO, KS 67042-3791

VERN [WARREN V] JOHNSON
1036 W HARBECK RD
GRANTS PASS, OR 97527-5774

VERNA SANDERS
417 TEN MILE CREEK RD
GERMANTOWN HI, IL 61548-8674

VERNON BRUCE WARN SR
1943 MARKESE AVE
LINCOLN PARK, MI 48146-2515

VERN BERGLIN
1503 PLEASANT VIEW DR
NORTH MANKATO, MN 56003-2422

VERNE DRAKE
1343 MADISON ST
BEAVER DAM, KY 42320-1307

VERNON BULCHER
10499 BESING RD
ELBERFELD, IN 47613-9483

VERNON CARRINGTON
106 EL CAMINO WAY
FORT WASHINGT, MD 20744-4819

VERNON R CLIFTON
301 MCKOY ST
CLINTON, NC 28328-3415

VERONICA BROWN
404 BIDDLE ST
CHESAPEAKE CI, MD 21915-1037

VERNON E PERCELL
701 N 28TH ST
ROGERS, AR 72756-1797

VERNON ROBBINS
11000 CLEVELAND TRL
NORWALK, IA 50211-9239

VERONICA C RENNA
36 BLOSSOM ST
NASHUA, NH 03060-3711

VERNON HAZEL
629 MERIDAN ST
DEARBORN, MI 48124-1563

VERNON RUTHART
2657 WILLIAMS HWY
GRANTS PASS, OR 97527-8721

VERONICA E [RONI] SANFORD
6088 SANFORD LN
FORT CALHOUN, NE 68023-5218

VERNON HOUSTON
8120 KNEBWORTH CT
RALEIGH, NC 27613-4442

VERNON STANLEY WALIGORA
PO BOX 508
VERDI, NV 89439-0508

VERONICA E [RONNIE] HELSBY
170 ESPERANZA WAY
PALM BEACH GA, FL 33418-6206

VERNON J MCDOWELL
310 POWELL AVE
DUMAS, TX 79029-4123

VERNON STEINKE
10520 GRANT ST
WISCONSIN RAP, WI 54494-9668

VERONICA M MAYO
20 CRESCENT KY
BELLEVUE, WA 98006-1010

VERNON L KOLB
2417 BRIXTON RD
EDMOND, OK 73034-3300

VERNON TROWBRIDGE
1208 CARRIAGE LN
CASPER, WY 82609-3137

VERONICA MAIER
9504 BAY FRONT DR
NORFOLK, VA 23518-6303

VERNON L RAINEY DDS
PO BOX 3296
SUFFOLK, VA 23439-3296

VERNON WIEGAND
298 SHADY BROOK DR
LANGHORNE, PA 19047-8029

VERONICA NUGENT
1208 MADISON ST
METAIRIE, LA 70001-3747

VERNON MCELDOWNEY
245 BETHEL RD
CENTERVILLE, OH 45458-2472

VERNON WIPPER
20824 FRANKLIN RD
CLEARWATER, MN 55320-1600

VERONICA PLAPP
17631 N 35TH DR
GLENDALE, AZ 85308-3201

VERNON MONNIN
4755 N MULBERRY GROVE RAKEST
COVINGTON, OH 45318-9666

VERONA COAN
PO BOX 622
ALGONA, IA 50511-0622

VERONICA STEWARD
5005 47TH PL
VERO BEACH, FL 32967-0987

VERONICA T SIMPSON
5113 63RD ST
WOODSIDE, NY 11377-5837

VERONICA W JAMISON
806 BOLD ST
PORTSMOUTH, VA 23701-3904

VERSAILLES HIGH SCHOOL
VERSAILLES H S ALUMNI ASSOCI
280 MARKER ROAD
VERSAILLES, OH 45380

VERSAILLES HIGH SCHOOL
c/o KAREN KEISER
280 MARKER ROAD
VERSAILLES, OH 45380

VERSIA POLLARD
1492 17TH ST W
PALMETTO, FL 34221-6101

VERTABEL ARLENE YORK
3709 S US HIGHWAY 231
GREENCASTLE, IN 46135-8701

VIANNAH WALKER
PO BOX 291
LOON LAKE, WA 99148-0291

VIC BARTLETT
7938 SE 140TH DR
PORTLAND, OR 97236-6609

VICKI A MAYER
3742 BEELER RD
LIMA, OH 45806-1555

VICKI ALARIE
531 SKY WAY
GRANTS PASS, OR 97527-5365

VICKI BAKER
1828 CHURCHES RD
LEWISBURG, PA 17837-7314

VICKI BARBERO
8726 CROSS CHASE CIR
FAIRFAX STATI, VA 22039-3374

VICKI BIGGS-ANDERSON
122 CASPERS HILL RD
GRAND MARAIS, MN 55604-2182

VICKI C PEZLEY
206 S BUCHANAN AVE
PALMYRA, MO 63461-1300

VICKI COUP
2 MIFFLIN CT
MIFFLINBURG, PA 17844-9321

VICKI DE ROO
4414 ANCHOR MILL DR
BELLEVUE, NE 68123-1168

VICKI FAYE CROSBY
1033 GARTON RD
BURNS, TN 37029-5215

VICKI HURT
30 OAKLAWN PARK
MIDLAND, TX 79705-6546

VICKI KOHNE
N860 WINDY GAP RD
LYNDON STATIO, WI 53944-9439

VICKI KRIKKE SPARKS
8470 OAKVIEW AVE NE
ROCKFORD, MI 49341-9344

VICKI L HADFIELD
309 COLFAX ST
FENTON, MI 48430-2023

VICKI L SMITH
1814 DORCHESTER ST
NORWALK, IA 50211-9709

VICKI LAYMAN
6108 RICHLAND DR
FORT WAYNE, IN 46804-3039

VICKI MARLETT
330 LAS COLINAS BLVD E APT 7
IRVING, TX 75039-5583

VICKI MARTIN
2041 MOUNT WASHINGTON AVE
COLORADO SPGS, CO 80906-3411

VICKI NAPIWOCKI
3404 COUNTY ROAD X N
STEVENS POINT, WI 54482-8939

VICKI OBERMANN
206 N 6TH ST
NEW BADEN, IL 62265-1440

VICKI PLAGMAN
306 HOPKINS DR
ARLINGTON, SD 57212-2120

VICKI POPP
11302 W BEKEMEYER ST
WICHITA, KS 67212-6603

VICKI ROLLINGS
10599 SPRING HILL DR
CARMEL, IN 46032-4054

VICKI RYAN
2156 PUNTA DEL ESTE DR
HACIENDA HEIG, CA 91745-4911

VICKI SCHILL
4414 S LINDEN RD
FLINT, MI 48507-2912

VICKI SEEHASE
3309 TWELVE OAKS CT
SELLERSBURG, IN 47172-9144

VICKI SHINK
7 NOME DR
WOODBURY, NY 11797-3404

VICKI THATCHER
579 SHERRY LN
CINCINNATI, OH 45255-3439

VICKI WILLIAMS
5912 MOSSBROOK TRL
DALLAS, TX 75252-3206

VICKIE ALLEN
425 4TH AVE
IOWA CITY, IA 52245-4616

VICKIE BARNTS
2788 CROCKER RD
EUGENE, OR 97404-1861

VICKIE DOEDEN
1929 33RD ST S
MOORHEAD, MN 56560-3951

VICKIE HICKS-BUTLER
1018 ALDEN DR
CEDAR HILL, TX 75104-3293

VICKIE LEE
221 S SAN JUAN AVE TRLR 11
MONTROSE, CO 81401-4188

VICKIE LEE HANKINS
PO BOX 2527
WALDPORT, OR 97394-2527

VICKIE LEWIS REIHE
612 HART AVE
DES MOINES, IA 50315-5367

VICKIE LYNN WEST
301 PHILLIPS DR
DUMAS, TX 79029-4146

VICKIE MEHALCHICK
24 HARVEST LN
BURLINGTON, NJ 08016-2263

VICKIE MEIXNER
8317 GOODRICH RD
MINNEAPOLIS, MN 55437-1514

VICKIE PROSE
15374 HIGHWAY 238
GRANTS PASS, OR 97527-8619

VICKIE VAN ARSDALL
PO BOX 5143
GRANTS PASS, OR 97527-0143

VICKIE WILSON
PO BOX 2324
WINSTON, OR 97496-2324

VICKY GILLETTE
305 SAVANNAH LN
FORT MILL, SC 29708-8386

VICKY KLEIN
7677 N ADRIAN HWY
TECUMSEH, MI 49286-9717

VICKY O'NEILL
3742 BLOOMINGDALE DR
HILLSBOROUGH, NJ 08844-5531

VICKY OSBORN
105 E KENDALL DR
YORKVILLE, IL 60560-1030

VICKY WILSON
4633 KENSINGTON WAY N
PLAINFIELD, IN 46168-7547

VICTOR BROMENSCHENKEL
36525 PELICAN LAKE RD
AVON, MN 56310-4635

VICTOR M BRUDI
16720 HOUK RD
HOAGLAND, IN 46745-9757

VICTORIA CRAIG
2285 CONSTITUTION BLVD
MCKEESPORT, PA 15135-2307

VICTOR DELEO
1807 EDUCATIONAL DR
WHITE OAK, PA 15131-2203

VICTOR R DOMINES
2926 ROUNSEVEL TER
LAGUNA BEACH, CA 92651-4138

VICTORIA HARPER
9 FAIRWAY DR
SOUTH CHARLES, WV 25309-2550

VICTOR DOBRAS
240 NICE LN APT 308
NEWPORT BEACH, CA 92663-2691

VICTOR R GALLO
5957 PIDCOCK CREEK RD
NEW HOPE, PA 18938-9313

VICTORIA J BROWN
11018 W LAURELWOOD LN
AVONDALE, AZ 85392-4036

VICTOR G NASTASI
16908 FILLY LN
ODESSA, FL 33556-1830

VICTOR SAEGER
410 5TH ST N
WISCONSIN RAP, WI 54494-3639

VICTORIA JOHNSON
283 ORCHID RD
LEVITTOWN, NY 11756-2008

VICTOR JOHNSON
13802 N 183RD AVE
SURPRISE, AZ 85388-9719

VICTOR WHITFIELD
105 YVONNE LN
MARSHALL, TX 75672-8325

VICTORIA LOHMANN
6505 67TH AVE N
PINELLAS PARK, FL 33781-5123

VICTOR JUNIOR PURPUREE
1681 N JANTZEN AVE
PORTLAND, OR 97217-7822

VICTOR ZIMMERMAN
2243 ARGONNE MEADOWS DR
LAKE SAINT LO, MO 63367-2324

VICTORIA MARKEZIC
6626 BLISS AVE
CLEVELAND, OH 44103-1962

VICTOR L [VIC] STRUBLE
212 N 2ND ST
CONWAY SPRING, KS 67031-8094

VICTORIA [VICKI] BUTLER
19 SULGRAVE RD
WEST HARTFORD, CT 06107-3346

VICTORIA NETANEL
950 CRATER OAK DR
CALABASAS, CA 91302-2132

VICTOR LAHR
840 MAYWOOD DR
SAINT CLOUD, MN 56303-0923

VICTORIA [VICKI] LUTZ
PO BOX 31489
SAINT LOUIS, MO 63131-0489

VICTORIA OVESON
2917 E 109TH AVE
NORTHGLENN, CO 80233-5475

VICTOR M BARRON
25986 FANNY CRK
HOWE, OK 74940-3322

VICTORIA [VICKI] STERLING
779 CHRISTINA DR
BOULDER CITY, NV 89005-3424

VICTORIA PAULL
1219 GARFIELD AVE
LIBERTYVILLE, IL 60048-3613

VICTORIA ROLLER
1310 PRESIDENTIAL DR
NORTHFIELD, MN 55057-3546

VIETA ZEECK
5618 83RD LN
LUBBOCK, TX 79424-4638

VINCE HUDAK
5220 TOWNLINE RD
WISCONSIN RAP, WI 54494-9008

VICTORIA SAMUELS
8126 SOUTHERN TRAILS PL
INDIANAPOLIS, IN 46237-8209

VIKKI MINADEO
2703 RUDOLPH AVE
ERIE, PA 16508-1039

VINCE HUMMEL
1711 W CARL SANDBURG DR AP
GALESBURG, IL 61401-1384

VICTORIA SCHNELLER
1250 APOLLO DR
LAFAYETTE, CO 80026-1205

VILLA ANGELA - ST JOSEPH HIGH SCHOOL
VILLA ANGELA - ST JOSEPH HIG
18491 LAKE SHORE BLVD
CLEVELAND, OH 44119-1212

VINCE RODMAN
297 GROSSE PINES DR
ROCHESTER HIL, MI 48309-1831

VICTORIA WHITMIRE
49787 RED PINE DR
MACOMB, MI 48044-1694

VILLA ANGELA - ST JOSEPH HIGH SCHOOL
c/o KELLIE CLINTON
18491 LAKE SHORE BLVD
CLEVELAND, OH 44119-1212

VINCE WROBLEWSKI
1048 AEGEAN DR
SCHAUMBURG, IL 60193-3800

VICTORIA ZWIENER CASKEY
1569 NOTTINGHAM RD
CHARLESTON, WV 25314-2454

VILLA MARIA ACADEMY
VILLA MARIA ACADEMY
370 CENTRAL AVENUE
MALVERN, PA 19355

VINCENT A [REDS] FILIPPONI
528 POWDERHORN RD
KING OF PRUSS, PA 19406-3040

VIDA DAVIDSON
1827 E 225TH ST
EUCLID, OH 44117-2003

VILLA MARIA ACADEMY
c/o MAGGIE MALLON
370 CENTRAL AVENUE
MALVERN, PA 19355

VINCENT A [VINCE] SODANO
309 BRIGANTINE TER
TUCKERTON, NJ 08087-2509

VIDA HAUPTMAN
589 TIMBERLINE TRL
MAYFIELD VLG, OH 44143-2344

VILMA COONEY
2711 N DAYTON ST
CHICAGO, IL 60614-1409

VINCENT B UKLEJA
81 OLD COLCHESTER RD
QUAKER HILL, CT 06375-1007

VIDA SYKES
5220 N CORRIGAN RD
OTIS ORCHARDS, WA 99027-9208

VILMA GRASSI
1613 HILTON AVE
FAIRBANKS, AK 99701-4017

VINCENT C [VINCE] EXLEY
4910 ROCK VALLEY DR
MARIETTA, GA 30066-1147

VIENNA HAHLE
1702 12TH ST
EMMETSBURG, IA 50536-1907

VILMA TIMONY
221 MCDONALD AVE APT 4B
BROOKLYN, NY 11218-1429

VINCENT C LIUZZI
551 HIGH HAWK CIR
VERO BEACH, FL 32962-7155

VINCENT E SANDLIN
PO BOX 538
PADUCAH, TX 79248-0538

VINCENT MIKOLAVICH
926 NE D ST APT 3
GRANTS PASS, OR 97526-2354

VIOLA BLOXOM-KING
4711 E PIKES PEAK AVE
COLORADO SPRI, CO 80916-1237

VINCENT F ARCURI
1 W 3RD ST
HOBART, IN 46342-4310

VINCENT O OWES
242 HEYWOOD AVE
ORANGE, NJ 07050-3042

VIOLA GEIGER
2313 TWIN SILO DR
BLUE BELL, PA 19422-3281

VINCENT F SZTUL
29011 SHERBROOK DR
WICKLIFFE, OH 44092-2636

VINCENT PALMER
785 DONNELLVILLE RD
NATRONA HEIGH, PA 15065-3011

VIOLA JONES
855 F ST
LEBANON, OR 97355-1759

VINCENT J CANNATA
7 DUPONT AVE
PISCATAWAY, NJ 08854-2434

VINCENT R STEELE
12 WOODSIDE DR
ROCKAWAY, NJ 07866-1615

VIOLA JUTTEN
PO BOX 262
PALISADE, NE 69040-0262

VINCENT J FRANK SR
440 BRICK BLVD APT B
BRICK, NJ 08723-6098

VINCENT R TORANO
197 SIMONS DR
MORRISVILLE, PA 19067-5913

VIOLA LEWIS
3237 HYACINTH AVE
MEDFORD, OR 97501-8535

VINCENT J GLOBOKAR JR
26475 AARON DR
EUCLID, OH 44132-2547

VINCENT S KUHLMAN
75 WESTVIEW DR
MILFORD, IA 51351-1370

VIOLET A STUNKARD
6324 PONDEROSA DR
OMAHA, NE 68137-4233

VINCENT J KING
99 PRESIDIO POINTE
CROSS LANES, WV 25313-1537

VINCENT SCALZO
605 MALLARDS POND LN
SCHENECTADY, NY 12303-5375

VIOLET FELDMANN
322 N HIGHLAND AVE APT 107
PLYMOUTH, WI 53073-2067

VINCENT J LEONETTI
63 MATEO AVE
DALY CITY, CA 94014-2407

VINNIE L WILLIAMS-TRAYLOR
12503 STONEY CREEK DR
PEARLAND, TX 77584-9488

VIOLET G LENTZ
1945 MEECH RD
WILLIAMSTON, MI 48895-9742

VINCENT M COIRO JR
45 WILLIAM RD
MASSAPEQUA, NY 11758-2222

VIOLA BALENZANO
138 HURST DR
EPHRATA, PA 17522-2626

VIOLET GROSSNICKLE
247 ARROYO DR
PACIFICA, CA 94044-2302

VIOLET KNOLL
3042 CLEVELAND AVE
PLOVER, WI 54467-3644

VIOLET MAE REPP
1103 S GREENSTONE LN
DUNCANVILLE, TX 75137-2828

VIOLET MORROW
808 SCHROEDER LN
GRANTS PASS, OR 97527-6123

VIOLET MOSTAD
2460 PINNACLES DR
ROCKLIN, CA 95677-2637

VIOLET REASER
2401 WESTWOOD DR
LONGWOOD, FL 32779-4626

VIOLET STERRETT
2135 SE 6TH ST
DES MOINES, IA 50315-1613

VIRGIE M BURROWS
PO BOX 711
DENTON, TX 76202-0711

VIRGIL ANDERSON
1318 ORAN DR
COUNCIL BLUFF, IA 51503-2543

VIRGIL DIXON GRANT
1034 FERRY RD
FOREST CITY, NC 28043-9779

VIRGIL JOHNSON
12785 GILMAN RD
LEAVENWORTH, KS 66048-7227

VIRGIL L WOODS ESQ
8370 ONALASKA AVE
SAN DIEGO, CA 92123-2827

VIRGIL P FRANTZ
147 REED AVE
VERSAILLES, OH 45380-1115

VIRGINIA [ANN] ROBINSON
1237 E MELBOURNE AVE
PEORIA, IL 61603-2113

VIRGINIA [GIN] BUTLER
5761 E ITHACA PL APT 3
DENVER, CO 80237-1156

VIRGINIA [GINGER] COUNTRYMAN
1700 PIN OAK DR UNIT 140
DALTON, GA 30721-2347

VIRGINIA [GINGER] VEDEPO
2951 ORCHARD VIEW LN NE
IOWA CITY, IA 52240-7777

VIRGINIA [GINNIE] SWEENEY
11398 BELMONT LAKE DR UNIT 1
LAS VEGAS, NV 89135-1375

VIRGINIA [GINNY] CONDON
1921 E MINARET CIR
RENO, NV 89523-1284

VIRGINIA [GINNY] HELMS
238 E MAIN ST
SAINT CLAIRSV, OH 43950-1552

VIRGINIA [GINNY] HIARING
900 S 20TH ST
CLARINDA, IA 51632-2416

VIRGINIA [GINNY] LHAMON
11657 ROAD 179
OAKWOOD, OH 45873-9370

VIRGINIA [GINNY] NEILSON
14699 S PONDEROSA WAY
GRASS VALLEY, CA 95949-9789

VIRGINIA [GINNY] SOUTH
208 RIVER GATE DR
LAFAYETTE, LA 70508-6736

VIRGINIA [GINNY] TAYLOR
3333 BATH HEIGHTS DR
CUYAHOGA FALL, OH 44223-3760

VIRGINIA [JEANNIE] KODACK
100 STURBRIDGE RD
BRANCHBURG, NJ 08853-4013

VIRGINIA [JENNY] WITTE
2101 S 4TH ST
LAMESA, TX 79331-6503

VIRGINIA [KAYE] BROWN
328 E MCKINLEY ST
TEMPE, AZ 85281-1025

VIRGINIA A HESTER
6130 N WINCHESTER AVE APT 1E
CHICAGO, IL 60660-2284

VIRGINIA ANN WARNECKE
2105 W WAVELAND AVE
CHICAGO, IL 60618-4922

VIRGINIA BOTTO
6160 TURKEY RUN CT
MANASSAS, VA 20112-3024

VIRGINIA A RIZZO
11156 BYRD DR
FAIRFAX, VA 22030-5366

VIRGINIA ARMENTARO
520 WALL AVE
DES MOINES, IA 50315-5166

VIRGINIA BRADBURY
885 WOODDALE DR
URBANA, OH 43078-2239

VIRGINIA A ROBERTS
5108 WINDING WOODS DR
CENTREVILLE, VA 20120-4108

VIRGINIA AU
274 1ST ST
MOUNT WASHING, KY 40047-7019

VIRGINIA BRADLEY
75 EVANS AVE
ALBERTSON, NY 11507-1825

VIRGINIA ALLEN
1960 RAYNER RD
KIRKWOOD, MO 63122-3528

VIRGINIA BABILLA
9525 W OAK PL
DES PLAINES, IL 60016-1538

VIRGINIA BURLESON
4950 SUGAR GROVE BLVD APT 20
STAFFORD, TX 77477-2143

VIRGINIA ANDERSON
279 N BROADWAY APT 8H
YONKERS, NY 10701-2413

VIRGINIA BAILEY
2100 E WASHINGTON ST APT 107
PETALUMA, CA 94954-3898

VIRGINIA C BRUBAKER
PO BOX 612
RICHMOND, IN 47375-0612

VIRGINIA ANDREWS
200 W OLIVER AVE
WEST MEMPHIS, AR 72301-3928

VIRGINIA BARTRAW
1921 HATFIELD ST
WILLIAMSPORT, PA 17701-1059

VIRGINIA CANTARELLA
20 FIREHOUSE LN
GREENVILLE, NY 12083-2138

VIRGINIA ANN KASS
8704 SHORECLIFF DR
LAS VEGAS, NV 89134-8855

VIRGINIA BENNETT
279 3RD ST APT 1
NEW COLUMBIA, PA 17856-8983

VIRGINIA CHAIN
317 W CREEK RD
NEWBURG, PA 17240-9390

VIRGINIA ANN SCHMIDEK
14500 FRUITVALE AVE APT 6116
SARATOGA, CA 95070-6188

VIRGINIA BERMAN
34 BROOKSTONE DR
GREENFIELD CE, NY 12833-1836

VIRGINIA CICERO
477 HOLDSWORTH DR
PITTSBURGH, PA 15236-3204

VIRGINIA ANN TOBIAS
573 TUCKERS RD UNIT B
PAWLEYS ISLAN, SC 29585-5360

VIRGINIA BLACKWOOD
605 SE 10TH ST
POMPANO BEACH, FL 33060-9405

VIRGINIA COFFEY
288 DEEP MEADOW DR
FISHERSVILLE, VA 22939-2519

VIRGINIA COOK
137 N TENNESSEE ST
DANVILLE, IN 46122-1225

VIRGINIA GIBSON
408 DANIELS ST
PALESTINE, TX 75803-7084

VIRGINIA HICKERSON
668 CONCORD CADES RD
TRENTON, TN 38382-9294

VIRGINIA CRANDALL
1010 S DALE ST
EAGAR, AZ 85925-9641

VIRGINIA GILCREST
256 MEETINGHOUSE LN
MOUNTAINSIDE, NJ 07092-1306

VIRGINIA HOLMAN
10 S YELLOWSTONE AVE UNIT 1
BOZEMAN, MT 59718-1935

VIRGINIA D BEARD
15 BUTTERFIELD DR APT E
WEST DOVER, VT 05356-4404

VIRGINIA GOOD
42 CHATEAU PALMER DR
KENNER, LA 70065-2033

VIRGINIA HOOVER
325 DONNA WAY
CENTRAL POINT, OR 97502-1801

VIRGINIA DENNETT
4111 INGERSOLL AVE APT 1112
DES MOINES, IA 50312-2731

VIRGINIA GRANC
5407 HOMER AVE
CLEVELAND, OH 44103-1330

VIRGINIA I HUFFMAN
2 COOSA TRL
BROWNS MILLS, NJ 08015-6516

VIRGINIA DONAVON
275 LARKSPUR LN # 58
MOUNTAIN HOME, AR 72653-8070

VIRGINIA GRESE
1608 ROMINE AVE
MCKEESPORT, PA 15133-3323

VIRGINIA INTERMONT COLLEGE
VIRGINIA INTERMONT COLLEGE
1013 MOORE ST
BRISTOL, VA 24201

VIRGINIA DOUGHERTY
12630 OLD HIGHWAY 169
HIBBING, MN 55746-8322

VIRGINIA GUNN
4 W RIDGE LN
SHERIDAN, WY 82801-8528

VIRGINIA INTERMONT COLLEGE
c/o BETH SHUMAKER
1013 MOORE ST
BRISTOL, VA 24201

VIRGINIA DUDAS
502 COUNTRY CLUB DR
EGG HARBOR CI, NJ 08215-5100

VIRGINIA HAMRICK RN
1024 COUNTY ROAD 44
ANGLETON, TX 77515-8648

VIRGINIA J BREEN-BENNETT
74 E SPRING RD
COAL CITY, IL 60416-1847

VIRGINIA FLICKNER
1025 MALLARD CIR
FOLSOM, CA 95630-7507

VIRGINIA HARDING
6813 KESSEL ST
FOREST HILLS, NY 11375-5729

VIRGINIA JOHNSON
5005 COUNTY ROAD 76
LITTLEFORK, MN 56653-9194

VIRGINIA FOWLER
1412 OAK HILL LN
BEDFORD, VA 24523-4348

VIRGINIA HENRY
328 OAKVALE BLVD
BUFFALO, NY 14223-1639

VIRGINIA JOHNSON
13606 N KAANAPALI PT
SUN CITY, AZ 85351-2743

VIRGINIA KNOP
109 TALTON CT
CLARKSVILLE, TN 37040-4380

VIRGINIA LEWIS
1200 WOODLAWN ST
KILGORE, TX 75662-3865

VIRGINIA N SHEMELEY
66 YANKEE RD
QUAKERTOWN, PA 18951-5320

VIRGINIA L BRANSTOOL
3224 VERDUN AVE
SAN MATEO, CA 94403-3851

VIRGINIA M LUTTRELL
2558 BALSAM CT
MONTROSE, CO 81401-9055

VIRGINIA NEUMANN
1423 THUMM RD
GAYLORD, MI 49735-9225

VIRGINIA L CRUM
12039 DEERHORN DR
CINCINNATI, OH 45240-1003

VIRGINIA MAE CHERRY
1004 W MARKET ST
RUSHVILLE, IN 46173-1745

VIRGINIA OGDEN
732 EAGLE CREEK RD
VALPARAISO, IN 46385-8623

VIRGINIA L MARCOTTE
448 JUDY CT
MERCED, CA 95348-2819

VIRGINIA MAST
2613 LANDER RD
PEPPER PIKE, OH 44124-4319

VIRGINIA PETERS
506 N SPRUCE ST
VALLEY, NE 68064-9670

VIRGINIA L WEBER
1038 ELWOOD ST
NARVON, PA 17555-9400

VIRGINIA MC COY
75 DELANEY DR
BRANT LAKE, NY 12815-1822

VIRGINIA R BROWNE
103 ADAMS ST
ROCHESTER, NY 14608-2201

VIRGINIA L. DEDOES
2205 SYCAMORE LN
KALAMAZOO, MI 49008-2033

VIRGINIA MCQUISTION
3620 N KAREN CT
DECATUR, IL 62526-1431

VIRGINIA R NICOLET
2423 W SAINT LOUIS ST
WICHITA, KS 67203-5115

VIRGINIA LAMB
7985 HUMMINGBIRD WAY SW
ALEXANDRIA, MN 56308-6152

VIRGINIA MOONEY
24 CHALMERS DR
ROCHESTER HIL, MI 48309-1842

VIRGINIA RADLOFF
514 APPLETON ST APT C
PLYMOUTH, WI 53073-2240

VIRGINIA LEE CANCHOLA
536 WHITE OAK DR
ROSELLE, IL 60172-2569

VIRGINIA MORRIS
PO BOX 1295
GREEN VALLEY, AZ 85622-1295

VIRGINIA REVIS
152 NE MCKEE DR
PRINEVILLE, OR 97754-8051

VIRGINIA LEE PENICK
4711 350TH STREET CT S
ROY, WA 98580-8224

VIRGINIA MURPHY
145 RIM LN
HICKSVILLE, NY 11801-6146

VIRGINIA REYNOLDS
7610 MORNINGSTAR AVE
HARRISBURG, PA 17112-4226

VIRGINIA  REYNOLDS
9450 NE REYNOLDS WAY
ALTOONA, IA 50009-8808

VIRGINIA  RUTHERFORD
201 BEECHWOOD RD
BRISTOL, TN 37620-2702

VIRGINIA  SCHABACKER
3010 WINDMILL ST
SUGAR LAND, TX 77479-1604

VIRGINIA  SCHRECK CASHNER
400 CENTURY VLG
LEWISBURG, PA 17837-6820

VIRGINIA  SMITH
325 PARK BLVD
VERSAILLES, OH 45380-1418

VIRGINIA  SMITH
31 FILBERT ST
MEDFORD, NJ 08055-2621

VIRGINIA  SNYDER
13111 S MACKSBURG RD
CANBY, OR 97013-8329

VIRGINIA  SOMERVILLE
8130 W BOULDER DR
BOISE, ID 83709-0817

VIRGINIA  STUART
1605 S 113TH PLZ
OMAHA, NE 68144-1868

VIRGINIA  T HANSBERRY-MOORE
3511 NW 23RD ST
LAUDERDALE LA, FL 33311-2604

VIRGINIA  THOMAS
6681 INDIANA AVE
LONG BEACH, CA 90805-2826

VIRGINIA  TROUT
302 SHADOWLAWN AVE
GREENCASTLE, IN 46135-1354

VIRGINIA  TURNER
3789 PARTRIDGE DR
MACON, GA 31204-4927

VIRGINIA  TWARDOWSKI
12 CHERRY TREE CIR
HOWELL, NJ 07731-1527

VIRGINIA  WATTERSON
688 E HILLTOP DR
SCOTTSBURG, IN 47170-6658

VIRGINIA  WIEDLING
15255 PEBBLEBROOK DR
BELLEVILLE, MI 48111-5235

VIRGINIA  WILKINS
1601 STAMBAUGH AVE APT 111
IRON RIVER, MI 49935-2033

VIRGINIA  WIRTH
408 HIGH ST
WATSONTOWN, PA 17777-1118

VIRGINIA  WUELLNER
4780 POWDERHORN LN
WESTERVILLE, OH 43081-4482

VITA  COSTA
2231 N CLIFTON AVE
CHICAGO, IL 60614-3508

VITA  HARBOWY
16365 RUDGATE ST
SOUTHGATE, MI 48195-2864

VITO  P  LONGO
2537 LAHARPE ST
NEW ORLEANS, LA 70119-2342

VIVIAN B MCCANN
3101 S TYLER ST
AMARILLO, TX 79109-3821

VIVIAN  BROCK
211 S 22ND ST
RICHMOND, IN 47374-5757

VIVIAN  C BASALARI
140 FREEPORT BLVD
TOMS RIVER, NJ 08757-6118

VIVIAN  D VEHRS
112 WOODVALLEY DR
FAYETTEVILLE, GA 30215-4814

VIVIAN  DE HART
506 LESTER ST
CHRISTIANSBUR, VA 24073-2257

VIVIAN DEMUTH
PO BOX 374
NORTH BRANCH, MN 55056-0374

VIVIAN M SHEARER
1118 N AUBURN ST
SPEEDWAY, IN 46224-6926

VIVIEN B JOHNSON
1589 N FOXBORO LOOP
CRYSTAL RIVER, FL 34429-7685

VIVIAN E BERSUCH
31728 CAMAS SWALE RD
CRESWELL, OR 97426-9834

VIVIAN MCKENNA
11 LOCUST LN
LEVITTOWN, PA 19054-3917

VIVIEN PECK
2722 W 22ND STREET DR
GREELEY, CO 80634-7642

VIVIAN FORD
2620 4TH ST NW
NAPLES, FL 34120-1384

VIVIAN PRENSKY
1215 MOORLAND WOODS CT
SAINT LOUIS, MO 63146-5360

VIVIENNE GELLMAN
816 S HANLEY RD APT 2A
SAINT LOUIS, MO 63105-2657

VIVIAN GALLOWAY
2230 S PATTERSON BLVD APT 51
KETTERING, OH 45409-1939

VIVIAN QUINNELL
5025 MANOR LN
WISCONSIN RAP, WI 54495-9278

VONNIE KING
2533 CHAMBERS LAKE LN SE
LACEY, WA 98503-6968

VIVIAN GRAGG
62 N REESE ST
MEMPHIS, TN 38111-4712

VIVIAN ROTH
923 6TH ST E APT 111
FORT FRANCES, ON P9A 3R1

W ALLEN [ALLEN] HUTCHISON
7521 OAKEN DR
KNOXVILLE, TN 37938-4360

VIVIAN L HAAG
689 64TH ST
DES MOINES, IA 50312-1003

VIVIAN THOMPSON-SYLVESTER
3230 RAMSGATE RD
AUGUSTA, GA 30909-3246

W EDWARD PINCKNEY
8300 FAIRMOUNT DR UNIT G101
DENVER, CO 80247-6528

VIVIAN LAFFERTY
131 CHERRY TREE LN
CHERRY HILL, NJ 08002-1007

VIVIAN W YOUNTS
769 WINDING RIDGE DR APT 33
RICHMOND, IN 47374-8024

W FREDERIC [FRED] ENDY
27307 MORRIS RD
TRAPPE, MD 21673-1971

VIVIAN LANGER
3830 N 65TH AVE
OMAHA, NE 68104-3252

VIVIAN WEBBER
7699 NW 79TH AVE APT 206
TAMARAC, FL 33321-2829

W H [BILL] LOZIER
509 VALLEY WEST CT
WEST DES MOIN, IA 50265-3900

VIVIAN M HRESKO
200 DERSAM ST
MCKEESPORT, PA 15133-3504

VIVIAN WYEN
16 KIOWA CT
TIPP CITY, OH 45371-1515

W JAMES FARRELL
6126 JADECREST CT
SPRING, TX 77389-3792

W JAMES VINCENT
51 MARKET SQ
MANHEIM, PA 17545-2413

W LEE MORRIS II
PO BOX 513
CHRISTIANSTED, VI 00821-0513

WADE DALRYMPLE
PO BOX 342
SMITHVILLE, MO 64089-0342

W KAY KARN
143 CUMBERLAND RD
RICHMOND, IN 47374-2604

W MIKE ANDERSON
861 3RD ST
PORT EDWARDS, WI 54469-1246

WADE ECHTENKAMP
733 BLACK HAWK DR
HERNANDO, MS 38632-4303

W KEVIN BROWN
7914 HEIGHTS DR
LOUISVILLE, KY 40291-5227

W RICHARD DUKELOW
325 SPRING CREEK RD
SOMERS, MT 59932-9759

WALLACE E [EDDIE] ROGERS
202 MANN DR
BARDSTOWN, KY 40004-9436

W KIM ADAMS
110 NEWBOLDS CORNER RD
SOUTHAMPTON, NJ 08088-8820

W RICHARD JOHNSON
PO BOX 987
JACKSON, SC 29831-0987

WALLACE ESTES
2503 N EVERETT ST
CRAWFORDSVILL, IN 47933-1012

W L [DOC] CUNIGAN
6114 AMHERST PL
MATTESON, IL 60443-1989

W ROGER LINDSTROM
12238 AUTUMN DALE CT
MARYLAND HEIG, MO 63043-2101

WALLACE HUNTER HAWKINS
3195 HOWELL DR SE
SMYRNA, GA 30080-3824

W L DAVIS JR
6913 CALUMET RD
AMARILLO, TX 79106-2808

W STEPHEN LOUGHLIN
49 AUDREY LN
LACONIA, NH 03246-3065

WALLACE L [BUD] CATLIN
75 VALLEY VIEW DR
DEL NORTE, CO 81132-9003

W LAFOND EDDINS
1 FOX HOLLOW CT
ARDEN, NC 28704-3004

W THOMAS [BUD] STALKER
186 MARBLEHEAD ST
SIMI VALLEY, CA 93065-7054

WALLACE LUETTSCHWAGER
608 N DUNTON AVE
ARLINGTON HEI, IL 60004-5532

W LARRY LEFEVER
233 NEW HAVEN DR
LITITZ, PA 17543-8673

W VELMA LEWIS PATCH
908 CLEAR FORK DR
DALLAS, TX 75232-2006

WALLACE MCCLURE
21 E 6TH ST UNIT 605
TEMPE, AZ 85281-3691

W LAURENCE [LARRY] DAVIS
4254 WINDSOR PL
CENTER VALLEY, PA 18034-9616

W ZOLLIE SIRCY
106 GLENN HILL DR
HENDERSONVILL, TN 37075-5114

WALLACE O HEISTAD
137 HEMSTEAD ST
LAKE BLUFF, IL 60044-1157

WALLACE R MILLER JR
408 PLACE SAINT CALAIS
COVINGTON, LA 70433-8142

WALLER / LINCOLN PARK HIGH SCHOOL
WALLER / LINCOLN PARK ALUMNI
2001 N ORCHARD ST MALL
CHICAGO, IL 60614

WALLER / LINCOLN PARK HIGH SCHOOL
c/o ROD RANDALL
2001 N ORCHARD ST MALL
CHICAGO, IL 60614

Waller Mitchell
5332 Main St
New Port Richey, FL 34652-2509

WALLY HILL
11150 IRVING DR UNIT 323
WESTMINSTER, CO 80031-6878

WALLY STEELE
208 E LOGAN ST
CLOVERDALE, IN 46120-8704

WALLY STERN
16512 POPPLETON AVE
OMAHA, NE 68130-1356

WALT KUECKS
1113 N GLENWOOD AVE
PEORIA, IL 61606-1010

WALTER [ALAN] HUVER
8487 PECK LAKE RD
SARANAC, MI 48881-9698

WALTER [BELO] TOWNSEND
105 LEWISTON ST
HYDE PARK, MA 02136-3739

WALTER [TERRY] LUTZ JR
2467 HALL RD
HARTFORD, WI 53027-9016

WALTER [WALLY] JANUSCH
10239 S 175TH AVE
GOODYEAR, AZ 85338-5502

WALTER A REED
190 HENDERSON AVE
CONSHOHOCKEN, PA 19428-2522

WALTER C BALDWIN III
5002 MERRITT BROWN WAY
PANAMA CITY, FL 32404-3040

WALTER C BLADSTROM
401 S PALM AVE UNIT 1002
SARASOTA, FL 34236-6831

WALTER C PRESCOTT
977 ROBINSON RD
GASTONIA, NC 28056-8852

WALTER C SHARPLESS
PO BOX 1176
ALBRIGHTSVILL, PA 18210-1176

WALTER D FELZKE
9508 E 36TH ST
TULSA, OK 74145-3508

WALTER DANNY JAY
250 TIMBERBROOK CIR APT 4
AUGUSTA, GA 30909-2055

WALTER DAVIS BLACKSTON
508 MAY RD
THOMSON, GA 30824-8888

WALTER E [WES] SHANK
226 FOXCROFT RD
BROOMALL, PA 19008-2039

WALTER E HANSEN
18 PHILLIPS MILLS DR
NORTH MIDDLET, NJ 07748-5177

WALTER E HUNTER
544 SW LEONA DR
PORT SAINT LU, FL 34953-6053

WALTER G TAYLOR
13825 SAMOA RD
SAN LEANDRO, CA 94577-5418

WALTER GLAPION JR
3631 CLERMONT DR
NEW ORLEANS, LA 70122-4734

WALTER H LINDSEY
123 N MARKET ST
LOUDONVILLE, OH 44842-1216

WALTER H MCDANIEL
1141 TREYMOUR WAY
KNOXVILLE, TN 37922-5166

WALTER HART
75 ADAMS ST
MEDFORD, MA 02155-5220

WALTER MARTIN
2512 ADGATE RD
LIMA, OH 45805-3706

WALTER VANCE
1121 W ARMSTRONG AVE
PEORIA, IL 61606-1206

WALTER HUNGERFORD
16427 HI LAND TRL
LINDEN, MI 48451-9088

WALTER PORR
3178 MANLEY DR
LOMPOC, CA 93436-2371

WALTER W GALLINGHOUSE
456 PENCARROW CIR
MADISONVILLE, LA 70447-3422

WALTER J KIRSCH III
4316 STARR JORDAN DR
ANNANDALE, VA 22003-3820

WALTER R ROBINSON
4222 ROULHAC ST
MARIANNA, FL 32448-3848

WALTER W TUTHILL
4241 GAYLE DR
TARZANA, CA 91356-5013

WALTER JONES JR
10101 RIVER RD
NEW COLUMBIA, PA 17856-9161

WALTER RETTIG
1820 SANTA CLARA AVE APT 205
ALAMEDA, CA 94501-2605

WALTER W WITTE JR
611 BLACK RD
NEW CASTLE, IN 47362-5202

WALTER KLINE
128 ALICE DR
O FALLON, IL 62269-1601

WALTER REYNOLDS
11780 ALPINE DR
LAKE, MI 48632-9738

WALTER WESLEY MORRIS
8820 YAKIMA AVE
TACOMA, WA 98444-4352

WALTER KNUTESON
5445 3RD AVE
RUDOLPH, WI 54475-9543

WALTER RICHARD WHITED
4912 AVONDALE RD
HYATTSVILLE, MD 20782-3324

WALTER ZOBEL
23810 LAWTONKA DR
EXCELSIOR, MN 55331-1769

WALTER L SARRAT
68358 CHARLES MCDANIEL RD
KENTWOOD, LA 70444-6114

WALTER ROSSBACH
11311 HANDLEBAR RD
RESTON, VA 20191-3909

WALTRAUDE CARPENTER
13305 GOLF COURSE RD
PARRISH, FL 34219-8717

WALTER L VAUGHN
13530 KNOTTINGHILL DR
SUGAR LAND, TX 77498-2449

WALTER SIEB
501 EARLHAM DR
RICHMOND, IN 47374-5270

WAMU
PO Box 15153
Wilmington, DE 19850-5153

WALTER LARMEE
1423 HAWKSHEAD LN
LOUISVILLE, KY 40220-3822

WALTER TRANCYGIER
370 CASTLEBURY DR
SALINE, MI 48176-1473

WANDA A WHITNEY
937 S 6TH ST
CLINTON, IN 47842-1946

WANDA ARRINGTON
3020 COUNTRY CLUB RD APT 5
DENTON, TX 76210-8600

WANDA CORUM
286 SULLIVAN LN
BARDSTOWN, KY 40004-8728

WANDA JEAN [DUSTY] DEAN
1513 STEWART RD
MCKINNEY, TX 75069-7911

WANDA BAUGHER
32 VILLAGE DR
KEOKUK, IA 52632-2062

WANDA DRIVER
916 BETTIE DR
OLD HICKORY, TN 37138-3314

WANDA JEAN KOSKI
44940 BEMIS RD
BELLEVILLE, MI 48111-9171

WANDA BEIRNE
1009 SE 46TH LANE APT 101
CAPE CORAL, FL 33904

WANDA DYER
PO BOX 277
ACKERLY, TX 79713-0277

WANDA KAMMER
4720 OCEANIA ST
BAYSIDE, NY 11361-3219

WANDA BORCHERS
945 WAYNESBORO RD
DECATUR, IN 46733-2630

WANDA G STEPHENS
5402 W BATES AVE
DENVER, CO 80227-4133

WANDA KOGGE
202 JACOBS DR
WAPAKONETA, OH 45895-1327

WANDA BROWN
3702 VALDOSTA AVE
LOUISVILLE, KY 40218-2863

WANDA GLASGOW DAUBENBERGER
1006 DALINE ST
SPRINGDALE, AR 72762-2788

WANDA L BARNER
3249 BRADDOCK LANDING RD
CHESAPEAKE, VA 23321-4028

WANDA BUTLER
1788 POWELL RD # B
AUGUSTA, GA 30909-9529

WANDA GRACE SCHMIDT
504 GALSWORTHY ST
THOUSAND OAKS, CA 91360-5317

WANDA LAMB
4081 CHRISTY RIDGE RD
SEDALIA, CO 80135-8462

WANDA CHAMBERS
9011 BEULAH CHURCH RD
LOUISVILLE, KY 40291-2701

WANDA HAGEN
1263 HIGHWAY 169
WINTERSET, IA 50273-8483

WANDA LINSACUM
421 HOLLY PARK DR
FRUITA, CO 81521-9034

WANDA CLARK
619 PORT S
CALISTOGA, CA 94515-9770

WANDA HOLLE
2700 GARNERS FORD RD
THURMAN, OH 45685-9300

WANDA MAE LUTZ
PO BOX 535
TRINIDAD, CO 81082-0535

WANDA COLLINSON
470 HAVERHILL RD
LANCASTER, PA 17601-3539

WANDA J MAMMEN
43 PROSPECT ST SW
LE MARS, IA 51031-2732

WANDA MARTIN
621 DRIFTWOOD TRL
DENTON, TX 76209-1081

WANDA NEDROW
5885 DUDLEY ST
TAYLOR, MI 48180-1376

WANDA SMITH
5118 FOUR MILE RD
JACKSON, OH 45640-9726

WARREN A ALMOND
15120 20TH RD
WHITESTONE, NY 11357-3702

WANDA P ACKERMAN
1 DICKSON RD
NEWTON, NJ 07860-6412

WANDA STAHL
243 N FRONT ST
MILTON, PA 17847-1205

WARREN A HEBBLER
1 CYPRESS DR
PONCHATOULA, LA 70454-3929

WANDA PHILLIPS
3820 N 211TH ST
ELKHORN, NE 68022-1026

WANDA STARK
3005 N LAKEWOOD CT
BLOOMINGTON, IN 47408-1092

WARREN A PARNELL
1465 HOOKSETT RD UNIT 319
HOOKSETT, NH 03106-1831

WANDA PIPKIN
1706 N AVENUE I
LAMESA, TX 79331-3140

WANDA STEVENS
134 NW G ST
RICHMOND, IN 47374-2210

WARREN A RENTSCHLER
2030 WILDWOOD TRL
SALINE, MI 48176-1656

WANDA PRINCE
505 ROSEWOOD DR
PARAGOULD, AR 72450-3823

WANDA STREET
9399 N BAYFIELD DR
MCCORDSVILLE, IN 46055-9254

WARREN B SMITH
7414 255TH ST
GLEN OAKS, NY 11004-1135

WANDA SAMPLEY
204 N 16TH ST
LAMESA, TX 79331-3310

WANDA SWAFFORD
109 BROOKWOOD LN
GAINESBORO, TN 38562-6066

WARREN C RAMSEY
420 PEARL ST
HARBOR BEACH, MI 48441-1154

WANDA SCHNEIDER
30247 ISENBERG LN
EVERGREEN, CO 80439-7110

WANDA WESTMORELAND
811 HALDEMANN AVE
JOLIET, IL 60436-1567

WARREN COY
16658 CEDAR CIR
FOUNTAIN VALL, CA 92708-2310

WANDA SCHRADER
11640 N TATUM BLVD UNIT 2046
PHOENIX, AZ 85028-1686

WANDA WILSON
906 N 9TH ST
LAMESA, TX 79331-3661

WARREN E JOHNSON
14762 OAK RUN LN
BURNSVILLE, MN 55306-6436

WANDA SCHWINDT
10601 W 45TH AVE
WHEAT RIDGE, CO 80033-2665

WANDA ZETTLER
1018 7TH ST NE
DEVILS LAKE, ND 58301-2720

WARREN E THOMPSON
4509 AMHERST LN
BETHESDA, MD 20814-4007

WARREN F BURSTROM
1820 GLADEWOOD DR
FREEPORT, IL 61032-6620

WARREN MEREDITH
2413 JACKSON AVE
KEOKUK, IA 52632-2610

WARREN WENDLANDT
PO BOX 257
WILD ROSE, WI 54984-0257

WARREN G MORRIS
2532 E 46TH PL
TULSA, OK 74105-5109

WARREN MEYER
8316 E GILBERT ST
WICHITA, KS 67207-2418

WARREN WIESER
923 S HILLS DR
PLYMOUTH, WI 53073-4063

WARREN GOETZE
1112 AUGUSTA PL
CHULA VISTA, CA 91915-1204

WARREN MICHAEL WILSON
4 SADDLEWOOD CT
HILTON HEAD I, SC 29926-2607

WARREN WILLETS
716 10TH ST NW
LARGO, FL 33770-2386

WARREN GOLLIHER
2420 W OLIVER ST
SPEARFISH, SD 57783-9696

WARREN ROBINS
4312 KROUM RD
YAKIMA, WA 98901-1538

WARREN WILLIAM MCGARVEY
108 LAKE SOMERSET CIR
BLUFFTON, SC 29909-4597

WARREN HAUERT
PO BOX 129
MANHATTAN, IL 60442-0129

WARREN ROLANDO
16512 E BB HWY
SHELDON, MO 64784-7568

WARREN WUNDERLICH MD
18221 S FRONTAGE RD E
JOLIET, IL 60431-8797

WARREN J DUNCAN
3705 FRAN ST
METAIRIE, LA 70001-2729

WARREN ROWLAND
4852 INDEPENDENCE DR
BRADENTON, FL 34210-1936

WAVENEY BROWN
1508 MILESTONE DR
SILVER SPRING, MD 20904-2739

WARREN LACINA
12804 16TH AVE S
BURNSVILLE, MN 55337-3745

WARREN SOWERS
203 E WALNUT ST
CENTERVILLE, IN 47330-1224

WAVERENE ROBINSON
7132 S WASHTENAW AVE
CHICAGO, IL 60629-2016

WARREN LUDWIG
6412 BRANDON AVE STE 182
SPRINGFIELD, VA 22150-2513

WARREN T WILLIAMS
220 NEW BRIDGE RD
BERGENFIELD, NJ 07621-4124

WAYFORD SHRUM
2305 STARSHINE DR
CORPUS CHRIST, TX 78414-2533

WARREN M BRUE
1713 HARVARD AVE
METAIRIE, LA 70001-2303

WARREN W GRIST
1754 S GEORGETOWN ST
WICHITA, KS 67218-4128

WAYNE [PETE] PETERSEN
1 THOMPSON AVE W APT 207
SAINT PAUL, MN 55118-3199

WAYNE A RAU
936 LAFAYETTE ST
GRETNA, LA 70053-6218

WAYNE CLEMENTS
2515 TEXTILE RD
SALINE, MI 48176-9067

WAYNE E PECK
3078 230TH ST
CLARINDA, IA 51632-5503

WAYNE A STEPHENSON
987 NELE AVE NE
PALM BAY, FL 32907-1334

WAYNE COOKINGHAM
2933 HAMPSHIRE BLVD SE
GRAND RAPIDS, MI 49506-5023

WAYNE EUGENE SPRINGER
RR 2 BOX 2242
FACTORYVILLE, PA 18419-9624

WAYNE ANTONIO ROBINSON
23854 SCOTT
FLAT ROCK, MI 48134-2118

WAYNE D PHILLIPS
1711 KELLIE DR
MONTROSE, CO 81401-9520

WAYNE FLUENT
225 DEER TRAIL CIR
BOULDER, CO 80302-9445

WAYNE BAUGHMAN
9201 S BONE SPRINGS RD
ABBYVILLE, KS 67510-9497

WAYNE D WALTZ
5454 DITZLER RD
HARROD, OH 45850-8705

WAYNE FOLLETT
5501 CEDAR OAKS RD
GRANDVIEW, TX 76050-4312

WAYNE BERNARD
3012 VALLEY VIEW RD
BURNSVILLE, MN 55306-5234

WAYNE DAHMES
12556 DANBURY WAY
ROSEMOUNT, MN 55068-3516

WAYNE GUY CUPIT
106 THEODORA BLVD
LAFAYETTE, LA 70503-2236

WAYNE BLOSSEY
160 S AMULET AVE
MESA, AZ 85208-1123

WAYNE DALE
30295 SW MILL CREEK RD
SHERIDAN, OR 97378-9636

WAYNE H KING
3032 STEWARTSVILLE HOLLOW R
WHITE OAK, PA 15131-2704

WAYNE C GARY
8733 25TH ST
METAIRIE, LA 70003-5303

WAYNE E CHAFFEE
1392 ZUIDER RD
HOLT, MI 48842-9623

WAYNE H TAYLOR
3610 ASH PARK DR
KINGWOOD, TX 77339-3612

WAYNE C LACKNER
607 W MAIN ST
KENT, OH 44240-2211

WAYNE E HUTTS
2961 INDUSTRIAL RD
LAS VEGAS, NV 89109-1134

WAYNE HEIEN
131 PROSPECT ST SW
LE MARS, IA 51031-2734

WAYNE CARTER
2537 62ND AVE E APT 33104
FIFE, WA 98424-3547

WAYNE E MASON
1719 SW 91ST ST
GAINESVILLE, FL 32607-3451

WAYNE HOWARD
417 BURKE DR
JOLIET, IL 60433-2113

WAYNE HUGHES
25240 PINEVIEW DR
COLFAX, CA 95713-9580

WAYNE O WITTER
1266 WINDING BRANCH CIR
DUNWOODY, GA 30338-3936

WAYNE SCHLEUTKER
3691 BROCKTON DR
CINCINNATI, OH 45251-2455

WAYNE JACKSON
3320 GLEN HILLS DR
RICHMOND, IN 47374-2573

WAYNE P SIMERMAN
919 LASSINO CT
PUNTA GORDA, FL 33950-6523

WAYNE STRASBAUGH
139 W SPRINGFIELD AVE
PHILADELPHIA, PA 19118-4020

WAYNE JOBE
679 LEEANNE AVE
YUBA CITY, CA 95993-9330

WAYNE PHILLIPS
2403 SEAGOVILLE RD
SEAGOVILLE, TX 75159-2143

WAYNE SWARTS
4686 S GROW RD
SHERIDAN, MI 48884-9377

WAYNE JONES
PO BOX 2033
DUMAS, TX 79029-2033

WAYNE PULLEN
12633 W AKRON RD
PRINCEVILLE, IL 61559-9405

WAYNE TAYLOR
1304 S PAULA PL
BROWNFIELD, TX 79316-6761

WAYNE KIPKA
6928 FLATSTONE PASS
CONVERSE, TX 78109-3475

WAYNE R [HUNTZ] HYDUKE
5237 COOPERSTOWN RD
DENMARK, WI 54208-9163

WAYNE THIGPEN
984 S MARLIN CIR
MURRELLS INLE, SC 29576-5727

WAYNE LEWIS
1164 W COUNTY ROAD 125 S
GREENCASTLE, IN 46135-8478

WAYNE R RANDOLPH
142 HANCOCK LN
BENTON, KY 42025-6663

WAYNE WILLIAMS
143 MEADOW LN
WASHINGTON, IL 61571-3166

WAYNE LUSSMAN
2067 220TH ST
FORT DODGE, IA 50501-8594

WAYNE R WINSLOW
2029 CAUBLE CREEK CIR
BLAIR, NE 68008-4210

WAYNE WIRICK
5581 SCOUT CAMP RD
TRAVERSE CITY, MI 49696-9441

WAYNE M KOSTUSAK
7830 HELKE RD
WISCONSIN RAP, WI 54494-7353

WAYNE R YOST MD
208 SMOKEY CIR
NORTH AUGUSTA, SC 29860-9627

WELCOME E MASON
PO BOX 214
LINCOLNTON, GA 30817-0214

WAYNE MOORE
100 CEDAR RDG
MCKINNEY, TX 75069-2520

WAYNE RITARI
306 REDSTONE BLVD
REDSTONE, CO 81623-8926

WELDON E PAGE
606 OAKPARK DR
BROWNWOOD, TX 76801-6617

WELDON H WEBSTER
920 ALFRED LN
NEWBORN, GA 30056-2821

WENDY A SODANO
4 MELODY LN
CLINTON, NJ 08809-1021

WENDY MARGARET GRAY
7507 SOMERSBY DR
SUMMERFIELD, NC 27358-8292

WELDON KIDD
3611 OAK CREEK DR
AUSTIN, TX 78727-3024

WENDY C RUDNER
18 PINE KNOLL RD
LEXINGTON, MA 02420-1207

WENDY MCGHEE
9899 HILLCREST DR
PLYMOUTH, MI 48170-6322

WELLINGTON CLEMENS ROSENBERGER
PO BOX 5093
LANCASTER, PA 17606-5093

WENDY CROUSE
104 REYNOLDS LN
WEST GROVE, PA 19390-1370

WENDY MILLETT
4580 SEQUOIA DR APT A
HARRISBURG, PA 17109-5168

WELLMAN FUNERAL HOME
1455 N COURT ST
CIRCLEVILLE, OH 43113-1006

WENDY EDDY
300 MAHONING ST
MILTON, PA 17847-2022

WENDY MONTY
18439 NE 133RD ST
WOODINVILLE, WA 98072-6340

WENDELL CARTER
6777 BUCKINGHAM AVE
ALLEN PARK, MI 48101-2333

WENDY J BEAR
PO BOX 370099
MONTARA, CA 94037-0099

WENDY S HAZLETT
87 ARROW WOOD DR
LITTLETON, NH 03561-4453

WENDELL HEALY
462 W 25TH AVE
SAN MATEO, CA 94403-2234

WENDY JACKSON
205 JACOBS WAY APT B
JASPER, GA 30143-2526

WENDY THOMPSON
6225 GLENHURST WAY
CITRUS HEIGHT, CA 95621-1721

WENDELL WALKUP
1812 ROAD L
YORK, NE 68467-8085

WENDY KEIL
6003 HEWLETT ST
LITTLE NECK, NY 11362-2527

WENDY WAGNER
3581 TOWN ROAD 415
INTERNATIONAL, MN 56649-8814

WENDI J SHAFFER
65 SUMMERLYN DR
EPHRATA, PA 17522-9237

WENDY L LAMMERS
W3376 COUNTY ROAD A S
OOSTBURG, WI 53070-2010

WESLEY ALLEN CLEM III
6715 MUNSEY ST
HYATTSVILLE, MD 20784-2525

WENDOLYN [JOYCE] WILLIAMS
3806 N MARYBELLE AVE APT 309
PEORIA, IL 61615-3987

WENDY LANE
348 GROVE ST
NEEDHAM, MA 02492-1010

WESLEY ARMBRUSTER
8848 BISHOP RD
BRIGHTON, MI 48116-8311

WESLEY BRUCE
1018 CROWN VALLEY DR
WEATHERFORD, TX 76087-2837

WESLEY LEEP
1754 5TH ST
MARTIN, MI 49070-8725

WHITNEY P FINKELSTEIN
1330 BRAEBURN AVE
FLOSSMOOR, IL 60422-1802

WESLEY C PICKARD
2622 GARFIELD ST NW
WASHINGTON, DC 20008-4104

WESLEY M KESLER
718 PHERSON ST
SITKA, AK 99835-7239

WILBERT [WILLIE] TRUSHEIM
3905 PRAIRIE LN
BETTENDORF, IA 52722-7252

WESLEY CLARK
1816 NE 178TH ST
NORTH MIAMI B, FL 33162-1553

WESLEY NEIL BURK
601 COUNTY ROAD 1500 E
TOLONO, IL 61880-9609

WILBERT WILLIAMS
16307 SCHOOL ST
SOUTH HOLLAND, IL 60473-2320

WESLEY CUSTIS
4334 N STATE ROAD 43
SOLSBERRY, IN 47459-6086

WESLEY OWEN WICKS
57 STONE CHURCH RD
TIVERTON, RI 02878-2814

WILBUR CRAWLEY
1431 E US HIGHWAY 40
CLOVERDALE, IN 46120-9641

WESLEY E SURGI
129 MARLIN DR
SLIDELL, LA 70461-1130

WESLEY SPRUNK
9290 E THOMPSON PEAK PKWY UN
SCOTTSDALE, AZ 85255-4519

WILBUR G DELP
8810 CRATER HILL RD
NEWCASTLE, CA 95658-9474

WESLEY HAROLD TROUTT
8220 HIGHWAY 140 E
BUCHANAN, TN 38222-3511

WESTMAR UNIVERSITY
WESTMAR UNIVERSITY ALUMNI &
LE MARS, IA 51031

WILBUR GAY JR
1808 PARTRIDGE LN
NORTH AUGUSTA, SC 29841-3144

WESLEY HELMICK
PO BOX 5128
WOODRIDGE, IL 60517-0128

WESTMAR UNIVERSITY
c/o JANICE KOOIKER
335 FIRST AVENUE SW
LE MARS, IA 51031

WILBUR H WERLING
1970 COUNTY ROAD D
LAC DU FLAMBE, WI 54538-9730

WESLEY JORDAN
15136 CLEARVIEW LN
URBANDALE, IA 50323-2185

WHISMAN NICELEY
1216 OLD WEISGARBER RD
KNOXVILLE, TN 37909-2639

WILBUR L RYKERT
227 BARBER ST
ITHACA, MI 48847-1104

WESLEY L MCMELLON
414 FAWN RUN
PEARL RIVER, LA 70452-5428

WHIT MCDOWELL
809 EDGEHILL RD S
CHARLOTTE, NC 28207-2205

WILBUR MCCORMICK
215 LEWIS ST
JACKSON, OH 45640-2124

WILBUR PARKER
7230 DONNELL PL APT B6
DISTRICT HEIG, MD 20747-4230

WILDA MORRIS
499 FALCON RIDGE WAY
BOLINGBROOK, IL 60440-2242

WILDA PRUITT
6007 COUNTY ROAD 6300
LUBBOCK, TX 79416-9623

WILEY COLLEGE
WILEY COLLEGE
711 WILEY AVE
MARSHALL, TX 75670-5199

WILEY COLLEGE
c/o CHARLES CORNISH III
711 WILEY AVE
MARSHALL, TX 75670-5199

WILFRED A HUNN
180 WILLOW DR
GRETNA, LA 70053-4965

WILFRED H [BILL] WALKER
1025 SWAN DR APT 314
BARTLESVILLE, OK 74006-5017

WILFRED JOSEPH BUCKLEY JR
23 GILROY ST
NEWPORT, RI 02840-3825

WILHELM NUBER
2931 NUBER RD
WISCONSIN RAP, WI 54495-9218

WILHEMINA R [WILLIE] LEEUW
4920 INNSBRUCK DR
FORT WAYNE, IN 46835-3469

WILL H MILLER
16811 NW 24TH AVE
MIAMI GARDENS, FL 33056-4603

WILL MULCAHY
2068 JEFFERSON ST
SAN FRANCISCO, CA 94123-1017

WILLA ROSE NEWGENT
1555 S BLOOMINGTON ST
GREENCASTLE, IN 46135-2275

WILLARD C CAPDEVIELLE
7710T CHERRY PARK DR # 357
HOUSTON, TX 77095-2725

WILLARD E OTTO
2371 HIGHWAY 217
RAY, MN 56669-9037

WILLARD GODFREY
4234 FOREST CREEK PKWY
FORT WAYNE, IN 46815-5587

WILLARD R GANT
1901 WINFIELD DR
REEDSBURG, WI 53959-1086

WILLIA PUGH
2837 SHANE DR
RICHMOND, CA 94806-2657

WILLIAM [BILL] BAIN
PO BOX 263
BLOOMFIELD, CT 06002-0263

WILLIAM [BILL] BOGLE JR
2101 BEAUFAIT DR
GROSSE POINTE, MI 48236-1661

WILLIAM [BILL] BROCKETT
2247 W 118TH AVE
DENVER, CO 80234-2424

WILLIAM [BILL] BURROUGHS
885 ISLAND POINT LN
CHAPIN, SC 29036-7602

WILLIAM [BILL] CASSELL JR
1155 229TH DR S APT 1B
BRONX, NY 10466-5324

WILLIAM [BILL] CRISWELL
1667 FAIRCHILD RD
LEWISBURG, PA 17837-7121

WILLIAM [BILL] GOACHEE
9359 KAREN ST
ROMULUS, MI 48174-1504

WILLIAM [BILL] HALL
6727 CRESCENT LAKE DR
LAKELAND, FL 33813-4647

WILLIAM [BILL] HOLTKE
110 WILLIAM ST
EAST PEORIA, IL 61611-1937

WILLIAM [BILL] KELLY
250 E MAIN ST STE 205
GALESBURG, IL 61401-4723

WILLIAM [BILL] PEOPLES
408 FRONT ST
MARIETTA, OH 45750-2124

WILLIAM [BILL] VOLKAMER
1744 LIBERTY AVE
WATERLOO, IA 50702-2424

WILLIAM [BILL] KREIFELS
1351 DUNMORE CIR
CLEARWATER, MN 55320-9769

WILLIAM [BILL] PERSONS
7739 KILOWATT DR
KALAMAZOO, MI 49048-8616

WILLIAM [BILL] WALTERS
2230 BISCAY CT
DISCOVERY BAY, CA 94505-9114

WILLIAM [BILL] MCILWAIN
105 RIVER WALK TER
SIMPSONVILLE, SC 29681-4758

WILLIAM [BILL] POLLARD
2554 CIRCLEWOOD RD NE
ATLANTA, GA 30345-1958

WILLIAM [BILLY] ROBINSON
9314 PINE LAKE DR UNIT 202
LOUISVILLE, KY 40220-3919

WILLIAM [BILL] MCKEON
PO BOX 728
KENTFIELD, CA 94914-0728

WILLIAM [BILL] RANK
4115 E CLOCKTOWER LN APT 245
MERIDIAN, ID 83642-4742

WILLIAM [ED] LAFITTE
PO BOX 2681
BLUE RIDGE, GA 30513-0048

WILLIAM [BILL] NELSON
10621 COUNTY ROAD WW
WISCONSIN RAP, WI 54494-8641

WILLIAM [BILL] REYNOLDS
208 WARREN BLVD
BROOMALL, PA 19008-3730

WILLIAM [FRED] CRADDOCK
1002 BELLAIRE DR
MCKEESPORT, PA 15133-3702

WILLIAM [BILL] NIERSTEDT
320 HICKORY AVE
GARWOOD, NJ 07027-1447

WILLIAM [BILL] SEEFELDT
3377 MILL VISTA RD UNIT 3222
HIGHLANDS RAN, CO 80129-2389

WILLIAM [JEFF] BEIMLING
4821 EASY ST UNIT 1
HARTLAND, WI 53029-1941

WILLIAM [BILL] PALMER
9163 COTTAGE ROW
FISH CREEK, WI 54212-9715

WILLIAM [BILL] STEWART
58429 SPRING CREEK RD
MONTROSE, CO 81403-9643

WILLIAM [LARKIN] RITTER
1530 CHENOWETH CIR
BOWLING GREEN, KY 42104-6354

WILLIAM [BILL] PARDEE
2157 N PINE ST
ORANGE, CA 92865-3422

WILLIAM [BILL] SWENSON
3501 PITZEN RD
JOHNSBURG, IL 60051-9655

WILLIAM [RICHARD] BIRKEY
225 STONEGATE DR
CANTON, IL 61520-1077

WILLIAM [BILL] PARTRIDGE
17951 PINE AVE
FONTANA, CA 92335-6044

WILLIAM [BILL] TAYLOR
2772 E AMBERWICK LN
SANDY, UT 84093-3829

WILLIAM [STANLEY] KREHER
25 PEACEFUL TRL
ROCHESTER, NY 14609-1942

WILLIAM [TERRY] SHIPMAN
745 N LOCUST ST
NEWARK, AR 72562-9424

WILLIAM [WOODY] WOODS
PO BOX 353
SIKESTON, MO 63801-0353

WILLIAM A [BILL] BERNING SR
2703 FOXCHASE RUN
FORT WAYNE, IN 46825-3983

WILLIAM A [BILL] BISHOP
2338 WOODGREEN RD
WINSTON SALEM, NC 27106-9785

WILLIAM A [BILL] ESCHENBRENNER
535 MAIN ST
MC CLURE, OH 43534-9527

WILLIAM A [BILL] GULYBAN
1406 RANKIN RD
WHITE OAK, PA 15131-2818

WILLIAM A [BILL] HALL
1182 WHITE DEER PIKE
NEW COLUMBIA, PA 17856-9241

WILLIAM A [BILL] LUNDIN
22 NORTHRUP DR
BRICK, NJ 08724-2020

WILLIAM A [BILL] SCHEIBL
13 WEDGEWOOD LN
BARRINGTON, RI 02806-3218

WILLIAM A AUGUSTINE
450 N BEAN HILL RD
BARTON CITY, MI 48705-9753

WILLIAM A BOSKER
1414 BONAVENTURE LN
THE VILLAGES, FL 32159-2207

WILLIAM A DRUMGOOLE
3811 REGENCY DR
HOUSTON, TX 77045-3425

WILLIAM A FORET JR
1713 MANSON AVE
METAIRIE, LA 70001-2503

WILLIAM A HOLTHUSEN
2304 ALGONQUIN RD APT 12
ROLLING MEADO, IL 60008-3659

WILLIAM A LEAS
3471 TURTLE CREEK DR
SANTA MARIA, CA 93455-2471

WILLIAM A LONG JR
102 POST OAK DR
NORTH AUGUSTA, SC 29841-6021

WILLIAM A MOULTON JR
5808 BOUTALL ST
METAIRIE, LA 70003-2032

WILLIAM A STEVENS
853 LE COVE DR
VIRGINIA BEAC, VA 23464-1651

WILLIAM A WEARY
293 N DYER NECK RD
NEWCASTLE, ME 04553-3209

WILLIAM A YALCH
3917 HAMPTON DR
ROCKY MOUNT, NC 27803-1123

WILLIAM A YARBOROUGH
5201 KELLER RIDGE DR
CLAYTON, CA 94517-2038

WILLIAM ADAMS
24 INGLEWOOD DR
HAMPTON, VA 23666-3510

WILLIAM ALVIN MOONE
602 PHOEBUS ST APT 312
PORTSMOUTH, VA 23704-3365

WILLIAM B B MOODY
6200 OREGON AVE NW APT 238
WASHINGTON, DC 20015-1529

WILLIAM B BERLETIC
2405 W OCOTILLO RD
PHOENIX, AZ 85015-1039

WILLIAM B BROWN
3224 RANDY RD
JOLIET, IL 60431-4943

WILLIAM B MARTIN
1614 BEAUMONT DR
GREENVILLE, NC 27858-4613

WILLIAM B MEANEY
5215 GLENHAVEN AVE
LOUISVILLE, OH 44641-8825

WILLIAM BAGLEY
935 ELM CT
TERRACE PARK, OH 45174-1069

WILLIAM BARNETTE
107 OXFORD RD
WEST CHESTER, PA 19380-4909

WILLIAM BARRY
6893 SAN MIGUEL AVE
LEMON GROVE, CA 91945-1330

WILLIAM BEATTY
1757 ASH ST
WAYNOKA, OK 73860-6806

WILLIAM BENNETT
709 COURTSIDE DR
NAPLES, FL 34105-7137

WILLIAM BERRY
14265 SW 108TH CT
MIAMI, FL 33176-6512

WILLIAM BIRD
1171 HORSESHOE DR
GREENSBORO, GA 30642-4842

WILLIAM BLOMMER
3119 CRESCENT RIDGE TRL
SAINT CLOUD, MN 56301-5683

WILLIAM BOGUE
1 W MAIN ST
HEBRON, CT 06248-1446

WILLIAM BOYER
605 CASABELLA DR
BRADENTON, FL 34209-3319

WILLIAM BRESLIN
307 HOBART AVE
SAN MATEO, CA 94402-2930

WILLIAM BRITTON
2412 AVENUE D
FORT MADISON, IA 52627-2249

WILLIAM BULMAN
301 COLTS NECK RD
FARMINGDALE, NJ 07727-3643

WILLIAM BURNETT
PO BOX 915
MYRTLE CREEK, OR 97457-0122

WILLIAM BURNS
10240 LITTLE VALLEY RD
FORT WORTH, TX 76108-3913

WILLIAM C [BILL] FOSTER
35411 CRESCENT DR
FRUITLAND PAR, FL 34731-6245

WILLIAM C [BILL] MANNING
12216 HEMLOCK ST
OVERLAND PARK, KS 66213-1269

WILLIAM C [BILL] SANDFORD
36 SAINT FRANCIS WAY
HOLTWOOD, PA 17532-9658

WILLIAM C BOYRER
707 CONTINENTAL CIR APT 1116
MOUNTAIN VIEW, CA 94040-3311

WILLIAM C COYLE
47 WOLF RIDGE DR
HOLLAND, OH 43528-9467

WILLIAM C CRUTCHER III
4512 CHATELAIN TER
MINNEAPOLIS, MN 55422-5235

WILLIAM C KARBACH JR
1106 WOODRIDGE DR
DECATUR, IN 46733-3337

WILLIAM C KNOWLER
4701 N 41ST PL
PHOENIX, AZ 85018-3720

WILLIAM C MOELLER
14739 N BURNTWOOD DR
ORO VALLEY, AZ 85755-7118

WILLIAM C SIMPSON
PO BOX 1179
CHATHAM, VA 24531-1179

WILLIAM C SULLIVAN
207 CHESTERFIELD JACOBSTOW
WRIGHTSTOWN, NJ 08562-1921

WILLIAM C TURNER
105 SUMMITRIDGE DR
BULLARD, TX 75757-8958

WILLIAM CUSHARD
2405 VIEWPOINT DR
HENDERSON, NV 89014-3741

WILLIAM DAVIS
371 W MILTON AVE
RAHWAY, NJ 07065-3205

WILLIAM C VANCE
6525 MARGARET CT
INDIANAPOLIS, IN 46237-9626

WILLIAM D [BILL] CROUCH JR
5236 FAIRFIELD BLVD
VIRGINIA BEAC, VA 23464-2535

WILLIAM DELANEY
4142 NORTHMEADOW CIR
TAMPA, FL 33618-2725

WILLIAM CANNON JR
104 ELM AVE
HADDONFIELD, NJ 08033-1713

WILLIAM D [BILL] GOODWIN
21 AUBURN DR
DELRAN, NJ 08075-1705

WILLIAM DESJARDINS
6413 SPRINGVILLE HWY
ONSTED, MI 49265-9530

WILLIAM CHARLES FRANKLIN
1276 ACKERMAN DR
SUMMERTON, SC 29148-7304

WILLIAM D [DEN] MOLLOY
9 TUMBLE RD
BEDFORD, NH 03110-5651

WILLIAM DISTELCAMP
7 FONTANA ST
TOMS RIVER, NJ 08757-5741

WILLIAM CHRISTIAN
307 DOME ST
WHITE OAK, PA 15131-1009

WILLIAM D HAWLEY
2307 N ARDELL PL
PEORIA, IL 61604-3007

WILLIAM DOYLE
54 PRESCOTT TURN
CLARK, NJ 07066-2422

WILLIAM CHRISTOPHER CADY
12121 ADMIRALS LANDING BLVD
INDIANAPOLIS, IN 46236-9179

WILLIAM D KOVAC
8796 ROCKWOOD CT
MENTOR, OH 44060-2127

WILLIAM DRATHRING
310 N WHITLEY ST
COLUMBIA CITY, IN 46725-1727

WILLIAM COCKRELL
2300 W RANGE LINE RD
GREENCASTLE, IN 46135-7875

WILLIAM D MCCONKEY JR
4304 W BEAVER CREEK DR
POWELL, TN 37849-5115

WILLIAM DUANE ROSTIE
PO BOX 198
INTERNATIONAL, MN 56649-0198

WILLIAM CRABB
131 DEER ST
WISCONSIN RAP, WI 54494-1823

WILLIAM D VORON
5071 RANCH ROAD 1323
JOHNSON CITY, TX 78636-4425

WILLIAM E [BILL] DUDLEY
1051 KUSEY LN
WEIMAR, TX 78962-4410

WILLIAM CRARY II
425 WESTCLIFFE PL
WALNUT CREEK, CA 94597-3267

WILLIAM DAILEY
775 E UNION ST APT 111
PASADENA, CA 91101-5631

WILLIAM E [BILL] EGAN
6643 BURDETT RD
WADSWORTH, OH 44281-9719

WILLIAM E [BILL] SANDIFER III
112 CARDINAL DR
SENECA, SC 29672-2257

WILLIAM E HEAD
5555 TUCSON ST
DENVER, CO 80239-3665

WILLIAM EARLE [BILL] STONE
208 FIDDLER BRANCH RD
LEXINGTON, SC 29072-9334

WILLIAM E ALDRICH
149 ANN ST NE
GRAND RAPIDS, MI 49505-6261

WILLIAM E HICKS III
1704 WILLOW WICK DR
GREENSBORO, NC 27408-3622

WILLIAM EDWARD BIGELOW
5956 BLACK OAK DR
TOLEDO, OH 43615-1812

WILLIAM E BENNETT
527 HIGHLAND AVE
WEST MILTON, PA 17886-8021

WILLIAM E MCNICKLE
2283 BOB WHITE LN
LANCASTER, PA 17601-2855

WILLIAM EDWARD WHALEN
47 PINE TREE RD
KEWANEE, IL 61443-9639

WILLIAM E DUFFORD
101 S EDISTO AVE
COLUMBIA, SC 29205-3301

WILLIAM E NICHOLSON
3006 MEMORY LN
MCKEESPORT, PA 15133-2326

WILLIAM ELDER
8809 BLUE LICK RD
LOUISVILLE, KY 40219-4955

WILLIAM E EDMUNDSON
1829 RIVERWOOD DR
BURNSVILLE, MN 55337-1369

WILLIAM E RIGGS
180 SACKETT DR
MONROE, OH 45050-1547

WILLIAM F [BILL] JELIN
1510 MISSISSIPPI AVE
SAINT LOUIS, MO 63104-2512

WILLIAM E EKRE
140 SANDY SPRINGS RD
TRENTON, SC 29847-2504

WILLIAM E ROSENBERGER
40 VILLAGE DR
SOMERS POINT, NJ 08244-1242

WILLIAM F [BILL] KIMBALL
41 ROGER RD
SAINT CLOUD, MN 56301-5172

WILLIAM E GARLING
116 S JAMESON AVE
LIMA, OH 45805-2735

WILLIAM E SAWER
2303 W 1ST ST
CRAIG, CO 81625-3612

WILLIAM F [BILL] WERNER
12 COTTON GRASS RD
BLUFFTON, SC 29910-5414

WILLIAM E GEORGE III
704 E WILMINGTON ST
BURGAW, NC 28425-5146

WILLIAM E TOLLIVER
2423 VALE LN
NASHVILLE, TN 37214-1515

WILLIAM F [ROSCO] ROSS
106 RUSSELL ST
MARLBOROUGH, MA 01752-2150

WILLIAM E GERMAIN
15649 MILLIMAN RD
ROCKWOOD, MI 48173-9614

WILLIAM E WEST
205 REDWOOD RD
PORTSMOUTH, RI 02871-1023

WILLIAM F BUCKEY JR
4743 ARABIAN DR
FAIRBORN, OH 45324-9732

WILLIAM F DENNY
3100 SOUTHEAST PKWY
RICHMOND, IN 47374-5939

WILLIAM FAVRO
614 MILLSLOUGH LN
SUNSET BEACH, NC 28468-4233

WILLIAM G ALTHOFF
112 IVY LN
SOUTH WINDSOR, CT 06074-6911

WILLIAM F DEPPE
2212 W BLACK ROCK CIR
SIOUX FALLS, SD 57108-3006

WILLIAM FEDER
1801 E 53RD ST S
WICHITA, KS 67216-3341

WILLIAM G MEYER
61 BROOKVILLE LN
GLEN HEAD, NY 11545-2301

WILLIAM F MCMAHON
50 BRADFORD ST
ALBANY, NY 12206-2910

WILLIAM FERRETTI JR
60 MOON GLITTER CIR
SUNRISE BEACH, MO 65079-6729

WILLIAM G MORRIS
1745 FROST RD
STREETSBORO, OH 44241-5007

WILLIAM F MCPHAUL
306 SCENIC VIEW KNLS
ASHEVILLE, NC 28804-9691

WILLIAM FLOOD
251 OLD DALLAS ACWORTH RD N
DALLAS, GA 30132-8012

WILLIAM G PINTER
5172 PEPPERCORN ST
PALM BEACH GA, FL 33418-3518

WILLIAM F SAYLOR JR
848 BRAEMAR DR
MUNDELEIN, IL 60060-1319

WILLIAM FLOWERS
2310 GLYNN CIR
VALDOSTA, GA 31602-7222

WILLIAM G RHEAMS SR
6942 MILNE BLVD
NEW ORLEANS, LA 70124-2340

WILLIAM F SPICER
2213 INVERNESS BLVD
RAWLINS, WY 82301-4264

WILLIAM FRANKLIN DENTINGER
4104 URBANA PIKE
FREDERICK, MD 21704-7730

WILLIAM G SCHNELL
14 MARATHON DR
SWEDESBORO, NJ 08085-1800

WILLIAM F WASSERBACH
11 PATTEN DR
ALBANY, NY 12211-1811

WILLIAM FREDERICK FREY
305 WALNUT ST
MILTON, PA 17847-2509

WILLIAM GAULT [BILL] DOUGLAS
4745 N ELKHART AVE
MILWAUKEE, WI 53211-1002

WILLIAM F WONG
17233 94TH CT
TINLEY PARK, IL 60487-5823

WILLIAM G [BILL] HEBERER
W2541 COUNTY ROAD H
POY SIPPI, WI 54967-9602

WILLIAM GETMAN
144 BEACON AVE
NEW HAVEN, CT 06512-1910

WILLIAM FAHEY
3135 17TH ST N
ARLINGTON, VA 22201-5201

WILLIAM G [BILL] TICKNOR
1326 APPLEWOOD DR
MENASHA, WI 54952-9486

WILLIAM GLUS
1309 VILLAGE GREEN DR
JEFFERSON HIL, PA 15025-4205

WILLIAM GOETSCH
4342 AVOCADO AVE
YORBA LINDA, CA 92886-2506

WILLIAM GOFF JR
2756 PONKAN MEADOW DR
APOPKA, FL 32712-3393

WILLIAM GORDON ARIAGNO
124 QUEEN CATHERINA CT
HUTCHINSON IS, FL 34949-8363

WILLIAM GREATHOUSE
1304 42ND AVE
ROCK ISLAND, IL 61201-6821

WILLIAM GRONAU
902 9TH AVE SE
SAINT CLOUD, MN 56304-1424

WILLIAM GROSKY
60075 BOURNS ST
NEW HUDSON, MI 48165-9700

WILLIAM GROTH
12410 ALSWELL LN
SAINT LOUIS, MO 63128-2506

WILLIAM H [BILL] ANDERSON JR
201 MIDFIELD RD
NORTH CHESTER, VA 23236-3443

WILLIAM H [BILL] HART
25 DUTCHESS CT
SOUTHAMPTON, NJ 08088-1079

WILLIAM H [BILL] JONES
12857 ISLE ROYALE DR
DEWITT, MI 48820-8671

WILLIAM H [BILL] MURPHY
9467 RIDGECREEK CT
INDIANAPOLIS, IN 46256-1197

WILLIAM H [BILL] REYNOLDS JR
1806 VIEW TOP CT
ANNAPOLIS, MD 21409-5899

WILLIAM H [BILL] TRIPP
508 MEADOW ROSE LN
MADISON, WI 53717-2166

WILLIAM H [GUGA] VITZ
414 PAULA RD
MCKINNEY, TX 75069-3321

WILLIAM H [TINK] NEWBERRY
4225 WOODVALE DR
KNOXVILLE, TN 37918-5141

WILLIAM H BENTLEY
24085 KRAFT PL
ROMULUS, MI 48174-9613

WILLIAM H BRUCE
3462 MARTIN AVE
OMAHA, NE 68112-2639

WILLIAM H BUCKLEY
89 MEADOWS END
BARABOO, WI 53913-9785

WILLIAM H CROUSE
618 GREER ST
PITTSBURGH, PA 15217-2820

WILLIAM H FOSTER
45 MCMURRAY RD APT 219
PITTSBURGH, PA 15241-1658

WILLIAM H KENT II
5389 E HANDSOME BROOK RD
FRANKLIN, NY 13775-3509

WILLIAM H MARKGRAF
3805 LYMAN DR
COLUMBIA, MO 65203-5397

WILLIAM H MAY
3425 MARGARET AVE
CUYAHOGA FALL, OH 44224-4521

WILLIAM H MONTGOMERY
100 FRIDAYS STATION CT
ROSEVILLE, CA 95747-8364

WILLIAM H ORTTUNG
2313 SHARON RD
MENLO PARK, CA 94025-6807

WILLIAM H PATTON
610 HARKREADER RD
MOUNT JULIET, TN 37122-4009

WILLIAM H SAGER
127 SAGER LN
BLAIRSVILLE, GA 30512-4968

WILLIAM H STEVEN
11 5TH AVE SE
POCAHONTAS, IA 50574-2115

WILLIAM HOLMES
1524 FLAGLER RD
AUGUSTA, GA 30909-9565

WILLIAM J [BILL] WILLIAMS
1182 WILLIAMSTOWN RD
FRANKLINVILLE, NJ 08322-2558

WILLIAM H ZINGER
10344 MAYPOLE WAY
COLUMBIA, MD 21044-3831

WILLIAM HUEBSCH
3700 HICKS RD
SEBASTOPOL, CA 95472-2420

WILLIAM J [BILL] WOLF
3364 YELLOWFIN LN
MARGATE, FL 33063-8302

WILLIAM HAGOOD
99 S OUTER DR
VIENNA, OH 44473-9729

WILLIAM J [BILL] COTTON
520 SOUTH PARK DR
SAN JOSE, CA 95129-1854

WILLIAM J [BILL] YOUNG
9718 NE 249TH ST
BATTLE GROUND, WA 98604-5416

WILLIAM HARVEY COPELAND
777 SPRING ST
NORTH DIGHTON, MA 02764-1373

WILLIAM J [BILL] MAHANNA
830 W VINE ST
RADCLIFF, KY 40160-1969

WILLIAM J [JEFF] LAMB
50 HANOVER ST
PEMBERTON, NJ 08068-1130

WILLIAM HEISS
PO BOX 1135
APTOS, CA 95001-1135

WILLIAM J [BILL] MAMMOSSER
1125 BRYAN AVE
JOLIET, IL 60435-4431

WILLIAM J BRYANT
1306 WESLEY LN
INDIANOLA, IA 50125-1177

WILLIAM HENRY PRITCHARD
335 CARMEL RD
MERCED, CA 95341-5419

WILLIAM J [BILL] POUSSON
PO BOX 522
CUT OFF, LA 70345-0522

WILLIAM J BUSH
1402 MERRIMONT AVE
KINGS MOUNTAI, NC 28086-2656

WILLIAM HESPEL
6801 S OAKMONT DR
CHANDLER, AZ 85249-8682

WILLIAM J [BILL] SUCKOW
12820 WATERFORD CIR APT 147
FORT MYERS, FL 33919-8012

WILLIAM J CHOUINARD JR
2380 W 104TH PL
NORTHGLENN, CO 80234-3642

WILLIAM HIGHAM
249 EHRETT ST
CREVE COEUR, IL 61610-3815

WILLIAM J [BILL] TUCKER JR
3326 HILLSVILLE RD
EDINBURG, PA 16116-3420

WILLIAM J HEARD JR
4304 AARON RD
ERIE, PA 16511-1311

WILLIAM HIGHTOWER
1411 LOCUST RD NW
WASHINGTON, DC 20012-1213

WILLIAM J [BILL] WAGNER
148 HUNTINGTON WOODS DR
MADISON, OH 44057-3292

WILLIAM J HOLLAND
3321 SOUNDVIEW DR W
UNIVERSITY PL, WA 98466-1614

WILLIAM J KERR
161 FAIRFIELD CT
VOORHEESVILLE, NY 12186-9580

WILLIAM J TOBIAS
5005 KIAMESHA WAY
MESQUITE, TX 75150-1001

WILLIAM K TURNER
PO BOX 78
GOSHEN, OH 45122-0078

WILLIAM J MC CONNELL
349 DAVID ST
SOUTH AMBOY, NJ 08879-1729

WILLIAM J WAGNER
20160 FULLER AVE
EUCLID, OH 44123-2635

WILLIAM KAMIN
4523 N THORNHILL DR
PEORIA, IL 61615-8963

WILLIAM J MILTON JR
321 FOREST DR S
SHORT HILLS, NJ 07078-2310

WILLIAM J WEBER
2111 PITTSTON AVE
SCRANTON, PA 18505-3235

WILLIAM KEENAN
230B MARBLEHEAD LN
MONROE TOWNSH, NJ 08831-6634

WILLIAM J PAKNIS
40 WARRINGTON RD
COLUMBIA, NJ 07832-2517

WILLIAM J WOLKE
39015 KINGS CASTLE RD
FREEPORT, MN 56331-9690

WILLIAM KEENAN JR
311 WALNUT AVE
CRANFORD, NJ 07016-2907

WILLIAM J PARK
12655 WOODLANDS PKWY APT 114
CLIVE, IA 50325

WILLIAM JAMES LEWIS
825 KOCHER DR
GROVE CITY, PA 16127-8101

WILLIAM KENT POWER
254 HIGHWAY 583 N
TYLERTOWN, MS 39667-9218

WILLIAM J ROKOVITZ
4785 N GRAND CANYON DR
LAS VEGAS, NV 89129-2663

WILLIAM JAY YOCUM
7318 E PALO VERDE DR
SCOTTSDALE, AZ 85250-6070

WILLIAM KEOGLER
12041 NW 10TH ST
CORAL SPRINGS, FL 33071-5000

WILLIAM J SCOTT
593 HEATH ST
CHESTNUT HILL, MA 02467-2106

WILLIAM JOCHMANN
W6640 VALLEY LN
PLYMOUTH, WI 53073-3433

WILLIAM KERR
4415 SUGAR MAPLE DR
LAFAYETTE, IN 47905-4615

WILLIAM J SHINN
900 DRY RUN RD
BEECH CREEK, PA 16822-8021

WILLIAM JOHN [BJ] SENIOR
114 AZALEA CT
LA GRANGE, KY 40031-8973

WILLIAM KLEINEBECKER
11412 DOSSHILLS DR
AUSTIN, TX 78750-2563

WILLIAM J STERETT
3528 ARANSAS ST
CRP CHRISTI, TX 78411-1336

WILLIAM K [KING] DEAL
1014 PROVIDENCE RD
NEWTOWN SQUAR, PA 19073-1106

WILLIAM KRAVIT
7230 N LONGACRE RD
FOX POINT, WI 53217-3539

WILLIAM KUHLMANN
3950 REILY MILLVILLE RD
HAMILTON, OH 45013-4518

WILLIAM L B HORTON
2422 STONO WATCH DR
JOHNS ISLAND, SC 29455-3116

WILLIAM L PAGE
2713 BUFF CREEK CT
ST LOUIS, MO 63129-5460

WILLIAM KUTTER
852 CRESTMONT DR
BEAVERCREEK, OH 45431-2903

WILLIAM L BARTLETT
7048 N 112TH PLZ # 412
OMAHA, NE 68142-1171

WILLIAM L PLANDER
10906 NASSAU CT NE
BLAINE, MN 55449-5507

WILLIAM KYSER
228 FEATHERBED HOLLOW DR
TAYLORSVILLE, KY 40071-9204

WILLIAM L BETHEA
51 PENINSULA DR
HILTON HEAD I, SC 29926-1134

WILLIAM L SKONSKY
649 ELMSPRING CT APT 1B
PITTSBURGH, PA 15220-4122

WILLIAM L [BILL] BOYLES JR
638 W LINDEN DR
MUSTANG, OK 73064-3216

WILLIAM L CLAWSON
1328 FRANKLIN ST APT 4
SANTA MONICA, CA 90404-2624

WILLIAM L THOMAS
1145 WINDING WAY DR
WHITE HOUSE, TN 37188-9062

WILLIAM L [BILL] DAHLEN
1100 SHEYENNE ST APT G
WEST FARGO, ND 58078-2667

WILLIAM L DOUGLAS
2833 UTOPIA PKWY
FLUSHING, NY 11358-1224

WILLIAM L WALLACE
102 N JEFFERSON ST
LEWISBURG, WV 24901-1113

WILLIAM L [BILL] HENSON
8909 BILSIM CT
LOUISVILLE, KY 40291-2606

WILLIAM L GRISWOLD
609 PONCE DE LEON AVE
CLEWISTON, FL 33440-2930

WILLIAM LADD KINCHELOE PE
PO BOX 1446
MAGALIA, CA 95954-1446

WILLIAM L [BILL] TRIAY
3720 HESSMER AVE
METAIRIE, LA 70002-4735

WILLIAM L JAMES
3915 AVENUE A
BEAUMONT, TX 77705-3504

WILLIAM LANZISERO
28 HERALD DR
QUEENSBURY, NY 12804-9192

WILLIAM L [BILL] WAYNE
30 JOHN ST APT 4
MARSHFIELD, MA 02050-4756

WILLIAM L MANVILLE
935 4TH LN
VERO BEACH, FL 32962-1586

WILLIAM LARGE
701 FOREST PARK DR
BRENTWOOD, TN 37027-5637

WILLIAM L [LARRY] SELBY MD
PO BOX 1222
DILLSBORO, NC 28725-1222

WILLIAM L MURPHY
2461 NW COUNTY ROAD 4071
FROST, TX 76641-3480

WILLIAM LEWIS JONES
713 MAIN ST
BLACKVILLE, SC 29817-2313

WILLIAM LOGUE
6912 KEESEE CIR
NEW ALBANY, OH 43054-8876

WILLIAM M SALOMONE
1661 SE 31ST ST APT 302
OCALA, FL 34471-0750

WILLIAM MEANS
3461 109TH ST
PLEASANT PRAI, WI 53158-4106

WILLIAM M [BILL] HARDMAN
3308 BURKE RD APT 23
PASADENA, TX 77504-1812

WILLIAM M WASSERMAN
9105 E NACOMA DR
SUN LAKES, AZ 85248-7471

WILLIAM MILLER
4409 HIGHWAY 311
HOUMA, LA 70360-8126

WILLIAM M ANDERSON MD
236 N 23RD ST
CAMP HILL, PA 17011-3822

WILLIAM MALINOWSKI
24749 S SADDLETREE DR
SUN LAKES, AZ 85248-7627

WILLIAM MORGAN PETERSON
37 LINCOLN AVE
PIEDMONT, CA 94611-3830

WILLIAM M BULL
324 CHESTNUT ST
SPRING CITY, PA 19475-1921

WILLIAM MARNER
633 OSAGE AVE
CHARITON, IA 50049-1457

WILLIAM MORMANN
4330 ORANGE GROVE BLVD
NORTH FORT MY, FL 33903-4951

WILLIAM M CARR JR
18 LOCUST CT APT B
MAPLE SHADE, NJ 08052-1966

WILLIAM MARTINJAK
12840 RIDGE RD
IRWIN, PA 15642-2968

WILLIAM MURRAY
101 WATER FRONT DR
HENDERSON, NC 27537-6218

WILLIAM M HANZUK
8552 BERWICK DR
WESTLAND, MI 48185-1639

WILLIAM MAURICE CROUCH
179 STILLWOOD DR
MANCHESTER, TN 37355-7342

WILLIAM N EDGE
4109 LONG POINT BLVD
PORTSMOUTH, VA 23703-5349

WILLIAM M HARDHAM
1914 THOMAS RD
WILMINGTON, DE 19803-3102

WILLIAM MAYHUGH
4837 MYRA DR
HERMITAGE, TN 37076-2649

WILLIAM N HOWARD
816 ANCHORAGE DR
NORTH PALM BE, FL 33408-4337

WILLIAM M REINHART
416 HAYWOOD RD
AMBLER, PA 19002-3512

WILLIAM MCCORMICK JR
4951 NW 86TH TER
LAUDERHILL, FL 33351-5410

WILLIAM O [BILL] BLASER
1802 MASERATI DR
JOLIET, IL 60435-8575

WILLIAM M RUANE
3465 DAFFODIL CRES
VIRGINIA BEAC, VA 23453-2313

WILLIAM MCFADDEN JR
607 FRANKLIN DR
GREENFIELD, OH 45123-1063

WILLIAM O [ORVILLE] ROSS JR
325 E ENON RD
YELLOW SPRING, OH 45387-1416

WILLIAM O HOPKINS
532 GARFIELD DR
GRAND JUNCTIO, CO 81504-5469

WILLIAM O RICHTER
236 NE VALLEY VIEW RD
LAWTON, OK 73507-8016

WILLIAM O WALLING
619 KING ST APT 802
COLUMBIA, SC 29205-2367

WILLIAM OLIVE
2726 LAUREL OAKS DR
GARLAND, TX 75044-6940

WILLIAM ORMSTON
1924 TAYLOR AVE APT A
MARSHALLTOWN, IA 50158-9629

WILLIAM P [BILL] WOLK
345 NEWTONVILLE AVE
NEWTON, MA 02460-2015

WILLIAM P AZBILL
4077 TWIN LAKES CIR
CLAYTON, OH 45315-8759

WILLIAM P BODIE
18701 NE 3RD CT APT 138
MIAMI, FL 33179-3858

WILLIAM P BONNETT
1321 KANSAS AVE
ATCHISON, KS 66002-2225

WILLIAM P GIBBONS
7150 HILLBROOK LN S
NOVELTY, OH 44072-9514

WILLIAM P HOWELL
1710 HOLIDAY DR
CROSSVILLE, TN 38555-8020

WILLIAM P JOVICK
534 WESTGATE DR
NAPA, CA 94558-1239

WILLIAM P MULHAUSEN PHD
28925 FALL RIVER DR
WESTLAKE, OH 44145-5232

WILLIAM P OLSON
136 DEERWOOD LN
QUAKERTOWN, PA 18951-5608

WILLIAM PAISLEY ANDERSON JR
4008 RIDGEDALE DR
GREENSBORO, NC 27455-9206

WILLIAM PERRY
3604 BOULDER RD
DEER LODGE, MT 59722-9543

WILLIAM PFAFF SIMMONS
113 W BROAD ST
DARLINGTON, SC 29532-3929

WILLIAM PITT
713 ISLE OF PINES RD
MOORESVILLE, NC 28117-7435

WILLIAM PLANTE
1820 HAGEN ST
WISCONSIN RAP, WI 54495-3964

WILLIAM POTTS
6435 WISCASSET RD
BETHESDA, MD 20816-2114

WILLIAM PRIESTER
1012 SKYLINE DR
LANCASTER, PA 17601-5170

WILLIAM R [BILL] GAMBER
208 VINCA PL
LANCASTER, PA 17601-2684

WILLIAM R [WHITEY] CARLSON
1099 KINMONTH DR
JOLIET, IL 60433-8527

WILLIAM R BEAMAN
69 SOMERS ST
BROOKLYN, NY 11233-2805

WILLIAM R COX SR
PO BOX 92
BAINBRIDGE, GA 39818-0092

WILLIAM R FRY
1281 CRAIG DR
NORTH HUNTING, PA 15642-1700

WILLIAM R HAGY
740 E MAIN ST
EPHRATA, PA 17522-2540

WILLIAM R JEVNIKAR
1608 LONGWOOD DR
MAYFIELD HEIG, OH 44124-3008

WILLIAM R ROSEBROOK II
PO BOX 61
LUNENBURG, VT 05906-0061

WILLIAM RIDENOUR
4490 MESA DR
OCEANSIDE, CA 92056-2646

WILLIAM R KLINE
350 CEMETERY ST
JERSEY SHORE, PA 17740-1926

WILLIAM R SIRL SR
10475 RUNYAN LAKE PT
FENTON, MI 48430-2499

WILLIAM RIHM
106 MULBERRY ST
CAMBRIDGE CIT, IN 47327-1007

WILLIAM R LEACH
2001 HONEY RIDGE CT
CHESTERFIELD, MO 63017-7602

WILLIAM R ZIMMER MD
38 WESTWOOD LN
SPRINGFIELD, IL 62711-9441

WILLIAM ROBERT SEGARS
3745 S CAPE HENRY AVE # A
NORFOLK, VA 23502-1567

WILLIAM R MAHAR
2411 CARLMONT DR APT 108
BELMONT, CA 94002-3287

WILLIAM R ZIMMERMAN
PO BOX 560661
THE COLONY, TX 75056-0661

WILLIAM ROBERTSON
443 1/2 CENTRAL AVE
HOLLAND, MI 49423-4160

WILLIAM R MALONI SR
5 CHEVY CHASE CIR
CHEVY CHASE, MD 20815-3414

WILLIAM RADER
5521 FENMORE RD
INDIANAPOLIS, IN 46228-2038

WILLIAM ROGERSON
318 COWAN DR
ELIZABETH, PA 15037-2230

WILLIAM R MCCORMICK
17045 EDGEWATER LN
HUNTINGTON BE, CA 92649-4207

WILLIAM RAUCH
525 TUCKER ST
ASHLAND, OR 97520-1533

WILLIAM ROLAND FEATHERSTON
516 SCOTLAND AVE
ROCKINGHAM, NC 28379-3145

WILLIAM R MURPHY
1002 E 331ST ST
EASTLAKE, OH 44095-2804

WILLIAM REEVES
4034 DUBLIN BAY DR
CANAL WINCHES, OH 43110-7955

WILLIAM RUESTER
14880 TAMIAMI TRL
PUNTA GORDA, FL 33955-9763

WILLIAM R NOVAK
172 LAKEHURST DR
EASTLAKE, OH 44095-1154

WILLIAM RICHARDS
2119 S RIDGE RD W
ASHTABULA, OH 44004-9046

WILLIAM S KELLEY
PO BOX 661
RIVERTON, KS 66770-0661

WILLIAM R PENN
3430 WESTRIDGE RD
JOLIET, IL 60431-4837

WILLIAM RICHARDSON BENNETT
3307 W GEORGIA RD
PIEDMONT, SC 29673-8677

WILLIAM S MORSE
94 GOLDEN ST
NEW LONDON, CT 06320-6040

WILLIAM S STARR
51 S 14TH ST
RICHMOND, IN 47374-5603

WILLIAM SCHWARTZBERG
2618 169TH ST
FLUSHING, NY 11358-1131

WILLIAM STEFANSKI
1201 W VALENCIA DR SPC 183
FULLERTON, CA 92833-3330

WILLIAM SAMPSON
3219 BUELL ST
CINCINNATI, OH 45211-6407

WILLIAM SCOTT
144 BUCKINGHAM DR
INDIANAPOLIS, IN 46208-3552

WILLIAM STEINKE
4725 COUNTY ROAD Y
SHEBOYGAN, WI 53083-1642

WILLIAM SARGENT
173 SOUTHLAKE DR
SAINT AUGUSTI, FL 32092-1008

WILLIAM SIBLEY
1908 ADDINGTON AVE
LOUISVILLE, KY 40220-1605

WILLIAM STERZICK
5899 ALDEN NASH AVE SE
LOWELL, MI 49331-9541

WILLIAM SAUSE
455 HEATH DR
PAGOSA SPRING, CO 81147-7881

WILLIAM SIEGEL
6690 EMERALD AVE
ENON, OH 45323-1404

WILLIAM STOVER
1681 E SHORE CT
HUDSONVILLE, MI 49426-8475

WILLIAM SAVAGE
7018 CAREY LN
MAPLE GROVE, MN 55369-5408

WILLIAM SINNOTT
6 EARLY ST
PORTSMOUTH, RI 02871-2402

WILLIAM SUNDBERG
8460 FLAMEVINE AVE
LARGO, FL 33777-3747

WILLIAM SCHAACK
316 SYCAMORE ST
RIVERSIDE, IA 52327-9605

WILLIAM SMERIKA
121 PARK AVE
INTERNATIONAL, MN 56649-2139

WILLIAM SWEENEY
79 CHESTNUT RD
HALIFAX, MA 02338-1102

WILLIAM SCHLESINGER
1201 W NORTHMOOR RD APT 202
PEORIA, IL 61614-3465

WILLIAM SMILA
1207 S GREEN ST
GLASGOW, KY 42141-2079

WILLIAM T [BILL] CONDON
13297 3 MILE RD NE
LOWELL, MI 49331-9715

WILLIAM SCHUMM
2047 PINE WOOD WAY
OAK HARBOR, WA 98277-7321

WILLIAM SPEICHER
13715 S LAKE DR
PLAINFIELD, IL 60544-8113

WILLIAM T [WILLIE] WAKATANI
3724 N RACINE AVE
CHICAGO, IL 60613-3816

WILLIAM SCHURECK
PO BOX 3147
MANSFIELD, OH 44904-0147

WILLIAM STAN VAUGHAN
344 MELL AVE NE
ATLANTA, GA 30307-2127

WILLIAM T BATTIN
156 FAIRLAWN AVE
ALBANY, NY 12203-1931

WILLIAM T COLLINS
440 N VINCER WAY
NORTHPORT, MI 49670-9486

WILLIAM TODD MORGAN
3029 SANTA JUANITA CT
SANTA ROSA, CA 95405-8220

WILLIAM W FOBES II
4935 SUDBURY WAY
CARMICHAEL, CA 95608-6032

WILLIAM T CULCLASURE
1083 SEMINOLE DR
MANNING, SC 29102-9134

WILLIAM TREGO
100 NEWBURY CT APT 3315
CONCORD, MA 01742-4158

WILLIAM W GRAHAM
PO BOX 6167
CAREFREE, AZ 85377-6167

WILLIAM T HASKINS
123 MINTON WAY
SMITHFIELD, VA 23430-5941

WILLIAM V [BILL] SWINNERTON
PO BOX 1762
YUCCA VALLEY, CA 92286-1762

WILLIAM W KEELS JR
1616 CHALLEN AVE
JACKSONVILLE, FL 32205-8512

WILLIAM T TIDWELL
798 GARDENDALE DR
COLUMBIA, SC 29210-5023

WILLIAM VERMIE
565 NW DATEWOOD DR
ISSAQUAH, WA 98027-2625

WILLIAM W MERCER
19 MARSHALL LN
MIDDLETOWN, RI 02842-4540

WILLIAM TAUBE
1446 E CHESTER RD
RICHMOND, IN 47374-9338

WILLIAM VOETSCH JR
701 WIND IN THE WILLOWS
ABBOTTSTOWN, PA 17301-8992

WILLIAM W MISNER
3277 BROOKFIELD DR
NEWBURGH, IN 47630-8433

WILLIAM TAYLOR
21618 W LARCH DR
PLAINFIELD, IL 60544-6341

WILLIAM VORESS
1540 ADAK AVE
LIMA, OH 45805-3905

WILLIAM W POWELL
32652 SAND DUNE DR
LEWES, DE 19958-4814

WILLIAM THOM [JUNIE] POWELL JR
14411 DELCASTLE DR
MITCHELLVILLE, MD 20721-3209

WILLIAM VREELAND
5495 QUARRY HILL DR
FITCHBURG, WI 53711-4914

WILLIAM WALDORF
30191 MOUNTAINTOP DR
BUENA VISTA, CO 81211-8661

WILLIAM TIETJENS
12405 N 36TH ST
OMAHA, NE 68112-1125

WILLIAM W BENNETT
1506 SPEED ST
MARSHALL, TX 75670-1434

WILLIAM WALTER CRIST JR
1330 BOBCAT DR
MIFFLINBURG, PA 17844-7819

WILLIAM TISI
230 E MAIN ST
TITUSVILLE, PA 16354-1823

WILLIAM W CAMERON
1920 DREW AVE S
MINNEAPOLIS, MN 55416-3618

WILLIAM WALTERS
566 RAYMOND ST
MILTON, PA 17847-2451

WILLIAM WOOD
509 E 17TH LN
PORTALES, NM 88130-9290

WILLIE BRUCE RYLANT
6682 RED BIRCH DR
MEMPHIS, TN 38115-6613

WILLIE RUTH LOUIS
5605 E ELMWOOD ST
MESA, AZ 85205-5816

WILLIAMS BAPTIST COLLEGE
WILLIAMS BAPTIST COLLEGE
60 WEST FULBRIGHT AVE
WALNUT RIDGE, AR 72476

WILLIE C BASS
2714 ENSLEY 5 POINTS W AVE
BIRMINGHAM, AL 35218-2853

WILLIE T BRADLEY
8615 FM 9 N
KARNACK, TX 75661-2473

WILLIAMS BAPTIST COLLEGE
c/o AARON ANDREWS
60 WEST FULBRIGHT AVE
WALNUT RIDGE, AR 72476

WILLIE C WOMACK JR
75 CORAL AVE
GLENDALE, OH 45246-3706

WILLIS [WILL] SPANICEK
13520 W WHITE WOOD DR
SUN CITY WEST, AZ 85375-5841

WILLIAMSTON HIGH SCHOOL
WILLIAMSTON HIGH SCHOOL
3939 VANNETER RD
WILLIAMSTON, MI 48895

WILLIE J BRINSON
4703 SW 195TH WAY
MIRAMAR, FL 33029-6203

WILLIS A CASEY
50 LAKE ST
PITTSBURG, CA 94565-6140

WILLIAMSTON HIGH SCHOOL
c/o CAROL GRAINGER
3939 VANNETER RD
WILLIAMSTON, MI 48895

WILLIE L ROBINSON
12323 E ARIZONA DR
AURORA, CO 80012-4321

WILLIS BROWN
1562 PARK RIDGE DR
SAN JOSE, CA 95118-3357

WILLIE A WILLIAMS
2102 ARMOND DR
LONGVIEW, TX 75602-3622

WILLIE LAMON NIXON
2675 S MOUNT JULIET RD
MOUNT JULIET, TN 37122-6203

WILLIS E HILL
2110 KINGSWOOD DR
FLINT, MI 48507-3525

WILLIE B DOSSEY
6 KINGSRIDGE CT
SAVANNAH, GA 31419-2718

WILLIE LANG
314 ALTA VISTA ST
ALTA, IA 51002-1468

WILLIS T COWING
9746 S WALDEN PKWY
CHICAGO, IL 60643-1612

WILLIE B DUBOSE
116 APPALOOSA TRL
WOODWAY, TX 76712-8811

WILLIE MAE ROMAN VICKS
13819 OUACHITA AVE
BATON ROUGE, LA 70818-2832

WILLIS ZEITZ
8775 ROBERTS CT
OLMSTED FALLS, OH 44138-3739

WILLIE BEAVERS
8959 S CONSTANCE AVE
CHICAGO, IL 60617-2932

WILLIE RUTH JONES
5805 SPRING GLEN DR
DALLAS, TX 75232-2435

WILMA [LAVONNE] SMITH
1708 S I ST
RICHMOND, IN 47374-6481

WILMA BESHOAR
330 SUNSET AVE
LA GRANGE, IL 60525-2179

WILMA KROSCHEL
2602 1600 RD
DELTA, CO 81416-8757

WILMA WADDAMS
4117 W MCFADDEN AVE SPC 31
SANTA ANA, CA 92704-0642

WILMA BRYAN
2421 SNYDERTOWN RD
SUNBURY, PA 17801-5147

WILMA L LANG
715 COLLEGE AVE
STORM LAKE, IA 50588-1532

WILMA WHEAT
805 N 20TH ST
LAMESA, TX 79331-2413

WILMA DIDIER
11268 STATE ROUTE 185
VERSAILLES, OH 45380-9412

WILMA LITTLE
828 S 15TH ST
CHICKASHA, OK 73018-4124

WILMAJANE ROSE
514 HERITAGE SQ
JEFFERSON, OH 44047-1207

WILMA E CLARK
11852 TECUMSEH MACON RD
CLINTON, MI 49236-9440

WILMA MAHORNEY
PO BOX 283
KAMIAH, ID 83536-0283

WILMER [BUTCH] FALK
1110 COLLEGE AVE
HOWARDS GROVE, WI 53083-1215

WILMA FUELLING
5908 W HILLS RD
FORT WAYNE, IN 46804-6360

WILMA NICE
705 S ROOSEVELT ST
MARION, KS 66861-1361

WILMER E HALL
216 S 11TH ST
AKRON, PA 17501-1512

WILMA HORNE
4201 MIARS QUAY
CHESAPEAKE, VA 23321-4265

WILMA OERTEL
2020 SHAWNEE ST
LEAVENWORTH, KS 66048-1683

WILMER STAATS
3315 YAQUI DR
LAKE HAVASU C, AZ 86406-7166

WILMA HOWE-EDWARDS
16 WILLOWDELL DR
MULVANE, KS 67110-1244

WILMA PROCTOR
105 RIDGELAND RD
GREENCASTLE, IN 46135-9450

WILNA E BRESTEL
9334 WOODLEY AVE
NORTH HILLS, CA 91343-2902

WILMA J WALKER
648 COUNTY ROAD 2644
DECATUR, TX 76234-7117

WILMA R MINCEY
611 BYWOOD AVE
UPPER DARBY, PA 19082-2123

WILNA V CRAWFORD
1152 E ROWLAND AVE
WEST COVINA, CA 91790-1868

WILMA JENKINS
3007 LATONIA ST
LONGVIEW, TX 75605-1505

WILMA REETZ
11509 238TH ST
LAWRENCE, KS 66044-7315

WILSON R BRADLEY
122 E 19TH ST
SHIP BOTTOM, NJ 08008-4462

WINDEL R STRACENER
5553 STUDY RD
CENTERVILLE, IN 47330-9778

WINIFRED TAGGART
1748 COUNTY ROAD 347
LA VERNIA, TX 78121-4222

WOODY COZART
7410 ROSELAND AVE
CHARLOTTE, NC 28277-2784

WINFIELD RAGLIN
4602 DICKENS PRIDE CT
BOWIE, MD 20720-5621

WINIFRED WEISS
4773 S A ST
RICHMOND, IN 47374-6014

WYDELL FEAZELL
3849 S MICHIGAN AVE
CHICAGO, IL 60653-1513

WINIFRED [WINNIE] RICKER
912 WASHINGTON ST
GLENVIEW, IL 60025-4250

WINNETTE BRADLEY
3328 KENNY RD
AUGUSTA, GA 30906-9012

WYLENE BROOMFIELD
3505 SPRINGRUN DR
DECATUR, GA 30032-6830

WINIFRED DEWIRE
97 ANDERER LN APT 301
WEST ROXBURY, MA 02132-2246

WINNIFRED SMALLEY
103 TEN OAKS DR W
HENDERSONVILL, TN 37075-4095

WYMAN D WHITE
2091 DOWELL RD
GRANTS PASS, OR 97527-9169

WINIFRED G RAINSFORD
609 WINDMILL RD
GALAX, VA 24333-1945

WINONA D WARE
16181 HUBBELL ST
DETROIT, MI 48235-4026

WYMAN MARSH LOONEY
100 AUTUMN GLEN RD
COLUMBIA, SC 29229-7744

WINIFRED HANZLICEK
159 S CIRCLE DR
POTWIN, KS 67123-8600

WINSTON ADDIS
3414 161ST CT SE
BELLEVUE, WA 98008-5742

WYNELLE HERMESMEYER
127 BELLAIRE AVE
DUMAS, TX 79029-3321

WINIFRED J HIGGINS
20 CLARK LN
WATERFORD, CT 06385-2310

WIRT HOLMAN JENNINGS JR
51 JENNINGS PT
PROSPERITY, SC 29127-8842

XEN ANDERSON
PO BOX 103
CORUNNA, IN 46730-0103

WINIFRED JOYCE SALISBURY
304 PINEHURST AVE
SUMMERVILLE, SC 29483-3526

WOODRUFF HIGH SCHOOL
WOODRUFF HIGH SCHOOL ALUMNI
1800 NE PERRY AVE
PEORIA, IL 61603

YEHIA MISHRIKI
4752 BELMONT DR
EMMAUS, PA 18049-1227

WINIFRED LADNER
5220 S HOLT AVE
LOS ANGELES, CA 90056-1120

WOODRUFF HIGH SCHOOL
c/o ROGER MONROE
1800 NE PERRY AVE
PEORIA, IL 61603

YNELL ROACH
1015 NORTMAN DR
GAINESVILLE, TX 76240-1791

YOLANDA A HALADAY
1200 SAINT ANDREWS RD APT 12
COLUMBIA, SC 29210-5867

YOLANDA BENTLEY
11 KINGSBRIDGE AVE
STATEN ISLAND, NY 10314-7218

YOLANDA FOLKS
707 W MAPLE ST
TECUMSEH, OK 74873-2822

YOLANDA M BAINDS
5414 SAINT FERDINAND DR
NEW ORLEANS, LA 70126-2263

YOLANDA SHOLLY
11970 MOUNTAIN LAUREL DR
ROSWELL, GA 30075-1806

YOLANDA TONELLI
1225 W CYPRESS AVE
REDLANDS, CA 92373-5725

YOSH AMINO
2400 COLFAX ST
EVANSTON, IL 60201-2142

YULONDA BOXLEY
426 E 2ND ST
TRENTON, TN 38382-2127

YVETTE LIGGINS
74 E OVERBROOK RD
LYNCHBURG, VA 24502-4264

YVETTE SPEARS
905 MEMORIAL DR
INTERNATIONAL, MN 56649-4215

YVONNE [COOKIE] CUSTER
547 W ELIAN CT
MAPLE PARK, IL 60151-7621

YVONNE A BROWN
2849 HAUCK RD
GREEN LANE, PA 18054-9588

YVONNE A SCHIPPERS
8220 N BROADWAY ST
VALLEY CENTER, KS 67147-8805

YVONNE BATSAKIS
4129 VASSAR ST
DEARBORN HEIG, MI 48125-2419

YVONNE BERLEW
6655 N 600 W
ORLAND, IN 46776-9710

YVONNE D ROSS
5105 N 111TH CIR
OMAHA, NE 68164-2111

YVONNE E PEACHEY
395 ROCKVILLE RD
BELLEVILLE, PA 17004-8946

YVONNE FERRELL
231 E BALDWIN ST
MILLEDGEVILLE, GA 31061-3501

YVONNE GRIFFIN
49 S 5TH ST
EASTON, PA 18042-4547

YVONNE HART
78 TRIPLE SPRINGS LN
WAYNESVILLE, NC 28786-7868

YVONNE J KEARNS
3071 WAYNE RD
ASHEBORO, NC 27205-8158

YVONNE KELLY
6901 STAR VIEW ST
DES MOINES, IA 50320-6513

Yvonne M. Farrell
273 Jeru Blvd Apt A
Tarpon Springs, FL 34689-6964

YVONNE MARIE REDWINE
3211 COUNTY ROAD 478 S
HENDERSON, TX 75654-8491

YVONNE O SPRING
2226 E SHIAWASSEE DR SE
GRAND RAPIDS, MI 49506-5341

YVONNE PANNELL
574 PANNELL LN
MACON, GA 31217-6642

YVONNE V MYRICK
2672 WYNBROOK DR
WINSTON SALEM, NC 27103-8005

YVONNE VIGIL
27278 BREWSTER RD
PUEBLO, CO 81006-9703

ZELMA HARRIS
1955 BEAR SPRINGS RD
PEARISBURG, VA 24134-2361

ZITA CAVANO
5110 OVERBROOK ST
DOUGLASTON, NY 11362-1644

ZANDRA C BATISTE
1585 N DERBIGNY ST
NEW ORLEANS, LA 70116-1363

ZELMA KENNEDY
145 COUNTY ROAD 43600
PARIS, TX 75462-9063

ZOE EVANS
6823 S NORTHSHORE DR
KNOXVILLE, TN 37919-8527

ZANE GRAGG
3034 COUNTY ROAD 318
JONESBORO, AR 72401-0136

ZELPHA [IRENE] SHEDD
11247 LOCKPORT CT
CINCINNATI, OH 45240-2326

ZOE WOELFLE
3110 CUSTER AVE
LOVELAND, CO 80538-2547

ZATHA MOEN
904 N 6TH ST
INDIANOLA, IA 50125-4748

ZELPHA [ZEL] HAUG
145 BRODIEWEST CT
GALT, CA 95632-2341

ZOLA H GOLD
146 N BELLEFIELD AVE APT 202
PITTSBURGH, PA 15213-2621

ZAYN BOWLING
1135 KEOWEE AVE
KNOXVILLE, TN 37919-7756

ZENO P LADAS
11475 IDLEWOOD DR
OSCEOLA, IN 46561-9384

ZOLA H SMITH
2719 PINEWELL ST
PORTSMOUTH, VA 23704-6036

ZEBULON RAY MORRIS
7100 ASHBOURNE LN
MINT HILL, NC 28227-9502

ZENOBIA BROWN
2849 CRESCENDO DR NW
ATLANTA, GA 30318-6045

ZORA MINOR
369 TOWN ST
CIRCLEVILLE, OH 43113-2220

ZELER RASPBERRY
3828 SUNSET PT
PORTSMOUTH, VA 23703-5328

ZERITA L BICKHAM
258 COVE DR
FLOSSMOOR, IL 60422-1977

ZULA MAE MULLER
2720 COLORADO AVE
DURANGO, CO 81301-4704

ZELLA KUSHMAN
60 15TH AVE N APT 91
WAITE PARK, MN 56387-1056

ZERYL R ASHCROFT
1310 W DOMINGO RD
FULLERTON, CA 92833-1925

ZULABEL ERICKSON
201 S GREENFIELD RD LOT 56
MESA, AZ 85206-1214

ZELLA ROSE FULMER
1714 OBLOCK RD
PITTSBURGH, PA 15239-2330

ZIGMUND JAMPEL
828 ARLINGTON AVE
PLAINFIELD, NJ 07060-2408

ZULLY SMITH
5749 GEMSTONE CT APT 108
BOYNTON BEACH, FL 33437-7242

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Robert Louis Laping**

Case No.

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,600.00 |
| Prior to the filing of this statement I have received | $ | 1,600.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 28, 2016**

*Date*

**/s/ Timothy Perenich**
**Timothy Perenich 909490**
*Signature of Attorney*
**Perenich Law, PL**
**25749 US 19 N Ste 200**
**Clearwater, FL 33763**
**(727) 614-4307**
**bankruptcy@perenichlaw.com**
*Name of law firm*

---